# EXHIBIT 67

Page 1

1        UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF GEORGIA
2                 ATLANTA DIVISION

3

4        Civil Action No. 1:17-cv-02989-AT

5   _____

6   DONNA CURLING, et al.,

7            Plaintiffs,

8        vs.

9   BRAD RAFFENSPERGER, et al.,

10           Defendants.

    _____

11

12

13

14

15         REMOTE VIDEOTAPED DEPOSITION OF
                JAMES A. BARNES, JR.
16

17              Lakeland, Georgia

18          Wednesday, July 20, 2022

19

20

21

22

23

24

25   Court Reporter:  Michelle M. Boudreaux-Phillips, RPR

1    with the system.

2         Q    And the poll worker training, is that

3    provided by the State or by you guys, by the County?

4         A    Poll worker training is provided by the

5    County, but generally speaking, I try to look at how

6    some of the bigger, more successful offices do theirs

7    and mirror that.

8         Q    Have you ever met Ms. Riddlehoover?

9         A    No.

10        Q    Ever spoken with her?

11        A    No.

12        Q    No emails, text messages, phone calls, no

13   contact with her at all?

14        A    No contact whatsoever.

15        Q    And did you decide not to contact her for the

16   same sort of reasons you decided not to contact

17   Ms. Hampton?

18        A    That's correct.

19        Q    When you came in, had Ms. Hampton left you

20   like a note, instructions, anything directed to you?

21        A    No.

22        Q    And Ms. Riddlehoover did not either?

23        A    That's correct.  It was my understanding that

24   they had left in February, and I came in in April,

25   so...

1      Q    And who was managing the election program in

2   Coffee County in that window; do you know?

3      A    I don't -- I don't know who would have been

4   doing it.

5      Q    That wasn't something you asked

6   [indiscernible]?

7      A    Well, it was my understanding that, you know,

8   the phone calls for the elections office were being

9   rerouted through the county commissioner's office.

10     Q    So the county commissioner's office had took

11  on some level of responsibility while the State was

12  looking to replace -- or, sorry, while the County was

13  looking to replace Ms. Hampton?

14     A    That's correct.

15     Q    When you were in Lanier, when you started at

16  Lanier, the State was using the old DRE voting system,

17  right?

18     A    That's correct.

19     Q    And then they switched over to the BMD

20  system, right?

21     A    That's correct.

22     Q    And are you aware that the judge in this case

23  that you're here for, in August of 2019, ordered the

24  State to stop using the DRE system?

25     A    Yes, and to go to a paper ballot.

1        A     That's correct.

2        Q     And why was it that you didn't try to access

3    the EMS server or the ICC until a few weeks after you

4    arrived?

5        A     Because there wasn't an election for a while

6    out, so there wasn't really any need to.  And there was

7    quite a bit of other work to do, also, catching up on

8    voter registrations and things like that.

9        Q     So you didn't try to access the EMS server or

10   the ICC with the password you had until a need arose

11   with an upcoming election?

12       A     That's correct.

13       Q     Where did you get the 16-digit password that

14   you were trying to use?

15       A     Initially, that was the same one that had

16   gotten left there by Ms. Hampton.  And I called CES up

17   to make sure that that was, in fact, the correct

18   password, they verified that that should be the correct

19   password, and when I tried it several times and it

20   didn't work, they said that they would come down and

21   take a look.

22       Q     You said it was left by Ms. Hampton.  Where

23   did you find it?

24       A     It was still up there attached to the

25   computer screen.

Page 108

```
 1          Q    On the Post-it note?

 2          A    Yeah.

 3          Q    Okay.  And how did you confirm with CES that

 4    that was the password that they had provided initially?

 5          A    By calling up there to the CES office.

 6          Q    So you called someone at CES, you read the

 7    16-digit password, they said, "Yeah, that's the one

 8    that we have for this equipment," and you pointed out

 9    it didn't work?

10          A    That's correct.

11          Q    Was the 16-digit password in Coffee County

12    the same one that you used for the EMS or ICC in

13    Lanier?

14          A    No.

15          Q    So Lanier had a different password?

16          A    That's correct.

17          Q    Also 16-digit?

18          A    Yeah, they're all the 16-digit,

19    Google-generated type passwords.

20          Q    Okay.  And they're all provided by the State?

21          A    That's correct.

22          Q    What did CES say when you contacted them and

23    said the password doesn't work?

24          A    Like I said, they tried to go back through it

25    several times with me and just make sure that I
```

Page 109

1    wasn't -- it wasn't a user error on my part.  And then

2    when it continued not to work, they said that they

3    would come down and take a look at it the following

4    week.

