# EXHIBIT 68

## PROVISIONALLY FILED UNDER SEAL