# EXHIBIT 70

PURSUANT TO PROTECTIVE ORDER

Page 1

1          IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF GEORGIA
2                    ATLANTA DIVISION
3      DONNA CURLING, ET AL.,       )
                                    )
4          Plaintiffs,              )
                                    )
5      vs.                          )      CIVIL ACTION NO.
                                    )
6      BRAD RAFFENSPERGER, ET       )      1:17-CV-2989-AT
       AL,                          )
7                                   )
           Defendants.              )
8
9
10
11        THIS DEPOSITION CONTAINS INFORMATION DESIGNATED
            CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
12
13      VIDEOTAPED 30(b)(6) DEPOSITION OF RICHARD BARRON
14                 (Taken by Plaintiffs)
15                  January 31, 2022
16                   10:07 a.m.
17
18
19
20
21
22
23
24
25      Reported by:   Debra M. Druzisky, CCR-B-1848

PURSUANT TO PROTECTIVE ORDER

Page 18

1       A.    Just with Fulton County or all of it?

2       Q.    All of it that's relevant, do you believe,

3   to election administration --

4       A.    Okay.

5       Q.    -- representing companies that are

6   involved in --

7       A.    Sure.

8       Q.    -- the manufacture or sale of election

9   equipment.

10      A.    Yeah.  So I've been with Fulton County

11  since June of 2013 as director.  Prior to that I

12  was with Williamson County, Texas as the elections

13  administrator from February of '07 until June of

14  2013.

15          I was with Hart InterCivic in 2006 for

16  that entire year, from January 1st to the end of

17  the year.  Before that, I was with Sequoia Voting

18  Systems from April of 20 -- April of 2004, I think,

19  to the end of 2005.

20          And then from December of '99 until April

21  of 2004, I was with Williamson Count -- or with

22  Travis County elections as election management

23  coordinator.  And with Hart and Sequoia I -- Hart I

24  was an account manager, with Sequoia I was a

25  regional project manager.

PURSUANT TO PROTECTIVE ORDER

Page 30

1    Q.   I was just -- I was on the actual stage

2    just before the actual printing.  I was under the

3    impression that the voter had some opportunity to

4    look at the screen to look at their selection

5    before the printing.

6         Is that correct?

7    A.   Yes.

8    Q.   Okay.  And then the B.M.D. prints a paper

9    record; is that correct?

10   A.   Yes.

11   Q.   Describe for me what's on that paper

12   record.

13   A.   The selections that the voter made when

14   the voter voted.  And then what it -- when they hit

15   "cast ballot," that's what prints out.

16   Q.   And that record has a Q.R. code on it?

17   A.   Does it have a Q.R. -- I don't even

18   remember if it has a Q.R. code or a barcode.  I

19   don't know.  It's got a Q.R. code or a barcode on

20   it.

21   Q.   What do you recall what's on a ballot

22   produced by a B.M.D. voting machine in the Fulton

23   County election in the year 2020?

24   A.   I don't remember if it's a barcode or a

25   Q.R. code.  I think it's a barcode.

PURSUANT TO PROTECTIVE ORDER

Page 31

1      Q.   Okay.  And describe for the record, is the

2   barcode something that a voter could read to des --

3   to confirm whether or not that it would -- properly

4   recorded their vote?

5      A.   No.

6      Q.   Okay.  And is there a text portion of the

7   ballot that's been printed as well?

8      A.   Yes.  The ballot is printed out for the

9   voter to review, and it looks like a ballot, like a

10   paper ballot.

11      Q.   Okay.  And then the paper ballot is walked

12   over to a scanner?

13      A.   Yes.

14      Q.   And then fed into the scanner?

15      A.   Yes.

16      Q.   And then the vote is -- the ballot is

17   stored electronically on the scanner?

18      A.   Yeah.  The record -- yeah, the ballot is

19   read by the scanner, and then it drops into a

20   ballot box and the record of that -- of those votes

21   is recorded on the scanner in the on -- and there's

22   a flash card in there to record or store all of it

23   as well.

24      Q.   Now, let's start with the poll pad.  The

25   poll pad is loaded by WiFi?

Page 32

1       A.   Yes.

2       Q.   And those are -- that's a WiFi system

3  maintained at the Fulton election center on English

4  Avenue?

5       A.   Yes.

6       Q.   And how often do the poll pads have to be

7  updated prior to an election so that the

8  information reflected on them is current?

