# EXHIBIT 72



Exhibit 0022



DouglasNow.com, *Dominion Voting Machine Flaws – 2020 Election Coffee County, Georgia Video 1*, YouTube (Dec. 9, 2020), https://www.youtube.com/watch?v=46CAKyyObls&t=16s.