# EXHIBIT 73



08122022-000254