# EXHIBIT 74



Exhibit 0024