# EXHIBIT 76



# INVESTIGATIONS DIVISION

## REPORT OF INVESTIGATION

| | |
|---|---|
| CASE NAME: | Coffee County – Miscellaneous |
| SEB CASE #: | SEB2020-250 |
| INVESTIGATOR: | Josh Blanchard |
| DATE OF REPORT: | 09-28-2021 |

**COMPLAINT:**

**Complaint 1**

On December 4, 2020, the Coffee County Board of Elections and Registration sent a letter advising they could not certify the electronic recount numbers for the November 3, 2020, General Election. In the letter, they claimed the Dominion Voting System was unable to repeatably duplicate creditable election results. Instead, Coffee County Board of Elections and Registration voted to certify the votes cast in the election night report. (Exhibit 1)

**Complaint 2**

A video surfaced on YouTube where it showed Coffee County Election Supervisor, Misty Martin discussing the ways in which the election software could be manipulated.

Exhibit 0002

**Complaint 3**

Ms. Brittany Jackson said she submitted a request for her absentee ballot on December 1, 2020 however did not receive the ballot until December 26, 2020. Ms. Jackson said she was able to mail the ballot back the same day it was received but felt her vote would not be counted due to how late it was received. Ms. Jackson felt this was an effort by Coffee County to suppress her vote. (Exhibit 1)

**COUNTY AND ELECTION INVOLVED:**

Coffee County, Georgia / General Election – November 3, 2020

**ELECTION STAFF:**

Coffee County Board of Elections and Registration and Current Election Supervisor James Barnes / Former Election Supervisor Misty Hampton

**ELECTION CERTIFICATION:**

Coffee County Election Supervisor James Barnes received his certification on January 10, 2020.

Coffee County Election Supervisor Misty Hampton received her certification on November 20, 2012.

**JURISDICTION/VENUE:**

Jurisdiction will be with the State Election Board, Atlanta, Fulton County, Georgia.

Venue on any criminal prosecution will lie in Coffee County, Georgia

**COMPLAINANTS:**

Office of the Georgia Secretary of State
214 State Capitol
Atlanta, Georgia 30334
(404) 656-2881

Brittany Jackson

2

**RESPONDENT(S):**

Coffee County Board of Elections and Registration
224 West Ashley Street
Douglas, Georgia 31533
(912) 384-7018

Misty Martin, Former Election Supervisor


**INVESTIGATIVE SUMMARY:**

**Complaint 1**

Chief Investigator, Frances Watson, Investigation Area Supervisor, Pam Jones, and Investigator Blanchard all travelled to Coffee County for an Interview with former Election Supervisor, Misty Martin. Also present during the interview was County Attorney for Coffee County, Tony Rowell, Coffee County Dominion Tech, James Brignolle, Dominion Senior Project Manager, Tom Feehan and Dominion Senior Manager, Scott Tucker. The interview was summarized in a Memorandum of Interview. (Exhibit 3)

Investigation Area Supervisor, Pam Jones led the interview and asked Ms. Martin why she felt the election could not be certified. Ms. Martin said once the hand count was completed, they were off by 1 vote and after completing the latest recount they were off by 50 votes. Ms. Martin said they were unable to determine the reason for the count discrepancies on both occasions. Ms. Martin also mentioned how she discovered by accident that she could pull up a ballot in adjudication mode and make changes to ballots. Ms. Martin said this feature bothered her, so she told her Board about it. Ms. Martin said the Board did not feel comfortable certifying the results with the 50-vote discrepancy that could not be explained and the decision was made to certify the original election night results.

Ms. Martin also mentioned how the ballot scanner did not work properly and would stop on every few ballots. Ms. Martin said they were currently on their third scanner. The issue of cleaning the scanner after every 1000 ballots was mentioned and Ms. Martin claimed she had never been told that was necessary. Coffee County Dominion Tech, James Brignolle was also unaware of the cleaning procedure for the ballot scanner. Both Dominion Senior Project Manager, Tom Feehan and Dominion Senior Manager, Scott Tucker commented on how the scanner cleaning protocol was included in the training provided to the counties.

Supervisor Jones asked if she was taught the cleaning procedure in the training she received? Ms. Martin replied, "you mean the 2 days of training that I received". Ms. Martin added that 2 days was not enough training and that the training manual provided was extremely difficult to understand. Supervisor Jones asked if she sought help with the problems she was having? Ms. Martin said she did but never got the answers she needed and commented on how her liaison is not helpful and never calls her back.

**CONFIDENTIAL**                                                                                                   **SOS-INV000138**

Investigator Blanchard obtained the ICC scanner maintenance printout which covers cleaning procedures. The printout was obtained from the Firefly Website. (Exhibit 4) Firefly is a training tool and accessible to all county election personnel.

Ms. Martin said on December 4, 2020, Dominion Supervisor, Gary Gainous was in route to drop off a replacement scanner but after she spoke with her Board, she advised Mr. Gainous to hold off until December 7, 2020.

