# EXHIBIT 82

2/4/23, 12:18 AM	Security-Focused Tech Company, Dominion Voting to Implement new Verified Paper Ballot System | Georgia Secretary of State

Case 1:17-cv-02989-AT Document 1630-32 Filed 02/13/23 Page 2 of 3



Georgia
Secretary of State
Brad Raffensperger



Home > News & Announcements > Security-Focused Tech Company, Dominion Voting to Implement new Verified Paper Ballot System

**July 29th, 2019**

(Atlanta) -- After a competitive selection process, Secretary of State Brad Raffensperger selects Dominion Voting Systems to implement its new verified paper ballot system. Implementation of the new secure voting system will start immediately and be in place and fully operational for the March 24, 2020 Presidential Preference Primary.

"Elections security is my top priority," said Raffensperger. "We look forward to working with national and local elections security experts to institute best practices and continue to safeguard all aspects of physical and cyber-security in an ever-changing threat environment."

The Georgia Secretary of State's office has already partnered with the Department of Homeland Security and private cyber-security companies to provide network monitoring, cyber-hygiene scanning, and cyber-security assessments. Many Georgia counties have also partnered with DHS to provide physical security assessments of their election offices.

"We are honored to partner with the State of Georgia to deliver a best-in-class system that is fully adaptable to state needs," said Dominion CEO John Poulos. "Election officials and voters alike can be assured they are using the most modern, accessible and security-focused system on the market today, with paper ballots for every vote cast to ease auditing and ensure confidence in results."

"As Election Director my job is to make sure every voter has a positive experience," said Rockdale County Elections Supervisor, Cynthia Willingham

.
"We are grateful to the Secretary of State for the new system and will ensure every voter is able to efficiently and accurately cast their ballot."

###

## More News & Announcements

Call for Special Election - HD 75

Call for Special Election - HD 75

University of Georgia Poll Finds 99% of Georgia Voters Reported No Issue Casting Ballot

Secretary Raffensperger Praises County Election Director Nancy Boren, Dismisses Attacks from Dark Money Group

Secretary of State Trains Local Officials on New Voter Registration System

Federal Judge: Abrams Group Must Repay Costs to Georgia Taxpayers

VIEW ALL »

2/4/23, 12:18 AM                    Security-Focused Tech Company, Dominion Voting to Implement new Verified Paper Ballot System | Georgia Secretary of State

Case 1:17-cv-02989-AT Document 1630-32 Filed 02/13/23 Page 3 of 3



Georgia
Secretary of State
Brad Raffensperger



## Contact the Elections Division



### ADDRESS

2 MLK Jr. Drive
Suite 802 Floyd West Tower
Atlanta, Georgia 30334

### PHONE

(404) 656-2871

### EMAIL

Send Email

**Office of Brad Raffensperger**

**News & Announcements**

**Privacy Policy**

**Security**



214 State Capitol
Atlanta, Georgia 30334

**Contact Us**

© 2023 Georgia Secretary of State