# EXHIBIT 83

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| DONNA CURLING, *et al.* | |
| *Plaintiffs*, | CIVIL ACTION |
| v. | FILE NO. 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, *et al.*, | |
| *Defendants*. | |

## STATE DEFENDANTS' SUPPLEMENTAL NOTICE REGARDING NEW ELECTION SYSTEM VENDOR CONTRACT

State Defendants submit this supplemental notice to provide the Court with additional information regarding Solicitation No. 47800-SOS0000037 - Statewide Voting System (the "Solicitation"), by which the State intends to purchase a new voting system that creates a voter-verifiable paper ballot using ballot-marking devices ("BMDs") as provided in 2019-2020 Georgia House Bill 316. This new system will replace the entirety of the existing DRE system, including the GEMS servers, DREs, and ExpressPoll units.

As the Court is aware, a Notice of Intent to Award ("NOIA") for the Solicitation was issued on July 29, 2019 naming Dominion Voting Systems, Inc. as the successful offeror. Under Section 6.2.2.1 of the Georgia Procurement Manual ("GPM"), a final Notice of Award ("NOA") may not be issued until 10 days have

passed from the publication of the NOIA. This period has now expired, and no protest was received by the State. Accordingly, the Secretary of State's Office and Dominion will not be burdened by a protest during implementation of the BMDs and HB316. A true and correct copy of the NOA issued today, August 9, 2019, is attached hereto as Exhibit A.

In addition, the Secretary of State has certified that the Dominion Voting System procured pursuant to the Solicitation meets all applicable provisions of the Georgia Election Code and the Rules of the Secretary of State. A true and correct copy of Certification of the Dominion Voting System for Georgia issued today, August 9, 2019, is attached hereto as Exhibit B.

Respectfully submitted this 9th day of August, 2019.

*/s/ Vincent R. Russo*
Vincent R. Russo
Georgia Bar No. 242628
vrusso@robbinsfirm.com
Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Carey A. Miller
Georgia Bar No. 976240
cmiller@robbinsfirm.com
Kimberly Anderson
Georgia Bar No. 602807
kanderson@robbinsfirm.com
Alexander Denton

- 2 -

Georgia Bar No. 660632
adenton@robbinsfirm.com
Brian E. Lake
Georgia Bar No. 575966
blake@robbinsfirm.com
Robbins Ross Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone:   (678) 701-9381
Facsimile:   (404) 856-3250

Bryan P. Tyson
Georgia Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle
Suite 200
Atlanta, GA 30339
Telephone:   (678)336-7249

*Counsel for State Defendants*



Georgia

# NOTICE OF AWARD

**Form must be posted to GA Procurement Registry (GPR)**

| | |
|---|---|
| Solicitation Title/Event Name: | **Statewide Voting System** |
| Solicitation No/Event ID: | **47800-SOS0000037** |
| Solicitation Close/Event End Date: | **April 23, 2019** |
| Notice of Award Posting Date: | **August 9, 2019** |
| Issuing Officer: | **Verneicher Favors** |
| Issuing Officer Contact Information: | **vfavors@sos.ga.gov** |

The State has awarded a contract to the successful offeror(s). Although the State will provide the reason(s) an offeror was not successful in accordance with Georgia law, please note that the reasons listed below beside the names of the unsuccessful offeror(s) should not be interpreted as an exhaustive list. **NOTE: In the event any of the following is applicable, then all identified award amounts (if any) are estimates only: (1) this is an open agency contract and/or (2) the state entity has identified primary/secondary awardees.  Please reference the Georgia Procurement Manual for the supplier protest process updated May 18, 2018:** http://doas.ga.gov/state-purchasing/law-administrative-rules-and-policies

| SUCCESSFUL OFFEROR(S) | AWARD AMOUNT |
|---|---|
| Dominion Voting Systems, Inc | Fixed Contract Amount   $106,842,590.80 |
| | Select One |
| | Select One |
| | Select One |

| UNSUCCESSFUL OFFEROR(S) | REASONS |
|---|---|
| Election Systems & Software | Not Highest Scoring Proposal (for RFP only) |
| Smartmatic USA Corporation | Not Highest Scoring Proposal (for RFP only) |
| | Select One |
| | Select One |
| | Select One |
| | Select One |
| | Select One |
| | Select One |
| | Select One |
| | Select One |
| | Select One |
| | Select One |

Authorized Signature: _Verneicher Favors_

Revised: 05/18/18                                                                                   SPD-AP005



# THE STATE OF GEORGIA

## OFFICE OF SECRETARY OF STATE

*I, Brad Raffensperger, Secretary of State of the State of Georgia, do hereby certify that*

the Dominion Voting System (EAC Certification Number DVS-DemSuite5.5-A), consisting of the Democracy Suite 5.5-A Election Management System Version 5.5.12.1, EMS Adjudication Version 5.5.8.1, ImageCast X Prime (ICX BMD) Ballot Marking Device Version 5.5.10.30, ImageCast Precinct (ICP) Precinct Scanning Device Version 5.5.3-0002, and ImageCast Central (ICC) Central Scanning Device Version 5.5.3-0002, manufactured by Dominion Voting Systems, Inc., 1201 18th Street, STE 210, Denver, Colorado 80202, has been thoroughly examined and tested and found to be in compliance with the applicable provisions of the Georgia Election Code and Rules of the Secretary of State, and as a result of this inspection, it is my opinion that this kind of voting system and its components can be safely used by the electors of this state in all primaries and elections as provided in Chapter 2 of Title 21 of the Official Code of Georgia; provided however, that I hereby reserve my opinion to reexamine this voting system and its components at anytime so as to ensure that it continues to be one that can be safely used by the voters of this state.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of my office, at the Capitol, in the City of Atlanta, this 9th day of August, in the year of our Lord Two Thousand and Nineteen and of the Independence of the United States of America the Two Hundred and Forty-Fourth

**Brad Raffensperger, Secretary of State**