# EXHIBIT 85

## PROVISIONALLY FILED UNDER SEAL