# EXHIBIT 100

2/10/23, 7:14 AM  Ben Adida on Twitter: "@hydropsyche1 And again, my ideal voting model is one where voters get to choose BMD or hand marked…

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Twitter Blue
- Profile
- More

Tweet

**Ben Adida** @benadida · Oct 1, 2022

A 🧵 on the saga of Georgia voting machines where, in one county, machines were accessed by unauthorized individuals.

Some find GA's reaction insufficient. I think it's solid. I don't think there remains a big threat, and I think the fear-mongering should stop.

💬 19   🔁 23   ♡ 49



**Dr. Elizabeth Sudduth** @hydropsyche1 · Oct 1, 2022
Replying to @benadida

You never explain why we need to use "ballot marking devices" that create a barcode of our votes instead of ones that just print out how we voted legibly or just marking paper ballots by hand.

💬 1   🔁   ♡ 5

**Ben Adida** @benadida · Oct 2, 2022
Replying to @hydropsyche1

You're right, I don't explain that in this thread. Here's a longer explainer that explains things a bit more:

voting.works/perspectives/b…

💬 1   🔁   ♡ 1



**Dr. Elizabeth Sudduth** @hydropsyche1 · Oct 2, 2022
Replying to @benadida

That's great and all, but I live in Georgia, where for years we didn't have print-outs at all because the Republican establishment insisted we didn't need them and now the default recounts will just rescan the barcodes again rather than actual hand recounts of the readable votes

💬 2   🔁   ♡ 1

**Ben Adida** @benadida · Oct 2, 2022
Replying to @hydropsyche1

Yeah, I think it was bad not to have paper ballots, totally agree with you.

In the piece I sent, I explain how bubble ballots suffer from the same issue as barcodes, albeit more subtly.

The solution is audits, which review text. Georgia has been doing some since 2020.

💬 1   🔁   ♡



**Dr. Elizabeth Sudduth** @hydropsyche1 · Oct 2, 2022
Replying to @benadida

"some" is the operative word there. Recounts are still being done by barcode.

The barcodes used in Georgia actually code based on the positions on the ballot, not the names, so they have the same weakness as bubble ballots in addition to the loss of transparency.

💬 1   🔁   ♡

**Ben Adida** @benadida · Oct 2, 2022
Replying to @hydropsyche1

I'm not sure you're reading the doc I sent you. Did you see my point about how bubble ballots have the same vulnerabilities? The QR code just makes it more obvious.

💬 1   🔁   ♡



**Dr. Elizabeth Sudduth** @hydropsyche1 · Oct 2, 2022
Replying to @benadida

But bubble ballots have the advantage of visible transparency to the voter without the pointless intercession of very expensive ballot marking devices. If the two have the exact same vulnerability, why not use the cheaper, more transparent one? Why push BMDs?

💬 1   🔁   ♡



**Ben Adida** @benadida · Oct 2, 2022
Replying to @hydropsyche1

To be clear, I don't push BMDs. I want voter choice, where each voter gets to choose. I'm also sympathetic to election administrators who choose all-BMDs as it makes vote centers easier.



2/10/23, 7:14 AM    Ben Adida on Twitter: "@hydropsyche1 And again, my ideal voting model is one where voters get to choose BMD or hand marked…

Case 1:17-cv-02989-AT   Document 1630-50   Filed 02/13/23   Page 3 of 3

