# EXHIBIT 101

Home
Explore
Notifications
Messages
Bookmarks
Twitter Blue
Profile
More
Tweet

Search Twitter

**Jeanne Dufort** @dufort_jeanne · Feb 19, 2020
Propaganda in action.
1) cyber security experts agree, using electronic devices for elections is risky
2) election audit experts like @philipbstark have told @GaSecofState that machine marked ballots can be audited - but the audits don't confirm the results are right.

> **stephen fowler** @stphnfwlr · Feb 19, 2020
> New today: the @GaSecofState's office is launching this spot as part of a TV+digital campaign to raise awareness of the new ballot-marking device voting system that'll be used statewide starting with the March presidential primary. #gapol

2 · 40 · 45

This Tweet was deleted by the Tweet author. Learn more

**Jeanne Dufort** @dufort_jeanne · Feb 19, 2020
Oddly, while that seems clear to you and me - there are some in the election space who disagree. I cannot fathom the point of an election audit that does not include confirming the outcome. Just had this conversation with @benadida - he's ok with confirming counts, not outcomes

1 · 1

**Ben Adida** @benadida · Feb 20, 2020
Replying to @dufort_jeanne @greggschuder and 2 others
Please don't misrepresent what I said. I said RLAs can only certify counts. I'm not choosing it to be that way, that's just the way it is.

2 · 1

**Jeanne Dufort** @dufort_jeanne · Feb 20, 2020
Replying to @benadida @greggschuder and 2 others
Didn't the conversation begin with you promoting the use of RLAs for all elections, including those with machine marked ballots? That was why I felt comfortable saying you were ok confirming counts, not outcomes. Is that wrong?

## Tweet

**Ben Adida**
@benadida

Replying to @dufort_jeanne @greggschuder and 2 others

RLAs never confirm outcomes on their own. Not for BMDs, not for hand-marked paper ballots. They confirm that tabulation was done correctly.

12:19 AM · Feb 20, 2020

**2** Likes

Tweet your reply
Reply

**Jeanne Dufort** @dufort_jeanne · Feb 20, 2020
Replying to @benadida @greggschuder and 2 others

## Relevant people

**Ben Adida** Follow
@benadida
Building a voting system everyone can trust @voting_works. Past: Prod/Eng/Sec @Clever, @Square, @Mozilla, ..., Harvard, MIT. Mastodon: @ben@adida.net

**Jeanne Dufort** Follow
@dufort_jeanne
Small town girl who travelled the globe for decades before settling down in a southern small town. Happy Capitalist; Progressive; Believer in Justice.

**Gregg Schuder**



Case 1:17-cv-02989-AT Document 1631-1 Filed 03/13/23 Page 3 of 3

Replying to @benadida @gregggschruder and 2 others

Tell me more: under what conditions does an RLA confirm outcome with HMPB. Same question for machine marked ballot.

2  1

atty. Cmpn aide to fmr US Sens D Gambrell D-GA & L Bentsen D-TX. Leg asst to fmr US Rep E Levitas D-GA & US Sen J Sasser D-TN

**What's happening**

NBA · This morning
**Bucks at Lakers**

Trending in United States
**Rick Scott**
72.7K Tweets

Politics · Trending
**Moldova**
19.3K Tweets

Politics · Trending
**Pence**
78.4K Tweets

Only on Twitter · Trending
**#GAPtheseriesep12**
56.7K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2023 Twitter, Inc.