# EXHIBIT 102

Maps | Visualizations | Equipment Search

2006 2008 2010 2012 2014 2016 2018 2020 2022

## The Verifier — Election Day Equipment — November 2022

Choose A State

Jump to state or jurisdiction

### Election Day Equipment

| | |
|---|---|
| Hand marked paper ballots and BMDs | 66.8% |
| Hand marked paper ballots and DREs with VVPAT | 0.3% |
| Hand marked paper ballots and DREs without VVPAT | 0.1% |
| Ballot Marking Devices for all voters | 20.8% |
| Hybrid BMD/Tabulator for all voters | 2.5% |
| DREs with VVPAT for all voters | 2.3% |
| DREs without VVPAT for all voters | 5.5% |

## At A Glance — National — 2022

### Hand Marked Paper Ballots

**68.8%**

Percentage of registered voters living in jurisdictions using Hand Marked Paper Ballots for most voters

Paper ballots marked by hand create a tangible, tamper-evident and auditable record of voter selections. Jurisdictions in which most voters mark their votes by hand offer BMDs or DREs to provide accessibility for voters with disabilities. While some smaller jurisdictions count paper ballots by hand, most are counted initially with optical scanners, though they can also be counted manually in a post-election audit or recount. Paper ballots, whether marked by hand or through the use of an assistive device, should be carefully reviewed by the voter before casting.

Learn More About Paper Ballots >

### Ballot Marking Devices (BMDs)

**23.4%**

Percentage of registered voters living in jurisdictions using Ballot Marking Devices for all voters

A ballot marking device (BMD) or system allows for the electronic presentation of a ballot, electronic selection of valid contest options, and the production of a human-readable paper ballot, but does not make any other lasting record of the voter's selections. BMDs were developed in response to the federal requirement in the Help America Vote Act of 2002 that all polling places must provide a means for voters with disabilities to vote privately and independently. Some BMDs mark pre-printed ballots, while others print summaries of voter selections, often with those selections encoded in barcodes or QR codes. Beginning in 2016, some jurisdictions began providing BMDs for use by all polling place voters, a model that first became widespread in 2020.

Learn More About BMDs >

### Direct Recording Electronic (DRE) Systems

**7.8%**

Percentage of registered voters living in jurisdictions using Direct Recording Electronic (DRE) Systems for all voters

A direct recording electronic (DRE) voting system is a vote-capture device that allows for the electronic presentation of a ballot, electronic selection of valid contest options, and the electronic storage of voter selections as individual records. DREs use one of three user interfaces—pushbutton, touchscreen, or dial—to allow voters to record their selections directly into computer memory. Some DREs can be equipped with Voter Verified Paper Audit Trail (VVPAT) printers that allow the voter to confirm their selections on an independent paper record before recording their votes into computer memory. This paper record is preserved and, depending on state election codes, counted in the event of a post-election audit or recount.

Learn More About DREs >

**For Questions, Corrections & Updates** — Contact verifier@verifiedvoting.org

Verified Voting and the Verifier project are grateful for the support of Carla Itzkowich, in honor of her father, Moises Itzkowich.

Verified Voting is a non-partisan, non-profit organization with no financial interest in voting equipment manufacturers. To maintain the database, Verified Voting liaises with election officials, monitors local news stories, and researches certification documents. We make this data available to advocates, researchers, election officials, lawmakers, and voters as a contribution to fact-based discussions about voting technology and election administration.