# EXHIBIT 103

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., <br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, ET AL., <br> Defendants. | DECLARATION OF WARREN STEWART IN SUPPORT OF CURLING PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION <br><br> Civil Action No. 1:17-CV-2989-AT |

Pursuant to 28 U.S.C. § 1746, Warren Stewart declares under penalty of perjury that the following is true and correct:

1. I am the Senior Editor and Data Specialist at Verified Voting, a position I have held since 2007. Verified Voting is a non-partisan non-profit organization that advocates for legislation and regulation that promotes accuracy, transparency, and verifiability of elections.

2. I previously served as Policy Director for VoteTrustUSA. I have written extensively on a wide range of election issues. I have testified before the Senate Rules Committee, the Committee on House Administration, and the Election Assistance Commission ("EAC").

3. In 2007, I was tasked by the office of Congressman Rush Holt with determining what voting equipment was being used in every jurisdiction in the United States and how it was being used. I began that research at the time and have maintained it ever since.

4. I took that research to Verified Voting and assisted in creating an interactive map on Verified Voting's website called The Verifier. To my knowledge, The Verifier is the only place that information regarding voting equipment usage in the U.S. is stored in a comprehensive way and made available freely to the general public.

5. In order to track voting equipment usage I rely on a variety of sources and data gathering methods. Whenever available I use information provided by state and local election officials, either on public websites or through the biennial EAC Election Administration and Voting Survey ("EAVS survey"). Through my work on Verified Voting's daily voting news clipping service, I keep track of local news reports of county decisions about voting equipment contracts. When necessary, I request information directly from state and local election officials through emails and telephone calls.

6. Attached as Exhibit 1 to this declaration is a spreadsheet that details the number of precincts, registered voters, and counties in which ballots will be marked

primarily by hand, by BMD, and by DRE, respectively, in the November 2020 elections in election day polling places. The precinct and registered voter numbers come from November 2018, as reported in the EAC EAVS survey. The voting equipment usage is based on what jurisdictions have announced they will be using in November 2020.

7. Attached as Exhibit 2 to this declaration is a spreadsheet that details the number of precincts, registered voters, and counties in which, for the November 2020 elections: 1) BMDs will be used for some or all voters; 2) BMDs will be used for all voters; and 3) BMDs will be used primarily (though not exclusively) for voters with disabilities in election day polling places.

8. This data regarding voting equipment usage is constantly changing, particularly during this election cycle as many jurisdictions are switching voting systems. Exhibits 1 and 2 represent the most up-to-date data available to me as of December 16, 2019.

I declare under penalty of the perjury laws of the State of Georgia and the United States that the foregoing is true and correct and that this declaration was executed this 16th day of December, 2019 in Berlin, Germany.

*[signature]*

WARREN STEWART

# EXHIBIT 1

|  | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | 12/15/2019 | State | 2018 Total Precincts (TP) | Ballots primarily marked by hand | Manual/TP % | Ballots marked primarily by BMD | BMD/TP % | Ballots recorded ba DRE |
| 2 | US | US Total | 178,087 | 129,121 | 72.50% | 21,337 | 11.98% | 27,629 |
| 3 | AL | Alabama | 2,405 | 2,405 | 100.00% | 0 | 0.00% | 0 |
| 4 | AK | Alaska | 441 | 441 | 100.00% | 0 | 0.00% | 0 |
| 5 | AZ | Arizona | 1,494 | 1,494 | 100.00% | 0 | 0.00% | 0 |
| 6 | AR | Arkansas | 2,806 | 274 | 9.76% | 2,207 | 78.65% | 325 |
| 7 | CA | California | 23,495 | 23,229 | 98.87% | 266 | 1.13% | 0 |
| 8 | CO | Colorado | 3,124 | 3,124 | 100.00% | 0 | 0.00% | 0 |
| 9 | CT | Connecticut | 744 | 744 | 100.00% | 0 | 0.00% | 0 |
| 10 | DE | Delaware | 434 | 0 | 0.00% | 434 | 100.00% | 0 |
| 11 | DC | District of Colur | 143 | 143 | 100.00% | 0 | 0.00% | 0 |
| 12 | FL | Florida | 6,096 | 6,096 | 100.00% | 0 | 0.00% | 0 |
| 13 | GA | Georgia | 2,655 | 0 | 0.00% | 2,655 | 100.00% | 0 |
| 14 | HI | Hawaii | 249 | 249 | 100.00% | 0 | 0.00% | 0 |
| 15 | ID | Idaho | 930 | 930 | 100.00% | 0 | 0.00% | 0 |
| 16 | IL | Illinois | 10,114 | 7,987 | 78.97% | 1,599 | 15.81% | 528 |
| 17 | IN | Indiana | 5,341 | 1,934 | 36.21% | 0 | 0.00% | 3,407 |
| 18 | IA | Iowa | 1,680 | 1,680 | 100.00% | 0 | 0.00% | 0 |
| 19 | KS | Kansas | 3,556 | 1,827 | 51.38% | 1,472 | 41.39% | 257 |
| 20 | KY | Kentucky | 3,719 | 2,842 | 76.42% | 0 | 0.00% | 877 |
| 21 | LA | Louisiana | 3,910 | 0 | 0.00% | 0 | 0.00% | 3,910 |
| 22 | ME | Maine | 549 | 549 | 100.00% | 0 | 0.00% | 0 |
| 23 | MD | Maryland | 1,991 | 1,991 | 100.00% | 0 | 0.00% | 0 |
| 24 | MA | Massachusetts | 2,173 | 2,173 | 100.00% | 0 | 0.00% | 0 |
| 25 | MI | Michigan | 4,797 | 4,797 | 100.00% | 0 | 0.00% | 0 |
| 26 | MN | Minnesota | 4,113 | 4,113 | 100.00% | 0 | 0.00% | 0 |
| 27 | MS | Mississippi | 1,787 | 379 | 21.21% | 0 | 0.00% | 1,408 |
| 28 | MO | Missouri | 3,742 | 3,742 | 100.00% | 0 | 0.00% | 0 |
| 29 | MT | Montana | 669 | 669 | 100.00% | 0 | 0.00% | 0 |
| 30 | NE | Nebraska | 1,389 | 1,389 | 100.00% | 0 | 0.00% | 0 |
| 31 | NV | Nevada | 1,972 | 24 | 1.22% | 0 | 0.00% | 1,948 |
| 32 | NH | New Hampshire | 321 | 321 | 100.00% | 0 | 0.00% | 0 |
| 33 | NJ | New Jersey | 6,337 | 0 | 0.00% | 520 | 8.21% | 5,817 |
| 34 | NM | New Mexico | 1,492 | 1,492 | 100.00% | 0 | 0.00% | 0 |
| 35 | NY | New York | 15,508 | 15,508 | 100.00% | 0 | 0.00% | 0 |
| 36 | NC | North Carolina | 2,707 | 2,038 | 75.29% | 0 | 0.00% | 669 |
| 37 | ND | North Dakota | 424 | 424 | 100.00% | 0 | 0.00% | 0 |
| 38 | OH | Ohio | 8,904 | 5,199 | 58.39% | 2,238 | 25.13% | 1,467 |
| 39 | OK | Oklahoma | 1,953 | 1,953 | 100.00% | 0 | 0.00% | 0 |
| 40 | OR | Oregon | 1,327 | 1,327 | 100.00% | 0 | 0.00% | 0 |
| 41 | PA | Pennsylvania | 9,156 | 6,097 | 66.59% | 2,596 | 28.35% | 463 |
| 42 | RI | Rhode Island | 462 | 462 | 100.00% | 0 | 0.00% | 0 |
| 43 | SC | South Carolina | 2,245 | 0 | 0.00% | 2,245 | 100.00% | 0 |
| 44 | SD | South Dakota | 708 | 708 | 100.00% | 0 | 0.00% | 0 |
| 45 | TN | Tennessee | 2,073 | 590 | 28.46% | 43 | 2.07% | 1,440 |
| 46 | TX | Texas | 8,944 | 1,642 | 18.36% | 3,967 | 44.35% | 3,335 |
| 47 | UT | Utah | 2,966 | 1,757 | 59.24% | 0 | 0.00% | 1,209 |
| 48 | VT | Vermont | 275 | 275 | 100.00% | 0 | 0.00% | 0 |
| 49 | VA | Virginia | 2,520 | 2,520 | 100.00% | 0 | 0.00% | 0 |
| 50 | WA | Washington | 7,377 | 7,377 | 100.00% | 0 | 0.00% | 0 |
| 51 | WV | West Virginia | 1,751 | 148 | 8.45% | 1,095 | 62.54% | 508 |
| 52 | WI | Wisconsin | 3,637 | 3,637 | 100.00% | 0 | 0.00% | 0 |
| 53 | WY | Wyoming | 482 | 421 | 87.34% | 0 | 0.00% | 61 |
| 54 |  |  |  |  |  |  |  |  |

