# EXHIBIT 105

## PROVISIONALLY FILED UNDER SEAL