# EXHIBIT 106

| | |
|---|---|
| **From:** | Harvey, Chris |
| **To:** | Germany, Ryan |
| **Cc:** | Scott Tucker; Tom Feehan; Gabriel Sterling; Rayburn, Kevin |
| **Subject:** | [EXTERNAL] RE: Election Certification |
| **Date:** | Friday, June 19, 2020 5:13:57 PM |

I'm not sure. I just spoke with Scott and he was getting ready to call her back.

Hall County certified earlier today, but still needs to combine their databases for their upload. Scott said Dominion will have staff there Monday morning to help with that.

Rick Barron just called me and said that their board is still talking about the certification and asking for explanations, but they started their meeting to certify at 3:00 PM. I told him that I thought them starting the process at 3:00 PM was a good idea. I asked him to let me know if they ended up NOT certifying. It sounds like they still may be a while away.


*Chris Harvey*
*Elections Director*
Georgia Secretary of State

Main 470-312-2777
Cell   404-985-6351



---

**From:** Germany, Ryan
**Sent:** Friday, June 19, 2020 4:51 PM
**To:** Harvey, Chris <wharvey@sos.ga.gov>
**Cc:** Scott Tucker <scott.tucker@dominionvoting.com>; Tom Feehan <tom.feehan@dominionvoting.com>; Gabriel Sterling <sterlinginnovative@gmail.com>; Rayburn, Kevin <krayburn@sos.ga.gov>
**Subject:** Re: Election Certification

What is she talking about re. the ballot IDs?

Sent from my iPhone


> On Jun 19, 2020, at 4:35 PM, Harvey, Chris <wharvey@sos.ga.gov> wrote:
>
> I got this from Charlton County. Dominion needs to respond ASAP.

**Exhibit 0021**

Dominion044536

Chris Harvey
*Elections Director*
Georgia Secretary of State

**Main 470-312-2777**
**Cell   404-985-6351**
<image002.jpg>

---

**From:** Brenda Hodges <bhodges@charltoncountyga.gov>
**Sent:** Friday, June 19, 2020 4:25 PM
**To:** Harvey, Chris <wharvey@sos.ga.gov>
**Subject:** Election Certification
**Importance:** High

> **EXTERNAL EMAIL:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Chris,

I hope you and yours are doing well.  I understand you have things going on right now and know that you are in our prayers.  I am sorry to bother you with my little issues, but I felt that I needed to keep you abreast of what is going on.

I was trying to certify my results, but found a difference in the numbers.  The Dominion Regional Manager came earlier this week and finagled with the Ballot ID's to get the number of votes cast to be correct and in doing this some of my votes are different.  I am back home now going to go through the results tapes individually and try to figure it out.  I may not be able to certify these results until Monday.

When I called the Regional Manager and told him about the problem, he told me "I don't have time to worry about it right now and it doesn't matter because he won".  This was in reference to the Sheriff's race, but there are other races with different vote totals.  Needless to say that was like throwing ice water in my face because IT DOES MATTER!!!!!  He was in Tattnall County trying to help them get their numbers to work as well due to this craziness with the Ballot ID's causing the vote totals to be way over what they should be.

Respectfully,

*Brenda Hodges*
Supervisor of Elections
Charlton County Board of Elections
1520 Third Street, Suite C
Folkston, GA  31537-8961
O: 912-496-2607 | C: 912-390-1786 | F: 912-496-2608

Dominion044537

bhodges@charltoncountyga.gov
www.charltoncountyga.us

<image001.png>
This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

Dominion044538