# EXHIBIT 107

## PROVISIONALLY FILED UNDER SEAL