# EXHIBIT 108



**Exhibit
0023**

## STATE OF GEORGIA

OFFICE OF THE GOVERNOR

ATLANTA 30334-0090

Brian P. Kemp
GOVERNOR

November 17, 2021

*VIA ELECTRONIC MAIL*

Ms. Rebecca N. Sullivan, Acting Chair
200 Piedmont Avenue SE
Suite 1804, West Tower
Atlanta, Georgia 30334

Ms. Sara Tindall Ghazal
4880 Lower Roswell Rd
Suite 165-328
Marietta, Georgia 30068

Mr. Matthew Mashburn
P.O. Box 451
Cartersville, Georgia 30120

Ms. Anh Le
P.O. Box 4008
Decatur, Georgia 3003

Dear Members of the State Election Board,

I write to refer the following matter to the Board for its review and consideration. As you know, I called on Georgians with information about inconsistencies or complaints regarding the 2020 election to notify the proper state authorities. To date, the complaint outlined below is the only instance where a complainant has referred an issue to my office *and* provided all requested information for me and my staff to fully evaluate its veracity.

On September 3, 2021, Mr. Joseph Rossi, a retired executive from Houston County, Georgia, contacted my office. Mr. Rossi presented an analysis of the 2020 Risk-Limiting Audit Report ("RLA Report") data, noting 36 inconsistencies reported by Fulton County.[1] The analysis was created by him and attorney Jack James who volunteered their own time, without compensation, to review thousands of ballot images, audit tally sheets, and other data to double-check the work of the county. Their dedication to this immense task is commendable.

The 36 inconsistencies noted by Mr. Rossi are factual in nature, pose no underlying theories outside of the reported data, and could not be explained by my office after a thorough review detailed below. The purpose of this letter is to convey these inconsistencies to the Board and request them to be explained or corrected.

To be clear, this letter does not purport to dispute or contest the outcome of the 2020 election, but rather to highlight apparent inconsistencies discovered in the RLA Report data.

---

[1] Specifically, Mr. Rossi analyzed the document titled "Detailed Audit Report with Results from all Batch Sheets (Excel)" which is published on the Secretary of State website.

State Election Board
November 17, 2021
Page **2** of **2**

Mr. Rossi requested my office review his findings and take whatever action may be appropriate to address his concerns. Mr. Rossi never alleged the outcome of the election was in question or asked me to act beyond my constitutional or statutory powers as Governor – the authority to oversee elections in Georgia lies with the State Election Board and the Secretary of State.

To determine whether it was appropriate to refer Mr. Rossi's claims to you, my office tested the veracity of his work by independently repeating the research Mr. Rossi conducted on each of his 36 claims. My office analyzed each of Mr. Rossi's 36 claims against the RLA Report data. This process was extensive, required a manual review of thousands of ballot images and audit data, and took weeks to complete.

Based on that analysis, as evidenced in the attached report, I believe a referral to the Board is warranted.

The data that exists in public view on the Secretary of State's website of the RLA Report does not inspire confidence. It is sloppy, inconsistent, and presents questions about what processes were used by Fulton County to arrive at the result. Though reasons for, or explanations of, Mr. Rossi's concerns may exist, they are not apparent in the RLA Report data. In reviewing this matter, I believe the Board should consider the following actions:

1. Direct investigators to review Mr. Rossi's findings, just as my office has, and order corrective action as needed to address any verified errors.
2. Determine whether any changes should be made to the RLA Report. If so, the Board should determine whether such changes adversely impact the integrity of the RLA Report as originally reported.
3. Review the audit methodology used in counties across Georgia and create a prescriptive and uniform set of rules that ensure one process is followed by all counties that result in a clear presentation of data.

As you know, I chaired this Board for nine years. During that time, we tackled many tough issues to ensure the integrity of Georgia's elections and make it easy to vote and hard to cheat. It is the responsibility of this Board to safeguard the confidence I and all my fellow Georgians must have in our elections. This is one issue where I believe this Board must act swiftly, and I urge you to do so in this case.

Sincerely,

Brian P. Kemp

CC:

Brad Raffensperger,
*Georgia Secretary of State*



## STATE OF GEORGIA

OFFICE OF THE GOVERNOR

ATLANTA 30334-0900

### REVIEW OF INCONSISTENCIES IN THE
### DATA SUPPORTING THE RISK LIMITING AUDIT REPORT

November 17, 2021

---

### OVERVIEW

The following inconsistencies were initially discovered by Joe Rossi through comparisons of the Fulton County vote counts included in the document titled "Detailed Audit Report with Results from all Batch Sheets (Excel)" ("Detailed Audit Report") and the ballot images obtained by the Atlanta Journal-Constitution Open Records Request ("Ballot Images"). Mr. Rossi's analysis ("Rossi Count") and the review conducted by the Office of the Governor ("Internal Count") were performed by manually counting the Ballot Images for Fulton County. The Ballot Images only include absentee ballots.

Ballot Images obtained by the Atlanta Journal-Constitution Open Records Request are available at the link below:

> https://theatlantajournalconstitution.sharefile.com/share/view/s3c2d5cd
> a4b5a42a88b6a76990379d181/fo8028b0-c150-45f5-911d-f9959144930e

The Detailed Audit Report (audit-report-November-3-2020-General-Election-2020-11-19) is available at the link below:

> https://sos.ga.gov/index.php/elections/2020_general_election_risk-limiting_audit

Within the Detailed Audit Report and Mr. Rossi's analysis, ballot scanners were referred to as Scanners 1 through 5. The Atlanta Journal-Constitution referred to the same scanners as Tabulator 5150 (Scanner 1), Tabulator 5160 (Scanner 2), Tabulator 5162 (Scanner 3), Tabulator 5164 (Scanner 4), and Tabulator 0729 (Scanner 5).

References to "Row XXXXX" refer to the row number listed on the Detailed Audit Report.

As used in the batch entries in the Detailed Audit Report, "I W/I" means "Invalid Write-In Vote", "V W/U" means "Valid Write-In Vote", and "B/U" means "Blank Vote or Undervote".

