# EXHIBIT 109

| | |
|---|---|
| **From:** | Kay Stimson |
| **To:** | Daulby, Jen |
| **Cc:** | Joyce, Keighle; Hays, Caleb; Chris Harvey (GA) |
| **Subject:** | RE: [EXTERNAL] Voting issue in Georgia |
| **Date:** | Sunday, November 8, 2020 9:02:15 AM |

Hi, Jen. Thanks for reaching out. The Secretary of State's Elections Divisions has investigative authority and can assist with any issues of concern being reported to you. I am copying Elections Director Chris Harvey, head of the division. Phone contact info, below.

Chris Harvey
Elections Director, Georgia Secretary of State
404-657-5380 DIRECT
404-985-6351 MOBILE

-----Original Message-----
From: Daulby, Jen <Jen.Daulby@mail.house.gov>
Sent: Sunday, November 8, 2020 9:02 AM
To: Kay Stimson <kay.stimson@dominionvoting.com>
Cc: Joyce, Keighle <Keighle.Joyce@mail.house.gov>; Hays, Caleb <Caleb.Hays@mail.house.gov>
Subject: [EXTERNAL] Voting issue in Georgia

Kay-
Hope you are hanging in there.

We are having issues observing the GA-7 race. There have been irregularities with machine counts and your techs are coming to reprogram the machines.

Could you possibly call or give us an update on what might be occurring.

Jen

[redacted]

Jen Daulby
Republican Staff Director
Committee on House Administration

**Exhibit 0015**

Dominion073354