# EXHIBIT 111

Message
_____

**From:** Harvey, Chris [/O=SOS/OU=GASOS/CN=RECIPIENTS/CN=WHARVEY]
**Sent:** 6/9/2020 8:28:53 PM
**To:** Watson, Frances [/o=SOS/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=fwatson]
**Subject:** RE: FULTON COUNTY - MACHINES DOWN AND POLLING PLACES NOT OPEN

_____

I think some of these are old have been resolved, but Fulton hasn't responded.

## Chris Harvey
*Elections Director*
Georgia Secretary of State

**Main 470-312-2777**
**Cell    404-985-6351**



_____

**From:** Watson, Frances
**Sent:** Tuesday, June 9, 2020 3:47 PM
**To:** Harvey, Chris <wharvey@sos.ga.gov>; Germany, Ryan <rgermany@sos.ga.gov>; Gabriel Sterling <sterlinginnovative@gmail.com>; Fuchs, Jordan <jfuchs@sos.ga.gov>
**Subject:** RE: FULTON COUNTY - MACHINES DOWN AND POLLING PLACES NOT OPEN

We have checked on many of these. We will have Investigators checked on the others as they can get to them

## Frances Watson
*Chief Investigator*
*Investigations Division*
*Georgia Secretary of State*
Main: 470-312-2774
Cell: 404-683-3226



_____

**From:** Harvey, Chris
**Sent:** Tuesday, June 9, 2020 3:27 PM
**To:** Watson, Frances <fwatson@sos.ga.gov>; Germany, Ryan <rgermany@sos.ga.gov>; Gabriel Sterling <sterlinginnovative@gmail.com>
**Subject:** FW: FULTON COUNTY - MACHINES DOWN AND POLLING PLACES NOT OPEN

Here is Election Protection's list of issues in Fulton County.

**Exhibit**
**FCD 0005**
1/21/2022
Gilstrap - V1

Confidential                                                        STATE-DEFENDANTS-00108789

**Chris Harvey**
*Elections Director*
Georgia Secretary of State

**Main 470-312-2777**
**Cell   404-985-6351**



---

**From:** Franklin, Harold <HFranklin@KSLAW.com>
**Sent:** Tuesday, June 9, 2020 3:11 PM
**To:** Jenkins, Breauna <Breauna.Jenkins@fultoncountyga.gov>; Barron, Richard L. <Richard.Barron@fultoncountyga.gov>
**Cc:** Harvey, Chris <wharvey@sos.ga.gov>
**Subject:** RE: FULTON COUNTY - MACHINES DOWN AND POLLING PLACES NOT OPEN

> **EXTERNAL EMAIL:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Dear Mr. Barron and Ms. Jenkins,

We have not heard back from anyone about the problems reported this morning.  Election Protection has also received numerous calls from voters regarding machine failures, long lines, and delays at Park Tavern in midtown.

In addition to those issues, attached please find an excel spreadsheet with details about significant problems for voters at many other polling locations.

**Please let us know by 4:00 pm today whether polling hours will be extended for the affected locations (and any others) and if so, for how long.**

Thank you

Harold Franklin
Georgia Election Protection Legal Committee

---

**From:** Franklin, Harold
**Sent:** Tuesday, June 9, 2020 8:20 AM
**To:** Jenkins, Breauna <Breauna.Jenkins@fultoncountyga.gov>; Barron, Richard L. <Richard.Barron@fultoncountyga.gov>
**Subject:** RE: FULTON COUNTY - MACHINES DOWN AND POLLING PLACES NOT OPEN

Thicket Elementary (11C) has extremely long lines and is reportedly not open either.

---

**From:** Jenkins, Breauna <Breauna.Jenkins@fultoncountyga.gov>
**Sent:** Tuesday, June 9, 2020 8:16 AM
**To:** Evans, Joseph <Joseph.Evans@fultoncountyga.gov>; Harris, Johnny <Johnny.Harris@fultoncountyga.gov>; Barron, Richard L. <Richard.Barron@fultoncountyga.gov>; Benjamin, Sharon <Sharon.Benjamin@fultoncountyga.gov>
**Cc:** Franklin, Harold <HFranklin@KSLAW.com>
**Subject:** RE: FULTON COUNTY - MACHINES DOWN AND POLLING PLACES NOT OPEN

**External Sender**

Confidential

**From:** Franklin, Harold [mailto:HFranklin@KSLAW.com]
**Sent:** Tuesday, June 09, 2020 8:10 AM
**To:** Jenkins, Breauna
**Cc:** Franklin, Harold
**Subject:** FULTON COUNTY - MACHINES DOWN AND POLLING PLACES NOT OPEN

ELECTION PROTECTION

Good Morning Ms. Jenkins,

On behalf of non-partisan Georgia Election Protection, I am writing to advise you that we've received numerous reports from both voters and volunteers reporting that Bear Creek, Lindsey Street, Putnam, and Pitman Park Rec Center locations are not open and that there are no machines and voters are not being given paper ballots at Bunch Middle and Sandtown locations.  We have also left a message with this information with Rick Barron.  Please advise immediately.

Thank you.

Harold Franklin
████████████

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message. Click here to view our Privacy Notice.