# EXHIBIT 112

| | |
|---|---|
| **Message** | |
| **From**: | Julie Houk [jhouk@lawyerscommittee.org] |
| **Sent**: | 8/11/2020 6:59:01 PM |
| **To**: | Germany, Ryan [/o=SOS/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=cgermany]; Harvey, Chris [/O=SOS/OU=GASOS/cn=Recipients/cn=wharvey] |
| **Subject**: | Re: Election Protection hotline receiving reports of voting machine/poll pad issues in Floyd, Chatham, Fulton and Gwinnett Counties |

**EXTERNAL EMAIL:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Thanks very much for the update, Ryan.

I will reach out again if we receive any additional reports of this same issue or other significant problems.

Best,

Julie

**Julie M. Houk (Pronouns: She/Her/Hers)**
**Managing Counsel for Election Protection**
**Voting Rights Project**
Lawyers' Committee for Civil Rights Under Law
1500 K Street NW
Suite 900
Washington, DC 20005
Direct Telephone: (202) 662-8391
Cell: (603) 562-8309
General Fax: (202) 783-0857
Email: jhouk@lawyerscommittee.org
www.lawyerscommittee.org

**Exhibit FCD 0006**
1/21/2022
Gilstrap - V1

**ELECTION PROTECTION HOTLINES**
Call in English        866-OUR-VOTE   or 866-687-8683
Call in Spanish/English  888-VE-Y-VOTA  or 888-839-8682
Call in Asian Languages/English  888-API-VOTE   or 888-274-8683
Call in Arabic/English  844-YALLA-US   or 844-925-5287

---

**From:** Germany, Ryan <rgermany@sos.ga.gov>
**Sent:** Tuesday, August 11, 2020 2:48 PM
**To:** Julie Houk <jhouk@lawyerscommittee.org>; Harvey, Chris <wharvey@sos.ga.gov>
**Subject:** RE: Election Protection hotline receiving reports of voting machine/poll pad issues in Floyd, Chatham, Fulton and Gwinnett Counties

Julie,

Floyd County did have some issues related to their poll workers cards. They have worked that out and everything seems to be good now. They have received a court order extending their polling hours until 9:00. The other issues that we have

heard about in other counties have been minor and able to be resolved quickly. Thank you for the update. Please let us know if you are hearing anything else.

Thanks,
Ryan


--

C. Ryan Germany
*Georgia Secretary of State*
Direct: 470-312-2808
Cell: 678-672-9230

rgermany@sos.ga.gov



-----------------------------------------------------------------------------------
This message is intended exclusively for the individual or entity to which it is addressed.  This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure.  If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it.  If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.


**From:** Julie Houk [mailto:jhouk@lawyerscommittee.org]
**Sent:** Tuesday, August 11, 2020 12:22 PM
**To:** Germany, Ryan <rgermany@sos.ga.gov>; Harvey, Chris <wharvey@sos.ga.gov>
**Subject:** Election Protection hotline receiving reports of voting machine/poll pad issues in Floyd, Chatham, Fulton and Gwinnett Counties
**Importance:** High

**EXTERNAL EMAIL:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Good afternoon Mr. Germany and Mr. Harvey,

As you know, the Lawyers' Committee convenes the national Election Protection coalition which is a nonpartisan program that assists voters who have questions or face problems at the polls on Election Day.

I am writing to notify you that the Election Protection 866-Our-Vote hotline has received calls today about voting machine/poll pad issues in Floyd, Chatham, Fulton and Gwinnett Counties.  Some of the reports indicate a problem with "decoders" that are preventing the printing of ballot access cards or other machine related issues.

It is unclear whether emergency paper ballots have been issued.  When a volunteer called the elections office in Floyd County to report the problem, they were told the county was having trouble printing the emergency ballots because of an "alignment" issue with the printer.  It is unclear whether the impacted polls in Floyd County had any emergency ballots on hand to issue to voters there due to the machine issues.

We would appreciate it if you would kindly let us know what the progress is on the resolution of the issues in Floyd, Chatham, Fulton and Gwinnett Counties so that we can provide voters with up to date information about when the issues have been resolved, will be resolved and the availability of emergency ballots.

Thank you for your attention in this matter.

Julie Houk

**Julie M. Houk (Pronouns: She/Her/Hers)**
**Managing Counsel for Election Protection**
**Voting Rights Project**
Lawyers' Committee for Civil Rights Under Law
1500 K Street NW
Suite 900
Washington, DC 20005
Direct Telephone: (202) 662-8391
Cell: (603) 562-8309
General Fax: (202) 783-0857
Email: jhouk@lawyerscommittee.org
www.lawyerscommittee.org

**ELECTION PROTECTION HOTLINES**
Call in English **866-OUR-VOTE** or 866-687-8683
Call in Spanish/English **888-VE-Y-VOTA** or 888-839-8682
Call in Asian Languages/English **888-API-VOTE** or 888-274-8683
Call in Arabic/English **844-YALLA-US** or 844-925-5287

Confidential