# EXHIBIT 113

| | |
|---|---|
| **From:** | Germany, Ryan |
| **To:** | Watson, Frances; Harvey, Chris |
| **Cc:** | Rayburn, Kevin; Fuchs, Jordan; Gabriel Sterling; Barnes, Michael; Scott Tucker; Tom Feehan |
| **Subject:** | [EXTERNAL] FW: Polling Machine Issues |
| **Date:** | Tuesday, June 9, 2020 9:14:37 AM |
| **Attachments:** | image001.png |



Frances—see below list of locations with "machine issues" from DPG. I'm looping in Scott and Tom from Dominion as well.

--

C. Ryan Germany
*Georgia Secretary of State*
Direct: 470-312-2808
Cell: 678-672-9230
rgermany@sos.ga.gov

------------------------------------------------------------------------

This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

---

**From:** Sachin Varghese [mailto:varghese@bmelaw.com]
**Sent:** Tuesday, June 9, 2020 9:07 AM
**To:** Germany, Ryan <rgermany@sos.ga.gov>; Fuchs, Jordan <jfuchs@sos.ga.gov>
**Cc:** Rayburn, Kevin <krayburn@sos.ga.gov>; Saira Draper <saira@georgiademocrat.org>; Scott Hogan (scott@georgiademocrat.org) <scott@georgiademocrat.org>
**Subject:** RE: Polling Machine Issues

**EXTERNAL EMAIL:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Ryan,

Here are some locations that are having machine issues. This list is not complete, I'll share additional as I'm able. I'm aware of numerous in Cobb in that are not listed below. Trying to triage multiple polling location issues, so will get you more info as I'm able.

| County | Time | Priority | Location |
|---|---|---|---|
| **Gwinnett** | 6/8 | high | Countywide (Five Forks Library, Central Baptist Church, Duluth city hall, Mountain park united methodist church, Harvest community church, Good shepherd presbyt, North Metro Church, Mountain Park UMC) |
| | 8:48 | high | Southeast Baptist Assoc |
| **Clayton** | 8:45 | high | Tara Elem |
| **Gwinnett** | 8:36 | high | Calvary Baptist |
| **Fulton** | 6:43 AM | high | William Walker Rec Center |
| Fulton | | | Liberty Baptist Church |
| Chatham | | | Fellowship Church of Love |
| Henry | | | Tabernacle of Praise |
| Gwinett | | | Infinite Energy Center |
| DeKalb | | | Cross Keys High School |
| Fulton | | | Central Park Rec Center |
| Dekalb | | | Antioch AME Church |
| Dekalb | | | Stevenson High School |
| Chatham | | | Whitemarsh Island Rec Center |
| Clayton | | | Lovejoy Middle School |
| Muscogee | | | First African Baptist Church |

Manoj S. "Sachin" Varghese
BONDURANT MIXSON & ELMORE LLP
404.881.4102

-----Original Message-----
From: Germany, Ryan <rgermany@sos.ga.gov>
Sent: Tuesday, June 9, 2020 8:47 AM
To: Sachin Varghese <varghese@bmelaw.com>; Fuchs, Jordan <jfuchs@sos.ga.gov>
Cc: Rayburn, Kevin <krayburn@sos.ga.gov>; Saira Draper <saira@georgiademocrat.org>; Scott Hogan (scott@georgiademocrat.org) <scott@georgiademocrat.org>
Subject: RE: Polling Machine Issues

If you let us know specific locations we can look into it.

--

C. Ryan Germany
Georgia Secretary of State
Direct: 470-312-2808
Cell: 678-672-9230
rgermany@sos.ga.gov

------------------------------------------------------------------------

Dominion043406

This message is intended exclusively for the individual or entity to which it is addressed.   This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure.   If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it.   If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.


-----Original Message-----
From: Sachin Varghese [mailto:varghese@bmelaw.com]
Sent: Tuesday, June 9, 2020 8:45 AM
To: Germany, Ryan <rgermany@sos.ga.gov>; Fuchs, Jordan <jfuchs@sos.ga.gov>
Cc: Rayburn, Kevin <krayburn@sos.ga.gov>; Saira Draper <saira@georgiademocrat.org>; Scott Hogan (scott@georgiademocrat.org) <scott@georgiademocrat.org>
Subject: Polling Machine Issues

** Do not click any links or open any attachments unless you trust the sender and know the content is safe. **

Ryan and Jordan,

Good morning.  Unfortunately, we are receiving reports from numerous poll locations across multiple counties about voting machines not working (both BMDs and poll books).  I am making you aware of this widespread problem in case you are not already.   We are in communication with County officials, but there are a host of issues.

Regards,
Sachin

Manoj S. "Sachin" Varghese
Bondurant Mixson & Elmore LLP
One Atlantic Center | 1201 West Peachtree Street NW Suite 3900 | Atlanta, GA 30309
P: 404.881.4102     F: 404.881.4111     E: varghese@bmelaw.com<mailto:varghese@bmelaw.com>
www.bmelaw.com<http://www.bmelaw.com/>

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately by telephone (404.881.4102) or by electronic mail (varghese@bmelaw.com<mailto:varghese@bmelaw.com>), and destroy the original message, any attachments thereto and all copies and backups thereof. Thank you.

Dominion043407

**Name**
image001.png