# EXHIBIT 114

**From:** Harvey, Chris
**To:** Barron, Richard L.; Evans, Joseph
**Cc:** Tom Feehan
**Subject:** [EXTERNAL] FW: Complaint - Down Machines
**Date:** Tuesday, June 9, 2020 11:57:07 AM

---

Parkside Elementary issues

Chris Harvey
*Elections Director*
Georgia Secretary of State

**Main 470-312-2777**
**Cell 404-985-6351**

**From:** managementescalationissues
**Sent:** Tuesday, June 9, 2020 11:45 AM
**To:** Combs, Leigh <lcombs@sos.ga.gov>; Harvey, Chris <wharvey@sos.ga.gov>
**Cc:** Everett, Crystal <ceverett@sos.ga.gov>; Taylor, Elizabeth <etaylor@sos.ga.gov>
**Subject:** Complaint - Down Machines

Good morning,

Caller: Macey Small
Tel: [REDACTED]
Email: [REDACTED]
Nature of the Call: Complaint
County: Fulton
Additional Notes: Caller states she has been waiting over 3 hours to vote at Parkside Elementary in Grant Park. States machines are down and no technician on site. She heard the machines were set up by volunteers. She has not been give an option for a paper ballot. She states there are 4 side machines with 12 tablets but, only 4 are being used due to social distancing.

Tasheena Lockett
*Customer Service Team Lead*
*Georgia Secretary of State*
844-753-7825
470-355-4569

GEORGIA
LEADS