# EXHIBIT 115

| | |
|---|---|
| **From:** | Germany, Ryan |
| **To:** | Gabriel Sterling (sterlinginnovative@gmail.com); Watson, Frances; Tom Feehan |
| **Cc:** | Harvey, Chris; Rayburn, Kevin |
| **Subject:** | [EXTERNAL] Cross Keys High School- Dekalb |
| **Date:** | Tuesday, June 9, 2020 12:02:27 PM |
| **Attachments:** | image.png |

What's going on at Cross Keys High School in Dekalb?

**Here are minute-by-minute updates on Tuesday's election from AJC reporters and photographers on the scene:**
**11:45 a.m.:** At Cross Keys High School, volunteers passed out water bottles to a crowd of 100 voters lined up for hours outside the building.
Countless others left the line snaked around the building or never joined at all, as word spread the machines weren't working and the precinct quickly ran out of the 20 provisional ballots.
Jonathan Banes, the precinct manager, said he's tried repeatedly to troubleshoot the equipment but his PIN number won't work. He pleaded with DeKalb elections officials for technical assistance and more provisional ballots.


--
C. Ryan Germany
*General Counsel and Asst. Commissioner of Securities and Charities*
*Georgia Secretary of State*
Direct: 470-312-2808
Cell: 678-672-9230
rgermany@sos.ga.gov



---
This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

Dominion043452