# EXHIBIT 116

| | |
|---|---|
| **From:** | Rayburn, Kevin |
| **To:** | Scott Tucker; Germany, Ryan; Tom Feehan; Cathi Smothers |
| **Cc:** | Harvey, Chris; Phifer, Brandon; Gabriel Sterling; Fuchs, Jordan; Barnes, Michael |
| **Subject:** | RE: [EXTERNAL] RE: continuing ENR issues |
| **Date:** | Monday, June 8, 2020 10:58:33 AM |
| **Attachments:** | image003.png |

Here is the current list. We are still going through to verify they have not over the weekend uploaded files with the correction made. It's possible they made the changes but didn't upload a new file to ENR, which is needed. Also, we are seeing techs trying to upload March zero files into the June ENR. They need to be very careful not to do that.

| County | Changes Needed |
|---|---|
| BAKER | x |
| BALDWIN | x |
| BULLOCH | x |
| CANDLER | x |
| CHEROKEE | x |
| CLAYTON | x |
| COLQUITT | x |
| COOK | x |
| COWETA | x |
| CRAWFORD | x |
| DADE | x |
| DECATUR | x |
| DEKALB | x |
| DOOLY | x |
| DOUGHERTY | x |
| DOUGLAS | x |
| EARLY | x |
| EMANUEL | x |
| FAYETTE | x |
| FLOYD | x |
| FRANKLIN | x |
| FULTON | x |
| GLASCOCK | x |
| GRADY | x |
| HABERSHAM | x |
| HALL | x |
| HARRIS | x |
| HART | x |
| HEARD | x |
| JEFF DAVIS | x |
| JEFFERSON | x |
| JENKINS | x |
| LAMAR | x |

| | |
|---|---|
| LAURENS | x |
| LIBERTY | x |
| LOWNDES | x |
| MACON | x |
| MCDUFFIE | x |
| MCINTOSH | x |
| MITCHELL | x |
| MORGAN | x |
| MURRAY | x |
| OCONEE | x |
| PAULDING | x |
| PEACH | x |
| PICKENS | x |
| PUTNAM | x |
| RICHMOND | x |
| SPALDING | x |
| STEPHENS | x |
| SUMTER | x |
| TALIAFERRO | x |
| TERRELL | x |
| THOMAS | x |
| TOOMBS | x |
| TOWNS | x |
| TREUTLEN | x |
| UNION | x |
| WALKER | x |
| WALTON | x |
| WARREN | x |
| WASHINGTON | x |
| WEBSTER | x |
| WHITFIELD | x |
| WILCOX | x |
| WILKES | x |
| WORTH | x |

# Kevin Rayburn

*Deputy Elections Director and Deputy General Counsel*
*Georgia Secretary of State*
Main: 404-656-2871
Direct: 470-312-2752



**From:** Scott Tucker [mailto:scott.tucker@dominionvoting.com]
**Sent:** Monday, June 8, 2020 10:22 AM
**To:** Germany, Ryan <rgermany@sos.ga.gov>; Tom Feehan <tom.feehan@dominionvoting.com>; Cathi Smothers <cathi.smothers@dominionvoting.com>
**Cc:** Harvey, Chris <wharvey@sos.ga.gov>; Rayburn, Kevin <krayburn@sos.ga.gov>; Phifer, Brandon <bphifer@sos.ga.gov>; Gabriel Sterling <sterlinginnovative@gmail.com>; Fuchs, Jordan <jfuchs@sos.ga.gov>; Barnes, Michael <mbarnes@sos.ga.gov>
**Subject:** RE: [EXTERNAL] RE: continuing ENR issues

**EXTERNAL EMAIL:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Is there a list of the 79 counties we can get so we can assist as needed?

**Scott Tucker** - CRM, GA
Scott.Tucker@dominionvoting.com
440.242.7451

GAsupport@dominionvoting.com
1-844-271-5371

> **From:** Germany, Ryan <rgermany@sos.ga.gov>
> **Sent:** Monday, June 8, 2020 10:17
> **To:** Tom Feehan <tom.feehan@dominionvoting.com>; Scott Tucker <scott.tucker@dominionvoting.com>; Cathi Smothers <cathi.smothers@dominionvoting.com>
> **Cc:** Harvey, Chris <wharvey@sos.ga.gov>; Rayburn, Kevin <krayburn@sos.ga.gov>; Phifer, Brandon <bphifer@sos.ga.gov>; Gabriel Sterling <sterlinginnovative@gmail.com>; Fuchs, Jordan <jfuchs@sos.ga.gov>; Barnes, Michael <mbarnes@sos.ga.gov>
> **Subject:** [EXTERNAL] RE: continuing ENR issues
>
> I meant to include Michael as well…
>
> --
> C. Ryan Germany
> *Georgia Secretary of State*
> Direct: 470-312-2808
> Cell: 678-672-9230
> rgermany@sos.ga.gov
>
> 
>
> ------------------------------------------------------------------------------------
> This message is intended exclusively for the individual or entity to which it is addressed.  This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure.  If you

are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it.  If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

**From:** Germany, Ryan
**Sent:** Monday, June 8, 2020 10:14 AM
**To:** Tom Feehan <tom.feehan@dominionvoting.com>; Scott Tucker <scott.tucker@dominionvoting.com>; Cathi Smothers <cathi.smothers@dominionvoting.com>
**Cc:** Harvey, Chris (Investigations) (wharvey@sos.ga.gov) <wharvey@sos.ga.gov>; Rayburn, Kevin <krayburn@sos.ga.gov>; Phifer, Brandon <bphifer@sos.ga.gov>; Gabriel Sterling <sterlinginnovative@gmail.com>; Fuchs, Jordan <jfuchs@sos.ga.gov>
**Subject:** continuing ENR issues

Tom and Scott,

I just heard from Kevin that, as of this morning, we still have 79 counties that have errors in their ENR upload file. It seems that the Dominion techs in those counties did not properly implement the corrections that we identified last week. This is completely unacceptable. If ENR is not successful tomorrow, then we do not have a successful election. This needs to be resolved ASAP. Please keep me posted. I would like confirmation from Dominion before the close of business today that all ENR files in every county are correct.

Thanks,
Ryan

--

C. Ryan Germany
*General Counsel and Asst. Commissioner of Securities and Charities*
*Georgia Secretary of State*
Direct: 470-312-2808
Cell: 678-672-9230
rgermany@sos.ga.gov



--------------------------------------------------------------------------------
This message is intended exclusively for the individual or entity to which it is addressed.  This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure.  If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it.  If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

**Name**
image003.png

| Comment | Size | Modified |
|---|---|---|
| | 12,872 | |

Case 1:17-cv-02989-AT   Document 1631-16   Filed 02/13/23   Page 7 of 7