# EXHIBIT 119

| | |
|---|---|
| **From:** | Harvey, Chris |
| **To:** | Hamilton, Erica |
| **Cc:** | Watson, Frances; Scott Tucker; Tom Feehan |
| **Subject:** | [EXTERNAL] FW: MACHINES NOT WORKING, NO PAPER BALLOTS AVAIL |
| **Date:** | Tuesday, June 9, 2020 10:23:44 AM |

Needs addressing


Chris Harvey
*Elections Director*
Georgia Secretary of State


**Main 470-312-2777**
**Cell   404-985-6351**




---

**From:** managementescalationissues
**Sent:** Tuesday, June 9, 2020 9:46 AM
**To:** Combs, Leigh <lcombs@sos.ga.gov>; Harvey, Chris <wharvey@sos.ga.gov>
**Cc:** Everett, Crystal <ceverett@sos.ga.gov>; Taylor, Elizabeth <etaylor@sos.ga.gov>
**Subject:** MACHINES NOT WORKING, NO PAPER BALLOTS AVAIL


Good morning,


Caller: Wannesha MCkennedy
Tel ███████████
Email : ████████████████████
Nature of call: Caller states she been at this location since 6AM. She states not one machine is working and they do not have any paper ballots.
County: DeKalb- Ray of Hope Church


Tasheena Lockett
*Customer Service Team Lead*
*Georgia Secretary of State*
844-753-7825
470-355-4569

**Exhibit
0016**

Dominion043437



Dominion043438