# EXHIBIT 120

**Message**

| | |
|---|---|
| **From:** | Combs, Leigh [/O=SOS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3746BEDAB6554F259F3AF5B9B01F7E56-COMBS, LEIGH] |
| **Sent:** | 6/9/2020 3:22:48 PM |
| **To:** | Harvey, Chris [/O=SOS/OU=GASOS/cn=Recipients/cn=wharvey] |
| **Subject:** | RE: Turning people away |

I spoke with Peppar in Haralson and the poll pads will create a card but the BMDs are not reading the card.

They are able to use the BMD only by using the ballot activation code.

The tech is currently talking back and forth to KnowInk and Dominion. The tech is at precincts at this time and will be calling to give me an update soon.

Paper ballots are being offered and at 7:00am Peppar did tell 3 voters they could either stay or come back later to vote.

I will let you know as soon as I get an update from the tech.

Thanks,

**Leigh Combs**
*Liaison, Elections Division*
Georgia Secretary of State
Main: 470-312-2741
Cell: 470-867-7773



---

**From:** Harvey, Chris
**Sent:** Tuesday, June 9, 2020 10:50 AM
**To:** Combs, Leigh <lcombs@sos.ga.gov>
**Subject:** FW: Turning people away

Will you check with Haralson County ASAP?

**Chris Harvey**
*Elections Director*
Georgia Secretary of State

Main 470-312-2777
Cell    404-985-6351



Exhibit 0018

**From:** Germany, Ryan
**Sent:** Tuesday, June 9, 2020 9:51 AM
**To:** Watson, Frances <fwatson@sos.ga.gov>; Harvey, Chris <wharvey@sos.ga.gov>
**Subject:** RE: Turning people away

That sounds like a major violation.

--
C. Ryan Germany
*Georgia Secretary of State*
Direct: 470-312-2808
Cell: 678-672-9230
rgermany@sos.ga.gov



-----------------------------------------------------------------------------------
This message is intended exclusively for the individual or entity to which it is addressed.  This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure.  If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it.  If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

**From:** Watson, Frances
**Sent:** Tuesday, June 9, 2020 9:48 AM
**To:** Germany, Ryan <rgermany@sos.ga.gov>; Harvey, Chris <wharvey@sos.ga.gov>
**Subject:** FW: Turning people away

Frances Watson
*Chief Investigator*
*Investigations Division*
*Georgia Secretary of State*
Main: 470-312-2774
Cell: 404-683-3226



**From:** Jones, Pamela
**Sent:** Tuesday, June 9, 2020 9:45 AM
**To:** Watson, Frances <fwatson@sos.ga.gov>
**Subject:** Turning people away

I just received a phone call from John Hutcheson of Harrelson County. He says they still do not have their equipment ready for voting and they are turning people away and telling them to come back later. They do not have paper ballots to offer.

John Hutcheson

**Pam Jones**
*Investigations Supervisor*
*Georgia Secretary of State*
Main: 470-355-4573
Cell: 478-319-7648

