# EXHIBIT 121

1          IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF GEORGIA
2                   ATLANTA DIVISION

3

4   DONNA CURLING, ET AL.,              :
                                        :
5            PLAINTIFFS,                :
    vs.                                 :   DOCKET NUMBER
6                                       :   1:17-CV-2989-AT
    BRAD RAFFENSPERGER, ET AL.,         :
7                                       :
             DEFENDANTS.                :
8

9

10   **TRANSCRIPT OF HEARING ON PRELIMINARY INJUNCTION VIA ZOOM**

11                      **PROCEEDINGS**

12        **BEFORE THE HONORABLE AMY TOTENBERG**

13            **UNITED STATES DISTRICT JUDGE**

14                 **SEPTEMBER 14, 2020**

15                     **9:32 A.M.**

16                     **VOLUME 3**

17                     **REDACTED**

18

19

20

21   *MECHANICAL STENOGRAPHY OF PROCEEDINGS AND COMPUTER-AIDED*

22               *TRANSCRIPT PRODUCED BY:*

23

    *OFFICIAL COURT REPORTER:*       *SHANNON R. WELCH, RMR, CRR*
24                                    *2394 UNITED STATES COURTHOUSE*
                                      *75 TED TURNER DRIVE, SOUTHWEST*
25                                    *ATLANTA, GEORGIA  30303*
                                      *(404) 215-1383*

4

I N D E X   T O   P R O C E E D I N G S

**WITNESS**                                                    **PAGE**

J. ALEX HALDERMAN, Ph.D.

        Direct Examination (Continued)
          By Ms. Ascarrunz                                        22
        Cross-Examination
          By Mr. Tyson                                            50
        Examination
          By The Court                                            77

KEVIN SKOGLUND

        Direct Examination (Continued)
          By Mr. McGuire                                          84
        Cross-Examination
          By Mr. Tyson                                            92
        Direct Examination (Continued)
          By Mr. McGuire                                         100
        Cross-Examination
          By Mr. Tyson                                           123
        Examination
          By The Court                                           127
        Redirect Examination
          By Mr. McGuire                                         133
        Recross-Examination
          By Mr. Tyson                                           134

                            * * *

CLOSING ARGUMENT

        by Mr. McGuire                                           136
        by Mr. Tyson                                             147
        by Mr. Cross                                             171

CERTIFICATE                                                      199



1

2

3

4

5

6   BY MS. ASCARRUNZ:

7   **Q.**

8   **A.**

9   **Q.**

10

11

12

13

14

15       MS. ASCARRUNZ:

16

17

18   **Q.   (BY MS. ASCARRUNZ)**

19

20

21

22

23   **A.**

24

25







UNTED STATES DISTRICT COURT
OFFICIAL CERTIFIED TRANSCRIPT



UNTED STATES DISTRICT COURT
OFFICIAL CERTIFIED TRANSCRIPT



1   **A.**

2

3

4

5   **Q.**

6

7   **A.**

8

9

10

11

12

13

14

15   **Q.**

16       MS. ASCARRUNZ:

17

18

19

20       MR. TYSON:

21

22

23

24

25



```
 1        THE COURT: ████████████████████████████
 2   ████████████████████████████████████
 3   Q.   (BY MS. ASCARRUNZ) ██████████████████████
 4   ████████████████████████████████████████
 5   █████████████████████████████████████████
 6   ████████████████████
 7   A.  ████████████████████████████████████████
 8   ██████████████████████████████████████
 9   ██████████████████████████████████████
10   ████████████████████████████████████████
11   ████████████████████████████
12       ████████████████████████████████████████
13   ████████████████████████████████████████████
14   ██████████████████████████████████████████
15   ████████████████████████████████████████
16   ████████████████████████████████████████████
17   ██████████████████████████████████
18       ████████████████████████████████████
19   ██████████████████████████████████████████
20   ██████████████████████████████████████████
21   ██████████████████████████████████████████████
22   ████████████
23       ████████████████████████████████████████████
24   ██████████████████████████████████████████████
25   ██████████████████████████████████
```

UNITED STATES DISTRICT COURT
OFFICIAL CERTIFIED TRANSCRIPT





1

2          THE COURT:

3   Q.    (BY MS. ASCARRUNZ)

4

5

6

7

8

9

10

11  A.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

UNTED STATES DISTRICT COURT
OFFICIAL CERTIFIED TRANSCRIPT



1    think it doesn't -- it does not match my understanding of what

2    the statute was that we just looked at.  And it also is, again,

3    defining the scope of testing such that we are not asking all

4    the questions to all the machines all the time.

