# EXHIBIT 128

Page 1

1        UNITED STATES DISTRICT COURT
2      FOR THE NORTHERN DISTRICT OF GEORGIA
3              ATLANTA DIVISION
4    ------------------------------  )
5    DONNA CURLING, et al.,          )
6              Plaintiffs,    )Case No.
7         vs.                  )1:17-cv-2989-AT
8    BRAD RAFFENSPERGER, et al.,     )
9              Defendants.    )
10   ------------------------------  )
11
12
13          REMOTE DEPOSITION OF ANH LE
14                NOVEMBER 4, 2021
15
16
17
18
19
20
21
22   REPORTED BY:  Tina Alfaro, RPR, CRR, RMR

Page 23

| | | |
|---|---|---|
| 1 | MS. LaROSS:  Object to the form of the | 14:28:43 |
| 2 | question, calls for speculation, lack of | 14:28:45 |
| 3 | foundation.  You can answer to your understanding. | 14:28:47 |
| 4 | A.  I do care. | 14:28:51 |
| 5 | Q.  As a member of the State Election Board do | 14:28:56 |
| 6 | you find it important to know that Georgia's | 14:28:58 |
| 7 | election system is not vulnerable to being hacked | 14:29:03 |
| 8 | by unauthorized third parties? | 14:29:05 |
| 9 | MS. LaROSS:  I have the same objection as | 14:29:08 |
| 10 | the last question. | 14:29:09 |
| 11 | A.  I'm not an IT expert.  I cannot speak to | 14:29:10 |
| 12 | the technical components of the system, but I can | 14:29:15 |
| 13 | say that, yes, it's very important that it is | 14:29:22 |
| 14 | secure and, again, I believe that our current | 14:29:27 |
| 15 | system is holding up very well. | 14:29:30 |
| 16 | Q.  As a member of the State Election Board | 14:29:36 |
| 17 | would you support the use of an election system | 14:29:38 |
| 18 | that could be hacked in a few minutes by a voter in | 14:29:42 |
| 19 | the voting booth? | 14:29:47 |
| 20 | MS. LaROSS:  Object to the form of the | 14:29:48 |
| 21 | question and with the same objections on the last | 14:29:49 |
| 22 | two questions. | 14:29:51 |

Page 24

| | | |
|---|---|---|
| 1 | A. Again, the answer -- the question seems to | 14:29:54 |
| 2 | suggest that I'm an IT person who would know the | 14:29:58 |
| 3 | technology side of the components of these | 14:30:04 |
| 4 | machines. Again, back to the previous question, | 14:30:06 |
| 5 | I'll reiterate that secure and fair elections are | 14:30:12 |
| 6 | very important as a State Election Board member, | 14:30:14 |
| 7 | and those are issues, security would be absolute | 14:30:18 |
| 8 | paramount. So yes, it's an important thought that | 14:30:23 |
| 9 | I always hold in the forefront as I proceed in | 14:30:26 |
| 10 | anything I do when it comes to elections. | 14:30:32 |
| 11 | Q. Thank you. | 14:30:34 |
| 12 | I just want to focus on this question in | 14:30:36 |
| 13 | particular. I completely understand that you're | 14:30:40 |
| 14 | not an IT expert, but as a member of the State | 14:30:43 |
| 15 | Election Board which has a role in rules | 14:30:50 |
| 16 | promulgation for running Georgia elections, would | 14:30:56 |
| 17 | you support the use of an election system that | 14:31:02 |
| 18 | could be hacked in a few minutes by a voter in the | 14:31:05 |
| 19 | voting booth? | 14:31:09 |
| 20 | MS. LaROSS: Object to the form of the | 14:31:10 |
| 21 | question. It's the same objections I had to the | 14:31:12 |
| 22 | previous questions. | 14:31:14 |

