# EXHIBIT 133

## PROVISIONALLY FILED UNDER SEAL