# EXHIBIT 134

## PROVISIONALLY FILED UNDER SEAL