# EXHIBIT 135

## PROVISIONALLY FILED UNDER SEAL