# EXHIBIT 136

## PROVISIONALLY FILED UNDER SEAL