# EXHIBIT 138

Page 260

1          IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF GEORGIA
2                    ATLANTA DIVISION

3
   DONNA CURLING, ET AL.,                )
4                                        )
        Plaintiffs,                      )
5                                        )   Civil Action No.
   vs.                                   )
6                                        )   1:17-CV-2989-AT
   BRAD RAFFENSPERGER, ET AL.,           )
7                                        )
        Defendants.                      )
8

9

10       VIRTUAL VIDEOTAPED 30(b)(6) DEPOSITION OF
11               SANFORD MERRITT BEAVER
12             Thursday, March 10, 2022
13                    9:09 a.m.
14           VOLUME II (Pages 260 - 439)

15

16        Robin K. Ferrill, CCR-B-1936, RPR

17

18

19

20

21

22

23

24

25

Page 270

1    was produced by Fortalice.  Do you see the bottom

2    right-hand corner, this little number ends in 3593?

3              Do you see that on the bottom of the first

4    page?

5         A.   Yes, I see it.

6         Q.   ███████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████     ███████████████

███████

███████████████

███     █████

███     ████████████████████████████████████

█████████████████████████████████

███████████████████████████████████████████

███████

███     ████████████████████████████████

█████████████████     ████████████████████

███     ████████████████████████████████

█████

███     █████

███     ████████████████████████████████

███████████████████

███     █████

███     ██████████████████████████

█████████████████████████████████

Page 271





Page 273





Page 283









Page 314





Page 322









1    whatever the results were of the investigation done

2    here; is that right?

3          A.    Correct.

4          Q.    Mr. Beaver, when we were together last, I

5    asked you some questions about a July 2021 report

6    that Dr. Halderman had prepared in our case looking

7    at voting equipment provided by Fulton County.

8                Do you recall that?

9          A.    I believe so.

10         Q.    As of today, have you reviewed that report

11   yourself?

12         A.    I don't recall.  I think I -- I won't say

13   that I remember.  I think I have discussed it

14   internally.  If this is a report -- this is about the

15   old election equipment?

16         Q.    No.  This is the current election equipment

17   provided by Fulton County.

18         A.    Provided by Fulton County?

19         Q.    Yes.

20         A.    Current -- so I don't recall.  I would have

21   to see that again.

22         Q.    All right.

23               MR. CROSS:  Grab Exhibit 10, if you would.

24         And I'm giving you the redacted version.  It has

25         modest redactions, but if you want to see the

Page 373

1          unredacted, we can do it.  But I'm just going to
2          start with the redacted.
3                  (Plaintiffs' Exhibit 10, Security Analysis
4          of Georgia's ImageCast X Ballot Marking Devices,
5          Expert Report Submitted on Behalf of Plaintiffs
6          Donna Curling, et al., authored by Prof. J. Alex
7          Halderman, Ph.D. with the assistance of Prof.
8          Drew Springall, Ph.D., dated July 1, 2021,
9          marked for identification.)
10         Q.    (By Mr. Cross) So just let me know when you
11   have got it in front of you.
12         A.    I got it.
13         Q.    As you see, Exhibit 10 says "Security
14   Analysis of Georgia's ImageCast X Ballot Marking
15   Devices," and it's by Professor Halderman, dated
16   July 1, 2021.
17         A.    Yes, I see it.
18         Q.    And if you need a moment to flip through
19   it, go ahead.  But tell me if this is a document you
20   have seen before.
21         A.    It looks familiar.  I can't recall when I
22   saw it, but it looks familiar.
23         Q.    Well, what -- I thought you told me last
24   time that you testified that you had never seen this
25   report and were not even aware of it until recently.

1      A.   Well, I think that's -- when I say
2  "familiar," the conversation that's in here looks --
3  sounds familiar.  It may have been from our
4  conversation.  But prior to that, I have not gone
5  through this in detail.
6      Q.   I see.  So it could just be --
7      A.   Did you not bring this up last time?
8      Q.   I did.  And that's a fair point.  So let me
9  be more specific.
10      A.   That's probably when I saw it last.
11      Q.   Okay.  Okay.  That's fair points.  Let me
12  be -- let me ask a better question.
13           Have you at any point, as part of your job
14  as a CIO, reviewed this report?
15      A.   No.
16      Q.   Okay.  All right.  Thank you.  And that's a
17  good clarification.
18           As you sit here today, are you aware of any
19  measures taken by the Secretary's Office to address
20  any of the issues that are raised in this report?  Do
21  you know one way or the other?
22      A.   I don't know anything specific that anybody
23  said based on this report, we should do "X," "Y" and
24  "Z."  Now, we have done a number of different things,
25  but I don't know whether they were based in things

Page 375

1    that came out of this report or just other types of

2    security things we do on a general basis.

3         Q.   So again, this report is dated July 1 of

4    last year.  Are there any specific security measures

5    that you are aware of that the Secretary's Office

6    implemented since July of 2021, last year, to protect

7    against vulnerabilities with the voting equipment?

8              MR. DENTON:  Object to form.

9         A.   I am not aware of it.

10        Q.   (By Mr. Cross) Sorry.  You said you are not

11   aware?

12        A.   I am not aware, but that doesn't mean none

13   happened.  I'm just not aware.  Understand, counties

14   manage the equipment, not the Secretary of State's

15   Office.

16        Q.   And are you aware of any measures taken by

17   any county of Georgia since July of 2021 to address

18   vulnerabilities with the voting equipment?

