# EXHIBIT 139

2/10/23, 9:19 AM Secretary Raffensperger Calls on J. Alex Halderman to Agree to Release "Secret Report" and Pre-Election Testimony | Georgia Se…

Case 1:17-cv-02989-AT Document 1631-39 Filed 02/13/23 Page 2 of 3



Georgia
Secretary of State
Brad Raffensperger



Home > News & Announcements > Secretary Raffensperger Calls on J. Alex Halderman to Agree to Release "Secret Report" and Pre-Election Testimony

**January 27th, 2022**

(Atlanta) – Today, Georgia Secretary of State Brad Raffensperger calls on J. Alex Halderman to ask the judge to publicly release his "secret report" and pre-election testimony that is generating misleading media articles about the Dominion voting equipment used in Georgia.

The "secret report" referenced by the Atlanta Journal-Constitution today is not an objective, academic study by a non-biased actor. It is assertions by an individual who is paid to espouse opinions supporting the elimination of electronic voting systems to help a lawsuit brought by liberal activists, including one funded by Stacey Abrams' Fair Fight Action.

"I'm calling on J. Alex Halderman, the author of a report on alleged vulnerabilities in the Dominion equipment, to ask the judge to publicly release his findings on Georgia's election system and his pre-2020 election testimony. Halderman was given full access to Georgia's election system by the judge, the equivalent of having the keys and alarm codes to a home then claiming he found a way to break in. The public deserves to know the context of J. Alex Halderman's claims and his testimony regarding the 2020 election. We are taking on these claims in court, and we will win. Sensationalized media articles and misleading reports from paid activists notwithstanding, Georgia's election system is safe and secure." said Secretary of State Brad Raffensperger.

"Security assessments of any system, including voting systems, should always include a holistic approach of all safeguards in place, including procedural and technical safeguards. There is a reason why US voting systems rely on bipartisan election officials, poll-watchers, distributed passwords, access controls, and audit processes. The review conducted in the Curling case did not take this approach. Dominion supports all efforts to bring real facts and evidence forward to defend the integrity of our machines and the credibility of Georgia's elections," said John Poulus, President and CEO of Dominion Voting Systems.

###

**More News & Announcements**

Call for Special Election - HD 75

Call for Special Election - HD 75

University of Georgia Poll Finds 99% of Georgia Voters Reported No Issue Casting Ballot

Secretary Raffensperger Praises County Election Director Nancy Boren, Dismisses Attacks from Dark Money Group

Secretary of State Trains Local Officials on New Voter Registration System

Federal Judge: Abrams Group Must Repay Costs to Georgia Taxpayers

VIEW ALL →

TOP

2/10/23, 9:19 AM  Secretary Raffensperger Calls on J. Alex Halderman to Agree to Release Secret Report and Pre-Election Testimony | Georgia Se…

Case 1:17-cv-02989-AT  Document 1631-39  Filed 02/13/23  Page 3 of 3



Georgia
Secretary of State
Brad Raffensperger





**Office of Brad Raffensperger**

**News & Announcements**

**Privacy Policy**

**Security**

214 State Capitol
Atlanta, Georgia 30334

**Contact Us**

© 2023 Georgia Secretary of State