# EXHIBIT 140

Page 1

1            UNITED STATES DISTRICT COURT

2          FOR THE NORTHERN DISTRICT OF GEORGIA

3                   ATLANTA DIVISION

4

5          Civil Action No. 1:17-cv-02989-AT

6    _____

7    DONNA CURLING, et al.,

8         Plaintiffs,

9    vs.

10   BRAD RAFFENSPERGER, et al.,

11        Defendants.

12   _____

13               VIDEOTAPED DEPOSITION OF

14               JANICE W. JOHNSTON, M.D.

15   DATE:          August 23, 2022

16   TIME:          9:39 a.m. to 11:10 a.m.

17   LOCATION:      Krevolin & Horst, LLC

                    1201 West Peachtree Street, Northwest

18                  Suite 3250

                    Atlanta, Georgia 30309

19

     REPORTED BY:  Felicia A. Newland, CSR

20

21               Veritext Legal Solutions

              1250 Eye Street, N.W., Suite 350

22                Washington, D.C. 20005

1       ever been asked to be deposed in this case prior to

2       this deposition.

3                       MR. DENTON:  Which deposition?

4                       MS. PORTER:  The deposition that we

5       are currently in.

6                       THE WITNESS:  This is the first

7       deposition that I have been asked -- that I know of

8       that I have been asked to perform.

9       BY MS. PORTER:

10              Q     Thank you.

11                      MS. PORTER:  Adam, will you please

12      produce Tab 1?

13                 (Johnston Deposition Exhibit Number 2

14                   marked for identification.)

15                      MR. SPARKS:  I'm handing the witness

16      and her counsel what's been predesignated as Tab 1.

17      BY MS. PORTER:

18              Q     Have you ever seen this report

19      before?

20              A     I have not.

21              Q     Are you aware that Dr. Halderman, who

22      wrote this report, uncovered numerous serious

1          vulnerabilities in Georgia's current election

2          system, and it's detailed in this one-hundred-page

3          report?

4                          MR. DENTON:  Object to form.

5                          THE WITNESS:  I have not seen this

6          form.

7          BY MS. PORTER:

8               Q     Do you know who Dr. Halderman is?

9               A     I know who Dr. Halderman is.

10              Q     Have you heard that Dr. Halderman has

11         discovered numerous serious vulnerabilities in

12         Georgia's election system --

13                         MR. DENTON:  Object to --

14         BY MS. PORTER:

15              Q     -- from any source?

16                         MR. DENTON:  Object to form.

17                         THE WITNESS:  Would you restate your

18         question?

19         BY MS. PORTER:

20              Q     Yes.

21                         Have you heard that Dr. Halderman has

22         discovered serious vulnerabilities in Georgia's

Page 101

1              CERTIFICATE OF NOTARY PUBLIC

2         I, FELICIA A. NEWLAND, CSR, the officer before whom

3         the foregoing video-taped deposition was taken, do

4         hereby certify that the witness whose testimony

5         appears in the foregoing deposition was duly sworn

6         by me; that the testimony of said witness was taken

7         by me in stenotype and thereafter reduced to

8         typewriting under my direction; that said deposition

9         is a true record of the testimony given by said

10        witness; that I am neither counsel for, related to,

11        nor employed by any of the parties to the action in

12        which this deposition was taken; and, further, that

13        I am not a relative or employee of any counsel or

14        attorney employed by the parties hereto, nor

15        financially or otherwise interested in the outcome

16        of this action.

17

18

19        _____

20        FELICIA A. NEWLAND, CSR

          Notary Public

21

          My commission expires:

22        September 15, 2024