# EXHIBIT 141

Page 1

1           IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF GEORGIA
2                   ATLANTA DIVISION
3
     DONNA CURLING, et al.
4
                  Plaintiffs
5                               CIVIL ACTION FILE
6       vs.                 NO. 1:17-CV-2989-AT
7
8    BRAD RAFFENSPERGER, et al.
9
10               Defendants
11
12
13
14
15
16
17         VIDEOTAPED ZOOM DEPOSITION OF
18             SARA TINDALL GHAZAL
19
20              November 5, 2021
21                10:13 A.M.
22
23
24
25         Lee Ann Barnes, CCR-1852B, RPR, CRR, CRC

Veritext Legal Solutions
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830

1    particular voter's printout, the human readable text

2    is reflected in the QR code?

3              MR. RUSSO:  Objection to form.

4              THE WITNESS:  An audit should be able to

5         determine whether or not the QR code was

6         correctly counted the -- the voter's choice.

7         If there is a discrepancy in the outcome of an

8         audit versus the outcome of the tabulation,

9         that would suggest that there was a -- a

10        difference.

11   BY MS. ELSON:

12        Q.   To your understanding of audits, the --

13   within a single vote -- let me rephrase.

14             So you stated that audits select a

15   statistically significant sample of ballots to

16   review.

17             Do those audits ever compare within a

18   single ballot that the human readable text matches

19   what is reflected in the QR code?

20             MR. RUSSO:  Objection to form.

21             THE WITNESS:  Not to the best of my

22        knowledge.

23   BY MS. ELSON:

24        Q.   So do audits in Georgia verify whether any

25   one individual's vote was counted accurately?

1           MR. RUSSO:  Objection to form.

2           THE WITNESS:  Audits verify whether the

3       right person won.

4    BY MS. ELSON:

5       Q.   So the answer to the question of whether

6    they verify that any specific vote was counted

7    correctly would be no?  Am I misunderstanding?

8       A.   No.  That's -- that -- that is my

9    understanding as well.

10      Q.   Okay.  If a QR code was changed from what

11   the voter selected, would an audit be able to pick

12   up on that change?

13      A.   A single QR code and a single vote, that

14   is unlikely.

15      Q.   Are you familiar with any studies that

16   Georgia has commissioned regarding voter

17   verification?

18      A.   Yes, I am.

19      Q.   And what studies are you familiar with?

20      A.   In this past election, there was a

21   study -- I do not recall who undertook the study,

22   but there -- to review how many voters verified --

23   appeared to have verified their ballot.

24      Q.   And by verifying their ballot, what do you

25   understand that to mean?

1          Q.    Have you read about Dr. Halderman's public

2      reply or his declarations?

3          A.    I have seen news reports related to it.

4          Q.    And what do those news reports discuss?

5          A.    That -- one in particular suggested that

6      he was -- that -- that Dr. Halderman was seeking to

7      share the results of his -- his studies with other

8      parties.

9          Q.    Are you aware that he found that Georgia's

10     election system can be hacked in numerous ways?

11              MR. RUSSO:  Objection to form.

12              THE WITNESS:  That is my understanding

13         based on the reporting, yes.

14     BY MS. ELSON:

15         Q.    And are you aware that at least one -- he

16     found that at least one of those hacks can be

17     implemented by a voter in the voting booth in just a

18     couple of minutes?

19              MR. RUSSO:  Objection to form.

20              THE WITNESS:  I haven't read the report,

21         so I am not aware of that level of detail.

22     BY MS. ELSON:

23         Q.    Does hearing that concern you?

24         A.    I would have to have much more context.

25         Q.    Has the State Election Board taken any

Page 54

1    action to retrieve that context?

2              MR. RUSSO:  Objection to form.

3              THE WITNESS:  To the best of my knowledge,

4         no.

5    BY MS. ELSON:

6         Q.   And why have -- why haven't they?

7              MR. RUSSO:  Objection to form.

8              It's unclear what we're talking about

9         here.  Why haven't they done -- done what and

10        what is the context?

