# EXHIBIT 145

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| DONNA CURLING, ET AL., *Plaintiffs*, v. BRAD RAFFENSPERGER, ET AL., *Defendants*. | No. 1:17-CV-2989-AT STATUS REPORT |

The U.S. Cybersecurity and Infrastructure Security Agency (CISA) respectfully submits this status report to update the Court and the parties on the final steps of CISA's Coordinated Vulnerability Disclosure process.

Over the past several weeks, CISA has continued to work with the researcher and the vendor to evaluate the potential software vulnerabilities identified in the researcher's report. Consistent with its standard procedures, CISA has begun its outreach to relevant stakeholders. The pre-disclosure process will continue for the next two weeks. CISA anticipates publicly disclosing an advisory on June 3, 2022, but that date is subject to change as CISA finalizes its advisory and based on information CISA acquires during the pre-disclosure process.

CISA intends to file an additional status report promptly once it has publicly disclosed its advisory.

Respectfully submitted,

BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*

BRIGHAM BOWEN
*Assistant Branch Director*

 /s/ Kate Talmor
KATE TALMOR
*Trial Attorney*
*Civil Division*
*Federal Programs Branch*
*US Department of Justice*
*1100 L St., NW*
*Washington, DC 2005*
*202-305-5267*
*kate.talmor@usdoj.gov*