# EXHIBIT 150

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Donna Curling, et al.,

       Plaintiffs,

                     CIVIL ACTION FILE
vs.
                     NO. 1:17-cv-02989-AT

Brad Raffensberger, et al.,

       Defendants.
~~~~~~~~~~~~~~~~~~~~~~~~~

VIDEO 30(b)(6) DEPOSITION OF
COFFEE COUNTY BOARD OF ELECTIONS & REGISTRATION
THROUGH
WENDELL STONE

September 1, 2022

9:07 a.m.

Suite 3250, One Atlantic Center
1201 W. Peachtree Street
Atlanta, Georgia

S. Julie Friedman, CCR-B-1476

Page 39

```
1      can have a representative there to supervise?
2           A.    That's correct.
3           Q.    And Miss Latham might perform that role
4      for the Republican Party?
5           A.    That's correct.
6           Q.    All right.  If we come to Page 7, now
7      we're on January 7, 2021 at 11:40 a.m.  Do you see
8      that?
9           A.    I do.
10          Q.    And that's --
11          A.    This is 11:43.
12          Q.    Oh.
13          A.    Oh --
14          Q.    Yes.
15          A.    Wait a minute.  You're on --  You're on
16     this page.  That's still Cathy Latham.  Yes.
17          Q.    Right.  Okay.  And then the next page for
18     January 7, 2021 at 11:43 a.m., do you see that?
19          A.    I do.
20          Q.    And that's Cathy Latham escorting three
21     individuals into the office.
22                Do you see that?
23          A.    I do see that.
24          Q.    Okay.  And the three people she's
25     escorting in, do you recognize them?
```

1    January 7, 2021, just a few seconds later, still
2    11:43 a.m., we have Miss Latham opening the door for
3    these same individuals, right?
4        A.   Yes.
5        Q.   Okay.
6        A.   Yes.
7        Q.   The next page, January 7, 2021, 11:45
8    a.m., Miss Latham is standing outside the door on her
9    phone, right?
10       A.   She is.
11       Q.   Next page, January 7, 2021 a.m., 11 --
12   I'm sorry.  Try that again.
13            On the next page, January 7, 2021, 11:50
14   a.m., Miss Latham is escorting two more individuals
15   into the office, right?
16       A.   Yes.
17       Q.   And do you recognize those two
18   individuals?
19       A.   I don't.
20       Q.   Are you familiar with the name Scott Hall?
21       A.   As I said, only from reading the
22   subpoenas.  I --  I do recall that name, Scott Hall;
23   and he was referenced in one of the articles.
24       Q.   Okay.  And so do you understand from
25   anything you've read or heard that Mr. Hall was one

Page 155

1      herself?
2          A.   I don't --  I don't recall if she had
3      brought or written her own letter.
4          Q.   So the County lets Miss Hampton and Miss
5      Ridlehoover go on February 25th.
6               Oh.  Are you aware that the very same day
7      Mike Lindell flew in on his private plane to Douglas,
8      Georgia airport?
9          A.   I'm not.
10              Mike Lindell?
11         Q.   You know who Mike Lindell is, right?
12         A.   That's the pillow guy.
13         Q.   My Pillow Guy.  Yeah.
14              And you're --
15         A.   Mike Lindell, I'm not aware of his
16     presence in Douglas at all.
17         Q.   And you're -- you're familiar that Mr.
18     Lindell has had a prominent role with respect to
19     the -- the Trump action and -- and allegations that
20     the November 2020 election -- presidential election
21     was stolen?
22         A.   Only through media reporting.
23              MR. CROSS:  All right.  All right.  Let me
24         hand you what's been marked as Exhibit 18.
25     ///

Page 156

1              (Exhibit 18 was marked for
2         identification.)
3         Q.   (By Mr. Cross)  So you see here that
4    there's an indication Mike Lindell's My Pillow Guy
5    indicates that he flew into Douglas, Georgia,
6    February 25th to February 26th.
7              Do you see that?
8         A.   I do.
9         Q.   And do I understand correctly that the
10   Board did not have any awareness before this moment
11   that Mike Lindell had flown into Douglas, Georgia,
12   the very same day that Miss Hampton and Miss
13   Ridlehoover were let go?
14        A.   That's correct.
15        Q.   And there were no employees in the
16   Elections Office besides the elections supervisor and
17   the assistant to the elections supervisor.  They're
18   the only employees that work in that office, right?
19        A.   That's correct.
20        Q.   So as of February 25th before Mr. Lindell
21   flew in, there were no employees in that office at
22   all, right?
23             MR. DELK:  Object to the form.
24        Q.   (By Mr. Cross)  'Cause both had been let
25   go that morning?

1      A.     Yeah.

2      Q.     It came from her e-mail account.

3      A.     Okay.

4      Q.     And then Misty Hampton, you can see, sent
5  it; and here the first thing she asked for is a
6  digital copy of all video recordings of the Elections
7  Office from October 1, 2020 until February 25th of
8  2021.
9             Do you see that?

10     A.     Uh-huh.

11     Q.     Yes?

12     A.     Yes.

13     Q.     Okay.  And then come to the next page.
14            So a few months later, July 15, 2021,
15  Vicky -- Tracie Vickers e-mails Miss Hampton, if you
16  look in the middle here, and says, "I have just
17  received the downloaded media from Charles to
18  complete your request."
19            Do you see that?

20     A.     I do.

21     Q.     And it goes on to indicate that she can
22  come by and pick up the video that she's requested on
23  a portable store drive.  The cost is $59.39.
24            Do you see that?

25     A.     I do.

Page 177

1  Q. And then Miss Hampton writes back, "I will
2  be by tomorrow with cash to pick it up. Thank you."
3       Do you see that?
4  A. Okay. Where is that?
5       I do see that. Yes.
6  Q. And are you --  Are you aware, testifying
7  on behalf of the Board, that Miss Hampton did, in
8  fact, pick up this video?
9       MR. DELK: Object to the form.
10      THE WITNESS: I haven't been --  I do not
11  recall that the Board knew that the video was
12  picked or was not picked up.
13 Q. (By Mr. Cross) Okay. So she asked for
14 the video through February 25th of 2021. Tracie
15 Vickers indicates the video she's requested is being
16 provided.
17      But the video we got from the County cuts
18 off on February 19. Do you know why that is?
19 A. I don't.
20 Q. If you wanted to know why that is, who
21 would you ask?
22 A. I would ask --  I would ask Wesley.
23 Q. Wesley Vickers?
24 A. Wesley Vickers. Yes.
25 Q. Okay. All right. You can set that aside.

Page 283

# CERTIFICATE

STATE OF GEORGIA:

County OF FULTON:

      I hereby certify the foregoing transcript was taken down, as stated in the caption, and the questions and answers thereto were reduced to typewriting under my direction; that the foregoing pages 1 through 282 represent a true, complete, and correct transcript of the evidence given upon said hearing, and I further certify that I am not of kin or counsel to the parties in the case; am not in the regular employ of counsel for any of said parties; nor am I in anywise interested in the result of said case.

      This, the 6th day of September, 2022.

*S. Julie Friedman*

S. JULIE FRIEDMAN, CCR-B-1476