# EXHIBIT 154

## PROVISIONALLY FILED UNDER SEAL