# EXHIBIT 155

## PROVISIONALLY FILED UNDER SEAL