# EXHIBIT 156

## PROVISIONALLY FILED UNDER SEAL