# EXHIBIT 157

## PROVISIONALLY FILED UNDER SEAL