# EXHIBIT 158

## PROVISIONALLY FILED UNDER SEAL