# EXHIBIT 159


Case 1:17-cv-02989-AT   Document 1632-9   Filed 02/14/23   Page 2 of 2

**From:** Aubry, Meghan
**Sent:** Wednesday, July 14, 2021 8:59 AM
**To:** Adam M. Sparks
**Cc:** Connelly, James
**Subject:** Curling, et al. v. Raffensperger, et. al subpoena - Fortalice initial production in response to subpoena

Adam,

Below is a link to download Fortalice's initial production in response to the Curling Plaintiffs' subpoena in *Curling, et al. v. Raffensperger, et al*. I will send the password in a separate email momentarily. Please note that all documents are being produced subject to the effective protective order in the case (Dkt. 477), and each document has been designated as Attorney's Eyes Only.

We anticipate making an additional production this week. Please let Jamie or me know if you have any questions or issues accessing the documents.

Link : https://download.wbd-us.com/bds/Login.do?id=A0567302190&p1=afj285msbghiebdckbldckchi20
Expires : 8/12/21 11:59:59 PM EDT

Thank you,
Meghan

**Meghan Aubry**
Associate
Womble Bond Dickinson (US) LLP

**d:** 404-888-7391
**m:** 703-677-6432
**e:** Meghan.Aubry@wbd-us.com

Atlantic Station
271 17th Street, NW
Suite 2400
Atlanta, GA 30363-1017



**womblebonddickinson.com**

  

-=-=-=-=-=-=-=-

This email is sent for and on behalf of Womble Bond Dickinson (US) LLP. Womble Bond Dickinson (US) LLP is a member of Womble Bond Dickinson (International) Limited, which consists of independent and autonomous law firms providing services in the US, the UK, and elsewhere around the world. Each Womble Bond Dickinson entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Womble Bond Dickinson entity. Womble Bond Dickinson (International) Limited does not practice law. Please see www.womblebonddickinson.com/us/legal-notice for further details.