# EXHIBIT 160

Message
_____

| From: | Harvey, Chris [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3F1F603CA29F4E62874AD7949BCD384B-HARVEY, CHR] |
|---|---|
| Sent: | 11/6/2020 1:43:58 PM |
| To: | Watson, Frances [o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a76276f39bdd4942930106c456debca6-Watson, Fra] |
| Subject: | RE: |

10-4. I assume you're investigating.

## Chris Harvey
*Elections Director*
Georgia Secretary of State

**Main 470-312-2777**
**Cell   404-985-6351**



_____

**From:** Watson, Frances <fwatson@sos.ga.gov>
**Sent:** Thursday, November 5, 2020 3:31 PM
**To:** Germany, Ryan <rgermany@sos.ga.gov>; Evans, Blake <bevans@sos.ga.gov>; Harvey, Chris <wharvey@sos.ga.gov>
**Subject:**


Name:  Laura Jones
Phone:  (404) 731-5429
Address:  1379 Middlesex Avenue NE
City:  Atlanta
State:  GA
Zip Code:  30306
County:  Fulton
E-mail:  lauramullerjones@gmail.com

Location of Violation:  Temple Emanu El, 1850 Spalding Drive


Description of Violation:  When we opened the large cabinets containing the voting machines, we discovered that most of the voting machines "election database" doors were wide open and not secured with a zip tie with serial number.  Seals were already broken or a zip tie was put on but was not put through the door.  Also, we found two paper ballots on the printer.  We did not scan these ballots.  Our Poll Manager, Kaira Bell, put these on her clipboard.  I don't know where those ended up.  Also, all of the machines are supposed to show "0" ballots cast upon opening.  One of our machines did show 1 ballot had been cast on it.  We did not use this machine, but we did use all the other machines that had the "elections database" door open.  Last but not least, we did not follow the protocol for opening the large cabinets and starting up the machines.  In training, I was instructed that all serial numbers on zip ties on doors were to be compared with the serial numbers written down on a form.  We did not do this.  My Poll Manager said, "I've never seen them not match so we don't need to do this.  I can always check it at the end of the day."  So, we clipped off all the zip ties with serial numbers without checking them for a match.  I also know that the Poll Manager did not check them at

**Exhibit**
**0004**

STATE-DEFENDANTS-00101460

the end of the day because I was given the job of putting zip ties on to close up the machines and the Manager was packing up equipment.  It as disheartening not to see the security measures followed.  Laura Jones 404-731-5429

**Frances Watson**
*Chief Investigator*
*Investigations Division*
*Georgia Secretary of State*
Main: 470-312-2774
Cell: 404-683-3226



STATE-DEFENDANTS-00101461