# EXHIBIT 162

| | |
|---|---|
| **Message** | |
| **From**: | Harvey, Chris [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3F1F603CA29F4E62874AD7949BCD384B-HARVEY, CHR] |
| **Sent**: | 11/10/2020 6:41:17 PM |
| **To**: | Watson, Frances [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a76276f39bdd4942930106c456debca6-Watson, Fra] |
| **Subject**: | RE: |

How do we know they let him? The pictures look pretty rough

### Chris Harvey
*Elections Director*
Georgia Secretary of State

Main 470-312-2777
Cell    404-985-6351



**From:** Watson, Frances <fwatson@sos.ga.gov>
**Sent:** Tuesday, November 10, 2020 12:32 PM
**To:** Evans, Blake <bevans@sos.ga.gov>; Harvey, Chris <wharvey@sos.ga.gov>
**Subject:** FW:

FYI

My additional question is why did they let him take photographs in the poll?



### Frances Watson
*Chief Investigator*
*Investigations Division*
*Georgia Secretary of State*
Main: 470-312-2774
Cell: 404-683-3226



**From:** Hall, Adrick <ahall@sos.ga.gov>
**Sent:** Tuesday, November 10, 2020 12:08 PM
**To:** Watson, Frances <fwatson@sos.ga.gov>
**Subject:** FW:

**Exhibit 0005**

FYI...

**From:** Hall, Adrick <ahall@sos.ga.gov>
**Sent:** Tuesday, November 10, 2020 12:08 PM
**To:** Hall, Adrick <ahall@sos.ga.gov>
**Subject:** RE:

See pics

**From:** Hall, Adrick
**Sent:** Tuesday, November 10, 2020 11:18 AM
**To:** Watson, Frances <fwatson@sos.ga.gov>
**Subject:** RE:

I spoke with Austin and he explained that when he went to vote by Absentee-In-Person, the security seals on the BMDs were broken. He brought it to a poll worker's attention and she went and got a man (possibly a tech) who said they leave them open while the polls are open so they can fix the machines if necessary. He informed Austin that they were sealed when the polling location closed.

Austin said, out of concern, he photographed the BMDs in the front and back to capture the broken seals in pictures. I asked that he send me copies of the photos and he said he would email them to me.

**From:** Watson, Frances <fwatson@sos.ga.gov>
**Sent:** Monday, November 9, 2020 5:55 PM
**To:** Hall, Adrick <ahall@sos.ga.gov>
**Subject:**

Can you call this person and determine what he is reporting. Let me know what you find

Name:  Austin
Phone:  
Address:  -
City:  Hartwell
State:  GA
Zip Code:  30643
County:  Hart
E-mail:  -

Location of Violation:  Hartwell polling place at the library

Description of Violation:  Many voting machines unlocked during the day.

https://twitter.com/0x0090/status/1324666182641864706

**Frances Watson**
*Chief Investigator*

*Investigations Division*
*Georgia Secretary of State*
Main: 470-312-2774
Cell: 404-683-3226



Confidential                                                                                                                                STATE-DEFENDANTS-00101473