# EXHIBIT 163

## PROVISIONALLY FILED UNDER SEAL