# EXHIBIT 164

| Message | |
|---|---|
| From: | Barnes, Michael [/O=SOS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D4F658ED134C4A6D91A27F28A0572934-BARNES, MICHAEL] |
| Sent: | 7/9/2020 5:54:46 PM |
| To: | clinchelections@clinchcountyga.gov |
| Subject: | Re: Data Seals |

No, just please put your own seal on the equipment and document the seal number attached.

Sent from my iPhone
Michael Barnes
470-316-2884


On Jul 9, 2020, at 1:52 PM, "clinchelections@clinchcountyga.gov" <clinchelections@clinchcountyga.gov> wrote:

> **EXTERNAL EMAIL:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.
>
> <image001.gif>
> **Michael,**
> **My tech is doing L&A testing and discovered that 2 of our BMDs Election Data Seals were missing, (poll workers). Do we need to send these back to be resealed ? If so my regional tech has offered to take them back to Atlanta and drop them off on his way back home. Please let me know what we need to do.**
>
> Laina Ballance
> Clinch County Elections Supervisor
> 25 Court Sq. Suite A
> Homerville Ga. 31634
> 912-487-3656 Office
> 912-487-5162 Fax
> clinchelections@clinchcountyga.gov

**Exhibit 0022**