# EXHIBIT 165

## PROVISIONALLY FILED UNDER SEAL