# EXHIBIT 167

Page 1

1            IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF GEORGIA
2                    ATLANTA DIVISION

3

DONNA CURLING, ET AL.,          )
4                               )
      Plaintiffs,               )
5                               )  Civil Action
vs.                             )
6                               )  No. 1:17-CV-2989-AT
BRAD RAFFENSPERGER, ET AL., )
7                               )
      Defendants.               )
8

9

10       VIRTUAL VIDEOTAPED 30(b)(6) DEPOSITION OF
11    FULTON COUNTY BOARD OF REGISTRATION AND ELECTIONS
12                        THROUGH
13                   DOMINIC OLOMO
14             Friday, January 21, 2022
15                    10:29 a.m.
16

17        Robin K. Ferrill, CCR-B-1936, RPR
18

19

20

21

22

23

24

25

1      Q.   Is this consistent with the way Fulton

2   would approach a problem that it was informed of

3   about a ballot-marking device?

4            MR. LOWMAN:  Object to form of the

5        question.  You can answer.

6      A.   I'm -- it appears -- I don't know -- like I

7   don't -- can you break it down?  Like the question,

8   it's -- I don't understand.

9      Q.   (By Mr. Sparks) I'll try, sure.  If Fulton

10  County Board of Registration and Elections and,

11  Mr. Olomo, for purposes of saving the court reporter,

12  I'm going to refer to the Fulton County BRE as Fulton

13  County from time to time.  Do you mind if I do that?

14     A.   Correct.  Yes, that's fine.

15     Q.   Okay.  Thank you.  So Fulton County learns

16  of a problem with the ballot-marking device such as

17  the one described in this e-mail.  What would it do

18  next?

19     A.   No, that wouldn't be my question to answer.

20  I don't -- I'm not -- I'm not in the position to know

21  what to do.

22     Q.   Could a problem like the one described in

23  this e-mail be construed as evidence of a cyber

24  attack vulnerability?

25            MR. LOWMAN:  Object to the form of the

Page 23

1      question.  You can answer.

2      A.   Are you expecting me to talk?  I'm sorry.

3   I don't know because I'm not --

4      Q.   (By Mr. Sparks) Yes, the question is to

5   you.

6      A.   Oh, oh, sorry.  Sorry.  Okay, yeah.  I

7   would -- again, I don't -- I don't know.  That would

8   be -- that would be the SOS, for them to determine

9   what's going on with this, yes.

10     Q.   So Fulton County would relay news of this

11  incident to the Secretary of State's Office?

12     A.   Yes, yeah, I don't know what -- I don't

13  know what the -- how do I put it like, what the

14  guideline is or what the procedure should be.  I

15  would -- I don't know.  I don't know that will -- who

16  to refer that to.

17     Q.   So you don't know if there's a policy or

18  procedure regarding a potential threat or

19  vulnerability to securing any component of the

20  election system, such as BMD at issue in this e-mail?

21          MR. LOWMAN:  Object to the form.  You can

22     answer.

23     A.   I don't -- I don't know.

24     Q.   (By Mr. Sparks) So are there policies and

25  practices regarding securing components of Georgia's

1    Georgia's current Election System, including

2    Electronic Pollbooks.  Did I hear you correctly that

3    you mentioned poll pads and KNOWiNK earlier?

4         A.   Yes.

5         Q.   What do you know about poll pads and/or

6    KNOWiNK with regard to subtopic c?

7         A.   Poll pads are part of Georgia's system,

8    election system and that they use to check in

9    registered voters on election.  And KNOWiNK, I know

10   KNOWiNK is a vendor that supports poll pads and

11   that's about it.

12        Q.   So the poll pads are connected to WiFi,

13   internet at some point?

14        A.   Yes, during bulk updates, during L&A.

15        Q.   During bulk updates and during L&A.  Is

16   that right?

17        A.   Yes.

18        Q.   Any other time?

19        A.   No.

20        Q.   Are you able to testify about wireless

21   connections involving any other components of

22   Georgia's current election system?

23        A.   No.

24        Q.   So you can't tell me whether Dominion ICX

25   ballot-marking devices are connected to the internet?

1       A.    No.

2       Q.    And you can't tell me about whether the ICX

3   obstacle scanners that we discussed earlier are

4   connected to the -- to wireless internet?

5       A.    No.

6           MR. SPARKS:  I show you one more document,

7       Mr. Olomo.

8           (Exhibit 3, E-mail to Harvey from

9       Spell-Fowler, 10/27/2020, Bates Stamped

10      State-Defendants-00096447 - 96448, marked for

11      identification.)

