# EXHIBIT 168

Message

| | |
|---|---|
| **From**: | Brower, Dwight [Brower, Dwight] |
| on behalf of | brower, dwight [brower, dwight] |
| **Sent**: | 11/20/2020 1:59:00 PM |
| **To**: | Barron, Richard L.; Gilstrap, Derrick; Cummings, Timothy |
| **Subject**: | FW: Concerns over handling of Early voting ballots |

Please see the comments of this poll manager/temporary agency employee that was brought in to assist with L&A on the scanners at GWCC concerning the recovery/flipping of the equipment coming in from early voting and the security of ballots.

From: Bridget Thorne [mailto:thornbrid@aol.com]
Sent: Friday, November 20, 2020 8:27 AM
To: Floyd-Thomas, Cynthia <Cynthia.Floyd-Thomas@fultoncountyga.gov>
Cc: Brower, Dwight <Dwight.Brower@fultoncountyga.gov>; Harris, Johnny <Johnny.Harris@fultoncountyga.gov>; Benjamin, Sharon <Sharon.Benjamin@fultoncountyga.gov>
Subject: Concerns over handling of Early voting ballots

Hi Cynthia;

I have gone back and forth on whether to send this email, but I realize now the importance of securing future elections. I also realize now that Dominion software was running the warehouse and not Fulton County Election Employees. I understand they are a software and equipment company. Running an election warehouse is not their expertise.

I spent 5.5 days helping in the temporary warehouse at the GWCC. It was great hands on experience and I really enjoyed the people. My main job was printing 21 test ballots for each precinct. We printed these ballots on the official Rolland Voting paper. There was no difference between the test ballots and the real ballots. Ballots would get lost or we would make mistakes, so we would have to reprint ballots. I started to spoil mistake ballots before I threw them in the suitcase (that was supposed to be shredded). On one day, I went through the suitcase and pulled out all the ballots. I had a stack approximately 8 inches tall. Throughout the day, I spoiled them by crossing out the QR code or tearing them. My Supervisor asked what I was doing. She came back to me the next day and said that her Supervisor told her that they were way to lax with the ballots in the warehouse. I assumed she affirmed spoiling ballots was ok, but to my knowledge no one was directed to do likewise.

On the night of Friday, October 30th, early voting finished at State Farm Arena. Several employees came to me because they were concerned over the ballots that came into the warehouse. I went to observe their concerns. I saw approximately 40-50 stand-alone scanners. People were just opening them up and emptying the ballots into suitcases. There was no counting (although there were thousands in each scanner). There was no formal procedure. Anyone who wanted to help could grab a scanner and start emptying the ballots. Tia, who I believe is a Dominion Employee, told me "it's fine Bridget, we have been doing this all week". I looked at the concerned employees that brought me over and told them the paper ballots are only back-up and probably won't be needed. Later that evening when I had a break, I went over and helped a gentleman empty a scanner. I tried to assure myself that it was all ok. Late that night around 10pm, as I was leaving the warehouse, I noticed there were still unsecured suitcases of ballots next to scanners.

The next morning, I arrived just before 8 am. I noticed all the suitcases were piled in a corner. They appeared to have yellow seals. But anyone had access to them. I could have easily rolled a suitcase out to my car or to the loading dock. Later that day, employees were bringing me ballots. They asked me if they were test ballots or if they were real ballots. Unfortunately, I had no way of telling the difference.

On Sunday night, I was staying late (after 10pm). We had printed all the test ballots but there was the chance that some needed to be reprinted so I stayed. I had nothing to do, so I decided to help a woman

that was setting up a large precinct. I went back to my desk to find Dominique and Mike printing ballots. I assumed they were missing test ballots so I jumped into help. Dominique had to leave shortly after I started helping. I noticed Mike (a Consultant) was not printing test ballots correctly. He was just printing random ballots. I showed him how to correctly print test ballots. He soon left and I finished up. I then realized that anyone in the warehouse had access to printing real ballots. If test ballots are the same as real ballots, this area should be secured.

*   Shouldn't State Farm Arena Precinct managers secure and turn in their ballots?
*   How are all real paper ballots secured in the warehouse normally?
*   Do test ballots need to be run on Official Rolland Paper? Can they be on normal paper? On election day, my precinct was given emergency ballots on plain yellow legal size paper and they said "SAMPLE" across them.
*   Is there a way of securing the Rolland Voting Paper?

I understand the process of handling a precious ballot. I am assuming that the same process should be the same for early voting? This is why I have brought these concerns to you. Please let me know if I am mistaken. My hopes are that my concerns will help future elections.

Thank you,

Bridget

Bridget Thorne