# EXHIBIT 170

Message

| | |
|---|---|
| **From**: | smbeaver@comcast.net [smbeaver@comcast.net] |
| **Sent**: | 11/12/2020 5:16:29 PM |
| **To**: | Beaver, Merritt [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=cf9722d544f8476ab2513232dbb6d894-Beaver, Mer] |
| **Subject**: | FW: FW: DHS |
| **Attachments**: | IN38564523-events.pdf; IN38564523.pdf; Hacker IP.zip |

**EXTERNAL EMAIL:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Merritt Beaver
770-330-0016

**From:** Walker, Klint <klint.walker@hq.dhs.gov>
**Sent:** Thursday, November 12, 2020 10:55 AM
**To:** Smith, Marty <marty.j.smith@hq.dhs.gov>; Merritt Beaver <smbeaver@comcast.net>
**Cc:** Robinson, Donald <Donald.Robinson@cisa.dhs.gov>
**Subject:** Fwd: FW: DHS

Merritt,

Per our conversation here are the files that were sent from Fulton county. Please let us know if you see any activity related to the IP or events as indicated. Justin Crowder is the main POC at Fulton County to discuss. I can introduce you if you need to coordinate. Thank you.

Klint
404-895-1127

**From:** Johnson, Ed <Ed.Johnson@fultoncountyga.gov>
**Sent:** Thursday, November 12, 2020 10:01:51 AM
**To:** Walker, Klint <klint.walker@hq.dhs.gov>
**Subject:** FW: FW: DHS

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Ed Johnson
Cyber Security Program Manager
404-612-1721
ed.johnson@fultoncountyga.gov

-------- Original message --------
From: Justin Crowder <Justin.Crowder@fultoncountyga.gov>
Date: 11/12/20 9:15 AM (GMT-05:00)
To: "Smith, Marty" <marty.j.smith@hq.dhs.gov>

Exhibit 0024

Cc: "Slaton, Terrence" <Terrence.Slaton@fultoncountyga.gov>, "Johnson, Ed" <Ed.Johnson@fultoncountyga.gov>
Subject: [secure] FW: DHS

Justin Crowder

Information Security Manager

Cybersecurity, Information Technology

404-612-8431 (office) 404-405-9489 (Cell)

Connect with Fulton County:

Website | Facebook | Twitter | Instagram | FGTV | #OneFulton E-News



How satisfied were you with services you received from Justin Crowder today?

**From:** Justin Crowder
**Sent:** Thursday, November 12, 2020 8:56 AM
**To:** Johnson, Ed
**Cc:** Slaton, Terrence; Marty Smith
**Subject:** RE: DHS

Confidential                                                                                                       STATE-DEFENDANTS-00182285

I see the attachments didn't go through.

Justin Crowder

Information Security Manager

Cybersecurity, Information Technology

404-612-8431 (office) 404-405-9489 (Cell)

Connect with Fulton County:

Website | Facebook | Twitter | Instagram | FGTV | #OneFulton E-News



**From:** Justin Crowder
**Sent:** Wednesday, November 11, 2020 9:56 PM
**To:** Johnson, Ed
**Cc:** Slaton, Terrence; Marty Smith
**Subject:** Re: DHS

Confidential  STATE-DEFENDANTS-00182286

We had an incident that began on Sunday 11/8 to Monday 11/9 where we found alerts and events of someone trying to run Vulnerability scans and run scripts to gain access into our environment. Specifically our external OWA server.

Due to my research on the company and the owner of the company belonging to the IP address in question, I am concerned that this was a politically motivated attack. I have attached all links of my research in the body. I have attached the reports from our secureworks and Palo alto alerts and screenshots of the person of interests social media page

If you have questions please reach out to me.

