# EXHIBIT 171

## PROVISIONALLY FILED UNDER SEAL