# EXHIBIT 172

Messages - Eric Chaney

Text message
3/15/18, 7:40 PM

Do you have a conference schedule

3/19/18, 11:13 AM

Emailed you a schedule

Thanks

3/24/18, 8:13 PM

Hey I'm sorry to bother you on Saturday night but I have no idea what the dress code is feel me in a touch thank you

Like you come to the meetings.

No suit lol

Lol.. ok

3/26/18, 11:00 AM

Wake up

This is horrible

This guy is AWEFUL

They're people in here who eat sleep and breathe this

Yelp

Where did Ed go

I see him now

I don't know.. but I should've went with him

Lol

What a joke.. lol

No reg in a bar

I know

Yes or the block

Hahahaha

I think every speaker should be ABLE TO SPEAK, not READ

B O R I N G

Yes it is

3/27/18, 9:23 AM

http://www.metrolyrics.com/turdy-point-buck-lyrics-bannanas-at-large.html

This is her song.. read the lyrics

**Exhibit 0003**

Messages - Eric Chaney

5/1/18, 7:40 AM

Our board meeting is today right

Yes sir

Thanks

5/1/18, 9:28 AM

I will be just a couple minutes late

Ok no problem

5/17/18, 8:55 AM

So if Francis's Lott is wanting to build an apt where our office is where are they going to put our office

Haven't heard anything about this

It is on Douglas now

5/22/18, 8:41 PM

Stacey Teston

███████████████

7/11/18, 3:40 PM

Hey man.... Dy was going to come by and talk to you about a donation, which office does she need to go to

7/12/18, 2:28 PM

Hey man.... Dy was going to come by and talk to you about a donation, which office does she need to go to

7/24/18, 10:03 PM

How much for washer and dryer

How much for washer and dryer

I'll look tommorow and see what they're worth

It's a really nice set

Ok

10/23/18, 8:59 AM



Messages - Eric Chaney

**Fwd:**

https://goo.gl/images/iw93Zt

OMG!!! He really is crazy

Slightly





10/23/18, 1:36 PM

Hey they need what size would you wear if it is a small medium large xl sizing

L

Ok

10/23/18, 7:33 PM

Are you watching the debate

I'm recording and I've just come inside I'm going to watch it

OMG, who is the no ear guy

I think they took part of his brain when I got his ear

They got his ear

Lol!!!

10/24/18, 3:36 PM

Scott said they have not named a chief yet

Messages - Eric Chaney

Thanks

10/26/18, 4:18 PM

text me Robert Preston's phone number

Plz

Robert Preston.vcf

Yes SIR

Lol

10/31/18, 9:43 AM

Hey.... I am in a meeting at the school call u in a few!!! Hunter has been acting up again

Ok

I really don't know what else I can do to help him

11/1/18, 5:51 PM

How's your dad

Has not went to surgery yet

Oh my

Yeah I left and went and the. Came back to work. They had an emergency surgery come in

He at coffee?

No tifton

Oh ok.  Just checking on ya

Thank you! I will let y'all know as soon as I get there. And find out! Headed there now

Ok

11/5/18, 9:53 AM

When will the shirt be ready

I can't talk right now. I'll call you back shortly.

Ok

Shirts are ready I will have them at my office

Per misty

What you mean?

That text was from Mystic she said the shirts will be at her office there ready

Misty

Messages - Eric Chaney

This is misty!

I was trying to text that to Miss Ernestine sorry

11/13/18, 6:19 PM

I have a friend that is in need of a car or small truck! How much do you normally require for down payment

Only small truck the damn payment normally starts at 1500

The "damn" payment?

Bahahahaha

Down

You already cussing at me! Lol

And the payment isnt even due

Do y'all pull credit?
Trying to get information for my friend. They will take a car, truck, or small suv! They have went through a divorce and is having to start completely over. Don't really know how much of a down payment they will be able to come up with

I do not pull credit but I do require a downpayment and source of income and proof of address

I understand. They are going to try to come up with something! Just trying to help them

It is almost as easy as voting

Lol!

I appreciate it thank you

I just understand where they are coming from.... feeling like their world has been swiped out from under them

Yes I can only imagine that has to be a terrible feeling

It really is! But maybe since I have been there I can help someone that has to go through it

11/14/18, 3:56 PM

What do u think I can sale my Ford Explorer for. 2015 limited with 64471 miles



Messages - Eric Chaney

This is what they are averaging at auction

Ok

12/4/18, 9:27 AM

You coming to the meeting

Yes ma'am

1/8/19, 9:30 AM

Im otw

1/29/19, 6:07 PM

Hey what is the guys name that is over the water out here?

