# EXHIBIT 174







2



3





5



6



7



8



9