# EXHIBIT 176

# Coffee County Board of Elections and Registration Elections Office Security Video

## January 7, 2021













































































































































































