# EXHIBIT 177

January 8, 2021

From 5pm to 6pm missing video

**Exhibit**
0011































































































