# EXHIBIT 178

## PROVISIONALLY FILED UNDER SEAL