# EXHIBIT 180

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:20-cv-04809-TCB
### Pearson et al v. Kemp et al
### Honorable Timothy C. Batten, Sr.

Minute Sheet for proceedings held In Open Court on 12/07/2020.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 11:06 A.M.      COURT REPORTER: Lori Burgess
TIME IN COURT: 1:06                   DEPUTY CLERK: Uzma Wiggins
OFFICE LOCATION: Atlanta

ATTORNEY(S)        Joshua Belinfante representing Brad Raffensperger
PRESENT:           Joshua Belinfante representing Brian Kemp
                   Joshua Belinfante representing David J. Worley
                   Joshua Belinfante representing Matthew Mashburn
                   Joshua Belinfante representing Rebecca N. Sullivan
                   Amanda Callais representing DCCC
                   Amanda Callais representing DSCC
                   Amanda Callais representing Democratic Party of Georgia, Inc.
                   Julia Haller representing Brian Jay Van Gundy
                   Julia Haller representing Carolyn Hall Fisher
                   Julia Haller representing Cathleen Alston Latham
                   Julia Haller representing Coreco Jaqan Pearson
                   Julia Haller representing Gloria Kay Godwin
                   Julia Haller representing James Kenneth Carroll
                   Julia Haller representing Vikki Townsend Consiglio
                   Harry MacDougald representing Brian Jay Van Gundy
                   Harry MacDougald representing Carolyn Hall Fisher
                   Harry MacDougald representing Cathleen Alston Latham
                   Harry MacDougald representing Coreco Jaqan Pearson
                   Harry MacDougald representing Gloria Kay Godwin
                   Harry MacDougald representing James Kenneth Carroll
                   Harry MacDougald representing Vikki Townsend Consiglio
                   Charlene McGowan representing Anh Le
                   Charlene McGowan representing Brad Raffensperger
                   Charlene McGowan representing Brian Kemp
                   Charlene McGowan representing David J. Worley

A124

|  | Charlene McGowan representing Matthew Mashburn<br>Charlene McGowan representing Rebecca N. Sullivan<br>Carey Miller representing Anh Le<br>Carey Miller representing Brad Raffensperger<br>Carey Miller representing Brian Kemp<br>Carey Miller representing David J. Worley<br>Carey Miller representing Matthew Mashburn<br>Carey Miller representing Rebecca N. Sullivan<br>Sidney Powell representing Brian Jay Van Gundy<br>Sidney Powell representing Carolyn Hall Fisher<br>Sidney Powell representing Cathleen Alston Latham<br>Sidney Powell representing Coreco Jaqan Pearson<br>Sidney Powell representing Gloria Kay Godwin<br>Sidney Powell representing James Kenneth Carroll<br>Sidney Powell representing Vikki Townsend Consiglio<br>** Abigail Frye |
|---|---|
| PROCEEDING CATEGORY: | Motion Hearing(PI or TRO Hearing-Evidentiary); |
| MOTIONS RULED ON: | [43]Motion to Dismiss GRANTED<br>[63]Motion to Dismiss GRANTED |
| MINUTE TEXT: | Defendants' motions are GRANTED. TRO is DISSOLVED. Case is DISMISSED. Clerk shall close the case. |
| HEARING STATUS: | Hearing Concluded |

A125