# EXHIBIT 182



1

Exhibit
0007

Coffee Cty Bd 30b6

Milestone XProtect Smart Client 2020 R2 – Player: Exported Project.scp
8/31/2022 3:43:58 PM
Playback
Search
View 1
Verify Signatures...
Setup
10:34:38 PM Export 8-30-2022 10-24-34 PM
Details
10:07:22 PM The project contains at least one database with embedded signatures. You can verify these signatures by clicking the "Verify Signatures..." button in the toolbar.
AXIS P3245-LVE Network Camera (10.20.62.110) - Camera 1 - 1/28/2021 2:11:00.357 PM
More
1/28/2021
2:11:00.357 PM
Export
AXIS P3245-LVE Network Camera (10.20.62.110) - Camera 1
All cameras in view
1x
4x
1 week

Milestone XProtect Smart Client 2020 R2 – Player: Exported Project.scp
8/31/2022 3:59:49 PM
Playback
Search
View 1
Verify Signatures...
Setup
10:34:38 PM Export 8-30-2022 10-24-34 PM
Details
10:07:22 PM The project contains at least one database with embedded signatures. You can verify these signatures by clicking the "Verify Signatures..." button in the toolbar.
AXIS P3245-LVE Network Camera (10.20.62.110) - Camera 1 - 1/29/2021 3:57:56.889 PM
12:00 PM
12:00 AM
1/29/2021
3:57:56.889 PM
Export
AXIS P3245-LVE Network Camera (10.20.62.110) - Camera 1
All cameras in view
1x
8x
1 week













