# EXHIBIT 183



1

Exhibit 0008
Coffee Cty Bd 30b6













7