# EXHIBIT 184

1          UNITED STATES DISTRICT COURT

2        FOR THE NORTHERN DISTRICT OF GEORGIA

3              ATLANTA DIVISION

4

5         Civil Action No. 1:17-cv-02989-AT

6    _____

7    DONNA CURLING, et al.,

8         Plaintiffs,

9    vs.

10   BRAD RAFFENSPERGER, et al.,

11        Defendants.

12   _____

13      VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF

14              JEFFREY E. LENBERG

15   DATE:          November 21, 2022

16   TIME:          10:05 a.m. to 6:21 p.m. Eastern

17   LOCATION:      Witness location

18

     REPORTED BY:  Felicia A. Newland, CSR

19

20            Veritext Legal Solutions

           1250 Eye Street, N.W., Suite 350

21            Washington, D.C. 20005

22

1          A     Yes.  A brief CV, yes.  It's

2     obviously one page, but yes.

3          Q     And let me ask you, I'm going to come

4     back to this probably in a little bit greater

5     detail, but what generally is your experience in

6     testing or evaluating electronic election systems?

7          A     Well, I have quite a bit at this

8     point.  Since I did testing in Georgia, in Coffee

9     County, I've done quite a bit of testing associated

10    with a court case in Michigan.  And I -- those are

11    the two places where I -- I've tested the equipment

12    itself.  I also -- it depends on how you define

13    testing.  I have -- I've run EMS software as well

14    and evaluated EMS software.

15         Q     Which did you work on first, Coffee

16    County or Michigan?

17         A     Coffee County was the first location

18    that I actually had an opportunity to go to and try

19    to help.

20         Q     And prior to going to Coffee County,

21    did you have experience with electronic voting

22    systems?

1              A      I had experience from 1994/'95 time

2       frame, but it was more the data associated with the

3       electronic voting systems versus hands-on

4       equipment.

5              Q      Okay.  And what is your first

6       experience with the Dominion Voting System?

7              A      That was Coffee County.

8              Q      Okay.  Your background is extensive,

9       I realize that, and it's -- it has many different

10      facets to it, but one of them is in testing.  Is

11      that correct?

12             A      That's correct.

13             Q      And could you just describe for the

14      record how you would characterize your expertise in

15      testing?

16             A      It's quite extensive.  I've spent 11

17      to 12 years developing and designing satellite

18      systems and designing software to do automated

19      testing of satellite systems, as well as designing

20      test procedures to do that testing, as well as

21      doing all kinds of maintenance on orbit testing of

22      satellites after launch, using software that I had

Page 18

1          been involved in developing.

2                      And then I ended up actually being a

3          manager of a test development group where I had

4          about 20 people working for me developing test

5          systems, as well as later on I had another group.

6          I switched and managed another group that was

7          running operational test systems.  So I have all

8          that experience, about 11 years worth of doing

9          that.

10                     The kind of testing we did was

11         extremely high-reliability testing.  We had to test

12         a satellite system for years before it was

13         launched.  The -- I put in my documents a

14         picture -- you probably wondered why it was in

15         there, it was a group of satellites, an early

16         warning satellite system that I had a lot to do

17         with designing circuits.  I have hardware flying on

18         that, but a lot of testing associated with that.

19                     And we test for years.  And at 20,000

20         miles out in space you don't get a chance to go fix

21         it, so you've got to get it right.  So the testing

22         is quite extensive.  And it's not just testing for

1      function, it's thermal testing, shock testing, all

2      kinds of mechanical, radiation testing, EMC

3      testing, that's electromagnetic connectivity

4      interference, electromagnetic interference testing,

5      acoustic testing.  You name it, I -- I have done

6      the testing.  I had the good privilege of working

7      at a laboratory that had the most advanced test

8      facilities probably in the United States, maybe in

9      the world.

10                    And in addition to that, I did

11     on-orbit testing after we launched our satellites,

12     and so I had to obviously test the systems once

13     they got on orbit.  But I also did maintenance on

14     the systems once they were on orbit.  So there was

15     a time or two when I was called because of a

16     problem with a payload on orbit on that particular

17     satellite that I showed in the picture there, where

18     I personally went to the ground station of an

19     operational satellite and spent hours testing it

20     and then putting back into a working configuration.

21                    Each one of those satellites was an

22     800 million-dollar satellite, $400 million for

Page 20

1      the -- the satellite itself and $400 million,

2      approximately, to launch it.  And I was handed

3      control of -- of that satellite.  And I personally

4      was the only one sitting there doing the testing,

5      reconfiguring.

