# EXHIBIT 185

# Coffee County ICC & ICP Reports

# Dominion 5.5

## Summary
During the November General election multiple precincts in Georgia complained that their Dominion ImageCast Precinct (ICP) tabulators would periodically reject ballots and require those ballots to be run through the tabulator a second or third time. A few precincts noted that this almost always seem to occur when the ballot included a vote for Donald Trump. If this was an accurate observation, this would indicate that the tabulators were configured in such a way to have different behaviors based on which candidate was voted.

## Thesis
The ImageCast Precinct (ICP) devices have been programmed in such a manner to behave differently based on what candidate(s) were chosen. Therefore, repeatedly feeding Donald Trump, and Joseph Biden ballots through the scanner will result in the Biden votes being processed normally much more frequently than those votes that have Trump votes.

## Process
An equal number of Trump and Biden ballots were fed one-by-one by hand through the ImageCast Pricinct (ICP) tabulator to see if they would immediately be processed by the ICP device, or if the ballot would be rejected and spit back out. If the ballot was spit back out, that was counted as a reject. If the same ballot was spit back out more than once in a row, it was only counted as rejected once. Ballots that were rejected more than once in a row were marked lightly in the corner with a dot from a highlighter to see if it was always the same ballots being rejected, or if it varied which ballots were rejected.

This testing was done in two batches of rounds.

During the first batch of rounds:

- 20 Trump test ballots were generated via a copier and using blank ballot paper, and 20 Biden test ballots the same way.
- All the Trump ballots were run through first, and then were followed by all of the Biden ballots.
- The test ballots mimicked real ballots and therefore some of them included votes for all of the potential races, and some only voted for the federal races.
- There were 5 rounds conducted for a total of 199 ballots.
  - In the first round it was discovered that a single Biden ballot was missed. This was fixed in later rounds.

During the second batch of rounds:

- 20 Trump test ballots were utilized and 20 Biden test ballots were utilized.
- The Trump ballots were interlaced with the Biden ballots so that every other vote cast would be the other candidate.
- The test ballots utilized only included votes for the Federal elections (President, two Senate Seats, and the house seat).
- The ballots for both candidates were created by photocopying (using ballot paper) a Trump ballot and a Biden ballot; so it was absolutely clear they were identical.
- There were 12 rounds conducted for a total of 478 ballots.

- o Two Biden ballots were accidentally left in the bin after round 2, that made round #3 slightly smaller. All other rounds had 20 ballots per candidate.

4

- Results
  - Note: Approximately 14% of Trump votes rejected and only 2.5% of Biden rejected. More testing is required to ensure that this is not a ballot specific or machine specific issue.
  - **Batch #1: Rejects per Candidate - All Candidates in a Row**



  - **Batch #2 – Rounds 1-6 : Rejects per Candidate – Candidate Ballots Rotate Every-Other**

    *Round #2*          *Round #5*

  - **Batch #2 – Rounds 7-12: Rejects per Candidate – Candidate Ballots Rotate Every-Other**

5



- Batch #2 Summary:
  - Total Ballots 478
    - Trump Rejects: 34 out of 240
    - Biden Rejects: 6 out of 238

**Round #10**

# Dominion 5.5 ICC

## Summary

During the November General election at least one county in Georgia complained that their Dominion ImageCast Cental (ICC) tabulator would periodically stop processing ballots, report a problem, and require manual resetting of the ballot stack. This went on for an extended period of time. It was noticed that the scanner was only stopping on votes for Trump. The Dominion representative cleaned the scanner multiple times with no success. After the Dominion management was contacted, the Dominion reps went outside for about one half hour. When they came back in the machine was working perfectly.

## Thesis

The ImageCast Central (ICC) devices have been programmed in such a manner to behave differently based on which candidate(s) were voted. Therefore, rejecting Trump votes and not Biden votes could cause the loss of Trump votes or other problems if an election official was not skilled and diligent to properly resolve the issues presented. For example, an official might get tired of dealing with the scanner stoppage and might just configure the scanner to keep going which would likely result in a large number of undervotes for Trump or sending a large number of Trump votes to adjudication.

## Process

Twenty Trump-voted absentee ballots were filled out by hand and twenty Biden-voted absentee ballots were filled out by hand. These ballots were repeatedly run through the ICC with various configuration changes being implemented prior to running the series of batches in an attempt to get the ICC scanner to misbehave as it had previously.

Many series of batches made up a test run. Several test runs were performed over a total of about 10 hours. Each test run used a slightly modified configuration. Batch sizes varied from 120 ballots up to 1500 ballots. At least two batches (and some times several batches) were done for each test run with a different specific configuration.

## Results

The scanner worked extremely well with no rejects for almost all of the configurations that were run over a several hour period. Mid way through the testing we reconfigured the ICC to have a date of November 5th instead of the current date.

In the last couple of hours of testing we happened upon a set of scanner configuration parameters that caused the machine to begin rejecting only Trump votes. A batch of 20 Biden votes could be run over and over with no errors. However, a batch of 20 Trump votes could generally not finish going through the scanner before it stopped with a ballot error. This caused manual manipulation of the ballot stack to get back to the offending ballot. We thought the ballot rejections might be due to the ballots having been run so many times as they began to pick up some streaks due to the rubber rollers used to feed the ballots. However, this did not seem to bother the Biden ballots but only Trump ballots. We also observed that there were stoppages on Trump ballots for which there was not discernable extraneous roller marks of any kind.

The bad behavior mode that we reached was equivalent to the one that had occurred on election night. It appears that under certain circumstances the scanner will reject some percentage of Trump ballots but not Biden ballots. More testing is required to ensure that this behavior is not due to some artifact of the way the ballots were created or some other machine specific failure mode.