# EXHIBIT 186

Message # 17

| | |
|---|---|
| Message Key: | 000007E50EB5E198C9F059060B5096914ADBEBD511BA549F55AC76AC7016DC4D14F416EB |
| From: | Misty Hampton <misty.hampton@coffeecounty-ga.gov> |
| To: | "Vickers, Tracie" <Tracie.Vickers@coffeecounty-ga.gov> |
| Addressed To: | tracie.vickers@coffeecounty-ga.gov |
| Subject: | RE: Open Records Request |
| Date: | Thursday, February 04, 2021 18:10 UTC |

Yes, it is complete. He gave me a thumb drive and I put it on the thumb drive.

*— Misty never turned in a copy of the thumb drive to the Commissioners*

Misty Martin
Election Supervisor
Coffee County Board of Elections
224 West Ashley St
Douglas, Ga. 31533
912-384-7018 - Office
912-393-7181 - Direct
misty.hampton@coffeecounty-ga.gov

From: Vickers, Tracie <Tracie.Vickers@coffeecounty-ga.gov>
Sent: Thursday, February 4, 2021 1:05 PM
To: Misty Hampton <misty.hampton@coffeecounty-ga.gov>
Subject: FW: Open Records Request

Misty, Is this complete? Please send me the response so I can close this out. It was sent on February 2

From: Vickers, Tracie
Sent: Tuesday, February 2, 2021 5:18 PM
To: Misty Hampton <misty.hampton@coffeecounty-ga.gov<mailto:misty.hampton@coffeecounty-ga.gov>>
Subject: FW: Open Records Request

Misty, Is this complete?

From: Jeffrey Lenberg <JLenberg@lenbergconsulting.com<mailto:JLenberg@lenbergconsulting.com>>
Sent: Wednesday, January 27, 2021 9:12 PM
To: openrecordsrequest <openrecordsrequest@coffeecounty-ga.gov<mailto:openrecordsrequest@coffeecounty-ga.gov>>
Subject: Open Records Request

Hello,
I have attached an Opens Record Request for some information related to the November 3rd general election. Please see the attached file.

---------------------------------------- End Of Message ----------------------------------------

Exhibit 0010