# EXHIBIT 189

Juha, Keskinen (@MacFinn44), TWITTER (Feb. 26, 2021, 6:05 PM), https://twitter.com/macfinn44/status/1365437816080109576.



Exhibit 0018



https://pbs.twimg.com/media/EvMBoL4WQAADY6l?format=jpg&name=medium

2



https://pbs.twimg.com/media/EvMBt4HXUAMC5jX?format=jpg&name=large

FLIGHTAWARE, N497SP Aircraft Registration, https://flightaware.com/resources/registration/N497SP (last visited Aug. 18, 2022).

Registration/Tail #

N497SP

View Aircraft Registration

Live N497SP flight tracker
View N497SP flight history
View N497SP photos

Want more information about this aircraft? You might be interested in our FBO ToolBox service. Click here.

## N497SP Aircraft Registration

Aircraft Summary

| | |
|---|---|
| **Summary** | 1993 DASSAULT-BREGUET FALCON 50<br>Fixed wing multi engine<br>(10 seats / 3 engines) |
| **Owner** | CLYDE AIR LLC<br>BOSTON , MA, US |
| **Airworthiness Class** | Standard/Transport |
| **Serial Number** | 236 |
| **Engine** | HONEYWELL TFE-731-SER (Turbo-fan)<br>Thrust: 4000lbs |
| **Weight** | Over 20,000lbs |
| **Speed** | Not defined |
| **Mode S Code** | 051425667 / A62BB7 |

Registration Details

| | |
|---|---|
| **Status** | Assigned |
| **Certificate Issue Date** | 2021-07-26 |
| **Airworthiness Date** | 2004-05-13 |
| **Last Action Date** | 2021-07-26 |
| **Expiration** | 2024-07-31 |
| **Registry Source** | FAA |

Registration History

| Date | Owner | Location |
|---|---|---|
| 26-Jul-2021 | CLYDE AIR LLC | BOSTON MA |
| 01-Mar-2017 | MY PILLOW INC | CHASKA MN |
| 13-Dec-2016 | ADLAUR AVIATION LLC | ST THOMAS VI |

