# **EXHIBIT 190**

February 25, 2021

Dear Board of Elections Chairperson:

Please accept this resignation from my employment with Coffee County; said resignation to take effect immediately. This resignation is freely and voluntarily given and is in lieu of termination. It is understood that the County contends that I submitted time sheets for time worked, and was thereafter paid, when in fact I did not work all the hours I submitted for payment. Rather than contest these allegations, it is my decision to resign from my position with the County.

I will forfeit any existing vacation time and knowingly accept that this action preempts any due process rights I may have under the Personnel Policy should I have agreed to accept termination; due process rights that I acknowledge are forfeited by virtue of this resignation. I acknowledge that I will not in the future be eligible to any employment with the County, whatsoever.

I understand that this resignation shall not be deemed accepted unless approved by a majority of the Coffee County Board of Elections in a properly noticed public meeting.

Sincerely,

*[signature]*

Jil Ridlehoover

**Exhibit 0016**
Coffee Cty Bd 30b6