# EXHIBIT 192

 9:11 



Misty ›

Feb 24, 2021, 3:05 PM

I am on the phone with chairman of the government oversight mr harbin

Alrighty!!

Can I call you later?

Yes!!!

On other line

Big news!! You are the only one I trust to tell

Ok I'll hurry

Feb 24, 2021, 4:22 PM


Wed, Feb 24
 MESSAGES                    1m ago

   iMessage

9:11

< MH

Misty >



**MESSAGES**  1m ago
**Maybe: Kurt Olsen**
Hi Misty -- it's Kurt Olsen.  Sen.
Harbin sent me your contact info.
Please call when you have a
moment.  Thank you.

Feb 24, 2021, 8:22 PM

Are you busy

 Call

Feb 25, 2021, 10:19 AM

Find out anything?

If I resign I can not draw
unemployment either

  iMessage