# EXHIBIT 193

Page 1

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

Civil Action No. 1:17-cv-02989-AT
_____

DONNA CURLING, et al.,

    Plaintiffs,

vs.

BRAD RAFFENSPERGER, et al.,

    Defendants.

_____

VIDEOTAPED DEPOSITION OF

JIL RIDLEHOOVER

Tuesday, August 16, 2022

Court Reporters:

LeShaundra Byrd (9:43 a.m. to 10:18 a.m.)

Felicia A. Newland, CSR (10:18 a.m. to 12:56 p.m.)

1      employees, you relied on Dominion for that?
2           A    Yeah.  It was a Dominion guy.
3      Honestly, I don't remember his name.
4           Q    And then some of that voting
5      equipment would go out to precincts, right?
6           A    Yes.
7           Q    And who was responsible for taking
8      that equipment out to a precinct?
9           A    We had a lady at one time, she set --
10     she would come in and set up the precincts.  She
11     would set them up herself.  And then people would
12     come and open the doors up and put their banners
13     out and . . .
14          Q    So -- and I just want to walk through
15     a little bit.  So you've got an election coming up,
16     you've got to get all the equipment to the
17     individual precincts where people are going to
18     vote, right?
19          A    Uh-huh.
20          Q    Is that right?
21          A    Yes.
22          Q    Okay.

Page 24

```
 1              A    Sorry.
 2              Q    That's all right.  You have to give a
 3     "yes" or a "no."
 4              A    Oh, I'm sorry.  Yes.
 5              Q    That's okay.
 6                   And do I remember right, there are
 7     six voting precincts in Coffee County.  Does that
 8     sound right?
 9              A    Yes.
10              Q    Okay.
11              A    That's correct.
12              Q    And so for that process you've to get
13     the touchscreens out of the vault.  Who would
14     handle that?
15              A    The tech did it the last time.
16              Q    And the last time for you would have
17     been the January 2021 runoff?
18              A    Correct.
19              Q    Because you left in February of 2021?
20              A    Right.
21              Q    So for that election, just taking
22     that election for a moment, the Dominion tech came
```

1      in, went into the vault, pulled the MBD
2      touchscreens out.  Is that right?
3              A    Correct.
4              Q    And then who took those from your
5      office to the six precincts?
6              A    Honestly the last time, I do not
7      remember who set them up.
8              Q    What about the November 2020
9      election, who took them?
10             A    I honestly don't remember if it was
11     Mandy or not.
12             Q    And who is Mandy?
13             A    Mandy Harper.  She is who the County
14     hired to set up the machines at all the precincts.
15             Q    And what can you tell me about her?
16             A    Nothing really.  I mean, her husband
17     is Rex.  I mean, that's all I know about her.
18             Q    Rex?
19             A    Yeah.
20             Q    And they contracted with the County
21     to do the servers?
22             A    She only did that one time.  And I

1     want to say it was maybe the PPP.  I could be wrong
2     about that because she couldn't handle it.
3             Q     And PPP is the presidential primary?
4             A     Yes.
5             Q     Okay.
6             A     Yeah, presidential primary.
7             Q     And that -- you're talking about the
8     one in 2020, in June?
9             A     Yes.  I mean, like I said, I'm not --
10    I'm just -- I could not be accurate.  I'm not
11    accurate about that.  I'm just --
12            Q     Okay.
13            A     -- assuming it.  I mean . . .
14            Q     When you say that Mandy couldn't
15    handle it, what -- what do you mean?
16            A     I guess lifting all the machines
17    and -- because you had extra shifts.  You had the
18    touchscreen, you had the printer, and then you had
19    that big huge battery pack.
20                  COURT REPORTER:  He had the what?
21                  THE WITNESS:  Battery pack.
22

Page 27

1   BY MR. CROSS:
2       Q   So she was -- she was brought in to
3   set this up for one election and it was just too
4   much for her --
5       A   Correct.
6       Q   -- correct?
7           Okay.  Did you know how she
8   transported the machines from your office to the
9   precincts?
10      A   The County had those big huge cargo
11  trailers, a cargo trailer built to put them in.
12      Q   And she towed that behind a vehicle?
13      A   No.  One of the County men did.  I
14  don't remember who.
15      Q   So for the election that she handled,
16  she shows up.  And who -- who physically moved the
17  machines out of the vault into the trailer?
18      A   She did.
19      Q   And you guys had over a hundred
20  touchscreen machines, right?
21      A   I honestly do not know.
22      Q   And she moved all of those herself

1        into the trailer?
2             A    To my knowledge, yes.
3             Q    Okay.  And then who drove the vehicle
4        with that trailer to the precinct?
5             A    I do not remember.
6             Q    Do you know -- was it your office
7        that hired her or was it the County Election Board
8        or who?
9             A    I -- I don't know how she got hired.
10            Q    Do you know whether, for example, a
11       background check was performed on her?
12            A    I have no clue.
13            Q    So she would leave with the machines
14       and take them off to the precincts?
15            A    Correct.
16            Q    And then is it your understanding
17       that she was the person who would physically set
18       them up at the precincts?
19            A    Correct.
20            Q    And was she also the person who
21       bought them back?
22            A    Correct.

