# EXHIBIT 194

## PROVISIONALLY FILED UNDER SEAL