# EXHIBIT 197

```
                    AIO Acceptance Test 4R6VN23  Tue 06_08_2021.txt
All-In-One Acceptance Test Hash Verification
-
HASH Results for IMAGECAST CENTRAL
SHA256 hash of file C:\Program Files (x86)\Dominion Voting Systems\ImageCast
Central\bin\ImageCast Central.exe:


CertUtil: -hashfile command completed successfully.
-
COMPARING files WORKSTATION_VERIFY.TXT to CONTROL.TXT
Comparing files D:\AT_HASH_VERIFY\AIO_VERIFY\COFFEE-CO-ICC01 ACCEPTANCE TEST TUE
06_08_2021\AIO Acceptance Test 4R6VN23  Tue 06_08_2021.txt and
D:\AT_HASH_VERIFY\AIO_VERIFY\CONTROL_2021.TXT
FC: no differences encountered

***If HASH values do not match control values, contact the Center for Election
Systems.
-
Serial - 4R6VN23
Computer Name - COFFEE-CO-ICC01
Date - Tue 06/08/2021
Time - 14:56:22.32
```

Case 1:17-cv-02989-AT   Document 1377-4   Filed 05/09/22   Page 3 of 10

```
                        CF2CH03_EMS_HASH_Verification.txt
EMS Acceptance Test - Hash Verify
-
HASH Results for ELECTION EVENT DESIGNER
SHA256 hash of file C:\Program Files\Dominion Voting Systems\Election Event
Designer\DVS.DemocracySuite.ElectionEventDesigner.exe:
████████████████████████████████████████████████████████████
████████████████
CertUtil: -hashfile command completed successfully.
-
HASH Results for RESULTS TALLY
SHA256 hash of file C:\Program Files\Dominion Voting Systems\Results Tally and
Reporting\DVS.DemocracySuite.ResultTally.exe:
████████████████████████████████████████████████████████████
CertUtil: -hashfile command completed successfully.
-
HASH Results for ADJUDICATION CLIENT
SHA256 hash of file C:\Program Files (x86)\Dominion Voting Systems\Adjudication
Client\AdjudicationClient.exe:
████████████████████████████████████████████████████████████
████████████████
CertUtil: -hashfile command completed successfully.
-
HASH Results for IMAGECAST X Localization
SHA256 hash of file
C:\NAS\Common\Resources\ImageCast_X\localizations\en_1_localization.json:
████████████████████████████████████████████████████████████
CertUtil: -hashfile command completed successfully.
-
HASH Results for COMMON DCF
SHA256 hash of file C:\NAS\Common\DCF_5.4.01_20170521.dcf:
████████████████████████████████████████████████████████████
████████████████
CertUtil: -hashfile command completed successfully.
-
HASH Results for BEHAVIOR SETTINGS
SHA256 hash of file C:\NAS\Common\behaviorsettings_5.2.17_EAC_20170619.mbs:
████████████████████████████████████████████████████████████
████████████████
CertUtil: -hashfile command completed successfully.
-
HASH Results for COMMON MCF
SHA256 hash of file C:\NAS\Common\MCF_5.5.10.19_20180706.mcf:
████████████████████████████████████████████████████████████
████████████████
CertUtil: -hashfile command completed successfully.
-
                                      Page 1
```

```
                    CF2CH03_EMS_HASH_Verification.txt
COMPARING files EMS HASH VERIFICATION.TXT to CONTROL.TXT
Comparing files E:\AT_HASH_VERIFY\EMS_VERIFY\EMSSERVER ACCEPTANCE TEST TUE
06_08_2021\CF2CH03_EMS_HASH_Verification.txt and
E:\AT_HASH_VERIFY\EMS_VERIFY\CONTROL_2021.TXT
FC: no differences encountered

***If HASH values do not match control values, contact the Center for Election
Systems.
-
Serial - CF2CH03
Computer Name - EMSSERVER
Date - Tue 06/08/2021
Time - 14:45:04.26
```