# EXHIBIT 198

```
 1                 IN THE UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT OF GEORGIA
 2                          ATLANTA DIVISION

 3

 4   DONNA CURLING, ET AL.,           :
                                      :
 5            PLAINTIFFS,             :
     vs.                              :   DOCKET NUMBER
 6                                    :   1:17-CV-2989-AT
     BRAD RAFFENSPERGER, ET AL.,      :
 7                                    :
              DEFENDANTS.             :
 8

 9

10         TRANSCRIPT OF TELEPHONE CONFERENCE PROCEEDINGS

11             BEFORE THE HONORABLE AMY TOTENBERG

12           UNITED STATES DISTRICT SENIOR JUDGE

13                    SEPTEMBER 26, 2022

14                         4:53 P.M.

15

16

17

18

19

20

21    MECHANICAL STENOGRAPHY OF PROCEEDINGS AND COMPUTER-AIDED

22                    TRANSCRIPT PRODUCED BY:

23
     OFFICIAL COURT REPORTER:      SHANNON R. WELCH, RMR, CRR
24                                 2394 UNITED STATES COURTHOUSE
                                   75 TED TURNER DRIVE, SOUTHWEST
25                                 ATLANTA, GEORGIA  30303
                                   (404) 215-1383
```

1  Bryan, do you know whether -- I know you said you passed our
2  request on to your client and they said they weren't going to
3  replace those.
4        Do you know if that is something that they would
5  reconsider?  I mean, I'm just thinking back to when the
6  replacement was done in June of last year.  And what Mr. Barnes
7  testified was that they were able to replace the EMS server and
8  the ICC in a single day.  They showed up and had replacements
9  on hand.
10       So it sounds like it is a very simple process that
11 can be done really quickly.  That would seem to be the safer
12 path forward.
13       MR. TYSON:  And this is Bryan Tyson.
14       David, I don't know if they are willing to reconsider
15 that or not.  I think there is a lot of pieces involved with
16 kind of the excess inventory and those types of things.  So I
17 think it is a little bit more complicated than just it only
18 takes a day.
19       I think there are other pieces that they have to go
20 through.  But I have not asked that question and don't know
21 what their -- how hard and fast they are on that.
22       THE COURT:  Well, I can't order it.  I would say it
23 does seem it might be prudent.  But that is up to you-all at
24 this point.  I mean, I'm not just -- it seems like it would be
25 prudent.

```
 1              You are going to be scanning the equipment that you
 2   have just collected; right?  Is that right?
 3              MR. TYSON:  Your Honor, I -- I'm sorry.  This is
 4   Bryan Tyson.
 5              That is my expectation.  That since this is going to
 6   be part of that active investigation by the GBI, whether
 7   something was installed on those components is going to be a
 8   really important question to answer.  But I don't know kind of
 9   logistically how, when, where, like what sequencing in the
10   process that will be.
11              THE COURT:  And have plaintiffs asked for an image of
12   those images or not, or you don't need them because you have
13   the server?
14              MR. CROSS:  This is David.  We have not yet, Your
15   Honor.  We learned about this on Friday and had not had a
16   chance to really consult internally ourselves or with our
17   experts.  So I don't know yet what -- there is obviously a lot
18   of equipment there.
19              I will say speaking for myself, I don't think we
20   would ask to image everything.  Just looking at the photos
21   alone from the Maggio production, there are a lot of flash
22   drives and thumb drives, compact drives and so forth.  But it
23   may make sense if we did like a sample of a few things.
24              One in particular I know that our experts have been
25   concerned about -- one of the things that was imaged was the
```

```
 1                    C E R T I F I C A T E

 2

 3    UNITED STATES OF AMERICA

 4    NORTHERN DISTRICT OF GEORGIA

 5

 6         I, SHANNON R. WELCH, RMR, CRR, Official Court Reporter of

 7    the United States District Court, for the Northern District of

 8    Georgia, Atlanta Division, do hereby certify that the foregoing

 9    21 pages constitute a true transcript of proceedings had before

10    the said Court, held in the City of Atlanta, Georgia, in the

11    matter therein stated.

12         In testimony whereof, I hereunto set my hand on this, the

13    28th day of September, 2022.

14

15

16

17                         _____
                           SHANNON R. WELCH, RMR, CRR
18                         OFFICIAL COURT REPORTER
                           UNITED STATES DISTRICT COURT
19

20

21

22

23

24

25
```