# EXHIBIT 199

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et. al., )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>BRAD RAFFENSPERGER, et. al., )<br>)<br>    Defendants. ) | CIVIL ACTION FILE<br><br>NO: 1:17-cv-2989-AT |

**SUPPLEMENT TO STATE DEFENDANTS' RESPONSE
TO THIS COURT'S JULY 23, 2019 ORDER**

Defendants Secretary of State Brad Raffensperger, State Election Board, and State Election Board Members ("State Defendants") file this supplement to the State Defendants' Response [Doc. 544] to the Court's July 23, 2019 Order, which directed State Defendants to provide information regarding the status of the State's procurement of a new voting system.

State Defendants previously anticipated that the Notice of Intent to Award ("NOIA") the contract for the State's new voting system would be posted within seven (7) days of the response to the Court's July 23, 2019 Order. [*See* Doc. 544.] This morning, July 29, 2019, the Secretary of State's office posted the NOIA for the purchase and implementation of a new statewide voting system consisting of

touchscreen ballot marking devices that print a paper ballot that is then tabulated by a separate ballot scanner at each precinct. Pursuant to the NOIA, Dominion Voting Systems, Inc. is the apparent successful offeror.[1] In accordance with HB 316 passed by the General Assembly in 2019, the new statewide voting system will produce a verifiable, auditable paper ballot, which provides for tabulation by optical scanners at the precinct level.

Additional information, including the contract, responses to the RFP from all bidders, and evaluation spreadsheets, are available online at the following address: https://sos.ga.gov/index.php/general/securevoting. The contract requires that the system be fully implemented in all Georgia counties for the March 24, 2020 Presidential Preference Primary. Implementation can begin during any protest period, and the vendor is at risk of any adverse ruling on the procurement. For this procurement, DOAS will be expediting any protest, if filed.

Finally, to clarify State Defendants prior representation to the Court regarding the pilot of the new voting system, State Defendants anticipate up to six (6) counties will be selected to pilot the new voting system in the 2019 November elections. The specific counties selected will depend on which counties have

---

[1] Attached as Exhibit A is a copy of the July 29, 2019 Notice of Intent to Award the contract for the statewide voting system, Solicitation Number 47800-SOS0000037) to Dominion Voting Systems, Inc.

contested elections and other factors, such as delivery schedule.  State Defendants will update the Court when the selection of the counties for the pilot of the new voting system is finalized.

Respectfully submitted this 29th day of July 2019.

> */s/ Vincent R. Russo*
> Vincent R. Russo
> Georgia Bar No. 242628
> vrusso@robbinsfirm.com
> Josh Belinfante
> Georgia Bar No. 047399
> jbelinfante@robbinsfirm.com
> Carey A. Miller
> Georgia Bar No. 976240
> cmiller@robbinsfirm.com
> Kimberly Anderson
> Georgia Bar No. 602807
> kanderson@robbinsfirm.com
> Alexander Denton
> Georgia Bar No. 660632
> adenton@robbinsfirm.com
> Brian E. Lake
> Georgia Bar No. 575966
> blake@robbinsfirm.com
> Robbins Ross Alloy Belinfante Littlefield LLC
> 500 14th Street, N.W.
> Atlanta, Georgia 30318
> Telephone: (678) 701-9381
> Facsimile:  (404) 856-3250
>
> Bryan P. Tyson
> Georgia Bar No. 515411
> btyson@taylorenglish.com
> Bryan F. Jacoutot
> Georgia Bar No. 668272

-3-

        bjacoutot@taylorenglish.com
        TAYLOR ENGLISH DUMA LLP
        1600 Parkwood Circle
        Suite 200
        Atlanta, GA 30339
        Telephone: (678)336-7249

*Counsel for State Defendants*

Case 1:17-cv-02989-AT   Document 552-1   Filed 07/29/19   Page 2 of 2



# NOTICE OF INTENT TO AWARD

**Form must be posted to the GA Procurement Registry (GPR)**

| | |
|---|---|
| Solicitation Title/Event Name: | Statewide Voting System |
| Solicitation No/Event ID: | 47800-SOS0000037 |
| Solicitation Close/ Event End Date: | April 23, 2019 |
| Notice of Intent to Award Posting Date: | July 29, 2019 |
| Issuing Officer: | Verneicher Favors |
| Issuing Officer Contact Information: | vfavors@sos.ga.gov |

The State intends to award a contract to the apparent successful offeror(s). The Notice of Intent to Award should not be considered as a binding commitment by the State. Inquiries should be addressed to the Issuing Officer. Although the State will provide the reason(s) an offeror was not successful in accordance with Georgia law, please note that the reasons listed beside the names of the unsuccessful offeror(s) should not be interpreted as an exhaustive list. NOTE: In the event any of the following is applicable, then all identified award amounts (if any) are estimates only: (1) this is an open agency contract and/or (2) the state entity has identified primary/secondary awardees. Please reference the Georgia Procurement Manual for the supplier protest process updated May 18, 2018:
http://doas.ga.gov/state-purchasing/law-administrative-rules-and-policies

| APPARENT SUCCESSFUL OFFEROR(S) | AWARD AMOUNT |
|---|---|
| Dominion Voting Systems, Inc. | Fixed Contract Amount $106,842,590.80 |
| | Select One |
| | Select One |
| | Select One |
| **UNSUCCESSFUL OFFEROR(S)** | **REASONS** |
| Election Systems & Software | Not Highest Scoring Proposal (for RFP only) |
| Smartmatic USA Corporation | Not Highest Scoring Proposal (for RFP only) |
| | Select One |
| | Select One |
| | Select One |
| | Select One |
| | Select One |
| | Select One |
| | Select One |
| | Select One |
| | Select One |

Authorized Signature: *[signature]*