# EXHIBIT 201

## PROVISIONALLY FILED UNDER SEAL