# EXHIBIT 203



The Office of Secretary of State

*Brad Raffensperger*
SECRETARY OF STATE

*Blake Evans*
DIRECTOR OF ELECTIONS

August 2, 2022

**VIA EMAIL:**
Director Vic Reynolds
Georgia Bureau of Investigation
3121 Panthersville Road
Decatur, GA 30034
vic.reynolds@gbi.ga.gov

Re:     *Request for Assistance in Investigation*

Dear Director Reynolds:

Our office is investigating allegations that unauthorized individuals claim to have accessed various election materials and equipment in Coffee County, Georgia under case number SEB2020-250. During the course of our investigation, we have identified evidence that indicates the possibility of the commission of cyber- and computer-related crimes.

The suspected unauthorized access took place following the January 2021 runoff elections and the possibly accessed system has not been used in an election since that time.

As a result, I write to request the GBI exercise its authority to assist agencies with investigations to assist the Secretary of State's office in its investigation of possible election- and cyber-related crimes in Coffee County, Georgia.

Please confirm your willingness to assist and assignment of special agents as soon as possible. Thank you for your assistance in addressing this matter.

Sincerely,

*Steven Ellis*

Steven Ellis
Deputy General Counsel, Elections, and Investigations


cc:     John Melvin, Assistant Director via email.

Exhibit 0008

Georgia Secretary of State Brad Raffensperger's Office | Elections Division
2 MLK Jr. Dr. SE | West Tower | Suite 802 | Atlanta | Georgia | 30334