# EXHIBIT 206

| | |
|---|---|
| **From:** | Germany, Ryan |
| **To:** | Bryan Tyson; Carey Miller; Vincent Russo (vrusso@robbinsfirm.com) |
| **Cc:** | Sterling, Gabriel; Ellis, Steven |
| **Subject:** | FW: GASOS ORR #22-360 |
| **Date:** | Monday, August 1, 2022 10:05:21 PM |
| **Attachments:** | image001.png |

FYI ███████████ .

--

C. Ryan Germany

*Georgia Secretary of State*

Direct: 470-312-2808

Cell: 678-672-9230

rgermany@sos.ga.gov



---------------------------------------------------------------------------------------
This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

**From:** Germany, Ryan
**Sent:** Monday, April 25, 2022 12:15 PM
**To:** Koth, Sara <skoth@sos.ga.gov>; Ellis, Steven <sellis@sos.ga.gov>; ORR Administration <openrecords@sos.ga.gov>; Kokenes, Paul <pkokenes@sos.ga.gov>
**Cc:** Sterling, Gabriel <gsterling@sos.ga.gov>
**Subject:** RE: GASOS ORR #22-360

On second thought—it's basically just part of the same investigation from 2020 (the allegations have just been amended some), so let's just make it part of that investigation. In that case, the 2020 case initiation sheet seems like it would be the responsive record.

--

C. Ryan Germany

*Georgia Secretary of State*

Direct: 470-312-2808

Cell: 678-672-9230

rgermany@sos.ga.gov



Exhibit 0013

-----------------------------------------------------------------------------------------
This message is intended exclusively for the individual or entity to which it is addressed.  This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure.  If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it.  If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

**From:** Koth, Sara <skoth@sos.ga.gov>
**Sent:** Monday, April 25, 2022 12:13 PM
**To:** Germany, Ryan <rgermany@sos.ga.gov>; Ellis, Steven <sellis@sos.ga.gov>; ORR Administration <openrecords@sos.ga.gov>; Kokenes, Paul <pkokenes@sos.ga.gov>
**Cc:** Sterling, Gabriel <gsterling@sos.ga.gov>
**Subject:** RE: GASOS ORR #22-360

The original ORR states: *This is a request under Georgia's Open Records Act. I'm seeking any documents related to an investigation into the handling of the EMS server in Coffee County for the date range: Jan. 1, 2022, to present.*

We do not have a 2022 Coffee County case, if I am reading your e-mail correctly, you want a case generated. When I first got this request, I was advised the ORR was for 2020 cases and I sent the cover sheet that I was asked about. If you want a case generated, what is the actual complaint to be investigated?

Thank you,

Sara

**From:** Germany, Ryan <rgermany@sos.ga.gov>
**Sent:** Monday, April 25, 2022 12:03 PM
**To:** Ellis, Steven <sellis@sos.ga.gov>; ORR Administration <openrecords@sos.ga.gov>; Kokenes, Paul <pkokenes@sos.ga.gov>
**Cc:** Sterling, Gabriel <gsterling@sos.ga.gov>; Koth, Sara <skoth@sos.ga.gov>
**Subject:** RE: GASOS ORR #22-360

This is something that's under active investigation. If a case wasn't initiated on the system before James left, then it should have been. So if it wasn't done previously go ahead and do it now.

--

C. Ryan Germany
*Georgia Secretary of State*
Direct: 470-312-2808

SOS-INV000061

Cell: 678-672-9230

[rgermany@sos.ga.gov](mailto:rgermany@sos.ga.gov)



---

This message is intended exclusively for the individual or entity to which it is addressed.  This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure.  If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it.  If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

**From:** Ellis, Steven <sellis@sos.ga.gov>
**Sent:** Monday, April 25, 2022 11:55 AM
**To:** ORR Administration <openrecords@sos.ga.gov>; Germany, Ryan <rgermany@sos.ga.gov>; Kokenes, Paul <pkokenes@sos.ga.gov>; Callaway, James <jcallaway@sos.ga.gov>
**Subject:** Re: GASOS ORR #22-360

Have we looped Sara Koth in on this? What is a cover sheet?


Steven Ellis

*Deputy General Counsel*

*Georgia Secretary of State*

Phone: 470-312-2744

Mobile 470-829-8203

[Sellis@sos.ga.gov](mailto:Sellis@sos.ga.gov)

---

**From:** ORR Administration <openrecords@sos.ga.gov>
**Sent:** Monday, April 25, 2022 11:49:04 AM
**To:** Germany, Ryan <rgermany@sos.ga.gov>; Ellis, Steven <sellis@sos.ga.gov>; Kokenes, Paul <pkokenes@sos.ga.gov>; Callaway, James <jcallaway@sos.ga.gov>
**Subject:** Fw: GASOS ORR #22-360

Good morning,

She is still asking for the case sheet for the server investigation.

