# EXHIBIT 207

| | |
|---|---|
| **From:** | Koth, Sara |
| **To:** | Ellis, Steven |
| **Subject:** | FW: Open Records request |
| **Date:** | Tuesday, July 12, 2022 1:12:37 PM |
| **Attachments:** | image001.png<br>image002.png |

I re-opened the case on 04/25/22 per this request.

**From:** Germany, Ryan <rgermany@sos.ga.gov>
**Sent:** Monday, April 25, 2022 3:06 PM
**To:** ORR Administration <openrecords@sos.ga.gov>; Ellis, Steven <sellis@sos.ga.gov>; Kokenes, Paul <pkokenes@sos.ga.gov>; Koth, Sara <skoth@sos.ga.gov>
**Subject:** RE: Open Records request

Sara—let's reopen this case in investigations and we can note that is was re-opened to deal with new allegations regarding the same event. Please send me an updated case sheet that notes it is no longer closed in investigations.

Thanks,
Ryan

--
C. Ryan Germany
*Georgia Secretary of State*
Direct: 470-312-2808
Cell: 678-672-9230
rgermany@sos.ga.gov



------------------------------------------------------------------------------------
This message is intended exclusively for the individual or entity to which it is addressed.  This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure.  If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it.  If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

**From:** ORR Administration <openrecords@sos.ga.gov>
**Sent:** Monday, April 25, 2022 2:58 PM
**To:** Germany, Ryan <rgermany@sos.ga.gov>; Ellis, Steven <sellis@sos.ga.gov>; Kokenes, Paul <pkokenes@sos.ga.gov>; Koth, Sara <skoth@sos.ga.gov>
**Subject:** Re: Open Records request

Exhibit 0014

**From:** Germany, Ryan <rgermany@sos.ga.gov>
**Sent:** Monday, April 25, 2022 6:39 PM
**To:** ORR Administration <openrecords@sos.ga.gov>; Ellis, Steven <sellis@sos.ga.gov>; Kokenes, Paul <pkokenes@sos.ga.gov>; Koth, Sara <skoth@sos.ga.gov>
**Subject:** RE: Open Records request

Can someone send me the 2020 Coffee County case sheet? Does that case sheet reference the case as still open? If it doesn't, we should update that case sheet, but I don't think we need to open a new investigation into new allegations around the same set of facts as that investigation. I'll explain to Kate once someone sends me the 2020 case sheet.

--

C. Ryan Germany
*Georgia Secretary of State*
Direct: 470-312-2808
Cell: 678-672-9230
rgermany@sos.ga.gov



---------------------------------------------------------------------------------------
This message is intended exclusively for the individual or entity to which it is addressed.  This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure.  If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it.  If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

**From:** ORR Administration <openrecords@sos.ga.gov>
**Sent:** Monday, April 25, 2022 2:27 PM
**To:** Ellis, Steven <sellis@sos.ga.gov>; Germany, Ryan <rgermany@sos.ga.gov>; Kokenes, Paul <pkokenes@sos.ga.gov>
**Subject:** Fw: Open Records request

Okay she gave more information on what she is referencing

**From:** Brumback, Kate <KBrumback@ap.org>
**Sent:** Monday, April 25, 2022 6:24 PM
**To:** ORR Administration <openrecords@sos.ga.gov>
**Subject:** RE: Open Records request

> **EXTERNAL EMAIL:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.

In an April 7, 2022, phone conference with the judge in the Curling case, Bryan Tyson, a lawyer representing the secretary of state's office, said that the secretary of state's office learned of an

allegation of a breach of the Coffee County election server during a deposition of Gabriel Sterling for the Curling lawsuit. Mr. Tyson told the judge that at soon as the secretary learned of that allegation, the secretary opened an investigation into the handling of Coffee County's EMS server and that the investigation is ongoing. Mr. Sterling's deposition was on Feb. 24, 2022. But you say that you have no responsive documents on that investigation. Does that mean there was no new investigation opened?

Thanks,

Kate

**From:** ORR Administration <openrecords@sos.ga.gov>
**Sent:** Monday, April 25, 2022 2:13 PM
**To:** Brumback, Kate <KBrumback@ap.org>
**Subject:** Re: Open Records request

[EXTERNAL]

Good afternoon,

We cannot release any information as the matter is under investigation. You previously asked for a cover sheet and we sent the one that we are using for this investigation. We have no further responsive documents.

**Stephany Sheriff**

*Open Records Request Officer*

*Georgia Secretary of State*

Phone: 4705839100



**From:** Brumback, Kate <KBrumback@ap.org>
**Sent:** Monday, April 25, 2022 6:03 PM
**To:** ORR Administration <openrecords@sos.ga.gov>
**Subject:** Open Records request

> **EXTERNAL EMAIL:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Hello.

This is a request under Georgia's Open Records Act. I'm seeking any documents related to an investigation into the handling of the EMS server in Coffee County that **was opened** between Feb. 24, 2022, and the present.

Thanks in advance for your help.

Sincerely,

**Kate Brumback**
Reporter
The Associated Press, Atlanta
Cell: ██████████
Twitter: @katebrumback

**The Associated Press is the essential global news network, delivering fast, unbiased news from every corner of the world to all media platforms and formats. Founded in 1846, AP today is the largest and most trusted source of independent news and information. On any given day more than half of the world's population sees news from AP.**

*Click here to send news tips, documents or other files securely and confidentially to AP*.

The information contained in this communication is intended for the use of the designated recipients named above. If the reader of this communication is not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify The Associated Press immediately by telephone at +1-212-621-1500 and delete this email. Thank you.
The information contained in this communication is intended for the use of the designated recipients named above. If the reader of this communication is not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify The Associated Press immediately by telephone at +1-212-621-1500 and delete this email. Thank you.