# EXHIBIT 208

## PROVISIONALLY FILED UNDER SEAL