# EXHIBIT 209

# EXHIBIT 11

**Exhibit**
0017







Network Camera (10.20.62.51) - Camera 1 - 12/11/2020 10:32:50.746 AM



1/18/2021 4:20:25.902 PM



1/18/2021 4:20:41.536 PM



Network Camera (10.20.62.51) - Camera 1 - 1/18/2021 4:21:01.519 PM



Network Camera (10.20.62.51) - Camera 1 - 1/18/2021 4:21:14.033 PM





Network Camera (10.20.62.51) - Camera 1 - 1/18/2021 7:38:56.257 PM



Network Camera (10.20.62.51) - Camera 1 - 1/18/2021 8:06:07.181 PM





Network Camera (10.20.62.110) - Camera 1 - 1/19/2021 8:52:46.998 AM



Network Camera (10.20.62.51) - Camera 1 - 1/19/2021 8:53:02.901 AM





Network Camera (10.20.62.51) - Camera 1 - 1/19/2021 2:14:24.943 PM



Network Camera (10.20.62.51) - Camera 1 - 1/19/2021 6:19:27.693 PM



- 1/19/2021 6:19:49.734 PM



E Network Camera (10.20.62.110) - Camera 1 - 1/20/2021 9:50:27.971 AM



Network Camera (10.20.62.51) - Camera 1 - 1/20/2021 9:52:17.664 AM



E Network Camera (10.20.62.110) - Camera 1 - 1/20/2021 10:22:00.241 AM





E Network Camera (10.20.62.110) - Camera 1 - 1/20/2021 10:50:06.344 AM



Network Camera (10.20.62.51) - Camera 1 - 1/20/2021 10:50:51.072 AM



Network Camera (10.20.62.51) - Camera 1 - 1/20/2021 11:03:27.330 AM



E Network Camera (10.20.62.110) – Camera 1 - 1/20/2021 11:08:36.247 AM



E Network Camera (10.20.62.109) - Camera 1 - 1/25/2021 1:50:41.092 PM

Network Camera (10.20.62.51) - Camera 1 - 1/25/2021 1:51:51.707 PM





E Network Camera (10.20.62.110) - Camera 1 - 1/25/2021 1:18:09.479 PM



Network Camera (10.20.62.51) - Camera 1 - 1/25/2021 1:18:25.339 PM



Network Camera (10.20.62.51) - Camera 1 - 1/25/2021 2:23:16.198 PM



Network Camera (10.20.62.51) - Camera 1 - 1/25/2021 2:23:56.379 PM



E Network Camera (10.20.62.109) - Camera 1 - 1/25/2021 4:00:06.286 PM



Network Camera (10.20.62.51) - Camera 1 - 1/25/2021 5:33:01.134 PM



E Network Camera (10.20.62.110) - Camera 1 - 1/25/2021 5:33:15.627 PM



E Network Camera (10.20.62.110) - Camera 1 - 1/26/2021 10:35:01.802 AM



Network Camera (10.20.62.51) - Camera 1 - 1/26/2021 10:35:32.255 AM





Network Camera (10.20.62.51) - Camera 1 - 1/26/2021 11:08:20.971 AM



Network Camera (10.20.62.51) - Camera 1 - 1/26/2021 11:08:24.576 AM



Network Camera (10.20.62.51) - Camera 1 - 1/26/2021 11:08:34.588 AM



Network Camera (10.20.62.51) - Camera 1 - 1/26/2021 11:08:43.734 AM



Network Camera (10.20.62.51) - Camera 1 - 1/26/2021 11:09:02.891 AM



Network Camera (10.20.62.51) - Camera 1 - 1/26/2021 11:09:48.574 AM



Network Camera (10.20.62.51) - Camera 1 - 1/26/2021 11:09:53.680 AM



Network Camera (10.20.62.51) - Camera 1 - 1/26/2021 11:12:22.625 AM



E Network Camera (10.20.62.110) - Camera 1 - 1/26/2021 11:12:41.076 AM



Network Camera (10.20.62.51) - Camera 1 - 1/26/2021 11:13:10.413 AM



Network Camera (10.20.62.51) - Camera 1 - 1/26/2021 11:14:58.173 AM



Network Camera (10.20.62.51) - Camera 1 - 1/26/2021 11:15:48.100 AM



Network Camera (10.20.62.51) - Camera 1 - 1/26/2021 11:15:51.004 AM



Network Camera (10.20.62.51) - Camera 1 - 1/26/2021 11:17:31.489 AM







Network Camera (10.20.62.51) - Camera 1 - 1/27/2021 10:00:04.804 AM



Network Camera (10.20.62.51) - Camera 1 - 1/27/2021 10:22:02.225 AM



E Network Camera (10.20.62.110) - Camera 1 - 1/27/2021 10:22:36.647 AM



Network Camera (10.20.62.51) - Camera 1 - 1/27/2021 10:24:29.299 AM



E Network Camera (10.20.62.110) - Camera 1 - 1/28/2021 2:11:00.624 PM





Network Camera (10.20.62.51) - Camera 1 - 1/28/2021 2:20:55.269 PM





/E Network Camera (10.20.62.110) - Camera 1 - 1/29/2021 2:33:48.878 PM



Network Camera (10.20.62.51) - Camera 1 - 1/29/2021 2:34:09.594 PM



Network Camera (10.20.62.51) - Camera 1 - 1/29/2021 3:27:21.726 PM



Network Camera (10.20.62.51) - Camera 1 - 1/29/2021 3:41:11.338 PM



Network Camera (10.20.62.51) - Camera 1 - 1/29/2021 3:57:39.871 PM

E Network Camera (10.20.62.110) - Camera 1 - 1/29/2021 3:57:58.156 PM

