# EXHIBIT 210





Case 1:17-cv-02989-AT   Document 1489-11   Filed 09/19/22   Page 4 of 68



3

Case 1:17-cv-02989-AT   Document 1489-11   Filed 09/19/22   Page 5 of 68





5

Case 1:17-cv-02989-AT   Document 1489-11   Filed 09/19/22   Page 7 of 68



6



Network Camera (10.20.62.51) - Camera 1 - 1/18/2021 4:21:14.033 PM



8

Case 1:17-cv-02989-AT   Document 1489-11   Filed 09/19/22   Page 10 of 68



Case 1:17-cv-02989-AT   Document 1489-11   Filed 09/19/22   Page 11 of 68



10



11

Case 1:17-cv-02989-AT   Document 1489-11   Filed 09/19/22   Page 13 of 68



12

Case 1:17-cv-02989-AT   Document 1489-11   Filed 09/19/22   Page 14 of 68



13



14



15



Case 1:17-cv-02989-AT   Document 1489-11   Filed 09/19/22   Page 18 of 68



Case 1:17-cv-02989-AT   Document 1489-11   Filed 09/19/22   Page 19 of 68



18



19

Case 1:17-cv-02989-AT   Document 1489-11   Filed 09/19/22   Page 21 of 68



20

Case 1:17-cv-02989-AT   Document 1489-11   Filed 09/19/22   Page 22 of 68



21

Case 1:17-cv-02989-AT   Document 1489-11   Filed 09/19/22   Page 23 of 68



22

Case 1:17-cv-02989-AT   Document 1489-11   Filed 09/19/22   Page 24 of 68



23

Case 1:17-cv-02989-AT   Document 1489-11   Filed 09/19/22   Page 25 of 68



24

Case 1:17-cv-02989-AT   Document 1489-11   Filed 09/19/22   Page 26 of 68



25

Case 1:17-cv-02989-AT   Document 1489-11   Filed 09/19/22   Page 27 of 68



Case 1:17-cv-02989-AT   Document 1489-11   Filed 09/19/22   Page 28 of 68



27



28

Case 1:17-cv-02989-AT   Document 1489-11   Filed 09/19/22   Page 30 of 68



Network Camera (10.20.62.51) - Camera 1 - 1/25/2021 1:18:25.339 PM

29

Case 1:17-cv-02989-AT   Document 1489-11   Filed 09/19/22   Page 31 of 68



Case 1:17-cv-02989-AT   Document 1489-11   Filed 09/19/22   Page 32 of 68



31

Case 1:17-cv-02989-AT   Document 1489-11   Filed 09/19/22   Page 33 of 68



Case 1:17-cv-02989-AT   Document 1489-11   Filed 09/19/22   Page 34 of 68



33

Case 1:17-cv-02989-AT   Document 1489-11   Filed 09/19/22   Page 35 of 68



34

Case 1:17-cv-02989-AT   Document 1489-11   Filed 09/19/22   Page 36 of 68



35

Case 1:17-cv-02989-AT   Document 1489-11   Filed 09/19/22   Page 37 of 68





37

Case 1:17-cv-02989-AT   Document 1489-11   Filed 09/19/22   Page 39 of 68



Case 1:17-cv-02989-AT   Document 1489-11   Filed 09/19/22   Page 40 of 68



Network Camera (10.20.62.51) - Camera 1 - 1/26/2021 11:08:24.576 AM



Network Camera (10.20.62.51) - Camera 1 - 1/26/2021 11:08:34.588 AM

40

Case 1:17-cv-02989-AT   Document 1489-11   Filed 09/19/22   Page 42 of 68



41

Case 1:17-cv-02989-AT   Document 1489-11   Filed 09/19/22   Page 43 of 68



42



43

Case 1:17-cv-02989-AT   Document 1489-11   Filed 09/19/22   Page 45 of 68



Network Camera (10.20.62.51) - Camera 1 - 1/26/2021 11:09:53.680 AM

44

Case 1:17-cv-02989-AT   Document 1489-11   Filed 09/19/22   Page 46 of 68



45



46

Case 1:17-cv-02989-AT   Document 1489-11   Filed 09/19/22   Page 48 of 68



Network Camera (10.20.62.51) - Camera 1 - 1/26/2021 11:13:10.413 AM

47

Case 1:17-cv-02989-AT   Document 1489-11   Filed 09/19/22   Page 49 of 68



48



49

Case 1:17-cv-02989-AT   Document 1489-11   Filed 09/19/22   Page 51 of 68



Case 1:17-cv-02989-AT   Document 1489-11   Filed 09/19/22   Page 52 of 68



51

Case 1:17-cv-02989-AT   Document 1489-11   Filed 09/19/22   Page 53 of 68



52



53

Case 1:17-cv-02989-AT   Document 1489-11   Filed 09/19/22   Page 55 of 68



Network Camera (10.20.62.51) - Camera 1 - 1/27/2021 10:00:04.804 AM

54

Case 1:17-cv-02989-AT   Document 1489-11   Filed 09/19/22   Page 56 of 68



55

Case 1:17-cv-02989-AT   Document 1489-11   Filed 09/19/22   Page 57 of 68



56



Network Camera (10.20.62.51) - Camera 1 - 1/27/2021 10:24:29.299 AM

Case 1:17-cv-02989-AT   Document 1489-11   Filed 09/19/22   Page 59 of 68



58

Case 1:17-cv-02989-AT   Document 1489-11   Filed 09/19/22   Page 60 of 68



59

Case 1:17-cv-02989-AT   Document 1489-11   Filed 09/19/22   Page 61 of 68



60



61



Case 1:17-cv-02989-AT   Document 1489-11   Filed 09/19/22   Page 64 of 68



Network Camera (10.20.62.51) - Camera 1 - 1/29/2021 2:34:09.594 PM

63

Case 1:17-cv-02989-AT   Document 1489-11   Filed 09/19/22   Page 65 of 68



64



Network Camera (10.20.62.51) - Camera 1 - 1/29/2021 3:41:11.338 PM



Network Camera (10.20.62.51) - Camera 1 - 1/29/2021 3:57:39.871 PM

66

