# EXHIBIT 211

Page 1

1          UNITED STATES DISTRICT COURT

2        FOR THE NORTHERN DISTRICT OF GEORGIA

3                 ATLANTA DIVISION

4           Civil Action No. 1:17-cv-02989-AT

5    _____

6    DONNA CURLING, et al.,

7          Plaintiffs,

8    vs.

9    BRAD RAFFENSPERGER, et al.,

10         Defendants.

11   _____

12

13        VIDEOTAPED DEPOSITION OF ROBERT A. SINNERS

14   DATE:          September 28, 2022

15   TIME:          9:21 a.m. to 4:29 p.m. EDT

16   LOCATION:      Krevolin & Horst LLC

                    1201 West Peachtree Street, NW

17                  Suite 3250

                    Atlanta, GA 30309

18

     REPORTED BY:  Felicia A. Newland, CSR

19

                   Veritext Legal Solutions

20          1250 Eye Street, N.W., Suite 350

                   Washington, D.C. 20005

21

22

1    public reports and through your role at the

2    Secretary's Office of the breach of the Georgia

3    voting system that occurred in January of 2021 in

4    Coffee County, right?

5         A    I have been aware through media

6    reports of unauthorized access into those systems.

7         Q    But you were actually -- you were

8    aware of that situation before the media reports,

9    before it came to light in this case?

10        A    No.

11        Q    No one communicated with you about

12   that breach last year?

13        A    No.

14        Q    But you know Eric Chaney?

15        A    I have spoken with him twice in the

16   course of my regular duties as EDO director.  I was

17   reaching out to hundreds of election officials

18   across the state trying to find, you know,

19   Republican board members.

20             You know, we ran a comprehensive

21   poll-watching effort.  I think we reached 110 out

22   of 159 counties.  Coffee County was a low-priority

1           county, so we didn't have much interaction.  But

2           no, I was not aware of any of that.

3                    Q     When you say "BDO," what is that?

4                    A     EDO.

5                    Q     Oh.

6                    A     Election Day Operations.

7                    Q     Got it.

8                    A     My -- my role.

9                    Q     Okay.  But didn't you specifically

10          speak with Eric Chaney about concerns about the

11          reliability of the Dominion System?

12                   A     I got hundreds of reports and phone

13          calls from people about their concerns with the

14          voting system.  I took very little action, if any,

15          on those because there was so much disinformation

16          out in the ether.

17                   Q     And you also communicated with Misty

18          Hampton in late 2020 as well, right?

19                   A     I don't believe in late 2020, but

20          early 2020, she had reached out to me about a

21          county commissioner meeting and asked me to submit

22          a FOIA -- or an open records request for the

1       transcript.

2                       I received it.  It was a discussion,

3       you know, about the machines.  I forwarded that off

4       to attorneys and didn't really think twice about

5       it.  Coffee County really wasn't -- you know, I'm

6       more focused on Fulton, DeKalb, Gwinnett, you know,

7       larger counties.  It was not within my scope of my

8       role to have, you know, concerns about the voting

9       system.  I'm a pragmatist.  I can't change that.  I

10      can get poll watchers.  But, you know, people had

11      their theories.

12              Q    So if Coffee County was not in the

13      scope of your responsibilities and wasn't a

14      priority --

15              A    Well, it wasn't --

16              Q    Hold on.

17              A    Okay.

18              Q    -- given what you just said about

19      that, why did you organize an entire lawsuit

20      involving Shawn Still --

21              A    I didn't organize --

22                  MR. TYSON:  Object to form.

Page 35

```
 1                    You can answer if you can.
 2                    THE WITNESS:  What's that?
 3                    MR. TYSON:  I said object to form.
 4        You can answer it if you can.
 5                    THE WITNESS:  I didn't organize a
 6        lawsuit.
 7        BY MR. CROSS:
 8             Q      You didn't organize the declarations?
 9             A      Organize the declarations?  Can you
10        clarify?
11             Q      There were declarations that were
12        filed as part of Shawn Still's lawsuit in Coffee
13        County, right?
14             A      Yes.
15             Q      Didn't you literally notarize them?
16             A      Yeah, I notarized them.  Yes.
17             Q      But Coffee County wasn't in the scope
18        for you and it wasn't important?
19             A      Not -- it was not important for me,
20        but I was asked to -- I mean you're referring to
21        going down with Alex Kaufman, he needed a notary,
22        he asked me if I was available.  I said, "Yeah,
```

