# EXHIBIT 213

## PROVISIONALLY FILED UNDER SEAL