# EXHIBIT 214



Exhibit
0003