# EXHIBIT 215

## PROVISIONALLY FILED UNDER SEAL