# EXHIBIT 217

The Carter Center, Restoring Confidence in American Elections Panel 3 (April 29, 2022), YouTube (May 9, 2022), https://www.youtube.com/watch?app=desktop&v=PbB_c_PX8D8+at+approximately+35%3A30&feature=youtu.be, at 35:22 to 35:36.



"So we are still dealing with that here and we still have to prove negatives in all these cases. It's similar across the board. But like, we had claims… even recently there was people saying: 'We went to Coffee County. We imaged everything.' There's no evidence of any of that. It didn't happen."

Exhibit 0006