# EXHIBIT 218

SharePoint   Sites

Archie, Glenn

Investigations   Home   Case Management   GCIC

Case

Search this site

⊕ new item or edit this list

all items   2016 SEB cases   2021SEBCases   •••   [ Coffee County   ✗ ]

| | Edit | Case Number | Case Summary | Case Status | Division | Case Category | Case Description | Executive Notification | Date Assigned | Investigator Assigned | Investigator's Supervisor |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Count= 12 | | | | | | | | | |
| | | SEB2020-013 | Coffee County Absentee Ballots | Closed in Investigations | Elections | Elections-Improper Processing of Absentee Ballots by Election Officials | Coffee County Absentee Ballots | No | 5/5/2020 | Blanchard, Joshua | Jones, Pamela |
| | | SEB2020-143 | Coffee County Interferance at Polling Location | Pending Presentation to Board | Elections | Elections-Problems at Polling Places | Coffee County Interference at Polling Location | No | 10/28/2020 | Blanchard, Joshua | Jones, Pamela |
| | | SEB2020-250 | Coffee County Misc | Open | Elections | Elections-Miscellaneous | Coffee County Misc | No | 12/9/2020 | Blanchard, Joshua | Koth, Sara |
| | | SEB2021-094 | Coffee County AB Drop Box | SEB-Bound case over to Attorney General's Office | Elections | Elections-AB Drop Box | Coffee County AB Drop Box | No | 3/15/2021 | Hernandez, Robert | Jones, Pamela |
| | | SEB2022-002 | City of Nicholls Unqualified Voters | Pending Presentation to Board | Elections | Elections-Unqualified Voters/Registrants | City of Nicholls Unqualified Voters | No | 1/4/2022 | Wright, Mark | Jones, Pamela |
| | | SEB2022-207 | Coffee County Server Security | Open | Elections | Elections-Miscellaneous Elections-Security of Election Equipment | Coffee County Server Security | No | 9/7/2022 | Blanchard, Joshua | Archie, Glenn |

Some items might be hidden. Include these in your search

**CONFIDENTIAL**

**SOS-INV000144**

https://sp.sos.ga.gov/divisions/investigations/casemanagement/Lists/Case/all%20items.aspx     9/20/2022