# EXHIBIT 228

Page 1

1              THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF GEORGIA
2                     ATLANTA DIVISION
3    DONNA CURLING, et al.,
4            Plaintiffs,
                                    CIVIL ACTION FILE
5       vs.
                                    NO. 1:17-CV2989-AT
6    BRAD RAFFENSPERGER, et
     al.,
7
             Defendants.
8    _____
9
10           VIDEOTAPED DEPOSITION OF DONNA CURLING
11             TAKEN BY REMOTE VIDEOCONFERENCE
12
13                   January 19, 2022
14                      9:33 a.m.
15
16
17
18
19
20   REPORTED REMOTELY BY:
21   LAURA R. SINGLE, CCR-B-1343
22
23
24
25

Page 18

1        Q.    Ms. Curling, have you seen this document

2    before?

3        A.    Yes, I have.

4        Q.    Okay.  And did you assist in providing

5    answers to the request for admissions submitted by

6    Secretary Raffensperger?

7              MR. SPARKS:  Ms. Curling, I'm going to

8         instruct you at this time not to answer with any

9         information that would reveal attorney-client

10        privileged information or any of the work product

11        that your attorneys have provided you in this

12        case.

13    BY MR. BELINFANTE:

14        Q.    And to that point, Ms. Curling, I'm not

15    asking what you said.  I'm just asking if you

16    assisted in providing answers.

17        A.    It was a joint effort between myself,

18    co-Plaintiffs, and the attorneys to answer these

19    questions.

20        Q.    All right.  Thank you.

21              Let me show you request for admission

22    number three.  Here it says:  Admit that you have no

23    evidence that any component of the election system

24    was actually hacked prior to or during the elections

25    on November 3rd, 2020.

Donna Curling                    January 19, 2022
Curling, Donna v. Raffensperger, Brad

Page 19

1          The response was denied.  Why was that

2    denied?

3               MR. SPARKS:  Objection to the extent it

4          misstates the record and calls for a legal

5          conclusion.

6    BY MR. BELINFANTE:

7          Q.   You can answer.

8          A.   I think because there's no way to know one

9    way or another, but there -- there were a -- there

10   was a lot of diligence done after the election that

11   gave me confidence in the election results of 2020.

12         Q.   Okay.  And I will show you these were

13   provided to us on January 14, 2021.  Do you see that?

14         A.   Yes, I do.

15         Q.   Okay.  And sitting here today, are you aware

16   of any evidence that any component system of the

17   election system was actually hacked prior to or

18   during the elections held on November 3rd, 2020?

19              MR. SPARKS:  Objection to the extent it

20         calls for a legal conclusion.

21              And to the extent it asks you to reveal

22         privileged or protected conversations with

23         counsel, please do not answer.

24              MR. BELINFANTE:  Mr. Sparks, do you want to

25         tell me what the attorney-client privilege is if

Donna Curling                      January 19, 2022
Curling, Donna v. Raffensperger, Brad

Page 20

1          it's asking for evidence that she's going to

2          need?  I want to be able to adjust my question if

3          I need to.

4                 MR. SPARKS:  Do you want to repeat the

5          question for me, Counsel?  I'll see if I can --

6                 MR. BELINFANTE:  Sure.

7     BY MR. BELINFANTE:

8          Q.    Sitting here -- sitting here today,

9     Ms. Curling, do you have -- are you aware of any

10    evidence that any component of the election system

11    was actually hacked prior to or during the elections

12    held on November 3rd, 2020?

13                MR. SPARKS:  So I think there -- forgive me

14         for being semantic, Counsel; but I think there's

15         some [indiscernible] in terms of when you're

16         speaking to awareness.  Keep in mind there are

17         documents and expert testimony marked attorney's

18         eyes only in this litigation, and counsel's

19         advice to its clients about the posture of the

20         litigation and about the impact of that

21         protective order would be privileged.  So at

22         minimum -- at minimum, I wanted to ensure the

23         witness was aware of the concern.

24                Does that help you understand?

25                MR. BELINFANTE:  It helps me understand.

Page 21

1   BY MR. BELINFANTE:

2        Q.   Ms. Curling, I'll note that your counsel is

3   not instructing you not to answer the question

4   completely, so do you need me to ask it again?

5        A.   Are you asking me if I'm aware of any hacks

6   on the system for 2020?  Is that your question?

7        Q.   Yes.  My question is effectively the request

8   for admission number three.  Sitting here today, are

9   you aware of any evidence that any component of the

10  election system was actually hacked prior to or

11  during the elections held on November 3rd, 2020?

12       A.   I am not.

13            MR. SPARKS:  Same objection and instruction.

14  BY MR. BELINFANTE:

15       Q.   Sitting here today, are you aware of any

16  facts that would show that the results of any

17  election held in Georgia on November 3rd, 2020, were

18  actually changed in any way as a result of hacking or

19  the insertion of malware into any component of the

20  election system?

21            MR. SPARKS:  Objection to the extent it

22       calls for a legal conclusion.

23            Same instruction.  Please don't reveal any

24       privileged information.  You may answer if you

25       know.

Donna Curling                    January 19, 2022
Curling, Donna v. Raffensperger, Brad

Page 22

1          THE WITNESS:  I do not know of any.

2    BY MR. BELINFANTE:

3          Q.   All right.  So why -- were you aware of any

4    on -- were you aware of any evidence on January 14,

5    2021?

6          A.   I guess I'm confused.  You're going to have

7    to clarify what you're asking.

8          Q.   Sure.

9          On January 21 of last year, we asked you to

10   admit that you had no evidence that any malware was

11   actually inserted into any component of the election

12   system prior to or during the elections held on

13   November 3rd, 2020.  You denied that.

14         I'm asking, why was it denied?  Did you have

15   evidence at that time that there was actually malware

16   inserted into any component of the election system

17   prior to or during the elections held on November 3rd

18   of 2020?

19         A.   Can I answer?

20         MR. SPARKS:  You may answer to the extent it

21      doesn't reveal privileged or protected

22      conversations with counsel.

23         THE WITNESS:  I -- I would maintain that

24      there's no evidence either way really.

25   BY MR. BELINFANTE:

Donna Curling                       January 19, 2022
Curling, Donna v. Raffensperger, Brad

Page 35

1  active organization?

2       A.   It's -- I guess it is.  It's a website where

3  we try -- well -- and when -- by we, I mean my

4  partner Donna Price handles all of the posting things

5  out there just to -- it's kind of a place to get

6  information about voting.

7       Q.   I see.

8            Okay.  Does -- does Georgians for Verified

9  Voting have members other than you and Ms. Price?

10      A.   No, not anymore.

11      Q.   Okay.  Is it a paid position or a volunteer?

12      A.   Volunteer.

13      Q.   Can you tell me your understanding of what

14 the mission is of Georgians for Verified Voting?

15      A.   Just to keep voters informed and in

16 particular when we were voting on DREs to try to help

17 voters understand the flaws in that system and to

18 encourage them to vote on hand-marked paper ballots

19 so that there would be a record of their vote.

20      Q.   You say in paragraph 4 that your role in

21 GAVV has provided you with familiarity with Georgia's

22 election system of voting.  Based on my knowledge of

23 Georgia's system, including the vulnerability of DRE

24 machines to hacking and the lack of any paper trail,

25 I am afraid that my vote will not be counted equally

Donna Curling
Curling, Donna v. Raffensperger, Brad
January 19, 2022

Page 36

1    in the upcoming November 2018 midterm election,
2    particularly in the light of the active attempts to
3    hack Georgia's system by Russia and others.
4            Do you see that?
5        A.   I do.
6        Q.   Okay.  And that was a true statement when
7    you made it in 2018?
8        A.   Yes.
9        Q.   Okay.  Tell me about your familiarity with
10   Georgia's electronic voting system.  And
11   understanding that this paragraph is referring to at
12   the time the Diebold DRE machines, what was you
13   under -- when you say you were familiar with it, can
14   you kind of tell me what you meant by that?
15       A.   Well, at the time my main objection was that
16   in January or February of 2017 I read about a breach
17   in the system at KSU and knew that the system -- the
18   database had been left open to the public for -- I
19   don't think it's ever been determined how long the
20   system was just out there and open.  So when it says
21   particularly in light of my active attempts, the
22   active attempts, that's what I'm referring to.
23       Q.   Okay.  You have previously voted on the DRE
24   machines, correct?
25       A.   Yes.

Donna Curling                    January 19, 2022
Curling, Donna v. Raffensperger, Brad

Page 37

1      Q.   Okay.  When you say that there were active

2   attempt to hack Georgia's system by Russia, what

3   facts led you to make that statement?

4      A.   Well, just that the system was open and -- I

5   mean, based on the things that I had read, I felt

6   like Russia was a possibility; but it also says and

7   others.  I mean, the bottom line is the system was

8   not secure, it was open, and there easily could have

9   been attempts to hack the system.

10     Q.   Are you aware of any actual attempts to hack

11   the system, the DRE system?

12     A.   I am not, but I'm also not aware that there

13   were not any.

14     Q.   And when you say others, did you have anyone

15   specific in mind?

16     A.   No.

17          (Exhibit 3 was marked for

18          identification, attached at the end of

19          the original transcript.)

