# EXHIBIT 233

Page 1

1          IN THE UNITED STATES DISTRICT COURT

2          FOR THE NORTHERN DISTRICT OF GEORGIA

3                  ATLANTA DIVISION

4     DONNA CURLING, et al.,

5          Plaintiffs,      CIVIL ACTION FILE

6     vs.                    NO. 1:17-cv-2989-AT

7     BRAD RAFFENSPERGER, et

8     al.,

9          Defendants.

10

11

12                DEPOSITION OF

13              JEFFREY SCHOENBERG

14               October 19, 2021

15                 10:02 a.m.

16

17       TAKEN BY REMOTE VIDEO CONFERENCE

18        LaRita J. Cormier, RPR, CCR-2578

19

20

21

22

23

24

25

Jeffrey Schoenberg                                    October 19, 2021
Curling, Donna v. Raffensperger, Brad

Page 35

1    doing here, you know, what -- ask me the question

2    again.  I'm sorry.

3        Q.  I'd like for you to summarize your claims

4    in this case in your own words as you understand

5    them to be.

6        A.  I am a plaintiff in this case because I am

7    seeking to protect my rights as a voter, to know

8    that my votes are counted as cast, that I have the

9    right to vote on a transparent, auditable, reliable

10   election system; and I know that I'm not getting

11   that now.

12       Q.  And how did you become involved in this

13   case?

14       A.  I became involved because I was asked to

15   join because I lived in DeKalb County, among other

16   things.  They were looking to have somebody to

17   represent voters of DeKalb County on the plaintiffs'

18   group.

19       Q.  And when you say you were asked to join,

20   who asked you to join?

21       A.  Scott Holcomb.

22       Q.  Okay.  And do you recall about when that

23   was?

24       A.  2017, I guess.  I don't know.  At the

25   beginning of the case.  I believe that I was on the

Jeffrey Schoenberg
Curling, Donna v. Raffensperger, Brad
October 19, 2021

Page 37

1    Q.  All right.  And ultimately what do you hope

2    to achieve by way of your participation in this

3    case?

4        A.  To have my rights vindicated.

5        Q.  And in a perfect world, how would that be?

6        A.  The state would operate a transparent,

7    verifiable, auditable election system where I could

8    know for certain that when I cast a vote, it was

9    counted as cast.

10       Q.  And can you give me an example of such an

11   auditable, transparent, and verifiable election

12   system?

13       A.  No.  The simplest that I'm aware of is the

14   hand-marked paper ballots.

15       Q.  Would you be satisfied with any other

16   system other than hand-marked paper ballots?

17       A.  Potentially, if it can be demonstrated that

18   it's all the things that it needs to be -- reliable,

19   transparent, verifiable, you know.  If a system

20   could be made where I am -- I, the public and the

21   state, can know for certain that the system is

22   working as intended, that my vote counts the way I

23   intended, then I can be satisfied, yes.

24       Q.  And would you consider yourself a member of

25   the Coalition for Good Governance?

Jeffrey Schoenberg                                    October 19, 2021
Curling, Donna v. Raffensperger, Brad

Page 54

1        A.  At the time, the system had no voter

2    verifiable paper trail.  It was on auto.  A system

3    where there was no way of demonstrating by solid

4    proof that a vote had been counted as cast.  So my

5    vote was being, you know, it was -- it was an

6    absolutely whack pot system that was improper as far

7    as I was concerned.

8        Q.  Do you have any reason to believe your vote

9    in the 2017 Congressional District 6 Special

10   Election Or Special Runoff Election was not properly

11   recorded and counted?

12           MS. ELSON:  Objection.  Speculative.

13   BY MR. MILLER:

14       Q.  You can answer, Mr. Schoenberg.

15       A.  I don't have any reason to -- I don't have

16   any specific proof of that, nor do I have any proof

17   that it was counted as cast.  I don't think such

18   proof is available in the universe as it currently

19   exists.

20       Q.  Do you have any reason to believe that

21   other voters' votes in the 2017 Congressional

22   District 6 special election or runoff election were

23   not properly recorded and counted as cast?

24           MS. ELSON:  Objection.  Speculative.

25           You can answer.

Jeffrey Schoenberg                    October 19, 2021
Curling, Donna v. Raffensperger, Brad

Page 55

1      A.   I have no proof that they were not counted

2  as cast, nor do I have proof that they were counted

3  as cast.

4  BY MR. MILLER:

5      Q.   And if you'll turn with me on this document

6  to page 61, paragraph 146.  Just let me know when

7  you're there with me.

8      A.   I'm there.

9      Q.   Okay.  Can you just take a minute to read

10  that, paragraph 146.

11      A.   I read it.

12      Q.   Okay.  So you state here, quote, "The

13  electors who voted by paper ballot were able to vote

14  in the election using properly verifiable,

15  recountable ballots."  Correct?  Do you see that?

16      A.   Yes.

17      Q.   And when you're referring to "electors who

18  voted by paper ballots," are you referring to

19  absentee by mail voters?

20      A.   Yes.  I believe primarily the only paper

21  ballots that would have been used in our election

22  would have been absentee ballots.  Provisional

23  ballots are also paper ballots.  I guess that would

24  fall into that category too.

25      Q.   Do you recall the relief you sought in this

Page 60

1      Q.  On the same page, if you'll move down with

2    me, do you see where it says, "The high profile June

3    20, 2017 Runoff Election between Karen Handel and

4    Thomas Jonathan 'Jon' Ossoff for Georgia's 6th

5    Congressional District took place in an environment

6    in which sophisticated hackers, whether Russian or

7    otherwise, had the capability and intent to

8    manipulate elections in the United States."  Do you

9    see that?

10     A.  I do see that.

11     Q.  Do you believe that sophisticated hackers

12   have manipulated election results in the United

13   States?

14     A.  I believe that it's possible.

15     Q.  But you don't necessarily believe that it

16   happened?

