# EXHIBIT 237

# CASE: Curling, et al v. Raffensperger, et al

## DATE: February 24, 2022

## WITNESS: Gabriel Sterling

## EXHIBIT 4 DESCRIPTION:  Video File

## JOB REF # 5106522

## *(Can be found on MyVeritext)

Université de Genève (UNIGE), *How to safeguard democracy? A look back at the last American presidential election. Gabriel Sterling*, YouTube (Oct. 4, 2021, uploaded Nov. 25, 2021), https://www.youtube.com/watch?v=CD5z2cZMU5Y, at 36:12 to 36:32.



"It really helped us to manage the amount of people we had coming in to vote because traditionally, in Georgia, 95% of our voters, vote in person.  For us that is the most secure way. They come in, the person checking them in sees them, they look at their ID, which is a driver's license generally speaking. Although you can use 16 different forms of identification and any government-issued ID is allowed to be used as an ID in Georgia. But that way, we securely know that they are in a good position, that, you know, that this person has the right to vote.

Historically, they don't like voting by mail in Georgia. And part of that has to do with the history of our state. Martin Luther King Jr. is from there, people have fought for the right to vote. They like the pageantry of it. They like going to see their neighbors in line. They… it's something that gives… that helps their heart. So we try to make it as easy as we can for them to do that. But we always had the ability to do this… that's what I've said, since 2005, we've had the ability and usually that's 4… 3, 4, 5 percent who vote by mail. And traditionally, they had all always been Republican."