# EXHIBIT 241

# Intentionally Left Blank