# EXHIBIT 242

# Intentionally Left Blank