# EXHIBIT 243

**To:** Alex Wan; Barron, Richard L.
**From:** Marilyn Marks[Marilyn Marks]
**Sent:** Wed 4/21/2021 4:14:46 PM (UTC+01:00)
**Subject:** Important report on Dominion system

Alex and Rick,

Alex Halderman (who Rick knows through our case) was commissioned by the Michigan SOS to study the outlandish claims of the same self-proclaimed "experts" who have made accusations against Fulton and the Dominion system. Alex was given full access to the county's system and produced the attached report. Sorry I am just now reading it myself and getting it to you. It's quite important for us all to understand.

The debunking of Ramsland's claims deserves a quick skim at least, as they are the same claims they made in GA, but most important is his section 5.7 about the security failures in the Dominion EMS system that are common to Georgia's system as well. This really merits discussion and a solution for how to avoid continued controversy in the upcoming November municipal elections and the 2022 midterms.

I look forward to discussing it with you.

Below is high level summary from MI SOS.

But here is a more detailed explanation—

https://freedom-to-tinker.com/2021/04/05/expert-analysis-of-antrim-county-michigan/
<https://urldefense.proofpoint.com/v2/url?u=https-3A__freedom-2Dto-2Dtinker.com_2021_04_05_expert-2Danalysis-2Dof-2Dantrim-2Dcounty-2Dmichigan_&d=DwMFaQ&c=HPJvcKF4Kk5Wqru1T_u_fOsw8NVQVa3gp0ReMdlciXw&r=Ab1tWoBND5WPUindk9Sn4wStS2z-l-4wem9O9RY2hRILrpnrnD9tMptAtAtHi9ii&m=-m8sA3PJ1Kw-WL6jR1MZZun421tKETjq8sCPvD51URU&s=yF_0rGVOXHlwJmbt0SMtP-UNO0EbIv93UBBU7P3oum8&e=>

Both of these scientists (Appel and Halderman) are experts in our case, so that needs to be understood, although this was in no way connected to our case.

https://www.michigan.gov/sos/0,4670,7-127-93094-555635--,00.html
<https://urldefense.proofpoint.com/v2/url?u=https-3A__www.michigan.gov_sos_0-2C4670-2C7-2D127-2D93094-2D555635-2D-2D-2C00.html&d=DwMFaQ&c=HPJvcKF4Kk5Wqru1T_u_fOsw8NVQVa3gp0ReMdlciXw&r=Ab1tWoBND5WPUindk9Sn4wStS2z-l-4wem9O9RY2hRILrpnrnD9tMptAtAtHi9ii&m=-m8sA3PJ1Kw-WL6jR1MZZun421tKETjq8sCPvD51URU&s=7qxJd0pErgh3uyN3BbW3nfUsWBvD9PKlqo8wRZOaVTQ&e=>

Expert report affirms accuracy of Antrim County presidential election results

MARCH 26, 2021

A report by an elections technology security expert who performed an analysis of the voting equipment used in Antrim County again affirmed the county's official presidential election results were accurate and that unofficial results were initially reported incorrectly due to human error.

The analysis by J. Alex Halderman, a professor of computer science and engineering at the University of Michigan, conducted as part of an ongoing lawsuit, confirmed statements from the county and state that errors in reporting election results were the result of human error and were not caused by a security breach, and that there is no credible evidence errors were caused deliberately. This again disproved false claims about Dominion Voting Systems equipment, which were debunked previously when a hand-tally audit of the county's presidential election, carried out by both Republican and Democratic election officials, confirmed that the Dominion machines tabulated the presidential election accurately.

The report provided greater details about the user errors that occurred in setting up the equipment and reporting election results, and determined that the tabulators counted the ballots in the presidential contest properly, but because of human error the un

official results were reported incorrectly. The report also determined that human error resulted in incorrect tabulation of some down-ballot races, and concluded software improvements should be made to help users more easily identify when such human error occurs.

The report affirmed there was no credible evidence the Dominion system was deliberately designed to induce errors, and found the Allied Security Operations Group report contained an extraordinary number of false, inaccurate or unsubstantiated statements. The report identified areas for improvement including voting system design, training and security, but concluded the errors in Antrim County were not the result of a security breach.

 <file:///documents/sos/Antrim_720623_7.pdf> A copy of the report can be found here. (attached)

# # #

For media questions, contact
Tracy Wimmer at 517-281-1876.

We welcome questions and comments at the  <https://urldefense.proofpoint.com/v2/url?u=https-3A__mdossupport.happyfox.com_new_&d=DwMFaQ&c=HPJvcKF4Kk5Wqru1T_u_fOsw8NVQVa3gp0ReMdlciXw&r=Ab1tWoBND5WPUindk9Sn4wStS2z-I-4wem9O9RY2hRILrpnrnD9tMptAtAtHi9ii&m=-m8sA3PJ1Kw-WL6jR1MZZun421tKETjq8sCPvD51URU&s=EF0nNWEK9IpDjD9raZyQzBFn3VO-e50tozMaHUkJY_8&e=> Contact the Secretary of State page.

Customers may call the Department of State Information Center to
speak to a customer-service representative at 888-SOS-MICH (767-6424).