# EXHIBIT 244

**To:**      Pitts, Robb; Hausmann, Liz; Ellis, Bob; Morris, Lee; Hall, Natalie; Arrington, Marvin S; Carn, Joe; rpaul@sandyspringsga.gov; jpaulson@sandyspringsga.gov; ssoteres@sandyspringsga.gov; cburnett@sandyspringsga.gov; jreichel@sandyspringsga.gov; tdejulio@sandyspringsga.gov; abauman@sandyspringsga.gov; mayorhenry@roswellgov.com; mzapata@roswellgov.com; mpalermo@roswellgov.com; chall@roswellgov.com; mwillsey@roswellgov.com; mtyser@roswellgov.com; mjudy@roswellgov.com; jgilvin@alpharetta.ga.us; dmitchell@alpharetta.ga.us; bburnett@alpharetta.ga.us; krichard@alpharetta.ga.us; jhipes@alpharetta.ga.us; jbinder@alpharetta.ga.us; dmerkel@alpharetta.ga.us; mike.bodker@johnscreekga.gov; lenny.zaprowski@johnscreekga.gov; brian.weaver@johnscreekga.gov; john.bradberry@johnscreekga.gov; chris.coughlin@johnscreekga.gov; stephanie.endres@johnscreekga.gov; erin.elwood@johnscreekga.gov; bmotleybroom@collegeparkga.com; claya1@mindspring.com; dtaylor@collegeparkga.com; kallen@collegeparkga.com; rgay@collegeparkga.com; fmoore@atlantaga.gov; csmith@atlantaga.gov; arfarokhi@atlantaga.gov; antoniobrown@atlantaga.gov; cwinslow@atlantaga.gov; narchibong@atlantaga.gov; jnide@atlantaga.gov; hshook@atlantaga.gov; jpmatzigkeit@atlantaga.gov; drhillis@atlantaga.gov; aboone@atlantaga.gov; mcoverstreet@atlantaga.gov; jmsheperd@atlantaga.gov; mbond@atlantaga.gov; mwestmoreland@atlantaga.gov; adickens@atlantaga.gov; Mary Carole Cooney; Dr Kathleen Ruth; aaronvjohnson@yahoo.com; Vernetta Keith Nuriddin; Mark Wingate
**From:**    Marilyn Marks[Marilyn Marks]
**Sent:**    Sat 6/6/2020 5:27:41 PM (UTC+01:00)
**Subject:** Fulton Officials--Urgent Voting Protections Required--Needed Actions

Fulton Election Board and Elected Officials,


We are resubmitting the letter we sent you and the Fulton legislative delegation last weekend (see below and attached) with the same dire warnings and requests to protect Fulton voters in the June 9 primary. We received no response from any Fulton BRE member or elected official. Given the well-publicized events of the last few days, with Fulton, Cobb, DeKalb, Gwinnett, Henry, etc. having unnecessarily long and disenfranchising lines, it should be obvious that there is a systemic election system problem that must be addressed immediately—in advance of Tuesday's election.


The use of BMDs, particularly in pandemic conditions, is a failed experiment that Fulton officials must cease immediately.


Secretary Raffensperger has made it clear that he will not address the issues using simple solutions and partial mitigations readily available. The source of the problem is the new voting system, --certainly exacerbated by COVID-19,  but these problems cannot be primarily blamed on the pandemic. The solutions are readily available for many of the problems--but not when the resource-hogging machines and demands of using the touchscreens take precedent over the fundamental constitutional rights of the voters.


In our attached letter, we offered solutions (as we have been doing since October of last year), to avoid this predictable disenfranchising chaotic attack on voters' rights this past week and the one that will continue on Tuesday without a change in the election process. Despite the Secretary's commitment to the totally inappropriate touchscreen voting system causing the bottlenecks, Fulton has the full authority and responsibility to choose a fair system that avoids long lines, provides a secret ballot (which the current system does not), and provides an auditable result---none of which the BMD system does. In fact the Fulton BRE has the statutory duty to avoid this system that cannot provide a secret ballot, as noted in the

attached letter and in our Curling v Raffensperger lawsuit.

How can Fulton officials stand by knowing that the most basic rights to cast a secret ballot are being knowingly violated and encourage this failed system's continuance? Especially when the voters are denied mail ballots, and forced to stand in horrendously long lines to cast a ballot that everyone can see. We urge you to bring this to an immediate stop.

Let's not forget that it is actually a misdemeanor for those over age 65 and with certain medical conditions to go to the polls on Tuesday.  Yet they cannot reasonably obtain a mail ballot or return it in a reasonable time by mail.

