# EXHIBIT 247

**To:** Wilborn, Janay; Pitts, Robb; Barron, Richard L.
**From:** Strong-Whitaker, Felicia[Strong-Whitaker, Felicia]
**Sent:** Wed 7/8/2020 3:00:21 AM (UTC+01:00)
**Subject:** RE: Logic and Accuracy Test for August election

Hi Janay,

The issue below was discussed today and the County Attorney's Office has concerns with the consultant's identified. Dr. Richard DeMillo has active litigation against where he filed affidavits regarding the existing system. Based on research of Mr. Hursti, the County Attorney's Office has concerns about his views as well. The County Attorney's Office is drafting a letter to the state regarding the County's concerns and findings for Patrise and Rick's review.

Additionally we discussed all of Registration & Elections needs and we will have final numbers regarding equipment and costs completed no later than Thursday.

Felicia Strong-Whitaker, CPPO, MCA
Director
Department of Purchasing & Contract Compliance
404-612-4210 (office)
404-718-0197 (cell)
Connect with Fulton County:
Website | Facebook | Twitter | Instagram | FGTV | #OneFulton E-News


-----Original Message-----
From: Wilborn, Janay
Sent: Tuesday, July 7, 2020 10:03 AM
To: Strong-Whitaker, Felicia <Felicia.Strong-Whitaker@fultoncountyga.gov>; Pitts, Robb <Robb.Pitts@fultoncountyga.gov>; Barron, Richard L. <Richard.Barron@fultoncountyga.gov>
Subject: RE: Logic and Accuracy Test for August election

Thank you!!

-jow

-----Original Message-----
From: Strong-Whitaker, Felicia
Sent: Tuesday, July 7, 2020 9:54 AM
To: Pitts, Robb <Robb.Pitts@fultoncountyga.gov>; Barron, Richard L. <Richard.Barron@fultoncountyga.gov>
Cc: Wilborn, Janay <Janay.Wilborn@fultoncountyga.gov>
Subject: RE: Logic and Accuracy Test for August election

I have a meeting with Rick today at 4. Will let you know next steps today

Felicia Strong-Whitaker, CPPO, MCA
Director
Department of Purchasing & Contract Compliance
404-612-4210 (office)
404-718-0197 (cell)
Connect with Fulton County:
Website | Facebook | Twitter | Instagram | FGTV | #OneFulton E-News

-----Original Message-----
From: Pitts, Robb
Sent: Tuesday, July 07, 2020 9:13 AM
To: Barron, Richard L.; Strong-Whitaker, Felicia
Cc: Wilborn, Janay
Subject: RE: Logic and Accuracy Test for August election

I am just now seeing this. I am very concerned. This needs to be approved ASAP.

Robb

-----Original Message-----
From: Barron, Richard L.
Sent: Friday, July 03, 2020 4:02 PM
To: Anderson, Dick; Strong-Whitaker, Felicia
Cc: Pitts, Robb; McCloud, Brenda
Subject: Logic and Accuracy Test for August election
Importance: High

Felicia and Dick:

I have serious concerns, based on 28 ballots we reviewed on the adjudication software, that the new voting system is failing to read all votes marked by voters on absentee by mail ballots, if voters fail to fill in the entire oval when they vote.

For example, if a voter uses check marks in the oval rather than coloring it in, we saw in the adjudication software that two of the votes were counted, but the third vote, same size check mark as the other two, failed to be counted by the scanner. Very few ballots are reviewed in the adjudication software. Therefore, we are unsure how widespread this issue is. When Ralph agreed to use the software on the final 28 ballots the vote review panel saw, on 22 of the 28 ballots they saw that at least one vote failed to be recorded by the voting system. If you carry that out to 93,000 hand marked absentee by mail ballots, you can quickly see how many votes may be missed by the system.

Harri Hursti is a leading expert in the field of optical scan technology and image readers. Dr Richard DeMillo, a professor at Georgia Tech's engineering school, also a leader in this technology from his time with HP, want to help me to design a hand marked logic and accuracy test to determine if this is actually a problem or to determine if it is a non-issue. We think it is a major bug in the system.

Dr. DeMillo will work on the project gratis. Harri Hursti is employed by Nordic Innovations. I met them via Zoom last week and asked them for a proposal as to what designing a test and conducting the test would cost. Below you will see their response. They are going to give us a discount based on us being a government entity, plus Nordic will not charge us for Harri's travel from New York. L&A is scheduled to begin on EV units on July 9. Therefore, time is of the essence.

Other counties have seen the same thing.

I would like to use my Professional Services object line to pay for this study over three days. Can I get this okay'd?

Thanks,
Rick

_____
From: Dan Webber [dan@nordicinnovationlabs.com]
Sent: Friday, July 03, 2020 1:25 AM
To: Barron, Richard L.

Cc: Marilyn Marks; Harri Hursti
Subject: Re: Available tomorrow for Zoom meeting with Rick Barron about scanners and uncounted votes?

Rick,

The June 9th election showed the nation there are security and structural flaws that must be addressed before the August 11th Elections. We understand the sense of urgency and public service and Harri's unique qualifications in the election space and use of scanners and ePoll books.  There is really no one who has more knowledge on election systems than Harri.

Our billing rates are usually $4,000 a day for this work, with travel and expenses billed separately.   For this engagement, we will reduce our rate to $2,500 a day inclusive of the cost of Harri's travel in that amount.  We anticipate it will take 3 days to design the tests, perform the LAT Testing of the Scanners, Touchscreens, and Databases.

We will also utilize Rich DeMillo to work alongside Harri in this effort.

Given the tight time frame, let me know if this is agreeable so that we can arrange for Harri's travel.

We look forward to working with you.

Dan

Dan Webber
Managing Partner
Chief Innovation Officer
Nordic Innovation Labs
770.330.8548


On Thu, Jul 2, 2020 at 3:40 PM Barron, Richard L. <Richard.Barron@fultoncountyga.gov<mailto:Richard.Barron@fultoncountyga.gov>> wrote:
We have L&A scheduled to start on July 9 for the August election. It is a tight timeframe in which to work.

What is the rate for hire? How many hours would it be to design this test and on how many precincts would need to conduct the test to ensure the results. I want it to be as low cost, but definitive, as possible. I will probably have to ask Purchasing whether I can do this out of Professional Services without getting another quote. Therefore, the lower the cost, the better.
_____
From: Dan Webber [dan@nordicinnovationlabs.com<mailto:dan@nordicinnovationlabs.com>]
Sent: Thursday, July 02, 2020 2:48 PM
To: Marilyn Marks
Cc: Barron, Richard L.; Harri Hursti
Subject: Re: Available tomorrow for Zoom meeting with Rick Barron about scanners and uncounted votes?

Rich,

Your team was very helpful in getting a Vendor Number Established - It is VS0000075181 for reference. They will have it fully activated hopefully by this afternoon.

What is the timing in which you would like Harri to be in Atlanta to fulfill the work?  What do we need to do as far as setting rates, budget, etc?

Dan

Dan Webber
Managing Partner
Chief Innovation Officer
Nordic Innovation Labs
770.330.8548