# EXHIBIT 248

| | |
|---|---|
| **Message** | |
| From: | Cummings, Timothy [Timothy.Cummings@fultoncountyga.gov] |
| Sent: | 10/22/2020 9:10:55 PM |
| To: | Brower, Dwight [Dwight.Brower@fultoncountyga.gov]; Barnes, Michael [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=18a677d05ff040e6aaf27a1267b2e377-Barnes, Mic] |
| CC: | Barron, Richard L. [Richard.Barron@fultoncountyga.gov]; Gilstrap, Derrick [Derrick.Gilstrap@fultoncountyga.gov]; Benjamin, Sharon [Sharon.Benjamin@fultoncountyga.gov] |
| Subject: | RE: Voter with Double QR Codes on Ballot |

**EXTERNAL EMAIL:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.

We've had it happen at least once during L&A, That's why Dominic and I had a conversation about the double QR code.

**From:** Brower, Dwight
**Sent:** Thursday, October 22, 2020 2:35 PM
**To:** Barnes, Michael <mbarnes@sos.ga.gov>
**Cc:** Barron, Richard L. <Richard.Barron@fultoncountyga.gov>; Gilstrap, Derrick <Derrick.Gilstrap@fultoncountyga.gov>; Cummings, Timothy <Timothy.Cummings@fultoncountyga.gov>; Benjamin, Sharon <Sharon.Benjamin@fultoncountyga.gov>
**Subject:** RE: Voter with Double QR Codes on Ballot

Shouldn't this same result be duplicated if we were to do the same during L&A or when running test ballots?

**From:** Barnes, Michael [mailto:mbarnes@sos.ga.gov]
**Sent:** Tuesday, October 20, 2020 4:49 PM
**To:** Brower, Dwight <Dwight.Brower@fultoncountyga.gov>
**Subject:** RE: Voter with Double QR Codes on Ballot

Thank you.

> **Exhibit**
> **FCD 0007**
> 1/21/2022
> Gilstrap - V1

Dominion has told us that when a voter enters a number of write-in selections the BMD will produce a 2nd QR code in order to hold all the information entered. I suspect this is may be why this ballot contained two QR codes.

**From:** Brower, Dwight <Dwight.Brower@fultoncountyga.gov>
**Sent:** Tuesday, October 20, 2020 4:34 PM
**To:** Barnes, Michael <mbarnes@sos.ga.gov>
**Cc:** Gilstrap, Derrick <Derrick.Gilstrap@fultoncountyga.gov>; Cummings, Timothy <Timothy.Cummings@fultoncountyga.gov>
**Subject:** FW: Voter with Double QR Codes on Ballot

**EXTERNAL EMAIL:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Hello Michael,

Please see the email chain. Derrick indicated you needed some additional to address with Dominion.

**From:** Lindsay, Connie
**Sent:** Tuesday, October 20, 2020 4:28 PM
**To:** Brower, Dwight <Dwight.Brower@fultoncountyga.gov>; Benjamin, Sharon <Sharon.Benjamin@fultoncountyga.gov>;

Derrick Gilstrap <derrick.gilstrap@gmail.com>
**Subject:** RE: Voter with Double QR Codes on Ballot

here is the information you requested.  Attached is additional information from ENet.

Neil Sardana
VR#08293593
Phone: ▇▇▇▇▇▇▇▇
Prec 05A2
Combo:00836

---

**From:** Brower, Dwight
**Sent:** Tuesday, October 20, 2020 4:03 PM
**To:** Lindsay, Connie; Benjamin, Sharon; Derrick Gilstrap
**Subject:** Re: Voter with Double QR Codes on Ballot

Hello Connie,

Pls provide the voter name, precinct name, precinct combo and address

Sent from my iPhone

On Oct 20, 2020, at 12:48 PM, Lindsay, Connie <Connie.Lindsay@fultoncountyga.gov> wrote:

> Good afternoon Ms. Benjamin
>
> Can you provide me an update on the estimated time it will take to resolve the ballot issue we had on 10/18 (Sunday?) The voter's ballot is printing out 2 scans.  We spoiled his ballot and had issued a new card and have him redo his ballot and it still printed 2 QR codes. The voter contacted me yesterday to see if the issue was resolved and if he can come back in and vote.  He spoke to Derek he informed the voter that he will contact The Secretary of State and Dominion and have a representative out to figure out the issue.  I have not heard anything back from Derek regarding this matter and I wasn't able to locate his email. The voter wants to know how soon it will be resolved and when they can vote.
>
> Please advice.  I'm sure he's going to contact me again today!
>
> Thank you.