# EXHIBIT 250



1

**Exhibit 0003**

Coffee Cty Bd 30b6











































