# EXHIBIT 251



5





Case 1:17-cv-02989-AT   Document 1489-8   Filed 09/19/22   Page 9 of 63



Case 1:17-cv-02989-AT   Document 1489-8   Filed 09/19/22   Page 10 of 63





Case 1:17-cv-02989-AT   Document 1489-8   Filed 09/19/22   Page 12 of 63



11

Case 1:17-cv-02989-AT   Document 1489-8   Filed 09/19/22   Page 13 of 63





13



