# EXHIBIT 252

2/3/23, 4:30 PM  Ben Adida on Twitter: "@Cross_Examine @dufort_jeanne @MarilynRMarks1 Sounds like you don't understand how voting system…



**Ben Adida** @benadida · Oct 2, 2022
Replying to @Cross_Examine @dufort_jeanne and @MarilynRMarks1
Hah, now you're splitting hairs.

You, Jeanne, Marilyn, and others, have consistently claimed that I can't be trusted because I'm a paid vendor. But sure, you didn't say "shill." You're just attacking my integrity even though I fully disclose my conflicts.

1



**Ben Adida** @benadida · Oct 2, 2022
Replying to @benadida @Cross_Examine and 2 others
Once again, you're a lawyer, you should know the difference between disagreeing and impugning someone's integrity. You keep confusing the two.

1



**David Cross** @Cross_Examine · Oct 2, 2022
Replying to @benadida @dufort_jeanne and @MarilynRMarks1
Stop manufacturing a distraction. Bias is real & there's no impropriety in emphasizing it here. Rather than complaining about an imagined slight, how about address the fact that many experts - including GA SOS own experts - disagree with your assessment. And get the facts right.

1       2



**Ben Adida** @benadida · Oct 2, 2022
Replying to @Cross_Examine @dufort_jeanne and @MarilynRMarks1
This is a common tactic from you and your group: impugn my integrity, then when I call it out, you call it a distraction and say what bullies always say: what, are you gonna cry about it?

You should be ashamed of the way you and your team engage in this.

3



**David Cross** @Cross_Examine · Oct 2, 2022
Replying to @benadida @dufort_jeanne and @MarilynRMarks1
I didn't mention your integrity. I called out your bias. I think it's important that the only expert endorsing the system works for GA SOS and sells BMDs. That does not make for an objective perspective. How is that up

BMDs. That does not make for an objective perspective. How is that up for debate?

1

3

**Ben Adida** @benadida · Oct 2, 2022
Replying to @Cross_Examine @dufort_jeanne and @MarilynRMarks1
Plenty of folks on your end have directly questioned my integrity. As for bias, sure, we're all biased. You and your team included.

The way civilized conversation handles this is by disclosing conflicts (like I did) and then discussing respectfully based on facts and expertise.

1

**David Cross** @Cross_Examine · Oct 2, 2022
Replying to @benadida @dufort_jeanne and @MarilynRMarks1
I applaud your disclosure of your bias at the start of this thread. I don't know what you mean by "your end." I speak for myself, as others do for themselves. We're all grownups here.

1

1

**Ben Adida** @benadida · Oct 2, 2022
Replying to @Cross_Examine @dufort_jeanne and @MarilynRMarks1
Have you disclosed all your conflicts? Are you working pro bono? Are the experts you cite working pro bono?

1

**David Cross** @Cross_Examine · Oct 2, 2022
Replying to @benadida @dufort_jeanne and @MarilynRMarks1
Conflicts? Not sure what you mean. We're pro bono. All but one of my experts are too as I recall. But getting paid as an expert witness isn't the same as working for a party in the ordinary course or selling BMDs. I don't say Gilbert is biased for getting paid as expert witness.

1

3

**Ben Adida** @benadida · Oct 2, 2022
Replying to @Cross_Examine @dufort_jeanne and @MarilynRMarks1
Great, thank you for clarifying that you're pro bono.

Your point that experts are not biased even when they're paid is super questionable. Why wouldn't they be biased?

1

**David Cross** @Cross_Examine · Oct 2, 2022
Replying to @benadida @dufort_jeanne and @MarilynRMarks1
Respectfully, that's an odd view from someone who's an expert. Getting paid as an expert witness can be a source of bias, but if the expert is otherwise independent, getting paid does not necessarily generate bias. Expert witnesses are generally not expected to work for free.

1

1

**Ben Adida** @benadida · Oct 2, 2022
Replying to @Cross_Examine @dufort_jeanne and @MarilynRMarks1
Makes no sense that, in one case, you think money doesn't generate bias, but in another it does.

