# EXHIBIT 255

## PROVISIONALLY FILED UNDER SEAL