# EXHIBIT 259



# INVESTIGATIONS DIVISION

## SUMMARY

| | |
|---|---|
| CASE NAME : | Coffee County – Miscellaneous |
| SEB CASE #: | SEB2020-250 |
| INVESTIGATOR: | Josh Blanchard |
| DATE OF REPORT: | 09-28-2021 |

**COMPLAINT:**

**Complaint 1**

On December 4, 2020, the Coffee County Board of Elections and Registration sent a letter advising they could not certify the electronic recount numbers for the November 3, 2020, General Election. In the letter, they claimed the Dominion Voting System was unable to repeatably duplicate creditable election results. Instead, Coffee County Board of Elections and Registration voted to certify the votes cast in the election night report. (Exhibit 1)

**Complaint 2**

A video surfaced on YouTube where it showed Coffee County Election Supervisor, Misty Martin discussing the ways in which the election software could be manipulated.

Exhibit 0004

CONFIDENTIAL - UNDER PROTECTIVE ORDER    STATE-DEFENDANTS-00202100

**Complaint 3**

Ms. Brittany Jackson said she submitted a request for her absentee ballot on December 1, 2020 however did not receive the ballot until December 26, 2020. Ms. Jackson said she was able to mail the ballot back the same day it was received but felt her vote would not be counted due to how late it was received. Ms. Jackson felt this was an effort by Coffee County to suppress her vote. (Exhibit 1)

**COUNTY AND ELECTION INVOLVED:**

Coffee County, Georgia / November 3, 2020, General Election

**ELECTION STAFF:**

Coffee County Board of Elections and Registration and Current Election Supervisor James Barnes / Former Election Supervisor Misty Hampton

**ELECTION CERTIFICATION:**

Coffee County Election Supervisor James Barnes received his certification on January 10, 2020.

Former Coffee County Election Supervisor Misty Hayes received her certification on November 20, 2012.

**JURISDICTION/VENUE:**

Jurisdiction will be with the State Election Board, Atlanta, Fulton County, Georgia.

Venue on any criminal prosecution will lie in Coffee County, Georgia

**RESPONDENT(S):**

Coffee County Board of Elections and Registration
224 West Ashley Street
Douglas, Georgia 31533
(912) 384-7018

Misty Martin, Former Election Supervisor
[REDACTED]

## FINDINGS:

**Complaint 1**

Ms. Martin failed to keep the ballots in batches after they were scanned, which is the reason the count discrepancy could not be identified and resolved. After the interview, Investigators assisted Coffee County with organizing the ballots into batches of 100. The final count was 13,347, Advanced and Election Day Ballots, and 1,930 Absentee and Provisional Ballots. The total combined ballots totaled 15,277 ballots, which matched the original Coffee County Election results listed on the Secretary of State's Election Night Reporting Page.

Ms. Martin also claimed the ballot scanner was not working properly and would stop on every few ballots. Ms. Martin claimed she did not know the scanner needed to be cleaned periodically. Both Dominion Senior Project Manager, Tom Feehan and Dominion Senior Manager, Scott Tucker said the scanner cleaning protocol was included in the training provided to the counties. Investigator Blanchard accessed the Firefly website and located the ICC scanner maintenance printout which covers cleaning procedures.

**Complaint 2**

Ms. Martin along with Coffee County Board of Election Member, Eric Chaney made two videos claiming the Dominion System Election Software could be manipulated. Ms. Martin said the video was made after she made her Board aware that a blank ballot could be altered and voted during the adjudication process. Ms. Martin never once during the videos explained the intended use of the adjudication process. The video was very misleading and seemed its purpose was simply to create doubt and public mistrust in the Dominion Voting System.

Investigator Blanchard reviewed the two videos and noticed what looked like a password taped to the bottom of the computer screen Ms. Martin was using. Investigator Blanchard paused the video and took some pictures of the password which could be clearly read. It was later discovered the password was used to access the Dominion Voting System.

Ms. Martin said everyone in the office used a single password to access the Dominion Voting System and the door to the office where the computer is located remained open throughout the workday. Ms. Martin said there was another door that remained locked to the public so individuals could not just walk in. Ms. Martin claimed she was unaware a separate password was needed for every user.

**Complaint 3**

An E-Net Inquiry on Brittany Jackson showed her ballot was received by the Coffee County Election Office on January 4, 2021 and her vote was counted. At the time of the election Ms. Jackson was living at a temporary address in Tennessee.

**POTENTIAL VIOLATION:**

**Coffee County Board of Elections and Registrations**
**Misty Martin, Former Election Supervisor**

There is evidence to suggest **Coffee County Board of Elections and Registrations and Misty Martin, Former Election Supervisor** violated **SEB RULE 183.1-12-.05(3) Security of Voting System Components at County Elections Office or Designated County Storage Area,** when they failed to keep the room where the election management system was located locked at all times when it was not directly under the supervision of the election supervisor. Through the former election supervisor's own admission, she stated the door to the room remained open throughout the workday and employees would have access. In addition, all employees utilized the same password to access the system, which was taped the bottom portion of the monitor. This is incorrect and all employees who were allowed access should have had separate passwords.

CONFIDENTIAL - UNDER PROTECTIVE ORDER                              STATE-DEFENDANTS-00202103