# EXHIBIT 262

```
                UNITED STATES DISTRICT COURT

                FOR THE DISTRICT OF ARIZONA

                 _____

Kari Lake, et al.,              )
                                )
                    Plaintiffs, )
                                )
                vs.             ) 2:22-cv-00677-JJT
                                )
Katie Hobbs, named as Kathleen  )
Hobbs, as Secretary of State, et)
al.,                            )
                                ) Phoenix, Arizona
                    Defendants. ) July 21, 2022
_____) 9:06 a.m.




        BEFORE:  THE HONORABLE JOHN J. TUCHI, JUDGE

            REPORTER'S TRANSCRIPT OF PROCEEDINGS

                       MOTION HEARING
```

Official Court Reporter:
**Elaine Cropper, RDR, CRR, CCP**
Sandra Day O'Connor U.S. Courthouse
401 West Washington Street
Suite 312, SPC 35
Phoenix, Arizona  85003-2150
(602) 322-7245

Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

United States District Court

Exhibit 0011 Cotton

| | | |
|---|---|---|
| 1 | Colorado case, yes. | 10:24:01 |
| 2 | Q.   But you didn't actually perform a forensic examination of | |
| 3 | the Mesa County, Colorado, voting system; correct? | |
| 4 | A.   On the Mesa County Colorado system, I did some additional | |
| 5 | analysis but not a full evaluation. | 10:24:13 |
| 6 | Q.   Okay.  Let's talk about Coffee County, Georgia.  You | |
| 7 | mentioned that.  Isn't it true that you were recently | |
| 8 | subpoenaed in a case that is pending in federal court due to | |
| 9 | your examination of that voting system? | |
| 10 | A.   That's true. | 10:24:26 |
| 11 | Q.   And the nature of that subpoena arises out of the fact | |
| 12 | that the examination wasn't officially authorized by any County | |
| 13 | authorities; is that correct? | |
| 14 | A.   That is incorrect.  The subpoena asks for my information | |
| 15 | on my knowledge of unauthorized access to the -- to those | 10:24:40 |
| 16 | voting systems which I have none.  My access was authorized by | |
| 17 | the Coffee County election official in that case and I was | |
| 18 | retained by her attorney to examine those systems. | |
| 19 | Q.   And isn't it true that that particular official was under | |
| 20 | investigation for having provided you access to the voting | 10:25:01 |
| 21 | system in Coffee County? | |
| 22 | A.   I don't know the full extent of the charges? | |
| 23 | Q.   But you're aware that there are charges. | |
| 24 | A.   I am aware that there's an investigation.  I don't know | |
| 25 | what the full nature of that investigation is. | 10:25:11 |

United States District Court

# C E R T I F I C A T E

I, ELAINE M. CROPPER, do hereby certify that I am duly appointed and qualified to act as Official Court Reporter for the United States District Court for the District of Arizona.

I FURTHER CERTIFY that the foregoing pages constitute a full, true, and accurate transcript of all of that portion of the proceedings contained herein, had in the above-entitled cause on the date specified therein, and that said transcript was prepared under my direction and control, and to the best of my ability.

DATED at Phoenix, Arizona, this 26th day of July, 2022.

s/Elaine M. Cropper

_____
Elaine M. Cropper, RDR, CRR, CCP

United States District Court