# EXHIBIT 263





08122022-000237

Case 1:17-cv-02989-AT   Document 1518-4   Filed 10/19/22   Page 4 of 31



08122022-000238

Case 1:17-cv-02989-AT   Document 1518-4   Filed 10/19/22   Page 5 of 31



08122022-000239



08122022-000240

Case 1:17-cv-02989-AT   Document 1518-4   Filed 10/19/22   Page 7 of 31



08122022-000241

Case 1:17-cv-02989-AT   Document 1518-4   Filed 10/19/22   Page 8 of 31





08122022-000243



08122022-000244

Case 1:17-cv-02989-AT   Document 1518-4   Filed 10/19/22   Page 11 of 31



08122022-000245



08122022-000246

Case 1:17-cv-02989-AT   Document 1518-4   Filed 10/19/22   Page 13 of 31



08122022-000247



Case 1:17-cv-02989-AT   Document 1518-4   Filed 10/19/22   Page 15 of 31



Case 1:17-cv-02989-AT   Document 1518-4   Filed 10/19/22   Page 16 of 31



Case 1:17-cv-02989-AT   Document 1518-4   Filed 10/19/22   Page 17 of 31



Case 1:17-cv-02989-AT   Document 1518-4   Filed 10/19/22   Page 18 of 31



08122022-000252

Case 1:17-cv-02989-AT   Document 1518-4   Filed 10/19/22   Page 19 of 31



08122022-000253

Case 1:17-cv-02989-AT   Document 1518-4   Filed 10/19/22   Page 20 of 31



Case 1:17-cv-02989-AT   Document 1518-4   Filed 10/19/22   Page 21 of 31



08122022-000255

Case 1:17-cv-02989-AT   Document 1518-4   Filed 10/19/22   Page 22 of 31



08122022-000256



08122022-000257

Case 1:17-cv-02989-AT   Document 1518-4   Filed 10/19/22   Page 24 of 31



08122022-000258



08122022-000259

Case 1:17-cv-02989-AT   Document 1518-4   Filed 10/19/22   Page 26 of 31



08122022-000260





08122022-000262



08122022-000264

Case 1:17-cv-02989-AT   Document 1518-4   Filed 10/19/22   Page 31 of 31

