# EXHIBIT 265

Page 1

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

Civil Action No. 1:17-cv-02989-AT

_____

DONNA CURLING, et al.,

    Plaintiffs,

vs.

BRAD RAFFENSPERGER, et al.,

    Defendants.

_____

VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF

ALEX ANDREW CRUCE

DATE:           November 22, 2022

TIME:           10:03 a.m. to 3:49 p.m. CDT

LOCATION:       Witness location

REPORTED BY:  Felicia A. Newland, CSR

Veritext Legal Solutions

1250 Eye Street, N.W., Suite 350

Washington, D.C. 20005

Page 51

```
 1            A     Yes.
 2            Q     Okay.  I'll come back to that in a
 3      second.  Let's look at Exhibit 2.
 4            A     Okay.
 5            Q     And is Exhibit 2 a January 7 e-mail
 6      from Scott Hall to you?
 7            A     Yes.
 8            Q     And he's forwarding an e-mail from
 9      Misty Martin, correct?
10            A     Correct.
11            Q     And she's also known as Misty
12      Hampton.  Is that your understanding?
13            A     I don't know.
14            Q     She's the elections director of --
15      she was the election director in Coffee County,
16      right?
17            A     I believe so, yes.
18            Q     And what are the files that she sent
19      to Scott Hall and that Scott Hall sent to you?
20            A     Well, the ICC log and SLOG.  I
21      downloaded them into a notepad, so a bunch of
22      numbers and dates, sequences.
```

1        A    Not really.
2        Q    What about the SLOG, does that
3   typically -- what does that stand for in your line
4   of work?
5        A    In my line of work?
6        Q    Yeah.  In -- what does that mean?
7        A    What does my line of work mean?
8        Q    No, what does SLOG mean.
9        A    I'm not sure.
10       Q    You don't know?
11       A    Not really, no.
12       Q    But then you -- without knowing what
13  these documents were, you sent them to David Cross?
14       A    I'm not sure that I sent them to
15  David Cross.
16       Q    Okay.  He asked you for them.  Is
17  that correct?
18       A    Yes.
19       Q    And you don't recall whether you sent
20  them to him or not.  Is that fair to say?
21       A    Yes.
22       Q    And do you know the purpose of these

1   logs or what they do or what they show?
2         A    Just by looking at them, it looks
3   like a history of what the machines did during the
4   election as far as when they scan the votes.  I'm
5   not certain of that but just a description.
6         Q    So it's a computer-generated log of
7   what the computer did during the election?
8         A    I guess.  I don't know.
9         Q    And then we were -- the topic was
10  your communications with David Cross.  And we
11  talked about the logs and we talked about the
12  videos, the video meetings.  What other
13  communications or meetings did you have with David
14  Cross?
15        A    As far as meeting in person or like
16  video meetings?
17        Q    Well, yeah, meetings in person, we'll
18  start with that.
19        A    So I know he works in money
20  management, and when I left the Cheeley Law Firm, I
21  rolled my IRA into an account with him.  Strictly
22  business.  So we met with that.  I never met with

```
1      him in person, I don't believe.  I don't recall if
2      we met in person.
3           Q    Okay.  And did you have other
4      communications with David Cross about elections,
5      not about your -- your 401(k) or your IRA?
6           A    Yes.
7           Q    And tell me about those.
8           A    Well, in 2020, there was a lot of
9      hype around the anomaly from the Edison data, it's
10     like a feed to The New York Times.  And he was --
11     he was -- he was all about that and I was not, so I
12     was in meetings where they talked about this, but I
13     wasn't very attentive.
14          Q    Okay.  Other than the Edison data,
15     what other communications did you have with David
16     Cross, if you recall?
17          A    Is my video frozen?
18          Q    It is.
19               Can you hear me?
20          A    I can hear you.
21               Can you hear me?
22          Q    Yeah, but let's just wait until your
```

Page 84

```
 1      like that?
 2              A    I don't recall.
 3              Q    Do you recall Misty Hampton giving
 4      you a thumb drive?
 5              A    Yes, I do believe she -- she did.
 6              Q    And do you recall what was on that
 7      thumb drive?
 8              A    I'm sorry.  I believe it was the ICC
 9      and log and the SLOG file.
10              Q    Anything else?
11              A    I don't -- I don't think so, no.
12              Q    And did you ask her for that data?
13              A    I did not.  I didn't understand what
14      the log files were.
15              Q    And so she just gave that to you
16      without you asking for it?
17              A    I'm not -- I'm not sure.  She -- I
18      think she had the most information about it and she
19      wanted me to analyze it.
20              Q    Okay.  And did you analyze it?
21              A    A little bit.
22              Q    And those files are the files that
```

1    you produced to us, right, that are attached to
2    that e-mail from Scott?
3         A    Yes.  So e-mailed, and I believe that
4    the thumb drive, I believe, it was the same thing.
5    It was nothing -- I don't think -- I'm not sure
6    exactly.
7         Q    Well, if you -- if you --
8         A    The only thing that I have in my --
9    on my computer and belongings from -- from Coffee
10   County are this ICC and SLOG file, so . . .
11        Q    And those are the ones that are
12   identified on Exhibit 2?
13        A    Yes.
14        Q    Okay.  So it looks like before you
15   left, Scott Hall e-mailed those files to you.  Is
16   that right?  If you look --
17        A    That's what it looks like, yeah.
18        Q    And so could you have made a -- and
19   did you download those onto a thumb drive before
20   you left or what?
21        A    I don't -- I don't remember.  I don't
22   recall.

```
 1    don't know.
 2            Q    Okay.  So did you ask him who might
 3    have told him how he knew you had the files with
 4    you?
 5            A    No.  Honestly, I was trying to
 6    just -- I was done about that time with all of
 7    everything, of the elections.
 8            Q    Okay.  And at the time, the only log
 9    files you had with you were the Coffee County log
10    files, correct?
11            A    Yeah.
12            Q    Okay.  So that was the only log files
13    you could have given him, even though he was asking
14    for log files in general, correct?
15            A    From -- my understanding is that
16    election officials around the state of Georgia had
17    been handing over SLOG files.  It was a lot that
18    actually were giving them to people.  So I think he
19    was just trying to gather more from different
20    elections, so . . .
21            Q    Okay.  And the log files, you said
22    Scott sent you an e-mail containing, which is the
```

Page 195

CERTIFICATE OF NOTARY PUBLIC

I, FELICIA A. NEWLAND, CSR, the officer before whom the foregoing video-recorded deposition was taken, do hereby certify that the witness whose testimony appears in the foregoing deposition was duly sworn by me; that the testimony of said witness was taken by me in stenotype and thereafter reduced to typewriting under my direction; that said deposition is a true record of the testimony given by said witness; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this deposition was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

*[signature]*

FELICIA A. NEWLAND, CSR

Notary Public

My commission expires:

September 15, 2024