# EXHIBIT 266

Page 1

```
 1           UNITED STATES DISTRICT COURT
 2        FOR THE NORTHERN DISTRICT OF GEORGIA
 3
 4   ------------------------------x
 5   DONNA CURLING, et al.,          :
 6             Plaintiffs,           :
 7      vs.                          : Civil Action No.
 8   BRAD RAFFENSPERGER, et al.,     : 1:17-cv-02989-AT
 9             Defendants.           :
10   ------------------------------x
11
12           VIDEOTAPED VIRTUAL DEPOSITION OF
13                 BLAKE EDWARD VOYLES
14                  Atlanta, Georgia
15             Wednesday, November 16, 2022
16                      9:52 a.m.
17
18
19   Job No:  5584994
20   Pages 1 - 196
21   Reported by:  Cappy Hallock, RPR, CRR
```

|  | Page 144 |
|---|---|
| 1   Q    On Page 227 she says to you on the | 01:35:26 |
| 2   24th, "I'm on the phone with chairman of the | 01:35:33 |
| 3   government oversight, Mr. Harbin." | 01:35:41 |
| 4           Do you see that? | 01:35:44 |
| 5   A    Yes, sir. | 01:35:45 |
| 6   Q    And that's -- is that some state | 01:35:46 |
| 7   oversight committee? | 01:35:50 |
| 8   A    I'm thinking this was during the time | 01:35:53 |
| 9   they were rewriting a bunch of the laws. | 01:35:57 |
| 10  Q    The Georgia legislature? | 01:36:09 |
| 11  A    Yes, sir. | 01:36:12 |
| 12  Q    Okay. | 01:36:12 |
| 13  A    I'm thinking that's what that was all | 01:36:12 |
| 14  about. | 01:36:14 |
| 15  Q    And the inquiry from Harbin might have | 01:36:15 |
| 16  related to the changes to the election laws? | 01:36:18 |
| 17  A    That would be my best guess. | 01:36:23 |
| 18  Q    Do you recall what the big news was | 01:36:28 |
| 19  that she was going to convey to you that day? | 01:36:30 |
| 20  A    No, sir, I don't.  There's no telling. | 01:36:33 |
| 21  Q    If you go to the next page, on | 01:36:47 |

Page 145

| | | |
|---|---|---|
| 1 | Page 228. | 01:36:50 |
| 2 | A    Yes, sir. | 01:36:51 |
| 3 | Q    You see there is a reference to -- | 01:36:51 |
| 4 | there is a screen shot of a message from Curt | 01:36:55 |
| 5 | Olsen. | 01:36:57 |
| 6 | Do you see that? | 01:37:00 |
| 7 | A    I do see it. | 01:37:00 |
| 8 | Q    And Curt Olsen is the lawyer for Mike | 01:37:02 |
| 9 | Lindell, did you know that? | 01:37:07 |
| 10 | A    I did not. | 01:37:11 |
| 11 | Q    You know who Mike Lindell is? | 01:37:12 |
| 12 | A    Yes, sir.  The pillow -- | 01:37:17 |
| 13 | Q    The MyPillow guy? | 01:37:18 |
| 14 | A    Yes, sir. | 01:37:21 |
| 15 | Q    Were you aware of contacts between | 01:37:21 |
| 16 | Misty Hampton directly or indirectly with | 01:37:24 |
| 17 | Mr. Lindell? | 01:37:27 |
| 18 | A    I knew there was one where I think she | 01:37:30 |
| 19 | was going to talk to her or meet her about the | 01:37:36 |
| 20 | possibility of hiring her at one point. | 01:37:38 |
| 21 | Q    Hiring her to work at MyPillow? | 01:37:46 |

