# EXHIBIT 269

## PROVISIONALLY FILED UNDER SEAL