# EXHIBIT 271

**Jennifer Dorminey Herzog**

| | |
|---|---|
| From: | Ellis, Steven <sellis@sos.ga.gov> |
| Sent: | Thursday, July 21, 2022 10:05 AM |
| To: | Jennifer Dorminey Herzog |
| Cc: | Anthony A. Rowell; Germany, Ryan |
| Subject: | RE: Coffee County SEB investigation |

Thank you!

**Steven Ellis**
*Deputy General Counsel*
*Georgia Secretary of State*
Phone: 470-312-2744
Mobile 470-829-8203
Sellis@sos.ga.gov



---

This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

**From:** Jennifer Dorminey Herzog <jherzog@hallboothsmith.com>
**Sent:** Thursday, July 21, 2022 9:54 AM
**To:** Ellis, Steven <sellis@sos.ga.gov>
**Cc:** Anthony A. Rowell <ARowell@hallboothsmith.com>; Germany, Ryan <rgermany@sos.ga.gov>
**Subject:** RE: Coffee County SEB investigation

**EXTERNAL EMAIL:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Steven, please see attached (the Coffee County Clerk created this for me recently when I was trying to determine the service dates of each of the election board members). Thanks,

Jennifer

**Jennifer Dorminey Herzog**
Attorney at Law | Hall Booth Smith, P.C.

| | |
|---|---|
| O: 229.382.0515 | 1564 King Road |
| D: 229.339.8856 | Tifton, GA 31793 |
| | hallboothsmith.com |

1



H|B|S ATTORNEYS AT LAW

ALABAMA | ARKANSAS | COLORADO | FLORIDA | GEORGIA
MONTANA | NEW JERSEY | NEW YORK | OKLAHOMA
NORTH CAROLINA | SOUTH CAROLINA | TENNESSEE

CONFIDENTIALITY NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy the original message and any copies.

**From:** Ellis, Steven <sellis@sos.ga.gov>
**Sent:** Thursday, July 21, 2022 9:49 AM
**To:** Jennifer Dorminey Herzog <jherzog@hallboothsmith.com>
**Cc:** Anthony A. Rowell <ARowell@hallboothsmith.com>; Germany, Ryan <rgermany@sos.ga.gov>
**Subject:** RE: Coffee County SEB investigation

Jennifer,

I had a very productive phone conversation with Tony earlier this morning. He told me you could assist me in getting a list of the coffee county elections board members from January 2021. Could you help me with that? Please let me know if you have any questions. Thank you.

**Steven Ellis**
*Deputy General Counsel*
*Georgia Secretary of State*
Phone: 470-312-2744
Mobile 470-829-8203
Sellis@sos.ga.gov



GEORGIA LEADS

---

This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

**From:** Germany, Ryan <rgermany@sos.ga.gov>
**Sent:** Wednesday, July 20, 2022 10:09 AM
**To:** Anthony A. Rowell <ARowell@hallboothsmith.com>; Jennifer Dorminey Herzog <jherzog@hallboothsmith.com>
**Cc:** Ellis, Steven <sellis@sos.ga.gov>
**Subject:** Coffee County SEB investigation

Tony,

I have talked to Jennifer a couple times, but wanted to touch base with you too. I'm out of town this week but have asked Steve Ellis, the Deputy General Counsel in our office to give you call. We would like to come down there and conduct some interviews to see if we can get a handle on what happened if anything. I would like to people other than Misty Hampton at the outset because she does not seem to be completely forthcoming or accurate, but we were hoping

you could point us in the direction of people who would be. Steve will give you a call and hopefully we can schedule a time to come down there soon.

Thanks,
Ryan

--

C. Ryan Germany
*General Counsel and Asst. Commissioner of Securities and Charities*
*Georgia Secretary of State*
Direct: 470-312-2808
Cell: 678-672-9230
rgermany@sos.ga.gov



-------------------------------------------------------------------------------------------
This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

3

| | | | |
|---|---|---|---|
| District #1 | Earnestine Thomas Clark | 2-1-2015 to 12-31-2022 | |
| District #2 | Andy Thomas | 1-1-2021 to 12-31-2024 | replaced CT peavy |
| District #3 | Eric Chaney | 2-1-2015 to 12-31-2022 | |
| District #4 | Matthew McCullough | 4-1-2019 to 12-31-2024 | |
| District #5 | Wendell Stone | 1-1-2017 to 12-31-2024 | |
| | | | |
| District #2 | CT Peavy | 7-1-2005 - 12-31-2020 | was replaced by Andy |
| District #4 | ED Voyles | 1-1-2009 to NOV 2018 ? | |
| District #4 | Kim Cook | 1-1-2019 to 3-31-2019 | Did not attend meetings. Matthew took her place 4-1-2019 |