# EXHIBIT 273

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., <br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, ET AL., <br> Defendants. | **DECLARATION OF DONNA A. CURLING IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** <br><br> **Civil Action No. 1:17-CV-2989-AT** |

DONNA A. CURLING, declares, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. My name is Donna A. Curling. I am an elector of the State of Georgia and a resident of Fulton County. I have personal knowledge of the facts in this declaration and, if called to testify as a witness, I would testify under oath to these facts.

2. I am currently registered to vote in Roswell, Georgia. I have voted in almost all Georgia elections for the last 31 years, and intend to vote in all future elections for which I am eligible—including local elections this fall, which are currently scheduled for September 17, 2019.

3. I am the legislative liaison for Georgians for Verified Voting (GAVV). In this capacity, I am active in voter protection activities.

4. My role in GAVV has provided me with a familiarity with Georgia's electronic system of voting. Based on my knowledge of Georgia's system, including the vulnerability of DRE machines to hacking and the lack of any paper trail, I am afraid that my vote will not be counted equally in future elections, particularly in light of the active attempts to hack Georgia's system by Russia and others.

5. Given my persistent and serious concerns that Georgia's DRE system cannot securely record and transmit my vote, I attempted to vote using a paper absentee ballot during the June 20, 2017 election. I called the election office to determine what procedures I needed to follow in order to vote absentee. The election office, unfortunately, provided with me with information that I later learned to be incorrect, as I was led to believe I could receive my ballot by going to the County Annex and filing a request.

6. Determined to have my vote count, I next went in person to the election office at the North Fulton Annex on June 16, 2017 to attempt to pick up my paper ballot before the election on June 20, 2017. I asked the gentleman checking IDs if I was in the right place to request my absentee ballot. He offered instead for me to vote at a DRE station. I explained that I did not want to vote on the machines. He

appeared sympathetic to that concern, but warned me that it was getting too late to ensure my absentee vote would count, given that it was now the Friday before Election Day.

7.  Still determined not to vote on a DRE I proceeded down the hall to request a paper absentee ballot, filled out the application form, and turned it in.  It was only then that I learned that they would not provide me with a ballot in person. Rather, my ballot had to be mailed to me.  At this point, there were only two days before Election Day—Saturday and Monday—in which to receive my ballot through the mail.  Despite the short window, I decided I would prefer to take my chances with the US Postal Service than to vote on a DRE machine.

8.  My ballot arrived on Monday, June 19, 2017 and I immediately filled it out. There was not enough time for me to return the ballot by mail.  The gentleman at the voting station had told me that my husband could turn it in for me at my precinct.  The staff at the election office, however, informed me that I had to turn it in myself.  I had planned to travel out of state on June 20, so I changed my noon flight to one in the late afternoon (at a cost of $250 for the flight change) so that I could turn in my ballot myself.

9.  On June 20, 2017, I went to my precinct to turn in my ballot.  There I was told that I was not permitted to turn in my paper ballot at my precinct.  My only

3

alternative to cast a vote at my precinct was voting on a DRE, which I knew would not guarantee my vote would count.

10. On my way to the airport, I took my ballot back to the North Fulton Annex and turned it in to the election office. I specifically asked the clerk verify I had done everything correctly, and she assured me everything was in order and my vote would be counted. Finally, I left for the airport feeling frustrated to have been sent on a wild goose chase, but satisfied that I eventually was able to submit my vote on a safe and secure paper ballot at the election office.

11. I did not learn until August 15, 2017, via the Defendants' Motion to Dismiss filed in this case, that my vote did not count. (Dkt. No. 8-1 at 6.) To this day, I do not know why my vote was not counted as I made every effort to identify and correct the misinformation I was given along the way and had my envelope inspected by an experienced clerk at the County Election Office. I remain distressed that my vote was not counted in the June 2017 election, despite the considerable lengths to which I went to ensure that it did.

12. Due to this discovery through the Defendants' Motion to Dismiss, I have grudgingly voted on DREs in the subsequent elections since that Special Election as this "remedy for voters who insist on paper" as explained by then-Secretary Kemp, clearly failed me. In upcoming elections, I intend to attempt

4

(again) to vote absentee using a paper ballot. Until Georgia's DRE machines are replaced, I will not cast my vote on those machines, as I have no confidence that those machines will accurately record, transmit, and count my vote.

I declare under penalty of the perjury laws of the State of Georgia and the United States that the foregoing is true and correct and that this declaration was executed this 28th day of May, 2019 in Roswell, Georgia.

_____
DONNA A. CURLING