# EXHIBIT 286

```
                THE OFFICE OF SECRETARY OF STATE

                      STATE OF GEORGIA




IN THE MATTER OF:
STATE ELECTION BOARD HEARING


                     Zoom Audio-conference


                        DECEMBER 14 2021
                           9:00 A.M.




                  MARY K MCMAHAN, CCR, 2757
              STEVEN RAY GREEN COURT REPORTING LLC
                    ATLANTA, GEORGIA 30324
                        (404)733-6070
```

**APPEARANCE OF THE PANEL**

Rebecca Sullivan, Acting Chair

Sara Tindall Ghazal

Ahn Le

Matthew Mashburn

**ALSO PRESENT:**

Ryan Germany, General Counsel

Nicholas Northen, Election System Manager

Pamela Jones, Investigator Supervisor

James Callaway, Deputy Chief Investigator

```
Transcript Legend
(sic) - Exactly as said.
(ph.) - Exact spelling unknown.
-- Break in speech continuity.
. . . Indicates halting speech, unfinished sentence
or omission of word(s) when reading.
Quoted material is typed as spoken.
```

**TABLE OF CONTENTS**

PAGE:

Parties in consent cases.............................6
Parties in letter cases ............................19
Parties in violation cases .........................35
Attorney General report ...........................301

3

```
1       attorney general's office.
2            MR. MASHBURN:  Second.
3            MS. SULLIVAN:  Is there any -- motion and a
4       second.  Do we have any further discussion?
5            All in favor, please say aye.
6            THE BOARD MEMBERS:  Aye.
7            MS. SULLIVAN:  Being there are none opposed,
8       that motion passes.
9            Thank you, Ms. Hooks.
10           Going back up in the agenda to where we left
11      off, the next case is 2020-250, Coffee County.
12           MR. CALLAWAY:  We have three separate
13      complaints within this case.
14           Complaint 1, on December 4, 2020, the Coffee
15      County Board of Elections and Registration sent a
16      letter advising they could not certify the
17      electronic recount numbers for the November 3,
18      2020 general election.
19           In the letter, they claimed that the
20      Dominion voting system was unable to repeatedly
21      duplicate credible election results.  Instead
22      Coffee County Board of Elections and Registration
23      voted to certify the votes cast in the election
24      night report.
25           Complaint 2, a video surfaced on YouTube
```

```
 1          where it showed Coffee County election supervisor
 2          Misty Martin discussing the ways in which the
 3          election software could be manipulated.
 4               Complaint Number 3, Ms. Britney (ph) Jackson
 5          said she submitted a request for her absentee
 6          ballot on December 1, 2020, however, did not
 7          receive the ballot until December 26, 2020.
 8          Ms. Jackson said she was unable -- she was able
 9          to mail the ballot back the same day it was
10          received but felt her vote would not be counted
11          due to how late it was received.  Ms. Jackson
12          felt this was an effort by Coffee County to
13          suppress her vote.
14               The investigation revealed under Complaint
15          1, Ms. Martin failed to keep the ballots in
16          batches after they were scanned which is the
17          reason the count discrepancy could not be
18          identified and resolved.  After the interview,
19          investigators assisted Coffee County with
20          organizing the ballots into batches of 100.
21               The final count was 13,347 advanced and
22          election day ballots and 1,930 absentee and
23          provisional ballots.  The total combined ballots
24          total 15,277 ballots which match the original
25          Coffee County election results listed on the
```

1      secretary of state election night reporting page.
2           Ms. Martin also claimed the ballot scanner
3      was not working properly and would stop on every
4      few ballots.  Ms. Martin claimed she did not know
5      the scanner needed to be cleaned periodically.
6      Both Dominion senior project manager Tom Sheahan
7      (ph) and Dominion senior manager Scott Tucker
8      said the scanner's cleaning protocol was included
9      in the training provided to the counties.
10          Investigations accessed the Firefly website
11     and located the ICC scanner use printout which
12     covers the cleaning procedures.
13          Under Complaint 2, Ms. Martin, along with
14     the Coffee County Board -- along with Coffee
15     County Board of Election member Eric Ching (ph)
16     made two videos, claiming the Dominion systems
17     election software could be manipulated.
18          Ms. Martin said the video was made after she
19     made her board aware that a blank ballot could be
20     altered and voted during the adjudication
21     process.  Ms. Martin never once during the video
22     explained the intended use of the adjudication
23     process.  The video is very misleading.  It seems
24     that she proposed -- it seems its purpose was
25     simply to create doubt and public mistrust in the

