# EXHIBIT 290

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al; <br><br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, et al.; <br><br> Defendants. | CIVIL ACTION <br> FILE NO: 1:17cv02989-AT |

**FULTON COUNTY DEFENDANTS' RESPONSE TO COALITION PLAINTIFFS' SECOND REQUESTS FOR ADMISSION**

COME NOW, the Members of the Fulton County Board of Registration and Elections, and hereby respond to this Response to Plaintiffs' Second Request for Admission.

**REQUESTS FOR ADMISSION**

1. Admit that You did not preserve until the present time the majority of ballot images from in-person voting for the November 3, 2020 election original machine count.

**Response:** Admitted.

2.  Admit that You did not preserve until the present time the majority of ballot images from in-person voting for the June 19, 2020 election.

**Response: Admitted.**

3.  Admit that You did not preserve until the present time the majority of ballot images from in-person voting for the August, 2020 election.

**Response: Admitted.**

4.  Admit that one of Your Dominion tabulating servers crashed during the machine recount of the November 3, 2020 election.

**Response: Admitted.**

5.  Admit that the Dominion tabulating server crash was reported to the Fulton County Board of Registration and Elections during the recount of the November 3, 2020 election.

**Response: Admitted.**

72. Admit that during 2020 the Fulton Board of Elections conducted meetings (including electronic meetings by email) with a quorum of members without advance public notice.

**Response: Denied.**

Respectfully submitted this 30th day of August, 2021.

**OFFICE OF THE COUNTY ATTORNEY**

Cheryl Ringer
Georgia Bar Number: 557420
cheryl.ringer@fultoncountyga.gov
Kaye Burwell
Georgia Bar Number:   775060
kaye.burwell@fultoncountyga.gov
*/s/ David R. Lowman*
David R. Lowman
Georgia Bar Number: 460298
david.lowman@fultoncountyga.gov

ATTORNEYS FOR DEFENDANTS
ALEX WAN, VERNETTA KEITH
NURIDDIN, KATHLEEN RUTH,
AARON JOHNSON, AND MARK
WINGATE, AND THE FULTON
COUNTY BOARD OF
REGISTRATION & ELECTIONS

**OFFICE OF THE COUNTY ATTORNEY**
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303