# EXHIBIT 291

Wednesday, March 30, 2022 at 00:05:39 Eastern Daylight Time

| | |
|---|---|
| **Subject:** | RE: Coalition's request for missing discovery files |
| **Date:** | Friday, March 25, 2022 at 4:56:34 PM Eastern Daylight Time |
| **From:** | Robert McGuire |
| **To:** | btyson@taylorenglish.com, Vincent Russo |
| **CC:** | Josh Belinfante, Bruce Brown, Cary Ichter, David D. Cross - Morrison & Foerster LLP (dcross@mofo.com), Marilyn Marks, Jill Connors |
| **Attachments:** | 3.24. Coffee County GORA response images .pdf |

Bryan,

As a second follow-up on the issue concerning Coffee County's November 2020 and January 2021 Election Project Packages as referenced in the thread below, please see the attached email Coalition received yesterday from Coffee County.

We were surprised to see that the Secretary's office had taken the possession of the Coffee County server. This raises a number of issues, although I will not seek to address them all in this email. The attached email seems to indicate that the Secretary of State took possession some time ago.

State Defendants' counsel have represented to the Court and to Plaintiffs multiple times that the Secretary has produced to us all the Election Project Packages in the Secretary's possession.  However, as noted at bottom here, in my March 22 email, we did not receive Coffee County Election Project Packages. If the Secretary's office took possession of the Coffee County server, it would presumably contain the Coffee County election project files for November 2020 and possibly January 2021.  I would ask you to please explain the failure to provide these requested files before now, and in any event to please produce the files promptly now, given that I am bringing this omission to your attention.

Please instruct your clients immediately to review their files related to Coffee County matters in order to ensure that all relevant document production has been completed. Please confirm you will do this and please inform us when the review has been completed.

Please also review your clients' deposition testimony in light of the facts that have come to light with respect to the Coffee County server to ensure that factual testimony was given on all issues covered by the voting system security-related questions posed.

Thank you for your attention to this chain of communications.  Please respond at your earliest opportunity.

Best,
Robert McGuire

ROBERT A. MCGUIRE, III
SHAREHOLDER  |  THE ROBERT MCGUIRE LAW FIRM
1624 MARKET ST STE 226 #86685, DENVER, CO 80202-2523  |  113 CHERRY ST #86685, SEATTLE, WA 98104-2205
E: ram@lawram.com  | T/F: 720.420.1395  | T/F: 253.267.8530  | www.lawram.com

This communication is confidential, may be privileged and is meant only for the intended recipient. If you are not

the intended recipient, please notify the sender by reply and delete the message from your system. Any unauthorized dissemination, distribution or copying hereof is prohibited.

**From:** Robert McGuire
**Sent:** Thursday, March 24, 2022 11:23 AM
**To:** btyson@taylorenglish.com; Vincent Russo <vrusso@robbinsfirm.com> <vrusso@robbinsfirm.com>
**Cc:** Josh Belinfante <Josh.Belinfante@robbinsfirm.com>; Bruce Brown <bbrown@brucepbrownlaw.com>; Cary Ichter <cichter@ichterdavis.com>; David D. Cross - Morrison & Foerster LLP (dcross@mofo.com) <dcross@mofo.com>; Marilyn Marks <marilyn@uscgg.org>; Jill Connors <JConnors@ichterdavis.com>
**Subject:** RE: Coalition's request for missing discovery files

Bryan,

Please provide the referenced "documentation from the Election Management System" provided by Coffee County to the Secretary's office, which is unquestionably a relevant document that should have been produced in response to our prior discoevry requests.

Best,
Robert McGuire

ROBERT A. MCGUIRE, III
SHAREHOLDER  |  THE ROBERT MCGUIRE LAW FIRM
1624 MARKET ST STE 226 #86685, DENVER, CO 80202-2523  |  113 CHERRY ST #86685, SEATTLE, WA 98104-2205
E: ram@lawram.com  | T/F: 720.420.1395  |T/F: 253.267.8530  | www.lawram.com

This communication is confidential, may be privileged and is meant only for the intended recipient. If you are not the intended recipient, please notify the sender by reply and delete the message from your system. Any unauthorized dissemination, distribution or copying hereof is prohibited.

**From:** Robert McGuire
**Sent:** Tuesday, March 22, 2022 5:42 PM
**To:** btyson@taylorenglish.com; Vincent Russo <vrusso@robbinsfirm.com> <vrusso@robbinsfirm.com>
**Cc:** Josh Belinfante <Josh.Belinfante@robbinsfirm.com>; Bruce Brown <bbrown@brucepbrownlaw.com>; Cary Ichter <cichter@ichterdavis.com>; David D. Cross - Morrison & Foerster LLP (dcross@mofo.com) <dcross@mofo.com>; Marilyn Marks <marilyn@uscgg.org>; Jill Connors <JConnors@ichterdavis.com>
**Subject:** Coalition's request for missing discovery files

Bryan,

The State Defendants' production of Election Project Files did not include Coffee County for either the November 2020 or the January 2021 elections.

Given that the Secretary conducted investigations of the Coffee County elections, it seems logical that the files would have been obtained by his office. Accordingly, please ask your client to search their records and produce the Election Project Files for those two elections. Please let us know your findings after this renewed search.

Additionally, in the attached minutes from the December 30, 2020, Senate Judiciary Committee meeting, please note that, on page 3, Ms. Latham says that she sent Gabe Sterling messages regarding the alleged problems in Coffee ballot processing. Please produce those emails and all related communications and documents.

Also in the video interview in this link, (https://www.facebook.com/watch/live/?ref=watch_permalink&v=478684253122594), Ms. Latham says at approximate time stamps 2:33 and 2:42 that she text messaged Secretary Raffensperger about problems in Coffee County. Please produce those communications and related documents and messages.

The foregoing documents referenced should certainly have been included in the production in response to Plaintiffs' discovery requests, or in supplemental productions, however we have not found these documents. Please provide them as soon as possible.

Thank you.

Best,
Robert McGuire

ROBERT A. MCGUIRE, III
SHAREHOLDER  |  THE ROBERT MCGUIRE LAW FIRM
1624 MARKET ST STE 226 #86685, DENVER, CO 80202-2523  |  113 CHERRY ST #86685, SEATTLE, WA 98104-2205
E: ram@lawram.com  |T/F: 720.420.1395  |T/F: 253.267.8530  |www.lawram.com

This communication is confidential, may be privileged and is meant only for the intended recipient. If you are not the intended recipient, please notify the sender by reply and delete the message from your system. Any unauthorized dissemination, distribution or copying hereof is prohibited.