# EXHIBIT 295

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*, : | |
| : | |
| : | |
| Plaintiffs, : | |
| : | |
| v.  : | CIVIL ACTION NO. |
| : | 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, *et al.*, : | |
| : | |
| : | |
| Defendants. : | |

## AMENDED SCHEDULING ORDER

The Court has reviewed and considered the parties' proposals and enters the following Scheduling Order setting forth the deadlines for discovery and dispositive motions:

| Case Event | Deadline |
|---|---|
| Initial Disclosure of Plaintiffs' experts and topics of their opinions | June 15, 2021 |
| Initial Disclosure of Defendants' experts and topics of their opinions | June 30, 2021 |
| Plaintiffs' Expert Disclosures (reports) | July 1, 2021 |
| Defendants' Expert Disclosures (reports) | July 16, 2021 |
| Plaintiffs' Rebuttal Expert Disclosures (reports) | August 2, 2021 |
| Close of Fact Discovery | August 16, 2021 |
| Close of Expert Discovery | September 3, 2021 |
| Summary Judgment Motions (Filed) | October 1, 2021 |
| Summary Judgment (Response) | October 22, 2021 |
| Summary Judgment (Reply) | November 1, 2021 |
| Daubert Motions | No later than deadline for Pretrial Order |

| Case Event | Deadline |
| --- | --- |
| Pretrial Order | 20 days after ruling on motions for summary judgment |
| Trial readiness | Early 2022 |

**IT IS SO ORDERED** this 20th day of May, 2021.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**

2