# EXHIBIT 300

# Quora

## Why is the U.S. 2020 vote tabulation process taking multiple days to declare which candidate won while prior presidential elections were able to declare the winning candidate on Election Day?

**Greg Freemyer**
Investigating fraud via statistical analytics since 1999 · 1y

Quality fraud takes time.

Look at Fulton County, Georgia. They had to slow walk the process so they could inject just enough votes to win. And yet not inject more votes than there are registered voters in the county.

It seems several counties across the US weren't so careful and had over 100% voter participation. Sloppy work!

The statistical likelihood of the election is still being calculated, but the odds of all these voter swings and counties with 90% or higher voter participation will make winning the lottery look like a safe bet.

Biden and/or Harris are going to be hampered by the voters lack of confidence in these election results.

The Senate will act as a huge roadblock. The Supreme Court too.

And in 2 years, the house majority will switch to republican. It often does at the 2 year point, and this year is looking like democrats will have a very small majority in the house to overcome.

182 views · View 1 upvote

👍 1    👎    🔄    💬 2                                                        ➤  •••

Add a comment...                                                        **Add comment**

**Bruce Todd** 1y
The 100% number is in relation to the 2016 vote. This year is the biggest turnout since 1908.

👍 1   👎   Reply                                                           •••

**Christopher Peter** 1y
my favorite trend (not verbatim) so far has been: PA: 99% counted, several counties remain, at least another 15,000 to go 4 hours later - PA: 99% counted, Philly and Allegheny counties starting mail-in counts; officials estimate around 100,000 (more)

👍   👎   Reply                                                             •••

View 33 other answers to this question  >

### About the Author

**Greg Freemyer**
Science and engineering enthusiast, math guy, LNG, Nat Gas

💼 Director of Research and Development 2022–present

🎓 Studied at School of Physics at Georgia Tech

📍 Lives in Atlanta, GA

👁 3.9M content views 133.9K this month

✍ Top Writer 2018

🗓 Active in 5 Spaces

👤 Follow · 1.1K    🔔 Notify me    ❓ Ask question                          •••



        

## How would you define a fraudulent vote, dead people voting, ghosts with no verifiable address, votes of people who no longer live in county, double votes with same name and DOB, no signatures, as examples?



**Greg Freemyer**
Science and engineering enthusiast, math guy, LNG, Nat Gas · 9mo

In Fulton County, Georgia the suspicion is paper ballots were printed in mass, then swapped out for legitimate mail-in paper ballots.

So you take numerous stacks of mail-in ballots that have let's say a 60:40 advantage for Biden and you remove them from the counting center and bring in replacement stacks that are 95% or more for Biden.

That means Biden wins Fulton county by thousands more votes than he should have. That gets added into the state total. Biden only won Georgia by about 1,500 votes, so if that actually happened, it threw the whole state to Biden.

There are affidavits filed in court saying the observers saw mail-in ballot batches with no crease. By law all mail-in ballots in Georgia have to come in a signed security envelope, so a batch with no creases is a significant indication of fraudulent ballots. Those same affidavits say that when those batches were counted, they were extremely lopsided in the counting. Sometimes, an entire batch would have zero Trump votes.

Those same affidavits say many of those ballot batches appeared to have the actual voting circle printed by a machine, not filled in by hand as most people would.

So you have sworn testimony (affidavits) stating that many suspicious batches of mail-in ballots were observed. These batches had no crease marks, appeared to be printed, not filled-in by hand, and were extremely lopsided in Biden's favor.

Those paper ballots still exist and are under the custody of the Fulton County government one way or the other. Legal efforts to physically inspect the anonymous paper mail-in ballots for Fulton County failed.

You may recall the Florida recount from 20 years ago. The infamous hanging chads. Both sides experts were allowed to inspect the physical ballots during the recount. That didn't happen in Fulton County, Georgia.

