# EXHIBIT 302

Page 1

SECURE, ACCESSIBLE & FAIR ELECTIONS COMMISSION

STATE OF GEORGIA

---

The above-entitled SAFE Commission meeting was held before Patrick Stephens, Certified Court Reporter, in and for the State of Georgia, commencing at 10:00 a.m. on this, the 12th day of December, 2018, at Secretary of State's Professional Licensing Boards Division, 237 Coliseum Drive, Macon, Georgia 31217.

---

TRANSCRIPT LEGEND

| | |
|---|---|
| -     | (Interjection of thought for clarification) |
| --    | (Interruption of thought) |
| ...   | (Trailing off or did not complete thought) |
| (ph)  | (Phonetically) |
| [sic] | (In its original form) |

Page 109

1    commission, Madam Secretary.  My name is Ryan Germany.  I
2    am the general counsel of the Secretary of State's office.
3    I want to give you guys a very brief update on litigation
4    -- not all litigation that we are facing in the Secretary
5    of State's office, but some that I think is relevant to
6    y'all's charge here.
7        It's meant to be very brief and high level.  There are
8    some plaintiffs in the lawsuits I'm about to talk about
9    here, so I don't want to -- you know, I'll say I'm not
10   meaning to characterize anything a certain way so, if I do
11   so, I apologize.  It's meant to be very -- just a general
12   kind of FYI to the commission.
13       The point I want to get across is there is ongoing
14   litigation about our current system and -- and, in my view,
15   that litigation will continue until we move to a new
16   system.  And, frankly, if we don't move to a new system
17   prior to the next election, we'll probably -- we'll
18   probably see even -- even more litigation about it.
19   So time is of the essence as y'all consider your
20   recommendations.
21       So the questions in front of you are complicated, and
22   the point I want to get across is one that I think,
23   unfortunately, makes it even more complicated.  We have a
24   complicated issue that we need to solve and we need to
25   solve it quickly.

1          We need to get a -- make a recommendation, get it
2     through the legislature and implement a system with all
3     deliberate speed. And, if we are not able to do that, I
4     think the state will see legal consequences in terms of
5     continuing current litigation but probably additional
6     litigation going forward.
7          The two claims I want -- the two cases I wanted to
8     give you a brief overview on are, essentially, about the
9     election machines. One of them is called Curling v. Kemp
10    -- Curling v. Crittenden now that'll soon be Curling v.
11    Raffensperger, but it's a constitutional challenge to the
12    use of the DRE machines, and the plaintiffs allege that the
13    lack of a paper trial is a violation of the 14th amendment.
14         That case is in front of Judge Totenberg in the
15    Northern District of Georgia. Currently, it is on appeal
16    in the 11th Circuit and oral argument in that case is set
17    for January 28th.
18         Judge Totenberg issued a opinion prior to it going to
19    the 11th Circuit, indicating that she found a lot of the
20    plaintiff's claims credible. So that means, if the case
21    goes back to Judge Totenberg, you know, she's given us a
22    pretty clear indication of how -- of how she intends to
23    rule.
24         The next case is the case that Mr. Favorito mentioned
25    briefly. There's an election contest over the lieutenant

Page 111

1    governor's race.  And, again, that's -- that's called
2    Coalition for Good Governance v. Crittenden.  It's in
3    Fulton County Superior Court, and that's an election
4    challenge talking about the number of under votes in the
5    lieutenant governor's race.  So that's the other one
6    involving -- involving our machines.
7         One other thing I want to speak to very briefly is
8    there's litigation -- there's the machine cases, the DRE
9    cases.  One thing that we are not currently dealing with in
10   Georgia but we have seen in other states is there are
11   lawsuits about accessibility under the -- the Americans
12   with Disability Act.  I know both Ohio and Maryland are
13   seeing lawsuits to that -- in that.
14        The gist of those cases is that the voter experience
15   for disabled voters should match as close as possible to
16   voter experience for nondisabled voters.  Currently, we
17   have a system where those do match very well.  In some
18   states, they do not.
19        So I think that's something to keep in mind as y'all
20   consider your recommendations or if we move to something
21   where those get further part, the experience for
22   nondisabled and disabled voters in terms of voting, then we
23   probably will see some of those lawsuits as well.
24        And, again, I know we're -- that's -- that's all I
25   had.  It was meant to be very high level, so I don't want

Page 112

```
 1      to get into sort of the specifics of litigation right now,
 2      but I am happy to take any questions if members of the
 3      commission have any.
 4           REPRESENTATIVE FLEMING:  Thank you, Ryan.  Questions
 5      from members of the commission?  Ms. Bailey.
 6           MS. BAILEY:  Thank you, Mr. Chairman.  Lynn Bailey,
 7      Richmond County.  You were talking about the timeframe for
 8      implementation of a new system.  Are we still looking at a
 9      -- having something in place prior to or at least at the
10      time of the presidential primary for 2020 or is that a
11      decision that is yet still to be made?
12           REPRESENTATIVE FLEMING:  Well, I think -- I think it
13      is a decision yet to be made because all of that depends on
14      the legislature acting this session, and what we put into
15      the law and working with the governor and the Secretary of
16      State.
17           However, most of the discussions I think I have heard
18      have said that it would be great if we could possibly even
19      in the municipal elections of '19 -- maybe statewide, maybe
20      not -- have some test runs with new equipment at that point
21      and then that gets you closer to being ready, potentially,
22      for the presidential-preference primaries.
23           However, the best laid plans of mice and men -- I have
24      said before, you know, you -- you try to set a goal there,
25      and that is an ambitious schedule and -- and the people at
```