# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

DONNA CURLING, *et al.*

    *Plaintiffs*,

    v.

BRAD RAFFENSPERGER, *et al,*

    *Defendants*.

CIVIL ACTION

FILE NO. 1:17-CV-2989-AT

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFFS' SUMMARY JUDGMENT BRIEFING

State Defendants and Fulton County Defendants (collectively, "Defendants") respectfully request an extension of time to reply to Plaintiffs' Corrected Oppositions to Defendants' Motions for Summary Judgment (Dkts. 1624, 1625), Plaintiffs' Corrected Joint Statement of Additional Facts in Support of Plaintiffs' Opposition to Defendants' Motions for Summary Judgment ("Plaintiffs' SAMF") (Dkt. 1626), and Coalition Plaintiffs Supplemental Statement of Additional Facts ("Supplemental SAMF") (Dkt. 1623). In support of their motion, Defendants state as follows:

1.    Late in the evening on Monday, February 13, 2023, Plaintiffs filed corrected versions of their Summary Judgment Response Briefs, of

Plaintiffs' SAMF, and for the first time filed all of the exhibits used in their brief. This delayed the time from which Defendants could begin properly working on the reply briefing.

2. Plaintiffs' SAMF is 146 pages with 302 exhibits thereto and the Coalition's Supplemental SAMF is 14 pages. Together, these are over twice the length of State Defendants' Statement of Undisputed Material Facts (Dkt. 1569), which was 79 pages.

3. The Court granted Plaintiffs an extension of time to respond to State Defendants' Motions and Statement of Material Facts, which was less than half the length of Plaintiffs' SAMF.

4. Accordingly, Defendants' request an extension from February 24, 2023 to March 13, 2023 to allow them sufficient time to properly reply to Plaintiffs' briefs and SAMFs.

5. Coalition Plaintiffs and Curling Plaintiffs have indicated they do not object to this requested extension.

6. A proposed order is attached.

Respectfully submitted this 17th day of February 2023.

*/s/ Vincent R. Russo*

| | |
|---|---|
| Vincent R. Russo | 242628 |
| Josh Belinfante | 047399 |
| Edward A. Bedard | 926148 |
| Carey Miller | 976240 |
| Alexander Denton | 660632 |
| Javier Pico Prats | 664717 |
| Anna Edmondson | 289667 |

ROBBINS ALLOY BELINFANTE
  LITTLEFIELD, LLC
500 14th St. NW
Atlanta, GA 30318
T: (678) 701-9381
F: (404) 856-3255
E: vrusso@robbinsfirm.com
   jbelinfante@robbinsfirm.com
   cmiller@robbinsfirm.com
   adenton@robbinsfirm.
   ebedard@robbinsfirm.com
   jpicoprats@robbinsfirm.com
   aedmondson@robbinsfirm.com

| | |
|---|---|
| Bryan P. Tyson | 515411 |
| Diane F. LaRoss | 430830 |
| Bryan F. Jacoutot | 668272 |

TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
T: 678-336-7249
E: btyson@taylorenglish.com
   dlaross@taylorenglish.com
   bjacoutot@taylorenglish.com

*Counsel for State Defendants*

- 3 -

Kaye W. Burwell
Georgia Bar Number: 775060
kaye.burwell@fultoncountyga.gov
David R. Lowman David R. Lowman
Georgia Bar Number: 460298
david.lowman@fultoncountyga.gov
OFFICE OF THE COUNTY
ATTORNEY 141 Pryor Street, S.W.
Suite 4038 Atlanta, Georgia 30303
(404) 612-0246 (office)
(404) 730-6324 (facsimile)

*Counsel for Fulton County
Defendants*

## <u>CERTIFICATE OF COMPLIANCE</u>

I hereby certify that the foregoing **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFFS' SUMMARY JUDGMENT BRIEFING** was prepared double-spaced in 13-point Century Schoolbook pursuant to Local Rule 5.1(C).

*/s/ Vincent R. Russo*
Vincent R. Russo
