IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*<br><br>*Plaintiffs,*<br><br>v.<br><br>BRAD RAFFENSPERGER, *et al,*<br><br>*Defendants.* | CIVIL ACTION<br><br>FILE NO. 1:17-CV-2989-AT |

**PROPOSED ORDER GRANTING
DEFENDANTS' UNOPPOSED MOTION FOR
EXTENSION OF TIME TO REPLY TO PLAINTIFFS'
SUMMARY JUDGMENT BRIEFING**

This matter is before the Court on Defendants' Unopposed Motion for Extension of Time to Reply to Plaintiffs' Summary Judgment Briefing. Finding good cause for the relief requested, it is hereby ordered that Defendants' Motion is **GRANTED**. Defendants shall file their replies and related filings by Monday, March 13, 2023.

**IT IS SO ORDERED** this ___ day of _____, 2023.

_____
U.S. District Court Judge Amy Totenberg