IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONNA CURLING, *et al.*

    Plaintiffs,

v.

BRAD RAFFENSPERGER, *et al,*

    Defendants.

CIVIL ACTION

FILE NO. 1:17-CV-2989-AT

## ▉▉▉▉▉▉ ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFFS' SUMMARY JUDGMENT BRIEFING

This matter is before the Court on Defendants' Unopposed Motion for Extension of Time to Reply to Plaintiffs' Summary Judgment Briefing. Finding good cause for the relief requested, it is hereby ordered that Defendants' Motion is **GRANTED**. Defendants shall file their replies and related filings by Monday, March 13, 2023.

**IT IS SO ORDERED** this 17th day of february, 2023.

*/s/ Amy Totenberg*
_____
U.S. District Court Judge Amy Totenberg