IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> BRAD RAFFENSPERGER, *et al.*, <br><br> *Defendants*. | CIVIL ACTION <br><br> NO. 1:17-CV-2989-AT |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD OF BRIAN LAKE

Pursuant to Local Rule 83.1(E), Brian Lake respectfully moves this Court for leave to allow him to withdraw as counsel of record in this matter as he will be leaving the law firm of Robbins Alloy Belinfante Littlefield, LLC at the end of this month. State Defendants will continue to be represented by Robbins Alloy Belinfante Littlefield, LLC as well as Taylor English Duma LLP.

Respectfully submitted, this 25th day of April, 2023.

*/s/ Brian E. Lake*
Vincent R. Russo      242628
Josh Belinfante        047399

| | |
|---|---|
| Carey A. Miller | 976240 |
| Alexander Denton | 660632 |
| Edward A. Bedard | 926148 |
| Javier Pico Prats | 664717 |
| Anna Edmondson | 289667 |
| Brian Lake | 575966 |

ROBBINS ALLOY BELINFANTE
 LITTLEFIELD, LLC
500 14th St. NW
Atlanta, GA 30318
T: (678) 701-9381
F: (404) 856-3255
E: vrusso@robbinsfirm.com
   jbelinfante@robbinsfirm.com
   cmiller@robbinsfirm.com
   adenton@robbinsfirm.
   ebedard@robbinsfirm.com
   jpicoprats@robbinsfirm.com
   aedmondson@robbinsfirm.com
   blake@robbinsfirm.com

| | |
|---|---|
| Bryan P. Tyson | 515411 |
| Diane F. LaRoss | 430830 |
| Bryan F. Jacoutot | 668272 |

TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
T: 678-336-7249
E: btyson@taylorenglish.com
   dlaross@taylorenglish.com
   bjacoutot@taylorenglish.com

*Counsel for State Defendants*

## LOCAL RULE 7.1(D) CERTIFICATION

I certify that this Motion has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1. Specifically, this document has been prepared using 13-pt Century Schoolbook font and type.

*/s/ Brian E. Lake*
Brian E. Lake