IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*<br><br>    *Plaintiffs*,<br><br>v.<br><br>BRAD RAFFENSPERGER, *et al.*,<br><br>    *Defendants*. | CIVIL ACTION<br><br>NO. 1:17-CV-2989-AT |

**[PROPOSED]**

**ORDER GRANTING LEAVE TO WITHDRAW
AS COUNSEL OF RECORD OF BRIAN LAKE**

Before the Court is State Defendant's Motion for Leave to Withdraw as Counsel of Record of Brian Lake. After careful consideration, and it appearing that the requirements of Local Rule 83.1(E) have been met, the Motion is **GRANTED**. Brian Lake is hereby withdrawn as counsel of record for State Defendants.

SO ORDERED this _____ day of _____, 2023

_____
The Honorable Amy Totenberg
United States District Judge
Northern District of Georgia