IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., <br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER,[1] ET AL., <br> Defendants. | Civil Action No. 1:17-CV-2989-AT |

## MOTION FOR USE OF ELECTRONIC EQUIPMENT IN THE COURTROOM DURING MAY 2, 2023 HEARING

Plaintiffs Donna Curling, Donna Price and Jeffrey Schoenberg (the "Curling Plaintiffs") respectfully move for entry of an Order authorizing the use of electronic equipment, including up to 7 laptop computers with laptop power cords, up to 10 smart phones with smartphone power cords, 2 USB drives, and a pair of headphones, by their legal representatives on Tuesday, May 2, 2023 in conjunction with a hearing scheduled to begin at 1:00 p.m. before Judge Amy Totenberg in Courtroom 2308 of the above-captioned Court.

The Curling Plaintiffs submit that good cause exists to grant this Motion, and request that this authorization for their attending counsel of record, David D. Cross, Sonja N. Swanbeck, Caroline L. Middleton, Adam M. Sparks,

1

Halsey G. Knapp, Jessica G. Cino, and attending paralegal Jenna B. Conaway, extend through completion of the hearing, at the Court's discretion.

WHEREFORE the Curling Plaintiffs respectfully request that this Court enter an Order GRANTING this Motion and the relief it requests.

A proposed Order is attached hereto as Exhibit A.

Respectfully submitted, this 27th day of April 2023.

| /s/ David D. Cross | /s/ Adam M. Sparks |
|---|---|
| David D. Cross (*pro hac vice*) | Halsey G. Knapp, Jr. |
| Mary G. Kaiser (*pro hac vice*) | GA Bar No. 425320 |
| Hannah R. Elson (*pro hac vice*) | Adam M. Sparks |
| Riley Jo Porter (*pro hac vice*) | GA Bar No. 341578 |
| Sonja N. Swanbeck (*pro hac vice*) | Jessica G. Cino |
| Caroline L. Middleton (*pro hac vice*) | GA Bar No. 577837 |
| Wail Jihadi (*pro hac vice*) | KREVOLIN & HORST, LLC |
| Oluwasegun Joseph (*pro hac vice*) | 1201 West Peachtree Street, NW |
| MORRISON & FOERSTER LLP | Suite 3250 |
| 2100 L Street, NW, Suite 900 | Atlanta, GA 30309 |
| Washington, DC 20037 | Tel: (404) 888-9700 |
| (202) 887-1500 | Fax: (404) 888-9577 |
|  | Email: hknapp@khlawfirm.com |
|  | Email: sparks@khlawfirm.com |
|  | Email: cino@khlawfirm.com |
|  | *Counsel for Curling Plaintiffs* |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,** <br> **Plaintiffs,** <br><br> **v.** <br><br> **BRAD RAFFENSPERGER, ET AL.,** <br> **Defendants.** | Civil Action No. 1:17-CV-2989-AT |

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

**/s/ David D. Cross**
David Cross
*Counsel for Curling Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,** Plaintiffs, v. **BRAD RAFFENSPERGER, ET AL.,** Defendants. | Civil Action No. 1:17-CV-2989-AT |

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2023, a copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

**/s/ David D. Cross**
David Cross
*Counsel for Curling Plaintiffs*