IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., <br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, ET AL., <br> Defendants. | Civil Action No. 1:17-CV-2989-AT |

## ORDER TO ALLOW USE OF ELECTRONIC EQUIPMENT IN THE COURTROOM

IT IS HEREBY ORDERED that counsel of record for the Curling Plaintiffs[1] in the above-referenced case, David D. Cross, Sonja N. Swanbeck, Caroline L. Middleton, Adam M. Sparks, Halsey G. Knapp, Jessica G. Cino, and attending paralegal Jenna B. Conaway, be permitted to bring the following personal electronic devices into the Richard B. Russell Federal Building, Courtroom 2308, on May 2, 2023 for a hearing before Judge Amy Totenberg:

- laptop computers and computer accessories (e.g., computer mouse, battery recharger, personal WiFi hotspots, power cords);

- tablet computers (e.g., Apple iPad, Microsoft Surface Pro);

---

[1] The Curling Plaintiffs are Donna Curling, Donna Price, and Jeffrey Schoenberg.

- apple watch and mobile phones, including mobile phones with cameras (which may also operate as WiFi hotspots);
- 2 USB drives; and
- a pair of headphones.

Proper identification will be required upon entering the facility. Said electronic equipment shall be subject to inspection by the facility's law enforcement/security officers.

**IT IS SO ORDERED** this ___th day of _____, 2023.

_____
**AMY TOTENBERG**
**UNITED STATES COURT JUDGE**