**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

|  |  |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

### *CORRECTED* MOTION FOR USE OF ELECTRONIC EQUIPMENT IN THE COURTROOM DURING MAY 2, 2023 HEARING

Plaintiffs Donna Curling, Donna Price and Jeffrey Schoenberg (the "Curling Plaintiffs") respectfully move for entry of an Order authorizing the possession and use of electronic equipment, including up to 7 laptop computers with laptop power cords, up to 10 smart phones with smartphone power cords, 2 USB drives, and a pair of headphones, by them and their legal representatives on Tuesday, May 2, 2023 in conjunction with a hearing scheduled to begin at 1:00 p.m. before Judge Amy Totenberg in Courtroom 2308 of the above-captioned Court.

The Curling Plaintiffs submit that good cause exists to grant this Motion, and request that this authorization for themselves and for their attending counsel of record, David D. Cross, Sonja N. Swanbeck, Caroline L. Middleton, Adam M.

Sparks, Halsey G. Knapp, Jessica G. Cino, and attending paralegal Jenna B. Conaway, extend through completion of the hearing, at the Court's discretion.

WHEREFORE the Curling Plaintiffs respectfully request that this Court enter an Order GRANTING this Motion and the relief it requests.

A proposed Order is attached hereto as Exhibit A.

Respectfully submitted, this 28th day of April 2023.

**/s/ David D. Cross**
David D. Cross (*pro hac vice*)
Mary G. Kaiser (*pro hac vice*)
Hannah R. Elson (*pro hac vice*)
Riley Jo Porter (*pro hac vice*)
Sonja N. Swanbeck (*pro hac vice*)
Caroline L. Middleton (*pro hac vice*)
Wail Jihadi (*pro hac vice*)
Oluwasegun Joseph (*pro hac vice*)
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037
(202) 887-1500

**/s/ Adam M. Sparks**
Halsey G. Knapp, Jr.
GA Bar No. 425320
Adam M. Sparks
GA Bar No. 341578
Jessica G. Cino
GA Bar No. 577837
KREVOLIN & HORST, LLC
1201 West Peachtree Street, NW
Suite 3250
Atlanta, GA 30309
Tel: (404) 888-9700
Fax: (404) 888-9577
Email: hknapp@khlawfirm.com
Email: sparks@khlawfirm.com
Email: cino@khlawfirm.com
*Counsel for Curling Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>v.<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## <u>CERTIFICATE OF COMPLIANCE</u>

I hereby certify that the foregoing document has been prepared in

accordance with the font type and margin requirements of LR 5.1, using font type

of Times New Roman and a point size of 14.

<u>**/s/ Adam M. Sparks**</u>
Adam M. Sparks
*Counsel for Curling Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

|  |  |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 28, 2023, a copy of the foregoing document

was electronically filed with the Clerk of Court using the CM/ECF system, which

will automatically send notification of such filing to all attorneys of record.

<u>**/s/ Adam M. Sparks**</u>
Adam M. Sparks
*Counsel for Curling Plaintiffs*