# **Exhibit A**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.,<br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, ET AL.,<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

## ORDER TO ALLOW USE OF ELECTRONIC EQUIPMENT IN THE COURTROOM

IT IS HEREBY ORDERED that Donna Curling, Donna Price, and Jeffrey Schoenberg, and their counsel of record in the above-referenced case, David D. Cross, Sonja N. Swanbeck, Caroline L. Middleton, Adam M. Sparks, Halsey G. Knapp, Jessica G. Cino, and attending paralegal Jenna B. Conaway, be permitted to bring the following personal electronic devices into the Richard B. Russell Federal Building, Courtroom 2308, on May 2, 2023 for a hearing scheduled to begin at 1:00 p.m. before Judge Amy Totenberg:

- laptop computers and computer accessories (e.g., computer mouse, battery recharger, personal WiFi hotspots, power cords);

- tablet computers (e.g., Apple iPad, Microsoft Surface Pro);

1

- apple watch and mobile phones, including mobile phones with cameras (which may also operate as WiFi hotspots)
- a pair of headphones.

Proper identification will be required upon entering the facility. Said electronic equipment shall be subject to inspection by the facility's law enforcement/security officers.

Curling Plaintiffs' April 27, 2023 motion seeking permission to use electronic equipment [ECF No. 1659] is hereby **DENIED AS MOOT**.

**IT IS SO ORDERED** this ___th day of _____, 2023.

        **AMY TOTENBERG**
        **UNITED STATES COURT JUDGE**