IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.,<br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, ET AL.,<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

### MOTION FOR USE OF ELECTRONIC EQUIPMENT IN THE COURTROOM DURING MAY 2, 2023 HEARING

Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, Megan Missett and Ricardo Davis (the "Coalition Plaintiffs) respectfully move for entry of an Order authorizing the possession and use of electronic equipment, including 3 laptop computers and chargers, 3 mobile phones and chargers, and any necessary accessories and media, by them and their legal representatives on Tuesday, May 2, 2023, in conjunction with a hearing scheduled to begin at 1:00 p.m. before Judge Amy Totenberg in Courtroom 2308 in the above-captioned matter.

The Coalition Plaintiffs submit that good cause exists to grant this Motion and request this authorization for themselves and for their attending counsel, including Bruce Brown, Cary Ichter and Coalition Plaintiffs' representative Marilyn Marks

extending through completion of the hearing, at the Court's discretion.

WHEREFORE the Coalition Plaintiffs respectfully request that this Court enter an Order GRANTING this motion to bring the aforementioned electronic equipment into the courtroom for use during the hearing on May 2, 2023. A proposed Order is attached hereto as Exhibit A.

This 28th day of April, 2023.

/s/ Cary Ichter
CARY ICHTER
Georgia Bar No. 382515
**ICHTER DAVIS LLC**
400 Interstate N. Pkwy, SE
Suite 860
Atlanta, Georgia 30339
404.869.7600
cichter@ichterdavis.com

AND

Bruce P. Brown
Georgia Bar No. 064460
**Bruce P. Brown Law LLC**
1123 Zonolite Road NE, Suite 6
Atlanta, Georgia 30306
404.881.0700
bbrown@brucepbrownlaw.com

*Attorneys for Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, Ricardo Davis, and Megan Missett*

## **CERTIFICATES**

I hereby certify that on April 28, 2023, I served a true and correct copy of the foregoing **Motion for Use of Electronic Equipment During May 2, 2023 Hearing** on all counsel of record by e-filing same with the Court's CM/ECF system which will automatically deliver a copy to all counsel of record.

I hereby further certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

*/s/ Cary Ichter*
CARY ICHTER
Georgia Bar No. 382515
cichter@ichterdavis.com