IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.,<br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, ET AL.,<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

**ORDER TO ALLOW USE OF ELECTRONIC EQUIPMENT
IN THE COURTROOM DURING MAY 2, 2023 HEARING**

IT IS HEREBY ORDERED that Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, Megan Missett and Ricardo Davis (the "Coalition Plaintiffs), and their counsel of record in the above-referenced case, Bruce Brown, Cary Ichter, and their attending representative, Marilyn Marks, be permitted to bring the following personal electronic devices into the Richard B. Russell Federal Building, Courtroom 2308, on May 2, 2023, for a hearing scheduled to begin at 1:00 p.m. before Judge Amy Totenberg:

- Laptop computers and computer accessories (e.g., computer mouse, battery recharger, personal WiFi hotspots, power cords); and

- Mobile phones, including mobile phones with cameras (which may also

operate as WiFi hotspots).

Proper identification will be required upon entering the facility. Said electronic equipment shall be subject to inspection by the facility's law enforcement/security officers.

**IT IS SO ORDERED** this _____ day of _____, 2023.

_____
THE HONORABLE AMY TOTENBERG
UNITED STATES DISTRICT COURT JUDGE
_____