**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **DONNA CURLING, ET AL.,** <br> Plaintiffs, <br><br> v. <br><br> **BRAD RAFFENSPERGER, ET AL.,** <br> Defendants. | **Civil Action No. 1:17-CV-2989-AT** |

**ORDER TO ALLOW USE OF ELECTRONIC EQUIPMENT
IN THE COURTROOM DURING MAY 2, 2023 HEARING**

IT IS HEREBY ORDERED that Plaintiff Coalition for Good Governance, and its counsel of record in the above-referenced case, Robert McGuire, be permitted to bring the following personal electronic devices into the Richard B. Russell Federal Building, Courtroom 2308, on May 2, 2023, for a hearing scheduled to begin at 1:00 p.m. before Judge Amy Totenberg:

- Laptop computer and computer accessories (e.g., computer mouse, keyboard, personal WiFi hotspot, power cord);

- Mobile phone, including mobile phone with cameras (which may also operate as WiFi hotspot), and accessories (e.g., charging cord and Morphie powerpack); and

- Headphones.

Proper identification will be required upon entering the facility.  Said electronic equipment shall be subject to inspection by the facility's law enforcement/security officers.

**IT IS SO ORDERED** this _____ day of _____, 2023.

_____

THE HONORABLE AMY TOTENBERG
UNITED STATES DISTRICT COURT JUDGE