# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-cv-02989-AT
## Curling et al v. Raffensperger et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held In Open Court on 05/02/2023.

TIME COURT COMMENCED: 01:10 P.M.
TIME COURT CONCLUDED: 06:20 P.M.
TIME IN COURT: 5:10
OFFICE LOCATION: Atlanta

COURT REPORTER: Shannon Welch
CSO/DUSM: 1 CSO
DEPUTY CLERK: Harry Martin

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Joshua Belinfante representing Brad Raffensperger |
| | Bruce Brown representing Coalition for Good Governance |
| | Kaye Burwell representing The Fulton County Board of Registration and Elections |
| | David Cross representing Donna Curling |
| | Alexander Denton representing Brad Raffensperger |
| | Cary Ichter representing Coalition for Good Governance |
| | Bryan Jacoutot representing Brad Raffensperger |
| | Halsey Knapp representing Donna Curling |
| | Diane LaRoss representing Brad Raffensperger |
| | David Lowman representing The Fulton County Board of Registration and Elections |
| | Robert McGuire representing Donna Curling |
| | Caroline Middleton representing Donna Curling |
| | Carey Miller representing Brad Raffensperger |
| | Javier Pico-Prats representing Brad Raffensperger |
| | Vincent Russo representing Brad Raffensperger |
| | Adam Sparks representing Donna Curling |
| | Sonja Swanbeck representing Donna Curling |
| | Bryan Tyson representing Brad Raffensperger |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MINUTE TEXT: | Oral Argument re Motions for Summary Judgment. See Transcript. |
| HEARING STATUS: | Hearing Concluded |