# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

|  |  |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## INDEX OF PLAINTIFFS' EXHIBITS IN SUPPORT OF OPPOSITIONS TO MOTIONS FOR SUMMARY JUDGMENT

| Opp Ex. | ECF No. | Description | Available in Full at ECF No. |
|---|---|---|---|
| 1 | 1628-1 | Aug. 7, 2018 Decl. of J. Alex Halderman, Ph.D. | 260-2 |
| 2 | 1628-2 | Aug. 15, 2019 Order re [387, 419] Motions for Preliminary Injunction | 579 |
| 3 | 1628-3 | Sept. 9, 2018 Decl. of Richard A. DeMillo & Ex. A, 2018 NAS Report | 285-1 |
| 4 | 1635-1 (sealed) | Sept. 2020 Decl. of J. Alex Halderman, Ph.D. | 855-1 |
| 5 | 1635-2 (sealed) | Excerpt of July 19, 2019 Shamos Dep. Tr. | 554 |
| 6 | 1628-6 | Harri Hursti, *Diebold TSx Evaluation, Security Alert - May 11, 2006, Critical Security Issues with Diebold TSx*, BlackBoxVoting.org (May 11, 2006) | |
| 7 | 1628-7 | Excerpt of Aug. 7, 2018 Decl. of Duncan A. Buell | 260-3 |

| Opp Ex. | ECF No. | Description | Available in Full at ECF No. |
|---|---|---|---|
| 8 | 1628-8 | Ariel J. Feldman, J. Alex Halderman, & Edward W. Felten, "Security Analysis of the Diebold AccuVote-TS Voting Machine," in Proc. USENIX/ACCURATE Electronic Voting Technology Workshop (2007) | |
| 9 | 1628-9 | Electronic Voting System Security: Hearing Before the H. Comm. on House Admin., 108th Cong. 99-113, at 107-09 (2004) (statement of Kathy Rogers, Ga. Dir. of Election Admin) | |
| 10 | 1628-10 | Excerpt of June 27, 2019 Michael Barnes Dep. Tr. | 472-10 |
| 11 | 1628-11 | July 10, 2019 Decl. of Michael Barnes | 472-4 |
| 12 | 1628-12 | Presentation titled "The Georgia Voting System," presented by Merle S. King, Kennesaw State University, Center for Election Systems, dated February 2014 | |
| 13 | 1628-13 | Sept. 17, 2018 Order re [82, 83, 234] Motions to Dismiss and [258, 260, 271] Motions for Preliminary Injunction | 309 |
| 14 | 1628-14 | Aug. 3, 2018 Decl. of Logan Lamb | 258-1 at PDF pp. 126-135 |
| 15 | 1628-15 | June 30, 2017 Decl. of Logan Lamb | 548 at PDF pp. 24-28 |
| 16 | 1628-16 | STATE-DEFENDANTS-00000409 | |
| 17 | 1628-17 | FOIA Aug. 29, 2016 Email Chain | |

| Opp Ex. | ECF No. | Description | Available in Full at ECF No. |
|---|---|---|---|
| 18 | 1628-18 | Jan. 14, 2020 Decl. of Logan Lamb | 699-10 |
| 19 | 1628-19 | FOIA Mar. 16-17, 2017 Email Chains | |
| 20 | 1628-20 | FedEx Notice of Complaint | 548 at PDF pp. 30-31 |
| 21 | 1628-21 | FOIA July 7, 2017 Email Chain | |
| 22 | 1628-22 | Notice of Removal | 1 |
| 23 | 1628-23 | FOIA Aug. 9, 2017 Email Chain | |
| 24 | 1628-24 | State Defs' Response re Spoliation of Evidence | 558 |
| 25 | 1628-25 | Frank Bajak, *Georgia election server wiped after suit filed*, AP News (Oct. 26, 2017) | |
| 26 | 1628-26 | Transcript of Sept. 12, 2018 Evidentiary Hearing | 307 |
| 27 | 1628-27 | Jan. 8, 2020 Decl. of J. Alex Halderman, Ph.D. with Appx. A: Matthew Bernhard et al., *Can Voters Detect Malicious Manipulation of Ballot Marking Devices?*, Univ. of Mich. (2020) | 692-3 |
| 28 | 1628-28 | Ledford Dep. Ex. 6 – KSU CES Instructions re GEMS | 471-6 |
| 29 | 1628-29 | Excerpt of July 25, 2019 Preliminary Injunction Hearing Transcript (Day 1) | 570 |
| 30 | 1628-30 | Excerpt of Jan. 17, 2022 James Oliver Dep. Tr. | 1642 |
| 31 | 1628-31 | Excerpt of Feb. 2, 2022 SOS 30b6 (Merritt Beaver) Dep. Tr. | 1370-2 |

| Opp Ex. | ECF No. | Description | Available in Full at ECF No. |
|---|---|---|---|
| 32 | 1628-32 | Pls.' 3rd Am. Rule 30b6 Deposition Notice to Ga. Sec'y of State's Office | 1357-3 |
| 33 | 1628-33 | Oct. 12, 2022 SOS 30b6 (Sterling) Dep. Ex. 1 - 2022.10.10 Joint Pls.' 7th Am. 30b6 Deposition Notice to Ga. Sec'y of State's Office | |
| 34 | 1628-34 | Opinion & Order granting [800] Coalition MPI re Pollbooks | 918 |
| 35 | 1628-35 | Aug. 25, 2020 Decl. of Chris Harvey | 815-1 |
| 36 | 1628-36 | Excerpt of Sept. 11, 2020 Evidentiary Hearing Transcript | 905 |
| 37 | 1635-5 (sealed) | Ex. C - Feb 2018 Fortalice Report | 510-7 |
| 38 | 1635-6 (sealed) | Ex. A - Oct 2017 Fortalice Report | 510-5 |
| 39 | 1635-7 (sealed) | Mar. 10, 2022 SOS 30b6 (Beaver) Dep. Ex. 3 - FORTALICE003692 | |
| 40 | 1635-8 (sealed) | Feb. 2, 2022 SOS 30b6 (Beaver) Dep. Ex. 14 - STATE-DEFENDANTS-00126614 | |
| 41 | 1635-9 (sealed) | Feb. 2, 2022 SOS 30b6 (Beaver) Dep. Ex. 15 - STATE-DEFENDANTS-00126678 | |
| 42 | 1628-42 | Feb. 2, 2022 SOS 30b6 (Beaver) Dep. Ex. 17 - STATE-DEFENDANTS-00182161 | |
| 43 | 1628-43 | Excerpt of Sept. 1, 2020 Curling Pls.' Reply ISO PI Motion | 855 |

