IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BRAD RAFFENSPERGER, *et al.*, <br><br> *Defendants*. | CIVIL ACTION <br><br> FILE NO. 1:17-cv-2989-AT |

**STATE DEFENDANTS' NOTICE OF FILING SELECTED EXHIBITS IN CONNECTION WITH STATE DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

State Defendants submit this notice of filing the exhibits below pursuant to the Court's instruction during the May 2, 2023 hearing on Defendants' motions for summary judgment. The exhibits highlighted herein are labeled by the exhibit number used in State Defendants' Statement of Undisputed Material Facts [Doc. 1569]. Additionally, the corresponding docket numbers are included after the exhibits' descriptions.

Numbers 2-9, which include the deposition transcripts for all Curling and Coalition for Good Governance plaintiffs, are included to show the lack of injury and burden on plaintiffs' rights to vote. [Ex. Nos. 16, 20, 22, 25, 28, 30, 33, 35].

Numbers 1, and 10-11, which include Dr. Gilbert's declaration and statements on the 2020 and 2022 risk-limiting audits, are included to show the auditability and reliability of the Georgia Dominion BMDs. [Ex. Nos. 5, 38-39].

Finally, numbers 12-15, which include the deposition transcripts of Plaintiffs' experts, are included to show that no malware has ever been found on the Georgia Dominion BMD systems. [Ex. Nos. 45, 56-57, 60].

The Exhibits mentioned herein are listed below:

1. Ex. No. 5: November 13, 2019 Declaration of Juan E. Gilbert, PH.D. [Doc. 1569-5];

2. Ex. No. 16: January 19, 2022 Deposition Transcript Excerpts of Donna Curling [Doc. 1570-1], full transcript found at [Doc. 1552];

3. Ex. No. 20: March 8, 2022 Deposition Transcript Excerpts of Donna Price [Doc. 1570-2], full transcript found at [Doc. 1557];

4. Ex. No. 22: October 19, 2021 Deposition Transcript Excerpts of Jeffrey Schoenberg [Doc. 1570-3], full transcript found at [Doc. 1559];

5. Ex. No. 25: March 17, 2022 30(b)(6) Deposition Transcript Excerpts of Coalition for Good Governance [Doc. 1569-25], full transcript found at [Doc. 1565];

6. Ex. No. 28: September 23, 2021 Deposition Transcript Excerpts of Laura Marie Digges [Doc. 1569-28], full transcript found at [Doc. 1554];

7. Ex. No. 30: September 23, 2021 Deposition Transcript Excerpts of William Edward Digges, III [Doc. 1569-30], full transcript found at [Doc. 1555];

8. Ex. No. 33: September 29, 2021 Deposition Transcript Excerpts of Ricardo Davis [Doc. 1569-33], full transcript found at [Doc. 1556];

9. Ex. No. 35: September 28, 2021 Deposition Transcript Excerpts of Megan Missett [Doc. 1569-35], full transcript found at [Doc. 1558];

10. Ex. No. 38: The Carter Center Preliminary Statement on Georgia's November 2022 Risk-Limiting Audit Process [Doc. 1569-38];

11. Ex. No. 39: Georgia Secretary of State Risk-Limiting Audit Report 2020 [Doc. 1569-39];

12. Ex. No. 45: December 16, 2022 Deposition Transcript Excerpts of Dr. Phillip B. Stark [Doc. 1570-5], full transcript found at [Doc. 1560];

13. Ex. No. 56: December 16, 2022 Deposition Transcript Excerpts of Kevin Skoglund [Doc. 1570-6], full transcript found at [Doc. 1561];

14. Ex. No. 57: November 17, 2021 Deposition Transcript Excerpts of Dr. J. Alex Halderman [Doc. 1570-7], full transcript found at [Doc. 1563]; and

15. Ex. No. 60: January 27, 2022 Deposition Transcript Excerpts of Dr. Andrew W. Appel [Doc. 1570-9], full transcript found at [Doc. 1553].

Respectfully submitted this 9th day of May 2023.

*/s/ Vincent R. Russo*

| Vincent R. Russo | 242628 |
| Josh Belinfante | 047399 |
| Carey Miller | 976240 |
| Alexander Denton | 660632 |
| Edward A. Bedard | 926148 |
| Javier Pico Prats | 664717 |

        Anna Edmondson    289667
ROBBINS ALLOY BELINFANTE
 LITTLEFIELD, LLC
500 14th St. NW
Atlanta, GA 30318
T: (678) 701-9381
F: (404) 856-3255
E: vrusso@robbinsfirm.com
   jbelinfante@robbinsfirm.com
   cmiller@robbinsfirm.com
   adenton@robbinsfirm.com
   ebedard@robbinsfirm.com
   jpicoprats@robbinsfirm.com
   aedmondson@robbinsfirm.com

Bryan P. Tyson     515411
Diane F. LaRoss    430830
Bryan F. Jacoutot   668272
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
T: 678-336-7249
E: btyson@taylorenglish.com
   dlaross@taylorenglish.com
   bjacoutot@taylorenglish.com

*Counsel for State Defendants*

## **L.R. 7.1(D) CERTIFICATION**

I certify that this Notice of Filing has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C).  Specifically, this Response has been prepared using 13-pt Century Schoolbook font.

*/s/ Vincent R. Russo*
Vincent R. Russo