IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*, | : |
| Plaintiffs, | : |
| v. | : CIVIL ACTION NO. |
| | : 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, *et al.*, | : |
| Defendants. | : |

## **ORDER**

At this stage, the Court is prepared to allow both the redacted version of Dr. J. Alex Halderman's July 2021 expert report and the MITRE report to be filed on the public docket. The Court has already received proposed redactions to Dr. Halderman's report, but it has not yet received any proposed redactions to the MITRE report. Accordingly, the parties are **DIRECTED** to review and provide any proposed redactions to the MITRE report by no later than **Monday, June 5, 2023**.[1] Counsel should submit their proposed redactions to the Court via email to the Court's Courtroom Deputy, Mr. Harry Martin.

---

[1] Although Plaintiffs have argued that the Court should not consider the MITRE report for purposes of resolving Defendants' pending Motions for Summary Judgment, the Court views that as a separate issue from the question of whether and to what extent the MITRE report should be available on the public docket. Plaintiffs shall not be deemed to have waived any of their objections to the Court's consideration of the MITRE report by providing the Court with proposed redactions.

**IT IS SO ORDERED** this 26th day of May, 2023.

_____
**Honorable Amy Totenberg
United States District Judge**