**taylor | english**

Taylor English Duma LLP 1600 Parkwood Circle, Suite 200, Atlanta, Georgia 30339
Main: 770.434.6868 Fax: 770.434.7376 taylorenglish.com

Bryan P. Tyson
Direct Dial: (678) 336-7249
Email: btyson@taylorenglish.com

June 1, 2023

**VIA CM/ECF FILING**

Mr. Harry Martin
Courtroom Deputy for
The Honorable Amy Totenberg
2388 Richard B. Russell Federal Building and United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, GA 30303-3309

  Re: *Donna Curling, et al. v. Brad Raffensperger, in his official capacity as Secretary of State for the State of Georgia, et al.*
    U.S. District Court for the Northern District of Georgia, Atlanta Division
    Civil Action File No. 1:17-cv-2989-AT

Dear Mr. Martin:

  Pursuant to Local Rule 83.1(E)(4), please accept this letter as notification of my leave of absence in the above-referenced matter for the following dates:

- September 5 – September 25, 2023 for trial in *Alpha Phi Alpha v. Raffensperger*, *Grant v. Raffensperger*, and *Pendergrass v. Raffensperger* before Judge Steve Jones.

- November 13 – December 1, 2023 for trial in *Ga. State Conference of the NAACP v. State of Georgia* and *Common Cause v. Raffensperger* before Judges Branch, Jones, and Grimberg.

  I respectfully request that this case not be calendared during these days.

            Respectfully,

            */s/ Bryan P. Tyson*
            Bryan P. Tyson

BPT/vl

cc:  All counsel of record (via CM/ECF only)