**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

**PLAINTIFFS' NOTICE OF FILING EXPERT STATEMENTS IN**
**SUPPORT OF UNSEALING THE REDACTED HALDERMAN REPORT**
**(DKT. 1639)**

Plaintiffs jointly file the following expert statements that were submitted to the Court on May 16, 2023, in response to the Court's May 5, 2023 request relating to Plaintiffs' position regarding unsealing the July 2021 Expert Report prepared by Dr. Alex Halderman (with support from Dr. Drew Springall):

- May 11, 2023 Statement by Computer Security Experts, "Unsealing the Halderman report would be Responsible Vulnerability Disclosure;"

- May 12, 2023 Declaration of Dr. Andrew A. Appel;

- May 15, 2023 Statement of Gregory A. Miller, OSET Institute, Inc.;

- May 15, 2023 Declaration of Kevin Skoglund;

- May 15, 2023 Declaration of Dr. Richard DeMillo;

- May 15, 2023 Declaration of Dr. Duncan A. Buell; and

- May 16, 2023 Declaration of Dr. J. Alex Halderman.

1

Respectfully submitted this 5th day of June, 2023.

 /s/ David D. Cross                             /s/ Halsey G. Knapp, Jr.
David D. Cross (*pro hac vice*)          Halsey G. Knapp, Jr.
Mary G. Kaiser (*pro hac vice*)          GA Bar No. 425320
Hannah R. Elson (*pro hac vice*)         Adam M. Sparks
MORRISON & FOERSTER LLP              GA Bar No. 341578
2100 L Street, NW, Suite 900              KREVOLIN & HORST, LLC
Washington, DC 20037                       1201 West Peachtree Street, NW
(202) 887-1500                                  Suite 3250
                                                       Atlanta, GA 30309
                                                       (404) 888-9700

*Counsel for Plaintiffs Donna Curling, Donna Price & Jeffrey Schoenberg*

/s/ Bruce P. Brown                            /s/ Robert A. McGuire, III
Bruce P. Brown                                Robert A. McGuire, III
Georgia Bar No. 064460                     Admitted Pro Hac Vice
BRUCE P. BROWN LAW LLC                  (ECF No. 125)
1123 Zonolite Rd. NE                         ROBERT MCGUIRE LAW FIRM
Suite 6                                              113 Cherry St. #86685
Atlanta, Georgia 30306                       Seattle, Washington 98104-2205
(404) 881-0700                                  (253) 267-8530

/s/ Russell T. Abney
Russell T. Abney
Georgia Bar No. 000875
WATTS GUERRA, LLP
4 Dominion Drive, Building 3
Suite 100
San Antonio, TX 78257
(404) 670-0355

*Counsel for Plaintiff Coalition for Good Governance*

*/s/ Cary Ichter*
Cary Ichter
Georgia Bar No. 382515
ICHTER DAVIS LLC
3340 Peachtree Road NE
Suite 1530
Atlanta, Georgia 30326
(404) 869-7600

*Counsel for Plaintiffs William Digges III, Laura Digges,*
*Ricardo Davis & Megan Missett*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to LR 7.1(D), I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

<u>*/s/ David D. Cross*</u>
David D. Cross

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

---

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 5, 2023, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

<u>*/s/ David D. Cross*</u>
David D. Cross