IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*, | : |
| Plaintiffs, | : |
| v. | : CIVIL ACTION NO. |
| | : 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, *et al.*, | : |
| Defendants. | : |

## **ORDER**

This matter is currently before the Court on the State Defendants' Motion to Seal [Doc. 1575]. Having reviewed the State Defendants' Motion and Plaintiffs' Responses (Docs. 1582, 1583), and finding good cause shown, the Court hereby **ORDERS** the State Defendants to file redacted versions of the following exhibits consistent with the manner they have previously discussed with Plaintiffs' counsel:

- (Doc. 1570-3) Ex. No. 22: October 19, 2021 Deposition Transcript of Jeffrey Schoenberg; and

- (Doc. 1570-6) Ex. No. 56: December 16, 2022 Deposition of Kevin Skoglund.

Additionally, the Clerk is **DIRECTED** to unseal the following documents so that they will be visible on the public docket:[1]

---

[1] The State Defendants have also requested that the Court unseal the MITRE Report (Doc. 1570-4). The Court is addressing that request in a separate Order.

- (Doc. 1570-1) Ex. No. 16: January 19, 2022 Deposition Transcript of Donna Curling;

- (Doc. 1570-2) Ex. No. 20: March 8, 2022 Deposition Transcript of Donna Price;

- (Doc. 1570-5) Ex. No. 45: December 16, 2022 Deposition of Dr. Phillip B. Stark;

- (Doc. 1570-7) Ex. No. 57: November 17, 2021 Deposition of Dr. J. Alex Halderman;

- (Doc. 1570-8) Ex. No. 58: January 3, 2023 Deposition of Dr. J. Alex Halderman; and

- (Doc. 1570-9) Ex. No. 60: January 27, 2022 Deposition of Dr. Andrew W. Appel.

**IT IS SO ORDERED** this 7th day of June, 2023.

_____
**Honorable Amy Totenberg
United States District Judge**