**COALITION PLAINTIFFS' TABLE 4(A) - TIMEKEEPER DETAIL PER PHASE**

### Phase I: 2017 to 2/28/18: Case Initiation, State Court Complaint, Second Amended Complaint

| Firm | Timekeeper | Hours | Rate | Lodestar | Notes |
|---|---|---|---|---|---|
| McGuire Firm | McGuire, Robert | 152.69 | $615.00 | $93,904.35 | |
| Brown Firm | Brown, Bruce | 0 | $625.00 | $ - | |
| Ichter Davis | Ichter, Cary | 9.7 | $625.00 | $6,062.50 | |
| | Davis, W. | 0.6 | $350.00 | $210.00 | |
| | Total - Ichter Davis | 10.3 | | $6,272.50 | Table 4 has 10 even for Ichter hours; .3 difference is due to rounding. The 10.3 figure is correct. |
| Ney Firm | Ney, WB | 56.1 | $450.00 | $25,245.00 | |
| | Law Clerk | 10.5 | $145.00 | $1,522.50 | |
| | Paralegal | 1.9 | $145.00 | $275.50 | |
| | Ney Firm Total | 68.5 | | $27,043.00 | |
| Coalition Total | | 231.49 | | $127,219.85 | |

### Phase II: 3/1/18 - 6/30/18: Third Amended Complaint, Motion to Dismss

| Firm | Timekeeper | Hours | Rate | Lodestar | Notes |
|---|---|---|---|---|---|
| McGuire Firm | McGuire, Robert | 147.93 | $615.00 | $90,976.95 | |
| Brown Firm | Brown, Bruce | 67.4 | $625.00 | $42,125.00 | |
| Ichter Davis | Ichter, Cary | 68.4 | $625.00 | $42,750.00 | |
| | Lemieux, J. | 5.9 | $195.00 | $1,150.50 | |
| | Ichter Davis Total | 74.3 | | $43,900.50 | Table 4 has 74 even for Ichter hours; .3 difference is due to rounding. The 74.3 figure is correct. |
| Ney Firm | Ney, WB | 35.2 | $450.00 | $15,840.00 | |
| | Law Clerk | 3.1 | $145.00 | $449.50 | |
| | Paralegal | 8.7 | $145.00 | $1,261.50 | |
| | Ney Firm Total | 47 | | $17,551.00 | |
| Coalition Total | | 336.63 | | $194,553.45 | |

### Phase III: 7/1/2018-9/19/2018: 2018 Motion for Preliminary Injunction

| Firm | Timekeeper | Hours | Rate | Lodestar | Notes |
|---|---|---|---|---|---|
| McGuire | McGuire, Robert | 185.62 | $615.00 | $114,156.30 | |
| Brown | Brown, Bruce | 159.05 | $625.00 | $99,406.25 | |
| Ichter Davis | Ichter, Cary | 21.5 | $625.00 | $13,437.50 | |
| | Lemieux, J. | 3 | $195.00 | $585.00 | |
| | Ichter Davis Total | 24.5 | | $14,022.50 | Table 4 has 25 even for Ichter hours; .5 difference is due to rounding. The 24.5 figure is correct. |
| Ney Firm | Ney, WB | 8.1 | $450.00 | $3,645.00 | |
| | Law Clerk | 0 | $145.00 | $ - | |
| | Paralegal | 1.9 | $145.00 | $275.50 | |
| | Ney Firm Total | 10 | | $3,920.50 | |
| Coalition Total | | 379.17 | | $231,505.55 | |

### Phase IV - 9/20/18-10/2/18 - Motion to Stay, Motion for Additional Injunct4e Relief

| Firm | Timekeeper | Hours | Rate | Lodestar | Notes |
|---|---|---|---|---|---|
| McGuire Firm | McGuire, Robert | 10.12 | $615.00 | $6,223.80 | |
| Brown Firm | Brown, Bruce | 44.3 | $625.00 | $27,687.50 | |
| Ichter Davis | Ichter, Cary | 11.8 | $625.00 | $7,375.00 | |
| | Davis, W. | 1.1 | $350.00 | $385.00 | |
| | Lemieux, J. | 2.3 | $195.00 | $448.50 | |
| | Ichter Davis Total | 15.2 | | $8,208.50 | Table 4 has 15 even for Ichter hours; .2 difference is due to rounding. The 15.2 figure is correct. |
| Coalition Total | | 69.62 | | $42,119.80 | |

