| | Hours | Lodestar | Percentage of Total Lodestar |
|---|---|---|---|
| **Cross Check** | | | |
| Coalition Total Phase I | 231.49 | $ 127,219.85 | 9% |
| Coalition Total Phase II | 336.63 | $ 194,553.45 | 13% |
| Coalition Total Phase III | 379.17 | $ 231,505.55 | 16% |
| Coalition Total Phase IV | 69.62 | $ 42,119.80 | 3% |
| Coalition Total Phase V | 46.98 | $ 24,883.70 | 2% |
| Coalition Total Phase VI | 1385.59 | $ 641,547.85 | 43% |
| Coalition Total Phase VII | 383.89 | $ 221,592.35 | 15% |
| Total Hours This Table | 2833.37 | | |
| Total Hours Table IV Doc. 705 | 2834.17 | | |
| Total Lodestar This Table | | $ 1,483,422.55 | 100% |
| Total Lodestar Doc. 705 | | $ 1,483,422.00 | |
| | | | |
| Total McGuire Lodestar This Table | $ | 359,203.05 | |
| Total McGuire Lodestar Doc. 705 | $ | 359,203.00 | |
| Claimed Dollars as a Percentage of Lodestar | | 24% | |
| | | | |
| Total Brown Lodestar This Table | $ | 631,437.50 | |
| Total Brown Lodestar Doc. 705 | $ | 631,438.00 | |
| Claimed Dollars as a Percentage of Lodestar | | 43% | |
| | | | |
| Total Ichter Firm Lodestar this Table | $ | 178,852.50 | |
| Total Ichter Firm Lodestar Doc. 705 | $ | 178,852.00 | |
| Claimed Dollars as a Percentage of Lodestar | | 12% | |
| | | | |
| Total Ney Firm Lodestar this Table | $ | 48,514.50 | |
| Total Ney Firm Lodestar Doc. 705 | $ | 48,514.00 | |
| Claimed Dollars as a Percentage of Lodestar | | 3% | |
| | | | |
| Total LC Lodestar this Table | $ | 265,415.00 | |
| Total LC Lodestar Doc. 705 | $ | 265,415.00 | |
| Claimed Dollars as a Percentage of Lodestar | | 18% | |