# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>Plaintiffs,<br><br>v.<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br>Defendants. | **Civil Action No. 1:17-CV-2989-AT** |

## KREVOLIN & HORST'S NOTICE OF FILING OF REORGANIZED EXHIBITS AS DIRECTED BY THE COURT

Per the Court's recent directive, Krevolin & Horst amends downward its fee request as per the attached Exhibit A which reorganized its previously filed exhibits by dividing the services rendered into phases.

Respectfully submitted this 27th day of June, 2023.

                                       */s/ Halsey G. Knapp, Jr.*
                                       Halsey G. Knapp, Jr.
                                       GA Bar No. 425320
                                       Adam M. Sparks
                                       GA Bar No. 341578
                                       KREVOLIN & HORST, LLC
                                       1201 West Peachtree Street, NW
                                       Suite 3250
                                       Atlanta, GA 30309
                                       (404) 888-9700

*Counsel for Plaintiffs Donna Curling, Donna Price & Jeffrey Schoenberg*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>v.<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## CERTIFICATE OF COMPLIANCE

Pursuant to LR 7.1(D), I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

*/s/Halsey G. Knapp, Jr.*
Halsey G. Knapp, Jr.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., Plaintiffs, v. BRAD RAFFENSPERGER, ET AL., Defendants. | Civil Action No. 1:17-CV-2989-AT |

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2023, a copy of the foregoing **KREVOLIN & HORST'S NOTICE OF FILING OF REORGANIZED EXHIBITS AS DIRECTED BY THE COURT** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

*/s/ Halsey G. Knapp, Jr.*
Halsey G. Knapp, Jr.