# EXHIBIT 1

**CURLING PLAINTIFFS' HOURS AND FEES BY PHASE**

| Phase | Dates | Major Activities in the Phase | DAVID D. CROSS | | CATHERINE L. CHAPPLE | | ARVIND S. MIRIYALA | | JANE P. BENTROTT | | ROBERT MANOSO | | CAMERON TEPFER | | JENNA B. CONAWAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Hours | Dollars | Hours | Dollars | Hours | Dollars | Hours | Dollars | Hours | Dollars | Hours | Dollars | Hours | Dollars |
| I | 2017 to February 28, 2018 | Case Initiation, State Court Complaint; Second Amended Complaint | 1.25 | $ 1,250.00 | | | | | | | | | | | | |
| II | March 1, 2018 – June 30, 2018 | Third Amended Complaint; Motion to Dismiss | 181 | $ 181,000.00 | 158.5 | $ 114,911.75 | 253.25 | $ 116,677.00 | 111 | $ 66,600.00 | 60 | $ 43,500.00 | | | 65 | $ 23,075.00 |
| III | July 1, 2018 – September 19, 2018 | 2018 Motion for Preliminary Injunction | 189.25 | $ 189,250.00 | 709 | $ 101,318.75 | 263.28 | $ 122,095.00 | 188.5 | $ 113,100.00 | 154.5 | $ 112,012.50 | | | 65 | $ 23,075.00 |
| IV | September 20, 2018 to October 2, 2018 | Motion to Stay, Motion for Additional Injunctive Relief | 6 | $ 6,000.00 | 1.5 | $ 1,087.50 | 27 | $ 12,420.00 | 8.75 | $ 5,250.00 | 0.25 | $ 181.25 | | | 8.75 | $ 3,106.25 |
| V | October 3, 2018 to February 8, 2019 | Stay, 2018 Election, Appeal | 101.25 | $ 102,338.75 | 5.75 | $ 4,290.00 | 114.25 | $ 56,967.50 | 9.25 | $ 5,597.50 | 5.75 | $ 4,168.75 | | | 11 | $ 3,935.00 |
| VI | February 9, 2019 to August 15, 2019 | 2019 Motion for Preliminary Injunction | 345.75 | $ 368,223.75 | 464.25 | $ 371,400.00 | 393.75 | $ 216,562.50 | 197.5 | $137.262.50 | 130.5 | $ 104,400.00 | 144.25 | $ 108,187.50 | 169.5 | $ 63,562.50 |
| VII | August 16, 2019 to Present | Enforcement and Fee Application | 47 | $ 50,055.00 | | | | | | | | | | | 36 | $ 13,500.00 |
| TOTALS | | | 871.5 | $ 898,117.50 | 1339 | $ 593,008.00 | 1051.53 | $ 524,722.00 | 515 | $ 190,547.50 | 351 | $ 264,262.50 | 144.25 | $ 108,187.50 | 355.25 | $ 130,253.75 |

1

| Phase | Dates | Major Activities in the Phase | JOHN P. CARLIN | | MARCIE BRIMER | | REEMA S. ALI | | AUSTIN MICHAEL UHLER | | TOTALS | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Hours | Dollars | Hours | Dollars | Hours | Dollars | Hours | Dollars | Hours | Dollars |
| I | 2017 to February 28, 2018 | Case Initiation, State Court Complaint; Second Amended Complaint | 1 | $ 1,150.00 | | | | | | | 2.25 | $ 2,400.00 |
| II | March 1, 2018 – June 30, 2018 | Third Amended Complaint; Motion to Dismiss | 27 | $ 33,075.00 | | | | | | | 855.75 | $ 578,838.75 |
| III | July 1, 2018 – September 19, 2018 | 2018 Motion for Preliminary Injunction | 34 | $ 41,650.00 | | | | | | | 1,603.50 | $ 702,501.25 |
| IV | September 20, 2018 to October 2, 2018 | Motion to Stay, Motion for Additional Injunctive Relief | 3 | $ 3,675.00 | | | | | | | 55.25 | $ 31,720.00 |
| V | October 3, 2018 to February 8, 2019 | Stay, 2018 Election, Appeal | 3 | $ 3,775.00 | | | | | | | 250.25 | $ 181,072.50 |
| VI | February 9, 2019 to August 15, 2019 | 2019 Motion for Preliminary Injunction | 27.75 | $ 39,543.75 | 118 | $ 76,700.00 | 93.25 | $ 48,956.25 | | | 1954 | $ 1,430,398.75 |
| VII | August 16, 2019 to Present | Enforcement and Fee Application | | | | | | | 265.75 | $ 124,827.50 | 348.75 | $ 188,382.50 |
| TOTALS | | | 95.75 | $ 122,868.75 | 118 | $ 76,700.00 | 93.25 | $ 48,956.25 | 265.75 | $ 124,827.50 | **5069.75** | **$ 3,115,313.75** |

2