IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE NO. 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, ) | |
| ET AL., ) | |
| ) | |
| Defendants. ) | |

**[PROPOSED] ORDER ALLOWING ELECTRONIC EQUIPMENT**

Good cause having been shown, Coalition Plaintiffs' Motion to Allow Electronic Equipment is GRANTED. For use during the Court's conference on September 1, 2023, Coalition Plaintiffs' client representative Marilyn Marks may bring one (1) laptop with power cords, one (1) smart phone, and associated cables and accessories. All of said equipment shall be subject to inspection. Proper identification is required upon entering the security station on the Plaza or Lower Plaza Level.

**IT IS SO ORDERED** this __ day of August, 2023

_____
Amy Totenberg
United States District Court Judge