IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL. | |
| Plaintiffs, | |
| v. | CIVIL ACTION NO.: 1:17-cv-02989-AT |
| BRAD RAFFENSPERGER, ET AL. | |
| Defendants. | |

**CERTIFICATE OF CONSENT TO WTIHDRAW AS COUNSEL FOR NON-PARTY CATHLEEN LATHAM**

COME NOW Holly A. Pierson and the law firm of Pierson Law LLC and, pursuant to Rule 83.1E of the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, file this Certificate of Consent to Withdraw as Counsel for Non-Party Cathleen Latham in this action.

Mrs. Latham affirms that she has been informed, pursuant to Rule 83.1E, that this Court retains jurisdiction over this case; that it is her obligation to keep the Court informed of a location where notices, pleadings, or other papers may be served on her; and that the failure or refusal to satisfy court-related obligations could result in adverse consequences.

Mrs. Latham has selected Bill Cromwell of Cromwell Law LLC to serve as her counsel in this matter. Mr. Cromwell has signed this certificate as prescribed by

Rule 83.1E and will imminently enter his appearance into this matter on Mrs. Latham's behalf..

Respectfully submitted this the 31st day of August, 2023.

/s/ Holly A. Pierson
Holly A. Pierson
Georgia Bar No. 579655
PIERSON LAW LLC
2951 Piedmont Rd. NE, Ste. 200
Atlanta, Georgia 30305
(404) 353-2316
hpierson@piersonlawllc.com

| **CONSENTED TO BY:** | **AGREED TO BY SUBSTITUTE COUNSEL:** |
|---|---|
| /s/ Cathleen Latham<br>Cathleen Latham, Non-Party<br><br>*(signed and filed with express permission by Holly A. Pierson)* | /s/ Bill Cromwell<br>William G. (Bill) Cromwell<br>Georgia Bar. No. 197240<br>CROMWELL LAW LLC<br>400 Galleria Park Way, Ste. 1920<br>Atlanta, GA  30330<br>(678) 384-5626<br>bcromwell@cartercromwell.com<br><br>*(signed and filed with express permission by Holly A. Pierson)* |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, ET AL.<br><br>Defendants. | CIVIL ACTION NO.: 1:17-cv-02989-AT |

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2023, I electronically filed the foregoing CERTIFICATE OF CONSENT TO WITHDRAW AS COUNSEL FOR NON-PARTY CATHLEEN LATHAM with the Clerk of Court by using the CM/ECF system, which will automatically send notification of such filing to all counsel of record. A copy has also been sent to Mr. Cromwell and Ms. Latham via email.

Respectfully submitted, this the 31st day of August, 2023.

s/ Holly A. Pierson
Georgia Bar No. 579655