IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.<br><br>  Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, ET AL.<br><br>  Defendants. | CIVIL ACTION NO.: 1:17-cv-02989-AT |

**CERTIFICATE OF CONSENT TO WITHDRAW AS COUNSEL FOR NON-PARTY CATHLEEN LATHAM**

COME NOW, Robert D. Cheeley and the law firm of Cheeley Law Group, LLC, and pursuant to Rule 83.1(E) of the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, file this Certificate of Consent to Withdraw as Counsel for Non-Party Cathleen Latham in this action.

Ms. Latham affirms she has been informed, pursuant to Rule 83.1(E), that this Court retains jurisdiction over this case; that it is her obligation to keep the Court informed of a location where notices, pleadings, or other papers may be served on her; and that the failure or refusal to satisfy court-related obligations could result in adverse consequences.

Ms. Latham has selected Bill Cromwell of Cromwell Law LLC to serve as her counsel in this matter. Mr. Cromwell has signed this certificate as prescribed by Rule 83.1(E) and will imminently enter his appearance into this matter on Ms. Latham's behalf.

Respectfully submitted this the 1st day of September, 2023.

/s/ Robert D. Cheeley
Robert D. Cheeley
Georgia Bar No. 122727
CHEELEY LAW GROUP, LLC
2500 Old Milton Pkwy Ste. 200
Alpharetta, Georgia 30009
(770) 814-7001
bob@cheeleylawgroup.com

CONSENTED TO BY:

AGREED TO BY SUBSTITUTE COUNSEL:

/s/ Cathleen Latham
Cathleen Latham, Non-Party

*(signed and filed with express permission by Robert D. Cheeley)*

/s/ Bill Cromwell
William G. (Bill) Cromwell
Georgia Bar. No. 197240
CROMWELL LAW LLC
400 Galleria Park Way, Ste. 1920
Atlanta, GA 30330
(678) 384-5626
bcromwell@cartercromwell.com

*(signed and filed with express permission by Robert D. Cheeley)*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.<br><br>        Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, ET AL.<br><br>        Defendants. | CIVIL ACTION NO.: 1:17-cv-02989-AT |

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2023, I electronically filed the foregoing CERTIFICATE OF CONSENT TO WITHDRAW AS COUNSEL FOR NON-PARTY CATHLEEN LATHAM with the Clerk of Court by using CM/ECF system, which will automatically send notification of such filing to all counsel of record. A copy has also been sent to Mr. Cromwell and Ms. Latham via email.

Respectfully submitted, this the 1st day of September, 2023.

/s/ Robert D. Cheeley
Georgia Bar No. 122727