IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL. <br><br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, ET AL. <br><br> Defendants. | CIVIL ACTION NO.: 1:17-cv-02989-AT |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Robert D. Cheeley, having submitted his Consent Motion to Withdraw as counsel of record for Non-Party Cathleen Latham, and it appearing that the requirements of Local Rule 83.1(E) have been met, and no objections to the Motion having been filed, the Motion is hereby GRANTED.

**SO ORDERED** this ___ day of _____, 2023.

_____
The Honorable Amy Totenberg
United States District Judge
Northern District of Georgia