# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:17-cv-02989-AT
### Curling et al v. Raffensperger et al
### Honorable Amy Totenberg

Minute Sheet for proceedings held In Open Court on 09/01/2023.

TIME COURT COMMENCED: 11:10 A.M.
TIME COURT CONCLUDED: 1:30 P.M.         COURT REPORTER: Keisha Crump
TIME IN COURT: 2:20                     DEPUTY CLERK: Jordyn Holder
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT:
Joshua Belinfante representing Brad Raffensperger
Bruce Brown representing Coalition for Good Governance
David Cross representing Donna Curling
Alexander Denton representing Brad Raffensperger
Bryan Jacoutot representing Brad Raffensperger
Halsey Knapp representing Donna Curling
David Lowman representing The Fulton County Board of Registration and Elections
Robert McGuire representing Donna Curling
Vincent Russo representing Brad Raffensperger
Adam Sparks representing Donna Curling
Bryan Tyson representing Brad Raffensperger

PROCEEDING CATEGORY: Status Conference(Pretrial Conference);

MINUTE TEXT: Status conference held to discuss pending matters and inform parties of tentative trial date. See transcript.

HEARING STATUS:    Hearing Concluded