# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, ET AL.<br><br>Defendants. | CIVIL ACTION NO.: 1:17-cv-02989-AT |

## CERTIFICATE OF CONSENT TO WITHDRAW AS COUNSEL FOR DEFENDANT THE FULTON COUNTY BOARD OF REGISTRATION AND ELECTIONS

COME NOW, Nancy Ladson Rowan pursuant to Rule 83.1(E) of the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, to file this Consent to Withdraw as Counsel for The Fulton County Board of Registration and Elections in this action. The Clerk and counsel are requested to remove Nancy Ladson Rowan from their records.

Furthermore, Fulton County Board of Registration and Elections continues to be represented by Fulton's County Attorney's Office. As evidenced by the signature below, Fulton County Board of Registration and Elections consents to the withdrawal of counsel.

Respectfully submitted this ___13th___ day of September 2023.

By: /s/ *Nancy Ladson Rowan*
Nancy Ladson Rowan
Bar No.431076
SQUIRE PATTON BOGGS (US) LLP
One Atlantic Center
1201 W. Peachtree Street, NW,
Suite 3150
Atlanta, GA 30309
Telephone: 678.272.3200
Facsimile: 678-272-3232

CONSENTED TO BY:

_____
Patrise Perkins-Hooker
Chair
Fulton County Board of Registration
and Elections

/s/ *Kaye Woodard Burwell*
Kaye Woodard Burwell
Bar No. 775060
Fulton County Attorneys' Office
141 Pryor Street, S.W.
Atlanta, Georgia 30303

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, ET AL.<br><br>Defendants. | CIVIL ACTION NO.: 1:17-cv-02989-AT |

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2023, I electronically filed the foregoing MOTION TO WITHDRAW AS COUNSEL FOR THE FULTON COUNTY BOARD OF REGISTRATION AND ELECTIONS with the Clerk of Court by using CM/ECF system, which will automatically send notification of such filing to all counsel of record.

Respectfully submitted, this the ___13th___ day of September 2023.

/s/ *Nancy Ladson Rowan*
Nancy Ladson Rowan
Bar No. 431076