IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BRAD RAFFENSPERGER, *et al.*, <br><br> *Defendants*. | CIVIL ACTION <br><br> FILE NO. 1:17-cv-02989-AT |

**NOTICE OF RESIGNATION OF WILLIAM S. DUFFEY, JR.**

On September 1, 2023, The Honorable William S. Duffey, Jr., resigned as Chair of the State Election Board. Because he was named in the above-referenced cases solely in his official capacity, he is no longer a defendant in any of the foregoing cases. Fed. R. Civ. P. 25; *Green v. Graham*, 906 F.3d 955, 962 (11th Cir. 2018).

Pursuant to Fed. R. Civ. P. 25(d), Judge Duffey's successor as Chair will be automatically substituted at the time that individual is appointed and the undersigned will notify the Court when that event occurs.

Respectfully submitted this 27th day of September, 2023.

Vincent R. Russo
Georgia Bar No. 242628
vrusso@robbinsfirm.com
Josh Belinfante

1

Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Carey A. Miller
Georgia Bar No. 976240
cmiller@robbinsfirm.com
Alexander Denton
Georgia Bar No. 660632
adenton@robbinsfirm.com
Edward A. Bedard
Georgia Bar No. 926148
ebedard@robbinsfirm.com
Javier Pico Prats
Georgia Bar No. 664717
jpicoprats@robbinsfirm.com
Anna Edmondson
Georgia Bar No. 289667
aedmondson@robbinsfirm.com
Robbins Ross Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone: (678) 701-9381
Facsimile: (404) 856-3250

*/s/Bryan P. Tyson*
Bryan P. Tyson
Georgia Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Diane F. LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: 678-336-7249

*Counsel for State Defendants*

2

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing Notice was prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

<i><u>/s/Bryan P. Tyson</u></i><br>Bryan P. Tyson