IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

### PLAINTIFFS' MOTION FOR ENTRY OF PRETRIAL SCHEDULE

For the reasons set forth below, Plaintiffs respectfully move the Court for an order establishing a pretrial schedule.

The Court has set a tentative trial date of January 9, 2024, and is holding the remainder of that month for trial. (Sept. 1, 2023 Tr. at 78:11-23.) A significant amount of work will be required to prepare for a multi-week trial in this case, particularly given the voluminous discovery record, creating the need for the parties to begin trial preparation now and to know what specific pretrial deadlines they need to work toward and plan around—particularly given the significant Thanksgiving and winter holidays at the end of the year, shortly before trial is set to begin.

On October 5, 2023, Plaintiffs proposed the below pretrial schedule to Defendants and offered to meet and confer to reach agreement on a stipulated order setting a pretrial schedule. After receiving no response, Plaintiffs followed up on October 9, 2023. On October 10, 2023, Defendants objected to the entry of any

pretrial schedule before this Court decides the pending summary judgment motions, despite the tentative trial date and the extraordinary time crunch the parties will suffer should the trial date hold without a pretrial schedule in place as soon as possible.

In short, a pretrial schedule is needed to avoid an unworkable and highly prejudicial time crunch in the months and weeks leading up to a January 9, 2024 trial, on the heels of the winter holidays, and to minimize unnecessary burdens on the Court and the parties. Plaintiffs' proposed schedule seeks to balance Defendants' concerns regarding narrowing the issues to be tried with the need to move forward expeditiously with preparation for trial. The deadlines to exchange witness and exhibit lists, for example, are still weeks away, by which time this Court may have decided the pending summary judgment motions. And, of course, the parties can further narrow such lists as needed should the Court decide those motions after the initial exchanges. Having deadlines in place now for critical pretrial exchanges at least will enable the parties to move forward with trial preparations—which the Court previously indicated are likely to be needed—efficiently, effectively, and fairly.

Plaintiffs respectfully request that the Court grant this Motion for Entry of the following Pretrial Schedule.

| Case Event | Deadline |
|---|---|
| Status hearing regarding the pending DRE-related fee requests as well as pending summary judgment motions | Thursday, October 19, 2023 |
| Parties to meet and confer regarding anticipated motions *in limine* | Thursday, October 19, 2023 |
| Parties to exchange proposed detailed witness lists | Friday, October 27, 2023 |
| Parties to exchange proposed trial exhibit lists | Wednesday, November 1, 2023 |
| Parties to exchange deposition designations | Monday, November 6, 2023 |
| Parties to exchange lists of: (i) objections to exhibits, (ii) objections to deposition designations, (iii) deposition counter-designations, and (iv) counter-exhibits | Thursday, November 16, 2023 |
| Parties to exchange objections to deposition counter-designations and proposed findings of fact and conclusions of law[1] | Tuesday, November 21, 2023 |
| Parties to meet and confer to narrow any objections to any pretrial submissions | Wednesday, November 29, 2023 |
| Parties to finalize joint witness list, joint exhibit list, and joint deposition designation list and provide any notice regarding witness availability | Thursday, November 30, 2023 |

---

[1] Defendants objected to the exchange of proposed findings of fact and conclusions of law before trial, indicating that they expect the Court would require these only after trial with the benefit of a complete trial record. Plaintiffs do not object to this approach and welcome the opportunity to reduce the cost and burden of pretrial work, but of course will do whatever best serves the Court.

| Case Event | Deadline |
| --- | --- |
| Joint witness list, joint exhibit list, and joint deposition designation list filed with Court; parties to exchange responses to proposed findings of fact and conclusions of law[2] | Friday, December 1, 2023 |
| Motions *in limine* filed with Court | Thursday, December 7, 2023 |
| Final meet and confer regarding settlement and proposed findings of fact and conclusions of law[3] | Monday, December 11, 2023 |
| Responses to motions *in limine* filed with Court | Thursday, December 14, 2023 |
| Replies to motions *in limine* filed with Court | Monday, December 18, 2023 |
| Final Pretrial Conference | Thursday, December 21, 2023 |
| Proposed findings of fact and conclusions of law filed with the Court[4] | Friday, January 5, 2024 |
| Trial begins | Tuesday, January 9, 2024 |

[signature on following page]

---

[2] *See* footnote 1.
[3] *See* footnote 1.
[4] *See* footnote 1.

Respectfully submitted this 12th day of October, 2023.

| | |
|---|---|
| /s/ David D. Cross | /s/ Halsey G. Knapp, Jr. |
| David D. Cross (*pro hac vice*) | Halsey G. Knapp, Jr. |
| Mary G. Kaiser (*pro hac vice*) | GA Bar No. 425320 |
| Caroline Middleton (*pro hac vice*) | Adam M. Sparks |
| Wail Jihadi (*pro hac vice*) | GA Bar No. 341578 |
| Oluwasegun Joseph (*pro hac vice*) | KREVOLIN & HORST, LLC |
| MORRISON & FOERSTER LLP | 1201 West Peachtree Street, NW |
| 2100 L Street, NW, Suite 900 | Suite 3250 |
| Washington, DC 20037 | Atlanta, GA 30309 |
| (202) 887-1500 | (404) 888-9700 |

/s/ Christian G. Andreu-von Euw
Christian G. Andreu-von Euw
(*pro hac vice*)
The Business Litigation Group, PC
150 Spear Street
San Francisco, CA 94105
(415) 765-6633

*Counsel for Plaintiffs Donna Curling, Donna Price & Jeffrey Schoenberg*

*/s/ Bruce P. Brown*
Bruce P. Brown
Georgia Bar No. 064460
BRUCE P. BROWN LAW LLC
1123 Zonolite Rd. NE
Suite 6
Atlanta, Georgia 30306
(404) 881-0700

*/s/ Robert A. McGuire, III*
Robert A. McGuire, III
Admitted Pro Hac Vice
 (ECF No. 125)
ROBERT MCGUIRE LAW FIRM
113 Cherry St. #86685
Seattle, Washington 98104-2205
(253) 267-8530

*/s/ Russell T. Abney*
Russell T. Abney
Georgia Bar No. 000875
WATTS GUERRA, LLP
4 Dominion Drive, Building 3
Suite 100
San Antonio, TX 78257
(404) 670-0355

*Counsel for Plaintiff Coalition for Good Governance*

*/s/ Cary Ichter*
Cary Ichter
Georgia Bar No. 382515
ICHTER DAVIS LLC
3340 Peachtree Road NE
Suite 1530
Atlanta, Georgia 30326
(404) 869-7600

*Counsel for Plaintiffs William Digges III, Laura Digges,
Ricardo Davis & Megan Missett*

6

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,** <br> **Plaintiffs,** <br><br> **v.** <br><br> **BRAD RAFFENSPERGER, ET AL.,** <br> **Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

                                                */s/ David D. Cross*
                                                David D. Cross

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,** **Plaintiffs,** v. **BRAD RAFFENSPERGER, ET AL.,** **Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2023, a copy of the foregoing **PLAINTIFFS' MOTION FOR ENTRY OF PRETRIAL SCHEDULE** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

                                      */s/ David D. Cross*
                                      David D. Cross