# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## [PROPOSED] ORDER GRANTING
## PLAINTIFFS' MOTION FOR ENTRY OF PRETRIAL SCHEDULE

This matter is before the Court on the Plaintiffs' Motion for Entry of Pretrial Schedule. Based on the complete record, and finding good cause for the relief requested, it is hereby ordered that Plaintiffs' Motion is **GRANTED**. The Court sets the following pretrial schedule:

| Case Event | Deadline |
|---|---|
| Status hearing regarding the pending DRE-related fee requests as well as pending summary judgment motions | Thursday, October 19, 2023 |
| Parties to meet and confer regarding anticipated motions *in limine* | Thursday, October 19, 2023 |
| Parties to exchange proposed detailed witness lists | Friday, October 27, 2023 |
| Parties to exchange proposed trial exhibit lists | Wednesday, November 1, 2023 |
| Parties to exchange deposition designations | Monday, November 6, 2023 |

| Case Event | Deadline |
| --- | --- |
| Parties to exchange lists of: (i) objections to exhibits, (ii) objections to deposition designations, (iii) deposition counter-designations, and (iv) counter-exhibits | Thursday, November 16, 2023 |
| Parties to exchange objections to deposition counter-designations and proposed findings of fact and conclusions of law | Tuesday, November 21, 2023 |
| Parties to meet and confer to narrow any objections to any pretrial submissions | Wednesday, November 29, 2023 |
| Parties to finalize joint witness list, joint exhibit list, and joint deposition designation list and provide any notice regarding witness availability | Thursday, November 30, 2023 |
| Joint witness list, joint exhibit list, and joint deposition designation list filed with Court; parties to exchange responses to proposed findings of fact and conclusions of law | Friday, December 1, 2023 |
| Motions *in limine* filed with Court | Thursday, December 7, 2023 |
| Final meet and confer regarding settlement and proposed findings of fact and conclusions of law | Monday, December 11, 2023 |
| Responses to motions *in limine* filed with Court | Thursday, December 14, 2023 |
| Replies to motions *in limine* filed with Court | Monday, December 18, 2023 |
| Final Pretrial Conference | Thursday, December 21, 2023 |
| Proposed findings of fact and conclusions of law filed with the Court | Friday, January 5, 2024 |
| Trial begins | Tuesday, January 9, 2024 |

**IT IS SO ORDERED** this ___ day of _____, 2023.

_____
U.S. District Court Judge Amy Totenberg