IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DONNA CURLING, *et al.*, | : | |
| Plaintiffs, | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 1:17-cv-2989-AT |
| | : | |
| BRAD RAFFENSPERGER, *et al.*, | : | |
| Defendants. | : | |

## **ORDER**

Before the Court is Plaintiffs' Motion for Entry of a Pretrial Schedule. [Doc. 1699]. Given the pressing timeline ahead for all counsel, as well as their own trial schedules, the Court provides this immediate response to the Plaintiffs' Motion, which is **GRANTED** in part and **DENIED** in part.

The Court **DIRECTS** the parties to follow the below schedule to complete their trial preparations, in the event the Court denies the pending motions for summary judgment. Adjustments may be made to the schedule, as necessary. In the event the Court grants summary judgment, the below schedule will be deemed moot.

Regarding the first Case Event on Plaintiffs' proposed schedule ("Status hearing regarding the pending DRE-related fee requests as well as pending summary judgment motions"), the Court declines to hold a hearing on those two

items at this juncture. Suffice it to say, the Court is focused on finalizing its Order on the Motion for Summary Judgment.

| Case Event | Deadline |
| --- | --- |
| Parties to meet and confer regarding anticipated motions *in limine* | Tuesday, October 24, 2023 |
| Parties to exchange proposed detailed witness lists | Friday, October 27, 2023 |
| Parties to exchange proposed trial exhibit lists | Friday, November 3, 2023 |
| Parties to exchange deposition designations | Monday, November 13, 2023 |
| Parties to exchange lists of: (i) objections to exhibits, (ii) objections to deposition designations, (iii) deposition counter-designations, and (iv) counter- exhibits | Monday, November 20, 2023 |
| Parties to exchange objections to deposition counter-designations | Tuesday, November 28, 2023 (by noon) |
| Parties to meet and confer to narrow any objections to any pretrial submissions | Friday, December 1, 2023 |
| Parties to finalize joint witness list, joint exhibit list, and joint deposition designation list and provide any notice regarding witness availability | Friday, December 1, 2023 |
| Joint witness list, joint exhibit list, and joint deposition designation list filed with Court | Monday, December 4, 2023 |
| Motions *in limine* filed with Court | Monday, December 11, 2023 |

| Case Event | Deadline |
|---|---|
| Counsel should proceed to schedule a mutually acceptable date and time for a conference together for the purpose of working on a proposed pretrial order that shall be due no later than November 28, 2023. This conference (solely between counsel) | Tuesday, December 12, 2023 |
| Final meet and confer regarding settlement | Wednesday, December 13, 2023 |
| Pretrial Conference | Friday, December 15, 2023 – with follow-up conferences to occur, as necessary |
| Responses to motions *in limine* filed with Court | Monday, December 18, 2023 |
| Replies to motions *in limine* filed with Court | Friday, December 22, 2023 |
| Trial begins | Tuesday, January 9, 2024 |

**IT IS SO ORDERED** this 13th day of October 2023.

_____
Honorable Amy Totenberg
United States District Judge

3