IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. |
|  | : 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, *et al.*, | : |
| Defendants. | : |

## **ORDER**

Presently before the Court is the parties' Joint Discovery Statement Regarding GBI Investigative Documents. [Doc. 1703]. In it, Plaintiffs claim that the Georgia Bureau of Investigation ("GBI") "obtained more than 10,000 emails and 4,500 other documents stored on a desktop computer—used by Misty Hampton—in the Coffee County Election Supervisor's Office" as part of its investigation into the January 2021 Coffee County voting system breach. [*Id.* at 1].[1] They also represent that those documents and a GBI report summarizing the investigation's findings (the "GBI Report") were "provided to at least the Fulton County District Attorney's office and the defendants in the pending Fulton County RICO case against former President Trump and others." [*Id.*].

---

[1] State Defendants do not dispute that such documents exist.

Plaintiffs have requested these documents from the State Defendants, but the State Defendants represent that they cannot produce them because they do not have them in their possession, and they lack the authority to order the GBI to turn them over. Because the parties are at an impasse, they request the Court's assistance.

To start, the Court observes that (1) a redacted version of the GBI Report is now publicly available, and (2) the documents collected from the desktop computer in the Coffee County Election Supervisor's Office appear to be public records. Given the importance of the investigation into the 2021 Coffee County voting system breach to the merits of Plaintiffs' claims and the State's work to secure Georgia's elections, there is a discernable value in the parties obtaining these documents from the GBI.

Accordingly, the State Defendants are **ORDERED** to submit a request to the GBI by **November 7, 2023** for the following materials, which are to be made available to the Plaintiffs by **November 10, 2023**:

- An unredacted copy of the GBI report, to be filed under seal; and

- All emails and other documents collected from the desktop computer used by Misty Hampton in the Coffee County Election Supervisor's Office dated from September 1, 2020 through January 1, 2023[2]—excluding any documents that are of a purely personal nature.

---

[2] To make this production more manageable, the Court has identified this time period as an initial set of guideposts.

**IT IS SO ORDERED** this sixth day of November, 2023.

_____
**Honorable Amy Totenberg
United States District Judge**