# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-cv-02989-AT
## Curling et al v. Raffensperger et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held on 11/15/2023.

TIME COURT COMMENCED: 03:30 P.M.
TIME COURT CONCLUDED: 04:55 P.M.     COURT REPORTER: Shannon Welch
TIME IN COURT: 1:25                  DEPUTY CLERK: Harry Martin
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT:    Christian Andreu-von Euw representing Donna Curling
                        Joshua Belinfante representing Brad Raffensperger
                        Bruce Brown representing Coalition for Good Governance
                        David Cross representing Donna Curling
                        Bryan Jacoutot representing Brad Raffensperger
                        Mary Kaiser representing Donna Curling
                        Robert McGuire representing Coalition for Good Governance
                        Carey Miller representing The State Election Board
                        Vincent Russo representing Brad Raffensperger
                        Adam Sparks representing Donna Curling
                        Bryan Tyson representing Brad Raffensperger

PROCEEDING CATEGORY:    Telephone Conference(Other Proceeding Non-evidentiary);

MINUTE TEXT:            See Transcript.

HEARING STATUS:         Hearing Concluded

ADDL HEARING(S) SCHEDULED:  Pretrial Conference set for 12/15/2023 at 10:30am in Courtroom 2308;