IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONNA CURLING, *et al.*,

    Plaintiffs,

v.

BRAD RAFFENSPERGER, *et al.*,

    Defendants.

CIVIL ACTION NO.
1:17-cv-2989-AT

## ORDER

Counsel for the parties emailed the Court today regarding their dispute involving Defendants' requests that Plaintiffs produce various data, computer programs, code, and other items discussed by Dr. Halderman in his Report, all of which concerned his hands-on review of the Dominion equipment and software previously provided by Fulton County.

Counsel are **DIRECTED** to schedule a telephonic meet and confer session for **Monday, November 20, 2023** or earlier regarding this matter. The Court views this dispute as one that counsel could reasonably resolve (or at least partially resolve) through dialogue and a reduction in the temperature of their conversation.

If counsel cannot reach a resolution regarding this dispute by Wednesday November 22, 2023 by noon, they are directed to prepare and file a joint submission regarding this dispute, with each party allocated no more than 7 pages for their part of the submission. The joint submission shall be filed no later than

**November 27, 2023 at 2:30 p.m**. No substantive letters to the Court's Deputy, Mr. Martin, will be accepted on this matter. If there are confidential matters discussed in the submission, the joint filing may be filed on a provisionally sealed basis. If the parties resolve this dispute, they are **DIRECTED** to file a notice confirming that the dispute has been resolved no later than **November 27, 2023, at 1:00 p.m.**

      **IT IS SO ORDERED** this 17th day of November, 2023.

_____
**Honorable Amy Totenberg**
**United States District Judge**