Case 1:17-cv-02989-AT   Document 1716-4   Filed 11/27/23   Page 1 of 4

# EXHIBIT D

# Carey Miller

| | |
|---|---|
| **From:** | Carey Miller |
| **Sent:** | Monday, January 31, 2022 4:42 PM |
| **To:** | Amanda Bradley |
| **Cc:** | Gavin Palmer; Cross, David D.; Alexander Denton; bbrown@brucepbrownlaw.com; bjacoutot@taylorenglish.com; btyson@taylorenglish.com; cheryl.ringer@fultoncountyga.gov; cichter@ichterdavis.com; david.lowman@fultoncountyga.gov; dlaross@taylorenglish.com; Elson, Hannah R.; hknapp@khlawfirm.com; jballi@taylorenglish.com; Josh Belinfante; jcrumly@taylorenglish.com; Javier Pico-Prats; kaye.burwell@fultoncountyga.gov; lparadise@taylorenglish.com; Melanie Johnson; Kaiser, Mary; ram@lawram.com; sparks@khlawfirm.com; Ascarrunz, Veronica; Vincent Russo; Conaway, Jenna B.; Harry Martin |
| **Subject:** | Requested Timeline of Dispute Concerning Access to Data from Dr. Halderman |
| **Attachments:** | Timeline re Halderman Dispute 4895-3262-6956 v.pdf |

Ms. Bradley:

During the telephone conference, the Court requested the State Defendants provide the dates and sequencing surrounding the request for documents and things pertaining to Dr. Halderman's report. I have put together the attached timeline to the best of my recollection and from looking back through emails, calendars, etc, concerning the timeline. Thank you.

**ROBBINS**

Carey A. Miller
Counsel
**ROBBINS ♦ ALLOY ♦ BELINFANTE ♦ LITTLEFIELD LLC**
500 Fourteenth Street NW
Atlanta, GA 30318
678.701.9381(Main)
404.856.3286 (Direct)
404.856.3250 (Fax)
www.robbinsfirm.com

**Please visit our affiliated government relations practice: Robbins Government Relations**
www.robbinsgr.com

**NOTE**:  This email is intended for the use and benefit of the addressed recipient(s) only.  If you are not an addressee, your unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is prohibited.  If you have received this communication in error, please contact me by reply email and destroy all copies of the original message.  IRS Circular 230 requires me to state that any opinions expressed with respect to a significant tax issue are not intended or written by me to be used, and cannot be used by you, for the purpose of avoiding penalties that may be imposed on you or any other person who may examine this correspondence in connection with a Federal tax matter.

# Timeline Re Discovery Dispute for Access to Materials Underlying Halderman Report

- 9/17/21 – Court approves amended stipulated order extending schedule by docket entry only. Fact discovery closing **November 15, 2021**; Expert discovery closing **December 6, 2021**. [Doc. 1176]

- 11/8/21 – Plaintiffs move to extend schedule [Doc. 1204]

- 11/10/21 – Order by docket entry only extending discovery to **November 22, 2021**, while the Court considers Coalition Plaintiffs' Motion to Extend the Discovery Schedule.

- 11/11/21 – State Defendants serve Notice of Deposition for Dr. Halderman, including requests for underlying data, documents, and things.

- 11/17/21 – State Defendants take the deposition of Dr. Halderman

- 11/19/21 – Hearing on Motions for severance & scheduling extension

- 11/22/21 – Parties file proposed stipulated order extending schedule

- 11/24/21 – Court enters order extending schedule, amended to correct scrivener's error, fact discovery closing **January 31, 2022**; Expert discovery closing **February 15, 2022**. [Doc. 1238].
    - \* to fact discovery deadline, date applies to: (1) "completion of delayed document and data production and the provision of responses to already-served written requests"; (2) noticing and completion of depositions; and (3) the "resolution of discovery

**Timeline Re Discovery Dispute for Access to Materials Underlying Halderman Report**

> disputes that are either currently outstanding or *that may arise upon the completion and provision of the currently pending productions and responses.*" [Doc. 1238 at 3] (emphasis added).
>
> o  ** to expert discovery deadline … "means discovery of matters contemplated by Rule 26(a)(2) and (a)(4)—in other words, *discovery of facts and data that experts considered or relied on for their opinions* disclosed in their reports/declarations." [Doc. 1238 at 3] (emphasis added)

- 12/3/21 – Curling Plaintiffs serve responses and objections to data request. [Doc. 1246-1].
- 12/6/21 – Curling Plaintiffs serve supplemental response and objections. [Doc. 1246-2].
- 12/7/21 – State Defendants and Curling Plaintiffs confer regarding Halderman Request, deposition scheduling, and whether Plaintiffs continue to rely upon Dr. Appel.
- 1/6/22 – Joint Discovery Dispute Statement Filed [Doc. 1246].