# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRCIT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| DONNA CURLING, et.al., | ) | |
| | ) | |
| v | ) | Civil Action No. |
| | ) | 1:17-CV-2989-AT |
| BRAD RAFFENSPERGER, et. al., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF WITHDRAWAL AND SUBSITUTION OF COUNSEL

In accordance with Rule 83.1 of the Local Rules of this Court, please take notice that Plaintiff has retained Harding Law Firm to substitute for Cary Ichter, Attorney at Law, as counsel in the above-styled action.

Substitute counsels' address, phone number, and bar number are as follows:

    Todd A. Harding (Georgia Bar No. 101562)
    Harding Law Firm, LLC
    113 E Solomon Street
    Griffin, GA 30223
    (770) 229-4578
    kamikazehitman@comcast.net
    Paralegal: abigail@tahardinglawfirm.com

In accordance with Rule 83.1, a Certificate of Consent is attached hereto as Exhibit A.

Respectfully submitted, this 29th day of November 2023.

Substitute Counsel:
/s/ **Todd A. Harding**
Todd A. Harding
Georgia Bar No. 101562
Counsel for Ricardo Davis
The Harding Law Firm, LLC
113 E Solomon Street
Griffin, GA 30223
Tel: (770) 229-4578
Fax: (770) 228-9111

Former Counsel:
/s/
Cary Ichter
Georgia Bar No.
Ichter Davis, LLC
400 Interstate N Parkway, Suite 860
Atlanta, GA 30339
Tel: (404) 769-1353

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify that I have prepared the foregoing in compliance with Local Rule 5.1 in Times New Roman 14-point font.

This 29th day of November 2023.

/s/ **Todd A. Harding**
Todd A. Harding
Georgia Bar No. 101562
Counsel for Ricardo Davis
The Harding Law Firm, LLC
113 E Solomon Street
Griffin, GA 30223
Tel: (770) 229-4578
Fax: (770) 228-9111

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the attorneys of record.

This 29th day of November 2023.

/s/ **Todd A. Harding**
Todd A. Harding
Georgia Bar No. 101562
Counsel for Ricardo Davis
The Harding Law Firm, LLC
113 E Solomon Street
Griffin, GA 30223
Tel: (770) 229-4578
Fax: (770) 228-9111

## EXHIBIT A

## CERTIFICATE OF CONSENT

In accordance with Rule 83.1 of the Local Rules of this Court Plaintiff, Ricardo Davis hereby consents to the foregoing Notice of Withdrawal and Substitution of Counsel.

This 28th day of November, 2023.

/s/ Ricardo Davis
Ricardo Davis
Plaintiff