## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br><br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## COALITION PLAINTIFFS' STATEMENT ON POSITION RELATING TO MOTION FOR SUBSTITUTION

In response to the Court's directive, Coalition for Good Governance, Laura Digges, William Digges III, and Megan Missett ("Coalition Plaintiffs") provide the following statement on their position relating to the Motion for Substitution (Doc. 1718) filed by former Coalition Plaintiff Ricardo Davis:

Ricardo Davis discharged his counsel, Cary Ichter, on or about November 27, 2023. Thus, Mr. Ichter no longer represents Mr. Davis. Neither Mr. Ichter nor the Coalition Plaintiffs have any information as to the reasons for the discharge. Coalition Plaintiff also do not know whether Mr. Davis will remain a party to this case or, if he does, what positions he will take, what pleadings he may file, whether he intends to seek the same relief that Coalition Plaintiffs

seek in their First Supplemental Complaint, or how he intends to participate in the trial of this case, which is just over a month away.

Coalition Plaintiffs understand Mr. Davis' right to select the counsel of his choice.  However, Coalition Plaintiffs strenuously oppose any actions that Mr. Davis might take that would delay the trial of this case, complicate the trial of this case, disrupt the trial of this case, or increase the cost to the Coalition Plaintiffs of trying this case.  Any such action would be highly and unfairly prejudicial to the Coalition Plaintiffs.  Coalition Plaintiffs also oppose any positions that Mr. Davis would take that are at odds with those he and the Coalition Plaintiffs have taken in this case to date.

Respectfully submitted this 2nd day of December, 2023.

*/s/ Bruce P. Brown*
Bruce P. Brown
Georgia Bar No. 064460
BRUCE P. BROWN LAW LLC
1123 Zonolite Rd. NE
Suite 6
Atlanta, Georgia 30306
(404) 386-6856

*s/ Russell T. Abney*
Russell T. Abney
Georgia Bar No. 000875
WATTS GUERRA, LLP
4 Dominion Drive, Building 3
San Antonio, TX 78257
(404) 670-0355

*/s/ Robert A. McGuire, III*
Robert A. McGuire, III
Admitted Pro Hac Vice
  (ECF No. 125)
ROBERT MCGUIRE LAW FIRM
113 Cherry St. #86685
Seattle, Washington 98104-2205
(253) 267-8530

*Counsel for Coalition for Good Governance*

2

/s/ Cary Ichter
Cary Ichter
Georgia Bar No. 382515
ICHTER DAVIS LLC
3340 Peachtree Road NE
Atlanta, Georgia 30326
(404) 869-7600

*Counsel for William Digges III, Laura Digges & Megan Missett*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## CERTIFICATE OF COMPLIANCE AND SERVICE

I certify that (a) pursuant to LR 7.1(D), the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Century Schoolbook and a point size of 13 and (b) a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

This 2nd day of December, 2023.

/s/ Bruce P. Brown
Bruce P. Brown

4