# EXHIBIT A

| | |
|---|---|
| **From:** | Garland Favorito <garlandf@voterga.org> |
| **Sent:** | Sunday, November 19, 2023 11:10 PM |
| **To:** | bbrown@brucepbrownlaw.com |
| **Cc:** | 'RicardoDavis@gaconstitutionparty.org' |
| **Subject:** | RE: Curling Case |

Hello Bruce,

I received your Email pointing out a problem in the subject line of one of our recent Emails we sent to supporters. Your objection seems to be that we sent that Email out with the word "our" in the subject line and I apologize for that. If you notice, it was not in the body of the Email and I don't think you have any other objection to the actual Email itself. I don't write the subject lines for our Emails but Ricardo and I will be glad to refrain from using that word in any future references to Judge Totenberg's orders about the Curling case even though he is a plaintiff.

We have always explained that Ricardo is one of the plaintiffs in the Curling case just as you said. You may not know that I was happy to recruit Ricardo for the case at Marilyn's request for a more conservative Georgia plaintiff. You also may not know that Ricardo and I are co-founders of VoterGA, and we both are in the Constitution Party of Georgia. We have done as much as we can to promote the good work of all the plaintiffs, attorneys and their expert witnesses.

Other accusations that you made in your Email to me are inflammatory, false and alienating for Ricardo. **At no time during our public discussions of the Curling case have I ever claimed to speak on behalf of any plaintiff in the case, nor has Ricardo.** I am sure you understand we have a 1st Amendment right to publicly discuss Judge Totenberg's orders in depth which is exactly what we did Saturday and have done in the past.

If there is anything further you need from us, please feel free to call or Email Ricardo or me anytime.

Sincerely,

*Garland Favorito*
[**VOTERGA.ORG**](VOTERGA.ORG)
*404 664-4044 CL*



         ---------- Original Message ----------
         From: Bruce Brown <bbrown@brucepbrownlaw.com>
         To: "elections@gaconstitutionparty.org" <elections@gaconstitutionparty.org>
         Cc: Ricardo Davis <ricardodavis@gaconstitutionparty.org>, "Marilyn Marks (Marilyn@USCGG.org)" <Marilyn@USCGG.org>
         Date: 11/17/2023 11:16 PM EST
         Subject: Curling Case

Garland,

Marilyn forwarded the email message below to me. It is very inaccurate and inappropriate for you to call the Curling case "our Curling case." Though Ricardo is of course a plaintiff in the Curling case, you are not a plaintiff in the case and the Constitution Party is not a plaintiff in the case. And you are not authorized and cannot speak on behalf of any of the other plaintiffs, or counsel, in the Curling case.

Your email is very misleading, for it suggests that you are speaking on behalf of the plaintiffs in the Curling case and that you are somehow associated with it. You may not have intended to hold yourself out as a spokesperson for the plaintiffs in the lawsuit, but that is how it reads. Please take this as a formal demand that you do not, either expressly or by implication, suggest that you are speaking on behalf of the plaintiffs in the Curling case or their counsel.

Garland, you would not want anyone associating your name with a cause or a position that you disagreed with. The plaintiffs in the Curling case, and their counsel, are no different. The issues that you address in your email have little or nothing to do with the lawsuit and you have no way of knowing if your positions on those issues are shared by plaintiffs in the Curling case or if the plaintiffs find those views highly and deeply offensive. It is wrong for you to suggest to anyone that you are speaking on behalf of the plaintiffs in the Curling case or their counsel, for you to insinuate that you are involved in the lawsuit, or for you to imply that the parties to the lawsuit share any of your beliefs or positions. This has to stop.

Please let me know if you have any questions.

Bruce

Bruce P. Brown Law LLC
1123 Zonolite Road
Suite 6
Atlanta, Georgia 30306

---

**From:** Garland Favorito <elections@gaconstitutionparty.org>
**Date:** Friday, November 17, 2023 at 7:30 PM
**To:** "marilynrmarks@gmail.com" <marilynrmarks@gmail.com>
**Subject:** 📦 Marilyn - Hear All About Our Curling v Raffensperger Case and New Election Issues

2

Marilyn, on this Saturday's Election Integrity Update Ricardo and I will provide all the details about an exciting update on the Curling v Raffensperger case! We will also review some of the discrepancies observed in the November 7 elections and hear from Matt Rowenczak, who will update us on the experience of Milton using hand marked and hand counted ballots.

