# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.* <br><br> *Plaintiffs,* <br><br> v. <br><br> BRAD RAFFENSPERGER, *et al.*, <br><br> *Defendants.* | CIVIL ACTION <br><br> FILE NO. 1:17-CV-2989-AT |

## ATTACHMENT C-2: DEFENDANTS' WITNESS LIST

Defendants identify herein the individual witnesses they will and/or may call for this lawsuit. Defendants reserve the right to modify or supplement this list of witnesses based on further discovery of information and the pretrial proceedings in this lawsuit. Defendants further reserve the right to supplement this list with reasonable notice to counsel.

| Proposed Witness | Address | Anticipated Subjects of Testimony | Status |
|---|---|---|---|
| **Dr. Ben Adida** *A summary of Dr. Adida's opinions are found in his declarations and hearing testimony.* | Please contact through counsel. | Audits; rebuttal expert testimony | Will call |
| **Michael Barnes** | Please contact through counsel. | Georgia election system and security; implementation of updates to Dominion BMD system; the BMD voting experience | Will call |
| **Dr. Juan Gilbert** *A summary of Dr. Gilbert's opinions are found in his declarations, and deposition and hearing testimony.* | Please contact through counsel. | Election security; BMD voting systems; HMPBs; audits; rebuttal expert testimony | Will call |
| **Gabriel Sterling** | Please contact through counsel. | Allegations and relief sought in this action; audits; procurement and implementation of Dominion BMD system and updates to the Georgia voting system; physical; CISA; Ballot secrecy; recommended layout of voting machines; implementation of Plaintiffs' requested relief | Will call |

| **Merritt Beaver** | Please contact through counsel. | IT security; Fortalice assessments | May call |
|---|---|---|---|
| **Chris Bellew** | Please contact through counsel. | Georgia election system and security; implementation of updates to Dominion BMD system; the BMD voting experience | May call |
| **Matthew D. Bernhard** | 2260 Hayward Street Ann Arbor, Michigan 48109 | Enhanced Voting | May call |
| **Nancy Boren** | Attn: Elections & Registration Office P.O. Box 1340 Colombus, Georgia 31902 | Balloting and voting process for in person and absentee voters; election preparations and physical security of election equipment; audits; implementation of the relief Plaintiffs seek | May call |
| **Eric Chaney (or Coffee County Elections Board Representative)** | Coffee County Elections & Registration Office 224 W Ashley Street, Douglas, Georgia 31533 | Coffee County | May call |
| **Coalition for Good Governance Corporate Representative** | In care of Bruce P. Brown Law LLC Attn: Bruce P. Brown 1123 Zonolite Rd. NE, Suite 6 Atlanta, Georgia 30306 (404) 881-0700 | Allegations, claims, and relief sought in this action | May call |

3

| **Jack Cobb** | Pro V&V 6705 Odyssey Drive, Suite C Huntsville, Alabama 35806 | Voting system certification; review of voting equipment | May call |
|---|---|---|---|
| **Benjamin Cotton** | 27427 Montana Highway 83, Bigfork, Montana 59911 | Coffee County and work with VoterGA | May call |
| **Alex Cruce** | Attn: Courtney Kramer Binnall Law Group 717 King Street, Suite 200 Alexandria, Virginia 22314 | Coffee County; ballot secrecy; efforts to investigate security and accuracy of Georgia election system; communications with Marilyn Marks | May call |
| **Donna Curling** | In care of Morrison & Foerster, LLP Attn: David Cross 2100 L Street, NW, Suite 900 Washington, DC 20037 (202) 887-1500 dcross@mofo.com | Allegations, claims, and relief sought in this action | May call |
| **Ricardo Davis** | Ichter Davis LLC Attn: Cary Ichter 3340 Peachtree Road NE, Suite 1530 Atlanta, Georgia 30326 | Allegations, claims, and relief sought in this action | May call |
| **Laura Digges** | In care of Bruce P. Brown Law LLC Attn: Bruce P. Brown | Allegations, claims, and relief sought in this action | May call |

