## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

DONNA CURLING, ET AL.,
Plaintiffs,

v.

BRAD RAFFENSPERGER, ET AL.,
Defendants.

Civil Action No. 1:17-CV-2989-AT

## [PROPOSED] ORDER GRANTING
## PLAINTIFFS' MOTION TO EXCLUDE THE MITRE REPORT

This matter is before the Court on the Plaintiffs' Motion to Exclude the

MITRE Report.  Based on the complete record, and finding good cause for the

relief requested, it is hereby ordered that Plaintiffs' Motion is **GRANTED**.

**IT IS SO ORDERED** this ___ day of _____, 2023.

_____
U.S. District Court Judge Amy Totenberg