IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

DONNA CURLING, et al.,

      Plaintiffs,

v.

BRAD RAFFENSPERGER, et al.,

      Defendants.

          :
          :
          :
          :
          :
          :
          :
          :

DEC 0 7 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

CIVIL ACTION NO.
1:17-cv-2989-AT

## RESPONSE TO MOTION TO DENY INTERVENTION

The motion to intervene is timely. As timely as any could be in a case left by Brian Kemp for Secretary Raffensperger that has been pending for over six years existing in the land that time forgot. Not only is the motion timely, proposed intervenor has already suffered not being able to cast a meaningful ballot during the election cycle post 2020 in which relief was denied solely upon the fact that the 2020 election was at hand. The better practice would have been for the initial request for relief to have been refiled subsequent to the 2020 election to spare further loss of rights by proposed intervenor, voters of the state of Georgia, and perhaps the nation.

This is to advise the Court that I was not served with the motion to deny intervention as indicated in that filing. I only became aware of the filing when checking PACER November 29 and consider that I was served at that time.

Respectfully submitted,

Deborah J. Davis, pro se

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

DONNA CURLING, et al.,          :
                                :
          Plaintiffs,           :
                                :
v.                              :          CIVIL ACTION NO.
                                :          1:17-cv-2989-AT
BRAD RAFFENSPERGER, et al.,     :
                                :
          Defendants.           :

Certificate of Service

I certify that on ___Dec 4___ 2023, a copy of the foregoing was mailed by postal mail or emailed to the attorney listed for non terminated parties as included in PACER as contained in the attached. Parties not specifying an attorney but an address were mailed to the address given. A copy will be left with the clerk of court upon filing where attorney was unclear or no address was listed.

Deborah J. Davis

| Attorney | Email/address/status |
|---|---|
| Dara Lindenbaum | lindenbaum@sandlerreiff.com |
| David Lowman | david.lowman@fultoncountyga.gov |
| Edward Bedard | ebedard@robbinsfirm.com |
| Joshua Barrett Bellinfante | jbelinfante@robbinsfirm.com |
| Agnes Bridges | postal mail 140 Stonewall Ave. West Ste 208 |
| | Fayetteville, GA 30214 |
| Nicholas Andrew Kinsley | nkinsley@hallboothsmith.com |
| F Skip Sugarman | skip@sugarman-law.com |
| Alan Jay Butler | butler@epic.org |
| Elizabeth Ahern Monyak | postal mail Cobb County Attorney's Office |
| | Suite 350 100 Cherokee Street  Marietta, GA 30090 |
| Attorney not clear  Fortalice Solutions | copy to clerk of court |
| Pierce Groover Blitch, IV | pblitch@flemingnelson.com |
| James Jason Phillips | jjphillips@trc-lawfirm.com |
| Attorney not clear / Milton Kidd | copy to clerk of court |
| Robert David Cheeley | bob@cheeleylawgroup.com |
| Richard John Capriola | rcapriola@wczlaw.net |
| Jonathan Lee Schwartz | jonlschwartz@mac.com |
| Kenneth Paul Robin | krobin@jarrard-davis.com |
| Melanie Felicia Wilson | Melanie.wilson@gwinnettcounty.com |
| Anna Nicole Edmondson | aedmondson@robbinsfirm.com |
| Joseph Matthew Maguire, Jr. | Postal Mail Parks Chesin& Walbert, P.C. - Atl  75 14th St. NE |
| | 26th Floor Suite 2600 Atlanta, GA  30309 |
| Kate Talmor | Postal mail U.S. CISA DOJ-Civ 1100 L Street NW Washington, DC 20005 |
| Angela White-Davis | Newton County Board of Elections and Registration |
| | 1113 Usher St.NW  #103 Covington, GA 30014 |
| Bruce P. Brown | bbrown@brucepbrownlaw.com |
| | |
| | |



Deborah J. Davis
200 Morris Hill Rd
Canton, GA 30114-4017




etail

U.S. POSTAGE PAID
FCM LG ENV
CANTON, GA 30114
DEC 05, 2023

30303

**$2.07**

R2305K136940-01

DC 99

**Clerk of Court**
**Richard B. Russell Federal Building & United States**
**Courthouse**
**2211 United States Courthouse**
**75 Ted Turner Drive, SW**
**Atlanta, GA 30303-3309**



CLEARED DATE

Dec 07 23

U.S. Marshals Service
Atlanta, GA 30303



Item# 43768
Patent Pending