IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,** | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) Civil Action No. 1:17-CV-2989-A |
| | ) |
| **BRAD RAFFENSPERGER, ET AL.,** | ) |
| **Defendants.** | ) |
| | ) |

## NOTICE OF APPEARANCE

**COMES NOW,** Todd A. Harding, Attorney, who has been admitted or has otherwise authorized to practice in this court, and pursuant to L.R. 83.1 (D)(1), appears in this case as counsel for the Plaintiff RICARDO DAVIS in the above-captioned case.

Respectfully submitted this the 12th day of December, 2023.

**HARDING LAW FIRM, LLC**

/s/ Todd A. Harding_____
Todd A. Harding, For the Firm
Ga. Bar No. 101562
Attorney for Ricardo Davis

Harding Law Firm, LLC
Attorneys at Law
113 E. Solomon Street
Griffin, Georgia 30223
(770) 229-4578
(770) 228-9111 facsimile

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,** ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No. 1:17-CV-2989-A |
| ) | |
| **BRAD RAFFENSPERGER, ET AL.,** ) | |
| **Defendants.** ) | |
| ) | |

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type Times New Roman and point size of 14.

Respectfully submitted this the 12th day of December, 2023.

                                        **HARDING LAW FIRM, LLC**

                                        /s/ Todd A. Harding_____
                                        Todd A. Harding, For the Firm
                                        Ga. Bar No. 101562
                                        Attorney for Ricardo Davis

Harding Law Firm, LLC
Attorneys at Law
113 E. Solomon Street
Griffin, Georgia 30223
(770) 229-4578
(770) 228-9111 facsimile

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,** ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | Civil Action No. 1:17-CV-2989-A |
| ) | |
| **BRAD RAFFENSPERGER, ET AL.,** ) | |
| **Defendants.** ) | |
| ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2023 a copy of **NOTICE OF APPEARANCE** on behalf of Plaintiff Ricardo Davis was electronically filed with the Clerk of Court using the CM/ECF system, which automatically sends notification and a copy of such filing to all attorneys of record.

Respectfully submitted this the 12th day of December, 2023.

                                           **HARDING LAW FIRM, LLC**

                                           /s/ Todd A. Harding_____
                                         Todd A. Harding, For the Firm
                                         Ga. Bar No. 101562
                                         Attorney for Ricardo Davis

Harding Law Firm, LLC
Attorneys at Law
113 E. Solomon Street
Griffin, Georgia 30223
(770) 229-4578
(770) 228-9111 facsimile