# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,** ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No. 1:17-CV-2989-A |
| ) | |
| **BRAD RAFFENSPERGER, ET AL.,** ) | |
| **Defendants.** ) | |
| ) | |

## MOTION TO WITHDRAW NOTICE OF APPEARANCE

**COMES NOW,** Todd Harding, J.D., Attorney of record for the Plaintiff, Ricardo Davis, in this action, and requests the Court to enter an order permitting him to withdraw as attorney of record.

Counsel of record has provided written notification to client, Ricardo Davis, of his responsibilities and duties.

Respectfully submitted this 12th day of December 2023.

                                                 **HARDING LAW FIRM, LLC**

                                                 /s/ Todd A. Harding_____
                                                 Todd A. Harding, For the Firm
                                                 Ga. Bar No. 101562
                                                 Attorney for Ricardo Davis

Harding Law Firm, LLC
Attorneys at Law
113 E. Solomon Street
Griffin, Georgia 30223
(770) 229-4578
(770) 228-9111 facsimile

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,** )<br>**Plaintiffs,** )<br>)<br>**v.** )<br>)<br>**BRAD RAFFENSPERGER, ET AL.,** )<br>**Defendants.** )<br>) | Civil Action No. 1:17-CV-2989-A |

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type Times New Roman and point size of 14.

Respectfully submitted this the 12th day of December, 2023.

                                         **HARDING LAW FIRM, LLC**

                                         /s/ Todd A. Harding_____
                                         Todd A. Harding, For the Firm
                                         Ga. Bar No. 101562
                                         Attorney for Ricardo Davis

Harding Law Firm, LLC
Attorneys at Law
113 E. Solomon Street
Griffin, Georgia 30223
(770) 229-4578
(770) 228-9111 facsimile

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,** ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | Civil Action No. 1:17-CV-2989-A |
| ) | |
| **BRAD RAFFENSPERGER, ET AL.,** ) | |
| **Defendants.** ) | |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2023 a copy of **MOTION TO WITHDRAW NOTICE OF APPEARANCE** on behalf of Plaintiff Ricardo Davis was electronically filed with the Clerk of Court using the CM/ECF system, which automatically sends notification and a copy of such filing to all attorneys of record.

Respectfully submitted this the 12th day of December, 2023.

**HARDING LAW FIRM, LLC**

/s/ Todd A. Harding_____
Todd A. Harding, For the Firm
Ga. Bar No. 101562
Attorney for Ricardo Davis

Harding Law Firm, LLC
Attorneys at Law
113 E. Solomon Street
Griffin, Georgia 30223
(770) 229-4578
(770) 228-9111 facsimile