# EXHIBIT 3

**Message**

| | |
|---|---|
| **From**: | Barnes, Michael [/O=SOS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D4F658ED134C4A6D91A27F28A0572934-BARNES, MICHAEL] |
| **Sent**: | 2/26/2020 1:24:02 PM |
| **To**: | Sheldon, Samantha [/o=SOS/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=01bc012b9aac4162970fbc3d34473542-Sheldon, Samantha] |
| **Subject**: | FW: Jefferson County Board of Elections |

Do you think you can update Easy Vote to document the seals now in place on these units?

**From:** Susan Gray <sgray@jeffersoncountyga.gov>
**Sent:** Wednesday, February 26, 2020 8:22 AM
**To:** Barnes, Michael <mbarnes@sos.ga.gov>
**Subject:** Jefferson County Board of Elections

**EXTERNAL EMAIL:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Michael,
These are the BMD serial numbers that I took the State of Georgia Seal from by mistake.
I have the seals but I am unsure of the serial number which SOS seal came off.

  BMD        New Seal

# 270870  - 0783766
# 300492  - 0582158
# 300494  - 0373662
# 171100  - 0783758
# 300493  - 0783743
# 171101  - 0119665
# 300495  - 0582162

Seal numbers that were removed:
307303; 307305; 307330; 307367; 307370; 307713; 356953

Sorry for my error,
Thank you for all your help and all you do for us!
Susan Gray
Election Superintendent
Jefferson County, Georgia
478-625-8357

Exhibit 0007

Attorneys' Eyes Only                                                        STATE-DEFENDANTS-00158505

# SLIPSHEET

| | |
|---|---|
| Message | |
| From: | Barnes, Michael [/O=SOS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D4F658ED134C4A6D91A27F28A0572934-BARNES, MICHAEL] |
| Sent: | 7/9/2020 5:54:46 PM |
| To: | clinchelections@clinchcountyga.gov |
| Subject: | Re: Data Seals |

No, just please put your own seal on the equipment and document the seal number attached.

Sent from my iPhone
Michael Barnes
470-316-2884


On Jul 9, 2020, at 1:52 PM, "clinchelections@clinchcountyga.gov" <clinchelections@clinchcountyga.gov> wrote:

> **EXTERNAL EMAIL:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.

<image001.gif>
**Michael,**
**My tech is doing L&A testing and discovered that 2 of our BMDs Election Data Seals were missing, (poll workers). Do we need to send these back to be resealed ? If so my regional tech has offered to take them back to Atlanta and drop them off on his way back home. Please let me know what we need to do.**

Laina Ballance
Clinch County Elections Supervisor
25 Court Sq. Suite A
Homerville Ga. 31634
912-487-3656 Office
912-487-5162 Fax
clinchelections@clinchcountyga.gov

Exhibit 0022

# SLIPSHEET

| | |
|---|---|
| **From:** | Harvey, Chris |
| **To:** | Scott Tucker |
| **Subject:** | RE: [EXTERNAL] FW: Question |
| **Date:** | Monday, January 27, 2020 12:45:37 PM |
| **Attachments:** | image001.png |
| | image002.png |

I'll do it. Thanks.

Chris Harvey
*Elections Director*
Georgia Secretary of State

Main 470-312-2777
Cell   404-985-6351



**From:** Scott Tucker <scott.tucker@dominionvoting.com>
**Sent:** Monday, January 27, 2020 12:44 PM
**To:** Harvey, Chris <wharvey@sos.ga.gov>
**Cc:** Barnes, Michael <mbarnes@sos.ga.gov>
**Subject:** RE: [EXTERNAL] FW: Question

**EXTERNAL EMAIL:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Yes, that is possible to set the ICC up that way. You would need to copy the data to an external drive and then upload into RTR (Results Tally and Reporting).

Do you want me to respond to Nancy or would you like that to come form your office?

Scott Tucker  - CRM, GA
Scott.Tucker@dominionvoting.com
440.242.7451

GAsupport@dominionvoting.com
1-844-271-6371

**From:** Harvey, Chris <wharvey@sos.ga.gov>
**Sent:** Monday, January 27, 2020 12:40
**To:** Scott Tucker <scott.tucker@dominionvoting.com>
**Cc:** Barnes, Michael <mbarnes@sos.ga.gov>
**Subject:** [EXTERNAL] FW: Question

Scott,

**Exhibit 0005**

Dominion017810

I talked to Nancy about this. Does the central scanner have to be hooked up to EMS when scanning? She asking about scanning the absentee ballots in her office and taking that data to upload to the EMS in a separate location.

Chris Harvey
*Elections Director*
Georgia Secretary of State

Main 470-312-2777
Cell    404-985-6351



**From:** Gay, Nancy <NGAY@columbiacountyga.gov>
**Sent:** Monday, January 27, 2020 11:00 AM
**To:** Harvey, Chris <wharvey@sos.ga.gov>
**Subject:** Question

**EXTERNAL EMAIL:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Hey Chris and Scott,
Sorry to bother you – but I need some help.

We have our main office, which is where we conduct day-to-day operations and send out/receive absentee ballots. Then we have a warehouse about 12 miles away where the EMS and all of our equipment is stored.

Can I have the ICC (computer/scanner) setup in our main office and then transport election tallies out to the warehouse on election night once complete?

Thank you,

*Nancy L. Gay*
*Executive Director*
*Columbia County Board of Elections*
*500 Faircloth Drive, Building E*
*PO Box 919*
*Evans, GA 30809*
*706-868-3355 (phone)*
*706-868-3358 (fax)*
*www.columbiacountyga.gov*

Dominion017811



Professionalism • Respect • Integrity • Dedication • Excellence

This email, as well as any file(s) transmitted with it, are for the intended recipient(s), and may contain legally protected, confidential or privileged information. If you are not the intended recipient, be advised that you have received this email in error, and that any use, dissemination, forwarding, printing, storing or copying of this email is strictly prohibited. Please notify the sender if this was received in error and destroy the message, any attachments, and all copies.

Dominion017812