# EXHIBIT 4

**From:** Evans, Blake
**Sent:** Wednesday, August 18, 2021 12:43 PM
**To:** Ben Johnson <bjohnson@spaldingcounty.com>; Stephanie Windham
<swindham@beckowen.com>
**Cc:** Kimberly Slaughter <Kslaughter@spaldingcounty.com>; Barnes, Michael <mbarnes@sos.ga.gov>;
BOER@spaldingcounty.com; Germany, Ryan <rgermany@sos.ga.gov>; Beck, Sarah
<sbeck@sos.ga.gov>
**Subject:** RE: Spalding County Equipment

Ben,

I think it would be helpful if we all got on a zoom call. Are you all available for a zoom call at 10:30am
on Monday, August 23rd?

If so, I will send out a calendar invite and a zoom link.

Blake Evans
*Elections Director*
Georgia Secretary of State
**Direct: 470-312-2777**
**Cell: 470-701-6901**

---

**From:** Ben Johnson <bjohnson@spaldingcounty.com>
**Sent:** Wednesday, August 18, 2021 10:32 AM

**Exhibit 0032**

**To:** Stephanie Windham <swindham@beckowen.com>
**Cc:** Kimberly Slaughter <Kslaughter@spaldingcounty.com>; Evans, Blake <bevans@sos.ga.gov>;
Barnes, Michael <mbarnes@sos.ga.gov>; BOER@spaldingcounty.com
**Subject:** Re: Spalding County Equipment

> **EXTERNAL EMAIL:** Do not click any links or open any attachments unless you trust the sender and
> know the content is safe.

Would it be possible to have the images done under state supervision and the state hold them?

The state is also named in this lawsuit I think.

Also for a county to not have the ability to backup systems critical to performing our duties in
running elections, if that is indeed the case, is a whole different conversation but one that needs to
happen - thumb drives and having to buy spare dell workstations at an exorbitant amount of money
isn't a good disaster recovery strategy.

Ben

Sent from my iPhone

> On Aug 18, 2021, at 10:20 AM, Stephanie Windham <swindham@beckowen.com>
> wrote:
>
> Good morning, Blake.  We are in somewhat of a quandary in that we need for the State
> to recertify, but we are also subject to a litigation hold and cannot risk the loss of
> information we are required to keep.  Any direction you can provide would be greatly
> appreciated.
>
> Thank you!
>
> WIRE FRAUD ALERT: DO NOT ACCEPT WIRING INSTRUCTIONS OR CHANGES TO WIRING
> INSTRUCTIONS VIA FAX OR EMAIL WITHOUT CALLING THE BENEFICIARY OF THE WIRE,
> AFTER INDEPENDENTLY VERIFYING THEIR PHONE NUMBER, TO CONFIRM THE
> INSTRUCTIONS OR CHANGES.
>
> <image002.png>
> The information in this communication is confidential and is directed only to the intended
> recipient. Please do not forward this communication without my permission. If you have
> received this communication in error, please notify me immediately and delete/destroy this
> communication.
>
> **Warning: Under Georgia law, there is no liability for an injury or death of an
> individual entering our premises if such injury or death results from the inherent
> risks of contracting COVID-19. You are assuming this risk by entering our premises.**

**From:** Kimberly Slaughter <Kslaughter@spaldingcounty.com>
**Sent:** Wednesday, August 18, 2021 9:38 AM
**To:** Evans, Blake <bevans@sos.ga.gov>
**Cc:** Barnes, Michael <mbarnes@sos.ga.gov>; BOER@spaldingcounty.com
**Subject:** RE: Spalding County Equipment

Blake:

Thank you for the information provided. In the future I will copy you along with
Michael Barnes. I have been and am presently working with Chris Bellew at the
direction of Mr. Barnes in working out a time for the State to visit Spalding County to
recertify our equipment.
Please note that the Board of Elections and Voter Registration of Spalding County had
only good and proper intentions for the voters of Spalding County when considering
the discussed action prior to the State recertifying. I can assure you that as the Election
Supervisor of Spalding County that equipment belonging to State has been secured and
monitored since the beginning of my employment.

Please understand that we are in transitioning times with my first day in the office
being last Monday and qualifying began this week, along with a complete new Board,
with an exception of one Board member who has been a part of the Board for a few
months. I am working hard to move our office forward but at the same time
addressing problems which were present before my arrival.

In regards to concerns that this office may, I am copying the Board of Elections and
Voter Registration so that they can relate the concerns since this transpired before my
employment. Please let me know if I can be of any further assistance in this matter and
I look forward to hearing from Chris Bellew to set up a time for the State to visit our
County and recertify all Election equipment.

Sincerely,


Kimberly Slaughter
Election Supervisor
Spalding County


**From:** Evans, Blake <bevans@sos.ga.gov>
**Sent:** Wednesday, August 18, 2021 9:08 AM
**To:** Kimberly Slaughter <Kslaughter@spaldingcounty.com>
**Cc:** Germany, Ryan <rgermany@sos.ga.gov>; Beck, Sarah <sbeck@sos.ga.gov>; Barnes,
Michael <mbarnes@sos.ga.gov>; Thomas, Breanna <bthomas@sos.ga.gov>
**Subject:** RE: Spalding County Equipment

Kimberly,

I want to follow up our phone conversation with additional details.

First, I am attaching to this email State Election Board Rule 183-1-12-.05, which states that election equipment cannot be modified, changed, or upgraded without authorization from the Secretary of State.

Second, please send me a written explanation of your concerns. Since the equipment you have stored is state owned equipment, we must follow protocols to examine the equipment to detect possible issues. The proper procedure is to send a written explanation to Michael Barnes, Director of the Center for Election Systems, and me. At that point, Michael and his team will travel to Spalding to assess the equipment and determine next steps. Any deviation from the procedures could lead to us not being able to certify the equipment, which would mean it could not be used in future elections. The county would be required to purchase new equipment.

Again, please send your concerns to Michael and me. Once we receive your concerns, we will take the necessary steps on our end to address them.

Blake Evans
*Elections Director*
Georgia Secretary of State
**Direct: 470-312-2777**
**Cell: 470-701-6901**
<image003.jpg>

---

**From:** Evans, Blake
**Sent:** Wednesday, August 18, 2021 7:45 AM
**To:** Kslaughter@spaldingcounty.com
**Cc:** Germany, Ryan <rgermany@sos.ga.gov>; Beck, Sarah <sbeck@sos.ga.gov>; Barnes, Michael <mbarnes@sos.ga.gov>; Thomas, Breanna <bthomas@sos.ga.gov>
**Subject:** Spalding County Equipment
**Importance:** High

Kimberly,

I received an email where you notified one of our staff that Spalding County plans to bring in "an IT company to image all information prior to the state certification."

**<u>Do NOT allow an IT company to image or conduct any activity on voting equipment. That is NOT allowed.</u>**

Blake Evans
*Elections Director*
Georgia Secretary of State
**Direct: 470-312-2777**
**Cell: 470-701-6901**