IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>v.<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

### COALITION PLAINTIFFS' MOTION FOR USE OF ELECTRONIC EQUIPMENT IN THE COURTROOM DURING DECEMBER 15, 2023 HEARING

Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, Megan Missett and Ricardo Davis (the "Coalition Plaintiffs) respectfully move for entry of an Order authorizing the possession and use of the following electronic equipment in conjunction with the hearing in the above-referenced matter scheduled before the Honorable Amy Totenberg on Friday, December 15, 2023, at 10:30 a.m., in Courtroom 2308:

(A)   Two (2) laptop computers, necessary computer accessories (mouse, keyboard, and charging cord), and one (1) cellular phone and charging cord, to be used by their counsel of record, Bruce P. Brown, Esq.;

(B)   One (1) laptop computer, necessary computer accessories (mouse, keyboard, and charging cord), and one (1) cellular phone and charging cord, to be

used by their counsel of record, Cary Ichter, Esq.;

(C) One (1) laptop computer, necessary computer accessories (mouse, keyboard, and charging cord), one (1) cellular phone and charging cord, and (3) power strip, to be used by Coalition Plaintiffs' representative, Marilyn Marks.

The Coalition Plaintiffs submit that good cause exists to grant this Motion and request this authorization for their counsel, Bruce P. Brown, Cary Ichter, and Coalition Plaintiffs' representative, Marilyn Marks, who will be in attendance at the hearing scheduled for Friday, December 15, 2023, extending through completion of the hearing, at the Court's discretion.

WHEREFORE the Coalition Plaintiffs respectfully request that this Court enter an Order GRANTING this motion to bring the aforementioned electronic equipment into the courtroom for use during the hearing on December 15, 2023. A proposed Order is attached hereto as **Exhibit A**.

This 13th day of December, 2023.

>*/s/ Cary Ichter*
>CARY ICHTER
>Georgia Bar No. 382515
>**ICHTER DAVIS LLC**
>400 Interstate N. Pkwy, SE
>Suite 860
>Atlanta, Georgia 30339
>404.869.7600
>cichter@ichterdavis.com

AND

Bruce P. Brown
Georgia Bar No. 064460
**Bruce P. Brown Law LLC**
1123 Zonolite Road NE, Suite 6
Atlanta, Georgia 30306
404.881.0700
bbrown@brucepbrownlaw.com

AND

<u>/s/ Robert A. McGuire, III</u>
Robert A. McGuire, III
Admitted Pro Hac Vice (ECF No. 125)
ROBERT MCGUIRE LAW FIRM
113 Cherry St. #86685
Seattle, Washington 98104-2205
(253) 267-8530
ram@lawram.com

*Attorneys for Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, Ricardo Davis, and Megan Missett*

# CERTIFICATES

I hereby certify that on December 13, 2023, I served a true and correct copy of the foregoing **Coalition Plaintiff's Motion for Use of Electronic Equipment During December 15, 2023 Hearing** on all counsel of record by e-filing same with the Court's CM/ECF system which will automatically deliver a copy to all counsel of record.

I hereby further certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

/s/ Cary Ichter
CARY ICHTER
Georgia Bar No. 382515
cichter@ichterdavis.com