IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| DONNA CURLING, *et al.*, | **SEALED** |
| Plaintiffs, | |
| v. | CIVIL ACTION NO. 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, *et al.*, | |
| Defendants. | |

# ORDER

Before the Court is the Parties' Joint Statement Concerning Expert Disclosures [Doc. 1716] and the portion of Defendants' Omnibus Motion in Limine concerning disclosure of Dr. Halderman's methods and data [Doc. 1723, Section IV].

In connection with Defendants' request for access to the relevant data and programs[1] at issue, Defendants are **DIRECTED** to identify for the Court and the Curling Plaintiffs: the particular consulting expert who they propose would review the data and provide that expert's resume/CV and all affiliations; all attorneys and staff who Defendants believe would require access to the data; and any and all other individuals who they believe would require access to this data. Additionally, Defendants are **DIRECTED** to provide the Court and the Curling Plaintiffs with a specific protocol for the provision and inspection of this data, as well as a protocol

---

[1] The particular data and programs are outlined in Defendants' Notice to Produce, served on November 11, 2021 (Doc. 1716-1.)

for maintaining its security and nondisclosure to others. This protocol must be more particularized and tailored than the suggestion provided by Defendants to the Curling Plaintiffs in March of 2022. (*See* Doc. 1716-5.) Further, the Curling Plaintiffs are similarly **DIRECTED** to provide the Court and Defendants with a proposed protocol for the safe provision and/or inspection of this data.[2]

Defendants are **ORDERED** to provide a list (to the Court and Curling Plaintiffs) containing their consulting expert and all individuals they request be provided access to the data by **December 14, 2023 at 3:00 p.m**. The parties are further **ORDERED** to exchange their proposed protocols for the provision of this data, and provide such proposals to the Court, by **9:00 a.m**. on **Friday December 15, 2023 at the latest**. The parties should provide this information to the Court by emailing Mr. Martin.

**IT IS SO ORDERED** this 13th day of December, 2023.

_____
**Honorable Amy Totenberg**
**United States District Judge**

---

[2] The Court understands that the Curling Plaintiffs vehemently object to the provision/inspection of this data and further believe that the time, burden, and expense that would be required to ensure the safe provision and/or inspection of the data make such efforts unfeasible at this stage of the proceedings.