**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

**ORDER TO ALLOW USE OF ELECTRONIC EQUIPMENT
IN THE COURTROOM DURING DECEMBER 15, 2023 HEARING**

IT IS HEREBY ORDERED that Bruce P. Brown, Esq. and Cary Ichter, Esq., counsel for Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, Megan Missett and Ricardo Davis (the "Coalition Plaintiffs), as well as Coalition Plaintiffs' attending representative, Marilyn Marks, be permitted to bring the following personal electronic devices into the Richard B. Russell Federal Building, Courtroom 2308, on Friday, December 15, 2023, for a hearing scheduled to begin at 10:00 a.m. before the Honorable Amy Totenberg:

- Laptop computers and computer accessories (e.g., computer mouse, keyboard, charging cord); and

- Cellular phones and phone charging cords; and

- Power strip.

Proper identification will be required upon entering the facility.   Said electronic equipment shall be subject to inspection by the facility's law enforcement/security officers.

**IT IS SO ORDERED** this  13th  day of December, 2023.

THE HONORABLE AMY TOTENBERG
UNITED STATES DISTRICT COURT JUDGE

*There is to be no transmission of information during the hearing.