IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., <br> PLAINTIFFS, <br><br> v. <br><br> BRAD RAFFENSPERGER, ET AL., <br> DEFENDANTS. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:17-CV-2989-A <br> ) <br> ) <br> ) <br> ) |

## DECLARATION OF RICARDO DAVIS

I am Ricardo Davis, Plaintiff herein, of full age and sound mind and suffering under no condition that would interfere with my truthful testimony herein.

1.

I have been represented in this action by Cary Ichter and understood him to be my attorney of record. I have not had any contact with the other two attorneys who may have listed my name on their notice of appearance.

2.

On December 7, 2023 I received written notice from my counsel Cary Ichter that he expected to have back surgery during the period of time in which this case is scheduled to be tried. A true and correct copy of an email from Mr. Ichter to me is attached hereto as Exhibit "A".

1

3.

On December 10, 2023, Mr. Ichter confirmed to me verbally that the surgery would likely take place during the trial, and there is a risk he could not appear for part or all of the trial.

4.

I have had no contact with either of the remaining two attorneys who noticed an appearance for me, and I do not believe either one can adequately represent my interests in this action.

5.

I have requested David Oles, Esq., to enter an appearance as one of my co-counsel in the case.

6.

I am giving this declaration in support of my request for this Court to receive the appearance of counsel on my behalf.

7.

I do not request a separate trial in this action, as doing so at this late stage when discovery is already complete would subject me unfairly to enormous cost and expense.

8.

As a plaintiff in this case for over 6 years, I am prepared to be ready for trial on January 9, 2024 as planned without any delays.

9.

In compliance with 28 U.S.C. § 1746 I declare and certify and state under penalty of perjury that the foregoing is true and correct.

Executed on December 13, 2023.

_____
Ricardo Davis

Exhibit A

On Dec 7, 2023, at 22:16, Cary Ichter <CIchter@IchterDavis.com> wrote:

If you want me. Bruce and I have talked about him also making an appearance for all of the individual plaintiffs b/c I may have to have back surgery while the trial is going on. We shall see. But let me know what your wishes—or Plan B on your wishes—are. Cary

**Cary Ichter, Partner**
**Ichter Davis, LLC**
400 Interstate N Pkwy
Suite 860
Atlanta, GA 30339
phone 404.869.5243
fax 404.602.0037
cell 404.769.1353
cichter@IchterDavis.com
<image001.png><image002.png>

**From:** Ricardo Davis <ricardodavis@gaconstitutionparty.org>
**Sent:** Thursday, December 7, 2023 10:13 PM
**To:** Cary Ichter <CIchter@IchterDavis.com>
**Subject:** Representation Going Forward?

Good evening Cary,

I have received Judge Totenberg's order regarding denying substitution of counsel.

From your perspective are you still my counsel? If not, then what must be done?

-Ricardo

---
Ricardo Davis
(404) 620-2440
P.O. Box 2153, Woodstock, GA 30188
ricardodavis@gaconstitutionparty.org