IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., <br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, ET AL., <br> Defendants. | Civil Action No. 1:17-CV-2989-AT |

### MOTION FOR USE OF ELECTRONIC EQUIPMENT IN THE COURTROOM DURING DECEMBER 15 PRETRIAL CONFERENCE

Plaintiffs Donna Curling, Donna Price and Jeffrey Schoenberg (the "Curling Plaintiffs") respectfully move for entry of an Order authorizing the use of electronic equipment, including 6 laptop computers with laptop power cords, 2 tablet computers (e.g., Apple iPad, Microsoft Surface Pro), 10 smart phones with smartphone power cords, 2 USB drives, and one personal WiFi hotspot device, by their legal representatives on Friday, December 15, 2023 in conjunction with a pretrial conference scheduled to begin at 10:30 a.m. before Judge Amy Totenberg in Courtroom 2308 of the above-captioned Court.

The Curling Plaintiffs submit that good cause exists to grant this Motion, and request that this authorization for their attending counsel of record, David D. Cross, Mary Kaiser, Ramsey Fisher, Christian Andreu-von Euw, Adam M. Sparks,

1

Halsey G. Knapp, and Jessica G. Cino, extend through completion of the hearing, at the Court's discretion.

The Curling Plaintiffs additionally request that Donna Price be permitted to bring one smartphone with smartphone power cord to provide necessary personal audio accommodation at the December 15, 2023 pretrial conference.

WHEREFORE the Curling Plaintiffs respectfully request that this Court enter an Order GRANTING this Motion and the relief it requests.

A proposed Order is attached hereto.

Respectfully submitted, this 13th day of December, 2023.

| | |
|---|---|
| */s/ David D. Cross* | */s/ Halsey G. Knapp, Jr.* |
| David D. Cross (*pro hac vice*) | Halsey G. Knapp, Jr. |
| Mary G. Kaiser (*pro hac vice*) | GA Bar No. 425320 |
| Matthaeus Martino-Weinhardt (*pro hac vice*) | Adam M. Sparks |
| | GA Bar No. 341578 |
| Ramsey Fisher (*pro hac vice*) | Jessica G. Cino |
| Aaron Scheinman (*pro hac vice*) | GA Bar No. 577837 |
| Benjamin Campbell (*pro hac vice*) | KREVOLIN & HORST, LLC |
| Wail Jihadi (*pro hac vice*) | 1201 West Peachtree Street, NW |
| Oluwasegun Joseph (*pro hac vice*) | Suite 3250 |
| MORRISON & FOERSTER LLP | Atlanta, GA 30309 |
| 2100 L Street, NW, Suite 900 | (404) 888-9700 |
| Washington, DC 20037 | hknapp@khlawfirm.com |
| (202) 887-1500 | |
| dcross@mofo.com | |

                              */s/ Christian G. Andreu-von Euw*
                              Christian G. Andreu-von Euw
                              (*pro hac vice*)
                              THE BUSINESS LITIGATION GROUP, PC
                              150 Spear Street
                              San Francisco, CA 94105
                              (415) 765-6633
                              christian@blgrp.com

*Counsel for Plaintiffs Donna Curling, Donna Price & Jeffrey Schoenberg*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,** <br> **Plaintiffs,** <br><br> v. <br><br> **BRAD RAFFENSPERGER, ET AL.,** <br> **Defendants.** | Civil Action No. 1:17-CV-2989-AT |

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

*/s/ David D. Cross*
David D. Cross

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>v.<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2023, a copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

*/s/ David D. Cross*
David D. Cross

5

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., Plaintiffs, v. BRAD RAFFENSPERGER, ET AL., Defendants. | Civil Action No. 1:17-CV-2989-AT |

### ORDER TO ALLOW USE OF ELECTRONIC EQUIPMENT IN THE COURTROOM

IT IS HEREBY ORDERED that counsel of record for the Curling Plaintiffs[1] in the above-referenced case, David D. Cross, Mary Kaiser, Ramsey Fisher, Christian Andreu-von Euw, Adam M. Sparks, Halsey G. Knapp, and Jessica G. Cino, be permitted to bring the following personal electronic devices into the Richard B. Russell Federal Building, Courtroom 2308, on December 15, 2023 for a pretrial conference before Judge Amy Totenberg:

- laptop computers and computer accessories (e.g., computer mouse, battery recharger, personal WiFi hotspots, power cords);

- tablet computers (e.g., Apple iPad, Microsoft Surface Pro); and

---

[1] The Curling Plaintiffs are Donna Curling, Donna Price, and Jeffrey Schoenberg.

- apple watch and mobile phones, including mobile phones with cameras (which may also operate as WiFi hotspots).

It is further ordered that Donna Price be permitted to bring one smartphone with smartphone power cord. Proper identification will be required upon entering the facility. Said electronic equipment shall be subject to inspection by the facility's law enforcement/security officers.

**IT IS SO ORDERED** this ___th day of _____, 2023.

_____
**AMY TOTENBERG**
**UNITED STATES COURT JUDGE**