**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| DONNA CURLING, et al, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION NO.** |
| | ) | **1:17-CV-2989-AT** |
| BRAD RAFFENSPERGER, et al, | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**ORDER TO ALLOW ELECTRONIC**
**EQUIPMENT INTO THE COURTROOM**

IT IS HEREBY ORDERED that Plaintiff representatives David D. Cross, Mary Kaiser, Ramsey Fisher, Christian Andreu-son Euw, Adam M. Sparks, Halsey G. Knapp, Jessica G. Cino, and Donna Curling in the above-referenced case be permitted to bring the following electronic devices into the Richard B. Russell Building, Courtroom 2308, for the purposes of a hearing beginning at 10:30 am on December 15, 2023, before Judge Amy Totenberg.

- laptop computers and computer accessories (*e.g.*, computer mouse, batter recharger, personal WiFi hotspots, power cords);

- tablet computers (*e.g.*, Apple iPad, Microsoft Surface Pro); and

2

- apple watch and mobile phones, including mobile phones with cameras, (which may also operate as WiFi hotspots).

Proper identification will be required upon entering the facility and said electronic equipment shall be subject to inspection by the facility's law enforcement/security officers.

IT IS SO ORDERED this 14th day of December, 2023.


_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**