IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, ET AL.,<br><br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

NOTICE OF APPEARANCE OF BRUCE P. BROWN AS COUNSEL
FOR WILLIAM DIGGES III, LAURA DIGGES & MEGAN MISSETT

Pursuant to Local Rule 83.1(D)(1), Bruce P. Brown enters this Notice of Appearance as counsel for the following Plaintiffs:

William Digges III

Laura Digges, and

Megan Missett

Mr. Brown remains counsel for Plaintiff Coalition for Good Governance.

Respectfully submitted this 14th day of December, 2023.

*/s/ Bruce P. Brown*
Bruce P. Brown
Georgia Bar No. 064460
BRUCE P. BROWN LAW LLC
1123 Zonolite Rd. NE
Suite 6
Atlanta, Georgia 30306
(404) 386-6856

*Counsel for Coalition for Good Governance,*
*William Digges III, Laura Digges, and*
*Megan Missett*


*/s/ Robert A. McGuire, III*          *s/ Russell T. Abney*
Robert A. McGuire, III               Russell T. Abney
Admitted Pro Hac Vice                Georgia Bar No. 000875
 (ECF No. 125)                       WATTS GUERRA, LLP
ROBERT MCGUIRE LAW FIRM              4 Dominion Drive, Building 3
113 Cherry St. #86685                San Antonio, TX 78257
Seattle, Washington 98104-2205       (404) 670-0355
(253) 267-8530

*Counsel for Coalition for Good Governance*


*/s/ Cary Ichter*
Cary Ichter
Georgia Bar No. 382515
ICHTER DAVIS LLC
3340 Peachtree Road NE
Atlanta, Georgia 30326
(404) 869-7600

2

*Counsel for William Digges III, Laura Digges,*
*Ricardo Davis & Megan Missett*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,** Plaintiffs, <br><br> v. <br><br> **BRAD RAFFENSPERGER, ET AL.,** Defendants. | Civil Action No. 1:17-CV-2989-AT |

### CERTIFICATE OF COMPLIANCE AND SERVICE

I certify that (a) pursuant to LR 7.1(D), the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Century Schoolbook and a point size of 13 and (b) a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

This 14th day of December, 2023.

*/s/ Bruce P. Brown*
Bruce P. Brown

4