# **EXHIBIT E**

ADVERTISEMENT

# Analysis finds Georgia's voting system safe from manipulation



Early voting in Augusta  (WRDW)

By Staff

Published: May. 30, 2022 at 11:29 AM EDT

ATLANTA - An analysis by an independent group found Georgia's election system would be hard to manipulate under the current safeguards, state officials say.

The conclusion was reached in a review the MITRE Corp., an accredited laboratory founded to give engineering and technical guidance to the federal government.

> **COMING UP**
>
> The Richmond County Board of Elections will meet at 2 p.m. Tuesday to certify results of last week's primary and Augusta elections. The meeting will be at 2029 Lumpkin and the public is welcome to attend.

"The MITRE report shows what reasonable people already know — if bad actors are given full and unfettered access to any system, they can manipulate that system. That is why procedural, operational, and legal election integrity measures are crucial," said Gabriel Sterling, deputy secretary of state. "We are pleased that MITRE recognized that existing procedural safeguards make it extremely unlikely for any bad actor to actually exploit any vulnerabilities."

ADVERTISEMENT

Watch Live    News    First Alert Weather

The report states that "it is operationally infeasible that the Georgia election system could be effectuated by malicious actors" who have normal access to the machines.

**MORE | S.C. early voting starts Tuesday: What you need to know**

"Even with high technical skills and resources, MITRE assesses the attacks to be difficult to achieve without detection at scale," the report states.

Sterling said the findings show claims of manipulation of the state's voting system are "exaggerated, over the top, and sensationalized."

The report comes on the heels of record turnout for a midterm primary, record in-person voting in any primary, and record use of absentee voting by mail outside of a COVID pandemic environment, according to Secretary of State Brad Raffensperger's office.

ADVERTISEMENT

The office said it will continue to assess and review both physical and cyber security.

"The office continually works with counties who run the elections in Georgia to continue to balance security with accessibility and be a leader in the nation on election integrity," the office said in a statement.

Copyright 2022 WRDW/WAGT. All rights reserved.



Stopwatt                                                                 Sponsored

**Elon Musk's invention saves residents up to 90% on monthly electricity bills**

Discover

Taboola Feed

**Here Are 23 Of The Coolest Gifts For Christmas 2023**
23 Hottest Cool Gifts For Holiday 2023 You'll Regret Not Getting Before They Sell Out
Best Tech Trend | Sponsored                                                    Learn More

**Teachers, Try this Biomimicry Lesson for Free**
Includes a Fun Video, 5E Lesson Plan, Reading Material, Quiz Games, DIY Activity, Printable Worksheets & More.
Generation Genius | Sponsored                                                  Watch Now

**How To Get Rid Of Roaches Fast (You'll Wish You Tried This Sooner)**
BugMD | Sponsored                                                              Read More

**NASA's moon robot has found something that no one wants to explain**
Trendscatchers | Sponsored

**These States Will Be Ghost Towns By 2026**
Moneywise.com | Sponsored                                                      Click Here

**Pawn Star Pleads Guilty, Goodbye Pawn Stars :(**
Fans were surprised to hear this about their favorite pawn star...
TravelerMaster | Sponsored                                                     Read More