# EXHIBIT G

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*<br><br>*Plaintiffs,*<br><br>v.<br><br>BRAD RAFFENSPERGER, *et al.*,<br><br>*Defendants.* | CIVIL ACTION<br><br>FILE NO. 1:17-CV-2989-AT |

## **STATE DEFENDANTS' PROPOSED DETAILED WITNESS LIST**

Pursuant to the Court's Order [Doc. 1700] setting a pretrial schedule for the parties to complete their trial preparations, State Defendants identify below the witnesses whom they *may* call at trial and the anticipated subject of their testimony. Because the Court has not ruled on State Defendants' Motions for Summary Judgment [Docs. 1567, 1568], State Defendants' witness list provided herein is subject to change. State Defendants reserve the right to modify or supplement this list of witnesses based on further discovery of information, the pretrial proceedings in this lawsuit, and resolution of their motions for summary judgment. State Defendants further reserve the right to supplement this list with reasonable notice to counsel.

| Proposed Witness | Anticipated Subjects of Testimony |
|---|---|
| Dr. Ben Adida | Audits; rebuttal expert testimony |
| James Barnes | Coffee County elections administration |
| Michael Barnes | Georgia election system and security; implementation of updates to Dominion BMD system; the BMD voting experience |
| Merritt Beaver | IT security; Fortalice assessments |
| Matthew Bernhard | BMDs and election security |
| Nancy Boren | Balloting and voting process for in person and absentee voters; election preparations and physical security of election equipment; audits; implementation of the relief Plaintiffs seek |
| Christopher Brill | DRE analysis for CGG and claims of voting irregularities |
| Eric Chaney (or Coffee County Elections Board Representative) | Coffee County |
| Coalition for Good Governance Corporate Representative | Allegations, claims, and relief sought in this action |
| Jack Cobb | Voting system certification; review of voting equipment |
| Dr. Eric Coomer | Dominion BMD voting system and election security |
| Benjamin Cotton | Coffee County and work with VoterGA |
| Alex Cruce | Coffee County; ballot secrecy; efforts to investigate security and accuracy of Georgia election system; communications with Marilyn Marks |
| Donna Curling | Allegations, claims, and relief sought in this action |
| Ricardo Davis | Allegations, claims, and relief sought in this action |
| Laura Digges | Allegations, claims, and relief sought in this action |
| William Digges III | Allegations, claims, and relief sought in this action |
| Dominion Corporate Representative | Dominion BMD voting system security; Dominion Democracy Suite version 5.17 |

2

| | |
|---|---|
| Jennifer Doran | Elections Administration; Balloting and voting process for in person and absentee voters; election preparations and physical security of election equipment; audits; implementation of the relief Plaintiffs seek |
| James Elliot | Municipal election administration in Georgia |
| Joseph Blake Evans | Secretary of State election administration issues; recommended layout of voting machines; implementation of relief. |
| Ryan Germany | Ballot secrecy; election administration issues |
| Dr. Juan Gilbert | Election security; BMD voting systems; HMPBs; audits; rebuttal expert testimony |
| Derrick Gilstrap | Fulton County elections administration; balloting and voting process for in person and absentee voters; election preparations and physical security of election equipment; implementation of the relief Plaintiffs seek |
| Taran Greenwald | DRE investigation and analysis for Coalition for Good Governance |
| Scott Hall | Coffee County; efforts to investigate security and accuracy of Georgia election system; communications with Marilyn Marks |
| David Hamilton | Secretary of State IT and cybersecurity issues |
| Misty Hampton | Coffee County |
| Chris Harvey | Ballot secrecy; recommended layout of voting machines; election administration |
| Joseph Kirk | Elections Administration; Balloting and voting process for in person and absentee voters; election preparations and physical security of election equipment; audits; implementation of the relief Plaintiffs seek |
| Chris Krebs | Former Cybersecurity and Infrastructure Security Agency director; election security issues |
| Cathleen Latham | Coffee County |
| Lynn Ledford | County elections administration; balloting and voting process for in person and absentee voters; election preparations and physical security of election equipment; implementation of the relief Plaintiffs seek |
| Jeffrey Lenberg | Coffee County |

| | |
|---|---|
| Doug Logan | Coffee County |
| Marilyn Marks | Allegations, claims, and relief sought in this action; Coffee County |
| Matthew Mashburn | SEB regulations regarding election security and handling of equipment; SEB authority |
| Christy McCormick | U.S. Election Assistance Commission; voting machine certification and review |
| Charlene McGowan | Ballot secrecy |
| Megan Missett | Allegations, claims, and relief sought in this action |
| James Oliver | Former Security Manager at Secretary of State; cybersecurity issues |
| Donald Palmer | U.S. Election Assistance Commission; voting machine certification and review |
| Theresa Payton | IT and cyber security |
| James Persinger | IT and cyber security; Coffee County equipment |
| Sidney Powell | Coffee County |
| Donna Price | Allegations, claims, and relief sought in this action |
| Jil Ridlehoover | Coffee County |
| Jeffrey Schoenberg | Allegations, claims, and relief sought in this action |
| Representative(s) of the Office of the Secretary of State of the State of Georgia | To the extent not encompassed by anticipated testimony from other current and former SOS employees specifically designated herein and regarding matters put at issue in Plaintiffs' case |
| Dr. Michael Shamos | Hand marked paper ballots |
| Robert Sinners | Coffee County; 2020 post-election efforts to investigate security and accuracy of Georgia election system |
| Gabriel Sterling | Allegations and relief sought in this action; audits; procurement and implementation of Dominion BMD system and updates to the Georgia voting system; physical; CISA; Ballot secrecy; recommended layout of voting machines; implementation of Plaintiffs' requested relief |
| Blake Voyles | Coffee County |

4