# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:17-cv-02989-AT
### Curling et al v. Raffensperger et al
### Honorable Amy Totenberg

Minute Sheet for proceedings held In Open Court on 12/15/2023.

TIME COURT COMMENCED: 10:55 A.M.
TIME COURT CONCLUDED: 03:30 P.M.
TIME IN COURT: 4:00
OFFICE LOCATION: Atlanta

COURT REPORTER: Shannon Welch
CSO/DUSM: 1 CSO
DEPUTY CLERK: Harry Martin

ATTORNEY(S) PRESENT:
Christian Andreu-von Euw representing Donna Curling
Edward Bedard representing Brad Raffensperger
Bruce Brown representing Coalition for Good Governance
David Cross representing Donna Curling
Cary Ichter representing Coalition for Good Governance
Cary Ichter representing Ricardo Davis
Bryan Jacoutot representing Brad Raffensperger
Mary Kaiser representing Donna Curling
Halsey Knapp representing Donna Curling
Diane LaRoss representing Brad Raffensperger
Robert McGuire representing Coalition for Good Governance
Carey Miller representing Brad Raffensperger
David Oles representing Ricardo Davis
Javier Pico-Prats representing Brad Raffensperger
Vincent Russo representing Brad Raffensperger
Adam Sparks representing Donna Curling
Bryan Tyson representing Brad Raffensperger

PROCEEDING CATEGORY: Pretrial Conference;
MINUTE TEXT: Written Order to follow.
HEARING STATUS: Hearing Concluded