IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| DONNA CURLING, ET AL., | ) |
|---|---|
| PLAINTIFFS, | ) |
| | ) |
| v. | ) Civil Action No. 1:17-CV-2989-A |
| | ) |
| BRAD RAFFENSPERGER, ET AL., | ) |
| DEFENDANTS. | ) |
| | ) |

## [PROPOSED] ORDER ON RICARDO DAVIS' MOTION TO AMEND THE PROPOSED PRETRIAL ORDER

This Court having reviewed Plaintiff Ricardo Davis' Motion to Amend the Proposed Pretrial Order, and any response thereto, and having heard argument of counsel at Pretrial conference on December 15, 2023, it is hereby ORDERED that the [Proposed] Pretrial Order is amended as follows:

1. Plaintiffs' Exhibit C-1 is amended by adding the following witnesses:

| Benjamin Cotton | 27427 Montana Highway 83, Bigfork, MN 59911 | Coffee County and evidence of system intrusion and manipulation | Will Call |
|---|---|---|---|
| Jeffrey Lenberg | | Coffee County and evidence of system intrusion and manipulation | Will Call |

2. Plaintiffs' Exhibit E-1 is amended by adding the following Deposition Designations:

1

| Misty Hampton November 11, 2022 Deposition Designations | Defendants' Objections | Defendants' Counter Designations | Plaintiffs' Counter Objections |
|---|---|---|---|
| 47:17-51:20 | | | |
| 67:7-67:16 | | | |
| 69:19-70:19 | | | |
| 91:6-95:14 | | | |
| 108:18-110:1 | | | |
| 155:6-159:1 | | | |
| 209:14-210:17 | | | |
| | | | |
| **Cathy Latham August 8, 2022 Deposition Designations** | | | |
| 92:2-92:21 | | | |
| 98:4-98:25 | | | |
| 103:22-104:9 | | | |
| 110:10-110:25 | | | |
| 185:5-187:12 | | | |
| | | | |
| **Ben Cotton August 25, 2022 Deposition Designations** | | | |
| 16:3-17-21 | | | |
| 21:22-22-14 | | | |
| 23:3-23:8 | | | |
| 26:8-28:1 | | | |
| 87:2-89-8 | | | |
| 122:5-123:12 | | | |
| 267:18-270:22 | | | |
| | | | |
| **Jeffrey Lenberg November 21, 2022 Deposition Designations** | | | |
| 44:6-45:2 | | | |
| 45:3-45:19 | | | |
| 46:7-47:3 | | | |

| | | | |
|---|---|---|---|
| 48:14-48:22 | | | |
| 49:18-51:5 | | | |
| 56:13-56:19 | | | |
| 57:9 | | | |
| 66:11-66:20 | | | |
| 91:2-91:9 | | | |
| 94:17-95:3 | | | |
| 99:10-100:15 | | | |
| 111:1-111–13 | | | |
| 112:1-112:16 | | | |
| 114:18-114:22 | | | |
| 118:1,118:7 | | | |
| 121:3 121:5 | | | |
| 124:9-124:14 | | | |
| 125:1-126:7 | | | |
| 127:9 -127:13 | | | |
| 128:11-128:22 | | | |
| 129:1-129:11 | | | |
| 130:5-130:11 | | | |
| 133:3–134:4 | | | |
| 145:7-145:22 | | | |
| 148:16-148:19 | | | |
| 189:2-189:13 | | | |
| 199:6-199:11 | | | |
| 235:13 | | | |
| 237:18 | | | |
| 266:13 | | | |
| 267:16 | | | |
| 303:1-305:10 | | | |
| 313:9-313:16 | | | |
| 314:3–315:20 | | | |
| 321:20-323:3 | | | |

IT IS HEREBY ORDERED that the Pretrial Order entered in this case shall be amended to include the foregoing, but shall otherwise remain as originally entered, and that with the inclusion of these additions is and remains the pretrial

order for the above captioned case and shall not be amended except by Order of this Court in writing to prevent manifest injustice.

    IT IS SO ORDERED this \_\_\_\_ day of December, 2023.

                                      The Hon. Amy Totenberg
                                      Judge, United States District Court

Submitted this 20th day of December, 2023.

                                      /s/*David E. Oles*

                                      David E. Oles, Esq.
                                      Attorney for Plaintiff Ricardo Davis
                                      GA Bar No. 551544
                                      5755 North Point Pkwy, Ste. 25
                                      Alpharetta, GA 30022
                                      (770) 753-9995
                                      firm@deoleslaw.com

## **CERTIFICATION**

Pursuant to Local Rule 5.1, the foregoing document has been prepared with Times New Roman 14 point font.  I have served a copy of this document on all counsel of record on the date listed below via CM/ECF system, which provides a service copy to all attorneys of record.

This 20th day of December, 2023.

                                            **OLES LAW GROUP**

                                            */s/ David E. Oles*
                                            David E. Oles
                                            GA Bar No. 551544