IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONNA CURLING, *et al.*

　　　*Plaintiffs*,

v.

BRAD RAFFENSPERGER, *et al.*,

　　　*Defendants*.

CIVIL ACTION
NO. 1:17-CV-2989-AT

## DEFENDANTS' NOTICE OF FILING
## PETITION FOR WRIT OF MANDAMUS

Defendants hereby provide notice to the Court and the parties that

Defendant Secretary of State Brad Raffensperger has filed a Petition for a

Writ of Mandamus with the United States Court of Appeals for the Eleventh

Circuit. Pursuant to Fed. R. App. P. 21(a)(1), a copy of the Petition is

attached to this notice.

Respectfully submitted, this 21st day of December, 2023.

/s/ *Vincent R. Russo*
Vincent R. Russo　　242628
Josh Belinfante　　　047399
Carey A. Miller　　　976240
Alexander Denton　　660632
Edward A. Bedard　　926148
Javier Pico Prats　　664717

Anna Edmondson      289667
ROBBINS ALLOY BELINFANTE
   LITTLEFIELD, LLC
500 14th St. NW
Atlanta, GA 30318
T: (678) 701-9381
F: (404) 856-3255
E: vrusso@robbinsfirm.com
   jbelinfante@robbinsfirm.com
   cmiller@robbinsfirm.com
   adenton@robbinsfirm.
   ebedard@robbinsfirm.com
   jpicoprats@robbinsfirm.com
   aedmondson@robbinsfirm.com

Bryan P. Tyson       515411
Diane F. LaRoss      430830
Bryan F. Jacoutot    668272
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
T: 678-336-7249
E: btyson@taylorenglish.com
   dlaross@taylorenglish.com
   bjacoutot@taylorenglish.com

*Counsel for Defendants*