IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*<br><br>　*Plaintiffs,*<br><br>v.<br><br>BRAD RAFFENSPERGER, *et al.*,<br><br>　*Defendants.* | CIVIL ACTION<br>NO. 1:17-CV-2989-AT |

**DEFENDANTS' EMERGENCY MOTION TO STAY ORDER AND SUBPOENA PENDING APPEAL AND FOR EXPEDITED BRIEFING**

For the reasons set forth in the attached brief in support, Defendants respectfully request an emergency stay of the Court's Order compelling the Secretary to testify personally at trial and any enforcement of Plaintiffs' trial subpoena upon the Secretary until such time as the Eleventh Circuit issues its ruling on the Secretary's Petition for a Writ of Mandamus.

Respectfully submitted, this 22nd day of December, 2023.

　　　　　　　　　　　　　　　　*/s/Vincent R. Russo*
　　　　　　　　　　　　　　　　Vincent R. Russo　　242628
　　　　　　　　　　　　　　　　Josh Belinfante　　　047399
　　　　　　　　　　　　　　　　Carey A. Miller　　　976240
　　　　　　　　　　　　　　　　Alexander Denton　　660632
　　　　　　　　　　　　　　　　Edward A. Bedard　　926148
　　　　　　　　　　　　　　　　Javier Pico Prats　　664717
　　　　　　　　　　　　　　　　Anna Edmondson　　289667

ROBBINS ALLOY BELINFANTE
  LITTLEFIELD, LLC
500 14th St. NW
Atlanta, GA 30318
T: (678) 701-9381
F: (404) 856-3255
E: vrusso@robbinsfirm.com
  jbelinfante@robbinsfirm.com
  cmiller@robbinsfirm.com
  adenton@robbinsfirm.
  ebedard@robbinsfirm.com
  jpicoprats@robbinsfirm.com
  aedmondson@robbinsfirm.com

Bryan P. Tyson    515411
Diane F. LaRoss    430830
Bryan F. Jacoutot    668272
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
T: 678-336-7249
E: btyson@taylorenglish.com
  dlaross@taylorenglish.com
  bjacoutot@taylorenglish.com

*Counsel for Defendants*

## LOCAL RULE 7.1(D) CERTIFICATION

I certify that this State Defendants' Emergency Motion for Stay Pending Appeal and for Expedited Briefing Schedule has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1. Specifically, this document has been prepared using 13-pt Century Schoolbook font and type.

*/s/ Vincent R. Russo*
Vincent R. Russo