**taylor | english**

**Taylor English Duma LLP** 1600 Parkwood Circle, Suite 200, Atlanta, Georgia 30339
Main: 770.434.6868 Fax: 770.434.7376 taylorenglish.com

Bryan P. Tyson
Direct Dial: (678) 336-7249
Email: btyson@taylorenglish.com

December 27, 2023

**VIA CM/ECF FILING**

Mr. Harry Martin
Courtroom Deputy for
The Honorable Amy Totenberg
2388 Richard B. Russell Federal Building and United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, GA 30303-3309

   Re: *Donna Curling, et al. v. Brad Raffensperger, in his official capacity as Secretary of State for the State of Georgia, et al.*
     U.S. District Court for the Northern District of Georgia, Atlanta Division
     Civil Action File No. 1:17-cv-2989-AT

Dear Mr. Martin:

   Pursuant to Local Rule 83.1(E)(4), please accept this letter as notification of my leave of absence in the above-referenced matter for the following dates:

- April 1 – 5, 2024 (*Spring Break)*
- May 20 – 24, 2024 (*family trip*)
- June 3 – 14, 2024 for trial in *Lucas Horton v. Texas Federation for Children PAC, Inc.,* Civil Action No. 3:22-cv-2736, in the USDC for the Northern District of Texas, Dallas Division before Judge Sidney A. Fitzwater.
- November 14 – 16, 2024 (*Conference*)

   I respectfully request that this case not be calendared during these days.

       Respectfully,

       */s/ Bryan P. Tyson*
       Bryan P. Tyson

BPT/ra

cc:  All counsel of record (via CM/ECF only)