IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| DONNA CURLING, et al., <br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, et al., <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:17-CV-2989-A <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFF RICARDO DAVIS' NOTICE OF FILING
PETITION FOR WRIT OF MANDAMUS**

Comes Now, Plaintiff RICARDO DAVIS, and provides notice to the Court and the parties that Plaintiff Ricardo Davis has filed a Petition for Writ of Mandamus with the United States Court of Appeals for the Eleventh Circuit. Pursuant to Fed. R. App. P. 21(a)(1), a copy of the Petition is attached to this notice.

Respectfully submitted this the 27th day of December, 2023.

**OLES LAW GROUP**

/s/*David E. Oles*

David E. Oles, Esq.
Attorney for Plaintiff Ricardo Davis
GA Bar No. 551544
5755 North Point Pkwy, Ste. 25
Alpharetta, GA 30022
(770) 753-9995
firm@deoleslaw.com

1

## CERTIFICATION

Pursuant to Local Rule 5.1, the foregoing document has been prepared with Times New Roman 14 point font.  I have served a copy of the document on all counsel of record on the date listed below via CM/ECF system, which provides a service copy to all attorneys of record.

This 27th day of December, 2023.

**OLES LAW GROUP**

*/s/ David E. Oles*
David E. Oles
GA Bar No. 551544