IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., <br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, ET AL., <br> Defendants. | Civil Action No. 1:17-CV-2989-AT |

## **MOTION FOR LEAVE OF COURT TO WITHDRAW**

Pursuant to Local Rule 83.1(E), Cary Ichter respectfully requests that the Court grant leave him leave to withdraw as counsel in the above-captioned case for Plaintiff Richardo Davis. Mr. Davis will continue to be represented in this matter by David Oles, Esq. Mr. Davis has requested Attorney Ichter's withdrawal.

Mr. Ichter knows the Court has previously declined to permit his withdrawal. On the previous occasion, the motion to withdraw was filed by Todd Harding, Esq. without Mr. Ichter's knowledge or consent, and the Court' rightly pointed out that the motion was defective in that it did not follow the Local Rules for such motions. Since that time, Mr. Oles has made an appearance on Mr. Davis' behalf, and Mr. Oles and Mr. Davis are pursuing strategies that Mr. Ichter disagrees with and which Mr. Ichter believes creates a conflict with his other clients in this matter. Because of those disagreements, Mr. Davis has requested that Mr. Ichter withdraw, and Mr.

Ichter feels compelled to request that he be allowed to do so.

In accordance with Rule 83.1 of the Local Rules of this Court, Plaintiff Ricardo Davis was served with a Notice of Intent to Withdraw as Counsel which advised Mr. Davis of the items set forth in Local Rule 83.1(E)(2)(b)(B) through (H). A copy of said Notice is attached hereto. In addition, Plaintiff Ricardo Davis hereby consents to the foregoing Notice of Withdrawal of Counsel. A proposed Order granting this motion is attached hereto as well.

Respectfully submitted, this 28th day of December 2023.

/s/ Cary Ichter
CARY ICHTER
Georgia Bar No. 382515
**ICHTER DAVIS LLC**
400 Interstate N. Pkwy, SE
Suite 860
Atlanta, Georgia 30339
404.869.7600
cichter@ichterdavis.com

*Attorneys for Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, Ricardo Davis, and Megan Missett*

## **CERTIFICATES**

I hereby certify that on December 28, 2023, I served a true and correct copy of the foregoing **Motion for Leave of Court to Withdraw as Counsel** on all counsel of record by e-filing same with the Court's CM/ECF system which will automatically deliver a copy to all counsel of record.

I hereby further certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

*/s/ Cary Ichter*
CARY ICHTER
Georgia Bar No. 382515
cichter@ichterdavis.com
