IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., <br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, ET AL., <br> Defendants. | Civil Action No. 1:17-CV-2989-AT |

## **NOTICE OF INTENT TO WITHDRAW AS COUNSEL**

COMES NOW, Cary Ichter, and hereby provides the following notice to Plaintiff Ricardo Davis of his intent to withdraw as counsel. Mr. Ichter further states as follows:

A)   Attorney Ichter intends to request permission to withdraw from the Court, and Mr. Davis has requested that Mr. Ichter do so;

B)   The Court will retain jurisdiction over this action despite Mr. Ichter's withdrawal;

C)   Mr. Davis will be obligated to keep the Court informed of a location where notices, pleadings, and/or other papers may be served upon him;

D)   Trial is approaching in the above-referenced matter, and Mr. Davis and his new counsel have an obligation to prepare for trial and to prepare for trial;

E)   Failure or refusal to satisfy court-related obligations could result in

adverse consequences, including in criminal cases, bond forfeiture, and arrest;

F) Trial is currently set to begin on January 9, 2024, and this date will not be affected by the withdrawal of counsel;

G) Notices may be served on Mr. Davis by and through his replacement counsel, David E. Oles, Esq., Oles Law Group, 5755 Northpoint Parkway, Ste 25, Alpharetta, GA 30022, (770) 753-9995, davidsr@deoleslaw.com;

H) That Mr. Davis has the right to object within 14 days of the date that he was served with the within Notice.

Dated:  December 28, 2023.

*/s/ Cary Ichter*
CARY ICHTER
Georgia Bar No. 382515
**ICHTER DAVIS LLC**
400 Interstate N. Pkwy, SE
Suite 860
Atlanta, Georgia 30339
404.869.7600
cichter@ichterdavis.com