IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.,<br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, ET AL.,<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

## [PROPOSED] ORDER GRANTING MOTION FOR LEAVE OF COURT TO WITHDRAW AS COUNSEL

Cary Ichter, having submitted his Motion to Withdraw as counsel of record for Plaintiff Ricardo Davis, and it appearing that the requirements of Local Rule 83.1(E) have been met and that Mr. Davis has consented to the withdrawal, the Motion is hereby GRANTED.

SO ORDERED this ____ day of _____, _____.

_____
The Honorable Amy Totenberg
United States District Judge
Northern District of Georgia