IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|   |   |
|---|---|
| DONNA CURLING, ET AL., <br> PLAINTIFFS, <br><br> v. <br><br> BRAD RAFFENSPERGER, ET AL., <br> DEFENDANTS. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:17-CV-2989-A <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF FILING DECLARATION OF RICARDO DAVIS

Ricardo Davis hereby notifies all parties and the Court of the filing of his Declaration in Support of Cary Ichter's Motion for Leave of Court to Withdraw [1756], attached hereto as Exhibit "A".

Submitted this 1st day of January, 2024.

**OLES LAW GROUP**

/s/*David E. Oles*
David E. Oles, Esq.
Attorney for Plaintiff Ricardo Davis
GA Bar No. 551544
5755 North Point Pkwy, Ste. 25
Alpharetta, GA 30022
(770) 753-9995
firm@deoleslaw.com

1

## **CERTIFICATION**

Pursuant to Local Rule 5.1, the foregoing document has been prepared with Times New Roman 14 point font.  I have served a copy of the document on all counsel of record on the date listed below via CM/ECF system, which provides a service copy to all attorneys of record.

This 1st day of January, 2024.

                                        **OLES LAW GROUP**

                                        */s/ David E. Oles*
                                        David E. Oles
                                        GA Bar No. 551544