EXHIBIT A

From: Ricardo Davis <ricardodavis@gaconstitutionparty.org <mailto:ricardodavis@gaconstitutionparty.org> >
Sent: Tuesday, November 28, 2023 6:14 PM
To: Bruce P. Brown <bbrown@brucepbrownlaw.com <mailto:bbrown@brucepbrownlaw.com> >; Cary Ichter <CIchter@ichterdavis.com <mailto:CIchter@ichterdavis.com> >
Cc: Rob McGuire <ram@lawram.com <mailto:ram@lawram.com> >
Subject: Re: Notice to Counsel

Thanks Bruce.  Will do.

Cary, please reply acknowledging receipt.


-Ricardo

_____
Ricardo Davis
(404) 620-2440
P.O. Box 2153, Woodstock, GA 30188
ricardodavis@gaconstitutionparty.org <mailto:ricardodavis@gaconstitutionparty.org>



> On Nov 27, 2023, at 10:37, Bruce Brown <bbrown@brucepbrownlaw.com <mailto:bbrown@brucepbrownlaw.com> > wrote:
>
> Ricardo,
>
> Your message is received.  I am copying Cary Ichter, who is representing the individual plaintiffs (including you) and Rob McGuire who, along with me, represents CGG.  I have also copied Marilyn Marks.
>
> Please have your new counsel contact one of us as soon as he is engaged and before he files anything.  We would like the opportunity to discuss with him the viability of any new or different claims that you might raise and how raising new claims just weeks before trial would prejudice all of the plaintiffs and the case that you have been a part of for years.
>
> Thanks,
>
> Bruce
>
>
> _____
>
> From: Ricardo Davis <ricardodavis@gaconstitutionparty.org <mailto:ricardodavis@gaconstitutionparty.org> >
> Sent: Monday, November 27, 2023 10:29 AM
> To: Bruce Brown <bbrown@brucepbrownlaw.com <mailto:bbrown@brucepbrownlaw.com> >

EXHIBIT A

Subject: Notice to Counsel

Good morning Bruce,

Thank you for your service to me and the other plaintiffs.  I have decided to seek substitute counsel.  This email is notification to terminate your representation of me in the Curling v. Raffensberger case.


-Ricardo

_____
Ricardo Davis
(404) 620-2440
P.O. Box 2153, Woodstock, GA 30188
ricardodavis@gaconstitutionparty.org <mailto:ricardodavis@gaconstitutionparty.org>

<PastedGraphic-1.tiff>