EXHIBIT B

-------- Original message --------
From: Cary Ichter <CIchter@IchterDavis.com <mailto:CIchter@IchterDavis.com> >
Date: 11/29/23 09:33 (GMT-05:00)
To: Abigail Blessitt <abigail@tahardinglawfirm.com <mailto:abigail@tahardinglawfirm.com> >
Cc: "T. A. Harding, J.D." <kamikazehitman@comcast.net <mailto:kamikazehitman@comcast.net> >
Subject: RE: Curling v. Raffensperger

Attached is an executed version of the substitution of counsel.  Cary Ichter

Cary Ichter, Partner
Ichter Davis, LLC
400 Interstate N Pkwy
Suite 860
Atlanta, GA 30339
phone 404.869.5243
fax 404.602.0037
cell 404.769.1353
cichter@IchterDavis.com <mailto:cichter@IchterDavis.com>


From: Abigail Blessitt <abigail@tahardinglawfirm.com <mailto:abigail@tahardinglawfirm.com> >
Sent: Tuesday, November 28, 2023 11:56 AM
To: Cary Ichter <CIchter@IchterDavis.com <mailto:CIchter@IchterDavis.com> >
Cc: T. A. Harding, J.D. <kamikazehitman@comcast.net <mailto:kamikazehitman@comcast.net> >
Subject: Curling v. Raffensperger

Good morning Mr. Ichter,

Please find attached a proposed Notice of Withdrawal and Substitution of Counsel for your review. We would kindly ask that you would review and let us know if you are in agreement with us signing with your express permission (electronically). We had initially sent this over to Mr. Bruce Brown, as Mr. Davis was under the impression he was his attorney. However, after speaking with Mr. Brown, he has advised us that you were in fact Mr. Davis' counsel of record.

Thank you for your time and attention to this matter and we look forward to hearing from you soon.

Respectfully,
Abigail Blessitt
Paralegal / Office Manager
Harding Law Firm, LLC
ATTORNEY AT LAW
113 East Solomon Street
Griffin, GA  30223
770-229-4578
770-228-9111 fax

CONFIDENTIALITY NOTE

1

EXHIBIT B

IF YOU HAVE RECEIVED THIS ELECTRONIC MAIL IN ERROR, PLEASE NOTIFY OUR OFFICE IMMEDIATELY. The documents accompanying this electronic transmission contain information for the office of HARDING LAW FIRM, LLC, which may be confidential and/or legally privileged, and regardless of the nature of the information thereon, the documents are intended only for the use of the individual or entity to which the documents are addressed. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance upon the contents of this electronic information is strictly prohibited, and that all documents should be returned to this office immediately. In this regard, if you have received this transmission in error, immediately notify us by telephone at (770) 229-4578.