EXHIBIT D

Begin forwarded message:

**From:** Cary Ichter <CIchter@IchterDavis.com>
**Subject: RE: Curling v. Raffensperger - Documents Needed**
**Date:** November 29, 2023 at 18:44:07 EST
**To:** Ricardo Davis <ricardodavis@gaconstitutionparty.org>

Richardo: First, I want to confirm that my representation of you has been terminated by you and I am discharged of any further duties with regard to my former representation. As I am no longer your counsel, I am ethically required to deal with your current counsel.  So, I think it would be best for your current counsel to reach out to me with regard to any further matters related to the case.  Thanks, and best of luck.  Cary

Cary Ichter, Partner
Ichter Davis, LLC
400 Interstate N Pkwy
Suite 860
Atlanta, GA 30339
phone 404.869.5243
fax 404.602.0037
cell 404.769.1353
cichter@IchterDavis.com



**From:** Ricardo Davis <ricardodavis@gaconstitutionparty.org>
**Sent:** Wednesday, November 29, 2023 3:48 PM
**To:** Cary Ichter <CIchter@IchterDavis.com>
**Subject:** Curling v. Raffensperger - Documents Needed
**Importance:** High

Good afternoon Cary,

Please send me a copy of the current Witness List, Exhibit List, and Designated Depositions submitted by other parties in the Curling case.

-Ricardo

_____

1

EXHIBIT D

Ricardo Davis
(404) 620-2440
P.O. Box 2153, Woodstock, GA 30188
ricardodavis@gaconstitutionparty.org

