IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.* <br><br> *Plaintiffs,* <br><br> v. <br><br> BRAD RAFFENSPERGER, *et al.*, <br><br> *Defendants.* | CIVIL ACTION <br><br> FILE NO. 1:17-cv-2989-AT |

## **NOTICE OF APPEARANCE OF COUNSEL**

COMES NOW Donald P. Boyle Jr., of the law firm Taylor English Duma LLP, 1600 Parkwood Circle, Suite 200, Atlanta, GA 30339, and hereby enters his appearance as counsel for Defendants Secretary of State Brad Raffensperger, and Members of the Georgia State Election Board, Sara Ghazal, Dr. Janice Johnston, Edward Lindsey, and Matthew Mashburn, in the above-captioned matter. Copies of all further pleadings, orders, and notices should be sent to him at the address below.

This 2nd day of January, 2024.

*/s/ Donald P. Boyle Jr.*
Donald P. Boyle Jr.
Georgia Bar No. 073519
dboyle@taylorenglish.com
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200

1

Atlanta, Georgia 30339
Telephone: (678) 336-7241

*Attorney for Defendants*

2

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing Notice of Appearance of Counsel has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/ Donald P. Boyle Jr.*
Donald P. Boyle Jr.