IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.,<br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, ET AL.,<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

## COALITION PLAINTIFFS' MOTION FOR USE OF ELECTRONIC EQUIPMENT IN THE COURTROOM IN CONJUNCTION WITH THE TRIAL BEGINNING ON JANUARY 9, 2024

Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, and Megan Missett (the "Coalition Plaintiffs) move for entry of an Order authorizing the possession and use of the electronic equipment and other supplies set forth below, in conjunction with the trial in the above-referenced matter being held before the Honorable Amy Totenberg and scheduled to begin on Tuesday, January 9, 2024, in Courtroom 2308. Coalition Plaintiffs respectfully request that they be permitted to bring said equipment and supplies beginning on Monday, January 8, 2024 (the day before trial), in order to set up in preparation for the trial, through and until completion of said trial. The equipment and supplies include the following:

(A)    One (1) laptop computer, necessary computer accessories (mouse, keyboard, and charging cord), one (1) cellular phone and charging cord, power strip,

and three (3) USB memory sticks, to be used by their counsel of record, Bruce P. Brown, Esq.;

(B) One (1) laptop computer, necessary computer accessories (mouse, keyboard, and charging cord), one (1) cellular phone and charging cord, power strip, and three (3) USB memory sticks, to be used by their counsel of record, Cary Ichter, Esq.;

(C) One (1) laptop computer, necessary computer accessories (mouse, keyboard, and charging cord), USB hard drive, USB splitter, one (1) cellular phone, battery charger, charging cords for listed electronic devices, and three (3) USB memory sticks, to be used by their counsel of record, Robert McGuire, Esq.; and

(D) Two (2) laptop computers, necessary computer accessories (mouses, keyboards, and charging cords), two (2) cellular phones, iPhone watch, Airpods, computer monitor, charging cords for the listed electronic devices, power strip, three (3) USB memory sticks, and Keurig coffee maker, to be used by Coalition Plaintiffs' representative, Marilyn Marks.

The Coalition Plaintiffs submit that good cause exists to grant this Motion and request this authorization for their counsel, Bruce P. Brown, Cary Ichter, Robert McGuire, and Coalition Plaintiffs' representative, Marilyn Marks, who will be in attendance at the trial scheduled to begin on Tuesday, January 9, 2024 and extending

through completion, at the Court's discretion.

WHEREFORE the Coalition Plaintiffs respectfully request that this Court enter an Order GRANTING this motion to bring the aforementioned electronic equipment and other supplies into the courtroom for use during the trial in the above-referenced matter. A proposed Order is attached hereto as **Exhibit A**.

This 4th day of January, 2024.

> */s/ Cary Ichter*
> CARY ICHTER
> Georgia Bar No. 382515
> **ICHTER DAVIS LLC**
> 400 Interstate N. Pkwy, SE
> Suite 860
> Atlanta, Georgia 30339
> 404.869.7600
> cichter@ichterdavis.com
>
> AND
>
> Bruce P. Brown
> Georgia Bar No. 064460
> **Bruce P. Brown Law LLC**
> 1123 Zonolite Road NE, Suite 6
> Atlanta, Georgia 30306
> 404.881.0700
> bbrown@brucepbrownlaw.com
>
> AND
>
> */s/ Robert A. McGuire, III*
> Robert A. McGuire, III
> Admitted Pro Hac Vice (ECF No. 125)
> ROBERT MCGUIRE LAW FIRM

113 Cherry St. #86685
Seattle, Washington 98104-2205
(253) 267-8530
ram@lawram.com

*Attorneys for Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, and Megan Missett*

_____

## **CERTIFICATES**

I hereby certify that on January 4, 2024, I served a true and correct copy of the foregoing **Coalition Plaintiff's Motion for Use of Electronic Equipment In Conjunction with the Trial Beginning on January 9, 2024** on all counsel of record by e-filing same with the Court's CM/ECF system which will automatically deliver a copy to all counsel of record.

I hereby further certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

*/s/ Cary Ichter*
CARY ICHTER
Georgia Bar No. 382515
cichter@ichterdavis.com