# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., <br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, ET AL., <br> Defendants. | Civil Action No. 1:17-CV-2989-AT |

## ORDER TO ALLOW USE OF ELECTRONIC EQUIPMENT IN THE COURTROOM IN CONJUNCTION WITH THE TRIAL BEGINNING ON JANUARY 9, 2024

IT IS HEREBY ORDERED that Bruce P. Brown, Esq., Cary Ichter, Esq., and Robert McGuire, Esq. counsel for Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, and Megan Missett (the "Coalition Plaintiffs), as well as Coalition Plaintiffs' attending representative, Marilyn Marks, be permitted to bring the following personal electronic devices and other supplies into the Richard B. Russell Federal Building, Courtroom 2308, for use during the trial before the Honorable Amy Totenberg scheduled to begin on Tuesday, January 9, 2024, until completion. If desired, the requesting persons are permitted to bring the listed electronic devices and other supplies on Monday, January 8, 2024, in order to set up for the trial.

- Laptop computers, computer monitors, and computer accessories (e.g., computer mouses, keyboards, and charging cords);

- Cellular phones and phone charging cords;

- iPhone watch;

- Airpods;

- USB memory sticks, USB hard drives and USB splitters;

- Power strips; and

- Keurig coffee maker with supplies.

Proper identification will be required upon entering the facility.  Said electronic equipment and other supplies shall be subject to inspection by the facility's law enforcement/security officers.

**IT IS SO ORDERED** this _____day of January, 2024.


_____
THE HONORABLE AMY TOTENBERG
UNITED STATES DISTRICT COURT JUDGE