IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*<br><br>*Plaintiffs,*<br><br>v.<br><br>BRAD RAFFENSPERGER, *et al.*,<br><br>*Defendants.* | CIVIL ACTION<br><br>FILE NO. 1:17-cv-2989-AT |

**DEFENDANTS' REQUEST FOR ORDER ALLOWING
ELECTRONIC DEVICES AND AUDIO-VISUAL EQUIPMENT**

Defendants and Defendants' counsel move for entry of an Order authorizing their trial consultant, James Montgomery, to bring electronic equipment into the Federal Courthouse starting Monday, January 8, 2024, for set up and during the remainder of the trial through January 31, 2024, before the Honorable Amy Totenberg.

Specifically, Defendants request that James Montgomery of DecisionQuest (Trial Technician for Defendants) be allowed to bring in the following items as needed:

- Two laptops;
- USB Monitor;
- iPhone;
- Mobile hotspot MIFI device;
- VGA / HDMI switches;
- Computer cabling (power, HDMI, laptop chargers, etc.);
- Power Strips and extension cords;

- Other Misc. Computer peripherals;
- Computer Tech table;
- Cellular phones (personal, which will be turned off in the courtroom);
- Flash drives/additional hard drives;
- Additional accessories (USB remote controls, earphones, computer mouse, etc.);
- Audio monitors/speakers; and
- Printer (if needed).

Defendants also request that the following employees of the Department of Administrative Services (DOAS) Risk Management Services Unit be permitted to bring one laptop and one cell phone each, along with necessary cables, during the course of the trial: Wade Damron, Susan Setterstrom, Jerome Wright, and Autumn Cole. DOAS appointed the undersigned as conflict counsel and plans to monitor the trial.

The basis for this request is that it will enable Defendants' counsel to present their case clearly, fully, and easily during the trial. Defendants' proposed order is attached hereto.

Respectfully submitted this 4th day of January, 2024.

**Robbin Alloy Belinfante Littlefield LLC**

Vincent Russo
Georgia Bar No. 242628
vrusso@robbinsfirm.com
Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Carey Miller

Georgia Bar No. 976240
cmiller@robbinsfirm.com
Alexander Denton
Georgia Bar No. 660632
adenton@robbinsfirm.com
Edward A. Bedard
Georgia Bar No. 926148
ebedard@robbinsfirm.com
Javier Pico Prats
Georgia Bar No. 664717
jpicoprats@robbinsfirm.com
Anna Edmondson
Georgia Bar No. 289667
aedmondson@robbinsfirm.com
500 14th Street NW
Atlanta, Georgia  30318
Telephone:  (678) 701-9381
Facsimile:   (404) 856-3255


**Taylor English Duma LLP**

*/s/ Bryan P. Tyson*
Bryan P. Tyson
Georgia Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Diane Festin LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
Donald P. Boyle, Jr.
Georgia Bar No. 073519
dboyle@taylorenglish.com
Daniel H. Weigel
Georgia Bar No. 956419
dweigel@taylorenglish.com

1600 Parkwood Circle
Suite 200
Atlanta, Georgia  30339

(678) 336-7249

*Attorneys for Defendants*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing DEFENDANTS' REQUEST FOR ORDER ALLOWING ELECTRONIC DEVICES AND AUDIO-VISUAL EQUIPMENT has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

/s/ *Bryan P. Tyson*
Bryan P. Tyson