IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.* <br><br> *Plaintiffs,* <br><br> v. <br><br> BRAD RAFFENSPERGER, *et al.*, <br><br> *Defendants.* | CIVIL ACTION <br><br> FILE NO. 1:17-cv-2989-AT |

**[PROPOSED]**

**ORDER ALLOWING ELECTRONIC DEVICES
AND RELATED ITEMS INTO THE COURTROOM**

Defendants' trial consultant may bring electronic devices and related items as listed below into the courtroom starting on January 8, 2024, for set up and during the remainder of the trial through January 31, 2024, before the Honorable Amy Totenberg. All equipment shall be subject to inspection.

Specifically, James Montgomery, of DecisionQuest (Trial Technician for Defendants) is allowed to bring in the following items as needed:

- Two laptops;
- USB Monitor;
- iPhone;
- Mobile hotspot MIFI device;
- VGA / HDMI switches;
- Computer cabling (power, HDMI, laptop chargers, etc.);
- Power Strips and extension cords;
- Other Misc. Computer peripherals;
- Computer Tech table;

- Cellular phones (personal, which will be turned off in the courtroom);
- Flash drives/additional hard drives;
- Additional accessories (USB remote controls, earphones, computer mouse, etc.);
- Audio monitors/speakers; and
- Printer (if needed).

In addition, the following employees of the Department of Administrative Services Risk Management Services Unit are permitted to bring one laptop and one cell phone each, along with necessary cables, during the course of the trial: Wade Damron, Susan Setterstrom, Jerome Wright, and Autumn Cole.

Proper identification is required upon entering the security station on the Plaza or Lower Level Plaza.

**IT IS SO ORDERED,** this _____ day of January, 2024.

_____
Hon. Amy Totenberg
United States District Judge