IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONNA CURLING, *et al.*,

    Plaintiffs,

v.

BRAD RAFFENSPERGER, *et al.*,

    Defendants.

CIVIL ACTION NO.
1:17-cv-2989-AT

## ORDER

Before the Court is Attorney Cary Ichter's Motion for Leave to Withdraw as Counsel for Plaintiff Ricardo Davis [Doc. 1756]. Mr. Ichter does not seek to withdraw as counsel for the Coalition for Good Governance, Mr. Digges, Mrs. Digges, or Ms. Missett. Upon review and consideration of the circumstances surrounding Mr. Ichter's Motion, the Court **GRANTS IN PART** the Motion [Doc. 1756] subject to the following contingency. In the event of unforeseen material developments concerning Mr. Davis's legal representation, the Court may be required to consider calling upon Mr. Ichter to reengage in legal representation of Mr. Davis, provided such legal representation does not entail a material conflict relative to his representation of his other clients.

**IT IS SO ORDERED** this 5th day of January, 2024.

_____
**Honorable Amy Totenberg**
**United States District Judge**