# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>v.<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## ORDER TO ALLOW USE OF ELECTRONIC EQUIPMENT IN THE COURTROOM

IT IS HEREBY ORDERED that counsel of record for the Curling Plaintiffs[1] in the above-referenced case, **Halsey G. Knapp, Jr., Adam Sparks, David Cross, Mary Kaiser, Christian Andreu-von Euw, Ramsey Fisher, Matthaeus Martino-Weinhardt, Aaron Scheinman, Benjamin Campbell**; and attending paralegals and legal support staff members: **Daniella Stucchi, Lauren Brown, Ben Winstead, Jenna Conaway, Amira Ali,** and **Troy Parker**, be permitted to bring the following personal electronic devices into the Richard B. Russell Federal Building, Courtroom 2308, starting Monday, January 8, 2024, for set up and during the remainder of the trial through January 31, 2024, before the Honorable Amy Totenberg:

- 17 laptop computers with power cords and computer mice

---

[1] The Curling Plaintiffs are Donna Curling, Donna Price, and Jeffrey Schoenberg.

- 22 smart phones with power cords, including mobile phones with cameras (which may also operate as WiFi hotspots).

- 2 tablet computers (e.g., Apple iPad, Microsoft Surface Pro) with power cords

- 7 smartwatches

- 3 Mobile hotspot MIFI devices

- 7 USB drives

- VGA/HDMI switches

- 4 portable cellphone battery chargers

- Power strips, extension cords, and computer cabling (HDMI, etc.)

- 1 external monitor screen

- 1 laptop docking station

- 1 small folding table

- 2-4 portable plastic bookshelves

- 2 additional printers with associated cabling

- Dominion ImageCast X (ICX) BMD (including associated charging devices, cords, cables, USB drives, and smart cards)

- HP LaserJet printer (including associated cords and cables)

- ImageCast Precinct (ICP) Scanner (including all associated charging devices, cords, cables, security key, and memory cards).

IT IS FURTHER ORDERED that **Anthony Barko** (Curling Plaintiffs' Trial Technician) be permitted to bring the following personal electronic devices into the Richard B. Russell Federal Building, Courtroom 2308, starting Monday, January 8,

2024, for set up and during the remainder of the trial through January 31, 2024, before the Honorable Amy Totenberg:

- 2 laptop computers with laptop power cords and computer mice
- 2 smart phones with smartphone power cords, including mobile phones with cameras (which may also operate as WiFi hotspots)
- 1 external monitor screen
- 1 video matrix switcher
- HDMI cables (various)
- Adapters & power supplies (various)
- 2 presentation clickers
- Small technician table
- Mobile hotspot MIFI device
- 2 USB drives.

IT IS FURTHER ORDERED that **Dr. J. Alex Halderman** and **Dr. Andrew "Drew" Springall** be permitted to bring the following personal electronic devices into the Richard B. Russell Federal Building, Courtroom 2308, starting Monday, January 8, 2024, for set up and during the remainder of the trial through January 31, 2024, before the Honorable Amy Totenberg:

- 2 laptop computers with power cord
- 2 smart phones with smartphone power cords, including mobile phones with cameras (which may also operate as WiFi hotspots)
- 2 smart watches.

IT IS FURTHER ORDERED that **Donna Curling, Donna Price** and **Jeffrey Schoenberg** be permitted to bring the following personal electronic devices into the Richard B. Russell Federal Building, Courtroom 2308, starting Monday, January 8, 2024, for set up and during the remainder of the trial through January 31, 2024, before the Honorable Amy Totenberg:

- 3 smart phones with smartphone power cords, including mobile phones with cameras (which may also operate as WiFi hotspots)
- 3 smart watches.

Proper identification will be required upon entering the facility. Said electronic equipment shall be subject to inspection by the facility's law enforcement/security officers.

**IT IS SO ORDERED** this 5th day of January, 2024.

_____
**HON. AMY TOTENBERG**
**UNITED STATES COURT JUDGE**

This Order is subject to modification after review by the Court.