# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:17-CV-2989-AT |

## NOTICE OF APPEARANCE OF DANIELLE M. HERNANDEZ

COMES NOW Danielle M. Hernandez of the law firm of Robbins Alloy Belinfante Littlefield LLC, 500 14th Street., N.W., Atlanta, Georgia 30318, and hereby enters her appearance as additional counsel for the Secretary of State (Brad Raffensperger), the State Election Board, and individual State Election Board members (Rebecca Sullivan, Sarah Tindall Ghazal, Matthew Mashburn, and Anh Lee), and request that she be added to the docket as counsel for said Defendants. Please direct all further pleadings, notices, orders, and other matters to her at the address below.

This 8th day of January 2024.

/s/ *Danielle M. Hernandez*
Danielle M. Hernandez
Georgia Bar No. 736830
dhernandez@robbinsfirm.com
Robbins Alloy Belinfante Littlefield LLC
500 14th Street, NW

Atlanta, GA 30318
Telephone: (678) 701-9381

## **L.R. 7.1(D) CERTIFICATION**

I certify that this Notice has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C).  Specifically, this Notice has been prepared using 14-pt Times New Roman Font.


*/s/ Daneille M. Hernandez*
Danielle M. Hernandez

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing **NOTICE OF APPEARANCE OF DANIELLE M. HERNANDEZ** with the Clerk of Court using the CM/ECF system, which will automatically send counsel of record e-mail notification of such filing.

This 8th day of January, 2024.

*/s/ Danielle M. Hernandez*
Danielle M. Hernandez