# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-cv-02989-AT
## Curling et al v. Raffensperger et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held on 01/08/2024.

TIME COURT COMMENCED: 03:30 P.M.
TIME COURT CONCLUDED: 04:15 P.M.          COURT REPORTER: Shannon Welch
TIME IN COURT: 00:45                       DEPUTY CLERK: Harry Martin
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Edward Bedard representing Brad Raffensperger |
| | Joshua Belinfante representing Brad Raffensperger |
| | Donald Boyle representing Brad Raffensperger |
| | Bruce Brown representing Coalition for Good Governance |
| | David Cross representing Donna Curling |
| | Danielle Hernandez representing State of Election Board |
| | Cary Ichter representing Coalition for Good Governance |
| | Bryan Jacoutot representing Brad Raffensperger |
| | Halsey Knapp representing Donna Curling |
| | Diane LaRoss representing Brad Raffensperger |
| | Robert McGuire representing Coalition for Good Governance |
| | Carey Miller representing Brad Raffensperger |
| | David Oles representing Ricardo Davis |
| | Vincent Russo representing Brad Raffensperger |
| | Adam Sparks representing Donna Curling |
| | Bryan Tyson representing Brad Raffensperger |
| PROCEEDING CATEGORY: | Telephone Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | Teleconference re trial processes. |
| HEARING STATUS: | Hearing Concluded |