IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.,<br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, ET AL.,<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

### CURLING PLAINTIFFS' NOTICE OF FILING COUNSELS' CERTIFICATES OF COMPLIANCE PURSUANT TO JUDGE TOTENBERG'S STANDING ORDER

Plaintiffs Donna Curling, Donna Price and Jeffrey Schoenberg (the "Curling Plaintiffs") hereby submit their counsels' certificates of compliance in accordance with the standing order guidelines to parties and counsel in cases proceeding before the Honorable Amy Totenberg.

The following attorneys of record for the Curling Plaintiffs submit their certificates of compliance:

- Aaron Heath Scheinman, attached hereto as Exhibit A;
- Benjamin E. Campbell, attached hereto as Exhibit B;
- Christian G. Andeu-von Euw, attached hereto as Exhibit C;
- Matthaeus Martino-Weinhardt, attached hereto as Exhibit D; and
- Ramsey W. Fisher, attached hereto as Exhibit E

Respectfully submitted, this 8th day of January, 2024.

| | |
|---|---|
| */s/ David D. Cross* | */s/ Adam M. Sparks* |
| David D. Cross (*pro hac vice*) | Halsey G. Knapp, Jr. |
| Mary G. Kaiser (*pro hac vice*) | GA Bar No. 425320 |
| Matthaeus Martino-Weinhardt (*pro hac vice*) | Adam M. Sparks |
| | GA Bar No. 341578 |
| Ramsey Fisher (*pro hac vice*) | Jessica G. Cino |
| Aaron Scheinman (*pro hac vice*) | GA Bar No. 577837 |
| Benjamin Campbell (*pro hac vice*) | KREVOLIN & HORST, LLC |
| Wail Jihadi (*pro hac vice*) | 1201 West Peachtree Street, NW |
| Oluwasegun Joseph (*pro hac vice*) | Suite 3250 |
| MORRISON & FOERSTER LLP | Atlanta, GA 30309 |
| 2100 L Street, NW, Suite 900 | (404) 888-9700 |
| Washington, DC 20037 | hknapp@khlawfirm.com |
| (202) 887-1500 | |
| dcross@mofo.com | */s/ Christian G. Andreu-von Euw* |
| | Christian G. Andreu-von Euw (*pro hac vice*) |
| | THE BUSINESS LITIGATION GROUP, PC |
| | 150 Spear Street |
| | San Francisco, CA 94105 |
| | (415) 765-6633 |
| | christian@blgrp.com |

*Counsel for Plaintiffs Donna Curling, Donna Price & Jeffrey Schoenberg*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2024, a copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

**/s/ Adam M. Sparks**
Adam M. Sparks
*Counsel for Curling Plaintiffs*