# EXHIBIT E

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## CERTIFICATE OF COMPLIANCE

I hereby certify that I have read the Court's Standing Order in Cases Proceeding Before the Honorable Amy Totenberg and I will comply with its provisions during the pendency of this litigation.

> */s/ Ramsey W. Fisher*
> Ramsey W. Fisher (*pro hac vice*)
> MORRISON & FOERSTER LLP
> 2100 L Street, NW, Suite 900
> Washington, DC 20037
> (202) 887-1500
> ramseyfisher@mofo.com

KH801240.DOCX