# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-14168

_____

In re: RICARDO DAVIS,

                                                             Petitioner.

_____

On Petition for Writ of Mandamus to the
United States District Court for the
Northern District of Georgia
D.C. Docket No. 1:17-cv-02989-AT

_____

Before NEWSOM, LUCK, and BRASHER, Circuit Judges.

BY THE COURT:

2                        Order of the Court                        23-14168

Petitioner's request for a writ of mandamus to amend the pretrial scheduling order to add two witnesses is DENIED. Petitioner has not established that the district court's refusal to amend the pretrial scheduling order is an abuse of discretion that would give him a clear and indisputable right to the writ. *See Cheney v. U.S. Dist. Ct. for the Dist. of Columbia*, 542 U.S. 367, 380 (2004); *United States v. Varner*, 13 F.3d 1503, 1507–08 (11th Cir. 1994).