IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.,<br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, ET AL.,<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

### ORDER TO ALLOW USE OF ELECTRONIC EQUIPMENT IN THE COURTROOM IN CONJUNCTION WITH THE TRIAL BEGINNING ON JANUARY 9, 2024

IT IS HEREBY ORDERED that Dr. Richard DeMillo, consulting expert for Coalition Plaintiffs, be permitted to bring the following personal electronic devices and other supplies into the Richard B. Russell Federal Building, Courtroom 2308, for use during the trial before the Honorable Amy Totenberg scheduled to begin on Tuesday, January 9, 2024, until completion:

(1) laptop computers and computer accessories, including charging cord; and

(1) cellular telephone, including charging cord.

Proper identification will be required upon entering the facility. Said electronic equipment and other supplies shall be subject to inspection by the facility's law enforcement/security officers.

**IT IS SO ORDERED** this  9th   day of January, 2024.

_____
THE HONORABLE AMY TOTENBERG
UNITED STATES DISTRICT COURT JUDGE