IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.,<br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, ET AL.,<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

## COALITION PLAINTIFFS' MOTION FOR USE OF ELECTRONIC EQUIPMENT IN THE COURTROOM IN CONJUNCTION WITH THE TRIAL BEGINNING ON JANUARY 9, 2024

Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, and Megan Missett (the "Coalition Plaintiffs) move for entry of an Order authorizing the possession and use of the electronic equipment and other supplies set forth below, by their consulting expert, Susan Greenhalgh, in conjunction with the trial in the above-referenced matter being held before the Honorable Amy Totenberg in Courtroom 2308.

Coalition Plaintiffs respectfully request that beginning on Wednesday, January 10, 2024, Ms. Greenhalgh be permitted to bring the following equipment and supplies through and until completion of said trial:

**One (1) laptop computer, with necessary computer accessories, including a charging cord, and one (1) cellular phone and charging cord.**

The Coalition Plaintiffs submit that good cause exists to grant this Motion and request this authorization for their consultant, Ms. Greenhalgh, who will be in attendance at the trial beginning on Wednesday, January 10, 2024 and extending through completion, at the Court's discretion.

WHEREFORE the Coalition Plaintiffs respectfully request that this Court enter an Order GRANTING this motion to bring the aforementioned electronic equipment and other supplies into the courtroom for use during the trial in the above-referenced matter. A proposed Order is attached hereto as **Exhibit A**.

This 9th day of January, 2024.

/s/ Cary Ichter
CARY ICHTER
Georgia Bar No. 382515
**ICHTER DAVIS LLC**
400 Interstate N. Pkwy, SE
Suite 860
Atlanta, Georgia 30339
404.869.7600
cichter@ichterdavis.com

AND

Bruce P. Brown
Georgia Bar No. 064460
**Bruce P. Brown Law LLC**
1123 Zonolite Road NE, Suite 6

Atlanta, Georgia 30306
404.881.0700
bbrown@brucepbrownlaw.com

AND

*/s/ Robert A. McGuire, III*
Robert A. McGuire, III
Admitted Pro Hac Vice (ECF No. 125)
ROBERT MCGUIRE LAW FIRM
113 Cherry St. #86685
Seattle, Washington 98104-2205
(253) 267-8530
ram@lawram.com

*Attorneys for Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, and Megan Missett*

## CERTIFICATES

I hereby certify that on January 9, 2024, I served a true and correct copy of the foregoing **Coalition Plaintiff's Motion for Use of Electronic Equipment In Conjunction with the Trial Beginning on January 9, 2024** on all counsel of record by e-filing same with the Court's CM/ECF system which will automatically deliver a copy to all counsel of record.

I hereby further certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

*/s/ Cary Ichter*
CARY ICHTER
Georgia Bar No. 382515
cichter@ichterdavis.com