IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.,<br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, ET AL.,<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

## ORDER TO ALLOW USE OF ELECTRONIC EQUIPMENT IN THE COURTROOM IN CONJUNCTION WITH THE TRIAL BEGINNING ON JANUARY 9, 2024

IT IS HEREBY ORDERED that beginning on Wednesday, January 10, 2024, Ms. Susan Greenhalgh, consulting expert for Coalition Plaintiffs, be permitted to bring the following personal electronic devices and other supplies into the Richard B. Russell Federal Building, Courtroom 2308, for use during the trial before the Honorable Amy Totenberg scheduled until completion of said trial:

- **one (1) laptop computer and computer accessories, including charging cord; and**

- **one (1) cellular telephone and accessories, including charging cord.**

Proper identification will be required upon entering the facility. Said electronic equipment and other supplies shall be subject to inspection by the

facility's law enforcement/security officers.

**IT IS SO ORDERED** this _____ day of January, 2024.

_____
THE HONORABLE AMY TOTENBERG
UNITED STATES DISTRICT COURT JUDGE