IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.,<br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, ET AL.,<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

### STIPULATED ORDER REGARDING TRIAL WITNESSES AND EXHIBITS

Pursuant to final agreement reached and this Court's directive, this Stipulation is made and entered into by the Curling Plaintiffs, the Coalition Plaintiffs, (collectively, "Plaintiffs"), and Defendants with reference to the following:

1. PX 179 is admitted into evidence, but not for the truth of the matter asserted therein. Plaintiffs agree not to call Mr. Greg Freemyer in their case-in-chief;

2. Plaintiffs may designate deposition testimony for David Hamilton in lieu of calling him as a witness in their case-in-chief. Defendants reserve the right to call David Hamilton as a witness in their case. Plaintiffs shall disclose the designations they intend to submit no later than Tuesday, January 16, at 6:00pm. Defendants shall respond with counter-designations and objections

to Plaintiffs' designations no later than Wednesday, January 17, 2024, at 6:00pm; and,

3. In an effort to cut down on the use of court time, Plaintiffs may designate non-cumulative deposition testimony for Gabriel Sterling and Merritt Beaver, in addition to calling Messrs. Sterling and Beaver as live witnesses in their case-in-chief.  Plaintiffs shall disclose the designations they intend to submit no later than Tuesday, January 16, at 6:00pm.  Defendants shall respond with counter-designations and objections to Plaintiffs' designations no later than Wednesday, January 17, 2024, at 6:00pm.

The parties agree that this approach will increase efficiency for the parties and reduce the burden on various witnesses who must attend trial.

**IT IS SO ORDERED** this 17th day of January, 2024.

_____
U.S. District Court Judge Amy Totenberg

Respectfully submitted this 16th day of January, 2024.

| | |
|---|---|
| /s/ David D. Cross | /s/ Halsey G. Knapp, Jr. |
| David D. Cross (*pro hac vice*) | Halsey G. Knapp, Jr. |
| Mary G. Kaiser (*pro hac vice*) | GA Bar No. 425320 |
| MORRISON & FOERSTER LLP | Adam M. Sparks |
| 2100 L Street, NW | GA Bar No. 341578 |
| Suite 900 | Jessica G. Cino |
| Washington, DC 20037 | GA Bar No. 577837 |
| (202) 887-1500 | KREVOLIN & HORST, LLC |
| | 1201 West Peachtree Street, NW |
| | Suite 3250 |
| | Atlanta, GA 30309 |
| | (404) 888-9700 |

*Counsel for Plaintiffs Donna Curling, Donna Price & Jeffrey Schoenberg*

| | |
|---|---|
| /s/ Bruce P. Brown | /s/ Robert A. McGuire, III |
| Bruce P. Brown | Robert A. McGuire, III |
| Georgia Bar No. 064460 | Admitted Pro Hac Vice |
| BRUCE P. BROWN LAW LLC | (ECF No. 125) |
| 1123 Zonolite Rd. NE | ROBERT MCGUIRE LAW FIRM |
| Suite 6 | 113 Cherry St. #86685 |
| Atlanta, Georgia 30306 | Seattle, Washington 98104-2205 |
| (404) 881-0700 | (253) 267-8530 |

*Counsel for Plaintiff Coalition for Good Governance*

/s/ Bruce P. Brown
Bruce P. Brown
Georgia Bar No. 064460
BRUCE P. BROWN LAW LLC
1123 Zonolite Rd. NE
Suite 6
Atlanta, Georgia 30306
(404) 881-0700

*Counsel for Plaintiffs William Digges III, Laura Digges, & Megan Missett*

/s/Vincent R. Russo
Vincent R. Russo
Georgia Bar No. 242628
vrusso@robbinsfirm.com
Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Carey A. Miller
Georgia Bar No. 976240
cmiller@robbinsfirm.com
Alexander Denton
Georgia Bar No. 660632
adenton@robbinsfirm.com
Robbins Ross Alloy Belinfante
Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone: (678) 701-9381
Facsimile:  (404) 856-3255

Bryan P. Tyson
Georgia Bar No. 515411
btyson@taylorenglish.com
Diane F. LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: 678-336-7249

*Counsel for State Defendants*