IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,** <br> Plaintiffs, <br><br> v. <br><br> **BRAD RAFFENSPERGER, ET AL.,** <br> Defendants. | Civil Action No. 1:17-CV-2989-AT |

**ORDER TO ALLOW USE OF ELECTRONIC EQUIPMENT
IN THE COURTROOM IN CONJUNCTION WITH TRIAL**

IT IS HEREBY ORDERED that beginning on Friday, January 19, 2024, Mr. Kevin Skoglund, testifying expert for Coalition Plaintiffs, be permitted to bring the following personal electronic devices and other supplies into the Richard B. Russell Federal Building, Courtroom 2308, for use during the trial before the Honorable Amy Totenberg scheduled until completion of said trial:

- **one (1) laptop computer and computer accessories, including charging cord, mouse, keyboard, and USB memory sticks; and**

- **one (1) cellular telephone and accessories, including charging cord.**

Proper identification will be required upon entering the facility. Said electronic equipment and other supplies shall be subject to inspection by the facility's law enforcement/security officers.

**IT IS SO ORDERED** this 18th day of January, 2024.

_____
THE HONORABLE AMY TOTENBERG
UNITED STATES DISTRICT COURT JUDGE