# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, ET AL., Defendants. | Civil Action No. 1:17-CV-2989-AT |

## [PROPOSED] STIPULATED ORDER REGARDING DEPOSITION DESIGNATIONS AND CORRESPONDING EXHIBITS

Pursuant to final agreement reached and this Court's directive, this Stipulation is made and entered into by the undersigned parties with reference to the following:

1. Defendants shall provide counter-designations and objections to Plaintiffs' designations for David Hamilton, Gabriel Sterling, Merritt Beaver, and Juan Gilbert no later than Thursday, January 18, 2024, at 6:00pm; and,

2. The parties shall submit a list of Plaintiffs' designations for David Hamilton, Gabriel Sterling, Merritt Beaver, and Juan Gilbert, incorporating Defendants' counter-designations, together with the exhibits Plaintiffs intend to offer into evidence through those designations, before the close of Plaintiffs' case-in-chief; and,

3. The parties and the Court shall consider the designations, counter-designations, and exhibits included in that list as introduced into the trial record by the end of Plaintiffs' case-in-chief; and,

4. Plaintiffs are permitted to physically tender their final set of deposition designations incorporating Defendants' counter-designations and corresponding video files during Defendants' case-in-chief for physical entry into the trial record.

The parties agree that this approach will increase efficiency for the parties and the Court.

**IT IS SO ORDERED** this _____ day of January, 2024.

_____
U.S. District Court Judge Amy Totenberg

Respectfully submitted this 18th day of January, 2024.

| | |
|---|---|
| /s/ David D. Cross | /s/ Halsey G. Knapp, Jr. |
| David D. Cross (*pro hac vice*) | Halsey G. Knapp, Jr. |
| Mary G. Kaiser (*pro hac vice*) | GA Bar No. 425320 |
| MORRISON & FOERSTER LLP | Adam M. Sparks |
| 2100 L Street, NW | GA Bar No. 341578 |
| Suite 900 | Jessica G. Cino |
| Washington, DC 20037 | GA Bar No. 577837 |
| (202) 887-1500 | KREVOLIN & HORST, LLC |
| | 1201 West Peachtree Street, NW |
| | Suite 3250 |
| | Atlanta, GA 30309 |
| | (404) 888-9700 |

*Counsel for Plaintiffs Donna Curling, Donna Price & Jeffrey Schoenberg*

| | |
|---|---|
| /s/ Bruce P. Brown | /s/ Robert A. McGuire, III |
| Bruce P. Brown | Robert A. McGuire, III |
| Georgia Bar No. 064460 | Admitted Pro Hac Vice |
| BRUCE P. BROWN LAW LLC | (ECF No. 125) |
| 1123 Zonolite Rd. NE | ROBERT MCGUIRE LAW FIRM |
| Suite 6 | 113 Cherry St. #86685 |
| Atlanta, Georgia 30306 | Seattle, Washington 98104-2205 |
| (404) 881-0700 | (253) 267-8530 |

*Counsel for Plaintiff Coalition for Good Governance*

/s/ Bruce P. Brown
Bruce P. Brown
Georgia Bar No. 064460
BRUCE P. BROWN LAW LLC
1123 Zonolite Rd. NE
Suite 6
Atlanta, Georgia 30306
(404) 881-0700

*Counsel for Plaintiffs William Digges III, Laura Digges, & Megan Missett*

| | |
|---|---|
| /s/Vincent R. Russo | Bryan P. Tyson |

3

Vincent R. Russo
Georgia Bar No. 242628
vrusso@robbinsfirm.com
Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Carey A. Miller
Georgia Bar No. 976240
cmiller@robbinsfirm.com
Alexander Denton
Georgia Bar No. 660632
adenton@robbinsfirm.com
Robbins Ross Alloy Belinfante
Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone: (678) 701-9381
Facsimile:  (404) 856-3255

Georgia Bar No. 515411
btyson@taylorenglish.com
Diane F. LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: 678-336-7249

*Counsel for State Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>v.<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## **CERTIFICATE OF COMPLIANCE**

Pursuant to LR 7.1(D), I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

*/s/ David D. Cross*
David D. Cross

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>Plaintiffs,<br><br>v.<br><br>**BRAD RAFFENSPERGER , ET AL.,**<br>Defendants. | **Civil Action No. 1:17-CV-2989-AT** |

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2024, a copy of the foregoing **[PROPOSED] STIPULATED ORDER REGARDING DEPOSITION DESIGNATIONS AND CORRESPONDING EXHIBITS** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

*/s/ David D. Cross*
David D. Cross