IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.* <br><br> *Plaintiffs,* <br><br> v. <br><br> BRAD RAFFENSPERGER, *et al.*, <br><br> *Defendants.* | CIVIL ACTION <br><br> FILE NO. 1:17-cv-2989-AT |

**DEFENDANTS' ADDITIONAL REQUEST FOR ORDER ALLOWING ELECTRONIC DEVICES AND AUDIO-VISUAL EQUIPMENT**

This Court previously authorized several employees of the Department of Administrative Services (DOAS) Risk Management Services Unit to bring cell phones and laptop computers to the trial in this case. [Doc. 1766]. Defendants respectfully request that an additional individual involved with the Risk Management process, Melissa Jakulevicius, be permitted to bring one laptop and one cell phone, along with necessary cables, into the Courthouse and Courtroom during the course of the trial.

The basis for this request is that it will enable Defendants' counsel to present their case clearly, fully, and easily during the trial. Defendants' proposed order is attached hereto.

Respectfully submitted this 22nd day of January, 2024.

**Robbin Alloy Belinfante Littlefield LLC**

Vincent Russo
Georgia Bar No. 242628
vrusso@robbinsfirm.com
Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Carey Miller
Georgia Bar No. 976240
cmiller@robbinsfirm.com
Alexander Denton
Georgia Bar No. 660632
adenton@robbinsfirm.com
Edward A. Bedard
Georgia Bar No. 926148
ebedard@robbinsfirm.com
Javier Pico Prats
Georgia Bar No. 664717
jpicoprats@robbinsfirm.com
Anna Edmondson
Georgia Bar No. 289667
aedmondson@robbinsfirm.com
500 14th Street NW
Atlanta, Georgia  30318
Telephone:  (678) 701-9381
Facsimile:   (404) 856-3255


**Taylor English Duma LLP**

*/s/ Bryan P. Tyson*
Bryan P. Tyson
Georgia Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Diane Festin LaRoss

Georgia Bar No. 430830
dlaross@taylorenglish.com
Donald P. Boyle, Jr.
Georgia Bar No. 073519
dboyle@taylorenglish.com
Daniel H. Weigel
Georgia Bar No. 956419
dweigel@taylorenglish.com

1600 Parkwood Circle
Suite 200
Atlanta, Georgia  30339
(678) 336-7249

*Attorneys for Defendants*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing DEFENDANTS' ADDITIONAL REQUEST FOR ORDER ALLOWING ELECTRONIC DEVICES AND AUDIO-VISUAL EQUIPMENT has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/ Bryan P. Tyson*
Bryan P. Tyson