IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*<br><br>*Plaintiffs,*<br><br>v.<br><br>BRAD RAFFENSPERGER, *et al.*,<br><br>*Defendants.* | CIVIL ACTION<br><br>FILE NO. 1:17-cv-2989-AT |

**[PROPOSED]**

**ORDER ALLOWING ELECTRONIC DEVICES AND RELATED ITEMS INTO THE COURTROOM**

In addition to the individuals identified in the previous Order on electronic devices [Doc. 1766], the following individual is permitted to bring one laptop and one cell phone, along with necessary cables, into the Courthouse and Courtroom during the course of the trial: Melissa Jakulevicius.

Proper identification is required upon entering the security station on the Plaza or Lower Level Plaza.

**IT IS SO ORDERED,** this _____ day of January, 2024.

_____
Hon. Amy Totenberg
United States District Judge