# EXHIBIT 1

# VIDEO SLIPSHEET

Surveillance Videos of Coffee County Elections & Registration Office

Exterior Surveillance Video (produced 8/20/2022)

Interior Surveillance Videos (produced 9/17/2022)

Camera 4 Surveillance Video (produced 9/29/2022)

