# EXHIBIT 9

| | |
|---|---|
| **Message** | |
| **From**: | Barnes, Michael [/O=SOS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D4F658ED134C4A6D91A27F28A0572934-BARNES, MICHAEL] |
| **Sent**: | 2/26/2020 1:24:02 PM |
| **To**: | Sheldon, Samantha [o=SOS/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=01bc012b9aac4162970fbc3d34473542-Sheldon, Samantha] |
| **Subject**: | FW: Jefferson County Board of Elections |

Do you think you can update Easy Vote to document the seals now in place on these units?

---

**From:** Susan Gray <sgray@jeffersoncountyga.gov>
**Sent:** Wednesday, February 26, 2020 8:22 AM
**To:** Barnes, Michael <mbarnes@sos.ga.gov>
**Subject:** Jefferson County Board of Elections

**EXTERNAL EMAIL:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Michael,
These are the BMD serial numbers that I took the State of Georgia Seal from by mistake.
I have the seals but I am unsure of the serial number which SOS seal came off.

```
 BMD        New Seal

# 270870  - 0783766
# 300492  - 0582158
# 300494  - 0373662
# 171100  - 0783758
# 300493  - 0783743
# 171101  - 0119665
# 300495  - 0582162
```

Seal numbers that were removed:
307303; 307305; 307330; 307367; 307370; 307713; 356953

Sorry for my error,
Thank you for all your help and all you do for us!
Susan Gray
Election Superintendent
Jefferson County, Georgia
478-625-8357



Curling Plaintiffs' Exhibit
**103**
Civil Case No: 1:17-CV-2989-AT



Exhibit
0007