# EXHIBIT 12









08122022-000239



08122022-000240



08122022-000241





08122022-000243



08122022-000244



08122022-000245







08122022-000248



08122022-000249



08122022-000250



08122022-000251



08122022-000252



08122022-000253



08122022-000254



08122022-000255







08122022-000258

Curling Plaintiffs' Exhibit 166, page 23 of 30













08122022-000264



08122022-000265