IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONNA CURLING, *et al.*

    Plaintiffs,

v.

BRAD RAFFENSPERGER, *et al.*,

    Defendants.

CIVIL ACTION

FILE NO. 1:17-cv-2989-AT

## ORDER ALLOWING ELECTRONIC DEVICES AND RELATED ITEMS INTO THE COURTROOM

In addition to the individuals identified in the previous Order on electronic devices [Doc. 1766], the following individual is permitted to bring one laptop and one cell phone, along with necessary cables, into the Courthouse and Courtroom during the course of the trial: Melissa Jakulevicius.

Proper identification is required upon entering the security station on the Plaza or Lower Level Plaza.

**IT IS SO ORDERED,** this  22nd  day of January, 2024.

_____
Hon. Amy Totenberg
United States District Judge