FAIN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., PLAINTIFFS, | ) ) ) ) |
| v. | ) Civil Action No. 1:17-CV-2989-A ) |
| BRAD RAFFENSPERGER, ET AL., DEFENDANTS. | ) ) ) ) |

## ORDER TO ALLOW USE OF ELECTRONIC EQUIPMENT IN THE COURTROOM

IT IS HEREBY ORDERED that beginning on Monday, January 22, 2024, Ms. Susan Greenhalgh, consulting expert for Coalition Plaintiffs, be permitted to bring the following personal electronic devices and other supplies into the Richard B. Russell Federal Building, Courtroom 2308, for use during the trial before the Honorable Amy Totenberg scheduled until completion of said trial: • one (1) laptop computer and computer accessories, including charging cord; and • one (1) cellular telephone and accessories, including charging cord. Proper identification will be required upon entering the facility. Said electronic equipment and other supplies shall be subject to inspection by the

Respectfully submitted this the 22nd day of January, 2024.

1

**OLES LAW GROUP**

/s/*David E. Oles*

David E. Oles, Esq.
Attorney for Plaintiff Ricardo Davis
GA Bar No. 551544
5755 North Point Pkwy, Ste. 25
Alpharetta, GA 30022
(770) 753-9995
firm@deoleslaw.com

## **CERTIFICATION**

Pursuant to Local Rule 5.1, the foregoing document has been prepared with Times New Roman 14 point font. I have served a copy of the document on all counsel of record on the date listed below via CM/ECF system, which provides a service copy to all attorneys of record.

This 22nd day of January, 2024.

**OLES LAW GROUP**

*/s/ David E. Oles*
David E. Oles
GA Bar No. 551544