IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,** <br> **PLAINTIFFS,** <br><br> v. <br><br> **BRAD RAFFENSPERGER, ET AL.,** <br> **DEFENDANTS.** | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:17-CV-2989-A <br> ) <br> ) <br> ) <br> ) |

### ORDER TO ALLOW USE OF ELECTRONIC EQUIPMENT IN THE COURTROOM

IT IS HEREBY ORDERED that beginning on Monday, January 22, 2024, Mr. Ricardo Davis, Plaintiff, be permitted to bring the following personal electronic devices and other supplies into the Richard B. Russell Federal Building, Courtroom 2308, for use during the trial before the Honorable Amy Totenberg scheduled until completion of said trial: one (1) laptop computer and computer accessories, including charging cord; and one (1) cellular telephone and accessories, including charging cord. Proper identification will be required upon entering the facility. Said electronic equipment and other supplies shall be subject to inspection by the court facility's law enforcement and/or security personnel.

1

IT IS SO ORDERED this _____ day of January, 2024.

_____

HON. AMY TOTENBERG
UNITED STATES DISTRICT
COURT JUDGE