IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al,<br><br>    Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, et al,<br><br>    Defendants. | Civil Action No.<br><br>1:17-cv-2989-AT |

## ORDER

It is hereby ORDERED that Plaintiff Ricardo Davis be permitted to bring a cellular telephone with camera and a laptop computer to Courtroom 2308 of the United States District Court, Northern District of Georgia, on **Wednesday, January 24, 2024,** and on each day thereafter for the duration of the trial of the above-captioned action.

Proper identification will be required upon entering the security station at the Courthouse.

IT IS SO ORDERED, this 23rd day of January, 2024.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**