# EXHIBIT E

**From:** Josh Belinfante <Josh.Belinfante@robbinsfirm.com>
**Sent:** Wednesday, November 16, 2022 3:22 PM
**To:** Cross, David D. <DCross@mofo.com>; Bryan Tyson <btyson@taylorenglish.com>; Vincent Russo <vrusso@robbinsfirm.com>; Carey Miller <carey.miller@robbinsfirm.com>; 'David Lowman' <David.Lowman@fultoncountyga.gov>; 'kaye.burwell@fultoncountyga.gov' <kaye.burwell@fultoncountyga.gov>
**Cc:** 'Bruce Brown' <bbrown@brucepbrownlaw.com>; 'Robert McGuire' <ram@lawram.com>; 'Halsey G. Knapp, Jr.' <hknapp@khlawfirm.com>; 'Adam M. Sparks' <sparks@khlawfirm.com>; Jessica G. Cino <cino@khlawfirm.com>; Kaiser, Mary <MKaiser@mofo.com>; Elson, Hannah R. <HElson@mofo.com>; Conaway, Jenna B. <JConaway@mofo.com>; Middleton, Caroline L. <CMiddleton@mofo.com>
**Subject:** RE: Supplemental Discovery

==External Email==

David:

Good to see some of you yesterday. Thanks again for the email.

We will look through the pending requests and see if there is anything to supplement. Given that we have not received supplemented responses from either set of Plaintiffs, can you confirm that your clients will do the same?

Also – Bruce, can you confirm that your clients are also supplementing any discovery requests?

Thanks,
JB

**ROBBINS**

Josh Belinfante
**ROBBINS ALLOY BELINFANTE LITTLEFIELD LLC**
500 Fourteenth Street NW
Atlanta, GA 30318
404.856.3262 (Direct)
678.701.9381 (Main)
404.856.3250 (Fax)
www.robbinsfirm.com

**Please visit our affiliated government relations practice: Robbins Government Relations**
www.robbinsgr.com

**NOTE**: This email is intended for the use and benefit of the addressed recipient(s) only. If you are not an addressee, your unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is prohibited. If you have received this communication in error, please contact me by reply email and destroy all copies of the original message. IRS Circular 230 requires me to state that any opinions expressed with respect to a significant tax issue are not intended or written by me to be used, and cannot be used by you, for the purpose of avoiding penalties that may be imposed on you or any other person who may examine this correspondence in connection with a Federal tax matter.

**From:** Cross, David D. <DCross@mofo.com>
**Sent:** Tuesday, November 15, 2022 8:27 AM
**To:** Bryan Tyson <btyson@taylorenglish.com>; Vincent Russo <vrusso@robbinsfirm.com>; Josh Belinfante <Josh.Belinfante@robbinsfirm.com>; Carey Miller <carey.miller@robbinsfirm.com>; 'David Lowman' <David.Lowman@fultoncountyga.gov>; 'kaye.burwell@fultoncountyga.gov' <kaye.burwell@fultoncountyga.gov>
**Cc:** 'Bruce Brown' <bbrown@brucepbrownlaw.com>; 'Robert McGuire' <ram@lawram.com>; 'Halsey G. Knapp, Jr.' <hknapp@khlawfirm.com>; 'Adam M. Sparks' <sparks@khlawfirm.com>; Jessica G. Cino <cino@khlawfirm.com>; Kaiser, Mary <MKaiser@mofo.com>; Elson, Hannah R. <HElson@mofo.com>; Conaway, Jenna B. <JConaway@mofo.com>; Middleton, Caroline L. <CMiddleton@mofo.com>
**Subject:** Supplemental Discovery

Bryan and David -

We're nearing the close of discovery and we wanted to be sure that you're clients will comply with their obligations under Rule 26e to supplement their discovery responses and document productions with responsive information and materials not yet produced. Given we received your discovery responses and document productions last year (apart from some additional documents from the Secretary's Office recently regarding certain investigations) and given developments since we received those — such as the Coffee County breach coming to light, the CISA advisories, multiple elections, the upcoming audit, etc. — your clients must have additional information and documents responsive to our requests. Those should have been promptly produced on a rolling basis as they were created, as Rule 26e requires. But in any event, they need to be produced promptly now, before the close of discovery. Please let us know when we can expect this supplemental discovery.

Best,
DC

========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.
.