# EXHIBIT G

```
                                                              Page 1

 1           IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF GEORGIA
 2                    ATLANTA DIVISION
 3
 4
     Donna Curling, et al.,
 5
                 Plaintiffs,
 6                                      CIVIL ACTION FILE
              vs.
 7                                      NO. 1:17-cv-02989-AT
     Brad Raffensberger, et
 8   al.,
 9               Defendants.
     ~~~~~~~~~~~~~~~~~~~~~~~~~
10
11
12
              VIDEO 30(b)(6) DEPOSITION OF
13                 SECRETARY OF STATE
                        THROUGH
14             ROBERT GABRIEL STERLING
15
16                  October 12, 2022
17                     9:26 a.m.
18
19
            Suite 3250, One Atlantic Center
20              1201 W. Peachtree Street
                    Atlanta, Georgia
21
22
23
24
              S. Julie Friedman, CCR-B-1476
25
```

```
 1       can have confidence in the outcomes, and the
 2       election is run well.  That's the overall
 3       rationale behind doing that.
 4              I got a thumbs up from the court reporter,
 5       People.  I was good.  I did good.
 6              MR. KNAPP:  Now keep up your record.
 7              THE WITNESS:  That's going to be hard.
 8       Dave's going to ask me questions and get me
 9       irritated, and I'll get ramped up again.
10       Q.    (By Mr. Cross)  Do you know whether anyone
11  has looked at any of the voting equipment taken from
12  Coffee County to determine whether any kind of
13  malware was tested on the system?
14       A.    Not yet.  I think we're discussing about
15  trying to --  I'm working on getting a long-term
16  contract, Pro V & V, through our procurement process
17  to allow for us to go, through, do investigations
18  like that.  Potentially, we had discussion about
19  potentially Fortalice coming in or some other
20  third-party group to look just to assure that; and
21  then if there is anything, loading a golden record;
22  and even if there's not any discussion about loading
23  a new golden record on.
24              And subsequently, as I mentioned before,
25  we're looking at moving to 5.17 on Democracy Suite
```

1   from Dominion; and they can be wiped and reloaded
2   with that afterwards, too.  So there's different ways
3   we can go about this; but I would like to --  I think
4   we would like to know if anything like that did
5   occur.
6        Q.   Do you know whether anyone has looked to
7   see whether a back door was created to the EMS server
8   or any of the other voting equipment through the
9   folks that were there on January 2021 in Coffee
10  County?
11       A.   I would not have knowledge of that right
12  now, because, again, it's been handed over to the
13  GBI.
14       Q.   What --  Who made the decision to bring in
15  Mr. Persinger?
16            MR. TYSON:  I believe he's already
17       answered that.
18            THE WITNESS:  I did.
19       Q.   (By Mr. Cross)  Sorry.
20       A.   I said it was basically Ryan Germany and
21  myself.
22       Q.   Oh, I'm sorry.
23       A.   Yes.
24       Q.   You did.
25       A.   Right.

1      means.
2             But you can answer, if you know.
3             THE WITNESS:  Okay.  I'm sorry.  Can you
4      restate it.  You guys threw me off.  I --  I
5      apologize.
6      Q.    (By Mr. Cross)  Sure.  Sure.
7             Is it your understanding that Dr.
8  Halderman's concern with vulnerabilities that he
9  found with the Dominion software, which, again,
10 validated by CISA, that his concern is only that
11 they're exploited; or do you also understand that
12 he's concerned that individuals like Sidney Powell
13 and others who will spread misinformation will use
14 those vulnerabilities, the presence, just the mere
15 presence to undermine voter confidence?
16            MR. TYSON:  Object to form and to scope.
17            THE WITNESS:  I won't necessarily go to
18      Mr. Halderman's mind-set; 'cause as I said
19      before, I can't know what's in anybody's mind.
20      However, your characterization is likely true
21      and accurate; but I mean, it's going to be a
22      personal opinion.  It sort of lacks
23      self-awareness in some ways that every system
24      has vulnerabilities, and you have to mitigate
25      with processes and procedures around every

1    system that exists.
2         So there's a level of vulnerability and a
3    level of processing around it, and we've seen
4    some of these things before, and there was one
5    specific thing that was exploited by the Trump
6    people in Antrim County where they --  A
7    election director made a mistake or a series of
8    five mistakes that led to incorrect outcomes
9    being displayed, and that was then obviously
10   exploited.
11        As we know, any claims need to be handled
12   responsibly and --  Excuse me.  Any claim can be
13   handled responsibly.
14        So yes.  I believe that's probably Mr.
15   Halderman's view is that by showing these, he's
16   heading off those things and trying to find ways
17   to mitigate them; and like I said, version 5.17
18   will go a long way towards doing many of those
19   things, I believe.
20        So my overall point is that, yes.  I
21   believe he's correct, to answer your question,
22   or that that's his mind-set.
23        But I also know that making the claims,
24   depending on how you do it and the way you do it
25   and the ways to achieve it responsibly and --

1  and this is going to --  Lawsuits in and of
2  themselves are adversarial, obviously; and it
3  becomes difficult in many ways sometimes to just
4  accept at face value what things are said versus
5  not.
6         And as you have a CISA process itself
7  allows -- basically says we strip away
8  everything around all the processes and
9  procedures, and we're just going to look just at
10 the cyber vulnerability itself or the potential
11 cyber vulnerability itself.  That is how the
12 CISA process works for these reviews, which is a
13 good thing, I think, and --  And allowing for
14 proper cyber investigation to make these reports
15 in such a way is a -- is not a bad thing.
16        Now I think sometimes it's not handled the
17 best in the world, and I think that there could
18 be improvements made to that federal system, but
19 I think the EAC's -- needs to be responsible in
20 these things, and they need to move a heck of a
21 lot faster than they have historically on them.
22        But, again, this is part of running a
23 responsible overall system, so there's a place
24 for all these pieces and parts to be done; and
25 Mr. Halderman's does have part of that as -- as

Page 167

1     his rationale behind it.  I absolutely believe
2     that you agree with that or believe that.
3     Q.    (By Mr. Cross)  So you mentioned the CISA
4 process sort of strips away or it doesn't look at the
5 processes and procedures, things like physical
6 safeguards that are in place.  It's looking at the
7 software itself and saying are there software
8 vulnerabilities, right?
9     A.    And hardware, I think, I mean --
10    Q.    Right.
11    A.    -- 'cause you have to be able to do those
12 things.  Right.
13    Q.    But I mean, we --
14       Isn't it a fact that we now know that
15 the -- these other processes and procedures,
16 including the physical safeguards that you're relying
17 on in Georgia, that they're not adequate?
18       Doesn't the Coffee County breach, which
19 spanned eight days and involved -- I don't know --
20 somewhere north of half a dozen people, that those
21 safeguards just don't work?
22    A.    Well, Mr. Cross --
23       MR. TYSON:  I'll object to form and object
24     to scope.
25       Go ahead.

Page 435

1            C E R T I F I C A T E

4  STATE OF GEORGIA:
5  COUNTY OF FULTON:

7           I hereby certify the foregoing transcript
8      was taken down, as stated in the caption, and
9      the questions and answers thereto were reduced
10     to typewriting under my direction; that the
11     foregoing pages 1 through 434 represent a true,
12     complete, and correct transcript of the evidence
13     given upon said hearing, and I further certify
14     that I am not of kin or counsel to the parties
15     in the case; am not in the regular employ of
16     counsel for any of said parties; nor am I in
17     anywise interested in the result of said case.
18          This, the 17th day of October, 2022.

                         S. JULIE FRIEDMAN, CCR-B-1476