**Exhibit B:** Acknowledgment And Agreement To Be Bound

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.* | |
| *Plaintiffs,* | CIVIL ACTION |
| v. | FILE NO. 1:17-CV-2989-AT |
| BRAD RAFFENSPERGER, *et al.*, | |
| *Defendants.* | |

## ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND

The undersigned hereby acknowledges that he/she has read the Confidentiality Agreement Regarding Court-Ordered Software Inspection dated December 29, 2023 (the "Agreement"), "), has had an opportunity to consult with counsel, and understands the terms thereof, and agrees to be bound by its terms. The undersigned further acknowledges that he/she agrees to be bound by the Protective Order dated July 11, 2019 in the above-captioned action (Doc. No. 477). The undersigned submits to the jurisdiction of the United States Court for the Northern District of Georgia (the "Court") in matters arising out of or relating to the Agreement, the terms of which shall be fully enforceable by the Court to the fullest extent of the Court's power and authority to enforce any order under the Federal Rules, the Court's inherent authority, and any other power or authority vested in the

ny-2665843

Court at law or in equity. The undersigned acknowledges that violation of the Agreement may result in penalties for contempt of court or any other penalty otherwise imposed by the United States District Court for the Northern District of Georgia.

Signed: _____ by ANTHONY BARKO (print name)

Business Address: 525 W. 6TH ST #203 LOS ANGELES CA 90014

Date: 1/26/24

{02705792-3 }
ny-2665843