# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-cv-02989-AT
## Curling et al v. Raffensperger et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held In Open Court on 01/26/2024.

| | |
|---|---|
| TIME COURT COMMENCED: 09:30 A.M. | COURT REPORTER: Shannon Welch |
| TIME COURT CONCLUDED: 05:30 P.M. | CSO/DUSM: Ricky Meadows |
| TIME IN COURT: 7:00 | DEPUTY CLERK: Harry Martin |
| OFFICE LOCATION: Atlanta | |

ATTORNEY(S) PRESENT:
- Christian Andreu-von Euw representing Donna Curling
- Edward Bedard representing Brad Raffensperger
- Joshua Belinfante representing Brad Raffensperger
- Donald Boyle representing Brad Raffensperger
- Bruce Brown representing Coalition for Good Governance
- Benjamin Campbell representing Donna Curling
- David Cross representing Donna Curling
- Alexander Denton representing Brad Raffensperger
- Ramsey Fisher representing Donna Curling
- Danielle Hernandez representing Brad Raffensperger
- Cary Ichter representing Coalition for Good Governance
- Bryan Jacoutot representing Brad Raffensperger
- Wail Jihadi representing Donna Curling
- Mary Kaiser representing Donna Curling
- Halsey Knapp representing Donna Curling
- Diane LaRoss representing Brad Raffensperger
- Robert Manoso representing Donna Curling
- Matthaeus Martino-Weinhardt representing Donna Curling
- Robert McGuire representing Coalition for Good Governance
- Carey Miller representing Brad Raffensperger
- David Oles representing Ricardo Davis
- Javier Pico-Prats representing Brad Raffensperger
- Vincent Russo representing Brad Raffensperger
- Aaron Scheinman representing Donna Curling
- Adam Sparks representing Donna Curling

| | |
|---|---|
| PROCEEDING CATEGORY: | Bench Trial Continued; |
| MINUTE TEXT: | Blake Evans testimony continues. Defendant exhibit 1245 admitted. Curling plaintiff exhibits 613, 614, 208 admitted. Joseph Kirk sworn and testified. Coalition plaintiff exhibit 66 admitted. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 09:30AM on Monday, January 29, 2024. |
| TRIAL STATUS: | Evidence Entered, continued |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |