# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-cv-02989-AT
## Curling et al v. Raffensperger et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held In Open Court on 01/30/2024.

| | |
|---|---|
| TIME COURT COMMENCED: 09:45 A.M. | COURT REPORTER: Shannon Welch |
| TIME COURT CONCLUDED: 05:30 P.M. | CSO/DUSM: Ricky Meadows |
| TIME IN COURT: 6:00 | DEPUTY CLERK: Harry Martin |
| OFFICE LOCATION: Atlanta | |

**ATTORNEY(S) PRESENT:**
Christian Andreu-von Euw representing Donna Curling
Edward Bedard representing Brad Raffensperger
Joshua Belinfante representing Brad Raffensperger
Donald Boyle representing Brad Raffensperger
Bruce Brown representing Coalition for Good Governance
Benjamin Campbell representing Donna Curling
David Cross representing Donna Curling
Alexander Denton representing Brad Raffensperger
Ramsey Fisher representing Donna Curling
Danielle Hernandez representing Brad Raffensperger
Bryan Jacoutot representing Brad Raffensperger
Wail Jihadi representing Donna Curling
Mary Kaiser representing Donna Curling
Halsey Knapp representing Donna Curling
Diane LaRoss representing Brad Raffensperger
Robert Manoso representing Donna Curling
Matthaeus Martino-Weinhardt representing Donna Curling
Robert McGuire representing Coalition for Good Governance
Carey Miller representing Brad Raffensperger
David Oles representing Ricardo Davis
Javier Pico-Prats representing Brad Raffensperger
Vincent Russo representing Brad Raffensperger
Aaron Scheinman representing Donna Curling
Adam Sparks representing Donna Curling

**PROCEEDING CATEGORY:** Bench Trial Continued;

| | |
|---|---|
| MINUTE TEXT: | Marilyn Marks sworn and testified. Defendant exhibits 176, 1275, 1263, 194 (conditionally), 174, 1287, 1293, 1283, 1210, 412, 1137 admitted. Coalition Plaintiff exhibits 12, 10, 2, 6 admitted. Gabe Sterling recalled for examination. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 09:30AM on Wednesday, January 31, 2024. |
| TRIAL STATUS: | Evidence Entered, continued |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |