# EXHIBIT 1

Page 1

1          UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF GEORGIA
2                  ATLANTA DIVISION

3

4          Civil Action No. 1:17-cv-02989-AT

5    _____

6    DONNA CURLING, et al.,

7              Plaintiffs,

8         vs.

9    BRAD RAFFENSPERGER, et al.,

10             Defendants.

     _____

11

12

13

14

15          REMOTE VIDEOTAPED DEPOSITION OF
               JAMES A. BARNES, JR.

16

17              Lakeland, Georgia

18          Wednesday, July 20, 2022

19

20

21

22

23

24

25    Court Reporter:  Michelle M. Boudreaux-Phillips, RPR

```
 1              THE VIDEOGRAPHER:  We are on the record
 2         July 20th, 2022 at approximately 9:14 a.m.
 3         Eastern Time.  This will be the videotaped
 4         deposition of James Barnes, Jr.  Appearances
 5         today will be noted on the transcript.
 6              Would the court reporter please swear in
 7         the witness.
 8                       JAMES A. BARNES, JR.,
 9    being first duly sworn, was examined and testified as
10    follows:
11                          EXAMINATION
12    BY MR. CROSS:
13         Q    Good morning, Mr. Barnes.
14         A    Good morning.
15              (Discussion off the written record.)
16         Q    (By Mr. Cross)  All right.  Sorry,
17    Mr. Barnes.  We appreciate you taking the time to do
18    this today.  I'm sure you can think of a lot of better
19    ways to spend your day than sitting in a deposition.
20    You're here pursuant to a subpoena; is that right?
21         A    Yes, that's correct.
22         Q    Okay.  Where are you physically located right
23    now?
24         A    I'm in Lakeland, Georgia.
25         Q    All right.  And are you at your home, an
```

1   Q    At any point when you were the elections

2   supervisor for Coffee County, did you change any of the

3   passwords on any of the election equipment, like the

4   EMS server, ICC, anything?

5   A    No.

6   Q    Did you have administrative rights to do

7   that?  Was that something you were capable of?

8   A    Honestly, I don't know.  I don't think you

9   can, but I never was told that you could.

10   Q    And why do you think you would not be able

11   to?

12   A    Because it's a very secure system.  That's

13   the way we were all told.

14   Q    So based on your understanding, who had

15   administrative privileges in the system to change the

16   password on, say, the EMS server?

17   A    Well, as I was told through CES, nobody

18   should be able to do that.  I would assume it would

19   only be the State that could to do that.

20   Q    And who told you that through CES?

21   A    I believe it was Mr. Prateek Patel.

22   Q    I'm sorry, could you spell that one?

23   A    Let's see.  I believe it's

24   P-R-I-T-E-C-K [sic].  I believe that's correct.

25   Q    What's his role in CES, your understanding of

1    it?

2         A    Well, everybody at CES is essentially, like,

3    IT for the Secretary of State's office, so they're all

4    the computer-savvy guys.  He was the one that built the

5    election databases for me, ballot databases.

6         Q    So do I understand correctly that the -- the

7    password for an EMS server for the County, did that get

8    set by the State when that server comes in?

9         A    Yes, the State initially sets that up.

10        Q    And your understanding is the County wouldn't

11   then be able to change that password, that's something

12   they'd have to work with the Secretary's office on?

13        A    That was my understanding.

14        Q    And is that the same for the ICC?

15        A    Yes, that's my understanding of that as well.

16        Q    Okay.  So you said you would -- well, sorry,

17   before we get to that, you mentioned earlier the

18   video of Misty Hampton running ballots through a

19   Coffee County scanner.

20             What was it about that video that led you to

21   decide not to reach out to her once you became the

22   elections supervisor?

