# EXHIBIT 2

Page 1

```
 1           IN THE UNITED STATES DISTRICT COURT
 2           FOR THE NORTHERN DISTRICT OF GEORGIA
 3                     ATLANTA DIVISION
 4

             _____
 5

     DONNA CURLING, ET AL.,
 6
                 Plaintiffs,         CIVIL ACTION FILE
 7                                   NO. 1:17-CV-2989-AT
     vs.
 8
     BRAD RAFFENSPERGER, ET AL.,
 9
                 Defendants.
10           _____
11
12           VIDEO-RECORDED 30(b)(6) DEPOSITION
13               TAKEN VIA VIDEOCONFERENCE OF
14           GEORGIA SECRETARY OF STATES' OFFICE
15               BY: SANFORD MERRITT BEAVER
16                         AND
17               SANFORD MERRITT BEAVER
18               IN HIS PERSONAL CAPACITY
19                 (Taken by Plaintiffs)
20                   Atlanta, Georgia
21             Wednesday, February 2, 2022
22                     9:08 a.m.
23
24

                 Reported stenographically by
25       V. Dario Stanziola, CCR (GA)(NJ), RPR, CRR
```

Page 7

1        THE VIDEOGRAPHER:  We are on the record
2        February 2nd, 2022 at approximately
3        9:08 a.m. Eastern time.  This will be
4        volume II to the 30(b)(6) videotaped
5        deposition of the Secretary of State's
6        office.  The representative today will be
7        Merritt Beaver.  Will counsel please
8        identify themselves and who they represent
9        for the record.
10        MR. CROSS:  This is David Cross of
11        Morrison & Foerster for the Curling
12        plaintiffs.
13        MR. DENTON:  This is Alexander Denton
14        of Robbins Alloy Belinfante Littlefield for
15        the state defendants.
16        THE VIDEOGRAPHER:  Will the court
17        reporter please swear in the witness.
18        (OATH ADMINISTERED.)
19            SANFORD MERRITT BEAVER,
20  having first been duly sworn, was examined and
21  testified as follows:
22                      EXAMINATION
23  BY MR. CROSS:
24        Q.   Good morning, Mr. Beaver.
25             Are we picking you up okay?

Page 96

1    you say accurate, I don't know what the context
2    of that conversation is.   It is my view of my
3    past.
4         Q.   Well, is there anything in here that
5    you think may be incorrect?
6         A.   Not that I can see.
7         Q.   Okay.  And your education, you
8    graduated from Virginia Tech -- sorry, graduated
9    from Virginia Tech in 1981 with a degree in
10   electrical engineering; is that right?
11        A.   Correct.
12        Q.   So you do not have a degree in computer
13   science; is that right?
14        A.   No.  I have an electrical engineering
15   degree.  Not sure what that means, but...
16        Q.   Well, when you say no, are you saying
17   that I'm wrong or --
18        A.   No.  I mean, you asked me do I have a
19   computer science degree.  No, I have an
20   electrical engineering degree.
21        Q.   And those are -- those are distinct
22   degrees, right?
23             You could have gotten a degree in
24   computer science, you chose electrical
25   engineering; is that -- is that right?

1   back then.  Really didn't deal a lot with the

2   Dominion people day in, day out.  So there was

3   some guy named Scott Tucker, so yes.

4        Q.   And I was going to ask a question, does

5   your team or department have responsibility for

6   dealing with Dominion regarding election security

7   issues?

8             MR. DENTON:  Objection.

9        A.   Very limitedly.  Depends on -- the

10  concept with the scope of what you're asking for

11  is broad so you'd have to need to narrow it down

12  as to just what.  Our -- our involvement is

13  creating an environment that is secured for them

14  to put their application in.  And then we install

15  their application.  Now, the development of that

16  application at their site is their

17  responsibility.

18        Q.   And if an election security -- strike

19  that.

20             If a vulnerability concern is raised

21  with any of the Dominion equipment or software,

22  is that something your team handles or is that

23  something someone else handles for the Secretary

24  of State in terms of dealing with Dominion to

25  address that?

1           MR. DENTON:  Objection.

2      A.   I can't tell you specifically because

3  sometimes we get pulled in, sometimes we don't.

4      Q.   And do you know how the determination

5  is made as to whether you're pulled in on

6  something like that?

7      A.   We do not have a protocol.

8      Q.   Who makes that decision, whether to

9  include your team?

10     A.   It could be somebody from Dominion, it

11  could be Michael Barnes, it could be Gabe

12  Sterling.

13     Q.   All right.  If you look at this e-mail

14  on February 14th of 2020 -- and sorry, I should

15  ask, did Kevin Robertson, did he report to you?

16  Was he in your group?

17     A.   Yes.  He reports to me.

18     Q.   Is he still there?

19     A.   Did.  No.

20     Q.   When did he leave?

21     A.   Earlier this last -- or late last year.

22     Q.   Do you know where he went?

23     A.   A company called transform.

24     Q.   Still in Atlanta?

25     A.   Yes.

1       A.    Correct.  I have not heard anything.

2       Q.    Okay.  Who would have the authority to

3    make the decision to do that type of analysis?

4       A.    It would be between the election

5    center, the elections department, Gabe Sterling

6    and the Secretary.  If an issue bubbled up that

7    pointed to a risk, meaning it's verified that

8    something has happened that shows that something,

9    you know, has happened, yeah, we probably would

10   act on it.  If we get an e-mail from somebody

11   saying I'm going to start hacking your system,

12   beware, that's probably not enough information to

13   jump on, oh, let's run a test on all the stuff.

14       Q.    Okay.

15       A.    And you've seen it.

16       Q.    Are you familiar with something called

17   the SolarWinds hack?

18       A.    Yes.

19       Q.    And do you recall that nine Georgia

20   counties, there was evidence that they may have

21   downloaded malware related to that hack in

22   February of 2021?

23       A.    I didn't know the count.  I knew that

24   there were some counties that were vulnerable.

25       Q.    Were you involved in any investigation

Page 256

1                    REPORTER'S CERTIFICATE

2

3              I, V. Dario Stanziola, a Certified

4      Court Reporter in the State of Georgia, duly

5      commissioned and authorized to administer oaths

6      and to take and certify depositions, do hereby

7      certify that on Wednesday, February 2, 2022,

8      Sanford Merritt Beaver, being by me personally

9      duly sworn to tell the truth, thereupon testified

10     as above set forth as found in the preceding

11     pages, this examination being recorded

12     stenographically by me verbatim and then reduced

13     to typewritten form by me, that the foregoing is

14     a true and correct transcript of said proceedings

15     to the best of my ability and understanding; that

16     I am not related to any of the parties to this

17     action; that I am not interested in the outcome

18     of this case; that I am not of counsel nor in the

19     employ of any of the parties to this action.

20             IN WITNESS WHEREOF, I have hereto set

21     my hand, this the 8th day of February 2022.

22

23     _____

       V. DARIO STANZIOLA, CCR (GA)(NJ), RPR, CRR

24     Certification Number: 4531-3928-0743-6288

25