# EXHIBIT 5

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Donna Curling, et al.,

    Plaintiffs,

                  CIVIL ACTION FILE

vs.

                  NO. 1:17-cv-02989-AT

Brad Raffensberger, et al.,

    Defendants.

~~~~~~~~~~~~~~~~~~~~~~~~~~

VIDEO 30(b)(6) DEPOSITION OF
SECRETARY OF STATE
THROUGH
ROBERT GABRIEL STERLING

October 12, 2022
9:26 a.m.

Suite 3250, One Atlantic Center
1201 W. Peachtree Street
Atlanta, Georgia

S. Julie Friedman, CCR-B-1476

Page 9

1       THE VIDEOGRAPHER: Good morning. We're
2  going on the record at 9:26 a.m., November the
3  12th, 2 -- October the 12th, 2022.
4       Please note that the microphones are
5  sensitive and may pick up whispering and private
6  conversations. Please mute your phones at this
7  time.
8       Audio and video recording will continue to
9  take place unless all parties agree to go off
10 the record.
11      This is Media Unit 1 of recorded
12 deposition of the Office of the Secretary of
13 State, taken by the Plaintiff -- by counsel for
14 the Plaintiff, In The Matter of Donna Curling,
15 et al. versus Brad Raffensperger, et al., filed
16 In United States District Court of the Northern
17 District of Georgia, Atlanta Division, Case No.
18 1:17-CV-2989-AT. The location of the deposition
19 is Krevolin & Horst, LLC.
20      My name is Scott Bridwell, representing
21 Veritext Legal Solutions. I am your
22 videographer. The court reporter is Julie
23 Friedman from the firm Veritext Legal Solutions.
24      I'm not authorized to administer an oath.
25 I'm not related to any party in this action, nor

1   am I financially interested in the outcome.
2           If there are any objections to this
3   proceeding, please state them at the time of
4   your appearance.
5           Counsel, and all present, including
6   remotely, will now state their appearance and
7   affiliations for the record, beginning with the
8   noticing attorney.
9           MR. CROSS:  David Cross of Morrison &
10  Foerster on the behalf of Curling Plaintiffs.
11          MR. BROWN:  Bruce Brown on behalf of the
12  Coalition Plaintiffs.
13          MR. SPARKS:  Adam Sparks for the Curling
14  Plaintiffs.
15          MR. KNAPP:  Halsey Knapp on behalf of the
16  Curling Plaintiffs.
17          MR. TYSON:  Brian Tyson on behalf of the
18  Secretary of State and the State Election Board.
19          MR. CROSS:  I don't think we need to go
20  through everyone on the Zoom.
21          THE VIDEOGRAPHER:  We don't?
22          You all agree on that?
23          MR. TAYLOR:  I agree.  Yeah.
24          THE VIDEOGRAPHER:  Okay.  There we go.  So
25  we're not going to do the Zoom.

Page 11

1  Will the court reporter please swear in
2  the witness.
3  ROBERT GABRIEL STERLING, having been first
4  duly sworn, was examined and testified as
5  follows:
6  THE VIDEOGRAPHER:  Counsel, you may
7  proceed.
8  CROSS-EXAMINATION
9  BY MR. CROSS:
10  Q.    Good morning, Mr. Sterling.
11  A.    Good morning, Mr. Cross.
12  Q.    So do you understand your testimony today
13 as a representative of the Office of the Secretary of
14 State for Georgia.
15  A.    That's my understanding.  Yes.
16  Q.    And you understand that means that you're
17 testifying to the knowledge the Secretary's Office
18 has on a particular topic?
19  A.    Yes.
20  Q.    Okay.  Let me go ahead and hand you the
21 first exhibit, which is Tab 2, the notice.
22  If you could, share that with everybody
23 else.
24  A.    Is it the same thing here?
25  Q.    Yeah.

Page 97

1    Q.    Right.  Mr. --
2    A.    On May of 2021, he was just wrong; and I
3  said this interview, basically, everything in it is
4  conflated and -- and just incorrect, and that's why I
5  was so frustrated with the interview itself.
6    Q.    Okay.  So, remember, you're testifying
7  today not as you --
8    A.    Uh-huh.
9    Q.    -- but as Secretary's Office --
10   A.    Right.
11   Q.    -- right?
12         Okay.
13   A.    I was answering your question about what
