IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.,<br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, ET AL.,<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

PLAINTIFFS' NOTICE OF FILING OPENING
ARGUMENT PRESENTATION

Plaintiffs jointly submit the attached presentation, which was delivered to the Court during opening arguments on January 9, 2024.

Respectfully submitted this 6th day of February, 2024.

| | |
|---|---|
| */s/ David D. Cross* | */s/ Halsey G. Knapp, Jr.* |
| David D. Cross (*pro hac vice*) | Halsey G. Knapp, Jr. |
| Mary G. Kaiser (*pro hac vice*) | GA Bar No. 425320 |
| Matthaeus Martino-Weinhardt | Adam M. Sparks |
| (*pro hac vice*) | GA Bar No. 341578 |
| Ramsey Fisher (*pro hac vice*) | Jessica G. Cino |
| Aaron Scheinman (*pro hac vice*) | GA Bar No. 577837 |
| Benjamin Campbell (*pro hac vice*) | KREVOLIN & HORST, LLC |
| | 1201 West Peachtree Street, NW |
| | Suite 3250 |
| | Atlanta, GA 30309 |
| | (404) 888-9700 |
| | hknapp@khlawfirm.com |

| | |
|---|---|
| Wail Jihadi (*pro hac vice*) | */s/ Christian G. Andreu-von Euw* |
| Oluwasegun Joseph (*pro hac vice*) | Christian G. Andreu-von Euw |
| MORRISON & FOERSTER LLP | (*pro hac vice*) |
| 2100 L Street, NW, Suite 900 | THE BUSINESS LITIGATION GROUP, PC |
| Washington, DC 20037 | 150 Spear Street |
| (202) 887-1500 | San Francisco, CA 94105 |
| dcross@mofo.com | (415) 765-6633 |
| | christian@blgrp.com |

*Counsel for Plaintiffs Donna Curling, Donna Price & Jeffrey Schoenberg*

| | |
|---|---|
| */s/ Bruce P. Brown* | */s/ Robert A. McGuire, III* |
| Bruce P. Brown | Robert A. McGuire, III |
| Georgia Bar No. 064460 | Admitted Pro Hac Vice |
| BRUCE P. BROWN LAW LLC | (ECF No. 125) |
| 1123 Zonolite Rd. NE | ROBERT MCGUIRE LAW FIRM |
| Suite 6 | 113 Cherry St. #86685 |
| Atlanta, Georgia 30306 | Seattle, Washington 98104-2205 |
| (404) 881-0700 | (253) 267-8530 |

*Counsel for Plaintiff Coalition for Good Governance*

*/s/ Cary Ichter*
Cary Ichter
Georgia Bar No. 382515
ICHTER DAVIS LLC
3340 Peachtree Road NE
Suite 1530
Atlanta, Georgia 30326
(404) 869-7600

*Counsel for Plaintiffs William Digges III, Laura Digges, & Megan Missett*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## **CERTIFICATE OF COMPLIANCE**

Pursuant to LR 7.1(D), I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

*/s/ David D. Cross*
David D. Cross

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**BRAD RAFFENSPERGER , ET AL.,**<br>**Defendants.** | Civil Action No. 1:17-CV-2989-AT |

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2024, a copy of the foregoing **PLAINTIFFS' NOTICE OF FILING OPENING ARGUMENT PRESENTATION** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

                                       */s/ David D. Cross*
                                       David D. Cross

4