# EXHIBIT 1

# *Curling v. Raffensperger*

## Opening

## The Duties of the State Election Board

The cornerstone of any democracy is a citizen's exercise of their right to vote—to select their leaders, policymakers, and administrators. In some cases, it is a vote to support a new statute, a policy initiative, to amend the state constitution and, in rare cases, to remove a person from public office. In Georgia, it is deciding who will serve as members of our judiciary. Voting is, indeed, the most fundamental act of citizenship and public voting sets the foundation upon which cities, counties, states and the national government are empowered to function. In short, voting is an essential and precious right. Those who choose to participate in the voting process do so because voting is something they value. Voting is the citizen's voice in their government.

About the State Election Board, https://sos.ga.gov/page/about-state-election-board (last visited Jan. 9, 2024)

# About The State Election Board

The Elections Division ⌄ | Voter Information ⌄ | Stop Voter Fraud | Candidate Qualification | Election Results and Stats

Home > The Elections Division of the Georgia Secretary of State's Office > State Election Board > About The State Election Board

 State Election Board

## The Duties of the State Election Board

The cornerstone of any democracy is a citizen's exercise of their right to vote—to select their leaders, policymakers, and administrators. In some cases, it is a vote to support a new statute, a policy initiative, to amend the state constitution and, in rare cases, to remove a person from public office. In Georgia, it is deciding who will serve as members of our judiciary. Voting is, indeed, the most fundamental act of citizenship and public voting sets the foundation upon which cities, counties, states and the national government are empowered to function. In short, voting is an essential and precious right. Those who choose to participate in the voting process do so because voting is something they value. Voting is the citizen's voice in their government.

About the State Election Board, https://sos.ga.gov/page/about-state-election-board (last visited Jan. 9, 2024)

# October 12, 2022



**Gabriel Sterling**

Secretary of State's Office
Chief Operating Officer



PX503, How to safeguard democracy?, Université de Genève, (Oct. 4, 2021, uploaded Nov. 25, 2021)

# *Integrity Counts* (2021), Brad Raffensperger



"Every politician has a stump speech, and mine went something like this:

As an engineer, I think about the machinery of elections. I think about the process. What can we do to make the process more ==transparent==? What can we do to make the process more accessible, more ==accurate==, and make sure the process is objectively fair?

I think about whether Georgians ==subjectively trust== the results of that process."

PX196, Brad Raffensperger, *Integrity Counts* (2021), p. 45-46

5

# Halderman & CISA Find Numerous Serious Vulnerabilities



**Dr. J. Alex Halderman**

Ph.D in Computer Science,
Princeton University

Bredt Family Professor
of Computer Science &
Engineering,
University of Michigan

### Security Analysis of Georgia's ImageCast X Ballot Marking Devices

Expert Report Submitted on Behalf of Plaintiffs Donna Curling, et al.
*Curling v. Raffensperger*, Civil Action No. 1:17-CV-2989-AT
U.S. District Court for the Northern District of Georgia, Atlanta Division

Prof. J. Alex Halderman, Ph.D.

With the assistance of Prof. Drew Springall, Ph.D.

July 1, 2021





PX425, July 1, 2021 Halderman Report

6

# February 10, 2022



**Brad Raffensperger**

Secretary of State



PX491, Atlanta Press Club, 2022 Newsmaker Leadership Series with Brad Raffensperger (Feb. 10, 2022)

# [Video Montage]

PX493, Coffee County Surveillance Videos

# SOS Dismisses Leading Experts as Election Deniers



**Jordan Fuchs**

Deputy
Secretary of State

"We don't negotiate with ==election deniers==.
If they have an idea that wouldn't take Georgia
back to the days of hanging chads and stuffed
ballot boxes, they should offer it."

Mark Niesse, *Trial set for election security case against Georgia's voting machines*, Atlanta Journal-Constitution (Nov. 13, 2023),
https://www.ajc.com/politics/georgia-election-security-trial-set-as-judge-proposes-a-compromise/LA63ROLPNBGZBBPBGSFRRNV2MM/

"If the PhDs don't like being put in the ==same
category as the Pillow salesman, tough noogies==.
They should stop saying similar things."

