# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.,<br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, ET AL.,<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

## PLAINTIFFS' NOTICE OF FILING DEPOSITION DESIGNATIONS

Plaintiffs jointly submit the attached deposition designations, which were tendered to the Court in hard copy on January 22, 2024.

Respectfully submitted this 6th day of February, 2024.

| | |
|---|---|
| **/s/ David D. Cross** | **/s/ Halsey G. Knapp, Jr.** |
| David D. Cross (*pro hac vice*) | Halsey G. Knapp, Jr. |
| Mary G. Kaiser (*pro hac vice*) | GA Bar No. 425320 |
| Matthaeus Martino-Weinhardt (*pro hac vice*) | Adam M. Sparks |
| | GA Bar No. 341578 |
| Ramsey Fisher (*pro hac vice*) | Jessica G. Cino |
| Aaron Scheinman (*pro hac vice*) | GA Bar No. 577837 |
| Benjamin Campbell (*pro hac vice*) | KREVOLIN & HORST, LLC |
| Wail Jihadi (*pro hac vice*) | 1201 West Peachtree Street, NW |
| Oluwasegun Joseph (*pro hac vice*) | Suite 3250 |
| MORRISON & FOERSTER LLP | Atlanta, GA 30309 |
| 2100 L Street, NW, Suite 900 | (404) 888-9700 |
| Washington, DC 20037 | hknapp@khlawfirm.com |
| (202) 887-1500 | |
| dcross@mofo.com | |

/s/ *Christian G. Andreu-von Euw*
Christian G. Andreu-von Euw
(*pro hac vice*)
THE BUSINESS LITIGATION GROUP, PC
150 Spear Street
San Francisco, CA 94105
(415) 765-6633
christian@blgrp.com

*Counsel for Plaintiffs Donna Curling, Donna Price & Jeffrey Schoenberg*

/s/ *Bruce P. Brown*
Bruce P. Brown
Georgia Bar No. 064460
BRUCE P. BROWN LAW LLC
1123 Zonolite Rd. NE
Suite 6
Atlanta, Georgia 30306
(404) 881-0700

/s/ *Robert A. McGuire, III*
Robert A. McGuire, III
Admitted Pro Hac Vice
 (ECF No. 125)
ROBERT MCGUIRE LAW FIRM
113 Cherry St. #86685
Seattle, Washington 98104-2205
(253) 267-8530

*Counsel for Plaintiff Coalition for Good Governance*

/s/ *Cary Ichter*
Cary Ichter
Georgia Bar No. 382515
ICHTER DAVIS LLC
3340 Peachtree Road NE
Suite 1530
Atlanta, Georgia 30326
(404) 869-7600

*Counsel for Plaintiffs William Digges III, Laura Digges, & Megan Missett*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,** <br> **Plaintiffs,** <br><br> **v.** <br><br> **BRAD RAFFENSPERGER, ET AL.,** <br> **Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## **CERTIFICATE OF COMPLIANCE**

Pursuant to LR 7.1(D), I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

*/s/ David D. Cross*
David D. Cross

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,** <br> **Plaintiffs,** <br><br> **v.** <br><br> **BRAD RAFFENSPERGER , ET AL.,** <br> **Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2024, a copy of the foregoing **PLAINTIFFS' NOTICE OF FILING DEPOSITION DESIGNATIONS** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

/s/ *David D. Cross*
David D. Cross