Page 1

1          UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF GEORGIA
2                  ATLANTA DIVISION

3

4          Civil Action No. 1:17-cv-02989-AT

5   _____

6   DONNA CURLING, et al.,

7            Plaintiffs,

8       vs.

9   BRAD RAFFENSPERGER, et al.,

10           Defendants.

    _____

11

12

13

14

15          REMOTE VIDEOTAPED DEPOSITION OF
                 JAMES A. BARNES, JR.

16

17             Lakeland, Georgia

18          Wednesday, July 20, 2022

19

20

21

22

23

24

25   Court Reporter:  Michelle M. Boudreaux-Phillips, RPR

Page 5

1                          INDEX
2
                       EXAMINATIONS
3
      By Mr. Cross ................................. 6
4
      By Mr. Abney ............................... 199
5
      By Mr. Denton .............................. 214
6
      By Mr. Cross ............................... 231
7
      By Mr. Abney ............................... 235
8
      By Mr. Denton .............................. 237
9
10                         EXHIBITS
11   Exhibit                                      Page
12   Exhibit 1 ...................................... 57
        October 27, 2021 email chain
13
     Exhibit 2 ..................................... 100
14      ICS Advisory, "Vulnerabilities Affecting
        Dominion Voting Systems ImageCast X
15      (June 3, 2022)
16   Exhibit 3 ..................................... 132
        April/May 2021 email chain with attachment
17
     Exhibit 4 ..................................... 139
18      April/May 2021 email chain
19   Exhibit 5 ..................................... 151
        Photo of Post-it note
20
     Exhibit 6 ..................................... 159
21      May 2021 email chain with attachment
22   Exhibit 7 ..................................... 187
        Coffee County Board of Elections and
23      Registration Monthly Board Meeting,
        April 13, 2021, 9:30 AM
24
     Exhibit 8 ..................................... 188
25      Invoice dated 4/13/2021

1          THE VIDEOGRAPHER:   We are on the record

2     July 20th, 2022 at approximately 9:14 a.m.

3     Eastern Time.   This will be the videotaped

4     deposition of James Barnes, Jr.   Appearances

5     today will be noted on the transcript.

6          Would the court reporter please swear in

7     the witness.

8                    JAMES A. BARNES, JR.,

9     being first duly sworn, was examined and testified as

10    follows:

11                        EXAMINATION

12    BY MR. CROSS:

13         Q    Good morning, Mr. Barnes.

14         A    Good morning.

15              (Discussion off the written record.)

16         Q    (By Mr. Cross)  All right.  Sorry,

17    Mr. Barnes.  We appreciate you taking the time to do

18    this today.  I'm sure you can think of a lot of better

19    ways to spend your day than sitting in a deposition.

20    You're here pursuant to a subpoena; is that right?

21         A    Yes, that's correct.

22         Q    Okay.  Where are you physically located right

23    now?

24         A    I'm in Lakeland, Georgia.

25         Q    All right.  And are you at your home, an

Page 12

1        A     Lanier County.

2        Q     Got it.  So you -- just to make sure I have

3    this right, so after you finished your master's program

4    in 2018, you worked at Lanier County as a deputy clerk

5    until March 2021.  But during the same time, from

6    November 2019 to around February 2021, you were also

7    the assistant supervisor of elections; is that right?

8        A     That is correct.  They sent me over to be

9    able to help out with that, so I got certified as an

10   election official.

11       Q     When did you get certified as an election

12   official in Georgia?

13       A     That was in March 2020.

14       Q     What's involved -- or strike that.

15             What's required to get that certification?

16       A     You have to take a series of online courses

17   and be able to pass tests after each one.

18       Q     And just generally, what do those courses

19   cover, like what are you expected to learn for that

20   certification?

21       A     A lot about cybersecurity, a lot about

22   maintaining election security, and essentially how

23   voter information is similar to HIPAA information and

24   has to be secure.

25       Q     Sorry, you said similar -- voter information

1      Q     And so April of 2021 is when you took over as

2   the elections supervisor for Coffee County; is that

3   right?

4      A     That's correct.

5      Q     When did you leave that job?

6      A     Let's see.  That would be December of 2021.

7      Q     How did you get the position of elections

8   supervisor in Coffee County?  Did you apply for it?

9   Did you go through some process?  What was the process?

10     A     Yeah, I applied, along with several other

11   applicants.

12     Q     How did you learn about the opening?

13     A     Through other elections officials that I had

14   known.  It was well known amongst everybody that there

15   was an open position there.

16     Q     And how did that become known that there was

17   an opening?

18     A     Word just travels on BuzzFeed and all that.

19   They post often for positions.  It's a very common

20   practice.

21     Q     Okay.  Did anyone recommend you for that

22   position?

23     A     I got a recommendation from my former

24   supervisor.

25     Q     In Lanier County?

1    so I would say we had about 10 or 15 people.

2        Q    Ten to fifteen people who were responsible

3    for -- some responsibility for administering and

4    organizing elections in the county?

5        A    Essentially just poll workers that actually

6    went out with the polling equipment and conducted the

7    election.

8        Q    Okay.  So 10 to 15 poll workers?

9        A    Yes.

10       Q    In -- I gather the number of poll workers

11   employed in the county at any point changes based on

12   the needs of the elections that are ongoing.  Is that

13   right?

14       A    That's correct.

15       Q    So a big year like a presidential election

16   typically would have more poll workers than in an off

17   year where you just have municipal elections?

18       A    That's correct.

19       Q    Are you -- were you involved at all in the

20   process of hiring poll workers?

21       A    Actually, I was lucky and quite a few of the

22   very loyal old-school poll workers came back to work.

23       Q    Did you have to hire anyone new?

24       A    Well, the Board hired a new assistant for me.

25       Q    What was that person's name?

1        A    Sandy Grantham.

2        Q    Can you spell Sandy's last name?

3        A    It's G-R-A-N-T-H-A-M.

4        Q    What was her role?

5        A    Assistant supervisor.

6        Q    So same role that you had at Lanier?

7        A    That's correct.

8        Q    What were her responsibilities?

9        A    Essentially overseeing poll workers,

10   answering phone calls, helping to input data into

11   ElectioNet, filing, things of that nature.

12        Q    Did she report to you?

13        A    Yes, that's correct.

14        Q    Did anyone other than Ms. Grantham report to

15   you while you were at Coffee County?

16        A    The poll workers.

17        Q    Anyone else?

18        A    No.

19        Q    When the Board hired Ms. Grantham to work for

20   you, were you involved in that decision?

21        A    I was present, yes.

22        Q    And did you have any views on her employment?

23   Was it something you supported?

24        A    I think she was a good enough applicant.

25        Q    Okay.  When the County hires employees like

1    Ms. Grantham or poll workers, what background checks

2    are performed?

3        A    They perform standard background checks.

4        Q    And how are those performed?  Is that

5    something the County does itself or it hires a third

6    party?

7        A    That, I couldn't tell you.

8        Q    Where was your office physically located in

9    Coffee County?

10       A    Right across from the courthouse.

11       Q    What's the address?

12       A    Geez.  Honestly, I would have to look it up,

13    to tell you the truth.

14       Q    That's fine.

15            And was Ms. Grantham in the same physical

16    office with you?

17       A    Yes, that's correct.

18       Q    Did poll workers have access to that office?

19       A    Yes.  We would let them in when it was time

20    for an election.

21       Q    Okay.  Was there ever any election equipment

22    or -- like the election server or other things, were

23    those physically located in that office?

24       A    Yes.

25       Q    What all was located in that office with

1    respect to election equipment?

2          A     All of the equipment.

3          Q     Who all had keys to that office or -- well,

4    let me take a step back.

5                MR. DELK:  Can I just clarify for the

6          record -- you keep saying "office."  I don't

7          want there to be any confusion about his

8          office versus the building.  If we could just

9          clarify that for the record, please.

10               MR. CROSS:  Sure, yeah.

11         Q     (By Mr. Cross)  So let's take a step back.

12   The office where you and Ms. Grantham worked, I assume

13   that was in some sort of building?

14         A     Yes, that's correct.

15         Q     Was there anything in that building other

16   than the office, the physical office, that you and

17   Ms. Grantham were in?

18         A     Yes, naturally.

19         Q     Okay.  The election equipment that we've

20   talked about, like the EMS server, the BMDs, the other

21   things, were those stored in the same physical office

22   that you and Ms. Grantham worked in or some other part

23   of the building?

24         A     No, they were not stored actually in the

25   office.

1          Q       Okay.

2          A       They were behind locked doors.

3          Q       Okay.  Where in the building were those

4    stored?

5          A       The EMS server was actually in a separate

6    room attached to my office that was kept locked, and

7    the scanners and the BMDs and also the poll pads were

8    kept in a climate-controlled room in the rear that was

9    locked.

10         Q       The rear of what?

11         A       Well, when you walk in the building, that

12   would be a whole section, whole wing to the office

13   complex to the left.

14         Q       So that was -- that was outside of the

15   physical part of the building where your office and

16   Ms. Grantham's office was?

17         A       No.  It's all one large complex; it's one big

18   building.

19         Q       Okay.  What else was in that building besides

20   the election office?

21         A       There were no other offices there besides the

22   elections office.  It was strictly for elections and

23   registration.

24         Q       Okay.  So the whole building was solely for

25   the physical offices -- physical offices of those

Page 23

1    administering elections in Coffee County; is that

2    right?

3         A    That's correct.

4         Q    And the people with access to that building

5    were you, Ms. Grantham, and poll workers?

6         A    Yes, but the only people with keys to the

7    actual building were Ms. Grantham and myself.

8         Q    And so I was going to ask, the access to the

9    building, was it a physical key?

10        A    Yes.

11        Q    It wasn't like a punch code or something like

12   that?

13        A    No, physical key.

14        Q    And that was only you and Ms. Grantham?

15        A    That's correct.

16        Q    None of the election board members, for

17   example, had keys?

18        A    No.  The only other person that had a key was

19   actually the main Board of Commissioners office, just

20   to have a key in spare.

21        Q    And who had that key?

22        A    That would have been with the County

23   Administrator's office.

24        Q    So who was responsible for securing that key?

25   Someone in that office?

1    assume because some employees still had keys to it.

2         Q    Do you know whether it's required or

3    customary practice, when an elections supervisor or an

4    assistant supervisor turns over in a county, that the

5    county rekeys locks to their election facilities?

6         A    I'm honestly not sure.    That's their security

7    prerogative.

8         Q    When you say "their security prerogative,"

9    who is "they"?

10        A    The county commissioners, I would assume.

11        Q    When you were an assistant elections

12   supervisor in Lanier County, did they ever change any

13   of the locks while you were there?

14        A    Well, actually, while I was there, the

15   elections office went into a whole new building.  So,

16   yes, all of the locks got changed.

17        Q    Apart from moving into a new building, in

18   either the prior building or the new building, was

19   there ever a point where they changed the locks?

