1              UNITED STATES DISTRICT COURT

2            FOR THE NORTHERN DISTRICT OF GEORGIA

3                     ATLANTA DIVISION

4

5             Civil Action No. 1:17-cv-02989-AT

6      _____

7      DONNA CURLING, et al.,

8            Plaintiffs,

9      vs.

10     BRAD RAFFENSPERGER, et al.,

11           Defendants.

12     _____

13

14         VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF

15                   BENJAMIN R. COTTON

16     DATE:          August 25, 2022

17     TIME:          9:11 a.m. to 4:02 p.m. CDT

18     LOCATION:      Witness location

19

       REPORTED BY:  Felicia A. Newland, CSR

20

21              Veritext Legal Solutions

              1250 Eye Street, N.W., Suite 350

22              Washington, D.C. 20005

Page 5

# C O N T E N T S

| EXAMINATION BY: | | PAGE |
|---|---|---|
| | Counsel for Curling Plaintiffs | 11 |
| | Counsel for Coalition Plaintiffs | 166 |
| | Counsel for State Defendants | 227 |
| | Counsel for Witness | 273 |
| | Counsel for State Defendants | 278 |

COTTON DEPOSITION EXHIBITS

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| 1 | LinkedIn Profile of Ben Cotton | 24 |
| 2 | Letter from Andrew Parker to Mary Kaiser, and others, dated August 24, 2022 | 38 |
| 3 | Letter from Andrew Parker to Mary Kaiser, dated August 19, 2022 | 53 |
| 4 | Article entitled:  Pro-Trump Tech Team Copied Georgia Election Data, Records Show | 77 |
| 5 | January 8, 2021 Paul Maggio e-mail chain and invoice | 85 |
| 6 | Key Photos from Maggio Production | 93 |
| 7 | 8/12/2022 Maggio Hard Drive Contents | 101 |

Page 6

1  8  8/12/2022 Email addresses with access to    107
2     CC data

3  9  4/22/2021 Email, Greg Freemyer - no          113
4     involvement

5  10 E-mail chain, Coffee County Forensics        116
6     FedEx to Lambert

7  11 Cotton Excerpt, July 21, 2022 Motion         119
8     Hearing, Lake v. Hobbs

9  12 Declaration of Benjamin R. Cotton in         137
10    Lake v. Hobbs

11 13 May 7, 2021 Barnes e-mail chain re:          151
12    Cyber Ninjas

13 14 Georgia, Secretary of State, News and        156
14    Announcements, January 27th, 2022

15 15 ICS Advisory (ICSA-22-154-01) 6/4/22,        158
16    3:21 p.m.

17 16 7/13/2021 Corrected Exhibit B - July 12      165
18    Declaration of J. Alex Halderman

19 D1 Exhibit D to Cotton First Declaration -      267
20    EAC Inv Report Williamson County, TN

21 D2 Exhibit F to Cotton's First Declaration      278
22    - Halderman Dec 2020.08.19

1       D3   Exhibit G to Cotton First Declaration -    281

2            Halderman Rebuttal Declaration

3

4       *(Exhibits attached to transcript.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

1              MR. PARKER:  And this is Andrew

2      Parker here representing Ben Cotton.  I am in the

3      room with Mr. Cotton.  I am not on camera, but I

4      will be speaking during the deposition.

5              VIDEOGRAPHER:  Is that everybody --

6              MR. PARKER:  If you need me to be on

7      camera, I am certainly happy to do that, but prior

8      to starting, there was a request made that only

9      Mr. Cotton be in the camera view.

10             VIDEOGRAPHER:  Has everybody

11     announced their appearances?

12             Okay.  Will the court reporter

13     please swear in the witness?

14         (Witness duly sworn in.)

15             VIDEOGRAPHER:  You may proceed.

16                 * * * * * *

17      Whereupon,

18             BENJAMIN R. COTTON

19     was called as a witness and, having been first duly

20     sworn, was examined and testified as follows:

21

22

1        today with respect to some of the representations

2        that you just made, but I believe we can get

3        started.

