Page 1

1            UNITED STATES DISTRICT COURT

2          FOR THE NORTHERN DISTRICT OF GEORGIA

3                   ATLANTA DIVISION

4           Civil Action No. 1:17-cv-02989-AT

5    _____

6    DONNA CURLING, et al.

7          Plaintiffs

8    vs.

9    BRAD RAFFENSPERGER, et al.

10         Defendants

11   _____

12

13      VIDEOTAPED DEPOSITION OF EMILY MISTY HAMPTON

14   DATE:          November 11, 2022

15   TIME:          10:49 a.m. to 6:07 p.m.

16   LOCATION:      Courtyard by Marriott Warner Robins

                    589 Carl Vinson Parkway

17                  Warner Robins, Georgia 31088

18   REPORTED BY:  Felicia A. Newland, CSR

19

20

21              Veritext Legal Solutions

               1250 Eye Street, N.W., Suite 350

22                Washington, D.C. 20005

Page 5

C O N T E N T S

EXAMINATION BY:                                    PAGE

    Counsel for Coalition Plaintiffs          11

    Counsel for Curling Plaintiffs            208

    Counsel for State Defendants              240

    Counsel for Coalition Plaintiffs          254

HAMPTON DEPOSITION EXHIBITS

NO.  DESCRIPTION                                   PAGE

Exhibit 1  Article, Secretary of State's Office          25
        Opens Investigation into Coffee County's
        Handling of Recount

Exhibit 2  Text string messages, Gary with Dominion      30

Exhibit 3 String of text messages with Eric Chaney       34

Exhibit 4 String of text messages between Misty          87
        Hampton and Eric Chaney

Exhibit 5  Chart of "Confidential" text messages         126

Exhibit 6  Messages - Andy Thomas & Ernestine            146
        Thomas-Clark & Eric Chaney & Matthew McC
        & Wendell Stone

Exhibit 7  E-mail from Misty Hampton to Open             149
        Records Request, dated March 31, 2021

Exhibit 8  Time sheet review                             151

| | | |
|---|---|---|
| 1 | Exhibit 9  Text messages from James Dom tech | 152 |
| 2 | Exhibit 10 Misty video production - CCBOE responses | 160 |
| 3 |       to Plaintiffs subpoenas | |
| 4 | Exhibit 11 Lindell lands in Douglas | 160 |
| 5 | Exhibit 12 Shawn Still Complaint | 175 |
| 6 | Exhibit 13 Misty Hampton e-mailing Robert Sinners' | 182 |
| 7 |       personal e-mail | |
| 8 | Exhibit 14 E-mail from Christina Read, Thursday, | 184 |
| 9 |       December 10, 2020 | |
| 10 | Exhibit 15 Misty Hampton e-mails from other county | 185 |
| 11 |       users | |
| 12 | Exhibit 16 Photograph of password for 2020 Election | 194 |
| 13 | Exhibit 17 Photograph, Miles Latham on January 7 | 195 |
| 14 | Exhibit 18 Photograph of young man walking to | 197 |
| 15 |       building | |
| 16 | Exhibit 19 Photograph, Alex Cruce, on January 7 | 197 |
| 17 | Exhibit 20 Photograph of Misty's office, GEMS room | 206 |
| 18 | Exhibit 21 Series of photographs | 207 |
| 19 | Exhibit 22 Still shots from DouglasNow YouTube | 211 |
| 20 |       video | |
| 21 | Exhibit 23 EMS computer password | 214 |
| 22 | Exhibit 24 Photograph, Coffee County GEMS password | 216 |

Page 7

1    Exhibit 25 Photograph, (exterior only) Lenberg -        224

2                January 27, 28, 29

3                (Exhibits attached to transcript.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

```
                                                        Page 11
 1                    MR. MILLER:  And do I need to make my
 2       announcement?
 3                    This is Attorney Jonathan Miller,
 4       here on behalf of Ms. Hampton.
 5                    VIDEOGRAPHER:  I'm assuming that the
 6       rest of you attorneys are not going to go on the
 7       record today?
 8                    Madam Court Reporter, if you would,
 9       please in the witness.
10                         * * * * * * *
11       Whereupon,
12                    EMILY MISTY HAMPTON
13       was called as a witness and, having been first duly
14       sworn, was examined and testified as follows:
15         EXAMINATION BY COUNSEL FOR COALITION PLAINTIFFS
16         BY MR. BROWN:
17              Q     Please state your name for the
18       record.
19              A     Emily Misty Hampton.
20              Q     Ms. Hampton, my name is Bruce Brown.
21       And I represent the Coalition Plaintiffs.  I'm
22       going to be asking you some questions today.  One
```

1                  A      That's my maiden name.

2                  Q      Okay.   Thank you.

3                         And when did you return to your

4          maiden name?

5                  A      I think it was February of '21.

6                  Q      And were you Martin before that?

7                  A      Correct.

8                  Q      Okay.  Ms. Hampton, you were the

9          Coffee County Election supervisor.  Is that right?

10                 A      Correct.

11                 Q      And what was -- when did you start

12         with Coffee County Election Office, the office

13         itself?

14                 A      2012, I think.

15                 Q      And what was your position when you

16         started?

17                 A      Clerk.

18                 Q      And when did you become the election

19         supervisor, roughly?

20                 A      I think somewhere around '15.

21                 Q      And running forward to, let's say,

22         the 2019 period onward, who reported to you in the

Page 18

```
 1              Q      How often did you meet with the Board
 2       of Elections?
 3              A      Once a month.
 4              Q      And those were the regularly
 5       scheduled board meetings?
 6              A      Correct.
 7              Q      Ms. Hampton, I'm going to skip around
 8       a little bit, so just bear with me, and make sure
 9       that you understand my question.  But I want to
10       turn now to the video that you made showing the
11       issue with electronic adjudication.
12                     Do you remember that?
13              A      Yes, sir.
14              Q      And when -- about when did you make
15       that?
16              A      I think it was in December of '20.
17              Q      That would have been several weeks
18       after the general election?
19              A      Correct.
20              Q      And what prompted you to make the
21       video?
22              A      I discovered how an election
```

Page 19

1      supervisor could change a vote during adjudication

2      by accident, and I showed a board member and he

3      wanted to bring it before the Board so that the

4      Board could see everything.

5              Q     And which board member did you bring

6      it to?

7              A     Eric Chaney.

8              Q     And who actually made the video?  Or

9      who made it with you, I should say?

