Page 1

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

Civil Action No. 1:17-cv-02989-AT

_____

DONNA CURLING, et al.,

    Plaintiffs,

vs.

BRAD RAFFENSPERGER, et al.,

    Defendants.

_____

VIDEOTAPED DEPOSITION OF

JANICE W. JOHNSTON, M.D.

DATE:         August 23, 2022

TIME:         9:39 a.m. to 11:10 a.m.

LOCATION:     Krevolin & Horst, LLC
               1201 West Peachtree Street, Northwest
               Suite 3250
               Atlanta, Georgia 30309

REPORTED BY:  Felicia A. Newland, CSR

Veritext Legal Solutions

1250 Eye Street, N.W., Suite 350

Washington, D.C. 20005

Page 5

```
 1                      C O N T E N T S
 2       EXAMINATION BY:                                PAGE
 3           Counsel for Curling Plaintiffs              9
 4           Counsel for Coalition Plaintiffs           71
 5                 JOHNSTON DEPOSITION EXHIBITS
 6         NO.   DESCRIPTION                            PAGE
 7       Exhibit 1  Plaintiffs' Identification of        10
 8                  Outstanding Discovery Disputes Per April
 9                  5, 2022 Order
10       Exhibit 2  Security Analysis of Georgia's ImageCast  14
11                  X Ballot Marking Devices, Professor J.
12                  Alex Halderman, Ph.D.
13       Exhibit 3  Excerpt testimony from Videotaped    16
14                  Videoconference Deposition of Juan
15                  Gilbert, Ph.D., Friday, October 29, 2021
16       Exhibit 4  Activity Alert:  ICSA-22-XXX-XX      25
17                  Vulnerabilities Affecting Dominion
18                  Voting Systems ImageCast X
19       Exhibit 5  Key Photos from production           44
20       Exhibit 6  People who have downloaded CC data   48
21       Exhibit 7  Declaration of Benjamin R. Cotton, dated  50
22                  June 8, 2022
```

Page 6

1    Exhibit 8   May 7, 2021 Barnes' E-mail chain re:          52
2                Cyber Ninjas
3    Exhibit 9   Excerpt from the deposition of James A.       56
4                Barnes, Jr., July 20, 2022
5    Exhibit 10  E-mail string, Renewed Letter Petition        61
6                to State Election Board, dated June 6,
7                2022, at 10:50 a.m.

9    *(Exhibits attached to transcript.)

Page 7

1            P R O C E E D I N G S
2                  * * * * * * *
3                  VIDEOGRAPHER:  Good morning.  We are
4      on the video record at 9:39 a.m. on August --
5      sorry, Tuesday, 23rd of August 2022.  This is
6      Media Unit 1 of the video-recorded deposition of
7      Dr. Janice Johnston taken by counsel for Plaintiff
8      in the matter of Donna Curling, et al. versus Brad
9      Raffensperger, et al. filed in the U.S. District
10     Court for the Northern District of Georgia, Atlanta
11     Division.  The location of this deposition is
12     Krevolin & Horst in Atlanta, Georgia.
13                  My name is Leo Mileman.  I'm from
14     the firm Veritext.  I'm the videographer.  The
15     court reporter is Felicia Newland from the firm
16     Veritext.
17                  Counsel all present please
18     introduce yourselves, after which the court
19     reporter will swear in the witness.
20                  THE WITNESS:  Leo, this is the 23rd.
21                  VIDEOGRAPHER:  Oh, thank you.
22                  MS. PORTER:  This is Reiley Porter

1  from Morrison & Foerster for the Curling
2  Plaintiffs.  And I'm here with Mary Kaiser, also
3  from Morrison & Foerster for the Curling
4  Plaintiffs.
5           MR. SPARKS:  Also here for the
6  Curling Plaintiffs is Adam Sparks of Krevolin &
7  Horst.  I should note for the record that Halsey
8  Knapp, also of Krevolin & Horst, may be here for
9  part of the deposition.
10          Bruce.
11          MR. BROWN:  This Bruce Brown.  I am
12  here for the Coalition Plaintiffs.
13          MR. DENTON:  Alexander Denton, here
14  in the room, for the State Defendants.
15          MR. TYSON:  And Bryan Tyson, via
16  Zoom, also for the State Defendants.
17          MS. EDMONDSON:  Anna Edmondson for
18  the State Defendants.
19          MS. HERNANDEZ:  Danielle Hernandez
20  for the State Defendants.
21          MR. PICO PRATS:  Javier Pico Prats
22  for the State Defendants.

