# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| DONNA CURLING, *et al.*, | |
| Plaintiffs, | |
| v. | CIVIL ACTION NO. 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, *et al.*, | |
| Defendants. | |

**ORDER UNDER SEAL**

Assuming that Defendants still wish to proceed with an inspection of Dr. Halderman's data and module, Defendants are **ORDERED** to identify the two individuals (of the four identified previously by Defendants) and one attorney who will attend the inspection by **Monday December 18, 2023 at noon**. The parties are **ORDERED** to confer in good faith about the two dates upon which the inspection shall occur.[1] The protocols that will govern the inspection are the protocols proposed by the Curling Plaintiffs, except that the Court will allow up to two business days for the inspection. In addition, the three reviewers must sign a confidentiality agreement.[2]

---

[1] However, the parties are permitted to arrange for the modification of the inspection schedule by agreement. For example, the parties could agree to a 12-hour inspection on a single date or may determine that inspection for one afternoon and another morning is all that is necessary, etc.
[2] The Court expects the parties to collaborate in drafting an appropriate confidentiality agreement.

**IT IS SO ORDERED** this 15th day of December, 2023.

_____
**Honorable Amy Totenberg**
**United States District Judge**