# Audit Board Batch Sheet

*Absentee Scanner 2*
*Batch 19*

County **Fulton**

Batch Name **Sc#2 (19)**

Batch Type: ☑ Absentee  ☐ Advance  ☐ Election Day  ☐ Provisional  ☐ Other

Was the container sealed when received by the audit board? ☐ Yes

| Candidates | Enter Stack Totals |
|---|---|
| Donald J. Trump | |
| Joseph R. Biden | 100 |
| Jo Jorgensen | |
| Overvote | |
| Blank/Undervote | |

**Number of Ballots sent to the Vote Review Panel (if any)**

| | |
|---|---|
| Write-In | |
| Duplicated | |
| Undetermined | |

When work is completed, return all ballots (except Vote Review Panel ballots) to the ballot container and seal container.

Was the container resealed by the audit board? ☐ Yes

**Check In/Out Station**
- ☐ Recorded batch return on Ballot Container Inventory Sheet
- ☐ Delivered Vote Review Panel ballots (if any)
- ☐ Entered tallies into Arlo

_____ Initials of check in/out station member

# Audit Board Batch Sheet

*Absentee Scanner 2*
*Batch 20*

County **Fulton**
Batch Name **Sc#2 (20)**

Batch Type: ☑ Absentee  ☐ Advance  ☐ Election Day  ☐ Provisional  ☐ Other

Was the container sealed when received by the audit board? ☐ Yes

| Candidates | Enter Stack Totals |
|---|---|
| Donald J. Trump | |
| Joseph R. Biden | 100 |
| Jo Jorgensen | |
| Overvote | |
| Blank/Undervote | |

**Number of Ballots sent to the Vote Review Panel (if any)**

| | |
|---|---|
| Write-In | |
| Duplicated | |
| Undetermined | |

When work is completed, return all ballots (except Vote Review Panel ballots) to the ballot container and seal container.

Was the container resealed by the audit board? ☐ Yes

**Check In/Out Station**
- ☐ Recorded batch return on Ballot Container Inventory Sheet
- ☐ Delivered Vote Review Panel ballots (if any)
- ☐ Entered tallies into Arlo
- _____ Initials of check in/out station member

# Audit Board Batch Sheet

Absentee Scanner 2 Batch 21

County: Fulton
Batch Name: Sc#2 (21)

Batch Type: ☑ Absentee ☐ Advance ☐ Election Day ☐ Provisional ☐ Other

Was the container sealed when received by the audit board? ☐ Yes

| Candidates | Enter Stack Totals |
|---|---|
| Donald J. Trump | |
| Joseph R. Biden | 150 |
| Jo Jorgensen | |
| Overvote | |
| Blank/Undervote | |

**Number of Ballots sent to the Vote Review Panel (if any)**

| | |
|---|---|
| Write-In | |
| Duplicated | |
| Undetermined | |

When work is completed, return all ballots (except Vote Review Panel ballots) to the ballot container and seal container.

Was the container resealed by the audit board? ☐ Yes

**Check In/Out Station**
- ☐ Recorded batch return on Ballot Container Inventory Sheet
- ☐ Delivered Vote Review Panel ballots (if any)
- ☐ Entered tallies into Arlo
  _____ Initials of check in/out station member

# Audit Board Batch Sheet

*Absentee Scanner 2 Batch 22* (handwritten across top)

County: **Fulton**

Batch Name: **Sc #2 (22)**

Batch Type: ☑ Absentee  ☐ Advance  ☐ Election Day  ☐ Provisional  ☐ Other

Was the container sealed when received by the audit board? ☐ Yes

| Candidates | Enter Stack Totals |
|---|---|
| Donald J. Trump | |
| Joseph R. Biden | 200 |
| Jo Jorgensen | |
| Overvote | |
| Blank/Undervote | |

**Number of Ballots sent to the Vote Review Panel (if any)**

| | |
|---|---|
| Write-In | |
| Duplicated | |
| Undetermined | |

When work is completed, return all ballots (except Vote Review Panel ballots) to the ballot container and seal container.

Was the container resealed by the audit board? ☐ Yes

**Check In/Out Station**
- ☐ Recorded batch return on Ballot Container Inventory Sheet
- ☐ Delivered Vote Review Panel ballots (if any)
- ☐ Entered tallies into Arlo

_____ Initials of check in/out station member

# Audit Board Batch Sheet

*AbsenteeScanner4*
*AbsenteeScanner4 Batch 35*

County __Fulton__

Batch Name __SC 4 (35)__

Batch Type: ☒ Absentee  ☐ Advance  ☐ Election Day  ☐ Provisional  ☐ Other

Was the container sealed when received by the audit board? ☐ Yes

| Candidates | Enter Stack Totals |
|---|---|
| Donald J. Trump | |
| Joseph R. Biden | 100 |
| Jo Jorgensen | |
| Overvote | |
| Blank/Undervote | |



*100*

### Number of Ballots sent to the Vote Review Panel (if any)

| | |
|---|---|
| Write-In | |
| Duplicated | |
| Undetermined | |

When work is completed, return all ballots (except Vote Review Panel ballots) to the ballot container and seal container.

Was the container resealed by the audit board? ☐ Yes

☐ Recorded batch return on Ballot Container Inventory Sheet
☐ Delivered Vote Review Panel ballots (if any)
☐ Entered tallies into Arlo

__3__ Initials of check in/out station member

*BSM*

# Audit Board Batch Sheet

County __Fulton__
Batch Name __SC 4 (36)__ Absentee Scanner 4 Batch 36
Batch Type: ☑ Absentee  ☐ Advance  ☐ Election Day  ☐ Provisional  ☐ Other

Was the container sealed when received by the audit board? ☐ Yes

| Candidates | Enter Stack Totals |
|---|---|
| Donald J. Trump | |
| Joseph R. Biden | 100 |
| Jo Jorgensen | |
| Overvote | |
| Blank/Undervote | |


(100)

## Number of Ballots sent to the Vote Review Panel (if any)

| Write-In | |
|---|---|
| Duplicated | |
| Undetermined | |

When work is completed, return all ballots (except Vote Review Panel ballots) to the ballot container and seal container.

Was the container resealed by the audit board? ☐ Yes

Check in/Out Station
- ☐ Recorded batch return on Ballot Container Inventory Sheet
- ☐ Delivered Vote Review Panel ballots (if any)
- ☐ Entered tallies into Arlo

___3___ Initials of check in/out station member



# Audit Board Batch Sheet

County __Fulton__

Batch Name __SC4 (37) Absentee Scanner 4 Batch 37__

Batch Type: ☒ Absentee  ☐ Advance  ☐ Election Day  ☐ Provisional  ☐ Other

Was the container sealed when received by the audit board? ☐ Yes

| Candidates | Enter Stack Totals |
|---|---|
| Donald J. Trump | |
| Joseph R. Biden | 100 |
| Jo Jorgensen | |
| Overvote | |
| Blank/Undervote | |



(100)

**Number of Ballots sent to the Vote Review Panel (if any)**

| Write-In | |
|---|---|
| Duplicated | |
| Undetermined | |

When work is completed, return all ballots (except Vote Review Panel ballots) to the ballot container and seal container.

Was the container resealed by the audit board? ☐ Y

Check in/Out Station

☐ Recorded batch return on Ballot Container Inventory Sheet
☐ Delivered Vote Review Panel ballots (if any)
☐ Entered tallies into Arlo

__3__ Initials of check in/out station member