# *SAFE COMMISSION - VOTERGA*

*Macon, Georgia*

*December 12, 2018*

**Restoring Trust in Georgia Voting**

- *Current System Opportunities - 15min*
- *New System Objectives – 10 min*



*Garland Favorito, co-founder, VoterGa,* VoterGa.org

*Non profit, nonpartisan, all volunteer, dues free member group*

# *INFORMATION TECHNOLOGY (IT) SYSTEMS DEVELOPMENT LIFE CYCLE (SDLC)*

- ***Analyze Current System***
  - Current system and process improvement opportunities

- ***Define New Requirements***
  - Ballots, Election Prep, Vote Tabulation, Audits, Recounts, Transparency

- ***Evaluate Alternatives***
  - Ex: Centralized vs. decentralized election prepping security

*Presentation: Intended to help commission accomplish these tasks*

# *HOW WAS TRUST BROKEN?*

**2001 Law:**

- *"Such voting systems [piloted] shall be required to have an independent audit trail for each vote cast."* (O.C.G.A. 21-2-301 (b) - SB213, Act 166 - Signed Apr. 2001

**Pilot Program -** June – Dec. 2001 –  only 1 of 7 system met law

**System Purchase -** May 4, 2002, contract w/ Diebold (formerly Global Elections)

**2002 - Repealed 2001 Law:**

- Allowed unverifiable voting  SB414, Act 789 - May 9, 2002
- 0% auditability, verifiability - Undetectable vote swapping fraud and errors

*Commission: Only legalize auditable, verifiable voting that can detect fraud*

# WHAT'S WRONG W/ CURRENT SYSTEM?

## ELECTION INTEGRITY PERSPECTIVE
**Verifiability: 2000- 83%, 2002 - 0%**

- ### CANNOT BE VERIFIED
  - Voters cannot verify that their ballots were tabulated correctly because they cannot see the electronic record of their vote

- ### CANNOT BE AUDITED
  - Election workers cannot audit that the machine totals are correct when they certify results

- ### CANNOT BE RECOUNTED
  - No tangible ballot of record is retained for a recount so officials can only recanvass which reprints previous unverifiable results

*Commission: Provide verifiable, auditable and recount capable system*

# WHAT'S WRONG?
# STATE PERSPECTIVE

- Machines not connected to internet, no risk of external hacks

- Attacker needs physical machine access to hack an election

- Counties perform extensive Logic and Accuracy testing that would detect any hack

- No reported problems since 2002 implementation

*Why the gap in perspective?*

## *IS OUR SYSTEM VULNERABLE TO INTERNET? DOES HACKER NEED PHYSICAL ACCESS?*

- Georgia elections are prepped centrally via internet (now FTP)

- Counties currently have **no** procedure to verify security of central data received



*Commission: Decentralize Election Preparation to Counties*
*Or Determine How to Mitigate Risk of Central* **Single Point of Attack**

# CAN LOGIC & ACCURACY TESTS DETECT HACKS?

- Voting Machines are tested in Test Mode and set to Election Mode for elections

- Malware can detect machine mode and count correctly in Test mode only so it is undetectable by L&A tests

- Confirmed under oath by Princeton Dr. Felton, Ga. Tech. Dr. Demillo, Mich. Prof. Halderman, KSU Prof. Britain Williams, CES Exec. Dir. King

*Commission: Ensure audit procedures will protect Georgians against election day vote swapping malware*

# *GEORGIA VOTING PROBLEMS*

**INVALID VOTES:**
- In 2002, 3,256 test ballots were included in Cobb Co certified results
- In 2008, 947 test ballots were included in Lowndes Co. certified results
- In 2017, Fulton 6th District results accepted Roswell Runoff memory card

**LOST BALLOTS:**
- In 2004, two Bibb County machines in separate precincts lost over 200 votes when they could not accumulate them (Rutland 2 - 79, Howard 7 -123)

**BLANK BALLOTS:** (not undervotes – were votes lost?)
- In 2005, Cobb SPLOST decided by 114 votes w/ 285 blank voted ballots
- In 2011, Cobb SPLOST decided by 90 votes w/ 95 blank voted ballots

