

Verizon
10:01 PM
100%
GPB
PBS
npr
GOVERNOR
2022 GA. GENERAL
Updated Nov 8, 2022, 9:58 PM
AP estimates
66% of votes
counted
Brian Kemp (i) R 1,672,731 votes 53.7%
Stacey Abrams D 1,419,826 45.6%
Shane Hazel LIB 20,319 0.7%
U.S. SENATE
2022 GA. GENERAL
Updated Nov 8, 2022, 9:59 PM
AP estimates
66% of votes
counted
Herschel Walker R 1,551,534 votes
Raphael Warnock (i) D 1,518,513
Chase Oliver LIB 59,176
Size of Lead
County leader
gpb.org
Verizon
10:03 PM
100%
GPB
PBS
npr
GOVERNOR
2022 GA. GENERAL
Updated Nov 8, 2022, 10:01 PM
AP estimates
66% of votes
counted
Brian Kemp (i) R 1,677,649 votes 53.8%
Stacey Abrams D 1,421,234 45.6%
Shane Hazel LIB 20,376 0.7%
U.S. SENATE
2022 GA. GENERAL
Updated Nov 8, 2022, 10:03 PM
AP estimates
66% of votes
counted
Herschel Walker R 1,529,948 votes
Raphael Warnock (i) D 1,522,549
Chase Oliver LIB 59,512
Size of Lead
County leader
gpb.org