

| County | Risk-Limiting Audit Full Hand Count | | | | | Original Reporting | | Margin Diff | | Total Count Diff | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Trump | Biden | Jorgensen | Total | Margin | Total Votes | Margin | Raw # | % | Raw # | % |
| RICHMOND | 26767 | 59142 | 1111 | 87,020 | +32,375 Biden | 87,016 | +32,343 Biden | +32 Biden | +0.037% Biden | 4 | 0.005% |
| ROCKDALE | 13129 | 31120 | 431 | 44,680 | +17,991 Biden | 44,686 | +18,232 Biden | +241 Trump | +0.539% Trump | -6 | -0.013% |
| SCHLEY | 1800 | 462 | 13 | 2,275 | +1,338 Trump | 2,275 | +1,338 Trump | +0 Biden | +0.000% Biden | 0 | 0.000% |
| SCREVEN | 3936 | 2644 | 51 | 6,631 | +1,292 Trump | 6,628 | +1,255 Trump | +37 Trump | +0.558% Trump | 3 | 0.045% |
| SEMINOLE | 2613 | 1256 | 19 | 3,888 | +1,357 Trump | 3,884 | +1,357 Trump | +0 Biden | +0.000% Biden | 4 | 0.103% |
| SPALDING | 18057 | 11784 | 275 | 30,116 | +6,273 Trump | 30,116 | +6,273 Trump | +0 Biden | +0.000% Biden | 0 | 0.000% |
| STEPHENS | 9369 | 2385 | 132 | 11,886 | +6,984 Trump | 11,885 | +6,983 Trump | +1 Trump | +0.008% Trump | 1 | 0.008% |
| STEWART | 802 | 1181 | 7 | 1,990 | +379 Biden | 1,990 | +381 Biden | +2 Trump | +0.101% Trump | 0 | 0.000% |
| SUMTER | 5715 | 6324 | 99 | 12,138 | +609 Biden | 12,150 | +586 Biden | +23 Biden | +0.189% Biden | -12 | -0.099% |
| TALBOT | 1392 | 2114 | 16 | 3,522 | +722 Biden | 3,522 | +722 Biden | +0 Biden | +0.000% Biden | 0 | 0.000% |
| TALIAFERRO | 360 | 561 | 7 | 928 | +201 Biden | 928 | +201 Biden | +0 Biden | +0.000% Biden | 0 | 0.000% |
| TATTNALL | 6055 | 2053 | 76 | 8,184 | +4,002 Trump | 8,183 | +3,992 Trump | +10 Trump | +0.122% Trump | 1 | 0.012% |
| TAYLOR | 2420 | 1388 | 34 | 3,842 | +1,032 Trump | 3,839 | +1,031 Trump | +1 Trump | +0.026% Trump | 3 | 0.078% |
| TELFAIR | 2822 | 1491 | 21 | 4,334 | +1,331 Trump | 4,333 | +1,338 Trump | +7 Biden | +0.162% Biden | 1 | 0.023% |
| TERRELL | 2009 | 2371 | 36 | 4,416 | +362 Biden | 4,416 | +372 Biden | +10 Trump | +0.226% Trump | 0 | 0.000% |
| THOMAS | 13027 | 8697 | 190 | 21,914 | +4,330 Trump | 21,853 | +4,246 Trump | +84 Trump | +0.384% Trump | 61 | 0.279% |
| TIFT | 10782 | 5323 | 177 | 16,282 | +5,459 Trump | 16,283 | +5,462 Trump | +3 Biden | +0.018% Biden | -1 | -0.006% |
| TOOMBS | 7873 | 2941 | 104 | 10,918 | +4,932 Trump | 10,914 | +4,933 Trump | +1 Biden | +0.009% Biden | 4 | 0.037% |
| TOWNS | 6385 | 1549 | 45 | 7,979 | +4,836 Trump | 7,979 | +4,834 Trump | +2 Trump | +0.025% Trump | 0 | 0.000% |
| TREUTLEN | 2101 | 952 | 24 | 3,077 | +1,149 Trump | 3,077 | +1,149 Trump | +0 Biden | +0.000% Biden | 0 | 0.000% |
| TROUP | 18146 | 11582 | 328 | 30,056 | +6,564 Trump | 30,049 | +6,565 Trump | +1 Biden | +0.003% Biden | 7 | 0.023% |
| TURNER | 2349 | 1410 | 33 | 3,792 | +939 Trump | 3,792 | +939 Trump | +0 Biden | +0.000% Biden | 0 | 0.000% |
