# PROJECTED GEORGIA VOTING SYSTEM COSTS

| DEVICES & SOFTWARE | Min Price | Max Price | HAND MARKED PAPER BALLOTS | | | BALLOT ON DEMAND SYSTEMS | | | BALLOT MARKING DEVICES | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | # Devices | Min $ | Max $ | # Devices | Min $ | Max $ | # Devices | Min $ | Max $ |
| Electronic Poll Book | $995 | $1,200 | 7,095 | $7,059,525 | $8,514,000 | 7,095 | $7,059,525 | $8,514,000 | 7095 | $7,059,525 | $8,514,000 |
| Ballot Marking Device | $3,500 | $7,200 | 2,365 | $8,277,500 | $17,028,000 | 2,365 | $8,277,500 | $17,028,000 | 30,745 | $107,607,500 | $221,364,000 |
| On Demand Ballot System | $4,500 | $4,895 | 0 | $0 | $0 | 4,730 | $21,285,000 | $23,153,350 | 0 | $0 | $0 |
| Precinct/County Scanner | $5,750 | $7,900 | 4,890 | $28,117,500 | $38,631,000 | 4,890 | $28,117,500 | $38,631,000 | 4,890 | $28,117,500 | $38,631,000 |
| County Hi Speed Scanner | $25,000 | $111,500 | 160 | $4,000,000 | $17,840,000 | 160 | $4,000,000 | $17,840,000 | 160 | $4,000,000 | $17,840,000 |
| County Tabulation Server | $17,954 | $17,954 | 160 | $2,872,640 | $2,872,640 | 160 | $2,872,640 | $2,872,640 | 160 | $2,872,640 | $2,872,640 |
| County Training Days | $1,700 | $2,000 | 480 | $816,000 | $960,000 | 480 | $816,000 | $960,000 | 480 | $816,000 | $960,000 |
| | | **PURCHASE COSTS** | | **$51,143,165** | **$85,845,640** | | **$72,428,165** | **$108,998,990** | | **$150,473,165** | **$290,181,640** |
| | | **MINIMUM SAVINGS** | | **$99,330,000** | | | **$78,045,000** | | | | |
| Poll Book Licensing Fee | $51 | $51 | 7,095 | $361,845 | $361,845 | 7,095 | $361,845 | $361,845 | 7,095 | $361,845 | $361,845 |
| Ballot Marking Device License | $65 | $228 | 2,365 | $153,725 | $539,220 | 2,365 | $153,725 | $539,220 | 30,745 | $1,998,425 | $7,009,860 |
| Ballot on Demand Licenses | $195 | $390 | | $0 | $0 | 4,730 | $922,350 | $1,844,700 | | $0 | $0 |
| Precinct Scanner License | $80 | $228 | 4,730 | $378,400 | $1,078,440 | 4,730 | $378,400 | $1,078,440 | 4,730 | $378,400 | $1,078,440 |
| Hi Speed Scanner License | $1,575 | $2,575 | 15 | $23,625 | $38,625 | 15 | $23,625 | $38,625 | 15 | $23,625 | $38,625 |
| County Election Mgmt License | $4,082 | $7,500 | 160 | $653,120 | $1,200,000 | 160 | $653,120 | $1,200,000 | 160 | $653,120 | $1,200,000 |
| Poll Book Maintenance | $51 | $51 | 7,095 | $361,845 | $361,845 | 7,095 | $361,845 | $361,845 | 7,095 | $361,845 | $361,845 |
| Ballot Marking Device maint. | $75 | $235 | 2,365 | $177,375 | $555,775 | 2,365 | $177,375 | $555,775 | 30,745 | $2,305,875 | $7,225,075 |
| Ballot on Demand Maint. | $195 | $390 | | | | 4,730 | $922,350 | $1,844,700 | | $0 | $0 |
| Precinct Scanner Maint | $110 | $135 | 4,730 | $520,300 | $638,550 | 4,730 | $520,300 | $638,550 | 4,730 | $520,300 | $638,550 |
| Hi Speed Scanner Maint | $1,500 | $1,895 | 15 | $22,500 | $28,425 | 15 | $22,500 | $28,425 | 15 | $22,500 | $28,425 |
| County Election Mgmt Maint. | $4,082 | $7,500 | 160 | $653,120 | $1,200,000 | 160 | $653,120 | $1,200,000 | 160 | $653,120 | $1,200,000 |
| Per Device Ballot Testing | $50 | $100 | 14,365 | $718,250 | $1,436,500 | 18,920 | $946,000 | $1,892,000 | 42,745 | $2,137,250 | $4,274,500 |
| Per Device Storage/Transport | $75 | $100 | 14,365 | $1,077,375 | $1,436,500 | 18,920 | $1,419,000 | $1,892,000 | 42,745 | $3,205,875 | $4,274,500 |
| Avg Maint. & License Increase | | | 14,365 | $291,610 | $701,371 | 19,095 | $387,629 | $932,313 | 42,745 | $867,724 | $2,087,025 |
| County Election Support Avg | $4,500 | $4,675 | 272 | $1,224,000 | $1,271,600 | 272 | $1,224,000 | $1,271,600 | 272 | $1,224,000 | $1,271,600 |
| Ongoing County Training Days | $1,700 | $2,000 | 320 | $544,000 | $640,000 | 320 | $544,000 | $640,000 | 320 | $544,000 | $640,000 |
| Auditing Per Precinct Average | $100 | $250 | 4,021 | $402,050 | $1,005,125 | 4,021 | $402,050 | $1,005,125 | 4,021 | $402,050 | $1,005,125 |
| Per Paper Ballot Printing | $0.20 | $0.45 | 0 | $0 | $0 | 5,567,803 | $1,113,561 | $2,505,511 | 5,567,803 | $1,113,561 | $2,505,511 |
| Per Paper Ballot Pre-Printing | $0.28 | $0.55 | 6,681,363 | $1,870,782 | $3,674,750 | 0 | $0 | $0 | 0 | $0 | $0 |
| Pre Print Admin/Distribution | $0.10 | $0.20 | 6,681,363 | $668,136 | $1,336,273 | 0 | $0 | $0 | 0 | $0 | $0 |
| | | **ANNUAL EXPENSES** | | **$10,102,057** | **$17,504,843** | | **$11,186,794** | **$19,830,675** | | **$16,773,514** | **$35,200,926** |
| | | **MINIMUM SAVINGS** | | **$6,671,457** | | | **$5,586,720** | | | | |

