IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,** ) <br> **PLAINTIFFS,** ) <br> ) <br> **v.** ) <br> ) <br> **BRAD RAFFENSPERGER, ET AL.,** ) <br> **DEFENDANTS.** ) <br> ) | Civil Action No. 1:17-CV-2989-A |

## NOTICE OF FILING

## PLAINTIFF RICARDO DAVIS' CLOSING SLIDES

Plaintiff Ricardo Davis hereby files his closing sides that he would have included with his closing argument, but were not possible due to difficulties with the courtroom technology.

Respectfully submitted this the 7th day of February, 2024.

**OLES LAW GROUP**

/s/*David E. Oles*

David E. Oles, Esq.
Attorney for Plaintiff Ricardo Davis
GA Bar No. 551544
5755 North Point Pkwy, Ste. 25
Alpharetta, GA 30022
(770) 753-9995
firm@deoleslaw.com

1

## CERTIFICATION

Pursuant to Local Rule 5.1, the foregoing document has been prepared with Times New Roman 14 point font.  I have served a copy of the document on all counsel of record on the date listed below via CM/ECF system, which provides a service copy to all attorneys of record.

This 7th day of February, 2024.

**OLES LAW GROUP**

*/s/ David E. Oles*
David E. Oles
GA Bar No. 551544