

One Atlantic Center
1201 West Peachtree Street, NW
Suite 3250 | Atlanta, GA 30309
Tel: 404-888-9700 | Fax: 404-888-9577
www.krevolinhorst.com

**HALSEY G. KNAPP, JR.**
Tel: 404-888-9608
Email: hknapp@khlawfirm.com

February 8, 2024

**VIA CM/ECF FILING**

The Honorable Amy Totenberg
Attn: Harry Martin, Courtroom Deputy Clerk
United States District Court for the
Northern District of Georgia, Atlanta Division
Richard B. Russell Federal Building
2388 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

> RE: *Curling et al v. Raffensperger et al;* **Case No. 1:17-cv-02989-AT**

Dear Mr. Martin:

Pursuant to Northern District Local Rule 83.1(E)(3) regarding leaves of absence of not greater than (20) consecutive days, please accept this letter requesting that no hearing or trials be calendared during the time period of:

- May 9-10, 2024;
- May 27, 2024 through June 3, 2024; and
- August 26, 2024 through September 9, 2024

Applicant will be away from the practice of law for business and personal reasons. Applicant currently has no hearings or trials scheduled for the above case matter during the requested leave periods.

Sincerely,

**KREVOLIN & HORST, LLC**

*/s/ Halsey G. Knapp, Jr.*
Halsey G. Knapp, Jr.
Georgia Bar No. 425320

cc: All Counsel of Record (via CMF/ECF)