IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.* <br><br> *Plaintiffs,* <br><br> v. <br><br> BRAD RAFFENSPERGER, *et al.*, <br><br> *Defendants.* | CIVIL ACTION <br> NO. 1:17-CV-2989-AT |

**DEFENDANTS' NOTICE OF FILING OBJECTIONS AND SLIDES**

Following the conclusion of the trial in this action, Curling and Coalition Plaintiffs and Plaintiff Davis filed their PowerPoint slides that were used at trial on the docket. [Docs. 1813, 1814, 1818]. Plaintiff Davis has also filed several proffers of what he refers to as "evidence." [Docs. 1806, 1809, 1817].

Defendants maintain their position that these slides and proffers are not evidence. Defendants continue to object to the Court's consideration of items filed into the lengthy record of this case that is not part of the evidence presented at trial. The Court's decision in this case must be based on admissible evidence at trial.

With that caveat, to assist the Court in its consideration of the admissible evidence presented by the parties at trial, Defendants provide

electronic copies of their slides for opening and closing statements, attached to this Notice.

Respectfully submitted, this 8th day of February, 2024.

    Vincent R. Russo    242628
    Josh Belinfante    047399
    Carey A. Miller    976240
    Alexander Denton    660632
    Edward A. Bedard    926148
    Javier Pico Prats    664717
    Anna Edmondson    289667
    ROBBINS ALLOY BELINFANTE
      LITTLEFIELD, LLC
    500 14th St. NW
    Atlanta, GA 30318
    T: (678) 701-9381
    F: (404) 856-3255
    E: vrusso@robbinsfirm.com
       jbelinfante@robbinsfirm.com
       cmiller@robbinsfirm.com
       adenton@robbinsfirm.
       ebedard@robbinsfirm.com
       jpicoprats@robbinsfirm.com
       aedmondson@robbinsfirm.com

    */s/Bryan P. Tyson*
    Bryan P. Tyson    515411
    Diane F. LaRoss    430830
    Bryan F. Jacoutot    668272
    TAYLOR ENGLISH DUMA LLP
    1600 Parkwood Circle, Suite 200
    Atlanta, GA 30339
    T: 678-336-7249
    E: btyson@taylorenglish.com
       dlaross@taylorenglish.com
       bjacoutot@taylorenglish.com

    *Counsel for Defendants*

## LOCAL RULE 7.1(D) CERTIFICATION

I certify that this Defendants' Notice of Filing Objections and Slides has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1. Specifically, this document has been prepared using 13-pt Century Schoolbook font and type.

<em><u>/s/ Bryan P. Tyson</u></em><br>Bryan P. Tyson