IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONNA CURLING, *et al.*,
    *Plaintiffs*,

v.

BRAD RAFFENSPERGER, *et al.*,
    *Defendants*.

Civil Action No. 1:17-CV-2989-AT

### [PROPOSED] ORDER REGARDING PRESERVATION OF VOTING EQUIPMENT

During the course of this litigation, this Court has entered a variety of orders related to preservation of the State's prior voting system, which consisted of Diebold AccuVote Direct Recording Electronic (DRE) touchscreen voting machines and associated components, including GEMS servers, memory cards, AccuVote optical scanners, and Express Poll electronic pollbooks (collectively, the "DRE System"). *See* [Docs. 122, 123, 668, 745]. Some of those components are currently being stored by the State and others are stored by Cobb, Fulton, and DeKalb Counties. *See* [Docs. 210, p. 3; 668; 735-1, ¶ 12].

At summary judgment, this Court dismissed claims related to the DRE System. [Doc. 1705, pp. 109–10]. Further, at trial, Plaintiffs acknowledged that they were no longer pursuing claims regarding the DRE System aside from any connection to the prior voter-registration system. Tr. Vol. VII 226:20–227:1.

1

Now that trial in this matter has concluded and there are no pending issues related to the DRE System left to resolve, the Court hereby ORDERS the following:

1. All prior orders related to the preservation of components of the DRE System, including but not limited to [Docs. 122, 123, 668, and 745], are hereby dissolved.

2. Officials in Cobb, DeKalb, and Fulton Counties are permitted to return any components of the DRE System that were sequestered by prior orders of this Court and/or that are being stored because of this litigation to State Defendants for disposition.

3. State Defendants are permitted to dispose of all components of the DRE System, including all DRE touchscreen units, GEMS servers, memory cards, AccuVote optical scanners, and Express Poll electronic pollbooks in any manner they determine is appropriate.

**IT IS SO ORDERED** this \_\_\_\_ day of April, 2024.

_____
The Hon. Amy Totenberg
U.S. District Court Judge