IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONNA CURLING, *et al.*,
    *Plaintiffs*,

v.

BRAD RAFFENSPERGER, *et al.*,
    *Defendants*.

Civil Action No. 1:17-CV-2989-AT

**STIPULATED ORDER REGARDING PRESERVATION OF VOTING EQUIPMENT**

During the course of this litigation, this Court has entered a variety of orders related to preservation of the State's prior voting system, which consisted of Diebold AccuVote Direct Recording Electronic (DRE) touchscreen voting machines, GEMS servers, PCMCIA memory cards used in programming and operating DREs, AccuVote optical scanners, and Express Poll electronic pollbooks (collectively, the "DRE System"). *See* Docs. 122, 123, 668, 745. Some of those components are currently being stored by the State and others are stored by Cobb, Fulton, and DeKalb Counties. *See* Docs. 210, p. 3; 668; 735-1, ¶ 12.

At summary judgment, this Court held that the claims related to the DRE System are moot. Doc. 1705, pp. 109–10.

Now that trial in this matter has concluded, the Court hereby ORDERS the following:

1. All prior orders requiring the preservation of the components of the DRE System identified above, specifically Docs. 122, 123, 668, and 745, are hereby dissolved as to those preservation requirements.

2. Officials in Cobb, DeKalb, and Fulton Counties are permitted to return any components of the DRE System identified above that were sequestered by prior orders of this Court and/or that are being stored because of this litigation to State Defendants for disposition.

3. State Defendants are permitted to dispose of all components of the DRE System identified above, including all DRE touchscreen units, GEMS servers, PCMCIA memory cards used in programming and operating DREs, AccuVote optical scanners, and Express Poll electronic pollbooks.

**IT IS SO ORDERED** this  3rd  day of May, 2024.

_____
The Hon. Amy Totenberg
U.S. District Court Judge

Respectfully submitted this 3rd day of May, 2024.

/s/ David D. Cross
David D. Cross (*pro hac vice*)
Mary G. Kaiser (*pro hac vice*)
Aaron Scheinman (*pro hac vice*)
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037
(202) 887-1500
dcross@mofo.com

Ramsey W. Fisher (*pro hac vice*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
(415) 268-7000

Benjamin E. Campbell (*pro hac vice*)
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019
(212) 468-8000

/s/ Halsey G. Knapp, Jr.
Halsey G. Knapp, Jr.
GA Bar No. 425320
Adam M. Sparks
GA Bar No. 341578
Jessica G. Cino
GA Bar No. 577837
KREVOLIN & HORST, LLC
1201 West Peachtree Street, NW
Suite 3250
Atlanta, GA 30309
(404) 888-9700
hknapp@khlawfirm.com

*Counsel for Plaintiffs Donna Curling, Donna Price & Jeffrey Schoenberg*

/s/ Bruce P. Brown
Bruce P. Brown
Georgia Bar No. 064460
BRUCE P. BROWN LAW LLC
1123 Zonolite Rd. NE
Suite 6
Atlanta, Georgia 30306
(404) 386-6856

/s/ Russell T. Abney
Russell T. Abney
Georgia Bar No. 000875
WATTS GUERRA, LLP
4 Dominion Drive, Building 3
Suite 100
San Antonio, TX 78257
(404) 670-0355

*Counsel for Plaintiff Coalition for Good Governance*

*/s/ Cary Ichter*
Cary Ichter
Georgia Bar No. 382515
ICHTER DAVIS LLC
3340 Peachtree Road NE
Suite 1530
Atlanta, Georgia 30326
(404) 869-7600

*Counsel for Plaintiffs William Digges III, Laura Digges, and Megan Missett*

Vincent R. Russo
Georgia Bar No. 242628
vrusso@robbinsfirm.com
Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Carey A. Miller
Georgia Bar No. 976240
cmiller@robbinsfirm.com
Alexander Denton
Georgia Bar No. 660632
adenton@robbinsfirm.com
Edward A. Bedard
Georgia Bar No. 926148
ebedard@robbinsfirm.com
Javier Pico Prats
Georgia Bar No. 664717
jpicoprats@robbinsfirm.com
Anna Edmondson
Georgia Bar No. 289667
aedmondson@robbinsfirm.com
Robbins Ross Alloy Belinfante
Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone: (678) 701-9381
Facsimile:  (404) 856-3255

*/s/Bryan P. Tyson*
Bryan P. Tyson
Georgia Bar No. 515411
btyson@taylorenglish.com
Diane F. LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: 678-336-7249

*Counsel for State Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

|  |  |
|---|---|
| DONNA CURLING, *et al.*,<br>    *Plaintiffs*,<br><br>    v.<br><br>BRAD RAFFENSPERGER, *et al.*,<br>    *Defendants*. | Civil Action No. 1:17-CV-2989-AT |

## **CERTIFICATE OF COMPLIANCE**

Pursuant to LR 7.1(D), I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Century Schoolbook and a point size of 13.

                                        */s/ David D. Cross*
                                         David D. Cross

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*,<br>    *Plaintiffs*,<br><br>v.<br><br>BRAD RAFFENSPERGER, *et al.*,<br>    *Defendants*. | Civil Action No. 1:17-CV-2989-AT |

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2024, a copy of the foregoing **[PROPOSED] STIPULATED ORDER REGARDING PRESERVATION OF VOTING EQUIPMENT** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

                                                   */s/ David D. Cross*
                                                    David D. Cross