The following is the PDF of an official transcript. Official transcripts may only be filed in CM/ECF by the Official Court Reporter and will be restricted in CM/ECF for a period of 90 days. You may cite to a portion of the attached transcript by the docket entry number, referencing page and line number, only after the Court Reporter has filed the official transcript; however, you are prohibited from attaching a full or partial transcript to any document filed with the Court.

1        IN THE UNITED STATES DISTRICT COURT
     FOR THE NORTHERN DISTRICT OF GEORGIA
2             ATLANTA DIVISION

3

4   DONNA CURLING, ET AL.,              :
                                        :
5           PLAINTIFFS,                 :
    vs.                                 :  DOCKET NUMBER
6                                       :  1:17-CV-2989-AT
    BRAD RAFFENSPERGER, ET AL.,         :
7                                       :
            DEFENDANTS.                 :
8

9

10      **TRANSCRIPT OF BENCH TRIAL - VOLUME 2 PROCEEDINGS**

11         **BEFORE THE HONORABLE AMY TOTENBERG**

12         **UNITED STATES DISTRICT SENIOR JUDGE**

13               **JANUARY 10, 2024**

14

15

16

17

18

19

20

21   *MECHANICAL STENOGRAPHY OF PROCEEDINGS AND COMPUTER-AIDED*

22              *TRANSCRIPT PRODUCED BY:*

23

    *OFFICIAL COURT REPORTER:*          *SHANNON R. WELCH, RMR, CRR*
24                                      *2394 UNITED STATES COURTHOUSE*
                                        *75 TED TURNER DRIVE, SOUTHWEST*
25                                      *ATLANTA, GEORGIA  30303*
                                        *(404) 215-1383*

```
1              A P P E A R A N C E S   O F   C O U N S E L

2

3    FOR THE PLAINTIFFS DONNA CURLING, DONNA PRICE, JEFFREY
     SCHOENBERG:

4

5        DAVID D. CROSS
         MARY KAISER
         RAMSEY W. FISHER
6        MATTHAEUS MARTINO-WEINHARDT
         BEN CAMPBELL
7        AARON SCHEINMAN
         MORRISON & FOERSTER, LLP
8

9        HALSEY KNAPP
         ADAM SPARKS
         KREVOLIN & HORST
10

11       CHRISTIAN ANDREU-VON EUW
         THE BUSINESS LITIGATION GROUP

12

13   FOR THE PLAINTIFFS COALITION FOR GOOD GOVERNANCE, LAURA DIGGES,
     WILLIAM DIGGES, III, AND MEGAN MISSETT:

14

15       BRUCE P. BROWN
         BRUCE P. BROWN LAW
16
         ROBERT A. McGUIRE III
17       ROBERT McGUIRE LAW FIRM

18

19   FOR THE PLAINTIFFS LAURA DIGGES, WILLIAM DIGGES, III, MEGAN
     MISSETT, AND RICARDO DAVIS:

20

21       CARY ICHTER
         ICHTER DAVIS

22   ON BEHALF OF RICARDO DAVIS:

23

24       DAVID E. OLES, SR.
         LAW OFFICE OF DAVID E. OLES

25                              (...CONT'D....)
```

```
 1   (...CONT'D....)

 2   FOR THE STATE OF GEORGIA DEFENDANTS:

 3

 4         VINCENT RUSSO
           JOSH BELINFANTE
 5         JAVIER PICO-PRATS
           EDWARD BEDARD
 6         ROBBINS ROSS ALLOY BELINFANTE LITTLEFIELD, LLC

 7         BRYAN TYSON
           BRYAN JACOUTOT
 8         DIANE LAROSS
           DANIEL H. WEIGEL
 9         DANIELLE HERNANDEZ
           DONALD P. BOYLE, JR.
10         TAYLOR ENGLISH DUMA

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

UNITED STATES DISTRICT COURT
OFFICIAL CERTIFIED TRANSCRIPT

**I N D E X   T O   P R O C E E D I N G S**

**THE PLAINTIFFS' CASE (Continued)**

| WITNESS | PAGE |
|---|---|
| DONNA PRICE | |
| Direct Examination | |
| By Mr. Fisher | 6 |
| Cross-Examination | |
| By Mr. Pico-Prats | 28 |
| Redirect Examination | |
| By Mr. Fisher | 37 |
| Recross-Examination | |
| By Mr. Pico-Prats | 38 |
| WILLIAM DIGGES III | |
| Direct Examination | |
| By Mr. Brown | 39 |
| Cross-Examination | |
| By Mr. Pico-Prats | 43 |
| AILEEN SAYA NAKAMURA | |
| Direct Examination | |
| By Mr. McGuire | 48 |
| Cross-Examination | |
| By Mr. Bedard | 107 |
| Redirect Examination | |
| By Mr. McGuire | 139 |
| Recross-Examination | |
| By Mr. Bedard | 142 |
| RICARDO DAVIS | |
| Direct Examination | |
| By Mr. Oles | 147 |
| Cross-Examination | |
| By Mr. Russo | 180 |
| Examination | |
| By Mr. Brown | 200 |
| Recross-Examination | |
| By Mr. Russo | 201 |
| Redirect Examination | |
| By Mr. Oles | 202 |

1    (...cont'd...)

2        **WITNESS**                                          **PAGE**

3        Redirect Examination (Further)
           By Mr. Oles                                        204
4        Recross-Examination (Further)
           By Mr. Russo                                       205
5        Reexamination (Further)
           By Mr. Brown                                       206

6    CHRIS HARVEY

7

8        Cross-Examination
           By Ms. Kaiser                                      209

9                          *  *  *

10   CERTIFICATE                                              293

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

| | |
|---|---|
| 1 | **P R O C E E D I N G S** |
| 2 | **(Atlanta, Fulton County, Georgia; January 10, 2024.)** |
| 3 | THE COURT:  Morning.  Have a seat. |
| 4 | We're ready to begin with the next witness? |
| 5 | MR. FISHER:  Yes, Your Honor. |
| 6 | THE COURT:  All right.  Go ahead. |
| 7 | **THE PLAINTIFFS' CASE (Continued).** |
| 8 | MR. FISHER:  The plaintiffs call Donna Price. |
| 9 | **(There was a brief pause in the proceedings.)** |
| 10 | COURTROOM DEPUTY CLERK:  If you would please stand |
| 11 | and raise your right hand. |
| 12 | **(Witness sworn)** |
| 13 | COURTROOM DEPUTY CLERK:  Please state your name and |
| 14 | spell your complete name for the record. |
| 15 | THE WITNESS:  Yes.  My name is Donna Price. |
| 16 | D-O-N-N-A, P-R-I-C-E. |
| 17 | Whereupon, |
| 18 | DONNA PRICE, |
| 19 | after having been first duly sworn, testified as follows: |
| 20 | DIRECT EXAMINATION |
| 21 | BY MR. FISHER: |
| 22 | **Q.**   Good morning, Ms. Price. |
| 23 | **A.**   Good morning. |
| 24 | **Q.**   Ms. Price, where are you from? |
| 25 | **A.**   I'm from Atlanta. |

1    **Q.**    Where did you go to high school?

2    **A.**    I went to Sandy Springs High School.

3    **Q.**    Is that around this area?

4    **A.**    Yes, it is.

5    **Q.**    Did you graduate high school, ma'am?

6    **A.**    I did.

7    **Q.**    What did you do after graduation?

8    **A.**    After graduation, I married.  We started a family.  And my

9    husband was in the Marine Corps so we traveled around a bit.

10   **Q.**    Where did you travel?

11   **A.**    We went to North Carolina, Virginia, and Tennessee.  And

12   he was eventually transferred to San Diego, California.

13   **Q.**    How long were you in San Diego?

14   **A.**    We were there 20 years.

15   **Q.**    Did you ever go to college yourself?

16   **A.**    I did.

17   **Q.**    Where did you go?

18   **A.**    I went to Sandy Springs -- excuse me.  I'm nervous.

19          I went to San Diego State University.

20   **Q.**    What did you study there?

21   **A.**    I studied art.

22   **Q.**    And did you graduate from there as well?

23   **A.**    I did.

24   **Q.**    What did you do after graduating college?

25   **A.**    I worked -- I continued to work at the University for

1  about a year, and then I obtained employment at the San Diego

2  Museum of Art.

3  **Q.**   What did you do at the San Diego Museum of Art?

4  **A.**   Well, I was brought in as a curatorial assistant.  One of

5  the things I found about the system of keeping track of the

6  records of the art collection was that they were still using --

7  they had cards, hand cards.

8      And so this was the time when we had our early small,

9  little computers, little -- I had a little Mac, and I found a

10  collection management system that we could design to hold the

11  collections for the museum.  So I set up that system.  That was

12  one of my jobs.

13  **Q.**   Now, you said you were in San Diego for about 20 years.

14  **A.**   I was.

15  **Q.**   Where did you go next?

16  **A.**   I came back to Atlanta.

17  **Q.**   Why did you come home?

18  **A.**   I wanted to be near family.

19  **Q.**   And did you continue to work when you moved home to

20  Atlanta?

21  **A.**   I did.  I was able to get employment at Emory University.

22  **Q.**   What did you do at Emory?

23  **A.**   When I -- I had several -- wore several hats while I was

24  there.  Basically I worked in print and online communications

25  and I worked first at the ethics center.

```
1                THE COURT:  At the what center?

2                THE WITNESS:  The ethics center?

3                THE COURT:  The ethics center.

4                THE WITNESS:  And then I moved to the information

5     technology division.  And then my last location at Emory was

6     for the Emory Eye Center.

7                THE COURT:  Can you just talk a little bit louder?

8     Thank you.

9                THE WITNESS:  Certainly.

10                THE COURT:  Just you can get a little bit closer to

11     the -- you don't have to be right next to it.  But you have a

12     light voice, so just --

13                THE WITNESS:  Yeah, I need to figure out how to --

14     can you hear me now?

15                THE COURT:  Yes.  I could hear you before.  But it is

16     light enough that I just think it is --

17                THE WITNESS:  Okay --

18                THE COURT:  -- everyone can hear it more clearly.

19                That is perfect.  Thank you.

20     BY MR. FISHER:

21     Q.   Thank you.

22          You mentioned that you worked in the IT department.  What

23     was your role in the IT department?

24     A.   Well, I worked -- first I worked for the CIO for IT.  I

25     reported directly to him.  And I was in print and online
```

1    communications.  So -- so I created publication.  For instance,

2    I worked with the security team to write a monthly article on

3    IT security for the Emory University newsletter that went out

4    once a week.

5        And so once a month I would have a column in there helping

6    students understand how to protect their computers.  Also

7    understand how all the new programs that were coming out,

8    educational programs that were being developed using software

9    and -- that were online, helping them learn about these new

10   programs.

11   **Q.**   How long in total were you at Emory?

12   **A.**   I was there for 28 years.

13   **Q.**   And are you retired now, ma'am?

14   **A.**   Yes, I am.

15   **Q.**   Ms. Price, I want to talk a little bit about your voting

16   history.

17       Are you a registered voter here in Georgia?

18   **A.**   Yes, I am.

19   **Q.**   Do you remember when you first registered to vote?

20   **A.**   Yes, I do.

21   **Q.**   When was that?

22   **A.**   The graduating class at Sandy Springs was bussed to the

23   election office in Sandy Springs.  And we -- as graduating

24   seniors, we were invited to register to vote.

25       Now, I was one month younger than 18, so I preregistered.

```
1    And then after I married, we traveled so much that I didn't get
2    to vote in Georgia until I had come back to Atlanta.
3    Q.   And when you came back, was that the first Georgia
4    election you voted in?
5    A.   Yes.
6    Q.   Do you remember approximately when that was?
7    A.   I think it was 1992.
8    Q.   Okay.  And to the best of your knowledge, have you voted
9    in every Georgia election since then?
10   A.   I know that I have voted in every federal election and
11   most state elections, and less frequently I've voted in
12   municipal elections.
13   Q.   Have you voted using Georgia's old DRE system?
14   A.   I did.
15   Q.   What about Georgia's current BMD system?  Have you voted
16   using that?
17   A.   Yes.
18   Q.   What about Georgia's absentee system?  Have you voted
19   using that?
20   A.   Yes.
21   Q.   What was that?
22   A.   Yes.
23   Q.   Ms. Price, do you believe it is important to exercise the
24   right to vote?
25   A.   Yes, I do.
```

```
 1    Q.    Why?

 2    A.    Well, I am a person who's always had an interest in

 3    history.  And so I was particularly interested in American

 4    history but also history of other governmental systems.  And I

 5    believe that our system is the best.  It allows the most

 6    freedom for people.

 7          And because of that, voting is really -- that is how the

 8    people speak, because the authority of the Government is based

 9    on the will of the people.  And so in order to know the will of

10    the people, we have to be able to vote and have our votes

11    counted as cast.

12    Q.    As a voter -- as a voter here in Georgia, do you have

13    confidence that you can vote and have confidence that your vote

14    will be counted as cast?

15    A.    No, I don't have confidence.

16    Q.    When was the first time you started to lack that

17    confidence?

18    A.    I think the first time that I was drawn to understand more

19    about voting systems in Georgia was right after we changed to

20    electronic technology, which was in 2002.  That is when the

21    State was moved to an all statewide electronic voting system.

22    Q.    You said you wanted to learn more about that technology.

23    How did you go about doing that?

24    A.    I began asking questions.  I asked lots of questions.  I

25    found experts to talk to.  And also I found other people --
```

1  other voters in the state who were interested in finding out

2  about the voting system too.  So we worked together.

3  **Q.**   And once you started learning more about the system, did

4  you do anything in response?

5  **A.**   I formed an organization.  It is called Georgians for

6  Verified Voting.  And that was about in 2005 -- 2004 or '5.

7  I'm not exactly sure.  And that was intended as basically a

8  clearinghouse for information.

9     I'm not much of a speaker.  So I work better like putting

10  information on a website.  So I built us a website and

11  accumulated authoritative documents; put those online.

12     And when I found out what top experts said was the most --

13  the best voting system, I put information about that on the

14  website.

15  **Q.**   You said you built the website.

16         MR. FISHER:  Tony, can we put up the home page?

17  BY MR. FISHER:

18  **Q.**   Is this the website, ma'am?

19  **A.**   Yes, it is.  It is kind of in the small form.

20  **Q.**   So you built this website?

21  **A.**   Yes, I did.

22  **Q.**   What is this page providing to people who access the

23  website?

24  **A.**   Actually, it is just talking about election integrity, you

25  know, being an advocate for election integrity.  And it talks

1    about just the basic principles for secure, accurate

2    transparent, and reliable voting systems.  So it just tries to

3    put it into the ABCs for just the general public, interested

4    voters, to get an idea of what those components are.

5            MR. FISHER:  Tony, can we go back to the broader

6    screenshot of the home page?  And can you zoom in on Source

7    Docs?

8            There we go.

9    BY MR. FISHER:

10   **Q.**   What is this tab doing -- this page of the website doing?

11   **A.**   That presents some of the authoritative documents that I

12   found that help voters to -- if they are interested in finding

13   out more about the history of electronic voting systems, about

14   the Government or the federal and state laws, about research

15   that has been done by scientists, then I have linked articles

16   on that -- on that page.

17   **Q.**   These are articles that you found?

18   **A.**   Yes.

19           MR. FISHER:  You can take that down, Tony, thanks.

20           THE COURT:  Are you offering it as an exhibit?

21           MR. FISHER:  No, ma'am.

22           THE COURT:  All right.  Why don't you just, for the

23   record, if you would pull it back up, just identify some of the

24   range of the items that you were posting here.  You don't have

25   to read each one individually and -- but just give a sample so

1    for the record if they are not going to be ...

2              THE WITNESS:  Okay.  So starting early in like around

3    2005 was when some of the most authoritative reports came out

4    about the paperless DRE voting system that we had.  So those --

5    I have included those on the website.

6              And, for instance, in 2005, the State of California

7    had scientists come in and look at the source code for the same

8    machine that we were using here in Georgia.  And that report is

9    called the California Top to Bottom report.  It was done at

10   Berkeley.

11             And scientists from Princeton and Berkeley worked on

12   it.  And that led to the decertification of that voting system

13   in the entire state of California.  So that happened in 2005.

14             THE COURT:  The decertification?

15             THE WITNESS:  That is right.

16             THE COURT:  So they then replaced it?

17             THE WITNESS:  Yeah.  They determined that the source

18   code was not secure enough for an election environment.  And

19   that is the system that we continued to use until 2000 -- 2020.

20   BY MR. FISHER:

21   Q.  Ms. Price, you collected this information.  What was the

22   purpose of you collecting this information and putting it on

23   the website?

24   A.  Just to provide information.

25             MR. FISHER:  Your Honor, at this time we would offer

1    this page of the source docs from the website into evidence.

2              THE COURT:  All right.  That makes it simpler.  Thank

3    you.

4              Are there any objections to the admission?

5              MR. PICO-PRATS:  I would just object on a hearsay

6    ground in terms of what the articles are.

7              MR. FISHER:  Your Honor, we're not offering it for

8    the truth.  We're just offering it to show that she collected

9    studies to provide to voters so that they can be informed of

10   the voting systems and the issues with the voting systems.

11             THE COURT:  That's fine.  It is admitted.

12             I mean, we're not admitting all the articles.  We are

13   admitting the listing of the articles.

14             MR. FISHER:  That's right.

15             Okay.  You can take it down.  Thanks, Tony.

16   BY MR. FISHER:

17   **Q.**  Ms. Price, has the work that you have done with Georgians

18   for Verified Voting informed your lack of confidence that your

19   vote will be counted as cast?

20   **A.**  Yes.

21   **Q.**  Now I want to talk about the current BMD system a little

22   bit.

23        What aspects of the current BMD system make you concerned

24   about whether your vote will be counted as cast?

25   **A.**  There's several aspects.  One is that the system is not

1    transparent.  And we could go into that if you wanted more

2    information about my opinion on that.

3        The other is that the ballots are not voter verified

4    because they have a QR code.  So that even though I can see a

5    printout of selections in an abridged form, the selections that

6    I made on the screen, nevertheless what the scanner is reading

7    as the QR code, but that is not really the only concern.

8        I'm also concerned about the security of the election

9    system.  It is very complex.  There's multiple software systems

10   and people behind the scenes, proprietary software, that the

11   voter, you know, when we're voting on the system, it is like I

12   feel like I'm handing my ballot to someone behind a screen who

13   just says trust me.  I need -- I need proof.  I need evidence.

14   **Q.**  I want to talk about one of the reasons you mentioned

15   about voter verifiability.  You said earlier you voted on a

16   BMD.

17       When did you vote on a BMD?

18   **A.**  I had not voted on a BMD or a -- the touch screen voting

19   system since 2016.  And that is when I heard about the

20   incursion at Kennesaw.  So I had been voting by absentee paper

21   ballot.  And this year -- and I had no intention to vote on a

22   BMD.  But this -- in November my district doesn't always have

23   questions for municipal elections.  And this time they did.

24               THE COURT:  In 2016?

25               THE WITNESS:  No.  I'm sorry.  This year in November.

```
1            THE COURT:  This year?

2            THE WITNESS:  November of this -- of 2023.

3            So this is the first time that in quite a while that

4   I was -- really wanted to vote in the municipal election.  And

5   by the time I understood what the questions were that I wanted

6   to, it was too short a time span for me to order an absentee

7   ballot.  So I voted in the polling place.

8   BY MR. FISHER:

9   Q.    And when you finished voting on the screen on the BMD,

10  were you able to review your selections before the ballot was

11  printed out?

12  A.    I was.  There is a summary screen.  And so when I --

13  because the wording -- those questions on the ballot were kind

14  of wordy, slightly wordy, and a little bit confusing.  Their

15  titles were pretty close to the same.  So I had to go back

16  through the different screens to kind of check and compare that

17  I had everything correct on my final -- the final summary

18  screen.

19        And so yes, I was able to review those things and

20  determine that probably I had voted what I intended.

21  Q.    Was that -- how long, just broadly speaking, how long did

22  that process --

23  A.    I don't really know.  It felt like a long time.  But I

24  don't think it was that long.

25  Q.    And did the machine print out your ballot?
```

1    **A.**    It did.

2    **Q.**    Okay.  And when it printed it out, did you see human

3    readable text on the ballot?

4    **A.**    I could see that there was text, yes.

5    **Q.**    Did you verify whether that text matched the selections

6    that you made on the screen?

7    **A.**    I forgot.

8    **Q.**    Why did you forgot?

9    **A.**    I have all this training in elections, and I know all

10   these people who have said you really have to review that

11   ballot.  And I cannot explain why.

12         I know that when I had voted on the DREs in the past, when

13   you got to the summary screen you just pushed the button and

14   the ballot was cast and, you know -- so I had finished the

15   summary screen and was satisfied with it.

16         So I can't explain why, except that when I got home I

17   realized that I hadn't confirmed it and I was -- I was

18   disturbed, because I know that is an important part of doing

19   this process with the BMDs.

20   **Q.**    You said you were able to see the text, even though you

21   didn't verify it.  Was it small?  Was it large?

22   **A.**    It was small.  And I -- sometimes I have to use a

23   magnifying glass now in order to read small print.

24   **Q.**    Did you have a magnifying glass on you?

25   **A.**    No.  And if they had one on the machine, I don't remember

1    seeing one.

2    **Q.**    Even if you were -- even if you had remembered to read the

3    printout selections and try to verify whether it matched your

4    votes, would you have been able to cast a verified ballot?

5    **A.**    No.  Because there is a barcode.  And so my votes are

6    communicated to the scanner through that barcode.

7    **Q.**    How does that make you feel?

8    **A.**    That -- it's -- I'm not happy with it.

9    **Q.**    Why aren't you happy --

10   **A.**    I don't trust it.

11   **Q.**    What did you say?

12   **A.**    I don't trust it.

13   **Q.**    Why aren't you happy about the fact that you can't cast a

14   ballot that you can trust shows the selections you made on the

15   screen?

16   **A.**    When I was there, I was voting in my -- my precinct, one

17   of my neighbors is here today.  I was voting in our

18   neighborhood.  And it felt so good to be back in the polling

19   place.  And I so wished that I could just mark a hand-marked

20   ballot that I could review, that it had my marks on it that I

21   could be certain of, and I could put it into that scanner and I

22   could watch it be counted by the scanner's counter.  And I

23   could watch it go into the lockbox and I could know that I

24   had -- my ballot had been cast.  And it was in a secure place.

25        And our polling place is also -- all polling places, they

1   print out the tapes after the election of how many people

2   voted, how many ballots were cast, who won the election -- each

3   office through that count.  And they post them on the windows.

4       And I have, over the years, gone and taken photos of

5   those.  So that that gives me more evidence that my ballot's

6   cast and been counted and those numbers are what goes to the

7   county elections office.

8   **Q.**   Ms. Price, why does it matter to you that you're able to

9   have confidence that your ballot and your vote will be counted

10  as cast?

11  **A.**   Because really my vote, even though we may have 5 million

12  people voting in an election, my vote is my voice in that

13  collective of everybody's voices.  And that is what

14  determines -- it is not who is the most powerful person or the

15  richest person or -- you know, it has nothing to do with that.

16  It is like the will of the people to determine -- to authorize

17  the power for our Government.

18      And so to me that is the most important act that I can do,

19  just through learning history.  I grew up with, you know,

20  family who had experienced World War II and I just -- I know

21  the importance of my vote.  And I want to make sure that even

22  though it is in that huge -- maybe huge number of votes, that

23  my vote, my voice is counted as cast.

24  **Q.**   Does voting absentee alleviate your concerns about whether

25  your vote will be counted as cast?

1   **A.**   Well, for years, after learning about the paperless DREs,

2   I campaigned hard with friends and, you know -- that was one of

3   the messages from Georgians for Verified Voting was vote

4   absentee ballot, absentee paper ballot, because we could --

5   there is no barcode on it.  So we could see that, you know,

6   we -- that was the official record of our vote.  And it was in

7   a paper form so it did not depend on electronics.

8        So what I -- I very much promoted that.  But the last few

9   years, and especially now after I have heard about the breach

10  at Coffee County in particular, and I have seen the video of

11  how ballots can be altered using the software -- the voting

12  system.  And also hearing experts talk about how many hands

13  that an absentee ballot goes through, other things about the

14  absentee ballot process that the city really believes -- I

15  mean, the State believes that that form of absentee ballot is

16  subject to fraud.

17       So I have really -- I have really lost confidence in using

18  an absentee ballot now and I'm not promoting it anymore.

19  **Q.**   What about the process of absentee voting?  Do you find

20  that easier or harder than voting in person, ma'am?

21  **A.**   It takes a lot of steps, and it takes a lot of vigilance.

22       My polling place is a mile and -- little bit more than a

23  mile and a half from my house.  When I -- I make sure I hand

24  deliver my ballots to the ballot box at the -- my county's

25  election office.  So -- and that's a 26-mile round trip.  And I

1    may have to go back to the county's office for various reasons.

2         For instance, at one point, my signature didn't match.  On

3    my application form for the ballot, my signature didn't match

4    the one that they had on file at the county office.  So they

5    were kind enough to call me and let me know so that my ballot

6    would still -- I would still be able to get the ballot.  But I

7    did have to drive down there and refill out the form.

8         I always have recommended just checking online to the --

9    My Voter page to make sure that my absentee ballot request is

10   accepted and that when they are going to mail my ballot so that

11   I can watch for it.  And then if it doesn't come, I want to

12   know, you know, so I can check with the office to see where it

13   is in the process.

14        So it takes -- it takes all those steps.  But also the

15   newest form that they have for the absentee ballot has -- it

16   has five warnings.  So when you are filling it out, you are

17   reading these warnings saying, well, if you do this, then you

18   are going to have ten years in prison and $100,000 fine and --

19   so I'm looking at it and I'm thinking, you know, this -- it

20   feels like I'm a second class voter when I have to do it.

21        Because when I went in to the polls, there was a splash

22   screen at the beginning of the BMD screen that says something

23   about, you know, you have to be registered, you have to

24   legitimately be able to vote.  But that, you know -- but it

25   didn't feel the same way that it did with the absentee ballot.

1  **Q.**   Voting absentee have you ever become concerned that your

2  vote just wasn't counted?

3  **A.**   I definitely do.  One of the things that we can do, we can

4  look at the My Voter page and we can see that our ballot was

5  accepted.  But that doesn't -- because I usually will try to

6  get my absentee ballot in right away.  So I will be getting it

7  in prior -- you know, maybe weeks prior to the election.

8      And so I don't know -- I don't see, like I would if I was

9  in the polling place using a hand-marked paper ballot and

10  feeding that into the scanner, I don't get to see that happen,

11  you know.  So I don't know that it gets counted.  I just have

12  to -- I have to, you know, trust, but I can't verify.

13  **Q.**   Are there specific -- do you recall specific, you know,

14  elections where you were concerned that your vote that you

15  casted through the absentee system just wasn't counted?

16  **A.**   Yes.

17  **Q.**   Okay.  What were those elections?

18  **A.**   Well, in the presidential preferences primary, I ordered

19  my absentee ballot right away.  I think it was in January.  And

20  then I received it, and I filled it out, and I sent it in in

21  February.

22      But what happened was -- and this, of course, was COVID.

23  So things got disorganized for, I think, the -- you know,

24  putting on an election.  But what happened was, I found out

25  that more -- more candidates were added to the ballot.  But I

1    found that out later.

2        The Secretary of State mailed the ballot.  I got an extra

3    ballot.  And when I got it, I didn't even look at it because I

4    know there's all this concern that people might vote twice.

5    And I just took it and I destroyed it, because I hadn't

6    requested it.

7        So then I found out that more candidates had been added to

8    that, and so I called my county election office, and I asked

9    them if -- what would I do, because I had already voted that

10   other ballot.  And they said that I should email a request to

11   them and they would send me another ballot.  But it was -- it

12   wasn't enough time, I don't think, to turn it around because I

13   never got that ballot.

14   **Q.**   Did you do what they said and apply for a replacement

15   ballot?

16   **A.**   Yes, I did.  I emailed it.

17       And that is another thing that -- the form requires a lot

18   of personal information in one place.  So you have your name.

19   You have your driver's license number.  You have your birth

20   date, your address.  So this is, you know, what they call P2

21   information.

22       And to send it through a fax, faxes are not secure.  So

23   I'm putting my personal voter information, my personal

24   information out into the wild with the threat of that being,

25   you know, found.

1  Q.    Any other elections where you applied for a ballot and you

2  just didn't receive it?

3  A.    Well, I think for the primary runoff I was supposed to

4  receive a ballot for that.  I did not get it.  So --

5  Q.    Which year was that?

6  A.    That was the same year in 2020.

7  Q.    And you applied for a ballot that year?

8  A.    Well, when you reach a certain age, you only have to apply

9  that once.  So in January when I applied, it was for all the

10 elections.  But I didn't get one for the primary runoff, so I

11 didn't get to vote in that.

12 Q.    Ms. Price, I think you said earlier you're a little

13 nervous to be here today; is that right?

14 A.    Right.  Yeah.  Sorry.

15 Q.    Did you choose to be here today?

16 A.    No.

17 Q.    Why are you here?

18 A.    I worked behind a computer for 28 years at Emory.  I'm

19 comfortable behind a computer.  And that -- of course, with my

20 organization I have the website representing information.  But

21 I was never that keen on being the center of attention and

22 being -- you know, speaking in public.

23 Q.    Why are you here today?

24 A.    Just because I believe that, you know, the most

25 fundamental process for our country to have democracy is that

1   voters are being able to vote in the most secure, accurate,

2   reliable, and voter verified manner so that our votes are

3   counted as cast.

4   **Q.**   In spite of your lack of confidence that you can vote and

5   know that your vote will be counted as cast here in Georgia, do

6   you still intend to vote in upcoming elections?

7   **A.**   Yes.

8   **Q.**   Why?

9   **A.**   Well, I think the example of my aunt.  We used to talk a

10   lot about voting.  And toward the end of her life, she -- she

11   knew that I was working, you know, on elections.  She knew

12   about the DRE voting machines.  The things that I had told her.

13        But she -- she wanted to vote in the polls.  And, you

14   know, voting was very -- so important to her.  And she had

15   broken her hip, and she was in a wheelchair.  And so I took her

16   to the polls.  And she was in a lot of pain getting in and out

17   of the car getting back and forth in that wheelchair.  But she

18   had to vote at the polls.

19        And one of the things, when she -- when she was young --

20   she never married.  But when she was young, the love of her

21   life went to World War II and he never came back.  And when I

22   think about her and her courage and how much it meant to her to

23   vote, even though there was a question about the machine, she

24   went ahead and she -- she did it because that was her sacrifice

25   for our freedom.  You know, that is what she did.

1      So that is why I go ahead and do it.  But when I go in to

2   vote, whether I'm voting on a BMD or absentee ballot, I feel

3   sick.  It makes me feel sick to not have confidence that my

4   vote is going to be counted as cast.

5           MR. FISHER:  Thank you, Ms. Price.

6           No further questions, Your Honor.

7                         CROSS-EXAMINATION

8   BY MR. PICO-PRATS:

9   **Q.**   Good morning, Ms. Price.  How are you today?

10  **A.**   Good morning.  I'm good.

11      I'll get a drink here.

12  **Q.**   Ms. Price, I have a few questions with relation to what

13  you were talking about.

14      You said that you have an issue in knowing when your vote

15  is cast; is that correct?  Or when you cast a vote?

16  **A.**   Could you -- could you rephrase that question.  I'm not

17  sure what you mean.

18  **Q.**   What do you consider a vote counted as cast?

19  **A.**   Still I'm not certain what you mean.

20  **Q.**   When you go and vote, when do you think your vote is cast?

21  When do you think you cast a vote?

22  **A.**   When do I think I cast my vote?

23  **Q.**   Yes.

24      What does that mean to you?

25  **A.**   Well, if I was voting on a hand-marked paper ballot at

1   the -- my polling place and I put it into the scanner, then I

2   saw the scanner, the number on the scanner would click to show

3   that my vote was processed by that scanner.  And it would go

4   into a lockbox and that would be one way that I would be

5   casting my vote.

6   **Q.**   And you said that was for a hand-marked paper ballot?

7   **A.**   That's correct.

8   **Q.**   When do you scan a hand-marked paper ballot?

9   **A.**   I vote on the voting system in Georgia.  And instead of

10  hand counts or instead of having people, you know, like they

11  did, you know, before technology, instead of just putting your

12  vote in a box in the polling place, you -- it is counted by a

13  scanner.

14      So that is the current system, and I think it is a

15  practical system.

16  **Q.**   When you're voting on a voting machine, a BMD voting

17  machine now, what do you consider you casting a vote?  What

18  does that mean to you?

19  **A.**   I think that would be -- it is not a voter verified

20  ballot.  But that would be the paper printout that comes from

21  the BMD that gets fed into the scanner and the QR code is

22  counted.

23  **Q.**   And you talked about a verified ballot.  What do you

24  consider to be a verified ballot?

25  **A.**   A verified ballot is when I can look at the ballot and see

1    that the choices that are marked on the ballot are my choices.

2    **Q.**   And do you consider a -- sorry, a ballot that you get from

3    a BMD machine and then you scan, you consider that a verified

4    ballot?

5    **A.**   A ballot that I get from a BMD machine that I scan --

6    well, I'm looking at the abridged version if I had -- if I had

7    looked at the ballot and checked it, I would be looking at the

8    abridged version of what was -- what had been on the electronic

9    screen.  And then I would be putting it into the tabulator.

10   But the barcode would be read.  So that would not be a -- it is

11   not a voter verified ballot.

12   **Q.**   So to you, if you read the names on it, you don't consider

13   it verified because of the QR code; is that correct?

14   **A.**   In this particular voting system, that's correct.

15   **Q.**   And for you, you consider -- if you were to mail an

16   absentee ballot and you marked the votes by hand and then you

17   mail it in, you consider that to be a verified ballot?

18   **A.**   The part of marking it is the verification, yes.

19   **Q.**   And you talked a little bit before about an issue you had

20   with the BMD machines is that there is a lot of background

21   third-party things that you can't see; is that correct?

22   **A.**   That's correct.

23   **Q.**   And you have an issue with that; right?

24   **A.**   Yes.

25   **Q.**   So -- and correct me if I'm misstating this, but you said

1    you were putting your trust in other people; is that correct?

2    **A.**    I think it is -- it has -- it is less about putting trust

3    in other people than it does not knowing who is behind the

4    scenes as far as the -- you know, the -- the technology, the

5    people who write the computer code.

6         Every election we have to have people go in and create new

7    ballot definition files.  There's a lot of technology and work

8    that goes on behind the scenes that is not visible to the

9    voter.

10   **Q.**    And would you say when you mail in an absentee ballot that

11   you don't know what is going on behind the scenes; is that

12   correct?

13   **A.**    That's correct.  Yes.

14   **Q.**    So in both ways of voting, you don't actually know what is

15   going on behind the scenes?

16   **A.**    That's correct.

17   **Q.**    And you talked -- are you aware that an absentee ballot is

18   scanned when you take it into a -- into a -- when you mail it

19   in?  I'm sorry.

20   **A.**    That is -- yes.  I'm aware of that, that that is the

21   process.  But I don't get to see the scanning.

22   **Q.**    You talked before that you had an issue verifying your

23   ballot when you went to vote in person this past election; is

24   that correct?

25   **A.**    That's correct.

1   Q.   Because you didn't have a magnifying glass?

2   A.   Well, that wouldn't have been verifying it.  That would

3   have been verifying what was printed out by the BMD.  But

4   because the barcode is on that ballot, I'm not really verifying

5   what is being fed into the scanner.

6   Q.   Right.  I didn't mean to trick you.

7   A.   That's okay.

8   Q.   I meant just the magnifying glass, that was an issue that

9   you couldn't properly read what was on the ballot; is that

10   correct?

11   A.   I use a magnifying glass a lot and that would have been

12   helpful.

13   Q.   And you know that you're supposed to be able to go in and

14   read what is on the ballot, right, to verify it?

15   A.   I do.

16   Q.   And knowing that -- you knew that you maybe should have

17   brought a magnifying glass if --

18   A.   I didn't think of it, no.

19   Q.   But next time if you were to vote again on a BMD machine,

20   would you bring a magnifying glass?

21   A.   I hope to not vote on a BMD machine again.

22   Q.   But if you had to.

23   A.   Actually, I think that they should be supplied at the -- I

24   think some states do have them at the voting locations.

25   Q.   And, Ms. Price, do you -- when you voted on the BMD this

1    last time, do you have any evidence that your vote wasn't

2    properly counted as you intended?

3    **A.**   No, I don't.

4    **Q.**   Okay.  And when you voted absentee ballot before, you also

5    don't have any evidence that your vote wasn't properly counted;

6    is that correct?

7    **A.**   No, I don't.

8    **Q.**   You talked a little bit about the burden that you have

9    requesting -- when requesting an absentee ballot.

10        Do you remember that?

11   **A.**   Yes.

12   **Q.**   And would you say that burden is something that someone

13   would generally have for anyone that wants to request an

14   absentee ballot?

15   **A.**   Could you repeat that.  I'm sorry.

16   **Q.**   Would you say that is a general burden that other people

17   would have when requesting an absentee ballot, such as printing

18   or --

19   **A.**   Right.  Definitely, yes.

20   **Q.**   And despite that burden, you have frequently voted by

21   absentee ballot; correct?

22   **A.**   Yes.

23   **Q.**   Ms. Price, when voting on a BMD machine, is it true that

24   without -- believing that without a voter verified ballot, you

25   don't believe that there is a record that you have selected the

1   actual candidates that you intended?

2   **A.**   Let's see.  That seems like a multiple question.  Could

3   you --

4   **Q.**   I can clear it up and I can ask a better question.  That

5   is probably my fault.

6       Is it true that when you go and vote on a BMD machine, you

7   don't believe there is a record of the -- of the votes that you

8   intended to cast?

9   **A.**   I think that there is an abridged version of the -- of the

10  information that I saw on the summary screen that is on that

11  ballot that reflects if I had -- if I had checked it, it would

12  accurately reflect my selections if I could be sure and

13  understand what their abbreviations mean.

14  **Q.**   What do you mean by --

15  **A.**   Does that make --

16  **Q.**   What do you mean abbreviations?

17  **A.**   I mean they shorten -- they have to truncate the text, and

18  sometimes when the text is very similar -- like my experience

19  with voting in a municipal election, so sometimes the text for

20  municipal elections can be very wordy so they have to

21  abbreviate it to fit on the ballot.

22  **Q.**   And it is true that when voting by a BMD machine you don't

23  think you are actually voting; is that correct?

24  **A.**   That's an interesting question.  I think that I'm going

25  through the motions of voting.

1   **Q.**   But going through the motions and actually voting is

2   different to you; is that correct?

3   **A.**   It is hard to put this in a simple answer because there's

4   so many factors to have to be able to have reasonable

5   confidence that my vote is counted and that I can trust -- you

6   know, have that reasonable confidence.  Security is also

7   another element; transparency is another element, in addition

8   to being able to verify the ballot.

9   **Q.**   So you have no confidence that your vote was accurately

10  counted; is that correct?

11  **A.**   I'm not able to have confidence on this particular

12  system -- voting system the way it is implemented in Georgia.

13  **Q.**   And despite that, you did vote on a BMD machine on

14  November 7, 2023; is that correct?

15  **A.**   Yes.  I'm always hopeful.

16  **Q.**   And do you believe your vote was accurately counted then?

17  **A.**   I don't know.

18  **Q.**   And when you vote by absentee ballot, do you know if your

19  vote was accurately counted then?

20  **A.**   No, I don't know.

21  **Q.**   Ms. Price, in terms of what remedy you are seeking in this

22  lawsuit, could you tell me what the remedy is.

23  **A.**   Yes.  I think so.  It will be an abbreviated version.

24       I would have confidence -- I would have reasonable

25  confidence if I knew that our voting system was based on the

1    principles and knowledge of experts in the field of elections

2    and technology -- excuse me, I'm losing my voice.

3              THE COURT:  Why don't you take some water.

4              THE WITNESS:  Thank you.

5              THE COURT:  Just catch your breath.

6              THE WITNESS:  This country has some of the brightest

7    and best election security administrator -- administrative and

8    technology in the world.  And those experts are freely giving

9    their information about how to have secure, transparent,

10   accurate, and reliable elections and voter verifiable

11   elections.

12             So if I knew that our voting system, the principles

13   and practices here in Georgia, was based on those kind of

14   principles, then I would have reasonable confidence in the

15   election system.

16             It is like when I get on an airplane, there is a lot

17   of people behind the scenes who have kept that airplane flying.

18   And so I have a reasonable confidence that I am going to be

19   okay, that the plane is not going to fall out of the sky.  Do I

20   know absolutely perfectly?  No.  But I have reasonable, because

21   the science is behind it.  And I have seen that there are

22   agencies who ensure that when there are new problems that come

23   up and new concerns with the technology, that they are

24   addressed through science.

25

```
 1   BY MR. PICO-PRATS:
 2   Q.    So it is true to say that you rely on your experts when
 3   coming up with an opinion on remedy; is that correct?
 4   A.    Well, I'm saying that I think that our voting system needs
 5   to be based on principles, scientific principles.
 6   Q.    But you rely on your experts; is that correct?
 7           THE COURT:  Well, I think she gave a more complex
 8   answer than that.  So I would say that that is not a fair
 9   characterization.
10           MR. PICO-PRATS:  All right.  That's all the questions
11   I have.
12           Thank you, Ms. Price.
13           THE WITNESS:  Thank you.
14                     REDIRECT EXAMINATION
15   BY MR. FISHER:
16   Q.    Just briefly.
17       Ms. Price, you were asked whether you know if your ballot
18   was counted when you vote on an absentee or with hand-marked
19   paper ballots.
20       When you vote that way, do you know if your ballot
21   accurately reflects the selections you made?
22   A.    When I -- when I complete the ballot by hand, yes, I do.
23   It is voter verified.
24   Q.    And when you voted on a BMD, did you know whether your
25   ballot accurately reflected the selections you made?
```

1    **A.**   I didn't know if the ballot that went -- was scanned, the

2    choices that were scanned, I didn't know if those reflected my

3    choices.

4             MR. FISHER:  No further questions, Your Honor.

5             MR. PICO-PRATS:  Briefly, Your Honor.

6                           RECROSS-EXAMINATION

7    BY MR. PICO-PRATS:

8    **Q.**   And, Ms. Price, it is true that you had said before that

9    you don't know for sure, whether you're voting by absentee

10   ballot or through the BMD voting system, what the scanner is

11   tabulating your vote as; is that correct?

12   **A.**   I don't get to -- with the hand-marked paper ballot voting

13   by absentee I don't get to see that ballot scanned, so -- and

14   go into a lockbox.  So I don't know that my vote is cast on

15   that scanner.

16   **Q.**   And you are not sure whether your intent is marked as

17   correct with either voting method; is that correct?

18   **A.**   I'm not sure of the question.

19   **Q.**   Whether the candidate you voted for is the one that is

20   actually counted?  You can't be sure with either voting method;

21   is that correct?

22   **A.**   Am I sure that it is counted as cast?

23   **Q.**   If the vote that is recorded -- can you be sure that when

24   voting by either absentee ballot or by the BMD system that the

25   vote that you intended to be marked is the one that is actually

 1  counted?

 2  **A.**   I think because there are concerns about security in the

 3  system that are very serious, then that raises questions for me

 4  about whether that vote will be counted as cast, yes.

 5  **Q.**   By either voting system?

 6  **A.**   Yes.

 7  **Q.**   Okay.  Thank you, Ms. Price.

 8          MR. FISHER:  Nothing further, Your Honor.

 9          THE COURT:  May the witness be excused?

10          MR. FISHER:  Yes.

11          THE COURT:  Thank you very much.

12          MR. BROWN:  Your Honor, the plaintiffs will call Bill

13  Digges.

14          COURTROOM DEPUTY CLERK:  Please raise your right

15  hand.

16                      **(Witness sworn)**

17          COURTROOM DEPUTY CLERK:  Thank you.

18          Please have a seat.  If you would state your name and

19  spell your complete name for the record.

20          THE WITNESS:  William Digges, D-I-G-G-E-S.

21      Whereupon,

22                      WILLIAM DIGGES III,

23      after having been first duly sworn, testified as follows:

24                      DIRECT EXAMINATION

25

1    BY MR. BROWN:

2    **Q.**   Good morning, Mr. Digges.  I'm Bruce Brown representing

3    the Coalition plaintiffs.

4         Mr. Digges, are you a named plaintiff in this case?

5    **A.**   Yes.

6    **Q.**   And are you a member of the Coalition for Good Governance?

7    **A.**   Yes.

8    **Q.**   And do you recall about when you became a member of CGG?

9    **A.**   2017.

10   **Q.**   Backing up a bit, when did you move to Georgia?

11   **A.**   1996.

12   **Q.**   Can you outline briefly your work history since you moved

13   to Georgia in 1996?

14   **A.**   Yes.  I worked for IBM for 32 years.  And then I worked at

15   KSU for nine years.

16   **Q.**   And are you retired now?

17   **A.**   Yes.

18   **Q.**   And you mentioned that you worked for IBM for 30-some-odd

19   years.

20        Are you testifying here today as a computer expert or a

21   cybersecurity expert?

22   **A.**   No.

23   **Q.**   At the present time, and in the recent past, do you

24   generally vote absentee ballot by mail or in person?

25   **A.**   Absentee.

1    **Q.**    Why is that?

2    **A.**    I don't generally trust the voting -- BMD voting system.

3    **Q.**    Now, we've heard some testimony and some argument on this

4    issue, and so I sort of want to cut to the chase.

5        You say that you vote absentee by hand rather than on the

6    BMD.  But aren't there possibilities that either system could

7    not count your vote properly?

8    **A.**    Yeah.  It is possible.  But there is a -- there is a

9    permanent record of my vote if I use the absentee process.

10   **Q.**    What is the relationship between having a permanent record

11   of the vote and your trust in the voting system?

12   **A.**    Well, it creates an audit trail that can be verified when

13   we have to go back and audit the elections, which happens.

14   **Q.**    And so that -- so a hand-marked paper ballot that you use

15   with an absentee ballot, in your view, is a trustworthy record

16   that can be auditable?

17   **A.**    Yes.  As good as we can get.

18   **Q.**    And have you ever voted on a BMD?

19   **A.**    Yes.

20   **Q.**    And what was the occasion for you voting on a BMD?

21   **A.**    My application for the ballot was -- was not accepted.  I

22   messed up something on it.  So I didn't have time for the turn

23   around.

24       And so I just voted in person instead.

25   **Q.**    And when you voted in person, was your right to privacy in

1  terms of your selections, was that respected?

2  **A.**   No, it was not.  There was a poll worker like right over

3  my shoulder.  I assumed he was trying to help me.  I had to

4  back him off.

5  **Q.**   Could he see your -- did it look like he could see your

6  selections?

7  **A.**   Yeah.  He was -- he was a little past the barrier.

8  **Q.**   If you had your druthers, would you prefer to vote in

9  person on election day or by absentee?

10  **A.**   I would prefer to vote in person on election day with a

11  hand-marked paper ballot.

12  **Q.**   And why is that?

13  **A.**   Well, again, we would be creating a permanent record of my

14  vote.

15  **Q.**   And what are the benefits of voting in person that you

16  give up voting absentee?

17  **A.**   Well, the feeling of community, going down to the voting

18  and with the rest of my neighbors and people that we -- both my

19  wife and kids, sometimes we would all go together.

20  **Q.**   Do you plan to vote in future elections?

21  **A.**   Yes.

22  **Q.**   And do you plan to vote absentee or in person?

23  **A.**   I'm going to do absentee.

24  **Q.**   As a named plaintiff, what is the relief that you seek in

25  this case?

1    **A.**   I want to have the BMDs not be an option.  I want

2    hand-marked paper ballots.

3    **Q.**   And if that relief were granted, do you believe you would

4    be able to vote in person with all the benefits of voting in

5    person?

6    **A.**   Yes.

7                MR. BROWN:  No further questions.

8                          CROSS-EXAMINATION

9    BY MR. PICO-PRATS:

10   **Q.**   Good morning, Mr. Digges.

11   **A.**   Good morning.

12   **Q.**   Just starting where Mr. Brown started, you talked about

13   hand-marked paper ballots providing a permanent record; is that

14   correct?

15   **A.**   Uh-huh (affirmative).

16   **Q.**   Could you explain what a permanent record is to you.

17   **A.**   Physical piece of paper.

18   **Q.**   Okay.  And you don't think that a BMD voting machine

19   ballot is a permanent record; is that correct?

20   **A.**   That is correct.

21   **Q.**   Are you presuming that when you send in a hand-marked

22   paper ballot through an absentee ballot through the mail, are

23   you presuming that someone doesn't intentionally or

24   unintentionally destroy that ballot?

25   **A.**   I have no idea.

44

1 **Q.** And you're presuming that you can't audit a BMD system

2 ballot; is that correct?

3 **A.** Not effectively, no.

4 **Q.** Do you believe that risk-limiting audits exist in Georgia?

5 **A.** Say it again.

6 **Q.** Do you believe that risk-limiting audits are used in

7 Georgia?

8 **A.** Again, I don't ...

9 **Q.** Do you know what a risk-limiting audit is?

10 **A.** A risk-limiting audit?

11 **Q.** Yes, sir.

12 **A.** I know what an audit is.

13 **Q.** But not what a risk-limiting audit is?

14 **A.** No.  Could you explain it to me.

15    THE COURT:  You don't want to answer that, do you?

16 Why don't you move on.

17    MR. PICO-PRATS:  I can move on.

18    THE WITNESS:  I'm a quick learner.

19 BY MR. PICO-PRATS:

20 **Q.** Mr. Digges, you have frequently voted through absentee

21 ballot; is that right?

22 **A.** Correct.

23 **Q.** And that is through mailing it in; is that correct?

24 **A.** Well, we drop them off.

25 **Q.** Always drop them off?

```
 1   A.    (Witness nods head affirmatively.)

 2   Q.    Okay.  And an absentee ballot is then scanned; is that

 3   correct?

 4   A.    I assume so, yes.  Yeah.

 5   Q.    Are you confident that your vote is counted when you vote

 6   by absentee?

 7   A.    I'm confident there is a record of my vote.

 8   Q.    And it is that record, do you believe that it is your

 9   exact intent of the people that you voted for, the candidates

10   that you voted for?

11   A.    Well, yes.

12         THE COURT:  When you say you are confident there is a

13   record, you mean what you brought in, the paper you brought in?

14         THE WITNESS:  Yes.  Correct.  Yes.

15   BY MR. PICO-PRATS:

16   Q.    And when you -- you have recently voted by a BMD machine;

17   is that correct?

18   A.    Yes.

19   Q.    And then you were not confident that there was a paper

20   record of that; is that correct?

21   A.    That's correct.

22   Q.    Sorry.  You're not confident that it was a permanent

23   record?

24   A.    Right.

25   Q.    And do you have any evidence that your vote was not
```

```
 1   counted when you voted by BMD?
 2   A.    No.
 3   Q.    And just to confirm, is it true that you're participating
 4   in this lawsuit to move the current voting system from BMDs to
 5   hand-marked paper ballots?
 6   A.    Say it again.
 7   Q.    Is it true that you're participating in this lawsuit to
 8   move from the current -- to move Georgia from the current BMD
 9   system to hand-marked paper ballots?
10   A.    That is the -- yeah.
11         MR. PICO-PRATS:  Those are all the questions I have.
12         THE WITNESS:  Pardon?
13         MR. PICO-PRATS:  That's all the questions I have.
14   Thank you, Mr. Digges.
15         MR. BROWN:  No further questions.
16         THE COURT:  May this witness be excused?
17         MR. BROWN:  Yes, Your Honor.
18         MR. BEDARD:  Your Honor, before the plaintiffs call
19   their next witness, we just conferred, it is about 10:45.
20   We're all --
21         THE COURT:  We couldn't hear you.
22         MR. BEDARD:  I'm sorry.  I'll come up to the podium.
23         It is about 10:45.  I just conferred with plaintiffs.
24   We're having some logistical issues with printing for the next
25   witness.  If we can maybe take a ten-minute break at this
```

```
1   point.  And if you want to continue, that is fine, I can work
2   on --
3           THE COURT:  Well, you're not dealing with the
4   logistical issues.  Somebody else is doing it for you, aren't
5   you?
6           MR. BEDARD:  Yes, it is more a timing issue.  They
7   should be able to figure it out.
8           THE COURT:  Why don't we have plaintiff begin and
9   then either you --
10                  (Unintelligible cross-talk)
11          MR. BEDARD:  We take a break --
12          THE COURT:  -- if you haven't completed the
13  logistical issues or not?
14          MR. BEDARD:  Okay.  Then we can take a break after.
15          MR. McGUIRE:  We are getting -- we're going to call
16  Aileen Nakamura.  And someone is getting her.
17          THE COURT:  And what?
18          MR. McGUIRE:  Someone is getting her right now.
19          THE COURT:  All right.  Thank you.
20          COURTROOM DEPUTY CLERK:  Please raise your right
21  hand.
22                      (Witness sworn)
23          COURTROOM DEPUTY CLERK:  Please have a seat.
24          If you would state your name into the microphone and
25  spell your complete name for the record, please.
```

```
 1              THE WITNESS:  My name is Aileen Saya Nakamura,

 2    A-I-L-E-E-N, S-A-Y-A, N-A-K-A-M-U-R-A.

 3         Whereupon,

 4                    AILEEN SAYA NAKAMURA,

 5         after having been first duly sworn, testified as follows:

 6                    DIRECT EXAMINATION

 7    BY MR. MCGUIRE:

 8    Q.   Good morning, Ms. Nakamura.  My name is Robert McGuire.

 9    I'm counsel -- one of the counsels for the Coalition for Good

10    Governance.

11         Ms. Nakamura, in what county do you live?

12    A.   Fulton County.

13    Q.   How long have you lived there?

14    A.   17 years.

15    Q.   Are you a member of Plaintiff Coalition for Good

16    Governance?

17    A.   Yes, I am.

18    Q.   When did you become a member?

19    A.   18 -- in 2018.

20    Q.   And have you also done volunteer work for CGG?

21    A.   Yes, I have.

22    Q.   I am going to call them CGG.  Is that all right?

23    A.   Yes.

24    Q.   What is your educational background?

25    A.   I have degrees in computer science and cognitive science
```

```
 1   from Wellesley College.

 2              THE COURT:  Can you just speak a little louder?

 3              THE WITNESS:  Sure.  I'm sorry.  I'll get a little

 4   closer.

 5              THE COURT:  Well, it can be closer but just broadcast

 6   it a little more.

 7              THE WITNESS:  Yes, yes.

 8              THE COURT:  That's great.  Thank you.

 9   BY MR. MCGUIRE:

10   Q.   I'm sorry.  You said from Wellesley?

11   A.   From Wellesley College, yes.

12   Q.   Are you currently registered to vote in Fulton County?

13   A.   Yes, I am.

14   Q.   How long have you been registered to vote there?

15   A.   17 years.

16   Q.   How regularly do you vote?

17   A.   I try to vote in every election.

18   Q.   Do you plan to vote in any elections coming up in 2024?

19   A.   Yes.  All of them.

20   Q.   What voting method do you intend to use in 2024?

21   A.   I prefer to vote in person at the polling place.  But

22   because I want to use a hand-marked paper ballot, I will try to

23   vote using absentee by mail ballot.

24   Q.   And why do you intend to vote absentee by mail instead of

25   using -- instead of going to a polling place?
```

**A.**    From my experience of observing and from my personal
experience, I feel that there are many issues with voting on a
BMD.

**Q.**    Such as?

**A.**    Well, first, the lack of voting secrecy.

Second, when you vote on a BMD, you have -- the printout
has a QR code.  And if you can't read the QR code, you aren't
sure how your vote is actually going to be counted.

Third, with a BMD, you actually have to check your -- that
your vote is correct twice, once on the BMD itself, you have to
make sure that all of the selections that you made are correct
and that the computer registered it correctly.  And then the
second time you have to look at the printout and verify that
your votes are on the printout correctly as well.  But to do
that you have to memorize the entire ballot.

Oh.  Actually, I just thought of something else.

The other issue I have is there is a problem with -- if I
was in a situation where I went to vote, I pushed all the right
buttons, I know that I made the right selections, but somehow
the computer -- if I push George Washington and the computer
says Abraham Lincoln, I go and complain to the poll manager.
The poll manager then knows how I am voting, so there is my
ballot secrecy issue.  They will probably do something about
that computer.  So that is not that bad of an issue.  Right.
The computer goes out of commission.

1    But if the printout comes out saying Abraham Lincoln and I
2  know that I pushed George Washington, then I have to spoil that
3  ballot and revote.  But when I complain to the poll manager
4  that something happened and my vote did not come out correctly,
5  the poll manager is automatically -- just because of human
6  nature, I think the poll manager will assume it is voter error
7  and not an error that the machine or the printout -- or printer
8  made.
9  **Q.**   Now, in spite of those problems, have you ever voted in
10 person using a BMD in the past?
11 **A.**   I have.  When I had issues getting an absentee ballot.
12 **Q.**   And is that the reason why?
13 **A.**   Yes.
14 **Q.**   What kind of problems did you have getting your absentee
15 ballot?
16 **A.**   In 2020 for the presidential primary, my oldest child and
17 I never received our absentee ballot.  So we had to vote in
18 person.  And then for the runoff, my husband, my child, and I,
19 all of us never received our ballots even though I called
20 Fulton County asking if it was issued and they promised that
21 all three of them had been issued.
22    My husband's actually came four days after the election.
23 But my daughter's and mine did not.
24 **Q.**   Now, how did your experience of voting on a ballot-marking
25 device, or a BMD, compare to voting absentee?

1    **A.**   When I was voting in the polling place, because of the

2    lack of secrecy, I was so nervous that I almost forgot to check

3    my printout.

4        Trying to get an absentee ballot by mail is also extremely

5    inconvenient, especially for people like my children who don't

6    have their own printers.  And I no longer trust the U.S. mail.

7    So I have gotten to where I personally drive all of our

8    family's ballots, including my mother's, to either a drop box

9    or to an elections office.

10       But I also feel that using the hand-marked paper ballot

11   gives me the privacy that I want.  And also I know that my

12   vote -- I know how my vote will be counted.

13   **Q.**   Now, just as a general matter, what significance does

14   exercising the right to vote have for you personally?

15   **A.**   I'm extremely passionate about voting because my father,

16   he fought in World War II to preserve our democracy.  But my

17   family also has a history where we know firsthand what the

18   consequences of not having our constitutional rights respected.

19       My dad was born in the U.S.  And he was a U.S. citizen.

20   But when he was 18, his entire family was incarcerated.  And

21   their rights were taken away from them.  For no reason.  Just

22   for looking like the enemy.  They were never charged with

23   anything.  They were locked up for years.  And, you know, their

24   right to vote was taken away.  And so I take that very

25   seriously.

1    And I also understand how important it is to preserve your

2  constitutional rights.  You know, it was the Government and

3  even the Supreme Court that ignored those rights that they had

4  as U.S. citizens.  So that is why I'm so passionate about

5  voting.

6  **Q.**   Now, you mentioned secrecy, a lack of secrecy on the BMDs.

7  When you exercise the right to vote, why is secrecy in voting

8  important to you personally?

9  **A.**   Well, I'm barely over five-foot tall.  So in Fulton County

10  with the very big upright machines, everybody can see how I'm

11  voting.  And, you know, an absolute secret ballot is protected

12  under Georgia Constitution.  So I expect that to be the case.

13    And the other part of my worries is that I live in a very

14  politically divided neighborhood.  So when we -- in 2008, when

15  we put out a political yard sign, that night our mailbox got

16  bashed in.

17    Especially now with the, you know, current climate that we

18  have politically and the hate crimes that I have seen against

19  Asian people, and especially Asian women, I feel that if I go

20  and vote in person and I am displaying how I am voting, I could

21  be at a lot of risk.

22    And I don't feel that voting in America should come

23  with -- should carry any risks.

24  **Q.**   When your mailbox got bashed in, why did you think it was

25  related to the yard sign?

54

1    **A.**   Because it was the night that the yard sign got put up.

2    We were actually one of the first families to put up any yard

3    signs and that was -- that was an immediate thing.

4    **Q.**   Is your assumption that whoever did that might vote in

5    your polling place?

6    **A.**   I would assume that they are a neighbor and -- yes, I

7    would assume that.

8    **Q.**   You also mentioned the QR code on a BMD printed ballot.

9         Why does it matter to you that you can't read the QR code

10   on your BMD ballot?

11   **A.**   Because it is the QR code that is actually tallied to

12   count my votes.  And if I can't read it, then I have no idea

13   what is actually being counted.

14        Because I have a background in computer science, I do know

15   that computers are hackable and --

16             MR. BEDARD:  Objection, Your Honor, just on the basis

17   of, you know, this is unfounded opinion testimony.  She's a lay

18   witness.  I understand that she is not a designated expert --

19             THE COURT:  Well, she's --

20             MR. BEDARD:  -- but this is a technical opinion under

21   26(a) --

22             THE COURT:  It is not.  She's saying in her capacity

23   as a -- in computer science that she knows this can happen.

24   Daily we know this as human beings here.  She's not going into

25   anything deeper, and I assume she won't go into anything

```
 1  deeper.
 2          MR. BEDARD:  Thank you, Your Honor.
 3          THE WITNESS:  May I continue?
 4  BY MR. MCGUIRE:
 5  Q.  Please.
 6  A.   And I think the other thing is that from my experience
 7  programming, I know that programmers make errors all the time.
 8  And we have seen in Georgia many cases where, you know, the BMD
 9  was or -- yeah, the ballot was programmed incorrectly and so
10  the wrong results came out.
11      We have seen very recently in Northampton, Pennsylvania,
12  where the printout -- the text was incorrect, and so people --
13          MR. BEDARD:  Objection, Your Honor.  Lack of
14  foundation as to when it comes to Pennsylvania.  She is not
15  there personally.  She can't testify as to facts of what
16  happened in Pennsylvania.
17          THE COURT:  All right.
18          MR. McGUIRE:  I think she's addressing the reason for
19  her concern and if it is based on something she's heard that
20  is -- that is explaining her understanding.
21          THE COURT:  All right.  I'll accept it only for that
22  purpose, that this is the reason for her concern, not that she
23  has any particular expertise as to what happened in
24  Pennsylvania or specific personal knowledge other than what
25  she's read.
```

1          MR. BEDARD:  Thank you.

2          MR. McGUIRE:  Thank you, Your Honor.

3    BY MR. MCGUIRE:

4    **Q.**   Ms. Nakamura, you also mentioned the difficulty of

5    memorizing the ballot's content on a BMD ballot?

6    **A.**   Yes.

7    **Q.**   Why would you need to do that to vote on a BMD?

8    **A.**   So after you finish checking your ballot on the BMD and

9    you have done the, you know, going back and forth and making

10   sure that all the buttons were correct and it registered

11   correctly, when you push print, the BMD goes blank.  Nothing is

12   there.

13        So when the printout comes out, you then have to -- you

14   have nothing to compare it against.  And you have to have

15   memorized the entire content and remember how many races there

16   were, see if there is any races missing.  I know that I could

17   never catch that.  I just am not that sharp.

18        So what I have resorted to is to bring a cheat sheet along

19   with me.  I will print out a sample ballot at home and I'll

20   mark all my choices, and then I'll use that to mark -- make my

21   choices on the BMD and look at the printout.

22        That works well for me.  But I have never seen -- I have

23   never observed anybody else doing that at a polling place.

24   **Q.**   And how long is your typical ballot there in Fulton

25   County?

**A.**    The last presidential election I had 48 races -- 48 contests.

**Q.**    So for elections coming up in 2024, will you again vote by BMD if you have difficulty getting an absentee ballot?

**A.**    I'll be very reluctant to, but I will, yes.

**Q.**    You mentioned earlier that you were a member of and a volunteer for the Plaintiff Coalition for Good Governance.

**A.**    Yes.

**Q.**    Are you also an officer of CGG?

**A.**    Yes, I'm the assistant secretary.

**Q.**    And how many hours would you say you've spent working for CGG as a volunteer or as an officer?

**A.**    I think I average something like 80 hours a month.  So since 2018, easily over a thousand hours.

**Q.**    And what sorts of projects have you worked on for CGG?

**A.**    I believe the first project I worked on was creating and getting people to sign a petition to the Secretary of State.

      And then from there I have recruited and trained and organized poll watchers to go and observe elections.

      I have also created and managed surveys for voters so that we can see what kind of problems/issues are coming up during elections.

      I've helped with voter education, with election official -- yes, election official education, webinars, that kind of thing.  I'm trying to remember.

1      I have also helped partner organizations, Scrutineers, who

2  is trying to come up with a macro -- actually they have -- for

3  determining real time as election results come in in Georgia.

4  If there are any anomalies, that will alert us to possible

5  problems going on with the tallying or, you know, something

6  that may be missing somewhere, that sort of thing.

7  **Q.**   Okay.  I want to hone in and ask you about the observation

8  stuff.

9  **A.**   Sure.

10  **Q.**   You mentioned that you had trained volunteers.

11      Have you observed elections yourself?

12  **A.**   Yes, I have.

13  **Q.**   When you personally have observed elections, have you just

14  observed the actual voting?

15  **A.**   No.  I have -- I believe I have observed the entire voting

16  elections process.  So starting with logic and accuracy testing

17  to the actual voting, to the tallying of absentee by mail

18  ballots.  And also the tallying of memory cards as they come in

19  from different precincts to the county office.

20      And then post election, I have also observed re-counts.

21  **Q.**   And as far as the volunteers that you have trained, have

22  you managed their work?

23  **A.**   Yes.  Yes.

24  **Q.**   Okay.  And what has that entailed?

25  **A.**   So, for instance, in 2019, when there were the pilot

1    elections for using the BMDs for the first time and also there

2    was a hand-marked paper ballot election going on in Cobb

3    County, I organized -- I recruited and organized about 30

4    volunteers, and they went out to about 50 polling places in six

5    counties.  And I sort of managed all of that.

6    **Q.**  Were you just sending them out or were you in any way

7    managing what they did with what they saw?

8    **A.**  So I created worksheets or I don't know what you would

9    call them, checklists, so that they would all be sort of

10   looking for the same things.

11       And they -- they had questions for them to answer, what to

12   look for, you know, those kinds of things.

13   **Q.**  And have you continued to manage volunteers observing

14   elections after the pilot elections you talked about?

15   **A.**  So in a much smaller scale because 2020, you know, COVID

16   happened and so a lot of people didn't want to go out and be in

17   public anymore.  And then when SB 202 got passed, it became a

18   felony to see how somebody was voting.

19       And because the BMDs are so visible, there have been many

20   times when I walk into a polling place and I can see how

21   somebody is voting.  I couldn't put -- I couldn't ask people to

22   go out and poll watch if that was a risk, that they were going

23   to be charged with a felony for inadvertently looking at

24   somebody's ballot, because you can't argue against somebody

25   saying, hey, you looked at my ballot on purpose.  How do you

1    defend yourself?

2         So I stopped asking people, and it is really just a very

3    small group of CGG volunteers who are willing to go out and do

4    observations.

5    **Q.**   So not the massive effort it started as?

6    **A.**   No.

7    **Q.**   Okay.  So when you trained those observers initially

8    beginning in 2019 --

9    **A.**   Yes.

10   **Q.**   -- how were they trained to know what to watch for?

11   **A.**   So this was pre-Zoom.  So we basically did everything by

12   email.  I sent out lots of emails with what we were looking

13   for, you know, how to talk to the poll managers to let them

14   know that this is a right in Georgia, that public observation

15   is a right and -- yeah.  That is how we did it.

16   **Q.**   And what sorts of things did you instruct your volunteers

17   to look for when they were observing elections?

18   **A.**   So a lot of it was the mechanics of voting, how are the

19   BMDs -- how are voters, first of all, acting with the BMDs, the

20   Poll Pads, the scanners?  How are the machines themselves

21   acting?  Are there issues using them?  How long is it taking to

22   vote?  How visible is everything?  Is there ballot secrecy?

23        And I ask the poll watchers to then write reports and also

24   draw diagrams of the polling places so that we could see what

25   sorts of issues were coming up.

1   Q.   What happened to all that information after the day of the

2   election?

3   A.   They would email them to me and then I would read through

4   them so that we had an idea of what kinds of issues were coming

5   up.

6   Q.   So what is your degree of familiarity with the

7   observations made by this large number of people?

8   A.   I would say quite familiar.

9   Q.   You recall that this Court -- I think you mentioned it

10  earlier -- issued an order in 2019 that enjoined the DREs?

11  A.   Yes.

12  Q.   And do you recall that that order said something about

13  pilot elections?

14  A.   Yes.  Yes.

15  Q.   Are those the elections that you had observed with your

16  large team of volunteers?

17  A.   Exactly.

18  Q.   Okay.  I think you mentioned -- well, maybe you can remind

19  us what elections you observed, what pilot elections you and

20  your team observed in 2019.

21  A.   So there were six counties that were piloting the use of

22  the BMD system.  And we had observers going out to Carroll,

23  Bartow, Catoosa, Lowndes, and Paulding Counties.  And also

24  volunteers going to watch the hand-marked paper ballot pilot in

25  Cobb County.

```
 1   Q.   And so Cobb, you just said, was a hand-marked paper ballot
 2   election.
 3        Were the rest BMD elections?
 4   A.   Yes, they were.
 5                    (Reporter clarification)
 6   BY MR. MCGUIRE:
 7   Q.   So you mentioned Cobb County was a hand-marked paper
 8   ballot election?
 9   A.   Yes.
10   Q.   Were the rest BMD elections?
11   A.   Yes, they were.
12   Q.   So talking about those -- and you're familiar with the
13   observations that were made by yourself and your volunteers at
14   those pilot elections?
15   A.   Yes.
16   Q.   So talking about those pilot elections specifically, what
17   differences did you and your team observe in how the two
18   different kinds of elections ran?
19            MR. BEDARD:  Objection, Your Honor, on hearsay
20   grounds.  Ms. Nakamura can testify to what she saw in that
21   election.  She cannot testify to what her observers saw and
22   told her.
23            So if the question can be limited to what she saw,
24   that is fine.  But if he is asking her about what her observers
25   saw during the election, that is the very definition of an
```

1    out-of-court statement made to her for the truth of the matter

2    asserted about what they saw.

3              MR. McGUIRE:  May I respond?

4              She's testified that she's an officer of the

5    organization and that this was an initiative of the

6    organization.  And this was activity that was conducted by

7    volunteers working for the organization in the course of it

8    pursuing its goals.

9              She testified to the system that they observed and

10   that it was a formalized system that involved reporting, so

11   essentially these are -- she's testifying to the content of

12   what are functionally business records.

13             MR. BEDARD:  Your Honor, these aren't business

14   records kept in the regular course.  It is not like, you know,

15   accounting records or something like that.  He doesn't have any

16   actual document that he is putting up, you know, for a record.

17   I don't see how this is a business record.  It is literally

18   statements people are making to her.

19             THE COURT:  Are you seeking to introduce a set of

20   records or not?

21             MR. McGUIRE:  I'm just seeking to introduce her

22   summary of what the records contained.

23             THE COURT:  Well, I think what she can do is this:

24   She observed herself.  And as I understood her testimony was

25   that she also seems -- I don't know.

1          Did you visit with some of the other -- go to the

2     polls where some of your observers were working or not?

3          THE WITNESS:  I didn't -- some of the polling places

4     there was some overlapping.  But most of them, because we

5     covered 50 polling places with 30 people, it was a -- you know,

6     I just made sure that we covered the polling places.  And there

7     wasn't much overlap.

8          THE COURT:  All right.  Well, why don't you, first of

9     all, describe what your perceptions were, and then I'm going to

10    rule from what -- we'll wait and I'll give you directions from

11    there.

12         And you said -- I mean, in 2019 was the -- when we

13    had the trial of the BMD -- of the hand-marked paper ballot in

14    Cobb.  But the other -- they were not using -- there was a

15    reference to using BMDs.  I think the BMDs were not in use.  It

16    was -- in those it was still the DRE system there.

17         MR. McGUIRE:  I believe these were --

18         THE WITNESS:  These were the -- this was the first

19    time the BMDs were being tried.

20         THE COURT:  Tried, right.  I just wanted to be sure

21    that is where they were.

22         Okay.  Fine.  Would you step down.

23         MR. BEDARD:  Yes.

24         THE COURT:  Just start with you, and then we'll go

25    from there, what you observed.

```
 1            THE WITNESS:  So for the BMD pilots, I observed in
 2   Paulding County and also in Bartow County.  And what I observed
 3   was that the machines were difficult, very difficult for the
 4   poll workers to get used to and also the voters.
 5            And I heard more than once voters coming in and being
 6   shocked at how big the machines were.  There was a wife who
 7   said to me, because I was standing right next to her, I can't
 8   believe I can see how he is voting.
 9            The Poll Pads were difficult for the poll workers to
10   get used to and there seems to be -- there seemed to be a lot
11   of --
12            THE COURT:  Used for check in, is that what you
13   are --
14            THE WITNESS:  I'm sorry?
15            THE COURT:  You are talking about the Poll Pads --
16            THE WITNESS:  The Poll Pads for check in.  Yes.
17            The Poll Pads aren't only used for check in.  They
18   are all also used to give voters the green smart cards which is
19   what has the information on their ballot on it.
20            Voters have to put that green smart card into the
21   BMD.  And so getting the smart cards coded right seemed to take
22   a lot of time.
23            What I noticed, when I watched in Cobb, was that the
24   check-in process was very smooth because they just had to be
25   given a ballot as opposed to getting this card encoded and then
```

1    going to the machine -- you know, at the time nobody had used

2    the BMD, so a lot of people couldn't even figure out where to

3    put the smart card, which happened to me when I first voted on

4    a BMD.

5            And then, you know, just using the BMD itself, I saw

6    many, many poll workers trying to explain to voters how to vote

7    without looking at the ballot.  So it was kind of one of these,

8    you know, okay, so do this and then do this, which was a little

9    bit comical.

10           And then --

11           THE COURT:  They were trying not to look but their

12   hands were out?

13           THE WITNESS:  Yes, they are trying to give

14   instruction but not -- trying not to look at the -- what they

15   are pushing.

16           And the printout themselves, when they came out, I

17   noted that most people did not even look at the printouts.

18   Whereas, when I went to Cobb -- so in my own experience what I

19   saw in Paulding and in Bartow was pretty chaotic.

20   BY MR. MCGUIRE:

21   **Q.**   That was the BMD?

22   **A.**   That was the BMD.

23        I won't -- I mean, the scanners had their own issues.  But

24   the scanners were also being used for the hand-marked paper

25   ballot election.  So, you know, again first time the scanners

```
1    were being used.  Many of them just were very -- they just kept
2    kicking out the ballots.  And so that was something that people
3    had to get used to.
4         But for the rest of the election in Cobb County, it was so
5    smooth that --
6              THE COURT:  This was the hand-marked paper ballots?
7              THE WITNESS:  This was the hand-marked paper ballots.
8    People would check in.  They would get their ballot.  They
9    would go to a booth.  They would fill in the ovals.  Take a
10   second to, you know, check to make sure it was right.  Go to
11   the scanner and it was very simple.
12   BY MR. MCGUIRE:
13   Q.  Okay.
14             THE COURT:  Now, without reporting what -- individual
15   remarks of some of your observers, let me ask you this:  You
16   reviewed all of their feedback?
17             THE WITNESS:  Yes, I did.
18             THE COURT:  And did you have forms that you were
19   looking at that they had completed or were they oral --
20             THE WITNESS:  Yes.  Some of them preferred to just do
21   longhand reports.  Some of them used my checklist.  So there
22   were different types.
23             THE COURT:  Without going into the details of any of
24   those that we don't have before us --
25             THE WITNESS:  Yes.
```

```
1            THE COURT:  -- were there any general themes that

2    they were describing that were consistent or wholly

3    inconsistent with what you --

4                    (Unintelligible cross-talk)

5            THE WITNESS:  I --

6            THE COURT:  -- just reported that you viewed in

7    your -- because you went to the two locations where there were

8    BMDs in trial?

9            THE WITNESS:  I think in general I can say that

10   everybody who went to, you know, the other counties from --

11   that were different from me, all --

12           THE COURT:  None of those were using the --

13           THE WITNESS:  They were all using BMD.

14           THE COURT:  All right.  Go ahead.

15           THE WITNESS:  So the BMD locations all had the same

16   sort of experience that I did.  Some of them -- you know, many

17   of them were machine issues where machines weren't working

18   right or they, you know, couldn't get them even up and running

19   in some cases.  A lot of machine issues.

20           And then the other people who watched the hand-marked

21   paper ballots also mentioned how smooth everything was, other

22   than the scanners which had problems.

23           THE COURT:  For everybody?

24           THE WITNESS:  For everybody, all around, yes.

25
```

```
 1   BY MR. MCGUIRE:
 2   Q.   Thank you.  Now, those --
 3             MR. BEDARD:  Sorry, Robert.
 4             Just for the record, and I don't understand what Your
 5   Honor's ruling is yet, but we would just reiterate again the --
 6             THE COURT:  I partially sustained your objection.  I
 7   think I cured it by the way I asked the question so that we
 8   were not -- she wasn't reporting on individual -- what
 9   individuals had specifically reported to her but what the
10   themes were.
11             MR. BEDARD:  Understand, Your Honor.
12             I just want to reiterate for our record we still
13   lodge a hearsay objection.  I understand your ruling.
14             THE COURT:  All right.  Well, I think that in her
15   capacity as an -- overseeing this whole project, that she could
16   properly testify as to that without getting into the genuine
17   hearsay problems.
18             And once again, I will say, this is a bench trial.
19   And to the extent there really is an issue on something that
20   she went too far on, I will note that accordingly.
21             MR. BEDARD:  Understand, Your Honor.
22             And actually maybe this will make things go smoother
23   for the rest of this cross.  I understand if you want to
24   reserve hearsay objections and make decisions later.  Just for
25   our purposes for the record if we could stand up and make our
```

1   objections.

2          THE COURT:  I realize that, but it is not that I'm

3   going to in any order later on start giving by page by page

4   hearsay rulings.  So unless something is very unusual, I'm

5   going to be making the ruling now and I will address it now.

6          MR. BEDARD:  Understood.

7          Thank you, Your Honor.

8   BY MR. MCGUIRE:

9   Q.   So just to summarize your testimony, is it fair to say

10  that for the pilots your understanding was that the hand-marked

11  paper ballot pilot went smoother?

12  A.   Yes.  Not just smoother, but voting for the voters in Cobb

13  County was way faster.  Like by many degrees.

14  Q.   Now, these pilots were in 2019, so a bit over four years

15  ago or maybe just a bit under four years ago.

16       You would expect officials to get better at running

17  elections with the new BMD system over time, would you not?

18  A.   Yes.

19  Q.   And how many other elections have you observed since the

20  2019 pilots that were conducted on BMDs?

21  A.   There are elections every year in Georgia.  So I really

22  don't have a number.  Because I have observed every major

23  election and a lot of minor ones, so we're talking about

24  municipal elections, special elections, you know, runoffs in

25  some cases.  I never kept count.

1    **Q.**   Could you give a time estimate about how many hours you

2    have spent watching BMD elections?

3    **A.**   I would say between 150 and 200 hours.

4    **Q.**   And have your observations of BMD elections, your personal

5    observations of BMD elections since the 2019 pilots, have they

6    borne out your expectation that more recent BMD elections would

7    go better?

8           MR. BEDARD:  I'll just lodge an objection, Your

9    Honor, again to inappropriate lay witness opinion testimony.  I

10   do think it is based on expertise.  And to the extent that it

11   is solely about her personal opinion, I would lodge an

12   objection to relevance.

13          MR. McGUIRE:  My response --

14          THE COURT:  I mean, but, Counsel, you-all have been

15   asking the plaintiffs their opinions left, right, and center.

16          MR. BEDARD:  Well, respectfully, Your Honor, she is

17   not a plaintiff, she is a member of the organization.

18          THE COURT:  There were people who were not plaintiffs

19   who were just members of the organization you're asking that.

20   It's all right.  I'm sorry.  I shouldn't have barked at you

21   about that.  But it just seemed to me that we wasted a lot of

22   time because you were asking before -- not you individually but

23   there were a lot of questions about your opinion about this or

24   opinion about that, and I just was giving you a lot of

25   latitude.  So anyway ...

```
 1              MR. BEDARD:  And I'll try and keep my objections
 2    short, Your Honor.  It is just a matter of marking it on the
 3    record.  Thank you.
 4              THE COURT:  Okay.  So going back to what your
 5    question was --
 6              MR. McGUIRE:  Shall I repeat it or are you --
 7              THE COURT:  Why don't you go ahead and repeat it.
 8    BY MR. MCGUIRE:
 9    Q.   Ms. Nakamura, have your observations, your personal
10    observations, of BMD elections since the 2019 pilots borne out
11    your expectation that more recent BMD elections would go
12    better?
13    A.   Not exactly.  I would say that voters have definitely
14    gotten used to using BMDs much more.  The problem with computer
15    systems of any kind is -- just because of my computer
16    background.  There is always new things that come up.
17         So, for instance, during this last municipal election,
18    this was the first time that the GARViS system, the new voter
19    registration system, was rolled out across Georgia.
20         And so just like we saw with the new Poll Pads in 2019,
21    there were -- there were numerous issues that I saw where
22    voters weren't in the system and they had to be turned away.
23    The smart cards weren't being -- they couldn't get the smart
24    cards to be programmed correctly.
25         I'm trying to think of what else.
```

1          The time it takes for the check-in process has gotten

2     shorter because of the new GARViS system.  But from what I

3     observed in Fulton County where they had to do two re-counts,

4     not just one but two re-counts because the GARViS system had --

5     you would have to ask, actually, the Fulton County registration

6     office what the exact problem was.

7          But I was there at both re-counts.  They said that the

8     reason why they couldn't be sure of the tally was because the

9     system was wrong.

10               MR. BEDARD:  Objection, Your Honor.  Move to strike

11    that as hearsay.

12               THE COURT:  I think it is hearsay, and I strike it,

13    but I think you're allowed to say -- was it -- to your

14    knowledge, did they do two re-counts?

15               THE WITNESS:  Yes.  And I was there for both.

16               THE COURT:  And, to your knowledge, was it concerning

17    the GARViS system?

18               THE WITNESS:  Yes.

19               THE COURT:  Okay.

20    BY MR. MCGUIRE:

21    **Q.**   So, I mean, if you had to just give us a brief sort of

22    recap, what problems, if any, with Georgia's BMD elections

23    would you say have not improved since the 2019 pilots?

24    **A.**   Definitely the ballot secrecy issue.  Actually, I think

25    that has gotten worse because in counties like Cobb, Cobb

1    actually was not bad.  They had a way of putting these screens

2    up that were pretty hard for people when they are walking into

3    the polling place to see how somebody is voting.

4         DeKalb was the same.  But now because the machines are so

5    big and cumbersome to move around, both Cobb County and DeKalb

6    County have started using the carriers that Fulton County uses,

7    which is the big carriers where you can have either four BMDs

8    attached in -- within one carrier or there is another one that

9    has two BMDs plus a printer.

10             THE COURT:  Are they all facing each other or are

11   they --

12             THE WITNESS:  So the ones that have four are -- there

13   is one -- there is one on each -- it is like a box.

14             THE COURT:  A box.

15             THE WITNESS:  And so there is one on each end.  And

16   there is -- because -- and that is what I have to vote on.  And

17   because of the height of them, they are just within plain view

18   of eyesight.

19             Cobb and DeKalb have gone to that system and so now

20   everything is so much more visible and that is way worse.

21             I'm sorry, I can't remember the actual question now.

22   BY MR. MCGUIRE:

23   **Q.**   Just if there were any other aspects that have not

24   improved since 2019 --

25   **A.**   I would say that the BMD use, even though people are more

1   used to it, the fact that people are not looking at their

2   printouts.  I mean, ever since 2019 it has been the same.

3   **Q.**   And on that subject, based on your personal observations

4   of BMD elections, how common is it for voters to attempt to

5   check the accuracy of their BMD ballot printouts?

6   **A.**   It is not common at all.  I have seen people checking

7   their BMD ballot, you know.  I do see a lot of this sort of

8   going back and forth and making sure that the selections are

9   correct.

10  **Q.**   You mean on the touch screen?

11  **A.**   On the touch screen, I'm sorry, yes.

12  **Q.**   But as far as paper printout from the BMD, what is the

13  practice that you see?

14  **A.**   I have seen parents who bring their children along.  You

15  know, as soon as the printout comes out, they give it to their

16  child to carry.  I have seen people who probably have eyesight

17  issues sort of squinting and then giving up.

18      And that is -- I mean, the person who tries to look is

19  actually quite the exception.  I think the University of

20  Georgia's study that they did in 2020 that showed that only

21  19 percent of voters looked at their ballot for more than five

22  seconds, I think 19 percent is actually on the high side.  I

23  haven't seen that many people look at their ballots for that

24  long.  And especially on a ballot that is 48 contests long,

25  five seconds is nothing.

1          MR. BEDARD:  Your Honor, I'll just, again for the

2    record, move to strike as far as the Georgia study goes.  It is

3    an out-of-court statement again admitted for the truth of it.

4    If she's just talking about her own conclusions, it is fine.

5    But we just can't admit it for the truth of it right now.

6          THE COURT:  All right.  I overrule your objection.

7    But I mark it.  And I don't have the study in front of me.  She

8    noted it as a basis of her opinion.  It is in for whatever it

9    is worth, her reference to it.

10   BY MR. MCGUIRE:

11   **Q.**   So don't poll workers remind voters to check their BMD

12   printed ballot?

13   **A.**   I think they are told that they are supposed to.  But in

14   the vast majority of cases, I have not seen poll workers asking

15   voters if they have checked their ballots.

16        There are some polling places where it happens

17   consistently.  And that is the -- you know, that is a rare

18   case.

19        What I have observed is even if I have seen that somebody

20   picked up their printout, their printed ballot, did not look at

21   it, they get to the scanner and then they are asked, have you

22   checked your ballot?  They say yes, because -- and the only

23   reason that I can figure out is because they think checking

24   their ballot means checking on the BMD itself, on the touch

25   screen.

```
 1         Much like, you know, if you write a report on a computer,
 2    you do it, and then I check everything on the screen.  When it
 3    prints out, I don't think I need to look at the printout.  So I
 4    think that is why people say yes, even if they haven't looked
 5    at it.
 6              MR. BEDARD:  Objection.  Just calls for speculation
 7    to what was in the mind of those people and what they did or
 8    didn't do.
 9              THE COURT:  Well, it is lay opinion.
10              Thank you.
11    BY MR. MCGUIRE:
12    Q.   Since 2019, have you also observed elections in Georgia
13    that are conducted without using BMDs as the standard in-person
14    voting method?
15    A.   Yes, I have.
16    Q.   What elections have you observed that are like that?
17    A.   Municipal elections.
18    Q.   Okay.  And have you observed in-person voting at municipal
19    elections both early and on election day?
20    A.   Yes, I have.
21    Q.   How common are elections conducted without using BMDs in
22    Georgia?
23    A.   They happen every two years during municipal elections.
24    Q.   How many -- how many municipal elections have you
25    observed?
```

**A.**   I would say that in the -- so let's say in 2023, we just had municipal elections.

In Georgia, what a lot of people don't understand is that the 535 municipalities can do their own elections any way they want.  By law they are allowed to.

And so in this last 2023 cycle, there were 285 municipalities that had their own -- that had elections.  And I wasn't able to find out exactly how many ran their own elections because the Secretary of State doesn't keep those records.

So I was able to find out that 47 of them definitely ran their own elections.  This is not having their county run their elections for them.

And the biggest of those counties, which is Gwinnett County, the second largest county in Georgia -- for Gwinnett, all 16 of their municipalities run their own elections using hand-marked paper ballots.  11 of them had the -- had municipal elections this year -- I'm sorry, this past year in 2023.  And I visited seven of those locations.

I also asked Jeanne Dufort to go to Snellville so that between the two of us we covered the eight largest municipalities in Gwinnett.

**Q.**   And about how big were those big municipal elections that you and Jeanne Dufort observed?

**A.**   So the largest would be Peachtree Corners, which is the

1   largest municipality in Gwinnett, that has a population of

2   about 42,000 people, which is actually larger than 110 Georgia

3   counties.

4       I also -- I forgot to mention that I also observed the --

5   the first time that the city of Milton in Fulton County ran

6   their own elections using hand-marked paper ballots.  They just

7   did this.  And Milton is about the same size as Peachtree

8   Corners.  It is about 41,000 people.

9   **Q.**   And so in these elections, how do voters -- these

10  municipal elections that are not run using BMDs, how do voters

11  record their votes in those elections?

12  **A.**   So after they check in and they -- you know, it is

13  verified that they are a citizen and they belong to that

14  polling place, they are given a ballot and they just have to

15  take it to a booth and either stand up or sit down and fill in

16  the ovals.  They check it.  And then they take it to a scanner.

17  That is it.

18  **Q.**   And when you say they take it to a scanner, is that, what

19  is that part of the process?

20  **A.**   Actually, I should rephrase.  They either take it to a

21  scanner, if the municipality is using a scanner to do the

22  tallying.  Or some municipalities, especially if they are on

23  the small side, they just drop it in a ballot box and then the

24  ballots get counted by hand later.

25      So I'm sorry.  Can you go back to your question?

UNITED STATES DISTRICT COURT
OFFICIAL CERTIFIED TRANSCRIPT

80

1    **Q.**   Well, so for these -- let's focus on these big

2    jurisdictions you mentioned --

3    **A.**   Yes, with the scanners.

4    **Q.**   -- Peachtree Corners and Milton.  Those are big places.

5        What do the voters do with their paper ballots in

6    Peachtree Corners and Milton once they are done filling them

7    out?

8    **A.**   So actually Milton did hand-marked paper ballots, and they

9    hand counted.  But in the large municipalities in Gwinnett, so

10   that would be Peachtree Corners, Sugar Hill, Duluth, they then

11   take it to the scanner and the scanner -- after they take it to

12   the scanner, it is exactly the same as a BMD system.  The

13   scanner will -- you know, the ballot goes into the scanner and

14   it is -- and it just rests in there.

15   **Q.**   And are those scanners, are they tabulators like BMD

16   ballots?

17   **A.**   Yes.  They are the exact same scanners that are used in

18   the old Dominion system.  By law, municipalities are allowed to

19   borrow equipment for free from the counties if they want to run

20   their own elections.

21       So those scanners were all borrowed -- you know, the

22   Gwinnett ones were borrowed from Gwinnett County.

23   **Q.**   So they are using the same scanners that Gwinnett uses to

24   conduct BMD elections?

25   **A.**   Correct.

1      In the case of Milton, they didn't use scanners but they

2  did borrow Poll Pads from Fulton County.

3  **Q.**   To your knowledge, when they borrow those scanners, is

4  there any sort of change of the software that is required to

5  allow them to work with hand-marked paper ballots in the

6  polling place?

7  **A.**   No.  In fact -- I mean, when you think about it, I'm sure

8  there has been testimony about, you know, the hand-marked paper

9  ballots are currently the emergency option for if the machines

10  are not working.  So the scanners are already programmed to be

11  able to read a hand-marked paper ballot as opposed to a BMD

12  printed ballot.

13  **Q.**   And I think you said something earlier about municipal

14  elections either being run by the municipality or by the

15  county.

16  **A.**   Yes.

17  **Q.**   Can you explain the difference between those two options?

18  **A.**   So let's talk about Fulton because that is where I live.

19      In Fulton County, the municipalities have the option of

20  paying Fulton County to run their elections.  I think one of

21  the reasons why Milton decided to do their own thing this year

22  is that the cost for counties to run the elections went up

23  astronomically.

24      It used to be something like -- and the way Fulton does

25  it, they charge per registered voter instead of per the number

1    of voters who actually vote in a municipal election.  And so

2    the cost went from something in the neighborhood of $2 per

3    registered voter up to $9, you know, somewhere in the

4    neighborhood of $9 per registered voter.

5         So it has become much more expensive since the advent of

6    the BMDs.

7    **Q.**   And so -- and that is -- what effect does that have on who

8    runs the election?

9    **A.**   I think for the smaller counties, they really are cash

10   strapped and they -- they decide that it is a lot easier to

11   just run their own elections using hand-marked paper ballots.

12   And they can borrow the scanners for free if they, you know,

13   prefer to use that.

14   **Q.**   What is your understanding of how much cybersecurity

15   training election officials in municipalities are generally

16   required to have?

17   **A.**   I have asked the superintendents of municipal elections

18   who are usually the city clerks what level of -- you know, if

19   they were required to do cybersecurity training and the answer

20   is no.

21   **Q.**   What is your understanding of how the requirements -- you

22   know, what requirements apply to testing of equipment when it

23   is transferred from counties to municipalities and then back

24   again?

25   **A.**   My understanding is there is no requirement.  There is

1     nothing in the law or any SEB rules about the testing of

2     equipment that has been borrowed by a municipality and then

3     returned.

4         Like, you know, Gwinnett County doesn't have the test -- a

5     machine or a scanner once it has been returned to them.

6     **Q.**   So if the municipality is going to run its own election

7     with county equipment, is the process -- does the process work

8     that they take the equipment from the county, use it, and then

9     return it?

10    **A.**   Yes.

11        The only county that I know of that -- well, that I have

12    been able to find, through my phone calls, is in Clayton County

13    there were two municipalities that ran their own elections

14    using BMDs.  So Jonesboro, for instance, borrowed the BMDs and

15    the scanners from Clayton and then they used them and returned

16    them.

17            MR. BEDARD:  Your Honor, I'm sorry, I'll just

18    interject here.  I think there is a lack of foundation here.

19    She hasn't explained what the basis is of her understanding for

20    this information, whether it is out-of-court statements from

21    people who aren't here --

22            THE COURT REPORTER:  Please slow down.

23            THE COURT:  I'm just going to stop at whether there

24    is a lack of foundation.  I think you have to establish the

25    foundation.

```
 1            All right.  I sustain the objection.  But then you've
 2   got to have her establish what she -- what exactly she's basing
 3   that on.  Her reporting on this as to the two entities or
 4   municipalities in Clayton County.
 5   BY MR. MCGUIRE:
 6   Q.   And you have testified a good bit here about what your
 7   understanding of municipal practices is in conducting their own
 8   elections.
 9        What is the basis for the knowledge that you are telling
10   us about?
11   A.   I have gathered as much information as I could from the
12   Secretary of State's office, which is the only thing that they
13   have is a spreadsheet that has -- that had the municipal
14   elections on it.  But it was very incomplete.
15        For instance, in Fulton County, three of the large
16   municipalities that did have municipal elections weren't even
17   listed on the sheet.
18        So then -- what I had to do then was to call various
19   counties, and I just -- I only concentrated on the metro
20   Atlanta area.  But I called them all to see which of their
21   municipalities was having their own elections.
22        Most of the time if a municipality is holding their own
23   election, the county says, oh, you will have to call them to
24   find out, you know, what equipment they are using because we
25   have nothing to do with it.  So there was a lot of phone calls.
```

```
1          For instance, from Jonesboro I have --
2               MR. BEDARD:  Ms. Nakamura, I'll just interrupt you
3   right there and move to strike and object to the testimony to
4   the extent she's basing it off of calls with county officials.
5               THE WITNESS:  Can I add to that, though?
6               MR. McGUIRE:  No.
7               THE COURT:  I'm going to -- if you want to explain
8   something, then I will -- I will defer waiting on -- until I
9   can hear your answer and then I will -- Counsel, you can sit
10  down.
11              MR. BEDARD:  Thank you, Your Honor.
12              THE WITNESS:  I have also done open records requests
13  with the municipalities.
14              So, for instance, from Jonesboro I have the -- they
15  call it a chain of custody form that has the number of BMDs
16  that they borrowed, the scanners that they borrowed, and so I
17  know that that equipment was borrowed.
18              THE COURT:  Have you obtained -- have you done Open
19  Records Act information like that request for other
20  jurisdictions, municipal jurisdictions as well?
21              THE WITNESS:  Yes, I have.  I did with Jonesboro.  I
22  did those two especially because they ran BMD elections.
23              Jonesboro actually would have borrowed from Clayton,
24  but Clayton County was also running a countywide election at
25  the time.  And they didn't have enough BMDs.  So Jonesboro --
```

```
 1    Riverdale had to go and purchase BMDs on their own for about
 2    $43,000.
 3            MR. BEDARD:  And, again, I'll just reiterate again,
 4    hearsay objection and best evidence rule.  She's saying she's
 5    getting it off of open records requests.  Those documents
 6    aren't here.  They need to be introduced.  So we'll just
 7    reiterate, again, our objection to this whole line of --
 8            THE COURT:  That's fine.  You've reiterated.
 9            MR. BEDARD:  -- testimony.  Thank you, Your Honor.
10            THE COURT REPORTER:  I need everybody to slow down.
11    I cannot keep up.
12            THE COURT:  Is there anything additional you want to
13    ask as to address the objection or lay a foundation for the
14    witness' testimony?
15            **(There was a brief pause in the proceedings.)**
16            MR. McGUIRE:  Yeah.  Yes, Your Honor.
17            First of all, just as a legal argument on the
18    objection, I think Mr. Bedard is essentially trying to recast
19    anything that is gained through research as hearsay.  And
20    hearsay is technically her attributing something -- you know,
21    saying -- making a statement that is offered for the truth of
22    the matter.
23            So I will rephrase my questions so that I get to her
24    understanding rather than through the things that were said to
25    her.
```

```
1              But I am happy to continue laying a foundation for
2    how she's done her research to show that her understanding is
3    founded.
4              MR. BEDARD:  Your Honor, if it is just for her
5    understanding, we'll lodge a relevance objection.  I don't
6    understand what her personal understanding is about what all
7    these different municipalities are doing, how that is relevant
8    to the case if we're not accepting it for the truth of the
9    matter asserted as to what these municipalities are actually
10   doing.
11             I think she's up there, she's trying to offer up
12   testimony and her opinion about what is better versus
13   hand-marked paper ballot and what municipalities can do versus
14   what the State has required for BMDs for in-person voting.  The
15   only basis for that opinion --
16             THE COURT:  Now you're going too fast again.
17             MR. BEDARD:  I'm sorry.
18             THE COURT:  You're just not going to have a good
19   record.
20             MR. BEDARD:  You are right.  I'll slow down.  I was
21   born in Chicago, so I just talk a little bit faster.
22             THE COURT:  That's all right.
23             MR. BEDARD:  So, again, the whole purpose of this
24   line of questioning is to establish her opinion that
25   hand-marked paper ballots used in municipal elections are a
```

1    better voting system because they are faster, they are more

2    efficient, they are more secure, whatever the basis is, than

3    the State required BMD system on the state level.

4           The only basis for that is her observations, her

5    out-of-court observations, her open records request, all these

6    sort of things.  And you have to take the truth of what those

7    are saying in order for her opinion to have any relevance.

8           THE COURT:  All right.  Let me just say, I think

9    you've made your objection very fully and we're consuming too

10   much time with it at this juncture.  But I appreciate it.

11          And if there is five other sentences you want to say

12   now, go ahead.  But then we're going to just proceed.

13          MR. BEDARD:  I understand Your Honor wants to move

14   fast.  Totally agree with that.  If Your Honor can agree that

15   we are observing -- or reserving all objections to her

16   testimony, otherwise I do feel like I need to continue to make

17   them for the record.

18          THE COURT:  Well, you can reserve your objections.

19   But as a whole it is not -- it is not a practice I think is

20   wise.

21          But we have engaged in so much discussion about the

22   objections at this point that I would like to proceed.  I would

23   like to give counsel for plaintiff here an opportunity to

24   address the foundation and his contention so it is fully on the

25   record as well.

1              And I think it is preferable to allow her testimony

2      still but without, you know, trying to avoid rank hearsay.

3      She's a lay witness.  She's -- but she has significant

4      experience both in the computer science area, apparently, which

5      needs to be clarified to me what that experience is more in

6      detail.  But she's not an expert witness.

7              And at the same time she has extensive experience in

8      visiting a variety of jurisdictions relating to -- and has her

9      own observations.  She's -- I think I've tried to address the

10     most rank hearsay issues, and we're going to go on on that

11     basis at this point.

12             When I look at the record, if something seems not

13     reliable, I will not -- because of the evidentiary rules, I

14     will proceed.  But at this point I would ask plaintiffs'

15     counsel to make sure that the foundation is laid for what

16     you're asking for so that we don't have to keep on going --

17     having this type of dialogue.  Thank you.

18             MR. McGUIRE:  Certainly, Your Honor.  Thank you.

19             Would you rather me do some of those foundational

20     questions now or --

21             THE COURT:  Well --

22             MR. McGUIRE:  -- going backwards or just is this a

23     going forward --

24             THE COURT:  Going forward and then you can go back

25     and talk about her experience in the back.  But my

1    understanding, from the witness' testimony, is that she was

2    focused on municipal elections in the metropolitan area.

3             And I would have to go back and look at the

4    transcript at this point to see where you were about to stop.

5    But there was something you were trying to clarify at the point

6    we stopped and there were further objections.  I'll try to tell

7    you where that was.

8                 **(There was a brief pause in the proceedings.)**

9             THE COURT:  You said, Your Honor, first of all, just

10   as a legal argument on the objection, I think Mr. Bedard is

11   essentially trying to recast anything that is gained through

12   research as hearsay.  And hearsay is technically attributing

13   something -- saying -- making a statement that is offered for

14   the truth of the matter.  So I will rephrase my question so

15   that I get to her understanding rather than through the things

16   that were said to her.  But I'm happy to continue laying a

17   foundation for how she's done her research to show that her

18   understanding is founded.

19            And I think that is -- creating that foundation

20   and -- is important.

21            MR. McGUIRE:  Okay.

22   BY MR. MCGUIRE:

23   **Q.**  So let's clarify how you have an understanding of the

24   things you are testifying about.

25            First of all, you've testified that you observed elections

1    with your own eyes; right?

2    **A.**    Yes, I have.

3    **Q.**    Okay.  So let's -- is there anything that we have talked

4    about here that -- about these municipal elections that you

5    talked about happening that you, yourself, didn't see that you

6    need to -- that you know about through research rather than

7    through actually observing it?

8    **A.**    For instance, the fact that the Clayton County

9    municipalities used -- that Jonesboro and Riverdale ran their

10   own elections using BMDs, that was all research.  So I did not

11   see it with my own eyes.

12   **Q.**    Okay.  So let's talk about what research you did for that

13   particular point.

14   **A.**    I called both of the Riverdale and the Jonesboro city

15   clerks who are the election superintendents.  I had

16   conversations with them.  They told me that they ran their own

17   elections.

18        I learned that, you know, Jonesboro borrowed machines from

19   Clayton County.  I learned that Riverdale had to buy their own

20   equipment.  I have the city council notes.  Yeah.  I OR'ed the

21   notes from the city council meeting --

22             THE COURT:  Open record?

23             THE WITNESS:  Open records, yes.

24   BY MR. MCGUIRE:

25   **Q.**    Continue.

**A.** -- that -- where they decided that they would go ahead and buy the machinery and spend $43,000.  I think it is $43,000. And I think that is -- that is what I did.  Yes.

**Q.** Okay.  And so in terms of doing research about county practices --

**A.** Yes.

**Q.** -- who did you -- what was -- aside from talking to officials, what other things -- and open records requests, was there anything else that you did to gain an understanding of what municipal law requires or what municipal practices are?

**A.** I looked at the OCGA to see what was required for municipal elections.  It turns out that there used to be a section in the OCGA that had to do with municipal elections. That has all been -- I don't know if you say struck out or -- so now municipalities have to follow the regular, you know, law on elections.

     And there is just a little section that says that municipalities are free to run their own elections and that if they want to borrow equipment that the counties must do so free of charge.

**Q.** So is it fair to say that you relied on Government sources of information for your understanding of how these things work?

**A.** Yes.

**Q.** And did those Government sources of information include the Secretary of State's own website?

```
1    A.   Yes.  I tried.  Unfortunately, the Secretary of State's

2    website has very little about municipal elections.  When I did

3    an open records request to the Secretary of State's office to

4    see if they had a list of what equipment municipalities were

5    using, if they were doing hand-marked paper ballot elections or

6    BMD elections, they said that they had no responsive records.

7    Q.   All right.  I'm just going to close this up by asking you

8    just a few more questions.

9         So I would like you to focus on your own personal

10   observations for this answer.  What is the difference between

11   how the hand-marked paper ballot municipal elections you have

12   observed are conducted compared to the BMD elections?

13   A.   So I observed BMD elections in Fulton County and also Cobb

14   County.  And what I found was watching the hand-marked paper

15   ballot municipalities in Gwinnett County, the -- from an

16   observer's point of view, the voters had a much simpler and

17   faster time to vote using the hand-marked paper ballots.

18   Q.   Okay.  Now, I'm going to shift gears.  We talked a little

19   bit about equipment being moved back and forth.

20   A.   Yes.

21   Q.   Have you and your volunteers observations of elections

22   from 2019 to now included any observations of physical security

23   practices?

24   A.   Yes.

25              MR. BEDARD:  Again, Your Honor, I just object to
```

1   hearsay to the extent her observers observed anything.

2          THE COURT:  All right.  Why don't we start with what

3   she's observed personally.

4          MR. McGUIRE:  Okay.  That was going to be my next

5   question.

6   BY MR. MCGUIRE:

7   **Q.**   So what you have observed in terms of physical security?

8   **A.**   Personally, I have observed -- so part of my practice is

9   to observe some polling places where they are closing down for

10  the night during early voting.  So that means that because

11  there's three weeks of early voting, for BMDs they have to

12  leave the machines in the location where, you know, the voting

13  is happening, whether it is a library, a gym, a university.

14  There are many, many different venues where elections are held

15  as polling places.

16         And during early voting, for the BMDs, when that location

17  is being closed down, the security measures are that the poll

18  workers have zip ties and they sort of zip tie closed the BMD

19  carrier, for instance, in Fulton and Cobb Counties, and the zip

20  ties have a little serial number on it.  So they note the

21  numbers on the serial number.

22         And in the morning when the poll workers return, they are

23  supposed to make sure that the zip ties have not been disturbed

24  and that the serial numbers are the same.

25         Now, depending on how many BMDs there are in a location,

1   this takes quite a long time for the poll workers.  And I

2   remember one time when I was walking out of Roswell Library

3   with the -- or it may have been up in Alpharetta, one of the

4   libraries with the poll workers, I saw the cleaning crew behind

5   us.  And it occurred to me that there are many people who have

6   keys to these rooms, whether it is a gym or library, et cetera.

7       When I stayed behind at Peachtree Corners to watch them

8   lock up their ballots, it was a very simple process.  They had

9   their log sheets for which -- how many ballots had been used.

10  They had their stack of ballots.  They put it in a secure

11  container.  They locked it up with the key that only the

12  superintendent and probably her assistant superintendent had.

13      And so the room obviously was locked up.  But there was

14  no -- you know, the ballots themselves were in a much more

15  secure -- to me it looked that it was a lot easier to secure

16  those ballots and that I did not worry that somebody else might

17  have a key to access those.

18  **Q.**   Now, we've heard some testimony yesterday about something

19  called sleepovers.

20      Do you know what that is?

21  **A.**   Yes.  Yes.

22  **Q.**   What is --

23  **A.**   So the reason I watch this process during early voting is

24  because the BMDs that are left in the room are sleeping over.

25  They are staying over that night or that weekend.  And because

1    a lot of these locations that are being used as polling places

2    are also public locations, you know, libraries, churches,

3    universities, there are -- there is a lot of foot traffic.

4        And one time one of our CGG members, Liz Throop, went to

5    church and saw an open door where there were BMDs easily

6    accessible to anybody who was going to church on that Sunday.

7        Now, the election was being held on a Tuesday.  This was

8    actually not a sleepover for early voting.  This was a

9    sleepover for election day.  They have to bring in new machines

10   for election day.  And because they are so big, it takes

11   several days to deliver them all to the polling places.

12       They used to be able to -- you know, the DREs were

13   actually small.  So everything was set up in one morning.

14       But with the BMDs, what they found is it takes so many van

15   loads to get all of the equipment into the polling places that

16   they are left sometimes on a Friday, sometimes on a Saturday,

17   sometimes on a Sunday for an election that is happening on

18   Tuesday.

19       And so Liz was actually able to walk into the room, saw a

20   church -- somebody who works at the church --

21           MR. BEDARD:  Objection, Your Honor, to extent it is

22   something Liz saw.  She lacks foundation, lacks personal

23   knowledge, et cetera.

24           THE COURT:  Omit the discussion of what Liz saw.

25           THE WITNESS:  Okay.

```
 1              THE COURT:  Liz can come if she's on the list.

 2    Otherwise, just -- you can proceed.

 3              THE WITNESS:  So there are many occasions where we

 4    know of -- and also through SEB meetings, we know that there

 5    are many, many cases of equipment sleeping over that has been

 6    accessible to the public.

 7              MR. BEDARD:  Objection, Your Honor, to the extent it

 8    is based on something at an SEB meeting.

 9              THE COURT:  Well --

10              MR. BEDARD:  Hearsay again.

11              THE COURT:  It is not hearsay if it is in the public

12    record, and they are -- I assume that the -- I mean, do you

13    want them to have to go and introduce the public record?

14              MR. BEDARD:  I mean, potentially, Your Honor, if they

15    are testifying to something that somebody has raised in the

16    public record.  Again, we don't have a transcript.  We don't

17    know what -- she's just testifying to her own -- what she is

18    hearing.  So ...

19              THE COURT:  All right.  Well, I was assuming there

20    was --

21              THE WITNESS:  I can say from my own experience what I

22    have seen is going, for instance, early in the morning to an

23    elementary school -- a lot of schools have glass doors, you

24    know, just to be more friendly and inviting.  And many schools

25    use the sort of entrance area because it is so wide as the
```

1   polling place.  And you can easily see the equipment.  You can

2   easily access the equipment, if you have a key.  You can see

3   the serial numbers and the zip ties.  You know, I think it is a

4   security issue.

5          THE COURT:  And if you are -- the plaintiffs are

6   intending to reference something that happened at the SEB and

7   there was some official discussion of it, then you probably

8   need to get us that record.

9          MR. McGUIRE:  Okay.

10  BY MR. MCGUIRE:

11  Q.   Let me switch gears and wrap up here.  We've heard

12  throughout this case from the defendants that voters make more

13  mistakes when they use paper ballots versus using BMDs.

14       How do your observations of those two different kinds of

15  elections bear out that claim by the defendants?

16          MR. BEDARD:  Objection, Your Honor.  Again, this is

17  extremely specialized knowledge.  They have experts who are

18  testifying about this later.  She has no idea what voters are

19  or are not doing.  Even if we're limiting it just to her

20  observations, she's only been able to observe whether people

21  have looked at the ballot or not looked at the ballot.  She

22  doesn't know whether they have made mistakes --

23          THE COURT:  All right.

24          MR. BEDARD:  Again, my --

25          THE COURT:  My marvelous court reporter, who really

```
 1   is the most extraordinary court reporter, is going to bite your
 2   nose off at some point.  But she won't have to, because I will
 3   have to in order to keep her happy.
 4           MR. BEDARD:  I've had too much coffee.
 5           THE COURT:  I'm working hard on having -- being
 6   equitable in my tone.
 7           MR. BEDARD:  Fair enough.
 8           THE COURT:  So your objection is noted.  I'm going to
 9   say to the extent you can't get the objection more
10   specifically, we'll just -- it is noted.  And I think it is an
11   appropriate objection unless you can get a little -- more
12   concrete as to particular observations, all right.
13   BY MR. MCGUIRE:
14   Q.  So you're aware that we have heard the defense that voters
15   make more mistakes when they use paper ballots?
16   A.  Yes.  Especially people like Gabe Sterling say that all
17   the time.
18   Q.  Now, have you, in the course of your hundreds of hours of
19   election observations, seen anything that looks to you like
20   voters making mistakes on paper ballots?
21   A.  No.
22       If I can be a little bit more specific, one of the
23   arguments --
24           THE COURT:  Just before you start, do you believe
25   that you have conducted hundreds of hours of observations or
```

```
 1    not?
 2              THE WITNESS:  Yes, I do.
 3              THE COURT:  Do you have any -- any rough idea of how
 4    many hours you have observed elections in the last four years?
 5              THE WITNESS:  That would be the hundreds of hours,
 6    yes.
 7              THE COURT:  All right.  Now you can ask the -- try to
 8    make it as clear as possible what you are eliciting.
 9    BY MR. MCGUIRE:
10    Q.   So during that time, have you -- have you watched
11    individuals voting who have appeared to have a problem with
12    their ballot that looks like they have realized they made a
13    mistake?
14    A.   Yes.  Absolutely.  Which happens on both BMDs and on
15    hand-marked paper ballots.  It is called a spoiled ballot.  If
16    somebody realizes that the paper, whether it is a ballot
17    printout or a hand-marked paper ballot, is wrong and they want
18    to -- they don't want that to be scanned, they then have to go
19    and ask the poll manager for a new ballot.
20         And this can happen, again, whether it is a BMD or a
21    hand-marked paper ballot.  I think the question that you were
22    asking is whether I have seen that happen more often with
23    hand-marked paper ballots as opposed to BMDs, and my answer is
24    no.
25         I have actually asked the number of spoiled ballots at the
```

1   largest hand-marked paper ballot municipality.  So in Peachtree

2   Corners they had a total of 2,000 -- I may have this wrong, but

3   I think it is 2,446 ballots.  And out of that, they had six

4   spoiled ballots.  So that is -- my calculation was it was

5   .25 percent of ballots was spoiled.

6        In Sugar Hill -- although, it could have been -- I think

7   it is Sugar Hill, the number of ballots they had was over a

8   thousand and they only had one spoiled ballot.  So you know

9   we're talking about 0.1 percent.

10           THE COURT:  These were places using hand-marked paper

11  ballots for the municipal elections?

12           THE WITNESS:  Yes.  Municipal elections.

13           So it is a very, very small number.

14           The other thing that I noted was I have heard, you

15  know, the Secretary of State's office say that the problem with

16  hand-marked paper ballots is that people can overvote and that,

17  you know, that wouldn't get caught and so their vote would be

18  nullified.

19           That is not true at all because the scanners are

20  programmed to kick out overvotes.

21           MR. BEDARD:  Objection, Your Honor.  Calls for

22  speculation.  Lack of foundation.  I don't know what the basis

23  is for her opinion that the scanners are programmed --

24           THE COURT:  All right.  Sustained.

25           MR. BEDARD:  Okay.

1    BY MR. MCGUIRE:

2    **Q.**    Have you seen paper ballots rejected for containing

3    overvotes?

4    **A.**    No, I have not.

5    **Q.**    So based on the observations that you and your volunteers

6    have made of hand-marked paper ballot elections and BMD

7    elections, have you personally reassessed your own preference

8    for voting on paper versus voting on a BMD?

9    **A.**    I much more strongly prefer paper now.  A hand-marked

10   paper ballot than a BMD.

11   **Q.**    And if you had to say, you know, why, what is the reason

12   for that conclusion?

13   **A.**    There is really several.  That I have the voting privacy

14   that I know that I'm going to be able to vote an absolutely

15   secret ballot.

16       I know that my vote is much more secure.  Nobody can hack

17   my paper ballot because I carry it from where I mark my votes

18   to the scanner.  Nobody is going to -- I have actually heard

19   Gabe Sterling say that it is easy to hack a paper ballot

20   because somebody can put a mark on it and make it into an

21   overvote.

22       Unless somebody attacks me with my ballot to mark that

23   ballot with an overvote and me not notice it and take it to the

24   scanner, I don't think that can happen.  So it is a much more

25   secure way to vote.

1          And I don't have to worry about QR codes.  I don't have to

2     worry about misprogramming, programming errors, hacking, any of

3     that.  So yes.

4     **Q.**   Now, in fairness to Mr. Sterling, if somebody got between

5     your mail ballot and the scanner after you sent it off, is his

6     criticism accurate?

7     **A.**   Well, then -- I mean, the same -- after a ballot has been

8     scanned, whether it is a hand-marked ballot or a printed

9     ballot, the protocols for that ballot from the scanner onwards

10    is the same.  So ...

11    **Q.**   But with a mail ballot, once you --

12    **A.**   Oh, with a mail ballot.

13    **Q.**   -- release it to somebody, you don't have any control over

14    what happens to it after that; right?

15    **A.**   Correct.

16    **Q.**   Is that true of a paper ballot you cast in the precinct?

17    **A.**   Not at all.

18          MR. McGUIRE:  So no further questions on direct.

19          THE COURT:  All right.  Would you just clarify -- I

20    know that the witness has some type of technical training or

21    job experience.

22          MR. McGUIRE:  Yes.

23          THE COURT:  And I went back to look at what you had

24    elicited and I'm not sure it is clear.  I know she attended

25    Wellesley College.

1          Would you clarify what her professional or

2    educational background is.

3          MR. McGUIRE:  Yes.

4    BY MR. MCGUIRE:

5    **Q.**   Could you tell us a little bit about what you studied at

6    Wellesley and then just give some brief summary of your

7    professional career after.

8    **A.**   Sure.

9      So at Wellesley I did a double major in computer science

10   and cognitive science.  I was actually interested in artificial

11   intelligence.

12     But during my last year of college, I worked at

13   Lotus 1-2-3.  I don't know if you remember back then --

14          THE COURT:  I do.

15          THE WITNESS:  -- but I was actually involved in -- so

16   I did college three days and I worked two days.  And I was a

17   manager for -- in quality assurance, which means that -- it was

18   an extremely fun job, I just -- I worked with the programmers

19   in debugging or finding bugs.  The program was a program that

20   was an add-on to 1-2-3.

21          So scientists could hook up their equipment to the

22   computer and the readings from the equipment would go straight

23   into a spreadsheet.  So, you know, I did a lot of bug reports,

24   we called it.  So that was my first computer job.  Actually,

25   before that I did an internship at IBM Japan when I lived in

 1   Japan.

 2              After that, I went to Compaq Computer Corporation.

 3   Actually, I had a job with a Japanese conglomerate.  They were

 4   called -- they are called Recruit, Incorporated.  The U.S.

 5   version is Recruit USA.  Even though it sounds like a

 6   recruiting company, they are more like Time Life.  So they

 7   were -- they started with magazines.  That was like a

 8   recruiting job, information magazine, but they expanded into

 9   computer systems.

10              So in New York City I was in charge of the sales and

11   marketing for large super computers and what they called smart

12   buildings in the New Jersey area to the Japanese financial, you

13   know, companies.

14              And then from there I went to Compaq Computer

15   Corporation which was the -- you know, the father of laptops,

16   and I did international marketing.  So I worked with Japanese

17   vendors and opened -- helped open a subsidiary in Japan.

18   BY MR. MCGUIRE:

19   **Q.**   So is it fair to say initially you started out doing more

20   technical stuff in computers?

21   **A.**   Yes.

22   **Q.**   And later you moved to marketing?

23   **A.**   Yes.

24        And I have seen both hardware and software companies.

25              THE COURT:  Are you still working with any of the any

1    computer companies or tech?

2          THE WITNESS:  Well, unfortunately, I had to quit

3    while I was at Compaq.  I got sick.  So I have a chronic

4    illness, and I can't work a full-time job.

5          THE COURT:  So you have devoted yourself to other

6    volunteering after that?

7          THE WITNESS:  Yes, yes.  And I found things that I'm

8    passionate about.  So it is great.

9          THE COURT:  And did you indicate whether you were an

10   officer or just simply heading these projects for the -- on

11   behalf of the CGG?

12         THE WITNESS:  For CGG, I am the assistant secretary.

13         THE COURT:  Thank you.

14         THE WITNESS:  Thank you.

15         MR. McGUIRE:  Nothing further.  Thank you.

16         THE COURT:  We're going to take a five-minute break

17   before we begin.  We'll take lunch after you are concluded.

18         COURTROOM SECURITY OFFICER:  All rise.  Court stands

19   in recess for five minutes.

20         **(A brief break was taken at 12:06 PM.)**

21         THE COURT:  Counsel, I want to make sure -- to say

22   that, of course, your objections are noted in the record and

23   we're not going to rely on hearsay to the extent that I allowed

24   it in and it is not going to be the basis of any ruling.  So I

25   want you to feel comfortable that you have -- that you have

```
 1    done what you needed to do.
 2              MR. BEDARD:  Of course.  Thank you, Your Honor.
 3              Again, it is one of those things, counsel behind me
 4    are very smart folks.  God forbid this ends up somewhere else
 5    other than here.
 6              THE COURT:  It will end up somewhere else.
 7              MR. BEDARD:  I have no doubt.  I didn't want to say
 8    that for sure.
 9              THE COURT:  Unless something else happens in the
10    world or the legislature --
11              MR. BEDARD:  I just don't want, you know, obviously
12    an argument at some point, that I waived something.
13              THE COURT:  You are all very smart lawyers.  I
14    just -- it is not that I'm trying to rush any of you because --
15    in fact, I think I have allowed a lot of time for this.  But I
16    just want to -- just as -- not just for you, by any means.  I
17    want you to be able to make your objections and be clear
18    without everything -- my getting submissions after the trial
19    about 100 different concerns, evidentiary concerns.  But at the
20    same time we need to move forward.  So ...
21              MR. BEDARD:  Understand, Your Honor.  Thank you.
22              THE COURT:  All right.  Very good.
23              Go ahead.
24                            CROSS-EXAMINATION
25
```

```
 1  BY MR. BEDARD:
 2  Q.   Ms. Nakamura, you are aware you are still under oath,
 3  correct, after the break?
 4  A.   Yes.
 5  Q.   Great.
 6       A few clarifying questions to start off.  We haven't had a
 7  chance to meet.  By the way, my name is Ed Bedard, counsel for
 8  the State.
 9       You're not a plaintiff in this case; correct?
10  A.   Correct.
11  Q.   Okay.  And I think you testified you live in Fulton
12  County?
13  A.   Yes.
14  Q.   No plans to move any time soon?
15  A.   No.
16  Q.   All right.  You are not a designated expert in this case;
17  correct?
18  A.   Correct.
19  Q.   You are not a cybersecurity expert?
20  A.   Correct.
21  Q.   Not a visual recognition expert?
22  A.   Correct.
23  Q.   No expertise in memory or recall?
24  A.   Correct.
25  Q.   You have not conducted any studies on that issue; correct?
```

1    **A.**    Correct.

2    **Q.**    You are not a statistics expert?

3    **A.**    Correct.

4    **Q.**    Let's see.  You've never run an election yourself;

5    correct?

6    **A.**    No, I have not.

7    **Q.**    Never worked as a paid election worker?

8    **A.**    No, I have not.

9    **Q.**    I'll come back to some of those things later.

10         Let's talk about some of the issues you identified as your

11   complaints about the BMD system.  And I think there were four.

12   I just want to clarify, make sure I've got them all.

13         One was ballot secrecy?

14   **A.**    Yes.

15   **Q.**    Two is the QR code and that you weren't sure that your

16   vote was going to be counted correctly --

17   **A.**    Correct.

18   **Q.**    -- right?

19         The third one was I think you needed to check twice on the

20   BMDs where you only need to check once on a hand-marked paper

21   ballot?

22   **A.**    Correct.

23   **Q.**    Okay.  And then the last one was -- and I apologize, I

24   can't read my own handwriting -- an issue with -- well, let me

25   ask you this, what was fourth one, if you remember?

1   **A.**   The fourth one --

2   **Q.**   I can't read my own handwriting here.

3   **A.**   The fourth one was if there should be an issue where I

4   know that I have pressed all the right buttons, and if the

5   computer makes an error or if the printout has an error, then

6   the poll worker or poll manager usually assumes that it is

7   voter error.

8   **Q.**   Got it.

9        Okay.  Something to do with the system is what I was

10  interpreting out of my own handwriting so that seems to track.

11       Let's start with that last one.  So just to clarify, your

12  issue is that if you identified a problem you are not sure that

13  a poll worker would solve the underlying problem for everybody

14  else; correct?

15  **A.**   Correct.

16  **Q.**   You are confident that they could fix the problem for you;

17  correct?

18  **A.**   No, I am not.

19  **Q.**   But you could spoil your -- you could spoil that ballot

20  right there and you could recast one to make sure that it was

21  correct; right?

22  **A.**   Correct.

23  **Q.**   And then you could look at the BMD printout and you could

24  confirm, okay, this one is correct now; right?

25  **A.**   Correct.

1   Q.   So you could solve that problem for you; right?

2   A.   For the text, yes.

3   Q.   Yeah.  But you're just not sure if they could solve it for

4   everybody else; right?

5   A.   Correct.  Or that anybody else would look at their ballots

6   to even notice that there was a problem.

7   Q.   But it was good for you?  You could figure it out for you?

8   That part you are sure you can figure it out; right?

9   A.   And if, for instance, if I saw that there was a machine

10  that was flipping from George Washington to Abraham Lincoln,

11  unless they actually take it out of commission, then they

12  haven't really solved it for me.

13       If they tell me just go to another machine, then I don't

14  feel that they have solved it for me.

15  Q.   But they could solve it at least for the paper printout

16  for you; right?

17  A.   For the paper printout, yes.

18  Q.   All right.  Thank you.

19       Let's go back to the ballot secrecy complaint that you

20  had.  You are not aware of anybody who has seen your vote;

21  right?

22  A.   I am.  My husband did.

23  Q.   Okay.  Other than your family, you're not aware of anybody

24  who has seen your vote; right?

25  A.   Correct.  But I still --

1   **Q.**   Do you talk to your husband about how you vote?

2   **A.**   Not really.  No.

3   **Q.**   Not really.

4        Okay.  Is it something that you keep secret from him

5   though?

6   **A.**   It is not something that I keep secret, but it is

7   something that I feel I should be able to do in secret.

8   **Q.**   Okay.  And did he observe your -- while you were voting or

9   did he observe your paper printout?

10  **A.**   The day that we had to all go vote in person, we were --

11  we were sort of positioning ourselves so that we weren't too

12  close to each other.  But when he turned around, he actually

13  saw my vote and our child's vote, which bothered him even more.

14  **Q.**   Okay.  Other than your husband, though, you're not aware

15  of anybody who has seen your vote; right?

16  **A.**   I'm not aware of people seeing it.  But I know that people

17  who walked behind me or, you know, at -- are at -- within

18  eyeshot distance can see how I am voting.  So ...

19  **Q.**   It is possible but you don't know of anybody who has seen

20  your vote, apart from your husband?

21  **A.**   Nobody has told me that they saw my vote.

22  **Q.**   And your husband didn't see your entire ballot; right?

23  **A.**   Correct.

24  **Q.**   Okay.  Anyone who has seen -- you are not aware of anybody

25  who has seen your vote, again other than your husband, who

1   knows you or knows what your name is; right?

2   **A.**    Correct.

3   **Q.**    Your vote hasn't been published anywhere?

4   **A.**    No.

5   **Q.**    Okay.  Okay.  And your concerns about the BMD machines,

6   when it comes to secrecy, is primarily about how they are laid

7   out in the room; correct?

8   **A.**    That is not the issue.  The layout has a lot to do with it

9   because -- that is not the only issue.  Depending on the

10  layout, you can see a lot of machines or you can see only a

11  few.

12       But for every BMD, whether it is in one of those

13  Fulton/Cobb/DeKalb carriers or they are laid out on a table

14  with the blue screens around them or any other configuration,

15  anybody walking behind them or standing right next to them can

16  see how a person is voting.

17  **Q.**    You would agree, though, there are ways to lay it out or

18  procedures you could adopt that would solve those problems for

19  you; correct?

20  **A.**    There are ways to ensure that a few machines could be --

21  could have absolute secrecy.  There is a huge problem with it

22  as well, though, because -- for instance, in this room, the

23  only way that I would be able to put machines so that you --

24  somebody has absolute voter secrecy is to put four BMDs in the

25  four corners and then put them towards the corner.

1          But the other law, other than the absolute ballot secrecy,

2     that has to be followed is that the machine has to be visible

3     to poll workers so that tampering -- you know, so that they can

4     watch for tampering.

5          When the machines are turned around so that the poll

6     workers can't see the machines, now there's possibilities of

7     tampering that the poll workers can't notice.

8     **Q.**   So your problem is that it doesn't have absolute secrecy?

9     **A.**   Correct.

10    **Q.**   Okay.  All right.  Thank you.

11         And that -- that concern is based on your understanding of

12    what Georgia law is as far as what it requires for secrecy?

13    **A.**   Absolute ballot secrecy, yes.

14    **Q.**   All right.  Let's talk about the QR code.  I believe you

15    testified just a moment ago that your problem with the QR code

16    is that you can't be sure when you voted that what is being

17    counted is being counted correctly; right?

18    **A.**   Correct.

19    **Q.**   And voting a hand-marked paper ballot would solve that

20    problem for you?

21    **A.**   Yes.

22    **Q.**   Okay.  You're not challenging, though, the use of scanners

23    in this case; right?

24    **A.**   So you bring up a very good point.  Scanners can also have

25    errors.  I know from a hand-marked paper ballot that what I see

1    is what I intend to be counted and that is what is supposed to

2    be counted.

3         Now, if there was a scanner error, the other part of what

4    we are asking for for relief is better audits.

5         I know that Dr. Philip Stark is going to be coming up here

6    to talk, so I'm not going to say anything about it other than

7    scanning is not -- is not enough.  We have to have very

8    rigorous audits after the scanning to ensure that all the votes

9    are -- that the winner did actually win.

10   **Q.**   Sure.

11        So let's drill down on this.  So even with a hand-marked

12   paper ballot, you agree that just using the hand-marked paper

13   ballot for you would not solve your concern about having a vote

14   counted correctly; right?  You need something else in addition

15   to the hand-marked paper ballot; right?

16   **A.**   Correct.  But it would be greatly alleviated.

17   **Q.**   So, but the thing that is really going to solve it for

18   you, that really solves the problem about being sure that it

19   can be counted correctly, isn't so much the hand-marked paper

20   ballot?  It's the back-end audit; right?

21   **A.**   No, that is incorrect.

22   **Q.**   So explain for me the difference.  Because with both the

23   hand-marked paper ballot and with the BMD, BMD provides you a

24   paper printout; correct?

25   **A.**   Yes.

1   Q.   And you can read that and you can confirm that what is on

2   that paper is how you intended to vote?

3   A.   Correct.

4   Q.   Okay.  With a hand-marked paper ballot, the same thing,

5   you can read that, you can confirm --

6            THE COURT:  Slow down.

7            MR. BEDARD:  I'm getting the look, and I will try and

8   slow down.

9   BY MR. BEDARD:

10   Q.   With the hand-marked paper ballot, you can also read that

11   and confirm that that is how you intended to vote; correct?

12   A.   Correct.

13   Q.   So with both versions, you can confirm that that is how

14   you intended to vote, what is printed there on the paper;

15   correct?

16   A.   For myself.

17        However, on the BMD ballot it is the QR code that gets

18   tallied, not the text.

19   Q.   Sure.  And we'll come back to that here in a second about

20   the QR code, but I just want to be clear.  We're talking about

21   the paper printouts here.  You can confirm with both that the

22   paper printouts, the human readable text on the paper printouts

23   is what you intended to vote; correct?

24   A.   You can confirm it.  Not everybody does.

25   Q.   Okay.  Now, when you go to put them in the scanner -- and

1    again, I'm interested in what you do and what you can do.  I'm

2    not interested in anybody else.  Okay.

3         When you go to put it in the scanner, when you scan your

4    BMD ballot you don't know how it is being counted; correct?

5    **A.**   Correct.

6    **Q.**   And when you put a hand-marked paper ballot in a scanner,

7    you don't know how it is being counted; correct?

8    **A.**   Correct.

9    **Q.**   And, frankly, if you're going to have a hand tally, you

10   don't know how that is being counted; right?

11   **A.**   Correct.

12   **Q.**   Okay.  So you can't be sure with any of them how they are

13   being counted correctly; right?

14   **A.**   Well --

15   **Q.**   Barring something else --

16   **A.**   Yes.

17   **Q.**   -- just based on the fact that it is paper; right?  You

18   can't be -- you can't be sure that it is being counted

19   correctly just based on the fact that it is paper; right?

20   **A.**   Correct.

21   **Q.**   So what you need is the ability to go back and to review

22   the paper afterwards; right?

23   **A.**   Correct.

24   **Q.**   Okay.  Now, you're aware that under Georgia law for audits

25   and for hand tallies and re-counts, the controlling ballot is

1    the paper printout; correct?

2    **A.**    Correct.

3    **Q.**    All right.  So if the thing that is providing you with the

4    confidence that it is being counted correctly is not the paper

5    but is the ability to audit on the back end, can you explain to

6    me the difference between the BMD ballot, which uses the paper

7    printout, and the hand-marked paper ballot, which also uses

8    what you marked on paper, what is the difference between the

9    two?

10   **A.**    The difference is unless Georgia law was that every single

11   race and every single contest had to be audited rigorously,

12   then we can't be sure that an election is actually -- you know,

13   was decided the correct way.

14   **Q.**    So the thing that is going to relieve your concern with

15   the QR code is requiring audits in every single election?

16   **A.**    Every single election, yes.

17   **Q.**    Thank you.

18        Is that a full hand re-count or just an audit?

19   **A.**    A risk-limiting audit.

20   **Q.**    Okay.  All right.  Thank you.

21        And the definition of that risk-limiting audit you would

22   leave up to your experts; right?

23   **A.**    I will leave it up to Dr. Stark.  Yes.

24   **Q.**    So what is a sufficient risk-limiting audit, you would say

25   that is an expert decision?

1    **A.**    That is not my wheelhouse.

2    **Q.**    So what would satisfy you for the risk-limiting audit we

3    have got to leave up to the experts; right?

4    **A.**    Yes.

5    **Q.**    Okay.  All right.  Thank you.

6          Now let's talk about the ability to --

7    **A.**    Can I add one thing, though?  Because you said that it was

8    just for me.  And then you went and said that we're talking

9    about audits, which is for the entire election.

10   **Q.**    Yes, but I'm asking for what is going to satisfy your

11   concern.

12   **A.**    Well, unless everybody checks their text printout, that --

13   then everything is moot.

14   **Q.**    So the only thing that is going to satisfy your concern

15   about the QR codes is making sure that everybody --

16   **A.**    Checked the --

17   **Q.**    -- reviews and checks?

18   **A.**    Yes.  Actually checks.

19          THE WITNESS:  I am so sorry.  I am so sorry.

20          THE COURT REPORTER:  Repeat.

21          MR. BEDARD:  I'll repeat my question.

22   BY MR. BEDARD:

23   **Q.**    So the only thing that is going to satisfy your concern

24   about the QR code is that everybody actually verifies their

25   selections; correct?

1    **A.**    Correct.

2    **Q.**    Okay.

3          THE COURT:  All right.  But I missed a beat here.

4    And maybe my attention wandered.  Could you explain, is your

5    testimony that -- just a concern that everyone had checked

6    their -- the ballot against a QR code?

7          THE WITNESS:  No, not against the QR code.  So the

8    only way that I would be satisfied that the BMDs were being --

9    were counting our votes accurately is if every voter completely

10   verified their ballots to the extent that they could even tell

11   if -- if a vote -- you know, a race was missing, a contest, you

12   know, was added in there, that kind of thing.  And if there was

13   a complete audit of every single race.

14         THE COURT:  And is that with or without a QR code?

15   That is what I'm just a little confused about.

16         THE WITNESS:  The gentleman was saying that the audit

17   would be done with the -- with the text of the ballot.

18         THE COURT:  With the text?

19         THE WITNESS:  Yes.

20         So the QR code would be doing the initial reading

21   after voters completely verified their votes, their ballots,

22   including, you know, whether something is missing or -- I mean,

23   like all -- all 48 of the -- of Fulton's, you know, last

24   presidential election ballot.  And if -- if the -- every single

25   one of those 48 contests was also audited rigorously with a

1    risk-limiting audit.

2         THE COURT:  But still using the QR code because that

3    is what I'm -- that is what I'm confused relative to your

4    position.

5         THE WITNESS:  I mean, I think that was the premise

6    that he was giving me.

7         So my preference would be just for everybody to use a

8    hand-marked paper ballot to vote and then the whole verifying

9    thing is unnecessary.  People can choose to verify their vote.

10   But they have already verified it as they vote.  And then that

11   gets scanned and then it gets audited.

12        THE COURT:  Right.  So we're just omitting the

13   possibility that you could use a BMD that printed out -- did a

14   full printout without a QR code?  Is that -- or you -- you

15   structured this -- the question so that there is no other

16   option between the two?

17        MR. BEDARD:  I'm trying to drill down, Your Honor, on

18   what is it that is going to actually address the concern that

19   they are articulating.

20        And it sounds like, from Ms. Nakamura's testimony,

21   the thing that is going to actually address a concern she's

22   articulating is required audits on the back end.  It is

23   irrelevant whether it is QR code, paper ballot, anything else.

24   So --

25        THE WITNESS:  No, that is not what I'm saying though.

```
1    I don't think I articulated it right then.
2            The problem with the BMD is it is supposed to be just
3    an expensive pen.  Right.  It is supposed to mark your ballot
4    for you, like you would mark your own ballot.
5            The problem is because everybody doesn't verify their
6    ballot, their printed ballot, whether it is -- it has a QR code
7    or not, that non-verification makes it impossible for the audit
8    on the back end if you don't have a piece of paper, a paper
9    trail, that people have verified to be what they want their
10   vote to be.
11   BY MR. BEDARD:
12   Q.   Okay.  So --
13   A.   It cannot be audited.
14   Q.   All right.  So now I understand the difference here.
15        So the difference is the BMD people aren't reviewing it --
16   A.   Yes.
17   Q.   -- right?  So they are not verifying that those are their
18   selections; right?
19   A.   Yes.
20   Q.   And with the hand-marked paper ballot, you are saying just
21   the act of doing a hand-marked paper ballot captures their
22   intended vote; right?
23   A.   Correct.
24   Q.   So voter verified to you is that the vote, the paper --
25   whatever you are doing, whether you are doing a BMD or you are
```

```
 1  doing a hand-marked paper ballot, that the paper vote is
 2  capturing the voter's intended vote; right?
 3  A.   Correct.
 4  Q.   Okay.  So you are assuming that the act of voting a
 5  hand-marked paper ballot is inherently voter verified; right?
 6  A.   Yes.
 7  Q.   And that it captures the voter's intent; right?
 8  A.   Correct.
 9  Q.   But it is possible for voters to make mistakes --
10  A.   Absolutely.
11  Q.   -- on hand-marked paper ballots; right?
12  A.   Absolutely.
13  Q.   They can overvote; right?
14  A.   Yes.
15  Q.   They can undervote?
16  A.   Yes.
17  Q.   They can make stray marks --
18           THE COURT REPORTER:  Slow down.
19  BY MR. BEDARD:
20  Q.   I believe your testimony was they can overvote?
21  A.   (Witness nods head affirmatively.)
22  Q.   They can undervote?
23  A.   (Witness nods head affirmatively.)
24  Q.   They can make stray marks?
25           THE COURT REPORTER:  She's nodding her head.  I need
```

1    an answer.

2              THE WITNESS:  Yes.

3              THE COURT REPORTER:  Start over, that whole part.

4    BY MR. BEDARD:

5    **Q.**   They can overvote?

6    **A.**   Yes.

7    **Q.**   They can undervote?

8    **A.**   Yes.

9    **Q.**   They can make stray marks?

10   **A.**   Yes.

11   **Q.**   They can fail to follow instructions?

12   **A.**   Yes.

13   **Q.**   And in all of those circumstances, the paper hand-marked

14   paper ballot is not actually capturing the voter's intent;

15   correct?

16   **A.**   Correct.  Except --

17   **Q.**   So it is not voter verified under your own definition?

18             THE COURT:  Let her answer the full --

19             MR. BEDARD:  Well, she answered -- it was a yes-or-no

20   question, Your Honor.

21             THE COURT:  Well, I don't think she thought it was.

22   So she started --

23             THE WITNESS:  Except the problem with what your

24   premise is, is that the overvote or the undervote or the stray

25   mark would be the final ballot.

         The way the scanners are programmed, it will catch --
well, it doesn't currently catch undervotes.  They are not
programmed to catch undervotes.  So if somebody votes on a BMD
ballot and undervotes, the scanner doesn't catch that.  That
undervote is how the voter voted.  They didn't vote for, you
know, the city commissioner or whatever.

         Overvotes, stray marks, things that the scanner can't
read will be kicked out.  That is the beauty of using a
hand-marked paper ballot in a polling place.  As opposed to
sending it in by the mail where you can't make any corrections
if the scanner can't read it.

         If you vote on a hand-marked paper ballot in person
in the polling place and you put it in the scanner and it has
an overvote, the scanner will kick it out and say there is an
overvote.  You can then -- you would have to go through the
spoiling the ballot process.  But you can correct that.

         With the stray mark that the scanner didn't
understand, the scanner kicks it out and says unreadable -- or
I don't know what it says.  But it kicks it out.  So again, the
voter would have to spoil that ballot but they can correct the
ballot.
BY MR. BEDARD:
**Q.**   So that is assuming, though, that the software and the
scanner is accurate; right?
**A.**   Correct.

1  **Q.**   And you testified earlier that you believed in your

2  experience based on your background with computer science that

3  any piece of technology can be compromised; correct?

4  **A.**   Right.

5  **Q.**   So the scanner can be compromised in a way that it doesn't

6  kickback overvotes --

7  **A.**   Sure.

8  **Q.**   -- undervotes?

9       And in that circumstance, right, then the vote that is

10 actually being recorded is not what the voter intended?

11 **A.**   Correct.

12 **Q.**   And it is not voter verified --

13 **A.**   Correct.

14 **Q.**   -- because it is not actually what they intended; right?

15 **A.**   Correct.

16 **Q.**   So in this circumstance --

17 **A.**   I'm sorry.  And I'm sorry.  But it is voter verified to

18 the extent that the voter cast that ballot.

19 **Q.**   But you defined it earlier, voter verified to you, as

20 being a vote is capturing what the voter intended to vote;

21 right?

22 **A.**   Correct.

23 **Q.**   And you would agree that a voter can make mistakes?

24 **A.**   Correct.

25 **Q.**   So if the scanner, which you seem to be okay with, is

1    somehow compromised itself in a way that it doesn't kick back

2    overvotes, undervotes, mistakes, failure to follow

3    instructions, that scanner would still read that and that

4    wouldn't be capturing the voters intended vote; right?

5    **A.**    Correct.

6         And do you realize that that -- it would also read the BMD

7    ballot and capture the undervotes and --

8    **Q.**    Except that a BMD is programmed --

9    **A.**    That's true --

10   **Q.**    -- to ask you to --

11   **A.**    Yes.

12   **Q.**    -- make you confirm that you intend to undervote that

13   race; right?

14   **A.**    No.  Not on undervotes.

15   **Q.**    It prevents you from voting an overvote; correct?

16   **A.**    That it does.

17   **Q.**    So it prevents some of these issues that are -- that

18   hand-marked paper ballots are subject to; right?

19   **A.**    So what you are saying is that if the scanner was -- was

20   misprogrammed or hacked so that overvotes won't be counted, you

21   are saying that that vote wouldn't be -- would be counted

22   incorrectly.

23        And what I am saying is if there are problems with the

24   scanner, a risk-limiting audit will catch it.  That is why we

25   need to do very, very rigorous audits.

1    Q.   But the risk-limiting audit would be reading a paper

2    ballot that didn't capture the intended vote of the voter;

3    right?

4    A.   Correct.

5    Q.   It didn't kick back the mistake.

6         So that really -- you said the only reason why a

7    risk-limiting audit would be satisfactory is because it is

8    based on voter verified votes.

9         But in that circumstance the vote isn't voter verified,

10   using your own definition; right?

11   A.   Sorry.  I'm getting lost in the weeds here.  I --

12   Q.   That's okay.

13        Let me ask you -- let me go back to the scanner issue.

14            THE COURT:  Okay.  Counsel, could you explain a

15   little bit -- first of all, how long do you think you're going

16   to be pursuing this discussion?  Because I'm having some

17   trouble understanding the relevance of arguing with the witness

18   about this.  About her views and exploring it.  I'm just trying

19   to, as a matter of law, understand where you are going.

20            MR. BEDARD:  Because, Your Honor, the plaintiffs in

21   this case are seeking a particular remedy.  They are seeking to

22   find that Georgia's choice of BMD vote -- BMD machines for

23   in-person voting is an unconstitutional burden on the right to

24   vote.

25            What I'm trying to drill down on is what is their

```
1   identified harm is, because sometimes it seems to change,
2   depending on the briefing.  So I'm trying to drill down on it
3   and get real testimony and understand what their harm is, what
4   they think their harm is, and what they think is going to
5   satisfy that harm, and connect the two.
6           Because I think that they are trying to seek a
7   particular remedy here -- of course, you know our opinions
8   here, this is all public policy discussion, all of that, we
9   have made those arguments.
10          But really they are trying to seek a remedy, and I'm
11  trying to identify what is that remedy solving and does it
12  actually solve the thing that they are saying it solves or does
13  it not and are these two things connected.
14          THE COURT:  I think that we're going to be here a
15  very long time if you're going to do that with every single
16  witness.  And I'm not -- you know, have you chosen this witness
17  for this discussion because she's more knowledgeable?
18          I don't know.  But let me just hear from -- you have
19  got plaintiffs' counsel back there.  So let me just understand
20  what -- if you're fine with this, I'll allow ten minutes.  But
21  I'm not going to go further than that.
22          MR. McGUIRE:  Your Honor, we're not fine with it,
23  not -- least of all because she's actually not a plaintiff,
24  she's just a witness.  So her --
25          THE COURT:  Well, she's a member of the organization.
```

```
 1          MR. McGUIRE:  She's an informed witness, but she is

 2    not speaking on behalf of the organization.  She's a fact

 3    witness.  We called her -- he's made very clear she is not an

 4    expert.  She's a fact witness.  She is not -- it is not a

 5    30(b)(6).  So she is simply an individual who is giving fact

 6    testimony about what she knows.

 7          MR. BEDARD:  Respectfully, Your Honor, there is no

 8    such thing as a 30(b)(6) at trial.  You just have fact

 9    witnesses.  The 30(b)(6) is only a deposition approach.

10          So they have called her.  It is their choice to call

11    her.  She is clearly testifying on behalf of the organization.

12    Otherwise, her presence here is somewhat irrelevant if she's

13    not a plaintiff and not testifying on behalf of the

14    organization as a member.

15          THE COURT:  She's clearly one of the people speaking

16    with a strong organizational affiliation, and I understand

17    that.

18          But let me hear the rest of what Mr. McGuire had to

19    say.

20          MR. McGUIRE:  I also believe a lot of the questions

21    have been asked and answered and they're getting a little

22    duplicative.

23          So to that extent, I think he's arguing with the

24    witness, as Your Honor noted.  And so, you know, I will object

25    going forward on a question-by-question basis if it is going to
```

1  continue.  But I've been trying to also sit back and see where

2  it is going.

3          THE COURT:  All right.  Well, I'm not going to allow

4  this course of questioning for more than ten minutes.  So it is

5  now 20 of.  You have until 10 of.

6          MR. BEDARD:  Okay.

7          THE COURT:  You can -- after 10 of, if there are

8  other whole ranges -- but this is, I don't think, a very

9  productive line.  But you're allowed to do it.  That is up to

10 you.  If you want to make your record, that's fine.

11         MR. BEDARD:  Thank you, Your Honor.

12         Can you read back what the last question was?

13         I actually think I know where I'm going from here.

14 Thank you.

15 BY MR. BEDARD:

16 **Q.**   All right.  So let's go back to the scanner kicking things

17 back.

18     You were saying you think it would be fine because the

19 scanner could kick back overvotes or undervotes; right?

20 **A.**   For?

21 **Q.**   If you are using a hand-marked paper ballot in lieu of a

22 BMD-marked ballot --

23 **A.**   Yes.

24 **Q.**   -- you could -- you were saying that it would be fine with

25 the scanner because the scanner could solve some of the

1    problems we talked about with the hand-marked paper ballot and

2    that it could kick back an overvote or an undervote?  It could

3    be programmed that way; right?

4    **A.**   Correct.

5    **Q.**   Or a mismarked.

6        But it wouldn't necessarily kick back a voter's failure to

7    follow instructions; right?

8    **A.**   By that you mean?

9    **Q.**   If a voter, you know, failed to kind of follow the

10   instructions on the hand-marked paper ballot and maybe marked

11   something where they didn't intend to, it wouldn't necessarily

12   kick that back; right?

13   **A.**   I'm having a hard time picturing --

14   **Q.**   Sure.  Let me clarify this.

15       So let's say a voter made a mistake, right, in marking out

16   a hand-marked paper ballot.  And they accidentally voted for --

17   they filled in the wrong bubble for somebody that they didn't

18   intend to; right?

19       The scanner wouldn't kick that back; right?

20   **A.**   Correct.

21   **Q.**   And I think you testified earlier that you believed a

22   hand-marked paper ballot is inherently voter verified?

23   **A.**   Correct.

24   **Q.**   So is it your opinion that a voter does not need to

25   double-check a hand-marked paper ballot to make sure that it is

1    okay?

2    **A.**    Not at all.  No.  I highly encourage everybody to check

3    their printed ballot or their hand-marked paper ballot.  Yes.

4    **Q.**    So in order to make a hand-marked paper ballot voter

5    verified, you would agree that they need to double-check it to

6    make sure that it correctly captures their intent; correct?

7    **A.**    Yes.  But I did also say that on a BMD you have to check

8    twice.  You have to check the BMD itself to make sure that you

9    pushed all the right buttons and the BMD registered it

10   correctly.  And then you have to look at the printout.

11   **Q.**    Sure.  I mean, you could skip past the first one, right,

12   and just review the printed one?

13   **A.**    No.  It doesn't let you.

14   **Q.**    You could -- all right.  I'll let that go.

15        Let's talk about you voting particularly on BMDs, because

16   you voted on both BMDs and hand-marked paper ballots through

17   absentee by mail; correct?

18   **A.**    Yes.

19   **Q.**    And I think you said you greatly preferred to vote

20   absentee by mail; right?

21   **A.**    Correct.

22   **Q.**    Because it's a hand-marked paper ballot?

23   **A.**    Correct.

24        I did also say that I greatly prefer to vote in a polling

25   place.

1   Q.   Sure.  Sure.

2        But under the current law, you greatly prefer to vote

3   absentee by mail as opposed to BMD; right?

4   A.   Correct.

5   Q.   But you voted BMD a few times; right?

6   A.   Yes.

7   Q.   Including one time because you just missed the deadline to

8   apply for your absentee ballot?

9   A.   Yes.

10  Q.   When you voted BMD, you have brought in a cheat sheet;

11  right?

12  A.   Yes.

13  Q.   And you are fully empowered to do that; right?

14  A.   Yes.

15  Q.   So when you voted BMD personally, you have double- and

16  triple-checked your BMD printout; correct?

17  A.   Correct.

18  Q.   So when you read that printout, you confirmed that that

19  printout was what you intended to vote; right?

20  A.   Correct.

21  Q.   In all three circumstances?

22  A.   Correct.  But I still can't read the QR code.

23  Q.   No.  That's fair.

24       But the printout, what's used for the audits that you

25  talked about, you confirmed those were correct; right?

1    **A.**    Correct.

2    **Q.**    So if you are doing an audit of the paper ballots for you,

3    in the circumstances where you have voted on a BMD, those ones

4    correctly capture your intended votes; correct?

5    **A.**    Yes.

6              THE COURT:  Are you assuming that there is an audit

7    on all the positions voted on or all of the propositions in

8    your question?  Because right now there is an audit for --

9    typically for a particular position.  So it doesn't verify --

10   an audit doesn't verify the entire --

11             MR. BEDARD:  I don't think that was intended in the

12   vote.

13   BY MR. BEDARD:

14   **Q.**    It was just if an audit were conducted, the paper printout

15   would correctly capture your intended vote in those three

16   elections; correct?

17   **A.**    Three elections?  I'm sorry.

18   **Q.**    I'm sorry.  In those three circumstances where you voted

19   on a BMD -- did I count that correctly?  Was it three times?

20   **A.**    Yes.

21   **Q.**    In those three circumstances, if there was an audit of

22   the -- or a hand tally of the paper printout, those paper

23   printouts correctly captured your intended vote?

24   **A.**    For my ballot, yes.

25   **Q.**    For your ballot.  Yeah.  I'm just asking about you.

```
 1        Okay.  I want to just briefly -- I think you shared some
 2   opinions in your -- in your direct.
 3        Those opinions were based on a few things; right?
 4        They were based in part on your college degree in computer
 5   science; right?
 6   A.   Yes.
 7   Q.   In your work in that space --
 8   A.   Yes.
 9   Q.   -- right?
10        I think you said you had a master's degree.  And I can't
11   remember what it was in.
12   A.   No.
13   Q.   What was the secondary degree that you had?
14   A.   Cognitive science.
15   Q.   Cognitive science.  Was that a master's or a bachelor's?
16   A.   A bachelor's.
17   Q.   Okay.  Some of your opinions are also based on that;
18   correct?
19   A.   Sure.  Yes.
20   Q.   And you said those opinions are also based on -- you have
21   spoken to a lot of officials; right?
22   A.   Yes.
23   Q.   Okay.  You collected a lot of information from a lot of
24   different sources; right?
25   A.   Yes.
```

```
1    Q.    Your opinions are based in part on your view of Georgia
2    law; right?
3    A.    Yes.
4    Q.    And reading the Georgia code?
5    A.    Yes.
6    Q.    Georgia regulations?
7    A.    The --
8    Q.    Let me clarify that.
9          Like State Election Board rules?
10   A.    Yes.
11   Q.    Okay.  So when you testified about Government sources,
12   included in that was the Georgia code and the SEB rules; right?
13   A.    Yes.
14   Q.    Okay.  I think you said you were aware of fairly
15   specialized terms like sleeping over; right?
16   A.    Yes.
17   Q.    Okay.  In your background, have you done any -- have you
18   had any training or education in risk analysis?
19   A.    No.
20         MR. BEDARD:  I think I've just got a few more
21   questions, Your Honor.  I'm just going to review my outline
22   here and make sure I have got everything.
23              (There was a brief pause in the proceedings.)
24   BY MR. BEDARD:
25   Q.    On the -- I think just the last thing, it is very small.
```

```
1    Two last things.
2         You -- I think you testified you haven't done any
3    scientific studies on voters who have reviewed -- let me
4    rephrase this.
5         You haven't done any scientific studies on the rate at
6    which voters review their ballots; correct?
7              MR. McGUIRE:  Objection.  Now it seems like he is
8    calling for expert testimony from the witness.
9              MR. BEDARD:  I'm not asking for her opinion.
10             THE COURT:  He's asking whether she did any studies.
11             MR. BEDARD:  Thank you, Your Honor.
12             THE COURT:  Go ahead.
13             THE WITNESS:  I have not done any studies.
14   BY MR. BEDARD:
15   Q.   Thank you.
16        On the mailbox thing, I just wanted to clarify something.
17   You don't know who hit your mailbox; right?
18   A.   No, I don't.
19   Q.   Nobody spray-painted any politically-charged language into
20   your lawn or anything; right?
21   A.   No, they didn't.
22             MR. BEDARD:  All right.  Thank you, Your Honor.
23   That's all we have.
24             I think based on the testimony we would, just for the
25   record, again re-lodge our objection to the extent that she
```

1    gave opinion testimony as an inappropriate lay witness and an

2    undisclosed expert under 702 through 704, which we think she

3    needs to be qualified under.

4              THE COURT:  Okay.

5              MR. BEDARD:  With that, I'll sit down.

6              Thank you, Your Honor.

7              THE COURT:  That's fine.

8              To the extent I ruled contrary, I think obviously I

9    thought it was appropriate lay testimony and based on firsthand

10   knowledge.  But to the extent that you may be right, I will

11   look at -- since you vigorously have raised these objections,

12   we will be very careful in reviewing what we rely upon in

13   issuing an opinion.

14             Thank you.

15             MR. BEDARD:  Thank you, Your Honor.

16                        REDIRECT EXAMINATION

17   BY MR. MCGUIRE:

18   **Q.**   Ms. Nakamura, Ms. Bedard asked you a number of questions

19   that were directed at the QR code.

20   **A.**   Yes.

21   **Q.**   Okay.  What part of your BMD ballot contains your actual

22   counted vote?

23   **A.**   The QR code.

24   **Q.**   Okay.  What part of the BMD ballot is used in a post

25   election audit, if there is one?

1    **A.**    The human readable text.

2    **Q.**    So if those two pieces of the ballot differ, then is your

3    vote being considered in the audit?

4    **A.**    In the audit -- so you are talking about audits and not

5    re-counts?

6    **Q.**    I'm talking about the audit.

7    **A.**    So your vote is being considered in the audit because the

8    human readable text is what is being considered.  But if the QR

9    code was different, then the actual initial tally that the

10   elections officials would have would be different from your

11   vote, from your human readable vote.

12   **Q.**    Does your answer there presume that the text, the human

13   readable text is what you -- matches what you meant to vote?

14   **A.**    Yes.

15   **Q.**    Okay.  So in that case, your vote would not have been

16   counted in the original vote; correct?

17   **A.**    Correct.

18   **Q.**    Now, you testified that you and the organization want

19   robust audits?

20   **A.**    Correct.

21   **Q.**    Now, audits -- what does an audit check for?

22   **A.**    The audit checks that the correct winner was the one who

23   was supposed to win.

24   **Q.**    Is it possible for your vote to not count in an election

25   but for the correct winner to still win?

**A.**    Sure.

**Q.**    And how could that happen?

**A.**    If there is such a huge -- the larger the margin of victory, the less each individual vote that could have been wrong is going to matter.  So in a small, let's say, city council race that could be decided by one vote, that one wrong vote would matter a lot.

But in a presidential election that is a landslide win, then one wrong individual vote I think won't -- wouldn't count that much.

And, again, the audit would verify whether, you know, enough votes were counted.

**Q.**    So when you testified about the importance of voting in your direct, does that pertain to the importance of casting your individual vote or does it pertain to the outcome being correct?

**A.**    It pertains to the outcome.

**Q.**    Does it pertain to the outcome of the election or -- your election preference, or does it pertain to your individual vote being counted?

**A.**    The election outcome.

**Q.**    Okay.  And then let's see.

Mr. Bedard asked you about if you got a BMD ballot that had an error on it --

**A.**    Yes.

1   **Q.**   -- and you spotted the error --

2   **A.**   Yes.

3   **Q.**   -- wouldn't it be a fix for you simply to get another BMD

4   ballot.

5       And I think there was a little bit of confusion on that.

6   So let me ask you.

7       If the error is not of your making but is the making of

8   the BMD --

9   **A.**   Yes.

10  **Q.**   -- does getting another BMD ballot fix that error?

11  **A.**   No.

12          MR. McGUIRE:  Thank you.  Nothing further.

13          MR. BEDARD:  Just a few.  Just a few short questions,

14  Your Honor.

15          THE COURT:  That's fine.

16                       RECROSS-EXAMINATION

17  BY MR. BEDARD:

18  **Q.**   Ms. Nakamura, you don't have any evidence that your vote

19  has ever been incorrectly counted; correct?

20  **A.**   Correct.

21  **Q.**   Okay.  No evidence that the QR code, when you have voted,

22  in the times that you have voted on the BMD, has been anything

23  different than what was -- let me rephrase that.  I'm sorry.

24      You don't have any evidence that in the times that you

25  voted on the BMD that the QR code on your ballot has been

```
 1   counted any differently than what was listed in your printed

 2   out ballot; right?

 3   A.    Right.  I have no evidence.

 4              MR. BEDARD:  I think that's it, Your Honor.

 5              THE COURT:  Thank you.  All right.

 6              MR. McGUIRE:  Nothing further.  The witness is

 7   excused.

 8              THE COURT:  All right.  Thank you very much.

 9              THE WITNESS:  Thank you.

10              THE COURT:  It is five of --

11              MR. BEDARD:  Your Honor, I would raise -- sorry.  I

12   apologize.  One thing.  Because Ms. Nakamura is not a party

13   witness.  We would ask, again, just for an instruction about

14   sequestration for her continuing.

15              Again, we don't necessarily expect to call her back.

16   But we will know within the next week.

17              MR. McGUIRE:  Just she has not been subpoenaed, and

18   so we were actually going to ask that she be allowed to sit in

19   and watch the rest of the proceedings.

20              MR. BEDARD:  Maybe we can confer during the break.

21              THE COURT:  All right.  Why don't you do that.

22              All right.  I see the clock as usual is running slow.

23   So it is 12:57, at least according to what I have.  So why

24   don't we get back at 1:45 P.M.  Thank you.

25              COURTROOM SECURITY OFFICER:  All rise.  Court will be
```

```
1   in recess until 1:45 P.M.
2                   (A lunch break was taken.)
3           THE COURT:  Counsel, can you tell me who your next
4   witnesses are and who you think you're going to reach today?
5           MR. OLES:  Judge, I'm going to be proceeding with
6   Mr. Ricardo Davis next.
7           THE COURT:  Okay.  Thank you.
8           MR. CROSS:  Additionally, Your Honor, we will have
9   Mr. Hamilton, former chief information security officer for the
10  Secretary of State; Mr. Harvey, chief -- or the former state
11  superintendent -- election superintendent, director of
12  elections; Mr. Sinners, current spokesperson for the State.  I
13  think he may be the head of communications.  And then
14  depositions.
15          THE COURT:  And depositions.  Okay.
16          Are you planning to play them, or are you just
17  submitting them?
18          MR. CROSS:  We were going to play them.  I think they
19  run anywhere from about 8 minutes to 25, but they're short.
20          THE COURT:  As a total, or eight to -- how many --
21          MR. CROSS:  Each clip runs from 8 to 25 -- and there
22  are how many clips total?
23          It is about 76 minutes total.
24          THE COURT:  Okay.
25          MR. TYSON:  And, Your Honor, when we get to that, we
```

```
 1    were just going to take the position that you can watch the
 2    videos or read the transcripts as appropriate instead of taking
 3    up court time.  But we can have the conversation whenever we
 4    get to that point.
 5             THE COURT:  Okay.  Well, since we have still one more
 6    plaintiff to do and we might have a repeat of other things, I
 7    just wanted to say again, because this is a bench trial, we
 8    don't have to argue about the -- you make a good objection,
 9    explain the objection, and to the extent I allow it, the
10    testimony, it does not mean that I'm -- I will believe that it
11    is -- necessarily can be used.  And so I'm just sort of
12    thinking that will sort of help us move forward.
13             And I assume Mr. Davis is not the last of the
14    plaintiffs to testify.
15             MR. CROSS:  He is the last of the plaintiffs.
16             THE COURT:  What about Ms. Curling?  She was ill.
17             MR. BROWN:  She was ill, and she is still ill.  So we
18    are monitoring it, when we will be able to bring her in.
19             THE COURT:  Okay.
20             MR. CROSS:  Yeah.  The last of the plaintiffs was
21    going to be Mr. Davis, and I've forgotten.
22             So Ms. Marks is still on the list.  Ms. Missett,
23    Ms. Curling, and Mr. Schoenberg, of course, still has to come
24    back.
25             THE COURT:  Okay.
```

```
 1              MR. CROSS:  Sorry.

 2              THE COURT:  And if we need to make any other

 3    accommodations for anyone who is ill or Ms. Curling in some

 4    manner, just we should discuss that later on just privately.

 5    Okay?

 6              MR. CROSS:  Thank you, Your Honor.

 7              THE COURT:  So we're not trouncing out any medical

 8    conditions in public.

 9              Okay.  All right.  So, Mr. Oles, so you wish at this

10    point Ricardo Davis to be called?

11              MR. OLES:  Yes.

12              THE COURT:  All right.

13              MR. OLES:  I would like to call Mr. Ricardo Davis to

14    the stand.

15              COURTROOM DEPUTY CLERK:  Please raise your right

16    hand.

17                        (Witness sworn)

18              COURTROOM DEPUTY CLERK:  Please have a seat.  If you

19    would state your name into the microphone and spell your

20    complete name for the record.

21              THE WITNESS:  All right.  This is Ricardo Davis.

22    That is R-I-C-A-R-D-O, last name D-A-V-I-S.

23         Whereupon,

24                        RICARDO DAVIS,

25         after having been first duly sworn, testified as follows:
```

```
 1                        DIRECT EXAMINATION

 2   BY MR. OLES:

 3   Q.   All right.  Ricardo, could you please tell the Court where

 4   you currently reside.

 5   A.   I currently reside in Cherokee County, Georgia, just east

 6   of Woodstock.

 7   Q.   And how long have you lived in Georgia?

 8   A.   I have lived in Georgia since 1995.

 9   Q.   Okay.  And could you give the Judge, please, the Court, a

10   brief overview of your educational and professional experience.

11   A.   Yes, I'll be glad to.

12        I have a Bachelor of Science in chemistry with a minor in

13   computer science from the University of Arkansas.  I have a

14   master's degree in analytical chemistry from Texas A&M

15   University.

16        From there, I went to work as a research scientist with

17   Westinghouse for a few years, then transitioned to a career in

18   information systems beginning with Hewlett Packard, and this

19   will mark my 29th year as an information technology

20   professional.

21   Q.   Okay.  Ricardo, is voting important to you?

22   A.   Absolutely important.

23   Q.   Why is it?

24   A.   As a matter of historical context, I grew up in Little

25   Rock, Arkansas.  I could ride my bicycle to Central High
```

1  School.

2       My parents and my dad's siblings in particular impressed

3  upon me strongly the need to not just make sure that you could

4  cast a ballot but make sure that the elections from the stem to

5  stern were conducted with integrity.

6  **Q.**   Okay.  Now, do you personally vote in every election?

7  **A.**   I make it my point to vote in every election I can.

8  **Q.**   How many years do you think you've been voting now at this

9  point?

10 **A.**   At this point, we're probably looking at a little over 40

11 years.

12 **Q.**   Now, obviously, this case involves the Dominion system.

13      Have you voted using the Dominion system?

14 **A.**   I have both voted with the mail-in ballot as well as --

15 most recently in 2022.  Because I missed the deadline for the

16 request, I actually did use the BMD.

17 **Q.**   All right.  Now, have you also voted in person?

18 **A.**   That is when I used the BMD, yes.  I voted in person.

19 **Q.**   And do you have -- have you also used the old -- prior to

20 this case started with the old Diebold system?

21      Did you also vote using that?

22 **A.**   A few times I did use the Diebold system.  And in

23 particular, I was part of the implementation team in Cherokee

24 County to actually deploy the Diebold DRE systems in the

25 county.

1    Q.    Okay.  Do you have a favorite method of voting?

2    A.    Yes, I do have a particular method of voting that I favor,

3    and that is when I can use a hand-marked paper ballot.

4    Q.    And why is that important to you?  Why is that your

5    favorite?

6    A.    Well, given the current landscape in terms of how we

7    conduct our elections in Georgia, I have more confidence that

8    my voter -- my vote selections can be audited with that ballot.

9    Q.    Okay.  And that auditing is important to you?

10   A.    Absolutely, yes.

11   Q.    And why is that?

12   A.    Well, it is important to me because if you cannot audit

13   the election, then you really have no ability to maintain that

14   the election itself is honest.

15   Q.    Now, obviously, you are a plaintiff in this case before

16   the Court now?

17   A.    Yes, I am.

18   Q.    How far back does your interest and concern about election

19   systems go?

20   A.    It goes all the way back to the late '90s, as a matter of

21   fact.  I was a part of an organization called the Coalition for

22   Voter Choice.  We did lobby the state legislature with regard

23   to election-related matters.

24         And then when I met my cofounder at VOTER GA, Garland

25   Favorito, he is the one that really got me connected with the

1    national network of experts that were looking into the now

2    coming into common use, the electronic voting systems that were

3    being deployed in the early 2000s.

4    **Q.**   Now, obviously, this case involves the technical details

5    as well as the manner and method of implementation of the

6    current voting system in Georgia.

7         Have you personally been involved with working at the

8    polls?

9    **A.**   Yes, I have.

10   **Q.**   And what have you done?

11   **A.**   I have been a poll worker as well as a poll watcher, and

12   again, as I noted earlier, I was also involved in the setup

13   of -- at the polls.

14   **Q.**   So you've actually observed voters in the polls yourself?

15   **A.**   Yes, I have.

16   **Q.**   About how many hours would you say you've spent in the

17   polls?

18   **A.**   Oh, I'll take a wild stab at it.  Maybe a couple hundred

19   hours.

20   **Q.**   Okay.  Have you had responsibility for managing people in

21   the poll locations?

22   **A.**   I have had responsibility of managing poll watchers and

23   election monitors, but I have not served in a poll manager or

24   assistant poll manager capacity.

25   **Q.**   Okay.  So have you been involved with training those poll

1  watchers?

2  **A.**   Yes, I have.

3  **Q.**   Okay.  And how many years have you been doing training?

4  **A.**   I would say actively the last four years.

5  **Q.**   Okay.  Now, have you -- thinking about the time that

6  you've spent within the polls observing, can you recall

7  occasions where you have personally witnessed people having

8  some difficulty with the system?

9       And since we're here today for what we are, I'll confine

10 it to the Dominion ballot-marking device system.

11                MR. RUSSO:  Your Honor, I'm just going to object on

12 the grounds of speculation.

13                THE COURT:  All right.  Well, I'll let him proceed,

14 and we'll determine whether it is speculation or something he

15 has observed.

16 BY MR. OLES:

17 **Q.**   My question was:  Have you personally observed situations

18 where you believe a voter is having difficulty with the system?

19 **A.**   I personally have not.

20 **Q.**   Okay.  Now, you've been in court since the beginning, the

21 last couple of days, and you've heard various witnesses that

22 have come up here express their reservations and concerns about

23 the current BMD system; correct?

24 **A.**   That's correct.

25 **Q.**   Would you say that by and large you share those same

1  concerns with those other witnesses?

2  **A.**    Absolutely, yes.

3  **Q.**    Can you think of anything that has been expressed in the

4  last several days that you do not agree with?

5  **A.**    I cannot.

6  **Q.**    Okay.  Now, before we go on here today, even though you

7  have a pretty fair background in technology and electronics,

8  you are not here today claiming to be an expert in any way;

9  correct?

10  **A.**    That's correct.

11  **Q.**    All right.  So your testimony here today is based upon

12  your experience; correct?

13  **A.**    That's correct.

14  **Q.**    Thank you.

15      Ricardo, are you concerned that the voter selections that

16  the current system actually tabulates that is using -- from the

17  QR code are not verifiable to you as a voter?

18  **A.**    Yes, that is a major problem I have with the current

19  system.

20  **Q.**    Okay.  And do you have also other concerns about the

21  manner in which the tabulators and the servers function within

22  that system?

23  **A.**    Yes, I do.

24  **Q.**    Okay.  And as a member of the -- originally a member of

25  the Coalition plaintiffs in the case, you sought to declare the

1    Dominion BMD system constitutionally deficient, enjoin the

2    State from using the system, and prohibit the State from

3    enforcing any laws requiring use of the system.

4        Has that changed at all?

5            MR. RUSSO:  Objection just to the leading questions

6    he's asking.  He can, of course, ask his client what he wants

7    to do and what litigation he has been involved in.

8            THE COURT:  I think he asked it this way to make it

9    shorter.

10            But go ahead and just ask a more open -- what did you

11   seek to do?

12   BY MR. OLES:

13   Q.    Ricardo, what are you asking the Court -- what are you

14   here today asking the Court to do about this system?

15   A.    If it would please the Court, I am here to ask the Court

16   to find, just as she found with the Dominion DREs, that you

17   would do the same with the current Dominion BMD systems.

18            THE COURT:  Okay.  So the DRE wasn't a Dominion

19   system, but you mean --

20            THE WITNESS:  Diebold.

21            THE COURT:  The Diebold system.

22            THE WITNESS:  Thank you.

23   BY MR. OLES:

24   Q.    Now, Ricardo, before I ask you specific questions about

25   your concerns, I want to ask you a little bit about VOTER GA.

1          What is VOTER GA?

2   **A.**    VOTER GA is an acronym for Voters Organized for Trusted

3   Election Results in Georgia.  It's a 501(c)(3) nonprofit.

4   **Q.**    And when was it formed?  Do you know?

5   **A.**    This was formed in 2006.

6   **Q.**    Were you a founding member?

7   **A.**    Yes, I am.

8   **Q.**    Okay.  And what is the purpose of that organization?

9   **A.**    That purpose -- the purpose of the organization is to

10  assist in educating citizens, stakeholders in Government,

11  et cetera, with regard to elections and election systems to

12  help with advancing legislation to promote the common good of

13  the electorate with regard to our elections, and also, when

14  necessary, to involve ourselves in litigation.

15  **Q.**    And so you are sort of running ahead of my next question

16  which is going to be:  What kinds of activity does VOTER GA

17  engage in?

18  **A.**    Okay.  Well, we engage in research.  We engage in

19  providing studies.  So these would be professional studies that

20  are used and distributed in the election systems community.

21          We also -- when we receive reports of issues that are

22  happening in various elections, we will determine whether or

23  not we will get involved in investigating -- and we do

24  investigations -- into the circumstances of any complaints that

25  we receive from voters or others.

1         And we also, as I noted earlier, when the opportunity

2    presents itself where we can advance what we feel are favorable

3    conditions for the voters and for the Government, we will

4    engage in litigation to advance the cause.

5    **Q.**   Okay.  Now, how does VOTER GA receive notice of issues

6    that it might be inclined to investigate further?

7    **A.**   Well, that would primarily come from our supporters.

8    **Q.**   Now, what kinds of things does VOTER GA do if it

9    determines to -- well, let me ask this.

10        How do you determine if it is an issue that merits further

11   investigation?

12   **A.**   Well, first of all, what we will do is we will actually

13   review the information that someone brings to us for its

14   veracity.  In other words, it has to hit a certain standard as

15   to, is the claim legitimate?

16        And if the claim is legitimate, then we will decide

17   whether or not we are going to essentially expend time,

18   effort -- time and effort towards getting to the bottom of the

19   issue.

20   **Q.**   Now, how many reports do you think the VOTER GA has

21   considered over its existence?

22   **A.**   I would say a couple dozen.

23   **Q.**   Okay.  And during that time, you have initiated, other

24   than this litigation, other court cases?

25   **A.**   Yes, sir.

1    **Q.**    Okay.  And do you have an estimate of how many cases that

2    VOTER GA has either -- well, has been involved with one way or

3    another?

4    **A.**    Clarifying question.

5        Are you speaking of we're the organization in its capacity

6    or individuals in the organization?

7    **Q.**    Well, let's start with the organization.

8    **A.**    Okay.  So I would say maybe a handful or two where the

9    organization has been involved in an organizational capacity.

10   **Q.**    Are there occasions where either you or, say, Garland have

11   been involved individually, rather than in the name of the

12   organization?

13   **A.**    Oh, now that would be dozens.

14   **Q.**    Now, I would like to ask you a few questions about your

15   experience with the Dominion system that is at issue here.

16       Do you have concerns that the Dominion system is not

17   reliable, accurate, or constitutional?

18   **A.**    Yes.

19   **Q.**    Okay.

20   **A.**    I do have concerns.

21   **Q.**    Can you briefly -- just talking at a high level -- what

22   those concerns are?

23   **A.**    First of all, high on my list is whether or not the system

24   actually meets the standard of statute and regulations of the

25   State of Georgia.  One of the key findings of this Court has

1    been that in particular, the BMD situation that we have right

2    now does not, and for me, that is a big blocker.

3    **Q.**   Okay.  What other -- what are your other issues besides

4    whether it is legally compliant?

5    **A.**   My observation over now a couple of decades with how

6    things are handled with what are essentially very large

7    information system projects.

8         If you think about the amount of equipment that is being

9    deployed all across the state and needs to be actively managed

10   and not just deployed and left to be, but it has to be actively

11   managed to make sure that it is operating correctly and that

12   there are no threats against the system, I have been

13   discouraged at what I would call the duty of care of the State

14   of Georgia with regard to the systems.

15   **Q.**   Okay.  Let me ask you a few specifics.

16        Are you concerned, for example, that the system under

17   certain circumstances may produce wrong election results?

18   **A.**   Yes, I am.

19   **Q.**   Okay.  Was VOTER GA involved in some manner with an

20   incident that took place in DeKalb County in 2022 that involved

21   allegations that it did not result in a proper count?

22   **A.**   Yes, we were.  We actually did some investigations, along

23   with a lot of other people, with regard to what actually

24   happened there in DeKalb County.  I'll just leave it at that.

25        Any other questions?

1    Q.   Now, how did you become aware of that situation?

2    A.   The news.

3    Q.   Okay.  Are you aware of how the problem was discovered?

4    A.   Yes, I am.  I'm aware of the problem.  It was discovered

5    by --

6              THE COURT:  I think that counsel seems to have an

7    objection, but --

8              MR. RUSSO:  Well, my objection is going to be lack of

9    personal knowledge to be able to testify to this.  He knows

10   what he saw on the news, of course, but --

11   BY MR. OLES:

12   Q.   Ricardo, the incident that we've just referred to, was

13   VOTER GA involved in investigating this incident?

14   A.   Yes, we were.

15   Q.   Were you personally involved in investigating that

16   incident?

17   A.   I was involved in managing volunteers who were assisting

18   in data-gathering and creating analysis of what happened.

19   Q.   Okay.  Thank you.

20        So my question to you was:  What is your understanding of

21   how that problem was discovered?

22   A.   Okay.  My understanding is that a candidate who was

23   running for a county commission seat, Ms. Spears, voted, as

24   well as her husband, in her precinct, and when she looked, she

25   found out that she received no votes in her precinct.

159

```
1           MR. RUSSO:  Objection, Your Honor.  He lacks personal
2  knowledge to be able to testify to that.
3           THE COURT:  Well, were you able to verify that
4  yourself, that she received no votes?
5           THE WITNESS:  Again, we had some of our volunteers
6  actually pull the information through open records requests.
7           MR. RUSSO:  Well, Your Honor, then it is hearsay that
8  he is basing it on, so it is still objectionable.
9           THE COURT:  Well, is this a matter of public record?
10          MR. OLES:  Yes, Judge, if he was able to get an open
11 records request on it, certainly.
12          THE WITNESS:  Yes.
13          MR. RUSSO:  Well, Your Honor, we don't have those
14 documents, so --
15          THE COURT:  Well, I mean, either it is in the State
16 records or not.
17          MR. RUSSO:  I don't know.  I haven't --
18          THE COURT:  Well, I will allow the plaintiff an
19 opportunity to point me later on to where it is reflected in
20 the public record because I think I have -- that is a whole
21 other issue if it has already been in the public realm.
22 BY MR. OLES:
23 Q.  Ricardo, again, your understanding from the investigation
24 that VOTER GA conducted, you mentioned that a candidate and her
25 husband were not listed as being voted, but it just involved
```

1    two votes.

2         Is that what we're talking about?

3    **A.**    No.  What we found was that there was a catastrophic error

4    in the tabulation of the results.

5    **Q.**    Okay.  And do you know the extent of that error?

6    **A.**    Excuse me.

7         The extent of the error was that on re-count conducted by

8    the county, she was shorted approximately 3,000 votes.

9              MR. RUSSO:  Your Honor, he's just speculating about

10   this, what this catastrophic error might be.  This is -- he has

11   no personal knowledge to be able to testify to some

12   catastrophic error.

13             THE COURT:  Well, I don't know what he has.  I guess,

14   you can do what you need -- try to supplement this either

15   through the witness' testimony or through other evidence and

16   supplement it through the public record, but disclosing

17   whatever disclosures there were by the DeKalb County Government

18   of the elections.

19             MR. OLES:  Judge, we'll do that.

20   BY MR. OLES:

21   **Q.**    Ricardo, are you aware of whether or not the county

22   attempted to rerun the results?

23   **A.**    Yes, I am.

24   **Q.**    Are you aware of what the result of that process was?

25   **A.**    The machine re-count produced the same results.

```
1                    THE COURT:  The 3,000 or the zero?

2                    THE WITNESS:  The zero for her precinct.

3    BY MR. OLES:

4    Q.    Are you aware also of whether or not there were votes that

5    were not counted at all in that event?

6    A.    There were approximately 1,800 votes that were not

7    counted.

8                    MR. RUSSO:  Your Honor, again, I'm just going to

9    object.  He said he wasn't even involved in this investigation

10   that his organization conducted, so he doesn't -- he doesn't

11   have any personal knowledge.

12                   THE COURT:  I thought he said he was managing the

13   volunteers who were collecting data and creating an analysis --

14                   THE WITNESS:  That's correct, Your Honor.

15                   THE COURT:  -- so it wasn't like it was just separate

16   and apart from him.  I mean, we've got issue here about the

17   data being reported, and I will let counsel supplement it, but

18   it doesn't mean that he didn't have any involvement.

19                   But I note your objection, and either they are able

20   to supplement this with appropriate data, or they can't.  And

21   either the data is there or it is not, or the succession of

22   data reports is there or it is not.

23   BY MR. OLES:

24   Q.    Now, Ricardo, are you aware of whether or not the

25   Secretary of State became involved in that incident?
```

162

1   A.   I'm not aware that the Secretary of State's office took

2   any action in that event.

3   Q.   Okay.  Are you aware of, as we stand here today, whether

4   or not the cause of that miscount has ever been fully

5   determined?

6   A.   The root cause of, in particular, the lack of counting of

7   18,000 [sic] votes has not been determined.

8   Q.   1,800?

9   A.   1,800.

10  Q.   All right.  Are you aware of whether or not the Secretary

11  of State has published any information on that event?

12  A.   I'm not aware.

13         THE COURT:  Tell me again the named county official

14  who was being voted on.

15         THE WITNESS:  Michelle Spears.

16         THE COURT:  Michelle Spears.

17         And do you know if Michelle is with two Ls or one?

18         THE WITNESS:  I believe it is two.

19         THE COURT:  That is fine.

20  BY MR. OLES:

21  Q.   And, Ricardo, I should have asked this before, but VOTER

22  GA, part of what it does, does it monitor information that is

23  produced by the Secretary of State commenting or making

24  announcements on issues such as this?

25  A.   Yes, we do.

Q.    Okay.  So when you say that you're not aware of anything,
you have not seen anything come from the Secretary of State
attributing whatever was the cause of this incident; correct?

A.    In particular, this particular aspect that we were
discussing, I have not.

Q.    Okay.  Are you familiar with any incidents as a result of
your work with VOTER GA that involved claims of duplicate or
counterfeit ballots?

A.    Yes, I am.

Q.    Okay.  Do you have some concern that the current system as
structured does not properly handle duplicate or counterfeit
ballots?

A.    Yes.

Q.    Okay.  And what is the concern that you have?

A.    Well, specifically, we investigated claims by senior poll
managers during the 2020 general election that several hundred
mail-in ballots were found, but there were anomalies with those
ballots.  In particular, since they were mail-in ballots, they
should have been folded, but they had no fold marks.

      In addition, the paper that was used for those suspect
ballots was not the same as the card stock used for others.

      Another item that the senior poll managers reported was
that, again, if this was a mail-in ballot, it would have been
hand-marked by a voter.  And the ballots that they observed
appeared to be machine-marked.

1  **Q.**   And so do you have a concern then that the system is not

2  able to distinguish duplicate ballots?

3  **A.**   My concern would not just be with the system itself, but

4  the administration of the use of the system did not properly

5  handle those ballots appropriately.

6  **Q.**   Now, this issue that you are referring to in the 2020

7  general election, was this reported to -- well, which county

8  was this?  Was it Fulton County?

9  **A.**   This was Fulton County.

10  **Q.**   Do you know, was this reported to the Fulton County

11  election officials?

12  **A.**   Yes, it was.

13  **Q.**   Do you know whether or not there was any -- have you

14  followed up on this to determine whether or not there was any

15  action taken by Fulton County as a result of that report?

16  **A.**   We did not see Fulton County take any action with regard

17  to the reports by their senior poll managers regarding those

18  ballots.

19  **Q.**   And have you seen anything from the Secretary of State's

20  office on this issue of processing counterfeit or duplicate

21  ballots?

22  **A.**   I have not.

23  **Q.**   Okay.  Ricardo, have you been involved in one or more

24  incidents where it is alleged that there are votes that are

25  being cast that do not capture ballot images through the

1   system?

2   **A.**   Yes, I am.

3   **Q.**   All right.  Can you describe for the Court what it is --

4   what VOTER GA has seen?

5   **A.**   Okay.

6   **Q.**   Well, let me back up.

7        And the Judge may already know this, but what is the

8   relationship between the cast vote records and the ballot

9   images?

10  **A.**   Okay.  So when the voting system scans your ballot, two

11  files are created.  One is the image of the ballot and --

12           MR. RUSSO:  Objection, Your Honor.  This is

13  inadmissible lay testimony.  He's talking about something that

14  requires specialized knowledge, even if he has observed the

15  process.

16           THE COURT:  Well, why don't you testify what you know

17  about in your personal -- based on your personal experience in

18  voting --

19           THE WITNESS:  Okay.

20           THE COURT:  -- and knowing about -- and whatever you

21  may have personally observed.

22           THE WITNESS:  I will do that.

23           As a result of the team's open records request, we

24  have found that in processing the ballots, two files are

25  created, an image file of the ballot and a cast vote record

1  which contains the votes of -- that were cast on the ballot.

2  BY MR. OLES:

3  **Q.**   Okay.  And so your understanding again, from your -- the

4  information that you have received through those requests, is

5  that -- how is it supposed to be, a one-for-one?

6  **A.**   That's correct.

7  **Q.**   Okay.  Did VOTER GA receive some reports that there were

8  cast vote records that did not have attached ballot images?

9  **A.**   That's correct.  In Fulton County, 2020 election again,

10  there were roughly 17,000 cast vote records that had no

11  corresponding ballot image.

12  **Q.**   Did VOTER GA follow up to try to determine what may have

13  been the cause of that?

14  **A.**   We did.

15  **Q.**   And what was your experience?

16  **A.**   We got no information back as to the root cause of the

17  problem.

18  **Q.**   Okay.  Was the Secretary of State's office involved in

19  that?

20  **A.**   I believe we reached out to the elections division

21  director regarding this particular problem.  I don't believe

22  that there was any action taken.

23  **Q.**   Okay.  And as we stand here today -- or as you sit here

24  today before the Court, do you have an explanation or has an

25  explanation ever been given to you or VOTER GA about how it

1    could be that there were cast vote records without attached

2    ballot images?

3    **A.**    We received no information from Fulton County Board of

4    Elections with regard to the problem and its root cause.

5    **Q.**    Are you, as a result of your involvement with VOTER GA or

6    your personal experience, aware of any circumstances where the

7    Dominion system processed and reported altered results?

8    **A.**    Yes, as a matter of fact.  And again, this was through our

9    research and analysis of information obtained from Fulton

10   County that appeared -- no, excuse me.  What we received in

11   terms of information metadata from Fulton County is that --

12   **Q.**    Well, let me ask you this:  The incident you are about to

13   describe, do you know which election it was?

14   **A.**    This was the 2020 general election.

15   **Q.**    Okay.  Go ahead.

16   **A.**    Okay.  If memory serves me correct, about 104,000 ballot

17   images had timestamps that were incongruence with the

18   processing of the data.

19            MR. RUSSO:  Objection, Your Honor.  There is no

20   foundation for this.

21            MR. OLES:  I can lay some additional foundation,

22   Judge.

23   BY MR. OLES:

24   **Q.**    The information that you're describing --

25            MR. CROSS:  My apologies.  Just because we're all on

1    the clock here, can we get an explanation of the relevance of

2    any of this to the claims and defenses in the case?

3              THE COURT:  Sure.  Are you able to discuss that

4    briefly?

5              MR. OLES:  Yes, Judge.

6              I think, as I understand the scope of what we're here

7    for in this case, as explained by the Court in the ruling on

8    summary judgment, that what we're here to do is to evaluate

9    whether or not there are constitutional deficiencies within the

10   system that is currently being used.

11             Now, obviously, the scope of this is not solely

12   limited to the BMD device itself.  There are issues of audit

13   trails which go from the beginning of the ballot-marking device

14   all the way back to the county servers.  There have been issues

15   of intrusions that have taken place in county servers which are

16   squarely in front of the Court.

17             All we are trying to do is to highlight for the Court

18   what the State has been saying -- the answer to what the State

19   has been saying all along, that we have no real evidence that

20   problems have occurred with this system and that we're -- what

21   we're talking about is simply theoretical.

22             VOTER GA, by virtue of its work, has that experience,

23   and that is what we're trying to put before the Court here

24   today, and we believe that is well-within the scope of what the

25   Court has laid out for this case.

```
 1            THE COURT:  Do you want to respond to that?

 2            MR. CROSS:  Just briefly, VOTER GA is not a witness.

 3   Mr. Davis is, and we're hearing a lot of -- I concur with

 4   Mr. Russo.  We are hearing a lot of speculation and hearsay and

 5   things that this witness cannot speak to.

 6            And even as to what Mr. Oles just said, that there is

 7   evidence before the Court of intrusions into -- you know, he

 8   said the Dominion servers.  There is no such evidence that I'm

 9   aware of, so --

10            THE COURT:  Well, other than --

11            MR. CROSS:  -- I defer to the Court, but we're

12   spending a lot of time --

13            THE COURT:  All right.  You have already presented in

14   your opening statement --

15            MR. CROSS:  Well, I guess it depends on what you -- I

16   thought he was talking about something different.  The Coffee

17   County, for sure, so maybe that is what he meant.  But I know

18   they have a theory with where there was a remote access.  I

19   thought that is what he was talking about, but that may not be

20   it.

21            THE COURT:  You know, I can't really parse that

22   exactly here.  I think we have a somewhat uncomfortable

23   position that there was -- that -- obviously that this

24   plaintiff believed that he had additional information and a

25   scope of a claim that was not being fully represented by his
```

1    then-current counsel and determined that he wanted to have

2    separate counsel in December of this -- of '23.

3              So it is a little uncomfortable because we have --

4    obviously, there are issues and evidence that he wishes to

5    point to to support his contentions that are somewhat different

6    in a different scope than what the primary plaintiffs and their

7    counsel are introducing.

8              I'm going to try to allow them to present their

9    claim -- or his claim.  I think you have -- because of the type

10   of evidence being referenced, though, and the fact that it

11   never was vetted through a summary judgment motion or through

12   any other process beforehand, it is a little -- it is a lot

13   more complex, and I don't know precisely what you -- what

14   you're relying on here because we don't have the documents.

15             I'm allowing the witness to testify, but I will say

16   that the -- in the absence of any kind of documents under this

17   context or public documents -- and that is why I asked about

18   the -- it is a little bit different with the candidate in

19   DeKalb County because there was, in fact, a determination made

20   that the count was botched and that there had to be a new

21   count.  So that was something different in my mind than what I

22   have here.

23             So I am -- you know, I'll let you -- give you some

24   latitude so that your client, who clearly has been invested in

25   these issues for a long time, can present what he thinks is

1    appropriate, considering the hearsay issues, though, because it

2    may all be very much subject to basically that I can't consider

3    it because it is all hearsay without any other support --

4                MR. OLES:  Okay.

5                THE COURT:  -- or documentary support or data, and it

6    is -- just for the record, it is not necessarily -- it appears

7    not to be in any way the evidentiary theory of the other

8    plaintiffs as to the particular intrusions.  There are many

9    commonalities in their positions, but not as to the actual

10   specifics here.

11               MR. OLES:  Okay.  Thank you, Judge.

12               THE COURT:  I just state that for the record in case

13   it is being reviewed at a later point or in case there is any

14   media so that we make sure that everyone understands the

15   limitations here that we're operating under.  Go ahead.

16               MR. OLES:  Thank you, Judge.

17   BY MR. OLES:

18   **Q.**   Ricardo, I was asking you about whether or not VOTER GA

19   had investigated any incidents involving claims of alterations

20   of ballots.

21   **A.**   Yes.

22   **Q.**   And can you explain what the nature of the report was and

23   what VOTER GA is yourself --

24   **A.**   Okay.

25   **Q.**   -- through yourself and your team?

1    **A.**    Yes.  What we were doing is we were analyzing, again, the

2    data created as part of the 2020 general election in Fulton

3    County.

4    **Q.**    And when you say data, what are you referring to?

5    **A.**    We were referring specifically here to the ballot images.

6    **Q.**    And where did you obtain them?

7    **A.**    From Fulton County Board of Elections.

8    **Q.**    Okay.  Go ahead.

9    **A.**    When -- what we saw when we received the data is that

10   there were ballot images that were modified because we saw that

11   the modified timestamp had been changed and was significantly

12   different from the rest of the data that we received.  In

13   particular, there were a little over 100,000 ballot images.

14            THE COURT:  Did you see the ballots yourself, or did

15   other people see them?

16            THE WITNESS:  What I saw was the metadata for all of

17   the files.  So I could see the creation time and the last

18   modified time of the ballots, and what we saw was that in this

19   very large batch of over 100,000 ballots, they all had the

20   same, different from the rest of the batch, date and timestamp.

21   BY MR. OLES:

22   **Q.**    So, Ricardo, what did that indicate to you?

23            And I realize you're not an expert here, but you've spent

24   how many years investigating election issues?

25   **A.**    Oh, a couple of decades.

1   **Q.**   Okay.  In your experience, what did you take from that?

2   **A.**   What I took from that would be something that somebody who

3   has a basic understanding of computers and computer files will

4   say, and that is something --

5            MR. RUSSO:  Your Honor --

6            THE WITNESS:  The change -- there had been a

7   change --

8            THE COURT:  I'm sorry.  Wait a second.

9            MR. RUSSO:  This is expert testimony, and he has

10  already testified he is not an expert in election security.  He

11  may have an IT background.  He may even have helped assemble

12  the DRE machines or whatever he did back in 2002, but he cannot

13  testify to this.

14           THE COURT:  I agree.  I mean, I think it is beyond

15  the scope of his testimony.  It is a little -- it is a much

16  higher threshold than what we have been dealing with some of

17  the witnesses giving some amount of their assessment of what

18  they were dealing with, but on a very practical level, not on

19  this level.

20           MR. OLES:  All right, Judge.  I'll move on.

21  BY MR. OLES:

22  **Q.**   Ricardo, leaving that 2020 election behind, did VOTER GA

23  receive any reports of issues or anomalies around the 2022 U.S.

24  Senate election?

25  **A.**   Yes, we did.

1   **Q.**   Okay.  Is there anything that particularly comes to mind

2   that you were involved in?

3   **A.**   Yes.  Some of our members reported that they saw an

4   anomaly in the reporting of the results for Herschel Walker in

5   the general election.

6   **Q.**   And when you say an anomaly, can you describe that?

7   **A.**   On election night, shortly before 10:00 P.M., it was

8   reported to us that there had been --

9        THE COURT:  Well, it was reported to us, I'm not

10  sure -- I mean, is that double hearsay, triple hearsay?  What

11  is the source of -- what was reported by whom?

12       THE WITNESS:  Okay.  Our supporters sent us

13  screenshots of Georgia Public Broadcasting's Twitter feed

14  basically ten minutes before the hour and then right after the

15  hour that showed a drop of over 20,000 votes for Herschel

16  Walker.

17       THE COURT:  All right.  That is a lot of different

18  layers of reporting.  First of all, your folks, your members,

19  sent texts or emails with images of something that Georgia

20  public radio published that was still a report of somebody

21  else.

22       So I think that is too removed for purposes of at

23  least my consideration of it on the current record.

24       THE WITNESS:  Judge Totenberg, as part of our vetting

25  of the information, we not only corroborated the fact that,

1  yes, what they had sent us was true, but we also went back to

2  the source, the Edison line feed.  And we got confirmation

3  that, yes, what they observed was actually what was reported in

4  the Edison media line feed in that -- within that time period.

5  BY MR. OLES:

6  **Q.**  And when you say Edison line feed -- and I don't -- with

7  respect to Judge Totenberg who has heard all of this for six

8  years, I don't know whether or not she understands what that

9  is.

10  **A.**  Okay.

11  **Q.**  Would you explain it.

12  **A.**  Okay.  So, essentially, the results that are reported from

13  the Secretary of State are fed to this service, and then from

14  this service, it is distributed to media consumers.

15  **Q.**  Okay.

16  **A.**  That would be a simple way of putting it.

17  **Q.**  Okay.  And so what you are saying is that the reports that

18  you were receiving from your supporters that came in was

19  consistent with what you later were able to determine was the

20  report through the Edison line feed?

21  **A.**  We traced it to the source, and we found that it was

22  indeed true.

23  **Q.**  Okay.  Is this something that you took up with the

24  Secretary of State?

25  **A.**  Yes, we did take it up with the Secretary of State's

1    office elections division.

2    **Q.**    Do you know what -- whether or not the Secretary of State

3    took action or whether they responded to you?

4    **A.**    I do not recall that they responded to that inquiry.

5    **Q.**    Okay.  To this day, have you received any kind of adequate

6    response about what may have been responsible for that apparent

7    change?

8    **A.**    No, I have not.

9    **Q.**    And do you have some concern then about the reporting as a

10   result of that unexplained anomaly?

11   **A.**    I do have a concern, especially given that all the other

12   candidates in that race, their vote totals increased within

13   that roughly ten-minute time span of reporting.  So out of the

14   three candidates, one of them had a little over 20,000 vote

15   decrease.

16   **Q.**    Now, do you know whether or not -- did you -- did VOTER

17   GA, that is your team --

18   **A.**    Yes.

19   **Q.**    -- undertake any sort of follow-up inquiry to see what may

20   have -- whether or not that ever changed or was addressed?

21          What I'm asking is:  Do you know personally whether or not

22   that was a final result that -- did it ever get addressed, or

23   was it changed?

24   **A.**    I am not aware that it was changed.

25   **Q.**    All right.

1    **A.**   And it was not reported to me by any of our volunteers

2    that were working on this particular project that it had been

3    corrected.

4    **Q.**   Ricardo, are you familiar with the security analysis

5    prepared by Dr. Alex Halderman dated July 1st, 2021?

6    **A.**   Yes.

7    **Q.**   Now, it has not yet, to my knowledge, been brought up

8    within this proceeding, but you've reviewed it?

9    **A.**   Yes.

10    **Q.**   Okay.  If you knew -- and I'm going to have to handle this

11    as a hypothetical because it is not yet in evidence.

12        If you knew that Dr. Halderman claimed that there is no

13    practical method of pre-election or parallel testing that can

14    rule out malware-based fraud in the system, would you agree

15    with that statement?

16          MR. RUSSO:  Your Honor, I think this is going to now

17    be lay testimony that he is relying on an expert to -- he has

18    not perceived anything, of course, and he is relying on expert

19    testimony that has not been admitted yet, which is scientific

20    knowledge.  So I don't think he can be a conduit as a lay to

21    get that expert testimony in.

22          THE COURT:  I agree.

23          MR. OLES:  I'll move on.

24    BY MR. OLES:

25    **Q.**   All right.  Ricardo, the last issue that I would like to

1   pose some questions about has to do with the Coffee County

2   incident that has been brought up already within the case.

3        Was VOTER GA involved in investigating any of the alleged

4   intrusion into the Coffee County election server?

5   **A.**   Yes.  We had our team reach out and -- through open

6   records request to get data from the servers.

7   **Q.**   Okay.  Do you -- is that as a result of a report that had

8   been sent to -- made to VOTER GA as you have described?

9   **A.**   If I remember correctly, that is true.

10  **Q.**   All right.  Do you recall what -- can you describe for the

11  Court what the efforts of VOTER GA, what you undertook to do?

12  **A.**   Okay.  Well, what we were doing was looking at the system

13  logs of the Windows server as well as the application logs of

14  the Dominion software.

15  **Q.**   And how did you come to have that?

16  **A.**   If I remember correctly, that was through an open records

17  request.

18  **Q.**   Okay.  And so what did you then do?

19  **A.**   What we did was we looked at the activity that was

20  happening in the course of the election -- the 2020 general

21  election and then the runoff.

22  **Q.**   Okay.  And do you recall what you may have seen?

23  **A.**   Yes.  In particular, in 2021, there was evidence of

24  outside access to the system recorded in the log.

25            MR. RUSSO:  Objection, Your Honor.  This is, of

1    course, going to be expert testimony.  I wasn't sure if he was

2    going into what he saw on the computer or just kind of what he

3    saw on videos of people going in and out of the building.

4            THE COURT:  Okay.  I think we just don't have an

5    adequate foundation.  First of all, I don't know -- he believes

6    that -- he says -- the witness says, if I remember correctly

7    that this was through an open records request, but I'm not sure

8    that, in fact, it was from an open records request because I

9    don't know that you would -- he was able -- would have been

10   able to get all of these logs, first of all.  And so it would

11   be -- I would need to have some more information about that.

12           But secondly --

13           THE WITNESS:  Understood.

14           THE COURT:  -- Mr. Russo's comment is correct, that

15   if he's interpreting what the logs indicate -- I realize that

16   the witness has considerable computer expertise, but he is not

17   testifying here as a lay -- as an expert witness, so I'm

18   uncomfortable with this.

19           It doesn't mean that you can't ask another witness

20   about this who is testifying in an expert capacity and use the

21   benefit of your client's knowledge to assist you in asking

22   questions, but I think to have him present this information

23   under these circumstances is not sufficiently in conformity

24   with either the Federal Rules of Evidence or have a foundation

25   in terms of my really knowing what he looked at and when.

```
 1              MR. OLES:  Okay.  If it is appropriate, Judge, I
 2     would ask the Court reconsider our prior request to have the
 3     two additional witnesses testify within the case.  I'm sure
 4     that would -- we would be able to satisfy the Court concerning
 5     the basis for this.
 6              THE COURT:  Well, I'm not going to reconsider it.  I
 7     don't think I see an adequate basis.  You are free to
 8     cross-examine the witnesses who are going to testify who have
 9     looked at this information.  And you are, of course, free to
10     consult with any of the individuals that you wanted to call so
11     you can pursue questions that you are particularly interested
12     in.
13              MR. OLES:  Okay.  Then that is all that I have for
14     this witness at the moment, Judge.
15              THE COURT:  Okay.  Thank you.
16                         CROSS-EXAMINATION
17     BY MR. RUSSO:
18     Q.   Hi, Mr. Davis.
19          How are you doing?
20     A.   Doing mighty fine.
21     Q.   Nice to meet you.  I'm Vincent Russo.  We have not met in
22     this case before, but it is a pleasure, and thank you for being
23     here today.
24          I've got a couple of questions just to follow up on from
25     your counsel's questions.
```

```
1              I think I heard you mention that you helped install the

2      DRE voting system --

3      A.     The Diebold DREs, that's correct.

4      Q.     What did you do exactly in that installation process?

5      A.     So that was -- that involved the assembly in the warehouse

6      where we store those and then the transport of those systems to

7      the various precincts -- I didn't do all the precincts; I just

8      did a portion of them -- and then the initial setup of those

9      machines, which it was a bit of exercise.  They were heavy.

10     Q.     And you were employed by the county for this?

11     A.     I was a contractor for the county.

12     Q.     So not through the State of Georgia, though?

13     A.     That's correct.

14     Q.     And you followed all the requirements when you put

15     everything together to --

16     A.     Oh, yes.

17     Q.     -- specifications?

18            You didn't put any malware on the system, did you?

19     A.     No, I did not.

20     Q.     You mentioned that you have done a lot of training of poll

21     watchers --

22     A.     Yes.

23     Q.     -- is that right?

24     A.     Yes.

25     Q.     What kind of training do you do when you train a poll
```

1  watcher?

2  **A.**   Okay.  So what we do is, first of all, we help the poll

3  watchers understand the law with regard to their activity, and

4  then we provide them with -- well, if we do it with the video

5  training, then it is a little -- we can communicate a little

6  better in terms of what they can and cannot do at the polling

7  place.

8  **Q.**   Does your training include telling them not to look at

9  voters' screens?

10  **A.**   Yes.

11  **Q.**   Okay.  And does your training involve telling them what to

12  do if they see a machine malfunction?

13  **A.**   Yes.

14  **Q.**   What do you tell them to do?

15  **A.**   Well, they are to report it.

16  **Q.**   To who?

17  **A.**   Well, depending on the team, the responsible team manager

18  that is actually gathering the data.

19  **Q.**   Okay.  Not to the poll work -- excuse me, to the poll

20  manager?

21  **A.**   It would be the responsibility of the individual that is

22  actually receiving the information as to whether it is

23  something that needs to rise to the occasion that the poll

24  manager needs to be informed.  We don't want to unnecessarily

25  burden the poll managers.

1    **Q.**   And do you-all keep records of what is reported through

2    your organization?

3    **A.**   Yes.

4    **Q.**   And do you have records of machines malfunctioning in

5    Georgia?

6    **A.**   Yes, we do.

7    **Q.**   Have you -- what do those reports say?  Do you know?

8    **A.**   What I'm in particular recalling was some of the work that

9    we did in 2021 in the municipal elections, but I can't recall a

10   specific incident.  If counsel needs me to provide some of

11   those reports, I can provide that.

12   **Q.**   Oh, no, you don't need to do that.  We've already gone

13   through discovery in this case.

14        But you said -- so shifting gears, you said that you did

15   vote on a BMD, though; right?

16   **A.**   I did.

17   **Q.**   And that was in 2022?

18   **A.**   That's correct.

19   **Q.**   Runoff election?

20   **A.**   Yes.

21   **Q.**   And what was it?  The -- do you recall how many races were

22   on that ballot?

23   **A.**   Not offhand.

24   **Q.**   It was the U.S. Senate runoff, though; is that --

25   **A.**   (Witness nods head affirmatively.)

1    **Q.**    And you don't recall if there were any local races or
2    anything else?
3    **A.**    No.
4    **Q.**    So you went into the polling place.
5         You, what, gave them your photo ID; is that right?
6    **A.**    Yes.
7    **Q.**    They took your photo ID, checked you out?
8    **A.**    Checked me in.
9    **Q.**    This was your first time, of course, voting on a BMD?
10   **A.**    On a BMD.  I have observed it, but this was the first time
11   of me actually doing it.
12   **Q.**    Was there any wait in line or anything like that?
13   **A.**    Not in my precinct.
14   **Q.**    So you got your card; is that right?  And then you went to
15   the BMD?
16   **A.**    Yes, I did.
17   **Q.**    And you put the card in and the ballot popped up?
18   **A.**    Yes.
19   **Q.**    And you made your selections?
20   **A.**    Yes.
21   **Q.**    And when you made your selections, was there any kind of
22   delay on the screen or anything like that?
23   **A.**    Not that I recall.
24   **Q.**    Any kind of visual glitches with the BMD?
25   **A.**    No.

1    Q.   And so you selected your candidates; right?  And the check

2    popped up; is that right?

3    A.   Yes.

4    Q.   And then you went to the review screen; right?

5    A.   Yes.

6    Q.   Did you review the votes?

7    A.   Yes, I did.

8    Q.   And then you had the opportunity to print your ballot;

9    right?

10   A.   That's correct.

11   Q.   And also at that time, you had the opportunity to rereview

12   your BMD ballot; right?

13   A.   Uh-huh (affirmative).  But I didn't.

14   Q.   You didn't?

15        Okay.  That is what I was about to ask you, if you did.

16        So you printed your ballot.

17        Did you review it after it printed?

18   A.   Yes.

19   Q.   Then you went and put it in the scanner?

20   A.   Yes, I did.

21   Q.   There were a lot of -- well, scratch that.

22        Now, I think I heard you mention earlier, and I think your

23   counsel mentioned it in his opening statement, something about

24   the Secretary's inaction.

25        Can you help explain, what do you mean by that?

1   **A.**   This gets back to what I call the fiduciary duty to care.

2   For example, with regard to the most recent CISA report

3   regarding the systems that are currently in force, given the

4   critical nature of the system, in my opinion as an IT

5   professional, it would be incumbent upon the elections division

6   to do all they can to advance the mitigations that the federal

7   government provided to the State with regard to that particular

8   system.

9   **Q.**   So is that one of your claims in this case?

10  **A.**   That is not one of the specific claims in this case.

11  **Q.**   And you mentioned the detection of counterfeit ballots;

12  right?

13  **A.**   Yes.

14  **Q.**   Did I hear you correctly, counterfeit ballots?

15  **A.**   Yes.

16  **Q.**   You have seen counterfeit ballots in Georgia?

17  **A.**   I personally have not --

18  **Q.**   Okay.  You mentioned anomalies with mail-in ballots --

19  **A.**   -- although we do have affidavits with regard to the poll

20  managers that observed those ballots that were suspect.

21  **Q.**   Can you explain to me what you mean by counterfeit ballot?

22  I really don't understand that.

23  **A.**   So again, for mail-in ballot, if that mail-in ballot is

24  returned, there are certain characteristics of that mail

25  ballot, number one, that it would have actually been folded.

1    If you have a mail-in ballot that hasn't been folded, then it

2    would be suspect.  That is just one feature of what we were

3    looking at.

4    **Q.**    So these were counterfeit mail-in ballots that you noticed

5    or that you had gotten --

6    **A.**    That the poll managers noticed and that were reported to

7    us.

8    **Q.**    And none of these were your ballot -- your ballot hadn't

9    been counterfeited?

10   **A.**    That's correct.

11   **Q.**    And you said it was reported to you by a senior poll

12   manager; is that right?

13   **A.**    There were four, if I remember correctly, that were doing

14   the reporting.  I know one of them personally.

15   **Q.**    Was one of them -- was Suzi Voyles; is that right?

16   **A.**    That's correct.

17   **Q.**    You have never actually petitioned the Court in Georgia to

18   force the Secretary of State to -- you mentioned his duty of

19   care; right?

20   **A.**    Uh-huh (affirmative).

21   **Q.**    Are you talking about legal duty?

22   **A.**    Can you clarify?

23   **Q.**    I'm really trying to understand what you meant by his duty

24   of care.

25   **A.**    Okay.  Well, I'm thinking more of, you know, since I am a

1    member of a board of a number of nonprofits, so, for example,

2    with regard to the finances of an organization, I have a duty

3    to care to make sure that the accounting is correct, that it is

4    audited, et cetera, such that any -- in particular, from one of

5    the organizations, if anyone wanted to come and question the

6    accounting behind the reports that we're making on our IRS

7    Form 990, we can provide that information.

8         In other words, we are doing everything we can to make

9    sure that we are using standard accounting practices to make

10   sure that our finances are in tiptop shape.

11        In the information systems context, to me, that would

12   translate to following standard industry practices with regard

13   to the maintenance of the security of the systems that the

14   State runs.

15   **Q.**   Okay.  So you're not saying that there is a state law that

16   says, do X, Secretary of State --

17   **A.**   That's correct.

18   **Q.**   -- is not doing that?

19   **A.**   That's correct.

20   **Q.**   Okay.  Are you still a member of the Coalition for Good

21   Governance?

22   **A.**   I haven't been kicked out.

23   **Q.**   Do they remove people?

24   **A.**   I am not aware.

25   **Q.**   Okay.

1    **A.**   I'm still on the mailing list.  Marilyn still winks at me.

2    **Q.**   I won't get into that.

3          Are you also a member of Georgians for Verified Voting?

4    **A.**   No, I'm not a member of Georgians for Verified Voting.

5    Although I do get their newsletter as well.

6    **Q.**   I'm sorry?

7    **A.**   I have received their newsletter in the past.

8    **Q.**   You are the -- you said, the cofounder of VOTER GA?

9    **A.**   Yes.

10   **Q.**   And what does -- what does VOTER GA stand for?

11   **A.**   Voter Organized for Trusted Election Results in Georgia.

12   **Q.**   And you mentioned that VOTER GA investigates issues that

13   y'all receive complaints, I think you referred to them as?

14   **A.**   Yes.

15   **Q.**   And --

16   **A.**   Or we evaluate as to whether or not it is something that

17   rises to the level of us getting involved, and then we do.

18   **Q.**   You said if it was legitimate and met a certain standard;

19   right?

20   **A.**   Correct.

21   **Q.**   And you mentioned that -- you said you had maybe about two

22   dozen investigations?

23   **A.**   Yes.

24   **Q.**   Okay.  And those investigations, have you ever

25   investigated anywhere a voter claimed that the BMD printout had

1    the names, the list of the people -- the candidates they voted

2    for that was incorrect from what they selected on the screen?

3    Does that make sense?

4    **A.**   So you are basically saying that a BMD actually printed a

5    ballot selection summary that was different than what the voter

6    actually created --

7    **Q.**   That is right.

8    **A.**   -- or pushed into the BMD?

9    **Q.**   Sure.

10   **A.**   I can't think of one from VOTER GA right offhand.

11   **Q.**   Let's talk about -- briefly just about some of your

12   efforts to end the use of voting machines in Georgia because

13   you have a long history of that; right?

14   **A.**   Yes, I'm somewhat familiar.

15   **Q.**   I figured you might be.

16        Were you involved in VOTER GA's lawsuit in 2021 against

17   the State of Georgia over the voting machines?

18            THE COURT:  Which case?

19            MR. RUSSO:  The *VOTER GA v. State of Georgia* that

20   went up on the Court of Appeals.

21            THE COURT:  Why are we going there?  I'm not sure why

22   we have to deal with another lawsuit that isn't --

23            MR. RUSSO:  Sure.  So what I was getting, Your Honor,

24   is ultimately at this -- the voting system is his policy

25   preference, and he has tried to go to change that policy

1    preference through the courts, through letters to the Secretary

2    of State for --

3              THE WITNESS:  Through legislation, et cetera.

4              MR. RUSSO:  -- and re-reviewed and asked to

5    reevaluate the machines even; right?

6              THE WITNESS:  Yes.

7              MR. RUSSO:  Back in 2020.

8              THE COURT:  Well, that's fine.  But why don't you

9    just get him to agree or not agree with your summary, and we

10   don't need to go through any litigation he has been involved

11   with in the past.

12             That seems like not fair to other plaintiffs that are

13   here from the case and also not relevant.

14             MR. RUSSO:  Yes, Your Honor.  That is not a problem

15   at all.

16   BY MR. RUSSO:

17   **Q.**   So you, of course, have tried to change -- get the voting

18   machines in Georgia thrown out in several different lawsuits;

19   right?

20   **A.**   My desire is that if we're going to have an electronic

21   voting system that it is compliant with state law.  My policy

22   preference would be that we use hand-marked paper ballots.

23   **Q.**   And you said that it is complaint with state law.

24        Which laws do you contend it is not compliant with?

25   **A.**   The ballots that are accumulated and counted on the ballot

1  selection summary for in-person voting, can a human verify the

2  votes that are on that ballot selection summary?

3  **Q.**   Okay.

4  **A.**   I would contend not because what is actually accumulated

5  is not the human readable text.

6  **Q.**   So --

7  **A.**   The Secretary -- in particular, the Secretary of State,

8  what was it, a week ago, proffered in the news, Oh, well, let's

9  buy some QR code readers so that when the person votes, they

10 can actually hold up their ballot selection summary on an

11 in-person vote and confirm that, Oh, well, the scanner says

12 that these are the people I voted for.

13 **Q.**   And so in that situation, is that something -- would you

14 then say the ballot is verifiable at that point?

15 **A.**   That is an attempt, and I would think a very expensive

16 attempt, to solve a problem.

17 **Q.**   I guess what I'm really to trying to understand is where

18 the line is drawn for you in terms of what is a verifiable

19 ballot versus what isn't.

20 **A.**   A human verifiable ballot means one that when I cast it, I

21 need no assistance to determine whether or not I have made the

22 selections that I have made.

23 **Q.**   Okay.  So not whether it was actually counted.

24       Is that what you are --

25 **A.**   That's correct.  In other words, again, if we're talking

1   about casting the ballot before it is tabulated, what I'm

2   focusing on is I want to be completely sure that once I have

3   that piece of paper and I'm about to take it to the scanner, it

4   actually reflects what I chose.

5   **Q.**   Okay.  So not whenever you put in the scanner and the

6   count for the number of ballots that have gone through goes

7   from, you know, 10 to 11?

8        That's not what you are saying?

9   **A.**   That's correct.  I'm focusing these comments specifically

10  on the first part of the process.

11  **Q.**   And you would agree with me, the same is true with the

12  hand-marked paper ballot when it gets scanned; right?

13       I mean, you're an IT professional.

14       Of course, you understand how binary code works; right?

15  **A.**   True.

16  **Q.**   A scanned ballot gets converted into some data; right?

17  **A.**   That's correct.

18  **Q.**   And you don't know -- humans can't read that data, of

19  course; right?

20  **A.**   I have had classes in a similar language.  Yes, I can.

21  **Q.**   Most voters can't read that data; right?

22  **A.**   Yes.

23            THE COURT:  All right.  Let me just clarify.

24            If I understood your testimony -- and I may not have.

25  That is why -- your concern is that the voter be able to

1    actually -- this is the question.  They see when they are going

2    to the -- into the voting booth, they see the ballot, and they

3    mark -- is your concern that you want -- when they hand

4    something to the -- is your concern about the QR code, which is

5    what you said originally, or was it some other concern?

6              THE WITNESS:  Yes.

7              THE COURT:  I know you have other concerns, but your

8    first concern was the QR code --

9              THE WITNESS:  That's correct.

10             THE COURT:  -- and said that is what is being used to

11   count the ballot?

12             THE WITNESS:  Correct.

13             THE COURT:  Okay.

14             MR. RUSSO:  Sorry.  I figured I would grab my water

15   while you were --

16             THE COURT:  Okay.  That's fine.

17   BY MR. RUSSO:

18   Q.   Mr. Davis, you recall responding to some written discovery

19   in this case?

20   A.   Yes.

21   Q.   And you responded to some requests for admissions from the

22   State --

23   A.   Yes.

24   Q.   From the Secretary of State?

25        And in those requests, you were asked to admit that you

1  have no evidence of any widespread voter fraud in Georgia in

2  connection with the November 3rd, 2020, election.

3      Do you remember that?

4  A.   Yes.

5  Q.   And you admitted, right, that you had no evidence?

6  A.   That's correct, and I still hold to that.

7  Q.   And you also admitted that you have no evidence of any

8  malfunctions of any component of the election system that

9  impacted the presidential election that year in 2020.

10     Do you recall that?

11 A.   Yes.

12 Q.   You still believe that?

13 A.   At this time, yes.

14 Q.   And you admitted that you had no evidence of any

15 malfunction of any component of the election system that

16 impacted the outcome of any other elections held in that

17 election cycle; correct?

18 A.   At this point, yes.

19 Q.   And you still -- that is still your position?

20 A.   Yes.

21 Q.   Now, you also --

22 A.   But I would have counsel note that especially given my

23 question and answers with my counsel, I do have questions now

24 which have not been answered.

25 Q.   And you did -- you reviewed those responses before they

1   were made, though; right?

2   **A.**    Uh-huh (affirmative).

3   **Q.**    Mr. Davis, you're concerned about more than the QR code on

4   the Dominion systems; correct?

5   **A.**    The question again.

6   **Q.**    You're concerned about more than just the QR code?

7   **A.**    Oh, yes.

8   **Q.**    And what are all of those concerns?

9   **A.**    Well, the integrity of the Dominion voting system and all

10  of its components, and then -- that would be one general

11  category, and then the second general category would be the

12  administration and the use of that system.

13  **Q.**    And how do you believe that -- how do you believe that

14  impacts your vote again?

15  **A.**    Okay.  I was going to give a work analogy.  I work for

16  CommonSpirit Health.  It's one of the largest nonprofit

17  healthcare systems in the country.  Computer security in

18  particular, you can think of it as, oh, well, you are just

19  making sure that there is no malware on the system, blah, blah,

20  blah.  But if we are impacted by, let's say, a ransomware

21  attack, it requires a level of remediation that in some cases

22  could get down to impacting our level of care of the patients.

23      So the analogy is, is that the work that we put into

24  ensuring that the system is secure impacts the care of the

25  patients.  By analogy, I'm going to assert that the level of

 1   care to ensure that the systems that we are using are secure

 2   impacts the voters.

 3   **Q.**   Give me one more second here, and I think I'm pretty close

 4   to wrapping this up, Mr. Davis.

 5   **A.**   All right.

 6                  **(There was a brief pause in the proceedings.)**

 7   BY MR. RUSSO:

 8   **Q.**   One more quick question.

 9        You sought to have Secretary Raffensperger recalled back

10   in 2021; is that right?

11                  THE COURT:  Back in when?

12                  MR. RUSSO:  In 2021.

13                  THE WITNESS:  I was not personally involved in any

14   recall effort.

15   BY MR. RUSSO:

16   **Q.**   Now, I want to show you what has been marked as

17   Plaintiffs' Exhibit 535.

18   **A.**   And if I can clarify my statement, because when I was

19   actually personally contacted by individuals that were

20   organizing the recall and they were asking for my assistance in

21   organizing the recall, that was what I was responding to.

22                  THE COURT:  Because you declined to provide

23   assistance, or you agreed to give assistance?

24                  THE WITNESS:  Well, I declined to provide assistance

25   in particular because I realized that what it would take to

1   actually successfully recall a statewide official was way

2   beyond the scope of what these individuals had the capacity to

3   do.

4   BY MR. RUSSO:

5   **Q.**   So you didn't sponsor a recall application?

6   **A.**   I don't recall.

7   **Q.**   I'll hand you what has been marked as Plaintiffs'

8   Exhibit 535 just for -- Mr. Davis, this is your voter

9   participation history.

10      You attached this, if you recall, to your declaration?

11  **A.**   Yes.

12  **Q.**   Do you recall this?

13      You printed it out from your My Voter page; is that right?

14  **A.**   Yes.

15  **Q.**   And it has your voter participation history.

16      It looks like your BMD votes are on the top of the list

17  right there; right?

18  **A.**   That was the -- when I forgot to get my request for the

19  absentee ballot in on time.

20  **Q.**   If you flip to the last page of the document -- and this

21  might just refresh your memory -- it says first a petition

22  name, September 17th of 2021, Secretary of State Raffensperger

23  recall application.

24  **A.**   Yes.

25  **Q.**   Does that help refresh your memory about sponsoring an

1    application?

2    **A.**   Well, what I do believe this is, is -- I'm trying to

3    remember the name of the individual that was collecting the

4    signatures.

5         But yes, I did sign his little petition to say that we

6    wanted to recall Secretary Raffensperger.  But that is all I

7    did.

8    **Q.**   And you wanted him recalled because he supports

9    ballot-marking devices; right?

10   **A.**   I go back to my earlier comment with regard to what I

11   consider a lack of duty of care on the Secretary.

12               MR. RUSSO:  Okay.  No further questions, Your Honor.

13                  **(There was a brief pause in the proceedings.)**

14               THE COURT:  I'm going to hand back this exhibit.

15               MR. RUSSO:  I'm not putting it in.

16               MR. BROWN:  Your Honor, Bruce Brown for the Coalition

17   plaintiffs.  I have a very short discrete question to clarify

18   his testimony.  He may have misspoken.

19               MR. RUSSO:  And, Your Honor, I'm just going to go

20   ahead and object because your rule was that one attorney for

21   the plaintiffs' side gets to address witnesses.

22               THE COURT:  Right.  But I also said anyone could

23   clarify -- ask to clarify.  So he says it is going to be short.

24   I'm going to hold him to that.

25               THE WITNESS:  Hello, Bruce.

```
 1              THE COURT:  If you need to ask a question after that
 2   to clarify what has been elicited, you are welcome to do so.
 3              THE WITNESS:  Thank you, Your Honor.
 4                          EXAMINATION
 5   BY MR. BROWN:
 6   Q.   Mr. Davis, Bruce Brown.  Good afternoon.  I have one
 7   question.
 8        You said that you received a Windows log from Coffee
 9   County for 2021.
10        Who did you get that from?  When did you get it?  And are
11   you sure you got the Windows log?
12   A.   If I remember correctly, this was the Windows system log.
13   I personally did not receive it.
14              MR. RUSSO:  I'm just going to object that he clearly
15   lacks the knowledge of this.  He just said he doesn't recall.
16              THE COURT:  Well, let him complete his answer.
17              MR. BROWN:  Well, I want to know that he didn't have
18   it.
19   BY MR. BROWN:
20   Q.   You've never seen it?
21   A.   Oh, yes, I saw it.
22   Q.   And it was the Windows log for what?
23   A.   These were the logs for --
24              MR. RUSSO:  Objection, Your Honor.  That, of course,
25   calls for specialized knowledge of a lay --
```

```
 1              THE COURT:  No, it doesn't.  To be able to say what
 2    the logs are doesn't require specialized knowledge.  To go
 3    anything further probably would, but --
 4              MR. BROWN:  I have no intention of going further,
 5    Your Honor.  I just want to know what he got and who he got it
 6    from.
 7              THE WITNESS:  Okay.  So one of our volunteers on the
 8    VOTER GA team obtained those logs, and I actually saw the logs,
 9    actually a printout of the logs.
10    BY MR. BROWN:
11    Q.   Who was your volunteer?
12    A.   Now, that, I don't recall right offhand.  I'm sorry,
13    Bruce.
14    Q.   Was it the EMS server or the scanner, or which computer
15    was it from?
16    A.   Oh, this was of the server, the EMS server.
17              MR. RUSSO:  I'll ask one quick clarification.
18              THE COURT:  Go ahead.
19                        RECROSS-EXAMINATION
20    BY MR. RUSSO:
21    Q.   Mr. Davis, sometimes do y'all have -- do y'all share
22    volunteers, VOTER Georgia, with other organizations sometimes?
23    A.   Well, we don't necessarily control whether or not people
24    who volunteer for us volunteer for other organizations.
25    Q.   Like the Coalition for Good Governance?
```

**A.**     Yeah.

            MR. RUSSO:  Okay.

            MR. OLES:  I have one follow-up.

            THE COURT:  Okay.

                        REDIRECT EXAMINATION

BY MR. OLES:

**Q.**    Ricardo, Mr. Russo asked you a question about all of your

concerns, and you responded to him, but I just wanted to ask

you this:  Do your concerns also include whether or not an

election server can be -- or a scanner can be programmed to do

different things during an election?

**A.**    So you're asking me that -- is that a concern of mine?

**Q.**    Yes.

**A.**    Yes.

**Q.**    Okay.  And is that based upon -- what is that based upon,

your concern?  In other words, have you received reports

through VOTER GA?  Have you --

**A.**    Oh, yes.  Well, in particular with regard to the re-count

for the 2020 general election and the presidential race, when

that re-count happened, there were 39 additional votes added to

the totals, and neither Coffee County nor Dominion could give a

reason as to what happened there.

            MR. OLES:  All right.  Thank you.

            THE WITNESS:  You're welcome.

            THE COURT:  Just so that I'm clear, when you saw this

```
1    printout --
2              THE WITNESS:  Log.
3              THE COURT:  -- that somebody gave you, that was in
4    '21?  2021 or in '20?
5              THE WITNESS:  Both.
6              THE COURT:  2020 and 2021?
7              THE WITNESS:  Yes.
8              THE COURT:  All right.  Thank you.
9              MR. RUSSO:  No further questions, Your Honor.
10             THE COURT:  Okay.  Why don't we take a five-minute
11   break.
12             Who is your next witness -- who is the plaintiffs'
13   next witness?
14             MR. FISHER:  Harvey is going to be our next witness.
15             THE COURT:  Harvey?
16             MR. FISHER:  Chris Harvey.
17             THE COURT:  All right.  Five minutes.
18             COURTROOM SECURITY OFFICER:  All rise.  Court is in
19   recess.
20                  (A brief break was taken at 3:19 PM.)
21             THE COURT:  Have a seat.
22             Mr. Cross, do you want to call your next witness?
23   I'm sorry.  We have something.
24             MR. OLES:  May I approach briefly?
25             THE COURT:  Yes.  Of course.
```

```
 1              MR. TYSON:  Your Honor, Mr. Harvey is the courtroom.
 2         Do we need to send him out for this?
 3         I just want to make sure for sequestration purposes
 4    if we needed Mr. Harvey to --
 5              THE COURT:  Who is in the courtroom?  I'm sorry.
 6              MR. TYSON:  Mr. Harvey is, the next witness.
 7              THE COURT:  Okay.  Well, why don't we excuse
 8    Mr. Harvey for a second then.
 9              MR. OLES:  Judge, my client misspoke on an issue
10    about the logs.
11              THE COURT:  Would you like to re-call him?
12              MR. OLES:  I would.
13              THE COURT:  I'm going to -- what counsel for
14    Mr. Davis asked is that he be able to re-call his -- as if on
15    recross, his witness because he said something was omitted that
16    he needs to address.
17         So I'm going to give him that courtesy, and it won't
18    take long, as I understand it.
19              THE WITNESS:  That is correct, Your Honor.
20              THE COURT:  Mr. Davis, you're still under oath.
21                   REDIRECT EXAMINATION (Further)
22    BY MR. OLES:
23    Q.   Mr. Davis, you were asked a question a little while ago
24    about having reviewed a Windows log --
25    A.   Yes, an application log.
```

1   **Q.**   -- you said that you had?

2   **A.**   Yes.

3   **Q.**   Is there -- having reconsidered that, is there anything

4   you would like to clarify about that?

5   **A.**   Yes.  I want to speak specifically regarding what I

6   thought was the application log.  I went back and looked at the

7   email, and what I was looking at was specifically for the --

8   one of the central servers that is doing the accumulation.  I

9   think it was the ImageCast server.  It was that application

10  log.

11  **Q.**   So you were actually looking at the Dominion ImageCast

12  central log?

13  **A.**   That's correct.

14  **Q.**   Okay.  And not the Windows log?

15  **A.**   That's correct.

16  **Q.**   All right.

17          MR. OLES:  Thank you, Judge.

18          MR. RUSSO:  I'll just be quick, if that is okay, Your

19  Honor.

20          THE COURT:  That's fine.  Go ahead.

21                  RECROSS-EXAMINATION (Further)

22  BY MR. RUSSO:

23  **Q.**   Mr. Davis, how did you end up determining that or

24  remembering that you had misremembered this fact when you were

25  testifying?

1    **A.**    I went back and looked at the email.

2    **Q.**    Did you speak to anybody?

3    **A.**    No.  Like I said, I just went back and looked at the email

4    that had the PDF attachment with a log.

5              THE COURT:  Okay.

6              MR. RUSSO:  Okay.  Thank you.

7              THE COURT:  And that was for the central server?

8              THE WITNESS:  Yes.

9              THE COURT:  Not for the -- not specifically for --

10             THE WITNESS:  For the operating system.

11             THE COURT:  Any questions follow-up from --

12             MR. BROWN:  Your Honor, may I have 30 seconds to

13   speak with --

14             THE COURT:  Yes.

15                        REEXAMINATION (Further)

16   BY MR. BROWN:

17   **Q.**    Just a follow-up question on your testimony.

18             You said this was an S log?

19   **A.**    No, I didn't say it was a S log.  I just said it was a

20   log.

21   **Q.**    A log?

22   **A.**    Log file.

23   **Q.**    And a log from what device?

24   **A.**    This was the central image server, ImageCast.

25   **Q.**    The central scanner or the --

**A.**    Yes.

**Q.**    Oh, the central scanner?

**A.**    Yes.

**Q.**    And who gave it to you, or who gave it to your

organization?

**A.**    Well, one of the VOTER GA volunteers sent it to me.

**Q.**    And you don't know who that was?

**A.**    Good gracious.

     Because when it was brought to my attention, I just went

through quickly, looked at the log.  I didn't pay attention to

which individual sent it to me.

          MR. RUSSO:  Your Honor, I'm just going to -- I'm

going to object under 403.  Frankly, this is entirely

prejudicial to the State.  He doesn't even know who gave it to

him.

          THE WITNESS:  I can pull up the email and tell you.

BY MR. BROWN:

**Q.**    When did you get this ICC log?

**A.**    I know it was within the last month.  I just don't

remember exactly the day.

**Q.**    And what period of time was the log for?

**A.**    We requested for 2020 and 2021, so the election in 2020

and the election in 2021, the runoff.  And if I remember

correctly, what I was looking at in the email was for the 2021.

          MR. RUSSO:  I'm just going to object on foundation.

```
 1    He's talking about we requested -- he doesn't know who

 2    requested what, who sent him what.  There is just a lack of

 3    foundation here.

 4              THE COURT:  Well, I'm just going to take it under

 5    advisement at this moment and try to chat with counsel later

 6    about it, and we'll follow up as necessary --

 7              THE WITNESS:  Okay.

 8              THE COURT:  -- and follow up as necessary also with

 9    Mr. Davis about it.

10              THE WITNESS:  I'll be available.

11              THE COURT:  Don't touch whatever you were looking at

12    for now.  All right?  Thank you.  Thank you.

13              If we need to re-call you to continue this, we will.

14    Okay?

15              THE WITNESS:  Okay.

16              THE COURT:  Thank you very much.

17              MR. BROWN:  Thank you, Your Honor.

18              MS. KAISER:  Your Honor, we'll call Chris Harvey.

19              Your Honor, I would just like to clarify, this is an

20    adverse examination.

21              THE COURT:  All right.  Thank you.

22              COURTROOM DEPUTY CLERK:  Please stand and raise your

23    right hand.

24                        (Witness sworn)

25              COURTROOM DEPUTY CLERK:  Please have a seat.  If you
```

1    would state your name and spell your complete name for the

2    record.

3              THE WITNESS:  Sure.  My name is Chris Harvey.  It is

4    C-H-R-I-S, H-A-R-V-E-Y.

5              MS. KAISER:  Your Honor, may my paralegal approach to

6    provide a binder of documents we may use with the witness?

7              THE COURT:  Yes.

8              MS. KAISER:  Thank you.

9         Whereupon,

10                        CHRIS HARVEY,

11        after having been first duly sworn, testified as follows:

12                        CROSS-EXAMINATION

13   BY MS. KAISER:

14   Q.   Good afternoon, Mr. Harvey.

15   A.   Good afternoon.

16   Q.   You previously served as elections director for the

17   Georgia Secretary of State; right?

18   A.   I did.

19   Q.   And you were in that role from July 2015 to July 2021?

20   A.   Yes, ma'am.

21   Q.   Prior to that, you were the chief investigator for the

22   Secretary of State; is that right?

23   A.   I was.

24   Q.   You served in that role from 2007 to 2015?

25   A.   Yes, ma'am.

1   Q.   So you spent approximately 14 years working on elections

2   in the Georgia Secretary of State's office; is that right?

3   A.   Yes, elections and investigation.  We worked on other

4   stuff, but yes, elections were part of that the entire time.

5   Q.   Thank you.

6        You were the elections director during Georgia's

7   transition from the DRE to the BMD voting systems; is that

8   right?

9   A.   That's correct.

10  Q.   Before the BMD system was adopted, then Secretary of State

11  Kemp convened the SAFE Commission to study what equipment

12  should replace the DREs; is that right?

13  A.   He did.

14  Q.   And you spoke before the SAFE Commission, did you not?

15  A.   I did.

16  Q.   Through your participation, you were aware that Dr. Wenke

17  Lee was the only cybersecurity expert on the SAFE Commission;

18  is that right?

19  A.   I know he was a cybersecurity.  I think -- I don't know

20  the level of cybersecurity knowledge other people had, but I

21  think he was certainly the most preeminent in my mind.

22  Q.   The most preeminent cybersecurity expert on the SAFE --

23  A.   On the commission, yes, ma'am.

24           THE COURT REPORTER:  You were talking at the same

25  time.  Please repeat it.

```
 1              MS. KAISER:  Thanks.
 2    BY MS. KAISER:
 3    Q.    I said, Dr. Lee was the most preeminent cybersecurity
 4    expert on the SAFE Commission.
 5          That is your recollection?
 6    A.    That is my understanding, yes, ma'am.
 7    Q.    You were aware that Dr. Lee was a proponent of hand-marked
 8    paper ballots?
 9    A.    I believe that is correct.
10    Q.    You don't know why Secretary Raffensperger selected an
11    election system that the sole cybersecurity expert on the SAFE
12    Commission objected to; right?
13    A.    I don't know why Secretary Raffensperger chose that voting
14    system.
15    Q.    And you don't know why the Secretary of State picked a QR
16    code system rather than one that tabulates human readable text;
17    is that right?
18    A.    That is correct.
19    Q.    Just before the 2020 election, the Secretary's office
20    implemented a software change to the BMDs to change how the
21    ballots were displayed.
22          Do you recall that?
23    A.    Before the 2020 election?
24    Q.    Yes, sir.
25    A.    I remember an issue around the 2020 election with columns
```

1  being displayed.  I don't remember if it was the general

2  election or the runoff, but I think there was an issue around

3  that time.

4  **Q.**   And because of that issue, the Secretary's office needed

5  to implement a software change to the BMDs; is that right?

6  **A.**   That is my understanding, yes, ma'am.

7  **Q.**   Before that change was implemented, the Secretary's office

8  took the position that the Elections Assistance Commission

9  should certify that change as a de minimis change; is that

10  right?

11  **A.**   That is my understanding of what happened.

12  **Q.**   But you were not involved in that determination that this

13  was a de minimis change; is that correct?

14  **A.**   Correct.

15  **Q.**   It is fair to say that you wish there had been more

16  communication regarding elections within the Secretary of

17  State's office, isn't it?

18  **A.**   At times, yes.

19  **Q.**   When people met and sat around the table, tended to hear

20  new things, hear new perspectives, and see blind spots; is that

21  right?

22  **A.**   Can you ask that again?

23  **Q.**   Sure.  It is your perspective that when people communicate

24  more, sit around a table, hear different perspectives from one

25  another, that you tend to identify blind spots; is that right?

1    **A.**    That's correct.

2    **Q.**    But that didn't happen very often in the Secretary's

3    office when it came to elections, did it?

4    **A.**    It didn't happen with me a lot of times.  Sometimes it

5    did; sometimes it didn't.

6    **Q.**    While you were the elections director, after the polls

7    closed in an election, each county used USB drives to transfer

8    election data from the Dominion EMS to Georgia's election night

9    reporting system; is that right?

10   **A.**    Yes.

11   **Q.**    Before you left, you did not know whether counties would

12   reuse USB drives from election to election; right?

13   **A.**    Correct.  I wouldn't know what any one county was doing in

14   every case, no.

15   **Q.**    You wanted to implement a policy against that type of

16   reuse of USB drives; isn't that correct?

17   **A.**    I don't recall specifically advocating a policy.

18   Generally, I would have liked that.  I think the cleaner you

19   can make it, the better.  I don't specifically recall

20   advocating for that, but I may have.

21   **Q.**    You were a proponent of sending the counties a new USB

22   drive whenever they got a package of election materials for a

23   new election; right?

24   **A.**    That sounds familiar.

25   **Q.**    But that didn't happen before you left the Secretary of

1    State's office, did it?

2    **A.**    I don't believe so.

3    **Q.**    When the BMD system was rolled out in 2020, you did not

4    instruct the counties not to use USB sticks that they had used

5    with the old DRE voting equipment, did you?

6    **A.**    I'm sorry.  Can you ask that again?  I got -- you -- I got

7    confused with the negative.

8    **Q.**    No problem.

9        When the BMD system was rolled out in 2020, you did not

10   instruct the counties to use US -- to not use the USB sticks

11   that they had used with the old DRE system with the new BMD

12   equipment; is that right?

13   **A.**    I don't specifically remember whether or not I did that.

14   My recollection is that we wanted -- with the new system, we

15   wanted everything new as much as possible.

16   **Q.**    But you never confirmed that all 159 counties stopped

17   using the USB drives that they had been using with the old DRE

18   system when the new BMD voting system was rolled out; isn't

19   that correct?

20   **A.**    I don't believe I did.

21   **Q.**    When you were elections director, each voter was issued a

22   voter card when they checked in at a polling place; right?

23   **A.**    That's correct.

24   **Q.**    And the voter card gets enabled on a device called a Poll

25   Pad?

1    **A.**    That's correct.

2    **Q.**    And then after the voter checks in, they take that voter

3    card and plug it into the BMD to get their ballot; right?

4    **A.**    That's correct.

5    **Q.**    Georgia's voter registration system at the time that you

6    were elections director was called eNet; is that right?

7    **A.**    That's correct.

8    **Q.**    And eNet was used with the old GEMS DRE system; correct?

9    **A.**    It was.

10   **Q.**    And the State continued to use eNet after the transition

11   to the BMD system; correct?

12   **A.**    That's correct.

13   **Q.**    You submitted a declaration in this case -- well, excuse

14   me.

15        Is it your position that the Georgia BMD system is

16   entirely new and separate from the voting system, the old GEMS

17   DRE voting system?

18   **A.**    Is it my position --

19             MR. TYSON:  Objection, Your Honor.  I think that

20   requires specialized knowledge and expert testimony.  I think

21   Mr. Harvey maybe could give his personal view of that, but I

22   don't think he can say specifically what the components do and

23   how they interact.

24             THE COURT:  You can ask him to the degree he can

25   answer based on his training and experience in the department

1    and otherwise.

2            MS. KAISER:  I'll try this a different way, Your

3    Honor.

4    BY MS. KAISER:

5    **Q.**   Mr. Harvey, do you recall giving a declaration in this

6    case in November of 2019?

7    **A.**   I remember giving declarations.  I don't specifically

8    remember what I put in that declaration.

9    **Q.**   And do you remember that declaration was under oath?

10   **A.**   Every declaration is under oath.

11   **Q.**   Do you recall providing in that declaration that the BMD

12   system was entirely new and separate -- an entirely new and

13   separate voting system from the GEMS DRE system?

14   **A.**   As I sit here today, I don't recall writing that.

15   **Q.**   Would it help to see your declaration?

16   **A.**   Yes, ma'am.

17   **Q.**   Okay.

18           MS. KAISER:  Your Honor, may I approach the witness?

19           THE COURT:  Yes.

20           MS. KAISER:  Your Honor, would you like a copy?

21           THE COURT:  Thank you.

22           MR. TYSON:  Do you have the entire declaration to

23   give it context?

24           MS. KAISER:  I'm sorry.  We can get it to you.

25           MR. TYSON:  This is just a single page.

```
 1              MS. KAISER:  Yes.  I apologize for that.

 2              Your Honor, we will provide the entire declaration.

 3              THE COURT:  If you need it printed, we can print it

 4   here, but you probably all have so many gadgets that you can

 5   too.

 6              MS. KAISER:  We can come back to this, Your Honor.  I

 7   apologize.

 8              THE COURT:  All right.  That is fine.

 9   BY MS. KAISER:

10   Q.   We'll come back to that, Mr. Harvey.

11   A.   Okay.

12   Q.   You are aware that Fortalice Solutions conducted an

13   assessment of the BMD system in the fall of 2019; correct?

14   A.   I remember Fortalice did something.  I don't remember

15   exactly when.

16   Q.   You were not involved in that assessment; is that right?

17   A.   Correct.

18   Q.   And you did not see a report from Fortalice?

19   A.   I don't believe so.

20   Q.   And you were -- even though you were elections director at

21   the time?

22   A.   Yeah.  I don't remember seeing a report from Fortalice.

23   That's correct.

24   Q.   As of the time that you testified in this case in

25   September 2020, you were not aware of any remedial measures
```

1  that were taken as a result of that report; is that right?

2  **A.**   I don't believe so.

3  **Q.**   You were involved in the State's rollout of the BMDs in

4  early 2020; correct?

5  **A.**   Yes, I was.

6  **Q.**   You submitted several declarations to this Court on that

7  rollout process; correct?

8  **A.**   I believe I did.

9  **Q.**   The Secretary of State signed a contract with Dominion for

10 the BMDs in late July of 2019; is that right?

11 **A.**   That sounds about right.

12 **Q.**   And as of November 2019, so within about three months of

13 signing an agreement with Dominion, the State had accepted over

14 13,000 BMDs from Dominion.

15      Do you recall that?

16 **A.**   I don't recall the timetable.  I know that we were -- we

17 knew we had to get equipment into the State quickly.  I

18 don't -- I wasn't really kept up to speed on a daily basis as

19 to how much was coming in.

20 **Q.**   Please walk the Court through the process of rolling out

21 all of the BMD equipment to Georgia's 159 counties.

22 **A.**   Well, I would start by saying that Gabe Sterling is the

23 manager of the rollout system, had a much larger role in that

24 than I did.  I can say that -- are you asking for what I did or

25 the --

**Q.**   Yes.

**A.**   My role was largely to communicate to the counties to do demonstrations, to answer questions, to provide them with training opportunities, orientation, things like that.

      And then as issues would come up from the counties or from us to the counties, to reconcile those issues, usually with the cooperation with Gabriel Sterling to fix any problems that arose that we hadn't planned on, that is basically what I did.

**Q.**   And to your recollection, when did you start training the counties on the new BMD equipment?

**A.**   I know that the first use was, I think, in September of '19 in a pilot with six municipal elections.

      And just to clarify, I didn't really do the training.  I didn't do the training.  The training was done by Michael Barnes and his team.  So it would have been sometime before that where they actually came to the -- the office that was in -- I think in Kennesaw or Marietta.  It was in Marietta, I believe.  And they actually got hands-on working with the machines, seeing how they operated, operating the software, things like that.

      I can't tell you exactly when that happened, but I believe it was before September or October of 2019.

**Q.**   And when you say that the training began before September of 2019, are you speaking solely about the -- I think you said five or six counties that did a pilot program, or are you

1  speaking about all 159 counties in Georgia?

2  **A.**    I think that was the first actual hands-on, like,

3  training, like this is how this machine works, this is how it

4  connects.  I believe that was the first time it was done.  I

5  think we had done some communication with the counties about

6  orientation into the system.  But as far as what I would

7  consider actual training, I think that was really the first

8  hands-on training.

9  **Q.**    And then the first election that the BMD --

10            THE COURT:  I'm sorry.  I'm still not clear.

11            Is that with the six counties that were in the

12  sample, or was that with all of the counties?

13            THE WITNESS:  The hands-on was just the six.

14            THE COURT:  Okay.

15            THE WITNESS:  There was likely communication with the

16  counties about things to be aware of, things to plan for,

17  things like that.

18            THE COURT:  Okay.

19  BY MS. KAISER:

20  **Q.**    Do you have any recollection of when you began training

21  the counties -- all 159 counties on the new equipment?

22  **A.**    I don't specifically recall when that happened.  And

23  again, that was -- that training would have been handled by

24  Michael Barnes' team.

25  **Q.**    The first election, what was the first election that the

1   BMDs were used in statewide?

2   **A.**   It was -- those were the municipal elections that I

3   mentioned in the fall of 2019, and there were, I think, six

4   counties involved.

5   **Q.**   How about a statewide election?

6   **A.**   That -- I believe that was -- would have been the

7   presidential preference primary that was moved twice and ended

8   up occurring in June of 2020, I believe.

9   **Q.**   It was originally scheduled to take place earlier than

10  that; isn't that right?

11  **A.**   I think in March of 2020 was the original plan.

12  **Q.**   So -- and how many BMDs, ultimately, were distributed to

13  the 159 counties in Georgia?

14  **A.**   I don't know.  I know it was a large number, but I

15  couldn't tell you the number.

16  **Q.**   Does roughly 30,000 sound approximately right?

17  **A.**   It is probably in the ballpark.  Again, Gabe Sterling kept

18  track of all of that.  I know that we got -- we got as many out

19  as we could.  And as I recall, no county was short any.  I

20  think every county basically was satisfied that they could work

21  with the number that they had.

22  **Q.**   And in addition to the BMDs, there were other -- there was

23  other equipment that had to go along with the BMDs like

24  printers and scanners.

25          Do you agree?

1   **A.**   That's correct.

2   **Q.**   So, you know, in roughly three or four months, the State

3   was able to roll out brand-new equipment to all 159 counties in

4   Georgia; is that right?

5   **A.**   Well, I don't -- which three or four months are you

6   talking about?

7   **Q.**   I'm talking about late fall and early spring of 20 -- late

8   fall 2019.

9   **A.**   I think -- I think around -- that time frame, it started.

10   Now, keep in mind that all had to come -- it had to get

11   into the State.  It had to be acceptance tested.  It had to be

12   shipped.  But it was -- it was a big effort to get all of that

13   stuff out.

14   And I think it was around -- I think it was around

15   Valentine's Day, so mid February that we had the vast majority

16   of it distributed.  I'm sure there were probably some pieces

17   that came in that were supplemented, but I believe that was the

18   goal was sometime around mid February to get the vast majority

19   of it in the counties.

20   **Q.**   And in that same time period, late 2019 through roughly

21   February or early March 2020, the State worked with the

22   counties to train election workers on all of this new

23   equipment; correct?

24   **A.**   Well, just to clarify, the State -- we provided the

25   information to the counties.  The counties trained the poll

1   workers.  We didn't train the election workers, but we

2   certainly made sure that they had manuals and procedures and

3   things like that so that the counties could train the election

4   officials.

5   **Q.**   Thank you for the clarification.

6        And before the presidential primary selection in 2020,

7   Georgia voters also had to learn how to use this brand-new

8   system; correct?

9   **A.**   That's correct.

10  **Q.**   One of the issues raised about the BMD system during the

11  selection process was that it was a little bulky; is that

12  right?

13  **A.**   It was.  It was certainly bulkier than the DRE system.

14  **Q.**   And that is because it has multiple components, pieces of

15  equipment; is that right?

16  **A.**   Yeah.  The footprint was larger, but yeah, you had

17  multiple pieces of equipment that you didn't have with the

18  DREs.

19  **Q.**   Plus all the peripheral wires and boxes and everything

20  that you needed to get that all set up in the polling places?

21  **A.**   That's correct.

22  **Q.**   With all of those different pieces of equipment, is it

23  fair to say that the BMD equipment didn't always work properly?

24  **A.**   I don't -- I don't think I would agree with that,

25  necessarily.  There were -- there were more opportunities for

224

1    people to maybe make mistakes setting it up.

2         I don't know that the equipment didn't work properly.  I

3    think there was certainly a learning curve from the counties'

4    side in terms of getting it set up, but I don't -- I don't

5    recall many, if any, cases of people saying that it didn't

6    work.

7         There may have been some, but certainly, that wasn't a big

8    issue that the machines weren't working properly.

9    **Q.**   We'll take a look at some documents on that.

10        The elections division has investigatory authority for any

11   issues with the voting equipment; is that right?

12   **A.**   Not the -- the investigations division is a separate

13   division of the Secretary of State's office.  They conduct the

14   investigations.

15   **Q.**   But part of your responsibilities as elections director

16   was to receive complaints about any issues with the

17   equipment -- with the election equipment; right?

18   **A.**   To receive some complaints.  A lot of complaints went

19   directly to investigations.  But if something came to me that

20   needed to be investigated, I would forward it to

21   investigations.

22   **Q.**   Okay.  And if a complaint raised a security concern about

23   voting equipment, you would refer that to the investigations

24   division; right?

25   **A.**   Almost certainly, and possibly to other -- other people or

```
1   other interests if it was something that I thought was
2   appropriate.
3   Q.   Frances Watson was the chief of The investigations
4   Division for most of your tenure; is that right?
5   A.   Certainly the last -- the second half of my tenure was
6   elections director.  Russell Lewis was chief investigator when
7   I began, and somewhere about halfway, I think, Frances became
8   chief investigator.
9   Q.   Since the implementation of the BMD voting system, was
10  Ms. Watson in that position?
11  A.   I believe so.
12  Q.   When an investigation was done, typically, there was a
13  report or an investigation file opened; is that right?
14  A.   Yes.
15  Q.   And unless a complaint was determined to be bogus or a
16  false report, you would expect the investigations division to
17  create a written report regarding its investigation; is that
18  right?
19  A.   Yes.  If they opened -- if they opened a case.  Again, a
20  lot of times, investigative issues might come up and it may be
21  something that a phone call could resolve.  In that case, they
22  may not open an investigation.  That was the discretion of the
23  chief investigator, so -- but if it was -- if they looked into
24  the matter and found some substance there, then my
25  understanding is they would open an investigation, complete a
```

1   report, and present it to the State Election Board.

2   **Q.**   And in the ordinary course, those investigation files are

3   kept for either five or seven years.

4        Is that your recollection?

5   **A.**   I think that is right.

6   **Q.**   Mr. Harvey, you were aware that there is an emergency

7   backup plan in case the BMDs at a polling place are not

8   working; is that right?

9   **A.**   That's correct.

10  **Q.**   And the plan provides that if BMDs are not working, voters

11  switch to hand-marked paper ballots; right?

12  **A.**   Correct.

13  **Q.**   And so the poll workers are trained on how to conduct an

14  election on hand-marked paper ballots; correct?

15  **A.**   They should be, yes.

16       MR. TYSON:  I'm sorry.  Objection, Your Honor.  I

17  think Mr. Harvey just testified that poll workers are not

18  trained by the Secretary's office, they are trained by the

19  counties.

20  BY MS. KAISER:

21  **Q.**   Mr. Harvey, in your role as elections director, is it your

22  knowledge that poll workers were trained on how to conduct an

23  election on hand-marked paper ballots?

24  **A.**   It is my understanding that they certainly should have

25  been.  Now, whether an individual county did it well or poorly,

```
1    I wouldn't necessarily know.
2         But yes, my -- as election director, I would have expected
3    every county to train their poll workers to deal with an
4    emergency situation that required paper ballots.
5    Q.   Mr. Harvey, if you could turn to Tab 4 in the binder in
6    front of you.  I'll give you a moment to review that.
7    A.   (The witness complies.)
8         Okay.
9    Q.   Do you recognize this document?
10   A.   I recognize the emails, and -- I recognize it as an email.
11   Q.   And the top email in the chain is one from you to Scott
12   Tucker, Tom Feehan, and Gabriel Sterling dated June 9, 2020;
13   correct?
14   A.   Yes.
15            THE COURT:  What is the exhibit number again?
16            MS. KAISER:  I'm sorry, Your Honor.  It is 392.
17   BY MS. KAISER:
18   Q.   Did you send this in the ordinary course of your work as
19   the elections director, Mr. Harvey?
20   A.   I believe I did.
21            MS. KAISER:  Your Honor, we move to admit Plaintiffs'
22   Exhibit 392.
23            MR. TYSON:  Just a moment, Your Honor.
24            Your Honor, we object to -- just verifying --
25            Your Honor, we would note the exhibit hasn't been
```

1    admitted yet, and it is already on the screen.  I'm trying to

2    locate our objection in our pretrial order, but we would object

3    to statements that were not from Mr. Harvey or from Secretary

4    of State staff as hearsay.

5            MS. KAISER:  Your Honor, we're seeking to admit just

6    to show the effect on the listener.

7            THE COURT:  I'm sorry.  I --

8            MS. KAISER:  I apologize.

9            Sure.  Your Honor, we're offering this to show the

10   effect on the listener to show the Secretary of State's

11   knowledge of the complaint in this document.

12           THE COURT:  Okay.  I don't know what the document is,

13   so now I'm really -- I only saw one page of it.  I don't know

14   whether there is another.

15           MS. KAISER:  I apologize, Your Honor.  It is Tab 4 in

16   Your Honor's binder.

17           THE COURT:  Right.

18           MS. KAISER:  And it is Exhibit 392.

19           THE COURT:  I'm looking at it now.

20               **(There was a brief pause in the proceedings.)**

21           THE COURT:  And you're offering it to show the impact

22   on the -- on who?

23           MS. KAISER:  On Mr. Harvey as the elections director

24   of the Secretary of State.

25           THE COURT:  It is accepted for that purpose.

```
 1            MS. KAISER:  Thank you, Your Honor.
 2            THE COURT:  Are you going to ask a question about it?
 3            MS. KAISER:  Yes, Your Honor.
 4   BY MS. KAISER:
 5   Q.   Mr. Harvey, if you look at the first email at the
 6   bottom --
 7            THE COURT:  I've admitted it for that purpose solely
 8   at this juncture.
 9            THE WITNESS:  Which email, ma'am?
10   BY MS. KAISER:
11   Q.   The email at the bottom of the second page from -- it is
12   from management escalation issues.
13   A.   Yes, ma'am.
14   Q.   And it reports that at this voting precinct in Cobb
15   County -- do you see that at the bottom?
16   A.   I do.
17   Q.   That they were not allowing anyone to vote because the
18   machines were down.
19        Do you see that?
20            MR. TYSON:  And, Your Honor, I'll object.  I think
21   we're getting into the truth of what this is here, what is
22   being asked in this email.
23            THE COURT:  I don't know until she finishes her
24   question.  Thank you.
25            MR. TYSON:  I'm sorry.  I thought the question was
```

```
 1   complete.
 2              THE COURT:  No I don't think it is.
 3              MS. KAISER:  I just wanted to make sure you're with
 4   me, Mr. Harvey.
 5              THE COURT:  Have you read it?
 6              THE WITNESS:  Yes, ma'am, I have read it.
 7              THE COURT:  Go ahead.  You can ask your question.
 8   BY MS. KAISER:
 9   Q.   And this is a complaint that got forwarded on to you; is
10   that right?
11   A.   That's correct.
12   Q.   And you forwarded this to Scott Tucker and Tom Feehan.
13        Who are those individuals?
14   A.   Scott Tucker and Tom Feehan were the, I guess, account
15   managers.  I'm not sure.  They probably had a different title,
16   but they were the main Dominion representatives for the
17   Secretary of State's office.  They were the ones that we would
18   bring issues to, so I was letting them know about this issue.
19   Q.   And this issue being that your understanding was that this
20   precinct had shifted to paper ballots because of problems with
21   the BMDs; is that right?
22              MR. TYSON:  And I'll object, Your Honor.  That is
23   asking for the truth of what is being asserted in the email.
24              MS. KAISER:  I asked for his understanding.
25              THE COURT:  I'm sorry?
```

```
 1              MS. KAISER:  I asked for his understanding, Your
 2    Honor.
 3              THE COURT:  All right.  I'll let you proceed.
 4              MS. KAISER:  Thank you.
 5    BY MS. KAISER:
 6    Q.   Mr. Harvey, is it -- excuse me.  Was it your
 7    understanding -- let me start that over.
 8         You forwarded this on to Scott Tucker and Tom Feehan at
 9    Dominion.  You forwarded this complaint.
10         Your understanding of the complaint was that the BMD
11    machines at this polling precinct were not working; is that
12    right?
13    A.   Yes, ma'am.
14    Q.   And that the polling precinct had shifted to paper
15    ballots; is that correct?
16    A.   Yeah.  That is what I would have gotten from the email.
17    Q.   Is it fair to say, Mr. Harvey, that the poll workers
18    handling the paper ballots at this polling precinct should have
19    been sufficiently trained to use paper ballots?
20              MR. TYSON:  I'll object, Your Honor.  Again, training
21    doesn't happen from the Secretary's office.  It happens from
22    counties.
23              THE COURT:  I don't know that to be true one way or
24    the other.
25              You can ask him to lay a foundation.
```

```
1   BY MS. KAISER:
2   Q.    Mr. Harvey, you testified that your understanding as the
3   elections director is that poll workers should be sufficiently
4   trained to conduct elections on hand-marked paper ballots; is
5   that right?
6   A.    I did.
7   Q.    And so in this instance, is it fair to say that you would
8   expect the poll workers that were handling this election on
9   paper ballots should have been sufficiently trained to do so?
10  A.    I certainly would have hoped so and would have expected
11  that to be the case.
12  Q.    Thank you.
13        Mr. Harvey, if you could turn to Tab 5 in your binder.
14  This is Plaintiffs' Exhibit 72.
15  A.    Okay.
16  Q.    Do you recognize this document, sir?
17  A.    I do.
18  Q.    This top email in this chain is an email from you to Erica
19  Hamilton copying Frances Watson, Scott Tucker, and Tom Feehan,
20  and it is dated June 9, 2020.
21        Do you see that?
22  A.    I do.
23  Q.    Did you send this in the course of your work as the
24  elections director of the Secretary of State?
25  A.    I believe I did.
```

```
1              MS. KAISER:  Your Honor, we would move to admit

2     Plaintiffs' Exhibit 72.

3              MR. TYSON:  And, Your Honor, we would object.  We

4     have multiple levels of hearsay here.  We have a caller --

5     report of a caller to somebody to Mr. Harvey.  We also had an

6     issue of relevance with this machine -- with this as far as the

7     relevance to the constitutional burden on the plaintiffs here,

8     and we object on that basis.

9              MS. KAISER:  Your Honor, similar to the last exhibit,

10    we are seeking to admit this to show the effect on the

11    listener, and --

12             THE COURT:  The listener being Mr. Harvey?

13             MS. KAISER:  Mr. Harvey.

14             THE COURT:  For that purpose, you can have it

15    admitted for that limited purpose.

16             MS. KAISER:  Thank you.

17    BY MS. KAISER:

18    Q.   Mr. Harvey, the bottom email in this chain reports that a

19    caller had stated that she had been at a polling location and

20    not -- she states, not one of the machines is working, and they

21    do not have any paper ballots.

22         When you received this complaint, was it your

23    understanding that at this polling precinct in DeKalb County,

24    there was an -- BMDs were not working and they did not have any

25    paper ballots?
```

1   **A.**   That is what I would have gotten from the email.  I would

2   also say just as a -- my experience is also that when -- a lot

3   of times when voters would call in with complaints, they

4   wouldn't often understand.  They would say things like, the

5   machines aren't working.

6        And they may be talking about any number of different

7   components.  But just reading it as it is, that would be my

8   understanding.

9   **Q.**   And you forwarded this concern to Erica Hamilton; is that

10  right?

11  **A.**   I did.

12  **Q.**   Who is Ms. Hamilton?

13  **A.**   At the time, she was the director of elections for DeKalb

14  County.

15  **Q.**   And you wrote, needs addressing.

16       Do you see that?

17  **A.**   I do.

18  **Q.**   This needed addressing because the polling place should

19  have had backup paper ballots; is that right?

20       MR. TYSON:  Objection, Your Honor.  That is assuming

21  that the polling places did, in fact, lack paper ballots.

22  Mr. Harvey has just testified that his experience was that was

23  not always the case in a voter complaint.

24       THE COURT:  Well, he can answer as he sees fit.  It

25  is not going to make a difference of any magnitude.

1            Go ahead and ask the question again.

2    BY MS. KAISER:

3    **Q.**   Mr. Harvey, I asked whether you wrote, needs addressing,

4    because the polling place should have had paper -- backup paper

5    ballots.

6    **A.**   Well, needs addressing would have been to the entire

7    situation.  Obviously, there was -- there was something that

8    was perceived to be wrong.  Whether she was the caller or the

9    voter was accurate, if her perception was that something is

10   wrong, then it needed to be addressing -- it needed addressing,

11   whatever the issue was.  And Ms. Hamilton certainly would have

12   been in a better position to know what if -- what the issue was

13   if there was an issue.

14   **Q.**   But if there was an issue with the BMDs at the polling

15   place, there should have been paper backup ballots available

16   for the voters; is that right?

17   **A.**   There should have been.  I don't know that there weren't,

18   but there -- that would certainly be the procedure.

19   **Q.**   Would you turn to Tab 8 in your binder, please,

20   Mr. Harvey.  It is Plaintiffs' Exhibit 274.

21   **A.**   Okay.  I've read it.

22   **Q.**   Do you recognize this document, sir?

23   **A.**   I recognize it as a series of emails among me and other

24   people.

25   **Q.**   The top email is from Gabriel Sterling to you with the

1    subject Fulton County Express Polls.  It is dated September 17,

2    2019.

3         Do you see that?

4    **A.**   I do.

5    **Q.**   And right below that is an email that you sent on the same

6    date, September 17, 2019.

7         Do you see that?

8    **A.**   Are you -- yeah.  Are you talking after the --

9    **Q.**   The second email --

10   **A.**   -- the straight line?

11        Yes, ma'am, I see that.

12   **Q.**   Thank you.

13   **A.**   At 9:10, is that the one you are referring to?

14   **Q.**   9:34 A.M.

15   **A.**   Okay.  I got you.

16   **Q.**   That is something that -- an email that you sent; correct?

17   **A.**   Yes, ma'am.

18   **Q.**   And this is something that you sent in the ordinary course

19   of your work as the elections director of the Secretary of

20   State's office?

21   **A.**   Yes.

22        MS. KAISER:  Your Honor, we move to admit Plaintiffs'

23   Exhibit 274.

24        MR. TYSON:  And, Your Honor, we would just object on

25   the basis of relevance.  This relates to check-in units, not

```
 1    DREs or BMDs from 2019 that are not used anymore.
 2              MS. KAISER:  Your Honor, we believe this document is
 3    relevant to showing the State's ability to ensure the physical
 4    security of voting equipment.
 5              THE COURT:  Well, is it part of a larger group of
 6    documents relating to that same capacity regardless of the
 7    machines, or is it a standalone?
 8              MS. KAISER:  I think, Your Honor, we do have other
 9    documents that go to the same issue.
10              THE COURT:  Well, I'll consider -- I'll put this on
11    hold then because, I mean, it is sort of -- if it is just by
12    itself, it doesn't really show anything, but it doesn't matter
13    what equipment is, I recognize, because it is the same issue
14    again and again, but it would be nice to see what it is
15    actually connected to in terms of the current machines.
16              MS. KAISER:  Understood.  Understood, Your Honor.
17              We do believe that the facts discussed in this
18    document are particularly concerning.
19              MR. TYSON:  Your Honor, if I could also just
20    supplement based on what Ms. Kaiser said.  Further, the
21    indications are counties are having to safeguard this equipment
22    in this case.  I think the statement was --
23              THE COURT:  Now, you're speaking too fast.
24              MR. TYSON:  I'm sorry.
25              THE COURT:  You've been hanging out with a fast
```

1    group.

2              MR. TYSON:  Hanging out with Mr. Bedard too long.

3              Ms. Kaiser referenced the State safeguarding

4    different components.  And just wanted to reference this is a

5    county safeguarding components.  That's an additional part of

6    our relevance objection.

7              MS. KAISER:  Your Honor, we believe that the State's

8    handling of incidents like this are relevant to --

9              THE COURT:  Well, you can get back to it once I have

10   other current information.  I just sort of -- it is 2019.  It

11   is -- I understand the potential relevance, but not standing

12   alone, so it would probably be easier for me to see it not as

13   the introductory document.  Let me see how it relates to the

14   other ones.

15             MS. KAISER:  Understood, Your Honor.  I'll move on.

16   BY MS. KAISER:

17   **Q.**   Mr. Harvey, you are aware of a situation where election

18   workers, while they were transmitting ballots coming out of the

19   BMD system, stopped at one of the election workers' homes.

20        Do you recall this?

21   **A.**   I believe I have some recollection.  I don't remember

22   where that happened.  I believe that was an allegation that was

23   made.

24             THE COURT:  Just one second.  Are there two

25   individuals -- one of them is the security person.

```
 1              Is there somebody who is a witness who is --
 2                   (There was a brief pause in the proceedings.)
 3              THE COURT:  I'm sorry.  Ask the question again.  I
 4    got distracted.
 5              MS. KAISER:  Your Honor, I asked Mr. Harvey if he was
 6    aware of a situation where in which election workers, while
 7    they were transmitting ballots coming out of the BMD system,
 8    stopped at one of the election workers' homes for a period of
 9    time.
10              THE WITNESS:  I believe I remember something about
11    that.
12    BY MS. KAISER:
13    Q.   One of them took a shower while ballots sat in their cars
14    in the driveway.
15         Do you recall that?
16    A.   I believe I do.
17    Q.   And you were not aware of any efforts taken to confirm
18    that that incident didn't affect the tabulation of ballots in
19    that county; is that correct?
20    A.   Can you ask that again?
21    Q.   You were not aware of any efforts taken to confirm that
22    that incident did not affect the tabulation of ballots in that
23    county; correct?
24    A.   I don't think I know what the end result of that was.
25    Q.   If you would turn to Tab 9 in your binder, please.
```

```
 1            THE COURT:  What was -- was that in a tab, or you
 2   just raised that?
 3            MS. KAISER:  My series of questions I had not -- I
 4   was not referencing a document yet, Your Honor.
 5            THE COURT:  That's fine.
 6            MS. KAISER:  I now have asked the witness to look at
 7   Tab 9, which is Plaintiffs' Exhibit 30.
 8            THE WITNESS:  Okay.  I've read the document.
 9   BY MS. KAISER:
10   Q.   Do you recognize this document?
11   A.   I do.
12   Q.   The bottom email in this chain that starts at the bottom
13   of the second page, this was forwarded to you from Frances
14   Watson on November 12th, 2020.
15        Do you recall that?
16   A.   I see it on here.  I don't independently recall it, but I
17   see it on the document.
18   Q.   Did you receive this email in the ordinary course of your
19   work, sir?
20   A.   Yes, ma'am.
21            MS. KAISER:  Your Honor, we move to admit Plaintiffs'
22   Exhibit 30.
23            MR. TYSON:  And, Your Honor, we would just make a
24   relevance objection in terms of this is a county function being
25   carried out by county officials.
```

1           Hearsay objection because it is hearsay.

2    Mr. Hunckler is not here regarding his complaint and his

3    allegations, so we don't believe it is relevant, and we believe

4    it is a hearsay statement.

5           MS. KAISER:  Your Honor, we would submit to admit

6    this document for the effect on Mr. Harvey as the listener.

7           THE COURT:  Okay.  For that limited purpose, I do

8    note that they are obviously records kept in the regular course

9    of the business of the State defendants as well, but you are

10   going to have to do some bridging here to get where you want

11   because I don't know what the effect is on him still and what

12   you are -- I mean, I have the notion of what you are getting

13   at.

14          But go ahead.  You'll have to be able to connect all

15   of this up.

16          MS. KAISER:  Understood, Your Honor.

17          THE COURT:  And if you don't, then it is not going to

18   be relevant.

19          MS. KAISER:  Understood.  Thank you, Your Honor.

20   BY MS. KAISER:

21   Q.   Mr. Harvey, when you received this email from Ms. Watson,

22   you understood that there was an incident in which election

23   workers who were transporting ballots that came out of the BMD

24   system stopped at their home for a period of time and left the

25   ballots in their car; is that correct?

242

1    **A.**   That is what was in the email, yes, ma'am.

2    **Q.**   And at the email on the bottom of the first page, this

3    email from you to Blake Evans sent at 10:17 A.M.

4        Do you see that?

5    **A.**   Yes.

6    **Q.**   Can we get Jason to make sure the ballots were accounted

7    for?

8    **A.**   I see that, yes.

9    **Q.**   You were concerned about this incident, were you not?

10   **A.**   Yes.

11   **Q.**   Because this is not something that election workers should

12   be doing; is that right?

13   **A.**   Yes.

14   **Q.**   But you were not aware of any efforts taken to confirm

15   that this incident did not affect the tabulation of ballots in

16   this county; is that correct?

17       MR. TYSON:  Your Honor, I'll just object again.  I

18   think we're getting into it assumes that that incident is true

19   to ask the question of what Mr. Harvey has done in response to

20   it.

21       THE COURT:  Well, you can elicit something to see

22   whether he thinks it was true as well if you want.

23   BY MS. KAISER:

24   **Q.**   Mr. Harvey, did you assume that this report was true?

25   **A.**   It certainly had the ring of truth to it.  Yeah, I would

```
1   take a report like this at face value to certainly follow up

2   on.

3   Q.   But you were not aware of any efforts taken to confirm

4   that this incident did not affect the tabulation of ballots in

5   this county; is that correct?

6   A.   Any efforts that I took or anyone else took?  Are you

7   asking any efforts that I took?

8   Q.   I'm asking both.

9        Are you aware of any efforts that anyone took?

10  A.   Well, Blake Evans was the deputy director of Fulton

11  County, so I was making him aware of it so that he could follow

12  up, and also the fact that Frances Watson was on the original

13  and then I copied her on my response to Blake, believed that

14  she would have opened an investigation on that conduct too.

15  Q.   Did you follow up to determine --

16            THE COURT:  But Blake was with the Secretary of

17  State's office --

18            THE WITNESS:  No, ma'am.  At that time, he was with

19  Fulton County.

20            THE COURT:  Because it just says here, SOS Georgia

21  gov in the -- to Evans, comma, Blake.  We're talking about the

22  same thing.

23            THE WITNESS:  Well, this is in 2020.  I apologize.  I

24  thought this was a previous election.  I take that back.

25            So me letting Blake know would be asking Blake to
```

1   follow up with Fulton County and then Frances Watson to conduct

2   an appropriate investigation.

3            THE COURT:  Frances Watson was with the State; right?

4            THE WITNESS:  Yes, ma'am.  She was the chief

5   investigator for the Secretary of State.

6   BY MS. KAISER:

7   **Q.**   But you are not aware of whether Ms. Watson did undertake

8   an investigation into this incident, are you?

9   **A.**   As I sit here now, I don't recall.

10  **Q.**   Turn to Tab 10, please, Mr. Harvey, Plaintiffs'

11  Exhibit 100.

12  **A.**   Okay.

13  **Q.**   Do you recognize this document, sir?

14  **A.**   I do.

15  **Q.**   The bottom email in this -- on this page is an email from

16  Frances Watson to you and others in the Secretary of State's

17  office; is that right?

18  **A.**   That's correct.

19  **Q.**   It was sent to you in the ordinary course of your work?

20  **A.**   Yes, ma'am.

21           MS. KAISER:  Your Honor, we move to admit Plaintiffs'

22  Exhibit 100.

23           MR. TYSON:  Your Honor, we would object.  Well, first

24  of all, I just would note that there was first-line identifying

25  information.

1          THE COURT:  You would object and you first of all

2    wanted --

3          MR. TYSON:  I'm sorry.  I would note there is

4    personal identification information of the complainant,

5    Ms. Jones, that is displayed there.  But we would object based

6    on hearsay.  Again, this is a report from Ms. Jones being

7    offered for the truth.

8          We would also object to relevance, Your Honor.  You

9    discussed the issues on liability in your summary judgment

10   order that State defendants are responsible for selecting the

11   system and its overall management in mitigation, and we're

12   still talking about actions of counties, so we would again

13   object on relevance.

14         MS. KAISER:  Your Honor, I believe this is a business

15   record and is not subject to the hearsay rule and that it is

16   relevant, again, to showing the State's management of the

17   election voting equipment.

18         THE COURT:  Well, it is -- I mean, as I perceive it,

19   it is this:  Ultimately, the State has oversight responsibility

20   for ensuring the integrity and safety of the system.

21   Obviously, some of this that we have seen so far are misdeeds

22   on the part of either third parties of county staff or

23   combination of that.

24         But it still remains the responsibility of the State,

25   and that is why people are writing Mr. Harvey about it, to see

1    whether he will investigate because there's -- or whether to

2    take some type of action on this part because of the ultimate

3    oversight and responsibility of the State to not wash its hands

4    of -- in the case of mishandling of ballots or ballot machines.

5            And Mr. Harvey certainly seems to think that

6    Ms. Watson is investigating.  When I look at Exhibit 100, it

7    says, I assume you're investigating it brings --

8            And Ms. Watson also writes to Ryan Germany, who is, I

9    think at that point, general counsel, Evans Blake -- Blake

10   Evans who we have already talked about and Mr. Harvey about

11   this.

12           So I think that it is sort of like there are multiple

13   levels of involvement, and some of it -- and ultimately, it is

14   the State's responsibility to take it, review this, and take

15   whatever corrective measures.  It doesn't mean that they are

16   the ones who have to implement all of them.  The county has to

17   implement them.

18           But for that reason, you know, I continue to think

19   they are relevant.  Whether you are going to hook this up to

20   actually be a pattern rather than a little bit of this and

21   little bit of that and people screwing up is a whole other

22   matter.  I mean, there are a lot of counties, a lot of people.

23           So, I mean, I'm letting you make a record, but I

24   can't tell you that I can see, you know, the gross pattern at

25   this point.

```
 1              But I can see that I need a restroom break, so I'm

 2       going to stop here for five minutes because we're going to go

 3       as long as we need to on this witness.  All right?

 4              So anyone else who is in the same position may take

 5       a -- go to the restroom and come back.

 6              COURTROOM SECURITY OFFICER:  All rise.

 7              (A brief break was taken at 4:29 PM.)

 8              THE COURT:  So just to repeat, I'm letting in 100 for

 9       a limited purpose as I have articulated and limited purpose

10       relates to the impact on Mr. Harvey and how that might -- and I

11       understand that down the line, this may or may not be actually

12       hooked up properly to show whether the State has assumed --

13       properly assumed responsibility for the security of the data

14       systems that are supposed to be protected.  But we'll see

15       whether they -- I don't have any idea whether they are going to

16       hook it up properly or not, or sufficiently, but I'll let it in

17       for that purpose for now.

18              MR. TYSON:  Thank you, Your Honor.

19              THE COURT:  So if we have more like this, if you want

20       a standing objection, you can, so that just simply we're not

21       doing it each time.

22              MR. TYSON:  I think that would be good, Your Honor,

23       especially for the complaints because I think part of the

24       problem is at some point it does --

25              THE COURT:  I'm sorry.  I proceeded without --
```

1    without you here.  That was unfair.  I just thought you were in
2    here.
3            MS. KAISER:  Apologies, Your Honor.
4            THE COURT:  Maybe you could just read what I said so
5    that counsel can know, Ms. Kaiser.  I can do it.
6            Sorry.  It's just my ruling.
7                    **(The record was read back by the court**
8                    **reporter.)**
9            MR. TYSON:  Your Honor, just to finish that point, I
10   think a standing objection for the complaints, which I believe
11   on looking at the tabs will be Exhibit 102, 261, and 256, and
12   part of our concern, again, on the relevance and the hearsay
13   point is that if these are only coming in for the effect on
14   Mr. Harvey, at some point it is cumulative unless they are
15   actually true, which, again, is kind of the hearsay problem
16   here.
17           So we would request a standing objection on the
18   relevance point and on the hearsay issues related to complaints
19   received by the Secretary's office during Mr. Harvey's
20   testimony.
21           THE COURT:  Okay.  So are we -- we just talked about
22   Plaintiffs' proffered Exhibit 100.  And that was at Temple
23   Emanu-El Spalding Drive, which is a location.
24           Is there something you want to -- I mean, I have it
25   in front of me.

```
1              MS. KAISER:  Yes, Your Honor, I have a couple --
2              THE COURT:  Is it about this from him --
3              MS. KAISER:  I do have a couple of questions about
4    this.
5              THE COURT:  Go ahead.  Sorry to have interrupted your
6    examination.
7              MS. KAISER:  Not at all.  Not at all.
8    BY MS. KAISER:
9    Q.   Mr. Harvey, do you have Exhibit 100 in front of you?
10   A.   Yes, ma'am, I do.
11   Q.   Mr. Harvey, are you aware, was there a process in place
12   for counties to report issues -- you know, concerns about
13   election voting equipment on election day?
14   A.   Normally, they would either call or email -- on an
15   election day, you said?
16   Q.   Yes.
17   A.   They could -- there wasn't one way because there were
18   multiple sources.  Certainly, their designated liaison would be
19   a first point of contact.  They could call me or email me
20   directly, Blake Evans, anyone in the Secretary of State's
21   office.  We had a call center that was working that had numbers
22   that people could call.  There were email complaints that could
23   be sent to the Secretary of State's office.  So there were a
24   lot of ways to do that.
25        Generally speaking, the county director would contact me
```

1    if an issue bubbled up to them that was significant.  Often if

2    it was a smaller issue, they may contact their county liaison

3    and try to get some type of reconciliation for whatever the

4    issue was.  It really depended on the issue.

5    **Q.**   But for -- you know, for an issue that was a certain

6    degree of seriousness, shall we say, the election workers were

7    supposed to report that problem; is that right?

8         MR. TYSON:  I would just object to vague, Your Honor.

9    A certain degree of seriousness, I think if Ms. Kaiser could

10   explain what she means by that, we would be able to answer.

11        THE COURT:  Why don't you attempt again to ask the

12   question.

13   BY MS. KAISER:

14   **Q.**   Mr. Harvey, if there was a concern about improper

15   procedures being followed with respect to voting equipment, for

16   instance, that -- election workers should have reported that

17   problem; correct?

18   **A.**   Normally, they would report it to their chain of command

19   in the county.  They could certainly report it as, in this

20   case, directly to the Secretary of State's office.  That

21   happened occasionally.  It didn't happen a lot, but it wasn't

22   completely out of the ordinary for that to happen.

23   **Q.**   And if the county workers got a report about something

24   like that, should they have reported that to the State?

25   **A.**   So if an election worker in a county reported it to their

1    chain of command?

2    **Q.**   Yes.

3    **A.**   Again, it depends on the seriousness of the issue.  There

4    were counties that would self-report problems that they were

5    aware of.  There were other counties that would not.  There was

6    not a -- there was not a mandate or a requirement that they do

7    that.

8         The general impression was that if a county director

9    became aware of a significant problem, they would generally

10   report it in order to, you know, show that they are taking

11   action and they are taking it seriously and they are mitigating

12   it as quickly as possible, rather than have it be reported, you

13   know, a week later and have them not having done anything about

14   it.

15   **Q.**   You've referenced a chain of command several times,

16   Mr. Harvey.

17        Could you just walk me through what that chain of command

18   was, starting with the election worker.

19   **A.**   Well, and again, this is all done at the county level, so

20   different counties would -- may organize it differently.  But

21   the basic -- it is a pretty simple framework.  You would have

22   the -- in most counties, you would have the county election

23   office and then you would have the individual polling places

24   with a poll manager.  Every polling place had a poll manager.

25   You would usually have an assistant or two and then multiple

1    workers.

2        Large counties would sometimes have kind of a graduated

3    chain of communications.  They would have a regional supervisor

4    to contact.  But every county was done a little bit

5    differently.

6        So you would go from a poll worker.  They would generally

7    report something to their manager, who would either report it

8    to a regional person, if there was one in that county -- that

9    would really only be in the very large counties.  The poll

10   manager would generally report directly to the -- to the county

11   election director.

12       But again, that was all -- that wasn't something that was

13   imposed by the Secretary of State's office.  That was an

14   organization that was done in each jurisdiction.

15   **Q.**   And then there were instances in which that county --

16   county election manager reported issues up to the State; is

17   that right?

18   **A.**   Yes, ma'am, that would happen.

19   **Q.**   And if a county election manager reported an issue to you,

20   Mr. Harvey, did you take that seriously?

21   **A.**   Yes.

22           MR. TYSON:  Excuse me, Your Honor.

23   BY MS. KAISER:

24   **Q.**   Would you assume it to be true?

25           MS. KAISER:  I'm sorry.

```
1              MR. TYSON:  I'm sorry.  Objection.  Calls for
2    speculation.  I think that is a very general question.  If
3    somebody reported something to him, did he take it seriously?
4              THE COURT:  He answered.
5    BY MS. KAISER:
6    Q.   Did you assume a report like that to be true?
7    A.   If a county election director called me, I generally, yes,
8    would assume it was -- it was true to the best of their
9    knowledge and understanding.
10             Now, they were often dealing with information that they,
11   you know, were getting second or thirdhand from a poll worker
12   through a manager or something like that.
13             But I always took calls and emails from county -- county
14   election directors because we also had -- the Secretary of
15   State's office had investigators and monitors in the field that
16   may be able to go by and assist or begin an investigation or
17   figure out what was going on.
18   Q.   And Frances Watson was one of those investigators; is that
19   right?
20   A.   She was the chief investigator.  So she would actually be
21   controlling the people that were out in the field on election
22   day or during elections, so I wouldn't do that.
23   Q.   And the email at the bottom of Plaintiffs' Exhibit 100 is
24   from Frances Watson to you and others in the Secretary of
25   State's office; correct?
```

1    **A.**    That's correct.

2    **Q.**    If you got a report from Frances Watson regarding problems

3    with voting equipment, did you take -- assume that to be true

4    to the best of her knowledge?

5    **A.**    Well, in this case, I got an email forwarded from Frances

6    Watson.  So just the fact that Frances Watson was sending me

7    something didn't necessarily make me believe what was in it was

8    true.  It, one, let me know that she was aware of the issue and

9    that she would follow up and determine what the proper course

10    would be.

11        One of the priorities on election day in the Secretary of

12    State's office was to get information spread out quickly so

13    that people were aware of potential problems, and that is why

14    she would copy the people that she copied on it, so that it

15    wouldn't have one point where it may get lost.  Somebody may --

16    you know, I may skip over that email and nobody knows about it.

17        So I would -- I wouldn't necessarily believe that what was

18    in the allegation was true.  I wouldn't -- I wouldn't give it

19    any more weight if it came from her, but I would know that she

20    was aware of it, and that if it was something we needed to talk

21    about, we would.

22    **Q.**    And so Ms. Watson, in her role as chief investigator, was

23    forwarding you information -- this information to make you

24    aware of it; is that right?  Of the information in Plaintiffs'

25    Exhibit 100?

1   **A.**   That's correct.

2          MS. KAISER:  Your Honor, we would move to admit

3   Plaintiffs' Exhibit 100 as a business record.

4          THE COURT:  I thought you were admitting it --

5   seeking to admit it as -- for its impact on him.

6          MS. KAISER:  Your Honor, I believe we have now laid

7   the foundation for admitting this as a business record, not

8   just for the limited purpose of the effect on the listener.

9          MR. TYSON:  And, Your Honor, even if this has been

10  authenticated as a business record, I don't believe that cures

11  the hearsay issue in the report.  The business record is not a

12  record of the Secretary.  It is a record of what Ms. Jones said

13  to somebody, which is still hearsay within the business record.

14         THE COURT:  Well, I'm going to admit it for purposes

15  of showing that this complaint was made.  I don't know whether

16  it is true, as well as its impact on Mr. Harvey.

17         MS. KAISER:  Thank you, Your Honor.

18  BY MS. KAISER:

19  **Q.**   Mr. Harvey, you see in the email from Frances Watson a

20  description of an incident at a polling location in which an

21  election worker reported they opened large cabinets containing

22  the voting machines and discovered that most of the voting

23  machines' election database doors were wide open and not

24  secured with a zip tie with a serial number.

25         Do you see that?

1    **A.**    I do.

2    **Q.**    Document states further down, we did not follow the

3    protocol for opening the large cabinets and starting up the

4    machines.

5         Do you see that?

6    **A.**    Yes, ma'am.

7    **Q.**    You don't know whether any further analysis was done of

8    the machines in this county to determine whether they had been

9    compromised or were otherwise unreliable for an election; is

10   that correct?

11   **A.**    That's correct.

12   **Q.**    Thank you.

13        If you turn to Tab 11, Mr. Harvey.

14        THE COURT:  Do you know whether anyone else did a

15   follow-up to determine whether the allegations were accurate

16   and also required some type of specific follow-up?

17        THE WITNESS:  Your Honor, it is my understanding that

18   Frances Watson would have done an investigation, and they would

19   have presented the findings to the State Election Board.  That

20   is why I responded, I assume you're investigating.

21        And she would -- this is the kind of thing that would

22   certainly prompt an investigation.

23        THE COURT:  And then she would by -- she was

24   independent in presenting this sort of -- her resolution of

25   such a thing to the State board.

```
 1                    Is that what happened?

 2                    THE WITNESS:  That's correct.

 3                    THE COURT:  And it didn't require your involvement?

 4                    THE WITNESS:  It did not require my involvement.

 5      Now, sometimes when they would do investigations, they would

 6      consult with me or people in the elections division to get

 7      clarification if there was a question about a procedure or a

 8      piece of equipment or something like that.

 9                    So that was not unusual that they would do that, but

10      it did not require my -- any involvement from me unless they

11      asked.

12                    THE COURT:  Did she ever communicate with you

13      regarding her findings later?

14                    THE WITNESS:  I was generally present at the State

15      Election Board meetings when they were presented.

16                    Now, in this case, for cases that were done in late

17      2020, I don't believe many of these cases had been presented to

18      the State Election Board by the time I left in essentially May

19      of 2021.

20                    But if in the course of an investigation something

21      were to come up that she thought I would need to know about,

22      she would generally let me know.  We communicated pretty

23      regularly.

24                    THE COURT:  So is that typically -- was it because of

25      all of the commotion going on with the 2020 election that it
```

1    wouldn't have been presented to the board, or is it just simply

2    that was the normal time period?  Six, seven, eight months?

3            THE WITNESS:  It would -- given the number of

4    complaints and cases they opened up, especially after 2020, you

5    know, six months would be a very quick turnaround, frankly,

6    because the election board only meets about quarterly.  So --

7            THE COURT:  I see.

8            THE WITNESS:  -- that is my best answer.

9    BY MS. KAISER:

10   **Q.**   Mr. Harvey, could you please turn to Tab 11 in your

11   binder, Plaintiffs' Exhibit 102.

12   **A.**   Yes, ma'am.

13        Can I review it?

14   **Q.**   Yes.  Of course.

15   **A.**   Okay.

16   **Q.**   Do you recognize this document, Mr. Harvey?

17   **A.**   Yes, ma'am.

18   **Q.**   The top email on this chain is one from you to Frances

19   Watson, and it is dated November 10, 2020.

20        Do you see that?

21   **A.**   I do.

22   **Q.**   Did you send this in the ordinary course of your work?

23   **A.**   I believe I did.

24           MS. KAISER:  Your Honor, we move to admit Plaintiffs'

25   Exhibit 102.

1          MR. TYSON:  Your Honor, same objection in terms of

2    hearsay and relevance.  This complaint appears to have been

3    originated on Twitter, and then there is some follow-up.  But

4    same objections.

5          MS. KAISER:  Your Honor, based on the same foundation

6    we have laid on the previous document, we believe this is a

7    business record.  I'm happy to lay that foundation again.

8          MR. TYSON:  And, Your Honor, just to be clear, I

9    mean, I believe this precedent is similar to like a police

10   report.  A police report may be a business record of the police

11   department.  That doesn't mean that everything contained in

12   that report is not hearsay.  There may be reports from other

13   people, reports of witnesses.

14         THE COURT:  They almost always are.  And so you know

15   but this -- the point here, as much as anything else, is that

16   this complaint is brought to the attention of the Secretary of

17   State's office, and it deals with the security of the BMDs

18   because the seal had been broken.

19         And to the extent that an essential question in this

20   case relates to the security of the data system and whether --

21   whether it is properly secured and whether it -- entry into the

22   system is possible so that it affects or infects other parts of

23   the system, it seems to have some relevance, as does the one

24   where they break in -- the last break-in.

25         So, you know, they may not connect it all up.  That

1    is all I can say.  But I think they are -- you know, this is --
2    the whole security of the system is a part of their claim, so
3    I'm hesitant to say that they can't explore it.

4          And yes, it is just based on a complaint, but then --
5    and what is reported above -- I mean, I can't -- the Twitter is
6    one thing.  That is obviously whatever it is.  But then there
7    is follow-up above it that makes it clear from the email dated
8    November 10, 2020, at 11:18 that they had identified -- in
9    fact, the staff had identified that the security seals on the
10   BMDs had been broken, so it is not just a Twitter business.

11         And that is an email from somebody, Mr. or Ms. Hall
12   who works at the State office, so I think that that is
13   sufficiently reliable that I'm just going to allow it in as a
14   business record.

15         MS. KAISER:  Thank you, Your Honor.
16   BY MS. KAISER:
17   **Q.**   Mr. Harvey, if you look at the bottom email on the second
18   page from Frances Watson to Adrick Hall at 5:55 P.M.

19         Do you see that?
20   **A.**   Yes, ma'am.
21   **Q.**   At the bottom there, it says, location of violation:
22   Hartwell polling place at the library.

23         Do you see that?
24   **A.**   I do.
25   **Q.**   And the next line says, description of violation:  Many

1  voting machines unlocked during the day; correct?

2  **A.**   That's correct.

3  **Q.**   Ms. Watson sent that information to Adrick Hall and asked

4  him to investigate this issue in Hartwell; is that right?

5  **A.**   Yes.

6  **Q.**   And in the next email up from Mr. Hall, he reports that he

7  went -- that he went to vote absentee in person and the

8  security seals on the BMDs were broken.

9       Do you see that?

10  **A.**   I do.

11  **Q.**   Ms. Watson forwarded this complaint to you; is that right?

12  This report?

13  **A.**   Yes, ma'am.

14  **Q.**   As the elections director, do you know if any

15  investigation was done -- you do not know whether any

16  investigation was done into this situation; correct?

17  **A.**   As I sit here now, I don't -- I don't know.  Then I

18  don't -- I just don't have any memory right now what this

19  resulted in.

20  **Q.**   You're not aware of any investigation being done; correct?

21  **A.**   I don't know whether it was or not.  My -- my impression

22  of this is that this would have generated an investigation, but

23  I can't say that for certain, sitting here.

24  **Q.**   Turn to Tab 16, please, Mr. Harvey.  This is Plaintiffs'

25  Exhibit 253.

1     **A.**    Okay.

2     **Q.**    Do you recognize this document, Mr. Harvey?

3     **A.**    I do.

4     **Q.**    The email at the bottom of the page -- first page is an

5     email from you to Jordan Fuchs, Ryan Germany, and Merritt

6     Beaver dated February 25th, 2021.

7          Do you see that?

8     **A.**    I do.

9     **Q.**    Did you send this in the course of your work, sir?

10    **A.**    I believe I did.

11            MS. KAISER:  Plaintiffs would move to admit

12    Exhibit 253, Your Honor.

13            MR. TYSON:  Your Honor, we would just object on the

14    basis of relevance.  The document indicates that it is unknown

15    whether there is any connection specific to an election or

16    registration office, and so therefore we would submit this is

17    not relevant to the claims in this case regarding the State's

18    actions on burdening the right to vote, allegedly.

19            MS. KAISER:  Your Honor, I intend to ask the witness

20    further questions about that portion of the document.

21            THE COURT:  Why don't we wait and see what you do.

22            MS. KAISER:  Okay.

23    BY MS. KAISER:

24    **Q.**    Mr. Harvey, in February of 2021, the FBI informed you that

25    nine Georgia counties may have downloaded malware related to

1   the SolarWinds hack; is that right?

2   **A.**   That's correct.

3   **Q.**   You forwarded that information to Jordan Fuchs, Ryan

4   Germany, and Merritt Beaver; is that right?

5   **A.**   Yes.  I think Merritt was actually on the call with me

6   when we talked to the FBI, but he is included on the email.

7   **Q.**   And you wrote, Unknown if there is any connection specific

8   to elections or registration offices.

9        Do you see that?

10  **A.**   I do.

11  **Q.**   You never saw a report indicating that this malware

12  incident did not affect the election system in Georgia, did

13  you?

14  **A.**   I don't believe I ever saw any report from the FBI

15  regarding this.  I don't -- it was a phone call.  But again,

16  writing in the email and my recollection is that it was sort of

17  an out of an abundance of caution to check with the counties,

18  but I just don't remember whether or not I saw a report from

19  the FBI.  My experience is that I don't see many reports from

20  the FBI.

21           THE COURT:  Well, did you call each of the nine

22  counties?

23           THE WITNESS:  I'm sorry, ma'am?

24           THE COURT:  I'm sorry.

25           Did you call each of the nine counties as referenced?

1          THE WITNESS:  We -- I know we made phone calls.  You

2    see the email at the top.  And this was -- you know, by that

3    day, I had spoken to directors in all but three of the

4    counties, and I believe I eventually spoke to all the counties

5    either that day or the next day.

6          MS. KAISER:  May I ask one more question, Your Honor?

7          THE COURT:  Yes.

8    BY MS. KAISER:

9    Q.   Mr. Harvey, you're not aware of any affirmative

10   determination that the incident discussed in this document did

11   not affect the election system in Georgia; is that correct?

12         MR. TYSON:  Your Honor, objection.  I just think this

13   calls for hearsay again because it would be somebody else's

14   determination that is being asked about, whether Mr. Harvey is

15   aware of that.

16         MS. KAISER:  Your Honor, the State's claim in this

17   case is that the voting system is safe and secure.  We are

18   allowed to probe and refute that defense.  What Mr. Harvey knew

19   as the elections director about a cybersecurity incident like

20   this we think is very relevant to that issue.

21         THE COURT:  You can ask the question, and he may not

22   know the answer, but that is -- you can explore that to a

23   limited extent.

24         MS. KAISER:  I would just repeat my last question.

25         THE COURT:  All right.  Repeat your last question.

1    BY MS. KAISER:

2    **Q.**   Mr. Harvey, you are not aware of any affirmative

3    determination made that the malware incident described in this

4    document did not affect the election system in Georgia;

5    correct?

6    **A.**   I'm not aware of any reports on the effect of this

7    possible event.

8    **Q.**   As elections director, do you think it was important to

9    make a determination that this had no effect on the election

10   system?

11   **A.**   Well, it would -- I would say it would be important if we

12   got information from the FBI.  If we got some follow-up, or if

13   a county had reported back issues that they had found, that

14   would certainly be something that we would follow up and would

15   likely follow up with -- with Dominion and with Center for

16   Election Systems and with our network security people.

17        But as I recall -- and again, I don't have a real crisp

18   memory of everything that was said in the phone call with the

19   FBI.  But just a concern in general about this cloud flare

20   thing going to these counties.  If I had gotten an affirmative

21   answer one way or the other, that would have been better,

22   certainly, but I don't believe I ever got anything else.

23             MS. KAISER:  Your Honor, we move to admit Plaintiffs'

24   Exhibit 253.

25             THE COURT:  Well, it is admitted for the limited

1   purposes stated.

2   BY MS. KAISER:

3   **Q.**   Mr. Harvey, if you could turn to Tab 12 please,

4   Plaintiffs' Exhibit 261.

5   **A.**   Okay.

6   **Q.**   Do you recognize this document, sir?

7   **A.**   I do.

8   **Q.**   The first email on this chain is from Angelos Keromytis at

9   Georgia Tech to you, Ms. Fuchs, Merritt Beaver, and Tori

10  Thompson at Secretary of State's office dated December 30,

11  2020.

12       Do you see that?

13  **A.**   I do.  I'm copied on it.

14  **Q.**   And the subject line is election machine hack, in

15  parentheses, Fulton County supposedly, end parens.

16       Do you see that?

17  **A.**   I do.

18  **Q.**   Did you receive this in the course of your work, sir?

19  **A.**   I believe I did.

20  **Q.**   And this is an email regarding a successful hacking

21  attempt in Fulton County on the voting machines; correct?

22  **A.**   I don't know that I would characterize it quite like that.

23       That is a hashtag that was in there, and then there is

24  discussion back and forth about -- from these people that know

25  much more about it than I do, speculating about some of the

1    stuff.

2         But that is the hashtag that is at the base of the email.

3    **Q.**   And Mr. Keromytis at Georgia Tech was alerting the

4    Secretary of State's office to this potential hacking attempt

5    into the Fulton County voting machines; is that right?

6    **A.**   He was certainly giving the information making us aware of

7    it.

8    **Q.**   As the elections director, would it have been important

9    to --

10              THE COURT:  Why don't we clarify who Mr. Keromytis

11   is?  As I understand, he was -- at least was at that point

12   chair and professor of Georgia Tech dealing with cybersecurity.

13   I don't know what the official -- computer science.

14              Did you know him personally?

15              THE WITNESS:  Are you asking me?

16              I met him, I believe, one time, and had a couple of

17   emails back and forth.  I don't know what, if any, role he had

18   in our office.  I think he was -- I believe Ms. Fuchs knew him

19   and she kind of set up the initial contact.  I don't think he

20   had any official status with our office.

21              So like I said, I met with him one time, and I think

22   we had some emails back and forth, but I don't know that there

23   was much substantial that came of it.

24   BY MS. KAISER:

25   **Q.**   Are you aware of his position at Georgia Tech?

**A.**   I believe I was, that he was a computer science or
computer engineering professor at Georgia Tech.

**Q.**   As the elections director, it would have been important to
you to know whether there had been any hack of election
equipment; is that right?

**A.**   That would have been important to know, yes.

**Q.**   But you didn't do any follow-up on this report from
Mr. Keromytis; is that right?

MR. TYSON:  And, Your Honor, I'll just object.  We're
deep into layers of hearsay here.  Mr. Harvey is not even on
the top four emails, it looks like, of this document.  And I
mean, there are plenty of people who said WiFi can hack into
voting equipment post 2020 election.

I just don't -- I think we're deep into hearsay and
don't see the relevance here on this point.

MS. KAISER:  Your Honor, we proffer that this is not
just from any member of the public.  It is from, as Your Honor
noted, a professor from Georgia Tech.  Mr. Harvey was part of
this -- he was a recipient of the email and was on the email
chain for at least a portion of time.  He has just testified,
Your Honor, that it would be important to him to know whether
there had been a hack.

THE COURT:  Well, I'm just trying to follow the time
frame here.

So the earliest message is the one in which

```
 1    Mr. Harvey is copied?

 2            MS. KAISER:  Yes, Your Honor.  The earliest message

 3    begins at the bottom of the second page.  Mr. Harvey is not

 4    just copied but a recipient on the "to" line.  He continues --

 5    then the email from Mr. Keromytis in the middle of the page,

 6    December 30, 2020, at 4:40 P.M., he's copied on that as well.

 7            MR. TYSON:  And, Your Honor, to be clear for our

 8    hearsay objection, this is an email from Mr. Keromytis, but it

 9    is forwarding a Twitter post about a WiFi hacking, allegedly,

10    post November 2020 election.

11            So that is the hearsay concern, in addition to the

12    fact that Mr. Harvey never responds or is in this chain beyond

13    receiving the email.

14            MS. KAISER:  Again, Your Honor, we believe that his

15    awareness of the situation and what he did in response to it is

16    very relevant given his position.

17            THE COURT:  I understand your position.  But the only

18    thing about it is that it may be a completely relevant document

19    if you're -- I don't know whether Mr. -- whether Ms. Fuchs,

20    Mr. Fuchs -- I can't remember now.

21            MS. KAISER:  Ms.

22            THE COURT:  Ms. Fuchs is going to be testifying here

23    or not.  But I don't know that Mr. Harvey direct -- I mean, the

24    very fact -- was the person to deal with all of this.  That is

25    why it might have been Merritt Beaver, Jordan Fuchs.  I mean,
```

1    that is the question I have.

2            MS. KAISER:  Ms. Fuchs is not on our witness list,

3    Your Honor.

4            THE COURT:  Well, did you have any conversations with

5    anyone else in your management teams about this?

6            THE WITNESS:  I don't remember.  It is likely that I

7    would have spoken with Gabriel Sterling about it.  His office

8    was on the same floor as mine, and we spoke a lot in person.

9            So the fact that I don't respond via email doesn't

10   mean I didn't do anything.  I don't know that I did.  I

11   probably -- my normal response to something like this would be

12   to talk with Gabriel or Merritt Beaver or somebody in IT to

13   figure out what, if anything, needs to be done.

14           But as was said earlier, we got a lot of information

15   sent to us from lots of different sources.  And based on

16   Ms. Fuch's response, it appears that she was familiar with it.

17   I may have spoken to her about it.  It would be more likely

18   that I would have spoken to Mr. Sterling, but I just don't

19   recall.

20           THE COURT:  I think you're going to call

21   Mr. Sterling.

22           Is that --

23           MS. KAISER:  Yes, Your Honor.

24           THE COURT:  -- right?  And I think it would be -- at

25   least I'm going to hold off on ruling on the admissibility of

```
 1    261 under these circumstances and the nature of the information

 2    and what was going to require follow-up beyond what he says he

 3    thinks he did, which you now have a record, which is -- that is

 4    admissible.

 5              MS. KAISER:  Thank you, Your Honor.

 6              THE COURT:  All right.

 7    BY MS. KAISER:

 8    Q.   Mr. Harvey, if you would please turn to Tab 13.  It is

 9    Plaintiffs' Exhibit 256.

10    A.   Okay.

11    Q.   Do you recognize this document, Mr. Harvey?

12    A.   I do.

13    Q.   This is an email from Scott Tucker to you and others in

14    the Secretary of State's office dated October 19, 2020;

15    correct?

16    A.   Correct.

17    Q.   And I believe you testified earlier that Mr. Tucker is an

18    employee at Dominion Voting Systems; is that right?

19    A.   That's correct.

20    Q.   And is he somebody that you worked with closely with

21    respect to the election system in Georgia?

22    A.   Pretty closely.  I would communicate pretty regularly with

23    him.

24    Q.   What was his role at Dominion?

25    A.   He and Mr. Feehan were the -- again, the two primary
```

1    people.  Mr. Feehan generally dealt more with the equipment

2    with Michael Barnes and the equipment coming in and going out

3    to the counties.

4        Mr. Tucker was basically a troubleshooter, our main point

5    of contact for Dominion if we had issues or things that needed

6    to be escalated to Dominion.

7    **Q.**   This is an email that you received in the course of your

8    work as the elections director?

9    **A.**   Yes, ma'am.

10            MS. KAISER:  Your Honor, we move to admit Plaintiffs'

11   Exhibit 256.

12            MR. TYSON:  Your Honor, same objection for hearsay.

13   This is an email from Dominion.  There is -- Mr. Harvey

14   received it.  There is no indication that it is from the

15   Secretary's office.  It is being offered for the truth of what

16   it asserts.  The plaintiffs could call someone from Dominion,

17   but fought very hard not to have someone from Dominion talk at

18   this trial.

19            So we would object on hearsay, relevance, and again,

20   just same objections we posed previously on those.

21            MS. KAISER:  Your Honor, the State's position has

22   been that -- in this case has been that Dominion is their

23   agent, so we submit that this is the statement of a party

24   opponent.

25            MR. TYSON:  Your Honor, I believe -- I have to look

```
 1    back at the contract.  I believe Dominion was an independent
 2    contractor, even if they were working with us on the deployment
 3    of the system.  I don't have that handy.
 4              Yes.  In the contract, there is a statement that all
 5    contractor and contractor personnel are independent contractors
 6    and not deemed an employee of the State.
 7              We don't believe that that would be enough to get us
 8    to agency in this situation or at least as an admission from
 9    Dominion through the Secretary's office.
10              MS. KAISER:  Your Honor, we don't believe that the
11    structure of the contract has anything to do with the legal
12    principle of agency for the purpose of this document.
13              THE COURT:  Well, I don't really necessarily
14    understand what is going on with the document in the first
15    place.
16              So the PW had a PW.
17              What is the PW?  Remind me.
18              MS. KAISER:  Your Honor, that was a question I was
19    going to ask Mr. Harvey.
20              THE COURT:  All right.  Well, go ahead and ask him.
21    We'll deal with this once I get clear what this is dealing
22    with.
23    BY MS. KAISER:
24    Q.  Mr. Harvey, in the last bullet point of this document, you
25    see Cherokee had a PW use a tech card.
```

```
 1          Do you see that?
 2   A.    I do.
 3   Q.    PW refers to poll worker; is that right?
 4   A.    That is certainly my understanding.
 5   Q.    Right.  And so this is a report from Dominion to Secretary
 6   of State's office.  Cherokee refers to Cherokee County.
 7          Is that your understanding?
 8   A.    Yes, ma'am.
 9   Q.    About a poll worker in Cherokee County using a tech card
10   to remove the election in the Google text speech from a
11   machine.
12          And the machine is a BMD; correct?
13              MR. TYSON:  Your Honor, again, we're asking for what
14   Mr. Tucker meant in these emails, and I don't think Mr. Harvey
15   can testify to that.
16              THE COURT:  Well, I think he can testify of having
17   read it, and he probably -- he talked to Mr. Sterling on a
18   regular basis and some of these other people, so I mean,
19   whatever he knows, he can share with us.  It may not be much.
20              What do you remember about this, if anything?
21              THE WITNESS:  About this specific incident?  I know
22   that we got these emails during advance voting to update issues
23   that may have come up.  This would have happened every day
24   during advance voting.
25              Are you asking me specifically about this third
```

1    bullet point?

2         THE COURT:  Yes.

3         THE WITNESS:  I don't have any independent knowledge

4    or memory about what happened.  Again, it was just a report to

5    us so that we were aware of any issues that were coming up,

6    that if it was something we needed to respond to, if it was

7    something systemic that we would need to know about.

8         But essentially, with these emails, Scott Tucker of

9    Dominion was letting us know what had happened, and generally,

10   Dominion was working with the counties to resolve whatever

11   issue it was.

12        THE COURT:  Okay.  Were you concerned at all about

13   that a poll worker would have -- be using a tech card to remove

14   the election and the Google text to speech from the machine,

15   that a poll worker would have been vested with that capacity?

16        THE WITNESS:  It wouldn't have been -- I mean,

17   certainly not an optimal situation.  I don't know if it would

18   have generated an investigation or not.  You would have to ask

19   Ms. Watson.

20        THE COURT:  Okay.  Well, I think you could follow up

21   on this as necessary with another -- with Mr. Sterling or

22   Mr. Barnes.  It seems like it is more in their bailiwick, even

23   though it deals with a security issue.  But you're dealing

24   with, supposedly, security too, more specifically this.  So --

25        MS. KAISER:  Understood.

```
 1              THE COURT:  -- I'm going to appreciate the response
 2    and just defer on it pending your asking any questions to the
 3    other people who were copied.
 4              MS. KAISER:  Thank you, Your Honor.
 5    BY MS. KAISER:
 6    Q.    Mr. Harvey, you have voted on BMDs in Georgia; is that
 7    right?
 8    A.    I have.
 9    Q.    And you understand that the QR code is a portion of the
10    ballot that gets tabulated; right?
11    A.    I do.
12    Q.    When you voted on a BMD, you were not able to look at the
13    QR code printed on your ballot and read it to determine how the
14    QR code was getting tabulated; right?
15    A.    Right.  I could see the QR code, but I couldn't tell what
16    it contained.
17    Q.    As a voter, you would prefer to cast a ballot that would
18    allow you to read the part of the ballot that is being
19    tabulated; right?
20    A.    Well, on my ballot, I read the -- the names that were
21    printed underneath it indicated my selections.  So I did that.
22    Q.    But you just testified, sir, that you're aware that is not
23    the portion of the ballot that gets tabulated; right?
24    A.    Yes, but it is my understanding that it is the same
25    information.
```

1    Q.   But as a voter, you would prefer to cast a ballot that

2    would allow you to read the part of the ballot that is being

3    tabulated; is that right?

4    A.   You're asking for my personal preference?

5    Q.   As a voter, yes.

6    A.   I -- I don't see an issue with having a system that scans

7    names.  I also don't -- I understand some of the reasoning

8    behind the QR code.  So if we could have a system where you

9    could have the names printed and be read, I would be fine with

10   that.  I wouldn't have an issue with that.

11   Q.   In fact, you would prefer it to a system that tabulates

12   codes from a QR code; right?

13   A.   As a voter, I wouldn't have any objection with that.  If

14   it gets the job done, a human readable form that can be

15   scanned, I think, is a good thing.

16   Q.   You're aware that the Secretary of State's office

17   conducted a full hand re-count of the 2020 presidential

18   election results; right?

19   A.   Yes, ma'am.

20   Q.   By statute, the Secretary had to do one risk-limiting

21   audit that year; is that correct?

22   A.   Yes, ma'am.

23   Q.   The Secretary's office did not conduct a re-count or audit

24   for any other races in 2020; correct?

25   A.   Did you say a re-count or audit?

1    **Q.**    That's right.

2    **A.**    I believe that is correct.  There was a hand re-count and

3    then there was another re-count, so I --

4    **Q.**    Of the same --

5    **A.**    Of the same race.

6    **Q.**    The same race.

7    **A.**    Yes, ma'am.

8    **Q.**    But there was not a re-count or an audit of any other race

9    in 2020; right?

10   **A.**    Not that was conducted by the Secretary of State's office.

11   **Q.**    When the State conducted the hand re-count, it examined

12   the human readable portion of the ballot; correct?

13   **A.**    That's correct.

14   **Q.**    But no one compared the human readable portion of any

15   specific ballot to how the QR code on that ballot was

16   tabulated; is that right?

17   **A.**    Yes.  You couldn't do that.

18   **Q.**    And Georgia does not conduct a full hand re-count for

19   every election contest, does it?

20   **A.**    No.  Not -- not normally, no.

21   **Q.**    Not --

22   **A.**    I mean, not -- not that I -- I don't believe it has been

23   done since then.

24   **Q.**    As part of the rollout of the BMD system in 2020, Dominion

25   sent technicians to each Georgia county to provide technical

1    support for a limited time; is that right?

2    **A.**   That's correct.

3    **Q.**   But it was understood that the technical support from

4    Dominion would end after the 2020 election; is that right?

5    **A.**   I know it was going to end.  I believe they extended it

6    when the runoff came up, and they may have extended it further

7    than that, but it had an expiration date for the technicians.

8    **Q.**   And when that expiration date came, it was understood that

9    the county election officials would need to be ready to pick up

10   and run the system on their own; right?

11   **A.**   That and/or use contractors to assist them, which some

12   counties did.

13   **Q.**   And that would be a cost to the county; is that right?

14   **A.**   Right.  But you're correct, it would be the county

15   election officials' responsibility to run the system how they

16   best saw fit.

17   **Q.**   By the end of 2020, there were still counties in Georgia

18   that felt overly reliant on their Dominion technicians;

19   correct?

20   **A.**   By the end of 2020?

21   **Q.**   Yes, sir.

22   **A.**   Overly reliant --

23           MR. TYSON:  Objection, Your Honor.  I'm sorry.  There

24   is no foundation for what the counties would have felt at the

25   end of 2020, I don't think.

| 1 | MS. KAISER:  Your Honor, this is something that |
| 2 | Mr. Harvey testified to in his declaration -- in his |
| 3 | deposition. |
| 4 | THE COURT:  Just reframe your question. |
| 5 | MS. KAISER:  Okay. |
| 6 | BY MS. KAISER: |
| 7 | Q.   Mr. Harvey, it was your view that at by the end of 2020, |
| 8 | there was still counties that felt overly reliant on the |
| 9 | Dominion technicians; is that right? |
| 10 | A.   I believe there were counties that were too reliant on |
| 11 | technicians. |
| 12 | Q.   At least one county relied on their Dominion technician to |
| 13 | run the election tabulator; is that right? |
| 14 | A.   I don't recall. |
| 15 | Q.   That is not something -- you don't recall that there is at |
| 16 | least one county that allowed their Dominion technician to |
| 17 | actually run the election tabulator? |
| 18 | A.   I'm not sure exactly what you mean by run the election |
| 19 | tabulator.  You mean, put -- I'm not sure what you mean by |
| 20 | that. |
| 21 | Q.   Yeah, actually tabulate votes. |
| 22 | A.   Tabulate votes, meaning put paper ballots in the scanners? |
| 23 | Run the software that -- I'm not sure what you mean by |
| 24 | tabulating votes. |
| 25 | Q.   Well, is it your view that Dominion technicians should |

1    have been -- should have played any role in tabulating votes in

2    2020?

3    **A.**   Dominion technicians often assisted the elections director

4    and their staff, but they should not have operated

5    independently at all.  But it would not be unusual to have a

6    director with the technician sitting next to them giving them

7    advice, giving them directions, giving them clarification.

8    That wouldn't be that unusual.

9        It would be better to have the -- the independence from

10   that, but there was some counties that -- that needed more

11   assistance than others.

12   **Q.**   There was no policy at the state level that prohibited

13   having a Dominion technician run -- tabulate votes; is that

14   right?

15   **A.**   I don't think there was a policy.  I think there is a

16   state law that requires how the votes are tabulated.  And, you

17   know, with the new system rolling out and in a pretty

18   compressed time frame with elections being jammed together, we

19   knew -- and elections being moved, we knew that some counties

20   were going to need the assistance of technicians.

21       But it was always my understanding and communicated to the

22   counties that it was their job to run the elections; it was not

23   the technicians' job to run the election.  The technicians

24   could assist.

25       And there are counties that have used technicians for

1    years with previous systems also to help with some of the

2    technical things.  But it is ultimately the responsibility of

3    the county election director to do all the duties that are

4    required of them by the law.

5    Q.   And if the county election director had delegated the

6    duties of tabulating votes during an election to a Dominion

7    technician, that would give you some concern; right?

8              MR. TYSON:  Objection, Your Honor.  I have let this

9    go for a little while.  I fail to see what the relevance to any

10   of these questions is to what the claims are in this case of

11   the State's actions related to a burden on the right to vote.

12             MS. KAISER:  Your Honor, I think the relevance of

13   this is showing that Dominion had a level of access to this.

14   It is proliferating access to the system, proliferating access

15   to machines, and it is just more and more vectors for people to

16   have access to machines that weren't supposed to.

17             THE COURT:  Well, I don't think one case makes one

18   instance that makes that evident.  I mean, we have lots of

19   people, definitely, who are circulating in the system, and

20   clearly from what happened when the -- from my recollection

21   when all of the software was swapped out at the very last

22   moment and all of the Dominion contractors came in, that it was

23   a challenging circumstance, one that I was concerned -- noted

24   my concern about in a prior order.

25             But I'm not sure here whether that, you know, it --

```
1    maybe you have other things you're going to hook this up with;

2    maybe you don't.  But maybe, again, it is something to -- I

3    mean, I have allowed you to go as far as you are, and I think

4    that anything further probably would be better posed to those

5    who were in charge of the security and the -- as well as the

6    department itself that was implementing at that point in time

7    the whole handling of the introduction of the system.

8              So I mean, I think -- he was copied, yes, but I'm not

9    sure that he is still the right person to be answering the

10   question.

11             MS. KAISER:  Understood, Your Honor.  I'll move on.

12   Thank you.

13             THE COURT:  I want to say at the same time, you know,

14   I said you need to get back about the question of the -- to

15   Gabe Sterling or somebody else in IT regarding the CISA's

16   advisory regarding the SolarWinds major incident which involved

17   also Russian foreign intelligence, according to the CISA

18   advisory.

19             You know, this is a whole other question.  I mean, I

20   think we didn't have a complete foundation for it by the way it

21   was introduced.  I mean, I was just looking at what the CISA

22   advisory was.

23             But again, more properly taken up by somebody in

24   higher -- not to say that Mr. Harvey wasn't a very important

25   part of the responsibility for asserting responsibility and
```

1    charge for that responsibility in the elections department.

2    But there are others who really were the chief people

3    dealing -- would have been charged, it seems to me, both with

4    the responsibility of dealing with this and following up.

5              MS. KAISER:  Thank you, Your Honor.

6              THE COURT:  And when I've referenced this, I'm just

7    referencing the public document, which is -- it was last -- it

8    seems to have been in a continuing upgraded one, but that one

9    that starts in December of '20, and then the last thing I see

10   is from April of '21.  And again, it is a CISA advisory.

11             I think you should proceed on to something else at

12   this juncture.

13             MS. KAISER:  Thank you, Your Honor.

14             THE COURT:  It is 5:30.  I don't know how much more

15   you have.

16             MS. KAISER:  Not very much, Your Honor.  Just a few

17   more minutes.

18             THE COURT:  Well, let's finish up then and then we

19   can do the -- the State can proceed later.  I don't know if

20   there are any other questions, but let's -- we'll do the rest

21   tomorrow.

22             MS. KAISER:  Thank you, Your Honor.

23   BY MS. KAISER:

24   Q.   Mr. Harvey, when you were elections director, one of your

25   key responsibilities was to coordinate with county officials to

1    administer elections; correct?

2    **A.**    Yes, ma'am.

3    **Q.**    And Georgia has 159 counties; right?

4    **A.**    Yes.

5    **Q.**    Since the implementation of the current BMD voting system,

6    each of those 159 counties uses the same voting equipment;

7    right?

8    **A.**    That's correct.

9    **Q.**    And the software that runs on that voting equipment is the

10   same; right?

11   **A.**    Yes, ma'am.

12   **Q.**    And the counties have possession of the voting equipment;

13   is that right?

14   **A.**    Yes, ma'am.

15   **Q.**    And as Mr. Tyson has pointed out, the counties are

16   responsible for safely storing and safeguarding that equipment;

17   is that right?

18   **A.**    That's correct.

19   **Q.**    Each county determines who gets administrator access to

20   its voting equipment; right?

21   **A.**    Yes.

22   **Q.**    In your interactions with county officials, you have found

23   that they had varying levels of experience and interest and

24   knowledge about election security; is that right?

25   **A.**    Yes.  Primarily on, I guess, varying levels, probably the

```
1    more technical you get with cyber-type stuff.  You know, you

2    have got physical security.  You have got equipment security.

3    You have got cybersecurity.  So it varies from county to

4    county.

5    Q.   And your view is that any one of Georgia's 159 counties

6    could be a weak point; right?

7    A.   It could.

8    Q.   Could you turn to Tab 15 in your binder, sir.

9    A.   Okay.

10   Q.   Do you recognize this document?

11        I'm sorry.  This is Plaintiffs' Exhibit 78.

12   A.   Yes, ma'am.

13   Q.   If you look at the third page, there is an email from

14   James Barnes --

15   A.   Yes, ma'am.

16   Q.   -- sent to you on Friday, May 7, '21.

17        Do you see that?

18   A.   Yes.

19   Q.   And the subject is Coffee County?

20   A.   Yes, ma'am.

21   Q.   Mr. Barnes wrote, When I took over at the Coffee County

22   office, the attached business card was at the base of Misty

23   Hampton's computer monitor.

24        Do you see that?

25   A.   I do.
```

1   **Q.**   And Misty Hampton was Mr. Barnes' predecessor as a

2   supervisor of elections in Coffee County?

3   **A.**   Yes.  I would just clarify.  It says Misty Hayes' computer

4   monitor.

5   **Q.**   Oh, I'm sorry.

6   **A.**   I know she went by both names at different points.

7   **Q.**   Thank you for the clarification.

8        But you're aware that she was Mr. Barnes' predecessor; is

9   that right?

10  **A.**   That's correct.

11  **Q.**   And then if you flip to the back page, you see a scan of a

12  business card that says Douglas Logan?

13  **A.**   Yes, ma'am.

14  **Q.**   Cyber Ninja.

15       Do you see that?

16  **A.**   Yes, ma'am.

17  **Q.**   Mr. Barnes sent this email to you in the course of your

18  work as the elections director; is that right?

19  **A.**   Yes, ma'am.

20  **Q.**   And if you turn back to the first page, there is an email

21  from you in the middle where you forwarded this email from

22  Mr. Barnes -- or excuse me, you copied into this email chain

23  Frances Watson and Michael Barnes.

24       Do you see that?

25  **A.**   Yes, ma'am.

1  **Q.**   You said, Thanks for sending this.  I think it might be

2  prudent to see if there has been any contact between the person

3  on the card and anyone in your office and/or if there has

4  been -- if they had any access to any of your equipment.

5       Do you see that?

6  **A.**   I do.

7  **Q.**   And then you emailed -- let's see.  Sorry.  At the top,

8  Frances Watson forwarded your email to Pamela Jones.

9       Do you see that?

10 **A.**   Yes.

11      MS. KAISER:  Your Honor, we would move to admit

12 Plaintiffs' Exhibit 78.

13      MR. TYSON:  Your Honor, we would object to the

14 admission of 78, both on hearsay with the statements from

15 Mr. James Barnes because he is not here, also on relevance.

16 Federal Rules of Evidence 40 -- 402 says you can't establish

17 liability -- evidence not relevant to establishing liability is

18 inadmissible.  And we would submit that under the

19 Anderson-Burdick standard, causation can't be established when

20 there is an intervening third-party conduct.

21      When this Court looked at this issue in its summary

22 judgment order, we understand it ruled on relevance of Coffee

23 County in the context of standing.  We would submit that as to

24 causation, which is distinct from traceability, traceability is

25 not considered proximate cause, while proximate cause is

1    required for constitutional causation on the merits.

2           Our cases on that are *Zatler v. Wainwright*, 802 F.2d

3    397 at 401; it's the Eleventh Circuit in 1986.  *Jackson v.*

4    *Sauls* in 206 F.3d 1156 at 1168; it is Eleventh Circuit 2000.

5    And the *Fair Fight Action Case*, 634 F. Supp. 3d 1128 at

6    Page 1199 from the Northern District in 2022.

7           MR. CROSS:  Your Honor, could I just get

8    clarification.

9           Does a relevance objection have anything to do with

10   the Coffee County breach?  Is that what we're hearing?

11          MR. TYSON:  It is, Your Honor.

12          MR. CROSS:  Do you need a response?

13          THE COURT:  Well, we'll stop at this point and you

14   can address it tomorrow.

15          MR. CROSS:  Does Your Honor need a response to that?

16          THE COURT:  You'll address it tomorrow.

17          MR. CROSS:  Okay.

18          THE COURT:  And if there is something in particular

19   you want me to look at tonight, go ahead and tell me what you

20   want me to look at.

21          MR. CROSS:  I would say, first and foremost, Your

22   Honor's own decision on it, but we'll get you more.

23          THE COURT:  Well, I'm just saying if you want to send

24   us any authority that addresses their authority, send it to us

25   tonight so that we can look at it and then I'm not walking in

1    blindsided tomorrow.

2            And just -- you want it sent to you or do you want it

3    sent to Harry?

4            Send it to Mr. Martin, and he will forward it to us.

5            MR. TYSON:  Your Honor, if I could raise one issue

6    for Mr. Harvey.  He has a medical issue in his family that

7    involves an important doctor's appointment tomorrow.

8            THE COURT:  What time is it?

9            THE WITNESS:  It was changed to 9:15 in the morning

10   just in the last about two hours.

11           THE COURT:  I'm sorry.

12           THE WITNESS:  Yes, ma'am.

13           THE COURT:  Do you think it will take all day?

14           THE WITNESS:  No, ma'am.  I think it will take an

15   hour-ish.  It is in Decatur.  I would think I could probably be

16   here 1:00 or so, maybe slightly before lunch.

17           THE COURT:  Is there any problem for that for

18   you-all?

19           MS. KAISER:  No, Your Honor.

20           THE COURT:  That's fine.  And we'll deal with some of

21   these issues before then so that we're not --

22           MR. TYSON:  Your Honor, I understand on that, and I

23   don't mean to cause further issues.

24           If this is the last point for Mr. Harvey, do we want

25   to reserve ruling on the admission, ask the question, and then

```
1    let him be free to go?
2            I don't know what Ms. Kaiser's outline is.
3            MS. KAISER:  Your Honor, I had one additional line of
4    questions after this and --
5            THE COURT:  A line of questions after this is
6    different than one question.
7            MR. TYSON:  I didn't know the answer.
8            THE COURT:  All right.  She may have thought of
9    others by now.
10           All right.  So I understand you're retired now; is
11   that right?
12           THE WITNESS:  No, ma'am.  I'm working, but I'm
13   available.
14           THE COURT:  All right.  Very good.  Well, simply
15   don't -- but are you working for the department, or are you
16   working --
17           THE WITNESS:  I'm working for the Georgia Peace
18   Officers Standards & Training Council.
19           THE COURT:  Well, just don't discuss your testimony
20   with any other witnesses.  That is all I'm really trying to --
21           THE WITNESS:  Yes, ma'am.  And I'll proceed here
22   tomorrow as soon as we're done.
23           THE COURT:  Just send a message to counsel as to
24   when -- as things evolve --
25           THE WITNESS:  Yes, ma'am.
```

```
1              THE COURT:  -- so that we have a good reasonable

2     expectation.  I don't want you rushing for nothing because we

3     may start at -- you know, take a break at 12:15.  I don't know.

4              Who is your next witness afterwards?  Do you know?

5              MR. CROSS:  I think Hamilton; right?

6              MS. KAISER:  David Hamilton.

7              MR. FISHER:  I think Mr. Barnes is next.

8              MR. CROSS:  Why are you guys asking me?  You've

9     already designed it.

10             MR. BROWN:  Hamilton and then Barnes.  Thank you.

11             MR. CROSS:  We've got Sinners.

12             MR. BROWN:  And Sinners.

13             THE COURT:  When you send us the email, tell us who

14    you are thinking about so we can be a little bit ready and have

15    some idea of whether we're going -- like, if you don't need to

16    be here until 1:30, you don't need to be here until 1:30.

17             I'll ask counsel to be in touch with you.

18             THE WITNESS:  Thank you, ma'am.

19             THE COURT:  Good luck tomorrow.  I'm sorry we

20    disrupted your appointment today.

21                   **(There was a brief pause in the proceedings.)**

22                   **(The proceedings were thereby adjourned at 5:42**

23                   **PM.)**

24

25
```

```
1                    C E R T I F I C A T E

2

3    UNITED STATES OF AMERICA

4    NORTHERN DISTRICT OF GEORGIA

5

6         I, SHANNON R. WELCH, RMR, CRR, Official Court Reporter of

7    the United States District Court, for the Northern District of

8    Georgia, Atlanta Division, do hereby certify that the foregoing

9    292 pages constitute a true transcript of proceedings had

10   before the said Court, held in the City of Atlanta, Georgia, in

11   the matter therein stated.

12        In testimony whereof, I hereunto set my hand on this, the

13   10th day of January, 2024.

14

15

16   _____
                                          SHANNON R. WELCH, RMR, CRR
17                                        OFFICIAL COURT REPORTER
                                          UNITED STATES DISTRICT COURT
18

19

20

21

22

23

24

25
```

UNITED STATES DISTRICT COURT
OFFICIAL CERTIFIED TRANSCRIPT

**BY MR. BEDARD: [12]** 107/25 116/9
119/22 122/11 123/19 124/4 125/22
131/15 135/13 137/24 138/14 142/17
**BY MR. BROWN: [6]** 39/25 200/5
200/19 201/10 206/16 207/17
**BY MR. FISHER: [8]** 6/21 9/20 13/17
14/9 15/20 16/16 18/8 37/15
**BY MR. MCGUIRE: [25]** 48/7 49/9 55/4
56/3 62/6 66/20 67/12 68/25 70/8 72/8
73/20 74/22 76/10 77/11 84/5 90/22
91/24 94/6 98/10 99/13 100/9 102/1
104/4 105/18 139/17
**BY MR. OLES: [19]** 147/2 151/16
153/12 153/23 158/11 159/22 160/20
161/3 161/23 162/20 166/2 167/23
171/17 172/21 173/21 175/5 177/24
202/6 204/22
**BY MR. PICO-PRATS: [6]** 28/8 36/25
38/7 43/9 44/19 45/15
**BY MR. RUSSO: [8]** 180/17 191/16
194/17 197/7 197/15 198/4 201/20
205/22
**BY MS. KAISER: [37]** 209/13 211/2
216/4 217/9 220/19 226/20 227/17
229/4 229/10 230/8 231/5 232/1 233/17
235/2 238/16 239/12 240/9 241/20
242/23 244/6 249/8 250/13 252/23
253/5 255/18 258/9 260/16 262/23
264/8 265/1 266/2 267/24 271/7 273/23
276/5 280/6 284/23
**COURTROOM DEPUTY CLERK: [10]**
6/10 6/13 39/14 39/17 47/20 47/23
146/15 146/18 208/22 208/25
**COURTROOM SECURITY OFFICER:**
**[4]** 106/18 143/25 203/18 247/6
**MR. BEDARD: [67]** 46/18 46/22 47/6
47/11 47/14 54/16 54/20 55/2 55/13
56/1 62/19 63/13 64/23 69/3 69/11
69/21 70/6 71/8 71/16 72/1 73/10 76/1
77/6 83/17 85/2 85/11 86/3 86/9 87/4
87/17 87/20 87/23 88/13 93/25 96/21
97/7 97/10 97/14 98/16 98/24 99/4 99/7
101/21 101/25 107/2 107/7 107/11
107/21 116/7 119/21 121/17 124/19
128/20 130/7 131/6 131/11 135/11
137/20 138/9 138/11 138/22 139/5
139/15 142/13 143/4 143/11 143/20
**MR. BROWN: [12]** 39/12 43/7 46/15
46/17 145/17 199/16 200/17 201/4
206/12 208/17 292/10 292/12
**MR. CROSS: [19]** 144/8 144/18 144/21
145/15 145/20 146/1 146/6 167/25
169/2 169/11 169/15 289/7 289/12
289/15 289/17 289/21 292/5 292/8
292/11
**MR. FISHER: [16]** 6/5 6/8 13/16 14/5
14/19 14/21 15/25 16/7 16/14 28/5 38/4
39/8 39/10 203/14 203/16 292/7
**MR. McGUIRE: [27]** 47/15 47/18 55/18
56/2 63/3 63/21 64/17 71/13 72/6 85/6
86/16 89/18 89/22 90/21 94/4 98/9
103/18 103/22 104/3 106/15 129/22
130/1 130/20 138/7 142/12 143/6
143/17
**MR. OLES: [20]** 144/5 146/11 146/13
159/10 160/19 167/21 168/5 171/4

177/11 171/13 173/20 177/23 180/1
180/13 202/3 202/23 203/24 204/9
204/12 205/17
**MR. PICO-PRATS: [6]** 16/5 37/10 38/5
44/17 46/11 46/13
**MR. RUSSO: [34]** 151/11 153/5 158/8
159/1 159/7 159/13 159/17 160/9 161/8
165/12 167/19 173/5 173/9 177/16
178/25 190/19 190/23 191/4 191/7
191/14 194/14 197/12 199/12 199/15
199/19 200/14 200/24 201/17 202/2
203/9 205/18 206/6 207/12 207/25
**MR. TYSON: [45]** 144/25 204/1 204/6
215/19 216/12 216/25 226/16 227/23
229/20 229/25 230/22 231/20 233/3
234/20 236/24 237/19 237/24 238/2
240/23 242/17 244/23 245/3 247/18
247/22 248/9 250/8 252/22 253/1 255/9
259/1 259/8 262/13 264/12 268/9 269/7
272/12 272/25 274/13 279/23 282/8
288/13 289/11 290/5 290/22 291/7
**MS. KAISER: [85]** 208/18 209/5 209/8
211/1 216/2 216/18 216/20 216/24
217/1 217/6 227/16 227/21 228/5 228/8
228/15 228/18 228/23 229/1 229/3
230/3 230/24 231/1 231/4 233/1 233/9
233/13 233/16 236/22 237/2 237/8
237/16 238/7 238/15 239/5 240/3 240/6
240/21 241/5 241/16 241/19 244/21
245/14 248/3 249/1 249/3 249/7 252/25
255/2 255/6 255/17 258/24 259/5
260/15 262/11 262/19 262/22 264/6
264/16 264/24 265/23 268/16 269/2
269/14 269/21 270/2 270/23 271/5
272/10 272/21 273/10 273/18 275/25
276/4 280/1 280/5 282/12 283/11 284/5
284/13 284/16 284/22 288/11 290/19
291/3 292/6
**THE COURT REPORTER: [7]** 83/22
86/10 119/20 123/18 123/25 124/3
210/24
**THE COURT: [332]**
**THE WITNESS: [134]** 6/15 9/2 9/4 9/9
9/13 9/17 15/2 15/15 15/17 17/25 18/2
36/4 36/6 37/13 39/20 44/18 45/14
46/12 48/1 49/3 49/7 55/3 64/3 64/18
65/1 65/14 65/16 66/13 67/7 67/17
67/20 67/25 68/5 68/9 68/13 68/15
68/24 73/15 73/18 74/12 74/15 85/5
85/12 85/21 91/23 96/25 97/3 97/21
100/2 100/5 101/12 104/15 106/2 106/7
106/12 106/14 119/19 120/7 120/16
120/19 121/5 121/25 124/2 124/23
138/13 143/9 146/21 153/20 153/22
159/5 159/12 161/2 161/14 162/15
162/18 165/19 165/22 172/16 173/6
174/12 174/24 179/13 191/3 191/6
194/6 194/9 194/12 197/13 197/24
199/25 200/3 201/7 202/24 203/2 203/5
203/7 204/19 206/8 206/10 207/16
208/7 208/10 208/15 209/3 220/13
220/15 229/9 230/6 239/10 240/8
243/18 243/23 244/4 256/17 257/2
257/4 257/14 258/3 258/8 263/23 264/1
267/15 270/6 274/21 275/3 275/16
290/9 290/12 290/14 291/12 291/17
291/21 291/25 292/18

**$**
**$100,000 [1]** 23/18
**$2 [1]** 82/2
**$43,000 [3]** 86/2 92/2 92/2
**$9 [2]** 82/3 82/4

**'**
**'19 [1]** 219/12
**'20 [2]** 203/4 284/9
**'21 [3]** 203/4 284/10 286/16
**'23 [1]** 170/2
**'5 [1]** 13/6
**'90s [1]** 149/20

**-**
**-- and [1]** 142/1
**-- that [1]** 258/8
**-- wouldn't [1]** 142/3

**.**
**...CONT'D [3]** 2/25 3/1 5/1
**.25 [1]** 101/5
**.25 percent [1]** 101/5

**0**
**0.1 percent [1]** 101/9

**1**
**1,800 [3]** 161/6 162/8 162/9
**1-2-3 [1]** 104/20
**10 [8]** 1/13 6/2 131/5 131/7 193/7
244/10 258/19 260/8
**100 [10]** 107/19 244/11 244/22 246/6
247/8 248/22 249/9 253/23 254/25
255/3
**100,000 [2]** 172/13 172/19
**102 [3]** 248/11 258/11 258/25
**104,000 [1]** 167/16
**10:00 P.M [1]** 174/7
**10:17 A.M [1]** 242/3
**10:45 [2]** 46/19 46/23
**10th [1]** 293/13
**11 [4]** 78/17 193/7 256/13 258/10
**110 [1]** 79/2
**1128 [1]** 289/5
**1156 [1]** 289/4
**1168 [1]** 289/4
**1199 [1]** 289/6
**11:18 [1]** 260/8
**12 [1]** 266/3
**12:06 [1]** 106/20
**12:15 [1]** 292/3
**12:57 [1]** 143/23
**12th [1]** 240/14
**13 [1]** 271/8
**13,000 [1]** 218/14
**1383 [1]** 1/25
**14 [1]** 210/1
**15 [1]** 286/8
**150 [1]** 71/3
**159 [9]** 214/16 218/21 220/1 220/21
221/13 222/3 285/3 285/6 286/5
**16 [2]** 78/16 261/24
**17 [4]** 48/14 49/15 236/1 236/6
**17,000 [1]** 166/10
**17th [1]** 198/22
**18 [3]** 10/25 48/19 52/20
**18,000 [1]** 162/7

**1**

**19 [1]** 271/14
**19 percent [2]** 75/21 75/22
**1986 [1]** 289/3
**1992 [1]** 11/7
**1995 [1]** 147/8
**1996 [2]** 40/11 40/13
**1:00 or [1]** 290/16
**1:17-CV-2989-AT [1]** 1/6
**1:30 [2]** 292/16 292/16
**1:45 P.M [2]** 143/24 144/1
**1st [1]** 177/5

**2**

**2,000 [1]** 101/2
**2,446 [1]** 101/3
**20 [4]** 7/14 8/13 131/5 222/7
**20,000 [2]** 174/15 176/14
**200 [1]** 71/3
**2000 [2]** 15/19 289/4
**2000s [1]** 150/3
**2002 [2]** 12/20 173/12
**2004 [1]** 13/6
**2005 [4]** 13/6 15/3 15/6 15/13
**2006 [1]** 154/5
**2007 [1]** 209/24
**2008 [1]** 53/14
**2015 [2]** 209/19 209/24
**2016 [2]** 17/19 17/24
**2017 [1]** 40/9
**2018 [2]** 48/19 57/14
**2019 [28]** 58/25 60/8 61/10 61/20 64/12
70/14 70/20 71/5 72/10 72/20 73/23
74/24 75/2 77/12 93/22 216/6 217/13
218/10 218/12 219/22 219/24 221/3
222/8 222/20 236/2 236/6 237/1 238/10
**202 [1]** 59/17
**2020 [54]** 15/19 26/6 51/16 59/15 75/20
163/16 164/6 166/9 167/14 172/2
173/22 178/20 191/7 195/2 195/9
202/19 203/6 207/22 207/22 211/19
211/23 211/25 214/3 214/9 217/25
218/4 221/8 221/11 222/21 223/6
227/12 232/20 240/14 243/23 257/17
257/25 258/4 258/19 260/8 266/11
268/13 269/6 269/10 271/14 277/17
277/24 278/9 278/24 279/4 279/17
279/20 279/25 280/7 281/2
**2021 [17]** 177/5 178/23 183/9 190/16
197/10 197/12 198/22 200/9 203/4
203/6 207/22 207/23 207/24 209/19
257/19 262/6 262/24
**2022 [5]** 148/15 157/20 173/23 183/17
289/6
**2023 [5]** 18/2 35/14 78/1 78/6 78/18
**2024 [6]** 1/13 6/2 49/18 49/20 57/3
293/13
**206 [1]** 289/4
**215-1383 [1]** 1/25
**2394 [1]** 1/4
**25 [2]** 144/19 144/21
**253 [3]** 261/25 262/12 265/24
**256 [3]** 248/11 271/9 272/11
**25th [1]** 262/6
**26 [1]** 54/21
**26-mile [1]** 22/25
**261 [3]** 248/11 266/4 271/1

**274 [2]** 235/20 236/23
**28 [2]** 10/12 26/18
**285 [1]** 78/6
**292 [1]** 293/9
**29th [1]** 147/19

**3**

**3,000 [2]** 160/8 161/1
**30 [10]** 59/3 64/5 130/5 130/8 130/9
206/12 240/7 240/22 266/10 269/6
**30,000 [1]** 221/16
**30-some-odd [1]** 40/18
**30303 [1]** 1/25
**32 [1]** 40/14
**39 [1]** 202/20
**392 [3]** 227/16 227/22 228/18
**397 [1]** 289/3
**3:19 [1]** 203/20
**3d [1]** 289/5
**3rd [1]** 195/2

**4**

**40 [2]** 148/10 288/16
**401 [1]** 289/3
**402 [1]** 288/16
**403 [1]** 207/13
**404 [1]** 1/25
**41,000 [1]** 79/8
**42,000 [1]** 79/2
**47 [1]** 78/11
**48 [5]** 57/1 57/1 75/24 120/23 120/25
**4:29 [1]** 247/7
**4:40 P.M [1]** 269/6

**5**

**5 million [1]** 21/11
**50 [2]** 59/4 64/5
**501 [1]** 154/3
**535 [3]** 78/4 197/17 198/8
**5:30 [1]** 284/14
**5:42 [1]** 292/22
**5:55 P.M [1]** 260/18

**6**

**634 [1]** 289/5

**7**

**702 [1]** 139/2
**704 [1]** 139/2
**72 [2]** 232/14 233/2
**75 [1]** 1/24
**76 [1]** 144/23
**78 [3]** 286/11 288/12 288/14

**8**

**80 [1]** 57/13
**802 [1]** 289/2

**9**

**90 [1]** 1/4
**990 [1]** 188/7
**9:10 [1]** 236/13
**9:15 [1]** 290/9
**9:34 A.M [1]** 236/14

**A**

**A.M [2]** 236/14 242/3
**AARON [1]** 2/7
**abbreviate [1]** 34/21

**abbreviated [1]** 35/23
**abbreviations [2]** 34/13 34/16
**ABCs [1]** 14/3
**ability [5]** 117/21 118/5 119/6 149/13
237/3
**able [48]** 8/21 12/10 18/10 18/19 19/20
20/4 21/8 23/6 23/24 27/1 32/13 35/4
35/8 35/11 43/4 47/7 78/8 78/11 81/11
83/12 96/12 96/19 98/20 102/14 107/17
112/7 113/23 145/18 158/9 159/2 159/3
159/10 160/11 161/19 164/2 168/3
175/19 179/9 179/10 180/4 193/25
201/1 204/14 222/3 241/14 250/10
253/16 276/12
**about [246]** 8/1 8/5 8/13 10/9 10/15
11/15 11/18 12/19 12/22 12/23 13/2
13/3 13/6 13/13 13/24 14/1 14/13 14/13
14/14 15/4 16/21 16/24 17/2 17/8 17/14
17/15 17/19 20/13 21/24 22/1 22/9
22/12 22/13 22/19 23/23 27/10 27/12
27/22 27/23 28/13 29/23 30/19 31/2
33/8 36/9 39/2 39/4 40/8 43/12 46/19
46/23 50/23 52/15 53/4 58/7 59/3 59/4
59/14 61/12 62/12 62/16 62/24 63/2
65/15 70/23 71/1 71/11 71/21 71/23
71/23 71/24 76/4 78/23 79/2 79/7 79/8
81/7 81/8 81/13 81/18 83/1 84/6 84/10
86/1 87/6 87/12 88/21 89/25 90/4 90/24
91/4 91/4 91/5 91/6 91/12 92/4 93/2
93/19 95/18 98/18 101/9 103/1 103/2
104/5 106/8 107/19 109/10 109/11
112/1 113/5 113/6 114/14 115/6 115/13
115/18 116/19 116/20 119/6 119/9
119/15 119/24 120/15 128/18 128/18
130/6 132/1 133/15 134/25 135/25
137/11 140/4 140/6 141/13 141/23
143/13 144/19 144/23 145/8 145/16
149/18 150/16 151/5 151/22 152/20
153/14 153/24 153/25 156/14 157/8
160/2 160/9 161/16 165/13 165/17
165/20 166/25 167/12 167/16 168/21
169/16 169/19 170/17 171/18 176/6
176/9 178/1 179/11 179/20 185/15
185/23 187/21 189/21 190/11 190/11
193/1 193/3 194/4 196/3 196/6 198/25
202/7 204/10 204/24 205/4 208/1 208/6
208/9 218/11 218/12 219/24 220/1
220/5 220/16 221/5 222/6 222/7 223/10
224/16 224/22 225/7 229/2 230/18
234/6 239/10 242/9 243/21 245/12
245/25 246/10 246/10 248/21 249/2
249/3 249/12 250/14 250/23 251/13
254/16 254/21 257/7 257/21 258/6
262/20 264/14 264/19 265/19 266/24
266/25 266/25 269/9 269/18 270/5
270/7 270/17 274/9 274/20 274/21
274/25 275/4 275/7 275/12 282/24
283/14 285/24 290/10 292/14
**above [2]** 260/5 260/7
**Abraham [3]** 50/21 51/1 111/10
**abridged [4]** 17/5 30/6 30/8 34/9
**absence [1]** 170/16
**absentee [60]** 11/18 17/20 18/6 21/24
22/4 22/4 22/13 22/14 22/15 22/18
24/19 28/2 30/16 31/10 31/17 33/4 33/9
33/14 33/17 33/21 35/18 37/18 38/9
38/13 38/24 40/24 40/25 41/5 41/9

**A**

**absentee... [24]** 41/15 42/9 42/16 42/22 42/23 43/22 44/20 45/2 45/6 49/23 49/24 51/11 51/14 51/17 51/25 52/4 57/4 58/17 133/17 133/20 134/3 134/8 198/19 261/7
**absolute [6]** 53/11 113/21 113/24 114/1 114/8 114/13
**absolutely [8]** 36/20 100/14 102/14 123/10 123/12 147/22 149/10 152/2
**abundance [1]** 263/17
**accept [1]** 55/21
**acceptance [1]** 222/11
**accepted [5]** 23/10 24/5 41/21 218/13 228/25
**accepting [1]** 87/8
**access [11]** 13/22 95/17 98/2 169/18 178/24 282/13 282/14 282/14 282/16 285/19 288/4
**accessible [2]** 96/6 97/6
**accidentally [1]** 132/16
**accommodations [1]** 146/3
**according [2]** 143/23 283/17
**accordingly [1]** 69/20
**account [1]** 230/14
**accounted [1]** 242/6
**accounting [4]** 63/15 188/3 188/6 188/9
**accumulated [3]** 13/11 191/25 192/4
**accumulation [1]** 205/8
**accuracy [2]** 58/16 75/5
**accurate [8]** 14/1 27/1 36/10 103/6 125/24 156/17 235/9 256/15
**accurately [7]** 34/12 35/9 35/16 35/19 37/21 37/25 120/9
**acronym [1]** 154/2
**across [2]** 72/19 157/9
**act [4]** 21/18 85/19 122/21 123/4
**acting [2]** 60/19 60/21
**action [8]** 162/2 164/15 164/16 166/22 176/3 246/2 251/11 289/5
**actions [3]** 245/12 262/18 282/11
**actively [3]** 151/4 157/9 157/10
**activity [4]** 63/6 154/16 178/19 182/3
**actual [10]** 34/1 58/14 58/17 63/16 74/21 139/21 140/9 171/9 220/2 220/7
**actually [89]** 13/24 31/14 32/23 34/23 35/1 38/20 38/25 50/8 50/9 50/16 51/22 54/2 54/11 54/13 58/2 69/22 73/5 73/24 74/1 75/19 75/22 79/2 79/20 80/8 82/1 85/23 87/9 91/7 96/8 96/13 96/19 100/25 102/18 104/10 104/15 104/24 105/3 111/11 112/12 115/9 118/12 119/18 119/24 121/18 121/21 124/14 126/10 126/14 129/12 129/23 131/13 143/18 148/16 148/24 150/14 152/16 155/12 156/24 157/22 157/23 159/6 175/3 182/18 182/22 184/11 186/25 187/17 190/4 190/6 192/4 192/10 192/23 193/4 194/1 197/19 198/1 201/8 201/9 205/11 219/16 219/18 237/15 246/20 247/11 248/15 253/20 263/5 280/17 280/21
**ADAM [1]** 2/9
**add [3]** 85/5 104/20 119/7
**add-on [1]** 104/20
**added [4]** 24/25 25/7 120/12 202/20

**addition [3]** 35/7 115/14 163/20 221/22 269/11
**additional [7]** 86/12 167/21 169/24 180/3 202/20 238/5 291/3
**Additionally [1]** 144/8
**address [11]** 25/20 70/5 86/13 88/24 89/9 121/18 121/21 199/21 204/16 289/14 289/16
**addressed [3]** 36/24 176/20 176/22
**addresses [1]** 289/24
**addressing [7]** 55/18 234/15 234/18 235/3 235/6 235/10 235/10
**adequate [3]** 176/5 179/5 180/7
**adjourned [1]** 292/22
**administer [1]** 285/1
**administration [2]** 164/4 196/12
**administrative [1]** 36/7
**administrator [2]** 36/7 285/19
**admissibility [1]** 270/25
**admissible [1]** 271/4
**admission [4]** 16/4 273/8 288/14 290/25
**admissions [1]** 194/21
**admit [18]** 76/5 194/25 227/21 228/5 233/1 233/10 236/22 240/21 241/5 244/21 255/2 255/5 255/14 258/24 262/11 265/23 272/10 288/11
**admitted [10]** 16/11 76/3 177/19 195/5 195/7 195/14 228/1 229/7 233/15 265/25
**admitting [4]** 16/12 16/13 255/4 255/7
**adopt [1]** 113/18
**adopted [1]** 210/10
**Adrick [2]** 260/18 261/3
**advance [5]** 155/2 155/4 186/6 274/22 274/24
**advancing [1]** 154/12
**advent [1]** 82/5
**adverse [1]** 208/20
**advice [1]** 281/7
**advisement [1]** 208/5
**advisory [4]** 283/16 283/18 283/22 284/10
**advocate [1]** 13/25
**advocating [2]** 213/17 213/20
**affect [7]** 239/18 239/22 242/15 243/4 263/12 264/11 265/4
**affects [1]** 259/22
**affidavits [1]** 186/19
**affiliation [1]** 130/16
**affirmative [7]** 43/15 185/13 187/20 196/2 264/9 265/2 265/20
**affirmatively [4]** 45/1 123/21 123/23 183/25
**after [44]** 1/6 6/19 7/7 7/8 7/24 11/1 12/19 21/1 22/1 22/9 39/23 47/14 48/5 51/22 56/8 59/14 61/1 79/12 80/11 103/5 103/7 103/14 104/7 105/2 106/6 106/17 107/18 108/3 115/8 120/21 131/7 146/25 174/14 185/17 200/1 209/11 213/6 215/2 215/10 236/8 258/4 279/4 291/4 291/5
**afternoon [3]** 200/6 209/14 209/15
**afterwards [2]** 117/22 292/4
**again [82]** 32/19 32/21 42/13 44/5 44/8 46/6 57/3 66/25 69/5 69/18 71/9 76/1 76/3 82/24 86/3 86/3 86/7 87/16 87/23 93/25 97/10 97/16 98/16 98/24 100/20

**107/13 147/23 117/1 125/19 138/25 141/11 143/13 143/15 145/7 150/12 159/5 159/23 161/8 162/13 163/23 166/3 166/9 167/8 172/1 186/23 192/25 196/5 196/14 212/22 214/6 220/23 221/17 225/19 227/15 231/20 235/1 237/14 237/14 239/3 239/20 242/17 245/6 245/12 245/16 248/12 248/15 250/11 251/3 251/19 252/12 259/7 263/15 264/13 265/17 269/14 271/25 272/19 274/13 275/4 283/2 283/23 284/10**
**against [8]** 53/18 56/14 59/24 120/6 120/7 157/12 190/16 213/15
**age [1]** 26/8
**agencies [1]** 36/22
**agency [2]** 273/8 273/12
**agent [1]** 272/23
**ago [5]** 70/15 70/15 114/15 192/8 204/23
**agree [15]** 88/14 88/14 113/17 115/12 126/23 133/5 152/4 173/14 177/14 177/22 191/9 191/9 193/11 221/25 223/24
**agreed [1]** 197/23
**agreement [1]** 218/13
**ahead [23]** 6/6 27/24 28/1 68/14 72/7 88/12 92/1 107/23 138/12 153/10 154/15 167/15 171/15 172/8 199/20 201/18 205/20 230/7 235/1 241/14 249/5 273/20 289/19
**AIDED [1]** 1/21
**AILEEN [4]** 4/13 47/16 48/1 48/4
**airplane [2]** 36/16 36/17
**AL [2]** 1/4 1/6
**alert [1]** 58/4
**alerting [1]** 267/3
**Alex [1]** 177/5
**all [218]** 6/6 10/7 12/21 14/22 16/2 16/12 19/9 19/9 20/25 23/14 25/4 26/9 37/10 37/10 42/19 43/4 46/11 46/13 46/20 47/19 48/22 49/19 50/11 50/18 51/19 51/21 52/7 55/7 55/17 55/21 56/10 56/20 59/5 59/9 60/19 61/1 64/8 64/9 65/18 67/16 68/11 68/13 68/14 68/15 68/24 69/14 71/14 71/20 74/10 75/6 76/6 78/16 80/21 84/1 84/20 86/17 87/6 87/22 88/5 88/8 88/15 90/9 90/25 91/10 92/14 93/7 94/2 96/11 96/15 97/19 98/23 99/12 99/16 100/7 101/19 101/24 103/17 103/19 106/18 107/13 107/22 108/16 109/12 110/4 111/18 112/10 114/10 114/14 115/8 118/3 118/20 119/5 120/3 120/23 120/23 122/14 124/13 128/15 129/8 129/8 129/23 131/3 131/16 133/2 133/9 133/14 134/21 135/7 135/7 138/22 138/23 143/5 143/8 143/21 143/22 143/25 146/6 146/12 146/21 147/3 148/17 149/20 151/13 152/11 153/4 155/12 156/23 157/9 161/5 162/10 165/3 167/25 168/14 168/17 168/19 169/13 171/2 171/3 172/16 172/19 173/20 174/17 174/18 175/7 176/11 176/25 177/25 178/10 179/10 179/10 180/13 181/7 181/14 182/2 183/1 186/6 191/15 193/23 196/8 196/9 197/5 199/6 202/7 202/23 203/8 203/17**
**ADAM [1]** 2/9

**all [218]** (continued column)

**A**

**all... [51]** 203/18 205/16 208/12 208/21 214/16 217/4 217/8 218/21 220/1 220/12 220/21 221/18 222/3 222/10 222/12 222/22 223/19 223/20 223/22 231/3 241/14 244/24 245/1 246/16 247/3 247/6 249/7 249/7 251/19 252/12 257/25 259/25 260/1 264/3 264/4 264/25 269/24 271/6 273/4 273/20 275/12 281/5 282/3 282/21 282/22 290/13 290/18 291/8 291/10 291/14 291/20

**allegation [2]** 238/22 254/18
**allegations [3]** 157/21 241/3 256/15
**alleged [2]** 164/24 178/3
**allegedly [2]** 262/18 269/9
**alleviate [1]** 21/24
**alleviated [1]** 115/16
**allow [10]** 81/5 89/1 129/20 131/3 145/9 159/18 170/8 260/13 276/18 277/2
**allowed [10]** 73/13 78/5 80/18 106/23 107/15 131/9 143/18 264/18 280/16 283/3
**allowing [2]** 170/15 229/17
**allows [1]** 12/5
**ALLOY [1]** 3/5
**almost [3]** 52/2 224/25 259/14
**alone [1]** 238/12
**along [5]** 56/18 75/14 157/22 168/19 221/23
**Alpharetta [1]** 95/3
**already [12]** 25/9 81/10 121/10 159/21 165/7 169/13 173/10 178/2 183/12 228/1 246/10 292/9
**also [83]** 10/6 12/4 12/25 17/8 20/25 22/12 23/14 33/4 35/6 48/20 52/4 52/10 52/11 52/17 53/1 54/8 56/4 57/9 57/20 58/1 58/18 58/20 59/1 60/23 61/23 63/25 65/2 65/4 65/18 66/24 68/21 77/12 78/20 79/4 79/4 85/12 85/24 93/13 96/2 97/4 114/24 116/10 118/7 120/25 127/6 130/20 131/1 133/7 133/24 136/17 136/20 148/17 148/19 148/21 150/12 152/20 154/13 154/21 155/1 161/4 175/1 185/11 189/3 191/13 195/7 195/21 199/22 202/9 208/8 223/7 233/5 234/2 234/2 237/19 243/12 245/8 246/8 253/14 256/16 277/7 282/1 283/17 288/15
**alterations [1]** 171/19
**altered [2]** 22/11 167/7
**although [3]** 101/6 186/19 189/5
**always [11]** 12/2 17/22 23/8 35/15 44/25 72/16 223/23 234/23 253/13 259/14 281/21
**am [32]** 10/14 10/18 12/2 36/18 38/22 48/17 48/22 49/13 50/22 53/20 53/20 56/17 87/1 106/12 110/18 111/22 112/18 119/19 119/19 127/23 149/17 153/15 154/7 157/18 158/4 160/23 163/9 165/2 170/23 176/24 187/25 188/24
**America [2]** 53/22 293/3
**American [1]** 12/3
**among [1]** 235/23
**amount [2]** 157/8 173/17

**AM [1]** 1/13
**analogy [3]** 196/15 196/23 196/25
**analysis [6]** 137/18 158/18 161/13 167/9 177/4 256/7
**analytical [1]** 147/14
**analyzing [1]** 172/1
**Anderson [1]** 288/19
**Anderson-Burdick [1]** 288/19
**ANDREU [1]** 2/10
**ANDREU-VON [1]** 2/10
**Angelos [1]** 266/8
**announcements [1]** 162/24
**anomalies [4]** 58/4 163/17 173/23 186/18
**anomaly [3]** 174/4 174/6 176/10
**another [16]** 25/11 25/17 35/7 35/7 74/8 111/13 142/3 142/10 156/3 163/22 179/19 190/22 212/25 228/14 275/21 278/3
**answer [21]** 35/3 37/8 44/15 59/11 82/19 85/9 93/10 100/23 124/1 124/18 140/12 168/18 200/16 215/25 219/3 234/24 250/10 258/8 264/22 265/21 291/7
**answered [4]** 124/19 130/21 195/24 253/4
**answering [1]** 283/9
**answers [1]** 195/23
**any [150]** 1/8 16/4 26/1 33/1 33/5 45/25 49/18 53/23 54/2 55/23 56/16 58/4 59/6 63/15 67/23 68/1 70/3 72/15 73/22 74/23 78/4 81/4 83/1 88/7 93/22 100/3 100/3 103/2 103/13 105/25 105/25 106/24 107/14 107/16 108/14 108/25 113/14 117/12 125/10 126/3 137/17 137/18 138/2 138/5 138/10 138/13 138/19 142/18 142/24 143/1 146/2 146/7 152/8 153/3 154/24 157/25 161/11 161/18 162/2 162/11 163/6 164/13 164/14 164/16 166/22 167/6 168/2 170/12 170/16 171/3 171/7 171/13 171/19 173/23 176/5 176/19 177/1 178/3 180/10 181/18 184/1 184/12 184/21 184/24 188/4 191/10 195/1 195/7 195/8 195/14 195/15 195/16 197/13 206/11 213/13 217/25 219/7 220/20 221/19 224/5 224/10 224/16 233/21 233/24 234/6 234/25 239/17 239/21 242/14 243/3 243/6 243/7 243/9 247/15 254/19 256/7 257/10 261/14 261/15 261/18 261/20 262/15 263/7 263/14 264/9 265/2 265/6 267/17 267/20 268/4 268/7 268/17 270/4 275/3 275/5 276/2 277/13 277/24 278/8 278/14 281/1 282/9 284/20 286/5 288/2 288/4 288/4 289/24 290/17 291/20
**anybody [11]** 56/23 96/6 111/5 111/20 111/23 112/15 112/19 112/24 113/15 117/2 206/2
**anymore [3]** 22/18 59/17 237/1
**anyone [13]** 33/13 112/24 146/3 188/5 199/22 229/17 243/6 243/9 247/4 249/20 256/14 270/5 288/3
**anything [36]** 13/4 52/23 54/25 54/25 86/12 86/19 90/11 91/3 92/9 94/1 99/19 115/6 121/23 138/20 142/22 152/3 163/1 163/2 164/19 174/1 177/18 184/2

**AM [2]** 184/22 226/3 205/3 237/12 251/13 259/15 265/22 270/10 270/13 273/11 274/20 283/4 289/9
**anyway [1]** 71/25
**anywhere [3]** 113/3 144/19 189/25
**apart [2]** 112/20 161/16
**apologies [2]** 167/25 248/3
**apologize [7]** 109/23 143/12 217/1 217/7 228/8 228/15 243/23
**apparent [1]** 176/6
**apparently [2]** 89/4
**Appeals [1]** 190/20
**appeared [3]** 100/11 163/25 167/10
**appears [3]** 171/6 259/2 270/16
**application [9]** 23/3 41/21 178/13 198/5 198/23 199/1 204/25 205/6 205/9
**applied [3]** 26/1 26/7 26/9
**apply [4]** 25/14 26/8 82/22 134/8
**appointment [2]** 290/7 292/20
**appreciate [2]** 88/10 276/1
**approach [4]** 130/9 203/24 209/5 216/18
**appropriate [8]** 99/11 139/9 145/2 161/20 171/1 180/1 225/2 244/2
**appropriately [1]** 164/5
**approximately [5]** 11/6 160/8 161/6 210/1 221/16
**April [1]** 284/10
**are [375]**
**area [6]** 7/3 84/20 89/4 90/2 97/25 105/12
**aren't [11]** 20/9 20/13 41/6 47/4 50/7 63/13 65/17 83/21 86/6 122/15 234/5
**argue [2]** 59/24 145/8
**arguing [2]** 128/17 130/23
**argument [4]** 41/3 86/17 90/10 107/12
**arguments [2]** 99/23 129/9
**Arkansas [2]** 147/13 147/25
**arose [1]** 219/8
**around [19]** 7/3 7/9 15/2 25/12 41/23 68/24 74/5 112/12 113/14 114/5 173/23 211/25 212/2 212/19 212/24 222/9 222/14 222/14 222/18
**art [4]** 7/21 8/2 8/3 8/6
**article [1]** 10/2
**articles [5]** 14/15 14/17 16/6 16/12 16/13
**articulated [2]** 122/1 247/9
**articulating [2]** 121/19 121/22
**artificial [1]** 104/10
**as [252]** 6/19 7/22 8/4 10/23 12/11 12/12 12/12 12/14 13/7 14/20 16/19 16/24 17/7 21/10 21/23 21/25 27/3 27/5 28/4 28/18 31/4 31/4 33/2 33/17 38/11 38/16 38/22 39/4 39/23 40/20 41/17 41/17 42/24 48/5 50/4 50/14 52/13 53/4 54/23 54/24 55/14 55/15 55/23 57/12 57/12 58/3 58/18 58/21 58/21 60/5 63/24 65/25 69/15 69/16 73/11 75/12 75/12 75/15 75/15 76/2 76/2 76/8 77/13 79/7 80/12 81/11 84/3 84/11 84/11 85/20 86/13 86/17 86/19 87/9 88/19 88/25 90/10 90/12 94/15 96/1 97/25 99/12 100/8 100/8 100/23 107/16 109/7 109/10 113/22 114/12 114/12 121/10 125/9 126/19 128/19 130/8 130/14 130/24 134/3 139/1 143/22 144/20 145/2 146/25 147/16 147/19 147/24

**allegation** ...

**A**

**as... [145]** 148/14 148/14 149/20 150/5 150/5 150/11 150/11 150/12 152/17 152/24 153/16 155/1 155/14 158/23 158/24 159/25 162/3 162/24 163/6 163/10 163/21 164/15 165/23 166/16 166/23 166/23 167/5 167/8 168/6 168/7 169/6 171/8 171/9 172/2 174/24 176/9 177/11 177/20 178/7 178/8 178/13 178/13 179/17 179/17 182/22 186/4 189/5 189/13 189/16 196/18 197/16 198/7 202/22 204/14 204/18 208/6 208/8 209/11 209/16 212/9 214/15 214/15 216/14 217/24 218/1 218/12 218/18 219/5 220/6 220/6 221/18 221/19 221/19 224/15 226/21 227/2 227/10 227/18 228/4 228/23 232/2 232/23 233/6 233/6 234/2 234/7 234/24 235/23 236/19 238/12 241/6 241/9 242/22 244/9 245/18 247/3 247/3 247/9 250/19 251/12 251/12 254/22 255/3 255/5 255/7 255/10 255/16 255/16 259/15 259/15 259/23 260/13 261/14 261/17 263/25 264/19 265/8 265/17 267/8 267/11 268/3 268/17 269/6 270/8 270/14 272/8 273/8 275/21 276/17 277/1 277/5 277/13 278/24 283/3 283/3 283/5 283/5 285/15 287/1 287/18 288/23 291/22 291/22 291/23 291/24

**Asian [2]** 53/19 53/19

**aside [1]** 92/7

**ask [51]** 34/4 58/7 59/21 60/23 67/15 73/5 86/13 89/14 100/7 100/19 109/25 127/10 128/13 142/6 143/13 143/18 153/6 153/10 153/15 153/24 153/25 155/9 156/14 157/15 167/12 179/19 180/2 185/15 199/23 200/1 201/17 202/8 212/22 214/6 215/24 229/2 230/7 231/25 235/1 239/3 239/20 242/19 250/11 262/19 264/6 264/21 273/19 273/20 275/18 290/25 292/17

**asked [28]** 12/24 25/8 37/17 69/7 76/21 78/20 82/17 100/25 130/21 139/18 141/23 153/8 162/21 170/17 191/4 194/25 202/7 204/14 204/23 229/22 230/24 231/1 235/3 239/5 240/6 257/11 261/3 264/14

**asking [35]** 12/24 51/20 60/2 62/24 71/15 71/19 71/22 76/14 89/16 93/7 100/22 115/4 119/10 135/25 138/9 138/10 153/6 153/13 153/14 171/18 176/21 179/21 197/20 202/12 218/24 230/23 243/7 243/8 243/25 267/15 274/13 274/25 276/2 277/4 292/8

**aspect [1]** 163/4

**aspects [3]** 16/23 16/25 74/23

**assemble [1]** 173/11

**assembly [1]** 181/5

**assert [1]** 196/25

**asserted [3]** 63/2 87/9 230/23

**asserting [1]** 283/25

**asserts [1]** 272/16

**assessment [3]** 173/17 217/13 217/16

**assist [5]** 154/10 179/21 253/16 279/11 281/24

**assistance [8]** 192/21 197/20 197/23 197/23 197/24 212/8 281/11 281/20

**assistant [6]** 6/4 57/16 95/12 186/12 150/24 251/25

**assisted [1]** 281/3

**assisting [1]** 158/17

**assume [14]** 45/4 51/6 54/6 54/7 54/25 97/12 145/13 242/24 246/7 252/24 253/6 253/8 254/3 256/20

**assumed [3]** 42/3 247/12 247/13

**assumes [2]** 110/6 242/18

**assuming [5]** 97/19 123/4 125/23 135/6 234/20

**assumption [1]** 54/4

**assurance [1]** 104/17

**astronomically [1]** 81/23

**ATLANTA [10]** 1/2 1/25 6/2 6/25 8/16 8/20 11/2 84/20 293/8 293/10

**attached [6]** 1/4 74/8 166/8 167/1 198/10 286/22

**attaching [1]** 1/7

**attachment [1]** 206/4

**attack [1]** 196/21

**attacks [1]** 102/22

**attempt [6]** 75/4 192/15 192/16 250/11 266/21 267/4

**attempted [1]** 160/22

**attended [1]** 103/24

**attention [5]** 26/21 120/4 207/9 207/10 259/16

**attorney [1]** 199/20

**attributing [3]** 86/20 90/12 163/3

**audit [41]** 41/12 41/13 44/1 44/9 44/10 44/12 44/13 115/20 118/5 118/18 118/19 118/21 118/24 119/2 120/13 120/16 121/1 122/7 127/24 128/1 128/7 135/2 135/6 135/8 135/10 135/14 135/21 139/25 140/3 140/4 140/6 140/7 140/21 140/22 141/11 149/12 168/12 277/21 277/23 277/25 278/8

**auditable [1]** 41/16

**audited [6]** 118/11 120/25 121/11 122/13 149/8 188/4

**auditing [1]** 149/9

**audits [13]** 44/4 44/6 115/4 115/8 117/24 118/15 119/9 121/22 127/25 134/24 140/4 140/19 140/21

**aunt [1]** 27/9

**authenticated [1]** 255/10

**authoritative [3]** 13/11 14/11 15/3

**authority [4]** 12/8 224/10 289/24 289/24

**authorize [1]** 21/16

**automatically [1]** 51/5

**available [3]** 208/10 235/15 291/13

**average [1]** 57/13

**avoid [1]** 89/2

**aware [60]** 31/17 31/20 99/14 108/2 111/20 111/23 112/14 112/16 112/24 117/24 137/14 158/1 158/3 158/4 160/21 160/24 161/4 161/24 162/1 162/3 162/10 162/12 163/1 167/6 169/9 176/24 188/24 210/16 211/7 217/12 217/25 220/16 226/6 238/17 239/9 239/17 239/21 242/14 243/3 243/9 243/11 244/7 249/11 251/5 251/9 254/8 254/13 254/20 254/24 261/20 264/9 264/15 265/2 265/6 267/6 267/25 275/5 276/22 277/16 287/8

**awareness [1]** 269/15

**away [5]** 24/6 24/19 52/21 52/24 72/22

**B**

**Bachelor [1]** 147/12

**bachelor's [2]** 136/15 136/16

**back [77]** 8/16 11/2 11/3 14/5 14/23 18/15 20/18 23/1 27/17 27/21 41/13 42/4 56/9 72/4 75/8 79/25 82/23 89/24 89/25 90/3 93/19 103/23 104/13 109/9 111/19 115/20 116/19 117/21 118/5 121/22 122/8 127/1 128/5 128/13 129/19 131/1 131/12 131/16 131/17 131/19 132/2 132/6 132/12 132/19 143/15 143/24 145/24 149/18 149/20 165/6 166/16 168/14 173/12 175/1 186/1 191/7 197/9 197/11 199/10 199/14 205/6 206/1 206/3 217/6 217/10 238/9 243/24 247/5 248/7 265/13 266/24 267/17 267/22 273/1 283/14 287/11 287/20

**back-end [1]** 115/20

**background [9]** 30/20 48/24 54/14 72/16 104/2 126/2 137/17 152/7 173/11

**Backing [1]** 40/10

**backup [4]** 226/7 234/19 235/4 235/15

**backwards [1]** 89/22

**bad [2]** 50/24 74/1

**bailiwick [1]** 275/22

**ballot [301]**

**ballot's [2]** 21/5 56/5

**ballot-marking [4]** 51/24 151/10 168/13 199/9

**ballots [110]** 17/3 21/2 22/11 22/24 37/19 43/2 43/13 46/5 46/9 51/19 52/8 58/18 67/2 67/6 67/7 68/21 75/23 76/15 78/17 79/6 79/24 80/5 80/8 80/16 81/5 81/9 82/11 87/25 93/17 95/8 95/9 95/10 95/14 95/16 98/13 99/15 99/20 100/15 100/23 100/25 101/3 101/4 101/5 101/7 101/11 101/16 102/2 111/5 120/10 120/21 123/11 127/18 133/16 135/2 138/6 163/8 163/12 163/17 163/18 163/18 163/21 163/24 164/2 164/5 164/18 164/21 165/24 171/20 172/14 172/18 172/19 186/11 186/14 186/16 186/18 186/20 187/4 191/22 191/25 193/6 211/8 211/21 226/11 226/14 226/23 227/4 230/20 231/15 231/18 231/19 232/4 232/9 233/21 233/25 234/19 234/21 235/5 235/15 238/18 239/7 239/13 239/18 239/22 241/23 241/25 242/6 242/15 243/4 246/4 280/22

**ballpark [1]** 221/17

**barcode [5]** 20/5 20/6 22/5 30/10 32/4

**barely [1]** 53/9

**barked [1]** 71/20

**Barnes [11]** 219/15 272/2 275/22 286/14 286/21 287/17 287/22 287/23 288/15 292/7 292/10

**Barnes' [3]** 220/24 287/1 287/8

**barrier [1]** 42/7

**Barring [1]** 117/15

**Bartow [3]** 61/23 65/2 66/19

**base [2]** 267/2 286/22

**based [32]** 12/8 35/25 36/13 37/5 55/19 71/10 75/3 97/8 102/5 114/11 117/17 117/19 126/2 128/8 136/3 136/4

**B**

**based... [16]** 136/17 136/20 137/1 138/24 139/9 152/11 165/17 177/14 202/15 202/15 215/25 237/20 245/5 259/5 260/4 270/15

**bashed [2]** 53/16 53/24

**basic [3]** 14/1 173/3 251/21

**basically [9]** 8/24 13/7 60/11 171/2 174/14 190/4 219/8 221/20 272/4

**basing [3]** 84/2 85/4 159/8

**basis [18]** 54/16 76/8 83/19 84/9 87/15 88/2 88/4 89/11 101/22 106/24 130/25 180/5 180/7 218/18 233/8 236/25 262/14 274/18

**batch [2]** 172/19 172/20

**be [272]** 1/2 1/3 8/18 9/11 12/10 12/14 15/1 16/9 16/19 16/24 20/18 20/21 20/22 21/9 21/25 22/11 23/6 23/23 23/24 24/6 26/13 26/15 27/5 28/4 29/4 29/4 29/19 29/20 29/24 30/7 30/9 30/10 30/10 30/17 32/13 32/23 34/12 34/20 35/4 35/23 36/18 37/5 38/20 38/23 38/25 39/4 39/9 41/12 41/16 42/13 43/1 43/4 46/16 47/7 49/5 50/8 52/12 53/12 53/21 57/5 58/6 59/9 59/16 59/23 62/23 64/20 65/10 65/10 65/24 70/5 72/22 72/24 73/8 78/25 80/10 81/10 81/24 86/6 89/5 92/12 94/4 96/12 97/24 99/22 100/5 100/18 101/17 102/14 106/24 107/17 107/17 109/16 110/3 112/7 113/20 113/23 114/2 114/2 114/16 115/1 115/2 115/5 115/16 115/19 116/20 117/12 117/18 117/18 118/11 118/12 120/8 120/17 120/20 121/7 122/2 122/9 122/10 122/13 124/25 125/8 126/3 126/5 126/25 127/4 127/20 127/21 127/21 128/1 128/7 128/16 129/14 131/18 131/24 132/3 139/3 139/10 139/12 140/10 141/6 142/3 143/18 143/25 144/5 144/13 145/11 145/18 145/21 146/10 147/11 149/8 152/8 154/16 154/19 155/6 156/13 157/9 157/10 157/10 158/8 158/9 159/2 160/10 160/11 163/25 164/3 166/5 167/1 169/19 170/20 171/2 171/7 173/2 175/16 177/17 177/20 179/1 179/11 180/4 182/21 182/24 186/5 187/2 190/15 191/22 193/2 193/25 196/10 196/11 199/23 201/1 202/10 202/10 203/14 204/14 205/18 208/10 220/16 222/11 222/11 224/20 225/15 225/20 226/15 231/23 232/3 232/11 234/6 234/7 235/8 235/10 235/18 237/14 238/12 241/14 241/18 242/12 243/25 246/20 247/11 247/14 247/22 248/11 249/18 249/23 250/10 251/12 252/9 252/24 253/6 253/16 253/20 254/3 254/10 258/5 259/8 259/10 259/12 264/13 265/11 265/14 268/21 269/7 269/18 269/22 270/11 270/13 270/17 270/24 272/6 273/7 274/19 275/13 277/9 277/9 277/14 279/9 279/13 279/14 281/5 281/8 281/9 283/4 283/9 286/6 288/1 288/19 290/15 291/1 292/14 292/16 292/16 292/17

**bear [1]** 98/15

**beat [1]** 120/3

**beauty [1]** 125/8

**Beaver [5]** 262/6 263/4 266/9 269/25 270/12

**became [5]** 40/8 59/17 161/25 225/7 251/9

**because [133]** 12/7 12/8 17/4 18/13 19/18 20/5 21/11 22/4 23/21 24/5 25/3 25/5 25/9 25/12 26/24 27/24 30/13 32/1 32/4 35/3 36/20 39/2 49/22 51/5 52/1 52/15 54/1 54/11 54/14 59/15 59/19 59/24 64/4 65/7 65/24 68/7 70/22 71/22 72/15 73/2 73/4 73/8 73/25 74/4 74/16 74/17 76/22 76/23 78/9 81/18 84/24 85/22 88/1 89/13 94/10 95/24 95/25 96/10 97/25 99/2 101/19 102/17 102/20 107/14 113/9 113/22 115/22 119/7 121/2 122/5 126/14 128/7 128/16 128/20 129/1 129/6 129/17 129/23 131/18 131/25 133/15 133/22 134/7 135/8 140/7 143/12 145/7 148/15 149/12 159/20 167/25 170/3 170/9 170/14 170/19 171/1 171/3 172/10 177/11 179/8 190/12 192/4 197/18 197/22 197/25 199/8 199/20 204/15 207/9 212/4 223/14 229/17 230/20 234/18 235/4 237/11 237/13 241/1 241/11 242/11 243/20 246/1 246/2 247/2 247/23 249/17 253/14 257/24 258/6 259/18 264/13 288/15 292/2

**become [4]** 24/1 48/18 82/5 158/1

**BEDARD [9]** 3/5 4/16 4/18 86/18 90/10 108/7 139/18 141/23 238/2

**been [126]** 6/19 14/15 17/20 20/4 20/24 21/6 25/7 30/8 32/2 32/3 32/11 39/23 48/5 49/14 51/21 59/19 71/14 75/2 81/8 83/2 83/5 83/12 92/14 94/23 95/3 95/9 97/5 98/20 101/6 103/7 113/3 130/21 131/1 140/15 141/4 142/19 142/22 142/25 143/17 146/25 148/8 150/7 150/11 150/25 151/3 151/20 152/3 153/7 156/2 156/9 156/11 157/1 157/12 159/21 162/4 162/7 163/19 163/23 164/23 166/13 166/25 168/14 168/18 168/19 170/24 172/11 173/6 173/16 174/8 176/6 177/2 177/7 177/19 178/2 178/8 179/9 186/25 187/1 187/9 188/22 191/10 195/24 197/16 198/7 200/2 209/11 212/15 214/17 219/15 220/23 221/6 224/7 226/25 227/25 231/19 232/9 233/19 235/6 235/12 235/15 235/17 237/25 255/9 256/8 257/17 258/1 259/2 259/18 260/10 265/21 267/8 268/3 268/4 268/6 268/22 269/25 272/22 272/22 275/15 275/16 278/22 281/1 284/3 284/8 288/2 288/4

**before [40]** 1/11 9/15 18/10 29/11 30/19 31/22 33/4 38/8 46/18 67/24 71/22 99/24 104/25 106/17 149/15 152/6 153/24 162/21 166/24 168/23 169/7 174/7 174/14 180/22 193/1 195/25 210/10 210/14 211/19 211/23 212/7 213/11 213/25 219/15 219/22 219/23 223/6 290/16 290/21 293/10

**beforehand [1]** 170/12

**began [4]** 12/24 219/23 220/20 225/7

**begin [4]** 6/4 47/8 106/17 253/16

**beginning [5]** 23/22 60/8 147/18 151/20 168/13

**begins [1]** 269/3

**behalf [5]** 2/22 106/11 130/2 130/11 130/13

**behind [18]** 17/10 17/12 26/18 26/19 31/3 31/8 31/11 31/15 36/17 36/21 95/4 95/7 107/3 112/17 113/15 173/22 188/6 277/8

**being [64]** 10/8 13/25 25/24 26/21 26/22 27/1 32/5 35/8 54/13 64/19 65/5 66/24 67/1 72/23 81/14 93/19 94/17 96/1 96/7 99/5 114/16 114/17 115/18 117/4 117/7 117/10 117/13 117/18 118/4 120/8 126/10 126/20 140/3 140/7 140/8 141/15 141/20 150/3 157/8 159/25 161/17 162/14 164/25 168/10 169/25 170/10 171/13 180/22 194/10 212/1 229/22 230/19 230/23 233/12 240/24 245/6 250/15 261/20 264/14 272/15 276/18 277/2 281/18 281/19

**beings [1]** 54/24

**believe [80]** 11/23 12/5 26/24 33/25 34/7 35/16 43/3 44/4 44/6 45/8 57/16 58/15 64/17 65/8 99/24 114/14 123/20 130/20 145/10 151/18 162/18 166/20 166/21 168/24 195/12 196/13 196/13 199/2 211/9 214/2 214/20 217/19 218/2 218/8 219/18 219/21 220/4 221/6 221/8 222/17 225/11 227/20 232/25 237/2 237/17 238/7 238/21 238/22 239/10 239/16 241/3 241/3 245/14 248/10 254/7 254/17 255/6 255/10 257/17 258/23 259/6 259/9 262/10 263/14 264/4 265/22 266/19 267/16 267/18 268/1 269/14 271/17 272/25 273/1 273/7 273/10 278/2 278/22 279/5 280/10

**believed [4]** 126/1 132/21 169/24 243/13

**believes [3]** 22/14 22/15 179/5

**believing [1]** 33/24

**BELINFANTE [2]** 3/4 3/5

**belong [1]** 79/13

**below [1]** 236/5

**BEN [1]** 2/6

**bench [3]** 1/10 69/18 145/7

**benefit [1]** 179/21

**benefits [2]** 42/15 43/4

**Berkeley [2]** 15/10 15/11

**besides [1]** 157/3

**best [9]** 11/8 12/5 13/13 36/7 86/4 253/8 254/4 258/8 279/16

**better [14]** 13/9 34/4 70/16 71/7 72/12 87/12 88/1 115/4 182/6 213/19 235/12 265/21 281/9 283/6

**between [11]** 41/10 71/3 78/21 81/17 93/10 103/4 118/6 118/8 121/16 165/8 288/2

**beyond [4]** 173/14 198/2 269/12 271/2

**bicycle [1]** 147/25

**big [12]** 53/10 65/6 74/5 74/7 78/23 78/23 80/1 80/4 96/10 157/2 222/12 224/7

**biggest [1]** 78/14

**Bill [1]** 39/12

**binary [1]** 193/14

**binder [8]** 209/6 227/5 228/16 232/13 235/19 239/25 258/11 286/8

**birth [1]** 25/19

**B**

**bit [27]** 7/9 9/7 9/10 10/15 16/22 18/14 22/22 30/19 33/8 40/10 66/9 70/14 70/15 84/6 87/21 93/19 99/22 104/5 128/15 142/5 153/25 170/18 181/9 246/20 246/21 252/4 292/14
**bite [1]** 99/1
**blah [3]** 196/19 196/19 196/20
**Blake [10]** 242/3 243/10 243/13 243/16 243/21 243/25 243/25 246/9 246/9 249/20
**blank [1]** 56/11
**blind [2]** 212/20 212/25
**blindsided [1]** 290/1
**blocker [1]** 157/2
**blue [1]** 113/14
**BMD [171]** 11/15 16/21 16/23 17/16 17/17 17/18 17/22 18/9 23/22 28/2 29/16 29/21 30/3 30/20 32/3 32/19 32/21 32/25 33/23 34/6 34/22 35/13 37/24 38/10 38/24 41/2 41/6 41/18 41/20 43/18 44/1 45/16 46/1 46/8 50/3 50/6 50/9 50/10 51/10 51/25 54/8 54/10 55/8 56/5 56/7 56/8 56/11 56/21 57/4 61/22 62/3 62/10 64/13 65/1 65/21 66/2 66/4 66/5 66/21 66/22 68/13 68/15 70/17 71/2 71/4 71/5 71/6 72/10 72/11 73/22 74/25 75/4 75/5 75/7 75/12 76/11 76/24 80/12 80/15 80/24 81/11 85/22 88/3 93/6 93/12 93/13 94/18 100/20 102/6 102/8 102/10 109/11 110/23 113/5 113/12 115/23 115/23 116/17 117/4 118/6 121/13 122/2 122/15 122/25 125/3 127/6 127/8 128/22 128/22 131/22 133/7 133/8 133/9 134/3 134/5 134/10 134/15 134/16 135/3 135/19 139/21 139/24 141/23 142/3 142/8 142/10 142/22 142/25 148/16 148/18 151/23 153/1 153/17 157/1 168/12 183/15 184/9 184/10 184/15 184/24 185/12 189/25 190/4 190/8 198/16 210/7 210/10 214/3 214/9 214/11 214/18 215/3 215/11 215/15 216/11 217/13 218/21 219/10 220/9 223/10 223/23 225/9 231/10 238/19 239/7 241/23 274/12 276/12 278/24 285/5
**BMD-marked [1]** 131/22
**BMDs [60]** 19/19 43/1 46/4 53/6 59/1 59/19 60/19 60/19 64/15 64/15 64/19 68/8 70/20 72/14 74/7 74/9 77/13 77/21 79/10 82/6 83/14 83/14 85/15 85/25 86/1 87/14 91/10 94/11 94/16 94/25 95/24 96/5 96/14 98/13 100/14 100/23 109/20 113/24 120/8 133/15 133/16 211/20 212/5 218/3 218/10 218/14 221/1 221/12 221/22 221/23 226/7 226/10 230/21 233/24 235/14 237/1 259/17 260/10 261/8 276/6
**board [11]** 137/9 167/3 172/7 188/1 226/1 256/19 256/25 257/15 257/18 258/1 258/6
**bogus [1]** 225/15
**booth [3]** 67/9 79/15 194/2
**born [2]** 52/19 87/21
**borne [2]** 71/6 72/10
**borrow [5]** 80/19 81/2 81/3 82/12

**borrowed [9]** 80/21 80/22 83/2 83/14 85/16 85/16 85/17 85/23 91/18
**botched [1]** 170/20
**both [20]** 31/14 42/18 73/7 73/15 74/5 77/19 89/4 91/14 100/14 105/24 115/22 116/13 116/21 133/16 148/14 203/5 243/8 284/3 287/6 288/14
**bothered [1]** 112/13
**bottom [15]** 15/9 155/18 229/6 229/11 229/15 233/18 240/12 240/12 242/2 244/15 253/23 260/17 260/21 262/4 269/3
**box [6]** 22/24 29/12 52/8 74/13 74/14 79/23
**boxes [1]** 223/19
**BOYLE [1]** 3/9
**BRAD [1]** 1/6
**brand [2]** 222/3 223/7
**brand-new [2]** 222/3 223/7
**breach [2]** 92/9 289/10
**break [15]** 46/25 47/11 47/14 106/16 106/20 108/3 143/20 144/2 203/11 203/20 247/1 247/7 259/24 259/24 292/3
**break-in [1]** 259/24
**breath [1]** 36/5
**bridging [1]** 241/10
**brief [15]** 6/9 73/21 86/15 90/8 104/6 106/20 137/23 147/10 197/6 199/13 203/20 228/20 239/2 247/7 292/21
**briefing [1]** 129/2
**briefly [9]** 37/16 38/5 40/12 136/1 156/21 168/4 169/2 190/11 203/24
**brightest [1]** 36/6
**bring [7]** 32/20 56/18 75/14 96/9 114/24 145/18 230/18
**brings [2]** 155/13 246/7
**broadcast [1]** 49/5
**Broadcasting's [1]** 174/13
**broader [1]** 14/5
**broadly [1]** 18/21
**broken [4]** 27/15 259/18 260/10 261/8
**brought [9]** 8/4 32/17 45/13 45/13 134/10 177/7 178/2 207/9 259/16
**BROWN [9]** 2/15 2/15 4/11 4/22 5/5 40/2 43/12 199/16 200/6
**BRUCE [7]** 2/15 2/15 40/2 199/16 199/25 200/6 201/13
**BRYAN [2]** 3/6 3/7
**bubble [1]** 132/17
**bubbled [1]** 250/1
**bug [1]** 104/23
**bugs [1]** 104/19
**building [1]** 179/3
**buildings [1]** 105/12
**built [3]** 13/10 13/15 13/20
**bulkier [1]** 223/13
**bulky [1]** 223/11
**bullet [2]** 273/24 275/1
**burden [8]** 33/8 33/12 33/16 33/20 128/23 182/25 233/7 282/11
**burdening [1]** 262/18
**Burdick [1]** 288/19
**business [17]** 2/11 63/12 63/13 63/17 241/9 245/14 255/3 255/7 255/10 255/11 255/13 259/7 259/10 260/10 260/14 286/22 287/12

**bussed [1]** 10/22
**button [1]** 19/13
**buttons [4]** 50/19 56/10 110/4 133/9
**buy [3]** 91/19 92/2 192/9

**C**

**C-H-R-I-S [1]** 209/4
**cabinets [2]** 255/21 256/3
**calculation [1]** 101/4
**California [4]** 7/12 15/6 15/9 15/13
**call [35]** 6/8 23/5 25/20 39/12 46/18 47/15 48/22 59/9 84/18 84/23 85/15 130/10 143/15 146/13 157/13 180/10 186/1 203/22 204/11 204/14 208/13 208/18 225/21 234/3 249/14 249/19 249/21 249/22 263/5 263/15 263/21 263/25 265/18 270/20 272/16
**called [19]** 13/5 15/9 25/8 51/19 84/20 91/14 95/19 100/15 104/24 105/4 105/4 105/11 130/3 130/10 146/10 149/21 214/24 215/6 253/7
**caller [4]** 233/4 233/5 233/19 235/8
**calling [1]** 138/8
**calls [10]** 77/6 83/12 84/25 85/4 101/21 200/25 253/1 253/13 264/1 264/13
**came [18]** 8/16 11/3 15/3 27/21 51/22 55/10 66/16 175/18 213/3 219/16 222/17 224/19 241/23 254/19 267/23 279/6 279/8 282/22
**campaigned [1]** 22/2
**CAMPBELL [1]** 2/6
**can [191]** 9/7 9/10 9/14 9/18 12/13 13/16 14/5 14/6 14/19 16/9 16/15 17/4 20/14 21/18 22/11 23/11 23/12 24/3 24/3 24/4 27/4 29/25 34/4 34/4 34/20 35/5 38/23 40/12 41/12 41/16 41/17 44/17 46/25 47/1 47/14 49/2 49/5 53/10 54/23 57/21 59/20 61/18 62/20 62/23 63/23 65/8 68/9 74/7 76/23 78/4 79/25 81/17 82/12 85/5 85/9 85/9 87/13 88/14 88/18 89/24 97/1 97/2 97/21 98/1 98/1 98/2 99/11 99/22 100/7 100/20 101/16 102/16 102/20 102/24 111/8 112/18 113/10 113/10 113/15 114/3 114/24 115/19 116/1 116/1 116/5 116/5 116/10 116/13 116/21 116/24 117/1 118/5 119/7 121/9 123/13 123/15 123/17 123/20 123/22 123/24 124/5 124/7 124/9 124/11 125/15 125/16 125/20 126/3 126/5 126/23 131/7 131/12 143/20 144/3 145/1 145/3 145/11 148/7 149/3 149/8 151/6 152/3 153/6 155/2 156/21 160/14 165/3 167/21 168/1 170/25 171/22 174/6 177/13 177/20 178/10 180/11 182/5 182/6 183/11 185/25 186/6 186/21 187/22 188/7 188/8 192/1 192/10 193/20 196/18 197/18 202/10 202/10 207/16 212/22 213/19 214/6 215/22 215/24 215/24 216/24 217/3 217/4 217/6 218/24 230/7 231/25 233/14 234/24 238/9 239/20 242/6 242/21 246/24 247/1 247/20 248/5 248/5 258/13 260/1 264/21 264/22 268/12 274/15 274/16 274/19 277/14 284/19 284/19 289/14 289/25 292/14
**can't [46]** 19/16 20/13 24/12 30/21 38/20 44/1 50/7 54/9 54/12 55/15 59/24

**C**

**can't...** [35] 65/7 74/21 76/5 99/9 106/4 109/24 110/2 114/6 114/7 114/16 117/12 117/18 117/18 118/12 125/7 125/10 125/11 134/22 136/10 161/20 169/21 171/2 179/19 183/9 190/10 193/18 193/21 219/21 246/24 260/3 260/5 261/23 269/20 288/16 288/19
**candidate** [4] 38/19 158/22 159/24 170/18
**candidates** [8] 24/25 25/7 34/1 45/9 176/12 176/14 185/1 190/1
**cannot** [9] 19/11 62/21 86/11 122/13 149/12 152/5 169/5 173/12 182/6
**capacity** [9] 54/22 69/15 150/24 156/5 156/9 179/20 198/2 237/6 275/15
**capture** [5] 127/7 128/2 135/4 135/15 164/25
**captured** [1] 135/23
**captures** [3] 122/21 123/7 133/6
**capturing** [4] 123/2 124/14 126/20 127/4
**car** [2] 27/17 241/25
**card** [15] 65/20 65/25 66/3 163/21 184/14 184/17 214/22 214/24 215/3 273/25 274/9 275/13 286/22 287/12 288/3
**cards** [7] 8/7 8/7 58/18 65/18 65/21 72/23 72/24
**care** [9] 157/13 186/1 187/19 187/24 188/3 196/22 196/24 197/1 199/11
**career** [2] 104/7 147/17
**careful** [1] 139/12
**Carolina** [1] 7/11
**carried** [1] 240/25
**carrier** [2] 74/8 94/19
**carriers** [3] 74/6 74/7 113/13
**Carroll** [1] 61/22
**carry** [3] 53/23 75/16 102/17
**cars** [1] 239/13
**CARY** [1] 2/20
**case** [54] 4/2 6/7 40/4 42/25 53/12 76/18 81/1 87/8 98/12 108/9 108/16 114/23 128/21 140/15 148/12 148/20 149/15 150/4 152/25 168/2 168/7 168/25 171/12 171/13 178/2 180/3 180/22 183/13 186/9 186/10 190/18 191/13 194/19 213/14 215/13 216/6 217/24 225/19 225/21 226/7 232/11 234/23 237/22 246/4 250/20 254/5 257/16 259/20 262/17 264/17 272/22 282/10 282/17 289/5
**cases** [13] 55/8 68/19 70/25 76/14 97/5 155/24 156/1 196/21 224/5 257/16 257/17 258/4 289/2
**cash** [1] 82/9
**cast** [39] 12/11 12/14 16/19 16/24 19/14 20/4 20/13 20/24 21/2 21/6 21/10 21/23 21/25 27/3 27/5 28/4 28/15 28/15 28/18 28/20 28/21 28/22 34/8 38/14 38/22 39/4 103/16 126/18 148/4 164/25 165/8 165/25 166/1 166/8 166/10 167/1 192/20 276/17 277/1
**casted** [1] 24/15
**casting** [4] 29/5 29/17 141/14 193/1
**catastrophic** [3] 160/3 160/10 160/12
**catch** [7] 36/5 56/17 125/1 125/2 125/3

**category** [2] 196/11 196/11
**Catoosa** [1] 61/23
**caught** [1] 101/17
**causation** [3] 288/19 288/24 289/1
**cause** [10] 155/4 162/4 162/6 163/3 166/13 166/16 167/4 288/25 288/25 290/23
**caution** [1] 263/17
**center** [9] 8/25 9/1 9/2 9/3 9/6 26/21 71/15 249/21 265/15
**central** [7] 147/25 205/8 205/12 206/7 206/24 206/25 207/2
**certain** [10] 20/21 26/8 28/19 155/14 157/17 186/24 189/18 250/5 250/9 261/23
**certainly** [25] 9/9 89/18 159/11 210/21 223/2 223/13 224/3 224/7 224/25 225/5 226/24 232/10 235/11 235/18 242/25 243/1 246/5 249/18 250/19 256/22 265/14 265/22 267/6 274/4 275/17
**certify** [2] 212/9 293/8
**cetera** [5] 95/6 96/23 154/11 188/4 191/3
**CGG** [10] 40/8 48/20 48/22 57/9 57/12 57/15 60/3 96/4 106/11 106/12
**chain** [15] 85/15 227/11 232/18 233/18 240/12 250/18 251/1 251/15 251/17 252/3 258/18 266/8 268/20 269/12 287/22
**chair** [1] 267/12
**challenging** [1] 114/22 282/23
**chance** [1] 108/7
**change** [14] 81/4 129/1 173/6 173/7 176/7 190/25 191/17 211/20 211/20 212/5 212/7 212/9 212/9 212/13
**changed** [7] 12/19 153/4 172/11 176/20 176/23 176/24 290/9
**chaotic** [1] 66/19
**characteristics** [1] 186/24
**characterization** [1] 37/9
**characterize** [1] 266/22
**charge** [5] 81/25 92/20 105/10 283/5 284/1
**charged** [4] 52/22 59/23 138/19 284/3
**chase** [1] 41/4
**chat** [1] 208/5
**cheat** [2] 56/18 134/10
**check** [27] 18/16 23/12 50/9 52/2 65/12 65/16 65/17 65/24 67/8 67/10 73/1 75/5 76/11 77/2 79/12 79/16 109/19 109/20 132/25 133/2 133/5 133/7 133/8 140/21 185/1 236/25 263/17
**check-in** [5] 65/24 73/1 236/25
**checked** [10] 30/7 34/11 76/15 76/22 119/16 120/5 134/16 184/7 184/8 214/22
**checking** [2] 23/8 56/8 75/6 76/23 76/24
**checklist** [1] 67/21
**checklists** [1] 59/9
**checks** [5] 119/12 119/17 119/18 140/22 215/2
**chemistry** [2] 147/12 147/14
**Cherokee** [6] 147/5 148/23 273/25 274/6 274/6 274/9
**Chicago** [1] 87/21
**chief** [11] 144/9 144/10 209/21 225/3

**child** [3] 51/16 51/18 75/16
**child's** [1] 112/13
**children** [2] 52/5 75/14
**choice** [3] 128/22 130/10 149/22
**choices** [6] 30/1 30/1 38/2 38/3 56/20 56/21
**choose** [2] 26/15 121/9
**chose** [2] 193/4 211/13
**chosen** [1] 129/16
**CHRIS** [5] 5/6 203/16 208/18 209/3 209/10
**CHRISTIAN** [1] 2/10
**chronic** [1] 106/3
**church** [4] 96/5 96/6 96/20 96/20
**churches** [1] 96/2
**CIO** [1] 9/24
**Circuit** [2] 289/3 289/4
**circulating** [1] 282/19
**circumstance** [4] 126/9 126/16 128/9 282/23
**circumstances** [10] 124/13 134/21 135/3 135/18 135/21 154/24 157/17 167/6 179/23 271/1
**CISA** [4] 186/2 283/17 283/21 284/10
**CISA's** [1] 283/15
**cite** [1] 1/4
**citizen** [2] 52/19 79/13
**citizens** [2] 53/4 154/10
**city** [10] 22/14 79/5 82/18 91/14 91/20 91/21 105/10 125/6 141/5 293/10
**claim** [8] 98/15 155/15 155/16 169/25 170/9 170/9 260/2 264/16
**claimed** [2] 177/12 189/25
**claiming** [1] 152/8
**claims** [8] 163/7 163/15 168/2 171/19 186/9 186/10 262/17 282/10
**clarification** [7] 62/5 201/17 223/5 257/7 281/7 287/7 289/8
**clarified** [1] 89/5
**clarify** [22] 90/5 90/23 103/19 104/1 109/12 110/11 132/14 137/8 138/16 187/22 193/23 197/18 199/17 199/23 199/23 200/2 205/4 208/19 219/13 222/24 267/10 287/3
**clarifying** [2] 108/6 156/4
**class** [2] 10/22 23/20
**classes** [1] 193/20
**Clayton** [7] 83/12 83/15 84/4 85/23 85/24 91/8 91/19
**cleaner** [1] 213/18
**cleaning** [1] 95/4
**clear** [12] 34/4 100/8 103/24 107/17 116/20 130/3 202/25 220/10 259/8 260/7 269/7 273/21
**clearinghouse** [1] 13/8
**clearly** [6] 9/18 130/11 130/15 170/24 200/14 282/20
**clerks** [2] 82/18 91/15
**click** [1] 29/2
**client** [3] 153/6 170/24 204/9
**client's** [1] 179/21
**climate** [1] 53/17
**clip** [1] 144/21
**clips** [1] 144/22
**clock** [2] 143/22 168/1
**close** [4] 18/15 93/7 112/12 197/3

**C**

closed [3] 94/17 94/18 213/7
closely [2] 271/20 271/22
closer [3] 9/10 49/4 49/5
closing [1] 94/9
cloud [1] 265/19
CM [2] 1/2 1/3
CM/ECF [2] 1/2 1/3
COALITION [11] 2/13 40/3 40/6 48/9
48/15 57/7 149/21 152/25 188/20
199/16 201/25
Cobb [17] 59/2 61/25 62/1 62/7 64/14
65/23 66/13 67/4 70/12 73/25 73/25
74/5 74/19 93/13 94/19 113/13 229/14
code [50] 15/7 15/18 17/4 17/7 29/21
30/13 31/5 50/7 50/7 54/8 54/9 54/11
109/15 114/14 114/15 116/17 116/20
118/15 119/24 120/6 120/7 120/14
120/20 121/2 121/14 121/23 122/6
134/22 137/4 137/12 139/19 139/23
140/9 142/21 142/25 152/17 192/9
193/14 194/4 194/8 196/3 196/6 211/16
276/9 276/13 276/14 276/15 277/8
277/12 278/15
coded [1] 65/21
codes [3] 103/1 119/15 277/12
coffee [12] 22/10 99/4 169/16 178/1
178/4 200/8 202/21 286/19 286/21
287/2 288/22 289/10
cofounder [2] 149/24 189/8
cognitive [4] 48/25 104/10 136/14
136/15
collected [3] 15/21 16/8 136/23
collecting [3] 15/22 161/13 199/3
collection [2] 8/6 8/10
collections [1] 8/11
collective [1] 21/13
college [8] 7/15 7/24 49/1 49/11
103/25 104/12 104/16 136/4
column [1] 10/5
columns [1] 211/25
combination [1] 245/23
come [29] 8/17 11/2 15/7 23/11 36/22
46/22 51/4 53/22 58/2 58/3 58/18 72/16
97/1 109/9 116/19 145/23 151/22 155/7
163/2 178/15 188/5 217/6 217/10 219/5
222/10 225/20 247/5 257/21 274/23
comes [7] 29/20 51/1 55/14 56/13
75/15 113/6 174/1
comfortable [2] 26/19 106/25
comical [1] 66/9
coming [16] 10/7 37/3 49/18 57/3
57/21 60/25 61/4 65/5 115/5 150/2
218/19 238/18 239/7 248/13 272/2
275/5
comma [1] 243/21
command [4] 250/18 251/1 251/15
251/17
comment [2] 179/14 199/10
commenting [1] 162/23
comments [1] 193/9
commission [10] 50/25 111/11 158/23
210/11 210/14 210/17 210/23 211/4
211/12 212/8
commissioner [1] 125/6
common [5] 75/4 75/6 77/21 150/2
154/12

commonalities [1] 79/9
CommonSpirit [1] 196/16
commotion [1] 257/25
communicate [5] 182/5 212/23 219/2
257/12 271/22
communicated [3] 20/6 257/22 281/21
communication [3] 212/16 220/5
220/15
communications [4] 8/24 10/1 144/13
252/3
community [2] 42/17 154/20
companies [3] 105/13 105/24 106/1
company [1] 105/6
Compaq [3] 105/2 105/14 106/3
compare [3] 18/16 51/25 56/14
compared [2] 93/12 278/14
complain [2] 50/21 51/3
complainant [1] 245/4
complaint [16] 111/19 191/23 224/22
225/15 228/11 230/9 231/9 231/10
233/22 234/23 241/2 255/15 259/2
259/16 260/4 261/11
complaints [12] 109/11 154/24 189/13
224/16 224/18 224/18 234/3 247/23
248/10 248/18 249/22 258/4
complete [11] 6/14 37/22 39/19 47/25
120/13 146/20 200/16 209/1 225/25
230/1 283/20
completed [2] 47/12 67/19
completely [5] 120/9 120/21 193/2
250/22 269/18
complex [3] 17/9 37/7 170/13
compliant [3] 157/4 191/21 191/24
complies [1] 227/7
component [2] 195/8 195/15
components [7] 14/4 196/10 215/22
223/14 234/7 238/4 238/5
compressed [1] 281/18
compromised [4] 126/3 126/5 127/1
256/9
computer [38] 1/21 26/18 26/19 31/5
40/20 48/25 50/12 50/20 50/20 50/24
50/25 54/14 54/23 72/14 72/15 77/1
89/4 104/9 104/22 104/24 105/2 105/9
105/14 106/1 110/5 126/2 136/4 147/13
173/3 179/2 179/16 196/17 201/14
267/13 268/1 268/2 286/23 287/3
COMPUTER-AIDED [1] 1/21
computers [6] 8/9 10/6 54/15 105/11
105/20 173/3
concentrated [1] 84/19
concern [35] 17/7 25/4 55/19 55/22
114/11 115/13 118/14 119/11 119/14
119/23 120/5 121/18 121/21 149/18
163/10 163/14 164/1 164/3 176/9
176/11 193/25 194/3 194/4 194/5 194/8
202/12 202/16 224/22 234/9 248/12
250/14 265/19 269/11 282/7 282/24
concerned [11] 16/23 17/8 24/1 24/14
152/15 157/16 196/3 196/6 242/9
275/12 282/23
concerning [3] 73/16 180/4 237/18
concerns [18] 21/24 36/23 39/2 107/19
107/19 113/5 151/22 152/1 152/20
153/25 156/16 156/20 156/22 194/7
196/8 202/8 202/9 249/12
concluded [1] 106/17
conclusion [1] 102/12

conclusions [1] 76/4
concrete [1] 99/12
concur [1] 169/3
conditions [2] 146/8 155/3
conduct [11] 80/24 149/7 224/13
226/13 226/22 232/4 243/14 244/1
277/23 278/18 288/20
conducted [16] 63/6 70/20 77/13 77/21
93/12 99/25 108/25 135/14 148/5
159/24 160/7 161/10 217/12 277/17
278/10 278/11
conducting [1] 84/7
conduit [1] 177/20
confer [1] 143/20
conferred [2] 46/19 46/23
confidence [19] 12/13 12/13 12/15
12/17 16/18 21/9 22/17 27/4 28/3 35/5
35/6 35/9 35/11 35/24 35/25 36/14
36/18 118/4 149/7
confident [6] 45/5 45/7 45/12 45/19
45/22 110/16
configuration [1] 113/14
confine [1] 151/9
confirm [14] 46/3 110/24 116/1 116/5
116/11 116/13 116/21 116/24 127/12
192/11 239/17 239/21 242/14 243/3
confirmation [1] 175/2
confirmed [4] 19/17 134/18 134/25
214/16
conformity [1] 179/23
confused [3] 120/15 121/3 214/7
confusing [1] 18/14
confusion [1] 142/5
conglomerate [1] 105/3
connect [3] 129/5 241/14 259/25
connected [3] 129/13 149/25 237/15
connection [3] 195/2 262/15 263/7
connects [1] 220/4
consequences [1] 52/18
consider [12] 28/18 29/17 29/24 30/2
30/3 30/12 30/15 30/17 171/2 199/11
220/7 237/10
considerable [1] 179/16
consideration [1] 174/23
considered [5] 140/3 140/7 140/8
155/21 288/25
considering [1] 171/1
consistent [2] 68/2 175/19
consistently [1] 76/17
constitute [1] 293/9
Constitution [1] 53/12
constitutional [6] 52/18 53/2 156/17
168/9 233/7 289/1
constitutionally [1] 153/1
consult [2] 180/10 257/6
consumers [1] 175/14
consuming [1] 88/9
contact [7] 249/19 249/25 250/2 252/4
267/19 272/5 288/2
contacted [1] 197/19
contained [3] 63/22 259/11 276/16
container [1] 95/11
containing [2] 102/2 255/21
contains [2] 139/21 166/1
contend [2] 191/24 192/4
content [3] 56/5 56/15 63/11
contention [1] 88/24
contentions [1] 170/5

**C**

**contest [3]** 118/11 120/11 278/19
**contests [3]** 57/2 75/24 120/25
**context [5]** 147/24 170/17 188/11
216/23 288/23
**continue [10]** 8/19 47/1 55/3 87/1
88/16 90/16 91/25 131/1 208/13 246/18
**continued [6]** 4/2 6/7 7/25 15/19 59/13
215/10
**continues [1]** 269/4
**continuing [2]** 143/14 284/8
**contract [4]** 218/9 273/1 273/4 273/11
**contractor [4]** 181/11 273/2 273/5
273/5
**contractors [3]** 273/5 279/11 282/22
**contrary [1]** 139/8
**control [2]** 103/13 201/23
**controlling [2]** 117/25 253/21
**convened [1]** 210/11
**conversation [1]** 145/3
**conversations [2]** 91/16 270/4
**converted [1]** 193/16
**cooperation [1]** 219/7
**coordinate [1]** 284/25
**copied [5]** 243/13 254/14 266/13 269/1
269/4 269/6 276/3 283/8 287/22
**copy [2]** 216/20 254/14
**copying [1]** 232/19
**corner [1]** 113/25
**corners [8]** 78/25 79/8 80/4 80/6 80/10
95/7 101/2 113/25
**Corporation [2]** 105/2 105/15
**Corps [1]** 7/9
**correct [238]** 18/17 28/15 29/7 30/13
30/14 30/21 30/22 30/25 31/1 31/12
31/13 31/16 31/24 31/25 32/10 33/6
33/21 34/23 35/2 35/10 35/14 37/3 37/6
38/11 38/17 38/17 38/21 43/14 43/19
43/20 44/2 44/22 44/23 45/3 45/14
45/17 45/20 45/17 50/10 50/11 56/10
75/9 80/25 103/15 108/3 108/9 108/10
108/17 108/18 108/20 108/22 108/24
108/25 109/1 109/3 109/5 109/17
109/22 110/14 110/15 110/17 110/21
110/22 110/24 110/25 111/5 111/25
112/23 113/2 113/7 113/19 114/9
114/18 115/16 115/24 116/3 116/11
116/12 116/15 116/23 117/4 117/5
117/7 117/8 117/11 117/20 117/23
118/1 118/2 118/13 119/25 120/1
122/23 123/3 123/8 124/15 124/16
125/16 125/20 125/25 126/3 126/11
126/13 126/15 126/22 126/24 127/5
127/15 128/4 132/4 132/20 132/23
133/6 133/17 133/21 133/23 134/4
134/16 134/17 134/20 134/22 134/25
135/1 135/4 135/16 136/18 138/6
140/16 140/17 140/20 140/22 140/25
141/16 142/19 142/20 151/23 151/24
152/9 152/10 152/12 152/13 161/14
163/3 166/6 166/9 167/16 179/14 181/3
181/13 183/18 185/10 187/10 187/16
188/3 188/17 188/19 189/20 192/25
193/9 193/17 194/9 194/12 195/6
195/17 196/4 204/19 205/13 205/15
210/9 211/9 211/18 212/13 212/14
213/1 213/13 213/16 214/19 214/23

217/13 217/17 217/23 218/4 218/7
222/1 222/23 223/8 223/9 223/21 226/9
226/12 226/14 227/13 230/11 231/15
236/16 239/19 239/23 241/25 242/16
243/5 244/18 250/17 253/25 254/1
255/1 256/10 256/11 257/2 261/1 261/2
261/16 261/20 263/2 264/11 265/5
266/21 271/15 271/16 271/19 274/12
277/21 277/24 278/2 278/12 278/13
279/2 279/14 279/19 285/1 285/8
285/18 287/10
**corrected [1]** 177/3
**corrections [1]** 125/10
**corrective [1]** 246/15
**correctly [26]** 50/12 50/14 51/4 56/11
72/24 109/16 114/17 115/14 115/19
117/13 117/19 118/4 133/6 133/10
135/4 135/15 135/19 135/23 157/11
178/9 178/16 179/6 186/14 187/13
200/12 207/24
**corresponding [1]** 166/11
**corroborated [1]** 174/25
**cost [3]** 81/22 82/2 279/13
**could [101]** 8/10 9/15 17/1 19/4 20/19
20/20 20/21 20/21 20/22 20/23 20/23
22/4 22/5 28/16 28/16 33/15 34/2 34/12
35/22 41/6 42/5 42/5 43/16 44/14 53/20
56/16 60/24 69/15 69/25 71/1 84/11
101/6 104/5 104/21 110/16 110/19
110/19 110/20 110/23 110/23 111/1
111/3 111/7 111/15 113/18 113/20
113/21 120/4 120/10 121/13 128/14
131/19 131/24 131/25 132/2 132/2
133/11 133/14 141/2 141/4 141/6 147/3
147/9 147/25 148/3 167/1 172/17
196/22 199/22 202/21 215/21 221/19
221/20 223/3 225/21 227/5 232/13
237/19 243/11 248/4 249/17 249/19
249/22 249/22 250/9 250/19 251/17
258/10 266/3 272/16 275/20 276/15
277/8 277/9 281/24 286/6 286/7 286/8
289/7 290/5 290/15
**couldn't [11]** 32/9 46/21 59/21 59/21
66/2 68/18 72/23 73/8 221/15 276/15
278/17
**council [4]** 91/20 91/21 141/6 291/18
**counsel [26]** 48/9 71/14 85/9 88/23
89/15 106/21 107/3 108/7 128/14
129/19 144/3 158/6 161/17 170/1 170/2
170/7 183/10 185/23 195/22 195/23
204/13 208/5 246/9 248/5 291/23
292/17
**counsel's [1]** 180/25
**counsels [1]** 48/9
**count [25]** 21/3 41/7 54/12 70/25
118/18 135/19 140/24 141/9 157/21
160/7 160/25 170/20 170/21 193/6
194/11 202/18 202/20 277/17 277/23
277/25 278/2 278/3 278/8 278/11
278/18
**counted [61]** 12/11 12/14 16/19 16/24
20/22 21/6 21/9 21/23 21/25 24/2 24/11
24/15 27/3 27/5 28/4 28/18 29/12 29/22
33/2 33/5 35/5 35/10 35/16 35/19 37/18
38/20 38/22 39/1 39/4 45/5 46/1 50/8
52/12 54/13 79/24 80/9 109/16 114/17
114/17 115/1 115/2 115/14 115/19

114/4 117/7 117/10 117/13 117/18
118/4 127/20 127/21 139/22 140/16
141/12 141/20 142/19 143/1 161/5
161/7 191/25 192/23
**counter [1]** 20/22
**counterfeit [8]** 163/8 163/11 164/20
186/11 186/14 186/16 186/21 187/4
**counterfeited [1]** 187/9
**counties [75]** 59/5 61/21 61/23 68/10
73/25 78/14 79/3 80/19 81/22 82/9
82/23 84/19 92/19 94/19 213/11 213/21
214/4 214/10 214/16 218/21 219/2
219/5 219/6 219/10 219/25 220/1 220/5
220/11 220/12 220/16 220/21 220/21
221/4 221/13 222/3 222/19 222/22
222/25 222/25 223/3 226/19 231/22
237/21 245/12 246/22 249/12 251/4
251/5 251/20 251/22 252/2 252/9
262/25 263/17 263/22 263/25 264/4
264/4 265/20 272/3 275/10 279/12
279/17 279/24 280/8 280/10 281/10
281/19 281/22 281/25 285/3 285/6
285/12 285/15 286/5
**counties' [1]** 224/3
**counting [2]** 120/9 162/6
**country [3]** 26/25 36/6 196/17
**counts [8]** 29/10 58/20 73/3 73/4 73/7
73/14 117/25 140/5
**county [146]** 6/2 21/7 22/10 23/4 25/8
48/11 48/12 49/12 51/20 53/9 56/25
58/19 59/3 61/25 62/7 65/2 65/2 67/4
70/13 73/3 73/5 74/5 74/6 74/6 78/12
78/15 78/15 79/5 80/22 81/2 81/15
81/19 81/20 83/4 83/7 83/8 83/11 83/12
84/4 84/15 84/23 85/4 85/24 91/8 91/19
92/4 93/13 93/14 93/15 108/12 147/5
148/24 148/25 157/20 157/24 158/23
160/8 160/17 160/21 162/13 164/7
164/8 164/9 164/10 164/15 164/16
166/9 167/3 167/10 167/11 168/14
168/15 169/17 170/19 172/3 172/7
178/1 178/4 181/10 181/11 200/9
202/21 213/7 213/13 221/19 221/20
226/25 227/3 229/15 233/23 234/14
236/1 238/5 239/19 239/23 240/24
240/25 242/16 243/5 243/11 243/19
244/1 245/22 246/16 249/25 250/2
250/19 250/23 250/25 251/8 251/19
251/22 252/4 252/8 252/10 252/15
252/16 252/19 253/7 253/13 253/13
256/8 265/13 266/15 266/21 267/5
274/6 274/9 278/25 279/9 279/13
279/14 280/12 280/16 282/3 282/5
284/25 285/19 285/23 286/3 286/4
286/19 286/21 287/2 288/23 289/10
**county's [2]** 22/24 23/1
**countywide [1]** 85/24
**couple [9]** 150/18 151/21 155/22 157/5
172/25 180/24 249/1 249/3 267/16
**courage [1]** 27/22
**course [37]** 24/22 26/19 63/7 63/14
99/18 106/22 107/2 129/7 131/4 145/23
153/6 158/10 177/18 178/20 179/1
180/9 184/9 191/17 193/14 193/19
200/24 203/25 226/2 227/18 232/23
236/18 240/18 241/8 244/19 254/9
257/20 258/14 258/22 262/9 266/18
272/7 287/17

**C**

court [50]  1/3 1/6 1/9 1/1 1/23 53/3 61/9 63/1 76/3 83/20 88/5 98/25 99/1 106/18 143/25 145/3 147/3 147/9 149/16 151/20 153/13 153/14 153/15 153/15 155/24 156/25 165/3 166/24 168/7 168/16 168/17 168/8 168/25 169/7 169/11 178/11 180/2 180/4 187/17 190/20 203/18 218/6 218/20 248/7 288/21 293/6 293/7 293/10 293/17 293/17
courtesy [1]  204/17
COURTHOUSE [1]  1/24
courtroom [2]  204/1 204/5
courts [1]  191/1
covered [3]  64/5 64/6 78/21
COVID [2]  24/22 59/15
create [2]  31/6 225/17
created [7]  10/1 57/20 59/8 165/11 165/25 172/2 190/6
creates [1]  41/12
creating [5]  42/13 57/16 90/19 158/18 161/13
creation [1]  172/17
crew [1]  95/4
crimes [1]  53/18
crisp [1]  265/17
critical [1]  186/4
criticism [1]  103/6
cross [16]  2/4 4/6 4/12 4/15 4/21 5/7 28/7 43/8 47/10 68/4 69/23 107/24 180/8 180/16 203/22 209/12
Cross-Examination [10]  4/6 4/12 4/15 4/21 5/7 28/7 43/8 107/24 180/16 209/12
cross-examine [1]  180/8
cross-talk [2]  47/10 68/4
CRR [3]  1/23 293/16 293/16
cumbersome [1]  74/5
cumulative [1]  248/14
curatorial [1]  8/4
cured [1]  69/7
cures [1]  255/10
CURLING [5]  1/4 2/2 145/16 145/23 146/3
current [22]  11/15 16/21 16/23 29/14 46/4 46/8 46/8 53/17 134/2 144/12 149/6 150/6 151/23 152/16 152/18 153/17 163/10 170/1 174/23 237/15 238/10 285/5
currently [7]  49/12 81/9 125/2 147/4 147/5 168/10 186/3
curve [1]  224/3
custody [1]  85/15
cut [1]  41/4
CV [1]  1/6
cyber [2]  286/1 287/14
cyber-type [1]  286/1
cybersecurity [13]  40/21 82/14 82/19 108/19 210/17 210/19 210/20 210/22 211/3 211/11 264/19 267/12 286/3
cycle [2]  78/6 195/17

**D**

D-A-V-I-S [1]  146/22
D-I-G-G-E-S [1]  39/20
D-O-N-N-A [1]  6/16

dad [1]  52/19
dad's [1]  148/2
daily [2]  54/24 218/18
DANIEL [1]  3/8
DANIELLE [1]  3/8
data [20]  158/18 161/13 161/17 161/20 161/21 161/22 167/18 171/5 172/2 172/4 172/9 172/12 178/6 182/18 193/16 193/18 193/21 213/8 247/13 259/20
data-gathering [1]  158/18
database [1]  255/23
date [5]  25/20 172/20 236/6 279/7 279/8
dated [9]  177/5 227/12 232/20 236/1 258/19 260/7 262/6 266/10 271/14
daughter's [1]  51/23
DAVID [4]  2/4 2/23 2/24 292/6
DAVIS [24]  2/19 2/21 2/22 4/19 144/6 145/13 145/21 146/10 146/13 146/21 146/24 169/3 180/18 194/18 196/3 197/4 198/8 200/6 201/21 204/14 204/20 204/23 205/23 208/9
day [21]  42/9 42/10 61/1 77/19 96/9 96/10 112/10 176/5 207/20 222/15 249/13 249/15 253/22 254/11 261/1 264/3 264/5 264/5 274/23 290/13 293/13
days [7]  1/4 51/22 96/11 104/16 104/16 151/21 152/4
de [2]  212/9 212/13
deadline [2]  134/7 148/15
deal [5]  190/22 227/3 269/24 273/21 290/20
dealing [9]  47/3 173/16 173/18 253/10 267/12 273/21 275/23 284/3 284/4
deals [2]  259/17 275/23
dealt [1]  272/1
debugging [1]  104/19
decades [2]  157/5 172/25
Decatur [1]  290/15
December [4]  170/2 266/10 269/6 284/9
December 30 [2]  266/10 269/6
decertification [2]  15/12 15/14
decide [2]  82/10 155/16
decided [4]  81/21 92/1 118/13 141/6
decision [2]  118/25 289/22
decisions [1]  69/24
declaration [11]  198/10 215/13 216/5 216/8 216/9 216/10 216/11 216/15 216/22 217/2 280/2
declarations [2]  216/7 218/6
declare [1]  152/25
declined [2]  197/22 197/24
decrease [1]  176/15
deemed [1]  273/6
deep [2]  268/10 268/14
deeper [2]  54/25 55/1
defend [1]  60/1
defendants [6]  1/7 3/2 98/12 98/15 241/9 245/10
defense [2]  99/14 264/18
defenses [1]  168/2
defer [3]  85/8 169/11 276/2
deficiencies [1]  168/9
deficient [1]  153/1
defined [1]  126/19

definitely [6]  24/3 33/19 72/13 73/24 78/11 282/19
definition [5]  31/7 62/25 118/21 124/17 128/10
degree [8]  61/6 136/4 136/10 136/13 147/14 215/24 250/6 250/9
degrees [2]  48/25 70/13
DeKalb [10]  74/4 74/5 74/19 113/13 157/20 157/24 160/17 170/19 233/23 234/13
delay [1]  184/22
delegated [1]  282/5
deliver [2]  22/24 96/11
democracy [2]  26/25 52/16
demonstrations [1]  219/3
department [7]  9/22 9/23 215/25 259/11 283/6 284/1 291/15
depend [1]  22/7
depended [1]  250/4
depending [4]  44/25 113/9 129/2 182/17
depends [2]  169/15 251/3
deploy [1]  148/24
deployed [3]  150/3 157/9 157/10
deployment [1]  273/2
deposition [2]  130/9 280/3
depositions [2]  144/14 144/15
deputy [1]  243/10
describe [5]  64/9 165/3 167/13 174/6 178/10
described [2]  178/8 265/3
describing [2]  68/2 167/24
description [2]  255/20 260/25
design [1]  8/10
designated [3]  54/18 108/16 249/18
designed [1]  292/9
desire [1]  191/20
despite [2]  33/20 35/13
destroy [1]  43/24
destroyed [1]  25/5
detail [1]  89/6
details [2]  67/23 150/4
detection [1]  186/11
determination [6]  170/19 212/12 264/10 264/14 265/3 265/9
determine [14]  18/20 21/16 151/14 154/22 155/10 164/14 166/12 175/19 192/21 243/15 254/9 256/8 256/15 276/13
determined [5]  15/17 162/5 162/7 170/1 225/15
determines [3]  21/14 155/9 285/19
determining [2]  58/3 205/23
developed [1]  10/8
device [6]  51/25 151/10 168/12 168/13 206/23 214/24
devices [1]  199/9
devoted [1]  106/5
diagrams [1]  60/24
dialogue [1]  89/17
DIANE [1]  3/7
did [215]  7/1 7/5 7/6 7/7 7/10 7/15 7/16 7/17 7/20 7/22 7/23 7/24 8/3 8/15 8/17 8/19 8/21 8/22 11/14 12/23 13/3 13/21 17/17 17/23 18/21 18/25 19/1 19/2 19/5 19/8 19/24 20/11 22/7 23/7 23/25 25/14 25/16 26/4 26/15 27/24 27/25 29/11 35/13 37/24 40/10 42/5 48/18 51/4

**D**

**did... [167]** 51/14 51/23 51/24 53/24 54/4 59/7 60/11 60/15 60/16 62/17 64/1 66/17 67/17 67/18 68/16 73/14 75/20 76/20 77/7 80/7 80/8 81/2 84/16 85/21 85/22 91/10 91/12 92/3 92/7 92/9 92/24 93/2 95/16 104/9 104/16 104/23 104/25 105/16 106/9 111/22 112/8 112/9 115/9 121/13 133/7 133/24 135/19 138/10 148/16 148/21 148/22 149/22 153/10 157/21 157/22 158/1 164/4 164/16 166/7 166/8 166/12 166/14 172/6 172/14 172/14 172/22 173/1 173/12 173/22 173/25 175/25 176/16 176/16 176/22 178/15 178/18 178/19 181/4 181/8 181/18 181/19 183/9 183/14 183/16 184/16 185/6 185/7 185/15 185/17 185/20 186/14 195/25 199/5 199/7 200/10 200/10 200/13 205/23 206/2 207/18 209/18 210/13 210/14 210/15 213/3 213/5 213/11 214/1 214/3 214/5 214/9 214/13 214/20 217/14 217/18 218/8 218/24 218/24 219/8 219/9 219/25 226/25 227/18 227/20 232/6 232/23 232/25 233/24 234/11 234/21 239/22 240/18 242/15 242/24 243/4 243/15 244/7 252/20 253/3 253/6 254/3 256/2 256/14 257/4 257/10 257/12 258/22 258/23 262/9 262/10 263/12 263/12 263/21 263/25 264/10 265/4 266/18 266/19 267/14 269/15 270/4 270/10 271/3 276/21 277/23 277/25 279/12

**didn't [58]** 11/1 19/21 23/2 23/3 23/25 25/3 26/2 26/10 26/11 32/1 32/6 32/18 38/1 38/2 41/22 59/16 64/3 77/8 81/1 85/25 91/5 107/7 112/22 125/5 125/17 128/2 128/5 132/11 132/17 138/21 161/18 181/7 181/18 185/13 185/14 198/5 200/17 206/19 207/10 213/2 213/4 213/5 213/25 219/13 219/14 223/1 223/17 223/23 224/2 224/5 239/18 250/21 254/7 257/3 268/7 270/10 283/20 291/7

**Diebold [6]** 148/20 148/22 148/24 153/20 153/21 181/3

**Diego [6]** 7/12 7/13 7/19 8/1 8/3 8/13

**differ [1]** 140/2

**difference [9]** 81/17 93/10 115/22 118/6 118/8 118/10 122/14 122/15 234/25

**differences [1]** 62/17

**different [35]** 18/16 35/2 58/19 62/18 67/22 68/11 87/7 94/14 98/14 107/19 136/24 140/9 140/10 142/23 169/16 170/5 170/6 170/18 170/21 172/12 172/20 174/17 190/5 191/18 202/11 212/24 216/2 223/22 230/15 234/6 238/4 251/20 270/15 287/6 291/6

**differently [3]** 143/1 251/20 252/5

**difficult [3]** 65/3 65/3 65/9

**difficulty [4]** 56/4 57/4 151/8 151/18

**DIGGES [13]** 2/13 2/13 2/18 2/18 4/10 39/13 39/20 39/22 40/2 40/4 43/10 44/20 46/14

**direct [12]** 4/5 4/11 4/14 4/20 6/20 39/24 48/6 103/18 136/2 141/14 147/1

269/23

**directed [1]** 139/19

**directions [2]** 64/10 281/7

**directly [5]** 9/25 224/19 249/20 250/20 252/10

**director [35]** 144/11 166/21 209/16 210/6 213/6 214/21 215/6 217/20 224/15 225/6 226/21 227/2 227/19 228/23 232/3 232/24 234/13 236/19 243/10 249/25 251/8 252/11 253/7 261/14 264/19 265/8 267/8 268/3 272/8 281/3 281/6 282/3 282/5 284/24 287/18

**directors [2]** 253/14 264/3

**disclosing [1]** 160/16

**disclosures [1]** 160/17

**discouraged [1]** 157/13

**discovered [4]** 158/3 158/4 158/21 255/22

**discovery [2]** 183/13 194/18

**discrete [1]** 199/17

**discretion [1]** 225/22

**discuss [3]** 146/4 168/3 291/19

**discussed [3]** 237/17 245/9 264/10

**discussing [1]** 163/5

**discussion [7]** 88/21 96/24 98/7 128/16 129/8 129/17 266/24

**disorganized [1]** 24/23

**displayed [3]** 211/21 212/1 245/5

**displaying [1]** 53/20

**disrupted [1]** 292/20

**distance [1]** 112/18

**distinct [1]** 288/24

**distinguish [1]** 164/2

**distracted [1]** 239/4

**distributed [4]** 154/20 175/14 221/12 222/16

**district [9]** 1/1 1/1 1/12 17/22 289/6 293/4 293/7 293/7 293/17

**disturbed [2]** 19/18 94/23

**divided [1]** 53/14

**division [13]** 1/2 9/5 166/20 176/1 186/5 224/10 224/12 224/13 224/24 225/4 225/16 257/6 293/8

**do [312]**

**docket [2]** 1/5 1/5

**docs [2]** 14/7 16/1

**doctor's [1]** 290/7

**document [34]** 1/8 63/16 198/20 227/9 228/11 228/12 232/16 235/22 237/2 237/18 238/13 240/4 240/8 240/10 240/17 241/6 244/13 256/2 258/16 259/6 262/2 262/14 262/20 264/10 265/4 266/6 268/11 269/18 271/11 273/12 273/14 273/24 284/7 286/10

**documentary [1]** 171/5

**documents [11]** 13/11 14/11 86/5 159/14 170/14 170/16 170/17 209/6 224/9 237/6 237/9

**does [46]** 20/7 21/8 21/24 28/24 29/18 31/3 34/15 52/13 54/9 81/24 82/7 83/7 116/24 127/16 129/11 129/12 132/24 140/12 140/21 141/14 141/15 141/18 141/19 142/10 145/10 149/18 154/16 155/5 155/8 157/2 162/22 162/22 163/11 182/8 182/11 189/10 189/10 190/3 198/25 221/16 247/24 259/23 278/18 278/19 289/9 289/15

**doesn't [32]** 17/22 23/11 24/5 43/23

69/15 78/9 93/4 99/22 114/8 122/5 125/2 125/4 126/5 127/1 133/13 135/9 135/10 161/10 161/10 161/18 179/19 200/15 201/1 201/2 207/14 208/1 231/21 237/12 237/12 246/15 259/11 270/9

**doing [31]** 12/23 14/10 14/10 19/18 47/4 56/23 87/7 87/10 92/4 93/5 98/19 105/19 120/20 122/21 122/25 122/25 123/1 135/2 151/3 172/1 178/12 180/19 180/20 184/11 187/13 188/8 188/18 205/8 213/13 242/12 247/21

**Dominion [49]** 80/18 148/12 148/13 151/10 153/1 153/16 153/17 153/18 156/15 156/16 167/7 169/8 178/14 196/4 196/9 202/21 205/11 213/8 218/9 218/13 218/14 230/16 231/9 265/15 271/18 271/24 272/5 272/6 272/13 272/16 272/17 272/22 273/1 273/9 274/5 275/9 275/10 278/24 279/4 279/18 280/9 280/12 280/16 280/25 281/3 281/13 282/6 282/13 282/22

**don't [212]** 9/11 12/15 14/22 14/24 18/23 18/24 19/25 20/10 20/12 24/8 24/8 24/10 24/11 25/12 30/12 31/11 31/14 31/21 33/3 33/5 33/7 33/25 34/7 34/22 35/17 35/20 36/3 38/9 38/12 38/13 38/14 41/2 43/18 44/8 44/15 44/16 47/8 52/5 53/22 59/8 63/17 63/25 64/8 67/24 69/4 70/22 72/7 76/7 76/11 77/3 78/3 87/5 89/16 92/14 94/2 97/16 97/16 100/18 101/22 102/24 103/1 103/1 103/13 104/13 107/11 111/13 112/19 117/4 117/7 117/10 122/1 122/8 124/21 125/19 129/18 131/8 135/11 138/17 138/18 142/18 142/24 143/15 143/21 143/24 145/8 159/13 159/17 160/13 165/16 166/21 170/13 170/14 175/6 175/8 177/20 179/4 179/5 179/9 180/7 182/24 183/12 184/1 186/22 191/8 191/10 193/18 198/6 201/12 201/23 203/10 204/7 207/7 207/19 208/11 210/19 211/10 211/13 211/15 212/1 213/17 213/19 214/2 214/13 214/20 215/22 216/7 216/14 217/14 217/19 217/22 218/2 218/16 218/18 220/22 221/14 222/5 223/24 223/24 224/2 224/4 224/4 228/12 228/13 229/23 230/2 231/23 235/17 238/21 239/24 240/16 241/3 241/11 241/17 244/9 247/15 250/11 255/10 255/15 256/7 257/17 261/17 261/17 261/18 261/18 261/21 262/21 263/14 263/15 263/18 263/19 265/17 265/22 266/22 267/10 267/13 267/17 267/19 267/22 268/14 268/15 269/19 269/23 270/6 270/9 270/10 270/18 273/3 273/7 273/10 273/13 274/14 275/3 275/17 277/6 277/7 278/22 279/25 280/14 280/15 281/15 282/17 283/2 284/14 284/19 290/23 291/2 291/15 291/19 292/2 292/3 292/15 292/16

**DONALD [1]** 3/9

**done [37]** 14/15 15/9 16/17 48/20 56/9 80/6 85/12 85/18 87/2 90/17 107/1 120/17 137/17 138/2 138/5 138/13 150/10 181/20 219/14 220/4 220/5 225/12 242/19 251/13 251/19 252/4

**D**

**done...** **[11]** 252/14 256/7 256/18 257/16 261/15 261/16 261/20 270/13 277/14 278/23 291/22

**DONNA** **[7]** 1/4 2/2 2/2 4/4 6/8 6/15 6/18

**door** **[1]** 96/5

**doors** **[2]** 97/23 255/23

**double** **[5]** 104/9 132/25 133/5 134/15 174/10

**double-check** **[2]** 132/25 133/5

**doubt** **[1]** 107/7

**Douglas** **[1]** 287/12

**down** **[24]** 14/19 16/15 23/7 42/17 64/22 79/15 83/22 85/10 86/10 87/20 94/9 94/17 115/11 116/6 116/8 121/17 123/18 128/25 129/2 139/5 196/22 229/18 247/11 256/2

**downloaded** **[1]** 262/25

**dozen** **[2]** 155/22 189/22

**dozens** **[1]** 156/13

**Dr.** **[7]** 115/5 118/23 177/5 177/12 210/16 211/3 211/7

**Dr. Alex** **[1]** 177/5

**Dr. Halderman** **[1]** 177/12

**Dr. Lee** **[2]** 211/3 211/7

**Dr. Philip** **[1]** 115/5

**Dr. Stark** **[1]** 118/23

**Dr. Wenke** **[1]** 210/16

**draw** **[1]** 60/24

**drawn** **[2]** 12/18 192/18

**DRE** **[16]** 11/13 15/4 27/12 64/16 148/24 153/18 173/12 181/2 210/7 214/5 214/11 214/17 215/8 215/17 216/13 223/13

**DREs** **[9]** 19/12 22/1 61/10 96/12 153/16 181/3 210/12 223/18 237/1

**drill** **[4]** 115/11 121/17 128/25 129/2

**drink** **[1]** 28/11

**drive** **[5]** 1/24 23/7 52/7 213/22 248/23

**driver's** **[1]** 25/19

**drives** **[4]** 213/7 213/12 213/16 214/17

**driveway** **[1]** 239/14

**drop** **[5]** 44/24 44/25 52/8 79/23 174/15

**druthers** **[1]** 42/8

**Dufort** **[2]** 78/20 78/24

**Duluth** **[1]** 80/10

**duly** **[5]** 6/19 39/23 48/5 146/25 209/11

**DUMA** **[1]** 3/9

**duplicate** **[4]** 163/7 163/11 164/2 164/20

**duplicative** **[1]** 130/22

**during** **[21]** 57/21 62/25 72/17 77/23 94/10 94/16 95/23 100/10 104/12 143/20 155/23 163/16 202/11 210/6 223/10 248/19 253/22 261/1 274/22 274/24 282/6

**duties** **[2]** 282/3 282/6

**duty** **[7]** 157/13 186/1 187/18 187/21 187/23 188/2 199/11

**E**

**each** **[17]** 14/25 21/2 74/10 74/13 74/15 112/12 141/4 144/21 213/7 214/21 247/21 252/14 263/21 263/25 278/25 285/6 285/19

**earlier** **[15]** 17/15 26/12 57/6 61/10

81/15 126/7 128/19 132/21 156/12 155/1 185/22 199/10 221/9 270/14 271/17

**earliest** **[2]** 268/25 269/2

**early** **[13]** 8/8 15/2 77/19 94/10 94/11 94/16 95/23 96/8 97/22 150/3 218/4 222/7 222/21

**easier** **[4]** 22/20 82/10 95/15 238/12

**easily** **[4]** 57/14 96/5 98/1 98/2

**east** **[1]** 147/5

**easy** **[1]** 102/19

**ECF** **[2]** 1/2 1/3

**Ed** **[1]** 108/7

**Edison** **[4]** 175/2 175/4 175/6 175/20

**educating** **[1]** 154/10

**education** **[3]** 57/23 57/24 137/18

**educational** **[4]** 10/8 48/24 104/2 147/10

**EDWARD** **[1]** 3/5

**effect** **[10]** 82/7 228/6 228/10 233/10 241/6 241/11 248/13 255/8 265/6 265/9

**effectively** **[1]** 44/3

**efficient** **[1]** 88/2

**effort** **[5]** 60/5 155/18 155/18 197/14 222/12

**efforts** **[9]** 178/11 190/12 239/17 239/21 242/14 243/3 243/6 243/7 243/9

**eight** **[3]** 78/21 144/20 258/2

**either** **[23]** 38/17 38/20 38/24 39/5 41/6 47/9 52/8 74/7 79/15 79/20 81/14 156/2 156/10 159/15 160/14 161/19 161/21 179/24 226/3 245/22 249/14 252/7 264/5

**El** **[1]** 248/23

**election** **[190]** 10/23 11/4 11/9 11/10 13/24 13/25 15/18 17/8 18/4 21/1 21/2 21/12 22/25 24/7 24/24 25/8 31/6 31/23 34/19 36/7 36/15 42/9 42/10 49/17 51/22 57/1 57/24 58/3 58/20 59/2 61/2 62/2 62/8 62/21 62/25 66/25 67/4 70/23 72/17 77/19 82/1 82/8 82/15 83/6 84/23 85/24 91/15 96/7 96/9 96/10 96/17 99/19 109/4 109/7 118/12 118/15 118/16 119/9 120/24 137/9 139/25 140/24 141/8 141/18 141/19 141/21 144/11 148/6 148/7 149/13 149/14 149/18 149/23 150/23 154/3 154/11 154/20 157/17 163/16 164/7 164/11 166/9 167/13 167/14 172/2 172/24 173/10 173/22 173/24 174/5 174/7 177/13 178/4 178/20 178/21 183/19 189/11 195/2 195/8 195/9 195/15 195/17 202/10 202/11 202/19 207/22 207/23 211/11 211/19 211/23 211/25 212/2 213/7 213/8 213/8 213/12 213/12 213/22 213/23 220/9 220/25 220/25 221/5 222/22 223/1 223/3 224/17 226/1 226/14 226/23 227/2 232/8 238/17 238/19 239/6 239/8 241/22 242/11 243/24 245/17 249/13 249/13 249/15 250/6 250/16 250/25 251/18 251/22 252/11 252/16 252/19 253/7 253/14 253/21 254/11 255/21 255/23 256/9 256/19 257/15 257/18 257/25 258/6 262/15 263/12 264/11 265/4 265/9 265/16 266/14 268/4 268/13 269/10 271/21 274/10 275/14 277/18 278/19 279/4 279/9 279/15 280/13 280/17

281/18 281/25 282/3 282/5 282/6 285/24

**election-related** **[1]** 149/23

**elections** **[168]** 11/11 11/12 17/23 19/9 21/7 24/14 24/17 26/1 26/10 27/6 27/11 34/20 36/1 36/10 36/11 41/13 42/20 49/18 52/9 57/3 57/19 57/22 58/11 58/13 58/16 59/1 59/14 59/14 60/7 61/13 61/15 61/19 61/19 62/3 62/10 62/14 62/16 62/18 70/17 70/19 70/21 70/24 70/24 71/2 71/4 71/5 71/6 72/10 72/11 73/22 75/4 77/12 77/16 77/17 77/19 77/21 77/23 77/24 78/2 78/4 78/7 78/9 78/12 78/13 78/16 78/18 78/23 79/6 79/9 79/10 79/11 80/20 80/24 81/14 81/20 81/22 82/11 82/17 83/13 84/8 84/14 84/16 84/21 85/22 87/25 90/2 90/25 91/4 91/10 91/17 92/12 92/13 92/16 92/18 93/2 93/5 93/6 93/11 93/12 93/13 93/21 94/14 98/15 100/4 101/11 101/12 102/6 102/7 135/16 135/17 140/10 144/12 148/4 149/7 154/11 154/13 154/22 160/18 166/20 167/4 172/7 176/1 183/9 186/5 195/16 209/16 210/1 210/3 210/4 210/6 212/8 212/16 213/3 213/6 214/21 215/6 217/20 219/12 221/2 224/10 224/15 225/6 226/21 227/19 228/23 232/3 232/4 232/24 234/13 236/19 253/22 257/6 261/14 263/8 264/19 265/8 267/8 268/3 272/8 281/3 281/18 281/19 281/22 284/1 284/24 285/1 287/2 287/18

**electorate** **[1]** 154/13

**electronic** **[6]** 12/20 12/21 14/13 30/8 150/2 191/20

**electronics** **[2]** 22/7 152/7

**element** **[2]** 35/7 35/7

**elementary** **[1]** 97/23

**Eleventh** **[2]** 289/3 289/4

**elicit** **[1]** 242/21

**elicited** **[2]** 103/24 200/2

**eliciting** **[1]** 100/8

**else** **[26]** 47/4 50/16 56/23 72/25 92/9 95/16 107/4 107/6 107/9 110/14 111/4 111/5 115/14 117/2 117/15 121/23 174/21 184/2 243/6 247/4 256/14 259/15 265/22 270/5 283/15 284/11

**else's** **[1]** 264/13

**email** **[68]** 25/10 60/12 61/3 205/7 206/1 206/3 207/16 207/24 227/10 227/11 229/5 229/9 229/11 229/22 230/23 231/16 232/18 232/18 233/18 234/1 235/25 236/5 236/9 236/16 240/12 240/18 241/21 242/1 242/2 242/3 244/15 244/15 249/14 249/19 249/22 253/23 254/5 254/16 255/19 258/18 260/7 260/11 260/17 261/6 262/4 262/5 263/6 263/16 264/2 266/8 266/20 267/2 268/19 268/19 269/5 269/8 269/13 270/9 271/13 272/7 272/13 286/13 287/17 287/20 287/21 287/22 288/8 292/13

**emailed** **[2]** 25/16 288/7

**emails** **[11]** 60/12 174/19 227/10 235/23 253/13 267/17 267/22 268/11 274/14 274/22 275/8

**Emanu** **[1]** 248/23

**E**

**Emanu-El [1]** 248/23
**emergency [3]** 81/9 226/6 227/4
**Emory [7]** 8/21 8/22 9/5 9/6 10/3 10/11 26/18
**employed [1]** 181/10
**employee [2]** 271/18 273/6
**employment [2]** 8/1 8/21
**empowered [1]** 134/13
**EMS [3]** 201/14 201/16 213/8
**enabled [1]** 214/24
**encoded [1]** 65/25
**encourage [1]** 133/2
**end [17]** 27/10 74/15 107/6 115/20 118/5 121/22 122/8 190/12 205/23 239/24 266/15 279/4 279/5 279/17 279/20 279/25 280/7
**ended [1]** 221/7
**ends [1]** 107/4
**enemy [1]** 52/22
**eNet [3]** 215/6 215/8 215/10
**enforcing [1]** 153/3
**engage [4]** 154/17 154/18 154/18 155/4
**engaged [1]** 88/21
**engineering [1]** 268/2
**ENGLISH [1]** 3/9
**enjoin [1]** 153/1
**enjoined [1]** 61/10
**enough [9]** 9/16 15/18 23/5 25/12 85/25 99/7 115/7 141/12 273/7
**ensure [5]** 36/22 113/20 115/8 197/1 237/3
**ensuring [2]** 196/24 245/20
**entailed [1]** 58/24
**entire [12]** 15/13 50/15 52/20 56/15 58/15 112/22 119/9 135/10 210/4 216/22 217/2 235/6
**entirely [4]** 207/13 215/16 216/12 216/12
**entities [1]** 84/3
**entrance [1]** 97/25
**entry [2]** 1/5 259/21
**environment [1]** 15/18
**equipment [56]** 80/19 82/22 83/2 83/7 83/8 84/24 85/17 91/20 92/19 93/4 93/19 96/15 97/5 98/1 98/2 104/21 104/22 157/8 210/11 214/5 214/12 218/17 218/21 219/10 220/21 221/23 222/3 222/23 223/15 223/17 223/22 223/23 224/2 224/11 224/17 224/17 224/23 237/4 237/13 237/21 245/17 249/13 250/15 254/3 257/8 268/5 268/13 272/1 272/2 285/6 285/9 285/12 285/16 285/20 286/2 288/4
**equitable [1]** 99/6
**Erica [2]** 232/18 234/9
**error [15]** 51/6 51/7 110/5 110/5 110/7 115/3 141/24 142/1 142/7 142/10 160/3 160/5 160/7 160/10 160/12
**errors [3]** 55/7 103/2 114/25
**escalated [1]** 272/6
**escalation [1]** 229/12
**especially [12]** 22/9 52/5 53/17 53/19 75/24 79/22 85/22 99/16 176/11 195/22 247/23 258/4
**essential [1]** 259/19

**essentially [8]** 53/1 86/18 96/11 155/17 157/6 175/12 257/18 275/8
**establish [4]** 83/24 84/2 87/24 288/16
**established [1]** 288/19
**establishing [1]** 288/17
**estimate [2]** 71/1 156/1
**et [7]** 1/4 1/6 95/6 96/23 154/11 188/4 191/3
**et cetera [3]** 154/11 188/4 191/3
**ethics [3]** 8/25 9/2 9/3
**EUW [1]** 2/10
**evaluate [2]** 168/8 189/16
**Evans [6]** 242/3 243/10 243/21 246/9 246/10 249/20
**even [35]** 17/4 19/20 20/2 20/2 21/11 21/21 25/3 27/23 51/19 53/3 66/2 66/17 68/18 74/25 76/19 77/4 84/16 98/19 105/5 111/6 112/13 115/11 120/10 152/6 161/9 165/14 169/6 173/11 191/5 207/14 217/20 255/9 268/10 273/2 275/22
**event [4]** 161/5 162/2 162/11 265/7
**eventually [7]** 7/12 264/4
**ever [14]** 7/15 24/1 41/18 51/9 75/2 142/19 162/4 166/25 176/20 176/22 189/24 257/12 263/14 265/22
**every [26]** 11/9 11/10 31/6 49/17 70/21 70/22 77/23 113/12 118/10 118/11 118/15 118/16 120/9 120/13 120/24 129/15 148/6 148/7 213/14 216/10 221/20 227/3 251/24 252/4 274/23 278/19
**everybody [14]** 53/10 68/10 68/23 68/24 86/10 110/13 111/4 116/24 119/12 119/15 119/24 121/7 122/5 133/2
**everybody's [1]** 21/13
**everyone [3]** 9/18 120/5 171/14
**everything [16]** 18/17 60/11 60/22 68/21 74/20 77/2 96/13 107/18 119/13 137/22 181/15 188/8 214/15 223/19 259/11 265/18
**evidence [26]** 16/1 17/13 21/5 33/1 33/5 45/25 86/4 142/18 142/21 142/24 143/3 160/15 168/19 169/7 169/8 170/4 170/10 177/11 178/23 179/24 195/1 195/5 195/7 195/14 288/16 288/17
**evident [1]** 282/18
**evidentiary [3]** 89/13 107/19 171/7
**evolve [1]** 291/24
**exact [3]** 45/9 73/6 80/17
**exactly [12]** 13/7 61/17 72/13 78/8 80/12 84/2 169/22 181/4 207/20 217/15 219/21 280/18
**examination [38]** 4/5 4/6 4/7 4/8 4/11 4/12 4/14 4/15 4/16 4/17 4/20 4/21 4/22 4/23 4/24 5/3 5/4 5/7 6/20 28/7 37/14 38/6 39/24 43/8 48/6 107/24 139/16 142/16 147/1 180/16 200/4 201/19 202/5 204/21 205/21 208/20 209/12 249/6
**examine [1]** 180/8
**examined [1]** 278/11
**example [4]** 27/9 157/16 186/2 188/1
**except [4]** 19/16 124/16 124/23 127/8
**exception [1]** 75/19
**excuse [10]** 7/18 36/2 160/6 167/10 182/19 204/7 215/13 231/6 252/22

**excused [3]** 39/9 46/16 143/7
**exercise [3]** 11/23 53/7 181/9
**exercising [1]** 52/14
**exhibit [34]** 14/20 197/17 198/8 199/14 227/15 227/22 227/25 228/18 232/14 233/2 233/9 235/20 236/23 240/7 240/22 244/11 244/22 246/6 248/11 248/22 249/9 253/23 254/25 255/3 258/11 258/25 261/25 262/12 265/24 266/4 271/9 287/22 287/22 288/12
**Exhibit 100 [8]** 244/11 244/22 246/6 248/22 249/9 253/23 254/25 255/3
**Exhibit 102 [3]** 248/11 258/11 258/25
**Exhibit 253 [3]** 261/25 262/12 265/24
**Exhibit 256 [2]** 271/9 272/11
**Exhibit 261 [1]** 266/4
**Exhibit 274 [2]** 235/20 236/23
**Exhibit 30 [2]** 240/7 240/22
**Exhibit 392 [2]** 227/22 228/18
**Exhibit 535 [2]** 197/17 198/8
**Exhibit 72 [2]** 232/14 233/2
**Exhibit 78 [2]** 286/11 288/12
**exist [1]** 44/4
**existence [1]** 155/21
**expanded [1]** 105/8
**expect [5]** 53/12 70/16 143/15 225/16 232/8
**expectation [3]** 71/6 72/11 292/2
**expected [2]** 227/2 232/10
**expend [1]** 155/17
**expensive [3]** 82/5 122/3 192/15
**experience [27]** 34/18 50/1 50/2 51/24 55/6 66/18 68/16 89/4 89/5 89/7 89/25 97/21 103/21 126/2 147/10 152/12 156/15 165/17 166/15 167/6 168/22 173/1 215/25 234/2 234/22 263/19 285/23
**experienced [1]** 21/20
**expert [27]** 40/20 40/21 54/18 89/6 108/16 108/19 108/21 109/2 118/25 130/4 138/8 139/2 152/8 172/23 173/9 173/10 177/17 177/18 177/21 179/1 179/17 179/20 210/17 210/22 211/4 211/11 215/20
**expertise [4]** 55/23 71/10 108/23 179/16
**experts [11]** 12/25 13/12 22/12 36/1 36/8 37/2 37/6 98/17 118/22 119/3 150/1
**expiration [2]** 279/7 279/8
**explain [17]** 19/11 19/16 43/16 44/14 66/6 81/17 85/7 115/22 118/5 120/4 128/14 145/9 171/22 175/11 185/25 186/21 250/10
**explained [2]** 83/19 168/7
**explaining [1]** 55/20
**explanation [3]** 166/24 166/25 168/1
**explore [2]** 260/3 264/22
**exploring [1]** 128/18
**express [2]** 151/22 236/1
**expressed [1]** 152/3
**extended [2]** 279/5 279/6
**extensive [1]** 89/7
**extent [19]** 69/19 71/10 85/4 94/1 96/21 97/7 99/9 106/23 120/10 126/18 130/23 138/25 139/8 139/10 145/9 160/5 160/7 259/19 264/23

**E**

extra [1] 25/2
extraordinary [1] 99/1
extremely [4] 52/4 52/15 98/17 104/18
Eye [1] 9/6
eyes [2] 91/1 91/11
eyeshot [1] 112/18
eyesight [2] 74/18 75/16

**F**

F.2d [1] 289/2
F.3d [1] 289/4
face [1] 243/1
facing [1] 74/10
fact [26] 20/13 75/1 81/7 91/8 107/15
117/17 117/19 130/2 130/4 130/5 130/8
149/21 167/8 170/10 170/19 174/25
179/8 205/24 234/21 243/12 254/6
260/9 269/12 269/24 270/9 277/11
factors [1] 35/4
facts [2] 55/15 237/17
fail [2] 124/11 282/9
failed [1] 132/9
failure [1] 127/2 132/6
fair [13] 37/8 70/9 92/21 99/7 105/19
134/23 152/7 191/12 212/15 223/23
231/17 232/7 289/5
fairly [1] 137/14
fairness [1] 103/4
fall [5] 36/19 217/13 221/3 222/7 222/8
false [1] 225/16
familiar [7] 61/8 62/12 163/6 177/4
190/14 213/24 270/16
familiarity [1] 61/6
families [1] 54/2
family [7] 7/8 8/18 21/20 52/17 52/20
111/23 290/6
family's [1] 52/8
far [11] 31/4 58/21 69/20 75/12 76/2
114/12 149/18 220/6 233/6 245/21
283/3
fast [4] 87/16 88/14 237/23 237/25
faster [4] 70/13 87/21 88/1 93/17
father [2] 52/15 105/15
fault [1] 34/5
favor [1] 149/2
favorable [1] 155/2
favorite [2] 149/1 149/5
Favorito [1] 149/25
fax [1] 25/22
faxes [1] 25/22
FBI [7] 262/24 263/6 263/14 263/19
263/20 265/12 265/19
feature [1] 187/2
February [6] 24/21 222/15 222/18
222/21 262/6 262/24
February 25th [1] 262/6
fed [3] 29/21 32/5 175/13
federal [5] 11/10 14/14 179/24 186/6
288/16
feed [5] 174/13 175/2 175/4 175/6
175/20
feedback [1] 67/16
feeding [1] 24/10
Feehan [7] 227/12 230/12 230/14
231/8 232/19 271/25 272/1
feel [14] 17/12 20/7 23/25 28/2 28/3
30/2 32/10 53/19 53/22 68/18 106/25
111/14 112/7 155/2
feeling [1] 42/17
feels [1] 23/20
felony [2] 59/18 59/23
felt [5] 18/23 20/18 279/18 279/24
280/8
few [16] 22/8 28/12 93/8 108/6 113/11
113/20 134/5 136/3 137/20 142/13
142/13 147/17 148/22 156/14 157/15
284/16
fiduciary [1] 186/1
field [3] 36/1 253/15 253/21
Fight [1] 289/5
figure [8] 9/13 47/7 66/2 76/23 111/7
111/8 253/17 270/13
figured [2] 190/15 194/14
file [4] 23/4 165/25 206/22 225/13
filed [3] 1/2 1/6 1/8
files [6] 31/7 165/11 165/24 172/17
173/3 226/2
fill [2] 67/9 79/15
filled [2] 24/20 132/17
filling [2] 23/16 80/6
final [4] 18/17 18/17 124/25 176/22
finances [2] 188/2 188/10
financial [1] 105/12
find [7] 22/19 78/8 78/11 83/12 84/24
128/22 153/16
finding [3] 13/1 14/12 104/19
findings [3] 156/25 256/19 257/13
fine [23] 16/11 23/18 47/1 62/24 64/22
76/4 86/8 129/20 129/22 131/10 131/18
131/24 139/7 142/15 162/19 180/20
191/8 194/16 205/20 217/8 240/5 277/9
290/20
finish [3] 56/8 248/9 284/18
finished [2] 18/9 19/14
finishes [1] 229/23
FIRM [1] 2/17
first [58] 6/19 8/25 9/24 10/19 11/3
12/16 12/18 18/3 39/23 48/5 50/5 54/2
57/16 59/1 60/19 64/8 64/18 66/3 66/25
72/18 79/5 86/17 90/9 90/25 104/24
128/15 133/11 146/25 155/12 156/23
174/18 179/5 179/10 182/2 184/9
184/10 193/10 194/8 198/21 209/11
219/11 220/2 220/4 220/7 220/9 220/25
220/25 229/5 242/2 244/23 244/24
245/1 249/19 262/4 266/8 273/14
287/20 289/21
first-line [1] 244/24
firsthand [2] 52/17 139/9
FISHER [3] 2/5 4/6 4/8
fit [3] 34/21 234/24 279/16
five [13] 23/16 53/9 75/21 75/25 88/11
106/16 106/19 143/10 203/10 203/17
219/25 226/3 247/2
five-foot [1] 53/9
five-minute [2] 106/16 203/10
fix [4] 110/16 142/3 142/10 219/7
flare [1] 265/19
flip [2] 198/20 287/11
flipping [1] 111/10
floor [1] 270/8
flying [1] 36/17
focus [2] 80/1 93/9
focused [1] 90/2
focusing [2] 193/2 193/9
FOERSTER [1] 2/7
fold [1] 163/19
folded [3] 163/19 186/25 187/1
folks [2] 107/4 174/18
follow [30] 92/15 124/11 127/2 132/7
132/9 166/12 176/19 180/24 202/3
206/11 206/17 208/6 208/8 243/1
243/11 243/15 244/1 254/9 256/2
256/15 256/16 259/3 260/7 265/12
265/24 265/15 268/7 268/23 271/2
275/20
follow-up [11] 176/19 202/3 206/11
206/17 256/15 256/16 259/3 260/7
265/12 268/7 271/2
followed [4] 114/2 164/14 181/14
250/15
following [3] 1/1 188/12 284/4
follows [5] 6/19 39/23 48/5 146/25
209/11
foot [2] 53/9 96/3
footprint [1] 223/16
forbid [1] 107/4
force [3] 186/3 187/18
foregoing [1] 293/8
foreign [1] 283/17
foremost [1] 289/21
forgot [5] 19/7 19/8 52/2 79/4 198/18
forgotten [1] 145/21
form [11] 13/19 17/5 22/7 22/15 23/3
23/7 23/15 25/17 85/15 188/7 277/14
Form 990 [1] 188/7
formalized [1] 63/10
formed [3] 13/5 154/4 154/5
former [2] 144/9 144/10
forms [1] 67/18
Fortalice [4] 217/12 217/14 217/18
217/22
forth [7] 27/17 56/9 75/8 93/19 266/24
267/17 267/22
forward [7] 89/23 89/24 107/20 130/25
145/12 224/20 290/4
forwarded [11] 230/9 230/12 231/8
231/9 234/9 240/13 254/5 261/11 263/3
287/21 288/8
forwarding [2] 254/23 269/9
fought [2] 52/16 272/17
found [23] 8/5 8/9 12/25 12/25 13/12
14/12 14/17 24/24 25/1 25/7 25/25
93/14 96/14 106/7 153/16 158/25 160/3
163/17 165/24 175/21 225/24 265/13
285/22
foundation [24] 55/14 83/18 83/24
83/25 86/13 87/1 88/24 89/15 90/17
90/19 96/22 101/22 167/20 167/21
179/5 179/24 207/25 208/3 231/25
255/7 259/5 259/7 279/24 283/20
foundational [1] 89/19
founded [2] 87/3 90/18
founding [1] 154/6
four [14] 51/22 70/14 70/15 74/7 74/12
100/4 109/11 113/24 113/25 151/4
187/13 222/2 222/5 268/11
fourth [3] 109/25 110/1 110/3
frame [3] 222/9 268/24 281/18
framework [1] 251/21
Frances [19] 225/3 225/7 232/19
240/13 243/12 244/1 244/3 244/16

**F**

**Frances... [11]** 253/18 253/24 254/2 254/5 254/6 255/19 256/18 258/18 260/18 287/23 288/8
**frankly [1]** 117/9 207/13 258/5
**fraud [3]** 22/16 177/14 195/1
**free [7]** 80/19 82/12 92/18 92/19 180/7 180/9 291/1
**freedom [2]** 12/6 27/25
**freely [1]** 36/8
**frequently [3]** 11/11 33/20 44/20
**Friday [2]** 96/16 286/16
**friendly [1]** 97/24
**friends [1]** 22/2
**front [5]** 76/7 168/16 227/6 248/25 249/9
**Fuch's [1]** 270/16
**Fuchs [9]** 262/5 263/3 266/9 267/18 269/19 269/20 269/22 269/25 270/2
**full [7]** 1/8 106/4 118/18 121/14 124/18 277/17 278/18
**full-time [1]** 106/4
**fully [5]** 88/9 88/24 134/13 162/4 169/25
**Fulton [38]** 6/2 48/12 49/12 51/20 53/9 56/24 73/3 73/5 74/6 79/5 81/2 81/18 81/19 81/20 81/24 84/15 93/13 94/19 108/11 113/13 164/8 164/9 164/10 164/15 164/16 166/9 167/3 167/9 167/11 172/2 172/7 236/1 243/10 243/19 244/1 266/15 266/21 267/5
**Fulton's [1]** 120/23
**Fulton/Cobb/DeKalb [1]** 113/13
**fun [1]** 104/18
**function [2]** 152/21 240/24
**functionally [1]** 63/12
**fundamental [1]** 26/25
**further [30]** 5/3 5/4 5/5 28/6 38/4 39/8 43/7 46/15 90/6 103/18 106/15 129/21 142/12 143/6 155/6 155/10 199/12 201/3 201/4 203/9 204/21 205/21 206/15 237/20 256/2 256/7 262/20 279/6 283/4 290/23
**future [1]** 42/20

**G**

**GA [36]** 149/24 153/25 154/1 154/2 154/16 155/5 155/8 155/20 156/2 157/19 158/13 159/24 162/22 163/7 165/4 166/7 166/12 166/25 167/5 168/22 169/2 171/18 171/23 173/22 176/17 178/3 178/8 178/11 189/8 189/10 189/12 190/10 190/19 201/8 202/17 207/6
**GA's [1]** 190/16
**Gabe [5]** 99/16 102/19 218/22 221/17 283/15
**Gabriel [5]** 219/7 227/12 235/25 270/7 270/12
**gadgets [1]** 217/4
**gain [1]** 92/9
**gained [2]** 86/19 90/11
**Garland [2]** 149/24 156/10
**GARViS [4]** 72/18 73/2 73/4 73/17
**gathered [1]** 84/11
**gathering [2]** 158/18 182/18
**gave [7]** 37/7 139/1 184/5 203/3 207/4

207/6 207/14

**gears [3]** 93/18 98/11 183/14
**GEMS [3]** 215/8 215/16 216/13
**general [19]** 14/3 33/16 52/13 68/1 68/9 163/16 164/7 167/14 172/2 174/5 178/20 196/10 196/11 202/19 212/1 246/9 251/8 253/2 265/19
**generally [14]** 33/13 40/24 41/2 82/15 213/18 249/25 251/9 252/6 252/10 253/7 257/14 257/22 272/1 275/9
**generated [2]** 261/22 275/18
**gentleman [1]** 120/16
**genuine [1]** 69/16
**George [3]** 50/20 51/2 111/10
**GEORGIA [88]** 1/1 1/25 3/2 6/2 10/17 11/2 11/3 11/9 12/12 12/19 15/8 27/5 29/9 35/12 36/13 40/10 40/13 44/4 44/7 46/8 53/12 55/8 58/3 60/14 70/21 72/19 76/2 77/12 77/22 78/3 78/15 79/2 114/12 117/24 118/10 137/1 137/4 137/6 137/12 147/5 147/7 147/8 149/7 150/6 154/3 156/25 157/14 174/13 174/19 181/12 183/5 186/16 187/17 189/11 190/12 190/17 190/19 191/18 195/1 201/22 209/17 210/2 215/15 220/1 221/13 222/4 223/7 243/20 262/25 263/12 264/11 265/4 266/9 267/3 267/12 267/25 268/2 268/18 271/21 276/6 278/18 278/25 279/17 285/3 291/17 293/4 293/8 293/10
**Georgia's [11]** 11/13 11/15 11/18 73/22 75/20 128/22 210/6 213/8 215/5 218/21 286/5
**Georgians [5]** 13/5 16/17 22/3 189/3 189/4
**Germany [3]** 246/8 262/5 263/4
**get [77]** 8/21 9/10 11/1 14/4 23/6 24/6 24/10 26/4 26/10 26/11 28/11 30/2 30/5 31/21 36/16 38/12 38/13 41/17 49/3 52/4 65/4 65/10 67/3 67/8 68/18 70/16 72/23 76/21 79/24 86/23 90/15 96/15 98/8 99/9 99/11 101/17 129/3 142/3 143/24 144/25 145/4 154/23 159/10 168/1 176/22 177/21 178/6 179/10 189/2 189/5 191/9 191/17 196/22 198/18 200/10 200/10 207/18 215/3 216/24 218/17 222/10 222/12 222/18 223/20 238/9 241/10 242/6 250/3 254/12 254/15 257/6 273/7 273/21 283/14 286/1 289/7 289/22
**gets [14]** 24/11 29/21 116/17 121/11 121/11 186/1 193/12 193/16 199/21 214/24 276/10 276/23 277/14 285/19
**getting [28]** 24/6 27/16 27/17 47/15 47/16 47/18 51/11 51/14 57/4 57/17 65/21 65/25 69/16 86/5 107/18 116/7 128/11 130/21 142/10 155/18 189/17 190/23 224/4 229/21 241/12 242/18 253/11 276/14
**give [22]** 14/25 42/16 64/10 65/18 66/13 71/1 73/21 75/15 88/23 104/6 147/9 170/23 196/15 197/3 197/23 202/21 204/17 215/21 216/23 227/6 254/18 282/7
**given [9]** 65/25 79/14 149/6 166/25 176/11 186/3 195/22 258/3 269/16
**gives [2]** 21/5 52/11
**giving [13]** 36/8 70/3 71/24 75/17

121/6 130/5 173/17 216/5 216/7 267/6 281/6 281/7 281/7
**glad [1]** 147/11
**glass [8]** 19/23 19/24 32/1 32/8 32/11 32/17 32/20 97/23
**glitches [1]** 184/24
**go [91]** 6/6 7/1 7/15 7/17 8/15 12/23 14/5 14/8 17/1 18/15 20/23 23/1 28/1 28/1 28/20 29/3 31/6 32/13 34/6 38/14 41/13 42/19 50/21 53/9 54/25 57/19 59/16 59/22 60/3 64/1 64/24 67/9 67/10 68/14 69/22 71/7 72/7 72/11 78/20 79/25 86/1 88/12 89/10 89/24 90/3 92/1 97/13 100/18 104/22 107/23 111/13 111/19 112/10 116/25 117/3 117/21 125/15 128/13 129/21 131/16 133/14 138/12 149/19 152/6 153/10 167/15 168/13 171/15 172/8 190/25 191/10 199/10 199/19 201/2 201/18 205/20 221/23 230/7 235/1 237/9 241/14 247/2 247/5 249/5 252/6 253/16 273/20 282/9 283/3 289/19 291/1
**goal [1]** 222/18
**goals [1]** 63/8
**God [1]** 107/4
**goes [9]** 21/6 22/13 31/8 50/25 56/11 76/2 80/13 149/20 193/6
**going [139]** 15/1 23/10 23/18 28/4 31/11 31/15 34/24 35/1 36/18 36/19 42/17 42/23 47/15 48/22 49/25 50/8 54/24 56/9 58/5 59/2 59/22 61/22 61/24 64/9 66/1 67/23 70/3 70/5 72/4 75/8 83/6 83/23 85/7 87/16 87/18 88/12 89/10 89/16 89/22 89/23 89/24 93/7 93/18 94/4 96/6 97/22 99/1 99/8 102/14 102/18 106/16 106/23 106/24 109/16 115/5 115/6 115/17 117/9 118/14 119/10 119/14 119/23 121/18 121/21 128/15 128/19 129/4 129/14 129/15 129/21 130/25 130/25 131/2 131/3 131/13 137/21 141/5 143/18 144/4 144/5 144/18 145/1 145/21 151/11 154/16 155/17 158/8 161/8 170/8 177/10 177/16 179/1 179/2 179/3 180/6 180/8 190/21 191/20 194/1 196/15 196/25 199/14 199/19 199/23 199/24 200/14 201/4 203/14 204/13 204/17 207/12 207/13 207/25 208/4 229/2 234/25 241/10 241/17 246/19 247/2 247/2 247/15 253/17 255/14 257/25 260/13 265/20 269/22 270/20 270/25 271/2 272/2 273/14 273/19 276/1 279/5 281/20 283/1 292/15
**gone [4]** 21/4 74/19 183/12 193/6
**good [34]** 2/13 6/22 6/23 20/18 28/9 28/10 28/10 40/2 40/6 41/17 43/10 43/11 48/8 48/9 48/15 57/7 84/6 87/18 107/22 111/7 114/24 145/8 154/12 188/20 200/6 201/25 207/8 209/14 209/15 247/22 277/15 291/14 292/19
**Google [2]** 274/10 275/14
**got [50]** 19/13 19/16 24/23 25/2 25/3 25/13 53/15 53/24 54/1 59/17 84/2 103/4 106/3 109/12 110/8 119/3 129/19 137/20 137/22 141/23 149/25 161/16 166/16 175/2 180/24 184/14 200/11 201/5 201/5 213/22 214/6 214/6 219/18

**G**

**got...** [17] 221/18 221/18 230/9 236/15 239/4 250/23 254/2 254/5 265/12 265/12 265/22 270/14 274/22 286/2 286/2 286/3 292/11
**gotten** [8] 52/7 72/14 73/1 73/25 187/5 231/16 234/1 265/20
**gov** [1] 243/21
**GOVERNANCE** [7] 2/13 40/6 48/10 48/16 57/7 188/21 201/25
**government** [11] 12/8 14/14 21/17 53/2 92/21 92/24 137/11 154/10 155/3 160/17 186/7
**governmental** [1] 12/4
**grab** [1] 194/14
**gracious** [1] 207/8
**graduate** [2] 7/5 7/22
**graduated** [1] 252/2
**graduating** [3] 7/24 10/22 10/23
**graduation** [2] 7/7 7/8
**granted** [1] 43/3
**great** [3] 49/8 106/8 108/5
**greatly** [4] 115/16 133/19 133/24 134/2
**green** [2] 65/18 65/20
**grew** [2] 21/19 147/24
**gross** [1] 246/24
**ground** [1] 16/6
**grounds** [2] 62/20 151/12
**group** [4] 2/11 60/3 237/5 238/1
**guess** [5] 160/13 169/15 192/17 230/14 285/25
**guys** [1] 292/8
**Gwinnett** [10] 78/14 78/15 78/22 79/1 80/9 80/22 80/22 80/23 83/4 93/15
**gym** [2] 94/13 95/6

**H**

**H-A-R-V-E-Y** [1] 209/4
**hack** [7] 102/16 102/19 263/1 266/14 268/4 268/12 268/22
**hackable** [1] 54/15
**hacked** [1] 127/20
**hacking** [4] 103/2 266/20 267/4 269/9
**had** [193] 8/7 8/8 8/9 8/23 11/2 12/2 15/4 15/7 17/18 17/20 17/21 18/15 18/17 18/20 19/12 19/14 19/25 20/2 20/20 20/24 20/24 21/20 23/4 25/7 25/9 27/12 27/14 27/18 30/6 30/6 30/8 30/19 31/22 32/22 34/11 34/11 38/8 42/3 42/8 51/11 51/17 51/21 53/3 57/1 58/10 59/11 61/4 61/15 61/22 64/13 65/24 66/1 66/23 67/3 67/19 68/15 68/22 69/9 72/22 73/3 73/4 73/21 74/1 78/2 78/7 78/7 78/17 78/17 84/13 84/18 86/1 91/15 91/19 92/13 93/4 93/6 93/16 95/8 95/9 95/10 95/12 99/4 101/2 101/3 101/7 101/8 102/11 103/23 105/3 106/2 108/6 111/20 112/10 118/11 120/5 130/18 136/10 136/13 137/18 141/24 150/20 150/22 159/5 163/19 166/10 167/17 169/24 170/20 171/19 172/11 172/19 173/6 174/8 175/1 176/14 177/2 178/5 178/7 185/8 185/11 187/5 189/21 189/25 193/20 195/5 195/14 198/2 205/1 205/24 206/4 210/20 212/15 214/4 214/11 214/17 218/13 218/17 218/23 220/5 221/21 221/23 222/10

**had...** [22] 222/13 222/17 222/19 223/5 223/7 223/16 230/15 230/20 231/14 233/5 233/19 233/19 234/19 235/4 240/3 242/25 249/21 249/21 251/24 253/14 253/15 256/8 257/17 259/18 260/8 260/9 260/10 264/3 265/9 265/13 265/13 265/20 267/16 267/17 267/20 267/22 268/4 268/22 272/5 273/16 273/25 275/9 277/20 279/7 282/5 282/13 285/23 288/4 291/3 293/9
**hadn't** [4] 19/17 25/5 187/8 219/8
**Halderman** [2] 177/5 177/12
**half** [2] 22/23 225/5
**halfway** [1] 225/7
**Hall** [4] 260/11 260/18 261/3 261/6
**HALSEY** [1] 2/8
**Hamilton** [8] 144/9 232/19 234/9 234/12 235/11 292/5 292/6 292/10
**Hampton** [1] 287/1
**Hampton's** [1] 286/23
**hand** [115] 6/11 8/7 20/19 22/23 24/9 28/25 29/6 29/8 29/10 30/16 37/18 37/22 38/12 39/15 41/5 41/14 42/11 42/3 43/13 43/21 46/5 46/9 47/21 49/22 52/10 59/2 61/24 62/1 62/7 64/13 66/24 67/6 67/7 68/20 70/10 78/17 79/6 79/24 80/8 80/9 81/5 81/8 81/11 82/11 87/13 87/25 93/5 93/11 93/14 93/17 100/15 100/17 100/21 100/23 101/1 101/10 101/16 102/6 102/9 103/8 109/20 114/19 114/25 115/11 115/12 115/15 115/19 115/23 116/4 116/10 117/6 117/9 117/25 118/7 118/18 121/8 122/20 122/21 123/1 123/5 123/11 124/13 125/9 125/12 127/18 131/21 132/1 132/10 132/16 132/22 132/25 133/3 133/4 133/16 133/22 135/22 146/16 149/3 163/24 191/22 193/12 194/3 198/7 199/14 208/23 211/7 226/11 226/14 226/23 232/4 277/17 278/2 278/11 278/18 293/12
**hand-marked** [90] 20/19 24/9 28/25 29/6 29/8 37/18 38/12 41/14 42/11 43/2 43/13 43/21 46/5 46/9 49/22 52/10 59/2 61/24 62/1 62/7 64/13 66/24 67/6 67/7 68/20 70/10 78/17 79/6 80/8 81/5 81/8 81/11 82/11 87/13 87/25 93/5 93/11 93/14 93/17 100/15 100/17 100/21 100/23 101/1 101/10 101/16 102/6 102/9 103/8 109/20 114/19 114/25 115/11 115/12 115/15 115/19 115/23 116/4 116/10 117/6 117/21 121/8 122/20 122/21 123/1 123/5 123/11 124/13 125/9 125/12 127/18 131/21 132/1 132/10 132/16 132/22 132/25 133/3 133/4 133/16 133/22 149/3 163/24 191/22 193/12 211/7 226/11 226/14 226/23 232/4
**handful** [1] 156/8
**handing** [1] 17/12
**handle** [3] 163/11 164/5 177/10
**handled** [2] 157/6 220/23
**handling** [4] 231/18 232/8 238/8 283/7
**hands** [7] 22/12 66/12 219/18 220/2 220/8 220/13 246/3
**hands-on** [4] 219/18 220/2 220/8 220/13
**handwriting** [3] 109/24 110/2 110/10

**handy** [1] 275/3
**hanging** [2] 237/25 238/2
**happen** [14] 24/10 54/23 77/23 100/20 100/22 102/24 141/2 213/2 213/4 213/25 231/21 250/21 250/22 252/18
**happened** [24] 15/13 24/22 24/24 51/4 55/16 55/23 59/16 61/1 66/3 98/6 157/24 158/18 202/20 202/22 212/11 219/21 220/22 238/22 250/21 257/1 274/23 275/4 275/9 282/20
**happening** [5] 91/5 94/13 96/17 154/22 178/20
**happens** [6] 41/13 76/16 100/14 103/14 107/9 231/21
**happy** [7] 20/8 20/9 20/13 87/1 90/16 99/3 259/7
**hard** [6] 22/2 35/3 74/2 99/5 132/13 272/17
**harder** [1] 22/20
**hardware** [1] 105/24
**harm** [4] 129/1 129/3 129/4 129/5
**Harry** [1] 290/3
**Hartwell** [2] 260/22 261/4
**HARVEY** [86] 5/6 144/10 203/14 203/15 203/16 204/1 204/4 204/6 204/8 208/18 209/3 209/10 209/14 215/21 216/5 217/10 226/6 226/17 226/21 227/5 227/19 228/3 228/23 229/5 230/4 231/6 231/17 232/2 232/13 233/5 233/12 233/13 233/18 234/22 235/3 235/20 238/17 239/5 241/6 241/21 242/19 242/24 244/10 245/25 246/5 246/10 247/10 248/14 249/9 249/11 250/14 251/16 252/25 255/16 255/19 256/13 258/10 258/16 260/17 261/24 262/2 262/24 264/9 264/14 264/18 265/2 266/3 268/10 268/18 269/1 269/3 269/12 269/23 271/8 271/11 272/13 273/19 273/24 274/14 276/6 280/2 280/7 283/24 284/24 290/6 290/24
**Harvey's** [1] 248/19
**has** [112] 1/6 14/15 16/17 21/15 23/15 23/16 31/2 36/6 50/7 52/17 55/23 58/24 65/19 73/1 73/25 74/9 75/2 79/1 81/8 82/5 83/2 83/5 84/13 85/15 87/14 89/3 89/7 89/8 92/14 93/2 97/5 97/15 98/18 103/7 103/20 110/5 111/20 111/24 112/15 112/19 112/21 112/24 112/25 113/8 113/24 114/2 114/2 122/6 125/13 142/19 142/22 142/25 143/17 145/23 151/15 152/3 153/4 153/7 155/14 155/20 156/2 156/2 156/9 156/25 157/10 159/21 160/10 160/13 162/4 162/7 162/11 165/4 165/14 166/24 168/18 168/19 168/22 168/25 170/24 173/3 173/9 175/7 177/7 177/17 177/19 178/1 178/2 179/16 190/25 191/10 197/16 198/7 198/15 200/2 223/14 224/10 234/22 242/19 245/19 246/16 247/12 255/9 268/20 272/21 272/22 273/11 278/22 285/3 285/15 288/2 288/3 290/6
**hashtag** [2] 266/23 267/2
**hasn't** [4] 83/19 113/3 187/1 227/25
**hate** [1] 53/18
**hats** [1] 8/23
**have** [591]
**haven't** [9] 47/12 75/23 77/4 108/6

**H**

**haven't... [5]** 111/12 138/2 138/5 159/17 188/22

**having [25]** 6/19 29/10 39/23 41/10 46/24 48/5 52/18 78/12 84/21 89/17 99/5 115/13 128/16 132/13 146/25 151/7 151/18 204/24 205/3 209/11 237/21 251/13 274/16 277/6 281/13

**Hayes' [1]** 287/3

**he [129]** 7/12 27/21 42/3 42/5 42/5 42/7 42/7 52/16 52/19 52/20 62/24 63/15 63/16 65/8 112/8 112/9 112/12 112/12 121/6 138/7 144/13 145/15 149/25 151/14 153/6 153/6 153/7 153/8 158/9 158/10 159/1 159/8 159/10 160/10 160/13 161/9 161/9 161/10 161/10 161/12 161/12 161/18 165/14 169/7 169/16 169/17 169/19 169/24 170/1 170/4 170/25 173/9 173/10 173/10 173/11 173/12 173/12 177/17 177/17 177/18 177/20 179/1 179/2 179/2 179/5 179/6 179/9 179/16 179/25 190/25 191/10 199/8 199/18 199/23 200/14 200/15 200/15 200/17 201/5 201/5 204/14 204/15 204/16 207/14 208/1 210/13 210/19 210/21 215/22 215/24 234/24 234/24 239/5 242/22 243/11 243/18 246/1 253/3 253/4 261/6 261/6 261/7 263/6 264/21 267/6 267/11 267/17 267/18 267/19 268/1 268/19 268/20 269/4 269/15 271/2 271/2 271/3 271/20 271/25 274/16 274/17 274/17 274/19 274/19 283/8 283/9 288/15 290/4 290/6

**he's [9]** 130/3 130/23 138/10 153/6 160/9 165/13 179/15 208/1 269/6

**head [6]** 45/1 123/21 123/23 123/25 144/13 183/25

**heading [1]** 106/10

**Health [1]** 196/16

**healthcare [1]** 196/17

**hear [11]** 9/14 9/15 9/18 46/21 85/9 129/18 130/18 186/14 212/19 212/20 212/24

**heard [14]** 17/19 22/9 41/3 55/19 65/5 95/18 98/11 99/14 101/14 102/18 151/21 175/7 181/1 185/22

**hearing [5]** 22/12 97/18 169/3 169/4 289/10

**hearsay [47]** 16/5 62/19 69/13 69/17 69/24 70/4 73/11 73/12 86/4 86/19 86/20 89/2 89/10 90/12 90/12 94/1 97/10 97/11 106/23 159/7 169/4 171/1 171/3 174/10 174/10 228/4 233/4 241/1 241/1 241/4 245/6 245/15 248/12 248/15 248/18 255/11 255/13 259/2 259/12 264/13 268/10 268/14 269/8 269/11 272/12 272/19 288/14

**heavy [1]** 181/9

**height [1]** 74/17

**held [4]** 94/14 96/7 195/16 293/10

**Hello [1]** 199/25

**help [9]** 14/12 42/3 145/12 154/12 182/2 185/25 198/25 216/15 282/1

**helped [5]** 57/23 58/1 105/17 173/11 181/1

**helpful [1]** 32/12

**helping [2]** 10/5 10/9

**her [88]** 27/10 27/12 27/14 27/15 27/15 27/20 27/22 27/22 27/22 27/24 47/16 47/18 54/22 55/19 55/20 55/22 62/21 62/22 62/24 62/24 63/1 63/18 63/21 63/24 65/7 69/9 69/14 71/11 76/4 76/8 76/9 83/19 84/2 84/3 86/20 86/23 86/25 87/2 87/2 87/4 87/6 87/12 87/24 88/4 88/4 88/5 88/7 88/15 89/1 89/8 89/25 90/15 90/16 90/17 90/17 94/1 95/12 97/17 98/19 99/3 101/23 104/1 123/25 124/18 128/18 129/24 130/3 130/10 130/11 130/12 138/9 143/14 143/15 145/18 158/24 158/24 158/25 159/24 161/22 229/23 235/9 243/13 254/4 254/19 254/22 256/24 257/13 270/17

**here [91]** 10/17 12/12 14/24 15/8 20/17 26/13 26/15 26/17 26/23 27/5 28/11 36/13 40/20 54/24 83/18 83/18 83/21 84/6 86/6 88/23 91/4 98/11 107/5 110/2 115/5 116/19 116/21 120/3 122/14 128/11 129/7 129/8 129/14 130/12 131/13 137/22 151/9 151/22 152/6 152/8 152/11 153/14 153/15 156/15 161/16 162/3 166/23 166/23 168/1 168/6 168/8 168/23 169/22 170/14 170/22 171/10 171/15 172/5 172/23 179/17 180/23 191/13 197/3 208/3 216/14 217/4 229/21 233/4 233/7 240/16 241/2 241/10 243/20 244/9 247/2 248/1 248/2 248/16 259/15 261/7 261/23 268/10 268/15 268/24 269/22 282/25 288/15 290/16 291/21 292/16 292/16

**hereby [1]** 293/8

**hereunto [1]** 293/12

**HERNANDEZ [1]** 3/8

**Herschel [2]** 174/4 174/15

**herself [1]** 63/24

**hesitant [1]** 260/3

**Hewlett [1]** 147/18

**hey [1]** 59/25

**Hi [1]** 180/18

**high [7]** 7/1 7/2 7/5 75/22 147/25 156/21 156/23

**higher [2]** 173/16 283/24

**highlight [1]** 168/17

**highly [1]** 133/2

**Hill [3]** 80/10 101/6 101/7

**him [33]** 9/25 42/4 112/4 112/13 151/13 161/16 179/22 191/9 199/8 199/24 200/16 202/8 204/2 204/11 204/17 207/15 208/2 215/24 231/25 241/11 243/11 249/2 253/3 255/5 261/4 267/14 267/16 267/18 267/21 268/21 271/23 273/20 291/1

**hip [1]** 27/15

**his [34]** 52/20 88/24 103/5 153/6 161/10 169/25 170/5 170/9 173/15 185/23 187/18 187/23 190/24 199/5 199/18 200/16 204/14 204/15 215/21 215/25 219/15 230/24 231/1 234/22 241/2 241/2 267/25 269/14 269/16 270/7 271/24 280/2 280/2 290/6

**historical [1]** 147/24

**history [11]** 10/16 12/3 12/4 12/4 14/13 21/19 40/12 52/17 190/13 198/9 198/15

**hit [2]** 138/17 155/14

**hold [6]** 8/10 192/10 195/6 199/24 237/11 270/25

**holding [1]** 84/22

**home [7]** 8/17 8/19 13/16 14/6 19/16 56/19 241/24

**homes [2]** 238/19 239/8

**hone [1]** 58/7

**honest [1]** 149/14

**Honor [194]** 6/5 15/25 16/7 28/6 38/4 38/5 39/8 39/12 46/17 46/18 54/16 55/2 55/13 56/2 62/19 63/13 69/11 69/21 70/7 71/9 71/16 72/2 73/10 76/1 83/17 85/11 86/9 86/16 87/4 88/13 88/14 89/18 90/9 93/25 96/21 97/7 97/14 98/16 101/21 107/2 107/21 121/17 124/20 128/20 129/22 130/7 130/24 131/11 137/21 138/11 138/22 139/6 139/15 142/14 143/4 143/11 144/8 144/25 146/6 151/11 159/1 159/7 159/13 160/9 161/8 161/14 165/12 167/19 173/5 177/16 178/25 190/23 191/14 199/12 199/16 199/19 200/3 200/24 201/5 203/9 204/1 204/19 205/19 206/12 207/12 208/17 208/18 208/19 209/5 215/19 216/3 216/18 216/20 217/2 217/6 226/16 227/16 227/21 227/23 227/24 227/25 228/5 228/9 228/15 229/1 229/3 229/20 230/22 231/2 231/20 233/1 233/3 233/9 234/20 236/22 236/24 237/2 237/8 237/16 237/19 238/7 238/15 239/5 240/4 240/21 240/23 241/5 241/16 241/19 242/17 244/21 244/23 245/8 245/14 247/18 247/22 248/3 248/9 249/1 250/8 252/22 255/2 255/6 255/9 255/17 256/17 258/24 259/1 259/5 259/8 260/15 262/12 262/13 262/19 264/6 264/12 264/16 265/23 268/9 268/16 268/17 268/21 269/2 269/7 269/14 270/3 270/23 271/5 272/10 272/12 272/21 272/25 273/10 273/18 274/13 276/4 279/23 280/1 282/8 282/12 283/11 284/5 284/13 284/16 284/22 288/11 288/13 289/7 289/11 289/15 290/5 290/19 290/22 291/3

**Honor's [3]** 69/5 228/16 289/22

**HONORABLE [1]** 1/11

**hook [4]** 104/21 246/19 247/16 283/1

**hooked [1]** 247/12

**hope [1]** 32/21

**hoped [1]** 232/10

**hopeful [1]** 35/15

**HORST [1]** 2/9

**hour [3]** 174/14 174/15 290/15

**hour-ish [1]** 290/15

**hours [12]** 57/11 57/13 57/14 71/1 71/3 99/18 99/25 100/4 100/5 150/16 150/19 290/10

**house [1]** 22/23

**how [128]** 7/13 9/13 10/6 10/7 10/11 12/7 12/23 18/21 18/21 20/7 21/1 21/2 22/11 22/12 27/22 28/9 36/9 48/13 49/14 49/16 50/8 50/22 51/24 52/12 53/1 53/10 53/20 56/15 56/24 57/11 59/18 59/20 59/25 60/10 60/13 60/15 60/18 60/19 60/20 60/21 60/22 62/17 63/17 65/6 65/8 66/6 68/21 70/19 71/1 74/3 75/4 77/21 77/24 77/24 78/8 78/23

**H**

**how... [72]** 79/9 79/10 82/14 82/21
87/2 87/7 90/17 90/23 92/22 93/11
94/25 95/9 98/14 100/3 112/1 112/18
113/6 113/16 116/2 116/11 116/13
117/4 117/7 117/10 117/12 125/5
128/15 141/2 144/20 144/22 147/7
148/8 149/6 149/18 150/16 151/3 155/5
155/10 155/20 156/1 157/5 158/1 158/3
158/21 166/5 166/25 172/24 178/15
180/19 183/21 193/14 196/13 196/13
205/23 211/20 215/23 218/19 219/19
220/3 220/3 221/5 221/12 223/7 226/13
226/22 238/13 247/10 276/13 278/15
279/15 281/16 284/14
**however [2]** 1/7 116/17
**huge [4]** 21/22 21/22 113/21 141/3
**huh [4]** 43/15 185/13 187/20 196/2
**human [15]** 19/2 51/5 54/24 116/22
140/1 140/8 140/11 140/12 192/1 192/5
192/20 211/16 277/14 278/12 278/14
**humans [1]** 193/18
**Hunckler [1]** 241/2
**hundred [2]** 150/18 163/16
**hundreds [3]** 99/18 99/25 100/5
**husband [10]** 7/9 51/18 111/22 112/1
112/14 112/20 112/22 112/25 158/24
159/25
**husband's [1]** 51/22
**hypothetical [1]** 177/11

**I**

**I'll [48]** 28/11 46/22 49/3 55/21 56/19
56/20 57/5 64/10 71/8 72/1 76/1 83/17
85/2 86/3 87/20 90/6 109/9 119/21
129/20 133/14 139/5 147/11 150/18
151/9 151/13 157/24 170/23 173/20
177/23 198/7 201/17 205/18 208/10
216/2 227/6 229/20 230/22 231/3
231/20 237/10 237/10 238/15 242/17
247/16 268/9 283/11 291/21 292/17
**I'm [203]** 6/25 7/18 13/7 13/9 17/8
17/12 17/25 20/8 22/18 23/19 23/19
23/20 25/23 26/18 28/2 28/10 28/16
28/19 30/6 30/25 31/19 31/20 32/4
33/15 34/24 35/11 35/15 36/2 37/4
38/18 40/2 42/23 44/18 45/7 46/22 48/9
49/3 49/10 52/15 53/4 53/9 53/10 57/10
57/25 63/21 64/9 65/14 70/2 70/4 71/20
72/25 74/21 75/11 78/18 79/25 81/7
83/17 83/23 85/7 87/17 90/16 93/7
93/18 99/5 99/8 102/14 103/24 106/7
107/14 112/16 115/6 116/7 117/1 117/1
119/10 120/15 121/3 121/3 121/17
121/25 126/17 126/17 128/11 128/16
128/18 128/25 129/2 129/10 129/16
129/21 131/3 131/13 132/13 135/17
135/18 135/25 137/21 138/9 140/6
142/23 144/5 145/10 145/11 151/11
158/4 161/8 162/1 162/12 169/8 170/8
170/15 173/8 174/9 176/21 177/10
179/7 179/17 180/3 180/6 180/21 183/8
187/23 187/25 189/1 189/4 189/6
190/14 190/21 192/17 193/1 193/3
193/9 196/25 197/3 199/22 199/14
199/15 199/19 199/24 200/14 201/12
202/25 203/23 204/5 204/13 204/17

207/12 207/23 208/4 214/6 216/24 220/10 220/10 222/7 222/16
226/16 227/16 228/1 228/7 228/13
228/19 229/25 230/15 230/25 237/24
239/3 243/8 245/3 246/23 247/1 247/8
247/25 252/25 253/1 255/14 259/7
260/3 260/13 263/23 264/24 265/6
266/13 268/23 270/25 276/1 279/23
280/18 280/19 280/23 282/25 283/8
284/6 286/11 287/5 289/23 289/25
290/11 291/12 291/12 291/17 291/20
292/19
**I've [13]** 11/11 57/23 89/9 99/4 109/12
131/1 137/20 145/21 180/24 229/7
235/21 240/8 284/6
**IBM [3]** 40/14 40/18 104/25
**ICC [1]** 207/18
**ICHTER [2]** 2/20 2/21
**ID [2]** 184/5 184/7
**idea [8]** 14/4 43/25 54/12 61/4 98/18
100/3 247/15 292/15
**identification [1]** 245/4
**identified [5]** 109/10 110/12 129/1
260/8 260/9
**identify [3]** 14/23 129/11 212/25
**identifying [1]** 244/24
**ignored [1]** 53/3
**II [3]** 21/20 27/21 52/16
**III [5]** 2/13 2/16 2/18 4/10 39/22
**ill [4]** 145/16 145/17 145/17 146/3
**illness [1]** 106/4
**image [4]** 165/11 165/25 166/11
206/24
**ImageCast [3]** 205/9 205/11 206/24
**images [9]** 164/25 165/9 166/8 167/2
167/17 172/5 172/10 172/13 174/19
**immediate [1]** 54/3
**impact [4]** 228/21 247/10 255/5 255/16
**impacted [3]** 195/9 195/16 196/20
**impacting [1]** 196/22
**impacts [3]** 196/14 196/24 197/2
**implement [4]** 212/5 213/15 246/16
246/17
**implementation [4]** 148/23 150/5
225/9 285/5
**implemented [3]** 35/12 211/20 212/7
**implementing [1]** 283/6
**importance [3]** 21/21 141/13 141/14
**important [20]** 11/23 19/18 21/18
27/14 53/1 53/8 90/20 147/21 147/22
149/4 149/9 149/12 265/8 265/11 267/8
268/3 268/6 268/21 283/24 290/7
**imposed [1]** 252/13
**impossible [1]** 122/7
**impressed [1]** 148/2
**impression [2]** 251/8 261/21
**improper [1]** 250/14
**improved [2]** 73/23 74/24
**inaction [1]** 185/24
**inadmissible [2]** 165/13 288/18
**inadvertently [1]** 59/23
**inappropriate [2]** 71/9 139/1
**incarcerated [1]** 52/20
**incident [24]** 157/20 158/12 158/13
158/16 161/25 163/3 167/12 178/2
183/10 239/18 239/22 241/22 242/9
242/15 242/18 243/4 244/8 255/20
263/12 264/10 264/19 265/3 274/21

288/16
**incidents [4]** 163/6 164/24 171/19
238/8
**inclined [1]** 155/6
**include [3]** 92/24 182/8 202/9
**included [4]** 15/5 93/22 137/12 263/6
**including [3]** 52/8 120/22 134/7
**incomplete [1]** 84/14
**incongruence [1]** 167/17
**inconsistent [1]** 68/3
**inconvenient [1]** 52/5
**Incorporated [1]** 105/4
**incorrect [3]** 55/12 115/21 190/2
**incorrectly [3]** 55/9 127/22 142/19
**increased [1]** 176/12
**incumbent [1]** 186/5
**incursion [1]** 17/20
**indeed [1]** 175/22
**independence [1]** 281/9
**independent [4]** 256/24 273/1 273/5
275/3
**independently [2]** 240/16 281/5
**indicate [3]** 106/9 172/22 179/15
**indicated [1]** 276/21
**indicates [1]** 262/14
**indicating [1]** 263/11
**indication [1]** 272/14
**indications [1]** 237/21
**individual [12]** 67/14 69/8 130/5 141/4
141/9 141/15 141/19 182/21 199/3
207/11 226/25 251/23
**individually [3]** 14/25 71/22 156/11
**individuals [8]** 69/9 100/11 156/6
180/10 197/19 198/2 230/13 238/25
**industry [1]** 188/12
**infects [1]** 259/22
**information [62]** 9/4 13/8 13/10 13/13
15/21 15/22 15/24 17/2 25/18 25/21
25/23 25/24 26/20 34/10 36/9 61/1
65/19 83/20 84/11 85/19 92/22 92/24
105/8 136/23 144/9 147/18 147/19
155/13 157/7 159/6 162/11 162/22
166/4 166/16 167/3 167/9 167/11
167/24 169/24 174/25 179/11 179/22
180/9 182/22 188/7 188/11 222/25
238/10 244/25 245/4 253/10 254/12
254/23 254/23 254/24 261/3 263/3
265/12 267/6 270/14 271/1 276/25
**informed [5]** 16/9 16/18 130/1 182/24
262/24
**inherently [2]** 123/5 132/22
**initial [4]** 120/20 140/9 181/8 267/19
**initially [2]** 60/7 105/19
**initiated [1]** 155/23
**initiative [1]** 63/5
**inquiry [2]** 176/4 176/19
**install [1]** 181/1
**installation [1]** 181/4
**instance [17]** 10/1 15/6 23/2 58/25
72/17 83/14 84/15 85/1 85/14 91/8
94/19 97/22 111/9 113/22 232/7 250/16
282/18
**instances [1]** 252/15
**instead [8]** 29/9 29/10 29/11 41/24
49/24 49/25 81/25 145/2
**instruct [1]** 60/16 214/4 214/10
**instruction [2]** 66/14 143/13
**instructions [4]** 124/11 127/3 132/7

**I**

**instructions...** **[1]** 132/10
**integrity** **[5]** 13/24 13/25 148/5 196/9 245/20
**intelligence** **[2]** 104/11 283/17
**intend** **[8]** 27/6 49/20 49/24 115/1 127/12 132/11 132/18 262/19
**intended** **[22]** 13/7 18/20 33/2 34/1 34/8 38/25 116/2 116/11 116/14 116/23 122/22 123/2 126/10 126/14 126/20 127/4 128/2 134/19 135/4 135/11 135/15 135/23
**intending** **[1]** 98/6
**intent** **[5]** 38/16 45/9 123/7 124/14 133/6
**intention** **[2]** 17/21 201/4
**intentionally** **[1]** 43/23
**interact** **[1]** 215/23
**interactions** **[1]** 285/22
**interest** **[3]** 12/2 149/18 285/23
**interested** **[8]** 12/3 13/1 14/3 14/12 104/10 117/1 117/2 180/11
**interesting** **[1]** 34/24
**interests** **[1]** 225/1
**interject** **[1]** 83/18
**international** **[1]** 105/16
**internship** **[1]** 104/25
**interpreting** **[2]** 110/10 179/15
**interrupt** **[1]** 85/2
**interrupted** **[1]** 249/5
**intervening** **[1]** 288/20
**introduce** **[3]** 63/19 63/21 97/13
**introduced** **[2]** 86/6 283/21
**introducing** **[1]** 170/7
**introduction** **[1]** 283/7
**introductory** **[1]** 238/13
**intrusion** **[1]** 178/4
**intrusions** **[3]** 168/15 169/7 171/8
**invested** **[1]** 170/24
**investigate** **[3]** 155/6 246/1 261/4
**investigated** **[4]** 163/15 171/19 189/25 224/20
**investigates** **[1]** 189/12
**investigating** **[8]** 154/23 158/13 158/15 172/24 178/3 246/6 246/7 256/20
**investigation** **[22]** 155/11 159/23 161/9 210/3 225/12 225/13 225/17 225/22 225/25 226/2 243/14 244/2 244/8 253/16 256/18 256/22 257/20 261/15 261/16 261/20 261/22 275/18
**investigations** **[12]** 154/24 157/22 189/22 189/24 224/12 224/14 224/19 224/21 224/23 225/3 225/16 257/5
**investigative** **[1]** 225/20
**investigator** **[7]** 209/21 225/6 225/8 225/23 244/5 253/20 254/22
**investigators** **[2]** 253/15 253/18
**investigatory** **[1]** 224/10
**invited** **[1]** 10/24
**inviting** **[1]** 97/24
**involve** **[2]** 154/14 182/11
**involved** **[33]** 63/10 104/15 150/7 150/12 150/25 153/7 154/23 156/2 156/9 156/11 157/19 157/20 158/13 158/15 158/17 159/25 161/9 161/25 163/7 164/23 166/18 174/2 178/3 181/5 189/17 190/16 191/10 197/13 212/12

**I** (continued)

217/16 216/3 221/4 283/18
**involvement** **[6]** 161/18 167/5 246/13 257/3 257/4 257/10
**involves** **[3]** 148/12 150/4 290/7
**involving** **[1]** 171/19
**irrelevant** **[2]** 121/23 130/12
**IRS** **[1]** 188/6
**is** **[1136]**
**ish** **[1]** 290/15
**isn't** **[8]** 115/19 128/9 190/22 192/19 212/17 213/16 214/18 221/10
**issue** **[60]** 28/14 30/19 30/23 31/22 32/8 41/4 47/6 50/17 50/23 50/24 69/19 73/24 98/4 108/25 109/24 110/3 110/12 113/8 113/9 128/13 155/10 155/19 156/15 159/21 161/16 164/6 164/20 177/25 204/9 211/25 212/2 212/4 224/8 230/18 230/19 233/6 235/11 235/12 235/13 235/14 237/9 237/13 250/1 250/2 250/4 250/4 250/5 251/3 252/19 254/8 255/11 261/4 264/20 275/11 275/23 277/6 277/10 288/21 290/5 290/6
**issued** **[4]** 51/20 51/21 61/10 214/21
**issues** **[48]** 16/10 46/24 47/4 47/13 50/2 51/11 57/21 60/21 60/25 61/4 66/23 68/17 68/19 72/21 75/17 89/10 109/10 127/17 154/21 155/5 157/3 162/24 168/12 168/14 170/4 170/25 171/1 172/24 173/23 189/12 219/5 219/6 223/10 224/11 224/16 225/20 229/12 230/18 245/9 248/18 249/12 252/16 265/13 272/5 274/22 275/5 290/21 290/23
**issuing** **[1]** 139/13
**it** **[923]**
**it's** **[8]** 20/8 71/20 115/20 133/22 154/3 196/16 248/6 289/3
**item** **[1]** 163/22
**items** **[1]** 14/24
**its** **[15]** 63/8 83/6 153/13 155/21 156/5 167/4 168/22 196/10 225/17 245/11 246/3 255/5 255/16 285/20 288/21
**itself** **[11]** 50/10 66/5 76/24 127/1 133/8 149/14 155/2 164/3 168/12 237/12 283/6

**J**

**Jackson** **[1]** 289/3
**JACOUTOT** **[1]** 3/7
**James** **[2]** 286/14 288/15
**jammed** **[1]** 281/18
**JANUARY** **[5]** 1/13 6/2 24/19 26/9 293/13
**Japan** **[3]** 104/25 105/1 105/17
**Japanese** **[3]** 105/3 105/12 105/16
**Jason** **[1]** 242/6
**JAVIER** **[1]** 3/4
**Jeanne** **[2]** 78/20 78/24
**JEFFREY** **[1]** 2/2
**Jersey** **[1]** 105/12
**job** **[9]** 103/21 104/18 104/24 105/3 105/8 106/4 277/14 281/22 281/23
**jobs** **[1]** 8/12
**Jones** **[4]** 245/5 245/6 255/12 288/8
**Jonesboro** **[9]** 83/14 85/1 85/14 85/21 85/23 85/25 91/9 91/14 91/18
**Jordan** **[3]** 262/5 263/3 269/25

**J** (continued)

**JOSH** **[1]** 3/4
**JR** **[1]** 3/9
**JUDGE** **[17]** 1/12 144/5 147/9 159/10 160/19 165/7 167/22 168/5 171/11 171/16 173/20 174/24 175/7 180/1 180/14 204/9 205/17
**judgment** **[4]** 168/8 170/11 245/9 288/22
**July** **[4]** 177/5 209/19 209/19 218/10
**July 1st** **[1]** 177/5
**July 2015** **[1]** 209/19
**July 2021** **[1]** 209/19
**juncture** **[3]** 88/10 229/8 284/12
**June** **[3]** 221/8 227/12 232/20
**June 9** **[2]** 227/12 232/20
**jurisdiction** **[1]** 252/14
**jurisdictions** **[4]** 80/2 85/20 85/20 89/8
**just** **[280]** 9/7 9/10 9/12 9/16 13/24 14/1 14/2 14/3 14/22 14/23 14/25 15/24 16/5 16/8 17/13 18/21 19/13 20/19 21/19 21/20 23/8 24/2 24/11 24/15 25/5 26/2 26/24 29/11 32/8 36/5 37/16 41/24 43/12 46/3 46/19 46/23 49/2 49/5 50/16 51/5 52/13 52/21 54/16 56/17 58/13 59/6 60/2 62/1 63/21 64/6 64/20 64/24 65/24 66/5 67/1 67/1 67/20 68/6 69/4 69/5 69/12 69/24 70/9 70/12 70/15 71/8 71/19 71/21 71/24 72/2 72/15 72/20 73/4 73/21 74/17 74/23 76/1 76/4 76/5 77/6 78/1 79/6 79/14 79/23 80/14 82/11 83/17 83/23 84/19 85/2 86/3 86/6 86/17 87/4 87/18 87/21 88/8 88/12 89/22 90/9 92/17 93/7 93/8 93/25 97/2 97/17 97/24 98/19 99/10 99/24 103/19 104/6 104/18 106/10 107/11 107/14 107/16 107/16 107/16 107/16 109/12 110/11 111/3 111/13 114/15 115/12 116/20 117/17 117/19 118/18 119/8 120/5 120/15 121/7 121/12 122/2 122/20 128/18 129/18 129/19 129/24 130/8 133/12 134/7 135/14 135/25 136/1 137/20 137/21 137/25 138/16 138/24 142/13 142/13 143/13 143/17 144/16 145/1 145/7 145/11 146/4 146/4 147/5 148/3 151/11 153/5 153/10 153/16 156/21 157/10 157/24 158/12 159/25 160/9 161/8 161/15 164/3 167/25 169/2 169/6 171/6 171/12 179/2 179/4 180/24 181/7 187/2 190/1 191/9 193/23 196/6 196/18 198/8 198/21 199/19 200/14 200/15 201/5 202/8 202/25 204/3 205/18 206/3 206/17 206/19 207/9 207/12 207/19 207/25 208/2 208/4 208/19 211/19 216/25 219/13 220/13 222/24 226/17 227/23 227/24 228/5 230/3 234/2 234/7 234/22 236/24 237/11 237/19 238/4 238/10 238/24 240/2 240/23 242/17 243/20 244/24 247/8 247/20 248/1 248/4 248/6 248/9 248/21 250/8 251/17 254/6 255/8 258/1 259/8 260/4 260/10 260/13 261/18 262/13 263/18 264/12 264/24 265/19 268/9 268/14 268/17 268/20 268/23 269/4 270/18 272/20 275/4 276/2 276/22 280/4 282/15 283/21 284/6 284/16 287/3 289/7 289/23 290/2 290/10 291/19 291/23

# K

**Kaiser's [1]** 291/2
**keen [1]** 26/21
**keep [9]** 72/1 78/9 86/11 89/16 99/3
112/4 116/2 183/1 222/10
**keeping [1]** 8/5
**Kemp [1]** 210/11
**Kennesaw [2]** 17/20 219/17
**kept [8]** 36/17 63/14 67/1 70/25 218/18
221/17 226/3 241/8
**Keromytis [6]** 266/8 267/3 267/10
268/8 269/5 269/8
**key [5]** 95/11 95/17 98/2 156/25 284/25
**keys [1]** 95/6
**kick [9]** 101/20 125/14 127/1 128/5
131/19 132/2 132/6 132/12 132/19
**kickback [1]** 126/6
**kicked [2]** 125/8 188/22
**kicking [2]** 67/2 131/16
**kicks [2]** 125/18 125/19
**kids [1]** 42/19
**kind [22]** 13/19 18/13 18/16 23/5 36/13
51/14 57/21 57/25 66/7 72/15 120/12
132/9 170/16 176/5 179/2 181/25
184/21 184/24 248/15 252/2 256/21
267/19
**kinds [6]** 59/12 61/4 62/18 98/14
154/16 155/8
**KNAPP [1]** 2/8
**knew [12]** 27/11 27/11 32/16 35/25
36/12 177/10 177/12 218/17 264/18
267/18 281/19 281/19
**know [281]** 11/10 12/9 13/25 17/11
18/23 19/9 19/12 19/14 19/18 20/23
21/15 21/19 21/20 22/2 22/5 23/5 23/12
23/12 23/19 23/23 23/24 24/7 24/8
24/11 24/11 24/12 24/13 24/23 25/4
25/20 25/25 26/22 26/24 27/5 27/11
27/14 27/25 29/10 29/11 31/4 31/11
31/14 32/13 35/6 35/17 35/18 35/20
36/20 37/17 37/20 37/24 38/1 38/2 38/9
38/14 44/9 44/12 50/19 51/2 52/11
52/12 52/17 52/23 53/2 53/11 53/17
54/14 54/17 54/24 55/7 55/8 56/9 56/16
58/5 59/8 59/12 59/15 60/10 60/13
60/14 63/14 63/16 63/25 64/5 66/1 66/5
66/8 66/25 67/10 68/10 68/16 68/18
70/24 75/7 75/15 76/17 77/1 79/12
80/13 80/21 81/8 82/3 82/12 82/18
82/22 83/4 83/11 84/24 85/17 86/20
89/2 91/6 91/18 92/14 92/15 94/12
95/14 95/20 96/2 96/12 97/4 97/4 97/17
97/24 98/3 98/22 101/8 101/15 101/17
101/22 102/11 102/14 102/16 103/20
103/24 104/13 104/23 105/13 105/15
107/11 110/4 112/16 112/17 112/19
114/3 114/25 115/5 117/4 117/7 117/10
118/12 120/11 120/12 120/22 120/23
125/6 125/19 129/7 129/16 129/18
130/24 131/13 132/9 138/17 141/11
143/16 154/4 159/17 160/5 160/13
162/17 164/10 164/13 165/7 165/16
167/13 169/7 169/17 169/21 170/13
170/23 175/8 176/2 176/16 176/21
179/5 179/9 183/7 187/14 187/25 193/7
193/18 194/7 200/17 201/5 207/7
207/14 207/19 208/1 210/19 210/19
211/10 211/13 211/15 213/1 213/13
218/16 219/11 221/14 221/14 221/18
222/2 224/2 227/1 228/12 228/13
229/23 230/18 231/23 235/12 235/17
239/24 241/11 243/25 246/18 246/24
248/5 249/12 250/5 251/10 251/13
253/11 254/8 254/16 254/19 255/15
256/7 256/14 257/21 257/22 258/5
259/14 259/25 260/1 261/14 261/15
261/17 261/21 264/1 264/2 264/22
266/22 266/24 267/13 267/14 267/17
267/22 268/4 268/6 268/21 269/19
269/23 270/10 274/21 275/7 275/9
275/20 275/9 281/17 282/25 283/13
283/19 284/14 284/19 286/1 287/6
291/2 291/7 292/3 292/3 292/4
**knowing [5]** 28/14 31/3 32/16 165/20
179/25
**knowledge [29]** 11/8 36/1 55/24 73/14
73/16 81/3 84/9 96/23 98/17 139/10
158/9 159/2 160/11 161/11 165/14
177/7 177/20 179/21 200/15 200/25
201/2 210/20 215/20 226/22 228/11
253/9 254/4 275/3 285/24
**knowledgeable [1]** 129/17
**knows [8]** 50/22 54/23 113/1 113/1
130/6 158/9 254/16 274/19
**KREVOLIN [1]** 2/9
**KSU [1]** 40/15

# L

**lack [15]** 12/16 16/18 27/4 50/5 52/2
53/6 55/13 83/18 83/24 101/22 158/8
162/6 199/11 208/2 234/21
**lacks [4]** 96/22 96/22 159/1 200/15
**laid [6]** 89/15 113/6 113/13 168/25
255/6 259/6
**landscape [1]** 149/6
**landslide [1]** 141/8
**language [2]** 138/19 193/20
**laptops [1]** 105/15
**large [14]** 19/21 61/7 61/16 80/9 84/15
105/11 151/25 157/6 172/19 221/14
252/2 252/9 255/21 256/3
**largely [1]** 219/2
**larger [5]** 79/2 141/3 218/23 223/16
237/5
**largest [6]** 78/15 78/21 78/25 79/1
101/1 196/16
**LAROSS [1]** 3/7
**last [36]** 9/5 22/8 33/1 57/1 72/17 78/6
100/4 104/12 109/23 110/11 120/23
131/12 137/25 138/1 145/13 145/15
145/20 146/22 151/4 151/21 152/4
172/17 177/25 198/20 207/19 225/5
233/9 259/24 264/24 264/25 273/24
282/21 284/7 284/9 290/10 290/24
**late [6]** 149/20 218/10 222/7 222/7
222/20 257/16
**later [15]** 25/1 69/24 70/3 79/24 98/18
105/22 109/9 146/4 159/19 171/13
175/19 208/5 251/13 257/13 284/19
**latitude [2]** 71/25 170/24
**LAURA [2]** 2/13 2/18
**law [21]** 2/15 2/17 2/24 78/5 80/18 83/1
92/10 92/15 114/1 114/12 117/24
118/10 128/19 134/2 137/2 182/3
188/15 191/21 191/23 281/16 282/4

**lawn [1]** 138/20
**laws [3]** 14/14 153/3 191/24
**lawsuit [5]** 35/22 46/4 46/7 190/16
190/22
**lawsuits [1]** 191/18
**lawyers [1]** 107/13
**lay [16]** 54/17 71/9 77/9 86/13 89/3
113/17 139/1 139/9 165/13 167/21
177/17 177/20 179/17 200/25 231/25
259/7
**layers [2]** 174/18 268/10
**laying [2]** 87/1 90/16
**layout [2]** 113/8 113/10
**leading [1]** 153/5
**learn [3]** 10/9 12/22 223/7
**learned [2]** 91/18 91/19
**learner [1]** 44/18
**learning [4]** 13/3 21/19 22/1 224/3
**least [10]** 111/15 129/23 143/23 174/23
267/11 268/20 270/25 273/8 280/12
280/16
**leave [5]** 94/12 118/22 118/23 119/3
157/24
**leaving [1]** 173/22
**led [1]** 15/12
**Lee [3]** 210/17 211/3 211/7
**left [8]** 71/15 95/24 96/16 157/10
213/11 213/25 241/24 257/18
**legal [4]** 86/17 90/10 187/21 273/11
**legally [1]** 157/4
**legislation [2]** 154/12 191/3
**legislature [2]** 107/10 149/22
**legitimate [3]** 155/15 155/16 189/18
**legitimately [1]** 23/24
**less [3]** 11/11 31/2 141/4
**let [36]** 23/5 60/13 67/15 88/8 98/11
109/24 124/18 128/13 128/13 129/18
129/19 130/18 132/14 133/13 133/14
137/8 138/3 142/6 142/23 151/13 155/9
157/15 161/17 165/6 167/12 170/23
193/23 200/16 231/3 231/7 238/13
247/16 254/8 257/22 282/8 291/1
**let's [26]** 34/2 78/1 80/1 81/18 90/23
91/3 91/12 109/4 109/10 110/11 111/19
114/14 115/11 119/6 131/16 132/15
133/15 141/5 141/22 156/7 190/11
192/8 196/20 284/18 284/20 288/7
**letters [1]** 191/1
**letting [5]** 230/18 243/25 246/23 247/8
275/9
**level [13]** 82/18 88/3 156/21 173/18
173/19 189/17 196/21 196/22 196/25
210/20 251/19 281/12 282/13
**levels [4]** 233/4 246/13 285/23 285/25
**Lewis [1]** 225/6
**liability [3]** 245/9 288/17 288/17
**liaison [2]** 249/18 250/2
**libraries [2]** 95/4 96/2
**library [4]** 94/13 95/2 95/6 260/22
**license [1]** 25/19
**lieu [1]** 131/21
**life [3]** 27/10 27/21 105/6
**light [2]** 9/12 9/16
**like [83]** 13/9 15/2 17/11 17/12 18/23
21/16 23/20 24/8 29/10 34/2 34/18
36/16 42/2 42/5 52/5 52/22 57/13 63/14
63/15 70/13 72/20 73/25 74/13 77/1
77/16 80/15 81/24 83/4 85/19 88/16

**L**

**like... [53]** 88/22 88/23 93/9 99/16
99/19 100/12 105/5 105/6 105/7 120/23
121/20 122/4 137/9 137/15 138/7
146/13 156/14 161/15 177/25 184/12
184/22 191/12 198/16 201/25 204/11
205/4 206/3 208/19 216/20 219/4
219/20 220/2 220/3 220/17 221/23
223/3 234/4 238/8 243/1 246/12 247/19
250/24 253/6 253/12 257/8 259/9
264/19 266/22 267/21 268/11 270/11
275/22 292/15
**liked [1]** 213/18
**likely [4]** 220/15 265/15 270/6 270/17
**limitations [1]** 171/15
**limited [10]** 62/23 168/12 233/15 241/7
247/9 247/9 255/8 264/23 265/25 279/1
**limiting [15]** 44/4 44/6 44/9 44/10
44/13 98/19 118/19 118/21 118/24
119/2 121/1 127/24 128/1 128/7 277/20
**Lincoln [3]** 50/21 51/1 111/10
**line [18]** 1/6 86/7 87/24 131/9 175/2
175/4 175/6 175/20 184/12 192/18
236/10 244/24 247/11 260/25 266/14
269/4 291/3 291/5
**linked [1]** 14/15
**list [8]** 93/4 97/1 145/22 156/23 189/1
190/1 198/16 270/2
**listed [3]** 84/17 143/1 159/25
**listener [6]** 228/6 228/10 233/11
233/12 241/6 255/8
**listing [1]** 16/13
**literally [1]** 63/17
**litigation [6]** 2/11 153/7 154/14 155/4
155/24 191/10
**little [48]** 8/9 8/9 8/9 9/7 9/10 10/15
16/21 18/14 22/22 26/12 30/19 33/8
42/7 49/2 49/3 49/6 66/8 87/21 92/17
93/2 93/18 94/20 99/11 99/22 104/5
120/15 128/15 130/21 142/5 147/24
148/10 153/25 170/3 170/12 170/18
172/13 173/15 176/14 182/5 182/5
199/5 204/23 223/11 246/20 246/21
252/4 282/9 292/14
**LITTLEFIELD [1]** 3/5
**live [4]** 48/11 53/13 81/18 108/11
**lived [4]** 48/13 104/25 147/7 147/8
**Liz [5]** 96/4 96/19 96/22 96/24 97/1
**LLC [1]** 3/5
**LLP [1]** 2/7
**loads [1]** 96/15
**lobby [1]** 149/22
**local [1]** 184/1
**locate [1]** 228/2
**location [8]** 9/5 94/12 94/16 94/25
233/19 248/23 255/20 260/21
**locations [7]** 32/24 68/7 68/15 78/19
96/1 96/2 150/21
**lock [1]** 95/8
**lockbox [3]** 20/23 29/4 38/14
**locked [3]** 52/23 95/11 95/13
**lodge [5]** 69/13 71/8 71/11 87/5 138/25
**log [23]** 95/9 178/24 200/8 200/11
200/12 200/22 203/2 204/24 204/25
205/6 205/10 205/12 205/14 206/4
206/18 206/19 206/20 206/21 206/22
206/23 207/10 207/18 207/21

**Logan [1]** 287/12
**logic [1]** 58/16
**logical [3]** 46/24 47/4 47/13
**logs [10]** 178/13 178/13 179/10 179/15
200/23 201/2 201/8 201/8 201/9 204/10
**long [21]** 7/13 10/11 18/21 18/21 18/23
18/24 48/13 49/14 56/24 60/21 75/24
75/24 95/1 128/15 129/15 147/7 170/25
190/13 204/18 238/2 247/3
**longer [1]** 52/6
**longhand [1]** 67/21
**look [36]** 15/7 24/4 25/3 29/25 42/5
50/13 56/21 59/12 60/17 66/11 66/14
66/17 75/18 75/23 76/20 77/3 89/12
90/3 103/23 110/23 111/5 116/7 133/10
139/11 182/8 224/9 229/5 240/6 246/6
260/17 272/25 276/12 286/13 289/19
289/20 289/25
**looked [18]** 30/7 59/25 75/21 77/4
92/11 95/15 98/21 98/21 158/24 178/19
179/25 180/9 205/6 206/1 206/3 207/10
225/23 288/21
**looking [21]** 23/19 30/6 30/7 52/22
59/10 59/23 60/12 66/7 67/19 75/1
148/10 150/1 178/12 187/3 205/7
205/11 207/24 208/11 228/19 248/11
283/21
**looks [4]** 99/19 100/12 198/16 268/11
**losing [1]** 36/2
**lost [3]** 22/17 128/11 254/15
**lot [55]** 22/21 22/21 25/17 27/10 27/16
30/20 31/7 32/11 36/16 53/21 59/16
60/18 65/10 65/22 66/2 68/19 70/23
71/21 71/23 71/24 75/7 78/3 82/10
84/25 95/15 96/1 96/3 97/23 104/23
107/15 113/8 113/10 130/20 136/21
136/23 136/23 141/7 157/23 169/3
169/4 169/12 170/12 174/17 181/20
185/21 213/4 224/18 225/20 234/2
246/22 246/22 249/24 250/21 270/8
270/14
**lots [4]** 12/24 60/12 270/15 282/18
**Lotus [1]** 104/13
**Lotus 1-2-3 [1]** 104/13
**louder [2]** 9/7 49/2
**love [1]** 27/20
**Lowndes [1]** 61/23
**Ls [1]** 162/17
**luck [1]** 292/19
**lunch [3]** 106/17 144/2 290/16

**M**

**ma'am [51]** 7/5 10/13 13/18 14/21
22/20 209/20 209/25 210/23 211/6
212/6 216/16 229/9 229/13 230/6
231/13 236/11 236/17 240/20 242/1
243/18 244/4 244/20 249/10 252/18
256/6 258/12 258/17 260/20 261/13
263/23 272/9 274/8 277/19 277/22
278/7 285/2 285/11 285/14 286/12
286/15 286/20 287/13 287/16 287/19
287/25 290/12 290/14 291/12 291/21
291/25 292/18
**Mac [1]** 8/9
**machine [33]** 15/8 18/25 19/25 27/23
29/16 29/17 30/3 30/5 32/19 32/21
33/23 34/6 34/22 35/13 43/18 45/16
51/7 66/1 68/17 68/19 83/5 111/9

machine [+] 287/12 186/25 163/25 182/12
220/3 233/6 266/14 274/11 274/12
275/14
**machine-marked [1]** 163/25
**machinery [1]** 92/2
**machines [43]** 27/12 30/20 53/10
60/20 65/3 65/6 68/17 74/4 81/9 91/18
94/12 96/9 113/5 113/10 113/20 113/23
114/5 114/6 128/22 173/12 181/9 183/4
190/12 190/17 191/5 191/18 219/19
224/8 229/18 231/11 233/20 234/5
237/7 237/15 246/4 255/22 256/4 256/8
261/1 266/21 267/5 282/15 282/16
**machines' [1]** 255/23
**macro [1]** 58/2
**made [31]** 17/6 19/6 20/14 37/21 37/25
50/11 50/19 51/8 61/7 62/13 63/1 64/6
88/9 98/22 100/12 102/6 129/9 130/3
132/15 170/19 178/8 184/19 184/21
192/21 192/22 196/1 223/2 238/23
255/15 264/1 265/3
**magazine [1]** 105/8
**magazines [1]** 105/7
**magnifying [7]** 19/23 19/24 32/1 32/8
32/11 32/17 32/20
**magnitude [1]** 234/25
**mail [29]** 23/10 30/15 30/17 31/10
31/18 40/24 43/22 49/23 49/24 52/4
52/6 58/17 103/5 103/11 103/12 125/10
133/17 133/20 134/3 148/14 163/17
163/18 163/23 186/18 186/23 186/23
186/24 187/1 187/4
**mail-in [9]** 148/14 163/17 163/18
163/23 186/18 186/23 186/23 187/1
187/4
**mailbox [4]** 53/15 53/24 138/16 138/17
**mailed [1]** 25/2
**mailing [2]** 44/23 189/1
**main [2]** 230/16 272/4
**maintain [1]** 149/13
**maintenance [1]** 188/13
**major [4]** 70/22 104/9 152/18 283/16
**majority [3]** 76/14 222/15 222/18
**make [60]** 16/23 20/7 21/21 22/23 23/9
34/15 50/11 55/7 56/20 67/10 69/22
69/24 69/25 88/16 89/15 94/23 98/12
99/15 100/8 102/20 106/21 107/17
109/12 110/20 123/9 123/17 123/24
124/9 125/10 126/23 127/12 131/10
132/25 133/4 133/6 133/8 137/22 145/8
146/2 148/3 148/4 148/7 153/8 157/11
171/14 188/3 188/8 188/9 190/3 204/3
213/19 224/1 230/3 234/25 240/23
242/6 246/23 254/7 254/23 265/9
**makes [7]** 16/2 28/3 110/5 122/7 260/7
282/17 282/18
**making [15]** 56/9 63/18 70/5 75/8
86/21 90/13 99/20 119/15 142/7 142/7
162/23 188/6 196/19 243/11 267/6
**malfunction [2]** 182/12 195/15
**malfunctioning [1]** 183/4
**malfunctions [1]** 195/8
**malware [6]** 177/14 181/18 196/19
262/25 263/11 265/3
**malware-based [1]** 177/14
**manage [1]** 59/13
**managed [5]** 57/20 58/22 59/5 157/9
157/11

**M**

management [5]  8/10 229/12 245/11
245/16 270/5
manager [22]  50/21 50/22 51/3 51/5
51/6 100/19 104/17 110/6 150/23
150/24 182/17 182/20 182/24 187/12
218/23 251/24 251/24 252/7 252/10
252/16 252/19 253/12
managers [8]  60/13 163/16 163/22
164/17 182/25 186/20 187/6 230/15
managing [5]  59/7 150/20 150/22
158/17 161/12
mandate [1]  251/6
manner [4]  27/2 146/4 150/5 152/21
157/19
manuals [1]  223/2
many [48]  21/1 21/2 22/12 35/4 50/2
55/8 56/15 57/11 59/19 66/6 66/6 67/1
68/16 70/13 70/19 71/1 75/23 77/24
77/24 78/8 94/14 94/14 94/25 95/5 95/9
96/14 97/3 97/5 97/5 97/24 100/4
144/20 144/22 148/8 150/16 151/3
155/20 156/1 171/8 172/24 183/21
217/4 221/12 221/18 224/5 257/17
260/25 263/19
March [2]  221/11 222/21
March 2020 [1]  222/21
margin [1]  141/3
Marietta [2]  219/17 219/17
Marilyn [1]  189/1
Marine [1]  7/9
mark [13]  20/19 56/20 56/20 76/7
102/17 102/20 102/22 122/3 122/4
124/25 125/17 147/19 194/3
marked [100]  20/19 24/9 28/25 29/6
29/8 30/1 30/16 37/18 38/12 38/16
38/25 41/14 42/11 43/2 43/3 43/21
46/5 46/9 49/22 52/10 59/2 61/24 62/1
62/7 64/13 66/24 67/6 67/7 68/20 70/10
78/17 79/6 80/8 81/5 81/8 81/11 82/11
87/13 87/25 93/5 93/11 93/14 93/17
100/15 100/17 100/21 100/23 101/1
101/10 101/16 102/6 102/9 103/8
109/20 114/19 114/25 115/11 115/12
115/15 115/19 115/23 116/4 116/10
117/6 118/17 118/8 121/8 122/20 122/21
123/1 123/5 123/11 124/13 125/9
125/12 127/18 131/21 131/22 132/1
132/10 132/10 132/16 132/22 132/25
133/3 133/4 133/16 133/22 149/3
163/24 163/25 191/22 193/12 197/16
198/7 211/7 226/11 226/14 226/23
232/4
marketing [3]  105/11 105/16 105/22
marking [7]  30/18 51/24 72/2 132/15
151/10 168/13 199/9
marks [7]  20/20 123/17 123/24 124/9
125/7 145/22 163/19
married [3]  7/8 11/1 27/20
Martin [1]  290/4
MARTINO [1]  2/6
MARTINO-WEINHARDT [1]  2/6
marvelous [1]  98/25
MARY [1]  2/5
massive [1]  60/5
master's [3]  136/10 136/15 147/14
match [2]  23/2 23/3

matched [2]  19/5 20/5
matches [1]  140/13
materials [1]  213/22
matter [19]  21/8 52/13 54/9 63/1 72/2
86/22 87/9 90/14 128/19 141/5 141/7
147/24 149/20 159/9 167/8 225/24
237/12 246/22 293/11
matters [1]  149/23
MATTHAEUS [1]  2/6
may [60]  1/2 1/4 21/11 23/1 39/9 46/16
55/3 58/6 63/3 95/3 101/2 139/10
144/13 157/17 165/7 165/21 166/12
169/19 171/2 173/11 173/11 176/6
176/19 178/22 193/24 199/18 203/24
206/12 209/5 209/6 213/20 216/18
224/7 225/20 225/22 234/6 247/4
247/11 247/11 250/2 251/20 253/16
254/15 254/15 254/16 257/18 259/10
259/12 259/25 262/25 264/6 264/21
269/18 270/17 274/19 274/23 279/6
286/16 291/8 292/3
May 7 [1]  286/16
maybe [21]  21/22 24/7 32/16 46/25
61/18 69/22 70/15 120/4 132/10 143/20
150/18 156/8 169/17 189/21 215/21
224/1 248/4 283/1 283/2 283/2 290/16
McGUIRE [6]  2/16 2/17 4/15 4/17 48/8
130/18
me [117]  7/18 9/14 17/13 18/6 21/5
21/18 23/5 23/5 25/11 28/3 30/25 35/22
36/2 39/3 42/3 44/14 52/11 56/19 56/22
61/3 65/7 66/3 67/15 68/11 71/21 76/7
88/8 89/5 89/19 91/16 95/5 95/15 98/11
102/22 102/23 107/3 109/24 111/12
111/13 111/14 112/17 112/21 115/22
118/6 119/8 121/6 128/13 128/13
129/18 129/19 130/18 132/14 137/8
138/3 142/6 142/23 144/3 148/3 149/12
149/25 155/9 157/2 157/15 159/19
160/6 162/13 165/6 167/10 167/12
167/16 177/1 182/19 183/10 184/8
184/11 186/21 188/11 189/1 193/11
193/23 197/3 202/12 207/6 207/11
213/4 215/14 224/19 230/4 231/6 231/7
235/23 238/12 238/13 243/25 248/25
249/19 249/19 249/25 251/17 252/22
253/7 254/6 254/7 254/8 257/6 257/10
257/22 263/5 267/15 273/17 274/25
284/3 287/22 289/19 289/19 289/20
292/8
mean [65]  16/12 22/15 28/17 28/19
28/24 29/18 32/6 34/13 34/14 34/16
34/17 45/13 64/12 66/23 71/14 73/21
75/2 75/10 75/18 81/7 97/12 97/14
103/7 120/22 121/5 132/8 133/11
145/10 153/19 159/15 161/16 161/18
173/14 174/10 179/19 185/25 186/21
193/13 237/11 241/12 245/18 246/15
246/22 246/23 248/24 259/9 259/11
260/5 268/12 269/23 269/25 270/10
274/18 275/16 278/22 280/18 280/19
280/19 280/23 282/18 283/3 283/8
283/19 283/21 290/23
meaning [1]  280/22
means [6]  76/24 94/10 104/17 107/16
192/20 250/10
meant [6]  27/22 32/8 140/13 169/17
187/23 274/14

measures [3]  94/17 217/25 246/15
MECHANICAL [1]  1/21
mechanics [1]  60/18
media [3]  171/14 175/4 175/14
medical [2]  146/7 290/6
meet [2]  108/7 180/21
meeting [2]  91/21 97/8
meetings [2]  97/4 257/15
meets [2]  156/24 258/16
MEGAN [2]  2/13 2/18
member [16]  40/6 40/8 48/15 48/18
57/6 71/17 129/25 130/14 152/24
152/24 154/6 188/1 188/20 189/3 189/4
268/17
members [4]  71/19 96/4 174/3 174/18
memorize [1]  50/15
memorized [1]  56/15
memorizing [1]  56/5
memory [8]  58/18 108/23 167/16
198/21 198/25 261/18 265/18 275/4
mention [3]  79/4 181/1 185/22
mentioned [22]  9/22 17/14 40/18 53/6
54/8 56/4 57/6 58/10 61/9 61/18 62/7
68/21 80/2 159/24 181/20 185/23
186/11 186/18 187/18 189/12 189/21
221/3
merits [2]  155/10 289/1
Merritt [6]  262/5 263/4 263/5 266/9
269/25 270/12
message [3]  268/25 269/2 291/23
messages [1]  22/3
messed [1]  41/22
met [6]  149/24 180/21 189/18 212/19
267/16 267/21
metadata [2]  167/11 172/16
method [8]  38/17 38/20 49/20 77/14
149/1 149/2 150/5 177/13
metro [1]  84/19
metropolitan [1]  90/2
Michael [4]  219/14 220/24 272/2
287/23
Michelle [3]  162/15 162/16 162/17
microphone [2]  47/24 146/19
mid [2]  222/15 222/18
middle [2]  269/5 287/21
might [12]  25/4 54/4 95/16 145/6 155/6
160/10 190/15 198/21 225/20 247/10
269/25 288/1
mighty [1]  180/20
mile [3]  22/22 22/23 22/25
million [1]  21/11
Milton [7]  79/5 79/7 80/4 80/6 80/8
81/1 81/21
mind [5]  77/7 170/21 174/1 210/21
222/10
mine [3]  51/23 202/12 270/8
minimis [2]  212/9 212/13
minor [2]  70/23 147/12
minute [4]  46/25 106/16 176/13 203/10
minutes [9]  106/19 129/20 131/4
144/19 144/23 174/14 203/17 247/2
284/17
miscount [1]  162/4
misdeeds [1]  245/21
mishandling [1]  246/4
mismarked [1]  132/5
misprogrammed [1]  127/20
misprogramming [1]  103/2

**M**

**misremembered [1]** 205/24
**missed [3]** 120/3 134/7 148/15
**MISSETT [3]** 2/13 2/19 145/22
**missing [4]** 56/16 58/6 120/11 120/22
**misspoke [1]** 204/9
**misspoken [1]** 199/18
**misstating [1]** 30/25
**mistake [3]** 100/13 128/5 132/15
**mistakes [8]** 98/13 98/22 99/15 99/20 123/9 126/23 127/2 224/1
**Misty [3]** 286/22 287/1 287/3
**mitigating [1]** 251/11
**mitigation [1]** 245/11
**mitigations [1]** 186/6
**modified [3]** 172/10 172/11 172/18
**moment [6]** 114/15 180/14 208/5 227/6 227/23 282/22
**monitor [3]** 162/22 286/23 287/4
**monitoring [1]** 145/18
**monitors [2]** 150/23 253/15
**month [4]** 10/5 10/25 57/13 207/19
**monthly [1]** 10/2
**months [5]** 218/12 222/2 222/5 258/2 258/5
**moot [1]** 119/13
**more [73]** 9/18 12/18 12/22 13/3 14/13 17/1 21/5 22/22 24/25 24/25 25/7 37/7 47/6 49/6 65/5 71/6 72/11 72/14 74/20 74/25 75/21 82/5 88/1 88/2 89/5 93/8 95/14 97/24 98/12 99/9 99/11 99/15 99/22 100/22 102/9 102/16 102/24 105/6 105/19 112/13 129/17 131/4 137/20 145/5 149/7 153/10 164/23 170/13 179/11 187/25 196/3 196/6 197/3 197/8 212/15 212/24 223/25 247/19 254/19 264/6 266/25 270/17 272/1 275/22 275/24 281/10 282/15 282/15 283/23 284/14 284/17 286/1 289/22
**morning [13]** 6/3 6/22 6/23 28/9 28/10 40/2 43/10 43/11 48/8 94/22 96/13 97/22 290/9
**MORRISON [1]** 2/7
**most [22]** 11/11 12/5 13/12 15/3 21/14 21/18 26/24 27/1 64/4 66/17 84/22 89/10 99/1 148/15 186/2 193/21 210/21 210/22 211/3 225/4 251/22 255/22
**mother's [1]** 52/8
**motion [1]** 170/11
**motions [2]** 34/25 35/1
**move [29]** 40/10 44/16 44/17 46/4 46/8 46/8 73/10 74/5 76/2 85/3 88/13 107/20 108/14 145/12 173/20 177/23 227/21 233/1 236/22 238/15 240/21 244/21 255/2 258/24 262/11 265/23 272/10 283/11 288/11
**moved [8]** 8/19 9/4 12/21 40/12 93/19 105/22 221/7 281/19
**Mr [21]** 4/6 4/7 4/8 4/9 4/11 4/12 4/15 4/16 4/17 4/18 4/20 4/21 4/22 4/23 4/24 5/3 5/4 5/5 46/14 260/11 269/19
**Mr. [144]** 40/2 40/4 43/10 43/12 44/20 86/18 90/10 103/4 130/18 141/23 144/6 144/9 144/10 144/12 145/13 145/21 145/23 146/9 146/13 169/3 169/4 169/6 179/14 180/18 194/18 196/3 197/4

198/8 200/6 201/21 202/7 203/22 204/1 204/4 204/6 204/8 204/14 204/20 204/23 205/23 208/9 209/14 215/21 216/5 217/10 226/6 226/17 226/21 227/5 227/19 228/3 228/23 229/5 230/4 231/6 231/17 232/2 232/13 233/5 233/12 233/13 233/18 234/22 235/3 235/20 238/2 238/17 239/5 241/2 241/6 241/21 242/19 242/24 244/10 245/25 246/5 246/10 247/10 248/14 248/19 249/9 249/11 250/14 251/16 252/20 255/16 255/19 256/13 258/10 258/16 260/17 261/6 261/24 262/2 262/24 264/9 264/14 264/18 265/2 267/3 267/10 268/8 268/10 268/18 269/1 269/3 269/5 269/8 269/12 269/20 269/23 270/18 270/21 271/8 271/11 271/17 271/25 272/1 272/4 272/13 273/19 273/24 274/14 274/14 274/17 275/21 275/22 276/6 280/2 280/7 283/24 284/25 286/15 286/21 287/1 287/8 287/17 287/22 288/15 290/4 290/6 290/24 292/7
**Mr. Barnes [5]** 275/22 286/21 287/17 287/22 292/7
**Mr. Barnes' [1]** 287/1 287/8
**Mr. Bedard [4]** 86/18 90/10 141/23 238/2
**Mr. Brown [1]** 43/12
**Mr. Cross [1]** 203/22
**Mr. Davis [15]** 145/13 145/21 169/3 180/18 194/18 196/3 197/4 198/8 200/6 201/21 204/14 204/20 204/23 205/23 208/9
**Mr. Digges [4]** 40/2 40/4 43/10 44/20
**Mr. Feehan [2]** 271/25 272/1
**Mr. Fuchs [1]** 269/20
**Mr. Hall [1]** 261/6
**Mr. Hamilton [1]** 144/9
**Mr. Harvey [79]** 144/10 204/1 204/4 204/6 204/8 209/14 215/21 216/5 217/10 226/6 226/17 226/21 227/5 227/19 228/3 228/23 229/5 230/4 231/6 231/17 232/2 232/13 233/5 233/12 233/13 233/18 234/22 235/3 235/20 238/17 239/5 241/6 241/21 242/19 242/24 244/10 245/25 246/5 246/10 247/10 248/14 249/9 249/11 250/14 251/16 252/20 255/16 255/19 256/13 258/10 258/16 260/17 261/24 262/2 262/24 264/9 264/14 264/18 265/2 266/3 268/10 268/18 269/1 269/3 269/12 269/23 271/8 271/11 272/13 273/19 273/24 274/14 276/6 280/2 280/7 283/24 284/24 290/6 290/24
**Mr. Harvey's [1]** 248/19
**Mr. Hunckler [1]** 241/2
**Mr. James [1]** 288/15
**Mr. Keromytis [5]** 267/3 267/10 268/8 269/5 269/8
**Mr. Martin [1]** 290/4
**Mr. McGuire [1]** 130/18
**Mr. Oles [2]** 146/9 169/6
**Mr. Ricardo [2]** 144/6 146/13
**Mr. Russo [2]** 169/4 202/7
**Mr. Russo's [1]** 179/14
**Mr. Schoenberg [1]** 145/23
**Mr. Sinners [1]** 144/12

**Mr. Sterling [5]** 103/4 270/18 270/21 274/17 275/21
**Mr. Tucker [3]** 271/17 272/4 274/14
**Mr. Tyson [1]** 285/15
**Ms [4]** 5/8 56/4 142/18 269/21
**Ms. [60]** 6/22 6/24 10/15 11/23 15/21 16/17 21/8 26/12 28/5 28/9 28/12 32/25 33/23 35/21 37/12 37/17 38/8 39/7 48/8 48/11 62/20 72/9 85/2 108/2 121/20 139/18 139/18 143/12 145/16 145/22 145/22 145/23 146/3 158/23 225/10 234/12 235/11 237/20 238/3 241/21 244/7 245/5 245/6 246/6 246/8 248/5 250/9 254/22 255/12 260/11 261/3 261/11 266/9 267/18 269/19 269/22 270/2 270/16 275/19 291/2
**Ms. Bedard [1]** 139/18
**Ms. Curling [3]** 145/16 145/23 146/3
**Ms. Fuch's [1]** 270/16
**Ms. Fuchs [5]** 266/9 267/18 269/19 269/22 270/2
**Ms. Hall [1]** 260/11
**Ms. Hamilton [2]** 234/12 235/11
**Ms. Jones [3]** 245/5 245/6 255/12
**Ms. Kaiser [4]** 237/20 238/3 248/5 250/9
**Ms. Kaiser's [1]** 291/2
**Ms. Marks [1]** 145/22
**Ms. Missett [1]** 145/22
**Ms. Nakamura [8]** 48/8 48/11 62/20 72/9 85/2 108/2 139/18 143/12
**Ms. Nakamura's [1]** 121/20
**Ms. Price [18]** 6/22 6/24 10/15 11/23 15/21 16/17 21/8 26/12 28/5 28/9 28/12 32/25 33/23 35/21 37/12 37/17 38/8 39/7
**Ms. Spears [1]** 158/23
**Ms. Watson [9]** 225/10 241/21 244/7 246/6 246/8 254/22 261/3 261/11 275/19
**much [36]** 11/1 13/9 22/8 27/22 39/11 59/15 64/7 72/14 74/20 77/1 82/5 82/14 84/11 88/10 88/21 93/16 95/14 99/4 102/9 102/16 102/24 115/19 141/10 143/8 171/2 173/15 208/16 214/15 218/19 218/23 259/15 266/25 267/23 274/19 284/14 284/16
**multiple [8]** 17/9 34/2 223/14 223/17 233/4 246/12 249/18 251/25
**municipal [36]** 11/12 17/23 18/4 34/19 34/20 70/24 72/17 77/17 77/18 77/23 77/24 78/2 78/17 78/23 79/10 81/13 82/1 82/17 84/7 84/13 84/16 85/20 87/25 90/2 91/4 92/10 92/10 92/12 92/13 93/2 93/11 101/11 101/12 183/9 219/12 221/2
**municipalities [23]** 78/4 78/7 78/16 78/22 79/22 80/9 80/18 81/19 82/15 82/23 83/13 84/4 84/16 84/21 85/13 87/7 87/9 87/13 91/9 92/15 92/18 93/4 93/15
**municipality [7]** 79/1 79/21 81/14 83/2 83/6 84/22 101/1
**museum [3]** 8/2 8/3 8/11
**must [1]** 92/19
**my [196]** 6/15 7/8 8/12 9/5 17/2 17/12 17/22 18/17 20/5 20/16 20/16 20/17 20/20 20/24 21/5 21/11 21/12 21/12

**M**

**my... [178]** 21/21 21/23 21/23 22/22 22/23 22/24 22/24 23/2 23/3 23/3 23/5 23/9 23/9 23/10 24/4 24/6 24/19 25/8 25/23 25/23 26/19 27/9 28/3 28/22 29/1 29/3 29/5 30/1 34/5 34/12 34/18 35/5 36/2 38/2 38/14 41/9 41/21 42/3 42/13 42/18 42/18 45/7 48/1 48/8 50/1 50/1 50/22 51/4 51/16 51/18 51/18 51/22 51/23 52/3 52/5 52/8 52/11 52/12 52/15 52/16 52/19 53/13 54/12 55/6 56/20 56/20 59/25 66/18 67/21 71/13 72/1 72/15 82/25 83/12 86/23 89/25 90/14 91/11 94/4 94/8 97/21 98/24 98/25 99/6 100/23 101/4 102/16 102/17 102/17 102/22 104/12 104/24 107/18 108/7 109/24 110/2 110/10 111/22 112/13 112/21 119/1 119/21 120/4 121/7 135/24 137/21 147/19 147/25 148/2 148/2 148/7 149/8 149/8 149/24 151/17 154/15 156/23 157/5 158/8 158/20 158/22 164/3 167/25 170/21 174/23 177/7 179/25 184/13 186/4 191/20 191/21 194/14 195/22 195/23 197/18 197/20 198/13 198/18 199/10 204/9 207/9 209/3 209/5 210/21 211/6 212/6 212/11 214/14 215/18 219/2 225/5 225/24 226/24 227/2 234/2 234/7 240/3 243/13 248/6 256/17 257/4 257/10 258/8 261/21 261/21 263/16 263/19 264/24 270/11 274/4 276/20 276/21 276/24 277/4 281/21 282/20 282/24 293/12

**myself [1]** 116/16

**N**

**N-A-K-A-M-U-R-A [1]** 48/2
**NAKAMURA [14]** 4/13 47/16 48/1 48/4 48/8 48/11 56/4 62/20 72/9 85/2 108/2 139/18 142/18 143/12
**Nakamura's [1]** 121/20
**name [21]** 6/13 6/14 6/15 25/18 39/18 39/19 47/24 47/25 48/1 48/8 108/7 113/1 146/19 146/20 146/22 156/11 198/22 199/3 209/1 209/1 209/3
**named [3]** 40/4 42/24 162/13
**names [6]** 30/12 190/1 276/20 277/7 277/9 287/6
**national [1]** 150/1
**nature [4]** 51/6 171/22 186/4 271/1
**near [1]** 8/18
**necessarily [11]** 132/6 132/11 143/15 145/11 171/6 201/23 223/25 227/1 254/7 254/17 273/13
**necessary [4]** 154/14 208/6 208/8 275/21
**need [41]** 9/13 17/13 17/13 17/13 56/7 77/3 86/6 86/10 88/16 91/6 98/8 107/20 109/20 115/14 117/21 123/25 127/25 132/24 133/5 146/2 148/3 160/14 179/11 183/12 191/10 192/21 200/1 204/2 208/13 217/3 247/1 247/3 257/21 275/7 279/9 281/20 283/14 289/12 289/15 292/15 292/16
**needed [13]** 107/1 109/19 204/4 212/4 223/20 224/20 234/18 235/10 235/10 254/20 272/5 275/6 281/10

**needs [12]** 37/4 89/3 159/3 159/9 182/23 182/24 183/10 204/16 234/15 235/3 235/6 270/13
**negative [1]** 214/7
**neighbor [1]** 54/6
**neighborhood [4]** 20/18 53/14 82/2 82/4
**neighbors [2]** 20/17 42/18
**neither [1]** 202/21
**nervous [3]** 7/18 26/13 52/2
**network [2]** 150/1 265/16
**never [19]** 25/13 26/21 27/20 27/21 51/17 51/19 52/22 56/17 56/22 56/23 70/25 109/4 109/7 170/11 187/17 200/20 214/16 263/11 269/12
**nevertheless [1]** 17/6
**new [32]** 10/7 10/9 31/6 36/22 36/23 70/17 72/16 72/18 72/20 73/2 96/9 100/19 105/10 105/12 170/20 212/20 212/20 213/21 213/23 214/11 214/14 214/15 214/18 215/16 216/12 216/12 219/10 220/21 222/3 222/22 223/7 281/17
**newest [1]** 23/15
**news [3]** 158/2 158/10 192/8
**newsletter [3]** 10/3 189/5 189/7
**next [24]** 6/4 8/15 9/11 32/19 46/19 46/24 65/7 94/4 113/15 143/16 144/3 144/6 154/15 203/12 203/13 203/14 203/22 204/6 260/25 261/6 264/5 281/6 292/4 292/7
**nice [2]** 180/21 237/14
**night [6]** 53/15 54/1 94/10 95/25 174/7 213/8
**nine [4]** 40/15 262/25 263/21 263/25
**Ninja [1]** 287/14
**no [114]** 12/15 14/21 17/21 17/25 19/25 20/5 22/5 26/16 28/6 32/18 33/3 33/7 35/9 35/20 36/20 38/4 40/22 42/2 43/7 43/25 44/3 44/14 46/2 46/15 52/6 52/21 54/12 58/15 60/6 81/7 82/20 82/25 85/6 93/6 95/14 98/18 99/21 100/24 102/4 103/18 107/7 108/14 108/15 108/23 109/6 109/8 110/18 112/2 113/4 115/21 120/7 121/15 121/25 124/19 127/14 130/7 133/2 133/13 134/23 136/12 137/19 138/18 138/21 142/11 142/21 143/3 149/13 157/12 158/25 159/4 160/3 160/11 163/19 166/10 166/16 167/3 167/10 167/19 168/19 169/8 176/8 177/12 181/19 183/12 184/3 184/25 189/4 192/21 195/1 195/5 195/7 195/14 196/19 199/12 201/1 201/4 203/9 206/3 206/19 213/14 214/8 221/19 230/2 243/18 265/9 272/14 278/14 278/20 278/20 279/24 281/12 290/14 290/19 291/12
**nobody [6]** 66/1 102/16 102/18 112/21 138/19 254/16
**nodding [1]** 123/25
**nods [4]** 45/1 123/21 123/23 183/25
**non [1]** 122/7
**non-verification [1]** 122/7
**none [2]** 68/12 187/8
**nonprofit [1]** 154/3 196/16
**nonprofits [1]** 188/1
**normal [2]** 258/2 270/11

**normally [3]** 249/14 250/18 278/20
**North [1]** 7/11
**Northampton [1]** 55/11
**NORTHERN [4]** 1/1 289/6 293/4 293/7
**nose [1]** 99/2
**not [399]**
**note [8]** 69/20 94/20 161/19 195/22 227/25 241/8 244/24 245/3
**noted [11]** 61/7 76/8 99/8 99/10 101/14 106/22 130/24 150/12 155/1 268/18 282/23
**notes [2]** 91/20 91/21
**nothing [11]** 21/15 39/8 56/11 56/14 75/25 83/1 84/25 106/15 142/12 143/6 292/2
**notice [4]** 102/23 111/6 114/7 155/5
**noticed [3]** 65/23 187/4 187/6
**notion [1]** 241/12
**November [11]** 17/22 17/25 18/2 35/14 195/2 216/6 218/12 240/14 258/19 260/8 269/10
**November 10 [2]** 258/19 260/8
**November 12th [1]** 240/14
**November 2019 [1]** 218/12
**November 2020 [1]** 269/10
**November 3rd [1]** 195/2
**November 7 [1]** 35/14
**now [101]** 8/13 9/14 10/13 10/25 16/21 19/23 22/9 22/18 29/17 40/16 41/3 47/18 51/9 51/24 52/13 53/6 53/17 67/14 69/2 70/5 70/5 70/14 74/4 74/19 74/21 76/5 87/16 88/12 89/20 92/15 93/18 93/22 94/25 95/18 96/7 99/18 100/7 102/9 103/4 110/24 114/6 115/3 116/25 117/24 119/6 122/14 131/5 135/8 138/7 140/18 140/21 148/6 148/8 148/12 148/17 149/15 149/16 150/1 150/4 151/5 151/20 152/6 153/24 155/5 155/8 155/20 156/13 156/14 157/2 157/5 158/1 161/24 164/6 168/11 176/16 177/7 177/16 185/22 195/21 195/23 197/16 201/12 208/12 222/10 226/25 228/13 228/19 237/23 240/6 244/9 247/17 253/10 255/6 257/5 257/16 261/17 261/18 269/20 271/3 291/9 291/10
**nullified [1]** 101/18
**number [26]** 1/5 1/6 1/5 21/22 25/19 29/2 61/7 70/22 81/25 85/15 94/20 94/21 100/25 101/7 101/13 139/18 186/25 188/1 193/6 221/14 221/15 221/21 227/15 234/6 255/24 258/3
**numbers [5]** 21/6 94/21 94/24 98/3 249/21
**numerous [1]** 72/21

**O**

**oath [4]** 108/2 204/20 216/9 216/10
**object [29]** 16/5 85/3 93/25 130/24 151/11 161/9 199/20 200/14 207/13 207/25 227/24 228/2 229/20 230/22 231/20 233/3 233/8 236/24 242/17 244/23 245/1 245/5 245/8 245/13 250/8 262/13 268/9 272/19 288/13
**objected [1]** 211/12
**objection [57]** 54/16 55/13 62/19 69/6 69/13 71/8 71/12 73/10 76/6 77/6 84/1 86/4 86/7 86/13 86/18 87/5 88/9 90/10

**O**

**objection... [39]** 96/21 97/7 98/16 99/8 99/9 99/11 101/21 138/7 138/25 145/8 145/9 153/5 158/7 158/8 159/1 161/19 165/12 167/19 178/25 200/24 215/19 226/16 228/2 234/20 238/6 240/24 241/1 247/20 248/10 248/17 253/1 259/1 264/12 269/8 272/12 277/13 279/23 282/8 289/9

**objectionable [1]** 159/8

**objections [13]** 16/4 69/24 70/1 72/1 88/15 88/18 88/22 90/6 106/22 107/17 139/11 259/4 272/20

**observation [3]** 58/7 60/14 157/5

**observations [20]** 60/4 61/7 62/13 71/4 71/5 72/9 72/10 75/3 88/4 88/5 89/9 93/10 93/21 93/22 98/14 98/20 99/12 99/19 99/25 102/5

**observe [6]** 57/19 62/17 94/9 98/20 112/8 112/9

**observed [41]** 56/23 58/11 58/13 58/14 58/15 58/20 61/15 61/19 61/20 63/9 63/24 64/25 65/1 65/2 70/19 70/22 73/3 76/19 77/12 77/16 77/18 77/25 78/24 79/4 90/25 93/12 93/13 94/1 94/3 94/7 94/8 100/4 150/14 151/15 151/17 163/24 165/14 165/21 175/3 184/10 186/20

**observer's [1]** 93/16

**observers [7]** 60/7 61/22 62/21 62/24 64/2 67/15 94/1

**observing [6]** 50/1 59/13 60/17 88/15 91/7 151/6

**obtain [1]** 172/6

**obtained [4]** 8/1 85/18 167/9 201/8

**obviously [13]** 95/13 107/11 139/8 148/12 149/15 150/4 168/11 169/23 170/4 235/7 241/8 245/21 260/6

**occasion [2]** 41/20 182/23

**occasionally [1]** 250/21

**occasions [3]** 97/3 151/7 156/10

**occurred [2]** 95/5 168/20

**occurring [1]** 221/8

**OCGA [2]** 92/11 92/13

**October [2]** 219/22 271/14

**October 19 [1]** 271/14

**odd [1]** 40/18

**off [9]** 42/4 44/24 44/25 85/4 86/5 99/2 103/5 108/6 270/25

**offer [2]** 15/25 87/11

**offered [4]** 86/21 90/13 245/7 272/15

**offering [5]** 14/20 16/7 16/8 228/9 228/21

**offhand [3]** 183/23 190/10 201/12

**office [60]** 2/24 10/23 21/3 21/7 22/25 23/1 23/4 23/12 25/8 52/9 58/19 73/6 84/12 93/3 101/15 162/1 164/20 166/18 176/1 210/2 211/19 212/4 212/7 212/17 213/3 214/1 219/16 224/13 226/18 230/17 231/21 236/20 243/17 244/17 248/19 249/21 249/23 250/20 251/23 252/13 253/15 253/25 254/12 259/17 260/12 262/16 266/10 267/4 267/18 267/20 270/7 271/14 272/15 273/9 274/6 277/16 277/23 278/10 286/22 288/3

**officer [5]** 57/9 57/12 63/4 106/10

**officer [1]** 149/5

**Officers [1]** 291/18

**offices [1]** 263/8

**official [15]** 1/1 1/2 1/3 1/7 1/23 22/6 57/24 57/24 98/7 162/13 198/1 267/13 267/20 293/6 293/17

**officials [12]** 70/16 82/15 85/4 92/8 136/21 140/10 164/11 223/4 240/25 279/9 284/25 285/22

**officials' [1]** 279/15

**often [6]** 100/22 213/2 234/4 250/1 253/10 281/3

**oh [17]** 50/16 84/23 103/12 150/18 156/13 172/25 181/16 183/12 192/8 192/11 196/7 196/18 200/21 201/16 202/18 207/2 287/5

**okay [199]** 9/17 11/8 15/2 16/15 19/2 24/17 32/7 33/4 36/19 39/7 43/18 45/2 47/14 58/7 58/24 60/7 61/18 64/22 66/8 67/13 72/4 73/19 77/18 90/21 91/3 91/12 92/4 93/18 94/4 96/25 98/9 101/25 108/11 109/23 110/9 110/24 111/23 112/4 112/8 112/14 112/24 113/5 113/5 114/10 114/22 116/4 116/25 117/2 117/12 117/24 118/20 119/5 120/2 122/12 123/4 126/25 128/12 128/14 131/6 133/1 136/1 136/17 136/23 137/11 137/14 137/17 139/4 139/21 139/24 140/15 141/22 142/21 144/7 144/15 144/24 145/5 145/19 145/25 146/5 146/9 147/9 147/21 148/6 149/1 149/9 150/20 150/25 151/3 151/5 151/20 152/6 152/20 152/24 153/18 154/8 154/18 155/5 155/23 156/1 156/8 156/19 157/3 157/15 157/19 158/3 158/19 158/22 160/5 162/3 163/1 163/6 163/10 163/14 164/23 165/5 165/10 165/19 166/3 166/7 166/18 166/23 167/15 167/16 171/4 171/11 171/24 172/8 173/1 174/1 174/12 175/10 175/12 175/15 175/17 175/23 176/5 177/10 178/7 178/12 178/18 178/22 179/4 180/1 180/13 180/15 182/2 182/11 182/19 185/15 186/18 187/25 188/15 188/20 188/25 189/24 192/3 192/23 193/5 194/13 194/16 196/15 199/12 201/7 202/2 202/4 202/15 203/10 204/7 205/14 205/18 206/5 206/6 208/7 208/14 208/15 216/17 217/11 220/14 220/18 224/22 227/8 228/12 232/15 235/21 236/15 240/8 241/7 244/12 248/21 258/15 262/1 262/22 266/5 271/10 275/12 275/20 280/5 286/9 289/17

**old [9]** 11/13 80/18 148/19 148/20 214/5 214/11 214/17 215/8 215/16

**oldest [1]** 51/16

**OLES [7]** 2/23 2/24 4/20 4/24 5/3 146/9 169/6

**Omit [1]** 96/24

**omitted [1]** 204/15

**omitting [1]** 121/12

**once [14]** 10/4 10/5 13/3 26/9 50/10 65/5 69/18 80/6 83/5 103/11 109/20 193/2 238/9 273/21

**one [131]** 8/4 8/12 10/25 14/25 16/25 17/14 19/25 20/1 20/16 22/2 23/2 23/4 24/3 25/18 26/10 27/19 29/4 38/19

39/25 46/9 54/2 60/7 73/4 74/8 74/8 74/13 74/13 74/15 81/20 95/2 95/3 96/4 96/4 96/13 99/22 101/8 107/3 109/13 109/19 109/23 109/25 110/1 110/3 110/11 110/20 110/24 113/12 119/7 120/25 130/15 133/11 133/12 134/7 139/25 140/22 141/6 141/6 141/9 143/12 145/5 149/25 156/2 156/25 162/17 164/23 165/11 166/5 166/5 176/14 186/9 186/10 186/25 187/2 187/14 187/15 188/4 190/10 192/20 196/10 196/16 197/3 197/8 199/20 200/6 201/7 201/17 202/3 205/8 207/6 211/16 212/24 213/13 223/10 227/11 228/13 231/23 233/20 236/13 238/19 238/24 238/25 239/8 239/13 249/17 252/8 253/18 254/8 254/11 254/15 258/18 259/23 260/6 264/6 265/21 267/16 267/21 268/25 277/20 278/14 280/12 280/16 282/17 282/17 282/23 284/8 284/8 284/24 286/5 290/5 291/3 291/6

**ones [7]** 70/23 74/12 80/22 135/3 230/17 238/14 246/16

**online [5]** 8/24 9/25 10/9 13/11 23/8

**only [32]** 1/2 1/6 17/7 26/8 55/21 65/17 75/20 76/22 83/11 84/12 84/19 87/15 88/4 95/11 98/20 101/8 109/20 113/9 113/10 113/23 119/14 119/23 120/8 128/6 130/9 174/25 210/17 228/13 248/13 252/9 258/6 269/17

**onwards [1]** 103/9

**open [21]** 85/12 85/18 86/5 88/5 91/22 91/23 92/8 93/3 96/5 105/17 153/10 159/6 159/10 165/23 178/5 178/16 179/7 179/8 225/22 225/25 255/23

**opened [7]** 105/17 225/13 225/19 225/19 243/14 255/21 258/4

**opening [3]** 169/14 185/23 256/3

**operated [2]** 219/19 281/4

**operating [4]** 157/11 171/15 206/10 219/19

**opinion [20]** 17/2 37/3 54/17 54/20 71/9 71/11 71/23 71/24 76/8 77/9 87/12 87/15 87/24 88/7 101/23 132/24 138/9 139/1 139/13 186/4

**opinions [7]** 71/15 129/7 136/2 136/3 136/17 136/20 137/1

**opponent [1]** 272/24

**opportunities [2]** 219/4 223/25

**opportunity [5]** 88/23 155/1 159/19 185/8 185/11

**opposed [5]** 65/25 81/11 100/23 125/9 134/3

**optimal [1]** 275/17

**option [4]** 43/1 81/9 81/19 121/16

**options [1]** 81/17

**OR'ed [1]** 91/20

**oral [1]** 67/19

**order [14]** 12/9 18/6 19/23 61/10 61/12 70/3 88/7 99/3 133/4 228/2 245/10 251/10 282/24 288/22

**ordered [1]** 24/18

**ordinary [7]** 226/2 227/18 236/18 240/18 244/19 250/22 258/22

**organization [25]** 13/5 26/20 63/5 63/6 63/7 71/17 71/19 129/25 130/2 130/11 130/14 140/18 149/21 154/8 154/9

**O**

**organization... [10]** 156/5 156/6 156/7 156/9 156/12 161/10 183/2 188/2 207/5 252/14

**organizational [2]** 130/16 156/9

**organizations [4]** 58/1 188/5 201/22 201/24

**organize [1]** 251/20

**organized [5]** 57/19 59/3 59/3 154/2 189/11

**organizing [2]** 197/20 197/21

**orientation [2]** 219/4 220/6

**original [3]** 140/16 221/11 243/12

**originally [3]** 152/24 194/5 221/9

**originated [1]** 259/3

**other [92]** 12/4 12/25 13/1 17/3 22/13 25/10 26/1 31/1 31/3 33/16 50/17 53/13 55/6 55/24 64/1 64/14 68/10 68/20 68/21 70/19 74/10 74/23 85/19 88/11 92/8 101/14 106/5 107/5 111/23 112/12 112/14 112/25 113/14 114/1 114/1 115/3 115/6 121/15 131/8 145/6 146/2 152/1 152/20 155/14 155/23 155/24 157/3 157/3 157/23 157/25 159/21 160/15 169/10 170/12 171/3 171/7 172/15 176/11 188/8 191/12 192/25 194/5 194/7 195/16 201/22 201/24 202/16 210/3 210/20 221/22 221/23 237/8 238/10 238/14 246/21 251/5 259/12 259/22 265/21 274/18 276/3 277/24 278/8 283/1 283/19 284/20 291/20

**others [8]** 154/25 163/21 244/16 253/24 271/13 281/11 284/2 291/9

**otherwise [5]** 88/16 97/2 130/12 216/1 256/9

**our [56]** 8/8 12/5 12/10 20/17 20/25 21/17 22/6 24/4 26/25 27/2 27/25 35/25 36/12 37/4 51/17 51/19 52/7 52/16 52/18 53/15 69/12 69/25 69/25 86/7 96/4 112/13 120/9 129/7 138/25 149/7 154/13 155/7 159/5 167/8 174/3 174/12 174/24 177/1 178/5 180/2 188/6 188/10 196/22 201/7 203/14 228/2 228/2 238/6 248/12 265/16 267/18 267/20 269/7 270/2 272/4 289/2

**ourselves [2]** 112/11 154/14

**out [111]** 9/13 10/3 10/7 13/1 13/12 14/13 15/3 18/11 18/25 19/2 21/1 23/7 23/16 24/20 24/24 25/1 25/7 25/24 27/16 32/3 36/19 47/7 50/25 51/1 51/4 53/15 55/10 56/13 56/19 59/4 59/6 59/16 59/22 60/3 60/12 61/22 63/1 66/2 66/12 66/16 67/2 71/6 72/10 72/19 75/15 76/3 76/23 77/3 78/8 78/11 80/7 83/20 84/24 88/5 92/12 92/14 95/2 98/15 101/3 101/20 105/19 110/10 111/7 111/8 111/11 113/7 113/13 113/17 121/13 125/8 125/14 125/18 125/19 132/15 143/2 146/7 158/25 166/20 168/25 176/13 177/14 178/5 179/3 184/7 188/22 191/18 198/13 204/2 214/3 214/9 214/18 218/20 221/18 222/3 222/13 237/25 238/2 238/18 239/7 240/25 241/23 250/22 253/17 253/21 254/12 263/17 270/13

**outcome [5]** 141/15 141/17 141/18 141/21 195/16

**outline [3]** 40/12 137/21 291/2

**outside [1]** 178/24

**ovals [2]** 67/9 79/16

**over [25]** 21/4 42/2 53/9 57/14 70/14 70/17 95/24 95/25 97/5 101/7 103/13 124/3 137/15 148/10 155/21 157/5 172/13 172/19 174/15 176/14 190/17 218/13 231/7 254/16 286/21

**overall [1]** 245/11

**overlap [1]** 64/7

**overlapping [1]** 64/4

**overly [3]** 279/18 279/22 280/8

**overrule [1]** 76/6

**overseeing [1]** 69/15

**oversight [2]** 245/19 246/3

**overview [1]** 147/10

**overvote [11]** 101/16 102/21 102/23 123/13 123/20 124/5 124/24 125/14 125/15 127/15 132/2

**overvotes [7]** 101/20 102/3 125/7 126/6 127/2 127/20 131/19

**own [39]** 52/6 66/18 66/23 76/4 78/4 78/7 78/8 78/12 78/16 79/6 80/20 81/21 82/11 83/6 83/13 84/7 84/21 84/22 86/1 89/9 91/1 91/10 91/11 91/16 91/19 92/18 92/25 93/9 97/17 97/21 102/7 109/24 110/2 110/10 122/4 124/17 128/10 279/10 289/22

**P**

**P-R-I-C-E [1]** 6/16

**P.M [5]** 143/24 144/1 174/7 260/18 269/6

**P2 [1]** 25/20

**package [1]** 213/22

**Packard [1]** 147/18

**Pad [1]** 214/25

**Pads [7]** 60/20 65/9 65/15 65/16 65/17 72/20 81/2

**page [30]** 1/5 4/3 5/2 13/16 13/22 14/6 14/10 14/16 16/1 23/9 24/4 70/3 70/3 198/13 198/20 216/25 228/13 229/11 240/13 242/2 244/15 260/18 262/4 262/4 269/3 269/5 286/13 287/11 287/20 289/6

**Page 1199 [1]** 289/6

**pages [1]** 293/9

**paid [1]** 109/7

**pain [1]** 27/16

**painted [1]** 138/19

**Pamela [1]** 288/8

**paper [149]** 17/20 22/4 22/7 24/9 28/25 29/6 29/8 29/20 37/19 38/12 41/14 42/11 43/2 43/13 43/17 43/22 45/13 45/19 46/5 46/9 49/22 52/10 59/2 61/24 62/1 62/7 64/13 66/24 67/6 67/7 68/21 70/11 75/12 78/17 79/6 80/5 80/8 81/5 81/8 81/11 82/11 87/13 87/25 93/5 93/11 93/14 93/17 98/13 99/15 99/20 100/15 100/16 100/17 100/21 100/23 101/1 101/10 101/16 102/2 102/6 102/8 102/9 102/10 102/17 102/19 103/16 109/20 111/15 111/17 112/9 114/19 114/25 115/12 115/12 115/15 115/19 115/23 115/24 116/2 116/4 116/10

**outcome**... (right column)

**(third column)**

116/12 116/22 116/6 117/17 117/19 117/22 118/1 118/4 118/6 118/7 118/8 121/8 121/23 122/8 122/8 122/20 122/21 122/24 123/1 123/1 123/5 123/11 124/13 124/14 125/9 125/12 127/18 128/1 131/21 132/1 132/10 132/16 132/22 132/25 133/3 133/4 133/16 133/22 135/2 135/14 135/23 135/22 149/3 163/20 191/22 193/3 193/12 211/8 226/11 226/14 226/23 227/4 230/20 231/14 231/18 231/19 232/4 232/9 233/21 233/25 234/19 234/21 235/4 235/4 235/15 280/22

**paperless [2]** 15/4 22/1

**paralegal [1]** 209/5

**parallel [1]** 177/13

**Pardon [1]** 46/12

**parens [1]** 266/15

**parentheses [1]** 266/15

**parents [2]** 75/14 148/2

**parse [1]** 169/21

**part [32]** 19/18 30/18 53/13 79/19 94/8 111/8 115/3 124/3 136/4 137/1 139/21 139/24 148/23 149/21 162/22 172/2 174/24 193/10 204/14 224/15 237/5 238/5 245/22 246/2 247/23 248/12 260/2 268/18 276/18 277/2 278/24 283/25

**partial [1]** 1/8

**partially [1]** 69/6

**participating [2]** 46/3 46/7

**participation [3]** 198/9 198/15 210/16

**particular [30]** 22/10 30/14 35/11 55/23 91/13 99/12 128/21 129/7 135/9 148/2 148/23 149/2 157/1 162/6 163/4 163/4 163/18 166/21 171/8 172/13 177/2 178/23 183/8 186/7 188/4 192/7 196/18 197/25 202/18 289/18

**particularly [5]** 12/3 133/15 174/1 180/11 237/18

**parties [1]** 245/22

**partner [1]** 58/1

**parts [1]** 259/22

**party [4]** 30/21 143/12 272/23 288/20

**passed [1]** 59/17

**passionate [3]** 52/15 53/4 106/8

**past [9]** 19/12 31/23 40/23 42/7 51/10 78/18 133/11 189/7 191/11

**patients [2]** 196/22 196/25

**pattern [2]** 246/20 246/24

**Paulding [1]** 61/23 65/2 66/19

**pause [9]** 6/9 86/15 90/8 137/23 197/6 199/13 228/20 239/2 292/21

**pay [1]** 207/10

**paying [1]** 81/20

**PDF [2]** 1/1 206/4

**Peace [1]** 291/17

**Peachtree [7]** 78/25 79/7 80/4 80/6 80/10 95/7 101/1

**pen [1]** 122/3

**pending [1]** 276/2

**Pennsylvania [4]** 55/11 55/14 55/16 55/24

**people [93]** 12/6 12/8 12/9 12/10 12/25 13/22 17/10 19/10 21/1 21/12 21/16 25/4 29/10 31/1 31/3 31/5 31/6 33/16 36/17 42/18 45/9 52/5 53/19 55/12

P

**people... [69]** 57/17 59/16 59/21 60/2 61/7 63/18 64/5 66/2 66/17 67/2 67/8 68/20 71/18 74/2 74/25 75/1 75/6 75/16 75/23 77/4 77/7 78/3 79/2 79/8 83/21 95/5 98/20 99/16 101/16 112/16 112/16 121/9 122/9 122/15 130/15 150/20 151/7 157/23 172/15 179/3 188/23 190/1 192/12 201/23 210/20 212/19 212/23 224/1 224/5 224/25 235/24 245/25 246/21 246/22 249/22 253/21 254/13 254/14 257/6 259/13 265/16 266/24 268/12 272/1 274/18 276/3 282/15 282/19 284/2
**per [4]** 81/25 81/25 82/2 82/4
**perceive [1]** 245/18
**perceived [2]** 177/18 235/8
**percent [4]** 75/21 75/22 101/5 101/9
**perception [1]** 235/9
**perceptions [1]** 64/9
**perfect [1]** 9/19
**perfectly [1]** 36/20
**period [7]** 1/4 175/4 207/21 222/20 239/8 241/24 258/2
**peripheral [1]** 223/19
**permanent [7]** 41/9 41/10 42/13 43/13 43/16 43/19 45/22
**person [38]** 12/2 21/14 21/15 22/20 31/23 40/24 41/24 41/25 42/9 42/10 42/15 42/22 43/4 43/5 49/21 51/10 51/18 53/20 75/18 77/13 77/18 87/14 112/10 113/16 125/12 128/23 148/17 148/18 192/1 192/9 192/11 238/25 252/8 261/7 269/24 270/8 283/9 288/2
**personal [22]** 25/18 25/23 25/23 50/1 55/24 71/4 71/11 72/9 75/3 87/6 93/9 96/22 158/9 159/1 160/11 161/11 165/17 165/17 167/6 215/21 245/4 277/4
**personally [23]** 52/7 52/14 53/8 55/15 58/13 94/3 94/8 102/7 134/15 148/6 150/7 151/7 151/17 151/19 158/15 165/21 176/21 186/17 187/14 197/13 197/19 200/13 267/14
**personnel [1]** 273/5
**perspective [1]** 212/23
**perspectives [2]** 212/20 212/24
**pertain [4]** 141/14 141/15 141/18 141/19
**pertains [1]** 141/17
**petition [3]** 57/17 198/21 199/5
**petitioned [1]** 187/17
**Philip [1]** 115/5
**phone [6]** 83/12 84/25 225/21 263/15 264/1 265/18
**photo [2]** 184/5 184/7
**photos [1]** 21/4
**physical [4]** 43/17 93/22 94/7 237/3 286/2
**pick [1]** 279/9
**picked [2]** 76/20 211/15
**PICO [4]** 3/4 4/7 4/9 4/12
**PICO-PRATS [4]** 3/4 4/7 4/9 4/12
**picturing [1]** 132/13
**piece [5]** 43/17 122/8 126/3 193/3 257/8
**pieces [5]** 140/2 222/16 223/14 223/17

223/22
**pilot [10]** 58/25 59/14 61/13 61/19 61/24 62/14 62/16 70/11 219/12 219/25
**piloting [1]** 61/21
**pilots [7]** 65/1 70/10 70/14 70/20 71/5 72/10 73/23
**place [36]** 18/7 20/19 20/24 20/25 22/22 24/9 25/18 29/1 29/12 49/21 49/25 52/1 54/5 56/23 59/20 74/3 79/14 81/6 98/1 125/9 125/13 133/25 157/20 168/15 182/7 184/4 214/22 221/9 226/7 234/18 235/4 235/15 249/11 251/24 260/22 273/15
**places [17]** 20/25 59/4 60/24 64/3 64/5 64/6 76/16 80/4 94/9 94/15 96/1 96/11 96/15 101/10 223/20 234/21 251/23
**plain [1]** 74/17
**plaintiff [14]** 40/4 42/24 47/8 48/15 57/7 71/17 88/23 108/9 129/23 130/13 145/6 149/15 159/18 169/24
**plaintiffs [24]** 1/5 2/2 2/13 2/18 6/8 39/12 40/3 46/18 46/23 71/15 71/18 98/5 128/20 145/14 145/15 145/20 152/25 170/6 171/8 191/12 199/17 233/7 262/11 272/16
**plaintiffs' [30]** 4/2 6/7 89/14 129/19 197/17 198/7 199/21 203/12 227/21 232/14 233/2 235/20 236/22 240/7 240/21 244/10 244/21 248/22 253/23 254/24 255/3 258/11 258/24 261/24 265/23 266/4 271/9 272/10 286/11 288/12
**plan [7]** 42/20 42/22 49/18 220/16 221/11 226/7 226/10
**plane [1]** 36/19
**planned [1]** 219/8
**planning [1]** 144/16
**plans [1]** 108/14
**play [2]** 144/16 144/18
**played [1]** 281/1
**please [25]** 6/10 6/13 39/14 39/18 47/20 47/23 47/25 55/5 83/22 146/15 146/18 147/3 147/9 153/15 208/22 208/25 210/25 218/20 235/19 239/25 244/10 258/10 261/24 266/3 271/8
**pleasure [1]** 180/22
**plenty [1]** 268/12
**plug [1]** 215/3
**plus [2]** 74/9 223/19
**PM [4]** 106/20 203/20 247/7 292/23
**podium [1]** 46/22
**point [41]** 23/2 47/1 88/22 89/11 89/14 90/4 90/5 91/13 93/16 99/2 107/12 114/24 145/4 146/10 148/7 148/9 148/10 159/19 170/5 171/13 192/14 195/18 246/9 246/25 247/24 248/9 248/13 248/14 248/18 249/19 254/15 259/15 267/11 268/15 272/4 273/24 275/1 283/6 286/6 289/13 290/24
**pointed [1]** 285/15
**points [1]** 287/6
**police [3]** 259/9 259/10 259/10
**policy [8]** 129/8 190/24 190/25 191/21 213/15 213/17 281/12 281/15
**political [1]** 53/15
**politically [1]** 53/14 53/18 138/19
**politically-charged [1]** 138/19
**poll [71]** 42/2 50/21 50/22 51/3 51/5

50/6 57/19 59/22 60/13 60/20 60/23 65/4 65/9 65/9 65/15 65/16 65/17 66/6 72/20 76/11 76/14 81/2 94/17 94/22 95/1 95/4 100/19 110/6 110/6 110/13 114/3 114/5 114/7 150/11 150/11 150/21 150/22 150/23 150/24 150/25 163/15 163/22 164/17 181/20 181/25 182/2 182/19 182/19 182/23 182/25 186/19 187/6 187/11 214/24 222/25 226/13 226/17 226/22 227/3 231/17 232/3 232/8 251/24 251/24 252/6 252/9 253/11 274/3 274/9 275/13 275/15
**polling [50]** 18/7 20/18 20/25 20/25 22/22 24/9 29/1 29/12 49/21 49/25 52/1 54/5 56/23 59/4 59/20 60/24 64/3 64/5 64/6 74/3 76/16 79/14 81/6 94/9 94/15 96/1 96/11 96/15 98/1 125/9 125/13 133/24 182/6 184/4 214/22 223/20 226/7 231/11 231/14 231/18 233/19 233/23 234/18 234/21 235/4 235/14 251/23 251/24 255/20 260/22
**polls [12]** 23/21 27/13 27/16 27/18 64/2 150/8 150/13 150/14 150/17 151/6 213/6 236/1
**poorly [1]** 226/25
**popped [2]** 184/17 185/2
**population [1]** 79/1
**portion [8]** 1/4 181/8 262/20 268/20 276/9 276/23 278/12 278/14
**pose [1]** 178/1
**posed [2]** 272/20 283/4
**position [15]** 121/4 135/9 145/1 169/23 195/19 212/8 215/15 215/18 225/10 235/12 247/4 267/25 269/16 269/17 272/21
**positioning [1]** 112/11
**positions [2]** 135/7 171/9
**possession [1]** 285/12
**possibilities [2]** 41/6 114/6
**possibility [1]** 121/13
**possible [10]** 41/8 58/4 100/8 112/19 123/9 140/24 214/15 251/12 259/22 265/7
**possibly [1]** 224/25
**post [6]** 21/3 58/20 139/24 268/13 269/9 269/10
**posting [1]** 14/24
**potential [3]** 238/11 254/13 267/4
**potentially [1]** 97/14
**power [1]** 21/17
**powerful [1]** 21/14
**practical [3]** 29/15 173/18 177/13
**practice [3]** 75/13 88/19 94/8
**practices [7]** 36/13 84/7 92/5 92/10 93/23 188/9 188/12
**PRATS [4]** 3/4 4/7 4/9 4/12
**pre [2]** 60/11 177/13
**pre-election [1]** 177/13
**pre-Zoom [1]** 60/11
**precedent [1]** 259/9
**precinct [12]** 20/16 103/16 158/24 158/25 161/2 184/13 229/14 230/20 231/11 231/14 231/18 233/23
**precincts [3]** 58/19 181/7 181/7
**precisely [1]** 170/13
**predecessor [2]** 287/1 287/8
**preeminent [3]** 210/21 210/22 211/3
**prefer [10]** 42/8 42/10 49/21 82/13

**P**

**prefer... [6]** 102/9 133/24 134/2 276/17 277/1 277/11
**preferable [1]** 89/1
**preference [8]** 102/7 121/7 141/19 190/25 191/1 191/22 221/7 277/4
**preferences [1]** 24/18
**preferred [2]** 67/20 133/19
**prejudicial [1]** 207/14
**premise [2]** 121/5 124/24
**prepared [1]** 177/5
**preregistered [1]** 10/25
**presence [1]** 130/12
**present [6]** 40/23 170/8 170/25 179/22 226/1 257/14
**presented [5]** 169/13 256/19 257/15 257/17 258/1
**presenting [1]** 256/24
**presents [2]** 14/11 155/2
**preserve [2]** 52/16 53/1
**presidential [10]** 24/18 51/16 57/1 120/24 141/8 195/9 202/19 221/7 223/6 277/17
**pressed [1]** 110/4
**presume [1]** 140/12
**presuming [3]** 43/21 43/23 44/1
**pretrial [1]** 228/2
**pretty [10]** 18/15 66/19 74/2 152/7 197/3 251/21 257/22 271/22 271/22 281/17
**prevents [2]** 127/15 127/17
**previous [3]** 243/24 259/6 282/1
**previously [2]** 209/16 272/20
**PRICE [23]** 2/2 4/4 6/8 6/15 6/18 6/22 6/24 10/15 11/23 15/21 16/17 21/8 26/12 28/5 28/9 28/12 32/25 33/23 35/21 37/12 37/17 38/8 39/7
**primarily [3]** 113/6 155/7 285/25
**primary [8]** 24/18 26/3 26/10 51/16 170/6 221/7 223/6 271/25
**Princeton [1]** 15/11
**principle [1]** 273/12
**principles [6]** 14/1 36/1 36/12 36/4 37/5 37/5
**print [9]** 8/24 9/25 18/25 19/23 21/1 56/11 56/19 185/8 217/3
**printed [22]** 18/11 19/2 32/3 54/8 76/12 76/20 81/12 103/8 116/14 121/13 122/6 133/3 133/12 143/1 185/16 185/17 190/4 198/13 217/3 276/13 276/21 277/9
**printer [2]** 51/7 74/9
**printers [2]** 52/6 221/24
**printing [2]** 33/17 46/24
**printout [38]** 17/5 20/3 29/20 50/6 50/13 50/14 51/1 51/7 52/3 55/12 56/13 56/21 66/16 75/12 75/15 76/20 77/3 100/17 110/5 110/23 111/15 111/17 112/9 115/24 118/1 118/7 119/12 121/14 133/10 134/16 134/18 134/19 134/24 135/14 135/22 189/25 201/9 203/1
**printouts [7]** 66/17 75/2 75/5 116/21 116/22 116/22 135/23
**prints [1]** 77/3
**prior [6]** 24/7 24/7 148/19 180/2 209/21 282/24

**priorities [1]** 284/17
**prison [1]** 23/18
**privacy [3]** 41/25 52/11 102/13
**privately [1]** 146/4
**probably [18]** 18/20 34/5 50/23 75/16 95/12 98/7 148/10 201/3 217/4 221/17 222/16 230/15 238/12 270/11 274/17 283/4 285/25 290/15
**probe [1]** 264/18
**problem [34]** 50/17 72/14 73/6 100/11 101/15 110/12 110/13 110/16 111/1 111/6 113/21 114/8 114/15 114/20 115/18 122/2 122/5 124/23 152/18 153/8 158/4 158/21 166/17 166/21 167/4 191/14 192/16 214/8 247/24 248/15 250/7 250/17 251/9 290/17
**problems [17]** 36/22 51/9 51/14 57/21 58/5 68/22 69/17 73/22 113/18 127/23 132/1 168/20 219/7 230/20 251/4 254/2 254/13
**problems/issues [1]** 57/21
**procedure [1]** 235/18 257/7
**procedures [3]** 113/18 223/2 250/15
**proceed [9]** 88/12 88/22 89/14 97/2 151/13 231/3 284/11 284/19 291/21
**proceeded [1]** 247/25
**proceeding [2]** 144/5 177/8
**proceedings [14]** 1/10 1/21 6/9 86/15 90/8 137/23 143/19 197/6 199/13 228/20 239/2 292/21 292/22 293/9
**process [26]** 18/22 19/19 22/14 22/19 23/13 26/25 31/21 41/9 58/16 65/24 73/1 79/19 83/7 83/7 95/8 95/23 125/16 160/24 165/15 170/12 181/4 193/10 218/7 218/20 223/11 249/11
**processed [2]** 29/3 167/7
**processing [3]** 164/20 165/24 167/18
**produce [1]** 157/17
**produced [3]** 1/22 160/25 162/23
**productive [1]** 131/9
**professional [7]** 104/1 104/7 147/10 147/20 154/19 186/5 193/13
**professor [3]** 267/12 268/2 268/18
**proffer [1]** 268/16
**proffered [2]** 192/8 248/22
**program [3]** 104/19 104/19 219/25
**programmed [10]** 55/9 72/24 81/10 101/20 101/23 125/1 125/3 127/8 132/3 202/10
**programmers [2]** 55/7 104/18
**programming [2]** 55/7 103/2
**programs [3]** 10/7 10/8 10/10
**prohibit [1]** 153/2
**prohibited [2]** 1/7 281/12
**project [3]** 57/16 69/15 177/2
**projects [3]** 57/15 106/10 157/7
**proliferating [2]** 282/14 282/14
**promised [1]** 51/20
**promote [1]** 154/12
**promoted [1]** 22/8
**promoting [1]** 22/18
**prompt [1]** 256/22
**proof [1]** 17/13
**proper [2]** 157/21 254/9
**properly [15]** 32/9 33/2 33/5 41/7 69/16 163/11 164/4 223/23 224/2 224/8 247/12 247/13 247/16 259/21 283/23
**proponent [2]** 211/7 213/21

**propositions [1]** 135/7
**proprietary [1]** 17/10
**protect [1]** 10/6
**protected [2]** 53/11 247/14
**protocol [1]** 256/3
**protocols [1]** 103/9
**provide [12]** 15/24 16/9 182/4 183/10 183/11 188/7 197/22 197/24 209/6 217/2 219/3 278/25
**provided [2]** 186/7 222/24
**provides [2]** 115/23 226/10
**providing [5]** 13/22 43/13 118/3 154/19 216/11
**proximate [2]** 288/25 288/25
**prudent [1]** 288/2
**public [20]** 14/3 26/22 59/17 60/14 96/2 97/6 97/11 97/13 97/16 129/8 146/8 159/9 159/20 159/21 160/16 170/17 174/13 174/20 268/17 284/7
**publication [1]** 10/1
**published [3]** 113/3 162/11 174/20
**pull [3]** 14/23 159/6 207/16
**purchase [1]** 86/1
**purpose [17]** 15/22 55/22 59/25 87/23 154/8 154/9 154/9 228/25 229/7 233/14 233/15 241/7 247/9 247/9 247/17 255/8 273/12
**purposes [5]** 69/25 174/22 204/3 255/14 266/1
**pursue [1]** 180/11
**pursuing [2]** 63/8 128/16
**push [2]** 50/20 56/11
**pushed [5]** 19/13 50/18 51/2 133/9 190/8
**pushing [1]** 66/15
**put [33]** 13/11 13/13 13/16 14/3 20/21 29/1 35/3 53/15 54/1 54/2 59/21 65/20 66/3 95/10 102/20 113/23 113/24 113/25 116/25 117/3 117/6 125/13 168/23 181/14 181/18 184/17 185/19 193/5 196/23 216/8 237/10 280/19 280/22
**putting [12]** 13/9 15/22 24/24 25/23 29/11 30/9 31/1 31/2 63/16 74/1 175/16 199/15
**PW [5]** 273/16 273/16 273/17 273/25 274/3

**Q**

**QR [46]** 17/4 17/7 29/21 30/13 50/7 50/7 54/8 54/9 54/11 103/1 109/15 114/14 114/15 116/17 116/20 118/15 119/15 119/24 120/6 120/7 120/14 120/20 121/2 121/14 121/23 122/6 134/22 139/19 139/23 140/8 142/21 142/25 152/17 192/9 194/4 194/8 196/3 196/6 211/15 276/9 276/13 276/14 276/15 277/8 277/12 278/15
**qualified [1]** 139/3
**quality [1]** 104/17
**quarterly [1]** 258/6
**question [59]** 27/23 28/16 34/2 34/4 34/24 38/18 62/23 69/7 72/5 74/21 79/25 90/14 94/5 100/21 119/21 121/15 124/20 130/25 130/25 131/12 135/8 151/17 154/15 156/4 158/20 188/5 194/1 195/23 196/5 197/8 199/17 200/1 200/7 202/7 204/23 206/17 229/2

**Q**

**question... [22]** 229/24 229/25 230/7 235/1 239/3 242/19 250/12 253/2 257/7 259/19 264/6 264/21 264/24 264/25 270/1 273/18 280/4 283/10 283/14 283/19 290/25 291/6

**questioning [2]** 87/24 131/4

**questions [47]** 12/24 12/24 17/23 18/5 18/13 28/6 28/12 37/10 38/4 39/3 43/7 46/11 46/13 46/15 59/11 71/23 86/23 89/20 93/8 103/18 108/6 130/20 137/21 139/18 142/13 153/5 153/24 156/14 157/25 178/1 179/22 180/11 180/24 180/25 195/23 199/12 203/9 206/11 219/3 240/3 249/3 262/20 276/2 282/10 284/20 291/4 291/5

**quick [5]** 44/18 197/8 201/17 205/18 258/5

**quickly [4]** 207/10 218/17 251/12 254/12

**quit [1]** 106/2

**quite [5]** 18/3 61/8 75/19 95/1 266/22

**R**

**R-I-C-A-R-D-O [1]** 146/22

**race [10]** 118/11 120/11 120/13 127/13 141/6 171/12 202/19 278/5 278/6 278/8

**races [6]** 56/15 56/16 57/1 183/21 184/1 277/24

**radio [1]** 174/20

**RAFFENSPERGER [6]** 1/6 197/9 198/22 199/6 211/10 211/13

**raise [7]** 6/11 39/14 47/20 143/11 146/15 208/22 290/5

**raised [5]** 97/15 139/11 223/10 224/22 240/2

**raises [1]** 39/3

**RAMSEY [1]** 2/5

**ran [8]** 62/18 78/8 78/11 79/5 83/13 85/22 91/9 91/16

**range [1]** 14/24

**ranges [1]** 131/8

**rank [2]** 89/2 89/10

**ransomware [1]** 196/20

**rare [1]** 76/17

**rate [1]** 138/5

**rather [9]** 41/5 86/24 89/19 90/15 91/6 156/11 211/16 246/20 251/12

**re [25]** 58/20 73/3 73/4 73/7 73/14 117/25 118/18 138/25 140/5 160/7 160/25 191/4 202/18 202/20 204/11 204/14 208/13 277/17 277/23 277/25 278/2 278/3 278/8 278/11 278/18

**re-call [3]** 204/11 204/14 208/13

**re-count [13]** 118/18 160/7 160/25 202/18 202/20 277/17 277/23 277/25 278/2 278/3 278/8 278/11 278/18

**re-counts [7]** 58/20 73/3 73/4 73/7 73/14 117/25 140/5

**re-lodge [1]** 138/25

**re-reviewed [1]** 191/4

**reach [3]** 26/8 144/4 178/5

**reached [1]** 166/20

**read [40]** 14/25 19/23 20/2 30/10 30/12 32/9 32/14 50/7 54/9 54/12 55/25 61/3 81/11 109/24 110/2 116/1 116/5 116/10 125/8 125/11 127/3 127/6 131/12

134/18 134/23 145/2 193/18 193/21 230/5 230/6 235/21 240/8 248/4 248/7 274/17 276/13 276/18 276/20 277/2 277/9

**readable [11]** 19/3 116/22 140/1 140/8 140/11 140/13 192/5 211/16 277/14 278/12 278/14

**readers [1]** 192/9

**reading [6]** 17/6 23/17 120/20 128/1 137/4 234/7

**readings [1]** 104/22

**ready [3]** 6/4 279/9 292/14

**real [4]** 58/3 129/3 168/19 265/17

**realize [4]** 70/2 127/6 172/23 179/15

**realized [3]** 19/17 100/12 197/25

**realizes [1]** 100/16

**really [40]** 12/7 17/7 18/4 18/23 19/10 21/11 22/14 22/17 22/17 32/4 60/2 69/19 70/21 82/9 98/25 102/13 111/12 112/2 112/3 115/17 115/18 128/6 129/10 149/13 149/25 169/21 179/25 186/22 187/23 192/17 218/18 219/13 220/7 228/13 237/12 250/4 252/9 273/13 284/2 291/20

**realm [1]** 159/21

**reason [11]** 51/12 52/21 55/18 55/22 73/8 76/23 95/23 102/11 128/6 202/22 246/18

**reasonable [7]** 35/4 35/6 35/24 36/14 36/18 36/20 292/1

**reasoning [1]** 277/7

**reasons [3]** 17/14 23/1 81/21

**reassessed [1]** 102/7

**recall [47]** 24/13 40/8 61/9 61/12 108/23 151/6 176/4 178/10 178/22 183/9 183/21 184/1 184/23 194/18 195/10 197/14 197/20 197/21 198/1 198/5 198/6 198/10 198/12 198/23 199/6 200/15 201/12 211/22 213/17 213/19 216/5 216/11 216/14 218/15 218/16 220/22 221/19 224/5 238/20 239/15 240/15 240/16 244/9 265/17 270/19 280/14 280/15

**recalled [2]** 197/9 199/8

**recalling [1]** 183/8

**recap [1]** 73/22

**recast [3]** 86/18 90/11 110/20

**receive [13]** 26/2 26/4 154/21 154/25 155/5 166/7 173/23 189/13 200/13 224/16 224/18 240/18 266/18

**received [19]** 24/20 51/17 51/19 158/25 159/4 166/4 167/3 167/10 172/9 172/12 176/5 189/7 200/8 202/16 233/22 241/21 248/19 272/7 272/14

**receiving [3]** 175/18 182/22 269/13

**recent [4]** 40/23 71/6 72/11 186/2

**recently [5]** 45/16 55/11 148/15

**recess [3]** 106/19 144/1 203/19

**recipient [2]** 268/19 269/4

**recognition [1]** 108/21

**recognize [14]** 227/9 227/10 227/10 232/16 235/22 235/23 237/13 240/10 244/13 258/16 262/2 266/6 271/11 286/10

**recollection [8]** 211/5 214/14 219/9 220/20 226/4 238/21 263/16 282/20

**recommended [1]** 23/8

**reconcile [1]** 219/6

**reconciliation [1]** 250/3

**reconsider [2]** 180/2 180/6

**reconsidered [1]** 205/3

**record [63]** 6/14 14/23 15/1 22/6 33/25 34/7 39/19 41/9 41/10 41/15 42/13 43/13 43/16 43/19 45/7 45/8 45/13 45/20 45/23 47/25 63/16 63/17 69/4 69/12 69/25 72/3 76/2 79/11 87/19 88/17 88/25 89/12 91/22 97/12 97/13 97/16 98/8 106/22 131/10 138/25 146/20 159/9 159/20 160/16 165/25 171/6 171/12 174/23 209/2 245/15 246/23 248/7 255/3 255/7 255/10 255/11 255/12 255/12 255/13 259/7 259/10 260/14 271/3

**recorded [3]** 38/23 126/10 178/24

**records [30]** 8/6 63/12 63/14 63/15 63/20 63/22 78/10 85/12 85/19 86/5 88/5 91/23 92/8 93/3 93/6 159/6 159/11 159/16 165/8 165/23 166/8 166/10 167/1 178/6 178/16 179/7 179/8 183/1 183/4 241/8

**recross [9]** 4/8 4/17 4/23 5/4 38/6 142/16 201/19 204/15 205/21

**Recross-Examination [8]** 4/8 4/17 4/23 5/4 38/6 142/16 201/19 205/21

**Recruit [2]** 105/4 105/5

**recruited [2]** 57/18 59/3

**recruiting [2]** 105/6 105/8

**Redirect [8]** 4/7 4/16 4/24 5/3 37/14 139/16 202/5 204/21

**reevaluate [1]** 191/5

**Reexamination [2]** 5/5 206/15

**refer [1]** 224/23

**reference [4]** 64/15 76/9 98/6 238/4

**referenced [5]** 170/10 238/3 251/15 263/25 284/6

**referencing [3]** 1/5 240/4 284/7

**referred [2]** 158/12 189/13

**referring [4]** 164/6 172/4 172/5 236/13

**refers [2]** 274/3 274/6

**refill [1]** 23/7

**reflect [1]** 34/12

**reflected [3]** 37/25 38/2 159/19

**reflects [3]** 34/11 37/21 193/4

**reframe [1]** 280/4

**refresh [2]** 198/21 198/25

**refute [1]** 264/18

**regard [15]** 149/22 154/11 154/13 157/14 157/23 164/16 167/4 182/3 186/2 186/7 186/19 188/2 188/12 199/10 202/18

**regarding [14]** 164/17 166/21 186/3 205/5 212/16 225/17 241/2 254/2 257/13 262/17 263/15 266/20 283/15 283/16

**regardless [1]** 237/6

**regional [2]** 252/3 252/8

**register [1]** 10/24

**registered [11]** 10/17 10/19 23/23 49/12 49/14 50/12 56/10 81/25 82/3 82/4 133/9

**registration [5]** 72/19 73/5 215/5 262/16 263/8

**regular [4]** 63/14 92/15 241/8 274/18

**regularly [3]** 49/16 257/23 271/22

**regulations [2]** 137/6 156/24

**reiterate [4]** 69/5 69/12 86/3 86/7

Case 1:17-cv-02989-AT Document 1833 Filed 05/29/24 Page 325 of 336

# R

**reiterated [1]** 86/8
**rejected [1]** 102/2
**related [5]** 53/25 149/23 248/18 262/25 282/11
**relates [4]** 236/25 238/13 247/10 259/20
**relating [1]** 89/8 237/6
**relation [1]** 28/12
**relationship [2]** 41/10 165/8
**relative [1]** 121/3
**release [1]** 103/13
**relevance [25]** 71/12 87/5 88/7 128/17 168/1 233/6 233/7 236/25 238/6 238/11 240/24 245/8 245/13 248/12 248/18 259/2 259/23 262/14 268/15 272/19 282/9 282/12 288/15 288/22 289/9
**relevant [13]** 87/7 191/13 237/3 238/8 241/3 241/18 245/16 246/19 262/17 264/20 269/16 269/18 288/17
**reliable [6]** 14/2 27/2 36/10 89/13 156/17 260/13
**reliant [4]** 279/18 279/22 280/8 280/10
**relied [2]** 92/21 280/12
**relief [3]** 42/24 43/3 115/4
**relieve [1]** 118/14
**reluctant [1]** 57/5
**rely [4]** 37/2 37/6 106/23 139/12
**relying [3]** 170/14 177/17 177/18
**remains [1]** 245/24
**remarks [1]** 67/15
**remedial [1]** 217/25
**remediation [1]** 196/21
**remedy [7]** 35/21 35/22 37/3 128/21 129/7 129/10 129/11
**remember [35]** 10/19 11/6 19/25 33/10 56/15 57/25 74/21 95/2 104/13 109/25 136/11 178/9 178/16 179/6 187/13 195/3 199/3 200/12 207/20 207/23 211/25 212/14 213/16 216/7 216/8 216/9 217/14 217/14 217/22 238/21 239/10 263/18 269/20 270/6 274/20
**remembered [1]** 20/2
**remembering [1]** 205/24
**remind [3]** 61/18 76/11 273/17
**remote [1]** 169/18
**remove [3]** 188/23 274/10 275/13
**removed [1]** 174/22
**repeat [10]** 33/15 72/6 72/7 119/20 119/21 145/6 210/25 247/8 264/24 264/25
**rephrase [6]** 28/16 79/20 86/23 90/14 138/4 142/23
**replace [1]** 210/12
**replaced [1]** 15/16
**replacement [1]** 25/14
**report [44]** 15/8 15/9 77/1 164/15 171/22 174/20 175/20 178/7 182/15 186/2 217/18 217/22 218/1 225/13 225/16 225/17 226/1 233/5 242/24 243/1 245/6 249/12 250/7 250/18 250/19 250/23 251/4 251/10 252/7 252/7 252/10 253/6 254/2 255/11 259/10 259/10 259/12 261/12 263/11 263/14 263/18 268/7 274/5 275/6
**reported [28]** 9/25 68/6 69/9 161/17 163/22 164/7 164/10 167/7 174/3 174/8
174/9 174/11 175/3 175/12 177/1 183/1 187/6 187/11 250/16 250/24 250/25 251/12 252/16 252/19 253/3 255/21 260/5 265/13
**reporter [9]** 1/3 1/6 1/23 62/5 98/25 99/1 248/8 293/6 293/17
**reporting [10]** 63/10 67/14 69/8 84/3 174/4 174/18 176/9 176/13 187/14 213/9
**reports [22]** 15/3 60/23 67/21 104/23 154/21 155/20 161/22 164/17 166/7 173/23 175/17 183/7 183/11 188/6 202/16 229/14 233/18 259/12 259/13 261/6 263/19 265/6
**representatives [1]** 230/16
**represented [1]** 169/25
**representing [2]** 26/20 40/2
**request [16]** 23/9 25/10 33/13 85/19 88/5 93/3 148/16 159/11 165/23 178/6 178/17 179/7 179/8 180/2 198/18 248/17
**requested [4]** 25/6 207/22 208/1 208/2
**requesting [3]** 33/9 33/9 33/17
**requests [7]** 85/12 86/5 92/8 159/6 166/4 194/21 194/25
**require [5]** 201/2 257/3 257/4 257/10 271/2
**required [11]** 81/4 82/16 82/19 87/14 88/3 92/11 121/22 227/4 256/16 282/4 289/1
**requirement [2]** 82/25 251/6
**requirements [3]** 82/21 82/22 181/14
**requires [7]** 25/17 92/10 114/12 165/14 196/21 215/20 281/16
**requiring [1]** 118/15 153/3
**rereview [1]** 185/11
**rerun [1]** 160/22
**research [12]** 14/14 86/19 87/2 90/12 90/17 91/6 91/10 91/12 92/4 147/16 154/18 167/9
**reservations [1]** 151/22
**reserve [3]** 69/24 88/18 290/25
**reserving [1]** 88/15
**reside [2]** 147/4 147/5
**resolution [1]** 256/24
**resolve [2]** 225/21 275/10
**resorted [1]** 56/18
**respect [3]** 175/7 250/15 271/21
**respected [2]** 42/1 52/18
**respectfully [1]** 71/16 130/7
**respond [4]** 63/3 169/1 270/9 275/6
**responded [5]** 176/3 176/4 194/21 202/8 256/20
**responding [2]** 194/18 197/21
**responds [1]** 269/12
**response [11]** 13/4 71/13 176/6 242/19 243/13 269/15 270/11 270/16 276/1 289/12 289/15
**responses [1]** 195/25
**responsibilities [2]** 224/15 284/25
**responsibility [14]** 150/20 150/22 182/21 245/19 245/24 246/3 246/14 247/13 279/15 282/2 283/25 283/25 284/1 284/4
**responsible [4]** 176/6 182/17 245/10 285/16
**responsive [1]** 93/6
**rest [10]** 42/18 62/3 62/10 67/4 69/23
178/9 174/11 175/3 179/12 177/1 183/1 163/1 187/6 143/15 172/11 172/12 172/20 284/20
**restricted [1]** 1/3
**restroom [2]** 247/1 247/5
**rests [1]** 80/14
**result [11]** 157/21 160/24 163/6 164/15 165/23 167/5 176/10 176/22 178/7 218/1 239/24
**resulted [1]** 261/19
**results [12]** 55/10 58/3 154/3 157/17 160/4 160/22 160/25 167/7 174/4 175/12 189/11 277/18
**retired [3]** 10/13 40/16 291/10
**return [2]** 83/9 94/22
**returned [4]** 83/3 83/5 83/15 186/24
**reuse [2]** 213/12 213/16
**review [15]** 18/10 18/19 19/10 20/20 117/21 133/12 137/21 138/6 155/13 185/4 185/6 185/17 227/6 246/14 258/13
**reviewed [7]** 67/16 138/3 171/13 177/8 191/4 195/25 204/24
**reviewing [2]** 122/15 139/12
**reviews [1]** 119/17
**revote [1]** 51/3
**RICARDO [25]** 2/19 2/22 4/19 144/6 146/10 146/13 146/21 146/24 147/3 147/21 152/15 153/13 153/24 158/12 159/23 160/21 161/24 162/21 164/23 171/18 172/22 173/22 177/4 177/25 202/7
**richest [1]** 21/15
**ride [1]** 147/25
**right [331]**
**rights [4]** 52/18 52/21 53/2 53/3
**rigorous [2]** 115/8 127/25
**rigorously [2]** 118/11 120/25
**ring [1]** 242/25
**rise [5]** 106/18 143/25 182/23 203/18 247/6
**rises [1]** 189/17
**risk [17]** 44/4 44/6 44/9 44/10 44/13 53/21 59/22 118/19 118/21 118/24 119/2 121/1 127/24 128/1 128/7 137/18 277/20
**risk-limiting [14]** 44/4 44/6 44/9 44/10 44/13 118/19 118/21 118/24 119/2 121/1 127/24 128/1 128/7 277/20
**risks [1]** 53/23
**Riverdale [4]** 86/1 91/9 91/14 91/19
**RMR [3]** 1/23 293/6 293/16
**ROBBINS [1]** 3/5
**ROBERT [4]** 2/16 2/17 48/8 69/3
**robust [1]** 140/19
**Rock [1]** 147/25
**role [10]** 9/23 209/19 209/24 218/23 219/2 226/21 254/22 267/17 271/24 281/1
**roll [1]** 222/3
**rolled [4]** 72/19 214/3 214/9 214/18
**rolling [2]** 218/20 281/17
**rollout [4]** 218/3 218/7 218/23 278/24
**room [5]** 95/13 95/24 96/19 113/7 113/22
**rooms [1]** 95/6
**root [3]** 162/6 166/16 167/4
**ROSS [1]** 3/5
**Roswell [1]** 95/2
**rough [1]** 100/3

**R**

**roughly [5]** 166/10 176/13 221/16 222/2 222/20
**round [1]** 22/25
**rule [5]** 64/10 86/4 177/14 199/20 245/15
**ruled [2]** 139/8 288/22
**rules [6]** 83/1 89/13 137/9 137/12 179/24 288/16
**ruling [8]** 69/5 69/13 70/5 106/24 168/7 248/6 270/25 290/25
**rulings [1]** 70/4
**run [21]** 78/12 78/16 79/10 80/19 81/14 81/20 81/22 82/11 83/6 92/18 109/4 144/19 279/10 279/15 280/13 280/17 280/18 280/23 281/13 281/22 281/23
**running [6]** 68/18 70/16 85/24 143/22 154/15 158/23
**runoff [9]** 26/3 26/10 51/18 178/21 183/19 183/24 207/23 212/2 279/6
**runoffs [1]** 70/24
**runs [4]** 82/8 144/21 188/14 285/9
**rush [1]** 107/14
**rushing [1]** 292/2
**Russell [1]** 225/6
**Russian [1]** 283/17
**RUSSO [7]** 3/3 4/21 4/23 5/4 169/4 180/21 202/7
**Russo's [1]** 179/14
**Ryan [3]** 246/8 262/5 263/3

**S**

**S-A-Y-A [1]** 48/2
**sacrifice [1]** 27/24
**safe [7]** 210/11 210/14 210/17 210/22 211/4 211/11 264/17
**safeguard [1]** 237/21
**safeguarding [3]** 238/3 238/5 285/16
**safely [1]** 285/16
**safety [1]** 245/20
**said [66]** 8/13 12/22 13/12 13/15 17/15 19/10 19/20 25/10 25/24 26/12 28/14 29/6 30/25 38/8 49/10 61/12 62/1 64/12 65/7 73/7 81/13 86/24 90/9 90/16 93/6 119/7 119/8 128/6 133/19 136/10 136/20 137/14 161/9 161/12 169/6 169/8 183/14 183/14 187/11 189/8 189/18 189/21 191/23 194/5 194/10 199/22 200/8 200/15 204/15 205/1 206/3 206/18 206/19 211/3 219/24 237/20 248/4 249/15 255/12 265/18 267/21 268/12 270/14 283/14 288/1 293/10
**sales [1]** 105/10
**same [45]** 15/7 18/15 23/25 26/6 59/10 68/15 74/4 75/2 79/7 80/12 80/17 80/23 89/7 94/24 103/7 103/10 107/20 116/4 151/25 153/17 160/25 163/21 172/20 193/11 210/24 222/20 236/5 237/6 237/9 237/13 243/22 247/4 259/1 259/4 259/5 270/8 272/12 272/20 276/24 278/4 278/5 278/6 283/13 285/6 285/10
**sample [3]** 14/25 56/19 220/12
**San [6]** 7/12 7/13 7/19 8/1 8/3 8/13
**Sandy [4]** 7/2 7/18 10/22 10/23
**sat [2]** 212/19 239/13
**satisfactory [1]** 128/7

**satisfied [3]** 79/15 120/6 221/20
**satisfy [6]** 119/2 119/10 119/14 119/23 129/5 180/4
**Saturday [1]** 96/16
**Sauls [1]** 289/4
**saw [36]** 29/2 34/10 59/7 62/20 62/21 62/23 62/25 63/2 66/5 66/19 72/20 72/21 95/4 96/5 96/19 96/22 96/24 111/9 112/13 112/21 158/10 172/9 172/10 172/16 172/18 174/3 179/2 179/3 200/21 201/8 202/25 228/13 263/11 263/14 263/18 279/16
**say [83]** 20/11 31/10 33/12 33/16 37/2 37/8 41/5 44/5 45/12 46/6 57/11 61/8 68/9 69/18 70/9 71/3 72/13 73/13 73/23 74/25 76/22 77/4 78/1 78/1 79/18 88/8 88/11 92/14 92/21 97/21 99/9 99/16 101/15 102/11 102/19 105/19 106/21 107/7 115/6 118/24 125/14 130/19 132/15 133/7 133/24 141/5 145/7 150/16 151/4 151/25 155/22 156/8 156/10 163/1 170/15 172/4 173/4 174/6 175/6 183/7 192/14 196/20 199/5 201/1 206/19 212/15 215/22 218/24 219/23 223/23 231/17 232/7 234/2 234/4 250/6 260/1 260/3 261/23 265/11 277/25 283/13 283/24 289/21
**SAYA [3]** 4/13 48/1 48/4
**saying [27]** 23/17 37/4 51/1 54/22 59/25 86/4 86/21 88/7 90/13 120/16 121/25 122/20 127/19 127/21 127/23 129/12 131/18 131/24 168/18 168/19 175/17 188/15 190/4 193/8 218/22 224/5 289/23
**says [21]** 17/13 23/22 50/21 84/23 92/17 125/18 125/19 179/6 179/6 188/16 192/11 198/21 199/23 243/20 246/7 260/21 260/25 271/2 287/3 287/12 288/16
**SB [1]** 59/17
**scale [1]** 59/15
**scan [5]** 29/8 30/3 30/5 117/3 287/11
**scanned [11]** 31/18 38/1 38/2 38/13 45/2 100/18 103/8 121/11 193/12 193/16 277/15
**scanner [60]** 17/6 20/6 20/21 24/10 29/1 29/2 29/2 29/3 29/13 29/21 32/5 38/10 38/15 67/11 76/21 79/16 79/18 79/21 79/21 80/11 80/11 80/12 80/13 80/13 83/5 102/18 102/24 103/5 103/9 115/3 116/25 117/3 117/6 125/4 125/7 125/11 125/13 125/14 125/17 125/18 125/24 126/5 126/25 127/3 127/19 127/24 128/13 131/16 131/19 131/21 131/25 132/19 185/19 192/11 193/3 193/5 201/14 202/10 206/25 207/2
**scanner's [1]** 20/22
**scanners [23]** 60/20 66/23 66/24 66/25 68/22 80/3 80/15 80/17 80/21 80/23 81/1 81/3 81/10 82/12 83/15 85/16 101/19 101/23 114/22 114/24 125/1 221/24 280/22
**scanning [3]** 31/21 115/7 115/8
**scans [2]** 165/10 277/6
**scenes [6]** 17/10 31/4 31/8 31/11 31/15 36/17
**scheduled [1]** 221/9
**SCHEINMAN [1]** 2/7

**SCHOENBERG [2]** 2/3 145/23
**school [5]** 7/1 7/2 7/5 97/23 148/1
**schools [2]** 97/23 97/24
**science [17]** 36/21 36/24 48/25 48/25 54/14 54/23 89/4 104/9 104/10 126/2 136/5 136/14 136/15 147/12 147/13 267/13 268/1
**scientific [4]** 37/5 138/3 138/5 177/19
**scientist [1]** 147/16
**scientists [4]** 14/15 15/7 15/11 104/21
**scope [5]** 168/6 168/11 168/24 169/25 170/6 173/15 198/2
**Scott [7]** 227/11 230/12 230/14 231/8 232/19 271/13 275/8
**scratch [1]** 185/21
**screen [22]** 17/6 17/12 17/18 18/9 18/12 18/18 19/6 19/13 19/15 20/15 23/22 23/22 30/9 34/10 75/10 75/11 76/25 77/2 184/22 185/4 190/2 228/1
**screens [4]** 18/16 74/1 113/14 182/9
**screenshot [1]** 14/6
**screenshots [1]** 174/13
**screwing [1]** 246/21
**Scrutineers [1]** 58/1
**seal [1]** 259/18
**seals [2]** 260/9 261/8
**seat [7]** 6/3 39/18 47/23 146/18 158/23 203/21 208/25
**SEB [5]** 83/1 97/4 97/8 98/6 137/12
**second [18]** 23/20 50/6 50/13 67/10 78/15 116/19 173/8 196/11 197/3 204/8 225/5 229/11 236/9 238/24 240/13 253/11 260/17 269/3
**secondary [1]** 136/13
**secondly [1]** 179/12
**seconds [3]** 75/22 75/25 206/12
**secrecy [17]** 50/5 50/23 52/2 53/6 53/6 53/7 60/22 73/24 109/13 111/19 113/6 113/21 113/24 114/1 114/8 114/12 114/13
**secret [5]** 53/11 102/15 112/4 112/6 112/7
**secretary [68]** 25/2 57/10 57/17 78/9 84/12 92/25 93/1 93/3 101/15 106/12 144/10 161/25 162/1 162/10 162/23 163/2 164/19 166/18 175/13 175/24 175/25 176/2 187/18 188/16 191/1 192/7 192/7 194/24 197/9 198/22 199/6 199/11 209/17 209/22 210/2 210/10 211/10 211/13 211/15 212/16 213/25 218/9 224/13 228/3 228/10 228/24 230/17 232/24 236/19 243/16 244/5 244/16 249/20 249/23 250/20 252/13 253/14 253/24 254/11 255/12 259/16 266/10 267/4 271/14 274/5 277/16 277/20 278/10
**Secretary's [7]** 185/24 211/19 212/4 212/7 213/2 226/18 231/21 248/19 272/15 273/9 277/23
**section [2]** 92/13 92/17
**secure [15]** 14/1 15/18 20/24 25/22 27/1 36/9 88/2 95/10 95/15 95/15 102/16 102/25 196/24 197/1 264/17
**secured [2]** 255/24 259/21
**security [31]** 10/2 10/3 17/8 35/6 36/7 39/2 93/22 94/7 94/17 98/4 144/9 173/10 177/4 188/13 196/17 224/22 237/4 238/25 247/13 259/17 259/20

**security... [10]** 260/2 260/9 261/8 265/16 275/23 275/24 283/5 285/24 286/2 286/2

**see [108]** 17/4 19/2 19/4 19/20 22/5 23/12 24/4 24/8 24/10 29/25 30/21 31/21 34/2 38/13 42/5 42/5 53/10 56/16 57/21 59/18 59/20 60/24 63/17 65/8 74/3 75/7 75/13 84/20 90/4 91/5 91/11 92/11 93/4 98/1 98/2 109/4 112/18 112/22 113/10 113/10 113/16 114/6 114/25 131/1 141/22 143/22 164/16 172/14 172/15 172/17 176/19 180/7 182/12 194/1 194/2 212/20 216/15 217/18 229/15 229/19 232/21 234/16 236/3 236/7 236/11 237/14 238/12 238/13 240/16 240/17 242/4 242/8 242/21 245/25 246/24 247/1 247/14 255/19 255/25 256/5 258/7 258/20 260/19 260/23 261/9 262/7 262/21 263/9 263/19 264/2 266/12 266/16 268/15 273/25 274/1 276/15 277/6 282/9 284/9 286/17 286/24 287/11 287/15 287/24 288/2 288/5 288/7 288/9

**seeing [4]** 20/1 112/16 217/22 219/19

**seek [4]** 42/24 129/6 129/10 153/11

**seeking [8]** 35/21 63/19 63/21 128/21 128/21 228/5 233/10 255/5

**seem [1]** 126/25

**seemed [3]** 65/10 65/21 71/21

**seems [14]** 34/2 63/25 65/10 89/12 110/10 129/1 138/7 158/6 191/12 246/5 259/23 275/22 284/3 284/8

**seen [30]** 22/10 36/21 53/18 55/8 55/11 56/22 75/6 75/14 75/16 75/23 76/14 76/19 97/22 99/19 100/22 102/2 105/24 111/20 111/24 112/15 112/19 112/24 112/25 163/2 164/19 165/4 178/22 186/16 200/20 245/21

**sees [1]** 234/24

**selected [4]** 33/25 185/1 190/2 211/10

**selecting [1]** 245/10

**selection [6]** 190/5 192/1 192/2 192/10 223/6 223/11

**selections [22]** 17/5 17/5 18/10 19/5 20/3 20/14 34/12 37/21 37/25 42/1 42/6 50/11 50/19 75/8 119/25 122/18 149/8 152/15 184/19 184/21 192/22 276/21

**self [1]** 251/4

**self-report [1]** 251/4

**Senate [2]** 173/24 183/24

**send [13]** 25/11 25/22 43/21 204/2 227/18 232/23 258/22 262/9 289/23 289/24 290/4 291/23 292/13

**sending [5]** 59/6 125/10 213/21 254/6 288/1

**senior [5]** 1/12 163/15 163/22 164/17 187/11

**seniors [1]** 10/24

**sense [1]** 190/3

**sent [23]** 24/20 60/12 103/5 174/12 174/19 175/1 178/8 207/6 207/11 208/2 236/5 236/16 236/18 242/3 244/19 249/23 261/3 270/15 278/25 286/16 287/17 290/2 290/3

**sentences [1]** 88/11

**separate [6]** 161/15 170/2 215/16

148/12 216/13 224/12

**September [7]** 198/22 217/25 219/11 219/22 219/23 236/1 236/6

**September 17 [2]** 236/1 236/6

**September 17th [1]** 198/22

**September 2020 [1]** 217/25

**sequestration [2]** 143/14 204/3

**serial [5]** 94/20 94/21 94/24 98/3 255/24

**series [2]** 235/23 240/3

**serious [1]** 39/3

**seriously [4]** 52/25 251/11 252/20 253/3

**seriousness [3]** 250/6 250/9 251/3

**served [3]** 150/23 209/16 209/24

**server [9]** 178/4 178/13 201/14 201/16 201/16 202/10 205/9 206/7 206/24

**servers [6]** 152/21 168/14 168/15 169/8 178/6 205/8

**serves [1]** 167/16

**service [2]** 175/13 175/14

**set [7]** 8/11 63/19 96/13 223/20 224/4 267/19 293/12

**setting [1]** 224/1

**setup [2]** 150/12 181/8

**seven [3]** 78/19 226/3 258/2

**several [10]** 8/23 8/23 16/25 96/11 102/13 152/4 163/16 191/18 218/6 251/15

**shall [2]** 72/6 250/6

**SHANNON [3]** 1/23 293/6 293/16

**shape [1]** 188/10

**share [3]** 151/25 201/21 274/19

**shared [1]** 136/1

**sharp [1]** 56/17

**she [99]** 16/8 27/10 27/10 27/11 27/13 27/13 27/14 27/15 27/16 27/17 27/19 27/19 27/20 27/20 27/23 27/24 27/24 27/25 37/7 54/18 54/23 54/25 55/14 55/15 55/22 62/20 62/21 62/23 63/9 63/23 63/24 63/25 69/8 69/15 69/20 71/16 71/17 76/7 83/19 84/2 89/3 89/7 90/1 96/22 97/17 98/18 98/21 99/2 103/24 124/19 124/21 124/22 130/1 130/3 130/4 130/5 130/6 130/11 138/10 138/25 139/2 143/17 143/18 145/16 145/17 145/17 153/16 158/24 158/24 158/25 159/4 160/8 175/8 229/23 233/19 233/20 234/13 235/8 243/14 244/4 250/10 253/20 253/20 254/8 254/9 254/14 254/14 254/19 256/21 256/23 256/23 257/12 257/21 257/22 267/19 270/16 287/6 287/8 291/8

**she's [38]** 54/17 54/19 54/22 54/24 55/18 55/19 55/25 63/4 63/4 63/11 76/4 84/2 85/4 86/4 86/4 87/2 87/11 87/11 89/3 89/3 89/6 89/9 90/17 94/3 97/1 97/17 98/20 121/21 123/25 129/17 129/23 129/24 129/25 130/1 130/2 130/4 130/12 130/15

**sheet [3]** 56/18 84/17 134/10

**sheets [1]** 95/9

**shift [1]** 93/18

**shifted [2]** 230/20 231/14

**shifting [1]** 183/14

**shipped [1]** 222/12

**shocked [1]** 65/6

**short [7]** 18/6 72/2 142/13 144/19

198/17 199/25 221/19

**shorted [1]** 160/8

**shorten [1]** 34/17

**shorter [2]** 73/2 153/9

**shortly [1]** 174/7

**should [30]** 25/10 32/16 32/23 47/7 53/22 53/23 79/20 110/3 112/7 146/4 162/21 163/19 210/12 212/9 226/15 226/24 231/18 232/3 232/9 234/18 235/4 235/15 235/17 242/11 250/16 250/24 280/25 281/1 281/4 284/11

**shoulder [1]** 42/3

**shouldn't [1]** 71/20

**show [13]** 16/8 29/2 87/2 90/17 197/16 228/6 228/9 228/10 228/21 233/10 237/12 247/12 252/16

**showed [2]** 75/20 174/15

**shower [1]** 239/13

**showing [4]** 237/3 245/16 255/15 282/13

**shows [1]** 20/14

**siblings [1]** 148/2

**sic [1]** 162/7

**sick [3]** 28/3 28/3 106/3

**side [4]** 75/22 79/23 199/21 224/4

**sign [5]** 53/15 53/25 54/1 57/17 199/5

**signature [2]** 23/2 23/3

**signatures [1]** 199/4

**signed [1]** 218/9

**significance [1]** 52/13

**significant [3]** 89/3 250/1 251/9

**significantly [1]** 172/11

**signing [1]** 218/13

**signs [1]** 54/3

**similar [4]** 34/18 193/20 233/9 259/9

**simple [5]** 35/3 67/11 95/8 175/16 251/21

**simpler [2]** 16/2 93/16

**simply [7]** 106/10 130/5 142/3 168/21 247/20 258/1 291/14

**since [22]** 11/9 17/19 40/12 57/14 70/19 71/5 72/10 73/23 74/24 75/2 77/12 82/5 139/11 145/5 147/8 151/9 151/20 163/18 187/25 225/9 278/23 285/5

**single [8]** 118/10 118/11 118/15 118/16 120/13 120/24 129/15 216/25

**Sinners [3]** 144/12 292/11 292/12

**sir [13]** 44/11 155/25 211/24 232/16 235/22 240/19 244/13 262/9 266/6 266/18 276/22 279/21 286/8

**sit [10]** 79/15 85/9 131/1 139/5 143/18 166/23 212/24 216/14 244/9 261/17

**sitting [2]** 261/23 281/6

**situation [12]** 50/18 157/1 158/1 192/13 227/4 235/7 238/17 239/6 261/16 269/15 273/8 275/17

**situations [1]** 151/17

**six [11]** 59/4 61/21 101/3 175/7 219/12 219/25 220/11 220/13 221/3 258/2 258/5

**size [1]** 79/7

**skip [2]** 133/11 254/16

**sky [1]** 36/19

**sleeping [3]** 95/24 97/5 137/15

**sleepover [2]** 96/8 96/9

**sleepovers [1]** 95/19

**slightly [2]** 18/14 290/16

**slow [7]** 83/22 86/10 87/20 116/6 116/8 123/18 143/22
**small [11]** 8/8 13/19 19/21 19/22 19/23 60/3 79/23 96/13 101/13 137/25 141/5
**smaller [3]** 59/15 82/9 250/2
**smart [9]** 65/18 65/20 65/21 66/3 72/23 72/23 105/11 107/4 107/13
**smooth [3]** 65/24 67/5 68/21
**smoother [3]** 69/22 70/11 70/12
**Snellville [1]** 78/20
**so [471]**
**software [14]** 10/8 17/9 17/10 22/11 81/4 105/24 125/23 178/14 211/20 212/5 219/19 280/23 282/21 285/9
**SolarWinds [2]** 263/1 283/16
**sole [1]** 211/11
**solely [4]** 71/11 168/11 219/24 229/7
**Solutions [1]** 217/12
**solve [11]** 110/13 111/1 111/3 111/15 113/18 114/19 115/13 115/17 129/12 131/25 192/16
**solved [2]** 111/12 111/14
**solves [2]** 115/18 129/12
**solving [1]** 129/11
**some [91]** 14/11 14/23 15/3 32/24 36/3 36/6 40/18 41/3 41/3 46/24 64/1 64/2 64/3 64/4 67/15 67/20 67/21 68/16 68/19 70/25 76/16 79/22 89/19 94/9 95/18 98/7 99/2 103/20 104/6 107/12 109/9 109/10 127/17 128/16 131/25 136/1 136/17 146/3 151/8 157/19 157/22 159/5 160/11 163/10 166/7 167/21 170/23 173/16 173/17 174/3 176/9 178/1 179/11 183/8 183/10 190/11 192/9 193/16 194/5 194/18 194/21 196/21 220/5 222/16 224/7 224/9 224/18 225/24 238/21 241/10 245/21 246/2 246/13 247/24 248/14 250/3 256/16 259/3 259/23 265/12 266/25 267/22 274/18 277/7 279/11 281/10 281/19 282/1 282/7 290/20 292/15
**somebody [31]** 47/4 59/18 59/21 59/24 74/3 76/19 95/16 96/20 97/15 100/16 102/20 102/22 103/4 103/13 113/24 125/3 132/17 173/2 174/20 203/3 233/5 239/1 253/3 254/15 255/13 260/11 264/13 270/12 271/20 283/15 283/23
**somebody's [1]** 59/24
**somehow [2]** 50/19 127/1
**someone [8]** 17/12 33/12 43/23 47/16 47/18 155/13 272/16 272/17
**something [83]** 23/22 33/12 41/22 50/16 50/23 55/14 55/19 57/13 58/5 61/12 63/15 67/2 69/19 70/4 81/13 81/24 82/2 85/8 86/20 89/12 90/5 90/13 95/18 96/22 97/8 97/15 98/6 107/9 107/12 110/9 112/4 112/6 112/7 115/14 117/15 120/22 132/11 138/16 151/14 165/13 169/16 170/21 173/2 173/4 174/19 175/23 182/23 185/23 189/16 192/13 194/4 203/23 204/15 217/14 224/19 225/1 225/21 235/7 235/9 236/16 236/18 239/10 242/11 242/21 248/24 250/23 252/7 252/12 253/3 253/12 254/7 254/20 257/8 257/20

263/14 270/1 275/6 275/7 280/1 280/15 283/2 284/11 289/18
**sometime [2]** 219/15 222/18
**sometimes [14]** 19/22 34/18 34/19 42/19 96/16 96/16 96/17 129/1 201/21 201/22 213/4 213/5 252/2 257/5
**somewhat [4]** 130/12 169/22 170/5 190/14
**somewhere [5]** 58/6 82/3 107/4 107/6 225/7
**soon [3]** 75/15 108/14 291/22
**sorry [58]** 17/25 26/14 30/2 31/19 33/15 45/22 46/22 49/3 49/10 65/14 69/3 71/20 74/21 75/11 78/18 79/25 83/17 87/17 119/19 119/19 126/17 126/17 128/11 135/17 135/18 142/23 143/11 146/1 173/8 189/6 194/14 201/12 203/23 204/5 214/6 216/24 220/10 226/16 227/16 228/7 229/25 230/25 237/24 239/3 245/3 247/25 248/6 249/5 252/25 253/1 263/23 263/24 279/23 286/11 287/5 288/7 290/11 292/19
**sort [22]** 41/4 58/6 59/5 59/9 68/16 73/21 75/7 75/17 81/4 88/6 94/18 97/25 112/11 145/11 145/12 154/15 176/19 237/11 238/10 246/12 256/24 263/16
**sorts [3]** 57/15 60/16 60/25
**SOS [1]** 243/20
**sought [2]** 152/25 197/9
**sound [1]** 221/16
**sounds [4]** 105/5 121/20 213/24 218/11
**source [7]** 14/6 15/7 15/17 16/1 174/11 175/2 175/21
**sources [6]** 92/21 92/24 136/24 137/11 249/18 270/15
**SOUTHWEST [1]** 1/24
**space [1]** 136/7
**Spalding [1]** 248/23
**span [2]** 18/6 176/13
**SPARKS [1]** 2/9
**speak [6]** 12/8 49/2 169/5 205/5 206/2 206/13
**speaker [1]** 13/9
**speaking [9]** 18/21 26/22 130/2 130/15 156/5 219/24 220/1 237/23 249/25
**Spears [3]** 158/23 162/15 162/16
**special [1]** 70/24
**specialized [6]** 98/17 137/15 165/14 200/25 201/2 215/20
**specific [12]** 24/13 24/13 55/24 99/22 153/24 183/10 186/10 256/16 262/15 263/7 274/21 278/15
**specifically [17]** 62/16 69/9 99/10 163/15 172/5 193/9 205/5 205/7 206/9 213/7 213/19 214/13 215/22 216/7 220/22 274/25 275/24
**specifications [1]** 181/17
**specifics [2]** 157/15 171/10
**speculating [2]** 160/9 266/25
**speculation [6]** 77/6 101/22 151/12 151/14 169/4 253/2
**speech [2]** 274/10 275/14
**speed [1]** 218/18
**spell [5]** 6/14 39/19 47/25 146/19 209/1
**spend [1]** 92/2
**spending [1]** 169/12

**spent [6]** 57/17 112 150/16 151/6 172/23 210/1
**spite [2]** 27/4 51/9
**splash [1]** 23/21
**spoil [4]** 51/2 110/19 110/19 125/20
**spoiled [5]** 100/15 100/25 101/4 101/5 101/8
**spoiling [1]** 125/16
**spoke [3]** 210/14 264/4 270/8
**spoken [5]** 136/21 264/3 270/7 270/17 270/18
**spokesperson [1]** 144/12
**sponsor [1]** 198/5
**sponsoring [1]** 198/25
**spots [2]** 212/20 212/25
**spotted [1]** 142/1
**spray [1]** 138/19
**spray-painted [1]** 138/19
**spread [2]** 254/12
**spreadsheet [2]** 84/13 104/23
**spring [1]** 222/7
**Springs [4]** 7/2 7/18 10/22 10/23
**squarely [1]** 168/16
**squinting [1]** 75/17
**SR [1]** 2/23
**stab [1]** 150/18
**stack [1]** 95/10
**staff [4]** 228/4 245/22 260/9 281/4
**stakeholders [1]** 154/10
**stand [8]** 6/10 69/25 79/15 146/14 162/3 166/23 189/10 208/22
**standalone [1]** 237/7
**standard [7]** 77/13 155/14 156/24 188/9 188/12 189/18 288/19
**Standards [1]** 291/18
**standing [7]** 65/7 113/15 238/11 247/20 248/10 248/17 288/23
**stands [1]** 106/18
**Stark [2]** 115/5 118/23
**start [12]** 64/24 70/3 94/2 99/24 108/6 110/11 124/3 156/7 218/22 219/9 231/7 292/3
**started [11]** 7/8 12/16 13/3 43/12 60/5 74/6 105/7 105/19 124/22 148/20 222/9
**starting [5]** 15/2 43/12 58/16 251/18 256/3
**starts [2]** 240/12 284/9
**state [95]** 3/2 6/13 7/19 11/11 12/21 13/1 14/14 15/6 15/13 22/15 25/2 39/18 47/24 57/17 78/9 87/14 88/3 88/3 108/8 137/9 144/10 144/10 144/12 146/19 149/22 153/2 153/2 156/25 157/9 157/13 159/15 161/25 162/11 162/23 163/2 168/18 168/18 171/12 175/13 175/24 176/2 181/12 186/7 187/18 188/14 188/15 188/16 190/17 190/19 191/2 191/21 191/23 192/7 194/22 194/24 198/22 207/14 209/1 209/17 209/22 210/10 211/15 215/10 218/9 218/13 218/17 222/2 222/11 222/21 222/24 226/1 228/4 228/24 232/24 238/3 241/9 244/3 244/5 245/10 245/19 245/24 246/3 247/12 250/24 252/16 256/19 256/25 257/14 257/18 260/12 273/6 278/11 281/12 281/16 284/19
**State's [41]** 84/12 92/25 93/1 93/3 101/15 162/1 164/19 166/18 175/25 210/2 212/17 214/1 218/3 224/13

**S**

**State's...** **[27]** 228/10 230/17 236/20 237/3 238/7 243/17 244/16 245/16 246/14 249/20 249/23 250/20 252/13 253/15 253/25 254/12 259/17 262/17 264/16 266/10 267/4 271/14 272/21 274/6 277/16 278/10 282/11
**stated** **[3]** 233/19 266/1 293/11
**statement** **[12]** 63/1 76/3 86/21 90/13 169/14 177/15 185/23 197/18 237/22 241/4 272/23 273/4
**statements** **[4]** 63/18 83/20 228/3 288/14
**states** **[9]** 1/1 1/12 1/24 32/24 233/20 256/2 293/3 293/7 293/17
**statewide** **[4]** 12/21 198/1 221/1 221/5
**statistics** **[1]** 109/2
**status** **[1]** 267/20
**statute** **[2]** 156/24 277/20
**stayed** **[1]** 95/7
**staying** **[1]** 95/25
**stem** **[1]** 148/4
**STENOGRAPHY** **[1]** 1/21
**step** **[1]** 64/22
**steps** **[2]** 22/21 23/14
**Sterling** **[14]** 99/16 102/19 103/4 218/22 219/7 221/17 227/12 235/25 270/7 270/18 270/21 274/17 275/21 283/15
**stern** **[1]** 148/5
**sticks** **[2]** 214/4 214/10
**still** **[37]** 8/6 23/6 23/6 27/6 28/19 64/16 69/12 89/2 105/25 108/2 111/25 121/2 127/3 134/22 140/25 145/5 145/17 145/22 145/23 159/8 174/20 188/20 189/1 189/1 195/6 195/12 195/19 195/19 204/20 220/10 241/11 245/12 245/24 255/13 279/17 280/8 283/9
**stock** **[1]** 163/21
**stop** **[4]** 83/23 90/4 247/2 289/13
**stopped** **[6]** 60/2 90/6 214/16 238/19 239/8 241/24
**store** **[1]** 181/6
**storing** **[1]** 285/16
**straight** **[2]** 104/22 236/10
**strapped** **[1]** 82/10
**stray** **[6]** 123/17 123/24 124/9 124/24 125/7 125/17
**strike** **[4]** 73/10 73/12 76/2 85/3
**strong** **[1]** 130/16
**strongly** **[2]** 102/9 148/3
**struck** **[1]** 92/14
**structure** **[1]** 273/11
**structured** **[2]** 121/15 163/11
**students** **[1]** 10/6
**studied** **[2]** 7/21 104/5
**studies** **[8]** 16/9 108/25 138/3 138/5 138/10 138/13 154/19 154/19
**study** **[5]** 7/20 75/20 76/2 76/7 210/11
**stuff** **[6]** 58/8 105/20 210/4 222/13 267/1 286/1
**subject** **[8]** 22/16 75/3 127/18 171/2 236/1 245/15 266/14 286/19
**submissions** **[1]** 107/18
**submit** **[5]** 241/5 262/16 272/23 288/18 288/23
**submitted** **[2]** 215/13 218/6

**submitting** **[1]** 144/17
**subpoenaed** **[1]** 143/17
**subsidiary** **[1]** 105/17
**substance** **[1]** 225/24
**substantial** **[1]** 267/23
**successful** **[1]** 266/20
**successfully** **[1]** 198/1
**succession** **[1]** 161/21
**such** **[8]** 33/17 50/4 130/8 141/3 162/24 169/8 188/4 256/25
**sufficient** **[1]** 118/24
**sufficiently** **[6]** 179/23 231/19 232/3 232/9 247/16 260/13
**Sugar** **[3]** 80/10 101/6 101/7
**summarize** **[1]** 70/9
**summary** **[16]** 18/12 18/17 19/13 19/15 34/10 63/22 104/6 168/8 170/11 190/5 191/9 192/1 192/2 192/10 245/9 288/21
**Sunday** **[2]** 96/6 96/17
**super** **[1]** 105/11
**superintendent** **[4]** 95/12 95/12 144/11 144/11
**superintendents** **[2]** 82/17 91/15
**supervisor** **[2]** 252/3 287/2
**Supp** **[1]** 289/5
**supplement** **[5]** 160/14 160/16 161/17 161/20 237/20
**supplemented** **[1]** 222/17
**supplied** **[1]** 32/23
**support** **[5]** 170/5 171/3 171/5 279/1 279/3
**supporters** **[3]** 155/7 174/12 175/18
**supports** **[1]** 199/8
**supposed** **[12]** 26/3 32/13 76/13 94/23 115/1 122/2 122/3 140/23 166/5 247/14 250/7 282/16
**supposedly** **[2]** 266/15 275/24
**Supreme** **[1]** 53/3
**sure** **[87]** 13/7 21/21 22/23 23/9 28/17 34/12 38/9 38/16 38/18 38/20 38/22 38/23 49/3 50/8 50/11 56/10 58/9 64/6 64/20 67/10 73/8 75/8 81/7 89/15 94/23 103/24 104/8 106/21 107/8 109/12 109/15 110/12 110/20 111/3 111/8 114/16 115/10 115/18 116/19 117/12 117/18 118/12 119/15 126/7 132/14 132/25 133/6 133/8 133/11 134/1 134/1 136/19 137/22 141/1 148/3 148/4 157/11 168/3 169/17 171/14 174/10 179/1 179/7 180/3 188/3 188/9 188/10 190/9 190/21 190/23 193/2 196/19 200/11 204/3 209/3 212/23 222/16 223/2 228/9 230/3 230/15 242/6 280/18 280/19 280/23 282/25 283/9
**surveys** **[1]** 57/20
**suspect** **[3]** 163/20 186/20 187/2
**sustain** **[1]** 84/1
**sustained** **[2]** 69/6 101/24
**Suzi** **[1]** 187/15
**swapped** **[1]** 282/21
**switch** **[2]** 98/11 226/11
**sworn** **[10]** 6/12 6/19 39/16 39/23 47/22 48/5 146/17 146/25 208/24 209/11
**system** **[165]** 8/5 8/10 8/11 11/13 11/15 11/18 12/5 12/21 13/2 13/3 13/13 15/4 15/12 15/19 16/21 16/23 16/25 17/9 17/11 17/19 22/12 24/15 29/9 29/14

29/15 36/4 37/2 35/12 35/25 36/12 36/15 37/4 38/10 38/24 39/3 39/5 41/2 41/6 41/11 44/1 46/4 46/9 61/22 63/9 63/10 64/16 70/17 72/18 72/19 72/22 73/2 73/4 73/9 73/17 74/19 80/12 80/18 88/1 88/3 109/11 110/9 148/12 148/13 148/20 148/22 150/6 151/8 151/10 151/18 151/23 152/16 152/19 152/22 153/1 153/2 153/3 153/14 153/19 153/21 156/15 156/16 156/23 157/7 157/12 157/16 163/10 164/1 164/3 164/4 165/1 165/10 167/7 168/10 168/20 177/14 178/12 178/24 181/2 181/18 186/4 186/8 190/24 191/21 195/8 195/15 196/9 196/12 196/19 196/24 200/12 206/10 210/10 211/11 211/14 211/16 213/9 214/3 214/9 214/11 214/14 214/18 214/18 215/5 215/8 215/11 215/15 215/16 215/17 216/12 216/13 216/13 217/13 218/23 220/6 223/8 223/10 223/13 225/9 238/19 239/7 241/24 245/11 245/20 259/20 259/22 259/23 260/2 263/12 264/11 264/17 265/4 265/10 271/21 273/3 277/6 277/8 277/11 278/24 279/10 279/15 281/17 282/14 282/19 283/7 285/5
**systemic** **[1]** 275/7
**systems** **[29]** 12/4 12/19 14/2 14/13 16/10 16/10 17/9 72/15 105/9 147/18 148/24 149/19 150/2 153/17 154/11 154/20 157/14 181/6 186/3 188/11 188/13 196/4 196/17 197/1 210/7 247/14 265/16 271/18 282/1

**T**

**tab** **[15]** 14/10 227/5 228/15 232/13 235/19 239/25 240/1 240/7 244/10 256/13 258/10 261/24 266/3 271/8 286/8
**Tab 10** **[1]** 244/10
**Tab 11** **[2]** 256/13 258/10
**Tab 12** **[1]** 266/3
**Tab 13** **[1]** 271/8
**Tab 15** **[1]** 286/8
**Tab 16** **[1]** 261/24
**Tab 4** **[2]** 227/5 228/15
**Tab 5** **[1]** 232/13
**Tab 8** **[1]** 235/19
**Tab 9** **[2]** 239/25 240/7
**table** **[3]** 113/13 212/19 212/24
**tabs** **[1]** 248/11
**tabulate** **[3]** 280/21 280/22 281/13
**tabulated** **[8]** 193/1 276/10 276/14 276/19 276/23 277/3 278/16 281/16
**tabulates** **[3]** 152/16 211/16 277/11
**tabulating** **[4]** 38/11 280/24 281/1 282/6
**tabulation** **[5]** 160/4 239/18 239/22 242/15 243/4
**tabulator** **[4]** 30/9 280/13 280/17
**tabulators** **[2]** 80/15 152/21
**take** **[47]** 14/19 16/15 31/18 36/3 46/25 47/11 47/14 52/24 65/21 67/9 79/15 79/16 79/18 79/20 80/11 80/11 83/8 88/6 102/23 106/16 106/17 111/11 145/1 150/18 164/16 173/1 175/25

T

**take... [20]** 193/3 197/25 203/10 204/18 208/4 215/2 221/9 224/9 243/1 243/24 246/2 246/14 246/14 247/4 252/20 253/3 254/3 290/10 290/14 292/3
**taken [16]** 21/4 52/21 52/24 106/20 144/2 164/15 166/22 168/15 203/20 218/1 239/17 239/21 242/14 243/3 247/7 283/23
**takes [8]** 22/21 22/21 23/14 23/14 73/1 95/1 96/10 96/14
**taking [4]** 60/21 145/2 251/10 251/11
**talk [24]** 9/7 10/15 12/25 16/21 17/14 22/12 27/9 47/10 60/13 68/4 81/18 87/21 89/25 91/12 109/10 112/1 114/14 115/6 119/6 133/15 190/11 254/20 270/12 272/17
**talked [16]** 29/23 30/19 31/17 31/22 33/8 43/12 59/14 91/3 91/5 93/18 132/1 134/25 246/10 248/21 263/6 274/17
**talking [29]** 13/24 28/13 62/12 62/16 65/15 70/23 76/4 92/7 101/9 116/20 119/8 140/4 140/6 156/21 160/2 165/13 168/21 169/16 169/19 187/21 192/25 208/1 210/24 222/6 222/7 234/6 236/8 243/21 245/12
**talks [1]** 13/25
**tall [1]** 53/9
**tallied [2]** 54/11 116/18
**tallies [1]** 117/25
**tally [4]** 73/8 117/9 135/22 140/9
**tallying [4]** 58/5 58/17 58/18 79/22
**tampering [3]** 114/3 114/4 114/7
**tapes [1]** 21/1
**TAYLOR [1]** 3/9
**team [13]** 10/2 61/16 61/20 62/17 148/23 171/25 176/17 178/5 182/17 182/17 201/8 219/15 220/24
**team's [1]** 165/23
**teams [1]** 270/5
**tech [10]** 106/1 266/9 267/3 267/12 267/25 268/2 268/18 273/25 274/9 275/13
**technical [8]** 54/20 103/20 105/20 150/4 278/25 279/3 282/2 286/1
**technically [2]** 86/20 90/12
**technician [5]** 280/12 280/16 281/6 281/13 282/7
**technicians [10]** 278/25 279/7 279/18 280/9 280/11 280/25 281/3 281/20 281/23 281/25
**technicians' [1]** 281/23
**technology [12]** 9/5 12/20 12/22 29/11 31/4 31/7 36/2 36/8 36/23 126/3 147/19 152/7
**TED [1]** 1/24
**tell [16]** 35/22 90/6 104/5 111/13 120/10 144/3 147/3 162/13 182/14 207/16 219/21 221/15 246/24 276/15 289/19 292/13
**telling [3]** 84/9 182/8 182/11
**Temple [1]** 248/22
**ten [6]** 23/18 46/25 129/20 131/4 174/14 176/13
**ten-minute [2]** 46/25 176/13
**tend [1]** 212/25
**tended [1]** 212/19

**Tennessee [1]** 7/11
**tenure [2]** 225/4 225/5
**terms [15]** 16/6 35/21 42/1 92/4 94/7 137/15 149/6 167/11 179/25 182/6 192/18 224/4 237/15 240/24 259/1
**test [1]** 83/4
**tested [1]** 222/11
**testified [26]** 6/19 39/23 48/5 63/4 63/9 84/6 90/25 108/11 114/15 126/1 132/21 137/11 138/2 140/18 141/13 146/25 173/10 209/11 217/24 226/17 232/2 234/22 268/20 271/17 276/22 280/7
**testify [15]** 55/15 62/20 62/21 69/16 145/14 158/9 159/2 160/11 165/16 170/15 173/13 180/3 180/8 274/15 274/16
**testifying [12]** 40/20 63/11 90/24 97/15 97/17 98/18 130/11 130/13 179/17 179/20 205/25 269/22
**testimony [40]** 41/3 54/17 63/24 70/9 71/9 81/8 85/3 86/9 86/14 87/12 88/16 89/1 90/1 95/18 120/5 121/20 123/20 129/3 130/6 138/8 138/24 139/1 139/9 145/10 152/11 160/15 165/13 173/9 173/15 177/17 177/19 177/21 179/1 193/24 199/18 206/17 215/20 248/20 291/19 293/12
**testing [4]** 58/16 82/22 83/1 177/13
**Texas [1]** 147/14
**text [22]** 19/3 19/4 19/5 19/20 34/17 34/18 34/19 55/12 111/2 116/18 116/22 119/12 120/17 120/18 140/1 140/8 140/12 140/13 192/5 211/16 274/10 275/14
**texts [1]** 174/19
**than [45]** 10/25 22/20 22/22 31/3 37/8 41/5 55/24 65/5 68/22 75/21 79/2 86/24 88/2 90/15 91/6 102/10 107/5 111/23 112/14 112/25 114/1 115/6 129/21 131/4 142/23 143/1 155/24 156/11 169/10 170/6 170/21 173/16 190/5 196/3 196/6 211/16 218/24 221/9 223/13 246/20 251/12 266/25 279/7 281/11 291/6
**thank [91]** 9/8 9/19 9/21 16/2 28/5 36/4 37/12 37/13 39/7 39/11 39/17 46/14 47/19 49/8 55/2 56/1 56/2 69/2 70/7 72/3 77/10 85/11 86/9 89/17 89/18 106/13 106/14 106/15 107/2 107/21 111/18 114/10 118/17 118/20 119/5 131/11 131/14 138/11 138/15 138/22 139/6 139/14 139/15 142/12 143/5 143/8 143/9 143/24 144/7 146/6 152/14 153/22 158/19 171/11 171/16 180/15 180/22 200/3 202/23 203/8 205/17 206/6 208/12 208/12 208/16 208/17 208/21 209/8 210/5 216/21 223/5 229/1 229/24 231/4 232/12 233/16 236/12 241/19 247/18 255/17 256/12 260/15 271/5 276/4 283/12 284/5 284/13 284/22 287/7 292/10 292/18
**thanks [4]** 14/19 16/15 211/1 288/1
**that [1935]**
**that's [80]** 16/11 16/14 22/25 29/7 30/14 30/22 31/13 31/16 31/25 32/7 34/24 37/10 45/21 46/13 49/8 86/8 87/22 127/9 128/12 131/10 134/23 138/23 139/7 142/15 143/4 151/24

**... [111]** 152/16 152/15 167/14 166/6 166/9 181/3 181/13 183/18 185/10 187/10 187/16 188/17 188/19 191/8 192/25 193/8 193/9 193/17 194/9 194/16 195/6 205/13 205/15 205/20 210/9 213/1 214/23 215/1 215/4 215/7 215/12 217/23 222/1 223/9 223/21 226/9 230/11 238/5 240/5 244/18 254/1 255/1 256/11 257/2 261/2 263/2 271/19 278/11 278/13 279/2 285/8 285/18 287/10 290/20
**their [111]** 10/6 18/14 34/13 36/9 46/19 52/6 52/21 52/23 58/22 65/19 66/11 66/23 67/8 67/16 71/15 75/1 75/5 75/7 75/14 75/15 75/21 75/23 76/11 76/15 76/20 76/20 76/24 78/4 78/7 78/8 78/12 78/12 78/12 78/16 78/16 79/6 79/11 80/5 80/20 81/20 81/21 82/11 83/13 84/7 84/20 84/21 84/22 86/1 91/9 91/16 91/19 92/18 95/8 95/9 95/10 100/12 101/17 104/21 111/5 119/12 119/24 120/6 120/10 120/21 120/21 121/9 122/5 122/6 122/9 122/17 122/21 128/25 129/3 129/4 130/10 133/3 133/3 133/6 138/6 151/22 164/17 170/6 170/8 171/9 173/17 176/12 182/3 189/5 189/7 192/10 215/3 227/3 239/13 241/24 241/25 249/18 250/2 250/18 250/25 252/7 253/8 260/2 272/22 275/22 279/10 279/18 280/12 280/16 281/4 281/22 289/24
**them [78]** 10/9 21/3 25/9 25/11 32/24 44/24 44/25 48/22 49/19 51/21 52/21 59/6 59/9 59/11 60/13 60/21 61/3 61/4 64/4 67/1 67/20 67/21 68/16 68/17 68/18 74/17 78/11 78/13 78/17 80/6 81/5 83/5 83/15 83/16 84/20 84/23 88/17 91/16 95/7 96/11 97/13 109/12 113/14 113/15 113/15 113/25 116/25 117/12 144/16 144/17 144/18 170/8 172/6 172/15 176/14 181/8 182/4 182/8 182/11 182/14 184/15 187/14 187/15 189/13 219/3 230/18 238/25 239/13 246/16 246/17 250/1 251/13 279/11 281/6 281/6 281/7 281/7 282/4
**themes [2]** 68/1 69/10
**themselves [3]** 60/20 66/16 95/14
**then [145]** 8/1 9/4 9/5 11/1 11/9 14/15 15/16 23/11 23/17 24/20 25/7 29/1 30/3 30/9 30/16 35/16 35/19 36/14 39/3 40/14 45/2 45/19 47/9 47/14 50/12 50/22 51/2 51/18 54/12 56/13 56/20 57/18 58/20 59/17 60/23 61/3 64/9 64/24 65/25 66/5 66/8 66/10 68/20 75/17 76/21 77/2 79/16 79/23 80/10 82/23 83/2 83/8 83/15 84/1 84/18 84/18 85/8 85/9 88/12 89/24 98/7 100/18 103/7 104/6 104/13 105/14 109/23 110/5 110/23 111/11 111/13 113/25 118/12 119/8 119/13 121/8 121/10 121/11 122/1 125/15 126/9 133/10 140/2 140/9 141/9 141/22 144/13 147/17 149/13 149/24 155/16 159/7 164/1 170/1 174/14 175/13 176/9 178/18 178/21 180/13 181/6 181/8 182/4 182/5 184/14 185/4 185/8 185/19 187/1 189/17 192/14 196/10 196/11 204/8 210/10 215/2 219/5 220/9 225/24

**T**

**then... [26]** 235/10 237/11 241/17 243/13 244/1 251/23 251/25 252/15 256/23 259/3 260/4 260/6 261/17 266/23 269/5 278/3 278/23 284/9 284/18 284/18 287/11 288/7 289/25 290/21 290/25 292/10
**then-current [1]** 170/1
**theoretical [1]** 168/21
**theory [2]** 169/18 171/7
**there [282]** 6/9 7/14 7/20 7/22 8/24 10/5 10/12 14/8 16/4 18/12 19/4 20/5 20/16 22/5 23/7 23/21 24/13 27/23 30/20 33/25 34/7 34/9 36/16 36/21 36/22 39/2 41/6 41/8 41/8 42/2 45/7 45/12 45/19 48/13 49/14 50/2 50/17 50/22 55/15 56/12 56/15 56/16 56/24 57/18 58/4 58/25 59/1 59/19 60/21 60/22 61/21 64/4 64/6 64/11 64/14 64/16 64/25 65/6 65/10 65/10 67/21 68/1 68/7 69/19 70/21 71/18 71/23 72/16 72/21 72/21 73/7 73/15 74/8 74/12 74/13 74/15 74/16 74/23 76/6 78/6 80/14 81/4 81/8 82/25 82/25 83/13 83/18 83/23 84/25 85/3 86/12 86/15 87/11 88/11 90/5 90/6 90/8 91/3 92/9 92/12 92/17 94/14 94/25 95/5 95/13 96/3 96/3 96/5 97/3 97/4 97/19 98/7 102/13 105/14 109/11 110/3 110/20 111/6 111/9 113/17 113/20 113/21 115/3 116/14 120/12 120/12 121/15 125/14 127/23 129/19 130/7 131/7 135/6 135/8 135/21 137/23 139/25 140/12 141/3 142/5 144/21 147/16 156/10 157/12 157/24 160/3 160/17 161/4 161/6 161/21 161/22 163/17 164/13 164/14 164/24 166/7 166/10 166/22 167/1 167/19 168/9 168/12 168/14 169/6 169/8 169/18 169/23 170/4 170/19 170/20 171/8 171/13 172/10 172/13 173/6 174/1 174/8 177/12 178/23 184/1 184/12 184/21 185/21 186/24 187/13 188/15 190/21 196/19 197/6 198/17 199/13 202/20 202/22 205/3 205/3 208/2 212/2 212/15 220/15 221/3 221/22 221/22 222/16 223/25 223/25 224/3 224/7 225/12 225/24 226/6 228/14 228/20 233/24 235/7 235/7 235/13 235/14 235/15 235/17 235/17 235/18 238/24 239/1 239/2 241/22 244/24 245/3 245/5 246/12 246/22 248/24 249/11 249/17 249/17 249/22 249/23 250/14 251/3 251/5 251/5 251/6 252/8 252/15 257/7 259/3 259/12 260/6 260/21 262/15 263/7 266/23 266/23 267/22 268/4 268/12 268/22 272/13 272/14 273/4 278/2 278/3 278/8 279/17 279/23 280/8 280/10 280/15 281/10 281/12 281/15 281/15 281/25 284/2 284/20 286/13 287/20 288/2 288/3 288/20 289/18 290/17 292/21
**there's [8]** 16/25 17/9 25/4 31/7 35/3 94/11 114/6 246/1
**thereby [1]** 292/22
**therefore [1]** 262/16
**therein [1]** 293/11

**[these [48]** 10/9 14/17 19/10 23/17 63/11 63/13 64/17 64/18 66/7 70/14 74/1 79/1 79/9 80/1 80/1 87/7 87/9 88/5 91/4 92/22 95/6 96/1 101/10 106/10 127/17 129/13 139/11 154/19 170/25 179/10 179/23 187/4 187/8 192/12 193/9 198/2 200/23 248/13 257/17 265/20 266/24 271/1 274/14 274/18 274/22 275/8 282/10 290/21
**they [339]**
**they're [2]** 130/21 144/19
**thing [31]** 25/17 54/3 55/6 57/25 58/6 81/21 84/12 101/14 115/17 116/4 118/3 118/14 119/7 119/14 119/23 120/12 121/9 121/21 129/12 130/8 137/25 138/16 143/12 143/22 256/21 256/25 260/6 265/20 269/18 277/15 284/9
**things [44]** 8/5 18/19 22/13 24/3 24/23 27/12 27/19 30/21 50/19 59/12 60/16 69/22 72/16 86/24 88/6 90/15 90/24 92/8 92/22 106/7 107/3 109/9 125/7 129/13 131/16 136/3 138/1 145/6 155/8 157/6 169/5 202/11 212/20 219/4 219/20 220/16 220/16 220/17 223/3 234/4 272/5 282/2 283/1 291/24
**think [204]** 9/16 11/7 12/18 18/24 24/19 24/23 25/12 26/3 26/12 27/9 27/22 28/20 28/21 28/22 29/14 29/19 31/2 32/18 32/23 32/24 34/9 34/23 34/24 35/23 37/4 37/7 39/2 43/18 51/6 53/24 55/6 55/18 57/13 61/9 61/18 63/23 64/15 68/9 69/7 69/14 71/10 72/25 73/12 73/13 73/24 75/19 75/22 76/13 76/23 77/3 77/4 81/7 81/13 81/20 82/9 83/18 83/24 86/18 87/11 88/8 88/19 89/1 89/9 90/10 90/19 92/2 92/3 98/3 99/10 100/21 101/3 101/6 102/24 107/15 108/11 109/11 109/19 121/5 122/1 124/21 128/15 129/4 129/4 129/6 129/14 130/23 131/8 131/13 131/18 132/21 133/19 135/11 136/1 136/10 137/14 137/20 137/25 138/2 138/24 139/2 139/8 141/9 142/5 143/4 144/4 144/13 144/18 148/8 152/3 153/8 155/20 157/8 158/6 159/20 168/6 169/22 170/9 173/14 174/22 177/16 177/20 179/4 179/22 180/7 181/1 185/22 185/22 189/13 190/10 192/15 196/18 197/3 205/9 210/19 210/21 212/2 213/18 215/19 215/20 215/22 219/11 219/17 219/24 220/2 220/5 220/7 221/3 221/11 221/20 222/9 222/9 222/14 222/14 223/24 224/3 225/7 226/5 226/17 229/20 230/2 237/8 237/22 239/24 242/18 246/5 246/9 246/12 246/18 247/22 247/23 248/10 250/9 253/2 260/1 260/12 263/5 264/12 264/20 265/8 267/18 267/19 267/21 268/14 270/20 270/24 274/14 274/16 275/20 277/15 279/25 281/15 281/15 282/12 282/17 283/3 283/8 283/20 284/11 288/1 290/13 290/14 290/15 292/5 292/7
**thinking [5]** 23/19 145/12 151/5 187/25 292/14
**thinks [3]** 170/25 242/22 271/3
**third [7]** 30/21 50/9 109/19 245/22 274/25 286/13 288/20

**third-party [2]** 30/21 288/20
**thirdhand [1]** 253/11
**this [421]**
**Thompson [1]** 266/10
**those [92]** 13/11 14/4 15/4 15/5 18/13 18/19 21/5 21/6 23/14 24/17 36/8 36/13 38/2 46/1 51/9 53/3 59/12 60/7 61/15 62/12 62/14 62/16 64/16 67/24 68/12 69/2 77/7 78/9 78/14 78/19 78/23 79/11 80/4 80/15 80/21 81/3 81/17 85/22 86/5 88/6 89/19 92/24 95/16 95/17 98/14 107/3 109/9 113/12 113/18 120/25 122/17 124/13 129/9 134/25 135/3 135/15 135/18 135/21 135/22 136/3 136/20 140/2 150/25 151/25 152/1 156/22 159/13 163/17 163/20 164/5 164/17 166/4 181/6 181/6 181/8 183/7 183/11 186/20 189/24 194/25 195/25 196/8 201/8 219/6 221/2 223/22 226/2 230/13 253/18 272/20 283/4 285/6
**though [26]** 17/4 19/20 21/11 21/22 27/23 51/19 74/25 85/5 105/5 112/5 112/14 113/17 113/22 114/22 119/7 121/25 125/23 152/6 170/10 171/1 181/12 183/15 183/24 196/1 217/20 275/23
**thought [14]** 50/16 124/21 139/9 161/12 169/16 169/19 205/6 225/1 229/25 243/24 248/1 255/4 257/21 291/8
**thousand [2]** 57/14 101/8
**threat [1]** 25/24
**threats [1]** 157/12
**three [15]** 51/21 84/15 94/11 104/16 134/21 135/15 135/17 135/18 135/19 135/21 176/14 218/12 222/2 222/5 264/3
**threshold [1]** 173/16
**Throop [1]** 96/4
**through [57]** 18/16 20/6 21/3 21/19 22/13 24/15 25/22 34/25 35/1 36/24 38/10 43/22 43/22 44/20 44/23 61/3 83/12 86/19 86/24 90/11 90/15 91/6 91/7 97/4 125/15 133/16 139/2 159/6 160/15 160/15 160/16 164/25 166/4 167/8 170/11 170/11 171/25 175/20 178/5 178/16 179/7 181/12 183/1 183/13 191/1 191/1 191/3 191/10 193/6 202/17 207/10 210/16 218/20 222/20 251/17 253/12 273/9
**throughout [1]** 98/12
**thrown [1]** 191/18
**tie [2]** 94/18 255/24
**ties [4]** 94/18 94/20 94/23 98/3
**time [88]** 8/8 12/16 12/18 15/25 17/23 18/3 18/5 18/6 18/23 25/12 32/19 33/1 40/23 41/22 50/13 55/7 58/3 59/1 64/19 65/22 66/1 66/25 70/17 71/1 71/22 72/18 73/1 79/5 84/22 85/25 88/10 89/7 93/17 95/1 95/2 96/4 99/17 100/10 105/6 106/4 107/15 107/20 108/14 129/15 132/13 134/7 145/3 151/5 155/17 155/18 155/23 169/12 170/25 172/17 172/18 175/4 176/13 184/9 184/10 185/11 195/13 198/19 207/21 210/4 210/25 212/3 215/5 217/21 217/24 220/4 222/9 222/20 234/13 239/9 241/24 243/18 247/21 257/18

**T**

**time... [10]** 258/2 267/16 267/21 268/20 268/23 279/1 281/18 283/6 283/13 290/8
**times [11]** 59/20 134/5 135/19 142/22 142/24 148/22 212/18 213/4 225/20 234/3 251/15
**timestamp [2]** 172/11 172/20
**timestamps [1]** 167/17
**timetable [1]** 218/16
**timing [1]** 47/6
**tiptop [1]** 188/10
**title [1]** 230/15
**titles [1]** 18/15
**today [19]** 20/17 26/13 26/15 26/23 28/9 40/20 144/4 151/9 152/6 152/8 152/11 153/14 162/3 166/23 166/24 168/24 180/23 216/14 292/20
**together [4]** 13/2 42/19 181/15 281/18
**told [5]** 27/12 62/22 76/13 91/16 112/21
**Tom [5]** 227/12 230/12 230/14 231/8 232/19
**tomorrow [7]** 284/21 289/14 289/16 290/1 290/7 291/22 292/19
**tone [1]** 99/6
**tonight [2]** 289/19 289/25
**Tony [4]** 13/16 14/5 14/19 16/15
**too [14]** 13/2 18/6 69/20 87/16 88/9 99/4 112/11 174/22 217/5 237/23 238/2 243/14 275/24 280/10
**took [16]** 25/5 27/15 157/20 162/1 173/2 175/23 176/3 184/7 212/8 239/13 243/6 243/6 243/7 243/9 253/13 286/21
**top [10]** 13/12 15/9 198/16 227/11 232/18 235/25 258/18 264/2 268/11 288/7
**Tori [1]** 266/9
**total [5]** 10/11 101/2 144/20 144/22 144/23
**Totally [1]** 88/14
**totals [2]** 176/12 202/21
**TOTENBERG [3]** 1/11 174/24 175/7
**touch [6]** 17/18 75/10 75/11 76/24 208/11 292/17
**toward [1]** 27/10
**towards [2]** 113/25 155/18
**traceability [2]** 288/24 288/24
**traced [1]** 175/21
**track [3]** 8/5 110/10 221/18
**traffic [1]** 96/3
**trail [2]** 41/12 122/9
**trails [1]** 168/13
**train [5]** 181/25 222/22 223/1 223/3 227/3
**trained [13]** 57/18 58/10 58/21 60/7 60/10 222/25 226/13 226/18 226/18 226/22 231/19 232/4 232/9
**training [26]** 19/9 82/15 82/19 103/20 137/18 150/25 151/3 181/20 181/25 182/5 182/8 182/11 215/25 219/4 219/9 219/13 219/14 219/14 219/23 220/3 220/7 220/8 220/20 220/23 231/20 291/18
**transcript [9]** 1/1 1/5 1/7 1/8 1/10 1/22 90/4 97/16 293/9
**transcripts [2]** 1/2 145/2

**transfer [1]** 213/7
**transferred [2]** 7/12 82/23
**transition [2]** 210/7 215/10
**transitioned [1]** 147/17
**translate [1]** 188/12
**transmitting [2]** 238/18 239/7
**transparency [1]** 35/7
**transparent [3]** 14/2 17/1 36/9
**transport [1]** 181/6
**transporting [1]** 241/23
**travel [1]** 7/10
**traveled [2]** 7/9 11/1
**trial [8]** 1/10 64/13 68/8 69/18 107/18 130/8 145/7 272/18
**trick [1]** 32/6
**tried [6]** 64/19 64/20 89/9 93/1 190/25 191/17
**tries [2]** 14/2 75/18
**trip [1]** 22/25
**triple [2]** 134/16 174/10
**triple-checked [1]** 134/16
**trouble [1]** 128/17
**troubleshooter [1]** 272/4
**trouncing [1]** 146/7
**true [28]** 33/23 34/6 34/22 37/2 38/8 46/3 46/7 101/19 103/16 127/9 175/1 175/22 178/9 193/11 193/15 231/23 242/18 242/22 242/24 248/15 252/24 253/6 253/8 254/3 254/8 254/18 255/16 293/9
**truncate [1]** 34/17
**trust [11]** 17/13 20/10 20/12 20/14 24/12 31/1 31/2 35/5 41/2 41/11 52/6
**Trusted [2]** 154/2 189/11
**trustworthy [1]** 41/15
**truth [13]** 16/8 63/1 76/3 76/5 86/21 87/8 88/6 90/14 229/21 230/23 242/25 245/7 272/15
**try [14]** 20/3 24/5 49/17 49/22 72/1 90/6 100/7 116/7 160/14 166/12 170/8 208/5 216/2 250/3
**trying [31]** 42/3 52/4 57/25 58/2 66/6 66/11 66/13 66/14 72/25 86/18 87/11 89/2 90/5 90/11 107/14 121/17 128/18 128/25 129/2 129/16 129/10 129/1 131/1 168/17 168/23 187/23 192/17 199/2 228/1 268/23 291/20
**Tucker [10]** 227/12 230/12 230/14 231/8 232/19 271/3 271/13 271/17 272/4 274/14 275/8
**Tuesday [2]** 96/7 96/18
**turn [14]** 25/12 41/22 227/5 232/13 235/19 239/25 244/10 256/13 258/10 261/24 266/3 271/8 286/8 287/20
**turnaround [1]** 258/5
**turned [3]** 72/22 112/12 114/5
**TURNER [1]** 1/24
**turns [1]** 92/12
**twice [5]** 25/4 50/10 109/19 133/8 221/7
**Twitter [5]** 174/13 259/3 260/5 260/10 269/9
**two [33]** 62/17 68/7 73/3 73/4 73/14 74/9 77/23 78/21 81/17 83/13 84/3 85/22 98/14 104/16 109/15 118/9 121/16 129/5 129/13 138/1 140/2 156/8 160/1 162/17 162/18 165/10 165/24 180/3 189/21 238/24 251/25 271/25

**transfer [1]** 213/7

**type [8]** 89/17 103/20 170/9 213/15 246/2 250/3 256/16 286/1
**types [1]** 67/22
**typical [1]** 56/24
**typically [3]** 135/9 225/12 257/24
**TYSON [2]** 3/6 285/15

**U**

**U.S [7]** 52/6 52/19 52/19 53/4 105/4 173/23 183/24
**Uh [4]** 43/15 185/13 187/20 196/2
**Uh-huh [4]** 43/15 185/13 187/20 196/2
**ultimate [1]** 246/2
**ultimately [5]** 190/24 221/12 245/19 246/13 282/2
**uncomfortable [3]** 169/22 170/3 179/18
**unconstitutional [1]** 128/23
**under [20]** 53/12 54/20 70/15 108/2 117/24 124/17 134/2 139/2 139/3 157/16 170/16 171/15 179/23 204/20 207/13 208/4 216/9 216/10 271/1 288/18
**underlying [1]** 110/13
**underneath [1]** 276/21
**understand [39]** 10/6 10/7 12/18 34/1 53/1 54/18 69/4 69/11 69/13 69/21 69/23 78/3 87/6 88/13 107/21 122/14 125/18 128/19 129/3 129/19 130/16 168/6 182/3 186/22 187/23 192/17 193/14 204/18 234/4 238/11 247/11 267/11 269/17 273/14 276/9 277/7 288/22 290/22 291/10
**understanding [43]** 55/20 70/10 82/14 82/21 82/25 83/19 84/7 86/24 87/2 87/5 87/6 90/1 90/15 90/18 90/23 92/9 92/22 114/11 128/17 158/20 158/22 159/23 166/3 173/3 211/6 212/6 212/11 225/25 226/24 230/19 230/24 231/1 231/7 231/10 232/2 233/23 234/8 253/9 256/17 274/4 274/7 276/24 281/21
**understands [2]** 171/14 175/8
**understood [15]** 18/5 63/24 70/6 179/13 193/24 237/16 237/16 238/15 241/16 241/19 241/22 275/25 279/3 279/8 283/11
**undertake [2]** 176/19 244/7
**undertook [1]** 178/11
**undervote [7]** 123/15 123/22 124/7 124/24 125/5 127/12 132/2
**undervotes [8]** 125/2 125/3 125/4 126/8 127/2 127/7 127/14 131/19
**undisclosed [1]** 139/2
**unexplained [1]** 176/10
**unfair [1]** 248/1
**unfortunately [2]** 93/1 106/2
**unfounded [1]** 54/17
**Unintelligible [2]** 47/10 68/4
**unintentionally [1]** 43/24
**UNITED [6]** 1/1 1/12 1/24 293/3 293/7 293/17
**units [1]** 236/25
**universities [1]** 96/3
**university [8]** 7/19 7/25 8/21 10/3 75/19 94/13 147/13 147/15
**unknown [2]** 262/14 263/7
**unless [10]** 70/4 99/11 102/22 107/9

**U**

**unless...** [6] 111/11 118/10 119/12 225/15 248/14 257/10
**unlocked** [1] 261/1
**unnecessarily** [1] 182/24
**unnecessary** [1] 121/9
**unreadable** [1] 125/18
**unreliable** [1] 256/9
**until** [8] 11/2 15/19 85/8 131/5 144/1 229/23 292/16 292/16
**unusual** [4] 70/4 257/9 281/5 281/8
**up** [116] 8/11 13/16 14/23 21/19 34/4 36/23 37/3 40/10 41/22 42/16 46/22 49/18 52/23 54/1 54/2 57/3 57/21 58/2 60/25 61/5 63/16 68/18 69/25 72/16 74/2 75/17 76/20 79/15 81/22 82/3 86/11 87/11 87/11 93/7 95/3 95/8 95/11 95/13 96/13 98/11 104/21 107/4 107/6 114/24 115/5 118/22 118/23 119/3 131/9 145/3 147/24 151/22 164/14 165/6 166/12 175/23 175/25 176/19 177/7 178/2 180/24 184/17 185/2 190/20 192/10 197/4 202/3 205/23 206/11 206/17 207/16 208/6 208/8 218/13 219/5 221/8 223/20 224/1 224/4 225/20 241/15 243/1 243/12 243/15 244/1 246/19 246/21 247/12 247/16 250/1 252/16 254/9 256/3 256/15 256/16 257/21 258/4 259/3 259/25 260/7 261/6 265/12 265/14 265/15 267/19 268/7 271/2 274/23 275/5 275/20 279/6 279/9 283/1 283/23 284/4 284/18
**upcoming** [1] 27/6
**update** [1] 274/22
**upgraded** [1] 284/8
**upon** [6] 139/12 148/3 152/11 186/5 202/15 202/15
**upright** [1] 53/10
**us** [34] 13/10 15/19 58/4 61/19 67/24 73/21 78/21 84/10 95/5 98/8 104/5 145/12 155/13 174/8 174/9 174/12 175/1 187/7 189/17 201/24 214/10 219/6 267/6 270/15 273/2 273/7 274/19 275/5 275/9 289/24 289/24 290/4 292/13 292/13
**USA** [1] 105/5
**USB** [7] 213/7 213/12 213/16 213/21 214/4 214/10 214/17
**use** [40] 15/19 19/22 32/11 41/9 41/14 49/20 49/22 56/20 61/21 64/15 74/25 81/1 82/13 83/8 97/25 98/13 99/15 114/22 121/7 121/13 148/16 148/22 149/3 150/2 153/3 164/4 179/20 190/12 191/22 196/12 209/6 214/4 214/10 214/10 215/10 219/11 223/7 231/19 273/25 279/11
**used** [40] 27/9 44/6 65/4 65/10 65/12 65/17 65/18 66/1 66/24 67/1 67/3 67/21 72/14 75/1 80/17 81/24 83/15 87/25 91/9 92/12 95/9 96/1 96/12 134/24 139/24 145/11 148/18 148/19 154/20 163/20 163/21 168/10 194/10 213/7 214/4 214/11 215/8 221/1 237/1 281/25
**uses** [5] 74/6 80/23 118/6 118/7 265/3
**using** [52] 8/6 10/8 11/13 11/16 11/19 15/8 22/11 22/17 24/9 49/23 49/25

91/10 52/10 59/1 60/21 64/14 64/15 66/5 68/12 68/13 72/14 74/6 77/13 77/21 78/16 79/6 79/10 79/21 80/23 82/11 83/14 84/24 91/10 93/5 93/17 98/13 101/10 115/12 121/2 125/8 128/10 131/21 148/13 148/21 152/16 153/2 188/9 197/1 214/17 214/17 274/9 275/13
**usual** [1] 143/22
**usually** [5] 24/5 82/18 110/6 219/6 251/25

**V**

**vague** [1] 250/8
**Valentine's** [1] 222/15
**value** [1] 243/1
**van** [1] 96/14
**varies** [1] 286/3
**variety** [1] 89/8
**various** [5] 23/1 84/18 151/21 154/22 181/7
**varying** [2] 285/23 285/25
**vast** [3] 76/14 222/15 222/18
**vectors** [1] 282/15
**vendors** [1] 105/17
**venues** [1] 94/14
**veracity** [1] 155/14
**verifiability** [1] 17/15
**verifiable** [5] 36/10 152/17 192/14 192/18 192/20
**verification** [2] 30/18 122/7
**verified** [34] 13/6 16/18 17/3 20/4 22/3 27/2 29/19 29/23 29/24 29/25 30/3 30/11 30/13 30/17 33/24 37/23 41/12 79/13 120/10 120/21 121/10 122/9 122/24 123/5 124/17 126/12 126/17 126/19 128/8 128/9 132/22 133/5 189/3 189/4
**verifies** [1] 119/24
**verify** [14] 19/5 19/21 20/3 24/12 32/14 35/8 50/13 121/9 122/5 135/9 135/10 141/11 159/3 192/1
**verifying** [7] 31/22 32/2 32/3 32/4 121/8 122/17 227/24
**version** [5] 30/6 30/8 34/9 35/23 105/5
**versions** [1] 116/13
**versus** [5] 87/12 87/13 98/13 102/8 192/19
**very** [57] 17/9 22/8 27/14 34/18 34/20 39/3 39/11 52/24 53/10 53/13 55/11 57/5 60/2 62/25 65/3 65/24 67/1 67/11 70/4 84/14 88/9 93/2 95/8 101/13 101/13 107/4 107/13 107/22 114/24 115/7 127/25 127/25 129/15 130/3 131/8 137/25 139/12 143/8 157/6 171/2 172/19 173/18 192/15 199/17 208/16 213/2 252/9 253/2 258/5 264/20 269/16 269/24 272/17 282/21 283/24 284/16 291/14
**vested** [1] 275/15
**vetted** [1] 170/11
**vetting** [1] 174/24
**via** [1] 270/9
**victory** [1] 141/4
**video** [2] 22/10 182/4
**videos** [2] 145/2 179/3
**view** [8] 41/15 74/17 93/16 137/1 215/21 280/7 280/25 286/5

**viewed** [1] 68/6
**views** [1] 128/18
**vigilance** [1] 22/21
**vigorously** [1] 139/11
**VINCENT** [2] 3/3 180/21
**violation** [2] 260/21 260/25
**Virginia** [1] 7/11
**virtue** [1] 168/22
**visible** [5] 31/8 59/19 60/22 74/20 114/2
**visit** [1] 64/1
**visited** [1] 78/19
**visiting** [1] 89/8
**visual** [2] 108/21 184/24
**voice** [4] 9/12 21/12 21/23 36/2
**voices** [1] 21/13
**VOLUME** [1] 1/10
**volunteer** [6] 48/20 57/7 57/12 201/11 201/24 201/24
**volunteering** [1] 106/6
**volunteers** [19] 58/10 58/21 59/4 59/13 60/3 60/16 61/16 61/24 62/13 63/7 93/21 102/5 158/17 159/5 161/13 177/1 201/7 201/22 207/6
**VON** [1] 2/10
**vote** [190] 10/19 10/24 11/2 11/24 12/10 12/13 12/13 16/19 16/24 17/17 17/21 18/4 21/9 21/11 21/12 21/21 21/23 21/25 22/3 22/6 23/24 24/2 24/14 25/4 26/11 27/1 27/4 27/5 27/6 27/13 27/18 27/23 28/2 28/4 28/14 28/15 28/18 28/20 28/20 28/21 28/22 29/3 29/5 29/9 29/12 29/17 31/23 32/19 32/21 33/1 33/5 34/6 35/5 35/9 35/13 35/16 35/18 35/19 37/18 37/20 38/11 38/14 38/23 38/25 39/4 40/24 41/5 41/7 41/9 41/11 42/8 42/10 42/14 42/20 42/22 43/4 45/5 45/5 45/7 45/25 49/12 49/14 49/16 49/17 49/18 49/21 49/23 49/24 50/6 50/8 50/10 50/18 51/4 51/17 52/12 52/12 52/14 52/24 53/7 53/20 54/4 56/7 57/3 60/22 66/6 74/16 82/1 93/17 101/17 102/14 102/16 102/25 109/16 111/20 111/24 112/1 112/10 112/13 112/13 112/15 112/20 112/21 112/25 113/3 115/13 116/2 116/11 116/14 116/23 120/11 121/8 121/9 121/10 122/10 122/22 122/24 123/1 123/2 125/5 125/12 126/9 126/20 126/20 127/4 127/21 128/2 128/9 128/22 128/24 133/19 133/24 134/2 134/19 135/12 135/15 135/23 139/22 140/3 140/7 140/11 140/11 140/13 140/15 140/16 140/24 141/4 141/6 141/7 141/9 141/15 141/19 142/18 148/6 148/7 148/21 149/8 165/8 165/25 166/8 166/10 167/1 176/12 176/14 183/15 192/11 196/14 229/17 261/7 262/18 282/11
**voted** [53] 11/4 11/8 11/10 11/11 11/13 11/15 11/18 17/15 17/18 18/7 18/20 19/12 21/2 25/9 32/25 33/4 33/20 37/24 38/19 41/18 41/24 41/25 44/20 45/9 45/10 45/16 46/1 51/9 66/3 114/16 125/5 132/16 133/16 134/5 134/10 134/15 135/3 135/7 135/18 142/21 142/22 142/25 148/13 148/14 148/17 148/18 158/23 159/25 162/14 190/1

**V**

**voted... [3]**  192/12 276/6 276/12
**voter [110]**  10/17 12/12 12/12 17/3
17/11 17/15 23/9 23/20 24/4 25/23 27/2
29/19 30/11 31/9 33/24 36/10 37/23
51/6 57/23 72/18 81/25 82/3 82/4 110/7
113/24 120/9 122/24 123/5 124/17
125/5 125/20 126/10 126/12 126/17
126/18 126/19 126/20 126/23 128/2
128/8 128/9 132/9 132/15 132/22
132/24 133/4 149/8 149/22 149/24
151/18 152/15 152/17 153/25 154/1
154/2 154/16 155/5 155/8 155/20 156/2
157/19 158/13 159/24 162/21 163/7
163/24 165/4 166/7 166/12 166/25
167/5 168/22 169/2 171/18 171/23
173/22 176/16 178/3 178/8 178/11
189/8 189/10 189/11 189/12 189/25
190/5 190/10 190/16 190/19 193/25
195/1 198/8 198/13 198/15 201/8
201/22 202/17 207/6 214/21 214/22
214/24 215/2 215/2 215/5 234/23 235/9
276/17 277/1 277/5 277/13
**voter's [4]**  123/2 123/7 124/14 132/6
**voters [43]**  13/1 14/4 14/12 16/9 27/1
57/20 60/19 65/4 65/5 65/18 65/20 66/6
70/12 72/13 72/24 75/4 75/21 76/11
76/15 79/9 79/10 80/5 82/1 93/16 98/12
98/18 99/14 99/20 120/21 123/9 127/4
138/3 138/6 150/14 154/2 154/25 155/3
193/21 197/2 223/7 226/10 234/3
235/16
**voters' [1]**  182/9
**votes [40]**  12/10 20/4 20/5 21/22 27/2
30/16 34/7 50/14 54/12 79/11 102/17
115/8 120/9 120/21 125/3 128/8 135/4
141/12 158/25 159/4 160/1 160/8 161/4
161/6 162/7 164/24 166/1 174/15 185/6
192/2 192/9 198/16 202/20 280/21
280/22 280/24 281/1 281/13 281/16
282/6
**voting [162]**  10/15 12/7 12/19 12/21
13/2 13/6 13/13 14/2 14/13 15/4 15/12
16/10 16/10 16/18 17/11 17/18 17/20
18/9 20/16 20/17 21/12 21/24 22/3
22/11 22/19 22/20 24/1 27/10 27/12
27/14 28/2 28/25 29/9 29/16 29/16
29/16 30/14 31/14 32/24 33/23 34/19
34/22 34/23 34/25 35/1 35/12 35/25
36/12 37/4 38/9 38/10 38/12 38/17
38/20 38/24 39/5 41/2 41/2 41/11 41/20
42/15 42/16 42/17 43/4 43/18 46/4
49/20 50/2 50/5 50/22 51/24 51/25 52/1
52/15 53/5 53/7 53/11 53/20 53/22
58/14 58/15 58/17 59/18 59/21 60/18
65/8 70/12 74/3 77/14 77/18 87/14 88/1
94/10 94/11 94/12 94/16 95/23 96/8
100/11 102/8 102/8 102/13 112/8
112/18 113/16 114/19 123/4 127/15
128/23 133/15 141/13 147/21 148/8
149/1 149/2 150/2 150/6 165/10 165/18
181/2 184/9 189/3 189/4 190/12 190/17
190/24 191/17 191/21 192/1 194/2
196/9 210/7 211/13 214/5 214/18
215/16 215/17 216/13 224/11 224/23
225/9 229/14 237/4 245/17 249/13
250/15 254/3 255/22 255/22 261/1

264/17 266/2 267/3 268/13 271/18
274/22 274/24 285/5 285/6 285/9
285/12 285/20
**Voyles [1]**  187/15
**vs [1]**  1/5

**W**

**Wainwright [1]**  289/2
**wait [4]**  64/10 173/8 184/12 262/21
**waiting [1]**  85/8
**waived [1]**  107/12
**walk [4]**  59/20 96/19 218/20 251/17
**walked [1]**  112/17
**Walker [2]**  174/4 174/16
**walking [4]**  74/2 95/2 113/15 289/25
**wandered [1]**  120/4
**want [60]**  10/15 16/21 17/14 21/21
23/11 41/4 43/1 43/1 44/15 47/1 49/22
52/11 58/7 59/16 69/12 69/23 78/5
80/19 85/7 86/12 88/11 92/19 97/13
100/17 100/18 106/21 106/25 107/7
107/11 107/16 107/17 109/12 116/20
122/9 131/10 136/1 140/18 153/25
169/1 182/24 193/2 194/3 197/16
200/17 201/5 203/22 204/3 205/5
241/10 242/22 247/19 248/24 283/13
289/19 289/20 289/23 290/2 290/2
290/24 292/2
**wanted [21]**  8/18 12/22 17/1 18/4 18/5
27/13 64/20 138/16 145/7 170/1 180/10
188/5 199/6 199/8 202/8 213/15 214/14
214/15 230/3 238/4 245/2
**wants [3]**  33/13 88/13 153/6
**War [3]**  21/20 27/21 52/16
**warehouse [1]**  181/5
**warnings [2]**  23/16 23/17
**was [645]**
**wash [1]**  246/3
**Washington [3]**  50/20 51/2 111/10
**wasn't [18]**  24/2 24/15 25/12 33/1 33/5
64/7 69/8 78/8 153/18 161/9 161/15
179/1 218/18 224/7 249/17 250/21
252/12 283/24
**wasted [1]**  71/21
**watch [11]**  20/22 20/23 23/11 59/22
60/10 61/24 95/7 95/23 114/4 143/19
145/1
**watched [3]**  65/23 68/20 100/10
**watcher [2]**  150/11 182/1
**watchers [6]**  57/19 60/23 150/22 151/1
181/21 182/3
**watching [2]**  71/2 93/14
**water [2]**  36/3 194/14
**Watson [27]**  225/3 225/10 232/19
240/14 241/21 243/12 244/1 244/3
244/7 244/16 246/6 246/8 253/18
254/2 254/5 254/6 254/22
255/19 256/18 258/19 260/18 261/3
261/11 275/19 287/23 288/8
**way [33]**  23/25 29/4 35/12 37/20 59/6
69/7 70/13 74/1 74/20 78/4 81/24
102/25 108/7 113/23 118/13 120/8
125/1 126/5 127/1 132/3 149/20 152/8
153/8 156/2 168/14 171/7 175/16 198/1
216/2 231/23 249/17 265/21 283/20
**ways [4]**  31/14 113/17 113/20 249/24
**we [346]**
**we'll [19]**  64/10 64/24 86/6 87/5 99/10

108/17 116/9 153/14 160/19 208/6
208/18 217/10 224/9 247/14 273/21
284/20 289/13 289/22 290/20
**we're [54]**  6/4 16/7 16/8 16/12 17/11
46/20 46/24 47/15 70/23 87/8 88/9
88/12 89/10 98/19 101/9 106/16 106/23
116/20 119/8 121/12 129/14 129/22
146/7 148/10 151/9 156/5 160/2 167/25
168/6 168/8 168/20 168/21 168/23
169/3 169/11 171/15 188/6 191/20
192/25 228/5 228/9 229/21 242/18
243/21 245/11 247/2 247/20 268/9
268/14 274/13 289/10 290/21 291/22
292/15
**we've [7]**  41/3 95/18 98/11 158/12
161/16 183/12 292/11
**weak [1]**  286/6
**webinars [1]**  57/24
**website [14]**  13/10 13/10 13/14 13/15
13/18 13/20 13/23 14/10 15/5 15/23
16/1 26/20 92/25 93/2
**weeds [1]**  128/11
**week [4]**  10/4 143/16 192/8 251/13
**weekend [1]**  95/25
**weeks [2]**  24/7 94/11
**WEIGEL [1]**  3/8
**weight [1]**  254/19
**WEINHARDT [1]**  2/6
**WELCH [3]**  1/23 293/6 293/16
**welcome [2]**  200/2 202/24
**well [146]**  7/22 8/4 9/24 12/2 22/1
23/17 24/18 26/3 26/8 27/9 28/25 30/6
32/2 37/4 37/7 41/12 42/13 42/17 44/24
45/11 47/3 49/5 50/5 50/14 53/9 54/19
56/22 61/18 63/23 64/8 69/14 71/16
77/9 80/1 83/11 85/20 88/18 88/25
89/21 97/9 97/19 103/7 106/2 109/24
113/22 117/14 119/12 124/19 124/21
125/2 129/25 131/3 145/5 148/14 149/6
149/12 150/5 150/11 151/13 154/18
155/7 155/9 155/12 156/2 156/7 158/8
158/24 159/3 159/7 159/9 159/13
159/15 159/18 160/13 163/15 164/7
165/6 165/16 167/12 168/24 169/10
169/15 174/9 178/12 178/13 180/6
182/4 182/15 182/17 185/21 187/25
189/5 191/8 192/8 192/11 196/9 196/18
197/24 199/2 200/16 200/17 201/23
202/18 204/7 207/6 208/4 215/13
218/22 222/5 222/24 226/25 234/24
242/22 243/10 243/23 244/23 245/18
251/19 254/5 255/14 255/16 263/21
265/11 265/25 268/23 269/6 270/4
273/13 273/20 274/16 275/20 276/20
280/25 282/17 283/5 284/18 289/13
289/23 291/14 291/19
**well-within [1]**  168/24
**Wellesley [6]**  49/1 49/10 49/11 103/25
104/6 104/9
**Wenke [1]**  210/16
**went [39]**  7/2 7/11 7/18 7/19 10/3
23/21 27/21 27/24 31/23 38/1 50/18
59/4 66/18 68/7 68/10 69/20 70/11
81/22 82/2 96/4 103/23 105/2 105/14
119/8 147/16 175/1 184/4 184/14 185/4
185/19 190/20 205/6 206/1 206/3 207/9
224/18 261/7 261/7 287/6

**W**

**were [282]** 7/13 7/14 8/6 8/13 10/7
10/8 10/9 10/11 10/24 13/1 14/24 15/8
18/5 18/10 18/13 18/15 19/20 20/2 21/2
23/5 24/14 24/17 24/25 28/13 30/15
31/1 32/19 37/17 38/2 43/3 45/19 52/21
52/22 52/23 54/2 56/10 56/16 57/6
58/25 59/6 59/6 59/22 60/10 60/12
60/17 60/25 61/4 61/21 61/21 62/3 62/4
62/10 62/11 62/13 64/2 64/9 64/14
64/15 64/17 64/18 64/19 64/21 65/3
65/6 65/9 66/11 66/12 66/24 67/1 67/1
67/18 67/19 67/22 68/1 68/2 68/2 68/7
68/11 68/12 68/13 68/17 69/8 69/10
70/14 70/20 71/18 71/18 71/19 71/22
71/23 72/21 72/21 74/2 74/23 78/6
78/23 80/21 80/22 82/19 83/13 86/24
90/4 90/5 90/6 90/16 93/4 93/5 95/14
96/5 96/12 100/21 101/10 105/3 105/7
106/9 109/11 112/8 112/10 112/11
120/8 120/9 131/18 131/24 134/25
135/14 136/3 136/4 137/14 139/19
141/12 143/18 144/18 145/1 148/5
150/1 150/2 154/6 157/22 158/14
158/15 158/17 159/3 159/25 160/17
161/4 161/5 161/6 161/6 161/13 163/4
163/17 163/17 163/18 166/1 166/7
166/10 167/1 167/17 172/1 172/1 172/5
172/10 172/10 172/13 173/18 174/2
175/18 175/19 177/2 178/12 181/9
181/10 183/21 184/1 185/21 186/20
187/2 187/4 187/6 187/8 187/13 187/13
190/16 194/15 194/25 196/1 197/19
197/20 200/23 202/20 204/23 205/11
205/24 208/11 209/19 209/21 210/4
210/6 210/16 210/24 211/7 211/21
212/12 213/6 213/21 214/21 215/6
217/16 217/20 217/20 217/25 218/1
218/3 218/16 220/11 221/1 221/2 221/3
221/12 221/22 222/16 222/17 223/25
223/25 226/6 226/22 228/3 229/17
229/18 230/14 230/16 230/17 231/11
232/8 233/24 238/18 239/7 239/17
239/21 241/23 242/6 242/9 242/9
242/14 243/3 248/1 249/17 249/22
249/23 250/6 251/4 251/4 251/5 252/15
253/10 253/11 253/21 254/13 255/4
255/23 256/9 256/15 257/15 257/16
257/21 261/8 271/25 273/2 275/5 275/5
275/12 276/3 276/12 276/20 279/17
280/10 280/10 281/20 283/5 284/2
284/24 292/22

**weren't [9]** 68/17 72/22 72/23 84/16
109/15 112/11 224/8 235/17 282/16

**Westinghouse [1]** 147/17

**what [448]**

**what's [1]** 134/24

**whatever [15]** 76/8 88/2 122/25 125/6
160/17 163/3 165/20 173/12 208/11
235/11 246/15 250/3 260/6 274/19
275/10

**wheelchair [2]** 27/15 27/17

**wheelhouse [1]** 119/1

**when [199]** 8/8 8/19 8/23 10/19 10/21
11/3 11/6 12/16 12/20 13/12 15/3 17/11
17/17 17/19 18/9 18/12 19/2 19/12
19/12 19/16 20/16 22/23 23/10 23/16
23/20 23/22 25/3 26/8 26/9 27/19 27/19
27/20 27/21 28/1 28/14 28/15 28/20
28/20 28/21 28/22 29/8 29/16 29/25
31/10 31/18 31/18 31/23 32/25 33/4
33/9 33/17 33/23 34/6 34/18 34/22
35/18 36/16 36/22 37/2 37/18 37/20
37/22 37/22 37/24 38/23 40/8 40/10
41/12 41/25 43/21 45/5 45/12 45/16
46/1 48/18 50/6 51/3 51/11 52/1 52/20
53/7 53/14 53/14 53/24 55/14 56/11
56/13 58/13 58/25 59/17 59/20 60/7
60/17 64/12 65/23 66/3 66/16 66/18
74/2 77/2 79/18 81/3 81/7 82/22 89/12
93/2 94/16 94/22 95/2 95/7 98/13 99/15
104/25 112/12 113/6 114/5 114/16
116/25 117/3 117/3 117/6 134/10
134/15 134/18 137/11 141/13 142/21
144/25 145/18 148/18 149/3 149/24
154/4 154/13 154/21 155/1 158/24
163/1 165/10 172/4 172/9 172/9 174/6
175/6 179/25 181/14 181/25 184/21
192/9 192/20 193/12 194/1 194/3
197/11 197/18 198/18 200/10 202/19
202/25 205/24 207/9 207/18 212/19
212/23 213/3 214/3 214/9 214/18
214/21 214/22 217/15 219/9 219/21
219/23 220/20 220/22 225/6 225/12
233/22 234/2 234/3 241/21 246/6 257/5
257/15 263/6 276/12 278/11 279/6
279/8 282/20 282/21 284/6 284/24
286/21 288/19 288/21 291/24 292/13

**whenever [3]** 145/3 193/5 213/22

**where [64]** 6/24 7/1 7/10 7/17 8/15
23/12 24/14 26/1 43/12 50/18 52/7
52/17 55/8 55/12 64/2 64/21 66/2 68/7
68/17 72/21 73/3 74/7 76/16 81/18 90/4
90/7 92/1 94/9 94/12 94/14 96/5 97/3
102/17 109/20 110/3 125/10 128/19
131/1 131/13 132/11 135/3 135/18
147/3 151/7 151/18 155/2 156/8 156/10
159/19 164/24 167/6 169/18 172/6
181/6 192/17 219/16 238/17 238/22
239/6 241/10 254/15 259/24 277/8
287/21

**Whereas [1]** 66/18

**whereof [1]** 293/12

**Whereupon [5]** 6/17 39/21 48/3 146/23
209/9

**whether [88]** 16/24 19/5 20/3 21/24
28/2 37/17 37/24 38/9 38/16 38/19 39/4
83/20 83/23 94/13 95/6 98/20 98/22
100/16 100/20 100/22 103/8 106/9
113/12 120/22 121/23 122/6 122/25
138/10 141/11 151/14 154/22 155/17
156/23 157/4 160/21 161/4 161/24
162/3 162/10 164/13 164/14 168/9
171/18 175/8 176/2 176/3 176/16
176/20 176/21 182/22 189/16 192/21
192/23 201/23 202/9 213/11 214/13
226/25 228/14 235/3 235/8 242/22
244/7 246/1 246/1 246/19 247/12
247/15 247/15 255/15 256/7 256/8
256/14 256/15 259/20 259/21 259/21
261/15 261/21 262/15 263/18 264/14
268/4 268/21 269/19 269/19 282/25
292/15

**which [58]** 12/20 26/5 41/13 65/18
66/3 66/8 68/22 74/7 78/14 78/25 79/2
[column continues]

84/12 84/20 89/4 95/9 100/14 104/17
105/15 112/13 118/6 118/7 119/9
126/25 138/6 139/2 152/21 154/16
164/7 166/1 167/13 168/13 168/15
177/19 181/9 190/18 191/24 194/4
195/24 201/14 207/11 222/5 229/9
239/6 240/7 241/22 248/10 248/15
248/23 252/15 255/13 255/20 268/25
271/3 271/3 279/11 283/16 284/7
288/24

**while [12]** 8/23 18/3 106/3 112/8
194/15 204/23 213/6 238/18 239/6
239/13 282/9 288/25

**who [94]** 13/1 13/22 17/12 19/10 21/2
21/14 21/20 31/3 31/5 36/17 36/22 52/5
58/1 60/3 65/6 68/10 68/20 71/18 71/19
75/14 75/16 75/18 82/1 82/7 82/18
83/21 91/15 92/7 95/5 96/6 96/20 98/17
98/25 100/11 111/20 111/24 112/15
112/17 112/19 112/24 112/25 112/25
130/5 138/3 138/17 140/22 144/3 144/4
146/3 158/17 158/22 161/13 162/14
170/24 173/2 175/7 179/20 180/8 180/8
182/16 200/10 201/5 201/11 201/24
203/12 203/12 204/5 207/4 207/4 207/7
207/14 208/1 208/2 228/22 230/13
234/12 239/1 239/1 241/23 246/8
246/10 246/16 247/4 252/7 260/12
267/10 268/12 276/3 282/19 283/5
284/2 285/19 292/4 292/13

**who's [1]** 12/2

**whoever [1]** 54/4

**whole [12]** 69/15 86/7 87/23 88/19
121/8 124/3 131/8 159/20 246/21 260/2
283/7 283/19

**wholly [1]** 68/2

**whom [1]** 174/11

**why [59]** 8/17 12/1 14/22 19/8 19/11
19/16 20/9 20/13 21/8 26/17 26/23 27/8
28/1 36/3 41/1 42/12 44/16 47/8 49/24
51/12 53/4 53/7 53/24 54/9 56/7 64/8
72/7 73/8 77/4 81/21 94/2 102/11
127/24 128/6 143/21 143/23 147/23
149/4 149/4 149/11 165/16 170/17
190/21 190/21 191/8 193/25 203/10
204/7 211/10 211/13 211/15 245/25
250/11 254/13 256/20 262/21 267/10
269/25 292/8

**wide [2]** 97/25 255/23

**widespread [1]** 195/1

**wife [2]** 42/19 65/6

**WiFi [2]** 268/12 269/9

**wild [2]** 25/24 150/18

**will [72]** 1/3 12/9 12/9 12/14 16/19
16/24 21/9 21/16 21/25 24/5 24/6 27/5
35/23 39/4 39/12 49/22 50/23 51/6
52/12 56/19 57/3 57/5 58/4 69/18 69/20
69/22 70/5 80/13 84/23 85/8 85/8 85/9
86/23 89/13 89/14 90/14 99/2 107/6
116/7 118/23 125/1 125/8 125/14
127/24 130/24 139/10 139/12 143/16
143/25 144/8 145/10 145/12 145/18
147/19 154/22 154/23 155/3 155/12
155/12 155/16 159/18 161/17 165/22
170/15 173/3 208/13 217/2 246/1
248/11 290/4 290/13 290/14

**WILLIAM [5]** 2/13 2/18 4/10 39/20
39/22

**W**

**willing [1]**  60/3
**win [4]**  115/9 140/23 140/25 141/8
**windows [8]**  21/3 178/13 200/8 200/11
200/12 200/22 204/24 205/14
**winks [1]**  189/1
**winner [3]**  115/9 140/22 140/25
**wires [1]**  223/19
**wise [1]**  88/20
**wish [2]**  146/9 212/15
**wished [1]**  20/19
**wishes [1]**  170/4
**within [17]**  74/8 74/17 112/17 143/16
151/6 152/21 168/9 168/24 175/4
176/12 177/8 178/2 180/3 207/19
212/16 218/12 255/13
**without [16]**  33/24 33/24 66/7 67/14
67/23 69/16 77/13 77/21 89/2 107/18
120/14 121/14 167/1 171/3 247/25
248/1
**witness [56]**  4/3 5/2 6/4 6/12 39/9
39/16 45/1 46/16 46/19 46/25 47/22
54/18 71/9 89/3 89/6 103/20 123/21
123/23 128/17 129/16 129/16 129/24
130/1 130/3 130/4 130/24 138/8 139/1
143/6 143/13 146/17 169/2 169/5
170/15 179/16 179/16 179/17 179/19
180/14 183/25 203/12 203/13 203/14
203/22 204/6 204/15 208/24 209/6
216/18 227/7 239/1 240/6 247/3 262/19
270/2 292/4
**witness' [3]**  86/14 90/1 160/15
**witnessed [1]**  151/7
**witnesses [10]**  130/9 144/4 151/21
152/1 173/17 180/3 180/8 199/21
259/13 291/20
**women [1]**  53/19
**won [1]**  21/2
**won't [7]**  54/25 66/23 99/2 127/20
141/9 189/2 204/17
**Woodstock [1]**  147/6
**wording [1]**  18/13
**words [4]**  155/14 188/8 192/25 202/16
**wordy [3]**  18/14 18/14 34/20
**wore [1]**  8/23
**work [36]**  7/25 8/19 13/9 16/17 31/7
40/12 47/1 48/20 58/22 81/5 83/7 92/22
106/4 136/7 147/16 163/7 168/22
182/19 183/8 196/15 196/15 196/23
221/20 223/23 224/2 224/6 227/18
232/23 236/19 240/19 244/19 258/22
262/9 266/18 272/8 287/18
**worked [23]**  7/25 8/24 8/25 9/22 9/24
9/24 10/2 13/2 15/11 26/18 40/14 40/14
40/18 57/15 57/16 104/12 104/16
104/18 105/16 109/7 210/3 222/21
271/20
**worker [14]**  42/2 109/7 110/6 110/13
150/11 250/25 251/18 252/6 253/11
255/21 274/3 274/9 275/13 275/15
**workers [30]**  65/4 65/9 66/6 76/11
76/14 94/18 94/22 95/1 95/4 114/3
114/6 114/7 222/22 223/1 223/1 226/13
226/17 226/22 227/3 231/17 232/3
232/8 238/18 239/6 241/23 242/11
250/6 250/16 250/23 252/1
**workers' [2]**  238/19 239/8

**working [26]**  27/11 57/11 63/7 64/2
68/17 81/10 99/5 105/25 150/7 177/2
210/1 219/18 224/8 226/8 226/10
231/11 233/20 233/24 234/5 249/21
273/2 275/10 291/12 291/15 291/16
291/17
**works [5]**  56/22 96/20 193/14 220/3
260/12
**worksheets [1]**  59/8
**world [5]**  21/20 27/21 36/8 52/16
107/10
**worries [1]**  53/13
**worry [1]**  95/16 103/1 103/2
**worse [2]**  73/25 74/20
**worth [1]**  76/9
**would [320]**
**wouldn't [22]**  32/2 101/17 127/4
127/21 132/6 132/11 132/19 141/9
142/3 213/13 227/1 234/4 253/22
254/15 254/17 254/18 254/18 258/1
275/16 277/10 277/13 281/8
**wrap [1]**  98/11
**wrapping [1]**  197/4
**write [4]**  10/2 31/5 60/23 77/1
**writes [1]**  246/8
**writing [3]**  216/14 245/25 263/16
**written [2]**  194/18 225/17
**wrong [11]**  55/10 73/9 100/17 101/2
132/17 141/5 141/6 141/9 157/17 235/8
235/10
**wrote [4]**  234/15 235/3 263/7 286/21

**Y**

**y'all [3]**  189/13 201/21 201/21
**yard [4]**  53/15 53/25 54/1 54/2
**yeah [22]**  9/13 15/17 26/14 41/8 42/7
45/4 46/10 55/9 60/15 86/16 91/20
111/3 135/25 145/20 202/1 217/22
223/16 223/16 231/16 236/8 242/25
280/21
**year [15]**  8/1 17/21 17/25 18/1 26/5
26/6 26/7 70/21 78/18 78/18 81/21
104/12 147/19 195/9 277/21
**years [28]**  7/14 8/13 10/12 21/4 22/1
22/9 23/18 26/18 40/14 40/15 40/19
48/14 49/15 52/23 70/14 70/15 77/23
100/4 147/17 148/8 148/11 151/3 151/4
172/24 175/8 210/1 226/3 282/1
**yes [355]**
**yesterday [1]**  95/18
**yet [6]**  69/5 177/7 177/11 177/19 228/1
240/4
**York [1]**  105/10
**you [1582]**
**You'll [2]**  241/14 289/16
**you're [57]**  21/8 26/12 29/16 32/13
38/9 44/1 45/22 46/3 46/7 47/3 62/12
71/19 73/13 87/16 87/18 89/16 99/14
108/9 111/3 111/23 112/14 114/22
117/9 117/24 128/15 129/15 129/20
131/9 144/4 163/1 167/24 170/14
172/23 186/15 193/13 196/3 196/6
202/12 202/24 204/20 228/21 230/3
237/23 246/7 256/20 261/20 264/9
269/19 270/20 275/23 276/22 277/4
277/16 279/14 283/1 287/8 291/10
**you've [18]**  57/11 84/1 86/8 88/9 90/25
109/4 148/8 150/14 150/16 151/6

194/20 151/21 172/23 177/8 200/20
237/25 251/15 292/8
**you-all [3]**  71/14 183/1 290/18
**young [2]**  27/19 27/20
**younger [1]**  10/25
**your [530]**
**yourself [12]**  7/15 58/11 60/1 62/13
91/5 106/5 109/4 150/14 159/4 171/23
171/25 172/14

**Z**

**Zatler [1]**  289/2
**zero [2]**  161/1 161/2
**zip [6]**  94/18 94/18 94/19 94/23 98/3
255/24
**zoom [2]**  14/6 60/11