5         Q    Do you recall who specifically you spoke with

6    at CES?

7         A    I believe it was Prateek Patel that I spoke

8    to because, like I said, I know him better than most

9    since he builds my ballot databases.

10        Q    Sorry, give me the name one more time.

11        A    Prateek Patel.

12        Q    Patel is P-A-T-E-L?

13        A    Yes, that's correct.

14        Q    And this was sometime in late April of 2021?

15        A    Yes, I believe that's correct.

16        Q    Did you ask or was there any discussion with

17   him or anyone else at the Secretary's office about why

18   the password wasn't working?

19        A    Well, when he came down, he brought another

20   gentleman with him named Chris.  I'm not sure about his

21   last name.  I just know he works at CES.  And initially

22   they -- you know, first thing he did was try that

23   password just to see if it worked, because in the past

24   people have just messed it up and not done it right.

25   And they didn't know why the password had been changed,

Page 110

1    said that it shouldn't have been able to be changed,

2    and that's basically where that stood.  So I have no

3    idea why or how.

4         Q    But they -- Mr. Patel came in and someone

5    else named Chris, both from CES, right?

6         A    Yes, that's correct.

7         Q    And they looked at the ICC and the EMS server

8    and their assumption was that somebody had changed the

9    password?

10        A    I'm not sure, actually.  They just seemed

11   surprised to me because, like he said, they're not

12   supposed to be able to change it.  So I'm not sure that

13   they knew exactly what had happened --

14        Q    Got it.

15        A    -- at that juncture.

16        Q    All they could tell was the password didn't

17   work?

18        A    Yes, that's correct.

19        Q    And they explained that people at the county

20   level aren't supposed to have administrative rights to

21   change a password?

22        A    Yes, that's correct.

23        Q    So what happened next?

24        A    After that, I was told that they were going

25   to have to replace the server and take it back to CES,

Page 116

1    you don't have it, then you don't have it," so...

2         Q    What does that mean, "if you don't have it,

3    you don't have it"?

4         A    Well, he said if I don't have it there on the

5    server, then I don't have anything responsive to that.

6    So I took that to mean that he didn't have it either.

7         Q    So you got an open-records request related to

8    the EMS server that had been replaced, you contacted

9    Mr. Patel, and he said if you don't have something

10   locally in Coffee County, you don't have anything to

11   produce?

12        A    Yes, that's correct because -- I don't know

13   what that meant as far as his side.  I just assumed it

14   meant they hadn't gained access either.

15        Q    But you didn't ask him specifically if they

16   had been able to access the server themselves?

17        A    Well, it was my understanding that when I

18   asked him if they had been able to access it because I

19   needed to get this equipment, he said that if I don't

20   have it locally, then, you know, I just don't -- I

21   don't have anything, that they hadn't been able to

22   access it.  That's generally what you would assume if

23   an IT guy tells you that.

24        Q    Right, but he -- I just want to be really

25   precise.  And I apologize, because we're lawyers, words

Page 117

1    matter.

2           Did he -- at any point, did Mr. Patel ever

3    say to you explicitly that no one at the Secretary of

4    State's office, including CES, had been able to access

5    the EMS server that was taken?

6    A    He did not specifically say that, but I had

7    asked them if they had accessed it to be able to get

8    that -- if there was any way I could get that.  And he

9    responded in the negative to that, so I took that to

10   mean that, no, they had not.

11   Q    When you say "he responded in the negative,"

12   he said if you don't have it locally, you don't have

13   anything to produce for the open records, right?

14   A    Yes, he said if I don't have a copy of it

15   physically there in my office, then there's nothing

16   available to give them.

17   Q    Okay.  So as you sit here today, you don't

18   know for certain whether anyone at the Secretary's

19   office ever got access to the ICC or the EMS server?

20   A    No, I don't.

21   Q    And the conversation you had with Mr. Patel

22   about the open-records request, do you remember

23   approximately when that was?