9       A.   Oh, the bulk file is loaded on the

10  Saturday before Election Day.

11       Q.   Okay.

12       A.   There are updates that are done, I think

13  O.S. updates that are done on those in the -- maybe

14  in the days leading up to it.  The new -- I think

15  there's going to be a new process coming soon where

16  there's going to be every -- I think almost, not

17  every day, but several days leading up to it the

18  voter record is going to be updated so that the

19  Saturday upload isn't as bulky, doesn't take as

20  long.

21       Q.   It's a logistical challenge to update

22  everything on that Saturday before the election,

23  isn't it?

24       A.   Yes.  Because, yeah, the State requires us

25  to do something that's unnecessary, and it's,

Page 33

1    frankly, dumb what they ask us to do, which is to

2    put the entire statewide voter file on the poll

3    pads.  There's no reason for it.

4            And KNOWiNK can site -- can cordon off a

5    boundary around your county to get around that, but

6    they don't do it.  The don't do it because the

7    State won't let them.

8        Q.   Have you made this recommendation to them

9    in the past?

10       A.   I've mentioned it, I think, in

11   conversation, but they don't care.

12       Q.   Why don't they care?

13       A.   Because they --

14            MS. LAROSS:  I object to the form of

15       the question.

16            THE WITNESS:  They know best.

17   BY MR. KNAPP:

18       Q.   Do they offer a reason why that approach,

19   which would lighten the load on Fulton County's

20   poll pad updating, isn't to their liking?

21       A.   No.

22       Q.   Now, how is the software on the B.M.D.s

23   loaded?

24       A.   It's updated with a U.S.B. stick.

25       Q.   And where does that U.S.B. stick come

PURSUANT TO PROTECTIVE ORDER

Page 34

1    from?

2        A.    That'll come from the -- we get all of our

3    election files or election project from the State

4    center for election systems.

5        Q.    And do -- does Fulton County do any kind

6    of scan or other inspection of those sticks to see

7    whether or not they've been tampered with or

8    contain any malware?

9        A.    No.  I mean, the county doesn't do that,

10   no.  We get those -- those are delivered -- either

11   we pick them up ourselves or they are delivered by

12   the State to us, and they're sealed, and then we

13   use them from there.  And they go to direct cust --

14   the custody is from the State to the county.

15       Q.    In the June 2020 election, when was the

16   software updated into the B.M.D.s by this method?

17       A.    Well, it would have -- I mean, that --

18   it -- once we start logic and accuracy testing,

19   that starts.  I don't remember when the exact date

20   would have been.

21            But it's usually the ballots are prepared

22   sometime six to eight weeks, they're available six

23   to eight weeks before the Election Day, and then we

24   start doing logic and accuracy testing.

25       Q.    In 2020 how many precincts were in Fulton

PURSUANT TO PROTECTIVE ORDER

Page 41

```
 1    election center that touches the election
 2    equipment?
 3         A.   No.
 4         Q.   The poll pads?
 5         A.   Well, yeah, the poll pads get connected to
 6    it.  They get connected via Meraki devices, which
 7    are secure WiFi access points.  And those are what
 8    the information from the bulk -- the bulk files
 9    transmitted through those and through a cache box,
10    and then they go into the -- into the poll pads.
11         Q.   And you mentioned again the bulk file
12    upload.  What's that?
13         A.   That's -- the bulk file?
14         Q.   The bulk file upload is what you referred
15    to, yes.
16         A.   That's the voter -- that's the voter list
17    for the State, the statewide voter list.  And it's
18    updated with everyone who's voted early or
19    requested an absentee ballot or returned an
20    absentee ballot.
21         Q.   And when is that done?
22         A.   The Saturday before Election Day.  But the
23    poll pads aren't part of the voting system.
24         Q.   Correct.  That's the check-in system;
25    correct?
```

PURSUANT TO PROTECTIVE ORDER

Page 42

1          A.   Yeah.

2          Q.   Well, other than they create a card that

3     then is taken and put into the B.M.D.s; is that

4     correct?

5          A.   Yes.  Yeah, they have -- the only

6     information on the card is that there's just -- it

7     just gives you access to a ballot, a ballot style.

8          Q.   Has Fulton County ever done an assessment

9     or evaluation as to whether or not information on

10    those cards is vulnerable or accessible to attack?

11         A.   No.  Not that I'm aware of.

12         Q.   These -- is that metracall (Phonetically)

13    devices?  I'm sure I mispronounced it.  Explain

14    what they are and what function they perform.