County Attorney, Tony Rowell asked Scott Tucker and Tom Feehan how the issue with the recount could be identified. Earlier in the interview, Ms. Martin said the ballots were not kept in batches and the advanced voting and election day ballots were mixed after they were scanned. Mr. Tucker said since the ballots were not kept in batches, locating the 50-ballot discrepancy would be nearly impossible.

Scott Tucker and Tom Feehan explained how the Dominion System worked with a batch organization system and how each county is responsible for keeping the ballots organized. They explained how batches should not contain more than 100 ballots and once the ballots in a batch are scanned the batch is assigned a batch ID number which should be recorded on the cover sheet. Mr. Tucker said the ballots that need to be adjudicated are kept in batches in order to help record and identify the ones that are altered or changed during the adjudication process.

Ms. Martin acted as if she was unaware the ballots were supposed to be kept in batches throughout the entire process but did claim the ballots were in batches at some point.

The decision was made to recount the ballots after the meeting was concluded. Chief Investigator, Frances Watson, Investigation Area Supervisor, Pam Jones, and Investigator Blanchard assisted Coffee County with organizing the ballots into batches of 100. The final count was 13,347, Advanced and Election Day Ballots, and 1,930 Absentee and Provisional Ballots. The total combined ballots totaled 15,277 ballots, which matched the original Coffee County Election results listed on the Secretary of State's Election Night Reporting Page.

**Complaint 2**

Chief Investigator, Frances Watson, Investigation Area Supervisor, Pam Jones, and Investigator Blanchard all travelled to Coffee County for an Interview with former Election Supervisor, Misty Martin. Also present during the interview was County Attorney for Coffee County, Tony Rowell, Coffee County Dominion Tech, James Brignolle, Dominion Senior Project Manager, Tom Feehan and Dominion Senior Manager, Scott Tucker. The interview was summarized in a Memorandum of Interview. (Exhibit 3)

There were two videos uploaded to YouTube and IT extracted the videos and made copies. (Exhibit 5) Ms. Martin said the video was recorded by Board Member, Eric Chaney during a Board Meeting. Ms. Martin said one citizen attended the meeting, but she could not identify him.

**CONFIDENTIAL**                                                                                                                  **SOS-INV000139**

Investigation Area Supervisor, Pam Jones led the interview and asked Ms. Martin what prompted the video to be made. Ms. Martin said the video was made after she made her Board aware that a blank ballot could be altered and voted during the adjudication process. Supervisor Jones said the video was misleading and asked why she failed to provide instruction about the intended use of the adjudication process. Ms. Martin did not have a response.

Investigator Blanchard asked if she explained the intended purpose of the functions she was manipulating in the video? Ms. Martin said the Board Members were aware with how the system works. Investigator Blanchard asked if the citizen present was aware? Ms. Martin said she was sure it was explained. Supervisor Jones said with everything that is happening in our state and country, she should be providing the citizens of the county with information to instill confidence, not misleading information. Ms. Martin did not have a response.

Investigator Blanchard obtained a copy of the Democracy Suite ImageCast Adjudication User Guide. The user guide was obtained from the Firefly Website. (Exhibit 6) Firefly is a training tool and accessible to all county election personnel.

Supervisor Jones told Ms. Martin in regard to security, she was the first line of defense and when she took her job, she agreed to conduct fair elections and follow the law. Chief Watson spoke up and asked her if she committed fraud or knew of anyone who committed fraud during the election. Ms. Martin said she did not fraudulently change any election results and did not know of anyone who fraudulently change any results. Ms. Martin agreed to provide a written statement.

County Attorney, Tony Rowell claimed the video was never supposed to be released publicly and indicated it may have been obtained through an open records request. Prior to the interview, Investigator Blanchard reviewed the two videos and noticed what looked like a password taped to the bottom of the computer screen Ms. Martin was using. Investigator Blanchard paused the video and took some pictures of the password which could be clearly read. (Exhibit 7) During the interview it was discovered the password was used to access the Dominion Voting System.

Ms. Martin said everyone in the office used a single password to access the Dominion Voting System. Ms. Martin said the door to the office where the computer is located remained open throughout the workday and employees would have access. Ms. Martin said there was another door that remained locked to the public so individuals could not just walk in.

Dominion Senior Project Manager, Tom Feehan and Dominion Senior Manager, Scott Tucker advised Ms. Martin there should be a separate password for every user who accessed the system. Ms. Martin said she was unaware a separate password was needed for every user. Mr. Tucker told Ms. Martin that Michael Barnes would be able to assist her with setting up passwords for each user.