|    | A          | B                    | I        | J | K                          | L                              | M          | N                              |
|----|------------|----------------------|----------|---|----------------------------|--------------------------------|------------|--------------------------------|
| 1  | 12/15/2019 | State                | DRE/TP % |   | 2018 Registered Voters (RV)| Ballots primarily marked by hand | Manual/RV % | Ballots marked primarily by BMD |
| 2  | US         | US Total             | 15.51%   |   | 212,147,347                | 154,383,272                    | 72.77%     | 28,713,408                     |
| 3  | AL         | Alabama              | 0.00%    |   | 3,465,352                  | 3,465,352                      | 100.00%    | 0                              |
| 4  | AK         | Alaska               | 0.00%    |   | 624,467                    | 624,467                        | 100.00%    | 0                              |
| 5  | AZ         | Arizona              | 0.00%    |   | 4,276,891                  | 4,276,891                      | 100.00%    | 0                              |
| 6  | AR         | Arkansas             | 11.58%   |   | 1,786,840                  | 298,883                        | 16.73%     | 1,387,604                      |
| 7  | CA         | California           | 0.00%    |   | 25,167,218                 | 24,964,141                     | 99.19%     | 203,077                        |
| 8  | CO         | Colorado             | 0.00%    |   | 3,953,613                  | 3,953,613                      | 100.00%    | 0                              |
| 9  | CT         | Connecticut          | 0.00%    |   | 2,369,335                  | 2,369,335                      | 100.00%    | 0                              |
| 10 | DE         | Delaware             | 0.00%    |   | 695,014                    | 0                              | 0.00%      | 695,014                        |
| 11 | DC         | District of Colun    | 0.00%    |   | 617,046                    | 617,046                        | 100.00%    | 0                              |
| 12 | FL         | Florida              | 0.00%    |   | 14,126,722                 | 14,126,722                     | 100.00%    | 0                              |
| 13 | GA         | Georgia              | 0.00%    |   | 6,944,851                  | 0                              | 0.00%      | 6,944,851                      |
| 14 | HI         | Hawaii               | 0.00%    |   | 756,751                    | 756,751                        | 100.00%    | 0                              |
| 15 | ID         | Idaho                | 0.00%    |   | 917,609                    | 917,609                        | 100.00%    | 0                              |
| 16 | IL         | Illinois             | 5.22%    |   | 8,751,060                  | 6,522,364                      | 74.53%     | 1,705,745                      |
| 17 | IN         | Indiana              | 63.79%   |   | 4,500,196                  | 1,797,418                      | 39.94%     | 0                              |
| 18 | IA         | Iowa                 | 0.00%    |   | 2,193,813                  | 2,193,813                      | 100.00%    | 0                              |
| 19 | KS         | Kansas               | 7.23%    |   | 1,835,473                  | 679,875                        | 37.04%     | 1,036,621                      |
| 20 | KY         | Kentucky             | 23.58%   |   | 3,402,905                  | 2,747,922                      | 80.75%     | 0                              |
| 21 | LA         | Louisiana            | 100.00%  |   | 2,992,170                  | 0                              | 0.00%      | 0                              |
| 22 | ME         | Maine                | 0.00%    |   | 1,056,593                  | 1,056,593                      | 100.00%    | 0                              |
| 23 | MD         | Maryland             | 0.00%    |   | 3,954,027                  | 3,954,027                      | 100.00%    | 0                              |
| 24 | MA         | Massachusetts        | 0.00%    |   | 4,574,967                  | 4,574,967                      | 100.00%    | 0                              |
| 25 | MI         | Michigan             | 0.00%    |   | 7,471,088                  | 7,471,088                      | 100.00%    | 0                              |
| 26 | MN         | Minnesota            | 0.00%    |   | 3,422,515                  | 3,422,515                      | 100.00%    | 0                              |
| 27 | MS         | Mississippi          | 78.79%   |   | 2,079,732                  | 675,814                        | 32.50%     | 0                              |
| 28 | MO         | Missouri             | 0.00%    |   | 4,127,333                  | 4,127,333                      | 100.00%    | 0                              |
| 29 | MT         | Montana              | 0.00%    |   | 706,173                    | 706,173                        | 100.00%    | 0                              |
| 30 | NE         | Nebraska             | 0.00%    |   | 1,219,276                  | 1,219,276                      | 100.00%    | 0                              |
| 31 | NV         | Nevada               | 98.78%   |   | 1,773,566                  | 34,214                         | 1.93%      | 0                              |
| 32 | NH         | New Hampshire        | 0.00%    |   | 988,138                    | 988,138                        | 100.00%    | 0                              |
| 33 | NJ         | New Jersey           | 91.79%   |   | 5,869,078                  | 0                              | 0.00%      | 411,395                        |
| 34 | NM         | New Mexico           | 0.00%    |   | 1,261,639                  | 1,261,639                      | 100.00%    | 0                              |
| 35 | NY         | New York             | 0.00%    |   | 12,695,763                 | 12,695,763                     | 100.00%    | 0                              |
| 36 | NC         | North Carolina       | 24.71%   |   | 7,095,209                  | 5,378,028                      | 75.80%     | 0                              |
| 37 | ND         | North Dakota         | 0.00%    |   | 579,621                    | 579,621                        | 100.00%    | 0                              |
| 38 | OH         | Ohio                 | 16.48%   |   | 8,070,917                  | 4,588,620                      | 56.85%     | 2,156,896                      |
| 39 | OK         | Oklahoma             | 0.00%    |   | 2,120,843                  | 2,120,843                      | 100.00%    | 0                              |
| 40 | OR         | Oregon               | 0.00%    |   | 2,748,232                  | 2,748,232                      | 100.00%    | 0                              |
| 41 | PA         | Pennsylvania         | 5.06%    |   | 8,607,748                  | 6,193,880                      | 71.96%     | 2,016,432                      |
| 42 | RI         | Rhode Island         | 0.00%    |   | 781,478                    | 781,478                        | 100.00%    | 0                              |
| 43 | SC         | South Carolina       | 0.00%    |   | 3,538,580                  | 0                              | 0.00%      | 3,538,580                      |
| 44 | SD         | South Dakota         | 0.00%    |   | 594,453                    | 594,453                        | 100.00%    | 0                              |
| 45 | TN         | Tennessee            | 69.46%   |   | 4,163,359                  | 983,936                        | 23.63%     | 156,065                        |
| 46 | TX         | Texas                | 37.29%   |   | 15,675,013                 | 2,179,563                      | 13.90%     | 7,658,388                      |
| 47 | UT         | Utah                 | 40.76%   |   | 1,658,457                  | 1,015,716                      | 61.24%     | 0                              |
| 48 | VT         | Vermont              | 0.00%    |   | 489,385                    | 489,385                        | 100.00%    | 0                              |
| 49 | VA         | Virginia             | 0.00%    |   | 5,666,627                  | 5,666,627                      | 100.00%    | 0                              |
| 50 | WA         | Washington           | 0.00%    |   | 4,841,431                  | 4,841,431                      | 100.00%    | 0                              |
| 51 | WV         | West Virginia        | 29.01%   |   | 1,245,827                  | 73,483                         | 5.90%      | 802,740                        |
| 52 | WI         | Wisconsin            | 0.00%    |   | 3,409,012                  | 3,409,012                      | 100.00%    | 0                              |
| 53 | WY         | Wyoming              | 12.66%   |   | 283,941                    | 239,222                        | 84.25%     | 0                              |
| 54 |            |                      |          |   |                            |                                |            |                                |