**INCONSISTENCY 1: MISIDENTIFIED AND DUPLICATED BATCH ENTRY**

The batch entries on Row 19492 and Row 19493 are each identified as "AbsenteeScanner3Batch111" yet report different vote counts. **One of these entries appears to be misidentified.**

Additionally, Row 18786, identified as "AbsenteeScanner1Batch111," reports an identical vote count as Row 19493. One of these entries appears to be duplicated.

Detailed Audit Report:

Row 19492: AbsenteeScanner3Batch111

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|---|---|---|---|---|---|---|
| 8 | 90 | 0 | 0 | 0 | 0 | 0 |

Row 19493: AbsenteeScanner3Batch111

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|---|---|---|---|---|---|---|
| 4 | 95 | 1 | 0 | 0 | 0 | 0 |

Row 18786: AbsenteeScanner1Batch111

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|---|---|---|---|---|---|---|
| 8 | 90 | 0 | 0 | 0 | 0 | 0 |

_____

Rossi Count:

Absentee Scanner 3 (Tabulator 05162), Batch 111

- Count not provided by Mr. Rossi.

Absentee Scanner 1 (Tabulator 05150), Batch 111

| Trump | Biden | Jorgensen | Other |
|---|---|---|---|
| 9 | 90 | 0 | 2 |

_____

Internal Count:

Absentee Scanner 3 (Tabulator 05162), Batch 111

| Trump | Biden | Jorgensen | Other |
|---|---|---|---|
| 5 | 94 | 1 | 0 |

Absentee Scanner 1 (Tabulator 05150), Batch 111

| Trump | Biden | Jorgensen | Other |
|---|---|---|---|
| 9 | 90 | 0 | 2 |

**INCONSISTENCY 2: DUPLICATED BATCH ENTRY**

The batch entry on Row 18840, identified as "AbsenteeScanner1Batch18," reports an identical vote count as the batch entry on Row 20288, identified as "Scanner 1/18." **One of these entries appears to be duplicated**.

Detailed Audit Report:

Row 18840: AbsenteeScanner1Batch18

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 26 | 72 | 1 | 0 | 0 | 0 | 0 |

Row 20288: Scanner 1/18

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 26 | 72 | 1 | 0 | 0 | 0 | 0 |

---

Rossi Count: Absentee Scanner 1 (Tabulator 05150), Batch 18

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 26 | 72 | 0 | 0 |

---

Internal Count: Absentee Scanner 1 (Tabulator 05150), Batch 18

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 26 | 72 | 1 | 0 |

**INCONSISTENCY 3: DUPLICATED BATCH ENTRY**

The batch entry on Row 18911, identified as "AbsenteeScanner1Batch 25," nearly matches the same vote count reported by the batch entry on Row 20296, identified as "Scanner 1 /25." The lone exception being that Row 20296 reports an additional valid write-in vote. **One of these entries appears to be duplicated**.

Detailed Audit Report:

Row 18911: AbsenteeScanner1Batch 25

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 21 | 77 | 0 | 0 | 0 | 1 | 0 |

Row 20296: Scanner 1 /25

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 21 | 77 | 0 | 0 | 1 | 1 | 0 |

---

Rossi Count: Absentee Scanner 1 (Tabulator 05150), Batch 25

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 21 | 77 | 0 | 2 |

---

Internal Count: Absentee Scanner 1 (Tabulator 05150), Batch 25

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 21 | 77 | 0 | 2 |

**INCONSISTENCY 4: BATCH ENTRIES REFLECTING 100% VOTE COUNTS FOR ONE CANDIDATE**

The batch entry on Row 19120, identified as "AbsenteeScanner2Batch19," reports all 100 votes for Biden.
The batch entry on Row 19131, identified as "AbsenteeScanner2Batch20," reports all 100 votes for Biden.
The batch entry on Row 19142, identified as "AbsenteeScanner2Batch21," reports all 150 votes for Biden.

**The Ballot Images corresponding to Batches 19, 20, and 21, of Absentee Scanner 2 (Tabulator 05160) do not reflect unanimous vote counts for one candidate**.

Detailed Audit Report:

Row 19120: AbsenteeScanner2Batch19

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 0 | 100 | 0 | 0 | 0 | 0 | 0 |

Row 19131: AbsenteeScanner2Batch20

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 0 | 100 | 0 | 0 | 0 | 0 | 0 |

Row 19142: AbsenteeScanner2Batch21

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 0 | 150 | 0 | 0 | 0 | 0 | 0 |

_____

Rossi Count:

Absentee Scanner 2 (Tabulator 05160), Batch 19

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 10 | 87 | 1 | 1 |

Absentee Scanner 2 (Tabulator 05160), Batch 20

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 25 | 74 | 1 | 0 |

Absentee Scanner 2 (Tabulator 05160), Batch 21

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 8 | 97 | 1 | 0 |

_____

*Internal Count provided on next page.*

Internal Count:

Absentee Scanner 2 (Tabulator 05160), Batch 19

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 10 | 87 | 2 | 0 |

Absentee Scanner 2 (Tabulator 05160), Batch 20

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 25 | 74 | 1 | 0 |

Absentee Scanner 2 (Tabulator 05160), Batch 21

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 8 | 97 | 1 | 0 |

**INCONSISTENCY 5: BATCH ENTRY REFLECTING 100% VOTE COUNT FOR ONE CANDIDATE**

The batch entry on Row 19153, identified as "AbsenteeScanner2Batch22," reports all 200 votes for Biden.

**The Ballot Images corresponding to Batch 22 of Absentee Scanner 2 (Tabulator 05160) do not reflect a unanimous vote count for one candidate**.

Detailed Audit Report: Row 19153: AbsenteeScanner2Batch22

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 0 | 200 | 0 | 0 | 0 | 0 | 0 |

Rossi Count: Absentee Scanner 2 (Tabulator 05160), Batch 22

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 12 | 85 | 3 | 0 |

Internal Count: Absentee Scanner 2 (Tabulator 05160), Batch 22

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 12 | 85 | 2 | 1 |

**INCONSISTENCY 6: MISIDENTIFIED BATCH ENTRY**

The batch entry on Row 19165 is identified as "AbsenteeScanner2Batch237." The batch entry on Row 20308 is identified as "scanner2/237." Each of these entries report different vote counts. **One of these entries appears to be misidentified**.