5    **Q.**   And if this is the -- if this is the procedure which BMDs

6    and their printers are actually tested under, do you have an

7    opinion on the significance of the difference between this

8    procedure and what the statute requires for purposes of the

9    security of the system?

10         MR. TYSON:  I'll object to the extent this assumes

11   that there is a distinction between those two, but I understand

12   Mr. McGuire's question.

13         THE COURT:  Go ahead and proceed.

14   **A.**   I'm sorry.  Could you ask the question again.

15   **Q.   (BY MR. McGUIRE)**  Yeah.  I may not be able to ask it in

16   exactly the same words.  But, you know, to the extent that you

17   understand this procedure that we're looking at, this D,

18   testing of the BMD and printer, do you have an opinion on the

19   significance of the departure between this document, these

20   procedures, and what you understood the statute to require?

21   Does it matter?

22         MR. TYSON:  (Unintelligible).  Sorry.

23   **A.**   Yes, I think it does matter.  Not just in a legal sense.

24   But in a technical sense, I think it matters.  And there is a

25   good recent example of that.  In Northhampton County,

1    Pennsylvania, where I reside -- in the state I reside, in

2    November of last year, there was some poor configuration of the

3    ballot-marking devices that is a ballot marker and tabulator

4    all in one.  And the configuration problem -- the systems were

5    not adequately logic and accuracy tested.  So those

6    configuration problems weren't caught.  And the result is that

7    there were some contests on election night that had correct

8    tallies and other contests where the candidate that was

9    eventually the winner got zero votes.

10       And so not only was it, you know, a big fiasco to sort of

11   sort out, but the public's trust in the election was really

12   damaged.  Thankfully this failure was on a machine with paper

13   and the error was on the side of the tabulation of that paper.

14   So the paper could be rescanned.

15       But if the error had been in the ballot-printing portion,

16   as Dr. Stark has testified about is a concern, it would not

17   have been able to correct those results.

18   **Q.   (BY MR. McGUIRE)**  And by that, you mean using this

19   procedure versus the one in the statute?

20   **A.**   That's right.  If you don't catch the problems in the BMD

21   and ask yourself if every BMD is operating properly, then you

22   open yourself up to having results that you can't detect are

23   wrong.

24   **Q.**   The example you just gave in Northhampton, Pennsylvania,

25   was of a misconfiguration of the BMDs.  Would your conclusion

1       And I actually recommend usually that we go a step further

2  even than the statute does and test the audio ballot that is

3  used by voters who are blind to ensure that there is no errors

4  there because you wouldn't want those to be crisscrossed.  And

5  the same for language -- for ballot marking in other languages.

6  There is a lot of testing that goes into these ballot-marking

7  devices to make sure that the technology is going to behave

8  correctly on election day.

9  **Q.**   So when you say crisscross, you mean that I voted for

10 George Washington but it is recorded as Thomas Jefferson?

11 **A.**   Correct.  Let's say that I followed a logic and accuracy

12 procedure.  So I cast one vote for George Washington, and I

13 printed on the ballot-marking device, and I run it through the

14 tabulator.  Then I do another one for Thomas Jefferson and do

15 the same thing.

16      Now I have one vote for each.  So when I look at the final

17 results, I expect to see one vote for each.  But how do I know

18 that they didn't get swapped?  How do I know that it correctly

19 attributed them?

20      So usually what you would do is give two votes for George

21 Washington and one vote for Thomas Jefferson.  That way in the

22 end results you can see each candidate was capable of receiving

23 a vote and they were correctly attributed.

24 **Q.**   What, if any, issues do you see if you are only testing

25 for one candidate's race per machine?

**A.**   Then if you are thoroughly testing that candidate's race,
then you can feel good that that candidate's race is not going
to have problems.  You cannot make any assertions about any
other race on the ballot.