|    |                                                              | Page 25  |
|----|--------------------------------------------------------------|----------|
| 1  | A.   So the hypothetical is based on the fact                | 14:31:18 |
| 2  | that there are provable evidence in front of me              | 14:31:24 |
| 3  | that a certain system is not secure.  If that's the          | 14:31:28 |
| 4  | case, no.  If there's provable evidence in front of          | 14:31:34 |
| 5  | me that points to -- that establishes that clearly,          | 14:31:38 |
| 6  | then as a hypothetical I would not support                   | 14:31:42 |
| 7  | something like that.                                         | 14:31:44 |
| 8  | Q.   Thank you.                                              | 14:31:46 |
| 9  |      Are you familiar with BMD's?                            | 14:31:50 |
| 10 | A.   I'm familiar from the standpoint of seeing              | 14:31:53 |
| 11 | it and have used it as a voter.                              | 14:31:56 |
| 12 | Q.   Do you know how they work?                              | 14:32:02 |
| 13 | A.   As a voter, yes.                                        | 14:32:03 |
| 14 | Q.   Do you know what company manufactures the               | 14:32:07 |
| 15 | BMD's?                                                       | 14:32:09 |
| 16 | A.   I believe it's Dominion.                                | 14:32:12 |
| 17 | Q.   Have you interacted at all with Dominion?               | 14:32:15 |
| 18 | A.   No.                                                     | 14:32:20 |
| 19 | Q.   So as a member of the State Election Board              | 14:32:24 |
| 20 | you have not communicated with Dominion in any way?          | 14:32:28 |
| 21 | A.   No.                                                     | 14:32:31 |
| 22 | Q.   Have you inspected one of the BMD machines              | 14:32:42 |

Page 35

| | | |
|---|---|---|
| 1 | understanding, if you don't want to have a chance | 14:43:31 |
| 2 | to cure the question, that's fine.  I'll just stick | 14:43:33 |
| 3 | to the objection as to form if that's how you want | 14:43:36 |
| 4 | to conduct your deposition. | 14:43:39 |
| 5 | MS. WIESEBRON:  Yeah.  That would be | 14:43:40 |
| 6 | great.  Thank you. | 14:43:42 |
| 7 | MS. LaROSS:  Okay. | 14:43:43 |
| 8 | A.   I'm sorry.  Can you repeat the question? | 14:43:45 |
| 9 | Q.   Sure. | 14:43:46 |
| 10 | Would you support the use of election | 14:43:52 |
| 11 | equipment that could be hacked in such a way that | 14:43:54 |
| 12 | both the QR codes and human readable text could be | 14:43:56 |
| 13 | altered? | 14:44:01 |
| 14 | MS. LaROSS:  Objection as to form. | 14:44:03 |
| 15 | A.   If you were to have evidence in front of | 14:44:08 |
| 16 | me or if I see evidence that it is, you know, not | 14:44:10 |
| 17 | secure, then no, I would not -- that's a | 14:44:14 |
| 18 | hypothetical, and under the hypothetical question | 14:44:16 |
| 19 | if I had those facts in front of me, no. | 14:44:19 |
| 20 | Q.   Okay. | 14:44:24 |
| 21 | Do you believe it is important to voters | 14:44:32 |
| 22 | to be able to verify that their ballots accurately | 14:44:34 |