19             MR. DENTON:  Object to form.

20        A.   I'm not aware.

21        Q.   (By Mr. Cross) Are you aware of any

22   measures taken by the Secretary's Office to address

23   vulnerabilities with the voting system more broadly

24   since July of 2021?

25             MR. DENTON:  Object to form.

Page 376

1      A.   That's a broad question.  Voting system is

2  a lot of different pieces and parts.  Which one --

3  what are you specifically asking about?

4      Q.   (By Mr. Cross) So one of the responses the

5  State has made in response to this July 1 report from

6  Dr. Halderman is that, you know, some of the

7  vulnerabilities he finds, like, for example, the

8  ability to upload malware through a USB port on the

9  voting equipment, are you aware of any measures taken

10  by the Secretary's Office or by a county to increase

11  security around access to those ports or to the

12  machines?

13      A.   I'm not aware.  That doesn't mean it hasn't

14  been done.

15      Q.   Are you aware of any measures taken by

16  Dominion to address vulnerabilities with their own

17  voting equipment since July of 2021?

18      A.   I'm not aware.

19      Q.   Do you know whether anyone at the

20  Secretary's Office has discussed Dr. Halderman's

21  report with anyone at Dominion?  This report?

22      A.   I'm not aware.

23      Q.   If you wanted to know the answer to that,

24  who would you ask?

25      A.   I might start with Gabe Sterling or Michael

Page 396

1              MR. DENTON:  Yes, I saw the application.  I

2        just haven't seen anything further.

3              Thank you.

4              MR. HAVIAN:  You are welcome.

5              (Plaintiffs' Exhibit 11, Curling

6        Plaintiffs' Fifth Amended Notice of Deposition

7        of Office of the Secretary of State, marked for

8        identification.)

9        Q.   (By Mr. Havian) Okay.  Mr. Beaver, let's

10   jump right in.  I would like to have you take a look

11   at Exhibit 11.

12        A.   Okay.

13        Q.   Which is a Notice of Deposition.  And the

14   pages, at least on my copy, do not appear to be

15   numbered.  But if you could -- if you could scroll

16   down to Topic Number 10, which is about

17   three-quarters of the end of the document.

18        A.   Does it start with any instance in 2020 and

19   2021?

20        Q.   Correct.  That says "Any instance in 2020

21   or 2021, within the knowledge of the Secretary of

22   State's Office, when a person or entity other than an

23   authorized election worker or Georgia state or county

24   official obtained voting data from a Georgia election

25   or images of voting equipment used in a Georgia

Page 397

1    election."

2              Do you see that?

3         A.    Yes.

4         Q.    That's going to be the primary area of my

5    focus today.  Are you prepared to address that issue

6    today?

7         A.    I can answer to my knowledge.

8         Q.    Have you taken any steps to gather

9    knowledge of any other persons in the Georgia

10   Secretary of State's Office about this issue?

11        A.    No.

12        Q.    Okay.  I believe it was yesterday or

13   perhaps the evening before yesterday, Mr. Bruce

14   Brown, counsel for the Coalition, sent an e-mail to

15   Mr. Russo and Mr. Miller asking that you, in

16   particular, focus on a particular aspect of Issue

17   Number 10.  And I'll read that to you.  It says "That

18   examination will focus primarily on the events

19   discussed in the audio recording marked as Exhibit 12

20   and played at the deposition of Gabriel Sterling

21   involving the imaging of election hardware and

22   software in Coffee County.  Please ensure that the

23   witness is prepared to address that aspect as well as

24   the other aspects of Issue 10."

25              I guess my question is, are you aware --

1          Do you understand the sentence I just read

2     to you about physical security?

3          A.    Yes, I do.

4          Q.    Do you agree with Mr. Sterling's testimony?

5          A.    I do.

6          Q.    Can you explain why physical security is so

7     important in election security?

8          A.    Physical security is one vector of attack

9     for someone who is trying to do some malicious damage

10    to the environment.  So protecting physical access is

11    one avenue that you have to go after to make sure

12    that the system is secure.

13         Q.    To your knowledge, has the Secretary of

14    State taken any steps since the 2020 Presidential

15    election to investigate the physical security of the

16    election hardware and software in Coffee County?

17         A.    In Coffee County?  I -- specifically, that

18    county, I can't speak to.  I know that we do a number

19    of things to monitor all counties, so Coffee would be

20    included in that.

21         So -- but I don't know of anything

22    specifically targeting Coffee County.  Coffee would

23    be included in the -- in the monitoring for physical

24    security that is done across all counties.

25         Q.    Okay.  Do you know -- can you describe for

Page 436

```
 1                 C E R T I F I C A T E
 2    STATE OF GEORGIA  )
 3                      ) ss.:
 4    FULTON COUNTY     )
 5
 6        I,  Robin Ferrill, Certified Court Reporter within
 7    the State of Georgia, do hereby certify:
 8            That MERRITT BEAVER, VOLUME II, the witness
 9    whose deposition is hereinbefore set forth, was duly sworn
10    by me and that such deposition is a true record of the
11    testimony given by such witness.
12            I further certify that I am not related to any
13    of the parties to this action by blood or marriage; and
14    that I am in no way interested in the outcome of this
15    matter.
16             IN WITNESS WHEREOF, I have hereunto set my
17    hand this 25th day of March, 2022.
18
19    _____
20             ROBIN K. FERRILL, RPR
21
22
23
24
25
```