11   BY MS. ELSON:

12        Q.   Do you understand the question,

13   Ms. Ghazal, or do you want me to repeat or rephrase?

14        A.   Could you rephrase, please?

15        Q.   Sure.

16             Why hasn't the State Election Board taken

17   any action to learn information about the

18   vulnerabilities that Dr. Halderman found in his

19   report?

20             MR. RUSSO:  Object to form.

21             THE WITNESS:  I can't speculate what other

22        members are thinking or doing.  We -- we are

23        four individuals with one unfilled position.

24        So I don't -- I don't know what they're

25        thinking.

Page 55

```
 1    BY MS. ELSON:
 2         Q.   Would you want to know more information
 3    about what Dr. Halderman found?
 4         A.   I am not a technical expert.  I don't know
 5    how much I would understand, frankly, of what
 6    Dr. Halderman found.  I believe a high-level
 7    understanding would be helpful.
 8         Q.   And are you aware that we've asked the
 9    Secretary of State's offices attorneys to provide a
10    proposal to allow the Secretary of State and the
11    State Election Board access to some or all of the
12    sealed report?
13              MR. RUSSO:  Objection to form.
14              THE WITNESS:  I was aware that there was
15         some discussion.  I didn't -- I'm not aware of
16         the -- the extent of what is -- what has been
17         discussed.
18    BY MS. ELSON:
19         Q.   To follow-up on something you mentioned,
20    would you like to receive high-level information
21    about what Dr. Halderman found in terms of
22    vulnerabilities of the Georgia election system?
23         A.   Yes.
24         Q.   Are you aware that the Office of the
25    Secretary of State have hired their own experts in
```

Page 88

1                    C E R T I F I C A T E

2

3

     STATE OF GEORGIA:

4

     COUNTY OF FULTON:

5

6

     I hereby certify that the foregoing transcript was

7    taken down, as stated in the caption, and the
     questions and answers thereto were reduced to

8    typewriting under my direction; that the foregoing
     pages represent a true, complete, and correct

9    transcript of the evidence given upon said hearing,
     and I further certify that I am not of kin or

10   counsel to the parties in the case; am not in the
     regular employ of counsel for any of said parties;

11   nor am I in anywise interested in the result of said
     case.

12

13

14   *Lee Ann Barnes*

15

16

     LEE ANN BARNES, CCR B-1852, RPR, CRR, CRC

17

18

19

20

21

22

23

24

25

Page 89

1                    COURT REPORTER DISCLOSURE
2
3         Pursuant to Article 10.B. of the Rules and
          Regulations of the Board of Court Reporting of the
4         Judicial Council of Georgia which states: "Each
          court reporter shall tender a disclosure form at the
5         time of the taking of the deposition stating the
          arrangements made for the reporting services of the
6         certified court reporter, by the certified court
          reporter, the court reporter's employer, or the
7         referral source for the deposition, with any party
          to the litigation, counsel to the parties or other
8         entity. Such form shall be attached to the
          deposition transcript," I make the following
9         disclosure:
10
11        I am a Georgia Certified Court Reporter. I am here
          as a representative of Veritext Legal Solutions.
12        Veritext Legal Solutions was contacted to provide
          court reporting services for the deposition.
13        Veritext Legal Solutions will not be taking this
          deposition under any contract that is prohibited by
14        O.C.G.A. 9-11-28 (c).
15
16        Veritext Legal Solutions has no contract/agreement
          to provide reporting services with any party to the
17        case, any counsel in the case, or any reporter or
          reporting agency from whom a referral might have
18        been made to cover this deposition. Veritext Legal
          Solutions will charge its usual and customary rates
19        to all parties in the case, and a financial discount
          will not be given to any party to this litigation.
20        _Lee Ann Barnes_
21
22
23        LEE ANN BARNES, CCR B-1852B, RPR, CRR, CRC
24
25