12          MR. SPARKS:  One moment.

13      Q.    (By Mr. Sparks) Okay.  If you want to check

14  your marked exhibits folder, I have placed an exhibit

15  there marked as Exhibit 3.  If you would take a

16  moment to review it, please.

17          Please tell me when you have reviewed the

18  document, Mr. Olomo.

19      A.    Will do.  I'm done.

20      Q.    My question concerns item Number 1 in this

21  e-mail you see here.  I'll try to highlight it.  I'm

22  not sure if I can.  In any event, item 1 describes a

23  complaint that apparently was received by someone at

24  the Federal Bureau of Investigation regarding an

25  incident on October 23rd, 2020.  Quote, One of the

1  poll workers.

2      Q.   Okay.  So concerning wireless connections

3  to components of Georgia's current election system,

4  are you aware of any vulnerabilities related to the

5  use of ballot-marking devices that are created by

6  lower security wireless connections?

7      A.   No, not to my knowledge.

8      Q.   Do you know who Angelos Keromytis is?

9      A.   Who?

10      Q.   Angelos Keromytis.

11      A.   No.

12      Q.   Mr. Olomo, I think I know the answer to

13  this question but I want to ask.  Have you read any

14  of the expert reports filed in this case?

15      A.   I believe not.  No.

16      Q.   Are you aware of any of them from any other

17  source like a periodical or newspaper or website,

18  anything like that?

19      A.   No.

20      Q.   So if there were vulnerabilities with

21  components of Georgia's current election system with

22  regards to this topic 15, are you able to tell me

23  anything about those assertions?

24      A.   I'm sorry.  I don't understand your

25  question.

1  know, I'm reading the SOP back in my head to make

2  sure that I'm not missing something here, but we

3  receive the SOP, but, you know, I'll say, yeah, I'm

4  trained, yes, I'll say yes.

5        Q.   What are the SOP?

6        A.   Standard operating procedures.

7        Q.   Okay.  Tell me more about that.  What are

8  the standard operating procedures for?  Fulton County

9  topic 15?

10       A.   No, it's just -- it's generally for the

11  State of Georgia on how L&A is done.  Yes, it's not

12  for Fulton -- just for Fulton County.

13       Q.   I see.  So you are referring to standard

14  operating procedures regarding cybersecurity that

15  come from the Secretary of State's Office.  Is that

16  right?

17       A.   No.  No, not cybersecurity procedures.  I'm

18  talking about L&A and that's logic and accuracy and

19  yes.  I'm not talking about cybersecurity, no.

20       Q.   Okay.  Do L&A procedures not include any

21  sort of security component?

22       A.   No, it's just -- yes.

23       Q.   Are there policies concerning cybersecurity

24  concerning protection against cyber attack

25  vulnerabilities that come from the Secretary of

Page 37

1   State's Office?
2       A.   No.
3       Q.   Does Fulton County have its own such
4   policies?
5       A.   No.
6       Q.   So has Fulton County assessed or otherwise
7   examined Georgia's current election system for
8   cybersecurity vulnerabilities?
9       A.   No, not to my knowledge.  No.
10      Q.   And forgive me if I'm repeating myself, but
11  does Fulton County have the authority to examine
12  Georgia's current election system for cybersecurity
13  vulnerabilities?
14      A.   I -- yeah, I think my director could answer
15  that.  That's not in my purview.  Position to -- my
16  place to answer the question, no.
17      Q.   Has Fulton County taken any measures to
18  eliminate or remediate cybersecurity vulnerabilities
19  in Georgia's election system?
20      A.   Not to my knowledge.
21          MR. SPARKS:  Can we go off the record for a
22      moment?
23          THE VIDEOGRAPHER:  The time is 11:19 a.m.
24      We are off the record.
25          (WHEREUPON, a recess was taken.)

Page 42

1                    C E R T I F I C A T E

2     STATE OF GEORGIA  )

3                      ) ss.:

4     FULTON COUNTY    )

5

6         I,  Robin Ferrill, Certified Court Reporter

7     within the State of Georgia, do hereby certify:

8              That Dominic Olomo, the witness whose

9     deposition is hereinbefore set forth, was duly sworn

10    by me and that such deposition is a true record of

11    the testimony given by such witness.

12             I further certify that I am not related to

13    any of the parties to this action by blood or

14    marriage; and that I am in no way interested in the

15    outcome of this matter.

16              IN WITNESS WHEREOF, I have hereunto set

17    my hand this 9th day of February, 2022.

18

19

20

21

22

23             ROBIN K. FERRILL, RPR

24

25