Justin Crowder

Information Security Manager

Fulton County Government

404-405-9489 – Cell

Under the direction of;

Chief Information Security Officer

Terrence Slaton

Confidential

Google Search

https://www.google.com/search?q=CREVIER+IT+CONSULTING&rlz=1C1GCEA_enUS926US926&oq=CREVIER+IT+CONSULTING&aqs=chrome..69i57.6768j0j7&sourceid=chrome&ie=UTF-8

https://www.google.com/search?rlz=1C1GCEA_enUS926US926&ei=xYipX7mNAsK3ggeX1r6ADA&q=crevier+it+consulting+manchester+new+hampshire&oq=crevier+it+consulting+manches&gs_lcp=CgZwc3ktYWIQAxgAMgUIIRCgATIFCCEQoAEyBQghEKABOgQIABBHOgUIIRCrAjoHCCEQChCgAVCc1pcDWLTelwNgse2XA2gAcAJ4AIABqwGIAYcGkgEDNC4zmAEAoAEBqgEHZ3dzLXdpesgBCMABAQ&sclient=psy-ab

Business listing

https://www.bizapedia.com/nh/crevier-it-consulting-llc.html

Business owner

https://www.linkedin.com/in/matt-crevier-a1493228

open Corporates page

https://opencorporates.com/companies/us_nh/701372

New Hampshire Secretart of State Listing of business

https://quickstart.sos.nh.gov/online/BusinessInquire/BusinessInformation?businessID=519801

Address of business owner which business is registered to

https://gis.vgsi.com/manchesternh/Parcel.aspx?pid=8272

New address of business owner which corelates to his current work location

https://gis.vgsi.com/salemnh/Parcel.aspx?pid=100766

His facebook page and in the attached zip you will see where he was speaking about politics

https://www.facebook.com/matt.crevier1

Justin Crowder

Information Security Manager

Cybersecurity, Information Technology

404-612-8431 (office) 404-405-9489 (Cell)

Connect with Fulton County:

Website | Facebook | Twitter | Instagram | FGTV | #OneFulton E-News



\<Hacker IP.zip\>

\<IN38564523.pdf\>

\<IN38564523-events.pdf\>

Sent from my iPhone

On Nov 11, 2020, at 1:17 PM, Johnson, Ed <Ed.Johnson@fultoncountyga.gov> wrote:

Justin see below and respond accordingly. Thanks.

Ed Johnson

Cyber Security Program Manager

404-612-1721

ed.johnson@fultoncountyga.gov

Confidential       STATE-DEFENDANTS-00182290

-------- Original message --------

From: "Smith, Marty" <marty.j.smith@hq.dhs.gov>

Date: 11/11/20 1:15 PM (GMT-05:00)

To: "Johnson, Ed" <Ed.Johnson@fultoncountyga.gov>

Subject: RE: DHS

Ed, can you provide the details of the report?

Thanks,  Marty

---

**From:** Johnson, Ed <Ed.Johnson@fultoncountyga.gov>
**Sent:** Tuesday, November 10, 2020 6:30 PM
**To:** Walker, Klint <klint.walker@hq.dhs.gov>; Smith, Marty <marty.j.smith@hq.dhs.gov>
**Cc:** Justin Crowder <Justin.Crowder@fultoncountyga.gov>; Slaton, Terrence <Terrence.Slaton@fultoncountyga.gov>
**Subject:** FW: DHS

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Klint/Marty, see below can respond back with questions that you may see fit.

Thanks.

Ed Johnson

Cyber Security Program Manager

Fulton County Government

404-612-1721(Office)

404-825-3149(Cell)

How satisfied were you with services you received from Ed Johnson today?

---

**From:** Justin Crowder
**Sent:** Tuesday, November 10, 2020 6:27 PM
**To:** Johnson, Ed <Ed.Johnson@fultoncountyga.gov>
**Cc:** Slaton, Terrence <Terrence.Slaton@fultoncountyga.gov>
**Subject:** DHS


Ed can you reach out to Klint Walker with DHS and let him know that we just sent an issue over to MSISAC that is possibly related to elections. Thanks


Justin Crowder

Information Security Manager

Cybersecurity, Information Technology

404-612-8431 (office) 404-405-9489 (Cell)

Connect with Fulton County:

Website | Facebook | Twitter | Instagram | FGTV | #OneFulton E-News

How satisfied were you with services you received from

Justin Crowder  today?

Confidential

STATE-DEFENDANTS-00182293