David Vickers

Ok.

Question..... do you know if he is gay? Lol

No.. he likes women

Wow! I would of never thought that! Lol

He's a good ol boy

Oh. He got money?

Lol

I think he does pretty well for himself

We went to school together

I was being funny!

Lol.. ring him up

4/2/19, 9:19 AM

Hey you coming today

Im sick as a dog

Oh I am so sorry!!!

4/2/19, 3:12 PM

Hope you get to feeling better soon!

5/7/19, 9:25 AM

You coming today

Yes

Ok

5/7/19, 10:57 AM

I really hate to ask this..... I am in a major bind..... would you be willing to loan me 200 and me pay you 50 each pay period? Again I HATE TO ASK

Messages - Eric Chaney

5/14/19, 12:45 PM

Good Afternoon......this is DyAnna Hayes Miss USA National Miss Georgia Teen... the time has came again for me to reach out and ask for sponsorship. I was wondering if you would be willing to sponsor me today! I am needing to raise $600 by this Friday. And remember donations are tax deductible!

I greatly appreciate your support and you believing in me and my journey!

6/18/19, 10:02 PM

How did it go



Good ol run off

I really wish one would conceded but you kabir that won't happen

Know*

Yeah I know

7/16/19, 5:39 PM

Do you want me to call and order it?

9/2/19, 12:56 PM

When you have time send out a group text or email miss Ernestine said she's on board for rescheduling meeting

Ok.

Thanks

Messages - Eric Chaney

11/5/19, 9:50 PM



12/3/19, 11:56 AM



12/3/19, 1:19 PM

Did you get the room took care of?

Talked to aj

And?

He's called wesley.  It will get done

Ok. So I don't need to be looking for more rooms?

No.  I'll get it handled

Ok. Thank you

12/3/19, 5:03 PM

We will not be staying at the Marriott. Ernestine will but the other 4 of us are not.

Per Abby. So I don't know what is going on.

I just hope we do not get there and not have rooms

12/5/19, 6:45 PM

Bring up redoing the office

Messages - Eric Chaney

4/14/20, 10:08 AM

What seat was I looking for again. Lol

9/14/20, 2:54 PM

Do you think you would have a moment to swing by the office

I do

Thanks

9/16/20, 6:44 PM



My drawing of how to do the office. Lol

9/18/20, 4:59 PM

Hey can you tell me what a 2011 Nissan Armada platinum with 140k miles is worth

Also, the 2013 Infiniti QX56 you have on your lot, is it a nice good vehicle? I am looking for me a way to go. Lol

9/18/20, 9:29 PM

Sorry I missed your call I was outside. Just came in

9/20/20, 2:24 PM

Question...: are the cars on the lot at car mart supposed to be unlocked?

9/21/20, 10:18 AM

You busy

9/21/20, 2:12 PM

Ok. Both credit unions we have to wait 30 days after going before we can get a loan. Did you say deal with farm bureau also

Kenny Burnham

9/22/20, 10:42 AM

Can you stop by the office it is work related

Messages - Eric Chaney

10/6/20, 9:18 AM

Are you coming to the meeting?

Otw

Good

10/19/20, 12:00 PM

Hey.... ct went to jimmy about closing the precincts

I will have the figures today for you

Thks

10/22/20, 10:09 AM

I am still interested in the Infiniti you have. Can you ask them to email me something with the price and taxes all on it.

10/22/20, 7:13 PM

Sorry I've had a crazy day.  That truck sold

Ok

Did y'all have a good day?

10/27/20, 10:18 AM

Call me ASAP

10/31/20, 9:21 AM

How many votes did we get in total

9567

Thanks

11/9/20, 6:23 PM

Holla

We are going to have a guest tomorrow at the board meeting make sure we have audience participation on the agenda

Just walked inside. Do you still need me to call you

11/10/20, 9:41 AM

On number 6 you discuss what you need

11/10/20, 5:19 PM

Did not receive a phone call today

11/10/20, 8:34 PM

I received an open record request tonight.

11/11/20, 9:32 AM

Can I legally give out mins of the board before they have been approved by the board

I have no clue.. ask Jennifer or Tony

Messages - Eric Chaney

The mins have to be approved by the board before I can send them. So tomorrow at the board meeting I will have to ready to be approved.