6                   The particular one that I'm thinking

7      of, I was directed to call the watch officer at

8      NORAD on a secure telephone, which I did, and that

9      was two o'clock in the morning, and he had

10     instructions to wake up the Four Star General that

11     is the head of Space Command and let him know that

12     his -- his primary asset was fully operational once

13     again.

14                   So yes, I have very extensive test

15     experience.

16          Q     And then you retired in 2012 from

17     Sandia Labs.  Is that right?

18          A     Late 2011.

19          Q     Okay.  And then after that, I see you

20     had a -- or have a project in Nairobi, Kenya.  Is

21     that right?

22          A     I have a small company based in

Page 21

1    Nairobi, Kenya called Worldwide Africa.  And we

2    develop energy systems for nonprofits and others

3    down there, homes, residences, businesses, schools,

4    people that do not have access to electricity.

5               So since that time, leaving Sandia,

6    that's been one of the things that I've done is

7    spend quite a bit of time in Africa, in Kenya,

8    Uganda, current projects in Malawi, Sierra Leone,

9    and bringing energy systems to especially schools

10   that don't have access to it.

11          Q    And that's a nonprofit group.  Is

12   that right?

13          A    My companies are for profit.  We work

14   with nonprofits.

15          Q    Okay.  So I understand you had some

16   election experience in the '90s.

17               MR. BROWN:  I think the screen is

18   frozen.

19               Felicia --

20               COURT REPORTER:  Yes, he's frozen.

21   BY MR. BROWN:

22          Q    We might have missed a little bit of

Page 22

1          your last sentence here.  You froze up there for a

2          second, but I'll -- I'll move on.

3                    A      Okay.

4                    Q      You had some experience with

5          elections in the 1990s, I believe --

6                    A      That's correct.

7                    Q      -- but recently -- but recently when

8          was your interest in election integrity or election

9          systems renewed?

10                   A      August 2020, is when it got renewed.

11                   Q      And what trigged that?

12                   A      Well, the upcoming election and the

13         fact that I believe we were in the middle of the

14         COVID situation at the time.  And part of my

15         background is doing broad spectrum analysis.  When

16         you look at vulnerabilities -- you haven't gotten

17         to that part yet -- but I look at things across the

18         board.

19                          And so I was paying attention at that

20         point -- began to pay attention to what was going

21         on in the world, and there were just a lot of

22         concerns about what was happening and what might

Page 116

```
 1              Q    And then let's go ahead and look at
 2        your report if that's pulled up yet.
 3              A    Okay.
 4              Q    And do you see it?
 5              A    Which one -- yeah, we do.
 6                   Which one?
 7              Q    Let's go to the ICC one first, if we
 8        could.
 9              A    Okay.
10              Q    Which is the last page.
11              A    Yeah.  The ICC one is the one I
12        wrote.  Doug wrote the other one.
13              Q    Okay.
14              A    I'm a man of few words.  I only have
15        one page.
16              Q    If you look at the results, which I
17        want to go to, you state, "The scanner worked
18        extremely well with no rejects for almost all of
19        the configurations that we -- that were run over a
20        several-hour period.  Midway through the testing,
21        we reconfigured the ICC to have a date of
22        November 5th instead of the current date."
```

Page 117

1              Do you see that?

2         A    Yes, I do.

3         Q    And why did you change the date?

4         A    The reason I did that is, again, I'm

5    a testing expert and I'm also a vulnerability

6    spotter expert, if you will, assessment, and -- and

7    I'm an expert in that area.  So one of the things

8    that a bad actor would do potentially is use the

9    date as a trigger.  Okay?  So they -- they would

10   potentially us a date.

11              So, for example, they could say --

12   they could put in the firmware, you know, prior to

13   November 3rd, worked perfectly, and then on and

14   after November 3rd, for a period of time do the

15   subversion that's built in.  And, oh by the way, if

16   40 days goes by, or whatever the canvassing period

17   is, go back to working perfectly.

18              So that was the reason it dawned on

19   me, wait a second, it's been working perfectly all

20   this time.  And, again, we were trying to see if we

21   could get it back into the state where it was

22   misbehaving on the -- during the runoff.