Page 29

1    Q    Was she -- she carried all of those
2    into the vault?
3    A    Correct.
4    Q    And at some point you guys replaced
5    her with someone else?
6    A    Yes.  But I honestly do not know who.
7    Q    Was it a man or a woman?
8    A    I do not remember.
9    Q    You don't remember anything about the
10   person who replaced her?
11   A    I do not.
12   Q    The BMD touchscreens have -- are you
13   aware that they have seals on them?
14   A    Yes.
15   Q    And some of those seals are metal.
16   Is that right?
17   A    You can get different types of seals.
18   Q    That's metal or plastic?
19   A    Uh-huh.
20   Q    Yes?
21   A    Yes.  Sorry.
22   Q    That's okay.

Page 33

1    office to do that?
2         A    Not that I'm aware of.
3         Q    Okay.  The Dominion system also uses
4    additional equipment, like a printer, for example,
5    right, that prints a ballot?
6         A    Correct.
7         Q    Was Mandy also responsible for taking
8    all the associated equipment, like the printers,
9    that would be used with the touchscreens?
10        A    Correct.
11        Q    So she took everything that had to be
12   set up in a precinct for voting, she took that?
13        A    Correct.
14        Q    Including scanners?
15        A    The huge big black --
16        Q    The scanners that would go out to the
17   precincts where the ballots would be scanned, she
18   would take that to the --
19        A    Yes, the big huge -- I called it, it
20   looked like a trashcan.
21        Q    It was a scanner that sat on top of a
22   bin and people sometimes called it trashcans?

Page 34

1   A   Yes. And it was locked. There was a
2   big huge lid and it was locked. And there was
3   probably at least 15 seals that went all the way
4   around it.
5   Q   And similar to what we talked about
6   on the touchscreens, did you ever see anyone
7   inspect the seals on those bins either before they
8   went out or after they came back from voting?
9   A   I personally did not.
10   Q   You personally didn't do it, but you
11   also did not see anyone do it?
12   A   Right. That doesn't mean it wasn't
13   done.
14   Q   Understood. Understood.
15         You and Ms. Hampton were the only two
16   who worked in the Elections Office, right?
17   A   Correct.
18   Q   So if it wasn't you, fair to say it
19   would have to be Ms. Hampton?
20   A   Correct.
21   Q   Ms. Ridlehoover, do I understand
22   right, you are represented by two lawyers today,

Page 166

```
 1              A    No, I did not.
 2              Q    Do you recall anything that you said
 3     to Ms. Hampton after she told you not to say
 4     anything?
 5              A    No, I don't.
 6              Q    Okay.  Did the people being there
 7     that you -- that we've talked about particularly
 8     after Ms. Hampton told you to be quiet, did it
 9     raise any concerns for you, any red flags?  Just
10     yes or no.
11              A    Yes, it did.
12              Q    Did you ever speak with anyone --
13     strike that.
14              Did you ever speak with anyone about
15     this team coming in on January 7th of 2021, besides
16     the conversation where Ms. Hampton asked you to be
17     quiet?
18              A    No.
19              Q    So you recall ever telling anyone at
20     all that these people had come into the office?
21              A    No.
22              Q    So not a family member?  Not law
```

Page 182

1       CERTIFICATE OF NOTARY PUBLIC

2            I, FELICIA A. NEWLAND, CSR, the officer before

3       whom a partial segment of the foregoing videotaped

4       deposition was taken, do hereby certify that the

5       witness whose testimony appears in the foregoing

6       deposition was not duly sworn by me, but by

7       LeShaundra Byrd; that the testimony of said witness

8       was taken by LeShaundra Byrd and me in stenotype and

9       thereafter reduced to typewriting under my

10      direction; that said deposition of the partial

11      segment wherein LeShaundra Byrd was present (pages 6

12      through 45) in which I transcribed and the partial

13      segment wherein I was present is a true record of

14      the testimony given by said witness; that I am

15      neither counsel for, related to, nor employed by any

16      of the parties to the action in which this

17      deposition was taken; and, further, that I am not a

18      relative or employee of any counsel or attorney

19      employed by the parties hereto, nor financially or

20      otherwise interested in the

21

22                              FELICIA A. NEWLAND, CSR