**From:** Brumback, Kate <KBrumback@ap.org>
**Sent:** Monday, April 25, 2022 3:46 PM
**To:** ORR Administration <openrecords@sos.ga.gov>
**Subject:** RE: GASOS ORR #22-360

**EXTERNAL EMAIL:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Hello.

Can you please send me the case sheet for the investigation mentioned below?

Thanks,
Kate

**From:** Brumback, Kate
**Sent:** Wednesday, April 20, 2022 4:41 PM
**To:** 'ORR Administration' <openrecords@sos.ga.gov>
**Subject:** FW: GASOS ORR #22-360

Hi. I'm following up on this request from yesterday for the case sheet for this investigation.

Thanks in advance.

Kate

**From:** Brumback, Kate
**Sent:** Tuesday, April 19, 2022 1:20 PM
**To:** ORR Administration <openrecords@sos.ga.gov>
**Subject:** RE: GASOS ORR #22-360

Can you send me the case sheet?

**From:** ORR Administration <openrecords@sos.ga.gov>
**Sent:** Tuesday, April 19, 2022 1:17 PM
**To:** Brumback, Kate <KBrumback@ap.org>
**Subject:** RE: GASOS ORR #22-360


[EXTERNAL]

SOS-INV000063

Good afternoon,

I spoke with the investigations team. The requested information is part of an ongoing investigation and is therefore exempt from disclosure under O.C.G.A. § 50-18-72 (a) (3)-(4).

Stephany Sheriff
*Open Records Request Officer*
*Georgia Secretary of State*
Phone: 4705839100



**From:** ORR Administration
**Sent:** Monday, April 18, 2022 4:43 PM
**To:** 'Brumback, Kate' <KBrumback@ap.org>
**Subject:** RE: GASOS ORR #22-360

Good afternoon,

We are waiting on the Investigations Division to get back to us. I will let you know as soon as I have a response from them. We'll likely have a response by tomorrow.

Stephany Sheriff
*Open Records Request Officer*
*Georgia Secretary of State*
Phone: 4705839100



**From:** Brumback, Kate <KBrumback@ap.org>
**Sent:** Monday, April 18, 2022 4:04 PM
**To:** ORR Administration <openrecords@sos.ga.gov>
**Subject:** RE: GASOS ORR #22-360

> **EXTERNAL EMAIL:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Hello.

I'm checking on this open records request. It has been three business days.

Kate Brumback
The Associated Press, Atlanta

---

**From:** ORR Administration <openrecords@sos.ga.gov>
**Sent:** Tuesday, April 12, 2022 11:50 AM
**To:** Brumback, Kate <KBrumback@ap.org>
**Subject:** GASOS ORR #22-360

[EXTERNAL]

Good morning,

The Secretary of State is in receipt of your request. We will process it and be in touch with you within three business days with the time estimate for production and the cost estimate, if applicable.

**Stephany Sheriff**
*Open Records Request Officer*
*Georgia Secretary of State*
Phone: 4705839100



---

**From:** Brumback, Kate <KBrumback@ap.org>
**Sent:** Tuesday, April 12, 2022 11:44 AM
**To:** ORR Administration <openrecords@sos.ga.gov>
**Subject:** ORA request

> **EXTERNAL EMAIL:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Good morning.

This is a request under Georgia's Open Records Act. I'm seeking any documents related to an investigation into the handling of the EMS server in Coffee County for the date range: Jan. 1, 2022, to present.

Thanks in advance for your help.

Sincerely,

**Kate Brumback**
Reporter
The Associated Press, Atlanta
Cell: ███████████
Twitter: @katebrumback

**The Associated Press is the essential global news network, delivering fast, unbiased news from every corner of the world to all media platforms and formats. Founded in 1846, AP today is the largest and most trusted source of independent news and information. On any given day more than half of the world's population sees news from AP.**

*Click here to send news tips, documents or other files securely and confidentially to AP*.

The information contained in this communication is intended for the use of the designated recipients named above. If the reader of this communication is not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify The Associated Press immediately by telephone at +1-212-621-1500 and delete this email. Thank you.
The information contained in this communication is intended for the use of the designated recipients named above. If the reader of this communication is not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify The Associated Press immediately by telephone at +1-212-621-1500 and delete this email. Thank you.
The information contained in this communication is intended for the use of the designated recipients named above. If the reader of this communication is not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify The Associated Press immediately by telephone at +1-212-621-1500 and delete this email. Thank you.