1      I'll get the hell out of Atlanta for a night."

2                  I went down there and served as a

3      notary.  What -- what the lawyers were doing was

4      their thing, you know?  If they needed something

5      from me, they needed assistance, I'd give it.

6           Q    How did you get there?  Did you fly

7      or drive?

8           A    He's a pilot, he flew.

9           Q    You flew all the way to Douglas,

10     Georgia simply to serve as a notary on a lawsuit in

11     a county that was outside your scope, that was

12     unimportant, and a lawsuit that you say you didn't

13     understand.  Is that your testimony?

14                  MR. TYSON:  I'll object to form.

15                  You can answer.

16                  THE WITNESS:  Coffee County was not

17     my personal priority.  My understanding of the

18     lawsuit is that they wanted to raise questions that

19     could benefit the Republican effort in the runoff

20     and they needed a notary.

21     BY MR. CROSS:

22           Q    Is it your belief that there are no

```
 1        notaries in Douglas, Georgia or anywhere closer

 2        than Atlanta that requires a flight or --

 3                A    It was a Saturday, you know?  I

 4        went -- I was like, "Okay.  I'll go.  Sure."

 5                Q    Do you know that the UPS store has

 6        notaries?

 7                A    Yeah.

 8                Q    But you flew down there -- your

 9        testimony under oath is you flew down there simply

10        to notarize documents?

11                A    He needed a notary.  He wanted a

12        notary with him.  The mechanics of the lawsuit, I'm

13        not as familiar with, yeah.  Fly on a plane and get

14        out of Atlanta, yeah.  Sure.

15                Q    I'm sorry, who was "he" again?

16                A    Alex Kaufman.

17                Q    Who is Alex Kaufman?  It's Kaufman?

18                A    Kaufman.

19                Q    Is that K-A-U-F-M-A-N?

20                A    Yeah.

21                Q    And who is he?

22                A    He was deputy general counsel to the
```

Page 38

1    Georgia GOP.

2            Q     When did you fly down there for that?

3            A     December 12th, I want to say.

4            Q     Okay.  How long were you there?

5            A     Twelve to 18 hours.  I think we got

6    there in the evening and left there in the morning

7    or midafternoon.

8            Q     Okay.  Have you remained in touch

9    with Alex Kaufman?

10           A     I saw him last April.  I would not

11   consider him a friend at this point.

12           Q     Does he work at the law firm of Hall

13   Booth today?

14           A     I believe so.

15           Q     Do you know when he started that

16   position?

17           A     I do not.

18           Q     You mentioned earlier -- you said

19   they were filing the Shawn Still lawsuit, and you

20   described your understanding of the purpose of

21   that.  Who's the "they"?

22           A     Alex and I believe Kurt Hilbert filed

1     that.

2            Q     Who is Kurt Hilbert?

3            A     He's an attorney.

4            Q     Where was he at the time employed?

5            A     He has his own law firm.

6            Q     Is that still the case today?

7            A     Yeah, I believe so.

8            Q     Who all did you meet with when you

9     were in Douglas on or around December 12th of 2021?

10           A     We went to a steakhouse and just, you

11    know, started asking, you know, "Hey, what's your

12    voting experience?"  And ran into a couple of

13    people that had hangups in the voting process.  And

14    then I think Alex wanted to -- I think the whole

15    purpose was to interview some -- a guy that owns

16    like the local paper.

17           Q     What was the steakhouse called?

18           A     I don't know.

19           Q     You guys went into a restaurant in

20    Douglas and asked random people what their

21    experience was with voting in the November 2020

22    election?