20   BY MR. BELINFANTE:

21     Q.   All right.  I'm going to show you -- and

22   your counsel can get you your declaration from

23   October 4 of 2019.

24          MR. SPARKS:  I'm handing Ms. Curling a

25          document with the ECF number 619-3 filed October

Donna Curling
Curling, Donna v. Raffensperger, Brad

January 19, 2022

Page 41

1    proposed election system?

2         A.    No.

3         Q.    Let's look at paragraph 6.  If you'll just

4    read that to yourself and then let me know when

5    you've done so.

6         A.    Yes.

7         Q.    Okay.  When you say you'll be forced to vote

8    on a system that I do not believe will count my vote

9    equally and fully, what did you mean by that?

10        A.    There's no way to know if my vote is counted

11    as cast because my vote is translated into a QR code,

12    which is not human readable.

13        Q.    Are you -- at the time that you completed

14    this application in October of 2019, were you aware

15    that the proposed election system as defined in this

16    declaration provided not only the QR code but also a

17    list of the voter's choice below?

18        A.    I'm not -- wait a minute.  I'm not

19    following.  Sorry.

20        Q.    That's all right.  Let me do this.

21              All right.  Ms. Curling, I'm going to show

22    you what is Exhibit A to one of the declarations in

23    this case, which is a Barrow County official ballot

24    from November 3 of 2020.  Would you agree with me

25    that when a voter votes on a -- well, first off, can

Donna Curling                    January 19, 2022
Curling, Donna v. Raffensperger, Brad

Page 42

1   you see this?

2          A.    Yes, I can see it.

3          Q.    Okay.  Would you agree with me that when a

4   voter votes on Georgia's current election system, the

5   Dominion BMD system as I'll refer to it, this comes

6   out of the printer and the voter takes this printout

7   to a scanner --

8               MR. SPARKS:  Objection --

9   BY MR. BELINFANTE:

10         Q.    -- or something like this?

11              MR. SPARKS:  Objection; compound.

12              You may answer.

13              THE WITNESS:  Honestly, I've only voted on

14         BMD recently, and it's for municipal elections,

15         so I've never seen anything that looks like this

16         coming out of the printer.  I saw a single vote

17         was all.

18   BY MR. BELINFANTE:

19         Q.    You -- oh, go ahead.  I'm sorry.

20         A.    No.  That's okay.

21              If you say that's what it looks like, I

22   guess that's what it looks like.  I honestly don't

23   know from experience.

24         Q.    All right.  You -- you recently voted in a

25   municipal election on the BMD system?

Page 43

1      A.   Yes, I did.

2      Q.   Do you have any reason to believe that your

3  vote was not counted?

4      A.   I have no way of knowing.

5      Q.   Do you have any reason to believe, though --

6  understanding that you may not know but do you have

7  any reason to believe that your vote was not counted?

8           MR. SPARKS:   Objection; asked and answered.

9           You can answer.

10          THE WITNESS:   I mean, I maintain I could see

11      what the printed out said my vote was as I

12      intended; but I have no idea, when I put into the

13      scanner, the scanner read the QR code.  I don't

14      know.

15  BY MR. BELINFANTE:

16      Q.   Okay.  And when you voted, you did see the

17  list or the name of the candidate who you selected on

18  the actual ballot that was printed out from --

19      A.   Yes.

20      Q.   Okay.

21      A.   Yes.

22      Q.   And did you read it before turning it into

23  the scanner?

24      A.   Yes.

25      Q.   All right.  And so while this ballot is --

Donna Curling                                January 19, 2022
Curling, Donna v. Raffensperger, Brad

Page 44

1    I'll submit to you is an example of a BMD ballot, did

2    your ballot generally look like this with a QR code

3    on the top and the list of candidates and referendum

4    below?

5          A.   Yes.

6          Q.   Okay.  And your objection to the BMD system

7    is that QR code; is that correct?

8          A.   That's correct.

9          Q.   All right.  And if the ballot did not have

10   the QR code and just listed the name of the

11   candidates, would you have an objection?

12              MR. SPARKS:  Objection.  It calls for

13        speculation.

14   BY MR. BELINFANTE:

15         Q.   You can answer, Ms. Curling, if you -- if

16   you know.

17         A.   So are you asking me if -- if the machine

18   did not translate it into a QR code but just printed

19   out what -- the voter's selections and the voter's

20   selections were what were scanned, would I be okay

21   with that?  Is that your question?

22         Q.   Almost.  That may be one coming up.

23              My -- my question right now is not if it's

24   scanned.  My question right now is simply if the

25   ballot did not have the QR code but listed the names

Donna Curling                            January 19, 2022
Curling, Donna v. Raffensperger, Brad

Page 45

1   of your choices, would that be objectionable to you?

2           MR. SPARKS:  Objection.  It calls for

3       speculation and vague.

4           You may answer, if you know.

5           THE WITNESS:  I mean, I would have less of a

6       problem with it if there were no QR code.

7   BY MR. BELINFANTE:

8       Q.   Okay.  If you have less of a problem, then

9   that suggests to me there's still a problem.  Could

10  you tell me what the problem would be if that -- if

11  the ballot just listed out your choices and did not

12  have the QR code?

13      A.   Well, the -- the problem for me is -- is

14  that everything is software dependent, and I feel

15  like even with hand-marked paper ballots that are

16  scanned risk-limiting audits are required to really

17  get voter confidence.

18      Q.   So is the issue then -- and, again, I'm

19  asking a hypothetical; and the hypothetical is that

20  you would vote and you would have a ballot like this

21  without the QR code.  Is the issue that you're voting

22  by machine and it's a machine that uses software?

23          MR. SPARKS:  Objection; compound, calls for

24      speculation.

25          You may answer, if you know.

Donna Curling                                    January 19, 2022
Curling, Donna v. Raffensperger, Brad

Page 46

1          THE WITNESS:  Yes, I guess so.

2    BY MR. BELINFANTE:

3          Q.   Tell me what it is that you're asking the

4    Court to order in this case.  What is -- and by that

5    I mean, what is the relief you're seeking in this

6    lawsuit?

7          A.   Hand-marked paper ballots and risk-limiting

8    audits.

9          Q.   And by hand-marked paper ballots, are you

10   referring only to ballots that a voter marks with a

11   pen or pencil?

12         A.   Unless the voter has possession of the

13   physical paper, then, yes, I think.  Wait a minute.

14   Let me think about that.  Ask the question again.

15         Q.   Sure.

16              When you say -- well, let me just ask this

17   first.  Tell me what you mean by hand-marked paper

18   ballot that you're -- you said -- and I'm sorry,

19   Ms. Curling, just a second.

20              You said you're asking the Court to

21   effectively order hand-marked paper ballots.  Tell me

22   what you're asking the Court to order, what you mean

23   by hand-marked paper ballots in that context.

24              MR. SPARKS:  Objection.  It mischaracterizes

25         testimony.

Donna Curling                                    January 19, 2022
Curling, Donna v. Raffensperger, Brad

Page 47

1          You may answer.

2          THE WITNESS:  That the voter is marking the

3     ballot themselves and it is inherently voter

4     verified.

5    BY MR. BELINFANTE:

6          Q.   And when you say marking the ballot

7    themselves, do you mean with a pen or pencil or other

8    writing device?

9          A.   Yes.

10         Q.   Okay.  Are you -- would -- if the Court were

11   to order hand-marked paper ballots using Scantron

12   technology or fill-in-the-bubble technology -- do you

13   know what I mean by that?

14         A.   Yes, I do.

15         Q.   If the Court would to order

16   fill-in-the-bubble or Scantron technology type

17   ballots, would that satisfy what you're seeking in

18   the lawsuit?

19         MR. SPARKS:  Objection.  It calls for

20     speculation.

21         You may answer.

22         THE WITNESS:  With the addition of

23     risk-limiting audits.

24   BY MR. BELINFANTE:

25         Q.   So -- and is that a yes?  I'm sorry.

Donna Curling                    January 19, 2022
Curling, Donna v. Raffensperger, Brad

Page 48

1        A.    Yes.  With risk-limiting, yes.

2        Q.    Okay.  With risk-limiting audits, correct?

3        A.    Correct.  Yes.

4        Q.    Okay.  All right.  And are you opposed to

5    hand-marked paper ballots using bubble technology

6    being counted on a machine?

7        A.    Are you talking about marked and counted on

8    a machine?

9        Q.    No.  I'm talking about what you just defined

10   as hand-marked paper ballots and --

11       A.    Okay.

12       Q.    -- what's used the fill-in-the-bubble one

13   right now.  If the Court ordered fill-in-the-bubble

14   type ballots, would you be opposed to those ballots

15   being counted on a machine or tabulated on a machine?

16       A.    As long as there were risk-limiting audits,

17   I would be okay with that.

18       Q.    Okay.  If the machine that tabulated the

19   ballot had software, would you be opposed to the

20   machine tabulating the ballots?

21       A.    Again, I believe audits are required if any

22   machine is involved in tabulating the votes.

23       Q.    Okay.  So you're not asking for voters to

24   write out the name of the candidate and have humans

25   review that as the hand-marked paper ballot, correct?