17     A.  I am not a conspiracy theorist.  I am not

18   telling you something happened when I have no

19   evidence of it.  I have evidence of the possibility

20   that hackers could have manipulated that election

21   and others.  I'm relying on our experts for that.

22     Q.  So just so that I understand, your

23   testimony here today is that you maintain voters can

24   never know who was legitimately elected, but you do

25   not maintain that elections in the United States

Jeffrey Schoenberg
Curling, Donna v. Raffensperger, Brad

October 19, 2021

Page 68

1    "relevant previous elections" includes the November

2    8, 2016, General Election, the 2017 CD 6 Special

3    Election and Runoff; correct?

4         A.   Yes.   That's what it says.

5         Q.   Okay.   And in your prior complaint, were

6    you previously contesting the 2016 general election?

7         A.   I don't recall, sadly.

8         Q.   To the best of your recollection --

9         A.   Yeah.   I honestly don't know the answer to

10   this question.   I don't know.

11        Q.   And of course the November 2016 general

12   election would have been the presidential election

13   in which President Trump was elected; correct?

14        A.   2016?   Yes, 2016 was the presidential

15   election.

16        Q.   Okay.   So let's go to page 9 of the same

17   document, on paragraph 17.   Do you see your name

18   listed there?

19        A.   I do.

20        Q.   Do you see where it says, "He casts his

21   ballot on DRE machines in all the Relevant Previous

22   Elections and intends to vote in all future

23   elections for which he is eligible"?   Do you see

24   that?

25        A.   I do see that.

Jeffrey Schoenberg                           October 19, 2021
Curling, Donna v. Raffensperger, Brad

Page 72

1   of the DRE system.  And as long as counsel is okay

2   with my answering.

3             MS. ELSON:  Yeah, you can answer that.

4             THE WITNESS:  Okay.

5        A.  Yes, my primary -- my primary thinking here

6   is that the election was conducted on a system where

7   certifiable results were not possible.  It is

8   impossible to come up with reasonable certifications

9   that the results reflected my specific intent when I

10  cast my ballot, and that was the basis of my

11  complaint, my individual complaint and my -- brought

12  myself to this case.

13  BY MR. MILLER:

14       Q.  Do you believe the relevant previous

15  elections -- do you recall what I'm referring to

16  with that term?

17       A.  I do.

18       Q.  Do you believe that the relevant previous

19  elections were hacked or manipulated in any way?

20            MS. ELSON:  Objection.  Speculative.

21            You can answer.

22       A.  I believe I've already answered that

23  question.  I am not -- I don't know that anything

24  has been hacked.  I do know that it's entirely

25  possible that something could be hacked, either a

Jeffrey Schoenberg                           October 19, 2021
Curling, Donna v. Raffensperger, Brad

Page 73

1    past election or, frankly, a future election, given

2    what we're currently using as a system.

3    BY MR. MILLER:

4        Q.  Do you believe in the relevant previous

5    elections that the incorrect winner of any election

6    was certified?

7        A.  I don't have any information that would

8    support that, nor do I frankly have information that

9    I know for certain that it hasn't happened.

10       Q.  Do you believe that your vote was altered

11   in any way?

12       A.  No, I don't believe that my vote was

13   altered in any way; but I have no proof to suggest

14   that it wasn't.

15       Q.  And with respect to any other votes?

16           MS. ELSON:  Objection.  Speculative.

17           You can answer.

18       A.  That's too vague for me to answer, any

19   other votes.  My votes, other people's votes?  What

20   are we talking about?

21   BY MR. MILLER:

22       Q.  I'll rephrase.  Do you contend that any

23   other votes in the relevant previous elections were

24   altered in any way?

25       A.  I don't make that contention.  What I

Jeffrey Schoenberg

Curling, Donna v. Raffensperger, Brad

October 19, 2021

Page 74

1   contend is that votes can potentially be manipulated

2   and there would be no record of it such that you

3   could have a verifiable, trustworthy, certifiable,

4   auditable election.  The state can't give me the

5   documented evidence to show that these things do not

6   happen.  That's the contention.

7        Q.  Okay.  We can go off the record for a

8   minute.

9            (Recess 11:52 to 11:57 a.m.)

10  BY MR. MILLER:

11       Q.  All right.  So Mr. Schoenberg, I've shown

12  you and we discussed briefly the first few

13  complaints in this case; right?

14       A.  That's what it seems like, yes.

15       Q.  And as you understand it, can you describe

16  to me the current procedural posture of this case?

17       A.  I would hesitate to characterize the

18  procedural posture of this case.  It has been very

19  complicated to follow.

20       Q.  As you understand it, where are we in the

21  procedural posture?

22       A.  We are at the information gathering stage,

23  and I'm offering a deposition today.  I don't know

24  what to tell you otherwise.

25       Q.  Okay.  Did you discuss this case with your

Jeffrey Schoenberg
Curling, Donna v. Raffensperger, Brad
October 19, 2021

Page 77

1  unauditable computer system that doesn't produce a

2  verifiable auditable paper trail.

3      Q.   And of course what I'm -- strike that.

4          Mr. Schoenberg, the BMD system itself, can

5  you describe to me what the BMD system is?

6          MS. ELSON:   Objection.   Vague.

7  Speculation.

8      A.   It is a computer-based system that

9  generates a piece of paper with a QR code that is

10  scanned into a system that purportedly reflects the

11  intention of the voter.   I have no way of verifying

12  that it does in fact do that accurately every time

13  or that it has done so accurately when I have used

14  the system voting.

15  BY MR. MILLER:

16      Q.   Okay.   Have you ever voted on the BMD

17  system?

18      A.   I have voted on the BMD system, yes.

19      Q.   Okay.   I'm going to mark here another

20  exhibit, and this will be number JS-5.

21          (Deposition Exhibit JS-5 marked)

22  BY MR. MILLER:

23      Q.   Mr. Schoenberg, will you just let me know

24  when you see it on your end?