As we pointed out in our letter Sunday, and have pointed out many times before, the Fulton BRE has the duty and authority to use hand marked paper ballots when the touchscreens are "impracticable or impossible" to use. In addition there is a new Election Rule that permits use of hand marked paper ballots when lines exceed 30 minutes. Secretary Raffensperger stated many times when this rule was adopted this spring that lines should never exceed 30 minutes, and this rule for paper ballot use was the safety valve to permit voters to move through the voting process far faster. The emergency provision should without doubt be used on Tuesday.

Today--merely stop the set up of the BMD stations in the precincts, and instead set up the existing blue privacy screens with appropriate social distancing in quantities mandated by the 1:250 voters statutory requirement if social distancing can be maintained. Prepare to distribute paper ballots Tuesday, even if it involves emergency printing orders and running the Ballot On Demand printers this weekend. There should already be a large emergency paper ballot stock available. (10% of ALL REGISTERED voters is the minimum emergency stock requirement.)

Further, a long standing statute (§21-2-366)  enacted as a hedge against touchscreen voting system failures two decades ago, arguably permits the Board of Commissioners to order hand marked paper ballots, using the optical scanners already in place in the precincts. This authority should be considered if the Board of Elections continues its commitment to these problematic voting machines in the pandemic environment. The pandemic environment is clearly  incongruent with the system's use.

We have additional emergency solutions readied that we can suggest if there is interest in marshalling the resources to do so.

Regardless of the solutions selected, we urge your active involvement in solving this problem before more of your constituents are disenfranchised and unnecessarily exposed to increased COVID-19 risks.

We are happy to answer any questions or work with you on resolving the problems immediately.

Marilyn Marks

Executive Director

 <https://urldefense.proofpoint.com/v2/url?u=https-3A__www.coalitionforgoodgovernance.org_&d=DwMFaQ&c=HPJvcKF4Kk5Wqru1T_u_fOsw8NVQVa3gp

0ReMdlciXw&r=Ab1tWoBND5WPUindk9Sn4wStS2z-l-
4wem9O9RY2hRILrpnrnD9tMptAtAtHi9ii&m=zgo8_2bNUvQr4DcTEHJobw3KPiJHBY7bNfqiFhY3CUk&s=
ppXgfGFVTHCYtnYAB9iJ6eydPDIVXsFvd92LPN_peEM&e=> Coalition for Good Governance

Cell: ███████████

<mailto:Marilyn@USCGG.org> Marilyn@USCGG.org

Follow me <https://urldefense.proofpoint.com/v2/url?u=https-
3A__twitter.com_MarilynRMarks1&d=DwMFaQ&c=HPJvcKF4Kk5Wqru1T_u_fOsw8NVQVa3gp0ReMdlci
Xw&r=Ab1tWoBND5WPUindk9Sn4wStS2z-l-
4wem9O9RY2hRILrpnrnD9tMptAtAtHi9ii&m=zgo8_2bNUvQr4DcTEHJobw3KPiJHBY7bNfqiFhY3CUk&s=
WRPk5p8WO3PtpWqG9MMu93d_JwA4NJ1MMPRB-1aDdAM&e=> @MarilynRMarks1