We were hired in Georgia for audits because we're experts. You see that as clear bias, and you're right. But if it's legal work, then you don't see it? Odd.

3

**David Cross** @Cross_Examine · Oct 2, 2022
Replying to @benadida @dufort_jeanne and @MarilynRMarks1
It's not about legal work. It's about independence. You're not independent – you depend on GA SOS for revenue in the ordinary course, not just as a witness. And you sell BMDs. Doesn't mean you lack integrity. It means you're already invested in a way that yields significant bias.

1

2

**Ben Adida** @benadida · Oct 2, 2022
Replying to @Cross_Examine @dufort_jeanne and @MarilynRMarks1
I think it's laughable that you think one of your experts, who at this point has likely been paid for years, has any more independence than I do. By your reasoning, a doctor paid by a pharma company to give a speech would not be biased, yet thankfully we recognize that they are.

3

Home
Explore
Notifications
Messages
Bookmarks
Twitter Blue
Profile
More

Tweet

**Ben Adida** @benadida · Oct 2, 2022
Replying to @benadida @Cross_Examine and 2 others
Speaking of facts: I sell more HMPB scanners than I do BMDs. I do not benefit in any way from BMDs "winning."

There's literally nothing I gain from the tweets I write. Georgia audit contract also happens either way.

So I'm biased, but I'm not dependent.

As as your experts.

1

**David Cross** @Cross_Examine · Oct 2, 2022
Replying to @benadida @dufort_jeanne and @MarilynRMarks1
That doesn't hold. That would be like Samsung saying because it sells more smartphones than flatscreen TVs, it doesn't benefit in any way from demand for flatscreen TVs - and yet it clearly does. This sort of claim doesn't foster credibility. You clearly benefit from BMD demand.

1

## Tweet

**Ben Adida**
@benadida

Replying to @Cross_Examine @dufort_jeanne and @MarilynRMarks1

Sounds like you don't understand how voting systems are sold. A county chooses all-BMDs or HMPB+1BMD. Not separate markets like TVs and smartphones.

So yes, in fact, with our default system at VotingWorks being HMPB+1BMD, I do not benefit in any way from defending BMDs.

4:25 PM · Oct 2, 2022

Tweet your reply
Reply

**Ben Adida** @benadida · Oct 2, 2022
Replying to @benadida @Cross_Examine and 2 others
Again, when a county asks what we recommend, it's always HMPB+1BMD.

The facts keep getting in the way of your continued attempts to question my credibility. I get it, as a lawyer, this is what you do: try to discredit experts who disagree with your case. Still, it's ugly.

1

**David Cross** @Cross_Examine · Oct 2, 2022
Replying to @benadida @dufort_jeanne and @MarilynRMarks1
Sigh. Not trying to discredit you. Why do you keep making this personal? It's just not accurate to say you don't benefit in any way from BMD demand. Why recommend HMPB+1BMD?

2

### Relevant people

**Ben Adida** @benadida Follow
Building a voting system everyone can trust @voting_works. Past: Prod/Eng/Sec @Clever, @Square, @Mozilla, ..., Harvard, MIT. Mastodon: @ben@adida.net

**David Cross** @Cross_Examine Follow
Trial lawyer specializing in antitrust, intellectual property, and commercial litigation as well as information governance ... and unsolicited opinions.

**Jeanne Dufort** @dufort_jeanne Follow
Small town girl who travelled the globe for decades before settling down in a southern small town. Happy Capitalist; Progressive; Believer in Justice.

### What's happening

NBA · Last night
**Warriors at Nuggets**

**#KnockAtTheCabin**
In Theaters Now. Get tickets.
Promoted by Knock At The Cabin

Politics · Trending
**China**
557K Tweets

Sports · Trending
**Enzo**
192K Tweets

Sports · Trending
**Kyrie**
Trending with Nets, Joe Harris

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···





2/3/23, 4:30 PM Ben Adida on Twitter: "@coups_s Examine @JulieC_jeanbo @MarilynMarks1 Sounds like you don't understand how voting system…

Case 1:17-cv-02989-AT Document 1624-2 Filed 02/14/23 Page 5 of 5