|    |    |    | Page 146 |
|----|----|----|----------|
| 1  | A | I don't know. | 01:37:52 |
| 2  | Q | Explain that to me.  He owns the | 01:37:54 |
| 3  | company.  Why would he be calling -- do you know | | 01:37:56 |
| 4  | why he would be calling Misty about working at | | 01:38:00 |
| 5  | MyPillow? | | 01:38:04 |
| 6  |   | MR. GRUBMAN:  Objection, calls for | 01:38:06 |
| 7  | speculation. | | 01:38:06 |
| 8  | Q | What was the relationship, if any, | 01:38:09 |
| 9  | between the copying that Sullivan|Strickler did in | | 01:38:11 |
| 10 | January and meeting with Mr. Lindell or talking to | | 01:38:15 |
| 11 | Mr. Lindell in February? | | 01:38:17 |
| 12 | A | I know of none.  I don't know. | 01:38:21 |
| 13 | Q | And did you talk to Misty about | 01:38:24 |
| 14 | Mr. Olsen calling her or talking to her at or | | 01:38:33 |
| 15 | about February 24? | | 01:38:37 |
| 16 | A | If I did I sure don't remember it. | 01:38:43 |
| 17 | Q | And did you know that day or the next | 01:38:45 |
| 18 | that Mr. Lindell flew into Douglas, Georgia? | | 01:38:47 |
| 19 | A | I think I did know that he flew there, | 01:38:51 |
| 20 | yes. | | 01:38:54 |
| 21 | Q | And do you know why he did? | 01:38:55 |

|   |   | Page 147 |
|---|---|---|
| 1 | A    All I know is that he was going to | 01:38:57 |
| 2 | meet with her and I thought it was about hiring | 01:39:00 |
| 3 | her.  I don't know.  Other than that, that's | 01:39:02 |
| 4 | pretty much all I know. | 01:39:05 |
| 5 | Q    And who told you that it was about | 01:39:07 |
| 6 | hiring her? | 01:39:09 |
| 7 | A    I thought Misty did.  She may not | 01:39:10 |
| 8 | have, but that's the best of my recollection. | 01:39:13 |
| 9 | That's what I remember. | 01:39:15 |
| 10 | Q    And so Mr. Lindell flew in from | 01:39:17 |
| 11 | Mar-a-Lago on his private jet to Douglas to speak | 01:39:21 |
| 12 | with Misty Hampton about hiring her; is that | 01:39:26 |
| 13 | right? | 01:39:28 |
| 14 | A    I don't -- | 01:39:29 |
| 15 | MR. GRUBMAN:  Hold on. | 01:39:31 |
| 16 | Objection, assumes facts not in | 01:39:31 |
| 17 | evidence, and I will note for the record, I am | 01:39:33 |
| 18 | sure Mr. Brown will disagree, but based on all the | 01:39:35 |
| 19 | answers thus far he knows pretty well that | 01:39:38 |
| 20 | Mr. Voyles had absolutely no clue what jet the CEO | 01:39:43 |
| 21 | of mypillow.com flew in and where he flew from. | 01:39:47 |

```
                                                      Page 148

1              But if you do know you are more than      01:39:51
2    welcome to answer.                                  01:39:54
3         Q    Do you know where he flew in from?        01:39:55
4         A    No, sir, I don't know.                    01:39:58
5         Q    And tell me everything that Misty told    01:40:00
6    you about Mr. Lindell.                              01:40:02
7         A    Pretty much I have already told you.      01:40:06
8    I don't remember anything else.                     01:40:08
9         Q    Did you talk with anyone else about       01:40:09
10   Mr. Lindell being in Douglas on the 24th or 25th?   01:40:13
11        A    No.                                       01:40:18
12        Q    I may have asked this and I apologize,    01:40:19
13   you didn't talk to Mr. Lindell or anyone else       01:40:23
14   associated with Mr. Lindell, did you?               01:40:26
15        A    No, sir.                                  01:40:28
16        Q    All right, and then in the same page,     01:40:33
17   on Page 228-229 you spoke with Misty about her      01:40:40
18   termination, correct?                               01:40:45
19        A    Yes, sir.                                 01:40:47
20        Q    I believe you testified to that           01:40:48
21   before.                                             01:40:49
```

Page 193

1  UNITED STATES OF AMERICA )
2  STATE OF MARYLAND        )
3
4          I, CAPPY HALLOCK, the reporter before
5  whom the foregoing deposition was taken, do hereby
6  certify that the witness whose testimony appears
7  in the foregoing deposition was sworn by me; that
8  said deposition is a true record of the testimony
9  given by said witness.
10         I further certify that I am neither
11 counsel for, related to, nor employed by any of
12 the parties to the action in which this deposition
13 was taken; and further that I am not a relative or
14 employee of any attorney or counsel employed by
15 the parties hereto, or financially or otherwise
16 interested in the outcome of this action.
17
18                          *Cappy Hallock* (signature)
19                          _____
20                          Cappy Hallock, RPR, CRR
21 My Commission expires January 19, 2025