1  Dominion -- in Dominion voting systems.
2  Investigations received -- reviewed the two
3  videos and noticed what looked like a password
4  taped to the bottom of the computer screen
5  Ms. Martin was using.  Investigations paused the
6  video and took some pictures of the password
7  which could be clearly read.  It was later
8  discovered that the password was used to access
9  Dominion voting systems.
10  Ms. Martin said everyone at the office used
11  a single password to access the Dominion voting
12  system and the door to the office where the
13  computer was located remained open throughout the
14  workday.
15  Ms. Martin said there was another door that
16  remained locked so the public -- so public
17  individuals could not just walk in.  Ms. Martin
18  claimed she was unaware a separate password was
19  needed for every user.
20  Complaint 3, an ENet inquiry on Britney
21  Jackson showed her ballot was received by the
22  Coffee County elections office on January 4th and
23  her vote was counted.  At the time of the
24  elections, Jackson was living at a temporary
25  address in Tennessee.

1       Recommendations: Coffee County Board of
2  Elections and Registration and Misty Martin,
3  former elections supervisor, be bound over to the
4  attorney -- attorney general's office for SEB
5  Rule 183-1-12-.05(3), security of voting system
6  components at county elections office in
7  designated county storage areas when they failed
8  to keep the room where the election management
9  system was located locked at all times when it
10 was not directly under the supervision of the
11 election supervisor.
12      **MS. SULLIVAN:** It's my understanding that
13 neither Misty Martin nor anyone from Coffee
14 County is here today.
15      Are there any questions for Mr. Callaway?
16      **MS. GHAZAL:** I've got one question with
17 regard to Count 3. Is there -- do we know
18 exactly how much time elapsed between the time in
19 which the county received the abs -- the absentee
20 application and when it was sent out? If the
21 voter suggested there were three and half weeks
22 between when the -- when it was submitted, I
23 don't know whether or not the -- whether the
24 county timely processed that application.
25      **MS. SULLIVAN:** I was mistaken. Ms. Ditto is

|   |   |
|---|---|
| 1 | here, representing Coffee County.  So she might |
| 2 | be able to address that question. |
| 3 | **MS. GHAZAL:**  Very good, thank you. |
| 4 | **MR. NORTHEN:**  Ms. Ditto, you should be able |
| 5 | to unmute yourself. |
| 6 | **MS. DITTO:**  Thank you.  Good afternoon. |
| 7 | I'm here for the -- |
| 8 | **MS. SULLIVAN:**  Good afternoon. |
| 9 | **MS. DITTO:**  -- Coffee County Board of |
| 10 | Elections and Registration. |
| 11 | Ms. Martin is no longer employed by Coffee |
| 12 | County.  It's our understanding from the three |
| 13 | complaints that the only violation that is now |
| 14 | being alleged is a violation of regulation |
| 15 | 183-1-12-.05(3). |
| 16 | We do not agree that we violated that |
| 17 | regulation.  Even given the facts that it stated |
| 18 | in the findings in the report and in the |
| 19 | potential violation the -- the election |
| 20 | management system was located -- there are three |
| 21 | separate locked doors that anybody from the |
| 22 | public that would not have been the election |
| 23 | supervisor or his or her designee, three separate |
| 24 | doors that someone from the general public, not a |
| 25 | designee, would have to go through in order to |