37 views · View 3 upvotes



View **45** other answers to this question >

### About the Author



**Greg Freemyer**
Science and engineering enthusiast, math guy, LNG, Nat Gas

- Director of Research and Development 2022–present
- Studied at School of Physics at Georgia Tech
- Lives in Atlanta, GA
- 3.9M content views 133.9K this month
- Top Writer 2018
- Active in 5 Spaces

Follow · 1.1K    Notify me    Ask question

### Related Spaces

 Politics!

https://pbs.twimg.com/media/EtaurM_VcAQgCvL?format=png&name=900x900



**What will happen to Trump's ego, now that he knows he definitely lost the election?**

Greg Freemyer · December 16
Science and engineering enthusiast, math guy, LNG, Nat Gas

The fat lady hasn't sung yet, so you have to wait at least until Jan 6 to find out.

News of the last few days. Factual accuracy unknown to me, but this is in the news:

Republican electors in 7 hotly contested states sent their electoral college votes in to DC. They did it in hopes the Democrats electoral college votes get rejected, and alternative votes are needed.

A computer forensic expert report was released that focused on Antrim County, Michigan. It stated that the software was configured to cause an extremely high adjudication rate. Adjudication happens when something is isn't proper with the ballot, so a human has to look at the ballot and decide who the vote is for.

The same report says the adjudication logs are missing, even though they should be present.

The CEO of Dominion Voting Machines testified that in Michigan the adjudication process was run exclusively by Democrats with no Republicans present. That is a violation of federal law.

Significant Issues are still popping up. Trump's team is still working hard to make the formal Jan 6 count of the electoral college votes go their way.

As the Chinese curse says: may you live in interesting times!

89 views · View 1 Upvoter

       

# What are your thoughts on the city of Detroit asking for attorneys Sidney Powell and Lin Wood to be disbarred over their attempts to change the outcome of the 2020 presidential election?

 **Greg Freemyer**
Science and engineering enthusiast, math guy, LNG, Nat Gas · 1y

A small, basically unknown, petition in Georgia could have a huge impact on the reputation of both Powell and Wood.

https://voterga.files.wordpress.com/2020/12/press-release-ga-voters-sue-to-inspect-illegally-scanned-hidden-ballots.pdf

Under Georgia law ballots have to be sealed and kept for 2 years for potential inspection, but only a judge can order the seals be broken.

Voter Georgia has been advocating against voter fraud and suppression issues in Georgia for a long time.

They have petitioned the government to have the seals on Fulton County's ~150K mail-in ballots broken and an inspection to commence.

Many, if not all, of the affidavits used as the foundation of the petition were gathered by Wood or Powell.

The hearing on the petition is scheduled for 4pm Jan 6, 2021. It seems likely the petition will be granted as unsealing the ballots and allowing an inspection is clearly envisioned by Georgia law.

The affidavits allege:

- thousands of mail in ballots without a crease. Several batches of ballots are said not to have any creases. This is a problem because Georgia law requires all mail-in ballots arrive inside the provided security envelope. Even mail-in ballots dropped off directly at a polling location have to be inside an official security envelope. The ballot has to be folded to fit, so a crease is hard to avoid. Having batches of legitimate ballots without creases seems impossible.
- Ballots printed on the wrong paper. This is clearly wrong. Only government printed mail-in ballots are legal, and all government printed mail-in ballots should be on the same paper.
- Many batches of ballots where the entire batch has the marks that cast the vote printed by a machine, not marked manually by a writing instrument. While some voters might legitimately take their ballot and run it through a printer, achieving perfect alignment seems near impossible and having entire batches marked with a perfectly aligned printer is inconceivable if the ballots were marked by individuals.
- The lead plaintiff, Favorito, swears his absentee ballot vote for president was a write-in ballot for president. His choice of write-in ballot was legitimate, but unusual. His vote does not show up in the Fulton County voting records. Why not?

If the judge in the Jan 6 hearing grants the petition and the the above affidavits are shown to be accurate, it will go a long way to enhance Powell and Woods current reputations.

94 views

     

 Add a comment... 

View **5** other answers to this question >

### About the Author



Case 1:17-cv-02989-AT   Document 1634-50   Filed 02/14/23   Page 7 of 7