| Opp Ex. | ECF No. | Description | Available in Full at ECF No. |
|---|---|---|---|
| 44 | 1628-44 | Excerpt of July 26, 2019 Preliminary Injunction Hearing Transcript (Day 2) | 571 |
| 45 | 1628-45 | Nov. 13, 2019 Decl. of Dr. Eric D. Coomer | 821-1 |
| 46 | 1628-46 | Excerpt of July 30, 2019 State Defs.' Response to Court Questions | 556 |
| 47 | 1628-47 | Excerpt of Oct. 25, 2019 Brief ISO State Defs.' Motion to Dismiss | 645-1 |
| 48 | 1634-53 | Excerpt of Feb. 24, 2022 SOS 30b6 (Sterling) Dep. Tr. | 1370-5 |
| 49 | 1635-10 (sealed) | Feb. 2, 2022 SOS 30b6 (Beaver) Dep. Ex. 18 - STATE-DEFENDANTS-00182171 (2020 Rule 590-8.3 Attestation) | |
| 50 | 1628-50 | Excerpt of Nov. 23, 2021 State Defs.' Responses to Curling Pls.' Requests for Admission (Response No. 65) | |
| 51 | 1630-1 | July 30, 2020 Order Denying State Defs.' MTD Complaints | 751 |
| 52 | 1630-2 | Excerpt of Ledford Dep. Ex. 7 | 471-7 |
| 53 | 1630-3 | Feb. 2, 2022 SOS 30b6 (Beaver) Dep. Ex. 16 STATE-DEFENDANTS-00153091 | |
| 54 | 1630-4 | Excerpt of Aug. 19, 2020 Decl. of J. Alex Halderman | |
| 55 | 1635-11 (sealed) | Excerpt of Nov. 17, 2021 J. Alex Halderman Dep. Tr. | 785-2 |
| 56 | 1630-6 | Excerpt of Jan. 27, 2022 Andrew Appel Dep. Tr. | 1553 |

| Opp Ex. | ECF No. | Description | Available in Full at ECF No. |
|---|---|---|---|
| 57 | 1630-7 | Oct. 4, 2019 Decl. of J. Alex Halderman | 619-2 |
| 58 | 1630-8 | Dominion027284 | |
| 59 | 1630-9 | March 2020 Decl. of Elizabeth Throop | 723 at PDF pp. 14-20 |
| 60 | 1630-10 | STATE-DEFENDANTS-00101382 | |
| 61 | 1630-11 | STATE-DEFENDANTS-00158640 | |
| 62 | 1635-12 (sealed) | Feb. 2, 2022 SOS 30b6 (Beaver) Dep. Ex. 29 - STATE-DEFENDANTS-00158823 | |
| 63 | 1630-13 | Excerpt of Jan. 21, 2022 Fulton 30b6 (Gilstrap) Dep. Tr. | 1605 |
| 64 | 1630-14 | Feb. 11, 2022 SOS 30b6 (M. Barnes) Dep. Ex. 4 - Dominion001889 | |
| 65 | 1630-15 | Feb. 11, 2022 SOS 30b6 (M. Barnes) Dep. Ex. 12 - STATE-DEFENDANTS-00124842 | |
| 66 | 1635-13 (sealed) | Hamilton Dep. Ex. 18 - FORTALICE001163 | |
| 67 | 1630-17 | Excerpt of July 20, 2022 James Barnes (Coffee Cnty) Dep. Tr | 1606 |
| 68 | 1635-14 (sealed) | Hamilton Dep. Ex. 14 - STATE-DEFENDANTS-00171971 | |
| 69 | 1635-15 (sealed) | Excerpt of Jan. 18, 2022 David Hamilton Dep. Tr. | 1604 |

| Opp Ex. | ECF No. | Description | Available in Full at ECF No. |
|---|---|---|---|
| 70 | 1635-16 (sealed) | Excerpt of Jan. 31, 2022 Fulton Cnty 30b6 (Barron) Dep. Tr. | 1616 |
| 71 | 1635-17 (sealed) | Excerpt of Oct. 29, 2021 Dr. Juan Gilbert Dep. Tr. | 1602 |
| 72 | 1630-22 | Hampton Dep. Ex. 22 (still shots captured from Misty Hampton YouTube video) | |
| 73 | 1635-18 (sealed) | Hampton Dep. Ex. 23 (image from the Coffee County Elections Office) | |
| 74 | 1630-24 | Hampton Dep. Ex. 24 (still shot of password on paper placed on a desktop computer) | |
| 75 | 1635-19 (sealed) | Excerpt of Nov. 22, 2022 Halderman Decl. re Coffee County | |
| 76 | 1630-26 | Oct. 12, 2022 SOS 30b6 (Sterling) Dep. Ex. 2 (Sept. 28, 2021 report of Coffee County investigation) | |
| 77 | 1630-27 | Excerpt of Ex. A to Plaintiffs' Joint Notice of Filing Additional Evidence in Support of Renewed Motions for Attorneys' Fees and Expenses | 1551-1 |
| 78 | 1630-28 | Rev.com, Inc., *Georgia Secretary of State Brad Raffensperger Press Conference Transcript: Announces Hand Recount* (Nov. 11, 2020) | |
| 79 | 1630-29 | Jan. 10, 2019 Secure, Accessible & Fair Elections (SAFE) Commission Report, submitted to the Ga. General Assembly | |
| 80 | 1630-30 | Excerpt of Aug. 28, 2019 Joint Discovery Statement Regarding Production of FBI Server Image | 589 |