### Phase V: 10/3/18 - 2/8/2019: Stay, 2018 Election, Appeal

| Firm | Timekeeper | Hours | Rate | Lodestar | Notes |
|---|---|---|---|---|---|
| McGuire Firm | **McGuire, Robert** | **4.98** | $ 615.00 | $ **3,062.70** | |
| Brown Firm | **Brown, Bruce** | **26.2** | $ 625.00 | $ **16,375.00** | |
| Ichter Davis | Ichter, Cary | 5.5 | $ 625.00 | $ 3,437.50 | |
| | Lemieux, J. | 10.3 | $ 195.00 | $ 2,008.50 | |
| | **Ichter Davis Total** | **15.8** | | $ **5,446.00** | Table 4 has 16 even for Ichter hours; .2 difference is due to rounding. The 15.8 figure is correct. |
| **Coalition Total** | | **46.98** | | $ **24,883.70** | |

### Phase VI: 2/9/19 - 8/15/19: 2019 Motion for Preliminary Injunction

| Firm | Timekeeper | Hours | Rate | Lodestar | Notes |
|---|---|---|---|---|---|
| McGuire Firm | **McGuire, Robert** | 8.59 | $ 615.00 | $ **5,282.85** | |
| Brown Firm | **Brown, Bruce** | 497.8 | $ 625.00 | $ **311,125.00** | |
| Ichter Davis | Ichter, Cary | 99.3 | $ 625.00 | $ 62,062.50 | |
| | Davis, W. | 1.4 | $ 350.00 | $ 490.00 | |
| | Berland, A. | 21.5 | $ 350.00 | $ 7,525.00 | |
| | Lemieux, J. | 25.5 | $ 195.00 | $ 4,972.50 | |
| | **Ichter Davis Total** | **147.7** | | $ **75,050.00** | Table 4 has 148 even for Ichter hours; .7 difference may be due to rounding. The 148.7 figure is correct. |
| The Lawyers Comm. | Rosenberg, E | 78.6 | $ 650.00 | $ 51,090.00 | See reduction at Doc. 705 at 133 of 17.5 |
| | Greenbaum, J. | 7 | $ 650.00 | $ 4,550.00 | |
| | Powers, J. | 244.2 | $ 400.00 | $ 97,680.00 | |
| | Brody, D. | 150 | $ 400.00 | $ 60,000.00 | See reduction at Doc. 705 at 133 of 17.5 |
| | Conarck, J. | 65.6 | $ 250.00 | $ 16,400.00 | |
| | Snow, R. | 13.2 | $ 250.00 | $ 3,300.00 | |
| | Walter, A. | 40.5 | $ 150.00 | $ 6,075.00 | |
| | Wilson, C. | 150 | $ 150.00 | $ 22,500.00 | |
| | The LC Write offs | -17.6 | | $ (11,505.00) | Unexplained difference in tally |
| | **The LC Total** | **731.5** | | $ **250,090.00** | |
| **Coalition Total** | | **1385.59** | | $ **641,547.85** | |

### Phase VII: 8/16/19 - 1/21/20: Enforcement of Injunction and Fee Application

| Firm | Timekeeper | Hours | Rate | Lodestar | Notes |
|---|---|---|---|---|---|
| McGuire Firm | **McGuire, Robert** | 74.14 | $ 615.00 | $ **45,596.10** | |
| Brown Firm | **Brown, Bruce** | 215.55 | $ 625.00 | $ **134,718.75** | |
| Ichter Davis | Ichter, Cary | 34.9 | $ 625.00 | $ 21,812.50 | |
| | Davis, W. | 5.7 | $ 350.00 | $ 1,995.00 | |
| | Conner, J. | 3.8 | $ 195.00 | $ 741.00 | |
| | Lemieux, J. | 7.2 | $ 195.00 | $ 1,404.00 | |
| | **Ichter Davis Total** | **51.6** | | $ **25,952.50** | .2 less than originally claimed |
| The Lawyers Comm. | Conarck, J. | 15.6 | $ 250.00 | $ 3,900.00 | See Doc. 705 at 134 |
| | Powers, J. | 24.5 | $ 400.00 | $ 9,800.00 | See Doc. 705 at 134 and Doc. 632 at 195 (late August time) |
| | Rosenberg, E. | 2.5 | $ 650.00 | $ 1,625.00 | Doc. 632 at 195 (late August time) |
| | **The LC Total** | **42.6** | | $ **15,325.00** | Table 4 Shows 43 (reason for .4 difference unknown) |
| **Coalition Total** | | **383.89** | | $ **221,592.35** | |