Join us as we discuss these developments during the next Election Integrity Update tomorrow morning November 18 at 9:00 a.m. ET.  Text EIU11182023 to (404) 994-3586 to RSVP or click here to RSVP via the website.  You should get an email confirmation.  Check your spam or junk folder if you don't receive it within 10 minutes.  See the help page for assistance if you have problems registering for or attending the event.  This meeting will be recorded, and the link to access the recording will be provided in the post-meeting summary email next week.

We'll discuss these topics and more on this Saturday's Election Integrity Update hosted by the Constitution Party of Georgia.

**Click to RSVP today to join the Election Integrity Update**

**Call to Action!**

- Join the fight to stop judicial interference in Georgia's elections!
    - Tell specific legislators who can make a difference to support Senator Colton Moore's call for a Special Session to investigate Fulton County District Attorney Fani Willis.  Click here to email, call, and send them a video!
    - Add your name to the Georgia Bar Association complaint against Fani Wills. Please email Tania with your name and phone number.
    - Watch the VoterGA press conference on Judicial Interference in the 2024 Election and How 19 Fulton County Indictees are Impacted. Click here for the video and share with friends and family.
    - Share the recording (YouTube  Rumble  Facebook) of the discussion with Georgia Freedom Caucus Executive Director Mallory Staples, Rep. Charlice Byrd, Sen. Colton Moore, and District 11 GOP Chair David Oles on the witch hunt by Fulton County District Attorney Fani Willis against her political opponents. And the recording (YouTube  Rumble) of the follow-up Q&A with Colton Moore and Mallory Staples.
- Join the Georgians Ending Abortion Coalition's efforts this fall to advance Equal Protection!
    - Ask your legislators to support Rep. Donahoo's HB 496, the Prenatal Equal Protection (PEP) Act.  Click here to email, call, and send them a video! Share the QR Code with friends!
    - Share these resources with your organization and church groups:  PEP Act FAQ, PEP Act Talking Points, Personhood Amendment FAQ, printable Personhood Amendment Petition, Abortions in Georgia since the passage of the LIFE Act.

**Announcements & Events**

- Garland Favorito will be speaking at the following:

3

- - o   The Georgia Patriot Legal Defense Fund's Fundraiser at The Mill on Etowah on Saturday, November 18 at 11 a.m. to 5 p.m. at 225 Reformation Parkway, Canton, GA 30114. Click here for flyer.
  - This year's Patriot Oyster Roast and Cookout will be on November 11th from 5-9 p.m. in Tucker. Click here for details and to RSVP.
  - The VoterGA Christmas party will be held on December 8 at 6:30 p.m. at the Berkley Hills Country Club 2300 Pond Rd, Duluth, GA 30096. Get your tickets by December 2 for early bird pricing! Click here for tickets!

Click here to contact Tania if you have an event that you'd like us to announce here and during the Zoom calls.

Marilyn click here to create an email to share this content with those you know who are concerned about and want news on election integrity.  Please don't forward this email to others because they could accidentally unsubscribe you from updates.

Garland Favorito
Elections Director, Constitution Party of Georgia
Co-Founder, Voters Organized for Trusted Election Results in Georgia
elections@gaconstitutionparty.org

P.S.  Marilyn the indictment filed against President Donald J. Trump and 18 Americans by the Fulton County District Attorney Fani Willis is a direct attack on the integrity of our elections and the republican form of government guaranteed by our federal and state constitutions.  Failure to act now will imperil the 2024 elections.  We've met our initial goal and need more folks involved to motivate our legislators. Click on this link to support an investigation on Fani Willis and share with others!

Constitution Party of Georgia · PO Box 2153, Woodstock, GA 30188, United States
This email was sent to [marilynrmarks@gmail.com]marilynrmarks@gmail.com. To stop receiving emails, click here.

---
Tania Sosa
912-509-0945 (text/call)
tsosa@gaconstitutionparty.org