4

| | | | |
|---|---|---|---|
| | 1123 Zonolite Rd. NE, Suite 6 Atlanta, Georgia 30306 (404) 881-0700 | | |
| **William Digges III** | In care of Bruce P. Brown Law LLC Attn: Bruce P. Brown 1123 Zonolite Rd. NE, Suite 6 Atlanta, Georgia 30306 (404) 881-0700 | Allegations, claims, and relief sought in this action | May call |
| **Nick Ikonomakis - Dominion Corporate Representative** | Attn: J. Matthew Maguire, Jr. 1355 Peachtree St NE #2000 Atlanta, Georgia 30309 | Dominion BMD voting system security; Dominion Democracy Suite version 5.17 | May call |
| **James Elliott** | 577 Mulberry Street, Suite 1225 Macon, Georgia 31201 | Municipal election administration in Georgia | May call |
| **Joseph Blake Evans** | Please contact through counsel. | Secretary of State election administration issues; recommended layout of voting machines; implementation of relief | May call |
| **Ryan Germany** | Gilbert, Harrell, Sumerford & Martin, PC 675 Ponce de Leon Ave NE Atlanta, Georgia 30308 | Ballot secrecy; election administration issues | May call |

5

| | | | |
|---|---|---|---|
| **Scott Hall** | Attn: Lynsey Barron<br>Barron Law<br>1800 Peachtree St. NE, Suite 300<br>Atlanta, Georgia 30309 | Coffee County; efforts to investigate security and accuracy of Georgia election system; communications with Marilyn Marks | May call |
| **Misty Hampton** | 830 Dennis Harper Road<br>Ambrose, Georgia 31512 | Coffee County | May call |
| **Chris Harvey** | Georgia Peace Officers Standards and Training Council<br>5000 Austell-Powder Springs Road, Suite 280<br>Austell, Georgia 30106 | Ballot secrecy; recommended layout of voting machines; election administration | May call |
| **Joseph Kirk** | Bartow County Elections Office<br>1300 Joe Frank Harris Pkwy., Cartersville, Georgia 30120 | Elections Administration; Balloting and voting process for in person and absentee voters; election preparations and physical security of election equipment; audits; implementation of the relief Plaintiffs seek | May call |
| **Cathleen Latham** | 95 Banklodge Drive, Douglas, Georgia 31535 | Coffee County | May call |
| **Lynn Ledford** | Gwinnett County Voter Registration and Elections | County elections administration; balloting and voting process for in person and absentee voters; election preparations | May call |

6

|  | 455 Grayson Highway, Suite 200 Lawrenceville, GA 30046 678.226.7210 | and physical security of election equipment; implementation of the relief Plaintiffs seek |  |
|---|---|---|---|
| **Richard Lysinger** | Please contact through counsel. | Secretary of State IT | May call |
| **Marilyn Marks** | In care of Bruce P. Brown Law LLC Attn: Bruce P. Brown 1123 Zonolite Rd. NE, Suite 6 Atlanta, Georgia 30306 (404) 881-0700 | Allegations, claims, and relief sought in this action; Coffee County | May call |
| **Matthew Mashburn** | Please contact through counsel. | SEB regulations regarding election security and handling of equipment; SEB authority | May call |
| **Megan Missett** | In care of Bruce P. Brown Law LLC Attn: Bruce P. Brown 1123 Zonolite Rd. NE, Suite 6 Atlanta, Georgia 30306 (404) 881-0700 | Allegations, claims, and relief sought in this action | May call |
| **Theresa Payton** | Attn: James E. Connelly 271 17th Street, N.W. Atlanta, Georgia 30363 | IT and cyber security | May call |

| **James Persinger** | Please contact through counsel. | IT and cyber security; Coffee County equipment | May call |
| **Donna Price** | In care of Morrison & Foerster, LLP Attn: David Cross 2100 L Street, NW, Suite 900 Washington, DC 20037 (202) 887-1500 dcross@mofo.com | Allegations, claims, and relief sought in this action | May call |
| **Secretary of State Brad Raffensperger** | Please contact through counsel. | Allegations and relief sought in this action | May call |
| **Jil Ridlehoover** | 50 Maplewood Road, Douglas, Georgia 31535 | Coffee County | May call |
| **Jeffrey Schoenberg** | In care of Morrison & Foerster, LLP Attn: David Cross 2100 L Street, NW, Suite 900 Washington, DC 20037 (202) 887-1500 dcross@mofo.com | Allegations, claims, and relief sought in this action | May call |
| **Blake Voyles** | 309 North Gaskin Avenue, Douglas, Georgia 31533 | Coffee County | May call |
| **Nick Whitney** | 6303 Cowboys Way Frisco, Texas 75034 | GARViS | May call |

8

| **Any witness identified by any Plaintiff** | N/A | N/A | May Call |

9