23        A    Well, all the equipment was completely

24   functional and, you know, if you -- you're supposed to

25   take those scanners and actually clean them every now

Page 68

```
1     there was functionally no problem with that equipment.
2     Like I said, when I came in there, I tested all that
3     equipment and there were no issues with it.  I mean,
4     that's one of the things you're supposed to do, you're
5     supposed to go in there and, every single election, you
6     have to do logic and accuracy testing.  And every
7     single instance where I did logic and accuracy testing,
8     the equipment was fully functional, so I can only
9     believe that it was user error.
10        Q    Is your understanding that logic and accuracy
11    testing is a cybersecurity test of voting equipment?
12        A    The logic and accuracy testing goes through
13    and basically makes sure that it will accept
14    undervotes, overvotes.  It tests everything,
15    essentially.  Just like you would if you were actually
16    tabulating the election.  It goes through the entire
17    process, basically, of running an election start to
18    finish and matches the numbers and makes sure that
19    everything matches up.
20        Q    I'm asking you a more precise question,
21    Mr. Barnes.
22             Is it understanding that logic and accuracy
23    testing constitutes cybersecurity testing of the
24    equipment, or do you just not know one way or the
25    other?
```

1     A     Logic and accuracy is not really about

2     cybersecurity.   They're supposed to be closed systems

3     that are not networked out and supposed to be in a

4     locked door with only minimal access to -- of a few

5     people to them.   So unless there's user error, there

6     shouldn't be cybersecurity issues.

7     Q     And the testing that you did when you came

8     in, you're talking about logic and accuracy testing,

9     correct?

10    A     Yes, that's correct.

11    Q     In the time that you were at Coffee County,

12    are you aware of any cybersecurity testing that was

13    done on any of the election equipment there?

14    A     No, sir.   When it comes to us, it's certified

15    by the State.

16    Q     So you rely on the State for that; is that

17    fair?

18    A     Yes.

19    Q     You mentioned earlier that you would

20    participate in meetings with the Coffee County Election

21    Board from time to time, right?

22    A     That's correct.

23    Q     How frequently was that?

24    A     The Board had a monthly meeting every month.

25    Q     And you participated in those meetings,

Page 89

```
 1        Q    Much smaller than, say, Fulton or Cobb or
 2   DeKalb County?
 3        A    Oh, absolutely.
 4        Q    Fair to say that in Lanier and Coffee County,
 5   just because you're dealing with so many fewer voters,
 6   you don't tend to run into issues along the lines like
 7   in the denser counties?
 8        A    Yeah, it's a much different ballgame for us.
 9        Q    Who specifically first informed you that the
10   State was going to the BMD system because of this court
11   order?  Do you remember who told you that?
12             MR. DENTON:  Object to form.
13             THE WITNESS:  I believe it was the
14        supervisor, but like I said, we all knew
15        about it.
16             MR. CROSS:  Right.
17             THE WITNESS:  I don't think there's a
18        single supervisor of elections that didn't
19        know about that, because quite a few of them
20        are older and set in their ways and didn't
21        really want to change over.
22        Q    (By Mr. Cross)  When you say "the
23   supervisor," you mean your elections supervisor that
24   you worked for in Coffee -- sorry, in Lanier County?
25        A    That's correct.
```

Page 92

1    hand-marked paper ballot at the polls the same way you

2    would with an absentee ballot where you bubble in a

3    circle and it gets scanned?

4         A    I believe that you're referring to -- what's

5    the terminology here -- when somebody doesn't have what

6    they need to be able to vote on the machines, that they

7    can fill out a provisional ballot.

8         Q    Provisional or an emergency ballot, right?

9         A    Yes, that's correct.

10        Q    And voting by hand on a -- on a hand-marked

11   paper ballot where you're bubbling in a circle, that

12   wouldn't involve a hanging chad, right?

13        A    No.

14        Q    Have you ever voted by a hand-marked paper

15   ballot in Georgia, absentee?

16        A    I've voted absentee before.

17        Q    Do you tend to vote more by absentee or more

18   in person?

19        A    I tend to vote more by absentee just to avoid

20   all the people.

21        Q    Fair to say you don't -- you don't have any

22   concerns about whether your absentee vote, which you

23   mark by hand, whether it's going to get counted

24   correctly in Georgia, right?

25        A    I don't have any concerns.

1       Q    Just to pick up where we were talking a

2  moment ago, you are aware, through your experience both

3  in Lanier County and in Coffee County as an election

4  official, that Georgia state law does allow counties to

5  use hand-marked paper ballots for emergency purposes,

6  right?

7       A    Yes, that's correct.

8       Q    And that's a decision that the county

9  elections supervisor makes, whether that becomes

10  necessary or appropriate; is that fair?

11       A    Well, I mean, if you're getting to a point

12  where your machines all go down and you're going to

13  have to go to emergency ballots, you're supposed to

14  contact the State anyway to let them know about it.