14  Mike Hassinger and I knew specifically about that.
15   Q.    I --  I get that now.
16   A.    Okay.
17   Q.    So what I'm saying is, it is a fact that
18  the Secretary's Office, multiple individuals, from
19  Chris Harvey, to Michael Barnes, to Frances Watson,
20  to Pamela Jones, to Josh Blanchard, all of those
21  individuals were aware that the Secretary's Office
22  was investigating potential unauthorized access by
23  Cyber Ninjas to the Georgia voting system in Coffee
24  County in May of 2021.  Yes?
25         MR. TYSON:  Object to form.

Page 98

1          THE WITNESS:  Yes.  In the specific way
2    you put that.
3          Now by this point, they're two separate
4    things.  Because at this point, it was like we
5    now understand that with given the videotapes
6    and everything.  I can't remember the date of
7    that.
8          But we really kicked it up into --  Okay.
9    Once we saw that something had happened and that
10   was in July, that was like a new --  Not new
11   investigation; but, again a new phase of the
12   investigation.  That's what I was referring to
13   as now we've -- we've real --  We've handed to
14   GBI.  We do those items, and that's kind of the
15   difference between those things.
16         I mean, there is a -- obviously, a
17   timeline, and we'll probably get into some of
18   those things.
19         But that interview was just simply wrong.
20   He was incorrect --
21   Q.    (By Mr. Cross)  Okay.
22   A.    -- when he made those statements, and he
23   didn't have a chance to get briefed up, because he
24   was also surprised, because he wasn't supposed to
25   be --  It was supposed to be a action feel good kind

Page 122

1  What -- What's his role with respect to
2  investigating the unauthorized access of the -- of
3  the State's voting system in Coffee County?
4       A.   He was an expert retained by our attorneys
5  in this case.  I'm not sure in other -- other cases
6  or not.
7            And his portfolio in particular was get
8  into this server and look at the log files and see
9  what happened anywhere around this period of time.
10 If -- If there was any devices done incorrectly.
11 Was there anything where it looks odd.  Did anything
12 happen.  Basically, go in and find out and tell us.
13      Q.   It was the directive to him to make sure
14 that he preserved the data on that original EMS
15 server through his work?
16      A.   As I understand it --
17           MR. TYSON:  Oh --
18           THE WITNESS:  -- yes.
19           MR. TYSON:  -- okay.
20           THE WITNESS:  Got to be faster next time.
21      Q.   (By Mr. Cross)  And what is it that --
22 What can you share with me with respect to the
23 Secretary's Office's knowledge about any analysis
24 that's been done on that server and what's been
25 found?

Page 123

1          MR. TYSON:  And I'll just caution you
2     here, Mr. Sterling, for Mr. Persinger's work
3     product, for attorney issues, and then anything
4     related to the active investigation that's
5     ongoing.  I think you've already shared pretty
6     much the details but --
7          THE WITNESS:  And I can go over some of
8     the specifics of it again.  There was --  We
9     know that was there was a device that was
10    plugged in on January 7th.
11         Q.   (By Mr. Cross)  And that was a Samsung
12  device?
13         A.   We were hoping to keep that out for the
14  investigatory side of it but --  And I know it's
15  released to the public, so yes.  It was a Samsung
16  device, to my understanding.
17         Q.   Is there anything more you can share about
18  that device -- what it was, what was done with it?
19         A.   Not that I think I'd be willing to right
20  now under this investigation side, because, again
21  we're trying to be able to question people and see if
22  they know -- have actual knowledge or not, basically.
23              We also know the date of the password
24  change was 10-14.
25              MR. TYSON:  December.

Page 167