John Sakellariadis, *From election hero to zero: Georgia official's dismissal of security audit could mean trouble in 2024*,
Politico (June 23, 2023), https://www.politico.com/news/2023/06/23/brad-raffensperger-georgia-dominion-voting-00103298



**Mike Hassinger**

Spokesperson
Secretary of State

9

## SOS Expert Endorses Drs. Halderman and Appel



**Dr. Juan Gilbert**

University of Florida

State's Retained Expert

A. October 29, 2021

"If I was asked the question, 'I have an election system. We need someone to evaluate the security of it to find vulnerabilities,' at the top of my list would be Appel, Halderman. That's where I would start."

# *Integrity Counts* (2021), Brad Raffensperger



**Brad Raffensperger**

Secretary of State

"The <mark>ultimate fact-check</mark> in the United States, however, occurs in courts of law, where witnesses swear to tell the truth or risk imprisonment and where lawyers must also tell the truth or risk disbarment.

<mark>If you want to know the truth, watch what happens in court.</mark>"

PX196, Brad Raffensperger, *Integrity Counts* (2021), p. 143

11



**Brad Raffensperger**

Secretary of State



# The Curling Plaintiffs

# State Election Board



**Didn't read Halderman report**

*8/23/2022*

**Janice W. Johnston, M.D.**



**Didn't read Halderman report**

*11/5/2021*

**Rebecca Sullivan**
*(Former)*



**Didn't read Halderman report**

*11/4/2021*

**Matthew Mashburn**



**Didn't read Halderman report**

*11/5/2021*

**Sara Tindall Ghazal**

14

# SOS Cast of Characters



Brad Raffensperger

**Gabriel Sterling**
*COO*

**David Hamilton**
*Former CISO*

**Michael Barnes**
*Director CES*

**Merritt Beaver**
*Former CIO*

**Chris Harvey**
*Former Director
of Elections*

**Ryan Germany**
*Former General
Counsel*

**Robert Sinners**
*Communications
Director*

**Frances Watson**
*Former Chief
Investigator*

**Joshua Blanchard**
*Investigator*

# SOS Cast of Characters



Brad Raffensperger

**Gabriel Sterling**
*COO*

**David Hamilton**
*Former CISO*

**Michael Barnes**
*Director CES*

**Merritt Beaver**
*Former CIO*

**Chris Harvey**
*Former Director of Elections*

**Ryan Germany**
*Former General Counsel*

**Robert Sinners**
*Communications Director*

**Frances Watson**
*Former Chief Investigator*

**Joshua Blanchard**
*Investigator*

16

# August 10, 2021



**Gabriel Sterling**

Secretary of State's Office
Chief Operating Officer

- **Publicly dismisses Dr. Halderman's report as a "load of crap"**

  PX492, Gabriel Sterling, *Leadership in a Time of Crisis*, Sandy Springs Perimeter Chamber of Commerce (Aug. 10, 2021)

- **Mr. Sterling had not read the report**

  2/24/21 Sterling Dep. at 23:16-18

17

# SOS Cast of Characters



# January 18, 2022



**David Hamilton**

Secretary of State's Office
Former Chief Information
Security Officer
(2018-June 2021)

- **Was not made aware of Dr. Halderman's findings**

- **Would have liked to know about them**

# SOS Cast of Characters



# February 11, 2022



**Michael Barnes**

Secretary of State's Office
Director of Center
for Election Services

- **Only awareness of Dr. Halderman's report came from news article in 2022**

2/11/22 M. Barnes Dep. at 96:3-97:1

21

# SOS Cast of Characters



Brad Raffensperger

Gabriel Sterling
*COO*

David Hamilton
*Former CISO*

Michael Barnes
*Director CES*

**Merritt Beaver**
*Former CIO*

Chris Harvey
*Former Director of Elections*

Ryan Germany
*Former General Counsel*

Robert Sinners
*Communications Director*

Frances Watson
*Former Chief Investigator*

Joshua Blanchard
*Investigator*

22

# February – March 2022



**Merritt Beaver**

Secretary of State's Office
Former Chief
Information Officer
(2013-2023)