20        A    Well, it moved into a new building when they

21   got a new supervisor.

22        Q    Okay.  All right, I understand -- I just to

23   make sure I understand.  Let's just break it down.

24             When you worked in the original building, was

25   there ever a point where Lanier County changed the

```
 1         A    I would expect that it remained the same as
 2    when I turned it over.
 3         Q    And that would be better for the incoming
 4    elections supervisor because then they'd have
 5    historical information [indiscernible]?
 6         A    Absolutely, and also pertinent phone numbers.
 7         Q    Okay.  The elections supervisor immediately
 8    before you in Coffee County was Misty Hampton; is that
 9    right?
10         A    Yes.
11         Q    Do you know whether she used the same
12    iPhone 13 that was given to you?
13         A    No.  It was a new phone.
14         Q    Do you know what happened to hers?
15         A    The County still has it.
16         Q    Why did they get you a new one instead of
17    giving you hers like Ms. Roberts getting yours?
18         A    Just felt that, you know, Apple has better
19    security, and that one was actually quite an old phone.
20    I believe it was a Samsung Galaxy S4.
21         Q    Did you ever get access to Ms. Hampton's work
22    phone?
23         A    Yes.  They kept it just in case there was
24    anything useful.
25         Q    Where was it kept?
```

Page 39

1      A    It was kept in the elections office.

2      Q    Where specifically?

3      A    In a drawer in the front area next to where
4  Sandy Grantham's office was.  Or desk, rather.

5      Q    So that was something you and Ms. Grantham
6  had access to if you needed to look at historical data,
7  historical information, and contacts?

8      A    Yeah, that's correct.

9      Q    Was that phone still there when you left?

10     A    Yes.

11     Q    How often did you or Ms. Grantham look at
12  Ms. Hampton's phone?

13     A    Not very often.

14     Q    When you first took over and realized you
15  were getting a new phone that wouldn't have that
16  historical information, did you look at Ms. Hampton's
17  phone at that point to try to bring yourself up to
18  speed on contacts and other historical information?

19     A    Yeah, I looked to see if there were any
20  necessary contacts, but since I had worked in elections
21  before, I already knew most of the people at the State
22  that I would need to be in contact with.

23     Q    So when you first came in, you sat down with
24  her phone and flipped through it; is that fair?

25     A    Yes.

1          A     I don't know because I don't know her.

2          Q     Okay.  When you first got access to

3     Ms. Hampton's phone, did you ask anyone why there was

4     no email on it?

5          A     No.  I didn't really think to ask.

6          Q     Well, when you left Coffee County, you wanted

7     to make sure your emails were accessible for

8     Ms. Roberts, right?

9          A     Yes, that's correct.

10          Q     And you thought that would be important for

11     her because there's a lot of historical information in

12     the emails, right?

13          A     Yes, that's correct.

14          Q     And you never had access to Ms. Hampton's

15     emails at all is what you're saying?

16          A     That's correct.

17          Q     Did you ask anyone at Coffee County what

18     happened to her emails when you came in?

19          A     Well, I did ask about getting access to them.

20          Q     Okay.  Who did you ask?

21          A     The county manager.

22          Q     Who was that?

23          A     Wesley Vickers.

24          Q     So you came in, wanted access to

25     Ms. Hampton's emails, you asked the county manager.

1      What was the response?

2            A     He got back in touch with the guy that runs

3      IT for Coffee County.

4            Q     Who is that?

5            A     I know his name was Charles.  I can't

6      remember his last name.

7            Q     What happened there?

8            A     He did try to go back and access them, but

9      when he had deactivated her account, he didn't archive

10     everything and apparently it was lost.

11           Q     When was her account deactivated?

12           A     I'm not sure.  Basically, since they have a

13     Coffee County network, anybody can log in with those

14     credentials on any Coffee County computer, so they

15     deactivated it.

16           Q     So when you came in, you asked for access to

17     Ms. Hampton's emails and you were told they no longer

18     existed; is that right?

19           A     Essentially, yes.

20           Q     And that they had been lost when her account

21     had been deactivated; do I understand that right?

22           A     That's correct.

23           Q     When you were in Lanier County as an

24     assistant supervisor, I think you said they replaced

25     the elections supervisor at some point.  Is that right?

1      Q    Who else had the log-in credentials?

2      A    Just the people in our office.

3      Q    So that's you, Ms. Grantham.  Did poll

4   workers?  Were they allowed on the WiFi?

5      A    No.  There wasn't any reason for them to be

6   on it.

7      Q    So did anyone other than you and Ms. Grantham

8   and the IT department have access to the Coffee County

9   election office WiFi?

10     A    No.

11     Q    And just to be clear, you don't actually know

12   whether Ms. Hampton primarily used the desktop or the

13   laptop, you were assuming that; is that right?

14     A    That's correct, because it was an older

15   laptop.

16     Q    Did you ever speak with Ms. Hampton?

17     A    No.  I've never met her before.

18     Q    So you came into the office in April of 2021

19   immediately after her.  You didn't reach out to her to

20   get some thoughts or insight or guidance on her

21   experience?

22     A    No.

23     Q    Did anyone tell you not to do that?

24     A    No, nobody told me not to.

25     Q    Were you discouraged from that?

Page 53

1          A      No.

2          Q      So you came into a -- the Coffee County

3     elections supervisor role, you had no access to her

4     email, her prior files, apart from a handful of things

5     on the shared computer.  You didn't -- you didn't think

6     it would be useful to at least have a conversation with

7     her about this new role?

8          A      Well, to be fair, all of us in elections had

9     already seen the YouTube video by that point, so I

10    didn't figure it was really worth my time.

11         Q      Okay.  And just so we're clear we're talking

12    about the same thing, describe the YouTube you're

13    talking about.

14         A      That was the YouTube video of her showing --

15    loading ballots into the scanner and it having

16    problems.

17         Q      And that video was from December 2020; does

18    that sound right?

19         A      I'm not sure when the video was from.  I just

20    know that pretty much most of the elections offices had

21    watched it by then, so it wasn't a secret or anything.

22         Q      But this is a video that you saw between the

23    November 2020 election and then taking over as the

24    elections supervisor; is that the time frame?

25         A      Yes.

Page 54

1      Q    So because of that video, you didn't think it
2    would be useful or valuable or constructive to speak
3    with her.  Let me ask a better question.
4      A    Well --
5      Q    Yeah, let me -- sorry -- let me just ask a
6    better question.
7           What was it about that video --
8      A    Well, it wasn't just the video.  The office
9    was in a state of disorganization and disarray.  And,
10   honestly, it was a little bit difficult finding
11   somebody to come in and take over for her because they
12   understood they were going to be going into a mess, and
13   that was never really hidden.
14     Q    Why did you want to step into that?
15     A    Well, because like I was told, it's an
16   excellent opportunity because you know you've got
17   nowhere to go but up, so...
18     Q    I guess no one told you you might end up in a
19   deposition some day?
20     A    No, sir.
21          MR. CROSS:  All right, why don't we --
22          we've been going an hour.  You want to take a
23          short break?
24          THE WITNESS:  It's up to you.  We can
25          keep going if you'd like.

1    for inquiry?"  Do you see that?

2         A    Yes.

3         Q    And then Mr. Dial responds the same day that

4    he was not told to preserve the emails and basically

5    indicating they're gone, right?

6         A    Yes.

7         Q    Do you know what prompted Ms. Vickers' email

8    on October 27 of 2021 to see if Ms. Hampton's emails

9    were available?

10        A    I'm assuming it was because of an

11   open-records request.  But we had contacted him --

12   well, she hadn't contacted him, but I had been in

13   contact with him previously about the same thing, and

14   he more or less told me that as well, that they were

15   gone.

16        Q    Okay.  So just to make sure I have the timing

17   right, you came in in April 2021 and you immediately

18   realized that her emails were not available?

19        A    Yes.  We were going through the process of

20   trying to find out who we needed to contact to get

21   access to her emails and also be able to log in with

22   her credentials on the computer and access that.

23        Q    And so when you came in, you couldn't get

24   access to her emails or files on anything other than

25   the few things that you found on the shared computer

Page 60

1    connected to the backup server, right?

2         A    That is correct.

3         Q    Okay.  And then in October of 2021, what's

4    your understanding as to why Ms. Vickers was looking

5    for Ms. Hampton's emails since it was known, from what

6    you're telling us, that her emails were long gone?

7         A    Well, I'm not entirely sure that Tracie knew

8    that they were long gone; but, I mean, I did and, you

9    know, the Board did.

10        Q    When Mr. Dial indicates that he was not told

11   to preserve the emails and he removed the Office 365

12   license, did you ever discuss with Mr. Dial why he

13   removed the Office 365 license for her?

14        A    No.  It was -- what I was basically told

15   essentially -- Wesley was told this also -- is that,

16   you know, when an employee leaves there, they

17   deactivate their account because that's how they log in

18   to the all the computers systems and all that.

19        Q    Right, but I think we established earlier

20   when you left, you made your that your emails were

21   archived for Ms. Roberts, right?

22        A    Yes, I did because I didn't want her to have

23   to go through the same trouble that I did, not have any

24   kind of context for anything that was going on.

25        Q    Did you have access to any emails or files

Page 65

1    it?

2          A    Well, everybody at CES is essentially, like,

3    IT for the Secretary of State's office, so they're all

4    the computer-savvy guys.  He was the one that built the

5    election databases for me, ballot databases.

6          Q    So do I understand correctly that the -- the

7    password for an EMS server for the County, did that get

8    set by the State when that server comes in?

9          A    Yes, the State initially sets that up.

10         Q    And your understanding is the County wouldn't

11   then be able to change that password, that's something

12   they'd have to work with the Secretary's office on?

13         A    That was my understanding.

14         Q    And is that the same for the ICC?

15         A    Yes, that's my understanding of that as well.

16         Q    Okay.  So you said you would -- well, sorry,

17   before we get to that, you mentioned earlier the

18   video of Misty Hampton running ballots through a

19   Coffee County scanner.

20              What was it about that video that led you to

21   decide not to reach out to her once you became the

22   elections supervisor?

23         A    Well, all the equipment was completely

24   functional and, you know, if you -- you're supposed to

25   take those scanners and actually clean them every now

Page 69

```
 1        A    Logic and accuracy is not really about
 2   cybersecurity.  They're supposed to be closed systems
 3   that are not networked out and supposed to be in a
 4   locked door with only minimal access to -- of a few
 5   people to them.  So unless there's user error, there
 6   shouldn't be cybersecurity issues.
 7        Q    And the testing that you did when you came
 8   in, you're talking about logic and accuracy testing,
 9   correct?
10        A    Yes, that's correct.
11        Q    In the time that you were at Coffee County,
12   are you aware of any cybersecurity testing that was
13   done on any of the election equipment there?
14        A    No, sir.  When it comes to us, it's certified
15   by the State.
16        Q    So you rely on the State for that; is that
17   fair?
18        A    Yes.
19        Q    You mentioned earlier that you would
20   participate in meetings with the Coffee County Election
21   Board from time to time, right?
22        A    That's correct.
23        Q    How frequently was that?
24        A    The Board had a monthly meeting every month.
25        Q    And you participated in those meetings,
```

Page 70

1    typically?