4                    MR. PARKER:  Okay.

5        BY MS. KAISER:

6                Q      Good morning, Mr. Cotton.

7                A      Good morning.

8                Q      I'm Mary Kaiser.  Nice to meet you.

9                       Can you please state your name and

10       address for the record?

11               A      My name is Benjamin R. Cotton,

12       C-O-T-T-O-N.  And my address is 27427 Montana

13       Highway 83, Bigfork, Montana 59911.

14               Q      I'm going to be asking you a series

15       of questions today.  Before we do that, do you

16       understand that you are under oath?

17               A      I do.

18               Q      Is there any reason why you would be

19       unable to give full and complete testimony today?

20               A      No.

21               Q      Have you been deposed before?

22               A      I have.

Page 28

1        forensics organization.

2                Q    You said you're just a member of that

3        organization?

4                A    I am.

5                Q    Do you have a leadership role?

6                A    I do not.

7                Q    Do you know about how many members

8        the organization has?

9                A    I -- I really don't have any idea.

10       It's -- it's global, so there would be a lot.

11               Q    Okay.  Are you involved in any

12       election organizations or offices?

13               A    I am not.

14               Q    Prior to the November 2020 general

15       election, did you have any experience analyzing

16       election systems?

17               A    No.

18               Q    Prior to the November 2020 general

19       election, did you have any experience analyzing

20       elections data?

21               A    No.

22               Q    Have you done any work on behalf of a

1      we've been going for about an hour, and I'm about

2      to -- to change topics.  Do you want to take a

3      short break, just five minutes?

4                      THE WITNESS:  Sure.

5                      MS. KAISER:  Okay.  Thank you.

6                      We're off the record.

7                      VIDEOGRAPHER:  The time is

8      approximately 10:21 a.m.  We are going off the

9      video record.

10                 (Recess from 10:21 a.m. to 10:37 a.m.)

11                     VIDEOGRAPHER:  The time is

12     approximately 10:37 a.m.  We are back on the video

13     record.  Go ahead.

14     BY MS. KAISER:

15             Q     Mr. Cotton, do you know who Garland

16     Favorito is?

17             A     I do.

18             Q     Who's Mr. Favorito?

19             A     He is the head of the VoterGA.org.

20             Q     Have you had any communications with

21     Mr. Favorito?

22             A     Yes.

1           Q       Have you had any communications with

2       Mr. Favorito related to data or software from

3       Georgia?

4           A       As it related to and through his

5       attorney, yes.

6           Q       And for what purpose?

7           A       For the purpose of the engagement

8       which we previously spoke, which was to analyze the

9       artifacts that were produced in response to FOIA

10      requests and subpoenas to VoterGA.org in relation

11      to one of their -- well, two of their cases that

12      they had, that they were prosecuting.

13          Q       Mr. Cotton, you -- you mentioned

14      before, Mr. Cotton, that prior to June 2021, you

15      had not analyzed any data from Georgia.  Is that

16      correct?

17          A       That's correct.

18          Q       Have you analyzed any data or

19      software related to the Dominion Voting System

20      that's used in Georgia, the same Dominion equipment

21      that's used in Georgia?

22                  MR. PARKER:  You can answer limited

Page 82

```
 1              A     I did not.

 2              Q     Have you ever accessed any voting

 3       equipment or voting data from Coffee County,

 4       Georgia?

 5                    MR. PARKER:  Don't -- don't answer

 6       that if it gets into anything regarding your

 7       engagement as a consulting expert.

 8                    THE WITNESS:  Yes, I have.

 9       BY MS. KAISER:

10              Q     Did you access any voting equipment

11       or voting data from Coffee County on January 7th,

12       2021?

13              A     No.

14              Q     When is the first time that you ever

15       accessed voting -- voting equipment or data from

16       Coffee County, Georgia?

17              A     It would have been the middle to end

18       of June of 2021.

19              Q     Okay.  I'll come back to that.

20                    Do you have any understanding of who

21       collected that data from Coffee County, Georgia?

22              A     I have no direct personal knowledge
```

1          of that.

2                    Q     Do you know who Scott Hall is?

3                    A     I do not.

4                    Q     Do you know who Eric Chaney is?

5                    A     I'm not familiar with that name

6          either.