10             A     The Board.

11             Q     The entire Board?

12             A     Correct.

13             Q     And how did -- did you make the video

14     public?

15             A     I did not make the video public.

16             Q     Was it made public to your knowledge?

17             A     Yes.

18             Q     What was it on?  Twitter?

19             A     I do not know.

20             Q     And what sort of reaction did you get

21     from people to the posting of your video?

22                   MR. MILLER:  Object to form.

Page 22

1          I'm an attorney for the Curling Plaintiffs.  I work

2          at Morrison & Foerster.

3                    MR. MILLER:  I do not -- you don't

4          work with the State?

5                    MS. ELSON:  Correct.

6                    MR. MILLER:  Okay.  So you -- so you

7          are not with law enforcement.

8                    MS. ELSON:  Oh, you said "law

9          enforcement."  I apologize.  I heard Morrison &

10         Foerster.

11                    MR. MILLER:  Okay.  You know, as long

12         as there's no one with law enforcement on this, I

13         understand that it's a public deposition, but there

14         are considerations there.  Bruce, I apologize for

15         jumping in in the middle of that.  Please continue.

16         BY MR. BROWN:

17              Q     I think my question was whether you

18         received any inquiry from the Secretary of State

19         with respect to your video showing the issue with

20         electronic adjudication.

21                    MS. LAROSS:  And I believe I lodged

22         an objection as to form.

Page 23

1                    THE WITNESS:  So can I answer?

2                    MR. MILLER:  Yes, you may answer.

3                    THE WITNESS:  I did.

4        BY MR. BROWN:

5            Q     And who contacted you?

6            A     The investigator.  I can't remember

7        his name off the top of my head.

8            Q     The investigator from -- from the

9        State?

10           A     Correct.

11           Q     And what did he ask you or what did

12       you tell him?

13           A     He and two other investigators came

14       to the office.

15           Q     About when did they come to the

16       office?

17           A     I remember it was on a Friday, I

18       don't remember the date.

19           Q     Was it before Christmas or after

20       Christmas?

21           A     I don't remember the date.

22           Q     Was it before you finished the

Page 24

1      recount?

2              A      At this time I -- I can't remember if

3      it was or was not.

4              Q      What was the substance of the meeting

5      you had with the investigators?

6              A      It was during the recount, or I think

7      it was after certification of the recount because

8      they came to investigate the recount as well.

9              Q      And what -- what was it about the

10     recount that they were investigating?

11             A      There was a 50-ballot difference.

12             Q      And did you and the investigators

13     resolve the 50-ballot difference?

14             A      We did.

15             Q      And how did you resolve it?

16             A      Counted the ballots by hand, put them

17     in stacks of a hundred.

18             Q      And after you did that, did you

19     reconcile the -- the totals?

20             A      To the penny.

21             Q      Getting -- getting back to your --

22     your video, are you aware of any instance in which

                                                                Page 49

1                    MS. LAROSS:  Objection as to form.

2                    THE WITNESS:  That's when they were

3          investigating the recount.

4     BY MR. BROWN:

5              Q    And what did they do when they were

6          there in their investigation of the recount other

7          than trying to get the scanner to communicate with

8          the system?

9                    MS. LAROSS:  Objection as to form.

10                   THE WITNESS:  That's when we did

11         the -- that's when we hand counted the ballots?

12    BY MR. BROWN:

13             Q    Okay.  Who actually did the -- the

14         hand counting?

15             A    The three investigators from the

16         State.

17             Q    Anybody else?

18             A    They counted them.

19             Q    And that was the final count that you

20         did in Coffee County?

21             A    Yes, sir.

22             Q    Let me direct your attention to the

Page 50

1      next page, which is page 19 of Exhibit 3.  And do

2      you see the -- I guess, are these photographs here

3      that you texted to Mr. Chaney?

4              A      Yes.

5              Q      And what do the photographs show?

6              A      The poll pads.

7              Q      And what are the poll pads showing?

8              A      Netflix.

9              Q      So you could get Netflix on a poll

10     pad?

11             A      That's correct.

12             Q      Did you ever tell Russ Ramsland about

13     this feature of the poll pads?

14             A      Not that I recall.

15             Q      If would turn the page to page 20 of

16     Exhibit 3.  What do the photographs at the top of

17     the page of page 20 of Exhibit 3 show?

18             A      A computer screen.

19             Q      And what's shown on that computer?

20             A      Solitaire.

21             Q      So the -- is that the ICC scanner

22     computer?

Page 62

1        BY MR. BROWN:

2                Q       Did they copy the EMS server, the

3        EMS?

4                A       I take the Fifth.

5                Q       Did they copy the ImageCast Central

6        Tabulator?

7                A       I take the Fifth.

8                Q       Did they copy the laptop containing

9        the Dominion software?

10               A       I take the Fifth.

11               Q       Did they copy the 20 KNOWiNK poll

12       pads?

13               A       I take the Fifth.

14               Q       Did they copy CompactFlash cards used

15       to program the -- the ImageCast precinct scanner

16       tabulators?

17               A       I take the Fifth.

18               Q       Did they copy USB thumb drives used

19       to program ImageCast X -- capital X --

20       ballot-marking devices?

21               A       I take the Fifth.

22               Q       Did they get passwords for all of

1    those equipments -- equipment from you?

2         A    I take the Fifth.

3         Q    I'm going to refer to what I just

4    described in my questions, and that is the copying

5    of the election equipment in Coffee County as

6    "SullivanStrickler's work."

7              Do you follow me?

8         A    Okay.

9         Q    Did you give SullivanStrickler

10   permission to do their work on January 7, 2021?

11        A    I did not do anything without the

12   direction of the Board.

13        Q    And who specifically on the Board

14   gave you the Authority to give SullivanStrickler

15   the permission to do their work?

16        A    Eric.

17        Q    Who else?

18             Is that Eric Chaney?

19        A    Correct.

20        Q    Anybody else on the Board?

21             MR. MILLER:  Just tell him the truth.

22             THE WITNESS:  Ernestine.

1          BY MR. BROWN:

2                  Q      Who else?

3                  A      Matthew.

4                  Q      Who else?

5                  A      I can't recall.

6                  Q      So those three, you told -- well,

7     describe for me the circumstances in which you

8     received authority from these three board members

9     to give authority to SullivanStrickler to come into

10    the election county offices and Coffee -- and copy

11    the election system?