Page 9

1          MR. JIHADI:  Wail Jihadi for the
2     Curling Plaintiffs.
3          MR. JOSEPH:  Oluwasegun Joseph for
4     the Curling Plaintiffs.
5          VIDEOGRAPHER:  I believe that
6     concludes the counsel of record at today's
7     deposition.
8                * * * * * *
9     Whereupon,
10          JANICE W. JOHNSTON, M.D.
11    was called as a witness and, having been first duly
12    sworn, was examined and testified as follows:
13        EXAMINATION BY COUNSEL FOR CURLING PLAINTIFFS
14      BY MS. PORTER:
15        Q     Good morning, Dr. Johnston.  I'm
16    Reiley Porter.  I am counsel on behalf of the
17    Curling Plaintiffs.
18              Would you please state your name for
19    the record?
20        A     Janice W. Johnston, M.D.
21        Q     And do you understand that you're
22    under oath?

Page 14

1    ever been asked to be deposed in this case prior to
2    this deposition.
3                    MR. DENTON:  Which deposition?
4                    MS. PORTER:  The deposition that we
5    are currently in.
6                    THE WITNESS:  This is the first
7    deposition that I have been asked -- that I know of
8    that I have been asked to perform.
9    BY MS. PORTER:
10           Q    Thank you.
11                    MS. PORTER:  Adam, will you please
12   produce Tab 1?
13                    (Johnston Deposition Exhibit Number 2
14                    marked for identification.)
15                    MR. SPARKS:  I'm handing the witness
16   and her counsel what's been predesignated as Tab 1.
17   BY MS. PORTER:
18           Q    Have you ever seen this report
19   before?
20           A    I have not.
21           Q    Are you aware that Dr. Halderman, who
22   wrote this report, uncovered numerous serious

Page 15

1    vulnerabilities in Georgia's current election
2    system, and it's detailed in this one-hundred-page
3    report?
4                MR. DENTON:  Object to form.
5                THE WITNESS:  I have not seen this
6    form.
7    BY MS. PORTER:
8         Q    Do you know who Dr. Halderman is?
9         A    I know who Dr. Halderman is.
10        Q    Have you heard that Dr. Halderman has
11   discovered numerous serious vulnerabilities in
12   Georgia's election system --
13               MR. DENTON:  Object to --
14   BY MS. PORTER:
15        Q    -- from any source?
16               MR. DENTON:  Object to form.
17               THE WITNESS:  Would you restate your
18   question?
19   BY MS. PORTER:
20        Q    Yes.
21             Have you heard that Dr. Halderman has
22   discovered serious vulnerabilities in Georgia's

Page 101

1           CERTIFICATE OF NOTARY PUBLIC

2   I, FELICIA A. NEWLAND, CSR, the officer before whom

3   the foregoing video-taped deposition was taken, do

4   hereby certify that the witness whose testimony

5   appears in the foregoing deposition was duly sworn

6   by me; that the testimony of said witness was taken

7   by me in stenotype and thereafter reduced to

8   typewriting under my direction; that said deposition

9   is a true record of the testimony given by said

10   witness; that I am neither counsel for, related to,

11   nor employed by any of the parties to the action in

12   which this deposition was taken; and, further, that

13   I am not a relative or employee of any counsel or

14   attorney employed by the parties hereto, nor

15   financially or otherwise interested in the outcome

16   of this action.

17

18

19                     _____

20                     FELICIA A. NEWLAND, CSR

                        Notary Public

21

  My commission expires:

22   September 15, 2024