**UNEXPLAINED UNDERVOTES:**
- 2018 Georgia Lt. Gov. race (4% rate - 90,000 lost votes?)

# *OTHER SYSTEM CONCERNS*

**ALTERED VOTES:** (no audit trail)

- In 2008, Douglas Co. Chairman and Sheriff race results changed after 25,000 Election Day ballots were altered overnight and re-entered

**NEGATIVE VOTES:** **(vote against a candidate)**

- Machines can accept negative votes (16,022, Volusia Fl, Precinct 216, 2000)

**FRACTIONAL VOTES:** **(split among candidates)**

- Machines can accept fractional votes



*Commission: Consider prohibiting lost votes, invalid votes, negative votes, fractional votes, altered votes & blank ballots*

# *SAFE COMMISSION - VOTERGA*

*Macon, Georgia*

*December 12, 2018*

**Restoring Trust in Georgia Voting**



*New System Handout Summary*

*Garland Favorito, co-founder, VoterGa,* VoterGa.org

*Non profit, nonpartisan, all volunteer, dues free member group*

# *BALLOT MARKING DEVICE TYPES*

One BMD in each precinct required to support disabled voters
Using electronic touchscreen to print selections on paper for scanning

- **Unverifiable Bar Coded**
    - Unverifiable votes hidden in bar codes are tabulated

- **Verifiable Bar Coded**
    - Human readable, verifiable vote marks for scanning
    - Bar codes have Election Id, Precinct ID, etc.
    - Increased security risk of ballot marker sending nefarious instructions to tabulator

- **Clear** (no bar codes)
    - Human readable, verifiable vote marks for scanning
    - Rare (only one or two types available)

*Commission: Legally Ban Unverifiable Ballot Marking Devices*

# *POTENTIAL ALTERNATIVES*

**Replace all DREs w/ VVPAT DREs:**
- Touchscreen used to print small font selections viewable behind glass
- Votes are tabulated from **bar codes that the voter cannot verify**
- Over **triple** initial cost of scanned hand marked ballots

**Replace all DREs w BMDs**
- Uses touchscreen to print selections on paper for scanning
- Many voters **don't properly verify** machine selections
- Over **triple** initial cost of scanned hand marked ballots (30,000 BMDs)

**Hand Marked Scanned Ballots:** (Hand Marked - Machine Tabulated)
- Paper ballots filled out and entered into one scanner per precinct (3,000 scanners)
- Saves on logistics, maintenance & testing
- Ongoing pre-printed ballot costs are higher
- On demand ballot printer in each precinct can save pre-printed costs

# *PROPOSED HOLISTIC OBJECTIVES*

- **Ballot Standardization** – The official ballot must be a durable paper instrument with human readable vote marks in same style and appearance for all types of voting

- **Ballot Secrecy** – The system must prove it ensures voter anonymity by not linking vote records and ballot images to a voter identifier

- **Verifiable Vote Tabulation** – The system must tabulate human readable vote marks that can be verified by a voter or a disabled voter's assistant

- **Election Prep Security** – Counties must perform decentralized election preparation or have procedures to verify security of central data received

- **Auditing** – Tabulators must be verified with a public hand tally of a percentage of human readable vote marks on physical ballots according to RLA or precinct level procedures

- **Recount Tabulator Verification** – Tabulators must be verified during all recounts using a manual tally of human readable marks on physical ballots

- **Ballot Inspection Transparency** - The public must be allowed to view cast ballots under reasonable conditions set by a ballot custodian

# *CONSIDERATIONS TO RESTORE TRUST*

*More County Election Funding & Resources Required*
*for Auditing, Recounting & Transparency*

*NEXT STEPS:*
- Refine Objectives

- Define New Requirements
    - Based on Each Objective

- Prepare Proposed Legislation
    - Based on Each Objective



# *VOTERGA SYSTEM RECOMMENDATIONS*

- Hand marked paper ballots for max cost effectiveness and verifiability

- On demand ballot printers to reduce paper costs and admin burden

- Ballot markers that produce same style ballot for disabled voters

- Tabulators that only count human readable vote marks

- Vendors who can restore trust with respected products