| TWIGGS | 2366 | 2048 | 31 | 4,445 | +318 Trump | 4,444 | +326 Trump | +8 Biden | +0.180% Biden | 1 | 0.023% |
| UNION | 12652 | 2801 | 109 | 15,562 | +9,851 Trump | 15,560 | +9,850 Trump | +1 Trump | +0.006% Trump | 2 | 0.013% |
| UPSON | 8613 | 4199 | 96 | 12,908 | +4,414 Trump | 12,905 | +4,407 Trump | +7 Trump | +0.054% Trump | 3 | 0.023% |
| WALKER | 23155 | 5770 | 412 | 29,337 | +17,385 Trump | 29,354 | +17,405 Trump | +20 Biden | +0.068% Biden | -17 | -0.058% |
| WALTON | 37858 | 12612 | 570 | 51,040 | +25,246 Trump | 51,095 | +25,160 Trump | +86 Trump | +0.168% Trump | -55 | -0.108% |
| WARE | 9902 | 4174 | 117 | 14,193 | +5,728 Trump | 14,192 | +5,654 Trump | +74 Trump | +0.521% Trump | 1 | 0.007% |
| WARREN | 1168 | 1466 | 16 | 2,650 | +298 Biden | 2,651 | +303 Biden | +5 Trump | +0.189% Trump | -1 | -0.038% |
| WASHINGTON | 4670 | 4743 | 65 | 9,478 | +73 Biden | 9,459 | +67 Biden | +6 Biden | +0.063% Biden | 19 | 0.201% |
| WAYNE | 10001 | 2661 | 104 | 12,766 | +7,340 Trump | 12,778 | +7,300 Trump | +40 Trump | +0.313% Trump | -12 | -0.094% |
| WEBSTER | 749 | 639 | 3 | 1,391 | +110 Trump | 1,390 | +109 Trump | +1 Trump | +0.072% Trump | 1 | 0.072% |
| WHEELER | 1583 | 689 | 13 | 2,285 | +894 Trump | 2,285 | +894 Trump | +0 Biden | +0.000% Biden | 0 | 0.000% |
| WHITE | 12222 | 2411 | 183 | 14,816 | +9,811 Trump | 14,816 | +9,811 Trump | +0 Biden | +0.000% Biden | 0 | 0.000% |
| WHITFIELD | 25666 | 10677 | 443 | 36,786 | +14,989 Trump | 36,746 | +14,966 Trump | +23 Trump | +0.063% Trump | 40 | 0.109% |
| WILCOX | 2403 | 861 | 16 | 3,280 | +1,542 Trump | 3,281 | +1,541 Trump | +1 Trump | +0.030% Trump | -1 | -0.030% |
| WILKES | 2822 | 2161 | 47 | 5,030 | +661 Trump | 5,029 | +663 Trump | +2 Biden | +0.040% Biden | 1 | 0.020% |
| WILKINSON | 2667 | 2067 | 31 | 4,765 | +600 Trump | 4,770 | +589 Trump | +11 Trump | +0.231% Trump | -5 | -0.105% |
| WORTH | 6829 | 2398 | 60 | 9,287 | +4,431 Trump | 9,285 | +4,435 Trump | +4 Biden | +0.043% Biden | 2 | 0.022% |

From: **TheHealingRefuge** <healingrefuge@gmail.com>
Date: Tue, Nov 24, 2020 at 8:44 AM
To: <cnelson@warecounty.com>

Carlos:

Thank you for taking my call yesterday. I am writing to you to confirm our conversation of last week that on the hand recount that the Trump vote count went up a total of 37 and Biden's count went down 37 or totals being Trump 9902 Biden 4174 and Jorgenson 116. Thank you for your response and your service to our county during these trying times.

Earl T. Martin MD

---------
From: **Carlos Nelson** <cnelson@warecounty.com>
Date: Tue, Nov 24, 2020 at 9:29 AM
To: TheHealingRefuge <healingrefuge@gmail.com>

That was the Audit numbers. We start the recount tomorrow at 9am

*Carlos J. Nelson*
Elections Supervisor
Ware County Board of Elections & Registration
Office: 912-287-4363
Fax: 912-287-4364
Mobile: 912-282-4635
cnelson@warecounty.com