See Next Page for Variables and Assumptions

DRE = Direct Recording Electronic System      BOD = Ballot on Demand System      BMD = Electronic Ballot Marking Device

VOTERGA — PROJECTED GEORGIA VOTING SYSTEM COSTS — Vendor Overview
Case 1:17-cv-02989-AT   Document 1817-11   Filed 02/07/24   Page 2 of 2

| Variables | Count |
|---|---|
| # Counties + SOS: | 160 |
| #Precincts: | 2,365 |
| Registered Voters | 6,550,356 |
| Average Annual Elections | 1.70 |
| Average Turnout | 50.00% |
| Annual Average Demand Ballots | 5,567,803 |
| Pre-Printed Excess Factor | 20% |
| Scanners Per Precinct | 2 |
| Poll Books Per Precinct | 3 |
| BOD Systems Per BOD Precinct | 2 |
| BMDs Per HMPB Precinct | 1 |
| BMDs Per BMD Precinct | 13 |
| Annual Maint/License Increase | 3.50% |
| Maint & Licensing Term Years | 10 |
| High Scan Volume Counties | 15 |
| Initial County Training Days | 3 |
| Ongoing County Training Days | 2 |

- Pre printed paper ballots marked by hands of voters or by assistive technology for disabled voters
- Ballot on Demand printers that print ballots for voters to hand mark as they check in at any polling location
- Ballot Marking Devices used by all voters to mark and print paper ballot selections

ALL BALLOTS ARE INSERTED INTO THE SCANNER BY THE VOTER AND ACCUMULATED ELECTRONICALLY

**Assumptions**

1.- Estimates include new pollbook system that integrates with electronic BMDs or BOD systems
2.- At least 10% more BMDs than DREs are needed in BMD estimate for voter ballot printing time
3.- Estimates include tabulation and ballot building server for each county and one central site
4.- Minimum and maximum costs are derived from vendor responses received and released to date
5.- Spreadsheet accounts for cost differences in types of voting systems but not all election costs
6.- At least one BMD is needed at each precinct in HMPB estimate to provide assistive technology
7.- At least two BOD systems are needed at each precinct in BOD estimate in case of malfunction

Sample cost sheet from incumbent vendor linked in PDF

DRE = Direct Recording Electronic System          BOD = Ballot on Demand System          BMD = Electronic Ballot Marking Device