24   A    Honestly, I'm not sure.

25   Q    Would you say the latter half of 2021, like

                                           Page 118

1     closer to the time that you left, or closer to the time

2     you arrived?

3          A    It was the latter half of 2021.  It's just

4     typically the elections office gets so many

5     open-records request, it's hard to keep track of them.

6          Q    Sure.  And was this a phone conversation or

7     an email exchange?

8          A    A phone conversation.

9          Q    So you never sent an email or a text message

10    or created any written document about replacing the EMS

11    server or the ICC?

12         A    No.

13         Q    Why is that?  It's not a small thing to get a

14    new ICC and a new EMS.  Why not create a report on

15    this?

16         A    Well, say in your office, if you contact an

17    IT guy with a problem, do you usually email him or do

18    you usually call him up because it's simpler?

19         Q    Well, for us it's easier to email.

20         A    I got you.  Well, for me it's easier to walk

21    through a problem talking, so that's just typically why

22    I do.

23         Q    Okay.  No, and I understand that, I

24    understand the phone call to Mr. Patel.  I'm sorry.

25    I'm asking a different question, which is:  The point

Page 119

1      at which you -- the State replaced the ICC and the EMS

2      and you realized the password didn't work, I'm curious

3      why you -- why you didn't write a report to provide for

4      the Board, for example, or to have posterity for the

5      incoming -- you know, the next elections supervisor, on

6      what had happened here and what had been done.

7            A     Well, like I said, you have to understand

8      that the office was in quite a bit of disarray and

9      there was a lot to do in there.  So kind of trying to

10     tackle one emergency at a time, you know.

11           Q     But it never occurred to you to put anything

12     in writing on something as substantial as replacing an

13     ICC and an EMS server?

14           A     Well, what my job was, was there was a

15     problem and to get the problem fixed, so that's what I

16     did.

17           Q     What did you share with the Board, if

18     anything, the election board, about this situation?

19           A     We had a conversation about it because I was

20     letting them know that, you know, "Hey, we had some

21     guys from the State that had to come because there's a

22     problem with the server and I can't access it, and

23     we've got an upcoming election."

24           Q     And when was that approximately?

25           A     I'm not entirely sure.  It would have been

Page 120

1    around the beginning of May.

2        Q    So shortly after the situation arose, you

3    alerted the Board in some fashion that this had

4    happened?

5        A    Yeah.

6        Q    And who specifically did you alert?

7        A    I believe it was just brought up in the

8    meeting, as I may recall, but it's been a while.

9        Q    So your memory is Mr. Patel comes in,

10   replaces the server and the ICC, and then at the next

11   monthly board meeting, you provided some sort of oral

12   report to the Board on that?

13       A    Yes.

14       Q    And your memory is that -- were all the board

15   members present for that, to your recollection?  Were

16   any missing?

17       A    I'm not sure if everyone was there or not

18   because you know how it is trying to schedule meetings.

19       Q    And this would have been one of the meetings

20   in the conference room in your office that you

21   mentioned?

22       A    Yes, that's correct.

23       Q    And since you provided the Board a monthly

24   report, why not include this in that monthly report as

25   well when you were preparing that report?

Page 121

1        A     Honestly, I'm not sure if it was in the

2    minutes or not.

3        Q     The minutes of the board meetings, are those

4    public?

5        A     Yes, that's correct.

6        Q     Okay.  And would it surprise you that there's

7    no indication of discussion of this?

8        A     Not really.  Like I said, I was more

9    concerned with the election than going through the

10   issues of documenting down everything.  I don't

11   typically make it a point to document a lot of things

12   other than my emails, which are open, and my phone

13   records, which are open, and if I have some reason to

14   write a report to the State.

15       Q     It didn't -- it didn't trouble you that you

16   came in to an office where the prior two election

17   officials had been at least encouraged to leave for

18   what you said was not being honest or accurate about

19   their time records, it didn't trouble you that the EMS

20   server and the ICC were no longer even accessible?  You

21   didn't view that as a security concern?

22            MR. DENTON:  Object to the form.

23            THE WITNESS:  Definitely, because I

24        contacted the State about it.  But like I

25        said, it's not my job to speculate on what

 1          anything may or may not be.  It's my job to

 2          report a problem if I have one, which I did.