15         A.   Which devices?

16         Q.   You -- they -- you said there were certain

17    devices that --

18         A.   Devices, they're just, they're basically

19    WiFi access points, and I -- from my understanding

20    is that they're much more secure than a normal WiFi

21    access point.

22              I don't know if they encrypt the data.  I

23    don't know technically what it is.  But they're

24    used because they have, I think, much higher

25    security standards with them.  Other than that, I

PURSUANT TO PROTECTIVE ORDER

Page 47

1    a poll pad before it got to a polling place?

2        A.    No.

3        Q.    Is there any concern about protecting that

4    delivery such that that doesn't happen?

5        A.    No.  I mean, you -- we're handing -- we

6    hand them out on Sundays to the poll managers, who

7    have put them in, you know, they put them in their

8    cars, either take them to the poll -- you know,

9    it's the same -- it's probably a -- you know, I

10   don't know.

11           I would assume that our delivery probably

12   makes it a more direct process than having the poll

13   managers come pick them up.  But the process is

14   just to hand them out on Sundays anyway to the poll

15   managers.

16       Q.    Is that process common among the other

17   metro counties?

18       A.    Yeah.  I mean, I would -- it's common

19   across the country for some sort of process along

20   those lines to happen.

21       Q.    Okay.  Let's go to topic number four:

22           "Any execution or operational

23           issues or challenges with Georgia's

24           current election system, including any

25           Fulton County 2020 or 2021 elections,

PURSUANT TO PROTECTIVE ORDER

Page 58

1    polling sites, there were too many machines plugged

2    in to the same outlets for -- and were overloading,

3    you know, the circuit on a certain -- a certain

4    electrical circuit would get un -- overloaded.  So

5    yeah, that, that did happen.

6            As far as equipment issues, I don't -- I

7    don't think there were really any issues with the

8    B.M.D.s that were caused by the B.M.D.s.  I think

9    it was more just either electricity or just poll

10   workers not understanding what they needed to do.

11       Q.   Who was responsible for training the poll

12   workers on this new equipment?

13       A.   Johnny Harris and Blake Evans were.

14       Q.   And what role, if any, did the Secretary

15   of State play in preparing them to train these

16   folks?

17       A.    I mean, we all, we received training from

18   Dominion in December on the equipment.  And then we

19   had to get -- I mean, it took us -- it took a lot

20   for us to get the State to produce any kind of poll

21   worker manual on the system.

22            I mean, we essentially had to bug the

23   State, you know, kind of tell them, look, this, we

24   think this is your responsibility to come up with a

25   poll worker manual for the State.  They didn't

PURSUANT TO PROTECTIVE ORDER

Page 59

1   really seem to have any sense of urgency about

2   that.

3           But other than that, I mean, the State was

4   pretty hands-off when it came to the system.  We

5   got -- we got some short training with Dominion.

6   They provided a basic poll worker manual.  And then

7   we had the big, thick Dominion manual, so we had

8   to, you know, come up with a -- with a manual for

9   training.

10          You know, fortunately, most of it was

11  done -- we started training people before the

12  presidential preference primary.  But you know, we

13  were -- during -- it was during early voting when

14  we shut that election down, so most of the election

15  workers didn't receive any in-person training.  And

16  that was really the main problem.

17          With the -- as far as the electrical, the

18  State was -- had -- I think they, if I remember

19  right, they had contracted with someone to go out

20  and check electrical, they did -- to do an electric

21  at survey at polling places.  And I'm thinking it

22  was all before the June election that they were

23  supposed to have done that.

24          I know that after the June election Fulton

25  County went out and we surveyed everything.  We

PURSUANT TO PROTECTIVE ORDER

Page 60

1    figured out which outlets in all of those polling

2    places were the ones that had to be used so that

3    poll workers would, you know, no longer have

4    problems with electricity.

5        Q.    How long did it take the State to prepare

6    the poll workers manual?

7        A.    I don't remember.  I think we got it

8    sometime in February, maybe the latter part of

9    February in 2020, which was just weeks before

10   the -- it was pretty close to when early voting

11   started for the March election.

12       Q.    Did the Secretary of State prepare Fulton

13   County for the different burdens that would be on

14   it as a result of using this new system that the

15   State had elected to purchase?

16           MS. LAROSS:  I object to the form of

17       the question.