Investigator Blanchard obtained Ms. Martin's typed statement. (Exhibit 8)

**CONFIDENTIAL**                                                                                                                    **SOS-INV000140**

**Complaint 3**

Investigator Blanchard ran an E-Net Inquiry on Brittany Jackson which showed that a ballot was requested for the January 5, 2021, Runoff Election on December 1, 2020. The ballot was mailed to ███████████████████████████ and received back at the Coffee County Election Office on January 4, 2021. The E-Net Inquiry showed where Ms. Jackson's absentee ballot was counted. (Exhibit 9)

Investigator Blanchard contacted the current Coffee County Election Supervisor, James Barnes who said the records showed Brittany Jackson's absentee ballot was processed. Mr. Barnes emailed supporting documentation in the form of screenshots of an E-Net Inquiry and Easy Vote Page for Ms. Jackson. (Exhibit 10)

Investigator Blanchard spoke with Brittany Jackson and briefly covered the complaint. Ms. Jackson submitted her request for absentee ballot on December 1, 2020 but did not receive the ballot until December 26, 2020. During that time period, Ms. Jackson's father Edward Jackson went to check on the status of her ballot and spoke with a county employee named Jill. Jill mentioned how they had around 700 absentee ballots that were going to be mailed the following day. Ms. Jackson felt this was an attempt to suppress her vote by Coffee County Election Officials. Ms. Jackson said she felt that way because Coffee County seemed to have a lack of urgency in regard to sending out absentee ballots. Ms. Jackson said another factor was the actual date in which she received her ballot was close to the date it had to be returned. Ms. Jackson confirmed she was living at a temporary address in Tennessee at the time of the election. Ms. Jackson is completing her residency and is still a permanent resident of Georgia. (Exhibit 11)

**FINDINGS:**

**Complaint 1**

Ms. Martin failed to keep the ballots in batches after they were scanned, which is the reason the count discrepancy could not be identified and resolved. After the interview, Investigators assisted Coffee County with organizing the ballots into batches of 100. The final count was 13,347, Advanced and Election Day Ballots, and 1,930 Absentee and Provisional Ballots. The total combined ballots totaled 15,277 ballots, which matched the original Coffee County Election results listed on the Secretary of State's Election Night Reporting Page.

Ms. Martin also claimed the ballot scanner was not working properly and would stop on every few ballots. Ms. Martin claimed she did not know the scanner needed to be cleaned periodically. Both Dominion Senior Project Manager, Tom Feehan and Dominion Senior Manager, Scott Tucker said the scanner cleaning protocol was included in the training provided to the counties. Investigator Blanchard accessed the Firefly website and located the ICC scanner maintenance printout which covers cleaning procedures.

**Complaint 2**

Ms. Martin along with Coffee County Board of Election Member, Eric Chaney made two videos claiming the Dominion System Election Software could be manipulated. Ms. Martin said the

video was made after she made her Board aware that a blank ballot could be altered and voted during the adjudication process. Ms. Martin never once during the videos explained the intended use of the adjudication process. The video was very misleading and seemed its purpose was simply to create doubt and public mistrust in the Dominion Voting System.

Investigator Blanchard reviewed the two videos and noticed what looked like a password taped to the bottom of the computer screen Ms. Martin was using. Investigator Blanchard paused the video and took some pictures of the password which could be clearly read. It was later discovered the password was used to access the Dominion Voting System.

Ms. Martin said everyone in the office used a single password to access the Dominion Voting System and the door to the office where the computer is located remained open throughout the workday. Ms. Martin said there was another door that remained locked to the public so individuals could not just walk in. Ms. Martin claimed she was unaware a separate password was needed for every user.

**Complaint 3**

An E-Net Inquiry on Brittany Jackson showed her ballot was received by the Coffee County Election Office on January 4, 2021 and her vote was counted. At the time of the election Ms. Jackson was living at a temporary address in Tennessee.

**POTENTIAL VIOLATION:**

**Coffee County Board of Elections and Registrations**
**Misty Martin, Former Election Supervisor**

There is evidence to suggest **Coffee County Board of Elections and Registrations and Misty Martin, Former Election Supervisor** violated **SEB RULE 183.1-12-.05(3) Security of Voting System Components at County Elections Office or Designated County Storage Area,** when they failed to keep the room where the election management system was located locked at all times when it was not directly under the supervision of the election supervisor. Through the former election supervisor's own admission, she stated the door to the room remained open throughout the workday and employees would have access. In addition, all employees utilized the same password to access the system, which was taped the bottom portion of the monitor. This is incorrect and all employees who were allowed access should have had separate passwords. **(1 Count)**

**CONFIDENTIAL**                                                                                                                                               SOS-INV000142

**EXHIBITS:**

1. Complaint
2. Witness List
3. Memorandum of Interview Misty Martin
4. ICC Scanner Maintenance Printout
5. Two Videos
6. Democracy Suite ImageCast Adjudication User Guide
7. Pictures of Password
8. Misty Martin's Typed Statement
9. E-Net Inquiry – Brittany Jackson
10. E-Net Inquiry & Easy Vote Page – Brittany
11. Memorandum of Interview – Brittany Jackson

CONFIDENTIAL                                                                                                                                              SOS-INV000143