|   | A | B | O | P | Q | R | S | T |
|---|---|---|---|---|---|---|---|---|
| 1 | 12/15/2019 | State | BMD/RV % | Ballots recorded ba DRE | DRE/RV % | | Counties (or equivalent jurisdiction) | Ballots primarily marked by hand |
| 2 | US | US Total | 13.53% | 29,050,667 | 13.69% | | 3,138 | 2,187 |
| 3 | AL | Alabama | 0.00% | 0 | 0.00% | | 67 | 67 |
| 4 | AK | Alaska | 0.00% | 0 | 0.00% | | 19 | 1 |
| 5 | AZ | Arizona | 0.00% | 0 | 0.00% | | 15 | 15 |
| 6 | AR | Arkansas | 77.66% | 100,353 | 5.62% | | 75 | 6 |
| 7 | CA | California | 0.81% | 0 | 0.00% | | 58 | 57 |
| 8 | CO | Colorado | 0.00% | 0 | 0.00% | | 64 | 64 |
| 9 | CT | Connecticut | 0.00% | 0 | 0.00% | | 8 | 8 |
| 10 | DE | Delaware | 100.00% | 0 | 0.00% | | 3 | 0 |
| 11 | DC | District of Colun | 0.00% | 0 | 0.00% | | 1 | 1 |
| 12 | FL | Florida | 0.00% | 0 | 0.00% | | 67 | 67 |
| 13 | GA | Georgia | 100.00% | 0 | 0.00% | | 159 | 0 |
| 14 | HI | Hawaii | 0.00% | 0 | 0.00% | | 4 | 4 |
| 15 | ID | Idaho | 0.00% | 0 | 0.00% | | 44 | 44 |
| 16 | IL | Illinois | 19.49% | 522,951 | 5.98% | | 108 | 104 |
| 17 | IN | Indiana | 0.00% | 2,702,778 | 60.06% | | 92 | 28 |
| 18 | IA | Iowa | 0.00% | 0 | 0.00% | | 99 | 99 |
| 19 | KS | Kansas | 56.48% | 118,977 | 6.48% | | 105 | 69 |
| 20 | KY | Kentucky | 0.00% | 654,983 | 19.25% | | 120 | 88 |
| 21 | LA | Louisiana | 0.00% | 2,992,170 | 100.00% | | 64 | 0 |
| 22 | ME | Maine | 0.00% | 0 | 0.00% | | 16 | 16 |
| 23 | MD | Maryland | 0.00% | 0 | 0.00% | | 24 | 24 |
| 24 | MA | Massachusetts | 0.00% | 0 | 0.00% | | 14 | 14 |
| 25 | MI | Michigan | 0.00% | 0 | 0.00% | | 83 | 83 |
| 26 | MN | Minnesota | 0.00% | 0 | 0.00% | | 87 | 87 |
| 27 | MS | Mississippi | 0.00% | 1,403,918 | 67.50% | | 82 | 9 |
| 28 | MO | Missouri | 0.00% | 0 | 0.00% | | 116 | 116 |
| 29 | MT | Montana | 0.00% | 0 | 0.00% | | 56 | 56 |
| 30 | NE | Nebraska | 0.00% | 0 | 0.00% | | 93 | 93 |
| 31 | NV | Nevada | 0.00% | 1,739,352 | 98.07% | | 17 | 1 |
| 32 | NH | New Hampshire | 0.00% | 0 | 0.00% | | 10 | 10 |
| 33 | NJ | New Jersey | 7.01% | 5,457,683 | 92.99% | | 21 | 0 |
| 34 | NM | New Mexico | 0.00% | 0 | 0.00% | | 33 | 33 |
| 35 | NY | New York | 0.00% | 0 | 0.00% | | 62 | 62 |
| 36 | NC | North Carolina | 0.00% | 1,717,181 | 24.20% | | 100 | 83 |
| 37 | ND | North Dakota | 0.00% | 0 | 0.00% | | 53 | 53 |
| 38 | OH | Ohio | 26.72% | 1,325,401 | 16.42% | | 88 | 55 |
| 39 | OK | Oklahoma | 0.00% | 0 | 0.00% | | 77 | 77 |
| 40 | OR | Oregon | 0.00% | 0 | 0.00% | | 36 | 36 |
| 41 | PA | Pennsylvania | 23.43% | 397,436 | 4.62% | | 67 | 47 |
| 42 | RI | Rhode Island | 0.00% | 0 | 0.00% | | 5 | 5 |
| 43 | SC | South Carolina | 100.00% | 0 | 0.00% | | 46 | 0 |
| 44 | SD | South Dakota | 0.00% | 0 | 0.00% | | 66 | 66 |
| 45 | TN | Tennessee | 3.75% | 3,023,358 | 72.62% | | 95 | 15 |
| 46 | TX | Texas | 48.86% | 5,837,062 | 37.24% | | 254 | 114 |
| 47 | UT | Utah | 0.00% | 642,741 | 38.76% | | 29 | 22 |
| 48 | VT | Vermont | 0.00% | 0 | 0.00% | | 14 | 14 |
| 49 | VA | Virginia | 0.00% | 0 | 0.00% | | 133 | 133 |
| 50 | WA | Washington | 0.00% | 0 | 0.00% | | 39 | 39 |
| 51 | WV | West Virginia | 64.43% | 369,604 | 29.67% | | 55 | 8 |
| 52 | WI | Wisconsin | 0.00% | 0 | 0.00% | | 72 | 72 |
| 53 | WY | Wyoming | 0.00% | 44,719 | 15.75% | | 23 | 22 |
| 54 | | | | | | | | |