Detailed Audit Report:

Row 19165: AbsenteeScanner2Batch237

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 25 | 74 | 0 | 0 | 0 | 0 | 0 |

Row 20308: scanner2/237

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 3 | 95 | 0 | 0 | 1 | 1 | 2 |

---

Rossi Count: Absentee Scanner 2 (Tabulator 05160), Batch 237

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 4 | 93 | 2 | 0 |

---

Internal Count: Absentee Scanner 2 (Tabulator 05160), Batch 237

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 4 | 93 | 2 | 0 |

**INCONSISTENCY 7: DUPLICATED BATCH ENTRY**

The batch entry on Row 19166, identified as "AbsenteeScanner2Batch238," reports an identical vote count as the batch entry on Row 19587, identified as "AbsenteeScanner3Batch238." One of these entries appears to be duplicated.

Detailed Audit Report:

Row 19166: AbsenteeScanner2Batch238

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 22 | 59 | 0 | 0 | 0 | 0 | 0 |

Row 19587: AbsenteeScanner3Batch238

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 22 | 59 | 0 | 0 | 0 | 0 | 0 |

_____

Rossi Count:

Absentee Scanner 2 (Tabulator 05160), Batch 238

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 25 | 74 | 0 | 0 |

Absentee Scanner 3 (Tabulator 05162), Batch 238
- No count was provided by Mr. Rossi.

_____

Internal Count:

Absentee Scanner 2 (Tabulator 05160), Batch 238

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 25 | 74 | 0 | 0 |

Absentee Scanner 3 (Tabulator 05162), Batch 238

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 23 | 57 | 1 | 0 |

**INCONSISTENCY 8: MISIDENTIFIED BATCH ENTRY**

The batch entry on Row 19167 is identified as "AbsenteeScanner2Batch240." The batch entry on Row 19168 is identified as "AbsenteeScanner2Batch 240." Each of these entries report different vote counts. **One of these entries appears to be misidentified**.

Detailed Audit Report:

Row 19167: AbsenteeScanner2Batch240

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 10 | 90 | 0 | 0 | 0 | 0 | 0 |

Row 19168: AbsenteeScanner2Batch 240

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 31 | 62 | 1 | 0 | 0 | 0 | 0 |

---

Rossi Count: Absentee Scanner 2 (Tabulator 05160), Batch 240

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 31 | 62 | 1 | 2 |

---

Internal Count: Absentee Scanner 2 (Tabulator 05160), Batch 240

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 31 | 62 | 1 | 2 |

**INCONSISTENCY 9: MISIDENTIFIED BATCH ENTRY**

The batch entry on Row 19169 is identified as "AbsenteeScanner2Batch241." The batch entry on Row 19170 is identified as "AbsenteeScanner2Batch 241." Each of these entries report different vote counts. **One of these entries appears to be misidentified**.

Detailed Audit Report:

Row 19169: AbsenteeScanner2Batch241

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 34 | 63 | 0 | 0 | 0 | 1 | 0 |

Row 19170: AbsenteeScanner2Batch 241

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 11 | 88 | 1 | 0 | 0 | 0 | 0 |

---

Rossi Count: Absentee Scanner 2 (Tabulator 05160), Batch 241

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 11 | 88 | 1 | 2 |

---

Internal Count: Absentee Scanner 2 (Tabulator 05160), Batch 241

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 11 | 88 | 1 | 2 |

**INCONSISTENCY 10: DUPLICATED BATCH ENTRIES**

The vote count reported by the batch entry on Row 19172, identified as "AbsenteeScanner2Batch243," does not match the vote count of the corresponding Ballot Images. The vote count reported by the batch entry on Row 19174, identified as "AbsenteeScanner2Batch244-249" (which appears to report the vote counts of six separate batches), also does not match the vote count of the corresponding Ballot Images.

However, when the corresponding Ballot Images of Row 19172 are considered in addition to the corresponding Ballot Images of Row 19174, the aggregate vote count of the Ballot Images matches the vote count reported by Row 19174 in the Detailed Audit Report. **Accordingly, Row 19172 appears to be misidentified.**

Additionally, Row 19173, identified as "AbsenteeScanner2batch244-249," nearly matches the same vote count reported by the batch entry on Row 19174. **The entry appears to be duplicated**. Of note, Row 19173 reports "Election Day" ballots, as opposed to "Absentee By Mail" ballots.

Detailed Audit Report:

Row 19172: AbsenteeScanner2Batch243

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 7 | 90 | 1 | 0 | 0 | 1 | 0 |

Row 19173: AbsenteeScanner2batch244-249

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 110 | 556 | 7 | 0 | 0 | 2 | 1 |

Row 19174: AbsenteeScanner2Batch244-249

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 110 | 556 | 7 | 0 | 3 | 2 | 1 |

_____

Rossi Count: Absentee Scanner 2 (Tabulator 05160), Batches 244-249

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 110 | 564 | 7 | 8 |

_____

Internal Count: Absentee Scanner 2 (Tabulator 05160), Batches 243 and 244-249

| Batch | Trump | Biden | Jorgensen | Other |
|-------|-------|-------|-----------|-------|
| **243** | **21** | **73** | **2** | **2** |
| 244 | 9 | 88 | 1 | 1 |
| 245 | 21 | 79 | 0 | 0 |
| 246 | 4 | 93 | 1 | 0 |
| 247 | 9 | 93 | 0 | 1 |
| 248 | 34 | 60 | 1 | 2 |
| 249 | 12 | 80 | 2 | 0 |
| Totals | 110 | 566 | 7 | 6 |

**INCONSISTENCY 11: MISIDENTIFIED AND DUPLICATED BATCH ENTRY**

The batch entry on Row 19219 is identified as "AbsenteeScanner2Batch297." The batch entry on Row 19220 is identified as "AbsenteeScanner2Batch 297." Each of these entries report different vote counts. **One of these entries appears to be misidentified**.

Additionally, Row 18951, identified as "AbsenteeScanner1Batch297," reflects an identical vote count as Row 19219. **One of these entries appears to be duplicated**.