It is similar to the problems with the risk-limiting
audits that we talked about.  If you are only auditing one
race, you are only going to detect problems in one race.

Once you test, the scope of your testing determines
whether you will find the problems.  If you don't look, you
can't find them.

**Q.**   Well, if I -- I mean, this is structured right now so that
I have, let's say, five machines.  I test machine Number 1 on
the presidential race and the next one, machine Number 2, on
senate race number A or letter number A.

Does the fact that I've been able to test the presidential
race on the first machine tell me anything about the
functioning and -- internal functioning and accuracy of machine
number B that I'm testing for the senate race?

**A.**   It does not.  It does not.  And you can make -- you can
make an assumption or use that to think that maybe it should be
right.  But you have not tested it.  So you don't know.

**Q.**   And I mean, each of these are independent basically
computers; is that right?

**A.**   That's correct.

**Q.**   All right.  And with respect to the unique ballot style,

1    what is the issue in your mind specifically about why each

2    ballot style should be tested on each BMD?  I know it provides

3    that they don't have to be.  But why in your view --

4    **A.**    Ballot style is a separate discrete unit.  So an example

5    is in a primary you might have a ballot style for the

6    republicans and a ballot style for the democrats.  Those are

7    two separate styles.

8        In some -- some polling places, you may have, you know,

9    school board elections that are different on one ballot and not

10   on the other.  Whereas, everything else on the ballot is

11   potentially the same.

12       I think you need to check both of those because the ballot

13   itself is not just the change to the bottom of it.  There's all

14   sorts of other information that is there as well.

15   **Q.**    You mean the races.  But does it also affect in terms of

16   what is being tested on a logic and accuracy how it -- how the

17   computer computes and how it records the information?

18   **A.**    I'm sorry.  Could you ask that one more time.

19   **Q.**    I'm just trying to understand.  Is the logic and accuracy

20   testing regarding how the computer computes that particular

21   race and also where it locates the information?

22   **A.**    Yes.  So on the ballot-marking device, you are testing

23   that it marks a ballot correctly; that whatever you do on the

24   screen is reflected in what is output on paper at the end.

25       On a tabulator, you're validating that when you take the

1    input of the ballot into the tabulator that the totals that

2    come out at the end match correctly.  In both cases, you are

3    looking to see if what goes in gives you what you expect to

4    come out on the other side.

5    **Q.**   And I guess from your perspective -- and I know I have

6    asked this in different ways.  But I want to just make sure.

7         What you perceive as the problem about just testing one

8    race is it doesn't yield information about how the computer

9    handles the full range of the ballot?

10   **A.**   That is correct.  It is not testing that each of these

11   machines is behaving properly on all of these contests.  So if

12   you -- if we sort of give a hypothetical example, let's say

13   that there was a contest where we found that one ballot

14   style -- the school board race at the bottom was computed

15   correctly but on another ballot style it wasn't.  And we asked

16   ourselves afterwards, well, why didn't we detect that?  Why

17   didn't we find that there was this problem in this one race?

18   And it is not just hypothetical.  That is actually what

19   happened in the example I gave in Northhampton County.

20        There was some races that worked perfectly fine.  Their

21   totals were exactly right.  If you had looked at that race,

22   there was no problem.  But then there were other contests where

23   something that was a little bit different about those contests

24   and the way that it was set up caused a problem so that some

25   candidates got zero votes -- where winning candidates got zero

```
 1                    C E R T I F I C A T E

 2

 3     UNITED STATES OF AMERICA

 4     NORTHERN DISTRICT OF GEORGIA

 5

 6         I, SHANNON R. WELCH, RMR, CRR, Official Court Reporter of

 7     the United States District Court, for the Northern District of

 8     Georgia, Atlanta Division, do hereby certify that the foregoing

 9     198 pages constitute a true transcript of proceedings had

10     before the said Court, held in the City of Atlanta, Georgia, in

11     the matter therein stated.

12         In testimony whereof, I hereunto set my hand on this, the

13     15th day of September, 2020.

14

15

16

17     _____
       SHANNON R. WELCH, RMR, CRR
18     OFFICIAL COURT REPORTER
       UNITED STATES DISTRICT COURT
19

20

21

22

23

24

25
```