|    |                                                           | Page 53   |
|----|-----------------------------------------------------------|-----------|
| 1  | security protocols that they go through.  I have          | 15:06:49  |
| 2  | not gone through one myself.                              | 15:06:52  |
| 3  | THE REPORTER:  Tamara, are we at a good                   | 15:06:57  |
| 4  | spot for a break?                                         | 15:06:58  |
| 5  | MS. WIESEBRON:  Sure.  No problem.                        | 15:07:00  |
| 6  | THE VIDEOGRAPHER:  We're going off the                    | 15:07:02  |
| 7  | record.  The time is 3:07 p.m.                            | 15:07:03  |
| 8  | (A short break was had.)                                  | 15:17:51  |
| 9  | THE VIDEOGRAPHER:  We're back on the                      | 15:19:11  |
| 10 | record.  The time is 3:19 p.m.                            | 15:19:12  |
| 11 | BY MS. WIESEBRON:                                         | 15:19:22  |
| 12 | Q.  Are you aware that both parties in this               | 15:19:22  |
| 13 | litigation have hired experts?                            | 15:19:25  |
| 14 | A.  No, I'm not aware.                                    | 15:19:30  |
| 15 | Q.  Are you aware that Curling Plaintiffs                 | 15:19:35  |
| 16 | hired Dr. Alex Halderman as an expert?                    | 15:19:39  |
| 17 | A.  No, I'm not.                                          | 15:19:43  |
| 18 | Q.  Are you aware that Dr. Halderman has                  | 15:19:46  |
| 19 | examined Georgia's voting equipment?                      | 15:19:51  |
| 20 | A.  No, I'm not.                                          | 15:19:53  |
| 21 | Q.  Are you aware that he found Georgia's                 | 15:19:56  |
| 22 | voting equipment can be hacked in numerous ways?          | 15:19:59  |

|     |                                                                      | Page 54   |
|-----|----------------------------------------------------------------------|-----------|
| 1   | MS. LaROSS:  Objection as to form.                                   | 15:20:03  |
| 2   | A.  No, I'm not aware.                                               | 15:20:04  |
| 3   | Q.  Are you aware that he found that at least                        | 15:20:08  |
| 4   | one of those hacks can be implemented by a voter in                  | 15:20:11  |
| 5   | the voting booth in a couple of minutes?                             | 15:20:14  |
| 6   | MS. LaROSS:  Objection as to form.                                   | 15:20:17  |
| 7   | A.  No, I'm not aware.                                               | 15:20:19  |
| 8   | Q.  Are you aware that the election security                         | 15:20:23  |
| 9   | expert the State retained to respond to                              | 15:20:26  |
| 10  | Dr. Halderman's report testified under oath that he                  | 15:20:30  |
| 11  | does not dispute Dr. Halderman's findings that the                   | 15:20:35  |
| 12  | equipment can be hacked?                                             | 15:20:39  |
| 13  | MS. LaROSS:  Objection as to form.                                   | 15:20:42  |
| 14  | A.  I'm not aware.                                                   | 15:20:44  |
| 15  | Q.  Are you aware that the election security                         | 15:20:48  |
| 16  | expert the State retained to respond to                              | 15:20:50  |
| 17  | Dr. Halderman's report testified to the following                    | 15:20:56  |
| 18  | under oath:  "In fact, if I was asked a question we                  | 15:21:00  |
| 19  | need to have someone evaluate the security of it to                  | 15:21:06  |
| 20  | find vulnerabilities, at the top of my list would                    | 15:21:10  |
| 21  | be Andrea Powell and Dr. Halderman.  That's where I                  | 15:21:15  |
| 22  | would start."                                                        | 15:21:19  |

|     |                                                                      | Page 57   |
|-----|----------------------------------------------------------------------|-----------|
| 1   | report?                                                              | 15:23:58  |
| 2   |     MS. LaROSS:  Objection as to form.           | 15:23:59  |
| 3   |   A.  I'm not aware.                                       | 15:24:01  |
| 4   |   Q.  Okay.  But if the report was made                    | 15:24:04  |
| 5   | accessible, you'd like to read it, right?                            | 15:24:08  |
| 6   |     MS. LaROSS:  Objection as to form.           | 15:24:11  |
| 7   |   A.  If it were made available, I would read              | 15:24:13  |
| 8   | it.                                                                  | 15:24:16  |
| 9   |   Q.  And after this deposition concludes,                 | 15:24:20  |
| 10  | perhaps not immediately after, but in the near                       | 15:24:25  |
| 11  | future are you going to ask to read Mr. Halderman's                  | 15:24:27  |
| 12  | report?                                                              | 15:24:31  |
| 13  |     MS. LaROSS:  Objection as to form.           | 15:24:32  |
| 14  |   A.  You mentioned in a question or two ago               | 15:24:35  |
| 15  | that it was sealed.  And so I would allow the                        | 15:24:38  |
| 16  | Secretary of State's office the time it needs to do                  | 15:24:42  |
| 17  | what it needs to do, but if it's unsealed and made                   | 15:24:44  |
| 18  | available, I would read it.                                          | 15:24:48  |
| 19  |   Q.  Okay.  And would you express to the                  | 15:24:53  |
| 20  | Secretary of State your interest in reading it?                      | 15:24:56  |
| 21  |     MS. LaROSS:  Objection as to form.           | 15:24:59  |
| 22  |   A.  I mentioned that if it's made available I            | 15:25:01  |