Ok

11/11/20, 11:51 AM

Call you in a few

👍

11/11/20, 8:37 PM

Do you have a draft of ed's letter?

Working on that now

Great. Can you email me when you get it

I sure will.

Thank you

I want to send you the board mins also and tell me if you want me to word anything different before tomorrow

Ok

I will

Did you ever speak to Johnny Wayne about the office

I did not.  I have been struggling to get anything done for the phone ringing today

Same!!!

I know!

Finishing the board mins for in the am... do you remember who made the motion to have the called meeting and who second it my recorder did not record that.

Who ever it was also gave the motion to move the dec meeting as well

I do not

I am going to put you and Matt. Lol

Do it!

Now we do not have to move the December meeting

Please proof read the mins for me. I have not done that yet

Messages - Eric Chaney



I ordered this for the office

Thank you

Email looks good

Ok working on the other one now.

Ok

11/12/20, 3:34 PM

11/12/20, 5:19 PM

Was you going to contact those lady and ask them to come by and talk to me before lunch tomorrow or do I need to call them

You call them

Ok. Thank you

Not sent

11/12/20, 10:18 PM

Did you like that post? Was that ok

I did

Very good

Thank you!

Thanks for your hard work

Thank you for all your help

It has not gone unnoticed

Thank you!

11/13/20, 9:07 AM

Georgia begins hand recount amid GOP infighting in state | Fox News https://www.foxnews.com/politics/georgia-recount-reffensperger-loeffler-perdue-trump-biden

11/13/20, 2:25 PM

COFFEE COUNTY
OFFICIAL BALLOT
GENERAL AND SPECIAL ELECTION
OF THE STATE OF GEORGIA
NOVEMBER 3, 2020

*"I understand that the offer or acceptance of money or any other object of value to vote for any particular list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is under Georgia law." [O.C.G.A. 21-2-284(e), 21-2-285(h) and 21-2-383(a)]*

111-Douglas

For President of the United States (Vote for One) (NP)
Vote for Joseph R. Biden (Dem)

For United States Senate (Perdue) (Vote for One) (NP)
Vote for Jon Ossoff (Dem)

For United States Senate (Loeffler) - Special (Vote for One) (NP)
Vote for Raphael Warnock (Dem)

For Public Service Commissioner (Vote for One) (NP)
Vote for Robert G. Bryant (Dem)

For Public Service Commissioner (Vote for One) (NP)
Vote for Daniel Blackman (Dem)

For U.S. Representative in 117th Congress From the 12th Congressional District of Georgia (Vote for One) (NP)
Vote for Liz Johnson (Dem)

For State Senator From 7th District (Vote for One) (NP)
Vote for Write-in JAMES CURTIS

For State Representative In the General Assembly From 169th District (Vote for One) (NP)
Vote for Michael "Buckle" Moore (Dem)

For Clerk of Superior Court (Vote for One) (NP)
Vote for Write-in CORA ANTHONY

For Sheriff (Vote for One) (NP)
Vote for Write-in ANTHONY DAVIS

For Tax Commissioner (Vote for One) (NP)
Vote for Write-in CORA ANTHONY

For Surveyor (Vote for One) (NP)
Vote for Write-in JOHNNY JOWERS

For Coroner (Vote for One) (NP)
Vote for Write-in SIDNEY HARRELL

For Altamaha Soil and Water Conservation District Supervisor (Vote for One) (NP)
BLANK CONTEST

Constitutional Amendment #1 (NP)
Vote for YES

Constitutional Amendment
Vote for NO

Statewide Referendum A (N
Vote for YES

1/1

Why does this one have 2 QR code's? Him

Hummmm

Wow

Crazy

Yelp

COFFEE COUNTY
OFFICIAL BALLOT
GENERAL AND SPECIAL ELECTIO
OF THE STATE OF GEORGIA
NOVEMBER 3, 2020

*"I understand that the offer or acceptance of money or any other object of va list of candidates, issue, or list of issues included in this election constitutes under Georgia law." [O.C.G.A. 21-2-284(e), 21-2-285(h)*

118-Douglas

For President of the United States (Vote for One) (NP)
BLANK CONTEST

For United States Senate (Perdue) (Vote for One) (NP)
BLANK CONTEST

For United States Senate (Loeffler) - Special (Vote for One) (NP)
Vote for Jamesia James (Dem)

For U.S. Representative in 117th Congress From the 12th Congressional District of Georgia (Vote for One) (NP)
BLANK CONTEST

1/1

Look at this one only printed a few races

And I seen the difference in paper

This is a travesty

Messages - Eric Chaney

Yelp

I have you a check

Ok

We will be finished sorting in about an hour



What is funny the state has not told anyone that we have to run the ballots I just asked my friend TJ and he said he knew but only because the Republican Party told him. But he had not heard from the states

Nothing on firefly?