Page 118

```
 1              And so it crossed my mind that, wait

 2      a second, it may be date dependent, so let's

 3      reverse the date on the machine.  I asked Misty to

 4      do that, to set the date back to November 5th, so

 5      that it would be within a reasonable period of time

 6      of the election in case that was being used as a

 7      trigger mechanism.

 8         Q     Why didn't -- why did you pick the

 9      5th instead of the election day?

10         A     I wanted it to appear as a recount,

11      right?  So that's why.  Instead of the original

12      election day, I -- I was -- look, if -- if -- a lot

13      of people don't realize the way that recounts are

14      done in most of the states, they will label them as

15      a manual recount.  It turns out most states that do

16      manual recounts don't do manual recounts, they just

17      call it a manual recount.

18              What they mean by -- even the state

19      law in New Mexico is that you take randomly 100

20      ballots out of the actual ballots that were voted,

21      or so, and it's usually a small number, like 100 or

22      125, 150, and you manually score those.
```

Page 119

```
 1                    You set up the election.  You run

 2       those 100 or 150 through.  You compare it to the

 3       hand scoring.  If they agree, then you start all

 4       over and run thousands of ballots through that

 5       machine.  You set up a new election and -- and you

 6       run thousands through the machine.

 7                    The problem with that is that if

 8       there's a trigger level, that's not going to catch

 9       it.  And obviously, you've got to be able -- if --

10       if a recount is done, your machines better -- and

11       if they're misbehaving, you need them to misbehave

12       the same way they did on election night.  And so

13       that is why I picked something close, but not

14       exactly election.

15                    Does that make sense?  Have I

16       confused you?  That is pretty techy, but have I

17       confused you?

18            Q    No, I understood it, but it seems

19       like if you were trying to detect if there was a

20       subversion when the votes were counted, you would

21       date it when the votes were counted first.

22            A    Well, keep in mind that they did do a
```

Page 120

1          manual -- I mean, they did a machine recount, and

2          apparently -- you said apparently the number came

3          out correct.

4                  Q     Not on the machine recount, on the

5          hand recount.

6                  A     Oh.

7                  Q     What you were doing --

8                  A     I'm sorry, I'm confused.

9                        But in any case, I don't remember the

10         exact reason why other than I was trying to do

11         something close to the election, but not the

12         election, to make sure I was in what might be a

13         window in which a subversion was authorized or --

14         or not authorized, but triggered, if you will.

15         Let's call it triggered.

16                       I looked for triggers on -- on if the

17         firmware were subverted, anybody that creates

18         something like that would have to create the proper

19         trigger mechanism so that they could defeat logic

20         and accuracy testing and survive a machine recount.

21                 Q     Right.

22                       But your trigger here was after the

Page 121

1        actual election night, correct?

2                A      That's correct.

3                Q      Okay.  And you -- you asked Misty to

4        change the date in both the EMS and the ICC,

5        correct?

6                A      I believe so.

7                Q      And did you ask her after your

8        testing was done to reset the clock?

9                A      I did.  To my recollection, I did.  I

10       asked her to set it back.

11               Q      Okay.  And do you know if she did one

12       way or the other?

13                      I mean, did you see her reset it?

14               A      You're asking me detail that I --

15               Q      You don't remember?

16               A      I don't remember.

17               Q      Okay.  Did you think that it was

18       necessary for you to obtain -- or Misty to obtain

19       any additional authorization to change the clock on

20       the EMS server?

21               A      No.

22               Q      You say after you mention in your

Page 122

1        report -- or the same sentence -- well, you say,

2        "Through the testing we'll reconfigure the ICC to

3        have a date of November 5th instead of the current

4        date."

5                A    Uh-huh.

6                Q    Okay.  And then you report that you

7        happened upon a set of scanner configuration

8        parameters.  Do you see that?

9                A    Yes.  Yeah.  So what happened was --

10                   MR. CLEMENTS:  Let's stop.  Is there

11       a question?

12                   THE WITNESS:  Yes, what's the

13       question?

14                   MR. BROWN:  I was about to get it --

15       I was about to get to it.  Thank you, Mr. Clements.

16       BY MR. BROWN:

17                Q    You say, "We happened upon it."  Did

18       those scanner settings just appear or did you run

19       through -- did you have her run through different

20       configuration parameters?

21                A    I'm trying to think if that is a

22       multiple question or not, but --

Page 123

1          Q     So you say, "We happened upon it,"

2     sort of like the British expression, "It went

3     missing."  You know, it's like how -- how did you

4     happen upon a set of scanner configuration

5     parameters?