1          A     You have an 80 percent Trump county

2     and you say you're working for Trump, they treated

3     us like royalty.

4          Q     This wasn't something that you had

5     arranged in advance.  You -- you went into the

6     restaurant and then asked people --

7          A     Yeah.

8          Q     -- you introduced yourselves as

9     associated with the Trump Campaign --

10         A     Fly by the seat of your pants.

11         Q     -- and asked people about their

12    voting experience?

13         A     Yeah.

14         Q     And is that where some of the

15    declarants came from in the lawsuit?

16         A     Yes.

17         Q     And was it just you and Mr. Kaufman

18    that was having those conversations with these

19    folks or was someone else involved?

20         A     Just us I believe.

21         Q     Okay.

22         A     I mean, we're the only ones that went

Page 41

```
 1        down there, so . . .

 2                 Q     From Atlanta?

 3                 A     Well, I mean, it was he and I.

 4                 Q     And so you notarized the declarations

 5        that day?

 6                 A     Yes.

 7                 Q     So between the time that you guys

 8        identified the declarants, you know, some of the

 9        folks who were at the steakhouse, and you notarized

10        them, who actually typed them up?

11                 A     I think Alex did.

12                 Q     How did you print them?

13                 A     I think there was a printer at the

14        Hampton Inn.

15                 Q     I see.

16                       So you could talk to people at the

17        steakhouse, find declarants, kind of get their

18        story, type it up, print it at the hotel, and then

19        have them sign it and you could notarize it the

20        same day?

21                 A     Yeah.

22                 Q     Okay.
```

1          A     And then there was like a thing in

2     place, an executive order that you could do like

3     virtual.  So, you know, we would get their phone

4     number, swear them, I'd stamp it, or something like

5     that, yeah.

6          Q     Okay.  Do you know why that lawsuit

7     was dropped on January 7th, 2021, the same day that

8     the initial breach occurred in the Coffee County

9     Election Office?

10         A     No --

11               MR. TYSON:  Object to form.

12               You can answer if you can.

13               THE WITNESS:  -- I don't.

14    BY MR. CROSS:

15         Q     No one communicated with you about

16    that?

17         A     No.

18         Q     When you were in Douglas on or around

19    December 12th, it's your testimony that you did not

20    have any interactions or communications with any

21    members of the Coffee County Election Board?

22         A     I don't believe I did.

Page 72

```
 1              A     I don't believe so.

 2              Q     You weren't communicating with

 3     Mr. Chaney in this time frame around about this

 4     issue?

 5              A     November 19th?  No, I don't think

 6     that's me because I would have been able to just

 7     get the election bulletin from the Secretary of

 8     State's Office.  I wouldn't have needed to -- to

 9     get that from them.  I don't think -- I don't think

10     that's me.

11              Q     Okay.

12              A     And then thereafter, the "SOS" and

13     "Gov," yeah, I was not after the SOS and the Gov,

14     so . . .

15              Q     Did you ever ask Mr. Chaney or anyone

16     else for this election bulletin?

17              A     I think I asked Eric Chaney for a

18     letter at some point about like not recertify --

19     not decert -- or not being able to certify.  But

20     yeah, I don't think this is regarding me,

21     especially 11/19, November 19th.  Yeah, I don't

22     think that's me.
```

Page 82

```
 1                    MR. CROSS:  This is Tab 13 for my
 2       team.
 3                    MR. TYSON:  Is this a completing
 4       letter or -- there's only one page on this version?
 5                    MR. CROSS:  Yeah, it's -- it looks --
 6       it was produced to us this way --
 7                    MR. TYSON:  Okay.
 8                    MR. CROSS:  -- is my understanding.
 9       BY MR. CROSS:
10              Q    Mr. Sinners --
11                 (Discussion had off the record.)
12       BY MR. CROSS:
13              Q    All right.  Do you recognize
14       Exhibit 11?  It's a document that you produced.
15              A    I think it's the letter -- the letter
16       regarding certification or whatever for Coffee
17       County.
18              Q    It's actually a draft --
19              A    Yeah.
20              Q    -- of the letter, right?
21              A    Yes.
22              Q    Why did you receive a draft of that
```

Page 83

1          letter before it went to the Secretary's Office?