Donna Curling
Curling, Donna v. Raffensperger, Brad
January 19, 2022

Page 52

1   Georgia's elections in 2022?

2       A.   In 2022?

3       Q.   Yes; in this year's election.

4       A.   Oh, the upcoming election, no, I -- I do not

5   know of any.

6       Q.   Okay.  I'm going to go to paragraph 26.

7   Here it says:  Despite this authority and ability to

8   avoid unsafe systems, Defendants allowed the special

9   election to be run on a compromised system.  The

10  Defendants refused to use the only safe method for

11  conducting elections - paper ballots.

12          Do you see that?

13      A.   Yes, I do.

14      Q.   Okay.  Would you agree with me that the BMD

15  system utilizes a paper ballot?

16      A.   Yes, it does.

17      Q.   Would you agree with me that the BMD paper

18  ballot is verifiable by the voter?

19          MR. SPARKS:  Objection --

20          THE WITNESS:  I would --

21          MR. SPARKS:  -- vague.  It calls for

22      speculation.

23          You may answer.

24          THE WITNESS:  I would disagree with you on

25      that.

Donna Curling                    January 19, 2022
Curling, Donna v. Raffensperger, Brad

Page 53

1   BY MR. BELINFANTE:

2        Q.    Okay.  Tell me why you disagree.

3        A.    Because on the current system, you can only

4   see what you select; but you cannot see what is

5   counted.

6        Q.    And when you say counted, you mean by the

7   tabulation machines?

8        A.    Correct.

9        Q.    Okay.  You've talked a fair amount about

10  risk-limiting audits.  Can you tell me what you mean

11  by risk-limiting audit?

12       A.    No.  Well, I know that there are

13  statisticians who understand exactly what that means

14  and the amount of auditing that would be required to

15  ensure voter confidence.  I am not that person.

16       Q.    That's fair.

17             Would you agree with me that -- that

18  statisticians disagree on what constitutes a

19  risk-limiting audit?

20       A.    I know there is some disagreement, yes.

21       Q.    And if the Court were to order a

22  risk-limiting audit as part of the relief in this

23  case, sitting here today can you articulate or

24  explain what that would look like?

25             MR. SPARKS:  Objection.  It calls for

Donna Curling                              January 19, 2022
Curling, Donna v. Raffensperger, Brad

Page 56

1      A.    I'm sorry.  It's the -- the KSU Center for

2   Elections where they handled everything for the

3   Secretary of State at the time.

4      Q.    Okay.  The last sentence of paragraph 42

5   says:  In Georgia a bad actor could manipulate the

6   State's electrical process by targeting and

7   infiltrating CES.

8           Do you see that?

9      A.    Yes, I do.

10     Q.    Sitting here today, do you have any

11  knowledge of any bad actor who actually manipulated

12  the State's electoral process by targeting and

13  infiltrating the CES?

14     A.    I have no information of that, but I also

15  have no information that it did not occur.

16     Q.    Okay.  I'm going to show you paragraph 131.

17  Here you allege that the failure to comply with the

18  Georgia Constitution and the Georgia Code concerning

19  elections is a violation of federal due process when

20  the patent and fundamental fairness of the election

21  is called into question.

22          Do you see that?

23     A.    Okay.  I'm going to ask you to start over

24  because the page was behind and I wanted see it as

25  you spoke.

Donna Curling                                    January 19, 2022
Curling, Donna v. Raffensperger, Brad

Page 62

1    experience there was only one race on that.  If it

2    had been a longer ballot, I am not a hundred percent

3    sure that I would notice if a particular race was

4    missing or amendments and things like that when I

5    would be verifying something that came from the

6    machine, so...

7         Q.   Would a -- and is there anything that would

8    prevent you from verifying a paper ballot that comes

9    out of a BMD?

10        A.   I'm not sure I understand.

11        Q.   Sure.  I'm just trying to understand why the

12   BMD ballot you -- you view as not verifiable.  So is

13   there anything that prevents you from reading through

14   the choices to see what it -- if it lines up with how

15   you intended to vote?

16        A.   Okay.  My understanding -- and I haven't

17   actually seen a printed ballot from a longer

18   election -- is that it prints your choices.  If you

19   skipped a race, it would not show that.  Am I correct

20   about that?

21        Q.   I can't really answer for you, Ms. Curling.

22   What I can do is go back to the exhibit.  I'll show

23   you Exhibit A to Mr. Starks' declaration.  We'll just

24   this Barrow County one.

25             Presume that this is an actual ballot.  Do

Donna Curling                        January 19, 2022
Curling, Donna v. Raffensperger, Brad

Page 63

1    you see here where it says, blank contest for

2    sheriff?

3         A.   Yes.

4         Q.   So we have --

5         A.   So it's prints -- okay.

6         Q.   Go ahead.

7         A.   No.  You go ahead.

8         Q.   I was going to say what do you understand

9    that -- that area or that -- that to mean, blank

10   contest?

11        A.   Well, if this is what the printer prints,

12   that was not my understanding.  I thought that

13   anything -- if you skipped a particular race that it

14   just would not show up; but you're -- what you're

15   showing me, it lists each one and it shows that that

16   was blank, that I intentionally left that blank.  Is

17   that correct?

18        Q.   That's -- I mean, that's certainly what the

19   document seems to suggest, but the -- so -- and here,

20   too, you can see where there's a vote recorded for

21   the Constitutional Amendments 1 and 2.  Do you see

22   that?

23        A.   No, I don't.  Wait.  Wait.

24        Q.   Sure.

25        A.   Yes.  Okay.

Page 64

1       Q.   Does that help?

2       A.   Yes.

3       Q.   Okay.  And if someone were using a bubble-in

4    hand-marked paper ballot, the -- is it your

5    understanding that a constitutional amendment's text

6    would be on that ballot?

7            MR. SPARKS:  Objection.  It calls for

8        speculation.

9            THE WITNESS:  No.  As long as there's -- you

10       know, it shows that that was there, then, no,

11       that's not a problem.

12   BY MR. BELINFANTE:

13       Q.   Okay.  So looking at this ballot and now --

14   and presuming that this is, in fact, an accurate

15   ballot that comes out of a BMD machine or at least an

16   accurate example of a ballot that comes out of the

17   BMD machine, do you still believe that the ballots

18   are not verifiable?

19           MR. SPARKS:  Objection; vague, calls for

20       speculation.

21           You may answer.

22           THE WITNESS:  It's not verifiable, no.

23   BY MR. BELINFANTE:

24       Q.   Why is that?

25       A.   Because the machine is not going to read the

Page 65

1    part that I'm looking at to verify that my votes are

2    accurately recorded.

3         Q.   But can the -- would you agree with me that

4    the voter can verify that the choices identified here

5    below the QR code are consistent with that voter's

6    intent?

7         A.   Yes.

8         Q.   I'm going back to your original complaint in

9    Fulton County.  Are you able to see this,

10   Ms. Curling?

11        A.   Yes.

12        Q.   Okay.  I'm on page 81 of the document using

13   the ECF number.  Part of the relief sought in this

14   middle bullet point is to grant injunctive relief

15   requiring that certification of results of the recent

16   Congressional District 6 elections and the elections

17   itself be declared void ab initio and enjoining the

18   future of Georgia's DRE-based voting system.

19             Do you see that?

20        A.   Yes.

21        Q.   What did you understand that complaint to be

22   seeking in terms of relief as it relates to just that

23   bullet point?

24        A.   That the election results were invalid

25   because there's no way of knowing.  This was on DREs,

Donna Curling                                    January 19, 2022
Curling, Donna v. Raffensperger, Brad

Page 67

1       A.    This is not -- this lawsuit is not about

2   overturning election outcomes.  It's about having a

3   system that we can have confidence in.  And I think

4   overturning elections is a big deal, and those were

5   very special circumstances was why that was in the

6   original complaint.

7       Q.    Do you have more confidence in the BMD

8   system than you did the DRE system?

9       A.    I can't say that there's a difference.

10  They're both non -- not transparent to me.

11      Q.    But you would agree that the BMD system does

12  at least involve a paper ballot, correct?

13      A.    Correct.

14      Q.    All right.  And that -- that does not give

15  you any more confidence?

16      A.    If the paper ballots were counted, the human

17  readable portion, sure; but that isn't the case.

18      Q.    All right.

19            (Exhibit 8 was marked for

20            identification, attached at the end of

21            the original transcript.)

22  BY MR. BELINFANTE:

23      Q.    I'm going to show you what I've marked as

24  Exhibit 8, which is the Third Amended Complaint filed

25  in October of 2019.

Donna Curling                    January 19, 2022
Curling, Donna v. Raffensperger, Brad

Page 68

1          Have you seen this document before?

2      A.   Yes, I have.

3      Q.   All right.

4          MR. SPARKS:   Counsel, I do have a file

5      stamped clean copy of the operative complaint in

6      this case.   I'm going to hand it to the witness

7      so she can see what she needs to see with

8      clarity.   Is that permissible?

9          MR. BELINFANTE:   Absolutely.   Thank you.

10  BY MR. BELINFANTE:

11     Q.   Let's go to paragraph 8, which is on page 5

12  of the complaint.   If you'll just read that and let

13  me know when you've completed it.