25      A.   Hold on.   Document is up now.   Looking at

Jeffrey Schoenberg
Curling, Donna v. Raffensperger, Brad

October 19, 2021

Page 79

1      A.   I don't dispute what's written here.   I
2  would not characterize this case as being only about
3  risk by any stretch.   Once you acquiesce, the risk
4  has been realized.   You are suffering harm by voting
5  in an unverifiable way.   I would not allow you to
6  characterize my stand here as -- you know, this is
7  not a speculative thing.   This is not only about
8  risk.   This is, the reality is I have been damaged
9  because my vote has not been reliably counted as
10  cast.
11  BY MR. MILLER:
12      Q.   Going to ask you a couple questions about
13  what you just said there.   When you say that your
14  vote has not been reliably counted as cast, do you
15  have any basis for that assertion?
16      A.   Yes.   The fundamental weaknesses of this
17  system is the evidence of what I just said.
18      Q.   And what are those fundamental weaknesses?
19      A.   There's no verifiable, human verifiable
20  record of my intent.   So that when reportedly the
21  vote gets tallied, there's no way of saying
22  afterwards that it reflected what I intended to have
23  happen with my vote.   I know after every vote I cast
24  on the system that I have essentially put my vote
25  into -- my intended vote into a black box, and what

Jeffrey Schoenberg
Curling, Donna v. Raffensperger, Brad

October 19, 2021

Page 80

1   comes out the other side may or may not be what I

2   intended, which is a harm to me.  My vote is a

3   precious thing to me.  It's -- it is my voice.  It's

4   my participation in democracy and it's valued.  And

5   I don't know for certain that it's getting heard.

6        Q.  And so with respect to -- I think you

7   mentioned there that your vote was not verifiable.

8   Is that accurate?

9        A.  Yes.

10        Q.  Okay.  And can you explain to me what you

11   mean by verifiable?

12        A.  So the DRE system takes my touch of a

13   screen, turns it into a QR code that I couldn't read

14   when I was at the poll.  I don't know if the QR code

15   accurately reflected what I intended or not; nor do

16   I know, frankly, that the QR code is getting read

17   properly later in the process.  But regardless of

18   whether or not the system works, you know, there are

19   technical things in the system that are working or

20   not working, I will never know if my input was

21   correct.  The only thing that gets assessed

22   afterwards is the bar code.  That's insane.

23        Q.  Okay.  And I think you may have misspoke.

24   I don't want to put words in your mouth but you

25   referred to the DRE system.

Jeffrey Schoenberg
Curling, Donna v. Raffensperger, Brad

October 19, 2021

Page 81

1      A.   I'm sorry.   That was about the BMD system.

2  If I spoke improperly, it was a mistake.

3      Q.   And so, in essence here, then, your qualm

4  or concern is with verifying the QR code; is that

5  right?

6      A.   The utter possibility of that in the system

7  is a problem, yes.

8      Q.   Because that is what's scanned in the

9  ballot scanner; is that accurate?

10     A.   And what's tallied subsequently, yes,

11 that's accurate.   And what's audited, given what I

12 understand about the audits.   They keep going back

13 to the same set of data.

14     Q.   And so explain to me there.   Your

15 understanding of the auditing is that the QR code is

16 read again?

17     A.   They're re-scanning the QR codes, yeah,

18 making sure that the numbers come up the same as

19 they did before.

20     Q.   When you voted on the BMD, do you recall

21 the printed text on the ballot?

22     A.   Yes.

23     Q.   Did you review that text?

24     A.   I personally reviewed the text.   I knew my

25 action was a nullity, but I did it all the same

Jeffrey Schoenberg
Curling, Donna v. Raffensperger, Brad
October 19, 2021

Page 82

1    because I couldn't help myself.

2         Q.   And when you say audit earlier talking

3    about the QR codes, are you referring to the risk

4    limiting audit?

5         A.   No.   I was referring to whatever the state

6    has attempted to do by way of an audit.

7         Q.   Okay.   So back to the document here, on the

8    same page, so again we're on page 5, paragraph 10,

9    do you see where the term, quote, "Relevant Previous

10   Elections" is defined for purposes of this

11   complaint?

12        A.   Not yet.

13        Q.   I'm sorry.   I will have to --

14        A.   This is paragraph 10.

15        Q.   Page 5, paragraph 10, and it rolls over

16   into page 6.

17        A.   Okay.   I'm on that paragraph.

18        Q.   Do you see the paragraph there?

19        A.   I do.

20        Q.   Okay.   And so would you agree with me,

21   then, that here the term "Relevant Previous

22   Elections" means the November 8, 2016, General

23   Election; the April 8, 2017, 6th Congressional

24   District Special Election; the June 20, 2017, 6th

25   Congressional District Runoff election; and the May

Jeffrey Schoenberg                      October 19, 2021
Curling, Donna v. Raffensperger, Brad

Page 83

1    2018 and November 2018 General Elections?  Do you

2    see that?

3         A.  I do.

4         Q.  And you would agree that collectively those

5    are referred to here as the Relevant Previous

6    Elections?

7         A.  Yes.

8         Q.  Okay.  I don't recall an assertion of

9    claims about the May 18 and November 18 general

10   elections previously.  Am I correct there?

11        A.  I don't know what you recall.

12        Q.  Your previous versions of the complaint

13   didn't assert claims regarding those elections?

14        A.  I don't believe so; but then again, I think

15   they were written before those dates.

16        Q.  Okay.  And so we discussed those other

17   elections before, but any reason to believe the 2018

18   elections were invalid?

19        A.  If you use a faulty election system, you

20   have potentially faulty results, so the reason -- as

21   I understand it, the reason these additional

22   elections were included is that the complaint is

23   relevant as to up until the point where this gets

24   corrected.  Every election on these systems are --

25   including the BMD system is flawed because of these

Jeffrey Schoenberg

Curling, Donna v. Raffensperger, Brad

October 19, 2021

Page 84

1  unverifiable, unreliable, because it cannot be

2  properly audited.  There is no -- there is no record

3  to tell me that these elections are properly counted

4  and that my vote particularly gets counted as cast.