Rhonda J. Martin

Fulton voter and Coalition for Good Governance Board Member

Aileen Nakamura

Fulton Voter

From: Marilyn Marks <Marilyn@USCGG.org>
Date: Sunday, May 31, 2020 at 10:49 PM
To: <robb.pitts@fultoncountyga.gov>, <liz.hausmann@fultoncountyga.gov>,
<bob.ellis@fultoncountyga.gov>, <lee.morris@fultoncountyga.gov>, <natalie.hall@fultoncountyga.gov>,
<Marvin.Arrington@fultoncountyga.gov>, <Joe.Carn2@fultoncountyga.gov>,
<rpaul@sandyspringsga.gov>, <jpaulson@sandyspringsga.gov>, <ssoteres@sandyspringsga.gov>,
<cburnett@sandyspringsga.gov>, <jreichel@sandyspringsga.gov>, <tdejulio@sandyspringsga.gov>,
<abauman@sandyspringsga.gov>, <mayorhenry@roswellgov.com>, <mzapata@roswellgov.com>,
<mpalermo@roswellgov.com>, <chall@roswellgov.com>, <mwillsey@roswellgov.com>,
<mtyser@roswellgov.com>, <mjudy@roswellgov.com>, <jgilvin@alpharetta.ga.us>,
<dmitchell@alpharetta.ga.us>, <bburnett@alpharetta.ga.us>, <krichard@alpharetta.ga.us>,
<jhipes@alpharetta.ga.us>, <jbinder@alpharetta.ga.us>, <dmerkel@alpharetta.ga.us>,
<mike.bodker@johnscreekga.gov>, <lenny.zaprowski@johnscreekga.gov>,
<brian.weaver@johnscreekga.gov>, <john.bradberry@johnscreekga.gov>,
<chris.coughlin@johnscreekga.gov>, <stephanie.endres@johnscreekga.gov>,
<erin.elwood@johnscreekga.gov>, <bmotleybroom@collegeparkga.com>, <claya1@mindspring.com>,
<dtaylor@collegeparkga.com>, <kallen@collegeparkga.com>, <rgay@collegeparkga.com>,
<fmoore@atlantaga.gov>, <csmith@atlantaga.gov>, <arfarokhi@atlantaga.gov>,
<antoniobrown@atlantaga.gov>, <cwinslow@atlantaga.gov>, <narchibong@atlantaga.gov>,
<jnide@atlantaga.gov>, <hshook@atlantaga.gov>, <jpmatzigkeit@atlantaga.gov>,
<drhillis@atlantaga.gov>, <aboone@atlantaga.gov>, <mcoverstreet@atlantaga.gov>,
<jmsheperd@atlantaga.gov>, <mbond@atlantaga.gov>, <mwestmoreland@atlantaga.gov>,
<adickens@atlantaga.gov>
Subject: FW: Fulton Elections--Requesting Urgent Protections--June 9 Elections

Dear Elected Official,

This email is addressed to elected officials representing voters in Fulton County. We write to share with you our grave concerns about the upcoming June 9 election that we have expressed again today to the Fulton County Registration and Elections Board. See our letter to them below and attached.

Coalition for Good Governance, a non-partisan, non-profit organization, has been active in areas of election security, voter privacy and transparent elections in Georgia since 2017. We and our experts have deep experience in the crossroads of voting rights and election technology. The concerns we express about the upcoming election come to you after having petitioned the State Election Board for months for necessary changes, sharing many of our concerns with the Fulton Elections Board, and filing a COVID-19 election safety lawsuit against the Secretary of State and State Election Board. Most of those unrelenting efforts to address election fairness, accuracy of results, voter privacy, voter access, and cybersecurity have been unsuccessful, and essential changes to protect the voters must now come through leaders persuading state and county election officials to make immediate changes to protect Fulton voters and the integrity of the June election results.

We are extremely concerned about the first statewide use of the new unauditable touchscreen voting system. There has been far too little training, testing, or scrutiny of the system. While the mail ballot results can be subjected to audit, the touchscreen-generated results cannot be confirmed, escalating the risk that in this chaotic environment, undetected material errors can easily occur. The number of election code violations occurring almost certainly will invite post-election challenges unless changes are made.

We ask that you review our attached letter and contact state and county election officials to urge them to make the essential changes to protect the votes of your constituents.

Marilyn Marks

Executive Director

 <https://urldefense.proofpoint.com/v2/url?u=https-3A__www.coalitionforgoodgovernance.org_&d=DwMFaQ&c=HPJvcKF4Kk5Wqru1T_u_fOsw8NVQVa3gp0ReMdlciXw&r=Ab1tWoBND5WPUindk9Sn4wStS2z-l-4wem9O9RY2hRILrpnrnD9tMptAtAtHi9ii&m=zgo8_2bNUvQr4DcTEHJobw3KPiJHBY7bNfqiFhY3CUk&s=ppXgfGFVTHCYtnYAB9iJ6eydPDIVXsFvd92LPN_peEM&e=> Coalition for Good Governance

Cell: ███████

 <mailto:Marilyn@USCGG.org> Marilyn@USCGG.org

Follow me  <https://urldefense.proofpoint.com/v2/url?u=https-3A__twitter.com_MarilynRMarks1&d=DwMFaQ&c=HPJvcKF4Kk5Wqru1T_u_fOsw8NVQVa3gp0ReMdlciXw&r=Ab1tWoBND5WPUindk9Sn4wStS2z-l-4wem9O9RY2hRILrpnrnD9tMptAtAtHi9ii&m=zgo8_2bNUvQr4DcTEHJobw3KPiJHBY7bNfqiFhY3CUk&s=WRPk5p8WO3PtpWqG9MMu93d_JwA4NJ1MMPRB-1aDdAM&e=> @MarilynRMarks1

From: Marilyn Marks <Marilyn@USCGG.org>
Date: Sunday, May 31, 2020 at 7:55 PM
To: Mary Carole Cooney <mccooney@mindspring.com>, Dr Kathleen Ruth <drkayruth@icloud.com>, "aaronvjohnson@yahoo.com" <aaronvjohnson@yahoo.com>, Vernetta Keith Nuriddin

<vernettanuriddin@live.com>, Mark Wingate <wingate01md@gmail.com>
Cc: Richard Barron <richard.barron@fultoncountyga.gov>, Blake Evans
<joseph.evans@fultoncountyga.gov>
Subject: Fulton Elections--Requesting Urgent Protections--June 9 Elections


Dear Fulton Board of Elections,


Thank you for your efforts to make voting as safe and effective as possible during the chaotic times caused by the pandemic. We particularly appreciate the efforts that Fulton County is undertaking to address the health safety of the poll workers and staff.