1      reach the election management system.  It was
2      under -- anytime that that door, which is right
3      off of the election supervisor's office, was open
4      or unlocked, it would've been under the
5      supervision -- the elections management software
6      would be under the supervision of Ms. Martin or
7      her designee at that point in time.  There is no
8      violation of this regulation.
9           And I'm happy to answer any questions.
10          **MR. MASHBURN:**  This is Matt Mashburn.  I
11     have a question.  Do you agree or disagree that
12     Ms. Martin posted a video where the working
13     password was visible?
14          Counselor, did you hear me?  Did you hear
15     me?
16          **MS. SULLIVAN:**  Do you hear us, Ms. Ditto?
17     We cannot hear you if you are speaking.
18     Ms. Ditto?
19          **MR. NORTHEN:**  Ms. Ditto, you should be able
20     to unmute -- unmute yourself.
21          **MS. SULLIVAN:**  Ms. Ditto, are you there?
22          **MS. DITTO:**  Hello.
23          **MS. SULLIVAN:**  Yes.  Can you hear us?
24     Ms. Ditto?
25          **MS. DITTO:**  I'm not able to hear you.

```
1             MS. SULLIVAN:  You cannot hear us?
2             MS. DITTO:  Did we use this system last
3     time?
4             MS. SULLIVAN:  Ms. Ditto, can you hear me?
5             All right, we're going to try to redial in.
6             (Pause)
7             MS. SULLIVAN:  Okay.  We are back.
8     Hopefully you can hear us now.  Ms. Ditto, are
9     you still on the line?  Can you hear us?
10            MR. NORTHEN:  Ms. Ditto, you should be able
11    to unmute yourself.
12            MS. SULLIVAN:  Ms. Ditto, can you hear us?
13    Ms. Ditto, can you hear us now?
14            MS. DITTO:  Hello.
15            MS. SULLIVAN:  Ms. Ditto, can you hear us?
16    Can you hear us?  Hello?  Can you hear us?
17            Is the court reporter here?  Can the court
18    reporter hear us?
19            THE COURT REPORTER:  Yes, I can hear you.
20            MS. DITTO:  I can hear y'all now.  This is
21    Ms. Ditto.  I apologize.
22            MS. SULLIVAN:  Okay.  Ms. Ditto, I believe
23    that Mr. Mashburn had a question for you when we
24    lost you.
25            MS. DITTO:  Sorry about that.
```

```
 1            MR. MASHBURN:  Yes.  Matt Mashburn.  Matt
 2       Mashburn.  Do you agree or disagree that
 3       Ms. Martin posted a video where a password -- a
 4       working password was visible?
 5            MS. DITTO:  I believe she did post the
 6       video.  I'm not sure if at the time it was
 7       working because the password is specific to the
 8       election.  But I do not feel that's a violation
 9       of the regulation that was cited in the
10       investigative report.
11            MR. MASHBURN:  Okay.  Now, I would also -- I
12       have a second question and that is our report
13       that we were provided shows that all employees
14       utilized the same password.  Is that -- do you
15       agree or disagree with that?
16            MS. DITTO:  It's my understanding that each
17       of the employees had their own password to log
18       onto the computer and then they would've used the
19       same password.  Coffee County was only given one
20       password to get onto the Dominion server.
21            MS. SULLIVAN:  Any further questions?  Would
22       a member like to make a motion?
23            MS. LE:  I move to refer this case to the
24       attorney general's office for further review and
25       inspection.  I think passwords are part of -- an
```

|   |   |
|---|---|
| 1 | integral part of a security system and I think -- |
| 2 | I think this case should be looked at more |
| 3 | closely and see how Coffee County is handling the |
| 4 | security of our elections system over there. |
| 5 |     **MS. SULLIVAN:** Is there -- |
| 6 |     **MR. MASHBURN:** Second. |
| 7 |     **MS. SULLIVAN:** Motion and a second. Is |
| 8 | there any further discussion? |
| 9 |     All in favor, please say aye? |
| 10 |     **THE BOARD MEMBERS:** Aye. |
| 11 |     **MS. SULLIVAN:** And there are none opposed. |
| 12 | That motion passes. |
| 13 |     The next case is 2020-258 Fulton County. |
| 14 |     **MR. CALLAWAY:** The complainant alleges they |
| 15 | received information from Fulton County at their |
| 16 | address that indicated that the previous owner is |
| 17 | using their address as their voter address and |
| 18 | has requested an absentee ballot that has been |
| 19 | mailed to an address in Maryland. |
| 20 |     The investigation revealed that the |
| 21 | complainant advised that he purchased and moved |
| 22 | into a residence located in Sandy Springs, |
| 23 | Georgia in 2018. He noted that the respondent, |
| 24 | Ms. Fissha, was the previous owner who he |
| 25 | believes moved out of the state. However, she |