| Opp Ex. | ECF No. | Description | Available in Full at ECF No. |
|---|---|---|---|
| 81 | 1630-31 | Excerpt of Aug. 7, 2020 Order Denying Without Prejudice Motions for Preliminary Injunction | 768 |
| 82 | 1630-32 | Ga. Sec'y of State, *Security-Focused Tech Company, Dominion Voting to Implement new Verified Paper Ballot System* (July 29, 2019) | |
| 83 | 1630-33 | Combined excerpts from State Defendants' Supplemental Notice Regarding New Election System Vendor Contract ("Supplemental Notice'), Exhibit A to Supplemental Notice, and Exhibit B to Supplemental Notice | 575, 575-1, 575-2 |
| 84 | 1630-34 | Excerpt of Dominion Contract (Cross Decl. Ex. 2 ISO Curling Plaintiffs' Motion for Preliminary Injunction) | 619-8 |
| 85 | 1634-54 | Excerpt of Jan. 28, 2022 SOS 30b6 (Harvey) Dep. Tr. | 1370-1 |
| 86 | 1630-36 | Oct. 12, 2022 SOS 30b6 Sterling Dep. Ex. 4 (tweet by Gabriel Sterling) | |
| 87 | 1630-37 | Excerpt of Sept. 10, 2020 Hearing on Preliminary Injunction Tr. | 904 |
| 88 | 1630-38 | Excerpt of Aug. 2, 2021 Expert Rebuttal Decl. of J. Alex Halderman | 1304-3 |
| 89 | 1630-39 | Aug. 2, 2021 Decl. of Phillip B. Stark | |
| 90 | 1630-40 | Oct. 22, 2019 Second Supplemental Decl. of Phillip B. Stark | 640-1 at PDF pp. 40-45 |
| 91 | 1630-41 | Excerpt of Oct. 11, 2020 Opinion and Order | 964 |

| Opp Ex. | ECF No. | Description | Available in Full at ECF No. |
|---------|---------|-------------|------------------------------|
| 92 | 1630-42 | Wenke Lee Article (Jan. 3, 2019) | 615-3 |
| 93 | 1630-43 | July 30, 2021 Rebuttal Report of Andrew W. Appel | 1304-4 |
| 94 | 1630-44 | Richard A. DeMillo, Robert S. Kadel & Marilyn R. Marks, *What Voters are Asked to Verify Affects Ballot Verification: A Quantitative Analysis of Voters' Memories of Their Ballots* (Apr. 11, 2019) | |
| 95 | 1630-45 | Gilbert Dep. Ex. 2 - University of Georgia School of Public & International Affairs, *Georgia Voter Verification Study* (Jan. 22, 2021) | |
| 96 | 1630-46 | Excerpt of Jan. 7, 2019 Experts Letter to SAFE Commission | 419-1 at PDF pp. 426-29 |
| 97 | 1630-47 | Excerpt of Dec. 16, 2019 Decl. of J. Alex Halderman | 682 |
| 98 | 1630-48 | ELECTIONS_00000143 | |
| 99 | 1630-49 | Excerpt of July 1, 2021 Coalition Plaintiff's Expert Disclosures – Opening Reports, along with excerpt of Supplemental Decl. of Harri Hursti, dated Sept. 1, 2020, and excerpt of Decl. of Philip B. Stark, dated Sept. 9, 2018 | 1278-1 |
| 100 | 1630-50 | Ben Adida Twitter (Oct. 1, 2022) ("my ideal voting model is one where voters get to choose BMD or hand marked") | |
| 101 | 1631-1 | Ben Adida Twitter (Feb. 20, 2020) ("RLAs never confirm outcomes on their own") | |

| Opp Ex. | ECF No. | Description | Available in Full at ECF No. |
|---|---|---|---|
| 102 | 1631-2 | Verified Voting's Election Day Equipment map, Verified Voting, *Election Day Equipment* (Data from November 2022) | |
| 103 | 1631-3 | December 2019 Decl. of Warren Stewart and attached exhibits | 681-2 |
| 104 | 1631-4 | Written Testimony of Marian K. Schneider, President of Verified Voting, to Allegheny Cnty. Bd. of Elections, Public Meeting on Purchase of Voting Systems (June 7, 2019) | |
| 105 | 1634-55 | Excerpt of Feb. 11, 2022 SOS 30b6 (M. Barnes) Dep. Tr. | 1370-4 |
| 106 | 1631-6 | Feb. 11, 2022 SOS 30b6 (M. Barnes) Dep. Ex. 21 - Dominion044536 | |
| 107 | 1635-20 (sealed) | Feb. 24, 2022 SOS 30b6 (Sterling) Dep. Ex. 9 - STATE-DEFENDANTS-00172679 | |
| 108 | 1631-8 | Jan. 24, 2022 SOS 30b6 (Sterling) Dep. Ex. 23 - Nov. 17, 2021 Kemp Ltr to SEB re 2020 RLA Report | |
| 109 | 1631-9 | Jan. 28, 2022 SOS 30b6 (Harvey) Dep. Ex. 15 – Dominion073354 | |
| 110 | 1631-10 | Dr. Juan Gilbert's Patent No. US 11, 036, 442 B2 for "Transparent Interactive Printing Interface" | 1220-9 |
| 111 | 1631-11 | Fulton Cnty 30b6 (Gilstrap) Dep. Ex. 5 – STATE-DEFENDANTS-00108789 | |
| 112 | 1631-12 | Fulton Cnty 30b6 (Gilstrap) Dep. Ex. 6 – STATE-DEFENDANTS-00110732 | |