15       Q    Right, you want to inform the State, but it's

16  the elections supervisor's decision, right?

17       A    Well, yeah, because you have to keep the

18  election going; otherwise, you end up with a court

19  order to extend it.

20       Q    And the emergency circumstances wouldn't

21  necessarily be the machines going down, right, there

22  could be other circumstances?  Like, if you had really

23  long lines, that could support the elections supervisor

24  deciding to go to hand-marked paper ballots if the

25  elections supervisor thought it would speed up the

1    process; is that fair?

2         A    Well, when it comes to long lines, we're

3    supposed to give reports regularly to the State about

4    how long the line times are; and if the State thinks

5    that the lines are too long, then they'll give us

6    directive on that.   That's really -- that's really up

7    to them to give us the go-ahead on something like that.

8         Q    So to your understanding, the elections

9    supervisor doesn't have the authority to make that

10   decision, they need to turn to the State for that?

11             MR. DENTON:   Object to form.

12             THE WITNESS:   It's my understanding that

13        we tell the State about our line times, and

14        if the line times get too long, then they'll

15        direct us what to do.

16        Q    (By Mr. Cross)   As an elections supervisor

17   or as the assistant supervisor in both Lanier and

18   Coffee County, did you have or did the County have

19   discretion to determine whether to use BMDs or not in

20   any given election, or did they rely on the State to

21   determine that?

22        A    We're supposed to use BMDs if at all

23   possible, yes.   It's usually -- that's reserved more

24   for, really, emergency situations, like a tornado came

25   through and knocked everything out and you don't have

1    any other option, at which point you would still let

2    the State know that a tornado came through and knocked

3    everything out.

4         Q    So fair to say in Georgia, the State

5    determines the means of voting across the state?

6         A    That is correct.

7         Q    And that's the Secretary of State's office,

8    right?

9         A    Yes.

10        Q    Have you ever been in a situation as an

11   election official where hand-marked paper ballots were

12   used to vote in person, not absentee?

13        A    Provisional ballots mostly.  Never had an

14   emergency ballot situation.

15        Q    When you were the elections supervisor in

16   Coffee County, about how many voters, just

17   percentage-wise, voted absentee versus in person?  How

18   did the numbers break down?

19        A    Actually, it was quite a relatively small

20   number that voted absentee compared to in person.

21        Q    What about Lanier?

22        A    Same thing in Lanier, most people wanted to

23   come in person.

24        Q    Again, you guys have the benefit of not

25   running into long lines there, right, in Lanier and

1     A    Yes, that's correct.

2     Q    Any other equipment, as part of the election

3 system in Coffee County, you did not have access to

4 that you --

5     A    No.

6     Q    -- raised with the State?

7     A    No, I didn't have any other issues.

8     Q    All right, we'll come back to that.

9          Did you ever get any communications from

10 anyone on behalf of the State about election security

11 concerns?

12     A    Well, we commonly get little memos and all.

13 And, you know, of course, most of the time we're

14 involved with CISA, and they give out cybersecurity

15 bulletins.  And then like I said, of course, the

16 Dominion Voting kind of blast-out to everybody's email

17 just warning about third-party people trying to gain

18 access.

19     Q    And CISA, you're talking about the

20 cybersecurity/infrastructure agency that's part of DHS,

21 the federal level?

22     A    Yes, that's correct.  And they also have like

23 a [indiscernible] for elections that gives out

24 elections bulletins to everybody.

25     Q    And so do I understand right, in your

1    experience in Coffee County and Lanier, the Counties

2    look both to the State and to the federal agency to

3    provide guidance on election security?

4         A    That's correct.

5         Q    Were you aware that in July of 2021, there

6    was an election security expert named Alex Halderman

7    who did a security analysis of Dominion voting

8    equipment from Fulton County?

9         A    No, I was not aware of that.

10        Q    Is that something you've ever heard before

11   now?

12        A    No.

13        Q    So that wasn't something that was conveyed to

14   you when you were the elections supervisor in

15   Coffee County?

16        A    No.  I don't recall that.

17        Q    Never read any press around that?

18        A    No.

19        Q    So no one from the State ever reached out,

20   for example, and said, "Hey, there's -- we have this

21   100-page report from an election security expert that's

22   identified a lot of security vulnerabilities with the

23   Dominion voting equipment used in Georgia"?

24        A    I don't recall any emails of that nature.

25        Q    If those types of vulnerabilities existed, if

1        Q      (By Mr. Cross)   Okay, so when Mr. Patel came

2    and replaced the EMS server, did he replace the

3    keyboard, the screen, any computer terminal, any wires,

4    any other equipment, or was it just the server that got

5    replaced?