```
1        his rationale behind it.  I absolutely believe
2        that you agree with that or believe that.
3        Q.    (By Mr. Cross)  So you mentioned the CISA
4   process sort of strips away or it doesn't look at the
5   processes and procedures, things like physical
6   safeguards that are in place.  It's looking at the
7   software itself and saying are there software
8   vulnerabilities, right?
9        A.    And hardware, I think, I mean --
10       Q.    Right.
11       A.    -- 'cause you have to be able to do those
12  things.  Right.
13       Q.    But I mean, we --
14             Isn't it a fact that we now know that
15  the -- these other processes and procedures,
16  including the physical safeguards that you're relying
17  on in Georgia, that they're not adequate?
18             Doesn't the Coffee County breach, which
19  spanned eight days and involved -- I don't know --
20  somewhere north of half a dozen people, that those
21  safeguards just don't work?
22       A.    Well, Mr. Cross --
23             MR. TYSON:   I'll object to form and object
24  to scope.
25             Go ahead.
```

Page 168

1            THE WITNESS:  Mr. Cross to that point,
2    when you have bad actors, it doesn't matter what
3    your system is.  They --  They're all
4    exploitable at that point, a hundred percent
5    across-the-board, anything with a computer.
6            Even in -- in Dr. Halderman's report
7    itself, he says you can do things to the
8    scanners, which is part of your relief.
9            So basically, any --  All physical
10   security is reliant upon human beings of good
11   faith following their oath of office.  I think
12   part of the issue we have in all the stuff
13   around elections is every person involved
14   believes in their heart of hearts they are
15   saving American democracy from the bad guys on
16   the other side, and that's what they all believe
17   across-the-board.
18           There are those of us who actually --
19   actually have to run elections -- the county
20   elections workers, the poll workers, the
21   secretaries of state, the elections directors,
22   the poll managers, the boards of elections that
23   are stuck having to actually do things in the
24   real world to protect the election.
25           And when you have people in that group who

1       violate the law and violate the rules, that's
2       why we have criminal investigation right now;
3       and it is wrong; and like I said, I think Misty
4       Hampton now will act as a cautionary tale to
5       those who will -- who think that maybe I can get
6       around the system and prove that it's not doing
7       what it supposed to be doing.
8          Q.   (By Mr. Cross)  You keep talking about
9    Misty Hampton.  I mean, let's be clear.  It wasn't
10   just Miss Hampton.  It was Eric Chaney.  It was Cathy
11   Latham.  It was Ed Voyles.  There were a number of
12   folks that were part of this.
13         A.   And every single one of them believe
14   they're saving American democracy.  I mean, that's
15   the problem motivation on this is it's okay to
16   violate my oath, because I'm doing it for the right
17   reason.  It's okay to run to the press with things.
18   I'm doing it for the right reason.  It's just a
19   because they believe in their hearts of hearts doing
20   the right thing.
21             My point is us as election administrators
22   are stuck dealing with the fallout from those things,
23   and you can never -- if --  If laws always worked a
24   hundred percent of the time, there'd be no murders.
25   You know, there's --

```
                                                              Page 435
 1                    C E R T I F I C A T E
 2
 3
 4    STATE OF GEORGIA:
 5    COUNTY OF FULTON:
 6
 7              I hereby certify the foregoing transcript
 8         was taken down, as stated in the caption, and
 9         the questions and answers thereto were reduced
10         to typewriting under my direction; that the
11         foregoing pages 1 through 434 represent a true,
12         complete, and correct transcript of the evidence
13         given upon said hearing, and I further certify
14         that I am not of kin or counsel to the parties
15         in the case; am not in the regular employ of
16         counsel for any of said parties; nor am I in
17         anywise interested in the result of said case.
18              This, the 17th day of October, 2022.
19
20
                         S. JULIE FRIEDMAN, CCR-B-1476
21
22
23
24
25
```