- **Halderman Report: "I have never heard of that document, never seen that document"**

  2/2/2022 Beaver Dep. at 155:10-18

- **Election software is not given to the public because "you're giving them a road map to how to basically get in and access the system."**

  3/10/2022 Beaver Dep. at 417:6-15

23

# SOS Cast of Characters



# January 28, 2022



**Chris Harvey**

Secretary of State's Office
Former Elections Director
(2015-July 2021)

"You know, we had 159 counties with 159 levels of experience and interest and knowledge and courage, I mean, all these different factors. And you know, **any one of those could have been a weak point.**"

1/28/22 Harvey Dep. at 43:1-5

25

# Halderman & CISA Find Numerous Serious Vulnerabilities

July 1, 2021



**Dr. J. Alex Halderman**

Ph.D in Computer Science,
Princeton University

Bredt Family Professor
of Computer Science &
Engineering,
University of Michigan

### Security Analysis of Georgia's ImageCast X Ballot Marking Devices

Expert Report Submitted on Behalf of Plaintiffs Donna Curling, et al.
*Curling v. Raffensperger*, Civil Action No. 1:17-CV-2989-AT
U.S. District Court for the Northern District of Georgia, Atlanta Division

Prof. J. Alex Halderman, Ph.D.

With the assistance of Prof. Drew Springall, Ph.D.

July 1, 2021

# Halderman & CISA Find Numerous Serious Vulnerabilities

July 1, 2021



**Dr. J. Alex Halderman**

Ph.D in Computer Science, Princeton University

Bredt Family Professor of Computer Science & Engineering, University of Michigan



Security Analysis of Georgia's
ImageCast X Ballot Marking Devices

Expert Report Submitted on Behalf of Plaintiffs Donna Curling, et al.
*Curling v. Raffensperger*, Civil Action No. 1:17-CV-2989-AT
U.S. District Court for the Northern District of Georgia



Prof. J. Alex Halderman, Ph.D.
With assistance from Drew Springall, Ph.D.
July 1, 2021

UNREFUTED





PX425, July 1, 2021 Halderman Report

27

# Voters Cannot Read QR Codes

**FAYETTE COUNTY**

**OFFICIAL BALLOT**

**GENERAL AND SPECIAL ELECTION
OF THE STATE OF GEORGIA
NOVEMBER 3, 2020**

*"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e), 21-2-285(h) and 21-2-383(a)]*

**376-Shakerag East**



PX425 at 15, July 1, 2021 Halderman Report (Fayette County BMD Ballot)

28

# SOS Expert Advises Against QR Codes

July 19, 2019



**Dr. Michael I. Shamos**

Ph.D *Carnegie Mellon University*

Former State Expert

"I'll say, first, I'm not a fan of bar codes."

# Verifying BMD-Ballot by Voters Is Burdensome and Infeasible



# Verifying BMD-Ballot by Voters Is Burdensome and Infeasible

**FAYETTE COUNTY**
**OFFICIAL BALLOT**
**GENERAL AND SPECIAL ELECTION**
**OF THE STATE OF GEORGIA**
**NOVEMBER 3, 2020**

*"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e), 21-2-285(h) and 21-2-383(a)]*

376-Shakerag East



For President of the United States  (Vote for One) (NP)
    Vote for Donald J. Trump (I) (Rep)

For United States Senate (Perdue)  (Vote for One) (NP)
    Vote for David A. Perdue (I) (Rep)

For United States Senate (Loeffler) - Special  (Vote for One) (NP)
    Vote for Kelly Loeffler (I) (Rep)

For Public Service Commissioner  (Vote for One) (NP)
    Vote for Jason Shaw (I) (Rep)

For Public Service Commissioner  (Vote for One) (NP)
    Vote for Nathan Wilson (Lib)

For U.S. Representative in 117th Congress From the 3rd Congressional District of Georgia (Vote for One) (NP)
    Vote for Drew Ferguson (I) (Rep)