2        A    Yes, sir.

3        Q    What were those meetings -- what was the

4    general purpose of those meetings?

5        A    The general purpose of those meetings is

6    updates on the status of the office and elections

7    from -- from my part, and also them going over budget

8    items or getting things that I've requested.

9        Q    Were there regular reports that you provided

10   to the board?

11       A    Yes, that's correct.

12       Q    Were those written reports or oral or both?

13       A    They were typed reports and then I would

14   also -- I would have the agenda, you know, and then I

15   would also go over it verbally and also provide like

16   the budget report.

17       Q    And were those -- the written reports, were

18   those maintained on your desktop?

19       A    They should be on the desktop, but there's

20   also a folder that has them all in it as well.

21       Q    Like hard copy --

22       A    And each one of the board members have a hard

23   copy also.

24       Q    Okay.  When you say "a folder," you mean a

25   hard-copy folder?

Page 71

1        A     Yes, that's correct.

2        Q     Did you email them out as well?

3        A     No.

4        Q     And what was the general topics covered in

5    your monthly report?

6        A     Like I said, generally just the status of the

7    office, you know, people coming in and getting voter ID

8    cards, people applying for registration in Georgia's

9    voter system, also expenditures and requests for

10   various things.  The office was a little old and out of

11   date, so we were trying to update various things and

12   I'd give them status updates on that.

13       Q     Any security updates?

14       A     No, but I did mention that it would probably

15   be a good idea to get a, you know, keypad security

16   system like ADT or something like that.

17       Q     When did you suggest that?

18       A     Fairly early on, because we had one of those

19   in Lanier and it was beneficial.

20       Q     Why is that beneficial?

21       A     Because that way if somebody tries to gain

22   access to the office, it will immediately call whoever

23   is on the list to call and also starts police on the

24   way there unless you stop it.

25       Q     Did the Coffee County election office, while

Page 72

1       you were there, have any sort of security system?

2                A      No.   That was why I was bringing that up.

3                Q      Was that implemented while you were there?

4                A      No.   It was my understanding that they were

5       trying to wait until the new fiscal year to do that.

6                Q      Do you know whether it was ever implemented?

7                A      I'm not sure.

8                Q      In the time that you were the Coffee County

9       elections supervisor, did you meet with -- beyond just

10      the meetings with the Coffee County board, did you meet

11      with any other election officials at the county or

12      state level as part of your responsibilities?

13               A      Well, naturally, I met with other elections

14      officials when I would go to the regional meetings.

15      Usually had one of those once a month or once every

16      couple of months.

17               Q      And what are the regional meetings?

18               A      That was the ones I was talking about, the

19      regional-level meetings in Valdosta.   Usually everybody

20      in that area that was an elections supervisor would

21      come to those.   And sometimes we'd get briefings from

22      the Secretary of State's office there as well.

23               Q      Did you ever hear any concerns at any of

24      these regional meetings from other election officials

25      about the BMD system?

1      A      No.

2      Q      Did you ever have any briefings at those

3   meetings from the Secretary of State or otherwise on

4   security of the system?

5      A      No.  Mostly it was -- there's one tab on

6   there that's a secure tab.  We were always told that if

7   you mess up and take that off, it immediately has to

8   get sent back to CES.

9      Q      Secure tab is on what?

10     A      The ballot-marking device.

11     Q      Is that a physical tab?

12     A      Yes, that's correct.

13     Q      Are you talking about the seals that go on

14  there?

15     A      It's a -- it's a braided metal and then

16  clamped in plastic seal.

17     Q      Right.  And so if that seal is broken or

18  missing, the machine is supposed to go back to CES?

19     A      That's correct.

20     Q      Why is that?

21     A      Because then it would pose a security hazard.

22     Q      How so?

23     A      I'm not entirely sure.  That's just what I

24  was told.

25     Q      So if any of the seals -- these security

1    seals, if any of the security seals that are on a BMD

2    are broken or missing, you're not supposed to use it in

3    an actual election; is that fair?

4          A    Yes, if that seal from the State is broken,

5    you're not supposed to use it.

6          Q    Are there any seals on the BMDs apart from

7    the ones from the State?

8          A    There's the ones that we put on there.

9          Q    Why does the County put its own seals?

10         A    Because there's certain things you have to

11   do.  Like, to be able to upload the election data for

12   the individual election on there, you have to put it in

13   through a USB thumb drive, and then we put a plastic

14   seal on there again just to be able to check -- every

15   single day when we open and close polls, we check those

16   to make sure that no civilian person has come in there

17   and tampered with it.

18         Q    And presumably, if you come in the next day

19   and one of those county seals is broken or missing, you

20   wouldn't use that in an actual election either, right?

21         A    That's correct.

22         Q    The state seal that goes on the BMDs, those

23   have numbers that are registered with the Secretary of

24   State's office, right?

25         A    That's correct.

```
 1        Q      Is that true for the county seals too?

 2        A      No, but the county seals, we write those down

 3    on state documentation, and we have to turn that in

 4    with all the other election materials at the end.

 5        Q      So the Secretary of State's office, or at

 6    least CES, would have a list of the numbers for both

 7    the state seals and the county seals on each machine,

 8    right?

 9        A      That's correct.

10        Q      Did you have any meetings with anyone from

11    the Secretary of State's office while you were in

12    Coffee County as the elections supervisor?

13        A      Yes.  I met with them at the regional

14    meetings, of course, and then occasionally state

15    investigators would be in contact about old cases and

16    things.

17        Q      And what kind of cases did you hear from the

18    state investigators on?

19        A      Mostly just older ones from 2018 and '19.

20    They apparently had quite the backlog.

21        Q      What did those cases involve, just generally?

22        A      Generally, just inquiring about voters being

23    registered properly or living out of state or the --

24    the general run-of-the-mill.

25        Q      Any election security issues that were
```

1     investigated?

2          A     I was never -- I never talked to anybody

3     about any election security issues, no.

4          Q     Did you hear from state investigators

5     involving any -- about any investigation related to the

6     time that Misty Hampton was there?

7          A     Yes, I was.

8          Q     Who contacted you?

9          A     Let's see.  Well, I kind of get them mixed up

10    because I was contacted by quite a bit of investigators

11    throughout the course.  But, let's see, Josh Blanchard,

12    Mr. Paris -- I can't remember his first name -- Robert

13    Hernandez.

14         Q     Any other names come to mind?

15         A     No, not other than that.

16         Q     And those were state investigators who

17    contacted you about some investigation that involved

18    Coffee County during the period Misty Hampton was the

19    elections supervisor?

20         A     Well, they contacted me, yes.  She would have

21    been the supervisor back in 2018, so that's correct.

22         Q     And so did any state investigator contact you

23    about an investigation involving events that happened

24    in, say, late 2020 to 2021?

25         A     I don't remember anybody contacting me about

Page 77

1    that.  But like I said, since they had a backlog, they

2    may not have gotten to it yet while I was there.

3         Q    So all the investigations you recall being

4    contacted about were 2018 or 2019 or maybe earlier?

5         A    Yes, sir.

6         Q    Did you ever have any communications with

7    anyone from the Secretary's office outside of the

8    regional meetings and outside of these

9    investigations -- these three investigators you

10   mentioned?

11        A    No, sir, other than contacting CES and, you

12   know, I emailed Chris Harvey.  Actually, I emailed most

13   of the people in the Secretary of State's office at

14   various points for different things, especially for

15   election materials to get replenished.

16        Q    We'll come back to that in a little bit.

17             Did you ever have any communications with

18   anyone with Dominion while you were there?

19        A    The -- Dominion did send us out some emails.

20        Q    Who did you email with at Dominion?

21        A    I wasn't emailing anybody.  Dominion just

22   sent out some, like, broad emails to elections

23   officials.

24        Q    So you never sent any emails yourself to

25   anyone at Dominion?

Page 78

1        A    No.   There wasn't any reason to.   CES handles

2    our issues.

3        Q    You never had a phone call with anyone at

4    Dominion?

5        A    No, not that I recall.   Mostly, like I said,

6    I contact the State on that.

7        Q    Did you ever have any communications with any

8    Dominion techs, folks who come out and help with the

9    equipment and machines?

10       A    No, we didn't have a Dominion tech assigned

11    to us.

12       Q    So any time you have an issue, performance

13    and operation issue with any of the election equipment,

14    you go to CES for that?

15       A    Yes, that's correct.

16       Q    Was that the same in Lanier?

17       A    Yes, that's correct.

18       Q    Why did you leave the elections supervisor

19    position in December 2021?

20       A    Essentially, I got offered a job that's right

21    down the road from where I live with a little bit

22    better pay and I'm able to be closer to the kids.   If

23    one of them gets sick in daycare or something, I can

24    just swing down there and grab them.   So convenience,

25    really.

Page 82

1          Q    Was there anything else said to you during

2     the hiring process about Ms. Hampton?

3          A    No.

4          Q    Once you took over as elections supervisor,

5     was there ever any discussion between you and anyone

6     else in the County about Ms. Hampton and the YouTube

7     video that you mentioned?

8          A    No, not really.

9          Q    So no one on the Board, no one in the County

10    ever came to you and said, "We have concerns about what

11    Ms. Hampton did in that video and let's talk about it"?

12         A    Essentially, the main thing was everybody was

13    focused on trying to move forward and just get the

14    office up to speed.  Quite frankly, there was a lot to

15    do.

16         Q    Did you learn that in that video Ms. Hampton

17    had a password that was readable posted on her desk or

18    on her screen?

19         A    Yeah, I actually did see the Post-it note.

20         Q    Was there ever any discussion, once you came

21    in as the elections supervisor, about that's not a good

22    practice, you shouldn't be doing that, any concerns

23    about that?

24         A    Oh, well, absolutely that's not best practice

25    to be putting your password around like that.  That's

1    not something I do.

2         Q    Right, but more specifically, was there any

3    discussion that you were in about the fact that

4    Ms. Hampton had done that and whether that posed any

5    security risk for Coffee County's election system?

6         A    No, I didn't have a conversation about that

7    with anybody.  I just didn't do that.

8         Q    Sorry, you may have said this earlier.  You

9    never had any communications, written or oral, in

10   person, with Ms. Hampton ever; is that right?

11        A    That's correct.

12        Q    You've never met her?

13        A    No.

14        Q    Did she have an assistant elections

15   supervisor?