7                    Q     Do you know who Cathy Latham is?

8                    A     No.

9                    Q     Do you know who Misty Hampton is?

10                   A     Yes.

11                   Q     Who is Misty Hampton?

12                   A     Misty Hampton was the election

13         official in Coffee County, Georgia, and she's also

14         Stefanie Lambert's client.

15                   Q     Have you ever had any communications

16         with Ms. Hampton?

17                   A     Yes.

18                   Q     Regarding what?

19                   A     I met her prior to June of 2021, and

20         it was a social setting.

21                   Q     Where was that social event?

22                   A     That was in Michigan.

```
 1            A     No, I don't recall him.

 2            Q     Okay.  Do you see next to his name it

 3      says "SullivanStrickler, LLC"?

 4            A     I see that, yeah.

 5            Q     Do you have an understanding that

 6      Mr. Maggio worked at SullivanStrickler?

 7            A     Based on this e-mail and your

 8      representations, yes.

 9            Q     Okay.  And that the e-mail is to

10      Sidney Powell.  I believe you said you are -- you

11      are aware of who Ms. Powell is just from press

12      reports.  Is that correct?

13            A     That's correct.

14            Q     Okay.  And copied on the e-mail is

15      Tricia.  Do you know who Tricia is?

16            A     I don't.

17            Q     How about Jim Penrose?

18            A     I know who Jim Penrose is.

19            Q     Who is Mr. Penrose?

20            A     He is a forensics expert that was

21      also engaged by Stefanie Lambert on some of her

22      engagements, I believe, outside of Georgia.  I
```

1    didn't know that he was working in Georgia.

2              Q     Have you ever had any communications

3    with Mr. Penrose?

4              A     Only in the capacity of collaborating

5    experts supporting Ms. Lambert.

6              Q     Have you collaborated with

7    Mr. Penrose at all with respect to Georgia voting

8    data or voting -- the Georgia voting software?

9              A     Tangentally.

10             Q     Can you elaborate on that?

11             MR. PARKER:  If it relates to your

12   engagement as a consulting expert in Georgia, you

13   cannot testify to it.  If it does not, you can.

14             THE WITNESS:  He was involved in the

15   initial spin-up of Coffee County, Georgia.

16   BY MS. KAISER:

17             Q     What do you mean when you say

18   "spin-up of Coffee County, Georgia"?

19             A     So when -- when Stefanie directed me

20   to support Coffee County, Georgia, I had a

21   conversation with him that -- concerning access to

22   the materials.

Page 88

1          Q     Did he facilitate your access to the
2     materials?
3                    MR. PARKER:  Don't answer that.  It's
4     related to work product.  Actually, you can -- you
5     can answer it to the extent that you don't get into
6     materials that you actually received and reviewed.
7                    THE WITNESS:  Yes, he did.
8     BY MS. KAISER:
9          Q     How did he facilitate that access?
10               And, again, I'm not asking about the
11    contents of the materials.  I'm just asking about
12    the access.
13         A     He provided some log-in credentials
14    for me to download the materials.
15         Q     To download them from where?
16         A     From the SullivanStrickler website, a
17    secured portal.
18         Q     A secured portal?
19         A     Yes.
20         Q     And approximately when was that,
21    Mr. Cotton?
22         A     That was approximately the 11 -- or

1          the middle of June, 11th, 12th, somewhere in there.

2                    Q     June 2021, correct?

3                    A     Correct.

4                    Q     So Mr. Penrose provided you with the

5          log-in credentials that you required to download

6          information from the SullivanStrickler secured

7          portal.  Is that correct?

8                    A     That is correct.

9                    Q     Is that the extent of your

10         communications with Mr. Penrose?

11                   A     Yes.

12                   Q     Also copied on this e-mail is Brendan

13         Sullivan.  Do you see that?

14                   A     I do.

15                   Q     Do you know Mr. Sullivan?

16                   A     I do not.

17                   Q     And the last person copied on this

18         e-mail is Doug Logan.  Do you see that name?