12                 A      I don't understand your question.

13                 Q      Did you have a meeting to talk about

14    it?  Did you text them?  Did you call them?  Did

15    you all meet there?

16                        How did they convey to the authority

17    to allow SullivanStrickler to do their work on

18    January 7?

19                 A      I don't really recall.

20                 Q      Okay.  If someone were to say to

21    doubt you and to say, "No, you did this all on your

22    own, you did not have the authority of the Board,"

Page 65

1    what would you point to or is there any evidence

2    that you're aware of that these board members did

3    give you this authority or direction?

4                     MR. MILLER:  Object to form.

5                     THE WITNESS:  I don't remember the

6    actual way that Eric told me about it.

7    BY MR. BROWN:

8         Q    Did -- did Eric -- did Ernestine tell

9    you directly or was this secondhand through Eric?

10        A    Through Eric.

11        Q    What about Matthew, did Matthew tell

12   you directly or was it through Eric?

13        A    Through Eric.

14        Q    And so Eric Chaney told you in effect

15   that these board members want you to allow someone

16   to come in and copy the election software, correct?

17                   MR. MILLER:  Object to form.

18                   THE WITNESS:  Yeah.

19   BY MR. BROWN:

20        Q    And when in relation to January 7,

21   which is the day they got there, did Mr. Chaney

22   convey that to you?

Page 78

1          come in to copy the software, correct?

2                     A     I'm sorry.  Say that again.

3                     Q     At some point, a couple days, maybe a

4          week, before January 7, Mr. Chaney conveyed to you

5          that you should allow a third party to come in and

6          copy the election software, correct?

7                     A     Correct.

8                     Q     What preparations did you need to

9          make or did you make before January 7th, for

10         SullivanStrickler's visit to Coffee County?

11                    A     Ask that again, please.

12                    Q     They came on January 7th.  What did

13         you need to do beforehand to prepare for their

14         visit?

15                          I mean, it may be nothing, I don't

16         know.

17                    A     I did nothing.

18                    Q     And Cathy Latham told you that they

19         were coming in advance?

20                    A     I don't recall that.

21                    Q     Who -- who told you?

22                    A     Eric.

```
 1              (Hampton Deposition Exhibit Number 4

 2              marked for identification.)

 3      BY MR. BROWN:

 4              Q     Is that in front of you?

 5              A     No, sir.

 6              Q     If you would just let me know when

 7      that comes up, I'd appreciate it.

 8              A     It's there.

 9              Q     If you would turn to the third page

10      of Exhibit 4, which is Tab 9.  Do you see that?

11              A     I do.

12              Q     And these are text messages from

13      Cathy Latham to you.  Is that correct?

14              A     That's between Cathy and I, yes.

15              Q     Okay.  And so -- just so I get this

16      straight, at the top "okay" is -- is you, right?

17              A     The blue is me.

18              Q     Okay.  I can't tell the colors.

19                    But if you would -- I have blackened

20      my copy of it.  I'm not looking at the screen.

21                    The "okay" is I take it blue, and

22      that's yours, correct?
```

Page 99

1    object or not to that.

2              MR. MILLER:  Okay.

3              MS. LAROSS:  Can I see the note as

4    well, Jonathan?

5              MR. MILLER:  Sure.

6              I don't have -- I'm -- I'm done,

7    Bruce.  Whenever you want to get back.

8              MR. BROWN:  I'll withdraw -- I'll

9    withdraw the question.  But, Jonathan, you may want

10   to reconsider taking the Fifth as to the last one.

11             MR. MILLER:  Well, if Ms. Marks will

12   send you an e-mail or a text message real quick.

13   BY MR. BROWN:

14        Q    Now, Ms. Hampton, you authorized

15   SullivanStrickler to have access to the election

16   equipment in Coffee County's Election office,

17   correct?

18        A    I'm sorry?

19        Q    You authorized SullivanStrickler on

20   January 7th to have access to Coffee County's

21   election software in your Coffee County's election

22   office, right?

1          A     Under the direction of Eric, yes.

2          Q     And you -- you could see them

3     actually copying the software, correct?

4          A     I don't know that I -- I didn't know

5     that it was software that they were copying.

6          Q     What did you think they were copying?

7          A     I'm not a computer tech, so I really

8     did not know.

9          Q     Okay.  But you saw them working at

10    the server, correct?

11         A     Correct.

12         Q     And the ICC scanner computer,

13    correct?

14         A     Correct.

15         Q     And you saw them with all the

16    CompactFlash cards and USB drives, you saw them

17    copying all those, right?

18         A     Correct.

19         Q     Okay.  And you saw them copying

20    the -- the poll pads also, correct?

21         A     I can't recall the poll pads but ...

22         Q     Maybe yes, maybe no, right?

1          A     I can't recall for sure the poll

2    pads.

3          Q     Okay.  At any time did you tell Tony

4    Rowell that SullivanStrickler or anyone had been

5    given access to make copies of the election

6    equipment in Coffee County?

7          A     I did not know.

8          Q     You don't know of anybody informing

9    him?

10         A     I do not know.

11         Q     Okay.

12               MR. BROWN:  I'm going to -- I'm going

13   to have -- for everybody's knowledge, I'm going to

14   go through one other small topic, short topic, and

15   then we'll take a break for lunch, if that's okay

16   with everybody.

17   BY MR. BROWN:

18         Q     What I would like to do is ask you

19   some questions on sort of the events of

20   January 7th, in and out.

21               On the day that SullivanStrickler was

22   there, you opened the door for them, correct?

1          A     I think I did one day, yeah.

2          Q     And who else was there when the team

3     of -- the four people from SullivanStrickler came?

4     Who else was there in your office?

5          A     Eric Chaney, Ed Voyles, Jil

6     Ridlehoover.  I think Cathy Latham was.  I can't

7     remember anyone else.

8          Q     Do you recall Scott Hall being there?

9          A     Yes.

10          Q     Do you recall a gentleman with

11     Mr. Hall named Alex Cruce being there?

12          A     I do not.

13          Q     Do you remember somebody with him,

14     somebody with Mr. Hall?

15          A     I -- yes.

16          Q     Okay.  And can you describe him or do

17     you recall?

18          A     I do not recall.

19          Q     What was Mr. Voyles doing there?

20          MR. MILLER:  Object to form.

21          THE WITNESS:  I do not know.  I don't

22     recall.