 3          Q     (By Mr. Cross)  And did you contact -- so you

 4     didn't contact -- you didn't think this warranted

 5     communicating to law enforcement, for example, like the

 6     GBI?

 7          A     No.  It's simply I couldn't get into it, they

 8     came and replaced it and fixed it for me.  That was

 9     that.

10          Q     Were you concerned that the fact that the

11     password never -- no longer worked, that maybe that was

12     an indication that someone had done something they

13     weren't supposed to do on that server and on the ICC?

14          A     Like I said, I don't get paid to speculate

15     and investigate.  That's why the State has

16     investigators.

17          Q     So from your perspective, you walked in, the

18     password didn't work, you did what you were supposed to

19     do, contacted the State, and you left it for them to

20     investigate and figure out if there was a bigger issue?

21          A     That's correct.

22          Q     And did you ever hear from anyone at the

23     State again about this particular issue, that the

24     password didn't work and they had to replace these two

25     pieces of equipment?

```
 1              MR. DENTON:  Object to form.
 2              THE WITNESS:  No, I did not, but it's
 3         not unusual for the State not to follow back
 4         up with us.  I mean, there's 159 counties.
 5         They'd have to have more employees to follow
 6         up with everybody on everything, I'm sure.
 7         Q    (By Mr. Cross)  But we're talking about a
 8    county where the elections supervisor reportedly had
 9    been asked to leave for not being honest with time
10    records, where she put up a video that had the original
11    password for this machine publicly accessible, and then
12    the password didn't work when you showed up and all her
13    emails were gone.  That doesn't strike you as sort of
14    circumstances where somebody might want to dig a little
15    deeper beyond just replacing the equipment?
16         A    Well, like I said, I'm not paid to be an
17    investigator.  I'm paid to be an elections supervisor.
18    And normally my follow-up is if I get an invitation to
19    a State Election Board case.
20         Q    But you said it doesn't surprise you
21    initially they didn't follow up because they're busy
22    and they have lots of things, but we're not talking
23    about an ordinary situation here, right?  We agree on
24    that, this is not an ordinary situation?
25         A    Well --
```

 1           MR. DENTON:  Object to form.

 2      A    -- here's the thing, they investigate all of

 3    these things.  And usually I hear back about it because

 4    there will or there will not an SEB case on it.  So

 5    it's not unusual for me not to hear back from them

 6    unless it's because it's going to the State Board.

 7    That's not unusual for anybody, as far as I know.

 8      Q    But as you sit here today, you don't -- you

 9    never got any indication from anyone at the State,

10    Secretary's office, or the SEB, that any investigation

11    was conducted into why the password wasn't working,

12    right?

13           MR. DENTON:  Object to form.

14           THE WITNESS:  I have no idea whether

15           there was an investigation or not, and I

16           don't -- I don't get SEB case updates

17           anymore, so I have no idea if there's one

18           ongoing right now or not.

19      Q    (By Mr. Cross)  Is there anyone else you

20    communicated with about this password issue?

21      A    No.

22      Q    For example, did you reach out to former

23    colleagues in Lanier that you were close with or

24    Mr. Vickers?

25      A    Oh, well, I did -- I did reach out to Josh

Page 131

1    Coffee County; is that your understanding?

2        A    Yes, that's correct.  And I also kept regular

3    voters and people from going back there into the inner

4    office.  We just dealt with them at the countertop up

5    front.

6        Q    And that was a change from prior practice in

7    Coffee County?

8        A    Yes.

9             MR. CROSS:  Okay, why don't we take

10            another break.  Let's go off the record.

11            THE VIDEOGRAPHER:  The time is 12:05.

12       We're off the record.

13            (Recess taken.)

14            THE VIDEOGRAPHER:  The time is 12:27.

15       We're back on the record.

16       Q    (By Mr. Cross)  All right, sorry, just trying

17   to pull something up real quick.

18            All right, Mr. Barnes, I want to make sure I

19   got -- I understood something right.

20            So when the State took the ICC and the EMS

21   server, was that documented, like was there chain of

22   custody paperwork that you signed on that?

23       A    I don't recall signing chain of custody

24   paperwork.  Maybe I did.  I'm not sure.  It's been a

25   while, but...

1      Q    But you expect to, right?  That's a pretty

2    major change, to bring in a new ICC and EMS and get rid

3    of the old one.  There would be chain of custody

4    documentation, right?