18           THE WITNESS:  Did they prepare us?

19   BY MR. KNAPP:

20       Q.    Yes.

21       A.    You know, I mean, they provided the

22   Dominion training.  You know, with the pandemic the

23   way it was, I'm not really sure -- you know, I'm

24   not sure what could have been done at that point.

25           But you know, I mean, obviously looking

PURSUANT TO PROTECTIVE ORDER

Page 115

1    State himself common to the other counties as well

2    to your knowledge?

3        A.   No.

4            MS. LAROSS:   Objection to the form of

5        the question.

6            THE WITNESS:   Not from my

7        conversations with other directors.

8    BY MR. KNAPP:

9        Q.   And what did you learn from other

10   directors about the pattern of communications their

11   offices had with the Secretary -- with

12   Mr. Raffensperger?

13       A.   I just -- I mean, they told me that they,

14   you know, some of them have had -- some of them

15   have regular contact with him in some form or

16   fashion.  I don't know if it's phone calls or

17   whatever.

18           But you know, they either will be invited

19   to things or they will -- or they'll be, you

20   know -- I don't know what -- on what occasions they

21   speak to him, but it seems to me that there are at

22   least some regular conversations that happen

23   sometimes between him and some of the other

24   counties.

25       Q.   Do you have any understanding as to why

PURSUANT TO PROTECTIVE ORDER

Page 116

1    the Fulton County experience was different than

2    these other counties?

3        A.   I can speculate as to --

4             MS. LAROSS:  Objection as to form.

5             THE WITNESS:  -- that but, you know,

6        that's -- all I can do is just speculate

7        on it.  So I only know him from, you know,

8        what he says and what he has his people

9        say about us and the adversarial

10       relationship he likes to have with us.

11       So.

12   BY MR. KNAPP:

13       Q.   Is the adversarial relationship helpful to

14   your mission to conduct elections within Fulton

15   County?

16       A.   No.

17             MS. LAROSS:  Objection as to form.

18             THE WITNESS:  No.  But I also think

19       the whole set-up in Georgia, which is --

20       seems to be unique to Georgia, is -- just

21       creates that atmosphere, the State

22       Election Board, the investigations of the

23       counties, the punitive punishments from

24       the State Election Board, binding things

25       over to the attorney general, these types

PURSUANT TO PROTECTIVE ORDER

Page 117

1          of things.

2              I mean, you know, the other states in

3          which I've worked, you know, the Secretary

4          of State's office is there as a helpful

5          resource to the counties.  And you

6          definitely -- I don't think you can say

7          that is the case in Georgia.

8              And I think the State Election

9          Board's relationship with the counties is

10         nothing but adversarial.  And it's -- you

11         know, I don't know what you want to call

12         it.  They're like kangaroo court sessions.

13         But that's, you know, here in Georgia

14         that's -- you just have to deal with it.

15    BY MR. KNAPP:

16         Q.   And do you have specific examples of such

17    dealings with the Secretary -- the State Election

18    Board in Fulton County?

19         A.   Well, I think, you know, you -- your -- a

20    complaint comes in, an investigator does a

21    complaint, they present it at the State Election

22    Board.  Sometimes you get notice a week ahead of

23    time of what's coming.

24             You don't even -- you might not even have

25    any records left because every two years you

Page 146

1    election went extraordinarily well, even better

2    than November.

3        Q.   One could almost say flawless.

4        A.   Yeah.

5        Q.   And again, talking about new procedures,

6    had there ever been an R.L.L. -- R.L. audit of an

7    election before, of a presidential election?

8        A.   We -- no.  I mean, we had done a pilot of

9    a -- of an R.L.A., and it was pretty simple.  And

10   we were set up to -- you know, we were going to --

11   we were told by the State that they were going to

12   pull about 250 to 275 ballots for our risk-limiting

13   audit for the November election, and then it turned

14   out we had to count every one by hand.

15       Q.   Are those the kind of surprises that gives

16   you, people like you a nightmare?

17       A.   What, a full -- a full hand count of an

18   election?

19       Q.   Well, after expecting an R.L.A. of only

20   270,000 votes to suddenly ramp up to have to count

21   every vote?