|  | A | B | U | V | W | X | Y |
|---|---|---|---|---|---|---|---|
| 1 | 12/15/2019 | State | Manual/TJ % | Ballots marked primarily by BMD | BMD/TJ % | Ballots recorded ba DRE | DRE/TJ % |
| 2 | US | US Total | 69.69% | 403 | 12.84% | 530 | 16.89% |
| 3 | AL | Alabama | 100.00% | 0 | 0.00% | 0 | 0.00% |
| 4 | AK | Alaska | 5.26% | 0 | 0.00% | 0 | 0.00% |
| 5 | AZ | Arizona | 100.00% | 0 | 0.00% | 0 | 0.00% |
| 6 | AR | Arkansas | 8.00% | 61 | 81.33% | 8 | 10.67% |
| 7 | CA | California | 98.28% | 1 | 1.72% | 0 | 0.00% |
| 8 | CO | Colorado | 100.00% | 0 | 0.00% | 0 | 0.00% |
| 9 | CT | Connecticut | 100.00% | 0 | 0.00% | 0 | 0.00% |
| 10 | DE | Delaware | 0.00% | 3 | 100.00% | 0 | 0.00% |
| 11 | DC | District of Colun | 100.00% | 0 | 0.00% | 0 | 0.00% |
| 12 | FL | Florida | 100.00% | 0 | 0.00% | 0 | 0.00% |
| 13 | GA | Georgia | 0.00% | 159 | 100.00% | 0 | 0.00% |
| 14 | HI | Hawaii | 100.00% | 0 | 0.00% | 0 | 0.00% |
| 15 | ID | Idaho | 100.00% | 0 | 0.00% | 0 | 0.00% |
| 16 | IL | Illinois | 96.30% | 1 | 0.93% | 3 | 2.78% |
| 17 | IN | Indiana | 30.43% | 0 | 0.00% | 64 | 69.57% |
| 18 | IA | Iowa | 100.00% | 0 | 0.00% | 0 | 0.00% |
| 19 | KS | Kansas | 65.71% | 27 | 25.71% | 9 | 8.57% |
| 20 | KY | Kentucky | 73.33% | 0 | 0.00% | 32 | 26.67% |
| 21 | LA | Louisiana | 0.00% | 0 | 0.00% | 64 | 100.00% |
| 22 | ME | Maine | 100.00% | 0 | 0.00% | 0 | 0.00% |
| 23 | MD | Maryland | 100.00% | 0 | 0.00% | 0 | 0.00% |
| 24 | MA | Massachusetts | 100.00% | 0 | 0.00% | 0 | 0.00% |
| 25 | MI | Michigan | 100.00% | 0 | 0.00% | 0 | 0.00% |
| 26 | MN | Minnesota | 100.00% | 0 | 0.00% | 0 | 0.00% |
| 27 | MS | Mississippi | 10.98% | 0 | 0.00% | 73 | 89.02% |
| 28 | MO | Missouri | 100.00% | 0 | 0.00% | 0 | 0.00% |
| 29 | MT | Montana | 100.00% | 0 | 0.00% | 0 | 0.00% |
| 30 | NE | Nebraska | 100.00% | 0 | 0.00% | 0 | 0.00% |
| 31 | NV | Nevada | 5.88% | 0 | 0.00% | 16 | 94.12% |
| 32 | NH | New Hampshire | 100.00% | 0 | 0.00% | 0 | 0.00% |
| 33 | NJ | New Jersey | 0.00% | 2 | 9.52% | 19 | 90.48% |
| 34 | NM | New Mexico | 100.00% | 0 | 0.00% | 0 | 0.00% |
| 35 | NY | New York | 100.00% | 0 | 0.00% | 0 | 0.00% |
| 36 | NC | North Carolina | 83.00% | 0 | 0.00% | 17 | 17.00% |
| 37 | ND | North Dakota | 100.00% | 0 | 0.00% | 0 | 0.00% |
| 38 | OH | Ohio | 62.50% | 19 | 21.59% | 14 | 15.91% |
| 39 | OK | Oklahoma | 100.00% | 0 | 0.00% | 0 | 0.00% |
| 40 | OR | Oregon | 100.00% | 0 | 0.00% | 0 | 0.00% |
| 41 | PA | Pennsylvania | 70.15% | 13 | 19.40% | 7 | 10.45% |
| 42 | RI | Rhode Island | 100.00% | 0 | 0.00% | 0 | 0.00% |
| 43 | SC | South Carolina | 0.00% | 46 | 100.00% | 0 | 0.00% |
| 44 | SD | South Dakota | 100.00% | 0 | 0.00% | 0 | 0.00% |
| 45 | TN | Tennessee | 15.79% | 1 | 1.05% | 79 | 83.16% |
| 46 | TX | Texas | 44.88% | 37 | 14.57% | 103 | 40.55% |
| 47 | UT | Utah | 75.86% | 0 | 0.00% | 7 | 24.14% |
| 48 | VT | Vermont | 100.00% | 0 | 0.00% | 0 | 0.00% |
| 49 | VA | Virginia | 100.00% | 0 | 0.00% | 0 | 0.00% |
| 50 | WA | Washington | 100.00% | 0 | 0.00% | 0 | 0.00% |
| 51 | WV | West Virginia | 14.55% | 33 | 60.00% | 14 | 25.45% |
| 52 | WI | Wisconsin | 100.00% | 0 | 0.00% | 0 | 0.00% |
| 53 | WY | Wyoming | 95.65% | 0 | 0.00% | 1 | 4.35% |
| 54 |  |  |  |  |  |  |  |