Detailed Audit Report:

Row 19219: AbsenteeScanner2Batch297

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 42 | 56 | 1 | 0 | 0 | 0 | 0 |

Row 19220: AbsenteeScanner2Batch 297

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 27 | 71 | 0 | 0 | 0 | 0 | 0 |

Row 18951: AbsenteeScanner1Batch297

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 42 | 56 | 1 | 0 | 0 | 0 | 0 |

_____

Rossi Count:

Absentee Scanner 2 (Tabulator 05160), Batch 297

- Count not provided by Mr. Rossi.

Absentee Scanner 1 (Tabulator 05150), Batch 297

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 42 | 56 | 1 | 0 |

_____

Internal Count:

Absentee Scanner 2 (Tabulator 05160), Batch 297

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 27 | 71 | 1 | 0 |

Absentee Scanner 1 (Tabulator 05150), Batch 297

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 42 | 56 | 1 | 1 |

**INCONSISTENCY 12: MISIDENTIFIED BATCH ENTRY**

The batch entry on Row 19323 is identified as "AbsenteeScanner2Batch400." The batch entry on 20252 is identified as "sc 2- 400." Each of these entries report different vote counts. **One of these entries appears to be misidentified**.

Detailed Audit Report:

Row 19323: AbsenteeScanner2Batch400

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 6 | 92 | 0 | 0 | 0 | 0 | 0 |

Row 20252: sc 2- 400

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 36 | 60 | 1 | 0 | 0 | 3 | 0 |

_____

Rossi Count: Absentee Scanner 2 (Tabulator 05160), Batch 400

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 36 | 60 | 0 | 0 |

_____

Internal Count: Absentee Scanner 2 (Tabulator 05160), Batch 400

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 36 | 60 | 1 | 3 |

**INCONSISTENCY 13: DUPLICATED BATCH ENTRY**

The batch entry on Row 19482, identified as "AbsenteeScanner3Batch1," reports an identical vote count as the batch entry on Row 20317, identified as "Scanner 3/1." **One of these entries appears to be duplicated**.

Detailed Audit Report:

Row 19482: AbsenteeScanner3Batch1

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 42 | 55 | 2 | 0 | 0 | 0 | 1 |

Row 20317: Scanner 3/1

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 42 | 55 | 2 | 0 | 0 | 0 | 1 |

_____

Rossi Count: Absentee Scanner 3 (Tabulator 05162), Batch 1

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 44 | 55 | 2 | 0 |

_____

*Internal Count provided on the next page.*

Internal Count: Absentee Scanner 3 (Tabulator 05162), Batch 1

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 44 | 55 | 2 | 0 |

**INCONSISTENCY 14: MISIDENTIFIED BATCH ENTRY**

The batch entry on Row 19524 is identified as "Absentee Scanner 3 Batch 158." The batch entry on Row 20332 is identified as "scanner 3 /158." Each of these entries report different vote counts. **One of these entries appears to be misidentified**.

Detailed Audit Report:

Row 19524: Absentee Scanner 3 Batch 158

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 30 | 68 | 1 | 0 | 0 | 1 | 0 |

Row 20332: scanner 3 /158

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 3 | 99 | 0 | 0 | 0 | 0 | 0 |

---

Rossi Count: Absentee Scanner 3 (Tabulator 05162), Batch 158

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 30 | 68 | 2 | 0 |

---

Internal Count: Absentee Scanner 3 (Tabulator 05162), Batch 158

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 30 | 68 | 1 | 1 |

**INCONSISTENCY 15: DUPLICATED BATCH ENTRIES**

The batch entry on Row 19535, identified as "AbsenteeScanner3Batch174- 178," reports an identical vote count as the batch entry on Row 19537, identified as "AbsenteeScanner3BatchBatch 177." The batch entry on Row 19356, identified as "AbsenteeScanner3Batch175-176," nearly matches the vote counts reported in Row 19535 and Row 19537 with the lone exception being that Row 19536 reports two additional blank/undervotes. **One or more of these entries appears to be duplicated**.

Detailed Audit Report:

Row 19535: AbsenteeScanner3Batch174- 178

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 96    | 392   | 0         | 0     | 0     | 0   | 0 |

Row 19536: AbsenteeScanner3Batch175-176

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 96    | 392   | 0         | 0     | 0     | 2   | 0 |

Row 19537: AbsenteeScanner3Batch177

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 96    | 392   | 0         | 0     | 0     | 0   | 0 |

_____

Rossi Count:

Absentee Scanner 3 (Tabulator 05162) Batches 174-178

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 96    | 392   | 6         | 1     |

Absentee Scanner 3 (Tabulator 05162), Batches 175-176

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 57    | 137   | 1         | 0     |

Absentee Scanner 3 (Tabulator 05162), Batch 177

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 9     | 89    | 1         | 0     |

_____

Internal Count: Absentee Scanner 3 (Tabulator 05162), Batches 174-178

| Batch  | Trump | Biden | Jorgensen | Other |
|--------|-------|-------|-----------|-------|
| 174    | 22    | 75    | 1         | 1     |
| 175    | 26    | 67    | 0         | 1     |
| 176    | 31    | 70    | 0         | 0     |
| 177    | 9     | 89    | 0         | 1     |
| 178    | 8     | 91    | 2         | 1     |
| Totals | 96    | 392   | 3         | 4     |

## INCONSISTENCY 16: DUPLICATED BATCH ENTRY

The batch entry on Row 19538, identified as "AbsenteeScanner3Batch18," reports an identical vote count as the batch entry on Row 20336, identified as "scanner 3/18." **One of these entries appears to be duplicated**.

Detailed Audit Report:

Row 19538: AbsenteeScanner3Batch18

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 1 | 79 | 0 | 0 | 0 | 0 | 0 |

Row 20336: scanner 3/18

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 1 | 79 | 0 | 0 | 0 | 0 | 0 |

Rossi Count: Absentee Scanner 3 (Tabulator 05162), Batch 18

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 2 | 78 | 0 | 0 |

Internal Count: Absentee Scanner 3 (Tabulator 05162), Batch 18

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 2 | 77 | 0 | 1 |

**INCONSISTENCY 17: DUPLICATED BATCH ENTRY**

The batch entry on Row 19560, identified as "AbsenteeScanner3Batch21," reports an identical vote count as the batch entry on Row 20344, identified as "scanner 3/21." **One of these entries appears to be duplicated**.