|   |   | Page 58 |
|---|---|---|
| 1 | would read it. | 15:25:03 |
| 2 | Q.  Are you concerned at all sitting here | 15:25:10 |
| 3 | today that there's been a report made by a top | 15:25:13 |
| 4 | security expert about the vulnerabilities to | 15:25:17 |
| 5 | Georgia's voting equipment and you have not been | 15:25:21 |
| 6 | made aware of the existence of this report? | 15:25:25 |
| 7 | MS. LaROSS:  Objection as to form. | 15:25:28 |
| 8 | A.  Let me rephrase my answer.  I would like | 15:25:32 |
| 9 | to read it if it's made available.  I'm only | 15:25:34 |
| 10 | knowing about it now and the fact that it's sealed | 15:25:38 |
| 11 | as you mentioned, if it were made available, I | 15:25:42 |
| 12 | would like to read it, yes. | 15:25:45 |
| 13 | Q.  Okay. | 15:25:49 |
| 14 | I guess my question is like a little bit | 15:25:57 |
| 15 | different.  So I'll just try to rephrase it. | 15:25:59 |
| 16 | A.  Okay. | 15:26:03 |
| 17 | Q.  Sitting here today as a member of the | 15:26:06 |
| 18 | State Election Board, you know, who's been given | 15:26:09 |
| 19 | the responsibility to promulgate rules, regulations | 15:26:11 |
| 20 | about elections in Georgia, are you concerned about | 15:26:17 |
| 21 | the fact that there has been a report made that | 15:26:23 |
| 22 | discusses vulnerabilities to election -- to | 15:26:27 |

|   |   | Page 72 |
|---|---|---|
| 1 | pick up a tampering. | 15:43:16 |
| 2 | Q.  Yeah.  I guess do you know whether the | 15:43:23 |
| 3 | audits tabulate or recount one by one the votes as | 15:43:31 |
| 4 | casted in the machine compared to the human | 15:43:46 |
| 5 | readable text? | 15:43:51 |
| 6 | MS. LaROSS:  Objection as to form. | 15:43:54 |
| 7 | A.  I don't know the technology behind how the | 15:43:56 |
| 8 | machine does that. | 15:44:00 |
| 9 | Q.  Okay.  But you're not aware that for an | 15:44:02 |
| 10 | audit we verify one -- we compare the vote as | 15:44:08 |
| 11 | casted on the machine to the individual paper | 15:44:17 |
| 12 | receipt? | 15:44:21 |
| 13 | MS. LaROSS:  Objection as to form. | 15:44:23 |
| 14 | A.  Again, I don't know how the machine does | 15:44:24 |
| 15 | that technology-wise. | 15:44:27 |
| 16 | Q.  Okay.  The purpose of an audit is to | 15:44:32 |
| 17 | verify that the votes have been accurately counted; | 15:44:45 |
| 18 | would you agree? | 15:44:50 |
| 19 | A.  Yes. | 15:44:56 |
| 20 | Q.  Okay.  And so you would want an audit to | 15:44:56 |
| 21 | be able to ensure that the votes actually represent | 15:45:01 |
| 22 | each and every voters' intention, right? | 15:45:07 |