Not that I have seen

They are some kind of organized

Yelp!

11/16/20, 2:29 PM

I have not heard from any lawyers

Ok

Messages - Eric Chaney

11/17/20, 1:55 PM



11/19/20, 5:19 PM

Do you have the election bulletin from the Secretary of State office about how the audit had proved the machines reliable and that notes should certify the original numbers?

I will go back on firefly and find them

Email them to me plz

Trump's man wants them

Ok.

They're after the SOS  AND GOV

Good!!!!

I'll help them any way I can

Me too

11/20/20, 10:14 AM

Just sent you and email

Thanks

12/1/20, 11:10 AM



Messages - Eric Chaney

12/1/20, 5:05 PM

Tyler_Harper_133324815548254.vcf

Tell me who a good lawyer would be for that

Let me think about it

Did you get Tyler's contact info?

Yes, it left him off, but I just did a new one with him in it

Just hope I don't get fired for it. Lol

You won't!

Lol



Too bad I don't live in Alpharetta, I would make sure I spoke with them after there speech

Do you still have those lawyers emails?

I do

Email them in the morning

12/1/20, 9:34 PM

Ok.

12/2/20, 3:19 PM

Are you busy

12/2/20, 7:14 PM

Trump is going to be in Valdosta Saturday afternoon!!!!! Campaign for perdue and Kelly
I need to get to him! And talk to him and then

So who do we know, that can get us Calle of talking to him!!

Dominic's buddy.

Russ Goodman

Messages - Eric Chaney

We need to talk to him so we can get to talk to trump and explain in person

Sure would be nice

Yes it would

12/4/20, 10:33 AM

I am sitting here with Tony Rowell, and after him looking at the numbers from the recount, he suggests that we DO NOT CERTIFY. The certification is supposed to be done by noon today. We have drafted a letter to be sent to the state.
So I was going to see if you can sign a letter

12/4/20, 3:38 PM

You busy

12/8/20, 2:36 PM

Why is he scared?

Pussy

You have a signed copy

Yes

Ok

I want you there

Good

Are you going to be here with Ed and Robert Preston

Yes

12/8/20, 9:44 PM

Think we can get James to give a statement?

No. He does not want to be involved

That's going to hold us up

I don't think so. I really do not know if he is a legal citizen

All we need is a written statement

Just saying he/ we can't figure out why we can't get a valid result

12/9/20, 9:27 AM

Does Wendell think he is going to change the vote to not go tomorrow

Im about to puss this joker off

Good. Cause I am getting pissed!

12/9/20, 8:22 PM

https://www.walb.com/2020/12/09/secretary-state-opens-investigation-into-how-coffee-co-handled-recount/?fbclid=IwAR1EKBBnbEhWLOuRUadMJ06jNaCNWiK9_inxZkjGOXOJiL5duxzwI0CLx_M

Messages - Eric Chaney



12/10/20, 4:09 PM

Dominic is pissed and he is trying to call you

12/11/20, 12:12 PM

Send me TJs #

TJ .vcf

12/11/20, 2:19 PM

The funny thing the Dominion guys can not get the computer to work! They are both in there and on FaceTime!

Bahahahaha

I want to record but I can't

The truth shines bright

Yelp! I want to know what their titles are

12/12/20, 11:29 PM

Are you ok?

12/13/20, 3:36 AM

Yes. Migraine! And can not get it to go away!! Yes

12/21/20, 10:05 AM

How are you feeling?

Much much better!

Great!

Trying to work from home a little today. I am going to go get a printer from the office to hook to my computer so I do a little from here

Glad you're feeling better

How are you feeling?

Feeling great.  I'm at the coast until later today

Oh you dog! Lol

12/22/20, 12:29 PM

You busy?

Messages - Eric Chaney

12/30/20, 4:00 PM







This is the poll pad that we use on Election Day, you can watch Netflix



What channel

BREAKING VIDEO: DOMINION HACK! Voting Systems in Fulton County, GA Have been HACKED on LIVE TV! | Red Voice Media https://www.redvoicemedia.com/2020/12/30/breaking-video-dominion-hack-voting-systems-in-fulton-county-ga-have-been-hacked-on-live-tv/

Wow!!!!