6          A     Yes.  So let me explain.  So I had

7     access through Misty there to the manual that

8     explained how that system works.  So I scanned

9     through that looking for how it worked.  Keep in

10    mind, I was trying to learn how these machines

11    worked so that I could find out if there was any

12    particular issue or not.  These manuals, by the

13    way, are generally available on the internet.  You

14    can go out and find manuals on -- on these machines

15    available on the internet.

16          So I looked through -- in fact, I

17    might have even looked through one before I showed

18    up there.  I can't recollect, but I spotted a

19    couple things that were odd.  And this is a strange

20    thing about the way my brain works, is I look

21    outside the box by default.  So most people look

22    inside the box.  I look outside the box.  That's

Page 124

1    both a blessing and a curse.

2                But anyway.  So I looked for

3    anomalous things, things that don't make sense,

4    that shouldn't be there.  And what I saw were two

5    different things, but one was that there was a --

6    there was a definition in there of how to change

7    the optical scanner settings.  In other words, how

8    the scanner would scan.

9                So built into the Dominion software

10   is an interface to tweak the scanner settings, the

11   optical scanner settings.  That was of great

12   concern to me.  When I saw that, I thought this is

13   an extreme vulnerability, this should never be

14   available in a voting system.

15               And if it is required for some odd

16   reason, it should be totally buried, need very

17   strong passwords to get access to it, and very

18   limited number of people to have access to it.

19   Well, it turns out it was in there.  And if you

20   were the administrator on a system like Ms. Hampton

21   was, she, it turns out, had access to it.  And you

22   could tweak it.  You could change those settings.

Page 125

1              Now, the reason this is horrible to

2      even consider it being in a machine is that you

3      shouldn't be allowed to go in and change the way

4      votes are interpreted.  I mean, the way that votes

5      are actually detected off the ballot.  And that's

6      what this software purportedly allows you to do.

7              In fact, at the time there was a -- I

8      remember it, in late 2020 there was a news story

9      circulating that -- and maybe even before the

10     election, that the super -- that the Dominion

11     technicians were adjusting the sensitivity of

12     tabulators and scanners.  And I thought that made

13     no sense at all.  You shouldn't be able to adjust

14     the sensitivity.  It should either detect the vote

15     or not detect the vote.  And being able to tweak

16     the sensitivity of it made no sense to me at all.

17             And so that -- red flags are going

18     off.  Okay?  Alarm bells going off.  This does not

19     belong here.  All right?  You can change the way

20     votes are actually detected if -- if -- if this

21     worked, if the software was actually doing

22     something.  And at that time, I had already heard

Page 126

1       the story about Dominion techs saying that they

2       were adjusting the sensitivity of the -- in the

3       press.  I don't remember the exact articles, but

4       how the sensitivity was being adjusted on -- on how

5       ballots were being read.  There's no reason to

6       design a voting system that way, a tabulator that

7       way.

8                    So I was drawn to that.  And so what

9       I did is I asked Misty to start changing those

10      parameters to see if they made any difference.  So

11      there's a whole series of those parameters that

12      were changed.  There were several parameters there.

13                   In the note supplement that we sent

14      this morning that I came across -- sorry it came in

15      late -- but we did find some notes, you know,

16      working notes.  And I sent photographs of those to

17      you this morning, or David did.  In there, it

18      actually shows some notes where we -- I thought it

19      would be helpful for this conversation.  I

20      suspected that it would come up that -- you know,

21      the actual parameters that we changed.

22                   So like D skew was in there, contrast

1     was in there, sensitivity of -- light sensitivity,

2     or something like that was in there.  Gamma.  There

3     were a bunch of different settings that were in

4     there where you could change the way the optical

5     scanner was going to read the ballot, supposedly.

6     And I was surprised that Misty, through her admin

7     interface, could actually adjust it, but she was

8     able to.

9                So -- so we went through them one by

10    one and started adjusting them.  And running

11    ballots.  And by the way, at that point, somewhere

12    in there, I mean we ran quite a few ballots through

13    and that machine worked perfectly.

14                Just -- since it had been so-called

15    fixed, potentially remotely on -- during the

16    runoff, it worked perfectly.  It was not stopping

17    on any ballots at all.  It literally -- in fact,

18    Ms. Hampton commented she had never seen the

19    tabulator work that well.  It had never worked that

20    well.  And it was working extremely well.

21                So we were adjusting them.  We

22    were -- she was checking them on the EMS to see if

Page 128

1       it matched what we know we put in, because we had

2       20 Biden, 20 Trump.  We would run 20 at a time, and

3       it was working perfectly as we adjusted down

4       through, as you'll see in the notes, several

5       different settings.