2                    A     I don't know.  I mean, this is around

3          the same time that Eric and Misty reached out, so,

4          you know, they sent me whatever they had and their

5          concerns.  And, you know, I probably sent this to

6          attorneys and then moved on with my day.

7                         MR. CROSS:  Mr. Sinners, why don't we

8          take a break.  We've been going about an hour and a

9          half.

10                         VIDEOGRAPHER:  The time is 10:40 a.m.

11         We are off video record.

12                  (Recess from 10:40 a.m. to 10:43 a.m.)

13                         VIDEOGRAPHER:  The time is 10:43 a.m.

14         We are back on video record.

15                  (Recess from 10:40 a.m. to 10:43 a.m.)

16                         VIDEOGRAPHER:  The time is 10:43 a.m.

17         We are back on video record.

18                         MR. CROSS:  We're at Exhibit 12?

19                  (Sinners Deposition Exhibit Number 12

20                   marked for identification.)

21         BY MR. CROSS:

22                    Q     All right.  Let me hand you what's

Page 84

1          been marked as Exhibit 12.  Exhibit 12, the cover

2          e-mail is from Eric Chaney to you on December 8th,

3          2020, right?

4                    A     Yep.

5                    Q     And there's an attachment entitled,

6          "Signed Letter to NOT" -- "not" is in all caps --

7          "Certify Electronic Recount."

8                          Do you see that?

9                    A     Yes.

10                   Q     And there's another attachment

11         entitled, "Discrip" -- D-I-S-C-R-I-P -- "in

12         recount."  Do you see that?

13                   A     Yep.

14                   Q     And he's ending you an e-mail that

15         Misty Hampton had forwarded -- or sorry, that had

16         sent to Eric Chaney and Matt McCullough below the

17         same day.  Do you see that?

18                   A     Yes.

19                   Q     And then if you turn, you'll see the

20         two attachments.  One is a letter from the chair of

21         the Coffee County Board of Elections to Brad

22         Raffensperger, dated December 4th of 2020,

1          indicating that the board was not going to certify

2          the electronic recount numbers.

3                    Do you see that?

4          A       Yeah.

5          Q       And what did you do with the

6          information that Mr. Chaney sent you here?

7          A       I think I gave it to the attorneys.

8          You know, we had been hearing of things going on,

9          that they had an issue, that they were not going to

10         certify, so we wanted a copy of the letter.

11         Q       So this was something that you guys

12         had requested, the letter?

13         A       I think attorneys working for the

14         GOP, you know the Republican team, requested it.  I

15         might have reached out and said, "Hey, can you

16         forward me the letter?"

17                    But yeah, I mean, you know, that was

18         more of a legal thing.  Yeah.

19         Q       And you say -- you said a few times

20         that there were things that you probably forwarded

21         on to the attorneys.  What attorneys are you

22         talking about?

Page 86

1             A     Probably Alex Kaufman, Ray Smith.

2       Ray was our local campaign counsel that advised the

3       campaign.  You know, there are probably ten

4       attorneys that were kind of working tangentially.

5       By then, a lot -- a couple have trailed out, but I

6       probably forwarded this to, you know, Ray or Alex

7       or somebody to take a look.  I know -- I think that

8       this letter had involvement in the lawsuit against

9       Coffee County, the Still v. Raffensperger.

10            Q     I'm sorry.  Say that again.

11            A     I -- I think this letter played into

12      the lawsuit of Still v. Raffensperger.

13            Q     How so?

14            A     I think it was one of the things they

15      included.

16            Q     In the filing you mean?

17            A     Yeah.  Yeah.

18            Q     One of the things that was sought --

19                  MR. CROSS:  Sorry.

20                  MS. CINO:  It's coming on at 11.

21                  MR. CROSS:  Okay.  That's fine.

22

Page 110

1              Q    If you look in the middle, do you see

2      there's a date of January 6, 2021, 4:26 p.m.,

3      Ms. Hampton, in the green, sends a text message to

4      Eric Chaney saying, "Scott Hall is on the phone

5      with Cathy, but wanting to come scan our ballots

6      from the general election like we talked about the

7      other day"?