14     A.   Okay.   I'm finished.

15     Q.   Okay.   It says here that there is a risk

16  that a vote will not be properly counted.   Sitting

17  here today, do you have any reason to believe that

18  any vote cast in Georgia elections since the 2020 --

19  excuse me.

20          Sitting here today, do you have any reason

21  to believe that any vote cast in a Georgia election

22  using the BMD machine was not properly counted?

23     A.   I would maintain there's no way to know.

24     Q.   Sitting here today, do you have any personal

25  knowledge that the declared results will be contrary

Donna Curling
Curling, Donna v. Raffensperger, Brad
January 19, 2022

Page 69

1    to the will of the voters?

2         A.    Again, there's no way to know.

3         Q.    And sitting here today, do you have any

4    evidence that the system has been hacked by any third

5    parties?

6         A.    There's no way to know either way.

7         Q.    Would you agree with me that there are risks

8    associated with hand-marked paper ballots?

9         A.    Yes.

10        Q.    Okay.  And those risks could include the

11   hacking of scanner machines, couldn't it?

12        A.    Yes.

13        Q.    Okay.  And those risks could include that a

14   voter colors outside the line and their vote is not

15   counted, right?

16        A.    Correct.

17        Q.    And those risks could include someone

18   improperly completing ballots and in effect stuffing

19   them into a ballot box; is that correct?

20        A.    Are you -- I want to you make sure I

21   understand you.  You're saying in the case of

22   hand-marked paper ballots that someone could just

23   mark a bunch of random ballots and stuff them into

24   the box?

25        Q.    Yes.

Donna Curling                         January 19, 2022
Curling, Donna v. Raffensperger, Brad

Page 70

1        A.    Yeah.   Yeah.   I mean, I guess it's

2    theoretically possible; but I -- given the security,

3    I would be surprised if that were possible.

4        Q.    Okay.  Do you believe that the possibility

5    of hacking a scanner is a very real risk?

6              MR. SPARKS:   Objection; vague.

7              You may answer.

8              THE WITNESS:   Yes, I would believe it is a

9        real risk.

10   BY MR. BELINFANTE:

11       Q.    Okay.   It says in the first sentence that

12   the case is not merely about a technical or

13   theoretical risk.   What did you mean by theoretical

14   risk?

15             MR. SPARKS:   Objection to the extent it

16       calls for a legal conclusion.

17             You may answer.

18             THE WITNESS:   That something potentially

19       could have happened.   I think that's what it

20       means by theoretical, but -- I'm done.   Sorry.

21   BY MR. BELINFANTE:

22       Q.    Okay.   And what takes this lawsuit or your

23   concerns -- what makes it where it's not a

24   theoretical risk?

25       A.    I'm guessing we're talking about audits for

Donna Curling                    January 19, 2022
Curling, Donna v. Raffensperger, Brad

Page 71

1   me.

2        Q.   Okay.  So the theoretical risk of things

3   identified in this paragraph could be cured by

4   audits?  Is that your position?

5        A.   Honestly, I feel like it's all outside of my

6   limited knowledge to know; but I think that experts

7   could -- could make the system safer to use.

8        Q.   If the Court were to order -- and I

9   understand it's a hypothetical; but if the Court were

10  to say we're going to keep the BMDs as they are but

11  order risk-limiting audits as even Dr. Stark

12  suggests, would your concerns about elections be

13  resolved?

14            MR. SPARKS:  Objection.  It calls for

15       speculation and a legal conclusion.

16            You may answer.

17            THE WITNESS:  I would have to think about it

18       more deeply, but just my first impression is yes.

19  BY MR. BELINFANTE:

20       Q.   And in paragraph 8 of the Third Amended

21  Complaint when it talks about these risks, were you

22  addressing both BMDs and the former DRE system?

23       A.   Are you talking about all the risks

24  mentioned in paragraph 8?

25       Q.   Yes.

Donna Curling

January 19, 2022

Curling, Donna v. Raffensperger, Brad

Page 73

1    of faith in that -- I have -- I have faith that --

2    that the results are correct.

3         Q.    Okay.  Do you understand that the recounts

4    were limited to the presidential election?

5         A.    Yes, I do.  Yes, I do.  So, yes, just on

6    the -- yes, you're right.  There's no way of knowing

7    for the rest of it.  That's correct.

8         Q.    So -- so sitting here today, do you believe

9    that the results of the election of Senator Ossoff

10   were valid?

11        A.    I guess there's no way to know.

12        Q.    And the same would be true of Senator

13   Warnock?

14        A.    The same would be true.

15        Q.    The second sentence says that the case is

16   about forcing voters to choose between totally

17   relinquishing their right to vote.  What do you mean

18   by that?

19        A.    Well -- okay.  If -- if you have no faith in

20   the system that you're using, then it's the same

21   thing as if, okay, I -- I don't believe the -- I

22   don't believe the system can accurately reflect my

23   vote, so, therefore, I just won't vote.

24             And I guess that's -- I'm not sure which

25   part of the question you're asking about; but if

Donna Curling                                January 19, 2022
Curling, Donna v. Raffensperger, Brad

Page 74

1    you're asking about totally relinquishing the right

2    to vote, that's, I think, what that's referring to.

3            Q.    You voted in the general election in 2020,

4    didn't you?

5            A.    Yes, I did.

6            Q.    Did you vote using an absentee ballot?

7            A.    Yes, I did.

8            Q.    How did you return that absentee ballot?

9            A.    Through the mail.

10           Q.    Do you have any concerns that that ballot

11   was not counted?

12               MR. SPARKS:  Objection; vague.

13               You may answer.

14               THE WITNESS:  I haven't had -- I haven't had

15       the best of luck in using the absentee ballot

16       system that is supposed to be your remedy if you

17       don't want to use the machines.  I would not know

18       if not for this lawsuit; but on more than one

19       occasion, my votes were not counted.

20   BY MR. BELINFANTE:

21           Q.    But in the November 2020 election, do you

22   have any reason to believe that your mail-delivered

23   absentee ballot was not counted?

24               MR. SPARKS:  Objection; vague.

25               You may answer.

Donna Curling                          January 19, 2022
Curling, Donna v. Raffensperger, Brad

Page 75

1          THE WITNESS:  I don't know.
2    BY MR. BELINFANTE:
3       Q.   You don't know if you have a -- let me --
4    you don't know if your ballot was counted?  Is that
5    your testimony?
6       A.   That's correct.  I don't know.
7       Q.   Okay.  Do you believe that there are very
8    real risks associated with voting absentee?
9       A.   Yes.  I think there are risks in any -- any
10   way you vote.
11      Q.   All right.  Let's look at paragraph 12 of
12   the third amended complaint on page 6 of the
13   document.  When it says you're asking the Court, one,
14   to hold Defendants liable for violation of Georgia's
15   voters' rights in connection with the relevant
16   previous elections, what did you mean by that?
17          MR. SPARKS:  Objection to the extent it
18       calls for a legal conclusion.
19          You can answer, if you know.
20          THE WITNESS:  Honestly, some of this stuff
21       is just legal mumbo jumbo to me.  I'm not sure
22       that I understand exactly what it's saying.
23   BY MR. BELINFANTE:
24      Q.   All right.
25      A.   Let me read it again.  Okay?

Donna Curling                    January 19, 2022
Curling, Donna v. Raffensperger, Brad

Page 77

1    light, I believe.

2         Q.   And you don't have a problem if hand-marked

3    paper ballots are tabulated by an optical scanner as

4    you've just defined it, do you?

5         A.   Again, as long as there are audits, I do not

6    have a problem.

7         Q.   Let's look at paragraph 72.

8         A.   72?

9         Q.   Yes, ma'am.  If you'll just read that and

10   then tell me when you've done so.

11        A.   Okay.

12        Q.   All right.  I think we've covered this; but

13   when you say that the proposed system, which refers

14   to the BMD system, does not provide a meaningful way

15   for a voter to audit their vote, what did you mean by

16   audit their vote?

17        A.   Verify their vote.

18        Q.   Okay.  And the issue there again is the QR

19   code?

20        A.   Correct.

21        Q.   You say that the proposed election system,

22   which again refers to the BMDs, will not be

23   substantially safer than the current system.

24             Do you believe that the proposed election

25   system or the BMD system is in any way safer than the

Donna Curling                    January 19, 2022
Curling, Donna v. Raffensperger, Brad

Page 79

1        Q.    So do you sitting here today believe that

2    the presidential election from November of 2020 in

3    Georgia was verified?

4        A.    Yes.

5        Q.    And can you tell me what steps or actions

6    taken lead you to that conclusion?

7        A.    The Secretary of State went through numerous

8    forms of diligence to ensure confidence in the race.

9        Q.    Do you believe that the presidential

10   election from November of 2020 violated anyone's

11   constitutional rights?

12           MR. SPARKS:  Objection.  It calls for

13       speculation, vague.

14           You may answer.

15           THE WITNESS:  Not that I know of.

16   BY MR. BELINFANTE:

17       Q.    And is that because of the actions taken

18   after the election?

19           MR. SPARKS:  Same objection.

20           THE WITNESS:  Yes.

21   BY MR. BELINFANTE:

22       Q.    Even though you testified a moment ago that

23   the paper itself is worthless?