5       Q.  Do you have any reason to believe the 2018

6  election results were manipulated in any way?

7       A.  I don't have any evidence of that, nor do I

8  have evidence to the contrary.

9       Q.  But you're not contending that is the case;

10 right?

11      A.  No.

12      Q.  Not contending that the incorrect winners

13 were certified in those elections?

14      A.  I am not contending that.  I don't have

15 evidence of that.  But I do not have evidence to the

16 contrary.  I don't believe these could be properly

17 certified because the system is fundamentally

18 flawed.

19      Q.  Okay.  If you'll turn with me to page 8,

20 pages 8 and 9 of the document, paragraph 17.  If

21 you'll just let me know when you're there.

22      A.  We're there.  Make it bigger.  Yeah, that's

23 easier.

24      Q.  So would you agree with me that this

25 paragraph looks fairly similar to the ones we

Jeffrey Schoenberg                                    October 19, 2021
Curling, Donna v. Raffensperger, Brad

Page 92

1       A.  Yeah, I see that.

2       Q.  Do you recall voting absentee by mail for

3   the November 6, 2018, election?

4       A.  Not with any specificity.

5       Q.  Do you have any reason to doubt the

6   accuracy of this report?

7       A.  No.  I mean, it's entirely possible I voted

8   absentee.

9       Q.  Okay.  Now let's go back to JS-5 on page 8.

10  And it says here you cast your ballot on DRE

11  machines in all the relevant previous elections;

12  right?

13      A.  It does say that, yeah.

14      Q.  But November 6, 2018, election, you did not

15  cast your ballot on a DRE machine; correct?

16      A.  It appears that's correct.  That one time I

17  used the absentee ballot process.  I apparently did

18  not remember that.

19      Q.  Okay.

20      A.  Didn't have any way of going back and

21  knowing that.

22          (Attorney Zach Fuchs joined.)

23      A.  I will tell you the absentee ballot process

24  is burdensome.  I don't like it, and it does not

25  feel to me like full civic participation in the

Jeffrey Schoenberg

October 19, 2021

Curling, Donna v. Raffensperger, Brad

Page 93

1   communal process of voting.  I prefer to vote in

2   person.  So whenever I can, I will be -- I vote in

3   person.  Apparently that day I couldn't go, or knew

4   I couldn't go, so I got the absentee ballot.

5        Q.  So you described the absentee ballot system

6   as burdensome and you don't like it.  Can you be

7   more specific?

8        A.  I have to plan ahead.  You have to use the

9   mail multiple times.  You have to trust that it's

10  going to be processed in a timely manner.  I have

11  recently been forced to use that system, or tried to

12  use that system only to have it fail on me where my

13  request didn't get processed.  It also commits you

14  to voting potentially, you know, early.  You get the

15  ballot, you don't want to lose it.  You want to

16  vote.  It can be quite a bit earlier than the

17  election, which is not necessarily when you want to

18  cast a vote, if you're me.  It's just far from

19  ideal.

20       Q.  And you said there just a minute ago you

21  had an instance where a request was not processed.

22  Did I hear that correctly?

23       A.  Yes.

24       Q.  And when was that?

25       A.  I would need to look at the dates.  It was

Jeffrey Schoenberg
Curling, Donna v. Raffensperger, Brad
October 19, 2021

Page 94

1   the combined Public Service Commission-U.S. Senate

2   Runoff race that took place most recently.  That was

3   January 5th of 2021, I think.

4        Q.  And can you describe what happened with

5   your request?

6        A.  I've actually described it already in the

7   last declaration.  I made application for an

8   absentee ballot -- I'm sorry, we're getting messages

9   in the middle of the screen.

10       Q.  I'm sorry?

11       A.  No.  There's something up on the screen.

12           I made application for an absentee ballot

13  via e-mail.  There's a system in DeKalb County where

14  you can make application electronically.  I got a

15  confirmation that my request had been received.  I

16  never got a ballot.  It turns out that I made a

17  request before the decision had been made to combine

18  the Public Service Commission Runoff and the Special

19  Election Runoff, the Senate races.  They were

20  originally going to be on two different dates.  My

21  application was handled apparently as a nullity

22  after the decision was made to combine the dates.

23  They never mailed me a ballot.  It got to a point

24  where I was never going to get an absentee ballot

25  because it was too late.  I ended up voting in

Jeffrey Schoenberg                            October 19, 2021
Curling, Donna v. Raffensperger, Brad

Page 95

1   person.  I think I voted in person early for that

2   race.  But I did not vote absentee by mail, which

3   had been my original intention.

4        Q.  And all that you just described to me,

5   where did you glean that information?  Did you talk

6   to the DeKalb Board of Elections or --

7        A.  Lived experience.  I mean, I didn't tell

8   you anything about what they did.  I told you what I

9   saw.  The newspaper -- I mean, the fact that those

10  two races got combined is public information.

11       Q.  Right.  I'm not referring to that.  I guess

12  I'm asking -- you stated something along the lines

13  of you understood your request was not processed.

14  Did somebody, some government official tell you

15  that?

16       A.  No, no.  Nobody ever responded -- after the

17  confirmation that the request had been processed,

18  all we got was silence.  Nobody ever communicated

19  again, and I never got a ballot.

20       Q.  And that confirmation, who did that come

21  from?

22       A.  There wasn't a confirmation.

23       Q.  I'm sorry, you just referred to --

24       A.  Oh, oh.  The initial confirmation was an

25  e-mail from DeKalb voter registration office or

Page 96

1   whatever they call it.

2        Q.   Right.   Okay.   And did you make any

3   additional calls or e-mails to the DeKalb officials

4   about this situation?

5        A.   No.   I waited for my ballot to arrive.   I

6   didn't know how long it was going to take.

7        Q.   Okay.

8        A.   It didn't arrive.   I at some point came to

9   realize it wasn't coming.   I didn't ask anybody.   I

10  just voted in person.

11       Q.   Okay.   All right.   Do you recall the

12  elections in which you voted on a BMD?