Coalition for Good Governance sounded the alarm early when Secretary Raffensperger sent out 6.9 million ballot applications without proper procedures in place to assure a fair and safe election.  Our experts warned that such a change would be extremely challenging for Georgia with only 5% historical absentee usage, to suddenly switch to serving more than 50% of voters by absentee mail ballot. We sued the State in mid-April just after Wisconsin's April 7 debacle, in the hopes of the Court providing some safeguards to give counties and voters more options. More rules are necessary to safely and efficiently enfranchise both mail ballot voting and in-person voting. The State fought all relief we sought, and we were unable to persuade the Court to hear the merits of the case.


We now write to present some practical suggestions, which we specify in the letter attached, to urgently address the difficult situation of conducting an election in a pandemic, with that difficulty exacerbated by the poor election administration decisions made by the Secretary of State. Please recall that a meaningful segment of Fulton voters (age 65+ and others with medical conditions at risk for COVID-19), are under shelter-in-place orders that prohibit them from going to a public polling place. Their inability to readily get a mail ballot with adequate time to vote it, return it and cure any discrepancies compels Fulton County to take every possible measure to re-enfranchise these voters.


While smaller counties can, in some cases, work around those bad state-level decisions with local flexibility, it is far more difficult for Fulton Elections to do so. Therefore, we recommend some immediate changes over which the Board has full authority and responsibility to make significant improvements in the near term, although they may be inconsistent with the State's preferences.


Executive Summary of Our Recommendations


Increase use and effectiveness of mail absentee ballots:

--Accept voted mail ballots at neighborhood polling places.

--Issue mail ballots over the desk at several county offices.

--Issue mail ballots with correct election date and due date.

--Issue mail ballots with legally required ballot secrecy envelopes.

--Extend due dates of completed and cured ballots.


Reduce stress on in-person voting

    --Open multiple vote centers from Saturday June 6 through June 9.

--Use hand marked paper ballots to increase health safety, reduce lines and number of poll workers needed, and protect ballot secrecy.

--Permit oral oaths of voters to reduce touching of surfaces and paperwork.


Count all validly cast votes

--Do not cancel valid votes on Atlanta Sales Tax and Presidential Primary.


Prepare for potential scanning problems

--Test to determine whether scanning problems will result from improper ballot layout.


The attached letter explains the rationale for our recommendations, including references for the legal authority for these actions.


Please feel free to contact us with questions or comments. Thank you for your service to the community.


Marilyn Marks

Executive Director

 <https://urldefense.proofpoint.com/v2/url?u=https-3A__www.coalitionforgoodgovernance.org_&d=DwMFaQ&c=HPJvcKF4Kk5Wqru1T_u_fOsw8NVQVa3gp0ReMdlciXw&r=Ab1tWoBND5WPUindk9Sn4wStS2z-l-4wem9O9RY2hRILrpnrnD9tMptAtAtHi9ii&m=zgo8_2bNUvQr4DcTEHJobw3KPiJHBY7bNfqiFhY3CUk&s=ppXgfGFVTHCYtnYAB9iJ6eydPDIVXsFvd92LPN_peEM&e=> Coalition for Good Governance

Cell: ███████████

 <mailto:Marilyn@USCGG.org> Marilyn@USCGG.org

Follow me  <https://urldefense.proofpoint.com/v2/url?u=https-3A__twitter.com_MarilynRMarks1&d=DwMFaQ&c=HPJvcKF4Kk5Wqru1T_u_fOsw8NVQVa3gp0ReMdlci

ELECTIONS_00000127

Xw&r=Ab1tWoBND5WPUindk9Sn4wStS2z-I-
4wem9O9RY2hRILrpnrnD9tMptAtAtHi9ii&m=zgo8_2bNUvQr4DcTEHJobw3KPiJHBY7bNfqiFhY3CUk&s=
WRPk5p8WO3PtpWqG9MMu93d_JwA4NJ1MMPRB-1aDdAM&e=> @MarilynRMarks1

ELECTIONS_00000127