| Opp Ex. | ECF No. | Description | Available in Full at ECF No. |
|---|---|---|---|
| 113 | 1631-13 | Dominion043406 | |
| 114 | 1631-14 | Dominion043450 | |
| 115 | 1631-15 | Dominion043452 | |
| 116 | 1631-16 | Dominion042793 | |
| 117 | 1631-17 | Dominion043377 | |
| 118 | 1631-18 | Dominion043484 | |
| 119 | 1631-19 | Feb. 11, 2022 SOS 30b6 (M. Barnes) Dep. Ex. 16 – Dominion043437 | |
| 120 | 1631-20 | Feb. 11, 2022 SOS 30b6 (M. Barnes) Dep. Ex. 18 - STATE-DEFENDANTS-001 04453 | |
| 121 | 1635-21 (sealed) | Excerpt of Sept. 14, 2020 Preliminary Injunction Hearing Tr. | 906 |
| 122 | 1631-22 | Feb. 24, 2022 SOS 30b6 (Sterling) Dep. Ex. 5 (State Defs.' objections and responses to Curling Pls.' first set of interrogatories) | |
| 123 | 1631-23 | Feb. 24, 2022 SOS 30b6 (Sterling) Dep. Ex. 6 (State Defs.' objections and responses to Curling Pls.' second set of interrogatories) | |
| 124 | 1631-24 | Excerpt of Curling Plaintiffs' joint discovery statement regarding State Defendants' responses to Curling Plaintiffs' second set of interrogatories and CISA request | 1177 |
| 125 | 1631-25 | Excerpt of Oct. 7, 2021 Hearing Tr. | 1183 |

| Opp Ex. | ECF No. | Description | Available in Full at ECF No. |
|---|---|---|---|
| 126 | 1631-26 | Oct. 21, 2021 State Defs' Response to Revised Interrogatories | |
| 127 | 1631-27 | J. Barnes Dep. Ex. 6 - May 2021 Email re CyberNinjas | |
| 128 | 1631-28 | Excerpt of Nov. 4, 2021 Anh Le Dep. Tr. | 1368-6 |
| 129 | 1631-29 | Excerpt of Nov. 4, 2021 Matthew Mashburn Dep. Tr. | 1368-7 |
| 130 | 1631-30 | Excerpt of Nov. 5, 2021 Rebecca Sullivan Dep. Tr. | 1370-9 |
| 131 | 1631-31 | Excerpt of Feb. 2021 Decl. of J. Alex Halderman | 1068 |
| 132 | 1631-32 | Excerpt of State Defendants' Motion to Seal Halderman Report | 1132 |
| 133 | 1635-22 (sealed) | PD1 - Halderman video stills | 892-1 |
| 134 | 1635-23 (sealed) | PX02 - Side-by-side of Ballots from system hack | 892-4 |
| 135 | 1635-24 (sealed) | PX03 - Scanner Results of Photocopied Ballots | 892-5 |
| 136 | 1635-25 (sealed) | STATE-DEFENDANTS-00047579 - Democracy Suite System Overview | |
| 137 | 1631-37 | Oct. 12, 2022 SOS 30b6 (Sterling) Dep. Ex. 5 - Interview by Atlanta Press Club with Brad Raffensperger, Sec'y of State, GA (Feb. 10, 2022) | |
| 138 | 1635-26 (sealed) | Excerpt of Mar. 10, 2022 SOS 30b6 (Beaver) Dep. Tr. | 1370-3 |

| Opp Ex. | ECF No. | Description | Available in Full at ECF No. |
|---|---|---|---|
| 139 | 1631-39 | Ga. Sec'y of State's announcement: *Secretary Raffensperger Calls on J. Alex Halderman to Agree to Release "Secret Report" and Pre-Election Testimony* (Jan. 27, 2022) | |
| 140 | 1631-40 | Excerpt of August 23, 2022 Janice Johnston Dep. Tr. | 1641 |
| 141 | 1631-41 | Excerpt of Nov. 5, 2021 Sara Ghazal Dep. Tr. | 1370-8 |
| 142 | 1631-42 | Excerpt of Aug. 31, 2022 Edward Lindsey Dep. Tr. | 1608 |
| 143 | 1631-43 | Jan. 20, 2022 statement of interest explaining the vulnerability disclosure program operated by the U.S. Department of Homeland Security | |
| 144 | 1631-44 | Notice by CISA regarding CVD process and its timeline | 1314 |
| 145 | 1631-45 | CISA's 90-day status report updating the Court and the parties on the final steps of CISA's coordinated vulnerability disclosure process | 1381 |
| 146 | 1631-46 | CISA's ICS advisory, U.S. Dep't of Homeland Security, Cybersecurity & Infrastructure Security Agency, *Vulnerabilities Affecting Dominion Voting Systems ImageCast X*, ICS Advisory No. ICSA-22-154-01 (June 3, 2022) | |
| 147 | 1631-47 | CISA's 30-day report on CISA's CVD process | 1343 |
| 148 | 1631-48 | CISA's 60-day status report on CISA's CVD process | 1371 |
| 149 | 1635-27 (sealed) | Excerpt of Oct. 12, 2022 SOS 30b6 (Sterling) Dep. Tr. | 1562 |