6        A      I don't recall anything else being replaced.

7        Q      Beyond the server?

8        A      That's correct.

9        Q      And same with the ICC, the only thing they

10   replaced was the ICC itself, no other peripherals or

11   anything attached to it?

12       A      As far as I know, that's correct.

13       Q      Were you there with them when they were

14   replacing the equipment?

15       A      Yes, I was there with them for the majority

16   of that time.  I was doing other work.

17       Q      Okay.  So they left, took the ICC and the

18   server with them, and you don't know one way or the

19   other whether anyone ever got access to the data or the

20   files on the --

21       A      That's correct.

22       Q      What's your understanding of where the new

23   server and ICC came from that they brought that day?

24       A      I would assume it came from their main office

25   in Marietta, but I'm not sure.

Page 115

1      Q    You didn't ask?

2      A    No.

3      Q    Did you have any understanding as to whether

4  these were a new EMS server and ICC or whether they

5  were taken from another county or had been used before

6  or just no understanding one way or the other?

7      A    I just got the new server in there and it was

8  working, and that's what mattered to me because I had

9  an election coming up.

10      Q    So you didn't ask -- you didn't ask them,

11  "Where did this come from"?  All you needed was it to

12  work?

13      A    Yeah, I didn't ask where it came from.

14      Q    And after Mr. Patel and Chris left with the

15  ICC and the server, what follow-up did you have with

16  Mr. Patel or anyone else about this issue?

17      A    I didn't have any follow-up with them.

18      Q    Did you ever talk to Mr. Patel again?

19      A    Yeah, in the normal course of business.

20      Q    So he was one of -- he was, I think you said

21  earlier, your primary contact at CES, right?

22      A    Yeah, I had asked -- I had asked him at one

23  point in time were they ever able to get, you know,

24  anything off of there because I had an open-records

25  request, and they said that -- "No, if you don't -- if

Page 116

1    you don't have it, then you don't have it," so...

2        Q    What does that mean, "if you don't have it,

3    you don't have it"?

4        A    Well, he said if I don't have it there on the

5    server, then I don't have anything responsive to that.

6    So I took that to mean that he didn't have it either.

7        Q    So you got an open-records request related to

8    the EMS server that had been replaced, you contacted

9    Mr. Patel, and he said if you don't have something

10   locally in Coffee County, you don't have anything to

11   produce?

12       A    Yes, that's correct because -- I don't know

13   what that meant as far as his side.  I just assumed it

14   meant they hadn't gained access either.

15       Q    But you didn't ask him specifically if they

16   had been able to access the server themselves?

17       A    Well, it was my understanding that when I

18   asked him if they had been able to access it because I

19   needed to get this equipment, he said that if I don't

20   have it locally, then, you know, I just don't -- I

21   don't have anything, that they hadn't been able to

22   access it.  That's generally what you would assume if

23   an IT guy tells you that.

24       Q    Right, but he -- I just want to be really

25   precise.  And I apologize, because we're lawyers, words

1    matter.

2            Did he -- at any point, did Mr. Patel ever

3    say to you explicitly that no one at the Secretary of

4    State's office, including CES, had been able to access

5    the EMS server that was taken?

6       A    He did not specifically say that, but I had

7    asked them if they had accessed it to be able to get

8    that -- if there was any way I could get that.  And he

9    responded in the negative to that, so I took that to

10   mean that, no, they had not.

11      Q    When you say "he responded in the negative,"

12   he said if you don't have it locally, you don't have

13   anything to produce for the open records, right?

14      A    Yes, he said if I don't have a copy of it

15   physically there in my office, then there's nothing

16   available to give them.

17      Q    Okay.  So as you sit here today, you don't

18   know for certain whether anyone at the Secretary's

19   office ever got access to the ICC or the EMS server?

20      A    No, I don't.

21      Q    And the conversation you had with Mr. Patel

22   about the open-records request, do you remember

23   approximately when that was?