For State Senator From 16th District (Vote for One) (NP)
    Vote for Marty Harbin (I) (Rep)

For State Representative In the General Assembly From 72nd District (Vote for One) (NP)
    Vote for Josh Bonner (I) (Rep)

For Judge of the Probate Court (Vote for One) (NP)
    Vote for Ann S. Jackson (I) (Rep)

For Clerk of Superior Court (Vote for One) (NP)
    Vote for Sheila Studdard (I) (Rep)

For Sheriff  (Vote for One) (NP)
    Vote for Chris Pigors (Dem)

For Tax Commissioner (Vote for One) (NP)
    Vote for Kristie King (I) (Rep)

For Coroner (Vote for One) (NP)
    Vote for W. Bee Huddleston (I) (Rep)

For Solicitor-General  (Vote for One) (NP)
    Vote for James K. Inagawa (I) (Rep)

For County Commissioner District 1 (Vote for One) (NP)
    Vote for Eric K. Maxwell (I) (Rep)

For County Commissioner District 5  (Vote for One) (NP)
    Vote for Charles W. Oddo (I) (Rep)

For County Board of Education District 1 (Vote for One) (NP)
    Vote for Randy Hough (Rep)

For County Board of Education District 5 (Vote for One) (NP)
    Vote for Brian Anderson (I) (Rep)

Constitutional Amendment #1 (NP)
    Vote for YES

Constitutional Amendment #2 (NP)
    Vote for NO

Statewide Referendum A (NP)
    Vote for NO

Fayette Co School District Homestead Exemption - Special  (Vote for One) (NP)
    Vote for NO

1/1

---

For President of the United States  (Vote for One) (NP)
    Vote for Donald J. Trump (I) (Rep)

For United States Senate (Perdue)  (Vote for One) (NP)
    Vote for David A. Perdue (I) (Rep)

For United States Senate (Loeffler) - Special  (Vote for One) (NP)
    Vote for Kelly Loeffler (I) (Rep)

For Public Service Commissioner  (Vote for One) (NP)
    Vote for Jason Shaw (I) (Rep)

**For Public Service Commissioner  (Vote for One) (NP)**
    **Vote for Nathan Wilson (Lib)**

For U.S. Representative in 117th Congress From the 3rd Congressional District of Georgia (Vote for One) (NP)
    Vote for Drew Ferguson (I) (Rep)

For State Senator From 16th District (Vote for One) (NP)
    Vote for Marty Harbin (I) (Rep)

For State Representative In the General Assembly From 72nd District (Vote for One) (NP)
    Vote for Josh Bonner (I) (Rep)

For Judge of the Probate Court (Vote for One) (NP)
    Vote for Ann S. Jackson (I) (Rep)

For Clerk of Superior Court (Vote for One) (NP)
    Vote for Sheila Studdard (I) (Rep)

**For Sheriff  (Vote for One) (NP)**
    **Vote for Chris Pigors (Dem)**

For Tax Commissioner (Vote for One) (NP)
    Vote for Kristie King (I) (Rep)

For Coroner  (Vote for One) (NP)
    Vote for W. Bee Huddleston (I) (Rep)

For Solicitor-General  (Vote for One) (NP)
    Vote for James K. Inagawa (I) (Rep)

For County Commissioner District 1  (Vote for One) (NP)
    Vote for Eric K. Maxwell (I) (Rep)

For County Commissioner District 5  (Vote for One) (NP)
    Vote for Charles W. Oddo (I) (Rep)

For County Board of Education District 1 (Vote for One) (NP)
    Vote for Randy Hough (Rep)

For County Board of Education District 5 (Vote for One) (NP)
    Vote for Brian Anderson (I) (Rep)