16        A    That's correct.

17        Q    Was that --

18        A    Jil Riddlehoover.

19        Q    Right, that was Ms. Riddlehoover?

20        A    Yes.

21        Q    So when you came in, it was new staff in the

22   Coffee County office, right?

23        A    Yes, that's correct.

24        Q    But you said some of the poll -- or actually

25   a lot of the poll workers had been folks who had worked

1       in the county before, right?

2            A     That's correct.

3            Q     Did you ever have any communications with any

4       of the poll workers about their experience working with

5       Ms. Hampton?

6            A     Essentially, they had just said that she

7       wasn't very hands-on, so they were kind of left on

8       their own.

9            Q     Any other communications with poll workers

10      about their experience with Ms. Hampton?

11           A     Not really, no.

12           Q     None of the poll workers came in and said,

13      "Hey, I saw this video.  It's pretty crazy.  What do

14      you think"?

15           A     Well, they didn't like the fact that, you

16      know, Coffee County got drug into national news

17      coverage.  I don't think anybody would.  I mean, we're

18      a small town in south Georgia here.

19           Q     Right.

20                 Did any of the poll workers express any

21      concern about the reliability of the voting system or

22      the office there in light of that video?

23           A     No, everybody seemed to like the system okay,

24      and one of the main things is just making sure that

25      they had adequate training and they were comfortable

Page 85

1    with the system.

2         Q     And the poll worker training, is that

3    provided by the State or by you guys, by the County?

4         A     Poll worker training is provided by the

5    County, but generally speaking, I try to look at how

6    some of the bigger, more successful offices do theirs

7    and mirror that.

8         Q     Have you ever met Ms. Riddlehoover?

9         A     No.

10        Q     Ever spoken with her?

11        A     No.

12        Q     No emails, text messages, phone calls, no

13   contact with her at all?

14        A     No contact whatsoever.

15        Q     And did you decide not to contact her for the

16   same sort of reasons you decided not to contact

17   Ms. Hampton?

18        A     That's correct.

19        Q     When you came in, had Ms. Hampton left you

20   like a note, instructions, anything directed to you?

21        A     No.

22        Q     And Ms. Riddlehoover did not either?

23        A     That's correct.  It was my understanding that

24   they had left in February, and I came in in April,

25   so...

1        A     That's correct, I didn't have any.

2        Q     So your first experience as an election

3    official with the BMD system -- sorry, I think I

4    misspoke.  I think I said the of pilots of the DREs.  I

5    meant the pilots of the BMDs.  Let me ask a new

6    question.

7              Your first experience as an election official

8    with the BMD system would have been in 2020 in

9    Lanier?

10       A     That's correct.  It would have been the

11   presidential preference primary.

12       Q     And I assume you heard about a lot of the

13   challenges that a lot of the counties had across the

14   state with that new system, particularly the June

15   presidential primary.  Do you remember that?

16       A     Yes, I remember that.

17       Q     And when you were the assistant elections

18   supervisor in Lanier County, did you guys experience

19   some of the similar challenges with the new system?

20             MR. DENTON:  Object to the form.

21             THE WITNESS:  I don't recall ever having

22   any issues with the system.

23       Q     (By Mr. Cross)  How many voters are there

24   typically in Lanier?

25       A     Let's see.  About 6500.

```
 1    any other option, at which point you would still let
 2    the State know that a tornado came through and knocked
 3    everything out.
 4         Q    So fair to say in Georgia, the State
 5    determines the means of voting across the state?
 6         A    That is correct.
 7         Q    And that's the Secretary of State's office,
 8    right?
 9         A    Yes.
10         Q    Have you ever been in a situation as an
11    election official where hand-marked paper ballots were
12    used to vote in person, not absentee?
13         A    Provisional ballots mostly.  Never had an
14    emergency ballot situation.
15         Q    When you were the elections supervisor in
16    Coffee County, about how many voters, just
17    percentage-wise, voted absentee versus in person?  How
18    did the numbers break down?
19         A    Actually, it was quite a relatively small
20    number that voted absentee compared to in person.
21         Q    What about Lanier?
22         A    Same thing in Lanier, most people wanted to
23    come in person.
24         Q    Again, you guys have the benefit of not
25    running into long lines there, right, in Lanier and
```

1    Coffee?

2         A    Yeah, and plus it's kind of an event where,

3    you know, "Hey, there's Joe's mother's brother's

4    cousin," you know, so...

5         Q    In smaller counties, people tend to know each

6    other, smaller communities?

7         A    Yeah.  Yeah, and it gives everybody a chance

8    to be nosy about who's out and about.

9         Q    Is it -- in your experience, is it fair to

10   say that that's -- that tends to be important to

11   voters, to be able to show up at the polls and vote in

12   person?

13        A    Oh, yeah, absolutely.

14        Q    Why is that?

15        A    Well, a lot of people just say that they just

16   want to make sure that, you know, they're casting their

17   ballot in person and they know what happened.  I think

18   it just makes a lot of people more comfortable,

19   especially the older folks.

20        Q    And fair to say that for lot of people, it's

21   important to be part of that democratic process, right,

22   being there in person?

23        A    Oh, yeah.  I think the participation and

24   getting the sticker is a big part of that.

25        Q    Have you ever discussed any election security

1    concerns with the Coffee County board, election board?

2        A    Other than just making sure that, you know,

3    all the equipment is secured properly and stored

4    properly with climate control.  And then also, of

5    course, I brought up the server issue because, you

6    know, I couldn't get into that and we had an upcoming

7    election.

8        Q    Right, and we'll come to that.

9             Any other -- any other election security

10    issues you discussed with the State?

11        A    No.  Well, now, are you talking about the

12    State or Coffee County?  Because initially you said

13    Coffee County.

14        Q    Oh, yeah.  I'm sorry.  I mean with

15    Coffee County.  I'm just focusing on that.  Nothing

16    else with Coffee County beyond what you identified?

17        A    Correct.

18        Q    Okay.  And did you ever discuss any election

19    security issues, while you were with Coffee County,

20    with the State?

21        A    Yes.  The server issues.

22        Q    Okay.  And that was when you could not get

23    access to the EMS server?

24        A    That's correct.

25        Q    And that included the ICC too, right?

Page 98

1     A     Yes, that's correct.

2     Q     Any other equipment, as part of the election

3  system in Coffee County, you did not have access to

4  that you --

5     A     No.

6     Q     -- raised with the State?

7     A     No, I didn't have any other issues.

8     Q     All right, we'll come back to that.

9           Did you ever get any communications from

10  anyone on behalf of the State about election security

11  concerns?

12     A     Well, we commonly get little memos and all.

13  And, you know, of course, most of the time we're

14  involved with CISA, and they give out cybersecurity

15  bulletins.  And then like I said, of course, the

16  Dominion Voting kind of blast-out to everybody's email

17  just warning about third-party people trying to gain

18  access.

19     Q     And CISA, you're talking about the

20  cybersecurity/infrastructure agency that's part of DHS,

21  the federal level?

22     A     Yes, that's correct.  And they also have like

23  a [indiscernible] for elections that gives out

24  elections bulletins to everybody.

25     Q     And so do I understand right, in your

```
 1      experience in Coffee County and Lanier, the Counties

 2      look both to the State and to the federal agency to

 3      provide guidance on election security?

 4          A    That's correct.

 5          Q    Were you aware that in July of 2021, there

 6      was an election security expert named Alex Halderman

 7      who did a security analysis of Dominion voting

 8      equipment from Fulton County?

 9          A    No, I was not aware of that.

10          Q    Is that something you've ever heard before

11      now?

12          A    No.

13          Q    So that wasn't something that was conveyed to

14      you when you were the elections supervisor in

15      Coffee County?

16          A    No.  I don't recall that.

17          Q    Never read any press around that?

18          A    No.

19          Q    So no one from the State ever reached out,

20      for example, and said, "Hey, there's -- we have this

21      100-page report from an election security expert that's

22      identified a lot of security vulnerabilities with the

23      Dominion voting equipment used in Georgia"?

24          A    I don't recall any emails of that nature.

25          Q    If those types of vulnerabilities existed, if
```

1     the counties, instead had to wait for CISA to do it

2     almost a year later?

3              MR. DENTON:  Object to form.

4              THE WITNESS:  Well, it doesn't surprise

5         me because I assume that they had their

6         reasons for it.  I don't know what that is,

7         but since I don't have all the knowledge, I

8         would only be speculating at this point.

9         Q    (By Mr. Cross)  So as a county elections

10    supervisor, you trust the State to determine election

11    security across the state, fair?

12        A    That's correct.

13        Q    All right.  So when you came in to

14    Coffee County, at some point you tried to access the

15    EMS server and you couldn't access it, right?

16        A    That's correct.

17        Q    When did that happen?

18        A    That would have been towards the end of

19    April, I believe, and I contacted CES about that and

20    described the problem to them, and they said that they

21    would be down next week to check it out.  Initially,

22    there was the assumption that maybe I had fat-fingered

23    in the 16-digit-long password.

24        Q    And the 16-digit password was one that was

25    provided by the State; is that right?

Page 107

1        A     That's correct.

2        Q     And why was it that you didn't try to access

3    the EMS server or the ICC until a few weeks after you

4    arrived?

5        A     Because there wasn't an election for a while

6    out, so there wasn't really any need to.  And there was

7    quite a bit of other work to do, also, catching up on

8    voter registrations and things like that.

9        Q     So you didn't try to access the EMS server or

10   the ICC with the password you had until a need arose

11   with an upcoming election?

12       A     That's correct.

13       Q     Where did you get the 16-digit password that

14   you were trying to use?

15       A     Initially, that was the same one that had

16   gotten left there by Ms. Hampton.  And I called CES up

17   to make sure that that was, in fact, the correct

18   password, they verified that that should be the correct

19   password, and when I tried it several times and it

20   didn't work, they said that they would come down and

21   take a look.

22       Q     You said it was left by Ms. Hampton.  Where

23   did you find it?

24       A     It was still up there attached to the

25   computer screen.

1       Q      On the Post-it note?

2       A      Yeah.

3       Q      Okay.  And how did you confirm with CES that

4    that was the password that they had provided initially?

5       A      By calling up there to the CES office.

6       Q      So you called someone at CES, you read the

7    16-digit password, they said, "Yeah, that's the one

8    that we have for this equipment," and you pointed out

9    it didn't work?

10      A      That's correct.

11      Q      Was the 16-digit password in Coffee County

12   the same one that you used for the EMS or ICC in

13   Lanier?

14      A      No.

15      Q      So Lanier had a different password?

16      A      That's correct.

17      Q      Also 16-digit?

18      A      Yeah, they're all the 16-digit,

19   Google-generated type passwords.

20      Q      Okay.  And they're all provided by the State?

21      A      That's correct.

22      Q      What did CES say when you contacted them and

23   said the password doesn't work?

24      A      Like I said, they tried to go back through it

25   several times with me and just make sure that I

1   wasn't -- it wasn't a user error on my part.  And then

2   when it continued not to work, they said that they

3   would come down and take a look at it the following

4   week.