19                   A     I do.

20                   Q     Do you know Mr. Logan?

21                   A     I know a Doug Logan.  I don't know if

22         this is the same Doug Logan, but I certainly know a

1          Q    Do you recognize that as the same

2      number that was referenced in Maggio's --

3      Mr. Maggio's e-mail on Exhibit 5?

4          A    I do.

5          Q    Mr. Cotton, did you receive data

6      copied from Coffee County, Georgia on January 7,

7      2021?

8          A    I did not.

9          Q    At any time?

10              MR. PARKER:  Objection.

11              You can answer if it's outside of

12     the consulting expert role that you were retained

13     for in Georgia; and if it is not, you cannot

14     answer.

15              THE WITNESS:  So as I previously

16     testified, I received access to a download site on

17     or about the middle of June 2021.

18     BY MS. KAISER:

19          Q    Did you ever receive a hard drive

20     or -- or any other materials containing data from

21     Coffee County, Georgia?

22              MR. PARKER:  You cannot answer that

1      if it was received as a part of your consulting

2      expert role in Georgia.

3                   THE WITNESS:  So as I previously

4      testified, I received access to the

5      SullivanStrickler download site in the middle of

6      June of 2021.

7      BY MS. KAISER:

8            Q    If you look at Exhibit 7 again.  Did

9      you receive access to the files listed in

10     Exhibit 7?

11             MR. PARKER:  If you -- if you

12     received that -- if you received any access related

13     to your consulting expert role, you cannot answer

14     it, but if you received it outside of that role,

15     you can.

16             THE WITNESS:  I did not receive any

17     access outside of my role as a consulting expert.

18     BY MS. KAISER:

19           Q    So you're not willing to testify as

20     to the contents of the data that you received

21     access to?

22             MR. PARKER:  That's correct.  I'm

```
 1              A    No.

 2              Q    Have you ever physically or remotely

 3      accessed any elections office in Georgia?

 4              A    No.

 5              Q    You have provided sworn testimony

 6      that you forensically analyzed the voting system

 7      for Coffee County, Georgia.  Is that correct?

 8              A    That is correct.

 9              Q    Will you please walk me through how

10      you came to analyze that voting system?

11              MR. PARKER:  You can testify about

12      what you testified to in Arizona, but if it relates

13      to your work as a consulting expert in Georgia, you

14      cannot testify beyond that.

15              THE WITNESS:  I had the occasion to

16      be able to examine the artifacts necessary to make

17      conclusions about the cybersecurity posture of the

18      EMS server in Coffee County, Georgia.

19      BY MS. KAISER:

20              Q    Did you offer an expert opinion on

21      that matter?

22              A    I have a -- a declaration in another
```

Page 124

1          A     Yes.

2          Q     So as you sit here today, Mr. Cotton,

3     you have no knowledge of how the data that you

4     received was obtained from voting equipment in

5     Coffee County.  Is that correct?

6          A     That is correct.

7          Q     I want to go back to what was

8     previously marked as Exhibit 3.  This is your

9     March 2021 engagement letter with Ms. Lambert.

10               We walked through this -- the

11    description of services section agreement prior --

12    previously.  Do you remember that?

13         A     I do.

14         Q     And your engagement letter states

15    that you would provide forensic imaging of hard

16    drives, correct?

17         A     If required, yes.

18         Q     Did you, yourself, undertake any

19    forensic imaging of hard drives in Coffee County,

20    Georgia?

21         A     I did not --

22               MR. PARKER:  Do not answer that --

Page 127

1          attorney," was that Stefanie Lambert?

2                    A     Yes.

3                    Q     What happened after you downloaded

4          the data from Coffee County, Georgia?  What did you

5          do with it?

6                         MR. PARKER:  Objection.  Don't go any

7          further than what you testified to in Arizona, to

8          the extent that it relates to your consulting work

9          as an expert.

10                        THE WITNESS:  I provided -- or I

11         performed an analysis of those provided artifacts.

12         And a portion of those conclusions are referenced

13         in the Arizona declaration.

14         BY MS. KAISER:

15                   Q     Did you undertake that analysis right

16         away?

17                   A     It's my recollection that it was

18         fairly shortly after the -- I downloaded the

19         artifacts.