Page 113

1           Q      To the best of your memory, did you

2      tell anyone at Dominion after SullivanStrickler had

3      been given access to your equipment and software

4      that that had happened?

5           A      To the best of my memory, no.

6           Q      Okay.  And you -- you took a while to

7      answer, and I -- I do appreciate that, but is there

8      something that you're remembering that you might

9      have told them or they might have found out that

10     you're thinking about?

11          A      No, sir, just running through my

12     brain.

13          Q      Okay.  I want to shift a couple of

14     days to January 17th, it's about ten days after

15     SullivanStrickler was there.  Do you recall being

16     visited by Mr. Lenberg and Mr. Logan?

17          A      Yes, sir.

18          Q      And what were they doing at the

19     Coffee County Election's Office?

20               MR. MILLER:  Object to form.

21               THE WITNESS:  I do not recall.

22

Page 114

1    BY MR. BROWN:

2          Q       You just don't remember?  You don't

3    remember Mr. Lenberg being there day after day?

4          A       That's not what I said.

5          Q       Do you remember why they were there?

6          A       No, sir, I do not remember exactly

7    why they were there.

8          Q       Do you remember generally why they

9    were there?

10         A       No, sir.

11         Q       Did you give either Mr. Lenberg or

12   Mr. Logan any authorization to have access to the

13   equipment?

14         A       They were -- I mean, I was there, so

15   I had given them, you know, authorization, you

16   know, from direction of Eric.

17         Q       Was the -- was your understanding

18   that the direction from Mr. Chaney extended from

19   the access that was given on the 7th to additional

20   access that was given on the 17th and the 18th?

21         A       Correct.

22         Q       Okay.

1      A      Yes.

2      Q      And how was that conveyed to you?

3      A      How was that conveyed to me, is that

4   what you asked?

5      Q      Yes.  How did you know that?

6      A      He never said no.

7      Q      Well, if somebody just came off the

8   street, right, that you didn't know and said, you

9   know, "Can I hang out and sort of poke around your

10   election equipment," would you allow them to do

11   that?

12              I mean, I'm trying to move this

13   along.  Okay?  I mean, they -- they showed up.  How

14   did you know they were getting there -- they were

15   coming?

16              What authority did you have to allow

17   them -- did you do this just on your own?

18      A      As I stated before, I did it with

19   direction from Eric.

20      Q      All right.  So Mr. Chaney told you,

21   "There are going to be two more people coming on

22   January 17th and 18th"?

Page 117

1          Q     Okay.  And what do you recall about

2     what either of them -- well, let's -- let's talk

3     about Mr. Lenberg first.

4                    What do you recall Mr. Lenberg doing

5     when he was there?

6          A     Discussing the election equipment.

7          Q     With you?

8          A     Yes, sir.

9          Q     And so he was trying to figure out

10    how it worked.  Is that right?

11         A     Correct.

12         Q     And you told him, right?

13         A     Yes, sir.

14         Q     You answered his questions, right?

15         A     That's correct.

16         Q     And did he -- did you give him sort

17    of hands-on access to the equipment or did he ask

18    you to do things to the equipment and then answer

19    questions?  If that makes any sense.

20         A     That don't make any sense.

21         Q     Okay.  Did you allow him access to

22    the equipment, hands-on?

```
 1            A     Did he touch the machines, is that
 2      what you're asking?
 3            Q     Well, okay, did he touch the
 4      machines?
 5            A     No.
 6            Q     Okay.  Did he ask not to touch the
 7      machines?
 8            A     Not that I recall.
 9            Q     Okay.  So how did -- how did -- did
10      he examine the machines -- the machines through
11      you?  Did you do it for him?
12            A     I was the one that was physically
13      touching the machines, yes.
14            Q     Right.  Okay.
15                  And give me an example of what you
16      can recall about Mr. Lenberg asking you to do on
17      the machines.
18                  MR. MILLER:  Object to form.
19                  THE WITNESS:  I don't recall, sir.
20      BY MR. BROWN:
21            Q     But basically he was trying to figure
22      out how they worked, right?  Fair to say?
```

1          A     I would say so.

2          Q     And did he ask you to make any copies

3     of any of the equipment or the software or the

4     thumb drives or anything else in there?

5          A     I'm going to plead the Fifth on that.

6          Q     Okay.  And I believe the video shows

7     that Mr. Lenberg came over a period of days.  Is

8     that consistent with your recollection?

9          A     Yes, sir.

10         Q     Okay.  And so he would come and ask

11    you questions and have you do certain things on the

12    machines, leave and then come back the next day and

13    do -- do that some more, right?

14         A     Correct.

15         Q     Okay.  And was the purpose of this

16    again to fix your ICC scanner or was there another

17    purpose for Mr. Lenberg's visit?

18              MR. MILLER:  Object to form.

19              THE WITNESS:  I can't answer that.

20    BY MR. BROWN:

21         Q     Do you know why he was there, why he

22    was allowed to be there?

Page 120

1              MR. MILLER:  Object to form.

2              THE WITNESS:  No, sir, I do not.

3    BY MR. BROWN:

4         Q    Okay.  So Mr. Chaney gave you the

5    instruction, you followed it, but you did not know

6    what the purpose of it was, correct?

7         A    I didn't do anything without the

8    direction of Eric Chaney.

9         Q    Right.

10             At Mr. Chaney's direction, you

11   allowed Mr. Lenberg to have access to the equipment

12   and you answered his questions.  And you do not

13   know specifically why that was being done, correct?

14             MR. MILLER:  Object to form.

15             THE WITNESS:  Correct.

16   BY MR. BROWN:

17        Q    Okay.  Is it fair to say that it had

18   to be for some reason other than fixing the ICC

19   scanner?

20             MR. MILLER:  Object to form.

21             THE WITNESS:  I don't know how to

22   answer that question.

Page 124

```
 1              Q      Okay.  Now, other than Mr. Chaney,
 2      who did you discuss Mr. Logan and Mr. Lenberg's
 3      visit to the Coffee County Election's Office with?
 4              A      I don't recall.
 5              Q      Okay.  Do you recall referring to the
 6      activities of Mr. Lenberg and Mr. Logan as, quote,
 7      measuring your desk?
 8                     Do you recall that?
 9              A      I do.
10              Q      And why did you use that code to
11      describe the work that they were doing?
12                     MR. MILLER:  Object to form.
13                     THE WITNESS:  I plead the Fifth on
14      that.
15      BY MR. BROWN:
16              Q      Did you think that there was
17      something wrong with what they were doing?
18                     MR. MILLER:  Object to form.
19                     THE WITNESS:  I plead the Fifth on
20      that.
21      BY MR. BROWN:
22              Q      Did Mr. Voyles know that -- or did
```

1            THE WITNESS:  I do not know.

2       BY MR. BROWN:

3            Q    Let me direct your attention to what

4       is going to be marked as Exhibit 5, which is Tab

5       25.