5            MR. DELK:  Object to form.

6            THE WITNESS:  If there was, the State

7        would have that option.

8      Q    (By Mr. Cross)  The County wouldn't keep a

9    copy of their own chain of custody documents so that

10   there's a record of replacing the ICC and the EMS?

11     A    I'm not aware of any documentation about it

12   being taken, but then again, it was the state employees

13   coming to get it, so...

14     Q    And you don't recall them handing you

15   paperwork to sign?

16     A    I don't recall, no.

17     Q    But you agree that chain of custody is

18   important, right?

19           MR. DELK:  Object to form.

20           MR. DENTON:  Object to the form.

21           THE WITNESS:  Yeah, chain of custody is

22       important.

23           (Exhibit 3 marked for identification.)

24           MR. CROSS:  Grab Exhibit 3, if you

25       would, please, sir.  Just let me know when

1          you've got it.

2              THE WITNESS:  I've got it.

3              MR. CROSS:  All right.

4          Q    (By Mr. Cross)  Do you see at the top there's

5      an email that you sent to Robert Hernandez on May 6,

6      2021?

7          A    Yes, that's correct.

8          Q    And Robert Hernandez is one of the state

9      investigators you mentioned before that you dealt with

10     while you were at Coffee County?

11         A    Yes.

12         Q    And you see in your email, you write in your

13     second sentence, "You will find a response letter from

14     our office attached."  Do you see that?

15         A    Yes.

16         Q    If you come down to the second page, you see

17     the letter that you sent to Mr. Hernandez there?

18         A    Yes.

19         Q    And at the end of that -- well, you point

20     out -- you start the letter by saying, "I assumed the

21     position of Supervisor of Elections on April 1st,

22     2021."  Do you see that?

23         A    Yes.

24         Q    In the last paragraph, you wrote, "The

25     Coffee County Board of Elections fully understands the

Page 134

1    requirement of maintaining absentee ballot transfer

2    sheets and chain of custody documents, and will ensure

3    this occurs for any future elections."

4         Do you see that?

5    A    Yes.

6    Q    And yet as you sit here, you don't recall

7    whether there were any chain of custody documents

8    maintained by the County or even signed for something

9    as significant as replacing your ICC and EMS server; is

10   that right, sir?

11   A    Well, I understand your implications here;

12   however, there's not even paperwork around to be able

13   to fill out for this.  It's not like this is something

14   anybody ever planned to happen.  We don't even have a

15   chain of custody document for replacing servers.

16   Q    159 counties in Georgia, no one has ever had

17   to replace an ICC or a scanner -- or a server before?

18            MR. DENTON:  Object to form.

19            MR. DELK:  Object to the form.

20   Q    (By Mr. Cross)  Is that what you're saying?

21   A    I'm not sure about all the other 159

22   counties.

23   Q    You think in all the time that the State has

24   had electronic voting equipment across 159 counties,

25   they've never had to replace a server or an ICC

Page 135

1    scanner?

2              MR. DELK:  Object to the form.

3              MR. DENTON:  Object to form.

4              THE WITNESS:  The only thing I can

5         account to is I've never seen a form for

6         transferring those items.

7         Q    (By Mr. Cross)  And you don't think the State

8    has chain of custody documents, forms, or -- for

9    something as significant as replacing that election

10   equipment?  You just think --

11             MR. DENTON:  Object to form.

12             THE WITNESS:  I've never seen it.

13        Q    (By Mr. Cross)  When Mr. Patel took the

14   equipment, did you ask him, did you say, "Hey, think I

15   should sign something here, maybe we should have some

16   kind of documentation that we've done this"?

17        A    No, because both of the gentlemen that were

18   there were higher up [indiscernible] state employees,

19   and I trusted them.

20        Q    Has anyone ever indicated to you that the

21   Secretary of State's office actually cannot take that

22   equipment and the data on it without a court order?

23   Has anybody ever discussed that with you?

24        A    No.

25        Q    As the elections supervisor, did you have an

Page 136

1    understanding of whether your office was supposed to be

2    legally the custodian of records of everything on that

3    equipment?

4         A    My understanding, there were legal custodians

5    of things, but how are you supposed to access it if you

6    don't have a password that works for it?