22       A.   Well, I mean, it wasn't --

23            MS. LAROSS:  Object to the --

24            THE WITNESS:  We weren't --

25            MS. LAROSS:  -- form of the question.

PURSUANT TO PROTECTIVE ORDER

Page 147

```
 1              Excuse me, Mr. Barron.  Go ahead.
 2              THE WITNESS:  Yeah, no, it was like
 3        275 ballots we were going to have to
 4        count.
 5    BY MR. KNAPP:
 6        Q.   Oh.
 7        A.   And we had to count 527,000.  So yeah, it
 8    was a -- it was stunning.  Especially knowing that,
 9    even if we did that hand count, that with the
10    margin of victory that Biden had we were going to
11    have to do the machine recount anyway, and that
12    Trump would request the machine recount even though
13    we just did the hand count, it just seemed to me to
14    be a complete waste of resources.
15              It cost us almost 900,000 dollars, I
16    think, to do that hand audit.
17        Q.   Who ended up paying that?
18        A.   The County.
19        Q.   And then let's see here.
20        A.   And the tool that we were given to record
21    all the counting was just -- I -- it can't be
22    termed as anything but a complete joke.
23        Q.   Explain what those tools were, and explain
24    what would be a much more legitimate and -- way to
25    go about that task.
```

PURSUANT TO PROTECTIVE ORDER

Page 148

1          A.    Well, we got a piece of software called

2     Arlo.  And it was not built for this.  You -- we

3     were only given one user, permission for one user.

4     And so every county got permission for one user no

5     matter the size.  And we had to enter all of the

6     batch sheets.

7               After somebody -- after teams of two would

8     count, they would turn in a batch sheet with their

9     totals on it, and those would have to be entered.

10    And when you would enter it, the system would just

11    spin like it -- you know, like, when Apple has the

12    little twirly --

13         Q.    Hourglass?

14         A.    (Inaudible due to cross-talk).

15         Q.    Uh-huh.

16         A.    It will -- it just will be non-responsive.

17    And so somebody would just enter the information

18    again without realizing that the system had already

19    probably accepted the previous entry.

20              And there was also no search feature in it

21    unless -- the only way you could search for

22    something is if you -- you had to know how the

23    batch number and the description was entered

24    previously.

25              And if you -- if you didn't know whether

PURSUANT TO PROTECTIVE ORDER

Page 149

1    it was upper case or lower case, if you just put in

2    all lower case and it had been entered upper and

3    lower, you would not get anything out of your

4    search result.

5         So trying to go back and do any

6    reconciliation was almost impossible.  I mean, we

7    finally just had to -- it was just not built for --

8    that system was not built for what -- for the

9    purposes for the counties to use it for a hand

10   audit.

11   Q.   This was --

12   A.   So it was very hard to record all of the

13   information afterwards.  It would have been better

14   just to do an express -- an Excel spreadsheet.

15   Q.   Interesting.

16        Who selected the software?

17   A.   The State.

18   Q.   What input, if any, did they ask of you or

19   your office in making that selection?

20   A.   I don't think they consulted with any

21   counties on it.  That's from what I've been told

22   from other counties.

23   Q.   Do you have any understanding why they

24   thought this tool would be sufficient to perform

25   this task?

PURSUANT TO PROTECTIVE ORDER

Page 163

1     Q.   Okay.  Are we ready?

2     A.   Yes.

3     Q.   As you see, exhibit -- topic nine starts

4     on Page 7, carries over to Page 8.  Tell me, what

5     knowledge, if any, do you have of any evaluation,

6     study, investigation or assessment of the

7     integrity, security or vulnerability of the

8     Georgia's current election system or its prior

9     G.E.M.S./D.R.E. election system?

10    A.   This is at the top of number nine?  This

11    is topic number nine, you said?

12    Q.   Yes, sir.

13    A.   Hello?

14    Q.   Yes.  Can you not hear me?  It's the

15    top -- topic number nine in the paragraph, full

16    paragraph at the top of number nine.

17    A.   Oh, the paragraph before number nine?

18    Q.   No.  The actual -- well, it's all -- it's

19    all one and the same.  The paragraph is part of

20    Paragraph 9, and then it then goes on to have

21    additional Subparts A through D.