# EXHIBIT 2

Case 1:17-cv-02989-AT   Document 681-2   Filed 12/16/19   Page 11 of 14

|    | A | B | C | D | E | F | G | H |
|----|---|---|---|---|---|---|---|---|
| 1  | 12/15/2019 | State | 2018 Total Precincts (TP) | Precincts using BMDs for some or all voters | BMD use/TP % | Precincts using BMDs for all voters | BMD-for-all/TP % | Precincts using BMDs primarily for voters with disabilities |
| 2  | US | US Total | 178,087 | 133,417 | 74.92% | 21,334 | 11.98% | 112,083 |
| 3  | AL | Alabama | 2,405 | 2,405 | 100.00% | 0 | 0.00% | 2,405 |
| 4  | AK | Alaska | 441 | 441 | 100.00% | 0 | 0.00% | 441 |
| 5  | AZ | Arizona | 1,494 | 1,174 | 78.58% | 0 | 0.00% | 1,174 |
| 6  | AR | Arkansas | 2,806 | 2,204 | 78.55% | 2,204 | 78.55% | 0 |
| 7  | CA | California | 23,495 | 18,842 | 80.20% | 266 | 1.13% | 18,576 |
| 8  | CO | Colorado | 3,124 | 3,119 | 99.84% | 0 | 0.00% | 3,119 |
| 9  | CT | Connecticut | 744 | 744 | 100.00% | 0 | 0.00% | 744 |
| 10 | DE | Delaware | 434 | 434 | 100.00% | 434 | 100.00% | 0 |
| 11 | DC | District of Columbia | 143 | 143 | 100.00% | 0 | 0.00% | 143 |
| 12 | FL | Florida | 6,096 | 6,083 | 99.79% | 0 | 0.00% | 6,083 |
| 13 | GA | Georgia | 2,655 | 2,655 | 100.00% | 2,655 | 100.00% | 0 |
| 14 | HI | Hawaii | 249 | 0 | 0.00% | 0 | 0.00% | 0 |
| 15 | ID | Idaho | 930 | 852 | 91.61% | 0 | 0.00% | 852 |
| 16 | IL | Illinois | 10,114 | 4,904 | 48.49% | 1,599 | 15.81% | 3,305 |
| 17 | IN | Indiana | 5,341 | 1,760 | 32.95% | 0 | 0.00% | 1,760 |
| 18 | IA | Iowa | 1,680 | 1,680 | 100.00% | 0 | 0.00% | 1,680 |
| 19 | KS | Kansas | 3,556 | 3,248 | 91.34% | 1,472 | 41.39% | 1,776 |
| 20 | KY | Kentucky | 3,719 | 815 | 21.91% | 0 | 0.00% | 815 |
| 21 | LA | Louisiana | 3,910 | 0 | 0.00% | 0 | 0.00% | 0 |
| 22 | ME | Maine | 549 | 549 | 100.00% | 0 | 0.00% | 549 |
| 23 | MD | Maryland | 1,991 | 1,991 | 100.00% | 0 | 0.00% | 1,991 |
| 24 | MA | Massachusetts | 2,173 | 2,173 | 100.00% | 0 | 0.00% | 2,173 |
| 25 | MI | Michigan | 4,797 | 4,797 | 100.00% | 0 | 0.00% | 4,797 |
| 26 | MN | Minnesota | 4,113 | 4,113 | 100.00% | 0 | 0.00% | 4,113 |
| 27 | MS | Mississippi | 1,787 | 430 | 24.06% | 0 | 0.00% | 430 |
| 28 | MO | Missouri | 3,742 | 3,431 | 91.69% | 0 | 0.00% | 3,431 |
| 29 | MT | Montana | 669 | 669 | 100.00% | 0 | 0.00% | 669 |
| 30 | NE | Nebraska | 1,389 | 1,389 | 100.00% | 0 | 0.00% | 1,389 |
| 31 | NV | Nevada | 1,972 | 24 | 1.22% | 0 | 0.00% | 24 |
| 32 | NH | New Hampshire | 321 | 321 | 100.00% | 0 | 0.00% | 321 |
| 33 | NJ | New Jersey | 6,337 | 520 | 8.21% | 520 | 8.21% | 0 |
| 34 | NM | New Mexico | 1,492 | 1,492 | 100.00% | 0 | 0.00% | 1,492 |
| 35 | NY | New York | 15,508 | 15,508 | 100.00% | 0 | 0.00% | 15,508 |
| 36 | NC | North Carolina | 2,707 | 2,428 | 89.69% | 0 | 0.00% | 2,428 |
| 37 | ND | North Dakota | 424 | 424 | 100.00% | 0 | 0.00% | 424 |
| 38 | OH | Ohio | 8,904 | 7,437 | 83.52% | 2,238 | 25.13% | 5,199 |
| 39 | OK | Oklahoma | 1,953 | 0 | 0.00% | 0 | 0.00% | 0 |
| 40 | OR | Oregon | 1,327 | 1,327 | 100.00% | 0 | 0.00% | 1,327 |
| 41 | PA | Pennsylvania | 9,156 | 8,653 | 94.51% | 2,596 | 28.35% | 6,057 |
| 42 | RI | Rhode Island | 462 | 462 | 100.00% | 0 | 0.00% | 462 |
| 43 | SC | South Carolina | 2,245 | 2,245 | 100.00% | 2,245 | 100.00% | 0 |
| 44 | SD | South Dakota | 708 | 708 | 100.00% | 0 | 0.00% | 708 |
| 45 | TN | Tennessee | 2,073 | 658 | 31.74% | 43 | 2.07% | 615 |
| 46 | TX | Texas | 8,944 | 5,357 | 59.89% | 3,967 | 44.35% | 1,390 |
| 47 | UT | Utah | 2,966 | 1,757 | 59.24% | 0 | 0.00% | 1,757 |
| 48 | VT | Vermont | 275 | 275 | 100.00% | 0 | 0.00% | 275 |
| 49 | VA | Virginia | 2,520 | 2,520 | 100.00% | 0 | 0.00% | 2,520 |
| 50 | WA | Washington | 7,377 | 6,309 | 85.52% | 0 | 0.00% | 6,309 |
| 51 | WV | West Virginia | 1,751 | 1,095 | 62.54% | 1,095 | 62.54% | 0 |
| 52 | WI | Wisconsin | 3,637 | 2,475 | 68.05% | 0 | 0.00% | 2,475 |
| 53 | WY | Wyoming | 482 | 377 | 78.22% | 0 | 0.00% | 377 |