Detailed Audit Report:

Row 19560: AbsenteeScanner3Batch21

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 24 | 74 | 0 | 0 | 0 | 0 | 0 |

Row 20344: scanner 3/21

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 24 | 74 | 0 | 0 | 0 | 0 | 0 |

Rossi Count: Absentee Scanner 3 (Tabulator 05162), Batch 21

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 25 | 75 | 0 | 2 |

Internal Count: Absentee Scanner 3 (Tabulator 05162), Batch 21

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 25 | 73 | 0 | 2 |

**INCONSISTENCY 18: DUPLICATED BATCH ENTRY**

The batch entry on Row 19563, identified as "AbsenteeScanner3Batch212," reports an identical vote count as the batch entry on Row 20345, identified as "SCANNER- 3/212." **One of these entries appears to be duplicated**.

Detailed Audit Report:

Row 19563: AbsenteeScanner3Batch212

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 11 | 86 | 1 | 0 | 0 | 0 | 0 |

Row 20345: SCANNER- 3/212

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 11 | 86 | 1 | 0 | 0 | 0 | 0 |

Rossi Count: Absentee Scanner 3 (Tabulator 05162), Batch 212

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 11 | 86 | 1 | 1 |

Internal Count: Absentee Scanner 3 (Tabulator 05162), Batch 212

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 11 | 86 | 1 | 1 |

**INCONSISTENCY 19: DUPLICATED BATCH ENTRY**

The batch entry on Row 19589, identified as "AbsenteeScanner3Batch24," reports an identical vote count as the batch entry on Row 20349, identified as "scanner 3/24." **One of these entries appears to be duplicated**.

Detailed Audit Report:

Row 19589: AbsenteeScanner3Batch24

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 5 | 92 | 0 | 0 | 0 | 0 | 0 |

Row 20349: scanner 3/24

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 5 | 92 | 0 | 0 | 0 | 0 | 0 |

Rossi Count: Absentee Scanner 3 (Tabulator 05162), Batch 24

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 5 | 92 | 0 | 0 |

Internal Count: Absentee Scanner 3 (Tabulator 05162), Batch 24

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 5 | 92 | 0 | 0 |

**INCONSISTENCY 20: MISIDENTIFIED BATCH ENTRY**

The batch entry on Row 19625 is identified as "AbsenteeScanner3Batch3." The batch entry on Row 19626 is identified as "AbsenteeScanner3 Batch3." Each of these entries report different vote counts. **One of these entries appears to be misidentified**.

Detailed Audit Report:

Row 19625: AbsenteeScanner3Batch3

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 2 | 85 | 2 | 0 | 0 | 0 | 0 |

Row 19626: AbsenteeScanner3 Batch3

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 24 | 56 | 1 | 0 | 0 | 1 | 0 |

Rossi Count: Absentee Scanner 3 (Tabulator 05162), Batch 3

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 4 | 84 | 2 | 0 |

Internal Count: Absentee Scanner 3 (Tabulator 05162), Batch 3

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 3 | 84 | 2 | 1 |

**INCONSISTENCY 21: MISIDENTIFIED OR DUPLICATED BATCH ENTRY**

The batch entry on Row 19647 is identified as "AbsenteeScanner3Batch 320." The batch entry on Row 20353 is identified as "scanner 3/320." Though the entries report different vote counts, the difference is slight with Row 19647 reporting five additional votes for Trump and five less votes for Biden. **One of these entries appears to be misidentified or duplicated**.

Detailed Audit Report:

Row 19647: AbsenteeScanner3Batch 320

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 35 | 64 | 0 | 0 | 0 | 0 | 0 |

Row 20353: scanner 3/320

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 30 | 69 | 0 | 0 | 0 | 0 | 0 |

_____

Rossi Count: Absentee Scanner 3 (Tabulator 05162), Batch 320

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 30 | 70 | 0 | 0 |

_____

Internal Count: Absentee Scanner 3 (Tabulator 05162), Batch 320

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 30 | 70 | 0 | 0 |

**INCONSISTENCY 22: MISIDENTIFIED BATCH ENTRIES**

The batch entry on Row 19659, identified as "AbsenteeScanner3Batch339-346," appears to report the vote counts of eight separate batches. The batch entry on Row 20264 is identified as "sc 3 (339)," a batch that would appear to be included in the vote count of Row 19659. The batch entry on Row 20265 is identified as "sc 3 (340)," a batch that would appear to be included in the vote count of Row 19659.

**When considering the corresponding Ballot Images, Row 20264 and Row 20265 appear to be misidentified**.

Detailed Audit Report:

Row 19659: AbsenteeScanner3Batch339-346

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|---|---|---|---|---|---|---|
| 143 | 625 | 10 | 0 | 0 | 3 | 0 |

Row 20264: sc 3 (339)

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|---|---|---|---|---|---|---|
| 76 | 214 | 6 | 0 | 0 | 1 | 0 |

Row 20265: sc 3 (340)

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|---|---|---|---|---|---|---|
| 6 | 72 | 1 | 0 | 0 | 2 | 0 |

_____

Rossi Count:

Absentee Scanner 3 (Tabulator 05162), Batches 339-346

| Trump | Biden | Jorgensen | Other |
|---|---|---|---|
| 146 | 619 | 10 | 0 |

Absentee Scanner 3 (Tabulator 05162), Batch 339

| Trump | Biden | Jorgensen | Other |
|---|---|---|---|
| 34 | 64 | 1 | 0 |

Absentee Scanner 3 (Tabulator 05162), Batch 340

| Trump | Biden | Jorgensen | Other |
|---|---|---|---|
| 4 | 95 | 0 | 0 |

_____

*Internal Count provided on next page.*

Internal Count: Absentee Scanner 3 (Tabulator 05162), Batches 339-346

| Batch | Trump | Biden | Jorgensen | Other |
|-------|-------|-------|-----------|-------|
| **339** | **34** | **64** | **1** | **1** |
| **340** | **4** | **96** | **0** | **0** |
| 341 | 5 | 94 | 1 | 0 |
| 342 | 19 | 82 | 0 | 0 |
| 343 | 6 | 69 | 2 | 2 |
| 344 | 45 | 54 | 1 | 2 |
| 345 | 16 | 79 | 4 | 1 |
| 346 | 16 | 83 | 1 | 0 |
| Totals | 145 | 621 | 10 | 6 |

**INCONSISTENCY 23: DUPLICATED BATCH ENTRY**

The batch entry on Row 19676, identified as "AbsenteeScanner3Batch 368," nearly matches the same vote count reported by the batch entry on Row 19677, identified as "Absentee Scanner 3 Batch 368." The lone exception being that Row 19677 reports an additional vote for Jorgensen. **One of these entries appears to be duplicated**.