Page 103

| | | |
|---|---|---|
| 1 | Q. Okay. | 16:28:48 |
| 2 | A. But if I couldn't be assured of that, then | 16:28:49 |
| 3 | we'd be -- we need to be concerned about that. So | 16:28:53 |
| 4 | I think it comes down to the technology side of it | 16:28:57 |
| 5 | and being -- understanding how that would work. | 16:29:01 |
| 6 | Q. Uh-huh. And as a member of the State | 16:29:07 |
| 7 | Election Board how would you want to be assured of | 16:29:10 |
| 8 | that? | 16:29:14 |
| 9 | A. I guess from my perspective I want to | 16:29:18 |
| 10 | understand the technology end of it, how that | 16:29:24 |
| 11 | works, right. So if I can understand how memory | 16:29:26 |
| 12 | cards work as it relates to the old machine and how | 16:29:32 |
| 13 | it works as it relates to the new machine and what | 16:29:35 |
| 14 | does it really contain and how does it get picked | 16:29:38 |
| 15 | up and read, I think just understanding the | 16:29:40 |
| 16 | technology of it would help me understand how this | 16:29:46 |
| 17 | works and if it were to be cleaned or sanitized for | 16:29:48 |
| 18 | new elections and how would that work, right. So | 16:29:54 |
| 19 | I'd just want to understand the mechanics of it and | 16:29:58 |
| 20 | then the technology end of it. | 16:30:01 |
| 21 | Q. And has anyone with technical expertise | 16:30:04 |
| 22 | provided a presentation to you and other State | 16:30:08 |

|   |   | Page 104 |
|---|---|---|
| 1 | Election Board members about how some of these | 16:30:15 |
| 2 | technological components of Georgia's current | 16:30:19 |
| 3 | election system works? | 16:30:23 |
| 4 | A.  No.  We're not IT people.  So -- | 16:30:24 |
| 5 | Q.  But you make rules that involve IT, right? | 16:30:32 |
| 6 | A.  I guess we're -- the BMD's are IT.  So | 16:30:40 |
| 7 | yes, but -- | 16:30:46 |
| 8 | Q.  Sorry.  Go ahead. | 16:30:51 |
| 9 | A.  Oh, no.  Yeah, we make rules affecting the | 16:30:52 |
| 10 | processes that involve technology, but I don't have | 16:30:55 |
| 11 | the in-depth understanding or -- the way an IT | 16:31:00 |
| 12 | person would of any machine or technology.  I'm not | 16:31:05 |
| 13 | an IT person. | 16:31:07 |
| 14 | Q.  So if we look at actually the next page, | 16:31:09 |
| 15 | page 3. | 16:31:14 |
| 16 | A.  Uh-huh. | 16:31:15 |
| 17 | Q.  There's a proposed rule in the middle of | 16:31:19 |
| 18 | page, 183-1-12.08, called "Logic and accuracy | 16:31:22 |
| 19 | testing." | 16:31:35 |
| 20 | A.  Uh-huh. | 16:31:37 |
| 21 | Q.  Do you see that? | 16:31:38 |
| 22 | A.  Oh, yeah.  Uh-huh.  I see it listed there. | 16:31:42 |

Page 124

1  CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC
2           I, TINA M. ALFARO, Registered Professional
3  Reporter, Certified Realtime Reporter, and Notary
4  Public, the officer before whom the foregoing
5  deposition was taken, do hereby certify that the
6  foregoing transcript is a true and correct record
7  of the testimony given; that said testimony was
8  taken by me stenographically and thereafter reduced
9  to typewriting under my direction; that reading and
10 signing was requested; and that I am neither
11 counsel for, related to, nor employed by any of the
12 parties to this case and have no interest,
13 financial or otherwise, in its outcome.
14          IN WITNESS WHEREOF, I have hereunto set my
15 hand and affixed my notarial seal this 17th day of
16 Novrember, 2021.
17
18 My Commission expires October 31, 2025.
19 *Tina M. Alfaro*
20 _____
21 NOTARY PUBLIC IN AND FOR THE
22 DISTRICT OF COLUMBIA