Messages - Eric Chaney



This is the computer that the ICC scanner is connected to



This is the EMS server computer

12/31/20, 11:13 AM

You busy

12/31/20, 2:51 PM

Can you come down here

12/31/20, 7:46 PM

Did you get the letter sent

No. I am going to finish it tomorrow

prestonhaliburton@████.com

12/31/20, 9:13 PM

I resent it

Thanks!!

1/4/21, 11:02 AM

Hey, sorry to bother you when you are busy, I am about to have a very disgruntled voter coming to the office. The voter called to see where her sons ballot was, I asked to speak to her son, and she said, he is a truck driver and he is in another sta...... and then you could hear Olivia in the background telling her what to say, she asking for proof that I mailed it, lol she said she wanted to count my stamps.... lol just to let you know

Messages - Eric Chaney

1/4/21, 7:28 PM

Butt dial

Ok

Sorry

No problem

1/5/21, 1:34 PM

Come on, show about to start



The law is headed out the door

Ok

Video

Are they sending Broxton police or Douglas police

Lol

They just walked out of here. It is a black cop and a white cop

They won't do crap to her

Nope and I am so sick of it

Why should I push it

I am so tired of fighting a fight that I can not get back up from the city

Charlie With City Of douglas.vcf

Messages - Eric Chaney

1/5/21, 3:17 PM



Contact person?

She said if you go to the door ring the door bell they will come out to you. I called them and they know what to do. You just wait on it outside.

1/5/21, 5:15 PM

I called the law again about the dance party!

Hey Ms. Ernestine don't like Surcheros.

Can we order something else

Sure

Do whatever works

Im not picky

1/6/21, 4:26 PM

Scott Hall is on the phone with Cathy about wanting to come scan our ballots from the general election like we talked about the other day. I am going to call you in a few

1/6/21, 8:54 PM

I found out tonight, that there is another way to change ballots in RTR!

What?

Yelp!

How

I found a Manuel on Diminion

Wow

1/7/21, 10:18 AM

Hey, are you coming to the office. I need a board member to be here when we transfer ballots

I'll be there@11

Ok

Messages - Eric Chaney

1/7/21, 7:24 PM

+1864 ████

Let's switch to Signal https://signal.org/install

1/8/21, 11:52 AM

Did you check signal?

Call you in just a minute

Tag

1/12/21, 2:56 PM



1/15/21, 5:08 PM

Do you have snap chat? Signal is down!

1/19/21, 10:35 AM

If you happen to be in town, the guys measuring my desk are still here

1/20/21, 6:47 PM

Do you have a high capacity scanner in your office?

1/22/21, 1:53 PM

Are you at your office

1/25/21, 7:31 PM

You busy

1/27/21, 9:23 AM

I took care of the people measuring my desk

2/5/21, 5:51 PM

I am looking for a dependable car with a low payment

2/9/21, 2:30 PM

Do you still have the 2007 Nissan Armada

2/9/21, 5:20 PM

https://www.bitchute.com/video/17ZUoNxKWACb/?fbclid=
IwAR0kUYA_2y9kKYlQkqTkn-8Ah7kow1C3RGrkitWbC3GCWRmLkGksNX6RrXo

Messages - Eric Chaney

2/19/21, 4:36 PM

How do you feel if I go before the elections committee and speak Monday in reference to a bill that they are trying to pass that will really mess with Elections. I can send you a copy of the bill. They have been having discussion yesterday today and Monday about this. They are supposed to be sending a new bill tonight for us to look at.

2/24/21, 10:53 PM

Will you please text me during the meeting and let me know if I need to write a letter of resignation

Or do I need to first thing in the morning

I see there is a called meeting on the county website



2/26/21, 7:49 PM

I just want to take this time and say... thank you for the opportunity of working with you for the time I had. I have no hard feelings! And a gain Thank you

2/27/21, 9:00 AM

You're welcome.  I wish you the best. Use your knowledge to get ahead.

TJ is coming Wednesday to have lunch and meet some people if you would like to join

Ok.. if im in town I'll try to come

3/1/21, 12:04 PM

Jil just told me you offered her a job!! THANK YOU! She was making 11.13 an hour, I don't know what you offered her, and it is none of my business but I just wanted to tell you what she was making. Again Thank you