6               And then the last setting out of, I

7       don't know, half a dozen to ten settings that we

8       changed, was a very strange setting.  It was

9       called -- well, it had to do with color pens

10      writing on the ballot.

11              So it turns out there's a setting

12      where you can say, ignore red, ignore green or

13      ignore blue or ignore none.  And the default is to

14      ignore red.  And the reason that's in there --

15      there's a good reason for that, is that sometimes

16      if election officials need to write on a ballot for

17      some reason and they will use a red pen typically,

18      and so having a setting that says "ignore red"

19      makes sense.  You know, that you would want to have

20      the software ignore any red marks that are on

21      the -- the ballot.  So we got to that one.  It was

22      set to ignore red.  We changed it to "none."

Page 129

```
 1                 Now, keep in mind, to my knowledge
 2       the ballots that we had didn't have any red on
 3       them.  I'm not positive, but I don't think any part
 4       of the writing on there was red.  But when we
 5       changed it to "none" instead of "no red," it began
 6       behaving, according to Misty Hampton's description,
 7       exactly like it did on the runoff night.  We no
 8       longer could run a set of 20 Trump ballots through
 9       without the machine stopping.  We could regularly
10       run a set of 20 Biden ballots through without the
11       machine stopping.
12                 And that occurred in our last hour,
13       hour and a half of testing.  And if I remember
14       correctly, I think Doug Logan had some schedule
15       deadline for some reason that he had to leave and
16       so we wrapped up right there.
17                 And -- but that was right towards the
18       end of the testing, we were able to get it back
19       into that mode.  And then I believe I had Misty go
20       ahead and reconfigure it back to the correct
21       settings and -- and we left.  So that was that
22       portion of the visit.
```

                                                        Page 130

1          Q      Okay.  And so you went through a

2      number of different configuration parameters that

3      did not cause this anomaly, correct?

4          A      That's correct.

5          Q      Did any of the other parameters cause

6      other anomalies, like Biden getting rejected?

7          A      No, not that I remember.  I don't

8      recollect.  In fact, I was surprised that changing

9      all of those other settings didn't seem to have any

10     impact on how the scanner ran.  I was actually

11     surprised by that.

12                It was almost like, well, these are

13     dummies, they're not working.  You know, if I

14     change the contrast way off scale or the light

15     sensitivity or the gamma or something, I expected

16     it to work -- you know, to break something, make it

17     work differently, but it didn't.  It continued to

18     work properly.

19         Q      But to sort of go back to the top,

20     the 2020 general election in Coffee County happened

21     on election day, they got the results that were

22     confirmed with one vote off in the hand recount --

Page 177

1      get" -- is it Charles's approval?

2              A      That's what it says.  I don't know

3      who it's referring to though.

4              Q      Is that Mr. Bundren maybe?  You don't

5      know?

6              A      I don't know.

7              Q      And then a couple of minutes later,

8      you say, "Got it."  Do you -- do you mean

9      understand what he said or you got permission?

10             A      I don't recollect getting permission

11     or doing anything with it so I assume I just was

12     responding and saying, "Yeah, I got your message, I

13     understand."

14             Q      Did you ever get access to the

15     virtual machine folder?

16             A      Not that I recollect.  I don't

17     believe I was ever directly connected to Strickland

18     and Sullivan's FileShare, or whatever you want to

19     call it.  Not that I recollect.

20             Q      Okay.  If you turn over to -- to page

21     11.  I'm sorry, page 12.  And I'm going to ask you

22     about a message from Phil Waldron.  And I will

Page 178

1        caution you that this may not be from -- to or from

2        you or in your thread, but I still have a question

3        about it.

4                 Phil Waldron says, "Misty from Coffee

5        County is getting hammered like Tina in Mesa

6        County.  You have a copy of the image.  We need to

7        get it to our lawyer Bundren ASAP for her defense."

8                 Do you see that?

9        A     I see that the message.

10       Q     Do you recall anything about that?

11       A     I don't.  Yeah, I don't recall

12       anything about that.

13       Q     Do you recall changing the ICC system

14       time again after you changed it -- after you had it

15       changed initially?

16       A     You mean changing it back to what it

17       was?