8              A    Uh-huh.

9              Q    Yes?

10             A    Yes, I see that.

11             Q    Then if you come to the bottom of

12     that same page, do you see -- January 7, 2021,

13     10:18 in the morning, Ms. Hampton texts Eric

14     Chaney, "Are you coming to the office?  I need a

15     board member to be here when we transfer ballots."

16     He says, "I'll be there at 11:00."

17                  Do you see that?

18             A    Yeah.

19             Q    And then January 7th, 7:24 p.m.,

20     Mr. Chaney sends a phone number to Ms. Hampton and

21     writes, "Let's switch to Signal."

22                  Do you see that?

Page 111

1              A      Yeah.

2              Q      So we're looking at the day when we

3       now know that the SullivanStrickler team, Scott

4       Hall, someone identifies a programmer with Scott

5       Hall, went into the Coffee County Election Office

6       with Cathy Latham and Eric Chaney and others to

7       copy voting election equipment and data.  That's

8       the day that we're looking at, right?

9              A      Sure.

10             Q      Okay.  And the number that Mr. Chaney

11      sends to Ms. Hampton, that's your personal cell,

12      right?

13             A      That is.

14             Q      And is it your testimony that no one

15      spoke to you, texted you, messaged you,

16      communicated with you in any way about what

17      happened in the election office that day?

18             A      Yeah.

19             Q      You don't have any idea why

20      Mr. Chaney sent your cell number to Misty Hampton

21      at the time that they were wrapping up or had just

22      finished copying the voting software and the data?

Page 122

1       know, two to three e-mails or phone calls.  But

2       they did nothing.  They offered me personally no

3       value because they couldn't get me poll watchers.

4       Coffee County isn't a high-priority target.  I'm

5       focused on Fulton and Gwinnett.

6                    And yeah, I mean, going into the

7       runoff, I had no interest in Coffee County.  It

8       was like -- you know, I think the Still V.

9       Raffensperger suit was -- I think what they were

10      still asking for related to the runoff.

11      BY MR. CROSS:

12           Q    Going into the runoff, you had no

13      interest in Coffee County apart from getting on a

14      flight and spending two days down there finding

15      declarants for a lawsuit?

16           A    If it helped in the runoff.  Alex is

17      a good lawyer, but he's not -- I mean, he's -- I

18      have thoughts on him personally, but -- at this

19      point.  But I think he's a good lawyer.  I think he

20      has a good head on his shoulders.  I think he saw

21      this is our weak point.

22                    Part of the whole job of EDO is to

Page 123

```
 1        identify weak points in the system and find ways to

 2        correct them.  I thought he saw that as a, you

 3        know, weak point in the system that would help get

 4        us some sort of relief for the runoff.  That's my

 5        understanding of the lawsuit at least.

 6                    Q     Sure.

 7                          How was the Shawn Still lawsuit going

 8        to help the runoff?

 9                    A     I'm not really sure, but I think that

10        was one of the things they asked for, was like

11        continued relief.  You know, maybe something with

12        the way votes are processed or absentee voting.

13        I'm really not versed on the lawsuit.

14                          But there was kind of a quiet move to

15        the runoff by a lot of people because Trump v.

16        Raffensperger was out there.  If it got moved on by

17        a judge, there may be something that happens there.

18        But you can't spend your time focused on the past

19        when you have a runoff coming up in three weeks.

20                    Q     So you were hired into the

21        Secretary's office in February of 2021, right?

22                    A     That's correct.
```

Page 124

1          Q     What day?

2          A     Probably the 1st, if I had to guess.

3          Q     Okay.  So you were hired into the

4     Secretary's office almost immediately after

5     individuals went into Coffee County and gained

6     unauthorized access to the voting equipment there,

7     right?