24           MR. SPARKS:  Objection.

25           THE WITNESS:  No, no.

Page 81

1    Q.   All right.  Let me try again.

2         You believe that there is no way to

3    provide -- that a -- that a -- there's no way to

4    provide a meaningful way for a voter to audit their

5    vote using the BMD system.  Is that your testimony?

6    A.   That's --

7         MR. SPARKS:  Objection; vague.

8         You may answer.

9         THE WITNESS:  That's my testimony because

10        they have no idea what's in the QR code.

11   BY MR. BELINFANTE:

12   Q.   Right.

13        And, again, how do you have confidence in

14   the presidential election from November 2020 or is

15   the voter's audit of their vote distinct from the

16   verification of a ballot?

17   A.   No; because audits were performed on --

18   that's why.

19   Q.   Okay.  So the problem then is really not the

20   QR code or the BMD system.  The problem is

21   conceivably at least the lack of audits.  Let me --

22   strike that.

23        The problem is not the BMD or the QR code.

24   Your concern with Georgia elections is the lack of an

25   audit that is up to your standards?

Donna Curling                    January 19, 2022
Curling, Donna v. Raffensperger, Brad

Page 83

1  appears to be at least some tension between your

2  concerns about the BMD QR code ballot; but your

3  acknowledgment, as I understand it, those ballots can

4  be used in a way to verify the election.

5          So my question is can you conduct a

6  constitutional election using the BMDs as Georgia

7  does that have QR codes if there is a risk-limiting

8  audit?

9      A.   That is what we currently have; and as far

10  as I am concerned, I don't understand why there's --

11  that nontransparent piece was put in there, but it --

12  but that's the part that that bother -- it's not -- I

13  don't think if we did -- I don't know.  I'm getting

14  all twisted up.  Sorry.

15          The BMDs are susceptible to manipulation;

16  and the proposed system does not provide a meaningful

17  way for a voter to know that their vote is recorded

18  accurately to be counted by the scanner because that

19  is not what is scanned.

20          So is -- does that answer your question?

21      Q.   Those concerns could be addressed, though,

22  by a risk-limiting audit; isn't that right --

23          MR. SPARKS:  Objection --

24  BY MR. BELINFANTE:

25      Q.   -- in your interpretation?

Donna Curling                                         January 19, 2022
Curling, Donna v. Raffensperger, Brad

Page 85

1        paragraph are we?

2                THE WITNESS:   80.

3                MR. SPARKS:   80.   Thank you.

4    BY MR. BELINFANTE:

5        Q.   All right.   For the problems that are -- or

6    alleged problems that are identified in paragraph 80,

7    subparagraphs (a) through (e), do you have any

8    personal knowledge of any of those things actually

9    happening in a Georgia election utilizing the

10   Dominion BMD system?

11       A.   I don't know if they did or did not.

12       Q.   I'll show you paragraph 81.

13       A.   Yes.   I read that.

14       Q.   Okay.   All right.   This sentence, one

15   vulnerability was the ability of remote attackers to

16   implement a DNS attack, do you see that?

17       A.   Yes, I do.

18       Q.   What did you mean by DNS attack?

19       A.   I don't know.

20       Q.   Sitting here today, do you have any personal

21   knowledge of a DNS attack on the Georgia election

22   system?

23       A.   I don't know if one has or has not occurred.

24       Q.   Okay.   Sitting here today, do you have any

25   personal knowledge of an XML file being manipulated

Donna Curling                January 19, 2022
Curling, Donna v. Raffensperger, Brad

Page 86

1   to redirect scanned votes to a different candidate

2   other than that of the voter's choice?

3        A.   I have no -- no way of knowing either way.

4             MR. SPARKS:  Since we're coming up on the

5        lunch hour, I just wanted to put in mind that

6        when you get to a good point for a break we

7        should probably plan to take one.

8             MR. BELINFANTE:  Sure.  Why don't we this.

9        I've got just a couple of questions in this area,

10       and then -- then we'll take a break.

11            MR. SPARKS:  Okay.  That should be fine.

12       Thanks.

13            MR. BELINFANTE:  Thank you.

14   BY MR. BELINFANTE:

15       Q.   All right.  If you could you look at

16   paragraph 87, which is on page 27 of the complaint.

17       A.   Okay.

18       Q.   My question is in the scheme of things, what

19   do you think is a more likely outcome, a voter making

20   a mistake on their ballot or a systemic attack on an

21   election?

22            MR. SPARKS:  Objection.  It calls for

23       speculation.

24            You may answer.

25            THE WITNESS:  I don't know.  I mean, it

Case 1:17-cv-02989-AT   Document 1633-28   Filed 02/14/23   Page 40 of 71
Donna Curling                                    January 19, 2022
Curling, Donna v. Raffensperger, Brad

Page 87

```
1        depends on the voter.
2    BY MR. BELINFANTE:
3        Q.   Sitting here today, do you believe that
4    there has been a systemic attack on any Georgia
5    election?
6        A.   I have no way of knowing either way.
7        Q.   How could one prove to you that there has
8    not been a systemic attack on a Georgia election?
9        A.   They probably could not.
10            MR. BELINFANTE:  Mr. Sparks, I'm about to
11       get into the counts.  So if you want to take a
12       break now, it might be an appropriate time to do
13       so.
14            MR. SPARKS:  Yeah.  I think that should be
15       fine.
16            MR. BELINFANTE:  Okay.  Would you guys like
17       to come back at -- at 12:50, 1:00?  You tell me.
18       I've probably got --
19            We can go off the record, if that's all
20       right with everyone.
21            THE VIDEOGRAPHER:  Stand by, please.
22            The time is 11:51 a.m.  We are off video
23       record.
24            (A lunch recess was taken.)
25            THE VIDEOGRAPHER:  The time is 12:32 p.m.
```

Page 88

1        We are back on video record.

2   BY MR. BELINFANTE:

3        Q.    Ms. Curling, I'm going to show you -- we're

4   back on the third amended complaint.  The page 35

5   begins Count III.  My questions are going to be about

6   paragraph 116, which is on page 36 of the document.

7        A.    Stop at 117?

8        Q.    Sure.  For now that's fine.

9              Paragraph 116 (a) says that the proposed

10  election system, which was the DRE -- or excuse me,

11  the BMD system, the Dominion system, fails to provide

12  reasonable and adequate protection against the real

13  and substantial threat of electronic and other

14  intrusion and manipulation by individuals and

15  entities without authorization to do so.

16             What would constitute reasonable and

17  adequate protection as you allege in this paragraph?

18             MR. SPARKS:  Objection.  It calls for a

19        legal conclusion.

20             You may respond.

21             THE WITNESS:  I'm not sure.  Wait a minute.

22        I don't know.

23  BY MR. BELINFANTE:

24        Q.    All right.  Sitting here today, do you have

25  any knowledge of an actual threat of electronic and

Donna Curling
Curling, Donna v. Raffensperger, Brad

January 19, 2022

Page 89

1    other intrusion and manipulation by individuals and

2    entities without authorization to do so?

3         A.   Yes; the KSU system in 2017.  Is that what

4    you're talking about?

5         Q.   I'm just talking about paragraph --

6         A.   Yes.

7         Q.   -- 116 (a).

8         A.   Yes.  So, yes, there -- there -- there was

9    an intrusion and that system was hacked.

10        Q.   Do you know who it was hacked by?

11        A.   Logan Lamb.

12        Q.   And did Logan Lamb, to your knowledge,

13   attempt to change the outcome of any election?

14        A.   To my knowledge, no; but he -- his access

15   means that a -- that many others could have had

16   access who could have.

17        Q.   Could have but you sitting here today have

18   no knowledge of anyone who actually did hack the

19   system?

20        A.   I have no knowledge anyone did or did not.

21        Q.   And there's no way that anyone could prove

22   to you that someone did not hack the system; isn't

23   that right?

24        A.   That's correct.

25        Q.   So when you say, though, that the -- Logan

Page 91

1           You may answer.

2           THE WITNESS:  I'm assuming -- this is for

3      like -- I don't know.  I don't know.  Election

4      workers, not -- I don't -- I don't know.

5  BY MR. BELINFANTE:

6      Q.   All right.  It also says that the proposed

7  election system in paragraph 116 (b) does not provide

8  the minimal and legally required protection for such

9  equipment to secure against unauthorized tampering.

10          What did you mean by that?

11          MR. SPARKS:  Same objection.

12          You may answer.

13          THE WITNESS:  And same answer.

14  BY MR. BELINFANTE:

15     Q.   All right.  In the last part of 116 (b), it

16  says that the proposed election system does not or

17  fails to ensure that all such equipment, firmware,

18  and software is reliable, accurate, and capable of

19  secure operation as required by law.