13       A.   Not without being reminded, no.

14       Q.   Okay.   But you have used them before;

15  correct?

16       A.   I have used them I think at least twice.

17       Q.   Okay.   And did you have any problems when

18  using them?

19       A.   I recall -- the first time I used it, I

20  recall being struck by the -- how poor the

21  instructions were to actually make the machine work.

22  Once you put the voter card in the slot, the

23  instructions were not clear about how to proceed.

24  And I recall thinking how poorly it was -- that was

25  set up.   I got through the process, however.   I also

Jeffrey Schoenberg                    October 19, 2021
Curling, Donna v. Raffensperger, Brad

Page 97

1    recall being struck by how visible all of the

2    machines' screens were as you walked through that

3    room.  The setup was such that there was very little

4    privacy, that everybody's screen was visible to

5    everybody else, and that bothered me.  I don't know

6    that anybody was looking, and I wasn't trying to see

7    anybody else's activities, but I was disturbed by

8    the fact that if somebody was motivated to watch

9    what somebody was doing, it was incredibly simple to

10   achieve that end, and that seemed pretty

11   significantly wrong.

12       Q.  But you didn't have any difficulty casting

13   your ballot on the BMD system; right?

14       A.  After the initial confusion, it was not

15   hard to touch the screen and take my selections.

16   That is not casting a ballot on the BMD system, no.

17       Q.  And I understand the distinction there, so

18   you finished on the touchscreen, and the system

19   printed out a paper ballot; right?

20       A.  That's correct.

21       Q.  And of course we discussed before the

22   printed summary of the text on the ballot; right?

23       A.  We mentioned it, yes.

24       Q.  Okay.  And did you review that when you

25   voted on the BMDs?

Jeffrey Schoenberg
Curling, Donna v. Raffensperger, Brad
October 19, 2021

Page 98

1      A.   I did.  I looked to see what it said.

2      Q.   Before you put it into the scanner?

3      A.   Yes.  And as I said the last time we talked

4   about this, as I was doing it, it occurred to me

5   what a silly thing it was to do, because what I was

6   reading was not what was being read by the machine.

7   So I could get some false sense of security that at

8   least to the stage of the printing of that piece of

9   paper, there was some understanding of what my

10  intention was.  But I had absolutely no faith in my

11  understanding that the system would continue to

12  understand my intention once I went to the scanner

13  and had to rely on the QR code.

14     Q.   And so you've tried both BMDs and absentee

15  by mail ballots, then; right?

16     A.   Yes.

17     Q.   Both voting systems?

18     A.   I have both things, yes.

19     Q.   And if I can understand your testimony

20  right, your preference is not to vote absentee; is

21  that correct?

22     A.   Yes.  I much prefer to engage in the

23  process of voting in person where I can thank the

24  workers who are there when I can participate in a

25  communal activity, I can feel like I'm doing

Jeffrey Schoenberg
Curling, Donna v. Raffensperger, Brad

October 19, 2021

Page 99

1    something that is exercising my democratic

2    responsibilities.  I like going to vote.  I used to

3    take my children with me to go vote.  It's an

4    important ritual for me.

5        Q.  But would it be accurate for me to say

6    you're not -- I guess you wouldn't rule out -- of

7    the two options you have right now, you wouldn't

8    necessarily rule one of them out entirely

9    regardless.  Is that accurate?

10       A.  No, I wouldn't rule out either of them.  I

11   think they're both flawed.  My current options both

12   are lousy.  One of them is burdensome and somewhat

13   unreliable, that's the absentee system.  One of them

14   is unreliable because the system itself cannot be

15   trusted, cannot be verified, is not in any way

16   auditable in a way that is transparent and we know

17   that my vote gets, how it gets cast.  So I'm --

18   under various circumstances that might arise, I

19   might choose one or the other, and I will be unhappy

20   either way because I don't think that my vote should

21   be burdened.  I don't think that I should be

22   constitutionally denied an adequate system for

23   voting.  I put constitution in the wrong place.

24   System that's constitutionally acceptable.

25       Q.  Okay.  So let's go back to Third Amended

Jeffrey Schoenberg
Curling, Donna v. Raffensperger, Brad
October 19, 2021

Page 104

1   auditable.  I haven't seen that in this case.

2   BY MR. MILLER:

3       Q.  And so I take that by implication to then

4   mean your belief is that hand-marked paper ballots

5   are verifiable and auditable.  Is that accurate?

6       A.  Yeah.  I mean, it takes a bunch of other

7   stuff other than just the paper to make a -- to have

8   a system that is reliable and auditable to know that

9   you're getting the correct results, that your

10  results reflect the intention of every individual

11  voter.  But yes, you can design a hand-marked paper

12  ballot system that is sufficiently reliable to

13  guarantee people's constitutional right to vote, to

14  be heard.  And plenty of states use them, so it

15  doesn't seem like a controversial statement.

16      Q.  Let me ask you a question about the

17  document again.  If you can go with me to

18  subparagraph (b) here.  Can you describe to me the

19  minimal and legally required steps to ensure such

20  equipment cannot be operated without authorization?

21          MS. ELSON:  Objection.  Calls for a legal

22  conclusion.

23          You can answer.

24      A.  That also requires technical knowledge that

25  I just don't have.

Jeffrey Schoenberg                               October 19, 2021
Curling, Donna v. Raffensperger, Brad

Page 105

```
 1   BY MR. MILLER:

 2        Q.  Okay.

 3        A.  That's where I rely on experts to tell me

 4   if they're telling anybody.

 5        Q.  Okay.  That leads into my next question.

 6   You referred to relying on your experts in this

 7   case.  Who are those experts?

 8        A.  We talked about him before.  His name is

 9   slipping my mind.  You want to give me a hint?  It's

10   Halderman, primarily.  There have been others along

11   the way who have offered that information, but

12   primarily Halderman.

13        Q.  So when you state that you relied on

14   evidence of the experts in this case, you're

15   referring to Dr. Halderman?  Is that accurate?

16        A.  Yeah, I think primarily, yes, who has

17   provided the evidence here.

18        Q.  Okay.  Any other --

19        A.  I would not like to characterize the

20   testimony and information provided by some of the

21   other people that have been involved in this case as

22   unimportant.  Frankly, I don't know, you know,

23   everything that's been said by everybody or

24   everything that's been offered up by all the people

25   that have offered testimony.
```

Jeffrey Schoenberg
Curling, Donna v. Raffensperger, Brad
October 19, 2021

Page 125

1    election management, Georgia's election management

2    system, software that stood behind the machinery.