| Opp Ex. | ECF No. | Description | Available in Full at ECF No. |
|---|---|---|---|
| 150 | 1631-50 | Excerpt of Sept. 1, 2022 Coffee County BOE 30b6 (Stone) Dep. Tr. | 1489-1 |
| 151 | 1632-1 | Excerpt of Aug. 15, 2022 Eric Chaney Dep. Tr. | 1471-11 |
| 152 | 1632-2 | Wenke Lee Article (Oct. 8, 2018) | 615-2 |
| 153 | 1632-3 | Excerpt of Nov. 17, 2021 Halderman Dep. Ex. 5 – Aug. 31, 2021 Decl. of J. Alex Halderman, *Coomer v. Donald J. Trump for President*, No. 2020cv034319 (Dist. Ct. Denver Cnty. Colo.) | |
| 154 | 1635-28 (sealed) | FORTALICE000124 - Apr. 9, 2021 Fortalice Technical Assessment | |
| 155 | 1635-29 (sealed) | November 2018 Fortalice Report | 510-6 |
| 156 | 1635-30 (sealed) | Feb. 2, 2022 SOS 30b6 (Beaver) Dep. Ex. 10 - FORTALICE000625 | |
| 157 | 1635-31 (sealed) | Mar. 10, 2022 SOS 30b6 (Beaver) Dep. Ex. 1 - FORTALICE003593 | |
| 158 | 1635-32 (sealed) | Mar. 10, 2022 SOS 30b6 (Beaver) Dep. Ex. 2 - FORTALICE003807 | |
| 159 | 1632-9 | July 14, 2021 email from Meghan Aubry (Fortalice) to Adam Sparks | |
| 160 | 1632-10 | Jan. 28, 2022 SOS 30b6 (Harvey) Dep. Ex. 4 – STATE-DEFENDANTS-00101460 | |
| 161 | 1632-11 | Jan. 31, 2022 Fulton Cnty 30b6 (Barron) Dep. Ex. 25 – STATE DEFENDANTS-00178061 | |

| Opp Ex. | ECF No. | Description | Available in Full at ECF No. |
|---|---|---|---|
| 162 | 1632-12 | Jan. 28, 2022 SOS 30b6 (Harvey) Dep. Ex. 5 - STATE-DEFENDANTS-00101471 | |
| 163 | 1635-33 (sealed) | Feb. 11, 2022 SOS 30b6 (M. Barnes) Ex. 7 - STATE-DEFENDANTS-00158505 | |
| 164 | 1632-14 | Feb. 11, 2022 SOS 30b6 (M. Barnes) Dep. Ex. 22 - STATE-DEFENDANTS-00157919 | |
| 165 | 1635-34 (sealed) | STATE-DEFENDANTS-00161382 | |
| 166 | 1632-16 | Excerpt of Sept. 4, 2020 Dominic Olomo (Dep. Tr. | 1600 |
| 167 | 1632-17 | Excerpt of Jan. 21, 2022 Fulton County 30b6 (Olomo) Dep. Tr. | 1640 |
| 168 | 1632-18 | ELECTIONS_00000330 (Nov. 20, 2020 email sent from Dwight Bower to Richard Barron, Derrick Gilstrap, and Timothy Cummings) | |
| 169 | 1632-19 | The White House, *Notice on the Continuation of the National Emergency With Respect to Foreign Interference In or Undermining Public Confidence in United States Elections* (Sept. 7, 2022) | |
| 170 | 1632-20 | Feb. 2, 2022 SOS 30b6 (Beaver) Dep. Ex. 24 - STATE-DEFENDANTS-00182284 | |
| 171 | 1635-35 (sealed) | Jan. 28, 2022 SOS 30b6 (Harvey) Ex. 11 - STATE-DEFENDANTS-00139190 | |
| 172 | 1632-22 | Hampton Dep. Ex. 3 - Text Messages with Eric Chaney | |
| 173 | 1632-23 | Excerpt of Nov. 11, 2022 Misty Hampton Dep. Tr. | 1610 |

| Opp Ex. | ECF No. | Description | Available in Full at ECF No. |
|---|---|---|---|
| 174 | 1632-24 | Latham Dep. Ex. 6 – Text Messages | |
| 175 | 1632-25 | Excerpt of Sept. 2, 2022 SullivanStrickler 30b6 (Felicetti) Dep. Tr. | 1489-2 |
| 176 | 1632-26 | SullivanStrickler 30b6 (Felicetti) Dep. Ex. 10 - Coffee County Surveillance Video still shots (Jan. 7) | |
| 177 | 1632-27 | SullivanStrickler 30b6 (Felicetti) Dep. Ex. 11 - Coffee County Surveillance Video still shots (Jan. 8) | |
| 178 | 1635-36 (sealed) | SullivanStrickler 30b6 (Felicetti) Dep. Ex. 8 - Maggio 08122022-000034 | |
| 179 | 1635-37 (sealed) | SullivanStrickler 30b6 (Felicetti) Dep. Ex. 17 - Maggio 08122022-000137 | |
| 180 | 1632-30 | Minute Sheet for proceedings held in Open Court, *Pearson et. al v. Kemp et al*, No. 1:20-cv-04809-TCB (N.D. Ga. Dec. 7, 2020) | |
| 181 | 1632-31 | Excerpt of Dec. 16, 2022 Kevin Skoglund Dep. Tr. | 1561 |
| 182 | 1632-32 | Coffee County BOE 30b6 (Stone) Dep. Ex. 7 – Coffee County Surveillance Video still shots of Jeffrey Lenberg (Jan. 27-29) | |
| 183 | 1632-33 | Coffee County BOE 30b6 (Stone) Dep. Ex. 8 - Coffee County Surveillance Video still shots of Jeffrey Lenberg & Doug Logan (Jan. 18-19) | |
| 184 | 1632-34 | Excerpt of Nov. 21, 2022 Jeffrey Lenberg Dep. Tr. | 1613 |
| 185 | 1632-35 | Lenberg Dep. Ex. 5 (Coffee County ICC & ICP Reports) | |