24      A    Honestly, I'm not sure.

25      Q    Would you say the latter half of 2021, like

1    I understand your testimony, the Board would defer the

2    investigation to the State.  I was asking a more

3    specific question.

4         Did any of the board members in that meeting

5    express concern about what the situation might mean for

6    the security or the reliability of the equipment that

7    you had or whether Ms. Hampton or anyone else had done

8    something they weren't supposed to do?

9    A    Not any concerns over the equipment we had,

10   but like I said, we really changed the security

11   procedures since I'm there.  So it's more of a "Oh, no,

12   this happened in the past but things are better now"

13   kind of situation.

14   Q    You said you changed the security practices

15   in Coffee County.  How so?

16   A    Well, we just kept all the doors locked

17   unless there was a need not to.  You know, like all the

18   storage for the equipment was locked at all times, the

19   main door past the lobby that goes into where our

20   office space was was kept locked.  Whenever I wasn't

21   there, I locked the office door that I had, and the

22   server door was locked.  Essentially, we just changed

23   the ways we did things.

24   Q    And making sure everything was locked, that

25   was a change, that wasn't a historic practice at

Page 131

1    Coffee County; is that your understanding?

2         A    Yes, that's correct.   And I also kept regular

3    voters and people from going back there into the inner

4    office.  We just dealt with them at the countertop up

5    front.

6         Q    And that was a change from prior practice in

7    Coffee County?

8         A    Yes.

9              MR. CROSS:   Okay, why don't we take

10        another break.  Let's go off the record.

11             THE VIDEOGRAPHER:   The time is 12:05.

12        We're off the record.

13             (Recess taken.)

14             THE VIDEOGRAPHER:   The time is 12:27.

15        We're back on the record.

16        Q    (By Mr. Cross)  All right, sorry, just trying

17   to pull something up real quick.

18             All right, Mr. Barnes, I want to make sure I

19   got -- I understood something right.

20             So when the State took the ICC and the EMS

21   server, was that documented, like was there chain of

22   custody paperwork that you signed on that?

23        A    I don't recall signing chain of custody

24   paperwork.  Maybe I did.  I'm not sure.  It's been a

25   while, but...

1    Q    But you expect to, right?  That's a pretty

2    major change, to bring in a new ICC and EMS and get rid

3    of the old one.  There would be chain of custody

4    documentation, right?

5            MR. DELK:  Object to form.

6            THE WITNESS:  If there was, the State

7        would have that option.

8    Q    (By Mr. Cross)  The County wouldn't keep a

9    copy of their own chain of custody documents so that

10   there's a record of replacing the ICC and the EMS?

11   A    I'm not aware of any documentation about it

12   being taken, but then again, it was the state employees

13   coming to get it, so...

14   Q    And you don't recall them handing you

15   paperwork to sign?

16   A    I don't recall, no.

17   Q    But you agree that chain of custody is

18   important, right?

19           MR. DELK:  Object to form.

20           MR. DENTON:  Object to the form.

21           THE WITNESS:  Yeah, chain of custody is

22       important.

23           (Exhibit 3 marked for identification.)

24           MR. CROSS:  Grab Exhibit 3, if you

25       would, please, sir.  Just let me know when

1      Q      Okay.  Do I understand correctly that for the

2   EMS server and the ICC, each county has just one

3   password to access those systems?

4      A      The password on that is -- each one is

5   different.  There's a 16-digit one that we use to get

6   into that, and then there's a separate password for the

7   ICC.

8      Q      I see.  Okay.

9          So that -- it was two passwords that weren't

10  working when you came in, for the ICC and for the EMS

11  server?

12     A      To my recollection, the ICC password was

13  actually functional, but the other one was not.

14     Q      Oh.  So why did the State take the ICC too?

15     A      I would assume just based -- that it's just

16  because there's a problem with this one, let's just

17  double-check and make sure there's not an issue with

18  that as well, which is understandable.

19     Q      Yeah, okay.  I see.

20          So it wasn't that you had a password issue or

21  that the ICC wasn't functioning; Mr. Patel made a

22  decision or someone at the State made a decision, since

23  they were taking the server, to go ahead and take the

24  ICC too?

25     A      Yes, that's my understanding.

1    Q    Did you specifically have a discussion, did

2    you ask Mr. Patel, "Oh, why are you taking the ICC

3    since it works"?