**Constitutional Amendment #1 (NP)**
    **Vote for YES**

**Constitutional Amendment #2 (NP)**
    **Vote for NO**

**Statewide Referendum A (NP)**
    **Vote for NO**

**Fayette Co School District Homestead Exemption - Special  (Vote for One) (NP)**
    **Vote for NO**

# Verifying BMD-Ballot by Voters Is Burdensome and Infeasible



**Dr. Juan Gilbert**

University of Florida

State's Retained Expert



02:41:20 PM - October 29, 2021

**180:18  Q.  How many of the selections made on that**
**180:19  ballot are not Republican candidates that were**

10/29/21 Dr. Juan Gilbert Dep. at 180:18-181:06

32

## SOS Expert Agrees With Plaintiffs' Experts



**Dr. Ben Adida**

Executive Director
at VotingWorks

- **"Our <mark>default system</mark> at VotingWorks [is] <mark>HMPB+1BMD</mark>"**

- **"Again, when a county asks what we recommend, <mark>it's always HMPB+1BMD</mark>"**

# Coffee County Players

**Coffee County:**



**Misty Hampton**

**Eric Chaney**







**Cathy Latham** — INDICTED

**Scott Hall** — CONVICTED

**Sidney Powell** — CONVICTED

**Doug Logan**

**Jeffrey Lenberg**

**Ben Cotton**

Sullivan | Strickler

**Paul Maggio**

**Greg Freemeyer**

**Jennifer Jackson**

**Karuna Naik**

PX159, Jan. 7, 2021 Coffee County Surveillance Video Still Shots

34

# Coffee County Players

## Coffee County:



**Misty Hampton**

**Eric Chaney**





**Cathy Latham**

**Scott Hall**

**Sidney Powell**

**Doug Logan**

**Jeffrey Lenberg**

**Ben Cotton**

Sullivan | Strickler

**Paul Maggio**

**Greg Freemeyer**

**Jennifer Jackson**

**Karuna Naik**

PX115

35

# Coffee County Timeline



**Jan. 25-29, 2021**
Lenberg breach

**Jan. 18-19, 2021**
Cyber Ninjas breach

**Jan. 7, 2021**
Sullivan Strickler breach

| 2020 | 2021 | 2022 | 2023 |

# "Roadmap" to Hack Georgia Voting System in the Wild














# "Roadmap" to Hack Georgia Voting System in the Wild



*"It's not real world."*



**Brad Raffensperger**
Secretary of State

PX 166 at 5, All Photos – Maggio-000236 to 265

38

# Coffee County Timeline



**Jan. 25-29, 2021**
Lenberg breach

**Jan. 26, 2021**
Lenberg present during
Blanchard visit

**Jan. 18-19, 2021**
Cyber Ninjas breach

**Jan. 7, 2021**
Sullivan Strickler breach

| 2020 | 2021 | 2022 | 2023 |

39



**Jeffrey Lenberg**



**Joshua Blanchard**

*Investigator*



# Coffee County Timeline



**Jan. 25-29, 2021**
Lenberg breach

**Jan. 18-19, 2021**
Cyber Ninjas breach

**Jan. 7, 2021**
Sullivan Strickler breach

**Jan. 26, 2021**
Lenberg present during
Blanchard visit

**May 7-11, 2021**
SOS initiates investigation after J. Barnes
finds Cyber Ninjas card in Election Office

| 2020 | 2021 | 2022 | 2023 |

41

# Barnes Alerts SOS to Potential Cyber Ninjas Breach

May 7, 2021



**Chris Harvey**

**Secretary of State's Office Former Elections Director (2015-July 2021)**

Vickers, Tracie

From:        James Barnes
Sent:        Friday, May 7, 2021 3:57 PM
To:          wharvey@sos.ga.gov
Subject:     Coffee County
Attachments: cyber ninja.pdf

Mr. Harvey,

The Dominion email today, pertaining to Cyber Ninjas, was alarming to me. When I took over at the Coffee County office the attached business card was at the base of Misty Hayes' computer monitor. I thought nothing of it until I heard about the situation in Arizona with the DOJ. If she did not use them, she was at the very least in contact.