5        Q    Do you recall who specifically you spoke with

6   at CES?

7        A    I believe it was Prateek Patel that I spoke

8   to because, like I said, I know him better than most

9   since he builds my ballot databases.

10       Q    Sorry, give me the name one more time.

11       A    Prateek Patel.

12       Q    Patel is P-A-T-E-L?

13       A    Yes, that's correct.

14       Q    And this was sometime in late April of 2021?

15       A    Yes, I believe that's correct.

16       Q    Did you ask or was there any discussion with

17  him or anyone else at the Secretary's office about why

18  the password wasn't working?

19       A    Well, when he came down, he brought another

20  gentleman with him named Chris.  I'm not sure about his

21  last name.  I just know he works at CES.  And initially

22  they -- you know, first thing he did was try that

23  password just to see if it worked, because in the past

24  people have just messed it up and not done it right.

25  And they didn't know why the password had been changed,

Page 110

1    said that it shouldn't have been able to be changed,

2    and that's basically where that stood.  So I have no

3    idea why or how.

4         Q    But they -- Mr. Patel came in and someone

5    else named Chris, both from CES, right?

6         A    Yes, that's correct.

7         Q    And they looked at the ICC and the EMS server

8    and their assumption was that somebody had changed the

9    password?

10        A    I'm not sure, actually.  They just seemed

11   surprised to me because, like he said, they're not

12   supposed to be able to change it.  So I'm not sure that

13   they knew exactly what had happened --

14        Q    Got it.

15        A    -- at that juncture.

16        Q    All they could tell was the password didn't

17   work?

18        A    Yes, that's correct.

19        Q    And they explained that people at the county

20   level aren't supposed to have administrative rights to

21   change a password?

22        A    Yes, that's correct.

23        Q    So what happened next?

24        A    After that, I was told that they were going

25   to have to replace the server and take it back to CES,

Page 111

1    try to gain access to it.  They tried to move over as

2    much as they could kind of back-door style, but it was

3    impossible to retrieve all the data at that time.

4        Q    When you say -- sorry, the last thing you

5    said, retrieve data, what were you talking about?

6        A    All the election files that are stored there

7    on the server, they were unable to retrieve all of that

8    simply based on the nature of it being in lock-down.

9        Q    They were -- was CES able to retrieve any

10   files or data from the EMS server?

11       A    I don't know if they ever were or not, but at

12   that point in time, they were unable to retrieve it.

13       Q    What about the ICC, did they ever get access

14   to that?

15       A    I'm not sure, to tell you the truth.

16       Q    How soon after Mr. Patel came in and

17   confirmed the password didn't work did the State take

18   the ICC and the server?

19       A    That was the same day.  They just had an

20   extra one with them, just depending on whatever the

21   problem might be, just in case.

22       Q    So you contacted Mr. Patel in late April of

23   2021, right?

24       A    Yes.

25       Q    And that was a phone call?

Page 112

1          A    Yes, that's correct.

2          Q    Did you email anyone about this?

3          A    No.

4          Q    Did you contact Chris Harvey or anyone else

5     beyond Mr. Patel about not having access?

6          A    No, I didn't contact anybody else about not

7     having access.

8          Q    So Mr. Patel was the only person you ever

9     spoke with or emailed or communicated with about not

10    having access to the ICC and the EMS server?

11         A    That's right.

12              MR. DENTON:  Object to form.

13         Q    (By Mr. Cross)  I'm sorry, did you say that's

14    right?

15         A    Yes.

16         Q    Okay.  How quickly after you called Mr. Patel

17    did he arrive?

18         A    It was about like what they said; it was

19    about a week before the two people from CES came.

20         Q    It was a week after you called them?

21         A    Yeah, roughly.  It was probably the next

22    week.

23         Q    Okay.  And when they came, they had with them

24    a replacement server and a replacement ICC?

25         A    Yes, that's correct.

Page 113

1      Q    And they replaced them on the spot?

2      A    That's correct.

3      Q    Did they replace anything else besides the

4  EMS server and the ICC?

5      A    No.

6      Q    In the room where the EMS server is, is there

7  a computer that's connected directly to that server?

8      A    The ICC and the EMS are both networked

9  together, but there's no other equipment.

10     Q    But if you want to -- when you go to log in

11  to the EMS server, there's a keyboard and a screen that

12  you're trying to log in on, right?

13     A    Yes, that's correct.

14     Q    Does that sit in the room with the EMS

15  server?

16     A    Yes, the screen and keyboard are in there for

17  each one of those.

18     Q    Okay.  And the screen and keyboard, when

19  you're trying to log in to the EMS server, are those

20  hardwired into the server or they're connected to a

21  separate computer terminal of some sort?

22        MR. DENTON:  Object to form.

23        THE WITNESS:  Each one of them is

24     connected to the computer terminal that

25     you're using.

Page 114

1       Q    (By Mr. Cross)  Okay, so when Mr. Patel came

2  and replaced the EMS server, did he replace the

3  keyboard, the screen, any computer terminal, any wires,

4  any other equipment, or was it just the server that got

5  replaced?

6       A    I don't recall anything else being replaced.

7       Q    Beyond the server?

8       A    That's correct.

9       Q    And same with the ICC, the only thing they

10  replaced was the ICC itself, no other peripherals or

11  anything attached to it?

12       A    As far as I know, that's correct.

13       Q    Were you there with them when they were

14  replacing the equipment?

15       A    Yes, I was there with them for the majority

16  of that time.  I was doing other work.

17       Q    Okay.  So they left, took the ICC and the

18  server with them, and you don't know one way or the

19  other whether anyone ever got access to the data or the

20  files on the --

21       A    That's correct.

22       Q    What's your understanding of where the new

23  server and ICC came from that they brought that day?

24       A    I would assume it came from their main office

25  in Marietta, but I'm not sure.

Page 122

1             anything may or may not be.  It's my job to

2             report a problem if I have one, which I did.

3                 Q      (By Mr. Cross)   And did you contact -- so you

4     didn't contact -- you didn't think this warranted

5     communicating to law enforcement, for example, like the

6     GBI?

7                 A     No.   It's simply I couldn't get into it, they

8     came and replaced it and fixed it for me.   That was

9     that.

10                Q     Were you concerned that the fact that the

11    password never -- no longer worked, that maybe that was

12    an indication that someone had done something they

13    weren't supposed to do on that server and on the ICC?

14                A     Like I said, I don't get paid to speculate

15    and investigate.   That's why the State has

16    investigators.

17                Q     So from your perspective, you walked in, the

18    password didn't work, you did what you were supposed to

19    do, contacted the State, and you left it for them to

20    investigate and figure out if there was a bigger issue?

21                A     That's correct.

22                Q     And did you ever hear from anyone at the

23    State again about this particular issue, that the

24    password didn't work and they had to replace these two

25    pieces of equipment?

```
 1          MR. DENTON:  Object to form.

 2          THE WITNESS:  No, I did not, but it's

 3     not unusual for the State not to follow back

 4     up with us.  I mean, there's 159 counties.

 5     They'd have to have more employees to follow

 6     up with everybody on everything, I'm sure.

 7          Q    (By Mr. Cross)  But we're talking about a

 8     county where the elections supervisor reportedly had

 9     been asked to leave for not being honest with time

10     records, where she put up a video that had the original

11     password for this machine publicly accessible, and then

12     the password didn't work when you showed up and all her

13     emails were gone.  That doesn't strike you as sort of

14     circumstances where somebody might want to dig a little

15     deeper beyond just replacing the equipment?

16          A    Well, like I said, I'm not paid to be an

17     investigator.  I'm paid to be an elections supervisor.

18     And normally my follow-up is if I get an invitation to

19     a State Election Board case.

20          Q    But you said it doesn't surprise you

21     initially they didn't follow up because they're busy

22     and they have lots of things, but we're not talking

23     about an ordinary situation here, right?  We agree on

24     that, this is not an ordinary situation?

25          A    Well --
```

1          MR. DENTON:  Object to form.

2          A    -- here's the thing, they investigate all of

3    these things.  And usually I hear back about it because

4    there will or there will not an SEB case on it.  So

5    it's not unusual for me not to hear back from them

6    unless it's because it's going to the State Board.

7    That's not unusual for anybody, as far as I know.

8          Q    But as you sit here today, you don't -- you

9    never got any indication from anyone at the State,

10   Secretary's office, or the SEB, that any investigation

11   was conducted into why the password wasn't working,

12   right?

13          MR. DENTON:  Object to form.

14          THE WITNESS:  I have no idea whether

15       there was an investigation or not, and I

16       don't -- I don't get SEB case updates

17       anymore, so I have no idea if there's one

18       ongoing right now or not.

19          Q    (By Mr. Cross)  Is there anyone else you

20   communicated with about this password issue?

21          A    No.

22          Q    For example, did you reach out to former

23   colleagues in Lanier that you were close with or

24   Mr. Vickers?

25          A    Oh, well, I did -- I did reach out to Josh

1   about it because I was a little confused on why it

2   would happen and all.  But he said, you know, just

3   contact about CES about it because that's the best

4   thing to do, you know.

5        Q    So you contacted Josh Black before you

6   contacted CES?

7        A    No.  I contacted CES already because I knew

8   that was what I was supposed to.  I just mentioned it

9   to him in passing because it was odd.

10        Q    I see.  Okay.  And what all did you discuss

11   with Mr. Black?

12        A    Essentially just that I had an issue getting

13   into the server and, you know, had to have our servers

14   replaced.

15        Q    And all he said was deal with CES?  Did he

16   offer any other views or opinions or concerns?

17        A    No, he didn't have anything else to offer.

18        Q    But he agreed it was odd, right?

19        A    I don't know if that happens on a regular

20   basis or not, but all I know is I didn't know how to

21   access the -- change a password, and I don't know

22   anybody else that knew how to.

23        Q    Anyone else you communicated about this?  You

24   didn't initially remember Mr. Black.  Is there anyone

25   else you can think of?

Page 126

1    A    Not to my knowledge, and that was more

2    because it was an odd election event and, you know, we

3    tend to talk amongst ourselves.

4    Q    Did you communicate with Mr. Vickers about

5    it?

6    A    I don't recall if I talked to Wesley Vickers

7    about it or not.  Usually I let him know if it's

8    something bigger.

9    Q    When they provided the new ICC and new EMS

10   server, did the State give you a new password?

11   A    Yes, that's correct.

12   Q    And it was another 16-digit password?

13   A    Yeah.  It was a different 16-digit password.

14   Q    And what's the guidance from the Secretary's

15   office on how you're supposed to maintain that

16   password?

17   A    Well, they said that we're not supposed to

18   put it on Post-it notes and things like that.  I mean,

19   you're supposed to keep it secure.

20   Q    Right.  Is there specific guidance on how to

21   secure it, like where you should maintain it, where you

22   should keep it, where you should store it?