20                   Q     Did you save that data anywhere?

21                   A     Which data are you speaking about?

22                   Q     The Coffee County data that you

1    accessed from the SullivanStrickler secured site.

2         A    Yes.

3         Q    Where did you save it?

4         A    I saved it on my forensics

5    workstation.

6         Q    That's the computer in -- in your lab

7    in Montana.  Is that correct?

8         A    That is correct.

9         Q    But you saved a copy of it there?

10        A    Yes.

11        Q    Did you replicate the data in any

12   way?

13        A    I did not.

14        Q    Did you share the data with anybody?

15        A    No.

16        Q    Did you perform this analysis on your

17   own?

18             MR. PARKER:  Objection.  It goes into

19   his work as a consulting expert.  I would instruct

20   him not answer.

21   BY MS. KAISER:

22        Q    Have you worked with anybody else

1      it's work-product doctrine, it's governed by all

2      of the rules that have been cited in the log, as

3      well as the nondisclosure agreement.

4      BY MS. KAISER:

5           Q    Are you willing to answer that

6      question, Mr. Cotton?

7           A    I will follow the direction of the

8      attorney.

9           Q    Do you still have the Dominion data

10     files from Coffee County?

11          A    Yes.

12          Q    What steps, if any, have you taken to

13     secure those files?

14          A    They're on isolated systems, password

15     protected on encrypted hard drives.

16          Q    Does anybody have access to those

17     passwords besides you?

18          A    No.

19           Q    To your knowledge, who has received

20     or had access to the Dominion data from Coffee

21     County, Georgia?

22                 MR. PARKER:  To the extent that it

1          (Recess from 11:48 a.m. to 12:01 p.m.)

2              VIDEOGRAPHER:  The time is

3     approximately 12:01 p.m.  We are back on the video

4     record.  Go ahead.

5     BY MS. KAISER:

6          Q     Mr. Cotton, we were just speaking

7     about Misty Hampton and your belief that she had

8     authority to authorize your access to the Coffee

9     County voting data.

10              Are you aware that Ms. Hampton was

11    fired from her job in February of 2021?

12         A     I am not.

13         Q     You met Ms. Hampton in approximately

14    April of 2021.  Is that right?

15         A     That's correct.

16         Q     And that by that time she had

17    retained Ms. Lambert as her attorney.  Is that

18    right?

19         A     That's my understanding, yes.

20         Q     Did you have an understanding of why

21    she needed an attorney?

22         A     I -- my understanding was, is that

1       she was being harassed by the -- by the County.

2       And there was possible action -- I was unclear as

3       to what action that it would have been that was

4       going to be taken against her.

5            Q     By the County?

6            A     By the County.

7            Q     And so your understanding is

8       Ms. Lambert was hired to represent her in the

9       defense of an action by Coffee County?

10           A     Yes.

11           Q     Did she tell you anything about that

12      when you met with her in April of 2021?

13           A     We did not discuss what was going on

14      in Coffee County when I met her in April.

15           Q     Did you discuss her -- why she had

16      retained Ms. Lambert?

17           A     I did not.  And, you know, it's not

18      my place.

19                 MS. KAISER:  I'm going to mark the

20      next exhibit, which I think is going to be

21      Exhibit 12.

22

Page 286

1              CERTIFICATE OF NOTARY PUBLIC

2        I, FELICIA A. NEWLAND, CSR, the officer before whom

3        the foregoing deposition was taken, do hereby

4        certify that the witness whose testimony appears in

5        the foregoing deposition was duly sworn by me; that

6        the testimony of said witness was taken by me in

7        stenotype and thereafter reduced to typewriting

8        under my direction; that said deposition is a true

9        record of the testimony given by said witness; that

10       I am neither counsel for, related to, nor employed

11       by any of the parties to the action in which this

12       deposition was taken; and, further, that I am not a

13       relative or employee of any counsel or attorney

14       employed by the parties hereto, nor financially or

15       otherwise interested in the outcome of this action.

16

17

18       _____

19            FELICIA A. NEWLAND, CSR

             Notary Public

20

         My commission expires:

21       September 15, 2024

22