6                 (Hampton Deposition Exhibit Number 5

7                 marked for identification.)

8       BY MR. BROWN:

9            Q    And before I do that, let me ask some

10      of the same questions about -- about -- about

11      Mr. Logan.  This is going to be repetitive, but the

12      questions I had asked you before was about

13      Mr. Lenberg.

14                 You recall Mr. Logan being in your

15      offices.  Is that right?

16           A    Yes.

17           Q    And you do not know the purpose of

18      his visit, correct?

19           A    Correct.

20           Q    And you don't recall whether he asked

21      you one way or the other to change the clock,

22      correct?

1          A     Correct.

2          Q     And he did not touch -- actually

3     touch the equipment, correct?

4          A     Correct.

5          Q     Instead he asked questions and you

6     answered them.  Is that right?

7          A     Correct.

8          Q     And in some instances he asked you to

9     do things on the computer.  Is that right?

10               And you would do that according to

11    his instructions.  Is that right?

12         A     Correct.

13         Q     And as far as you know, did he make

14    any copies of anything that he saw there or -- or

15    worked on there?

16         A     I don't recall.

17         Q     And you don't know -- okay.  That's

18    good.

19               And before he got there -- or while

20    he was there, did you know that he was associated

21    with the group Cyber Ninjas?

22         A     No, sir.

Page 141

1          A     I don't know what the special report

2     is.

3          Q     You don't know what he was doing with

4     the information that you were giving him, right?

5          A     Correct.

6          Q     If you drop down to the 22nd,

7     Mr. Lenberg says at 14:11, "Hey guys.  Whenever Jim

8     is available, we three should get up to date.

9     Status here in Coffee County has changed quite a

10    bit and I am having to shift plans."

11               Do you see that?

12         A     I do.

13         Q     Do you know what on or about

14    January 27th would have changed the status --

15               MR. MILLER:  Object to form.

16    BY MR. BROWN:

17         Q     -- in Coffee County?

18         A     No, sir.

19         Q     Let me direct your attention to the

20    circumstances around your termination from Coffee

21    County.  And the -- the stated reason for your

22    termination was that you had falsified time

1      records, right?

2              A      Correct.

3              Q      And it's your belief that that is not

4      the real reason you were fired, correct?

5              A      Well, I was forced to resign so ...

6              Q      I'm sorry, I -- I knew that.  Let me

7      ask it again.

8                     That the falsification of your time

9      sheets was not the reason you were forced to

10     resign, correct?

11                    MS. LAROSS:  Objection to form.

12                    MR. MILLER:  Ditto.

13                    THE WITNESS:  Correct.

14     BY MR. BROWN:

15              Q      What do you believe was the reason

16     that you were forced to resign?

17                    MR. MILLER:  Object to form.

18                    THE WITNESS:  I believe that I was

19     forced to resign because -- I'm trying to think of

20     how to put it without being very hateful.  I think

21     I was forced to resign, one, because of the video

22     that was created, and the State and Dominion was

1    coming down on Coffee County.   It's just my belief.

2    BY MR. BROWN:

3            Q       Is it -- why was Dominion coming down

4    on Coffee County?

5                    MR. MILLER:   Object to form.

6    BY MR. BROWN:

7            Q       Well, let me -- let me correct it.

8                    MR. BROWN:   Jonathan, you're correct.

9    BY MR. BROWN:

10           Q       So let me -- let me try to summarize

11   what you're saying, because I think I get it.

12                   On the video you were critical of

13   Dominion's equipment, correct?

14           A       Correct.

15           Q       And you believe that at least one of

16   the reasons for being forced to resign was not

17   falsifying time sheets, but was the fact that you

18   had been critical of Dominion and, by extension,

19   the Secretary of State, correct?

20                   MS. LAROSS:   Objection as to form.

21                   THE WITNESS:   Correct.

22

Page 144

1    BY MR. BROWN:

2              Q    I'm not suggesting that you need any

3    more evidence, but do you have any evidence other

4    than simply sort of the chronology of events that

5    would lead you to that conclusion?

6              A    The chairman of my Board -- of the

7    Board, excuse me, signed off on every time sheet

8    that was turned in and I was a salary employee.

9              Q    So that was obviously bogus, right?

10             MS. LAROSS:  Objection as to form.

11   BY MR. BROWN:

12             Q    I mean, what you're saying is it --

13   since you were a salary employee and since your

14   time sheets are signed off, it's highly unlikely

15   that that was the reason that you were terminated.

16   Fair to say?

17             MS. LAROSS:  Objection as to form.

18             MR. MILLER:  You can answer.

19             THE WITNESS:  I think so.

20   BY MR. BROWN:

21             Q    Okay.  Did anybody suggest to you, in

22   any kind of communication, that the reason -- the

1       real reason that you were being asked to resign was

2       because you were critical of Dominion's system?

3               A       Yes.

4               Q       Who?

5               A       A lot of people in the public that

6       saw the video.

7               Q       Anybody associated with Coffee

8       County, Coffee County Board, Board of Elections?

9               A       No, sir.

10              Q       I'm not suggesting -- I'm not

11      suggesting that -- that you needed to support your

12      belief, because you've already answered why you

13      believe it, but I just need to get all the facts

14      down.

15                      Like did Mr. Chaney ever suggest that

16      that's why you were asked to resign?

17              A       No, sir.

18              Q       Or Ernestine?

19              A       No, sir.

20              Q       Okay.  And do you recall being

21      terminated right around January -- or, I'm sorry,

22      February 25th?  Does that sound right?

Page 146

1          A       Yes, sir.

2          Q       Okay.  Let me direct your attention

3    to Exhibit 6, which is going to be Tab 1.

4               (Hampton Deposition Exhibit Number 6

5                marked for identification.)