7         Q    Well, I'm not asking about access right now.

8    I'm just asking you.  You were the legal -- you

9    understand the County is the legal custodian of the

10   election data on those pieces of equipment, but you

11   handed them over to the State and didn't even document

12   it.  I mean, that's the testimony today, right, sir?

13             MR. DENTON:  Object to form.

14             THE WITNESS:  I turned it over to the

15        State.

16        Q    (By Mr. Cross)  You mentioned something

17   earlier, and I just want to make sure I didn't

18   misunderstand.  You said when they -- when Mr. Patel

19   first came in and was trying to access the data on the

20   EMS server, you said something to the effect that

21   they -- that they were able to move some data back-door

22   style?

23        A    Well, they were able to --

24             MR. DENTON:  Object to form.

25             THE WITNESS:  It ended up being mostly

Page 159

1    over here; maybe I should forward that along and let

2    the State take over on that.

3         Q    So you emailed Mr. Harvey and let him know

4    about the card, right?

5         A    Yes, that's correct.

6         Q    Why did you email him instead of calling him?

7         A    Just because I wasn't sure what to do with

8    it.  I had contacted a former supervisor about it and

9    said, "Hey, this doesn't look good."  And he said,

10   "Well, why don't you go ahead and email Chris and let

11   him know."  So that's what I did.

12        Q    So when you came in and you realized that you

13   couldn't get access to the ICC and the EMS server, you

14   didn't email anyone about it, you only used the phone,

15   but when you thought about the Cyber Ninjas card might

16   be an issue, you emailed.  Why treat them differently?

17             MR. DENTON:  Object to form.

18             THE WITNESS:  Well, just because it was

19        suggested that I email Chris Harvey, so

20        that's what I said.  I mean, there's no

21        special, magic sauce to it.  It's just how it

22        happened.

23             MR. CROSS:  Okay.

24             (Exhibit 6 marked for identification.)

25        Q    (By Mr. Cross)  So pull up Exhibit 6, if you

                                                           Page 160

1      would, please.

2              I'm sorry.  Was Josh Black the one who

3      suggested you email Mr. Harvey?

4      A    Yes, that's correct.

5      Q    Just let me know when you've got this.

6      A    I've got it.

7      Q    All right.  So if you look at the first page,

8      you'll see there's an email thread there.  Do you see

9      that?

10     A    Yes.

11     Q    And if you come down to the bottom, there's

12     an email from you to Chris Harvey on May 7, 2021.  Do

13     you see that?

14     A    Yes.

15     Q    But it's -- the full email is not there, but

16     you can see it reads, "The Dominion email today,

17     pertaining to Cyber Ninjas, was alarming to me.  When I

18     took over at the Coffee County office, the attached

19     business card was at the base of Misty Hayes' computer

20     monitor."

21             And then if you scroll down, you'll see the

22     whole email of what you said.  Do you see that?

23     A    Yes.

24     Q    And then you say, "I thought nothing of it

25     until I heard about the situation in Arizona with the

Page 161

1     DOJ.  If she did not use them, she was at the very

2     least in contact."  Do you see that?

3          A    Yes.

4          Q    And then if you go all the way to the bottom,

5     you'll see a copy of the Cyber Ninjas card that you

6     sent to Mr. Harvey.

7          A    Yes.

8          Q    What was the situation in Arizona with DOJ

9     that prompted your concern?

10         A    Well, that was mentioned in that Dominion

11    email, you know, where the Department of Justice had

12    come in and stopped that -- stopped them from, you

13    know, tampering with the equipment.  So I just felt

14    like it would be pertinent to look into that.

15              Part of the reason is -- you can see why that

16    was sent in email form, is because I scanned the card

17    just to show, hey, this Douglas Logan guy had a

18    business card here.

19         Q    Got it.  Yep.

20              And then -- so do I understand correctly your

21    concern was you got an -- you got the alert from

22    Dominion, you understood the situation with DOJ in

23    Arizona --

24         A    Yes.

25         Q    -- with Cyber Ninjas, and you thought there

1    at least potentially could be a similar compromise

2    issue in Coffee County, and so you thought you should

3    alert Chris Harvey to that?  Is that fair?

4         A    Yes.  And, of course, I was also, you know,

5    thinking about the situation -- if somebody had come in

6    and, you know, touched any of the equipment or done

7    anything.