22    A.   Okay.

23    Q.   It's now highlighted by Mr. Sparks -- and

24    I appreciate that -- in blue, it looks like.

25    A.   Any testing, examination, re-examination,

PURSUANT TO PROTECTIVE ORDER

Page 164

1    evaluation, study, analysis, investigation of the
2    security, integrity, rely -- have we done any of
3    these things?
4         Q.   That's --
5         A.   No.
6         Q.   -- the question.
7         A.   No.
8         Q.   To your knowledge has the Secretary of
9    State's office done any of these things?
10        A.   I don't know.
11        Q.   To the best of your knowledge, do you know
12   if the Secretary of State has retained any outside
13   party to engage in any of these activities?
14        A.   Not that -- not of which I'm aware.  I
15   mean, I've heard that some legislatures -- well,
16   and some legislators have brought in some different
17   voting system vendors that were up for the -- that
18   were under consideration with the S.A.F.E.
19   Commission and that they've brought them in since
20   the November election.
21        Q.   Are you familiar with any evaluations or
22   work performed for the Secretary of State by
23   Fortalice?
24        A.   No.  I've heard the name, and I think -- I
25   think, and I don't remember where it was from, it

PURSUANT TO PROTECTIVE ORDER

Page 165

1    was -- I think it had to do with something on a --

2    with a computer that they may have looked at at

3    some point, but I'm not familiar with them.

4         Q.   In the -- in this suit Alex Halderman

5    of -- one of the leading experts on voting systems,

6    examined the system and found vulnerabilities.

7    Have you ever seen that report?

8         A.   I've seen one report that was, like,

9    authored in -- no, it was -- I don't think it was a

10   report.  I've seen something that he wrote for the

11   Court in 2019.  That's the only thing that I'm --

12   of which I'm aware.

13        Q.   Okay.  And do you recall what it is that

14   Dr. Halderman said in that report that was provided

15   to the Court?

16        A.   It seems like it was basically warning

17   about what he considered to be some of the

18   potential vulnerabilities of the system.

19        Q.   And at this point in time, were the -- was

20   the system the D.R.E. system?

21        A.   No.  I think it was considering the new

22   voting system.  And I don't -- I don't know if when

23   he wrote that that the State had already decided

24   upon Dominion's system.  That may have been right

25   after they -- the State purchased Dominion.

Page 166

1          I can't re -- I don't know the exact date

2     in which he submitted that to the Court, but it

3     seemed as though it was pointing out things

4     specific to Dominion.

5          Q.   Do you agree or disagree with the various

6     elements that Dr. Halderman set forth in that

7     report that he, in his view, deemed to be

8     vulnerabilities?

9          A.   Not -- well, in whatever it was that I

10     read that he wrote in 2019, I don't -- I can't

11     remember what they call those, it wasn't -- they

12     weren't interrogatories.  It was more of like a --

13     I can't remember what legal statement it was, but

14     it was, like, 11 pages long.

15          Q.   Like an affidavit?

16          A.   Yeah.  Maybe that was it.  I didn't really

17     find anything of concern in what he wrote.  Because

18     it just seemed like he was speculating on things

19     that could possibly happen if this, this, this and

20     this were in place, you know.

21          To me it was -- you know, it wasn't

22     anything that caused me concern.  But if he's

23     written something since then, I don't know to what

24     you're referring.

25          Q.   Okay.  And would it be correct to assume

Page 167

1    that you've not read any recent affidavit from

2    Dr. Halderman that's different from the 2019

3    affidavit that you believe you saw?

4        A.   I don't think so.  I mean, I don't know

5    what you mean by "recent."  But I would say if it

6    was within the last year, definitely I haven't read

7    it.  I have not read anything.  And if it was in

8    2020, I'm not sure how much I would -- how much

9    attention I would have paid to it or remembered

10   from it.

11       Q.   Do you think it's prudent for Fulton

12   County, or for that matter the State of Georgia, to

13   periodically make an attempt to have an outside

14   service to assess whether or not the system has any

15   vulnerabilities?

16       A.   Do I think it would serve a purpose for

17   the State to have somebody come in and look at it?

18       Q.   Yes.

19       A.   No.  I mean, not -- I don't know.  I just

20   don't -- you know, from what I've seen of the

21   system, you know, yeah, it's got -- it's two --

22   it's expensive and it costs too much money, and

23   it's put an unfunded mandate upon all the counties.