|    | A | B | I | J | K | L | M | N |
|----|---|---|---|---|---|---|---|---|
| 1  | 12/15/2019 | State | % | | 2018 Total Registered Voters (RV) | Registered Voters in jurisdictions using BMDs for some or all voters | BMD use/RV % | Registered Voters in jurisdictions using BMDs for all voters |
| 2  | US | US Total | 62.94% | | 212,147,347 | 168,065,234 | 79.22% | 28,709,334 |
| 3  | AL | Alabama | 100.00% | | 3,465,352 | 3,465,352 | 100.00% | 0 |
| 4  | AK | Alaska | 100.00% | | 624,467 | 624,467 | 100.00% | 0 |
| 5  | AZ | Arizona | 78.58% | | 4,276,891 | 3,534,086 | 82.63% | 0 |
| 6  | AR | Arkansas | 0.00% | | 1,786,840 | 1,383,530 | 77.43% | 1,383,530 |
| 7  | CA | California | 79.06% | | 25,167,218 | 20,735,590 | 82.39% | 203,077 |
| 8  | CO | Colorado | 99.84% | | 3,953,613 | 3,952,379 | 99.97% | 0 |
| 9  | CT | Connecticut | 100.00% | | 2,369,335 | 2,369,335 | 100.00% | 0 |
| 10 | DE | Delaware | 0.00% | | 695,014 | 695,014 | 100.00% | 695,014 |
| 11 | DC | District of Columbia | 100.00% | | 617,046 | 617,046 | 100.00% | 0 |
| 12 | FL | Florida | 99.79% | | 14,126,722 | 14,119,369 | 99.95% | 0 |
| 13 | GA | Georgia | 0.00% | | 6,944,851 | 6,944,851 | 100.00% | 6,944,851 |
| 14 | HI | Hawaii | 0.00% | | 756,751 | 0 | 0.00% | 0 |
| 15 | ID | Idaho | 91.61% | | 917,609 | 851,044 | 92.75% | 0 |
| 16 | IL | Illinois | 32.68% | | 8,751,060 | 4,655,780 | 53.20% | 1,705,745 |
| 17 | IN | Indiana | 32.95% | | 4,500,196 | 1,670,263 | 37.12% | 0 |
| 18 | IA | Iowa | 100.00% | | 2,193,813 | 2,193,813 | 100.00% | 0 |
| 19 | KS | Kansas | 49.94% | | 1,835,473 | 1,704,536 | 92.87% | 1,036,621 |
| 20 | KY | Kentucky | 21.91% | | 3,402,905 | 767,396 | 22.55% | 0 |
| 21 | LA | Louisiana | 0.00% | | 2,992,170 | 0 | 0.00% | 0 |
| 22 | ME | Maine | 100.00% | | 1,056,593 | 1,056,593 | 100.00% | 0 |
| 23 | MD | Maryland | 100.00% | | 3,954,027 | 3,954,027 | 100.00% | 0 |
| 24 | MA | Massachusetts | 100.00% | | 4,574,967 | 4,574,967 | 100.00% | 0 |
| 25 | MI | Michigan | 100.00% | | 7,471,088 | 7,471,088 | 100.00% | 0 |
| 26 | MN | Minnesota | 100.00% | | 3,422,515 | 3,422,515 | 100.00% | 0 |
| 27 | MS | Mississippi | 24.06% | | 2,079,732 | 774,493 | 37.24% | 0 |
| 28 | MO | Missouri | 91.69% | | 4,127,333 | 3,813,447 | 92.39% | 0 |
| 29 | MT | Montana | 100.00% | | 706,173 | 706,173 | 100.00% | 0 |
| 30 | NE | Nebraska | 100.00% | | 1,219,276 | 1,219,276 | 100.00% | 0 |
| 31 | NV | Nevada | 1.22% | | 1,773,566 | 34,214 | 1.93% | 0 |
| 32 | NH | New Hampshire | 100.00% | | 988,138 | 988,138 | 100.00% | 0 |
| 33 | NJ | New Jersey | 0.00% | | 5,869,078 | 411,395 | 7.01% | 411,395 |
| 34 | NM | New Mexico | 100.00% | | 1,261,639 | 1,261,639 | 100.00% | 0 |
| 35 | NY | New York | 100.00% | | 12,695,763 | 12,695,763 | 100.00% | 0 |
| 36 | NC | North Carolina | 89.69% | | 7,095,209 | 6,549,926 | 92.31% | 0 |
| 37 | ND | North Dakota | 100.00% | | 579,621 | 579,621 | 100.00% | 0 |
| 38 | OH | Ohio | 58.39% | | 8,070,917 | 6,745,516 | 83.58% | 2,156,896 |
| 39 | OK | Oklahoma | 0.00% | | 2,120,843 | 0 | 0.00% | 0 |
| 40 | OR | Oregon | 100.00% | | 2,748,232 | 2,748,232 | 100.00% | 0 |
| 41 | PA | Pennsylvania | 66.15% | | 8,607,748 | 8,178,825 | 95.02% | 2,016,432 |
| 42 | RI | Rhode Island | 100.00% | | 781,478 | 781,478 | 100.00% | 0 |
| 43 | SC | South Carolina | 0.00% | | 3,538,580 | 3,538,580 | 100.00% | 3,538,580 |
| 44 | SD | South Dakota | 100.00% | | 594,453 | 594,453 | 100.00% | 0 |
| 45 | TN | Tennessee | 29.67% | | 4,163,359 | 1,208,250 | 29.02% | 156,065 |
| 46 | TX | Texas | 15.54% | | 15,675,013 | 9,501,625 | 60.62% | 7,658,388 |
| 47 | UT | Utah | 59.24% | | 1,658,457 | 1,015,716 | 61.24% | 0 |
| 48 | VT | Vermont | 100.00% | | 489,385 | 489,385 | 100.00% | 0 |
| 49 | VA | Virginia | 100.00% | | 5,666,627 | 5,666,627 | 100.00% | 0 |
| 50 | WA | Washington | 85.52% | | 4,841,431 | 4,013,864 | 82.91% | 0 |
| 51 | WV | West Virginia | 0.00% | | 1,245,827 | 802,740 | 64.43% | 802,740 |
| 52 | WI | Wisconsin | 68.05% | | 3,409,012 | 2,757,181 | 80.88% | 0 |
| 53 | WY | Wyoming | 78.22% | | 283,941 | 225,636 | 79.47% | 0 |