Detailed Audit Report:

Row 19676: AbsenteeScanner3Batch 368

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 4 | 93 | 0 | 0 | 1 | 0 | 0 |

Row 19677: Absentee Scanner 3 Batch 368

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 4 | 93 | 1 | 0 | 1 | 0 | 0 |

---

Rossi Count: Absentee Scanner 3 (Tabulator 05162), Batch 368

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 4 | 93 | 0 | 1 |

---

Internal Count: Absentee Scanner 3 (Tabulator 05162), Batch 368

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 3 | 92 | 0 | 3 |

**INCONSISTENCY 24: MISIDENTIFIED BATCH ENTRY OR DUPLICATED BATCH ENTRY**

The batch entry on Row 19678 is identified as "AbsenteeScanner3Batch369." The batch entry on Row 19679 is identified as "Absentee Scanner 3 Batch 369." Though the entries report different vote counts, the difference is slight with Row 19678 reporting four additional votes for Trump and Row 19679 reporting one additional vote for Jorgensen. **One of these entries appears to be misidentified or duplicated**.

Detailed Audit Report:

Row 19678: AbsenteeScanner3Batch369

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 12    | 88    | 0         | 0     | 0     | 0   | 0 |

Row 19679: Absentee Scanner 3 Batch 369

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 8     | 88    | 1         | 0     | 0     | 0   | 0 |

Rossi Count: Absentee Scanner 3 (Tabulator 05162), Batch 369

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 8     | 88    | 1         | 0     |

Internal Count: Absentee Scanner 3 (Tabulator 05162), Batch 369

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 8     | 88    | 0         | 2     |

**INCONSISTENCY 25: MISIDENTIFIED BATCH ENTRY AND MISALLOCATION OF VOTES**

The batch entry on Row 19744 is identified as "AbsenteeScanner3Batch89." The batch entry on Row 19745 is identified as "Absentee Scanner 3 Batch 89." Each of these entries report different vote counts. **One of these entries appears to be misidentified**.

Additionally, the batch entry on Row 19745 reports 76 votes for Trump, 22 votes for Biden, 1 vote for Jorgensen, and 2 overvotes. The Ballot Images corresponding to Batch 89 of Absentee Scanner 3 (Tabulator 05162) show 22 votes for Trump, 76 votes for Biden, 1 vote for Jorgensen, and 2 other votes. **It appears that the votes for Trump and Biden were misallocated**.

Detailed Audit Report:

Row 19744: AbsenteeScanner3Batch89

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 27    | 71    | 2         | 0     | 0     | 0   | 0 |

Row 19745: Absentee Scanner 3 Batch 89

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 76    | 22    | 1         | 0     | 0     | 0   | 2 |

_____

Rossi Count: Absentee Scanner 3 (Tabulator 05162), Batch 89

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 22    | 76    | 1         | 2     |

_____

Internal Count: Absentee Scanner 3 (Tabulator 05162), Batch 89

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 22    | 76    | 1         | 2     |

**INCONSISTENCY 26: MISIDENTIFIED BATCH ENTRY**

The batch entry on Row 19748, identified as "Absentee Scanner 3 Batch 91-97," appears to report the vote counts of seven separate batches. The batch entry on Row 19747 is identified as "AbsenteeScanner3Batch91," a batch that would appear to be included in the vote count of Row 19748.

**When considering the corresponding Ballot Images, Row 19747 appears to be misidentified.**

Detailed Audit Report:

Row 19748: Absentee Scanner 3 Batch 91-97

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 128   | 558   | 6         | 0     | 0     | 1   | 0 |

Row 19747: AbsenteeScanner3Batch91

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 2     | 98    | 1         | 0     | 0     | 1   | 0 |

_____

Rossi Count: Absentee Scanner 3 (Tabulator 01562), Batches 91-97

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 128   | 561   | 6         | 1     |

_____

Internal Count: Absentee Scanner 3 (Tabulator 01562), Batches 91-97

| Batch  | Trump | Biden | Jorgensen | Other |
|--------|-------|-------|-----------|-------|
| **91** | **28**| **70**| **2**     | **0** |
| 92     | 2     | 97    | 2         | 0     |
| 93     | 5     | 90    | 2         | 0     |
| 94     | 36    | 64    | 0         | 0     |
| 95     | 3     | 96    | 0         | 0     |
| 96     | 24    | 77    | 0         | 1     |
| 97     | 30    | 66    | 2         | 3     |
| Totals | 128   | 560   | 6         | 4     |

**INCONSISTENCY 27: BATCH ENTRY REFLECTING 100% VOTE COUNT FOR ONE CANDIDATE**

The batch entry on Row 19810, identified as "AbsenteeScanner4Batch36," reports all 100 votes for Biden. The batch entry on Row 19811, identified as "AbsenteeScanner4Batch37," reports all 100 votes for Biden.

**The Ballot Images corresponding to Batches 36 and 37 of Absentee Scanner 4 (Tabulator 05164) do not reflect unanimous vote counts for one candidate**.

Detailed Audit Report:

Row 19810: AbsenteeScanner4Batch36

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 0 | 100 | 0 | 0 | 0 | 0 | 0 |

Row 19811: AbsenteeScanner4Batch37

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 0 | 100 | 0 | 0 | 0 | 0 | 0 |

_____

Rossi Count:

Absentee Scanner 4 (Tabulator 05164), Batch 36

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 23 | 78 | 4 | 0 |

Absentee Scanner 4 (Tabulator 05164), Batch 37

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 40 | 60 | 0 | 0 |

_____

Internal Count:

Absentee Scanner 4 (Tabulator 05164), Batch 36

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 23 | 78 | 2 | 2 |

Absentee Scanner 4 (Tabulator 05164), Batch 37

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 40 | 60 | 0 | 0 |

**INCONSISTENCY 28: DUPLICATED BATCH ENTRY**

The batch entry on Row 19814, identified as "AbsenteeScanner4Batch40," reports an identical vote count as the batch entry on Row 19815, identified as "AbsenteeScanner 4Batch40." **One of these entries appears to be duplicated**.