18       Q     No.  Changing it to November 3rd.

19       A     I don't recollect, but we might have.

20       I -- I -- I don't know either way.  It's possible.

21       Q     If the -- if the records reflected

22       that the ICC system time was changed to

Page 187

1          Q      Okay.  But in any event, you're not

2     sure -- so it would be one election, but you're not

3     sure which election it was.  Is that fair --

4          A      That's correct.

5          Q      -- to say?

6          A      That's correct, I'm not sure which

7     one it was.

8          Q      And the -- but the CompactFlash would

9     also have information relating to the configuration

10     of the ICP, correct?

11          A      Yes.

12          Q      And the log files, that kind of

13     thing?

14          A      SLOG files, yes.  The system log

15     files.

16          Q      And did you figure out how to access

17     the information on those CompactFlash drives?

18          A      You know, I don't recollect if I did

19     or not.  There was so much going on at the time and

20     I was up in Michigan pretty quick and moved on from

21     Georgia, so to what extent I analyzed that from

22     nothing to whatever, I don't know.  I -- I don't

Page 188

1      recollect what it was.

2              Q      And how did you get this information

3      from Misty Hampton?

4              A      I believe it was a memory stick.

5              Q      And you asked for it and she gave it

6      to you, right?

7              A      I believe so.

8              Q      It wasn't in response to an Open

9      Records Act request, right?

10             A      I don't believe so.

11             Q      And is it your understanding that she

12     had the authorization to give you this kind of

13     information?

14             A      Yes, I believe so.  That was my

15     understanding.

16             Q      And I may have asked you this but --

17     or you may have testified, is that this -- is it

18     the same information that SullivanStrickler would

19     have had on their ShareFile site or different?

20             A      I would expect it to be the same.

21             Q      And you got it from Misty because at

22     that time you did not have access to the

Page 189

1          SullivanStrickler file, right?

2                A      That's not true.  I -- I -- I don't

3          know that I had access or not, but me getting it

4          from Misty was so that -- in particular I was

5          learning about this stuff in the system log files,

6          so the idea was that at some point I could look at

7          those system log files and try to look for

8          reversals.  And, again, I don't recollect how much

9          analysis I did on that, if any.  But that was what

10         idea, was to be able to look at the system log

11         files which are available via records request,

12         apparently across the country in most

13         jurisdictions.

14                Q      Did you give the information on those

15         flashcards to anybody else?

16                A      No.

17                Q      Were you working for an attorney in

18         connection with obtaining those files or was that

19         just on your own?

20                A      That was essentially on my own.

21                Q      And what were you going to use them

22         for again?

Page 203

1          a forensic image, but -- but the copy I got, I

2          believe, was made by Misty Hampton.

3                 Q     Right.  I'm referring to what you got

4          FedExed -- what was FedExed --

5                 A     Oh, different -- different thing.

6          Okay.  You're talking about the disk that was sent

7          to Michigan?

8                 Q     Yes.

9                 A     Oh, okay.  Sorry.  Wrong topic.  Go

10         ahead and ask the question again, please.

11                Q     No, I -- I confused you because I --

12         I didn't have a transition in my questions and

13         so --

14                A     Okay.

15                Q     -- I apologize for that.

16                      But what I'm referring to is a

17         forensic copy that SullivanStrickler made and had

18         on their ShareFile site.

19                      But the sequence of that is, just

20         goes over some of your own testimony, I'm just

21         trying to get it together, is that you had asked

22         Doug Logan for a copy -- you weren't able to get

Page 204

```
 1          approvals for that apparently, but then you did

 2          obtain it from Michael Lynch, correct?

 3              A     No, not quite.  The -- those are two

 4          independent things that I believe you put together

 5          there.  What I recollect is from the e-mail, and

 6          it's consistent with that, is that Jim Penrose and

 7          Stephanie asked if that disk be sent up there.  And

 8          the disk we sent up there -- and I'm just repeating

 9          myself -- Michael Lynch received it, Michael Lynch

10          delivered it to me.  I was asked to make a copy

11          that was utilized for I don't know what, but it was

12          handed over to them.  And then the original disk

13          was taken by Michael Lynch.

14              Q     And were you stationed, for lack a

15          better term, in Michigan in that April time frame

16          then working with them?

17              A     What's the question again?

18              Q     Were you physically in Michigan

19          working on --

20              A     I was.

21              Q     -- working on the --

22              A     I was.
```

Page 251

1          it was sort of my plea for, "Let's get some extra

2          help to really, you know, manage all of this."

3          Because it was like drinking from a firehose, there

4          were so many problems all over the place.