8                MR. TYSON:  I'll object to form.

9                You can answer.

10               THE WITNESS:  I've never made that

11    connection, but, you know, sure.  You know, maybe I

12    was hired after people ransacked the Capitol.  I

13    was hired after a guy went through a stop sign.  I

14    mean, there's a lot of -- I was looking for a new

15    job.

16    BY MR. CROSS:

17         Q     Did anyone who ransacked the Capitol,

18    to your knowledge, send your personal cellphone

19    number to others who ransacked the Capitol in the

20    way that Mr. Chaney and Ms. Hampton did on the day

21    of the breach?

22               MR. TYSON:  I'll object to form.

Page 244

1          bad way, but as sort of a tip to get more

2          information?

3                    A      It was a tip.

4                    Q      Okay.  Moving ahead a little bit to

5          your visit to Coffee County.

6                    A      Sure.

7                    Q      That was, I think, you said on the

8          12th of December.  Is that correct?

9                    A      That is correct.

10                   Q      Who did you see down there that you

11         already knew or that you knew of?

12                          I know you met some people at the

13         steakhouse, but who else did you meet when you were

14         down there?

15                   A      Nobody.

16                   Q      Mr. Preston?

17                   A      He had -- he had -- he got

18         interviewed by Alex Kaufman.

19                   Q      So you didn't see him?

20                   A      I may have seen him, I may have

21         shaken his hand.  But that was my understanding,

22         Alex wanted to interview him for Still v.

Page 324

1                    CERTIFICATE OF NOTARY PUBLIC

2        I, FELICIA A. NEWLAND, CSR, the officer before whom

3        the foregoing videotaped deposition was taken, do

4        hereby certify that the witness whose testimony

5        appears in the foregoing deposition was duly sworn

6        by me; that the testimony of said witness was taken

7        by me in stenotype and thereafter reduced to

8        typewriting under my direction; that said deposition

9        is a true record of the testimony given by said

10       witness; that I am neither counsel for, related to,

11       nor employed by any of the parties to the action in

12       which this deposition was taken; and, further, that

13       I am not a relative or employee of any counsel or

14       attorney employed by the parties hereto, nor

15       financially or otherwise interested in the outcome

16       of this action.

17

18

19                       _____

20                       FELICIA A. NEWLAND, CSR

                         Notary Public

21

         My commission expires:

22       September 15, 2024

Page 326

1    Curling, Donna  v. Raffensperger, Brad

2    Robert A. Sinners (#5468186)

3                    E R R A T A   S H E E T

4    PAGE _13__ LINE _1___ CHANGE _No Conviction_____

5    _____

6    REASON _Inaccurate_____

7    PAGE_____ LINE_____ CHANGE_____

8    _____

9    REASON_____

10   PAGE_____ LINE_____ CHANGE_____

11   _____

12   REASON_____

13   PAGE_____ LINE_____ CHANGE_____

14   _____

15   REASON_____

16   PAGE_____ LINE_____ CHANGE_____

17   _____

18   REASON_____

19   PAGE_____ LINE_____ CHANGE_____

20   _____

21   REASON_____

22

23   _____    _10/31/22_____

24   Robert A. Sinners                          Date

25

Page 327

1   Curling, Donna   v. Raffensperger, Brad

2   Robert A. Sinners (#5468186)

3                  ACKNOWLEDGEMENT OF DEPONENT

4       I, Robert A. Sinners, do hereby declare that I

5   have read the foregoing transcript, I have made any

6   corrections, additions, or changes I deemed necessary as

7   noted above to be appended hereto, and that the same is

8   a true, correct and complete transcript of the testimony

9   given by me.

10

11  _____        10/31/22

12  Robert A. Sinners                     Date

13  *If notary is required

14                       SUBSCRIBED AND SWORN TO BEFORE ME THIS

15       30   DAY OF  October_____ , 20 22.

16

17

18       Deanna /Wooten_____

19       NOTARY PUBLIC

20  My Commission Expires May 24 2024

21

22

23

24

25

Created with Scanner Pro