20          What did you mean by that?

21          MR. SPARKS:  Same objection.

22          You may answer.

23          THE WITNESS:  And same answer.

24  BY MR. BELINFANTE:

25     Q.   Is it your position that the scanners used

Donna Curling

January 19, 2022

Curling, Donna v. Raffensperger, Brad

Page 92

```
1    in the Dominion system, or the current voting system,
2    are reliable, accurate, and capable of secure
3    operation as required by law?
4              MR. SPARKS:  Same objection.
5              You may answer.
6              THE WITNESS:  I don't know.
7    BY MR. BELINFANTE:
8         Q.   Okay.  If the scanners that we currently use
9    with the BMD system were used to scan hand-marked
10   paper ballots and there was a risk-limiting audit,
11   would that constitute a constitutional method of
12   conducting elections in Georgia?
13             MR. SPARKS:  Objection.  It calls for
14        speculation and a legal conclusion.
15             You can answer.
16             THE WITNESS:  I would feel better about it,
17        but I still feel like there's -- it's not
18        transparent.  The whole thing is just not
19        transparent.  So like even an audit isn't going
20        to guarantee me that my vote counts, and this is
21        about my vote and my lack of confidence in my
22        vote.
23   BY MR. BELINFANTE:
24        Q.   And what is -- okay.  So in that case, what
25   would give you confidence in your vote and have you
```

Donna Curling                                    January 19, 2022
Curling, Donna v. Raffensperger, Brad

Page 93

1   overcome your fear that your vote is not being

2   counted?

3             MR. SPARKS:  Objection; compound.

4             You can answer.

5             THE WITNESS:  I didn't hear the last part of

6       your question.

7   BY MR. BELINFANTE:

8       Q.   Sure.

9            What would give you confidence that your

10  vote is counted so you could overcome your fear that

11  it is not counted?

12      A.   I don't know.  I would want to discuss it

13  with the experts that I know and let them, you know,

14  guide me as to the things that could help me to have

15  confidence.

16      Q.   So your confidence is dependent upon

17  conversations with experts?

18            MR. SPARKS:  Objection.  It mischaracterizes

19      testimony.

20            You can answer.

21            THE WITNESS:  Yeah, conversations with

22      people who -- who know.

23  BY MR. BELINFANTE:

24      Q.   Ms. Curling, do you have any independent

25  opinion on what would -- what would satisfy your

Page 94

1    fears about elections in Georgia?

2            MR. SPARKS:  Objection.  It calls for

3        speculation.

4            You can answer.

5            THE WITNESS:  No; but I mean, I would settle

6        for hand-marked paper ballots and -- and to be

7        scanned in and risk-limiting audits.

8    BY MR. BELINFANTE:

9        Q.   And to be clear when you say and scanned,

10   would you be satisfied if they were scanned on the

11   existing Dominion systems?

12       A.   I don't think it makes any difference which

13   scanner is used, but keep in mind that a lot of the

14   things that have been discovered are not known to me.

15   They're sealed.  I don't know what the experts found,

16   but I know specifically that -- that something was

17   found with the Dominion system.  And so that makes me

18   reluctant to say whether I would or would not be

19   happy with the Dominion scanner.

20       Q.   You said something was found.  What was that

21   something?

22       A.   I don't know.  I'm not privy to that

23   information.

24       Q.   So your fear of the scanners is based on

25   something you know that the experts at least

Donna Curling                    January 19, 2022
Curling, Donna v. Raffensperger, Brad

Page 95

1  purportedly discovered, but you don't have any

2  personal knowledge of what that is; is that correct?

3      A.    And I don't know if it was the scanner or

4  the B -- or the machine or the print -- I have no

5  idea what was found.  I don't know means I don't

6  know.

7      Q.    Okay.  At the time you filed this lawsuit,

8  what was the harm -- what was the injury that led you

9  to file the third amended complaint?

10         MR. SPARKS:  Objection to the extent it

11         calls for a legal conclusion.

12         THE WITNESS:  So when was this filed?

13         Honestly, it was so -- so long ago I just don't

14         remember.  I don't remember.

15  BY MR. BELINFANTE:

16      Q.    Okay.  You would agree with me, though, that

17  at the time you filed at this lawsuit -- and by

18  lawsuit -- let me -- let me start over.

19         You would agree with me that the time you

20  filed the third amended complaint in October of 2019

21  you did not have any knowledge of an actual hack of

22  Georgia's election system, correct?

23      A.    I didn't have any evidence either way that

24  it had or had not.

25      Q.    Okay.  So at the time you filed the lawsuit

Page 96

1    in October of 2019, is it fair to say that your

2    injury was your fear that the system could be hacked?

3            MR. SPARKS:  Objection.  It calls for a

4        legal conclusion, asked and answered.

5            You may answer.

6            THE WITNESS:  It is about the lack of

7        transparency.  This is about my vote, and I have

8        no way of knowing.  It's not about fear.  It's

9        about that there's no way to know, and I have a

10       problem with that.

11   BY MR. BELINFANTE:

12       Q.   And so the reason that you filed the

13   complaint is your concern of something that you don't

14   know?  Is that what I understand you to be testifying

15   to?

16       A.   No.  It's --

17           MR. SPARKS:  Objection; mischaracterizes,

18       asked and answered.

19           Go ahead, Ms. Curling.  I'm sorry to

20       interrupt you.

21           THE WITNESS:  It's based on information,

22       things that I've read throughout my time of

23       working on this issue that concern me.  So, no,

24       not that I don't know but just it's pretty broad.

25   BY MR. BELINFANTE:

Donna Curling                        January 19, 2022
Curling, Donna v. Raffensperger, Brad

Page 97

1      Q.   And do you have any reason to believe that a

2   vote you cast in the 2020 election, be it the primary

3   or the general election, was not counted?

4      A.   I don't know if it was or was not.

5      Q.   Okay.  Is there anything that anyone could

6   submit to you that would give you that confidence?

7      A.   No.

8      Q.   Let's look at paragraph 117 of the third

9   amended complaint, which starts on page 36 and goes

10   to page 37.

11           MR. SPARKS:  Let the record reflect that

12       Ms. Curling still has a clean, unmarked as filed

13       copy of the third amended complaint for Curling

14       plaintiffs in front of her.

15           THE WITNESS:  Starting at 116?

16   BY MR. BELINFANTE:

17      Q.   Paragraph 117, Ms. Curling.  Starting on

18   page --

19      A.   117, okay.

20           Okay.  Just 117 or all of it?

21      Q.   Yes, ma'am, just 117.

22      A.   Okay.

23      Q.   Where it says that a system must be -- that

24   must be presumed to be compromised and incapable of

25   producing verifiable results -- let's start with the

Donna Curling                                    January 19, 2022
Curling, Donna v. Raffensperger, Brad

Page 98

1    presumed to be compromised.  Why must the system be

2    presumed to be compromised?

3         A.    I'm assuming it's still about the -- the

4    fact that the system was breached.

5         Q.    Let's go back and look up at the top of

6    paragraph 30 -- or 116, excuse me, which discusses

7    the proposed election system.  Do you understand the

8    proposed election system to be the BMD system?

9         A.    Okay.  So -- all right.

10        Q.    So then going back to paragraph 117, which

11   again refers to the proposed election system, why

12   must the proposed election -- the Dominion BMD system

13   be presumed to be compromised?

14        A.    I don't know.

15        Q.    All right.  And as we kind of went through

16   before, it is possible to verify the results of an

17   election using the current Dominion BMD system, isn't

18   it?

19             MR. SPARKS:  Objection.  It mischaracterizes

20        prior testimony.

21             You may answer.

22             THE WITNESS:  Would you repeat the question?

23   BY MR. BELINFANTE:

24        Q.    Sure.

25             Sitting here today, do you -- do you believe

Donna Curling                    January 19, 2022
Curling, Donna v. Raffensperger, Brad

Page 99

1   that it is possible to verify the results of an

2   election using the BMD system?

3            MR. SPARKS:  Same objection.

4            You may answer.

5            THE WITNESS:  Not conclusively, no.

6   BY MR. BELINFANTE:

7       Q.   Can you ever conclusively verify an election

8   result?

9       A.   Probably not.  I don't know.

10      Q.   All right.  Paragraph 119, if you'll go

11  ahead and read that and tell me once you have.

12      A.   Okay.

13      Q.   All right.  Paragraph 119 (c) asks for an

14  award of attorneys' fees and costs for Defendants'

15  causation of concrete injury to Plaintiffs.

16           What is the concrete injury that you have

17  experienced as a result of the use of the Dominion

18  BMD system?

19           MR. SPARKS:  Objection to the extent it

20       calls for a legal conclusion.

21           You may answer.

22           THE WITNESS:  I have no idea if my vote

23       counted or was not counted.  That's my injury.

24  BY MR. BELINFANTE:

25      Q.   And that would be true if you used a

Page 102

1              MR. SPARKS:  Objection to the extent it

2        calls for a legal conclusion.

3              You can answer.

4              THE WITNESS:  Right to vote.

5    BY MR. BELINFANTE:

6        Q.   And your right to vote -- how is your right

7    to vote injured as a result of Georgia's use of the

8    proposed election system as alleged in the complaint?

9              MR. SPARKS:  Same objection.

10             You can answer.

11             THE WITNESS:  Because I don't know if my

12       vote is counted as I cast my vote.

13   BY MR. BELINFANTE:

14       Q.   Count IV alleges a violation of the Equal

15   Protection Clause of the 14th Amendment.  Can you

16   tell me your understanding of what the harm is or

17   what the equal protection violation is in Georgia

18   elections using the -- as alleged in the complaint?