3        Q.  And towards the end of that paragraph you

4    state, quote, "I have little reason to believe in

5    the integrity of any Georgia election under that

6    system."  Do you see that?

7        A.  Yes.

8        Q.  And when you say you have little reason to

9    believe in the integrity, what do you mean by that?

10       A.  I mean that -- that running elections on

11   systems that are not verifiable, which I think we

12   have done much to demonstrate in this case, suggests

13   that there isn't -- it's not rational to just

14   believe it, that the system is fine and dandy.

15       Q.  So you don't believe in the results of any

16   election in Georgia under that system?

17       A.  I didn't -- I didn't say that.

18           MS. ELSON:  Yeah.  Objection.  That

19   mischaracterizes testimony.

20       A.  What I have said and what I will continue

21   to say is that without evidence of the actual

22   recording and counting of votes in a reliable

23   transparent way, there is always the question of

24   whether the elections are being operated fairly and,

25   more importantly to me personally, whether my vote

Page 126

1    counted.  I don't know that that vote has counted.

2    I would like to know that.  And every time I vote on

3    a system that is not reasonably secure, I can't know

4    that I have participated in the democratic process

5    in a meaningful way.  That's the source of the harm

6    here.

7         Q.  So that harm there is the, for lack of a

8    better term, the feeling of not counting?  Is that

9    somewhat accurate?

10        A.  I certainly wouldn't put it that way.  When

11   you go to the poll, you intend to have a voice in

12   the governance of your municipality, your state,

13   your city, your whatever, the country as well.  And

14   it would be a really important thing for every

15   citizen to know that when they do that, it matters.

16   And for me, it's a hugely important thing to know

17   that when I do it personally, it matters.  And when

18   I went to the poll with my 11-year-old daughter, I

19   would like to be able to look her in the eye and say

20   the thing I am doing today matters, and when you're

21   old enough, it's going to matter to you.  And the

22   tragedy was I was voting on a system that I knew

23   wasn't necessarily capturing my intent, my vote.

24   And so I might have been expressing my opinion, my

25   voice in the democratic process, but it might have

Page 127

1   just been getting blown away in the wind.  And so I

2   felt somehow cheated by that experience.

3           It still bothers me because as I became

4   more involved in this, and I would communicate with

5   my children what I was doing and why I was doing it.

6   And I know that it undermines something of their

7   feeling about the importance of going to vote if the

8   system is not reasonably reliable in recording that

9   vote.  That's what I complain about.

10          The constitution says I should have a

11  meaningful voice, because I am a citizen of the

12  United States in the state of Georgia in DeKalb

13  County.  And I take that to mean something.  And I

14  would like to know that when I express that opinion,

15  somebody hears it, that it gets counted, and it gets

16  counted along with the votes from everybody else who

17  voted for whatever reasons and however much they

18  care, they expressed their opinion.  And all of that

19  gets tallied up and the winners win and the losers

20  lose and government works because everybody knows

21  they're involved in it.  I frankly don't know if I'm

22  involved in it the way that I intended because I

23  don't know for certain that this system is doing

24  what it's intended to do but not trustworthy to do.

25  Is that clear?

Jeffrey Schoenberg                                    October 19, 2021
Curling, Donna v. Raffensperger, Brad

Page 130

1      A.  I see that.

2      Q.  But you voted on the BMD system in spite of

3  this; right?

4      A.  I did.  And right after this is when -- I

5  mean, shortly after this, I imagine, I applied for

6  an absentee ballot that I never got; and I went and

7  voted in person.  And I have done that again, I

8  mean, I believe.  My purpose, to be clear, I would

9  much rather vote in person.

10     Q.  Do you recall how you voted in the March

11  2020 presidential preference primary?

12     A.  Not with any specificity.

13     Q.  Okay.  And just to be clear, by that I

14  don't mean who you voted for but what manner you

15  utilized --

16     A.  I understood your question.  I don't recall

17  specifically right now.

18     Q.  Okay.  Could you turn back to JS-6, which

19  is the voter history.  And just let me know when you

20  have that pulled up.

21     A.  It's up.

22     Q.  Yeah.  So if you'll scroll with me down

23  there, it's second page, March 24, 2020, PPP.

24     A.  Okay.  It says Absentee.

25     Q.  Okay.  Now if you'll turn with me to JS-7,

Jeffrey Schoenberg                    October 19, 2021
Curling, Donna v. Raffensperger, Brad

Page 131

1    and just let me know when you have that up.

2        A.  It's up.

3        Q.  And if you'll look on the first page there,

4    do you see March 24, Presidential Preference

5    Primary?

6        A.  I do.

7        Q.  Okay.  And you see there March 10, 2020,

8    Date Requested, do you see that?

9        A.  I do.

10       Q.  And do you see the next line, Ballot

11   Request Type, In Person?

12       A.  Yes.

13       Q.  Okay.  And of course the date the ballot

14   received is --

15       A.  The same.

16       Q.  -- the same date as the date requested?

17       A.  Yes, sir.

18       Q.  March 20, 2020?

19       A.  Right.

20       Q.  So did you vote early in person for the

21   Presidential Preference Primary in 2020?

22       A.  Assuming this document is correct, yes,

23   that's what I did.

24       Q.  Okay.  And so now if you'll go back with me

25   to the declaration we were just looking at.  Are you

Jeffrey Schoenberg                                October 19, 2021
Curling, Donna v. Raffensperger, Brad

Page 132

1    with me?