| Opp Ex. | ECF No. | Description | Available in Full at ECF No. |
|---|---|---|---|
| 186 | 1632-36 | Lenberg Dep. Ex. 10 (Misty Hampton preparing thumb drive for Jeffrey Lenberg) | |
| 187 | 1635-38 (sealed) | Jan. 7, 2023 Halderman Supplemental Decl. re Coffee County | |
| 188 | 1632-38 | Oct. 12, 2022 SOS 30b6 (Sterling) Dep. Ex. 21 (email chain, dated July 27, 2022, between Bruce Brown and Josh Belifante) | |
| 189 | 1632-39 | Oct. 12, 2022 SOS 30b6 (Sterling) Dep. Ex. 18 (Mike Lindell Flight) | |
| 190 | 1632-40 | Coffee County BOE 30b6 (Stone) Dep. Ex. 16 (Feb. 25, 2021 letter from Jil Ridlehoover to Coffee County BOE) | |
| 191 | 1632-41 | Coffee County BOE 30b6 (Stone) Dep. Ex. 17 (Feb. 25, 2021 letter from Misty Hampton to Coffee County BOE) | |
| 192 | 1632-42 | Excerpt of Ed Voyles production file, which contains a Feb. 24, 2021 text message thread between Ed Voyles and Misty Hampton | |
| 193 | 1632-43 | Excerpt of Aug. 16, 2022 Jil Ridlehoover Dep. Tr. | 1471-5 |
| 194 | 1635-39 (sealed) | FORTALICE001658 - Feb. 26, 2021 Evidence Collection Protocol | |
| 195 | 1632-45 | Ga. Sec'y of State, *Raffensperger to Replace Coffee County Election Equipment, End Distraction for Local Election Officials* (Sept. 23, 2022) | |
| 196 | 1632-46 | Sept. 23, 2022 State Defendants Notice Regarding Coffee County Equipment | 1492 |

| Opp Ex. | ECF No. | Description | Available in Full at ECF No. |
|---|---|---|---|
| 197 | 1632-47 | Coffee County Acceptance Testing Documents | 1377-4 |
| 198 | 1632-48 | Excerpt of Sept. 26, 2022 (No. 2) Hearing Tr. | |
| 199 | 1632-49 | SOS Notice of Intent to Award | 552, 552-1 |
| 200 | 1632-50 | Email thread from Sept. 26, 2022 between David Cross, Bruce Brown, and Bryan Tyson | |
| 201 | 1635-40 (sealed) | Nov. 10, 2022 Persinger Declaration | |
| 202 | 1633-2 | Jan. 16, 2023 Email from B. Tyson to R. Abney and C. Middleton | |
| 203 | 1633-3 | Oct. 12, 2022 SOS 30b6 (Sterling) Dep. Ex. 8 - Letter to GBI | |
| 204 | 1633-4 | State Defendant's Brief re Investigative Privilege | 1427 |
| 205 | 1633-5 | Oct. 12, 2022 SOS 30b6 (Sterling) Dep. Ex. 11 - SOS-INV000048 | |
| 206 | 1633-6 | Oct. 12, 2022 SOS 30b6 (Sterling) Dep. Ex. 13 - SOS-INV000060 | |
| 207 | 1633-7 | Oct. 12, 2022 SOS 30b6 (Sterling) Dep. Ex. 14 - SOS-INV000014 | |
| 208 | 1635-41 (sealed) | SOS-INV000041 | |
| 209 | 1633-9 | Oct. 12, 2022 SOS 30b6 (Sterling) Dep. Ex. 17 (Coffee County surveillance video still shots) | |

| Opp Ex. | ECF No. | Description | Available in Full at ECF No. |
|---------|---------|-------------|------------------------------|
| 210 | 1633-10 | SOS, Logan and Lenberg's surveillance video still shots | 1489-11 |
| 211 | 1633-11 | Excerpt of Sept. 28, 2022 Robert Sinners Dep. Tr. | 1609 |
| 212 | 1633-12 | Sinners Dep. Ex. 5 - Harry MacDougald's 45-minute call with Marilyn Marks | |
| 213 | 1635-42 (sealed) | Oct. 12, 2022 SOS 30b6 (Sterling) Dep. Ex. 29 - STATE-DEFENDANTS-00101937 | |
| 214 | 1633-14 | Oct. 12, 2022 SOS 30b6 (Sterling) Dep. Ex. 3 (password on post-it at the base of a monitor) | |
| 215 | 1635-43 (sealed) | Oct. 12, 2022 SOS 30b6 (Sterling) Dep. Ex. 7 - SOS-INV0000007 | |
| 216 | 1633-16 | 11Alive Staff, *Questions raised in timeline of state response to Coffee County breach*, 11Alive News (Sep. 26, 2022, 1:44 PM) | |
| 217 | 1633-17 | Oct. 12, 2022 SOS 30b6 (Sterling) Dep. Ex. 6 - The Carter Center, *Restoring Confidence in American Elections Panel 3* (April 29, 2022), YouTube (May 9, 2022) | |
| 218 | 1633-18 | SOS-INV000144 (SEB case list) | |
| 219 | 1633-19 | Excerpt of Sept. 13, 2020 Decl. of Philip B. Stark | 891 at PDF pp. 5-14 |
| 220 | 1633-20 | Excerpt of Philip Stark Dep. Tr. | 1560 |
| 221 | 1633-21 | Jan. 11, 2020 Decl. of Philip B. Stark | 1297-5 |
| 222 | 1633-22 | Aug. 2,  2021 Decl. of Philip B. Stark | 1304-5 |