4    A    No, because I assumed obviously there was

5    problems with the one and there could be issues with

6    that one as well.  I mean, if it's been compromised in

7    any way, I can't use it in an election.

8    Q    What do you mean by that?

9    A    I mean simply what I said, if it has been

10   compromised in any way, I can't use it in an election.

11   Q    Sorry, when you say "compromised," I'm just

12   trying to understand what you mean.

13   A    I mean if somebody had gone in and changed

14   the password on there, then that would mean that I

15   can't use that system because of what else could have

16   been done.  It's no longer trustworthy.

17   Q    So that -- I see what you're saying.  So the

18   concern was the password no longer working, that might

19   suggest a compromise and so you should replace both to

20   be safe?

21   A    Yes.

22   Q    In the time that you were the elections

23   supervisor for Coffee County, was anyone ever allowed

24   in the EMS server room apart from you and your

25   assistant?

Page 155

```
1      2021, but that sounds much later than you were thinking

2      because you reached out to Mr. Patel in April.

3              Does that date sound right to you?

4      A    I thought that it -- I thought that it got

5      replaced in May, but I could be wrong.

6          Q    Okay.  Do you recall -- did the State do

7      acceptance testing on the new EMS server?

8          A    Yes, they did.

9          Q    And did they do that locally on site in

10     Coffee County?

11         A    Yes.  It was -- it was all set up on site.

12         Q    So you were there for that?

13         A    Yes.

14         Q    In addition to the acceptance testing, did

15     they do logic and accuracy testing?

16         A    They ended up actually, you know, testing it

17     with the paper ballots just to make sure it scanned

18     everything okay.

19         Q    And that was all there on site with you in

20     Coffee County?

21         A    Yes, that's correct.

22         Q    Sorry, I don't remember off the top of my

23     head.  Were there any elections in Coffee County

24     between the time you started as the supervisor and

25     June 8?
```

Page 156

1      A    No, there weren't any elections in that
2      period of time.
3           Q    Did you keep a calendar when you were there?
4           A    Yes, we had a calendar.
5           Q    Do you recall, like, creating an appointment
6      or a meeting, something on a calendar that would have
7      indicated when they came in to replace the server?
8           A    No, not that I can think of.  I know that we
9      had to have -- well, let me see.  I think that we
10     had -- we weren't going to end up doing -- yeah, we did
11     a primary election for the city council, and I want to
12     say that was held sometime in June.  And that was the
13     reason why I had reached out to them, because we had to
14     make sure back in May, with a little bit of time, you
15     know, that everything was going to be good to go.
16          Q    Okay.  And did Mr. Patel or Chris or anyone
17     else, did they send you an email or text message or
18     anything saying, "Hey, this is when we're going to
19     come, this is the date and time"?
20          A    No.  What he said when I had talked to him
21     was that they would just be there next week.
22          Q    But they set a specific date and time so you
23     knew they were coming, right?
24          A    Yes.
25          Q    And all of the communications about this were

Page 170

1          A     Just the cameras in the office.

2          Q     And that's in the office where you work or

3     worked?

4          A     Yes.

5          Q     And what cameras were in the election office

6     at Coffee County when you were there?

7          A     There was one in the front lobby.  There was

8     one over there, let's see, near Sandy Grantham's desk.

9     And then there was one down in the big room where

10    there's a portion for early voting.

11                THE WITNESS:  My headset is about to

12          die, so I'm going to have to switch over to

13          the computer.

14                MR. CROSS:  Okay.

15                (Discussion off the written record.)

16          Q     (By Mr. Cross)  So no -- there was no cameras

17    in your office?

18          A     No, not in that office.

19          Q     And no cameras in the room where the EMS

20    server and the ICC were?

21          A     No.  I don't -- I don't believe that there's

22    a camera in the big room where the scanners are.

23          Q     And the only access to the room with the EMS

24    server is through a door specifically to that room, but

25    they first have to get into your office?

Page 171

1        A    Yes, sir.

2        Q    And you said you yourself looked to see if

3   there was any footage after you found the Cyber Ninjas

4   card; is that right?

5        A    Yes.  I contacted Charles Dial just to see,

6   you know, what, if anything, there was, if anybody had

7   come.  I asked board members about it as well.

8        Q    And did Mr. Dial tell you there was no

9   available footage for those cameras?