James A. Barnes, Jr.
Supervisor of Elections
Coffee County
(912)-384-7018





**Doug Logan**

PX78 at 3-4, May 7, 2021 Email Re: CyberNinjas

42

# SOS Launches Cyber Ninjas Breach Investigation

## A. May 11, 2021



**Frances Watson**

Secretary of State's Office
Former Chief Investigator



PX78 at 1, May 11, 2021 Emails Re: CyberNinjas

43

# Coffee County Timeline

**Jan. 25-29, 2021**
Lenberg breach

**Jan. 18-19, 2021**
Cyber Ninjas breach

**Jan. 7, 2021**
Sullivan Strickler breach

**Jan. 26, 2021**
Lenberg present during
Blanchard visit

**May 7-11, 2021**
SOS initiates investigation after J. Barnes
finds Cyber Ninjas card in Election Office

**May 21, 2021**
Defendants hire Persinger as *litigation*
consultant

**June 8, 2021**
SOS takes EMS
and ICC

**July 16, 2021**
Plaintiffs serve Rogs
re unauthorized access

**Oct. 21, 2021**
Defendants swear
system not "hacked"

| 2020 | 2021 | 2022 | 2023 |

# SOS COO Publicly Denies Any Breach in Coffee County

A. April 29, 2022



**Gabriel Sterling**

Secretary of State's Office
Chief Operating Officer



PX494, Apr. 29, 2022 *Restoring Confidence in American Elections Panel 3*, The Carter Center

45

# Coffee County Timeline

**Jan. 25-29, 2021**
Lenberg breach

**Jan. 18-19, 2021**
Cyber Ninjas breach

**Jan. 7, 2021**
Sullivan Strickler breach

**Jan. 26, 2021**
Lenberg present during
Blanchard visit

**April 29, 2022**
Sterling: CC breaches
"did not happen"

**Jun. 7, 2022**
Defendants to Court:
investigation
"open, ongoing"

**May 7-11, 2021**
SOS initiates investigation after J. Barnes
finds Cyber Ninjas card in Election Office

**May 21, 2021**
Defendants hire Persinger as *litigation*
consultant

**June 8, 2021**
SOS takes EMS
and ICC

**July 16, 2021**
Plaintiffs serve Rogs
re unauthorized access

**Oct. 21, 2021**
Defendants swear
system not "hacked"

**Jul. 5, 2022**
Persinger images EMS, destroys data

**Aug. 2, 2022**
Germany under oath: SOS unaware of
CC breaches before March 2022

| 2020 | 2021 | 2022 | 2023 |
|------|------|------|------|

# SOS GC Denies Notice of Potential Coffee County Breach

A. August 2, 2022



**Ryan Germany**

Secretary of State's
Office Former
General Counsel

Mr. Hall mentions in passing that he chartered "a jet" to go to Coffee County to "scan every freaking ballot."

19.   The recording had not been turned over to our lawyers or to the Secretary's office prior to March 2022 and the Secretary's office was not on notice of Mr. Hall's allegations until receiving the recording.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and accurate to the best of my knowledge, information, and belief.

8/2/22
Date

C. Ryan Germany
Office of the Georgia Secretary of State

Dckt. 1444-1 at 6 and 9, Mar. 2, 2022 Germany Decl.

47

# Coffee County Timeline

**Jan. 25-29, 2021**
Lenberg breach

**Jan. 18-19, 2021**
Cyber Ninjas breach

**Jan. 7, 2021**
Sullivan Strickler breach

**Jan. 26, 2021**
Lenberg present during
Blanchard visit

**May 7-11, 2021**
SOS initiates investigation after J. Barnes
finds Cyber Ninjas card in Election Office

**May 21, 2021**
Defendants hire Persinger as *litigation*
consultant

**June 8, 2021**
SOS takes EMS
and ICC

**July 16, 2021**
Plaintiffs serve Rogs
re unauthorized access

**Oct. 21, 2021**
Defendants swear
system not "hacked"

**April 29, 2022**
Sterling: CC breaches
"did not happen"

**Jun. 7, 2022**
Defendants to Court:
investigation
"open, ongoing"

**Jul. 5, 2022**
Persinger images EMS, destroys data

**Aug. 2, 2022**
Germany under oath: SOS unaware of
CC breaches before March 2022

SOS requests GBI investigation

**Sept. 26, 2022**
SOS replaces *some* CC equipment

Raffensperger: SOS knew of CC
breaches "early" in 2021

| 2020 | 2021 | 2022 | 2023 |

48

# SOS Admits Knowledge of Coffee County Breach "Very Early" in 2021

September 26, 2022



**Brad Raffensperger**

Secretary of State



PX575, Sept. 26, 2022 11Alive News, Questions raised in timeline of state response to Coffee County breach