23   A    No.  You're not -- you're just not supposed

24   to keep it out in a public place, anything like that,

25   where anybody else can access it.

1       Q  Where did you keep it so that you could

2  remember it?  That's a long number to keep up with.

3       A  Yeah, that's a fairly long number.  Yeah, I

4  kept it on my person.

5       Q  When you say on your person, what do you

6  mean?

7       A  I mean whenever it's election time, I kept it

8  on my person.  Otherwise, I kept it locked up when it's

9  not election.

10       Q  And so -- and how did you keep it locked up?

11  It was, like, written down on a piece of paper?

12       A  Filing cabinet.

13       Q  Filing cabinet in your office?

14       A  (No audible response.)

15       Q  I'm sorry, did you say yes?

16       A  Yes, that's correct.

17       Q  And was it written -- like, what was it

18  written on?

19       A  I just had it written on a small piece of

20  paper.

21       Q  And that was locked in a filing cabinet in

22  your office?

23       A  Yes, that's correct.  And my office was

24  always locked as well.

25       Q  Who had access to the filing cabinet, just

Page 128

1    you and Ms. --

2         A    Nobody but me.

3         Q    Ms. Grantham did not?

4         A    No.

5         Q    And that was a key that you kept with you?

6         A    Yes, that's correct.

7         Q    And then when elections were going on, you

8    would keep that piece of paper with you just for easy

9    access?

10        A    Just whenever I had to type something in, I

11   kept it on me.  When I was having to set up the servers

12   for the election or whenever I was having to get back

13   into it at the end to tabulate, but not just

14   constantly, no.

15        Q    And a need never came to change the password

16   on any of that equipment while you were there, right?

17        A    No.

18        Q    When you provided the report on this to

19   the -- to the Board, what was the reaction of the Board

20   that you had to replace this equipment and the password

21   didn't work?

22        A    Well, I mean, naturally they were surprised

23   by it.

24        Q    Did anyone express concerns in that meeting?

25        A    Well, the main concern was, was I able, you

1    know, to get the new system up and running and were we

2    going to be okay in the upcoming election.  And, of

3    course, all that was fine.

4         Q    Well, for example, did anyone say, "Hey, this

5    is kind of weird, we had this weird situation with

6    Ms. Hampton.  Maybe we should look into whether there's

7    a broader issue here"?

8         A    Well, generally speaking, I believe that was

9    just more or less deferred over to the State because,

10   you know, having dealt with state investigators

11   previously, they, I'm sure, knew that there was going

12   to be a state investigation.

13        Q    The Board knew there would be a state

14   investigation of this password situation, you're

15   saying?

16        A    I'm saying that, you know, they've had enough

17   experiences with them to assume that there's going to

18   be an investigation into that.  They'd already dealt

19   with quite a few.

20        Q    And why would you assume there would be an

21   investigation into that?

22        A    Because if we take a step, there's an

23   investigation.  I mean, it doesn't take much to get

24   one.  All it takes is one person saying one thing.

25        Q    Okay.  And understanding the Board would --

Page 137

1         just file folders.  There wasn't really any

2         significant data that was transferred over.

3         I'm not sure of the ins and outs as to why or

4         why not because I'm not an IT guy.

5              MR. CROSS:  I see.

6         Q    (By Mr. Cross)  That transfer, did they do

7    that on site at Coffee County or they did that after

8    they took the server?

9         A    Yes, they attempted to do it on site, but I

10   think they had some issues.

11        Q    What did they connect to the server to do

12   that back-door-style transfer?

13        A    I'm not sure what they connected.

14        Q    Did they -- did you see them -- did they have

15   like a laptop that they connected to the server to

16   transfer data?

17        A    No, I didn't see a laptop.

18        Q    But your understanding is there were some

19   files they were able to pull off that EMS server in

20   some fashion?

21        A    Yes, that's my understanding.

22        Q    And that was something Mr. Patel explained to

23   you?

24        A    Yes.

25        Q    And do you know what was in those files?

1      A      Like I said, mostly it was just empty files

2      and just, like, our basic election setup, but there was

3      not a large cache of information.

4      Q      And where would -- where did that -- when

5      that information was transferred, what was it

6      transferred to?

7      A      The new server.

8      Q      So there were some -- there were some files

9      that were taken off the old EMS server and transferred

10     to the new server?

11     A      Yes.

12     Q      Okay.  Are those files stored in a particular

13     location on the new server so that you can identify

14     them as coming from the old server?

15     A      Yes.

16     Q      Okay.  Do you remember what that -- what that

17     folder was called where all those stores were filed on

18     the server, the new server?

19     A      No.  It just -- it just had the election name

20     from the older election on it.

21     Q      And were those files from the prior server,

22     were those still on the new server when you left your

23     position in Coffee County?

24     A      That's correct.

25     Q      When you -- any of the calls that you had

1   members and myself would be in there.  And they would

2   be there basically just to say, yes, if there's an

3   issue, we all agree that this was voter intent.

4        Q    And is that the same setup in Lanier County

5   when you were there?

6        A    Yes, it's the same thing.

7        Q    Is it your understanding that's how all the

8   counties are set up, that the adjudication process

9   happens in the room with the EMS server?

10       A    Yes.

11       Q    All right, let me show you something else.

12            (Discussion off the written record.)

13            (Exhibit 5 marked for identification.)

14       Q    (By Mr. Cross)  All right, grab Exhibit 5, if

15   you would, please.

16       A    Okay, let's see here.

17            All right, I've got it.

18       Q    So I just want to make sure we are talking

19   about the same thing.

20            You said earlier that when you came in as the

21   elections supervisor in Coffee County, the password for

22   the EMS that Ms. Hampton had had was still posted to

23   the screen on her computer, just like you had seen in

24   that YouTube video.  Do you remember that?

25       A    Yes, sir.

1    Q    And this is a screenshot we took from the

2    YouTube video.   Is this -- is this how you found it,

3    what's reflected here in Exhibit 5?

4    A    Yes, that's correct.

5    Q    Okay.   And the password that's on Exhibit 5,

6    that's the password you tried and it didn't work?

7    A    Yes.

8    Q    Okay.   Were you aware that after the November

9    2020 election, Coffee County had trouble certifying the

10   election results?

11   A    Yes, I do remember that.

12   Q    And what are you aware about that?

13   A    Apparently they were having trouble getting

14   their numbers to match up, so they refused to certify.

15   Q    And do you understand the report from

16   Coffee County was that when they ran the paper ballots

17   through the scanner again for recount, it would

18   generate a different total number of ballots, of votes,

19   than what was recorded on the election night?

20   A    Yes, I had heard that.

21   Q    Was that something you looked into when you

22   came on, to determine whether there was a glitch or a

23   problem or a compromise with the system in

24   Coffee County?

25   A    Whenever I had tested the system out, like I

1   said, with logic and accuracy testing, I never saw any
2   discrepancies between what it was supposed to be and
3   anything else.
4        Q    Okay.  So you didn't yourself -- you didn't
5   participate in any kind of inquiry or investigation or
6   analysis to determine whether there was a problem with
7   the Coffee County system based on the certification
8   challenges they had reported?
9        A    Well, being as I got a completely new server,
10  if there was any issue in that, it would have been
11  resolved.
12       Q    And a new scanner?
13       A    I don't believe we got a new scanner.  But I
14  did clean that one because it had never been cleaned
15  before, and I didn't notice any issues with it.
16       Q    The ICC is the scanner, right?
17       A    No, the ICC is the computer that's attached
18  to the scanner.
19       Q    Right.  Sorry.  Sorry, I'm getting mixed up.
20            The computer attached to the scanner is what
21  was replaced?
22       A    Yes.
23       Q    Yeah, and so the EMS server and that computer
24  were replaced.  So, in your mind, if there had been a
25  challenge like that reported by Coffee County in late

1  2020, replacing those pieces of equipment would have

2  resolved it?

3      A    Those were the only pieces of equipment that

4  ran, like, complicated software on there.  So if there

5  was an issue, that should have resolved it.  I know I

6  certainly didn't experience any kind of

7  [indiscernible].

8      Q    Okay.  So in the time that you were there,

9  did you ever run a recount after an election?

10     A    Let's see.  I don't believe that we had to

11  run a recount because we didn't -- we didn't have a

12  challenge on it.

13     Q    So you were never in the position that

14  Coffee County was in December 2020 when they counted

15  an -- they counted the ballots from an election twice,

16  both election night and then on a recount, to see

17  whether the tallies were the same?  That's not a

18  situation you found yourself in?

19     A    I was not in that situation in Coffee County,

20  only in Lanier.

21     Q    And, sorry, I forgot to ask something.

22          When -- the State has indicated that the --

23  or the documentation we've gotten from the State

24  suggests that the -- or indicates that the EMS server

25  and the ICC were replaced in Coffee County on June 8 of

1    2021, but that sounds much later than you were thinking

2    because you reached out to Mr. Patel in April.

3           Does that date sound right to you?

4    A    I thought that it -- I thought that it got

5    replaced in May, but I could be wrong.

6    Q    Okay.  Do you recall -- did the State do

7    acceptance testing on the new EMS server?

8    A    Yes, they did.

9    Q    And did they do that locally on site in

10   Coffee County?

11   A    Yes.  It was -- it was all set up on site.

12   Q    So you were there for that?

13   A    Yes.

14   Q    In addition to the acceptance testing, did

15   they do logic and accuracy testing?

16   A    They ended up actually, you know, testing it

17   with the paper ballots just to make sure it scanned

18   everything okay.

19   Q    And that was all there on site with you in

20   Coffee County?

21   A    Yes, that's correct.

22   Q    Sorry, I don't remember off the top of my

23   head.  Were there any elections in Coffee County

24   between the time you started as the supervisor and

25   June 8?

Page 157

1    oral, nothing was in writing?

2        A    Unless he sent me a text message on the work

3    phone.  That's possible.

4        Q    Do you recall whether he sent you a text

5    message on your work phone?

6        A    He may have in reference to that, as far as

7    when he was coming.

8        Q    So sometimes, like when you're dealing with

9    CES on IT issues, they might shoot you a text?

10       A    Yeah.

11       Q    On your work phone?

12       A    Yes.

13       Q    Do you know why they replaced just the ICC

14   computer and not the scanner itself?

15       A    I'm not sure because I don't know what their

16   policy is.

17       Q    So you didn't ask why they were taking the

18   ICC computer but not the scanner?

19       A    No.

20       Q    When you came in to Coffee County, one of the

21   things that you found that had been left behind was a

22   business card from an organization called Cyber Ninjas,

23   right?

24       A    Yes, that's correct.

25       Q    And when you found that, you alerted

1    Chris Harvey to it at the State, right?

2         A    Later on I notified him because, honestly, I

3    didn't even know what it was at the time.  I just make

4    it a practice of keeping all business cards from a

5    former employee just in case I ever need it.