6    BY MR. BROWN:

7          Q       Tab 1 is going to be Exhibit 6.

8          A       It's up.

9          Q       Okay.  Let me direct your attention

10   to page 2.  And during the month on the 24th,

11   you -- you mentioned that you were being asked to

12   speak to the Rotary Group on the 24th.  Do you see

13   that?

14         A       I do.

15         Q       And then was there a board meeting

16   that day or the next day?  Do you recall?

17         A       I found out later that night that

18   there was, yes.

19         Q       Okay.  And so the Board met without

20   you.  Is that right?

21         A       Excuse me?

22         Q       Did the Board meet without you?

Page 173

1             Q    The next text you say -- or she says,

2      I'm sorry, "How is it today?  Finished?"  Do you

3      see that?

4             A    I do.

5             Q    And the answer may be somewhere, it's

6      not on the next page, but let me continue.

7                  And on the next page, page 7, you say

8      at 3:48, "Going great so far."  Do you see that?

9             A    I do.

10            Q    Now, that's referring to

11     SullivanStrickler's access to the equipment and

12     software.  Is that right?

13            A    I don't recall.

14            Q    If you skip over to page 8, on

15     January 10.

16            A    Can you scroll up, please?

17            Q    Had you borrowed Cathy Latham's

18     church's scanner?

19            A    I remember she brought a scanner.

20            Q    What for?

21                 MR. MILLER:  Object to form.

22                 THE WITNESS:  I'm trying to remember.

Page 188

1          A     Yes, sir.

2          Q     And you don't know whether she

3     destroyed any of her e-mails, do you?

4          A     I can't answer that question.  No,

5     sir.

6          Q     Ms. Hampton, I have some questions

7     about the passwords that you used to access the

8     election software.  The -- the EMS -- the main EMS

9     server was password protected, correct?

10          A     Correct.

11          Q     To get into the EMS server, did you

12     need one password or were there a couple of

13     gateways that you needed additional passwords for?

14          A     I don't remember how many passwords.

15          Q     As far as you know, there was one?

16          A     I know there was one, but I don't

17     know if there was more or not, I can't remember.

18          Q     Now, do you recall that in your video

19     there was a Post-It note that showed a password?

20     Do you recall that?

21          A     I do.

22          Q     And what was that a password for?

1          A      I -- it was for the system, but I

2      don't remember -- I mean, it was for that election,

3      the 2020 election.

4          Q      Was it the password that was specific

5      to that election or was it for the EMS server, if

6      that makes any sense?

7          A      For that election.

8          Q      Okay.  So you needed that to get

9      information from the Secretary of State about the

10      2020 election, correct?

11          A      The Secretary of State's office gave

12      us those passwords.

13          Q      And that was different than the

14      password to the EMS server itself, correct, or was

15      it the same?

16          A      I can't recall.  I know -- I know it

17      was a password given by the Secretary of State, but

18      I don't remember exactly which program it went to.

19          Q      After the password was exposed

20      online, did anyone ask you to change the password?

21          A      That password was for the 2020

22      election and the 2020 election was over when the

1        video went live or went over the internet.

2                Q     Okay.  Did you ever change the

3        password to the EMS server?

4                A     Not that I recall, no, sir.

5                Q     Did you -- did you have the

6        authority -- the administrative authority to change

7        the password on the EMS computer?

8                A     No.  Not that I was aware of, no,

9        sir.

10               Q     Okay.  And who did, to the best of

11       your knowledge?

12               A     The Secretary of State's office.

13               Q     And I'm referring to the server

14       itself, not to an election-specific password.  Do

15       you follow me?

16               A     I -- yes, sir, I follow you.

17               Q     Okay.  It's your understanding that

18       the local election people did not have the

19       administrative authority to change the -- the

20       password on the EMS server, correct?

21               A     Correct.

22                     MS. LAROSS:  Objection as to form.

1       Exhibit 21.

2               A       Exhibit 22.

3               Q       Oh, yeah, thanks.  Apparently I can't

4       count.  All right.  Bear with me, I'm doing two

5       things at once.

6                       (Hampton Deposition Exhibit Number 22

7                       marked for identification.)

8       BY MS. ELSON:

9               Q       All right.  Let me know when you can

10      see that exhibit.

11              A       And who do you represent again?  I'm

12      sorry.

13              Q       The Curling Plaintiffs.  We are

14      co-plaintiffs with Mr. Brown's clients.

15              A       It's up.

16              Q       All right.  Is this you in the image?

17              A       It is.

18              Q       And where are you seated?

19              A       In the GEMS room, as I called it.

20              Q       Do you see the -- that small paper

21      Post-It that's attached to the bottom of the

22      computer monitor?

1          A      I do.

2          Q      I have a zoomed-in copy if you can't

3     see that, but my question for you is, what is that?

4          A      That was a password to the election.

5          Q      And by "password to the election"

6     you're referring to those election-specific

7     passwords that the State released for the election?

8          A      Yes.  It's the same one that's on the

9     memo that is on the desk.

10         Q      I understand.  Thanks.

11         A      That is issued by the State.

12         Q      And does the State issue the same

13    password to each county for each election?

14                MR. MILLER:  Objection as to form.

15                MS. LAROSS:  Objection as to form.

16                THE WITNESS:  Yes.

17    BY MS. ELSON:

18         Q      Okay.  And who has access to that

19    password, besides you obviously?

20         A      Jil had access to it.  The Board

21    members had access to it, but I mean they didn't

22    know how to ...

1            Q     Okay.  Could it have been the

2      password to the EMS?

3            A     Like I said, I can't remember which

4      program it went to.

5            Q     I got you.

6            A     What's it say under it?

7            Q     Great question.  And I do not know.

8      I have an associate looking for a clearer image of

9      that.

10               In the meantime, so we don't waste

11     time, I'm going to introduce Exhibit 23.

12               (Hampton Deposition Exhibit Number 23

13               marked for identification.)

14     BY MS. ELSON:

15            Q     Tell me when you can see that.

16            A     It's up.

17            Q     Do you recognize this image?

18            A     I do.

19            Q     And what is it?

20            A     It's the same sticky note.

21            Q     And what's the sticky note taped to?

22            A     The computer.  I can't remember what

Page 215

1        that piece is called.

2                Q      Oh, yeah.

3                A      I called it "the box" but --

4                Q      Modem?

5                A      Yeah, hard drive, whatever.  Yeah.

6                Q      And when you say "computer," do you

7        mean the computer that's attached to that monitor

8        we saw in the picture we were just looking at?