8         Q    Right.  And did it occur to you that that

9    might explain why the password no longer worked on the

10   ICC and the EMS, that someone like Cyber Ninjas may

11   have come in and done something?

12        A    Yeah, the thought did cross my mind.

13        Q    And was that something you discussed with

14   Mr. Harvey or Mr. Patel or others when they were

15   looking into the server and replacing it?

16        A    Well, when I was talking with them about it,

17   part of my concern was that, you know, potentially

18   somebody had done something to that server.

19        Q    Did you speak specifically with Mr. Patel,

20   for example, about maybe it was Cyber Ninjas?

21        A    Honestly, I thought that I had sent that to

22   Chris before they ever got the servers, but it may have

23   been after that.

24        Q    So your thinking is that you sent this email

25   to Mr. Harvey with the Cyber Ninjas card before they

Page 193

1    day, and we provide that via email to the State

2    liaison.  And, of course, when we send our election

3    materials off, we always send one of those, as well, to

4    them.

5         Q    So the EMS server is networked, it's

6    hardwired to the ICC?

7         A    That's correct.

8         Q    And the ICC is the computer and that's --

9    that manages the central scanner?

10        A    Yes.

11        Q    And so that computer, the ICC, is hardwired

12   to the central scanner?

13        A    Yes, it is.

14        Q    But there are election results or election

15   files that are taken off the EMS onto a flash drive by

16   the County?

17        A    Yes, because we keep a -- usually you want to

18   keep a backup of your election projects -- your

19   election project on one just in case there's a glitch,

20   the power gets knocked out, something happens.

21        Q    Right.  And I thought you had said earlier,

22   for example, that you expected there to be election

23   project files from prior elections on a flash drive.

24        A    Yes.

25        Q    So in addition to the flash drives that the

1     State provides to upload election files for an

2     election, in your experience, the County also has flash

3     drives that it plugs into the EMS to pull down a copy

4     of election project files after an election, right?

5          A     Well, usually it's during the election.  But,

6     yes, once you complete it, you should update that

7     backup one last time just in case something ever

8     happened to the server and you needed to

9     [indiscernible].

10         Q     And in your experience, when that happens,

11    were you using the same flash drive that the State

12    provided before the election or using a different flash

13    drive to pull the election project files off?

14         A     No, it's a different one.

15         Q     And where did you get that flash drive?

16         A     This -- these were the black flash drives

17    that the State originally sent.  They sent like a

18    fairly large box full of them.

19         Q     When did those come in?

20         A     Before I got there.

21         Q     I see.  And where -- and so when you got

22    there, where did you find these flash drives?

23         A     The box of flash drives were just in there in

24    the server room.

25         Q     How many were in there approximately?

                                                      Page 195

1          A     Maybe 30 or 40, something around that nature.

2          Q     You said maybe 30 or 40?

3          A     Yes.

4          Q     And none of those flash drives had any

5     election project files from elections preceding you?

6          A     No.  Those were blank.

7          Q     They were all blank.

8                How do you know that all 30 or 40 flash

9     drives in that box actually came from the State?

10         A     Well, I'm not entirely sure that they did,

11    but it had the -- they were black and had the same

12    writing on it as the one the State sent, so I assumed

13    they were.

14         Q     I see.  Okay.

15               And you were in -- you were the assistant

16    elections supervisor in Lanier County for the

17    switchover from DREs to BMDs, right?

18         A     Yes, that's correct.

19         Q     And was it the same method there?  So with

20    the DRE system, you'd have a flash drive, you'd pull

21    off the election data onto a flash drive from the old

22    GEMS server, much like you do with the Dominion system

23    now; is that right?

24         A     Yes, that's correct.

25         Q     And when you were in Lanier County and there

Page 239

C E R T I F I C A T E

STATE OF GEORGIA
COUNTY OF COBB


        I, MICHELLE M. BOUDREAUX-PHILLIPS, do hereby

certify that JAMES A. BARNES, JR., the witness whose

deposition is hereinbefore set forth, was duly sworn by

me and that such deposition is a true record of the

testimony given by such witness.


        I further certify that I am not related to

any of the parties to this action by blood or marriage

and that I am in no way interested in the outcome of

this matter.


        IN WITNESS WHEREOF, I have hereunto set my

hand this 27th day of July 2022.

_____

MICHELLE M. BOUDREAUX-PHILLIPS, RPR