24            I think if you talk to all the big

25   counties, they're going to tell you -- not, maybe

PURSUANT TO PROTECTIVE ORDER

Page 173

1    think -- yeah, I would -- but I don't -- I mean, I
2    find it kind of hard to speculate on this stuff.
3        Q.   Well, you've been hearing a lot of
4    theories for a long time; right?
5        A.   Yeah.  Maybe my problem is that I seem to
6    trust the people or my colleagues in my county and
7    other counties that, you know, they're going to do
8    the right thing.  Maybe anymore after 2020 that's
9    naive, but.
10       Q.   I understand that you're no longer the
11   executive director in Fulton County; is that
12   correct?
13       A.   I am until April 1st.
14       Q.   Okay.  Do you anticipate staying in the
15   industry?
16       A.   No.
17       Q.   May I, if it's not too intrusive, may I
18   ask why not?
19       A.   Well, I don't, I mean, I don't really want
20   to deal with -- I mean, most -- some of it has to
21   do with personal life matters, and some of it has
22   to do with I don't have really much respect for the
23   elected officials involved in these things anymore.
24           I mean, you know, I've got -- there seems
25   to be a big group of elected officials out there

PURSUANT TO PROTECTIVE ORDER

Page 179

1        B.M.D.s used in Fulton County for 2020

2        and 2021 elections."

3            We've talked a little bit about the screen

4    on the B.M.D.s and different systems as to whether

5    or not, when a paper is printed, whether you can

6    compare that back to the what was on the screen in

7    terms of a voter verifying that the paper that's

8    been generated by the B.M.D. is an accurate

9    portrayal of their vote.

10           Do you have any other opinions about

11   whether or not the B.M.D. produces a paper -- a

12   record that a voter can verify?

13       A.   Do I have what about the voter record that

14   could be verified?

15       Q.   Whether the voter can verify that their

16   individual vote has been accurately recorded by the

17   election system.

18       A.   You mean do I -- do I have any views on

19   whether or not the voters -- can you restate, like,

20   the -- a question?

21       Q.   I'll be glad to.  I'm sorry.  It was

22   probably obtuse.

23           Are you aware of any policies implemented

24   by Fulton County to ensure that the voters can

25   verify that the paper ballot generated by the

PURSUANT TO PROTECTIVE ORDER

Page 180

1    system accurately records their vote?

2        A.   No.  I mean, we don't have anything in

3    place that says, you know, voters need to -- you

4    need to have the voters, make sure the voters

5    verify what's on their ballot before they deposit

6    it into the scanner.

7            I mean, I think we train poll workers to

8    remind, you know, voters that they can -- you know,

9    to follow the instructions that are on the screen,

10   and before they -- before they put their ballot

11   into a scanner, you know, if they -- if they're

12   unsure that they received the correct ballot, to

13   make sure a poll worker is aware of that before

14   they deposit their ballot in the scanner.

15           Once you put your ballot into a scanner,

16   the -- you know, you've cast it.  But we don't do

17   anything actively to tell voters they have to

18   review their ballot for -- to see if it was

19   correct.

20       Q.   You're aware that the actual vote is

21   embedded into whatever the, we didn't know whether

22   it was a Q.R. code or just a barcode on the paper

23   that's printed by the B.M.D.; correct?

24       A.   Yeah.

25       Q.   And so --

PURSUANT TO PROTECTIVE ORDER

Page 181

1        A.   Yeah, there's no way for the voter to

2    verify what's in that.  So you know, they just have

3    to -- they're supposed to review their ballots

4    before they put it into the scanner.  I mean, I

5    don't know -- I know Alex Halderman did something

6    where he -- it's, like, less than 10 percent of the

7    voters actually do that.

8            That's probably even in line with what --

9    and when I was part of the team that put the system

10   in in Nevada with the VVPATs, you know, most people

11   didn't look -- didn't really spend much time

12   comparing their ballot to the -- what was under the

13   glass.

14           And a lot -- most of them would say, well,

15   we live in Nevada, if somebody's going to try to

16   hack in and steal something, it's not going to be

17   the votes, it's going to be the money, you know.

18   Really, I mean, I mean, it was a lot of voters in

19   Nevada would say that.

20       Q.   Well, maybe we don't have as vulnerable of

21   money here, that's why voters are more concerned.

22           And do the same concerns carry over to

23   whether or not the paper that's printed by the

24   B.M.D.s can actually be audited, whether it's a

25   risk-limiting audit or actual recount given the

PURSUANT TO PROTECTIVE ORDER

Page 182

1   Q.R. -- the code, whatever it is, is where the

2   vote's embedded and not the text at the bottom of

3   the ballot?

4       A.   You mean does it -- is it a concern for me

5   that what's in the code, the code is not the same,

6   the Q.R. code is not -- may not be the same as

7   what's printed, the bubbles on the --

8       Q.   Yeah.

9       A.   -- his mark is not in the bubbles, there's

10  no way for the voter to verify those two things?