Case 1:17-cv-02989-AT   Document 681-2   Filed 12/16/19   Page 13 of 14

|   | A | B | O | P | Q | R | S | T |
|---|---|---|---|---|---|---|---|---|
| 1 | 12/15/2019 | State | BMD-for-all/RV % | Registered Voters in jurisdictions using BMDs primarily for voters with disabilities | % |  | Counties (or equivalent jurisdiction) | Counties using BMD for some or all voters |
| 2 | US | US Total | 13.53% | 139,355,900 | 65.69% |  | 3,138 | 2,266 |
| 3 | AL | Alabama | 0.00% | 3,465,352 | 100.00% |  | 67 | 67 |
| 4 | AK | Alaska | 0.00% | 624,467 | 100.00% |  | 19 | 1 |
| 5 | AZ | Arizona | 0.00% | 3,534,086 | 82.63% |  | 15 | 13 |
| 6 | AR | Arkansas | 77.43% | 0 | 0.00% |  | 75 | 61 |
| 7 | CA | California | 0.81% | 20,532,513 | 81.58% |  | 58 | 49 |
| 8 | CO | Colorado | 0.00% | 3,952,379 | 99.97% |  | 64 | 63 |
| 9 | CT | Connecticut | 0.00% | 2,369,335 | 100.00% |  | 8 | 8 |
| 10 | DE | Delaware | 100.00% | 0 | 0.00% |  | 3 | 3 |
| 11 | DC | District of Columbia | 0.00% | 617,046 | 100.00% |  | 1 | 1 |
| 12 | FL | Florida | 0.00% | 14,119,369 | 99.95% |  | 67 | 66 |
| 13 | GA | Georgia | 100.00% | 0 | 0.00% |  | 159 | 159 |
| 14 | HI | Hawaii | 0.00% | 0 | 0.00% |  | 4 | 0 |
| 15 | ID | Idaho | 0.00% | 851,044 | 92.75% |  | 44 | 41 |
| 16 | IL | Illinois | 19.49% | 2,950,035 | 33.71% |  | 108 | 59 |
| 17 | IN | Indiana | 0.00% | 1,670,263 | 37.12% |  | 92 | 19 |
| 18 | IA | Iowa | 0.00% | 2,193,813 | 100.00% |  | 99 | 99 |
| 19 | KS | Kansas | 56.48% | 667,915 | 36.39% |  | 105 | 92 |
| 20 | KY | Kentucky | 0.00% | 767,396 | 22.55% |  | 120 | 7 |
| 21 | LA | Louisiana | 0.00% | 0 | 0.00% |  | 64 | 0 |
| 22 | ME | Maine | 0.00% | 1,056,593 | 100.00% |  | 16 | 16 |
| 23 | MD | Maryland | 0.00% | 3,954,027 | 100.00% |  | 24 | 24 |
| 24 | MA | Massachusetts | 0.00% | 4,574,967 | 100.00% |  | 14 | 14 |
| 25 | MI | Michigan | 0.00% | 7,471,088 | 100.00% |  | 83 | 83 |
| 26 | MN | Minnesota | 0.00% | 3,422,515 | 100.00% |  | 87 | 87 |
| 27 | MS | Mississippi | 0.00% | 774,493 | 37.24% |  | 82 | 10 |
| 28 | MO | Missouri | 0.00% | 3,813,447 | 92.39% |  | 116 | 109 |
| 29 | MT | Montana | 0.00% | 706,173 | 100.00% |  | 56 | 56 |
| 30 | NE | Nebraska | 0.00% | 1,219,276 | 100.00% |  | 93 | 93 |
| 31 | NV | Nevada | 0.00% | 34,214 | 1.93% |  | 17 | 1 |
| 32 | NH | New Hampshire | 0.00% | 988,138 | 100.00% |  | 10 | 10 |
| 33 | NJ | New Jersey | 7.01% | 0 | 0.00% |  | 21 | 2 |
| 34 | NM | New Mexico | 0.00% | 1,261,639 | 100.00% |  | 33 | 33 |
| 35 | NY | New York | 0.00% | 12,695,763 | 100.00% |  | 62 | 62 |
| 36 | NC | North Carolina | 0.00% | 6,549,926 | 92.31% |  | 100 | 86 |
| 37 | ND | North Dakota | 0.00% | 579,621 | 100.00% |  | 53 | 53 |
| 38 | OH | Ohio | 26.72% | 4,588,620 | 56.85% |  | 88 | 74 |
| 39 | OK | Oklahoma | 0.00% | 0 | 0.00% |  | 77 | 0 |
| 40 | OR | Oregon | 0.00% | 2,748,232 | 100.00% |  | 36 | 36 |
| 41 | PA | Pennsylvania | 23.43% | 6,162,393 | 71.59% |  | 67 | 59 |
| 42 | RI | Rhode Island | 0.00% | 781,478 | 100.00% |  | 5 | 5 |
| 43 | SC | South Carolina | 100.00% | 0 | 0.00% |  | 46 | 46 |
| 44 | SD | South Dakota | 0.00% | 594,453 | 100.00% |  | 66 | 66 |
| 45 | TN | Tennessee | 3.75% | 1,052,185 | 25.27% |  | 95 | 18 |
| 46 | TX | Texas | 48.86% | 1,843,237 | 11.76% |  | 254 | 135 |
| 47 | UT | Utah | 0.00% | 1,015,716 | 61.24% |  | 29 | 22 |
| 48 | VT | Vermont | 0.00% | 489,385 | 100.00% |  | 14 | 14 |
| 49 | VA | Virginia | 0.00% | 5,666,627 | 100.00% |  | 133 | 133 |
| 50 | WA | Washington | 0.00% | 4,013,864 | 82.91% |  | 39 | 26 |
| 51 | WV | West Virginia | 64.43% | 0 | 0.00% |  | 55 | 33 |
| 52 | WI | Wisconsin | 0.00% | 2,757,181 | 80.88% |  | 72 | 32 |
| 53 | WY | Wyoming | 0.00% | 225,636 | 79.47% |  | 23 | 20 |