Detailed Audit Report:

Row 19814: AbsenteeScanner4Batch40

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 2 | 95 | 0 | 0 | 0 | 0 | 0 |

Row 19815: AbsenteeScanner 4Batch40

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 2 | 95 | 0 | 0 | 0 | 0 | 0 |

_____

Rossi Count:

- No count was provided by Mr. Rossi.

_____

Internal Count: Absentee Scanner (Tabulator 05164), Batch 40

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 2 | 97 | 0 | 0 |

**INCONSISTENCY 29: MISIDENTIFIED AND DUPLICATED BATCH ENTRY**

The batch entry on Row 19862, identified as "AbsenteeScanner4Batch99-108," appears to report the vote counts of ten separate batches. The batch entry on Row 19753 is identified as "AbsenteeScanner4Batch 107," a batch that would appear to be included in the vote count of Row 19862.

**When considering the corresponding Ballot Images, Row 19747 appears to be misidentified**.

Additionally, the batch entry on Row 19862 reports an identical vote count as the batch entry on Row 20006, identified as "Etris Community Ctr." **Despite the distinct identifications, one of the entries appears to be duplicated**.

Of note, the batch type of Row 20006 is also identified as "Advance" ballots as opposed to "Absentee By Mail" ballots. **These ballots could not be reviewed as only Absentee By Mail ballot images were provided in the related open records request**.

Detailed Audit Report:

Row 19862: AbsenteeScanner4Batch99-108

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 166 | 745 | 12 | 0 | 0 | 15 | 0 |

Row 19753: AbsenteeScanner4Batch107

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 8 | 90 | 1 | 0 | 0 | 0 | 0 |

Row 20006: Etris Community Ctr.

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 166 | 745 | 12 | 0 | 0 | 15 | 0 |

_____

Rossi Count: Absentee Scanner 4 (Tabulator 05164), Batches 99-108

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 166 | 747 | 22 | 7 |

_____

*Internal Count provided on next page.*

Internal Count: Absentee Scanner 4 (Tabulator 05164), Batches 99-108

| Batch | Trump | Biden | Jorgensen | Other |
|-------|-------|-------|-----------|-------|
| 99 | 16 | 74 | 3 | 4 |
| 100 | 9 | 84 | 2 | 2 |
| 101 | 43 | 51 | 3 | 0 |
| 102 | 17 | 75 | 3 | 2 |
| 103 | 43 | 52 | 1 | 0 |
| 104 | 12 | 83 | 2 | 2 |
| 105 | 8 | 87 | 2 | 1 |
| 106 | 7 | 67 | 2 | 0 |
| **107** | **3** | **93** | **3** | **0** |
| 108 | 8 | 81 | 1 | 2 |
| Totals | 166 | 747 | 22 | 13 |

**INCONSISTENCY 30: MISIDENTIFIED OR DUPLICATED BATCH ENTRY**

The batch entry on Row 19873, identified as "AbsenteeScanner5Batch15-20,21,24.25," appears to report the vote counts of nine separate batches. The batch entry on Row 19874 is identified as "AbsenteeScanner5Batch17 -Military." **Row 19874 appears to be misidentified or a duplicated report of the vote count reported in Row 19873**.

Detailed Audit Report:

Row 19873: AbsenteeScanner5Batch15-20,21,24.25

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 149 | 752 | 14 | 0 | 4 | 2 | 1 |

Row 19874: AbsenteeScanner5Batch17-Military

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 7 | 17 | 0 | 0 | 0 | 0 | 0 |

_____

Rossi Count:

- No count was provided by Mr. Rossi.

_____

Internal Count: Absentee Scanner 5 (Tabulator 00729), Batches 15-20, 21, 24, 25

| Batch | Trump | Biden | Jorgensen | Other |
|-------|-------|-------|-----------|-------|
| 15 | 27 | 72 | 2 | 0 |
| 16 | 5 | 93 | 0 | 1 |
| **17** | **11** | **85** | **3** | **0** |
| 18 | 23 | 73 | 2 | 1 |
| 19 | 28 | 64 | 4 | 3 |
| 20 | 28 | 71 | 0 | 1 |
| 21 | 5 | 105 | 0 | 0 |
| 24 | 21 | 76 | 0 | 1 |
| 25 | 23 | 92 | 4 | 0 |
| Totals | 171 | 731 | 15 | 7 |

**INCONSISTENCY 31: BATCH ENTRIES REFLECTING 100% VOTE COUNTS FOR ONE CANDIDATE**

The batch entry on Row 19875, identified as "AbsenteeScanner5Batch1 – Military," reports all 950 votes for Biden. The batch entry on Row 19879, identified as "AbsenteeScanner5Batch2-Military," reports all 130 votes for Trump.

**The Ballot Images corresponding to Batches 1 and 2 of Absentee Scanner 5 (Tabulator 00729) do not reflect unanimous vote counts for one candidate**.

Row 19875: AbsenteeScanner5Batch1 – Military

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 0 | 950 | 0 | 0 | 0 | 0 | 0 |

Row 19876: AbsenteeScanner5Batch2-Military

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 130 | 0 | 0 | 0 | 0 | 0 | 0 |

_____

Rossi Count:

Absentee Scanner 5 (Tabulator 00729), Batch 1

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 6 | 92 | 2 | 0 |

Absentee Scanner 5 (Tabulator 00729), Batch 2

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 5 | 94 | 0 | 1 |

_____

Internal Count:

Absentee Scanner 5 (Tabulator 00729), Batch 1

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 6 | 92 | 1 | 1 |

Absentee Scanner 5 (Tabulator 00729), Batch 2

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 5 | 94 | 0 | 1 |

**INCONSISTENCY 32: MISIDENTIFIED BATCH ENTRIES AND DUPLICATED BATCH ENTRIES**

The batch entry on Row 20385, identified as "scanner 5/55-67-71-75," appears to report the vote counts of 4 separate batches. The batch entry on Row 19895 is identified as "AbsenteeScanner5Batch55," a batch that would appear to be included in the vote count of Row 20385. The batch entry on Row 19902 is identified as "AbsenteeScanner5Batch67," a batch that would appear to be included in the vote count of Row 20385.