5                    Again, I could have used the staff of

6          at least 50 to 100 people to just try to track all

7          this stuff down that really I feel like our

8          government should have been tracking and

9          investigating states and the federal should have

10         been doing investigations all over the place.  And

11         to my knowledge none were done.

12                    Q    So for the stuff --

13                    A    I never ran into an investigator

14         anywhere.

15                    Q    So for the Coffee County work, then

16         is it correct that you did not follow a systematic

17         progress?

18                    A    I did not log it.  I did what I

19         consider systematic testing as far as going through

20         a sequence to try to get it to misbehave.  I took,

21         you know, what little notes I did there to show the

22         results.  And so I did it at that level.  When

Page 252

```
 1        you're doing, for example, satellite testing, it

 2        would be very, very formal with, you know, all

 3        kinds of detailed records and -- and, you know,

 4        very detailed stuff going on.  We didn't have the

 5        resources or staff to do that, and that's what I

 6        was complaining about there --

 7              Q     I got it.

 8              A     -- is that we really need to get more

 9        help.

10              Q     I got it.

11                    When you were in the Coffee County

12        election's office, were you in the same room as the

13        EMS server?  Were you the little room that's -- I

14        think that was the one where the investigator came

15        in to.

16              A     Not correct.  I was in the same room

17        as the ICC and the EMS with Misty Hampton.

18        Ms. Hampton, the election supervisor, invited me in

19        there to observe her running.  That's where her ICC

20        was, was in that room.  And I believe that's -- to

21        my knowledge, that's where it normally is.  And so

22        yes, I was invited in there to watch her run it.
```

Page 260

```
 1          that in case that was causing the trigger, that was

 2          a trigger requirement, that it would meet that

 3          requirement.  So she did change the date on it.  So

 4          that was one thing that was changed.

 5               Q     Did you change anything else, sir?

 6               A     You know, I believe there was one

 7          more that --

 8                     MR. CLEMENTS:  Objection once again

 9          to directing whether he's changing things.  You

10          need to be more precise on the record, please.

11          BY MS. MIDDLETON:

12               Q     Did you direct Misty Hampton to

13          change anything else, sir?

14               A     Yes, there was one other item that

15          comes to my mind and that was something else that

16          stuck out as a red flag as I was looking at the

17          documentation, and that was that there was a

18          setting that was a bolded to not change it in the

19          documentation.  And since I think outside of the

20          box, I thought we probably need to change that

21          because they made a big deal about not changing it.

22                     And what it had to do with was
```

1    whether -- it was a crazy setting about how many

2    ballots you could run in a batch.  Okay.  And

3    typically when you put the ballots in, the default

4    is that it -- whatever stack you put in, it runs

5    and stops.  And the next set you put in will be a

6    new batch.  This particular setting, you could

7    change it so that it would add them to the same

8    batch until -- until you told it not to.  And the

9    documentation said, you know, "Only do this if you

10   need to exceed the input bin of the ICC."  And the

11   input bin was, like, 500 ballots, or something, it

12   was very large, and it might have even been higher

13   than that.  It was one of those things that

14   probably would never expect nobody to use, but they

15   bolded it and said, "Don't change it unless you

16   absolutely need to run more than, you know, the

17   capacity of the scanner."

18              So we went ahead, Misty changed it.

19   And the reason I did that was that it enabled a

20   batch to be a larger number.  Remember I talked

21   earlier about a trigger.  And if it's triggering on

22   a certain number in a batch, you want a higher

Page 262

1        number to get past the trigger level.  So I asked

2        her to change that setting so that it would be able

3        to create larger batches.  So other than that, I

4        don't believe I changed any others.

5                Q     And maybe this is asked, and excuse

6        my ignorance, sir, if I'm asking the same thing.

7        But did you change -- or did you direct Ms. Hampton

8        to change any settings on the ICC?

9                      My previous question is whether you

10       changed any programs, so if we could talk about

11       that.

12               A     Any settings on what?

13               Q     On the ICC, sir.  So I'm just trying

14       to get at -- I had asked you before if you had

15       changed -- if you had directed Ms. Hampton to

16       change any programs, so I'm trying to drill down

17       and see if you changed any setting -- if you

18       directed her to change any settings, sir?

19               A     The ICP has very limited ability to

20       change items on ICP.  It's all pretty much locked

21       in in the configuration files that are on the

22       CompactFlash cards in those election definition

Page 263

1          files and there's a set of configuration files.

2          So, however, you do get to set the date and time.

3          That is something when you boot up the tabulators,

4          it allows you to set the date and time.