19       A.   I am not a hundred percent sure, but I think

20   it's saying that -- that everyone is to be treated

21   the same.

22       Q.   Who is treated differently as a result of

23   the way that Georgia conducts elections?

24       A.   I don't know.  I don't know the answer to

25   these questions.

Page 103

1        Q.    Okay.  Let's look at paragraph 124 on page

2    38 of the third amended complaint.

3            All right.  Can the paper ballots that come

4    from Georgia's BMD system be recounted?

5                MR. SPARKS:  Objection; vague.

6                THE WITNESS:  I assume that they can be, but

7        I think general -- the general practice is to --

8        to re-scan.

9    BY MR. BELINFANTE:

10       Q.    And when you say here that absentee paper

11   ballots are verifiable recountable ballots, did you

12   mean recountable through scanning or did you mean

13   recountable by human review without a machine?

14       A.    They're verifiable by human review.

15       Q.    And that's because you can see the voter's

16   choice as bubbled in next to the candidate's name,

17   correct?

18       A.    Correct.

19       Q.    And with a BMD paper ballot, you can see the

20   voter's choice identified below the QR code; isn't

21   that correct?

22                MR. SPARKS:  Objection.  It mischaracterizes

23        testimony.

24                You may answer.

25                THE WITNESS:  That's correct.

Donna Curling                    January 19, 2022
Curling, Donna v. Raffensperger, Brad

Page 104

1   BY MR. BELINFANTE:

2        Q.   You say in paragraph 125 that the -- go

3   ahead and just read that and then I'll -- let me know

4   when you've completed it.

5        A.   Okay.  Do I go on to the next page to the

6   (a), (b), and (c) or not?

7        Q.   Sure.  Why don't you go ahead and do that.

8        A.   Okay.

9        Q.   Now, Ms. Curling, you had this complaint

10  filed in October of -- this third amended complaint

11  in October of 2019 before the general election in

12  2020.

13           Having gone through the general election in

14  2020 and the recounts that occurred, do you still

15  believe that the current BMD election system cannot

16  reliably prevent or detect errors?

17       A.   Cannot reliably do what?

18       Q.   Prevent or detect errors as is alleged in

19  paragraph 25.

20       A.   I -- yes, I agree.

21       Q.   Okay.  And do you still believe that the

22  current BMD system cannot reliably determine election

23  results?

24           MR. SPARKS:  Objection; vague.

25           You may answer.

Donna Curling                          January 19, 2022
Curling, Donna v. Raffensperger, Brad

Page 105

1           MR. BELINFANTE:  What was the objection?

2      I'm sorry.

3           MR. SPARKS:  I'm sorry.  The objection -- I

4      objected vague.

5           THE WITNESS:  The word "reliably" would lead

6      me to say I still believe that, yes.

7   BY MR. BELINFANTE:

8      Q.   All right.  So -- so do you then believe

9   that the presidential election in Georgia, the

10  election results were not reliable?

11     A.   Were not --

12     Q.   Reliable.

13          And by presidential election, I mean the

14  November 2020 presidential election.  Do you believe

15  the results were not reliable?

16     A.   I think that there's no way to know, but

17  that every effort was made to try to generate

18  confidence that it was accurate.

19     Q.   And sitting here today, do you have

20  confidence that the results of the November 2020

21  presidential election were accurate?

22     A.   I feel like they were because I feel like a

23  lot was done to ensure that confidence, but I don't

24  know.  I don't know.

25     Q.   So do you believe that the presidential

Page 106

```
 1   election in the state of Georgia in November of 2020
 2   was a constitutional election?
 3              MR. SPARKS:  Objection.  It calls for a
 4      legal conclusion.
 5              You may answer.
 6              THE WITNESS:  No idea.
 7   BY MR. BELINFANTE:
 8      Q.   What would make you feel that the 2020 --
 9   let me rephrase.
10              What would make you feel that any election
11   was conducted in a manner consistent with the United
12   States Constitution?
13              MR. SPARKS:  Objection; speculative and
14      calls for a legal conclusion.
15              You may answer.
16              THE WITNESS:  I don't -- I don't know.
17   BY MR. BELINFANTE:
18      Q.   If you could read paragraph 126 and then let
19   me know when you've concluded.
20      A.   Okay.
21      Q.   This is a similar paragraph to one we looked
22   at a moment ago, and it talks about minimal and
23   legally required steps both to ensure that such
24   equipment cannot be manipulated or operated without
25   authorization and minimal and legally required
```

Page 107

1   protection for such equipment to secure against

2   authorization -- excuse me, unauthorized tampering.

3            Sitting here today, do you know what those

4   minimal and legally required steps would be?

5       A.   No, I don't.

6       Q.   Okay.  If you could look at paragraph 129

7   and then just let me know once you've had a chance to

8   read that.

9       A.   Okay.

10      Q.   In your own words, can you explain to me

11  what you meant in that paragraph?

12      A.   They're talking about that it's not equal

13  the people who vote on the machines versus the people

14  who vote by absentee ballots.

15      Q.   Okay.  And why is it not equal?

16      A.   It's because the people who vote by absentee

17  ballots can verify their vote.

18      Q.   And a person voting on a BMD can read the

19  selection below the QR code and see the names of

20  candidates that they have chosen, correct?

21      A.   Correct.

22      Q.   And does that not constitute some form of

23  verifying their vote?

24      A.   It doesn't constitute how the scanner is

25  going to read their vote.

Page 111

1      so.

2            MR. BELINFANTE:  Sure.  Just let me know

3      when you've got it.

4            MR. SPARKS:  Okay.  We have the document up

5      now.  Thank you.

6            MR. BELINFANTE:  Okay.

7  BY MR. BELINFANTE:

8      Q.    And I acknowledge it's is a little blurry on

9  the screen.

10            Ms. Curling, toward the back of this

11  e-mail -- well, never mind.

12            You say on the first page -- well, again,

13  let me give you a chance -- I think my only questions

14  are going to be coming from your e-mail, this last

15  bit here starting with I'm laughing out loud down to

16  thanks for being careful.  So if you want to reread

17  that, I'll -- let me know when you've finished.

18      A.    Okay.  I remember this e-mail, so...

19            Okay.

20      Q.    All right.  The last sentence of the first

21  paragraph says:  It's insane but voting has truly

22  become one of the most anxiety provoking American

23  activities and it should not be that way.

24            What is it about voting that makes it an

25  anxiety provoking activity for you?

Donna Curling                              January 19, 2022
Curling, Donna v. Raffensperger, Brad

Page 112

1        A.   Okay.  Well, for one because I don't trust

2    the machines.  I have to go through the exercise of

3    getting an absentee ballot.  In the election in

4    question, the Secretary of State's office was

5    incredibly late.  You then have to like wait and hope

6    and pray you get your ballot in time to mark it and

7    return it so that your vote will be counted.  That's

8    what I mean.

9        Q.   Okay.  Do you recall if in the -- this was

10   sent in October, so I presume you're talking about

11   the general election in November; is that correct?

12       A.   I guess so, yeah.

13       Q.   Okay.

14       A.   Let me see.  Okay.

15       Q.   And do you recall if in the November 2020

16   election how you returned your ballot, by mail or

17   drop box?

18       A.   Wow.  I -- okay.  I believe for 2020 my -- a

19   bunch of my friends and I requested our ballots at

20   the same time.  Theirs came in literally months

21   before mine.  My husband's and mine -- Doug got his

22   the Saturday before election day, and I got mine on

23   the Monday before election day.  So I filled it out

24   and then took it to the drop box and put it in.

25       Q.   Okay.  And your friends that got theirs

Donna Curling                    January 19, 2022
Curling, Donna v. Raffensperger, Brad

Page 113

1   months before, do they also live in Fulton County?

2       A.   Yes, they do.

3       Q.   Okay.  The second to last sentence on the

4   last paragraph says:  I still worry we will get

5   screwed here because of the machines, but I don't

6   think that they will be rejecting ballots for simple

7   things.

8            Do you see that?

9       A.   Yeah.

10      Q.   When you said, I still worry we'll get

11  screwed here because of the machines, what were you

12  referring to?  What did you mean?

13      A.   I mean, if there were software programming

14  in the machines that could, you know -- would -- all

15  the things you worry about with a nontransparent

16  system.

17      Q.   And sitting here today, do you have any

18  reason to believe that your fears were materialized?

19      A.   I'll never know one way or another.

20      Q.   Sorry.  I'm just pulling up another

21  document.

22      A.   No problem.

23           (Exhibit 11 was marked for

24       identification, attached at the end of

25       the original transcript.)

Donna Curling                    January 19, 2022
Curling, Donna v. Raffensperger, Brad

Page 124

1          Do you see that?

2     A.    I see it.

3     Q.    Okay.  Do you have an independent opinion

4  about that statement?

5     A.    Yes.  All of this is over my head.

6     Q.    Okay.  You said before that you had an issue

7  voting absentee in a prior election and your vote

8  didn't count.  Can you just tell me about that?

9     A.    Well, actually, I've -- I've recently

10  learned that there were two of -- two such incidents.