2           A.   Yes.

3           Q.   And just to make sure we're talking about

4    the same thing, that's JS-10; correct?

5           A.   Yes, it's JS-10.

6           Q.   Okay.  And you see the date at the top of

7    that document?

8           A.   8/19/20.

9           Q.   Okay.  So at the time you wrote this

10   declaration, you knew you had already voted on the

11   BMD system; right?

12          A.   Yeah, I guess so.

13          Q.   Okay.  You didn't feel forced to vote by

14   absentee in the 2020 Presidential Preference

15   Primary?

16          A.   No.  But I mean, again, I really memorable

17   experience voting in that election thinking that

18   there was no privacy and that I couldn't trust that

19   any effort I made to review my ballot made it.  It

20   was an inadequate, disturbing experience to vote

21   using the BMDs.  So it does not surprise me that I

22   was willing to say on this page that I -- that I

23   anticipated I'd be choosing to vote by absentee

24   ballot.  But again, having tried to vote by absentee

25   ballot subsequent to this and finding it burdensome

Jeffrey Schoenberg
Curling, Donna v. Raffensperger, Brad

October 19, 2021

Page 133

1   to the point of not working, I have chosen this

2   poison rather than the other in subsequent elections

3   because I like to vote in person.

4       Q.  I'm sorry, can you repeat that, you've

5   chosen this poison over the other, and you're

6   referring to --

7       A.  I'm referring to the two methods of voting

8   that might be available to me.  Either an absentee

9   ballot system that is burdensome and sometime

10  doesn't work, or a BMD system that is not reasonably

11  reliable.  Those are my two options, and I'm

12  choosing between one of the bad options every time I

13  vote.  At the time of this declaration, it does not

14  surprise me that I said my intention was to vote by

15  absentee because I'd had a bad experience with the

16  BMDs.

17          But I also can agree to change my mind

18  about how I'm going to behave on election day.  I

19  don't think I'm bound to live one way or another

20  forever because I wrote a declaration.  I think that

21  the key point is that there is no good voting system

22  presently available to me.  If I want to express my

23  opinion, I've got either a burdensome system on one

24  side or an unreliable system on the other, or a not

25  reasonably reliable system, call it.  And I am aware

Jeffrey Schoenberg                                              October 19, 2021
Curling, Donna v. Raffensperger, Brad

Page 134

1    of the drawbacks I have to take, because I do want

2    to participate.

3         Q.  Okay.  I'm going to show you an additional

4    document here.  Actually, I'm sorry, before we move

5    off this declaration, I apologize.  In paragraph 12

6    you state, quote, "Were the court to order that

7    Georgia cannot implement and use the Election System

8    but must instead used hand-marked paper ballots

9    which a voter can review to verify his votes are

10   cast as intended and will be counted as cast, I

11   would perceive less risk in casting my ballot in

12   person."  Do you see that?

13        A.  Yes.

14        Q.  Okay.  And do you believe that that risk of

15   casting your ballot in person, when you exercised

16   it, that that has come to fruition and in fact

17   deprived you of your vote?

18             MS. ELSON:  Objection.  Calls for a legal

19   conclusion.

20        A.  Ask --

21             MS. ELSON:  You can answer.

22             THE WITNESS:  Thank you.  Sorry to

23   interrupt.

24        A.  Ask me the question one more time, please.

25             MR. MILLER:  Will the court reporter read

Jeffrey Schoenberg                    October 19, 2021
Curling, Donna v. Raffensperger, Brad

Page 135

1    back the pending question?

2         (The reporter read the requested material.)

3    BY MR. MILLER:

4       Q.   So the question there, Mr. Schoenberg, is

5    do you think that the risk that you discuss here in

6    paragraph 12 actually came to fruition and deprived

7    you of your vote when you voted on BMDs?

8       A.   Yes, absolutely, it came to fruition, it

9    happened.  I could not leave the ballot -- the

10   polling place with knowledge that I had meaningfully

11   participated in the election.  So I am conscious now

12   of the harm that was done me the day of the vote,

13   the day of my vote.  I am conscious that the next

14   time I go to vote will still be a violation of my

15   constitutional right to express my opinion in a way

16   that I know will be respected, that it will be heard

17   as intended.  The risk came to fruition because the

18   system is not reasonably reliable.

19      Q.   All right.  Now I am going to show you

20   another document, and we will mark this exhibit as

21   JS-11.

22         (Deposition Exhibit JS-11 marked)

23   BY MR. MILLER:

24      Q.   Let you know when you have it on your end.

25      A.   Yeah, it's up.

Jeffrey Schoenberg
Curling, Donna v. Raffensperger, Brad
October 19, 2021

Page 145

1    to, you know, fake accounts on Facebook.  That's not

2    what I mean.  It means hacking into.

3        Q.  So that's what I want to focus on is that

4    second category of hacking or manipulation.  Okay?

5    Are you following me?

6        A.  Yeah.

7        Q.  So the accounts of individuals from Russia

8    hacking into elections, are you aware of any

9    accounts establishing that Russians manipulated

10   elections in that manner?

11       A.  No, I'm not aware of any accounts of

12   Russian manipulation of elections.  I believe I am

13   aware of accounts of Russian hacking into databases

14   that were not supposed to be publicly available in

15   election other than -- election systems other than

16   in Georgia.  I cannot give you specifics as to

17   states, but I seem to recall that some of that came

18   out.

19       Q.  Okay.  I'm going to show you another

20   document here.

21           MS. ELSON:  We've been on the record for

22   about an hour.  Do you have --

23           MR. MILLER:  Do you want a break or --

24           MS. ELSON:  How are you doing,

25   Mr. Schoenberg?

Jeffrey Schoenberg                                    October 19, 2021
Curling, Donna v. Raffensperger, Brad

                                                    Page 152

 1                    VERITEXT LEGAL SOLUTIONS

 2                FIRM CERTIFICATE AND DISCLOSURE

 3

 4    Veritext represents that the foregoing transcript as

 5    produced by our Production Coordinators, Georgia

 6    Certified Notaries, is a true, correct and complete

 7    transcript of the colloquies, questions and answers

 8    as submitted by the certified court reporter in this

 9    case.  Veritext further represents that the attached

10    exhibits, if any, are a true, correct and complete

11    copy as submitted by the certified reporter,

12    attorneys or witness in this case; and that the

13    exhibits were handled and produced exclusively

14    through our Production Coordinators, Georgia

15    Certified Notaries.  Copies of notarized production

16    certificates related to this proceeding are

17    available upon request to litsup-ga@veritext.com.