| Opp Ex. | ECF No. | Description | Available in Full at ECF No. |
|---|---|---|---|
| 223 | 1633-23 | Dec. 13, 2019 Decl. of Andrew W. Appel | 681-3 |
| 224 | 1633-24 | Aug. 23, 2020 Decl. of Philip B. Stark | 809-2 |
| 225 | 1633-25 | Sept. 11, 2018 Decl. of Philip B. Stark | 296 |
| 226 | 1633-26 | Aug. 7, 2018 Decl. of Donna Curling | 260-4 |
| 227 | 1633-27 | Feb. 2, 2021 Decl. of Donna Curling | 1067-1 |
| 228 | 1633-28 | Excerpt of Jan. 19, 2022 Donna Curling Dep. Tr. | 1552 |
| 229 | 1633-29 | Ga. Sec'y of State, *Secretary Raffensperger Calls on Department of Justice to Investigate Allegation of Fulton County Shredding Applications* (Oct. 11, 2021) | |
| 230 | 1633-30 | Excerpt of Mar. 8, 2022 Donna Price Dep. Tr. | 1557 |
| 231 | 1633-31 | Feb. 2, 2021 Declaration of Donna Price | 1067-2 |
| 232 | 1633-32 | Feb. 2, 2021 Declaration of Jeffrey Schoenberg | 1067-3 |
| 233 | 1633-33 | Excerpt of October 2021 Jeffrey Schoenberg Dep. Tr. | 1559 |
| 234 | 1633-34 | October 2019 Declaration of Donna Price | 619-4 |
| 235 | 1633-35 | Oct. 19, 2019 Declaration of Jeffrey Schoenberg | 619-5 |
| 236 | 1633-36 | August 2020 Declaration of Jeffrey Schoenberg | 785-5 |
| 237 | 1633-37 | Feb. 24, 2022 SOS 30b6 (Sterling) Dep. Ex. 4 - Université de Genève (UNIGE), *How to safeguard democracy? A look back at the last American presidential election. Gabriel Sterling*, YouTube (Oct. 4, 2021, uploaded Nov. 25, 2021) | |

| Opp Ex. | ECF No. | Description | Available in Full at ECF No. |
|---|---|---|---|
| 238 | 1633-38 | Aug. 7, 2018 Declaration of Jeffrey Schoenberg | 260-6 |
| 239 | 1633-39 | Excerpt of August 2018 Amber McReynolds Declaration | 277 at PDF pp. 100-124 |
| 240 | 1633-40 | Excerpt of August 2020 State Defs.' Opp. to Curling Pls.' Preliminary Injunction Motion | 821 |
| 241 | 1633-41 | Intentionally Left Blank | |
| 242 | 1633-42 | Intentionally Left Blank | |
| 243 | 1633-43 | ELECTIONS_00000091 | |
| 244 | 1633-44 | ELECTIONS_00000127 | |
| 245 | 1633-45 | ELECTIONS_00000194 | |
| 246 | 1633-46 | ELECTIONS_00000198 | |
| 247 | 1633-47 | ELECTIONS_00000189 | |
| 248 | 1633-48 | Jan. 21, 2022 Fulton Cnty 30b6 (Gilstrap) Dep. Tr. Ex. 7 - STATE-DEFENDANTS-00169113 | |
| 249 | 1633-49 | Excerpt of August 2022 Cathy Latham Dep. Tr. | 1471-1 |
| 250 | 1633-50 | Coffee County BOE 30b6 (Stone) Dep. Tr. Ex. 3 - Coffee County Surveillance Video Still Shots | |
| 251 | 1634-1 | Updated January 7, 2021 Coffee County Surveillance Video Still Shots | 1489-8 |
| 252 | 1634-2 | Ben Adida Twitter (October 2, 2022) (HMPB + 1 BMD) | |

| Opp Ex. | ECF No. | Description | Available in Full at ECF No. |
|---|---|---|---|
| 253 | 1634-3 | Excerpt of August 2022 Ben Cotton Dep. Tr. | 1607 |
| 254 | 1634-4 | Excerpt of September 2018 Wenke Lee Presentation | 313-1 |
| 255 | 1635-44 (sealed) | Dec. 5, 2022 Declaration of Kevin Skoglund | |
| 256 | 1634-6 | Excerpt of Cotton Dep. Ex. 12—Decl. of Ben Cotton (D. Ariz.) | |
| 257 | 1634-7 | Excerpt of Nov. 18, 2022 Doug Logan Dep. Tr. | 1612 |
| 258 | 1635-45 (sealed) | SullivanStrickler 30b6 (Felicetti) Dep. Ex. 19 - Maggio 08122022-000098 | |
| 259 | 1634-9 | Chaney Dep. Ex. 4—STATE-DEFENDANTS 0020100 (SEB2020-250) | |
| 260 | 1634-10 | Lindsey Dep. Ex. 6 - The Carter Center, *Restoring Confidence in American Elections Panel 3* (April 29, 2022), YouTube (May 9, 2022) | |
| 261 | 1634-11 | Georgia's 2022 Statewide Risk Limiting Audit Confirms Results _ Georgia Secretary of State (Feb. 10, 2023). | |
| 262 | 1634-12 | Cotton Ex. 11 – Excerpt of Prelim. Inj. Hrg. Tr. Lake v. Hobbs, No. 22-cv-00677-JJT (D. Ariz. June 8, 2022) | |
| 263 | 1635-46 (sealed) | SullivanStrickler 30b6 (Felicetti) Dep. Ex. 12 - All Photos - Maggio 08122022-000236 to 265 | |
| 264 | 1634-14 | Excerpt of Jan. 3, 2023 J. Alex Halderman Dep. Tr. | 1564 |
| 265 | 1634-15 | Excerpt of Nov. 22, 2022 Alex Cruce Dep. Tr. | 1614 |