10       A    Yes.

11       Q    Did he explain why that was?

12       A    He said it had already been overwritten.  It

13   only kept maybe like about a three-month period on it.

14       Q    And where is the footage from those cameras

15   maintained?  Who has that?

16       A    That would be up there at the county office.

17       Q    So did you alert -- or did you reach out to

18   Mr. Dial about this before or after you emailed

19   Mr. Harvey?

20       A    I'm not sure about that.

21       Q    Was it roughly around the same time?

22       A    Yeah, roughly around that time period,

23   because I followed up, basically, and did what Chris

24   had recommended me to do.

25       Q    Chris Harvey?

Page 178

1          A     Yes, that's what I read.

2          Q     And you're saying that article is the first

3     time you had ever heard that that may have happened?

4          A     Yes, that's correct.

5          Q     So in all the time you were working as the

6     elections supervisor, you never heard from the State,

7     for example, about any investigation into that

8     situation that was reported in the Washington Post?

9          A     No, I never heard anything about that.

10               THE COURT REPORTER:  I'm sorry,

11        Mr. Barnes, can you repeat your answer?

12               THE WITNESS:  I never heard anything

13          about that.

14               THE COURT REPORTER:  Thank you.

15          Q     (By Mr. Cross)  Beyond the press reports that

16     you just mentioned, have you -- have you ever heard

17     of -- that anyone obtained copies of election software

18     from Coffee County?

19          A     No.  It's only been from the press reports

20     that I've heard it.

21          Q     Did you alert anyone at Dominion to the

22     concern about the Cyber Ninjas card?

23          A     No, I did not.

24          Q     So no communications with anyone at Dominion

25     about that?

Page 179

1      A    No, but typically we didn't really

2    communicate with Dominion because they've already, you

3    know, turned the equipment over to the State, and then

4    they brought it to us, so...

5              MR. CROSS:  All right, Mr. Barnes, I

6         think I am done, but can we go off the record

7         and just give me like two minutes to check

8         with my group before I hang it up?

9              THE WITNESS:  No problem.

10             THE VIDEOGRAPHER:  The time is 1:29.

11        We're off the record.

12             (Recess taken.)

13             THE VIDEOGRAPHER:  The time is 1:43.

14        We're back on the record.

15        Q    (By Mr. Cross)  All right, a few more things,

16   Mr. Barnes, and then I'm almost done.

17             Did you ever speak with Chris [sic] Dial or

18   anyone else in the IT department about trying to get

19   access to the EMS server when you were having trouble

20   with the password?

21             MR. DELK:  Charles Dial, you mean?

22             MR. CROSS:  Charles Dial.

23             MR. DELK:  Okay.

24             MR. CROSS:  Yeah.

25             THE WITNESS:  No, I didn't talk to any

Page 202

1    things that had to be checked off on the list.

2        Q    So if I've got the list right, we've got

3    BMDs, poll pads, printers, and scanners; is that right?

4        A    Yes.  And the ICC and EMS server had already

5    previously been accepted.

6        Q    And to the best of your recollection, all the

7    equipment that was supposed to be there was there, you

8    weren't short anything, you didn't have anything extra;

9    is that right?

10       A    That's right.

11       Q    This horse has kind of been beat to death, so

12   I'm afraid to whoop it anymore, but I do want to follow

13   up with one other piece of information.

14            I have seen a memo with the subject line

15   "Transferred Election Materials" that you signed off on

16   on May 7th of 2021 that indicated 27 boxes of election

17   materials had been transferred for storage.  Does that

18   sound familiar?

19       A    It does.

20       Q    Where was -- where were those materials

21   stored?

22       A    That would have been with the clerk of court.

23       Q    Okay.  And that's another requirement of your

24   office, right, is to -- is to transmit certain election

25   materials/records to the clerk of the court?