9/27/22, 11:46 PM                               Coffee County Georgia election breach timeline questions | 11alive.com

**POLITICS**

# Questions raised in timeline of state response to Coffee County breach

—

The state has presented shifting timelines for when it knew of a breach of Coffee County equipment in January 2021.

Last Thursday, 11Alive's Doug Richards interviewed Secretary Raffensperger and asked him on camera when he first learned about the breach. Raffensperger initially answered January of 2021, but within minutes of answering, ==an aide to Raffensberger corrected the Secretary of State's response off camera and offered May of 2021 as the correct date==.



**Brad Raffensperger**

Secretary of State





**Brad Raffensperger**

Secretary of State

# Dr. Halderman's findings are "not real world"

PX491, Atlanta Press Club, 2022 Newsmaker Leadership Series with Brad Raffensperger (Feb. 10, 2022)

# Dr. Halderman's report is a "load of crap"

PX492, Gabriel Sterling, *Leadership in a Time of Crisis*,
Sandy Springs Perimeter Chamber of Commerce (Aug. 10, 2021)



**Gabriel Sterling**

Chief Operating Officer





### 3. MITIGATIONS

CISA recommends election officials continue to take and further enhance defensive measures to reduce the risk of exploitation of these vulnerabilities. Specifically, for each election, election officials should:

- Contact Dominion Voting Systems to determine which software and/or firmware updates need to be applied. Dominion Voting Systems reports to CISA that the above vulnerabilities have been addressed in subsequent software versions.
- Ensure all affected devices are physically protected before, during, and after voting.
- Ensure compliance with chain of custody procedures throughout the election cycle.
- Ensure that ImageCast and the Election Management System (EMS) are not connected to any external (i.e., Internet accessible) networks.
- Ensure careful... ve and detective ... ures (for example, locks ... eals) are im... ected devices, including on conne... print... ables.
- Close any background ... X device.
- Use read-only media to up... ImageCast X devices.
- Use separate, unique passco... rd.
- Ensure all ImageCast X device... s pre- and post-election testing.
- Disable the "Unify Tabula... election management system and ensure new crypto... n.
- As recommended b... ste... ental method to validate hashes ... log expo... ports.
- Encourage v... man-readable vo...
- Conduct rigo... n tabulation audits of th... e portions of physical ballots a... records, to include reviewing t... n of custody and conducting voter/ba... reconciliation procedures. These acti... es are especially crucial to detect attacks where the listed vulnerabilities are exploited such that a barcode is manipulated to be tabulated inconsistently with the human-readable portion of the paper ballot. (**NOTE:** If states and jurisdictions so choose, the ImageCast X provides the configuration option to produce ballots that do not print barcodes for tabulation.)

PX89 at 2-3, June 3, 2022 CISA Advisory Re Dominion Security Vulnerabilities

53

# SEB Chairman Recommends Solution for Georgia Voting System Failures

May 2022



**Matthew Mashburn**

Former SEB
Chairman

"I would think that the best recourse for the fastest action would be to ==file a lawsuit== and see if you can get a judge to issue a (temporary restraining order)."

Jonathan Raymond, *Expert: Trump lawyers could be subject of criminal investigation into 'trespass' of Georgia election system*, 11Alive (Aug. 17, 2022, updated Aug. 20, 2022), https://www.11alive.com/article/news/politics/trump-lawyers-coffee-county-elections-serverbreach-2020-election-investigation/85-d7fb12f0-e25d-4564-a829-f2f6a2eea32d