6         Q    I see.  So when you first came in on

7    April 1st, went through documents, files, things in the

8    office, you found the Cyber Ninjas card at that point,

9    but you didn't know what it was?

10        A    That's correct.

11        Q    And then about a month or so later, you

12   alerted Mr. Harvey to it; does that sound about right?

13        A    Yes, that's correct.

14        Q    What was it that happened in the intervening

15   weeks that made you think "I should probably let

16   Chris Harvey know about this"?

17        A    Well, there was a letter -- or email, rather,

18   from Dominion that circulated around to all the county

19   offices warning about, you know, third-party actors

20   possibly trying to gain access to the servers, and

21   Cyber Ninjas was one of the groups that was mentioned,

22   and also the situation where they had done the forensic

23   audit in Arizona was mentioned as an example of what

24   they might be trying to do.  And when I noticed that, I

25   figured, you know, hey, I've got a Cyber Ninjas card

1   over here; maybe I should forward that along and let

2   the State take over on that.

3        Q    So you emailed Mr. Harvey and let him know

4   about the card, right?

5        A    Yes, that's correct.

6        Q    Why did you email him instead of calling him?

7        A    Just because I wasn't sure what to do with

8   it.  I had contacted a former supervisor about it and

9   said, "Hey, this doesn't look good."  And he said,

10  "Well, why don't you go ahead and email Chris and let

11  him know."  So that's what I did.

12       Q    So when you came in and you realized that you

13  couldn't get access to the ICC and the EMS server, you

14  didn't email anyone about it, you only used the phone,

15  but when you thought about the Cyber Ninjas card might

16  be an issue, you emailed.  Why treat them differently?

17            MR. DENTON:  Object to form.

18            THE WITNESS:  Well, just because it was

19       suggested that I email Chris Harvey, so

20       that's what I said.  I mean, there's no

21       special, magic sauce to it.  It's just how it

22       happened.

23            MR. CROSS:  Okay.

24            (Exhibit 6 marked for identification.)

25       Q    (By Mr. Cross)  So pull up Exhibit 6, if you

1    would, please.

2          I'm sorry.  Was Josh Black the one who

3    suggested you email Mr. Harvey?

4       A    Yes, that's correct.

5       Q    Just let me know when you've got this.

6       A    I've got it.

7       Q    All right.  So if you look at the first page,

8    you'll see there's an email thread there.  Do you see

9    that?

10       A    Yes.

11       Q    And if you come down to the bottom, there's

12    an email from you to Chris Harvey on May 7, 2021.  Do

13    you see that?

14       A    Yes.

15       Q    But it's -- the full email is not there, but

16    you can see it reads, "The Dominion email today,

17    pertaining to Cyber Ninjas, was alarming to me.  When I

18    took over at the Coffee County office, the attached

19    business card was at the base of Misty Hayes' computer

20    monitor."

21          And then if you scroll down, you'll see the

22    whole email of what you said.  Do you see that?

23       A    Yes.

24       Q    And then you say, "I thought nothing of it

25    until I heard about the situation in Arizona with the

Page 161

1    DOJ.  If she did not use them, she was at the very

2    least in contact."  Do you see that?

3         A    Yes.

4         Q    And then if you go all the way to the bottom,

5    you'll see a copy of the Cyber Ninjas card that you

6    sent to Mr. Harvey.

7         A    Yes.

8         Q    What was the situation in Arizona with DOJ

9    that prompted your concern?

10        A    Well, that was mentioned in that Dominion

11   email, you know, where the Department of Justice had

12   come in and stopped that -- stopped them from, you

13   know, tampering with the equipment.  So I just felt

14   like it would be pertinent to look into that.

15             Part of the reason is -- you can see why that

16   was sent in email form, is because I scanned the card

17   just to show, hey, this Douglas Logan guy had a

18   business card here.

19        Q    Got it.  Yep.

20             And then -- so do I understand correctly your

21   concern was you got an -- you got the alert from

22   Dominion, you understood the situation with DOJ in

23   Arizona --

24        A    Yes.

25        Q    -- with Cyber Ninjas, and you thought there

1    at least potentially could be a similar compromise

2    issue in Coffee County, and so you thought you should

3    alert Chris Harvey to that?  Is that fair?

4         A    Yes.  And, of course, I was also, you know,

5    thinking about the situation -- if somebody had come in

6    and, you know, touched any of the equipment or done

7    anything.

8         Q    Right.  And did it occur to you that that

9    might explain why the password no longer worked on the

10   ICC and the EMS, that someone like Cyber Ninjas may

11   have come in and done something?

12        A    Yeah, the thought did cross my mind.

13        Q    And was that something you discussed with

14   Mr. Harvey or Mr. Patel or others when they were

15   looking into the server and replacing it?

16        A    Well, when I was talking with them about it,

17   part of my concern was that, you know, potentially

18   somebody had done something to that server.

19        Q    Did you speak specifically with Mr. Patel,

20   for example, about maybe it was Cyber Ninjas?

21        A    Honestly, I thought that I had sent that to

22   Chris before they ever got the servers, but it may have

23   been after that.

24        Q    So your thinking is that you sent this email

25   to Mr. Harvey with the Cyber Ninjas card before they

Page 163

```
 1    replaced the server and the ICC?

 2         A    That was what I thought.

 3         Q    Okay.

 4         A    Honestly, to be sure about that, I'd have to

 5    see the call log on the phone.

 6         Q    Right.  And that timing would suggest that

 7    you didn't realize that the passwords weren't -- that

 8    the password wasn't working on the server until

 9    sometime after your May 7 email?

10         A    That's what I thought, yes.

11         Q    So now your recollection is --

12         A    Well, I'm not sure which one came first, but

13    I don't recall having a conversation with them, when

14    they came, about Cyber Ninjas.

15         Q    "Them" being Mr. Patel and Chris from --

16         A    Yes, that's correct.

17         Q    So you don't recall ever speaking to them

18    about Cyber Ninjas?

19         A    No, I don't recall.

20         Q    You only communicated with Chris Harvey?

21         A    Yes, that's correct.

22         Q    And so Mr. Harvey here writes you back four

23    days later.  You sent your email on a Friday afternoon.

24    He responds on Tuesday, May 11th.  "I think it might be

25    prudent to see if there has been any contact between
```

1    the person on the card and anyone in your office and/or

2    if they have had any access to any of your equipment.

3    I have let our investigations division and CES know,

4    and they might follow up with you."  Do you see that?

5        A    Yes.

6        Q    So a few questions on this.  Did anyone ever

7    follow up with you from the State on this issue?

8        A    I never heard anything back from anybody at

9    the State.

10       Q    So no further communications from anyone at

11   the State about the concern that Mr. Harvey notes here

12   about whether there might have been access to any of

13   the equipment at Coffee County?

14       A    No, I never heard anything else back from

15   them.

16       Q    And you can see on Mr. Harvey's email back to

17   you, he copies Frances Watson.  Do you see that?

18       A    Yes.

19       Q    And do you recall she was formerly the head

20   of the investigations unit at the Secretary's office?

21       A    Yes, that's correct.

22       Q    So you never heard from Ms. Watson?

23       A    No.

24       Q    Never heard -- you mentioned a number of

25   investigators that you spoke with during your time at

1    Coffee County.

2            None of those or any other investigator ever

3    raised any issue with you at all about Cyber Ninjas or

4    potential access to Coffee County?

5        A    No, I never heard from any of them.

6        Q    And Michael Barnes here, head of CES, also

7    copied on your email -- do you see that --

8        A    Yes.

9        Q    -- never heard from Mr. Barnes about this

10    issue?

11        A    No, sir.

12        Q    And, again, the State has provided a document

13    indicating that the EMS server was replaced on June 8,

14    so about a month after this, and already we can see

15    that Mr. Harvey has alerted CES to the Cyber Ninjas

16    issue.  But do I understand correctly that throughout

17    all of your communications with CES on replacing that

18    server, no one ever suggested to you that it had

19    anything to do with the Cyber Ninjas concern or an

20    improper access concern?

21        A    I don't recall any conversation of that.

22        Q    So no one from the State ever came to

23    Coffee County, for example, to look at any of the

24    equipment there forensically to determine whether there

25    had been any improper access while you were at that

1     office; is that right?

2              MR. DELK:  Object to form.

3              THE WITNESS:  Not while I worked

4        there.

5        Q     (By Mr. Cross)  No one came in and looked at

6     any hard-copy files while you were there?

7        A     I don't recall anybody coming to look at

8     anything like that.

9        Q     No one spoke with your assistant, to your

10    knowledge?

11       A     No, not to my knowledge.

12       Q     No one spoke with any member of the board, to

13    your knowledge?

14       A     As far as the board goes, I couldn't say.  I

15    never heard anything from them about it.

16       Q     But if an investigator from the State had

17    contacted your assistant or a board member about

18    possible improper access to voting equipment, would you

19    expect them to let you know that that outreach had

20    occurred, given you were the elections supervisor?

21       A     I would tend to think I would have heard

22    about it.

23       Q     Okay.  Did you follow up with Mr. Harvey

24    after his May 11th email about the Cyber Ninjas card

25    and potential improper access to the equipment there?

1          point and follow up.

2          Q     (By Mr. Cross)   So Coffee County continued to

3     use election equipment -- BMDs, poll pads, printers, a

4     scanner, a central scanner, polling place scanners --

5     in elections in 2021, while you were there, after the

6     head of elections for the State said that there was a

7     potential access concern that needed to be

8     investigated; is that right?

9          A     We used the same --

10               MR. DENTON:   Object to form.

11         A     -- poll pads and ballot-marking devices.

12         Q     I'm sorry, can you say that again?

13         A     We use the same poll pads and ballot-marking

14    devices and scanners.

15         Q     And the same printers, right?

16         A     Yes.

17         Q     And you said the same scanners?

18         A     Yes.

19         Q     After the email you got from Chris Harvey on

20    May 11th, right?

21         A     Yes, that's correct.

22         Q     If you see here, Ms. Watson sends the email

23    internally to Pamela Jones within about half an hour of

24    Mr. Harvey's email.  Do you see that?

25         A     Is it just further down in this one?

1      Q      It's the very top, the most recent email on

2    the first page.

3      A      Yes, I see it.

4      Q      And here Ms. Watson, the head of the state

5    investigative unit at that time, writes, "Can you

6    contact the County and verify what, if any, contact

7    Cyber Ninjas had with any election equipment?"  Do you

8    see that?

9      A      Yes.

10      Q      And you're saying you never heard from

11    Pamela Jones?

12      A      I never heard from anybody asking about

13    contact with the equipment or Cyber Ninjas.  It's

14    possible that they reached out and asked somebody else.

15      Q      Well, it's only you and your assistant

16    responsible for elections in the state beyond -- or in

17    Coffee County beyond the Board, right?

18      A      Yes, that's correct.  I'm just saying it's

19    possible that they reached out to somebody at the

20    actual county commissioner's office because, of course,

21    we have cameras in there but we don't have a terminal

22    for them on site.