9                A      Yes.

10               Q      So this is the box attached to the

11       monitor in the GEMS room?

12               A      Yes.

13               Q      Okay.  Does this refresh your

14       recollection any more about what the SOS_Georgia

15       password is for?

16               A      I think that's the one to the actual

17       computer.

18               Q      And by that you mean when you turn on

19       the computer, you have to log into a user account

20       and that would be the password you use?

21                      And I -- I'm sorry, I know you

22       haven't answered, but I'll just add that, you know,

1           you don't need to speculate.  So if you don't know,

2           that's fine, but if you want to say that, you know,

3           it might be that password or -- that's also --

4                   A     I remember the password and I

5           remember typing that, but I don't remember which

6           program it went in to.

7                   Q     Okay.  Could it be the password to

8           the EMS server?  I know you don't remember it

9           completely.

10                         MR. MILLER:  Object to form.

11                         THE WITNESS:  I don't remember.  I'm

12          sorry.

13          BY MS. ELSON:

14                  Q     No need to be sorry.  Thank you.  All

15          right.  One more password for you.

16                     (Hampton Deposition Exhibit Number 24

17                      marked for identification.)

18          BY MS. ELSON:

19                  Q     I'm going to introduce Exhibit 24.

20          Let me know when you can see this one.

21                  A     It's up.

22                  Q     All right.  I apologize.  Do you

1    recognize this password?

2            A    I do.

3            Q    And what is this the password for?

4            A    That is the password issued by the

5    State for the election.

6            Q    Do you remember which election?

7            A    2020.

8            Q    And would this be the same case as

9    previously, in that the State issued the same

10   password to every county for this election?

11                MR. MILLER:  Object to form.

12                MS. LAROSS:  Objection as to form.

13                THE WITNESS:  Correct.

14   BY MS. ELSON:

15            Q    Okay.  All right.  Did you ever --

16   and this question doesn't have to do with this

17   picture.

18                Did you ever change a password to an

19   EMS server?

20           A    No, I did not.

21           Q    Did anyone ever ask you to?

22           A    No.

Page 218

1            Q     Were you aware of anyone ever

2      changing a password to the EMS server?

3            A     No, I was not.

4            Q     Okay.

5            A     If they would look underneath the

6      desk, there's a password taped to the bottom of the

7      desk.

8            Q     And that password would be for the

9      EMS server?

10           A     For the actual -- yeah, to log into

11     the computer for the first time.

12           Q     Okay.  And to the best of your

13     knowledge, does each county have a different EMS

14     server password?

15                 MR. MILLER:  Object to form.

16                 MS. LAROSS:  Objection as to form.

17                 THE WITNESS:  I don't know that

18     answer.

19     BY MS. ELSON:

20           Q     Okay.

21           A     I don't know other counties.

22           Q     That's fine.  Thank you.

Page 222

1    couldn't log in.

2    BY MS. ELSON:

3         Q    Would you be willing to allow us to

4    try and recover your Signal messages?

5              MR. MILLER:  I'm not going to let her

6    answer that question.  I object to form.

7              MS. ELSON:  Okay.  You're instructing

8    her not to answer?

9              MR. MILLER:  Yeah, I am, I am

10   instructing her to take the Fifth.

11             MS. ELSON:  Okay.

12             THE WITNESS:  I take the Fifth on

13   that.

14   BY MS. ELSON:

15        Q    And this was discussed previously, so

16   I'm sorry to be a bit duplicative, I just want to

17   make sure I understand something.

18             It was Eric Chaney who thought it

19   would be a good idea for you to make this YouTube

20   video to educate people about the scanner issue,

21   correct?

22        A    Correct.

```
 1              Q     And you had nothing to do with that
 2       video being released to the public?
 3              A     Correct.
 4              Q     When was the last time you spoke to
 5       Mr. Chaney?
 6              A     February the 25th.
 7              Q     Of 2022?
 8              A     '1.
 9              Q     2021.  Okay.
10              Why was Mr. Chaney dismissed?
11              MS. LAROSS:  Objection as to form.
12              THE WITNESS:  I have no idea.
13       BY MS. ELSON:
14              Q     So I know we spoke a bit about the
15       SullivanStrickler visit on January 7th, and the
16       visits later that month by Doug Logan and Jeff
17       Lenberg.
18              Did anyone help you with the
19       logistics of arranging the visit by Doug Logan and
20       Jeff Lenberg to the office?
21              MR. MILLER:  Plead the Fifth.
22              THE WITNESS:  I take the Fifth on
```

1          that.

2     BY MS. ELSON:

3          Q     And I understand that January 18th

4     was a holiday, so the office was closed.  Who --

5     did someone tell you that it was okay to open the

6     office on that day?

7          A     I take the Fifth on that.

8          Q     Okay.  Random question for you.  I'm

9     going to introduce the next exhibit.

10              (Hampton Deposition Exhibit Number 25

11               marked for identification.)

12    BY MS. ELSON:

13         Q     Let me know when you can see that.

14              VIDEOGRAPHER:  This is going to be

15    Exhibit 25, ma'am?

16              MS. ELSON:  Thank you, sir.

17              THE WITNESS:  It's up.

18    BY MS. ELSON:

19         Q     Thank you.

20              It's my understanding that the item

21    this person is holding is one of those ring lights

22    that people use behind them when they're live

1        BY MS. ELSON:

2                Q      Did you bring in a BMD into the room

3        while Doug Logan and Jeff Lenberg were there?

4                A      I plead the Fifth.

5                Q      Did you bring in an ICP?

6                A      I plead the Fifth.

7                Q      Okay.  I know you mentioned that no

8        one from the Coffee County Board has contacted you

9        since you were forced to resign.  Has anyone from

10       the Secretary's office contacted you?

11               A      Yes.

12               Q      And who is that?

13               A      I don't remember his name.  He was an

14       investigator.

15               Q      Do you know who he was an

16       investigator with?

17               A      He was an investigator with the

18       Secretary of State's office.

19               Q      And about when did he contact you, or

20       exactly if you know?

21               A      I don't remember.

22               Q      But it was after you had been forced

1     to resign from your post?

2          A     Yes.

3          Q     Okay.   And did you speak with the

4     investigator?

5          A     I did.

6          Q     Did you -- how did you speak with

7     him?   Did you meet in person?   Did you e-mail?

8     Have a phone call?

9          A     We had a phone call.   It was about

10    a -- an activist in Coffee County that had touched

11    the machines.