11      Q.   Yeah.  That those two things express the

12  same vote.

13      A.   I mean, I think that with you -- if you do

14  a risk-limiting audit, you should be able to verify

15  that.  I know some people have different views on

16  what -- how extensive the audit needs to be to

17  verify that.

18          And I don't have a problem with more

19  extensive audit, you know.  I don't know.  I mean,

20  I guess if you get rid of the Q.R. code and barcode

21  and you use a sys -- oh, I just got a message on

22  my -- can you guys hear me?

23      Q.   Yeah.

24      A.   Okay.  I, you know, I guess it would be --

25  the best thing to do would be for there to be

PURSUANT TO PROTECTIVE ORDER

Page 183

1    minimal barcodes or Q.R. codes, and then whatever
2    is on the ballot gets scanned somehow, just the
3    content of the ballot.  But I don't know what's
4    involved in that.
5         Q.   Are you aware that Dominion can provide
6    "ballot on demand" printers?
7         A.   That they can provide "ballot on demand"
8    printers?  Oh, you mean, like, for early voting
9    locations?
10        Q.   Or any application within either early
11   voting or the actual Election Day in-person voting.
12        A.   No, it doesn't surprise me that they can
13   do that.
14        Q.   And --
15        A.   Yeah, I think I knew that.
16        Q.   And if the State elected to add this to
17   the current system, that the poll workers could
18   print a ballot, a paper ballot for each voter when
19   they check in?
20        A.   And then have them mark it?
21        Q.   Yeah.  Then you could -- then you could
22   have them mark it, you wouldn't have to have
23   pre-printed ballots ahead of time, but it would
24   allow the voter to use a hand-marked paper ballot
25   and then -- to use that and deposit that into the

PURSUANT TO PROTECTIVE ORDER

Page 202

1          R E P O R T E R    C E R T I F I C A T E
2      STATE OF GEORGIA )
       COBB COUNTY      )
3
4              I, Debra M. Druzisky, a Certified Court
       Reporter in and for the State of Georgia, do hereby
5      certify:
               That prior to being examined, the witness
6      named in the foregoing deposition was by me duly
       sworn to testify to the truth, the whole truth, and
7      nothing but the truth;
               That said deposition was taken before me
8      at the time and place set forth and was taken down
       by me in shorthand and thereafter reduced to
9      computerized transcription under my direction and
       supervision.  And I hereby certify the foregoing
10     deposition is a full, true and correct transcript
       of my shorthand notes so taken.
11             Review of the transcript was requested.
       If requested, any changes made by the deponent and
12     provided to the reporter during the period allowed
       are appended hereto.
13             I further certify that I am not of kin or
       counsel to the parties in the case, and I am not in
14     the regular employ of counsel for any of the said
       parties, nor am I in any way financially interested
15     in the result of said case.
               IN WITNESS WHEREOF, I have hereunto
16     subscribed my name this 14th day of February, 2022.
17
18
19
20     _____
                 Debra M. Druzisky
21               Georgia CCR-B-1848
22
23
24
25

PURSUANT TO PROTECTIVE ORDER

Page 203

1        R E P O R T E R   D I S C L O S U R E

2     DISTRICT COURT   )   DEPOSITION OF
      NORTHERN DISTRICT)   RICHARD BARRON
3     ATLANTA DIVISION )

4              Pursuant to Article 10.B of the Rules and
      Regulations of the Board of Court Reporting of the
5     Judicial Council of Georgia, I make the following
      disclosure:

6              I am a Georgia Certified Court Reporter.
      I am here as a representative of Veritext Legal
7     Solutions.

               Veritext Legal Solutions was contacted by
8     the offices of Krevolin & Horst to provide court
      reporting services for this deposition.  Veritext
9     Legal Solutions will not be taking this deposition
      under any contract that is prohibited by O.C.G.A.
10    9-11-28 (c).

               Veritext Legal Solutions has no contract
11    or agreement to provide court reporting services
      with any party to the case, or any reporter or
12    reporting agency from whom a referral might have
      been made to cover the deposition.

13             Veritext Legal Solutions will charge its
      usual and customary rates to all parties in the
14    case, and a financial discount will not be given to
      any party in this litigation.

15

16

17             Debra M. Druzisky
               Georgia CCR-B-1848

18

19

20

21

22

23

24

25