|    | A | B | U | V | W | X | Y |
|----|---|---|---|---|---|---|---|
|  1 | 12/15/2019 | State | BMD use/TC % | Counties using BMDs for all voters | BMD for all/TC % | Counties using BMDs primarily for voters with disabilities | % |
|  2 | US | US Total | 72.21% | 403 | 12.84% | 1,863 | 59.37% |
|  3 | AL | Alabama | 100.00% | 0 | 0.00% | 67 | 100.00% |
|  4 | AK | Alaska | 5.26% | 0 | 0.00% | 1 | 5.26% |
|  5 | AZ | Arizona | 86.67% | 0 | 0.00% | 13 | 86.67% |
|  6 | AR | Arkansas | 81.33% | 61 | 81.33% | 0 | 0.00% |
|  7 | CA | California | 84.48% | 1 | 1.72% | 48 | 82.76% |
|  8 | CO | Colorado | 98.44% | 0 | 0.00% | 63 | 98.44% |
|  9 | CT | Connecticut | 100.00% | 0 | 0.00% | 8 | 100.00% |
| 10 | DE | Delaware | 100.00% | 3 | 100.00% | 0 | 0.00% |
| 11 | DC | District of Columbia | 100.00% | 0 | 0.00% | 1 | 100.00% |
| 12 | FL | Florida | 98.51% | 0 | 0.00% | 66 | 98.51% |
| 13 | GA | Georgia | 100.00% | 159 | 100.00% | 0 | 0.00% |
| 14 | HI | Hawaii | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 15 | ID | Idaho | 93.18% | 0 | 0.00% | 41 | 93.18% |
| 16 | IL | Illinois | 54.63% | 1 | 0.93% | 58 | 53.70% |
| 17 | IN | Indiana | 20.65% | 0 | 0.00% | 19 | 20.65% |
| 18 | IA | Iowa | 100.00% | 0 | 0.00% | 99 | 100.00% |
| 19 | KS | Kansas | 87.62% | 27 | 25.71% | 65 | 61.90% |
| 20 | KY | Kentucky | 5.83% | 0 | 0.00% | 7 | 5.83% |
| 21 | LA | Louisiana | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 22 | ME | Maine | 100.00% | 0 | 0.00% | 16 | 100.00% |
| 23 | MD | Maryland | 100.00% | 0 | 0.00% | 24 | 100.00% |
| 24 | MA | Massachusetts | 100.00% | 0 | 0.00% | 14 | 100.00% |
| 25 | MI | Michigan | 100.00% | 0 | 0.00% | 83 | 100.00% |
| 26 | MN | Minnesota | 100.00% | 0 | 0.00% | 87 | 100.00% |
| 27 | MS | Mississippi | 12.20% | 0 | 0.00% | 10 | 12.20% |
| 28 | MO | Missouri | 93.97% | 0 | 0.00% | 109 | 93.97% |
| 29 | MT | Montana | 100.00% | 0 | 0.00% | 56 | 100.00% |
| 30 | NE | Nebraska | 100.00% | 0 | 0.00% | 93 | 100.00% |
| 31 | NV | Nevada | 5.88% | 0 | 0.00% | 1 | 5.88% |
| 32 | NH | New Hampshire | 100.00% | 0 | 0.00% | 10 | 100.00% |
| 33 | NJ | New Jersey | 9.52% | 2 | 9.52% | 0 | 0.00% |
| 34 | NM | New Mexico | 100.00% | 0 | 0.00% | 33 | 100.00% |
| 35 | NY | New York | 100.00% | 0 | 0.00% | 62 | 100.00% |
| 36 | NC | North Carolina | 86.00% | 0 | 0.00% | 86 | 86.00% |
| 37 | ND | North Dakota | 100.00% | 0 | 0.00% | 53 | 100.00% |
| 38 | OH | Ohio | 84.09% | 19 | 21.59% | 55 | 62.50% |
| 39 | OK | Oklahoma | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 40 | OR | Oregon | 100.00% | 0 | 0.00% | 36 | 100.00% |
| 41 | PA | Pennsylvania | 88.06% | 13 | 19.40% | 46 | 68.66% |
| 42 | RI | Rhode Island | 100.00% | 0 | 0.00% | 5 | 100.00% |
| 43 | SC | South Carolina | 100.00% | 46 | 100.00% | 0 | 0.00% |
| 44 | SD | South Dakota | 100.00% | 0 | 0.00% | 66 | 100.00% |
| 45 | TN | Tennessee | 18.95% | 1 | 1.05% | 17 | 17.89% |
| 46 | TX | Texas | 53.15% | 37 | 14.57% | 98 | 38.58% |
| 47 | UT | Utah | 75.86% | 0 | 0.00% | 22 | 75.86% |
| 48 | VT | Vermont | 100.00% | 0 | 0.00% | 14 | 100.00% |
| 49 | VA | Virginia | 100.00% | 0 | 0.00% | 133 | 100.00% |
| 50 | WA | Washington | 66.67% | 0 | 0.00% | 26 | 66.67% |
| 51 | WV | West Virginia | 60.00% | 33 | 60.00% | 0 | 0.00% |
| 52 | WI | Wisconsin | 44.44% | 0 | 0.00% | 32 | 44.44% |
| 53 | WY | Wyoming | 86.96% | 0 | 0.00% | 20 | 86.96% |