**When considering the corresponding Ballot Images, Row 19895 appears to be duplicated (as its vote count was included in the vote count of Row 20385) and Row 19902 appears to be misidentified.**

Detailed Audit Report:

Row 20385: scanner 5/55-67-71-75

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 74 | 217 | 2 | 3 | 0 | 2 | 0 |

Row 19895: AbsenteeScanner5Batch55

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 10 | 72 | 2 | 0 | 0 | 0 | 0 |

Row 19902: AbsenteeScanner5Batch67

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 2 | 94 | 1 | 0 | 0 | 0 | 0 |

_____

Rossi Count:

Absentee Scanner 5 (Tabulator 00729), Batches 55, 67, 71, 55

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 97 | 277 | 5 | 6 |

Absentee Scanner 5 (Tabulator 00729), Batch 55

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 10 | 73 | 2 | 1 |

Absentee Scanner 5 (Tabulator 00729), Batch 67

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 18 | 77 | 1 | 3 |

_____

Internal Count: Absentee Scanner 5 (Tabulator 00729), Batches 55, 67, 71, 75

| Batch | Trump | Biden | Jorgensen | Other |
|-------|-------|-------|-----------|-------|
| **55** | **10** | **73** | **2** | **1** |
| **67** | **18** | **77** | **1** | **3** |
| 71 | 28 | 70 | 1 | 1 |
| 75 | 41 | 57 | 1 | 1 |
| Totals | 71 | 277 | 5 | 6 |

**INCONSISTENCY 33: MISIDENTIFIED BATCH ENTRY**

The batch entry on Row 19909 is identified as "AbsenteeScanner5Batch92." The batch entry on Row 19910 is identified as "AbsenteeScanner5Batch92Military." Each of these entries reports different vote counts. **One of these entries appears to be misidentified**.

**Additionally, the Ballot Images corresponding to Batch 92 of Absentee Scanner 5 (Tabulator 00729) do not correlate to the vote counts reported by Row 19909 or Row 19910**.

Detailed Audit Report:

Row 19909: AbsenteeScanner5Batch92

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 45 | 46 | 1 | 0 | 0 | 0 | 0 |

Row 19910: AbsenteeScanner5Batch92Military

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 37 | 178 | 2 | 0 | 0 | 0 | 0 |

---

Rossi Count: Absentee Scanner 5 (Tabulator 00729), Batch 92

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 23 | 92 | 2 | 0 |

---

Internal Count: Absentee Scanner 5 (Tabulator 00729), Batch 92

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 23 | 92 | 2 | 0 |

**INCONSISTENCY 34: MISIDENTIFIED AND DUPLICATED BATCH ENTRY**

The batch entry on Row 19911, identified as "AbsenteeScanner5Batch95," reports an identical vote count as the batch entry on Row 20397, identified as "scanner 5/94." **Despite the distinct identifications, one of the entries appears to be duplicated**.

Additionally, the Ballot Images corresponding to Batches 94 and 95 of Absentee Scanner 5 (Tabulator 00729) do not correlate to the vote counts reported by Row 19911 and 20397. **These entries also appear to be misidentified**.

Detailed Audit Report:

Row 19911: AbsenteeScanner5Batch95

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 19 | 102 | 1 | 0 | 0 | 1 | 0 |

Row 20397: scanner 5/94

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 19 | 102 | 1 | 0 | 0 | 1 | 0 |

_____

Rossi Count:

Absentee Scanner 5 (Tabulator 00729), Batch 95

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 27 | 42 | 3 | 1 |

Absentee Scanner 5 (Tabulator 00729), Batch 94

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 16 | 60 | 0 | 0 |

_____

Internal Count:

Absentee Scanner 5 (Tabulator 00729), Batch 95

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 27 | 42 | 3 | 1 |

Absentee Scanner 5 (Tabulator 00729), Batch 94

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 16 | 60 | 1 | 1 |

**INCONSISTENCY 35: MISIDENTIFIED BATCH ENTRY**

The batch entry on Row 20277 is identified as "SCAN 1-97." The batch entry on Row 20303 is identified as "scanner 1/97." Each of these entries report different vote counts. Additionally, the Ballot Images corresponding to Batch 97 of Absentee Scanner 1 do not correlate to either Row 20277 or Row 20303. **These entries appear to be misidentified**.

Detailed Audit Report:

Row 20277: SCAN 1-97

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 31 | 74 | 3 | 0 | 0 | 0 | 0 |

Row 20303: scanner 1/97

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 43 | 45 | 1 | 0 | 0 | 0 | 0 |

---

Rossi Count: Absentee Scanner 1 (Tabulator 05150), Batch 97

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 41 | 55 | 1 | 0 |

---

Internal Count: Absentee Scanner 1 (Tabulator 05150), Batch 97

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 41 | 55 | 1 | 0 |

**INCONSISTENCY 36: APPARENT MISALLOCATION OF VOTES**

The batch entry on Row 20361, identified as "scanner 3/66," reports zero votes for Trump, 77 votes for Biden, 23 votes for Jorgensen, and zero other votes. The Ballot Images corresponding to Batch 66 of Absentee Scanner 3 (Tabulator 05162) show 23 votes for Trump, 77 votes for Biden, and zero other votes. **It appears that 23 votes in Row 20361 were misallocated from Trump to Jorgensen**.

Detailed Audit Report:

Row 20361: scanner 3/66

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 0 | 77 | 23 | 0 | 0 | 0 | 0 |

Rossi Count: Absentee Scanner 3 (Tabulator 05162), Batch 66

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 23 | 77 | 0 | 0 |

Internal Count: Absentee Scanner 3 (Tabulator (05162), Batch 66

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 23 | 77 | 0 | 0 |