5                    So for the same reason that we did on

6          the ICC, we directed Misty to set the date and time

7          back to November some time close to the election or

8          maybe even on election day, I don't remember which

9          it was, to be able to get back into the correct

10         time frame in case there was a trigger mechanism

11         that required, you know, the date to be within a

12         certain window of the election.

13                   Q     We're still on the ICC, right, sir?

14                   A     The ICP, correct.

15                   Q     Okay.  I'm sorry.  I thought we were

16         talking about the ICC.  So we -- you reset the

17         clock on the ICC, is that right, in the EMS?

18                   MR. CLEMENTS:  Objection again.

19         BY MS. MIDDLETON:

20                   Q     You directed Misty Hampton?

21                   A     I -- I think you've confused the two.

22                   Q     Okay.  Straighten me out, sir.

Page 264

```
 1            A     Okay.  The ICC is the high-speed

 2      scanner ImageCast Central --

 3            Q     Uh-huh.

 4            A     -- that has a Dell computer hooked to

 5      a high-speed off-the-shelf optical scanner.  That

 6      Dell computer, through a bridge, is hooked to the

 7      Election Management -- excuse me, Management

 8      System.  That's what we were talking about when I

 9      was talking about changing the scanner settings to

10      de-skew and read red only and so on.  So that is

11      much more configurable, the ICC, than the ICP.

12                  The ICP is the ImageCast Precinct,

13      which is the slow-speed scanner that's typically

14      out in the precincts and does -- you know, goes

15      much slower.  That is highly pre-configured with

16      very little configuration that you can change

17      on-site.  And the one thing that everybody gets a

18      chance to do when you boot up from scratch is to

19      set the date and time.  So when you power up the

20      ICP, it asks you typically for the date and time,

21      and you put in whatever date and time you want.

22            Q     Okay.
```

Page 265

1           A      So we directed them on the ICP, the

2      precinct tabulator, the slow-speed guy, to set

3      the -- the date and time to that window I was

4      talking about similar to what we did on the ICC,

5      setting the date back.

6           Q      Okay.  And did you -- on the -- going

7      back to the ICC, sir, did you change any -- you had

8      mentioned configuration files.  Did you change

9      any -- did you direct Ms. --

10                 MR. CLEMENTS:  Objection.

11     BY MS. MIDDLETON

12          Q      -- Hampton to change any

13     configuration files?

14          A      The answer is no, we didn't.

15          Q      Did you direct Ms. Hampton to run any

16     programs on the ICC?

17          A      Not that I recollect.

18          Q      Did you -- did you direct Ms. Hampton

19     to install anything on the ICC to help you in your

20     testing?

21          A      Not that -- not that I recollect at

22     all.

1    that.  I -- I -- I -- I did not notice either way.

2              Q     Did you notice any broken seals?

3              A     I don't know.  I -- I didn't look for

4    it.

5              Q     So I'll just be specific.  On the

6    ICP, did you notice any of the tamper evidence

7    seals were broken?

8              A     I don't remember looking for it.

9              Q     While you were there did Ms. Hampton

10   open any equipment?

11             A     I believe she did.

12             Q     What equipment, sir?

13             A     She had a ICP that was being sent

14   back for repair.  And she -- because she wanted to

15   know whether or not there was remote access, she

16   took the cover off, she's very mechanical minded,

17   and let us look inside to see whether or not there

18   was a modem inside the equipment.

19             Q     By "a modem inside the equipment,"

20   sir, do you mean that someone installed a modem or

21   can you go into that more, please, sir?

22             A     The question would be was there a

Page 332

1                   CERTIFICATE OF NOTARY PUBLIC

2          I, FELICIA A. NEWLAND, CSR, the officer before whom

3      the foregoing videotaped videoconference deposition

4      was taken, do hereby certify that the witness whose

5      testimony appears in the foregoing deposition was

6      duly sworn by me; that the testimony of said witness

7      was taken by me in stenotype and thereafter reduced

8      to typewriting under my direction; that said

9      deposition is a true record of the testimony given

10     by said witness; that I am neither counsel for,

11     related to, nor employed by any of the parties to

12     the action in which this deposition was taken; and,

13     further, that I am not a relative or employee of any

14     counsel or attorney employed by the parties hereto,

15     nor financially or otherwise interested in the

16     outcome of this action.

17

18

19                   _____

20                     FELICIA A. NEWLAND, CSR

                       Notary Public

21

       My commission expires:

22     September 15, 2024