11  One I described to you earlier that my absentee

12  ballot for the 2020 election came the Monday before

13  election day.  I filled it out, took it, and put it

14  in a drop box.  For whatever reason, it was not

15  counted.  I didn't learn that until the attorneys

16  produced the records of my voting history.

17          The other instance was in 2017 I was trying

18  to vote on paper.  I didn't -- it was my first time

19  to do an absentee ballot, so I called, talked to the

20  elections office and got all the instructions, which

21  over half of which were wrong, but tried to follow

22  them to the best of my ability.  In the end, once I

23  got my ballot, I went to the North Fulton Annex, hand

24  delivered it to the election office.  I asked her if

25  this was the right place to turn it in.  She said

Donna Curling                        January 19, 2022
Curling, Donna v. Raffensperger, Brad

Page 125

1   yes.  I asked her to look at the signature
2   verification on the back and to make sure that
3   everything there was in order.  She said yes.  And I
4   said so if I leave my ballot here, this is where it
5   will get counted.  She said yes.  I left.
6            I didn't find out until we were sitting in
7   the courtroom and -- that my vote didn't count that
8   particular election.  I don't know why, but it
9   didn't.
10       Q.   All right.  And -- and all of your voting
11  and the incidents you described, that occurred in
12  Fulton County?
13       A.   Yes.
14       Q.   Okay.  How long have you been a resident of
15  Fulton County?
16       A.   Since 1987.
17       Q.   All right.  Sorry.  I'm looking for a
18  document, and I'm having trouble locating it.
19            MR. BELINFANTE:  All right.  Counsel, I know
20       we just did this, but that was -- I had to --
21       there was a different document that I was pulling
22       up.
23            If everyone will give me ten minutes, I
24       could be done.  So if we go off the record and
25       reconvene at 2:15, I think we could conceivably

Page 140

1                        CERTIFICATE
2     STATE OF GEORGIA:
3     COUNTY OF GWINNETT:
4              I hereby certify that the foregoing
      transcript was taken down, as stated in the caption,
5     and the colloquies, questions and answers were
      reduced to typewriting under my direction; that the
6     transcript is a true and correct record of the
      evidence given upon said proceeding.
7              I further certify that I am not a
      relative or employee or attorney of any party, nor am
8     I financially interested in the outcome of this
      action.
9              I have no relationship of interest in
      this matter which would disqualify me from
10    maintaining my obligation of impartiality in
      compliance with the Code of Professional Ethics.
11             I have no direct contract with any
      party in this action and my compensation is based
12    solely on the terms of my subcontractor agreement.
               Nothing in the arrangements made for
13    this proceeding impacts my absolute commitment to
      serve all parties as an impartial officer of the
14    court.
               This the 3rd day of February, 2022.
15
16
17
18

19            _____

              LAURA R. SINGLE, CCR-B-1343
20
21
22
23
24
25

Page 142

1    ERRATA

2    I, the undersigned, do hereby certify that I have read
     the transcript of my testimony, and that

3

4    ____ There are no changes noted.

5    _X_ The following changes are noted:

6

            Pursuant to Rule 30(7)(e) of the Federal

7    Rules of Civil Procedure and/or OCGA 9-11-30(e), any
     Changes in form or substance which you desire to make to

8    your testimony shall be entered upon the deposition with
     a statement of the reasons given for making them.  To

9    assist you in making any such corrections, please use the
     form below.  If additional pages are necessary, please

10   furnish same and attach.

11   Page _____ Line _____ Change

12   _Please see attachment._____

13   Reason for change_____

14   Page _____ Line _____ Change_____

15   _____

16   Reason for change_____

17   Page _____ Line _____ Change

18   _____

19   Reason for change_____

20   Page _____ Line _____ Change_____

21   _____

22   Reason for change_____

23   Page _____ Line _____ Change

24   _____

25   Reason for change_____

Donna Curling
January 19, 2022
Curling, Donna v. Raffensperger, Brad

Page 143

1    Page _____ Line _____ Change

2    _____

3    Reason for change_____

4    Page _____ Line _____ Change_____

5    _____

6    Reason for change_____

7    Page _____ Line _____ Change

8    _____

9    Reason for change_____

10   Page _____ Line _____ Change_____

11   _____

12   Reason for change_____

13   Page _____ Line _____ Change _____

14   _____

15   Reason for change_____

16   Page _____ Line _____ Change _____

17   _____

18   Reason for change_____

19
                     3/6/2022 | 5:02:20 AM PST
20        Dated this _____, at
     Roswell, Georgia

21

22                        DocuSigned by:

                          73600D9A00444A6...

23

                         DONNA CURLING

24

25

**ERRATA SHEET**

Corrections to Deposition Transcript of Donna Curling (January 29, 2022)

Case Name:     *Curling v. Raffensperger*, No. 1:17-cv-02989-AT (N.D. Ga.)

Transcript received:    February 4, 2022

| Page No. | Line No. | Correction From | Correction To | Reason for Change |
|---|---|---|---|---|
| 32 | 11 | No | Yes, not a seminar but a presentation at the Capitol by competing vendors. | Correction |
| 37 | 12/13 | I am not, but I'm also not aware that there were not any. | I am not, but I'm also not aware that there were not any hacks. I know the system was breached but have no way to know if it was hacked | Clarification |
| 43 | 10-13 | I mean, I maintain I could see what the printed out said my vote was as I intended; but I have no idea, when I put into the scanner, the scanner read the QR Code. I don't know. | I mean, I maintain I could see what was printed out said that my vote was as I intended. But I have no idea, when I put it into the scanner, if the scanner read it in the QR Code. I don't know. | Transcription error |
| 54 | 17 | 2022 | 2020 | Transcription error |

| Page No. | Line No. | Correction From | Correction To | Reason for Change |
|---|---|---|---|---|
| 61 | 25 | They can, yes; … | They can verify what names are printed, yes; … | Clarification |
| 66 | 15 | Yes | Yes, not in the sense of taking victory from one candidate and give it to another, but rather to say it was impossible to determine the outcome using that election system | Clarification |
| 71 | 18 | Yes | No, because the QR code still exists | Correction |
| 77 | 5 | Again, as long as there are audits, … | Again, as long as there are risk-limiting audits, … | Clarification |

| Page No. | Line No. | Correction From | Correction To | Reason for Change |
|---|---|---|---|---|
| 79 | 15 | Not that I know of. | Not that I know of aside from my claims, because I believe an individual's rights are violated if forced to vote on a system that lacks transparency like the BMD system. Additionally, it turns out that my rights were violated when I used the alternate absentee ballot system in previous elections, as my votes were sometimes not counted at all. | Correction |
| 79 | 20 | Yes. | Yes, they helped, but those actions only applied to the Presidential race and no other races were subjected to this scrutiny. | Clarification |
| 80 | 4 | Human | Human-readable | Clarification |
| 84 | 18 | I'm just not even sure I know anymore. | No, RLAs are not enough as long as a QR or barcode is what is tabulated. | Correction |

| Page No. | Line No. | Correction From | Correction To | Reason for Change |
|---|---|---|---|---|
| 90 | 9 | It is not. | The old Diebold system is not, but the database he accessed still is. | Clarification |
| 90 | 16 | Of either | Either way | Clarification |
| 91 | 2-4 | I'm assuming – this is for like – I don't know. I don't know. Election workers, not – I don't – I don't know. | A voting system should be secure, transparent, accurate, and reliable, and use RLAs if tabulated by a software dependent system | Correction |
| 92 | 6 | I don't know | I don't know, but I do not believe so | Clarification |
| 97 | 4 | I don't know if it was or was not. | Through this lawsuit I learned that my 2020 primary ballot was not counted; I do not know if my votes in the general election were counted as cast | Correction |
| 99 | 23 | …or was not counted. That's my injury. | … or was not counted as cast. That's my injury. | Clarification |
| 100 | 3 | That's true. | That's true, but I can at least verify my selections are accurate. | Clarification. |

| Page No. | Line No. | Correction From | Correction To | Reason for Change |
|---|---|---|---|---|
| 100 | 21-22 | Not aside from some travel but – early on, not since. | Early on, I paid $75,000 to Holcomb & Ward through the Coalition for Good Governance, and had some additional travel expenses to DC when Steptoe and Johnson represented me. | Correction |
| 102 | 24-25 | I don't know. I don't know the answer to these questions. | Voting absentee and on BMDs are not equal as they are very different. Absentee ballots are supposed to be an alternative to voting on BMDs but in my case, more than once resulted in losing my vote, in addition to other challenges I faced in order to avoid voting on a BMD. | Correction |
| 103 | 25 | That's correct. | That's correct, it should be. | Clarification |
| 108 | 5 | That's correct. | That's correct, but I can at least verify my selections are accurate. | Clarification |

| Page No. | Line No. | Correction From | Correction To | Reason for Change |
|---|---|---|---|---|
| 122 | 6 | No. | No, whether it would be produced was up to my attorneys. | Clarification |
| 122 | 17 | No. | No, the Court said we did not have to look through or produce personal documents. | Clarification |

DocuSigned by:

*[signature]*
73600D9A00444A6...

3/6/2022 | 5:02:20 AM PST

Donna A. Curling

Date