18

19    Veritext is not taking this deposition under any

20    relationship that is prohibited by OCGA 15-14-37(a)

21    and (b).  Case-specific discounts are automatically

22    applied to all parties, at such time as any party

23    receives a discount.  Ancillary services such as

24    calendar and financial reports are available to all

25    parties upon request.

Jeffrey Schoenberg                                    October 19, 2021
Curling, Donna v. Raffensperger, Brad

Page 153

1                          CERTIFICATE
2     STATE OF GEORGIA:
      COUNTY OF FULTON:
3
              I hereby certify that the foregoing
4     transcript was taken down, as stated in the caption,
      and the colloquies, questions and answers were
5     reduced to typewriting under my direction; that the
      transcript is a true and correct record of the
6     evidence given upon said proceeding.
              I further certify that I am not a relative
7     or employee or attorney of any party, nor am I
      financially interested in the outcome of this
8     action.
              I have no relationship of interest in this
9     matter which would disqualify me from maintaining my
      obligation of impartiality in compliance with the
10    Code of Professional Ethics.
              I have no direct contract with any party in
11    this action and my compensation is based solely on
      the terms of my subcontractor agreement.
12            Nothing in the arrangements made for this
      proceeding impacts my absolute commitment to serve
13    all parties as an impartial officer of the court.
14            This th
15                        _LaRita J. Cormier_ (signature)

16    _____
17            LaRita J. Cormier, RPR, CCR No. 2578
18
19
20
21
22
23
24
25

Jeffrey Schoenberg
Curling, Donna v. Raffensperger, Brad
October 19, 2021

Page 155

1   ERRATA
2   I, the undersigned, do hereby certify that I have
    read the transcript of my testimony and that

3
    ___ There are no changes noted.

4
    _X_ The following changes are noted:

5
6   Pursuant to Rule 30(7)(e) of the Federal Rules of
    Civil Procedure and/or OCGA 9-11-30(e), any changes
7   in form or substance which you desire to make to
    your testimony shall be entered upon the deposition
8   with a statement of the reasons given for making
    them.  To assist you in making any such corrections,
9   please use the form below.  If additional pages are
    necessary, please furnish same and attach.

10
11  Page _____ Line _____ Change _____
12  Please see attachment. _____
13  Reason for change _____
14  Page _____ Line _____ Change _____
15  _____
16  Reason for change _____
17  Page _____ Line _____ Change _____
18  _____
19  Reason for change _____
20  Page _____ Line _____ Change _____
21  _____
22  Reason for change _____
23  Page _____ Line _____ Change _____
24  _____
25  Reason for change _____

Jeffrey Schoenberg                                    October 19, 2021
Curling, Donna v. Raffensperger, Brad

Page 156

1   Page _____ Line _____ Change _____
2   _____
3   Reason for change _____
4   Page _____ Line _____ Change _____
5   _____
6   Reason for change _____
7   Page _____ Line _____ Change _____
8   _____
9   Reason for change _____
10  Page _____ Line _____ Change _____
11  _____
12  Reason for change _____
13  Page _____ Line _____ Change _____
14  _____
15  Reason for change _____
    Page _____ Line _____ Change _____
16

17  _____

    Reason for change _____
18
19                  12/9/2021 | 3:57:10 PM PST
        Dated this _____, at
20   Dunwoody, Georgia.
21
        DocuSigned by:
        *Jeffrey H. E. Schoenberg*
        622E2D668DFD49E...
22   _____
23              DEPONENT'S SIGNATURE

24
25

**ERRATA SHEET**

Case Name:            *Curling v. Raffensperger*, No. 1:17-cv-02989-AT

Corrections to Deposition Transcript of Jeffrey H. E. Schoenberg
(October 19, 2021)

| Page No. | Line No. | Correction From | Correction To | Reason for Change |
|---|---|---|---|---|
| 13 | 10 | graduate | graduated | Transcription error |
| 30 | 17 | database | campaign | Transcription error |
| 54 | 2 | It was on auto. | It was unauditable. | Transcription error |
| 54 | 6 | absolutely whack pot system | absolute black box system | Transcription error |
| 57 | 3 | was motivated | was not motivated | Transcription error |
| 75 | 7 | Frequently doesn't really mean much of anything. That doesn't mean specifically. When necessary. | Not frequently, but that doesn't mean sporadically... when necessary. | Clarification |
| 81 | 6 | The utter possibility of that in the system | The utter impossibility of verifying the QR code in the system | Clarification |
| 99 | 17 | vote gets, | vote gets counted, | Transcription error |
| 103 | 19 | but you can also | that you can also | Transcription error |
| 105 | 4 | That's where I rely on experts to tell me if they're telling anybody. | That's where I rely on experts to tell me. | Clarification |
| 112 | 8 | on | in | Transcription error |

1

| Page No. | Line No. | Correction From | Correction To | Reason for Change |
|---|---|---|---|---|
| 115 | 3 | They wouldn't be involved | They would have been involved | Transcription error |
| 130 | 8 | purpose | preference | Transcription error |
| 132 | 16 | really memorable | remember the | Transcription error |
| 143 | 18 | acting | actor | Transcription error |
| 145 | 2 | into | too | Transcription error |
| 146 | 25 | recently | reasonably | Transcription error |

DocuSigned by:

*Jeffrey H. E. Schoenberg*

622E2D008DFD49E…

12/9/2021 | 3:57:10 PM PST

_____          _____

Jeffrey H. E. Schoenberg                              Date