| Opp Ex. | ECF No. | Description | Available in Full at ECF No. |
|---|---|---|---|
| 266 | 1634-16 | Excerpt of Nov. 16, 2022 Ed Voyles Dep. Tr. | 1611 |
| 267 | 1634-17 | Excerpt of Mar. 17, 2022 CGG 30b6 (Marks) Dep. Tr. | 1565 |
| 268 | 1634-18 | Chaney Dep. Ex. 9—Misty Hampton Messages | |
| 269 | 1635-47 (sealed) | Chaney Dep. Ex. 10 – Maggio 08122022-000034 | |
| 270 | 1634-20 | Excerpt of October 2022 State Defs.' Opp to Coalition Pls.' Emergency Motion for Relief re Protective Order | 1517 |
| 271 | 1634-21 | July 20, 2022 Ryan Germany Email re Interview CC | 1440-7 |
| 272 | 1634-22 | Excerpt of Apr. 7, 2022 Hearing Tr. | 1374 |
| 273 | 1634-23 | May 30, 2019 Declaration of Donna Curling | 387-5 |
| 274 | 1634-24 | May 30, 2019 Declaration of Donna Price | 387-6 |
| 275 | 1634-25 | May 30, 2019 Declaration of Jeffrey Schoenberg | 387-7 |
| 276 | 1634-26 | Excerpt of February 2021 State Defs.' Brief re Standing | 1066 |
| 277 | 1634-27 | Excerpt of August 2020 Fulton Cnty Opp. to Curling Pls.' Preliminary Injunction Motion | 878 |
| 278 | 1634-28 | Excerpt of November 2019 State Defs.' Reply ISO MTD Pls.' Amended Complaints | 653 |
| 279 | 1634-29 | Excerpt of October 2017 Fulton Cnty Defs.' Reply ISO Motion to Dismiss | 100 |
| 280 | 1634-30 | Order Requesting Proposed Discovery Schedules | 1088 |

| Opp Ex. | ECF No. | Description | Available in Full at ECF No. |
|---|---|---|---|
| 281 | 1634-31 | Order Denying Defs Requests to Dismiss re Lack of Standing | 1154 |
| 282 | 1634-32 | Excerpt of February 2021 Curling Pls Brief Regarding Standing | 1067 |
| 283 | 1634-33 | Excerpt of November 2021 Curling Pls.' Reply ISO Motion to Sever DRE Claims | 1220 |
| 284 | 1634-34 | Excerpt of February 2021 Curling Pls.' Reply Brief re Standing | 1075 |
| 285 | 1634-35 | Excerpt of January 2021 Pls.' Jt. Statement re Standing | 1051 |
| 286 | 1634-36 | Excerpt of June 2022 Ex. A—December 2021 SEB Hearing Transcript-Coffee County Portion | 1397-1 |
| 287 | 1634-37 | Andrew W. Appel et. al., *Ballot-Marking Devices (BMDs) Cannot Assure the Will of the Voters*, Election L. J., 20 (Feb. 14, 2020) | |
| 288 | 1634-38 | Excerpt of October 2021 Coalition Pls.' Motion to Sever DRE Claims | 1182 |
| 289 | 1634-39 | Excerpt of October 2021 Curling Pls.' Notice of Joinder to Motion to Sever DRE Claims | 1188 |
| 290 | 1634-40 | Excerpt of Fulton Cnty Response to Coalition Pls 2nd RFA | 1297-6 |
| 291 | 1634-41 | Email re 2nd follow-up requesting documents | 1360-5 |
| 292 | 1634-42 | Excerpt of August 2017 State Defs' Brief ISO MTD | 8-1 |
| 293 | 1634-43 | Oct. 4, 2019 Declaration of Donna Curling | 619-3 |

| Opp Ex. | ECF No. | Description | Available in Full at ECF No. |
|---|---|---|---|
| 294 | 1634-44 | Excerpt of February 2021 Marilyn Marks Declaration | 1071-2 |
| 295 | 1634-45 | May 20, 2021 Amended Scheduling Order | 1093 |
| 296 | 1634-46 | Feb. 23, 2022 Order Granting Motion to Exclude Supplemental Buell Report | 1322 |
| 297 | 1634-47 | August 19, 2020 Declaration of Donna Curling | 785-3 |
| 298 | 1634-48 | August 19, 2020 Declaration of Donna Price | 785-4 |
| 299 | 1634-49 | Excerpt of September 2022 State Defs.' Notice of Conditional Objection to September 9 Proceeding. | 1473 |
| 300 | 1634-50 | Greg Freemyer—Combined Posts | |
| 301 | 1634-51 | Excerpt of July 2022 Ex. A. Skoglund Declaration re CVR | 1439 |
| 302 | 1634-52 | Excerpt of Dec. 12, 2018 SAFE Commission Tr. | 1551-2 |

Respectfully submitted, this 5th day of May, 2023.

**/s/ David D. Cross**
David D. Cross (*pro hac vice*)
Mary G. Kaiser (*pro hac vice*)
Hannah R. Elson (*pro hac vice*)
Riley Jo Porter (*pro hac vice*)
Sonja N. Swanbeck (*pro hac vice*)
Caroline L. Middleton (*pro hac vice*)
Wail Jihadi (*pro hac vice*)
Oluwasegun Joseph (*pro hac vice*)
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037
(202) 887-1500

**/s/ Adam M. Sparks**
Halsey G. Knapp, Jr.
GA Bar No. 425320
Adam M. Sparks
GA Bar No. 341578
Jessica G. Cino
GA Bar No. 577837
KREVOLIN & HORST, LLC
1201 West Peachtree Street, NW
Suite 3250
Atlanta, GA 30309
Tel: (404) 888-9700
Fax: (404) 888-9577
Email: hknapp@khlawfirm.com
Email: sparks@khlawfirm.com
Email: cino@khlawfirm.com

*Counsel for Curling Plaintiffs*

26

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## <u>CERTIFICATE OF COMPLIANCE</u>

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

<u>**/s/ Adam M. Sparks**</u>
Adam M. Sparks
*Counsel for Curling Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

**DONNA CURLING, ET AL.,**
**Plaintiffs,**

**v.**

**BRAD RAFFENSPERGER, ET AL.,**
**Defendants.**

**Civil Action No. 1:17-CV-2989-AT**

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2023, a copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

**/s/ Adam M. Sparks**
Adam M. Sparks
*Counsel for Curling Plaintiffs*

28