Page 206

```
 1        A    There was another one that was even older
 2   than that that was in a box, but...
 3        Q    Did you ever try to access that computer?
 4        A    No, because I didn't feel like there would be
 5   a need to be because it was pretty obvious it was old
 6   enough that nobody should have been using it recently.
 7        Q    I think you've already testified to this
 8   also, but can you remind me who Ms. Cox is?
 9        A    She's the supervisor of elections in
10   Lowndes County and also the Region 11 coordinator.
11        Q    Do you recall if you ever communicated with
12   her at all about the password issue on the server?
13        A    I'm not sure if I contacted her about that or
14   not.  A lot of times I would contact her about things,
15   just because she's the Region 11 coordinator, to get
16   input.
17        Q    Do you recall if she had any input?
18        A    No, because I'm not sure that I contacted
19   her.
20        Q    There's an email from her to the county
21   commission shortly before you arrived, so you probably
22   would not have seen it, but the gist of it was that she
23   was delaying a visit by a Dominion rep to your county
24   until your position had been filled.
25             And so with that in mind, my question is:  Do
```

Page 207

1    you remember or recall any visit by any Dominion reps

2    during the first part of your tenure or during your

3    tenure at all at Coffee County?

4              MR. DENTON:  Object to form.

5              THE WITNESS:  The only person that I

6         remember coming by was -- I believe his name

7         was Greg Whiten, and that was with

8         EasyVote.

9         Q    (By Mr. Abney)  I'm sorry, was with who?

10        A    The gentleman from EasyVote.  That's a system

11   that we use.  But I don't recall a Dominion

12   representative, no.

13        Q    You mentioned obtaining and/or sharing

14   information -- I don't want to put words in your mouth,

15   but that was my recollection -- something to do with

16   BuzzFeed.  Do you recall that?

17        A    Yes, BuzzFeed is something that most

18   elections officials use.

19        Q    What is BuzzFeed?

20        A    BuzzFeed is like a comment board that's

21   provided by the Secretary of State's office for people

22   that have a log-in for it.  It's used by elections

23   officials a lot of times to advertise for open

24   positions and also to put out equipment that they no

25   longer need to see if anybody else needs it.

1      A    Well, you can set -- or at least I saw

2   multiple user accounts on there, but typically there's

3   only one user account that you would need to log in.

4   There really should only be one person doing the

5   servers.

6      Q    What do you mean when you say you saw

7   multiple user accounts?

8      A    On the ICC, there were several different

9   users set up.

10     Q    Do you recall who those users were?

11     A    No.  It was just generic names like ICC-1,

12  something similar to that.

13     Q    Okay.  I take it there's not one, but let me

14  ask.  Are you aware of any policy or procedure that's

15  been written down anywhere for how to handle the

16  situation like you faced where you have an EMS server

17  that you can't gain access to using the State-provided

18  password?

19     A    No, I'm not aware of any SOP for that

20  situation.

21     Q    And I know this topic also was covered, but I

22  want to make sure I got it right.

23          You contacted the State, told them you had a

24  problem with the password, they walked you through some

25  stuff on the phone and said, "Well, looks like we'll

Page 210

1      come down next week and take care of it."  Essentially,

2      that's what happened --

3           A    Yes.

4           Q    -- right?

5           A    That's correct.

6           Q    And the question that I was a little confused

7      about was during that phone call, did they tell you --

8      did they schedule a time and date the following week,

9      or was it just, "We'll be down sometime next week"?

10          A    It was just that they would -- they would

11     come down and take a look at it next week.

12          Q    And is it safe to assume that they didn't

13     just show up unannounced?

14          A    Yeah.  They gave me a call when they were,

15     you know, going to be coming down.

16          Q    Okay.  So you recall getting a telephone

17     call?

18          A    Yes.

19          Q    Who was that call from?

20          A    That was Prateek Patel, I believe.

21          Q    Okay.  And did they call and tell you a day

22     or two in advance?  Or was it, "Hey, we're in the car

23     headed your way"?

24          A    It was the day of.

25          Q    And your -- so it was a telephone call.  Did

Page 239

1                      C E R T I F I C A T E

2

3    STATE OF GEORGIA

4    COUNTY OF COBB

5

6            I, MICHELLE M. BOUDREAUX-PHILLIPS, do hereby

7    certify that JAMES A. BARNES, JR., the witness whose

8    deposition is hereinbefore set forth, was duly sworn by

9    me and that such deposition is a true record of the

10   testimony given by such witness.

11

12           I further certify that I am not related to

13   any of the parties to this action by blood or marriage

14   and that I am in no way interested in the outcome of

15   this matter.

16

17           IN WITNESS WHEREOF, I have hereunto set my

18   hand this 27th day of July 2022.

19                    *Michelle M. Boudreaux*

20        _____

             MICHELLE M. BOUDREAUX-PHILLIPS, RPR

21

22

23

24

25