23      Q      All right.  So you mentioned cameras a couple

24    of times.  I want to make sure I understand that.  What

25    cameras are you talking about?

Page 170

1        A    Just the cameras in the office.

2        Q    And that's in the office where you work or

3    worked?

4        A    Yes.

5        Q    And what cameras were in the election office

6    at Coffee County when you were there?

7        A    There was one in the front lobby.  There was

8    one over there, let's see, near Sandy Grantham's desk.

9    And then there was one down in the big room where

10   there's a portion for early voting.

11            THE WITNESS:  My headset is about to

12        die, so I'm going to have to switch over to

13        the computer.

14            MR. CROSS:  Okay.

15            (Discussion off the written record.)

16        Q    (By Mr. Cross)  So no -- there was no cameras

17   in your office?

18        A    No, not in that office.

19        Q    And no cameras in the room where the EMS

20   server and the ICC were?

21        A    No.  I don't -- I don't believe that there's

22   a camera in the big room where the scanners are.

23        Q    And the only access to the room with the EMS

24   server is through a door specifically to that room, but

25   they first have to get into your office?

1    received an alert from Dominion about people trying to

2    get improper access to voting equipment; you

3    specifically referenced an issue in Arizona where DOJ

4    was involved and specifically Cyber Ninjas was involved

5    in these situations, the Dominion alert; and you sent

6    that on to the head of elections for the entire state

7    of Georgia.  So you certainly had some concern here,

8    right, that Cyber Ninjas may have been in Coffee County

9    or at least been in contact --

10        A    That they may have been, yes --

11             MR. DELK:  Object to form.

12        A    -- but I didn't know for sure.

13        Q    Right, you didn't know for sure, but you had

14   a concern about that, and you rightly raised it with

15   the State?

16        A    Yes, that's correct.

17        Q    You never heard back?

18        A    I never heard anything back other than that

19   email response.

20        Q    When you were -- and I'm going to wrap up

21   here soon, Mr. Barnes -- when you were in your position

22   as the elections supervisor, did you ever hear from

23   anyone that in January of 2021, sometime around January

24   2021, individuals had come in to the Coffee County

25   election office and had gotten access to the EMS server

Page 191

1     guess if they've got something different on paper, then

2     maybe that's right.

3          Q    Okay.

4          A    But I could have sworn I had a June election,

5     though, that I had to do, because we had a primary and

6     then, of course, we had the November election.

7          Q    Okay.  All right.

8               Are any -- is any of the equipment in the

9     room where the EMS server sits, is any of that

10    equipment connected to the internet?

11         A    No.

12         Q    Is it -- to your knowledge, has any of that

13    equipment ever been connected to the internet?

14         A    Not to my knowledge, no, and it shouldn't be.

15         Q    Have you ever connected a laptop or a

16    smartphone or a tablet to any of the equipment in that

17    room?

18         A    No, definitely not.

19         Q    Sorry, did you say no?

20         A    I said no, definitely not.

21         Q    Do you know whether anyone else has?

22         A    Not to my knowledge.

23         Q    You sometimes use flash drives with that

24    equipment, right?

25         A    Yes, that's correct.

1      Q   What do you use flash drives for, for

2  election purposes, to plug into the EMS server or the

3  ICC?

4      A   Well, the State sends us the election project

5  on a thumb drive, and then we plug that in to download

6  that information onto there.  That's the primary

7  function for that.  You're not supposed to plug any

8  outside thumb drives into there.  There's no reason to

9  do so, and it can compromise the system.

10     Q   And so the flash drives that were plugged

11  into the Coffee County equipment and the EMS server,

12  those were provided by the State, to your knowledge?

13     A   Yes.

14     Q   Is that the same for your experience at

15  Lanier?

16     A   Yes, that's correct.

17     Q   How does -- in your experience, how does the

18  County get the election night results from the ICC and

19  EMS to the election night reporting system so that they

20  can upload that to State?

21     A   Well, what we -- what we do is -- like I

22  said, they're networked in together, so we pull the

23  information that we've gathered from the scanner and

24  send it over to EMS, then we tabulate that information

25  together, and then we get an election report for that

1   State provides to upload election files for an

2   election, in your experience, the County also has flash

3   drives that it plugs into the EMS to pull down a copy

4   of election project files after an election, right?

5        A    Well, usually it's during the election.  But,

6   yes, once you complete it, you should update that

7   backup one last time just in case something ever

8   happened to the server and you needed to

9   [indiscernible].

10        Q    And in your experience, when that happens,

11   were you using the same flash drive that the State

12   provided before the election or using a different flash

13   drive to pull the election project files off?

14        A    No, it's a different one.

15        Q    And where did you get that flash drive?

16        A    This -- these were the black flash drives

17   that the State originally sent.  They sent like a

18   fairly large box full of them.

19        Q    When did those come in?

20        A    Before I got there.

21        Q    I see.  And where -- and so when you got

22   there, where did you find these flash drives?

23        A    The box of flash drives were just in there in

24   the server room.

25        Q    How many were in there approximately?

1        A       Maybe 30 or 40, something around that nature.

2        Q       You said maybe 30 or 40?

3        A       Yes.

4        Q       And none of those flash drives had any

5    election project files from elections preceding you?

6        A       No.  Those were blank.

7        Q       They were all blank.

8                How do you know that all 30 or 40 flash

9    drives in that box actually came from the State?

10       A       Well, I'm not entirely sure that they did,

11   but it had the -- they were black and had the same

12   writing on it as the one the State sent, so I assumed

13   they were.

14              Q   I see.  Okay.

15               And you were in -- you were the assistant

16   elections supervisor in Lanier County for the

17   switchover from DREs to BMDs, right?

18       A       Yes, that's correct.

19       Q       And was it the same method there?  So with

20   the DRE system, you'd have a flash drive, you'd pull

21   off the election data onto a flash drive from the old

22   GEMS server, much like you do with the Dominion system

23   now; is that right?

24       A       Yes, that's correct.

25              Q   And when you were in Lanier County and there

1    was a switchover from the DRE system to the BMD system,

2    you guys already had flash drives on hand to use to

3    pull the election data off of the new Dominion EMS

4    server, right?

5         A    Well, all of the old equipment associated

6    with the GEMS server was actually supposed to be turned

7    in to the State to be kept at a -- you know, Kennesaw

8    State.  So when we got the new equipment in from the

9    State in Lanier, we also got new black hard drives.

10   They just sent us as many as they did Coffee.

11        Q    I see.  So when you were in Lanier County,

12   there were some new black -- there were some new flash

13   drives that came in when the BMD system was rolled out?

14        A    Yes, that's correct.

15        Q    Okay.  What happened to the old flash drives?

16        A    Presumably, all that got sent back over to

17   the Secretary of State's office because they asked us

18   to return all that [indiscernible].

19        Q    Do you know for sure that all went back, in

20   Lanier, or you don't -- somebody else handled it?

21        A    We -- well, somebody else handled it, but we

22   didn't have any old flash drives there when I was

23   there.

24        Q    But when you got to Coffee County, you found

25   that Coffee County still had a lot of their old GEMS

Page 197

1   equipment.  I think that's one of the things you said
2   you had to turn back in?
3        A    Yeah, they had like some of the old voter
4   cards and things like that that you were supposed to
5   turn in back when we switched over.
6        Q    Did they have other -- were there any DREs,
7   was there a GEMS server?  What all do you recall from
8   that system?
9        A    No, there were no DREs or GEMS servers there.
10  It was mostly just the Compaq flash cards and
11  voter ID -- I mean voter cards, things of that nature.
12       Q    Have you ever asked the Secretary of State's
13  office for any election project files for
14  Coffee County?
15       A    The only ones that we requested was for the
16  municipal election.
17       Q    So that's an election that used the new
18  replacement server?
19       A    Yes, that's correct.
20       Q    Did you ever ask for any election project
21  files from the server they took?
22       A    I did go back and say that -- like I told you
23  before, that we were trying -- somebody had open-record
24  requested, you know, the ballot images and whatnot and
25  that I couldn't find any of that and, you know, was

1    there any way I could get it.  And I was told no, there

2    was no way to get it.

3        Q    What happens to the flash drives -- after you

4    pull the election data off to provide the State or to

5    keep a copy of that, what happens to those flash

6    drives?

7        A    Yeah, they're supposed to be maintained along

8    with all the other election file -- election materials,

9    as they call it.  And usually best practice is to take

10   a DYMO LabelWriter and print off a label that says, you

11   know, the -- what election it was, what year and date

12   it was, and you always want to label them somehow or

13   another and put them in your boxes [indiscernible].

14       Q    Okay.

15       A    In my course of being there, I haven't found

16   any of those.

17       Q    Right.  And do the flash drives get reused,

18   so, for example, from one election to the next, so that

19   you can keep project files in one easy place?

20       A    No.  It's supposed to just be for that

21   specific election, so that way you can keep track of

22   it.

23       Q    And are you -- in your experience at Lanier

24   and Coffee County, were flash drives ever reused?

25       A    No.  They shouldn't be.

Page 199

1      Q      I know they shouldn't be.   Do you recall an
2   instance where they were?
3      A      I never did.   I don't know about anybody
4   prior to me.
5      Q     Okay.
6            MR. CROSS:  All right, thank you,
7      Mr. Barnes, I don't have any further
8      questions.  I appreciate your time.
9            THE WITNESS:  Okay.
10            MR. CROSS:  Why don't we go off the
11      record.
12            THE VIDEOGRAPHER:  The time is 2:08.
13      We're off the record.
14            (Off the record.)
15            THE VIDEOGRAPHER:  The time is 2:09.
16      We're back on the record.
17            MR. ABNEY:  Sorry, just tried to connect
18      my ear pods.
19                      EXAMINATION
20   BY MR. ABNEY:
21      Q     Can you hear me okay, Mr. Barnes?
22      A     Yes, sir.
23      Q     Perfect.  Let me know if there's a problem
24   and I'll switch back to a different microphone, but
25   usually this works the best.

Page 239

1                    C E R T I F I C A T E

2

3     STATE OF GEORGIA

4     COUNTY OF COBB

5

6              I, MICHELLE M. BOUDREAUX-PHILLIPS, do hereby

7     certify that JAMES A. BARNES, JR., the witness whose

8     deposition is hereinbefore set forth, was duly sworn by

9     me and that such deposition is a true record of the

10    testimony given by such witness.

11

12             I further certify that I am not related to

13    any of the parties to this action by blood or marriage

14    and that I am in no way interested in the outcome of

15    this matter.

16

17             IN WITNESS WHEREOF, I have hereunto set my

18    hand this 27th day of July 2022.

19

20             _____

               MICHELLE M. BOUDREAUX-PHILLIPS, RPR

21

22

23

24

25