12         Q     Did you speak about anything else

13    with the investigator?

14         A     Did not.

15         Q     What activist were you discussing

16    with the investigator?

17         A     Olivia Pearson.

18         Q     And when did she -- when did

19    Ms. Pearson touch the equipment in Coffee County?

20         A     I don't remember the date.   I'm

21    sorry.

22         Q     That's okay.

Page 229

1           And what other details can you tell

2      me about the conversation you had with that

3      investigator?

4           A    That's an ongoing investigation and

5      so I don't think I can discuss it.

6           Q    Okay.  Has anyone from the State

7      Election Board contacted you in regards to the

8      Coffee County visits by SullivanStrickler or Logan

9      or Lenberg?

10          A    Have not.

11          Q    Has anyone from the Center for

12     Election Security contacted you about that topic?

13          A    Not that I'm aware of.

14          Q    Has anyone from any other law

15     enforcement bodies contacted you about that topic?

16          A    None.

17          Q    Okay.  Did the State ever

18     contacted -- contact you about -- or I'll start

19     over.

20           I know that Mr. Brown asked you if

21     Coffee County ever contacted you requesting your

22     help after you were forced to resign to get James

Page 237

1              THE WITNESS:  I do not know.

2    BY MS. ELSON:

3         Q    Okay.  Last question for me right

4    now.  And I'll just remind you that you're under

5    oath.  My question is:  Have you produced all of

6    the documents that you have that are responsive to

7    the subpoenas that the Plaintiffs served on you?

8         A    To the best of my knowledge, I have.

9         Q    Okay.  Give me one second.

10             I know I said that was my last

11    question, I have one more to clean up.

12             So you told me that no one had

13    contacted you from the Secretary of State's office,

14    Coffee County's office, State Election Board

15    regarding these visits, or even regarding anything

16    after you were forced to resign, besides the

17    investigator who you discussed the activist,

18    Ms. Pearson with.

19             Did anyone from the Georgia Bureau of

20    Investigations contact you after you were forced to

21    resign?

22         A    No, ma'am.

midPage 244

```
1        not inform the Secretary's office before the folks

2        came on January 7th, 2021, to access the Coffee

3        County server and election equipment?

4               A     I do not answer to the Secretary of

5        State's office, I answer to the Board.  The Board

6        answers to the Secretary of State's office.

7               Q     So you didn't think it important to

8        let the Secretary's office know that something like

9        that was going to happen?

10              A     Again, I reported to the Board.

11              Q     And I understand that Mr. Lenberg and

12       Mr. Logan were in the Coffee County Election

13       Office, I believe, in January 18th and 19th.  And

14       you've already testified about that so I'm going to

15       ask you similar questions about that visit.

16                    Did you inform anyone at the

17       Secretary of State's office before Mr. Lenberg and

18       Mr. Logan came to the Coffee County Office, as you

19       described earlier in your testimony, in late

20       January of 2021?

21              A     I did not.

22              Q     And why did you not let the
```

1          Secretary's office know?

2                         MR. MILLER:  I advise you to take the

3          Fifth.

4                         THE WITNESS:  I take the Fifth.

5          BY MS. LAROSS:

6                Q      And then after their visit, did you

7          inform anyone from the Secretary's office that they

8          had visited the Coffee County Election Office on

9          January 18th and 19th?

10               A      I did not.

11               Q      And I believe you described

12         previously in your testimony that Mr. Lenberg and

13         Mr. Logan didn't actually touch the election

14         equipment.

15                      Do I recall that correctly?

16               A      To the best of my knowledge.

17               Q      And so you didn't see them while you

18         were with them?  You didn't see them touch the

19         equipment?

20               A      I'm sorry, I didn't hear you.

21               Q      So you didn't -- you didn't actually

22         see them touch the equipment while you were there

1   with them on January 18th and the 19th in 2021, in

2   the Coffee County Election Office?

3           A       Not to my knowledge.

4           Q       And I think you described that they

5   were there asking you questions and you physically

6   were going onto the system.  Do I have that

7   correct?

8           A       Yes.

9           Q       And what did they ask you to do?

10                  Do you remember anything that they

11  asked you to do or what they wanted you to -- asked

12  you to look at?  What questions they had?

13          A       I don't recall.

14          Q       Did you print out anything that they

15  took from the office on the occasion when

16  Mr. Lenberg and Mr. Logan were in the office -- the

17  Coffee County Office in January 18th and 19th in

18  2021?

19          A       I don't remember.

20          Q       And I'm not sure I asked you, after

21  Mr. Lenberg and Mr. Logan were in the Coffee County

22  Office, did you inform anyone at the Secretary of

1    State's office or connected with the Secretary of

2    State's office that they had visited the office?

3            A      I did not.

4            Q      And why not?

5                   MR. MILLER:  I would advise you to

6    take the Fifth.

7                   THE WITNESS:  I take the Fifth.

8    BY MS. LAROSS:

9            Q      You testified earlier you said that

10   you gave a deposition and that you also met with

11   Ms. Marks previously.  Do I have that correct?

12           A      That's.

13           Q      Okay.  On how many occasions did you

14   meet with Ms. Marks?

15           A      I think it's been one, I think.

16           Q      Okay.  And at that meeting who else

17   was in attendance at the meeting with Ms. Marks?

18           A      Not counting my attorney?

19           Q      Oh, sure.  So your attorney was

20   there.  So Jonathan was there with you certainly.

21   Okay.

22                  And was -- Ms. Marks, was her

Page 258

1                   CERTIFICATE OF NOTARY PUBLIC

2           I, FELICIA A. NEWLAND, CSR, the officer before whom

3       the foregoing video-recorded deposition was taken,

4       do hereby certify that the witness whose testimony

5       appears in the foregoing deposition was duly sworn

6       by me; that the testimony of said witness was taken

7       by me in stenotype and thereafter reduced to

8       typewriting under my direction; that said deposition

9       is a true record of the testimony given by said

10      witness; that I am neither counsel for, related to,

11      nor employed by any of the parties to the action in

12      which this deposition was taken; and, further, that

13      I am not a relative or employee of any counsel or

14      attorney employed by the parties hereto, nor

15      financially or otherwise interested in the outcome

16      of this action.

17

18

19                              _____

20                              FELICIA A. NEWLAND, CSR

                                Notary Public

21

        My commission expires:

22      September 15, 2024