The following is the PDF of an official transcript. Official transcripts may only be filed in CM/ECF by the Official Court Reporter and will be restricted in CM/ECF for a period of 90 days. You may cite to a portion of the attached transcript by the docket entry number, referencing page and line number, only after the Court Reporter has filed the official transcript; however, you are prohibited from attaching a full or partial transcript to any document filed with the Court.

UNITED STATES DISTRICT COURT
OFFICIAL CERTIFIED TRANSCRIPT

```
 1              IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF GEORGIA
 2                     ATLANTA DIVISION

 3

 4   DONNA CURLING, ET AL.,          :
                                     :
 5          PLAINTIFFS,              :
     vs.                             :  DOCKET NUMBER
 6                                   :  1:17-CV-2989-AT
     BRAD RAFFENSPERGER, ET AL.,     :
 7                                   :
            DEFENDANTS.              :
 8

 9

10       TRANSCRIPT OF BENCH TRIAL - VOLUME 4 PROCEEDINGS

11          BEFORE THE HONORABLE AMY TOTENBERG

12          UNITED STATES DISTRICT SENIOR JUDGE

13                  JANUARY 12, 2024

14

15

16

17

18

19

20

21   MECHANICAL STENOGRAPHY OF PROCEEDINGS AND COMPUTER-AIDED

22                 TRANSCRIPT PRODUCED BY:

23

     OFFICIAL COURT REPORTER:        SHANNON R. WELCH, RMR, CRR
24                                   2394 UNITED STATES COURTHOUSE
                                     75 TED TURNER DRIVE, SOUTHWEST
25                                   ATLANTA, GEORGIA  30303
                                     (404) 215-1383
```

```
 1              A P P E A R A N C E S   O F   C O U N S E L

 2

    FOR THE PLAINTIFFS DONNA CURLING, DONNA PRICE, JEFFREY
 3  SCHOENBERG:

 4

           DAVID D. CROSS
 5         MARY KAISER
           RAMSEY W. FISHER
 6         MATTHAEUS MARTINO-WEINHARDT
           BEN CAMPBELL
 7         AARON SCHEINMAN
           MORRISON & FOERSTER, LLP
 8

           HALSEY KNAPP
 9         ADAM SPARKS
           KREVOLIN & HORST
10

           CHRISTIAN ANDREU-VON EUW
11         THE BUSINESS LITIGATION GROUP

12

    FOR THE PLAINTIFFS COALITION FOR GOOD GOVERNANCE, LAURA DIGGES,
13  WILLIAM DIGGES, III, AND MEGAN MISSETT:

14

15         BRUCE P. BROWN
           BRUCE P. BROWN LAW
16
           ROBERT A. McGUIRE III
17         ROBERT McGUIRE LAW FIRM

18

    FOR THE PLAINTIFFS LAURA DIGGES, WILLIAM DIGGES, III, MEGAN
19  MISSETT, AND RICARDO DAVIS:

20

           CARY ICHTER
21         ICHTER DAVIS

22  ON BEHALF OF RICARDO DAVIS:

23

           DAVID E. OLES, SR.
24         LAW OFFICE OF DAVID E. OLES

25                              (...CONT'D....)
```

```
1    (...CONT'D....)

2    FOR THE STATE OF GEORGIA DEFENDANTS:

3

4         VINCENT RUSSO
          JOSH BELINFANTE
5         JAVIER PICO-PRATS
          EDWARD BEDARD
          ROBBINS ROSS ALLOY BELINFANTE LITTLEFIELD, LLC
6

7         BRYAN TYSON
          BRYAN JACOUTOT
          DIANE LAROSS
8         DANIEL H. WEIGEL
          DANIELLE HERNANDEZ
9         DONALD P. BOYLE, JR.
          TAYLOR ENGLISH DUMA
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1     **I N D E X   T O   P R O C E E D I N G S**

2

3           **THE PLAINTIFFS' CASE (Continued)**

           **WITNESS**                              **PAGE**
4

RYAN GERMANY
5

       Cross-Examination (Continued)
6         By Mr. Cross                              5
       Cross-Examination
7         By Mr. Brown                            135

8                              *   *   *

9   CERTIFICATE                                   159

```
1                    P R O C E E D I N G S
2     (Atlanta, Fulton County, Georgia; January 12, 2024.)
3     THE PLAINTIFFS' CASE (Continued).
4               THE COURT:  Good morning.  Have a seat.
5               You remember that you are still under oath?
6               THE WITNESS:  Yes, ma'am.
7               THE COURT:  All right.  Ready to begin?
8               MR. CROSS:  Yes.
9               THE COURT:  Okay.
10              MR. CROSS:  Thank you, Your Honor.
11         Whereupon,
12                         RYAN GERMANY,
13         after having been previously duly sworn, testified as
14    follows:
15                    CROSS-EXAMINATION (Continued)
16    BY MR. CROSS:
17    Q.   Good morning, Mr. Germany.
18    A.   Good morning.
19    Q.   And I think the Judge just confirmed.
20         You understand you are still under oath?
21    A.   Yes, sir.
22    Q.   And just quickly, have you spoken with anyone about your
23    testimony or any of the issues in this case since you left the
24    stand yesterday?
25    A.   I spoke with the lawyers.
```

**Q.**    What lawyers?

**A.**    I spoke with Ed Bedard and Vincent Russo.

**Q.**    And what did you speak with them about?

MR. BEDARD:  Objection, Your Honor, to the extent it calls for attorney-client privileged information.  I don't think he's laid a foundation.

Frankly, I think Mr. Cross and his attorneys have been talking with their witnesses throughout the case as well during breaks.

MR. CROSS:  Let's just be clear.  That is a very serious accusation that you should not make.

Hold on.  Hold on.  Hold on.

THE COURT:  Wait a second.

MR. CROSS:  Number two, there is no privilege.  This man was on the stand.  They are not allowed to speak with him regarding issues in the case, the substance of his testimony. That was the question.

We're entitled to explore that.  And I will assure the Court, we have not once spoken with a witness about the substance of their testimony or any issue in this case.

THE COURT:  During the course of their testimony?

MR. CROSS:  During the course of their testimony, exactly.  We are entitled to know exactly what was discussed.

MR. BEDARD:  For the record, Your Honor, we haven't talked about his --

```
 1           MR. CROSS:  You don't get to testify, Mr. Bedard,
 2  please.  He answers the questions.
 3           MR. BEDARD:  He can ask better questions.  You are
 4  lodging serious objections at us, Counsel, as well.  So I
 5  would --
 6           THE COURT:  All right.  Sir, did you talk about the
 7  substance of your testimony?
 8           THE WITNESS:  They told me I did great, I was doing
 9  great, basically; you know, just here's things we think they
10  might get into going forward.
11  BY MR. CROSS:
12  Q.   And what did they say?
13           MR. BEDARD:  Again, objection, Your Honor.
14  Attorney-client privilege.
15           MR. CROSS:  You don't get to do this when a witness
16  is on the stand.
17           THE COURT:  But you cannot interrupt.  You cannot
18  interrupt.  If you -- I mean, the testimony is supposed to be
19  unvarnished by further repair by counsel.  So, you know, that
20  is -- that is what his -- that is the concern.
21           MR. RUSSO:  We understand that, Your Honor.  It is
22  not about repairing testimony.  That wasn't -- you know, we
23  told him good job.  You know, tomorrow you're going to be on
24  the stand longer.
25           THE COURT:  Can you get the --
```

```
1           MR. RUSSO:  We talked -- we said -- encouraged him,

2     said good job, you know, speak to the Judge, the types of

3     things that you advise witnesses, not about the content of his

4     testimony yesterday in terms of -- in terms of trying to repair

5     testimony.  That is not -- that is not the substance of the

6     conversation.

7           MR. CROSS:  The rules are unequivocal.  When a

8     witness takes the stand, you may not speak with them about

9     their testimony.  It is an ethics rule.  We are officers of the

10    court.  We are entitled to know what this man was told to

11    prepare for his testimony today.  It is not privileged.

12          He himself is a lawyer.  I suspect he knows this.

13          THE COURT:  Do you contend otherwise, Counsel?

14          MR. RUSSO:  That -- I'm sorry?

15          THE COURT:  Do you -- do you disagree with the

16    summary of what Mr. Cross provided as what the ethics rules

17    provide?

18          MR. RUSSO:  In terms of sequestration, Your Honor?

19          THE COURT:  That is right.

20          Well, sequestration -- about talking with the

21    witnesses who is in the process of his testimony or her

22    testimony.

23          MR. RUSSO:  Your Honor, I don't know that I can give

24    my thought on that right now.  I want to, of course, look at

25    all -- look at the rule Mr. Cross is referring to.
```

1          But I do think that there have been plenty of

2   witnesses who had discussions during breaks, and one even came

3   back up and retestified a couple of days ago after -- after he

4   finished, you may recall.

5          THE COURT:  Right.

6          MR. RUSSO:  And so, you know, I'm not saying that

7   changes anything as to Mr. Germany, of course.  I think that,

8   you know, Mr. Germany's conversations with us, there's really

9   nothing in those conversations that I have too much concern

10  about, to be quite honest with you.

11         I think that, you know, repairing testimony is very

12  different than trying to repair his testimony if that is what

13  the concern is.  It is very different than encouraging a

14  witness to, you know, speak -- answer the questions, don't get

15  upset on the stand, you know, speak to the judge, kind of the

16  basic things of --

17         THE COURT:  Well, those things, of course, this

18  witness probably would know anyway.

19         MR. RUSSO:  Yeah, right.  I understand.

20         THE COURT:  Well, I am going to -- if there -- you

21  can ask what the topics were, but not further at this point,

22  and we'll deal with it further, so I don't want -- later on, if

23  you want to, since you want to provide the concerns and just

24  sort of reference the ethics rule separately at a later time,

25  perhaps either today or later just so that we all get -- talk

1   about this in advance.

2           But, I mean, because also Mr. Germany is an attorney,

3   I would think he would be conscious of what the scope of what

4   he can and cannot do while he is a witness on the stand.

5           But I will deal -- we'll deal with it later, other

6   than that you will be allowed to ask him what the topics were.

7   BY MR. CROSS:

8   **Q.**   Mr. Germany, you mentioned that counsel talked to you

9   about what you might expect to be questioned about today.

10          What were those topics?

11  **A.**   The Dominion contract.

12  **Q.**   Anything else?

13  **A.**   I'm sorry?

14  **Q.**   Anything else?

15  **A.**   No.

16  **Q.**   Any other topics that were discussed with counsel?

17  **A.**   Other than just that -- that I was doing a great job and

18  just kind of basic.  I don't feel like it was anything

19  substantive about testimony, just sort of some of the --

20          I do know these things, Your Honor.  But as someone who

21  has to kind of serve kind of on both sides, it definitely -- it

22  is appreciated to be reminded of those things.  And it actually

23  is quite helpful.  Things like, you know, just try to stay

24  calm, speak clearly.

25          Those things, like you said, I do know, but they are

```
 1  helpful to be reminded of.
 2  Q.    Any other topics discussed with your counsel?
 3  A.    Not that I can recall.
 4  Q.    Thank you, sir.
 5        Okay.  If you can grab -- do you still have the exhibits
 6  from yesterday, or do we --
 7  A.    I don't have them.
 8        MR. CROSS:  We can just pull it up.
 9        Tony, will you pull up 582, please.
10  BY MR. CROSS:
11  Q.    Just a few follow-up questions on this.
12        MR. CROSS:  Thank you, Mr. Martin.
13  BY MR. CROSS:
14  Q.    Just to get our heads back to where we were yesterday.
15  This is the Interrogatory Response 15.  You can see here where
16  it indicates that we asked State defendants, quote, to describe
17  with specificity each successful or attempted instance of
18  unauthorized access to or copying or alteration of the
19  following, and then there is equipment.
20        Do you see that?
21  A.    I'm sorry.  I couldn't -- I didn't quite hear the sentence
22  you read.
23  Q.    The second paragraph, sir, the second sentence of the
24  second paragraph.
25  A.    I see that.
```

1    **Q.**   Okay.  And do you recall yesterday there was a statement

2    made by the State defendants' counsel that if we had concerns

3    about the language in this or the response we should have

4    raised it at the time?  Do you recall that?

5    **A.**   A statement by?

6    **Q.**   Mr. Bedard said we should have raised it at the time if we

7    were concerned about this.

8    **A.**   I recall that.

9    **Q.**   Okay.

10              MR. CROSS:  May I approach, Your Honor?

11              THE COURT:  Yes.

12              MR. CROSS:  Did I give you one that is marked up?

13   BY MR. CROSS:

14   **Q.**   Just briefly on this, Mr. Germany, so you have in front of

15   you Exhibit 584.  If you flip to the --

16              THE COURT:  Is it 584 or 582?

17              MR. CROSS:  584.  582 was the rog response.

18              THE COURT:  All right.

19   BY MR. CROSS:

20   **Q.**   So if you look at Exhibit 584 and turn to the

21   third-to-last page, it is Page 17 of 19.

22   **A.**   Yes.

23   **Q.**   Do you see there's an email from my colleague Tamara

24   Wiesebron on October 12th of 2021, to Mr. Russo and others?

25   **A.**   I see that.

1    **Q.**   And if you look at the substance of her email on the next

2    page, do you see she writes, per the Court's directive, we have

3    significantly narrowed the interrogatories that were the

4    subject of our last discovery conference.

5         She is sending these interrogatories over and in the last

6    sentence asks for full and complete answers by October 21.

7    **A.**   I see that.

8    **Q.**   And then if you come back a couple of pages, you'll see

9    there is an email on October 14th from Mr. Russo.

10   **A.**   Yes.

11   **Q.**   If you look at the body of his email --

12             THE COURT:  What page is that?

13             MR. CROSS:  Page 16 of 19.

14             THE COURT:  Okay.

15   BY MR. CROSS:

16   **Q.**   And if you come to the body of his email at the top of

17   Page 17, in the last paragraph he writes, we will not be

18   responding to your revised interrogatories by your October 21

19   deadline; however, we would like to avoid another discovery

20   dispute.

21        And he asked us to propose narrowly tailored

22   interrogatories.

23        Do you see that?

24   **A.**   He asked -- Vincent asked you to propose that?

25   **Q.**   Yes.

```
 1          Do you see that?
 2    A.    Yes, I see that.
 3    Q.    Then come to Page 14, if you would, please.
 4    A.    Yes.
 5    Q.    Do you see that I respond to Mr. Russo on October 15?
 6    A.    Yes.
 7    Q.    And in my email I write, these are very narrow in scope.
 8    In fact, we would hope and expect that the vast majority could
 9    be answered very succinctly, such as for Number 15.
10          You understand Number 15 is the one we've been looking at
11    in Exhibit 582; right, sir?  Do you recall that that was
12    numbered Interrogatory 15?
13    A.    Yes, I'll take your word that that is what this is
14    referring to.
15              MR. RUSSO:  Your Honor, I'm going to object to the
16    relevance of this.  I think he may be getting somewhere, and
17    that is fine if that is where we're going.  But we've got
18    several witnesses that are supposed to be coming up today.
19    This is -- discovery is --
20              THE COURT:  I don't think it is just a discovery
21    dispute, I think, that he is trying to get into.  I think it is
22    something -- but I'm going to allow him to proceed.  I don't
23    know what -- you know, where he is going, but he is entitled to
24    examine -- it kind of relates to a vital piece of information,
25    so I'm trying to understand where we're going.
```

| | |
|---|---|
| 1 | MR. CROSS:  It won't take long, Your Honor. |
| 2 | THE COURT:  All right, sir. |
| 3 | BY MR. CROSS: |
| 4 | Q.   So, Mr. Germany, can you see here I reference specifically |
| 5 | Number 15 and said that, perhaps you could simply state |
| 6 | unequivocally that there have been no successful or attempted |
| 7 | instances of unauthorized access to or copying or alteration of |
| 8 | data on any specific election equipment or devices identified |
| 9 | since Georgia adopted the Dominion BMDs if that is accurate |
| 10 | based on your client's knowledge and a diligent investigation |
| 11 | per the requirements of the Federal Rules? |
| 12 | Do you see that? |
| 13 | A.   I see that. |
| 14 | Q.   And as a lawyer, you understand that in responding to |
| 15 | discovery responses there is, in fact, an obligation to answer |
| 16 | based on the client's knowledge and a diligent investigation; |
| 17 | right, sir? |
| 18 | A.   Yes. |
| 19 | Q.   And then if you come to Page 13, you see Mr. Russo |
| 20 | responds on October 15.  In the last sentence he indicates that |
| 21 | you guys would rereview the interrogatories and respond |
| 22 | further.  He asked us to further narrow them. |
| 23 | Do you see that? |
| 24 | A.   Which sentence are you referring to? |
| 25 | Q.   The last sentence of his email. |

| | |
|---|---|
| 1 | THE COURT:  It is highlighted on the screen. |
| 2 | MR. CROSS:  Yeah. |
| 3 | THE WITNESS:  I see that sentence. |
| 4 | BY MR. CROSS: |
| 5 | **Q.**   Okay.  Now, if you come forward to Page 10 -- I'm going to |
| 6 | skip over some intervening emails -- you see we get to |
| 7 | October 21 an email from Mr. Russo at the bottom of Page 10. |
| 8 | If it is easier, my colleague is highlighting things on |
| 9 | the screen for you. |
| 10 | **A.**   It is not really easier.  It is still a lot easier for me |
| 11 | to see it in front of me.  Thank you. |
| 12 | I see that. |
| 13 | **Q.**   And he says, attached are our responses to each of the |
| 14 | revised interrogatories. |
| 15 | Do you see that? |
| 16 | **A.**   Yes. |
| 17 | **Q.**   And so on October 21st, as we discussed yesterday, we |
| 18 | received Exhibit 582.  And then you'll see the bottom of |
| 19 | Page 8, if you can jump there. |
| 20 | Do you see that I sent an email to Mr. Russo on |
| 21 | October 22nd of 2021? |
| 22 | **A.**   Yes. |
| 23 | **Q.**   Actually, I'm sorry.  Look at the bottom of Page 9, if you |
| 24 | would.  Sorry. |
| 25 | **A.**   Okay. |

17

1   **Q.**   And I sent an email on October 21st to Mr. Russo.

2        Do you see that?

3   **A.**   Yes.

4   **Q.**   Okay.  This is the part that I wanted to get to.

5        I wrote, thanks, Vincent.  We need a verification from

6   your clients for these responses.

7        You see that?

8   **A.**   I see that.

9   **Q.**   And then the next sentence I wrote on 15, it is unclear

10  what you mean by hacked -- which is quotes -- and whether

11  that's narrower than what we asked.  Can you please send by

12  close of business tomorrow an answer to that request stating

13  whether the State has knowledge of any successful or attempted

14  instance of unauthorized access to or copying or alteration of

15  data on any equipment used with the Dominion election system?

16       Do you see that?

17  **A.**   I see that.

18  **Q.**   And then jumping to the bottom of Page 8 into Page 9, you

19  will see that I followed up on that question on October 22nd.

20       Do you see that?

21  **A.**   Yes, I see that.

22  **Q.**   Then on Page 8, months later on January 6, not having

23  heard from State defendants, do you see that I followed up

24  again?

25  **A.**   Yes.

**Q.**   And if you come to Page 7, Mr. Russo responds asking for clarification.

Do you see that?

**A.**   Yes.

**Q.**   I responded the same day, reminding him of the issue with Interrogatory 15 and the question about the word hacked.

Do you see that at the top of Page 7?

**A.**   I see that.

**Q.**   And I'll cut to the chase.  You're welcome to flip through the rest of it.  You'll see that we get to January 11, and we never get a response from the State defendants with a verification at the time, but more importantly, what they meant by hacked and whether it was something different than we asked.

There is no response to that in this.

Do you see that?

And you're welcome to flip through it.

**A.**   There is no response to what?

**Q.**   To the question whether they meant something different by hacked than the answer we posed in the interrogatory.

**A.**   Do you want me to review the rest of it?

**Q.**   You are welcome to flip through it.  And if you see where Mr. Russo or anyone else for the State responded to that question, I would ask you to direct me to it.

**A.**   Well, I have to read that to answer.

**Q.**   Sure.

19

```
1              THE COURT:  Counsel, would you be so kind as to point
2    me to where I will find the interrogatory again that is -- or
3    where is the specific language of it?
4              MR. CROSS:  It is Exhibit 582.
5              Tony, do you want to pull it up so she has it in
6    front of her?
7              MR. RUSSO:  That's the response.
8              MR. CROSS:  Oh, sorry.  You wanted the request, not
9    the response.  They quote part of it, but we can pull up the
10   whole response.
11             Is that 581?
12             Yeah.  This is the actual request they responded to,
13   Number 15.
14             THE COURT:  And this is the narrowed version?
15             MR. CROSS:  Yes, Your Honor.  Again, they quote the
16   key language in that first paragraph in their response, which
17   confirms.
18             THE WITNESS:  Thank you.
19             What was the question again?
20   BY MR. CROSS:
21   Q.   There is no point in that thread where Mr. Russo responded
22   to our question of whether the word hacked meant something
23   other than what we asked in Interrogatory Number 15; is that
24   right, sir?
25   A.   I didn't see anything like that.
```

1    **Q.**    Thank you.

2         Now, I want to talk a little bit more about what you and

3    the State defendants knew at the time that you answered this

4    interrogatory.

5         Going back to the summer of 2021, specifically May of

6    2021, you recall that we looked at the email from Mr. James

7    Barnes alerting the Secretary's office to the Cyber Ninjas

8    card; right?

9    **A.**    Yes.

10   **Q.**    And not only did you guys open the investigation into

11   whether there was access into the equipment, but the

12   Secretary's office actually took two key pieces of voting

13   equipment from Coffee County at that time; right?

14   **A.**    I don't know -- I don't think that is -- I don't recall

15   when the EMS in Coffee County was changed.  I believe it was --

16   well, I shouldn't say.  But the reason that EMS was changed,

17   the election management server, was not due to anything

18   regarding that Cyber Ninjas card.  That was due to the

19   elections director couldn't get access to it and needed it.

20        And those are done in two separate -- you know, the

21   Investigations is one division of the Secretary of State's

22   office.

23        And then the election management server change was done by

24   the Center for Election Systems by Michael Barnes and his team.

25        So those two things were not related, in my view.

1  **Q.**   Those two things were not related, in your view?

2  **A.**   Yes, sir.

3  **Q.**   As general counsel of the Secretary's office, it didn't

4  occur to you at the time that they might be related?

5          MR. BEDARD:  Objection, Your Honor.  I think it

6  misstates his testimony.

7          THE COURT:  I don't think it does.

8          So go ahead.

9          THE WITNESS:  No.  They were very different things.

10 The election management server was changed out because at some

11 point -- and I don't recall the exact date -- the new election

12 supervisor in Coffee County alerted Michael Barnes and said --

13 and I'm kind of testifying to what I recall from memory, not,

14 you know, sort of exact -- hey, we can't get into our election

15 management server and that you have to have access to that as

16 a -- kind of election supervisor to run an election, to

17 administer an election.

18          So I believe that came up, you know, as they were

19 preparing to administer an election.  I don't recall exactly

20 when.

21          And so at that point, Michael Barnes sends a tech

22 down -- because a lot of times when that happens, there might

23 be some, you know, mistake.  I think there was a newer

24 elections director too, and Michael and his team can help the

25 county get the access that they need.  It might be a password

1     issue or something like that.

2              In this case -- and when they go on those sales

3     calls -- or not sales calls, but kind of tech support calls to

4     a county, my understanding is they always bring a spare server

5     just in case they can't resolve the issue and they -- but they

6     want to be able to leave the county with a working server.

7              And so that is what happened.  Michael's tech -- I

8     think it was Chris Bellew who I know and who is a good person

9     at CES.

10    BY MR. CROSS:

11    **Q.**   Mr. Germany, I'm sorry to interrupt but we are way far

12    afield of what I asked.

13        Do you recall the question I asked you?

14    **A.**   You asked me if they were related.

15    **Q.**   No, sir.  I said, did it occur to you, did you consider

16    the fact that they might be related, yes or no?

17    **A.**   I did not think they were related.

18        And I guess one thing I'm trying to point out, I'm not

19    sure the timing really works out for that either, but I can't

20    recall.

21    **Q.**   You don't recall that the EMS server was replaced on

22    June 8?

23    **A.**   I don't.

24    **Q.**   And you don't recall that James Barnes alerted the

25    Secretary's office in the April, early May time frame to not

1  being able to access the server the exact same time frame that

2  he alerted your office to the Cyber Ninjas card?

3  **A.**   I recall the time frame of the Cyber Ninjas card notice

4  from yesterday.  I don't recall the other one that you are

5  referring to.

6  **Q.**   Okay.  Well, we're going to grab a document to help

7  refresh your memory on that.

8           MR. CROSS:  Let me -- while we do that --

9              **(There was a brief pause in the proceedings.)**

10          MR. CROSS:  Can you pull up 130, please?

11  BY MR. CROSS:

12  **Q.**   Have you seen Exhibit 130 or a document like this?

13  **A.**   I think I've seen something like this.  This would be more

14  in Michael Barnes' kind of area of expertise.

15  **Q.**   So you're aware that when voting equipment like an EMS

16  server is installed in a county, the acceptance testing is done

17  on it; right?

18  **A.**   Yes.

19  **Q.**   And are you aware -- take a step back.

20      You testified yesterday that you had significant

21  involvement working with your outside counsel with respect to

22  this case in discovery; right?

23  **A.**   Yes.

24  **Q.**   Are you aware that your counsel represented to us and the

25  Court that this is the acceptance testing document that shows

1    that the EMS server in Coffee County was replaced on June 8 of

2    2021, because it was not accessible?

3    **A.**   I see that.  I see it as June 8th, 2021.

4    **Q.**   Do you have any reason to believe that this is not the

5    acceptance testing that was represented to the Court?

6    **A.**   No.

7    **Q.**   So does this help refresh your recollection that the EMS

8    server was replaced around the same time that the Cyber Ninjas

9    card was raised with your office and your office opened an

10   investigation?

11   **A.**   Yes.

12   **Q.**   Now, you said, in your mind, it did not occur to you that

13   these events might be related.

14        Have you -- did you review any of the deposition testimony

15   in this case as it developed?

16   **A.**   I don't know that I reviewed specific transcripts or

17   anything like that.

18   **Q.**   Were you aware that James Barnes, the superintendent in

19   Coffee County at the time we've been talking about, testified

20   under oath that he understood the EMS server was replaced

21   because there was a concern that it had been compromised; if it

22   has been compromised in any way, he cannot use it in an

23   election?

24   **A.**   I'm not aware of that.

25   **Q.**   And it is still your view that these were unrelated?

1    **A.**    At the time, yes, it did not -- I did not think of them as

2    related.  I thought of the EMS server replacement as responding

3    to the issue that Mr. Barnes could not get access to the server

4    that he needed to run elections.

5        And then separately, you know, he did alert us to the

6    Cyber Ninjas, and he alerted -- with the EMS server, he would

7    have alerted Mr. Barnes, I think, Mr. Michael Barnes.  With the

8    Cyber Ninjas card, he alerted Chris Harvey.

9    **Q.**    But you were aware of both incidences having occurred and

10   being addressed at the same time in the May, June 2021 period;

11   right, sir?

12   **A.**    I was aware of the -- to the best of my recollection at

13   this point, I recall Chris Harvey letting me know something

14   about a Cyber Ninjas card.

15       Again, to me, that wasn't like, oh, this is a four-alarm

16   fire and if we had perhaps had additional information -- which

17   I understand now existed that we didn't actually have that the

18   plaintiffs had access to -- then I think we could have done,

19   you know, maybe -- maybe there could have been more pieces of

20   the puzzle put together at that point.

21       But back at the time, it wasn't -- I don't recall --

22   **Q.**    Mr. Germany, I'm sorry to interrupt.  They are very

23   simple, straight questions, and we're going to be here a long

24   time with speeches, so let me ask me the question again.

25   **A.**    With all due respect, sir, I took -- I have to tell the

1   whole truth and the complete truth.

2   **Q.**   And you will have all the time in the world to do that.

3   **A.**   Well, I have to do that now.

4   **Q.**   Mr. Germany, you understand how court works.  Let me come

5   back to my question.  It is yes or no.

6        Isn't it true, sir, that in the May 2021 time period, you

7   knew, you were aware that two things were happening in your

8   office at the same time involving Coffee County?  An

9   investigation involving Cyber Ninjas' potential access to

10  voting equipment and that the EMS server was being replaced

11  because it was no longer accessible?

12       You knew that; correct, sir?

13  **A.**   What I was about to get to --

14  **Q.**   Is the answer yes?

15  **A.**   What I was about to get to --

16  **Q.**   Is the answer yes?

17            THE COURT:  You have to answer yes or no.

18            THE WITNESS:  The answer is no.  The answer is no.

19  BY MR. CROSS:

20  **Q.**   You didn't know about either of those things?

21       Go ahead.  Go ahead.  Let's hear it.

22  **A.**   Could you repeat the question?

23       I feel like that was kind of not a fair kind of reckoned

24  recount of what I said.

25            THE COURT:  The court reporter will just simply read

1    over the question again.

2              **(The record was read back by the court**

3              **reporter.)**

4              THE WITNESS:  No, that is not correct.  To my

5    recollection, I do recall, like I was saying, of Chris Harvey

6    telling me about the Cyber Ninjas card.  I don't recall Michael

7    Barnes telling me about replacing the server.

8              I think -- and based on my recollection of kind of

9    what I did learn about it, which I don't know when that was,

10   that that was viewed from the -- going down to Coffee County to

11   replace the server.

12             And again, they were going down, not to -- not to

13   replace the server, to try to respond to the call that

14   Mr. James Barnes had made to Michael Barnes to say, hey, I

15   can't get in this server.

16             So I don't think that Chris Bellew, who I think was

17   the tech who went down there, was going down there with the

18   impression, oh, I need to replace this server.  I think it was,

19   hey, we have a county with an issue with a server.

20             That is not, you know -- that is something that CES

21   responds to regularly.  That's not a, oh, this is some big

22   thing that needs to be sort of risen up through the ranks of

23   the Secretary of State's office.

24             So -- and then when Chris Bellew went down there, was

25   not able to get access to the server, then that was replaced.

1          But I don't think the two things, especially in the

2    minds of Chris and Michael who were doing that, were related to

3    any investigation.

4    BY MR. CROSS:

5    **Q.**   Can you give the Court any time frame at all as to when

6    you learned that the EMS server was replaced in Coffee County?

7    **A.**   I can't right now.

8    **Q.**   You just testified that Chris Bellew going down to

9    potentially replace the EMS server was something that CES

10   responds to regularly; right?

11   **A.**   Well, what I think I said was --

12   **Q.**   I just asked you if you said that.

13          Do you recall saying that?

14   **A.**   What I think I said, what I --

15   **Q.**   We can read it back if you'd like.

16   **A.**   What I said -- I'll tell you what I said.  What I said was

17   what CES regularly responds to is counties having an issue with

18   the server maybe not being able to get in.

19          My understanding is that, generally, that is something

20   that is able to be resolved, you know, by CES at kind of the

21   technical level, just helping a county with a password or

22   something like that.  I don't think he went down there to

23   replace the server.

24          And as I testified earlier, from what I have learned from

25   Michael, they do, as a matter of course, bring a spare server

1  with them on those types of calls just so they can make sure

2  they leave the county with a working server.

3          MR. CROSS:  Okay.  Well, I'll move to strike that as

4  hearsay and nonresponsive.

5  BY MR. CROSS:

6  Q.   Let's talk about what --

7          MR. CROSS:  Oh, I'm sorry.

8          THE COURT:  All right.  It is hearsay.  I'll just

9  consider that it is hearsay and therefore not admissible.

10         But it does -- he is explaining his course of conduct

11 at the same time, and that is what you have asked about.

12         MR. CROSS:  Yes.  Thank you, Your Honor.

13 BY MR. CROSS:

14 Q.   So Mr. Barnes testified in this trial.

15      Do you understand that?

16 A.   Yes.

17 Q.   And are you -- well, you've been sequestered, so you

18 wouldn't know this.

19      But he testified that the State actually very rarely

20 replaces physical devices for election equipment, that that

21 happens between the county and Dominion.

22      Are you aware that that is the process of how it is

23 supposed to work?

24 A.   Generally, I think that's correct.  I do know that the

25 State keeps some spare equipment in case something needs to be

1   replaced on an expedited level or expedited, I should say, time

2   frame.

3   **Q.**   But generally, you agree with Mr. Barnes that the State

4   doesn't regularly replace equipment, that that is for -- if

5   there are issues, the counties are supposed to contact

6   Dominion, and there is a specific process for dealing with

7   that; right?  Do you disagree with him?

8   **A.**   I would probably have to know more context, exactly.

9   Michael is very good at what he does, so I would be hesitant to

10  disagree with him.

11  **Q.**   And isn't it true that the State has never replaced,

12  except in Coffee County, an EMS server because of

13  inaccessibility?  It is the only time it has ever happened;

14  right?

15  **A.**   I can't say.

16  **Q.**   Mr. Sterling testified in his deposition, on how many

17  prior occasions has the State replaced an EMS server for a

18  county in the Dominion system that was inaccessible?

19       His answer, because of an inaccessibility, none that I'm

20  aware of other than this one.

21       Do you have any reason to believe that Mr. Sterling is

22  mistaken?

23  **A.**   I don't know one way or the other.

24  **Q.**   So as you sit here, you can't identify any other instance

25  where a -- the State replaced an EMS server because it was no

1   longer accessible in the current BMD system; is that fair?

2   **A.**   I cannot identify that.

3   **Q.**   You testified yesterday that you helped negotiate

4   including vetted some of the terms of the State's contract with

5   Dominion; right?

6   **A.**   What was the second part?  Helped negotiate and what?

7   **Q.**   I thought you said you had input into some of the terms in

8   that contract.

9   **A.**   I did have input, yes.

10  **Q.**   And unauthorized access to the Dominion equipment in

11  Georgia puts Georgia in breach of its Master Solution Purchase

12  and Services Agreement with Dominion; right, sir?

13  **A.**   I would have to review it.

14          MR. BEDARD:  Objection.  I would just object to that

15  question to the extent it calls for a legal conclusion, Your

16  Honor.  We can look at the contract itself and have an argument

17  about that.

18          MR. CROSS:  Can you pull it up, please?

19          THE WITNESS:  Is it possible for me to get another

20  water?

21          MR. CROSS:  Oh, sure.  Sure.

22          THE WITNESS:  Thank you.

23          MR. CROSS:  Tony, can you go to Page 2?  Next page.

24  BY MR. CROSS:

25  **Q.**   Mr. Germany, take your time to read the email for a

1    moment, but I'll just direct your attention to the email from

2    Bryan Tyson to me on August 31st of 2020.

3        Do you see that?

4    **A.**   I see that.

5    **Q.**   And do you recall that in the September 2020 preliminary

6    injunction hearing, Dr. Halderman did an in-court demonstration

7    where he showed how you could hack the BMD system using

8    equipment that was provided by Fulton County?

9    **A.**   I recall -- I recall that.

10   **Q.**   Let me ask a better question.  I think it will be easier.

11       You're aware that in the August, September 2020 time

12   frame, Fulton County provided a BMD and some other components

13   to Dr. Halderman that he has analyzed; right?

14   **A.**   I believe there was a court order ordering Fulton County

15   to provide certain access.

16   **Q.**   Yes.

17       And so we were negotiating that with the other side here

18   in August 31st of 2020.  And if you come down to the last

19   paragraph of Mr. Tyson's email, he writes, but your scope and

20   proposals raise a larger concern given the breadth of the

21   information you are seeking and the unfettered access to the

22   entirety of the election system.  Even if this was feasible, it

23   would place Georgia in breach of its Master Solution Purchase

24   and Services Agreement with Dominion.

25       Do you see that?

1   **A.**    Yes.

2   **Q.**    And while you were in the Secretary's office as the

3   general counsel, did you ever come to a view on whether the

4   breach in Coffee County, the multiple breaches in Coffee County

5   constituted a breach of the Master Solution and Purchase and

6   Service Agreement with Dominion?

7   **A.**    I don't recall ever doing an analysis like that.

8   **Q.**    Have there been any discussions between the State and

9   Dominion regarding the Coffee County breaches?

10  **A.**    Yes.

11  **Q.**    What has been discussed?

12  **A.**    Well, what would happen in Coffee County has obviously

13  been a subject of much discussion in the Secretary of State's

14  office.  And when something comes up that involved Dominion

15  equipment, then we -- we discuss it with Dominion pretty

16  regularly.

17      I don't recall ever any discussions about, oh, this is a

18  potential breach of the contract.  Dominion has been a good

19  partner with the State.  We try to be a good, you know, partner

20  with them too to make sure we can all kind of run a good

21  election.

22      So I certainly don't recall any of that discussion of us

23  being in breach due to what happened in Coffee County coming

24  up.

25  **Q.**    The communications between your office, when you were at

1    the Secretary's office, and Dominion, do you know if there were

2    emails, for example, that went back and forth on the Coffee

3    County breaches?

4    **A.**   I don't know if there were emails.

5    **Q.**   So as you sit here, with something of the magnitude of the

6    Coffee County breaches, is it your belief or your memory that

7    every communication with Dominion regarding their equipment was

8    oral?

9    **A.**   Well, I can speak to the communications I know about.  I

10   mean, there could be other ones, but I would say, generally, my

11   communications with Dominion are over the phone just because,

12   frankly, it is stuff that is easier to discuss over the phone.

13   **Q.**   And so as you sit here, you can't recall ever sending a

14   single email -- you are not aware of anyone having any email

15   exchange with Dominion regarding the breaches in Coffee County?

16   **A.**   I am not aware of that.  That would be the type of topic

17   that would generally call for a phone discussion just based on

18   the nature because it is --

19   **Q.**   Why?

20   **A.**   -- because it is back and forth, it is complicated, it is

21   trying to figure out and discuss, and it is -- it is not sort

22   of -- that has been my -- I know in my discussions at least, it

23   has been something, hey, let's call, and I want to run

24   something by you, what do you think?  That type of thing.

25   **Q.**   So it doesn't surprise you or concern you that the State

1   has produced not one written communication with Dominion

2   regarding the breaches in Coffee County?

3   **A.**   We talk to Dominion a lot, so I would say we're in good

4   communication.  I don't -- it doesn't surprise or concern me;

5   correct.

6   **Q.**   Can you identify any other instance from your own personal

7   knowledge where someone from CES went to a county elections

8   office where there was a report that the EMS server was not

9   accessible and they brought with them an actual EMS server

10  sitting in a vehicle?

11  **A.**   My understanding from Michael Barnes is that is something

12  they do regularly on calls like that, that that is --

13  **Q.**   My question to you is:  As you sit here, can you -- are

14  you aware of your own personal knowledge of any specific

15  instance where that has ever happened before?

16          MR. BEDARD:  Objection, Your Honor.  Asked and

17  answered.  I think he asked this about 15 or 20 minutes ago.

18          THE COURT:  No.  He has -- what he has reported each

19  time is his understanding from Michael Barnes, and I think it

20  is a different -- and he has still not answered the actual

21  question.

22          THE WITNESS:  My understanding on how CES does stuff,

23  all of that would come through Michael Barnes.

24          THE COURT:  But you don't have any personal

25  understanding, you are saying?

```
 1              THE WITNESS:  My knowledge comes from I talk to

 2    Michael Barnes about what they do.  I'm not in -- they are in a

 3    separate physical office than us.

 4              So yeah, it is discussions with the people that run

 5    that office.  That is how my understanding is reached.

 6    BY MR. CROSS:

 7    Q.   I showed you a moment ago the -- the acceptance testing

 8    document that was represented to the Court corresponds to

 9    replacing the EMS server in Coffee County.

10         Do you recall that?

11    A.   Yes.

12    Q.   Does it surprise you that the State has also represented

13    it has no other documents, not one document concerning

14    replacing that EMS server even though, as Mr. Sterling

15    testified, it has never been done before or since?

16    A.   I recall discussing with Michael Barnes what documentation

17    they have regarding --

18    Q.   I'm not asking you to offer me hearsay.

19         I'm just asking:  Does it surprise you that the State has

20    not any documents beyond the generic acceptance testing?  Just

21    yes or no, does it surprise you?

22    A.   Well, based on my discussions with Michael Barnes and how

23    they generally do stuff, it does not.

24    Q.   So that is consistent with your understanding of how the

25    State -- the documentation it would or would not create when it
```

1  is replacing a server in that context?

2  **A.**   My understanding is yes, that is the documentation that is

3  created.

4  **Q.**   Another thing that the State did in May of 2021 in the

5  context of everything we've talked about is go out and hire a

6  forensic expert named James Persinger; right?

7  **A.**   I can't recall when we hired Mr. Persinger.  I thought it

8  was prior to that in regards to this litigation.  I guess I

9  shouldn't say we hired.  He would have been an expert in this

10 litigation prior to that.

11 **Q.**   Okay.

12         MR. CROSS:  Tony, can you pull up Exhibit 467,

13 please?

14 BY MR. CROSS:

15 **Q.**   So, Mr. Persinger -- I'm sorry.

16       Mr. Germany, you'll see on the screen -- do you see a

17 document entitled Declaration of James Persinger?

18 **A.**   Yes.

19         MR. CROSS:  And, Tony, can we go to the signature

20 page at the end?

21 BY MR. CROSS:

22 **Q.**   And you'll see here it is signed by James Persinger under

23 oath on November 10th of 2022?

24 **A.**   Yes.

25         MR. CROSS:  And then if you come back out to the full

1    screen, Tony.

2    BY MR. CROSS:

3    **Q.**    If you look at the top, do you see the little legend at

4    the top indicates that it was actually filed with the Court on

5    February 14 of 2023?

6    **A.**    I see that.

7    **Q.**    Now, if we jump to Paragraph 11 on Page 5 of 23, do you

8    see here, does that refresh -- and you can read this.

9        Does this refresh your recollection that Mr. Persinger was

10   retained by Mr. Russo on May 20 -- on or about May 21st of

11   2021?

12   **A.**    Yes, I see that.

13   **Q.**    And specifically to provide digital forensic and technical

14   consulting services?

15   **A.**    Yes.

16   **Q.**    And do you have any reason to believe that this is not

17   accurate?

18   **A.**    No.

19   **Q.**    Okay.  So in May of 2021, the Secretary's office is

20   alerted that Cyber Ninjas, potentially, they are opening an

21   investigation into whether they had potentially accessed the

22   voting equipment, which Mr. Harvey said would be his worst

23   fear.  You've also -- the office also replaced the EMS server,

24   which had never been done before and has never been done since.

25   This is in the context of a county that already had had an open

1    investigation for election-related issues, and your litigation

2    counsel hired a forensic expert specifically to provide digital

3    forensic and technical consulting services, litigation counsel

4    in this case.

5           MR. BEDARD:  Objection, Your Honor.

6    BY MR. CROSS:

7    **Q.**   Those are the facts; right, sir?

8           MR. BEDARD:  Objection, Your Honor, to hearsay.

9    Mr. Germany recalled that we had hired Mr. Persinger.

10   Mr. Cross is relying on his out-of-court declaration from

11   Mr. Persinger for the scope of his engagement.  He can call

12   Mr. Persinger if he would like, but Mr. Germany just recalls

13   only that he was hired, not to the scope of his engagement or

14   anything like that, so --

15          THE COURT:  Well, I haven't heard that, so -- from --

16   I mean, he is entitled to explore it.  He is entitled to try to

17   refresh the witness' memory, and that is what he is doing.  So

18   he may proceed.

19          THE WITNESS:  So I would disagree with one of the

20   ways you characterized something in that we did have knowledge

21   of Cyber Ninjas' card on Misty Hampton's desk.  I certainly did

22   not see that, and I don't think other people did either, that,

23   oh, this is evidence that they were there.

24          I think it was something that required that we then

25   looked into, but it was based on a card being on a desk.  For

1    instance, I have lots of business cards in my desk from people

2    that have never been in my office.

3    BY MR. CROSS:

4    **Q.**    Do any of the business cards you have on your desk, are

5    they from folks who are known publicly to have tried to access

6    voting equipment or otherwise engage in unlawful behavior?

7    **A.**    I can't really answer that.

8    **Q.**    Okay.  Well, I mean, let's just be clear.  In May of 2021,

9    it was publicly known that Cyber Ninjas was trying to get

10   access to voting equipment.

11        You recall that; right, sir?

12   **A.**    Yes.

13   **Q.**    This isn't a random business card from a coffee vendor or

14   someone who sells sandwiches.

15        We're not talking about that; right?  Yes?

16   **A.**    I'm sorry?

17   **Q.**    You're not suggesting that this particular business card

18   in this particular context was trivial, that it was just like

19   any other business card you might find on your desk; right?

20   You're not suggesting that?

21   **A.**    The only thing I think you said, oh, we had evidence Cyber

22   Ninjas was there.  And we didn't -- I thought that is what you

23   said, so if you didn't --

24   **Q.**    I apologize then.  I apologize.  Let me -- I'll read the

25   question back.

1      So in May of 2021, the Secretary's office is alerted that

2  Cyber Ninjas potentially -- let me ask it again.

3          MR. CROSS:  You're doing a great job, Shannon, and

4  that is realtime.  Sorry.

5  BY MR. CROSS:

6  **Q.**   Let me ask the question again.  Let me try again.

7      So in May of 2021, the Secretary's office is alerted that

8  Cyber Ninjas was potentially there, potentially there, and

9  opened an investigation into whether they had potentially

10  accessed the voting equipment, which Mr. Harvey said was his

11  worst fear.  The office also replaced the EMS server, which had

12  never been done before and has never been done since.  This is

13  in the context of a county that had already had an open

14  investigation for election-related issues.  And your litigation

15  counsel hired a forensic expert specifically to provide digital

16  forensic and technical consulting services, and that's your

17  litigation counsel in this case.

18      Those are the facts; right?

19          MR. BEDARD:  Objection, Your Honor.  Again, assumes

20  facts that, one, aren't in evidence; two, that he has already

21  testified he doesn't have personal knowledge of.  There is a

22  whole string of things in there he said he doesn't have

23  personal knowledge of.

24          THE COURT:  Why don't we go over, since there seems

25  to be a dispute of what he has knowledge over.  Even if we have

1  to look at the documents presented by -- that you introduced to

2  Mr. Harvey.

3            MR. CROSS:  Okay.  Understood.  I was trying to keep

4  it efficient.

5            THE COURT:  Do you want a few minutes' break to try

6  to do that?  Pull it -- pull that together?

7            MR. CROSS:  That's okay.  I can move on, Your Honor.

8            THE COURT:  I realize the significance of the

9  questions at the same time, and, you know, partially also

10  because we had a break between, obviously, the testimony

11  yesterday and today, I'm just concerned that -- that it would

12  be easier to review again any of the -- you're summarizing what

13  you think you've established.  I can't necessarily remember

14  whether you presented -- you know, what has been copied to who

15  because some of that came out yesterday, so --

16            MR. CROSS:  That's okay, Your Honor.  I can withdraw

17  the question because I do feel confident that is in the record.

18  So we'll move on.

19            THE COURT:  All right.

20            MR. CROSS:  Thank you.

21  BY MR. CROSS:

22  **Q.**  Mr. Germany, we talked a little bit about the open

23  investigation into Coffee County that started in December of

24  2020; right?  Do you recall that?

25  **A.**  Yes, sir.

1   **Q.**   And do you recall or were you aware that Investigator

2   Blanchard was assigned to that investigation?

3   **A.**   Yes.

4   **Q.**   And you understand that he actually went down to Coffee

5   County multiple times; right?

6   **A.**   Yes.

7   **Q.**   And he spoke with -- met with Misty Hampton and

8   potentially others; right?

9   **A.**   I mean, I would -- I don't know -- I would assume that he

10  met with Misty based on kind of his general practices.

11  **Q.**   Are you aware that at one point when Investigator

12  Blanchard was there in January of 2021, when he went into the

13  election office that Jeffrey Lenberg was in Misty Hampton's

14  office at the moment Investigator Blanchard went in?

15  **A.**   I became aware of that at some point.

16  **Q.**   And do you recall when you became aware of that?

17  **A.**   It was in this litigation, and I think it was -- I believe

18  that was public also, and there was videos released, and there

19  was news articles about it, and that would have been when I

20  became aware of that.

21  **Q.**   And in your role as general counsel, do you know whether

22  anyone else in the Secretary's office was alerted to that at or

23  around the time that it occurred in January of 2021?

24  **A.**   I don't think when that occurred that Blanchard realized

25  that that was something of significance.

1  **Q.**   So I'm just asking -- I'm not asking --

2  **A.**   So I don't think anyone was -- I don't think -- I don't

3  think he was aware of that, and I don't think -- if he wasn't

4  aware of it, he certainly couldn't alert anybody to it.

5  **Q.**   Okay.  All right.  So let's fast-forward to the spring of

6  2022 when these issues started to unfold.  And again, we

7  mentioned yesterday -- you stated to the Court under oath that

8  the Secretary's office had no information about the allegations

9  of a potential breach in Coffee County before March of 2022.

10      Do you recall that?

11 **A.**   I would say we didn't have knowledge of it until then.  I

12 mean, looking back, there are some pieces that I wish we had

13 put together differently, and I think we could have put them

14 together differently if we had additional information that we

15 later got, but it certainly wasn't something that we were aware

16 of or thought that occurred prior to that.

17      And frankly, when I first heard about it from the call

18 between Ms. Marks and Scott Hall, that, to me, didn't establish

19 that it had occurred because I was aware of Mr. Hall making a

20 lot of claims about the 2020 election that did not turn out to

21 be true.

22 **Q.**   So once you learned about this, one of the first things

23 that the State did was to bring someone in from Dominion to try

24 to access the EMS server in the spring of 2022 in April in

25 particular.

1       Do you recall that?

2    **A.**   Correct.  That was my -- I think that was my kind of

3    thought process in terms of trying to figure out what happened

4    given the fact that we knew Mr. Hall, from previous

5    investigations and a lot of his previous allegations, had

6    turned out not to have -- not to be true.  It didn't seem like

7    the best way to figure out what happened would be just to ask

8    him.  So I do think that was kind of my suggestion of, let's

9    try to figure out what happened forensically before we start

10   talking to people who we think might not be honest with us.

11       So yes, and I think the way we first tried to do that was

12   through Dominion.

13   **Q.**   And so in April of 2022, Nicole -- is it Nollette,

14   N-O-L-L-E-T-T-E?  Am I saying her last name right?  Do you

15   know?

16   **A.**   Yeah.  Pretty close, as far as I know.  Nicole -- what is

17   her last name?  Nolette?

18   **Q.**   N-O-L-L-E-T-T-E.  Is it Nolette?

19   **A.**   Nicole Nollette.  Yes, sir.

20   **Q.**   So was it your decision or were you involved in a decision

21   to bring in Ms. Nollette to try to access the system, the EMS

22   server?

23   **A.**   Nicole is -- I believe she's chief operations officer at

24   Dominion or something like that.  So we worked through Nicole,

25   but I think she was talking with other people.  I don't think

1    she's the one doing the technical work on the Dominion side.

2            MR. CROSS:  Tony, can you pull up Tab 15, please?

3    BY MR. CROSS:

4    **Q.**   So, Mr. Germany, do you see here a declaration --

5    declaration of Ryan Germany?

6    **A.**   Yes.

7            MR. CROSS:  And if we go to Page 3, Tony.

8    BY MR. CROSS:

9    **Q.**   Do you see your signature on this?

10   **A.**   Yes.  Yes.

11   **Q.**   If we come up on Page 3, you state here in Paragraph 7,

12   the item Nicole Nollette from Dominion purchased to attempt to

13   access the Coffee County EMS server in spring of '22 was a

14   digital -- a Western Digital Easystore two terabyte portable

15   drive.

16           Do you see that?

17   **A.**   Yes.

18   **Q.**   Does it refresh your recollection that in the spring of

19   2022, Ms. Nollette herself actually came to your office, tried

20   to access it, even went to Best Buy to buy a piece of equipment

21   to do that?

22   **A.**   My recollection is so Nicole would have gone to Center for

23   Election Systems office and where the Coffee County server was.

24   And so I think she was personally there, and I don't recall if

25   she had other people with her or if she might have been talking

1    to other people from Dominion on the phone.

2    **Q.**   But you recall that she came to some Secretary of State's

3    office facility where the EMS server was and tried to access it

4    in the spring of 2022?

5    **A.**   Yes.

6    **Q.**   And she was unable?

7    **A.**   Correct.

8    **Q.**   Are you aware that the data that sits on the Dominion EMS

9    server as it is -- as it is taken from Coffee County -- that

10   the data itself is not encrypted?

11   **A.**   I couldn't speak to that.

12          MR. CROSS:  Can you pull the declaration up again?

13   BY MR. CROSS:

14   **Q.**   If we go to Paragraph 8, you wrote here, when assisting

15   with trying to obtain access to the Coffee County EMS server,

16   Ms. Nollette does not recall the issue of whether or not the

17   EMS server was encrypted ever coming up with anyone at SOS or

18   whether she advised anyone the encryption status of the server.

19          Do you see that?

20   **A.**   Yes.

21   **Q.**   Does that help refresh your memory at all about the issue

22   of encrypted data coming up with respect to this server?

23   **A.**   I mean, it refreshes my recollection as to -- as to this

24   specific thing.  I think that would have been true just based

25   on knowledge at the time.  But in terms of the technical issue,

1   that is not something that I recall.

2   **Q.**   So in the spring of 2022, no one -- the Secretary's office

3   was not able to get access to the Coffee County EMS server; is

4   that right?

5   **A.**   Correct.

6   **Q.**   And are you aware today that a simple Google search would

7   have pulled up a YouTube video that would have shown anyone in

8   your office how to get access to the data on that within

9   minutes?

10  **A.**   I'm not aware of that.

11  **Q.**   Do you know whether anyone in or associated with the

12  Secretary's office in the spring of '22 undertook any efforts,

13  any research about how they might access this server other than

14  asking Ms. Nollette to do it?

15  **A.**   My recollection is there was discussions with Dominion

16  about what is the best way to do this.  And -- and that was how

17  that -- I'm not familiar with sort of the specifics of what

18  they discussed.

19          MR. CROSS:  Tony, can we get Exhibit 181?

20  BY MR. CROSS:

21  **Q.**   All right.  Mr. Germany, still in the April 2022 time

22  frame, do you see Exhibit 181 there is an email that you sent

23  to Steven Ellis on April 1st of 2022?

24  **A.**   Yes.

25  **Q.**   And if you flip to -- I'm sorry.

```
 1              MR. CROSS:  Tony, let's go to Page 2.
 2   BY MR. CROSS:
 3   Q.   The first email in this thread comes from Rachel Roberts,
 4   who at the time was the election superintendent in Coffee
 5   County.
 6        Do you recall that?
 7   A.   I don't recall Rachel, but I don't dispute what you just
 8   said.
 9   Q.   You don't have any belief -- you don't have any reason to
10   believe she was not the election supervisor in April of 2022 in
11   Coffee County; right?
12   A.   I really can't say one way or the other.
13   Q.   Okay.  And so she writes to -- is it Pratik Patel?
14   A.   Yes.
15   Q.   In your office -- and is it Mr. Patel?
16   A.   I believe so.
17   Q.   Is Mr. Patel in CES?
18   A.   Yes.
19   Q.   And so she writes --
20              MR. BEDARD:  Objection, Your Honor.  To the extent
21   Mr. Cross is going to read this into the record, it is hearsay.
22   Mr. Germany is not even on this email.
23              MR. CROSS:  He's at the top of it.
24              MR. BEDARD:  But it is still -- it is the underlying
25   email, Your Honor.  He is not on it.  He is not having a
```

1   conversation in it.  Even if he was, it would still be hearsay

2   because it is not his statement.

3            MR. CROSS:  There is no assertion of truth here.  She

4   has a question.

5            MR. BEDARD:  But he is still reading it into the

6   record, Your Honor.

7            THE COURT:  Well, he is allowed to read the predicate

8   question that he is going to be trying to pursue.  I mean, it

9   is not -- it is not -- there is no way of his asking the

10  question of being able to pursue this otherwise.  So it may be

11  that he knows --

12           This is silly.  You can go ahead and -- I mean,

13  whether it is true or -- the question was, can you please send

14  me a letter on your letterhead stating that our server is in

15  your possession?

16           And that is sent from one person to the next.  I

17  don't know what -- and please include why and when it was

18  changed out.

19           I don't know what -- enough of what this is about,

20  but it is not provided for the truth -- it is basically here --

21  he is asking him a question about this course of

22  communications.

23           Thank you.  Go ahead with that in mind.

24  BY MR. CROSS:

25  Q.   Mr. Germany, do you see Ms. Roberts asks this individual

```
 1    in CES, can you please send me a letter on your letterhead
 2    stating that our server is in your possession?
 3          Do you see that?
 4    A.    Yes.
 5    Q.    And the server was in the State's possession at this
 6    point; right?
 7    A.    Yes.
 8    Q.    And she also says, please include why and when it was
 9    changed out.
10          Do you see that?
11    A.    Yes.
12    Q.    And to your knowledge, the State never provided the letter
13    that she requested here; right, sir?
14    A.    I don't know.
15    Q.    As you sit here, you can't represent to the Court that
16    this -- that a letter that she requested was provided?  You
17    have never seen such a letter; is that fair?
18    A.    Correct.  Not to my recollection.
19    Q.    And then if you come further up, you can see Mr. Patel
20    from CES responds to her and adds Steven Ellis.
21          Do you see that?
22    A.    Yes.
23    Q.    Steven Ellis was an attorney who reported to you when you
24    were the GC?
25    A.    Yes.
```

```
 1   Q.   Then if we come to the first page at the bottom, Mr. Ellis
 2   forwards this to you on April 1st, the same day, of 2022.
 3        Do you see that?
 4   A.   Yes.
 5   Q.   And then you respond to him, I just left a message with
 6   Coffee County's attorney.  Let's work through her.
 7        Did you see that?
 8   A.   Yes.
 9   Q.   And what efforts did you undertake in April of 2022 in
10   coordinating with Coffee County's attorney in dealing with this
11   response to Ms. Roberts, if anything?
12   A.   I can't recall specifically dealing with this response.  I
13   was -- I reached out to Coffee County's Attorney -- Jennifer
14   Herzog is who I was speaking to and -- about this issue in
15   general about what happened at Coffee County and just trying
16   to, you know, really figure out what it was.  And I had found
17   her, I think, in some discussions to be, you know, helpful and
18   trustworthy.
19   Q.   Ms. Herzog you communicated with over the phone sometimes;
20   is that fair?
21   A.   Yes.
22   Q.   Sometimes in text messages?
23            THE COURT:  I'm sorry.  Ms. Herzog is the --
24            MR. CROSS:  Oh, I'm sorry.  Let me lay that
25   foundation.
```

```
 1   BY MR. CROSS:
 2   Q.   Jennifer Herzog is an attorney that represents Coffee
 3   County, the election board?
 4        Why don't you explain her role.
 5   A.   Yeah, probably -- I'm not sure if she represents the board
 6   specifically or kind of the county attorney, and then the board
 7   is sort of a division of the county.
 8   Q.   But you reached out to her as counsel for Coffee County in
 9   some capacity; is that fair?
10   A.   Correct.
11   Q.   And so you communicated with her by phone.
12        You also communicated with her by text messages; is that
13   right?
14   A.   Yes.  And probably by email as well.
15   Q.   Yes.
16        And when this email came to your attention from
17   Ms. Roberts, did you encourage Ms. Herzog to ask her client not
18   to send further communications on this?
19   A.   I can't recall.
20   Q.   You just don't recall one way or the other whether you
21   said that?
22   A.   Correct.
23   Q.   All right.  So let's take a look at Exhibit 585.  If you
24   see at the top, this is an email that you received from
25   Ms. Herzog on July 15 of 2022.
```

1          Do you see that?

2    **A.**   Yes.

3              MR. CROSS:   Now, if we come down to the bottom of

4    this page, Tony.

5    BY MR. CROSS:

6    **Q.**   Do you see, Mr. Germany, there is an email again from

7    Rachel Roberts July 14, 2022, to individuals at the Secretary's

8    office with the subject voting machines.

9    **A.**   Yes, I see that.

10   **Q.**   Blake Evans, at this time, he was the election supervisor

11   for the State?

12   **A.**   The elections director, yes.

13   **Q.**   Thank you.

14        Here, she asks another question.  If you could come to her

15   email.  Since it has been published that the former elections

16   supervisor gave access to voting machines, do they need to be

17   recertified?

18        Do you see that?

19   **A.**   Yes.

20   **Q.**   Mr. Evans forwarded this on to you, Gabriel Sterling, and

21   Michael Barnes on the same -- the next day on July 15.

22        Do you see that?

23   **A.**   Yes.

24   **Q.**   And then you forwarded it on to Ms. Herzog; right?

25   **A.**   Yes.

1  **Q.**   Which Ms. Herzog responded, bless.  Inaccurate obviously.

2  I will speak with her.

3      Do you see that?

4  **A.**   Yes.

5  **Q.**   Do you know what she was referring to as inaccurate when

6  you received her response?  Did you think to yourself, what is

7  inaccurate?

8  **A.**   I think at that point we were still kind of investigating,

9  okay, what happened?

10      I'm not sure what Jennifer knew.  I think -- bless, I

11  think, is probably short for bless her heart, as you probably

12  know.  But I think -- I think it was more so like -- I could

13  just say my interpretation was, well, we're still trying to

14  figure out what happened.  Sometimes there are news reports

15  that aren't always accurate.

16      So that is how I took it.

17  **Q.**   And do you recall that by July 15 of 2022, Mr. Persinger

18  had already shared with you that he had found evidence that a

19  Samsung device had been connected to the Coffee County EMS

20  server, a device that should not show up on that server?

21  **A.**   I recall learning that in -- yeah, around July.

22  **Q.**   And as you sit here, you can't point us or the Court to

23  any response to Ms. Roberts' question of whether the machines

24  needed to be recertified?  You're not aware of any response to

25  her; right?

```
 1  A.    At some point -- I don't recall exactly when -- I know we

 2  just replaced the machines.

 3            THE COURT:  You what?

 4            THE WITNESS:  We replaced the machines in Coffee

 5  County at some -- it would have been subsequent to July.

 6  BY MR. CROSS:

 7  Q.    Do you recall that that was -- it was September 26 or

 8  so -- does that sound about right? -- of 2022?

 9       If you don't remember, that is fine.

10  A.    I don't know if I can say, but that could be right.

11            THE COURT:  Counsel, I'm -- about the communications

12  with the -- Ms. Herzog, are those being introduced or you're

13  just --

14            MR. CROSS:  Yes.

15            THE COURT:  And have they already been agreed upon?

16            Because I just don't know whether I have them, so I'm

17  just trying to follow the conversation.

18            MR. CROSS:  So the -- let me make sure I get them

19  right.  Sorry, Your Honor.  I should have done this in

20  realtime.  So Exhibit 181 and the other is Exhibit 585.  We

21  move both into evidence.

22            THE COURT:  181 and what?

23            MR. CROSS:  585 was the last one.

24            THE COURT:  And are those in the -- in this notebook

25  in connection with this witness?
```

```
 1                 MR. CROSS:  Yes.  Tabs 18 and 22.
 2                 THE COURT:  I don't have anything under 18, or maybe
 3      I have an earlier version.
 4                 MR. CROSS:  I'm sorry, Your Honor?
 5                 They are Tabs 18 and Tab 22.
 6                 THE COURT:  This is Mr. Barnes'.  I'm sorry.
 7                 MR. CROSS:  Oh, do you need another -- I'm sorry,
 8      Judge.  We can hand you those.
 9                 Give Mr. Germany one if he wants one.
10                 MR. BEDARD:  David, I'm sorry.  On these notebooks,
11      it was Tabs --
12                 MR. CROSS:  Oh, 18 and 22.
13                 MR. BEDARD:  Your Honor, as far as moving the
14      exhibits, obviously we would reiterate our hearsay objection.
15      But beyond that, no objection except, I think, for 22, it is
16      not stamped, so I'm not sure it was on the pretrial order.  I'm
17      not necessarily saying we will totally object to that at this
18      moment, but I just want to note that maybe we can have a
19      conversation offhand if you guys have additional exhibits to
20      add.
21                 And for what it is worth, I think that is true of
22      some of the interrogatory responses as well now that I know
23      that.
24                 THE COURT:  You mean they are not stamped, but they
25      are on their list?  Is that what --
```

```
 1              MR. BEDARD:  I believe my understanding is they are
 2    not on their list, but I also understand we supplemented our
 3    pretrial exhibit list maybe a week and a half ago.  Honestly,
 4    I'm losing track of time.  We had a discussion with counsel
 5    about that.
 6              So again, I'm not necessarily objecting.  I'm more
 7    just noting it so counsel and I can have a discussion maybe
 8    during the break.
 9              THE COURT:  All right.  Well, Exhibit 181 is
10    admitted.  It is impossible to understand this without getting
11    the course of communications.  I don't think that the question
12    sent to -- from Mr. Ellis to Mr. Germany is hearsay.  It is
13    really just asking him a question.  It is not -- it is clearly
14    a business record.  And they are discussing the request by
15    Ms. Roberts.  There is no question that that is a business
16    record too.  And no one here disputes the fact that Ms. Roberts
17    sent this letter.
18              So it doesn't seem -- a hearsay objection in this
19    context seems not appropriate.
20              Then the other one was -- I'm sorry.  20 --
21              MR. CROSS:  22.  Wait, sorry.  Tab 18, Your Honor,
22    and that is Exhibit 181.
23              THE COURT:  All right.  I was talking about 181.
24              MR. CROSS:  Oh, I'm sorry.  Then go to Tab 22.
25              THE COURT:  So that is at -- then I --
```

```
 1              MR. BEDARD:  I believe 585.

 2              THE COURT:  I don't have a 22.  I have a 21.

 3              MR. CROSS:  They are out of order.  If yours --

 4      sorry.  I shifted stuff around.  22 should be between 18 and

 5      19.

 6              THE COURT:  22, I'm sorry.

 7              MR. CROSS:  I'm sorry.  That's my fault.

 8              THE COURT:  That is the bless one --

 9              MR. CROSS:  Yes.

10              THE COURT:  -- that Mr. Ryan received?

11              And then there is the one that below it which is the

12      communication with Mr. Evans and Mr. Germany and others of high

13      level, plus Mr. Michael Barnes.

14              These are clearly business records.  No one is really

15      saying that they are not -- they are not -- don't truthfully

16      reflect the communications.  So as to bless, there is not a

17      problem.  Then Ms. Herzog's, I don't -- really don't know all

18      that she means by not accurate.

19              Obviously, I will speak with her, but it is obviously

20      a reflection of the communication she had with Mr. Germany and

21      that he says he was having ongoing communications.

22              So I think it is admissible for purposes of the

23      communication that he received from her in regard to a matter

24      that was important, but I don't know what was intended about

25      not accurate, obviously.
```

1          MR. CROSS:  Candidly, Your Honor, we're not offering

2     that for the truth of the matter anyways.

3          THE COURT:  All right.  It is being admitted for

4     purposes of the communication that occurred.

5          MR. CROSS:  The, I will speak with her, that part I

6     think is admissible under the bases Your Honor says, but it

7     also goes to state of mind because it is her future intent

8     indicating the action she will take.

9          THE COURT:  All right.

10          MR. CROSS:  Okay.  Tab 23.

11     BY MR. CROSS:

12     **Q.**   So this is going to be Exhibit 586.

13          Mr. Germany, if you look on the cover, it says Exhibit G.

14          Do you see that?

15     **A.**   Yes.

16     **Q.**   And if you look at the top, you'll see that this was filed

17     with the Court on July 29 of 2022.

18          Do you see that?

19     **A.**   Yes.

20     **Q.**   And if you come to the first page of it, you'll see that

21     there is an email that you received from Steven Ellis that was

22     directed to Jennifer Herzog on July 21st of 2022.

23     **A.**   Yes, I see that.

24     **Q.**   And if you come to the bottom of Page 2 of Exhibit 586, do

25     you see that the thread begins with an email that you sent to

1   Ms. Herzog, Anthony Rowell, copying your colleague Steven Ellis

2   on July 20, '22 -- sorry, let me say again -- July 20, 2022?

3   **A.**   Yes, I see that.

4   **Q.**   And the subject line you wrote was Coffee County SEB

5   Investigation?

6   **A.**   Yes.

7   **Q.**   And Anthony Rowell, do I understand correctly he is one of

8   Ms. Herzog's partners at Hall Booth Smith who also represents

9   Coffee County in some manner?

10  **A.**   Yes.

11  **Q.**   And so you are again --

12  **A.**   My understanding is --

13  **Q.**   Oh, I'm sorry.

14  **A.**   -- I think Tony is sort of the like --

15  **Q.**   County --

16  **A.**   -- like official, like appointed county attorney, and then

17  Jennifer works with him.

18  **Q.**   Got it.  Thank you.

19      And so you reached out to the two of them, and you wrote

20  here, I have talked to Jennifer a couple of times, but wanted

21  to touch base with you too.

22      So you are directing your email to Mr. Rowell; right?

23  **A.**   Yes.

24  **Q.**   And in the third sentence you write, we would like to come

25  down there and conduct some interviews to see if we can get a

1    handle on what happened, if anything.

2         Do you see that?

3    **A.**   Yes.

4    **Q.**   And so as of July 20, 2022, the Secretary's office and the

5    SEB had not yet conducted any interviews of anyone in Coffee

6    County other than what we had seen in May of 2021 that

7    Investigator Blanchard had done; right?

8    **A.**   Correct.  When we learned of the -- the phone call that

9    came out between Ms. Marks and Scott Hall, again, my -- my

10   thought on that was, I would like to do some forensic research

11   first before we do interviews, which I think, normally, our

12   investigators do interviews pretty quick.

13        In that case, I was concerned that people we would be

14   interviewing given history, for instance, with Mr. Hall and the

15   issues we had with Misty Hampton following 20 -- the 2020

16   election, I was concerned that we wouldn't get accurate

17   information, so I wanted some kind of forensic evidence prior

18   to that.

19             MR. BEDARD:  David, sorry to interrupt.  Just to

20   process things, has this been admitted into evidence?  Did you

21   move to admit it?

22             MR. CROSS:  I was just about to do that.

23             MR. BEDARD:  Thank you.

24             MR. CROSS:  So we move Exhibit 586.

25             MR. BEDARD:  And again, just the pretrial order thing

1    depending on how it is used; otherwise, no objection.

2              THE COURT:  Okay.  It is admitted.  I don't know what

3    is going on with the pretrial.  We'll sort that out later.

4              MR. CROSS:  Thank you, Your Honor.

5    BY MR. CROSS:

6    **Q.**   The phone call that you referenced involving Scott Hall,

7    do you recall that that was played during a deposition of

8    Mr. Sterling in February of 2022?  Is that the call that you

9    were referencing?

10   **A.**   I believe the clip was played then, and I think we got the

11   full call from the plaintiffs in this case sometime thereafter.

12   **Q.**   Okay.  So your memory is that the Coalition plaintiffs

13   provided the full recording of the call sometime after his

14   deposition in the February, March --

15   **A.**   I think it was March.

16   **Q.**   Of '22?

17   **A.**   Yes, sir.

18   **Q.**   And so then July 20 of 2022 is when you reached out to set

19   up interviews with folks in Coffee County; is that fair?

20   **A.**   At that point, again, as you went through earlier, we had

21   had some difficulties trying to -- getting that forensic

22   evidence that I was hoping to get was proving more difficult

23   than it first seemed like it would be.  And I think at this

24   point, we did have some of that evidence.

25   **Q.**   And at some point -- well, let me take a step back.

1          Judge William Duffey became the chairman of the SEB at one

2    point; right?

3    **A.**    Yes.

4    **Q.**    And he was, in fact, the chairman of the SEB in 2022 while

5    the State was beginning to investigate what happened with the

6    breaches in Coffee County; right?

7    **A.**    I can't recall when he became chair, but --

8    **Q.**    Do you recall having conversations with Judge Duffey about

9    the investigation into Coffee County; right?

10   **A.**    Yes.

11   **Q.**    And he raised a concern that there was evidence -- that

12   this is evidence of a serious matter that requires criminal

13   investigation including further forensic examination.

14         Do you recall him expressing that concern?

15   **A.**    I don't recall specifically, but I recall that general

16   sense, yes.

17   **Q.**    And it was Judge Duffey's decision to ask for help from

18   the GBI; right?

19   **A.**    I don't think that is right.

20   **Q.**    Whose decision -- or was that the Secretary of State's

21   office's decision?

22   **A.**    Yes.  I think we reached out to the GBI independently.

23   **Q.**    Got it.  That's right.  I'm sorry.  I got that backwards.

24         It was Judge Duffey reached out to the FBI for help; is

25   that right?

1  **A.**    I think that's right.

2  **Q.**    So if you --

3         MR. CROSS:  Tony, don't pull this up.

4  BY MR. CROSS:

5  **Q.**    Flip to Tab 24.  I'm not going to put this on the screen.

6         Do you see there is a declaration from William S. Duffey,

7  Jr.?

8  **A.**    Yes.

9  **Q.**    And if you look at the signature on the fifth page, you

10 see this was signed by Judge Duffey as the chair of the State

11 Election Board?

12 **A.**    Yes.

13 **Q.**    And if you come down to Paragraph 12 on Page 4, if you

14 read the last sentence beginning, on Thursday.

15        Do you see that?

16 **A.**    Yes, I see that.

17 **Q.**    Does that refresh your recollection that on August 4th of

18 2022, Judge Duffey, as the chair of the SEB, asked the FBI to

19 look into this?

20        MR. BEDARD:  Objection, Your Honor.  I think it calls

21 for speculation.  I don't think you can refresh somebody's

22 recollection with somebody else's declaration about

23 something --

24        MR. CROSS:  You can refresh your recollection with

25 literally anything.  A ham sandwich as the saying goes.

1          MR. BEDARD:  Let me rephrase, Your Honor.  He hasn't

2    set the foundation of whether he's aware of this declaration,

3    whether he's seen it, whether he has had this conversation,

4    Judge.

5          THE COURT:  All right.  You are going very fast, and

6    I need to go back and see what was asked again.  Okay?  All

7    right.

8          MR. CROSS:  And that is not how a refreshed

9    recollection works.

10         THE COURT:  All right.  Well, just roll back.  It

11   will be --

12         MR. CROSS:  Sure.

13         THE COURT:  -- faster because I was trying to deal

14   with another question you-all raised.  And I'm sorry.  I have

15   missed a beat.

16         We were on --

17         MR. CROSS:  Yes, Your Honor --

18         THE COURT:  -- Tab 23?

19         MR. CROSS:  Tab 24.

20         THE COURT:  24.  Excuse me.

21         MR. CROSS:  And I wasn't putting this up, so it is

22   not on the screen.  It is a declaration from Judge Duffey, and

23   I was just using it to refresh his recollection because he said

24   he believed that Judge Duffey reached out to the FBI, and I

25   wanted to confirm that as a fact.

1          And so I had him read the last sentence of

2   Paragraph 12 on the bottom of Page 4 and then asked him whether

3   that refreshes his recollection, that on August 4th of 2022,

4   Judge Duffey asked the FBI to look into this matter, meaning

5   the Coffee County breach.

6          THE COURT:  I think it is a proper question.  Either

7   it does or does not refresh his recollection.  You have given

8   him some documentation that he can react to which includes an

9   affidavit of the former chair of the State Election Board dated

10  August 15, 2022.

11         THE WITNESS:  So I recall discussions with

12  Judge Duffey about this matter and -- yes, so I recall after

13  the Secretary of State's office reached out to GBI for

14  assistance on the investigation, I think Judge Duffey also

15  wanted to reach out to FBI.

16         And I recall that -- the best of my recollection is

17  that he was going to reach out to some people that he knew

18  there.  I don't think I was aware of the specific kind of

19  conversation that he mentioned in his declaration, but I knew

20  that was something he was planning on doing.

21  BY MR. CROSS:

22  Q.   Okay.  So fair to say that at the point at which

23  Judge Duffey learned about the breaches in Coffee County or the

24  potential for breaches in Coffee County at this time, he

25  thought it was very serious; right?  You discussed that with

1    him?

2    **A.**   By the time we were having discussions with Judge Duffey,

3    I think everyone realized it was very serious.  And that would

4    have been, I think, in the summer of 2002 time frame -- 2022, I

5    should say.

6    **Q.**   Right.  The years get hard.  I'm with you.

7            MR. CROSS:  Tony, can you pull up Exhibit 134?

8    BY MR. CROSS:

9    **Q.**   And go to Tab 25 if you'd like, Mr. Germany.

10           Let me just ask you if you recognize Exhibit 134.

11   **A.**   Yes.

12   **Q.**   And this is the official letter from the Secretary's

13   office to the GBI asking them to investigate suspected

14   unauthorized access and whether that took place following the

15   January 2021 runoff elections and the possibly accessed

16   system -- indicates the possibly accessed system has not been

17   used in elections since that time.

18           Do you see that in the second paragraph?

19   **A.**   Yes, I see that.

20   **Q.**   So this is a formal request from the Secretary's office

21   for the GBI to investigate this; is that fair?

22   **A.**   In this, the subject is request for assistance in

23   investigation, and the next paragraph asks that they assist the

24   Secretary of State's office, which is something that the GBI

25   will work with other law enforcement agencies in the State to

1   assist in investigations.  And that is what this was

2   requesting.

3   **Q.**   And I was going to ask about that.

4         The language assist, does that mean that the GBI

5   investigates alongside with investigators in the Secretary's

6   office that there are folks that are working together or what

7   does that mean?

8   **A.**   Well, it always becomes kind of an issue in terms of

9   assistance, or is someone just kind of doing their own

10  independent thing, and I would say there is kind of elements of

11  both, and then it sort of -- it is factually dependent on what

12  happens.

13  **Q.**   And the GBI did open an investigation immediately after

14  receiving this letter; is that fair?

15  **A.**   I don't know that I can say immediately, but yeah, my --

16  yes.

17  **Q.**   Within -- they opened an investigation sometime in the

18  month of August of 2022?

19  **A.**   I know we were having discussions with GBI, and I think

20  they were going to go down with our office and our

21  investigators to Coffee County to conduct some interviews, and

22  then that sort of got derailed when the Coffee County people

23  decided they did not want to sit for interviews voluntarily.  I

24  think that was in August of 2022.

25  **Q.**   The GBI released a report on that investigation in the

```
 1   latter half of last year.

 2        Do you recall that?

 3             THE COURT:  In '23?

 4             MR. CROSS:  I'm sorry.  Yes.  Yes.  Last year, '23.

 5   Thank you.

 6             THE WITNESS:  I'm not sure when they released it.

 7   BY MR. CROSS:

 8   Q.   Okay.  That's fair.  Let me ask a better question.

 9        Can you provide a rough time frame for when the

10   Secretary's office, to your knowledge, first received either a

11   draft or a final report from the GBI?

12   A.   So we did not receive anything from the Secretary of

13   State's office.  What happened, as I was kind of alluding to

14   is, GBI, once we got them involved, they sort of took off and

15   basically conducted their own investigation, which happens.

16   And we were not really privy to that.

17        And then SOS office did not receive a copy of that

18   investigation until -- I believe it was released publicly as

19   part of the Trump indictments in Fulton County, and we received

20   it at that point, which -- and that happened subsequent to when

21   I was at SOS.  It happened -- it was in the news when it

22   happened.  Maybe --

23   Q.   Oh, right.  Because you left the Secretary's office in

24   January of '23?

25   A.   Correct.
```

1  Q.   So you were gone at the time that the report came out,

2  whenever it came out?

3  A.   I was --

4  Q.   I'll ask a better question.

5       The Secretary's office did not receive a final report

6  while you were there, to your knowledge?

7  A.   Correct.

8  Q.   Okay.

9  A.   And then based on subsequent conversations just with my --

10  with my successor, I think they were trying to get that when it

11  became public as part of those Trump indictments.

12  Q.   Right.  While you were there and the GBI was assisting the

13  Secretary of State in this investigation, was there any level

14  of communication, to your knowledge, between the Secretary's

15  office and the GBI?  Any reports or updates on the

16  investigation that were received or discussed?

17  A.   Usually what happens in things like that is our office

18  will -- or I have heard this kind of with other law enforcement

19  also -- will reach out and ask for, hey, what is going on?

20       And we don't really get -- we might get kind of a pretty

21  succinct update without a lot of substance.  So my recollection

22  is that we might have got some of those along the way.

23  Q.   And what do you recall were the updates along the way?

24  A.   I mean, nothing of real substance.

25  Q.   Was there anything specifically you can recall about those

 1   updates?

 2   **A.**    I do recall at one point I think they went to Misty

 3   Hampton's house, and basically, I recall learning they really

 4   didn't --

 5              THE COURT:  I'm sorry?

 6              THE WITNESS:  I recall they went to Misty Hampton's

 7   house, and I think she wouldn't talk to them or something like

 8   that, without kind of further process.

 9              MR. CROSS:  If you could grab Exhibit 148.

10   BY MR. CROSS:

11   **Q.**    So if you take a look at Tab 28, Mr. Germany, tell me if

12   you recognize Exhibit 148 as something you've seen before.

13   **A.**    I don't know that I have seen this before.

14   **Q.**    You can put that aside.

15              MR. CROSS:  You can pull that down.

16   BY MR. CROSS:

17   **Q.**    When the -- I'm sorry.  I can't remember if I asked you

18   this yesterday.

19        When the events of May of 2021 unfolded, the Cyber Ninjas

20   card coming in, for example, replacing the EMS server, hiring

21   Mr. Persinger, did any of those events rise to the level that

22   you felt the need to alert Secretary Raffensperger?

23   **A.**    Not to my recollection.

24   **Q.**    When you were the general counsel, how would you decide

25   whether an issue of a potential threat to the voting system

1  rose to the level that you want to alert the Secretary himself?

2  **A.**   Well, any threat to the election system, I would alert him

3  to immediately.  I think the issue was all of those things you

4  mentioned were kind of coming in different pieces, and I had

5  not at least put them together as of this day a threat to the

6  election system.

7          MR. CROSS:  Let's go to Exhibit 282.  It is Tab 32.

8          THE WITNESS:  I should say once we got kind of that

9  final piece of that phone call.

10          THE COURT:  Which phone call?

11          THE WITNESS:  The phone call between Ms. Marks and

12  Scott Hall.  Then I probably would have alerted him, but I

13  can't recall specifically.

14  BY MR. CROSS:

15  **Q.**   And I was going to ask you that.

16      As you sit here, is there any time frame you can offer the

17  Court on when, to your knowledge, you or anyone else alerted

18  Secretary Raffensperger that there was a potential breach that

19  occurred in Coffee County in January of 2021?

20  **A.**   I mean, we talk on a daily basis, so I can't say one way

21  or the other.

22  **Q.**   Is there -- so the Hall then call that you referred to,

23  you had the full thing in March of 2022.

24      Is there any time frame you can offer on how quickly

25  someone alerted the Secretary to that, to your knowledge?

**A.** Well, what I'm trying to say is, I talk to Secretary

Raffensperger probably every day, and so something very well

could have come up regarding Coffee County much prior to that.

Again, I don't think I would have worded to him -- in my

mind, this wasn't like this is a threat to the election system.

You know, frankly, we were dealing with, you know, threats or

something that happened every day; right?  So you -- and then

you have to basically triage those, and then there is all sorts

of different systems you are dealing with and then all sorts of

different types of threats.

And so he would -- I just can't recall because he is

generally aware of what is going on just based on the fact

that, you know, we're talking probably on a daily basis.

But in terms of raising it to the level of, Mr. Secretary,

this is a major -- potentially major problem, I wouldn't have

done that because that wasn't my understanding really until

subsequent to the release of the phone call between Ms. Marks

and Scott Hall.

**Q.** And how long after you guys received that phone call did

it -- did it strike you as potentially a major problem at the

level that you would want to alert the Secretary himself?

**A.** I really can't say.  I would hope pretty quickly, but I

just can't recall that.

**Q.** All right.  Let's take a look at Exhibit 282.

You see here there's an email at the top of the thread

1    here that you received from Kevin Rayburn.

2         You are copied on it on April 5th of 2019?

3    **A.**   Yes.

4    **Q.**   And if you come down to the bottom, the email begins with

5    an email from someone and an email address bretsolid@gmail.com

6    on the same day?

7    **A.**   Yes.

8    **Q.**   It goes to soscontact@sos.ga.gov.

9         Do you see that?

10   **A.**   Yes.

11   **Q.**   And is that sort of, in general, a publicly accessible

12   email inbox for the Secretary's office?

13   **A.**   Yes.

14   **Q.**   And the subject line reads, I bet I can hack your

15   electronic voting machines.

16        Do you see that?

17   **A.**   Yes.

18   **Q.**   And Mr. Hadley writes -- or whoever this person was -- if

19   you don't want me to try and hack your election, please follow

20   Oregon's lead and vote by mail on paper.  You really don't --

21   don't is in all caps -- need electronic voting machines.  But

22   if you insist, then let the games begin.  Fair warning.

23        Do you see that?

24   **A.**   Yes.

25   **Q.**   Here, Mr. Rayburn is alerting you and others, including

1    Mr. Beaver, to this and says, we need to report this to

2    DHS/MS-ISAC.

3        Do you see that?

4    **A.**   Yes.

5    **Q.**   And do you know what he is referring to there?

6             THE COURT:  I'm sorry.  Who?  We need to report.

7             Who is that from?

8             MR. CROSS:  So Kevin Rayburn at the top.

9             THE COURT:  Okay.  And he is with?

10   BY MR. CROSS:

11   **Q.**   Kevin Rayburn, what was his role at the Secretary's

12   office?

13   **A.**   Kevin Rayburn at the time was our deputy general counsel

14   and deputy elections director.  Unfortunately, we lost him -- I

15   shouldn't say it like that.  He left the office.  He is doing

16   very well.

17   **Q.**   He's alive and well.

18   **A.**   I still talk to him.  He went to be general counsel for

19   the Election Assistance Commission.  It definitely was a loss

20   for SOS, though.

21       But no, he is doing great.  Sorry.

22   **Q.**   He is alive and well?

23   **A.**   Alive and well.

24   **Q.**   Okay.

25   **A.**   I'm going to call him after this.  I haven't talked to him

1   in a few weeks, but --

2   **Q.**   And the DHS, obviously, that is Department of Homeland

3   Security?

4   **A.**   Yes.

5   **Q.**   And the MS-ISAC, do you know what that refers to?

6   **A.**   So that refers, I believe, to -- it stands for multistate

7   ISAC, which is -- I'm going to probably mess it up.  It comes

8   by like information security something, and it is kind of a

9   government -- I believe they are part of DHS, but it is -- it

10  exists to forward this type of thing to.

11  **Q.**   And Mr. Rayburn, who reported to you at the time, was

12  indicating this was a serious enough issue that you should

13  alert DHS to it; right?

14  **A.**   Yes.

15  **Q.**   And do you know whether this was raised with Secretary

16  Raffensperger?

17  **A.**   I don't know.

18  **Q.**   I mean, looking at it now, does this strike you as the

19  kind of thing that, in your words, would suggest a potentially

20  major problem that you would want to alert Secretary

21  Raffensperger?

22  **A.**   No.  This strikes me as someone who is firing off an

23  email, and then to the extent someone can do -- you know,

24  someone probably kind of in the more technical DHS/MS-ISAC, if

25  they can do analysis of that email to determine who that person

1    is -- which, like you said, based on the email, you don't

2    really know who that is.  But maybe it is someone they could

3    find.  Maybe it is someone that they are aware of.

4        So that didn't strike me as like an imminent threat to

5    Georgia elections, but really more so as somebody that we would

6    want DHS -- and MS-ISAC, I think, really exists as kind of an

7    information-sharing group.

8        And so you kind of want to share that information so that

9    if he is -- if this guy, whoever he is, which we don't even

10   know, is someone other people are aware of just to kind of

11   put -- you know, make sure that that is -- make sure that we

12   kind of are contributing that to the general -- they are more

13   on, like, the intelligence-gathering side.  So I think that was

14   the purpose of that.

15   **Q.**   Let's go to Tab 33, if you would, please.

16            MR. BEDARD:  Again, I apologize to interrupt, but did

17   we move 282 and 134 into evidence?

18            MR. CROSS:  Yes.  Sorry.

19            MR. BEDARD:  That's okay.

20            MR. CROSS:  I appreciate the reminders, Mr. Bedard.

21   I'm trying to move quickly.

22            MR. BEDARD:  Yes.  Since they are all stickered, I

23   know it is easy to think that they are already in.

24            THE COURT:  All right.  No objections?

25            MR. BEDARD:  No, Your Honor.

```
 1              THE COURT:  All right.  They are admitted.
 2   BY MR. CROSS:
 3   Q.   So take a look at Tab 33, if you would.  This is
 4   Exhibit 586 -- 587.
 5        And if you come down to the -- if you look at the second
 6   page, you'll see that it starts out with the same email we had
 7   just seen.  We were just talking about this individual
 8   identifies as Bret Hadley.
 9        Do you see that?
10   A.   Yes.
11   Q.   And then when we get to the bottom of the first page, we
12   see the email from Mr. Rayburn saying, we need to raise this
13   with DHS, that we just looked at.
14        Do you see that?
15   A.   Yes.
16   Q.   And then within about two hours, you respond the same day.
17        Do you see that?
18   A.   Yes.
19   Q.   And you tell Mr. Rayburn, please alert Secretary, Jordan,
20   and Gabe; right?
21   A.   Yes.
22   Q.   Secretary is Secretary Raffensperger?
23   A.   Yes.
24   Q.   Jordan is Jordan Fuchs?
25   A.   Yes.
```

1 **Q.** Gabe is Gabe Sterling?

2 **A.** Yes.

3 **Q.** Do you have any reason to believe that Mr. Rayburn did not

4 alert the Secretary, Ms. Fuchs, and Mr. Sterling of this email?

5 **A.** No.  In fact, it looks like he did it just a few minutes

6 later.

7 **Q.** Right.  Just a few minutes later.

8   Now, if we come up to the top, there is a response from

9 Mr. Sterling who writes in the second sentence, he is a random

10 guy from Seattle.

11   Do you see that?

12 **A.** Yes.

13 **Q.** Do you have any knowledge as the general counsel involved

14 in these issues as to how Mr. Sterling learned this person was

15 from Seattle?

16 **A.** I don't know.

17 **Q.** Do you recall an investigation being done into this

18 person?

19 **A.** No.

20 **Q.** But fair to say some kind of investigation was done that

21 led Mr. Sterling to believe that they knew where this guy was

22 located?

23 **A.** I think from our standpoint, from an investigatory

24 standpoint, we would have forwarded that to DHS and MS-ISAC as

25 something that was really more in their purview.  I don't know

1    how Gabe -- he might have Googled the guy's name.  I have no

2    idea.

3    **Q.**   Right.

4         MR. CROSS:  And we'll move Exhibit 587 in, Your

5    Honor.

6         MR. BEDARD:  You said this was 587?

7         MR. CROSS:  Yes.

8         MR. BEDARD:  I had it noted as 586.

9         No objection beyond the pretrial order issue, which

10   we'll discuss during the break, and I think we can address it.

11        THE COURT:  Well, it is admitted subject to anything

12   that gets arisen -- gets flagged in connection with that

13   discussion.

14        MR. BEDARD:  Thank you, Your Honor.

15   BY MR. CROSS:

16   **Q.**   So switching topics a little bit for you, Mr. Germany.

17   Flip to Tab 7, if you would, please.

18        And you'll see here there is a document titled State

19   Defendants' Notice of Filing Fortalice Contract.

20        Do you see that?

21   **A.**   Yes.

22   **Q.**   And you can see at the top it was filed on September 1st

23   of 2020.

24        Do you see that?

25   **A.**   Yes.

1    **Q.**   And if you come down to the bottom of the first page, it

2    indicates, State defendants provide additional information.

3        It states that Fortalice serves a variety of cybersecurity

4    functions within the Secretary's office.

5        Do you see that?

6    **A.**   Yes.

7    **Q.**   Do you disagree with that?

8    **A.**   No.

9    **Q.**   Based on the time you were there, is that an accurate

10   statement?

11   **A.**   Based on this time, yes.

12   **Q.**   And has that changed -- that changed at some point while

13   you were there?

14   **A.**   I don't know if Fortalice, like, kind of toward the end of

15   my tenure was still doing work for Secretary of State or not.

16   At this point, they were.

17   **Q.**   Do you have any reason to believe that Fortalice stopped

18   doing work for the Secretary's office at some point after this?

19   **A.**   Yes, just given that I didn't really hear about them.  We

20   might have had other vendors kind of replace them.

21   **Q.**   Do you have a rough time frame on when you stopped hearing

22   about them?

23   **A.**   No.  Sorry.

24   **Q.**   All right.  Flip to --

25              MR. CROSS:  I'm not offering -- I'm not offering

```
 1   Tab 7.
 2            THE COURT:  All right.
 3   BY MR. CROSS:
 4   Q.   So flip to Tab 8, if you would, please.
 5            MR. BEDARD:  David, you did not move that in?
 6            MR. CROSS:  I did not.
 7            THE WITNESS:  Would it be okay if I took like a
 8   two-minute bathroom break?
 9            THE COURT:  Sure.
10            MR. CROSS:  Sure.  Oh, yes, please.  Sorry.
11            THE COURT:  Anyone else who needs to as well, but let
12   the witness go first.
13            Go ahead.
14            Well, I'm never one to give up a bathroom break.
15   Let's take a few minutes.
16                   (A brief break was taken at 11:33 AM.)
17            THE COURT:  Have a seat.  Let's proceed.
18            MR. CROSS:  Thank you, Your Honor.
19   BY MR. CROSS:
20   Q.   Do you need more water, Mr. Germany, or anything?
21   A.   I'm good.  Thank you.
22   Q.   Let's flip to Tab 8, if you would, please.
23   A.   Yes.
24   Q.   And you'll see its cover is Exhibit A, and if you look at
25   the top, you'll see this is a document filed with the Court on
```

1  September 1st of 2020.

2      Do you see that?

3  **A.**  Yes.

4  **Q.**  And take a moment to flip through it.  But if you look at

5  the first page of -- this is going to be Exhibit 588 -- do you

6  see at the top it refers to Georgia Secretary of State as the

7  State entity.  The contractor is Fortalice Solutions.  It

8  indicates the contract runs from May 21 of 2018, to May 20 of

9  2023.

10 **A.**  I see that.

11 **Q.**  And again, this was filed with the Court as the official

12 contract between the Secretary's office and Fortalice.

13     Do you have any reason to believe this is not that

14 contract?

15 **A.**  No.

16 **Q.**  Do you recall in the -- in 2019, the Secretary's office

17 engaged Fortalice to do a security assessment of the BMDs --

18 the Dominion BMDs that it was just beginning to roll out into

19 the State?

20 **A.**  Yes.

21 **Q.**  And what was your involvement, just at a high general

22 level, with respect to that assessment?

23 **A.**  I do not recall being very involved.

24 **Q.**  And who was involved with that, to your knowledge?

25 **A.**  I'm not sure.  I think that Michael Barnes would have been

1    involved because Center for Election Systems would be

2    overseeing the -- they would have kind of the equipment,

3    basically, that we would have and then be delivering to

4    counties.

5         So I would be speculating in addition to that.

6    Q.   But your understanding is Mr. Barnes would have been sort

7    of overseeing this project because he had --

8    A.   I don't know if I could say overseeing.

9    Q.   Okay.  Assisting?

10   A.   Yes.  I would have thought he was -- I think he would have

11   been involved.

12   Q.   Do you have a recollection of who was sort of overseeing

13   or organizing the project?

14   A.   I don't.

15   Q.   Do you recall what the purpose of the project was?

16   A.   I mean, I think it was basically what you said, to do a

17   security assessment of the BMDs.

18   Q.   All right.  Take a look at Tab 9, if you would, please.

19             MR. BEDARD:  David, are you moving that into

20   evidence?

21             MR. CROSS:  The contract?

22             MR. BEDARD:  Yes.

23             MR. CROSS:  Yes.  I mean, it is already filed with

24   the Court, but we'll move it in as Exhibit 588.

25             MR. BEDARD:  Just the PTO objection, but otherwise no

1    objection.

2            THE COURT:  It is admitted subject to y'all working

3    that out.

4    BY MR. CROSS:

5    **Q.**    Take a look at Tab 9, if you would, sir.  Again, you can

6    see at the top this was filed with the Court on September 1st

7    of 2020.

8        Do you see that?

9    **A.**    Yes.

10   **Q.**    And here there is an email from Mike Holland at Fortalice

11   Solutions to Merritt Beaver, Clark Rainer, Paul Brandau,

12   September 17, 2019.

13       Do you see that?

14   **A.**    Yes.

15   **Q.**    And does this refresh your recollection that Mr. Beaver

16   was helping to organize this?

17   **A.**    That makes sense.

18   **Q.**    Given he's the CIO and this was a security assessment?

19   **A.**    Well, no.  Because, you know, Merritt's role as CIO is

20   really more dealing with internal networks and that type of

21   security.  This is a little bit different.  But Merritt would

22   have worked with Fortalice on their work on our internal

23   networks and the kind of traditional things that a CIO does.

24       So my guess is he was just basically the contact they

25   already had at SOS.

1    Q.   And so you can see here Mr. Holland at Fortalice writes to

2    Mr. Beaver, let me know if the timing in October 7 to 8 will

3    work.  We're pulling Matt Shirley from another project to make

4    sure SOS GA gets our best device hacker.

5         Do you see that?

6    A.   Yes.

7    Q.   And so this project -- this security assessment was

8    specifically to have Fortalice come in and see if they could

9    hack the BMD; right?  Like a white hat hacker-type project?

10   A.   I don't know if I could agree with that characterization.

11   Q.   Well, do you have any understanding of why Fortalice was

12   bringing in their best device hacker for the security

13   assessment of the BMD in October of 2019?

14   A.   Well, I think that would be a component of what they were

15   doing.

16   Q.   I see.  Okay.  Got it.  Thank you.

17        MR. CROSS:  We will move Exhibit 589.

18        MR. BEDARD:  And I object on just two grounds; one,

19   the PTO issue we mentioned.  But beyond that, I think just to

20   relevance, because I don't think the document clarifies what

21   device it is referring to, whether it is DRE or BMD.  The

22   timing gives me some question about whether it is which one.

23        So -- and I don't think the witness testified to

24   that, so that would be my objection to the exhibit.

25        MR. CROSS:  He already testified this was an

1    assessment of the BMD.

2              THE COURT:  He did.

3              MR. BEDARD:  Well, just again for the record, I'm not

4    sure that that is reflected in the realtime.  I could have

5    missed something, David, but --

6              THE COURT:  Well, I'm looking at the dates.  In 2019,

7    I had already issued my order of already having signed the

8    contract on the BMDs, and you were rolling it -- and doing an

9    initial -- the State was doing an initial testing, and there

10   was testimony regarding basically your proceeding with the

11   kickoff and --

12             MR. CROSS:  I can go back and lay some additional

13   foundation if it is helpful.

14             THE COURT:  That's fine.  But I mean, I'm just saying

15   what is in the record at this juncture in terms of the

16   schedule.  It is subject to clarification.  And if he is wrong,

17   that is fine.

18             MR. BEDARD:  That is fine.  I withdraw if we get that

19   clarification, Your Honor.  That's fine.

20   BY MR. CROSS:

21   Q.   Flip back just for a moment to Tab 7, if you would, sir,

22   the State Defendants' Notice of Filing Fortalice Contract.

23        Do you see that?

24   A.   Yes.

25   Q.   And flip to the second page, if you would, please.  And

 1    you see this was signed by Bryan Tyson on the third page.

 2        Do you see his electronic signature?

 3    **A.**   Yes.

 4    **Q.**   If you look at the second page, there are two paragraphs

 5    there.  Number 3 explaining there is not a separate contract

 6    covering Fortalice's review of the BMDs, implying it is being

 7    done under that normal contract we just saw.

 8        And, Number 4, the scope of the BMD review project was set

 9    out in emails that contained work product protected

10    information.

11        Do you see that?

12    **A.**   Yes.

13    **Q.**   And that is -- we saw a redaction in that one email we

14    looked at.

15        Do you see that?

16    **A.**   I'll take your word for it.

17    **Q.**   In Tab -- I think it is Tab -- I'm sorry.

18        Exhibit 589, do you see there were some lines that were

19    redacted?

20    **A.**   In which tab?

21    **Q.**   Exhibit 589, Tab 9.

22            THE COURT:  The page that starts with, from my

23    column?

24            THE WITNESS:  Yes, I see some redactions.

25

1    BY MR. CROSS:

2    **Q.**   And so we're clear, this was a review -- this was a

3    security assessment of the BMD; right?

4    **A.**   Yes.

5           MR. BEDARD:  Just backing up real quick, now that

6    we've read a lot of declaration -- or that notice, I think,

7    into the record, I think we should just move that into the

8    record.

9           MR. CROSS:  I'm happy to offer that.  That will be

10   Exhibit 591.  That is Tab 8 -- Tab 7.  Tab 7 is 591.

11          THE COURT:  Okay.

12          MR. BEDARD:  It is Tab 8, David.

13          MR. CROSS:  Tab 7 would be 591.

14          THE COURT:  590 or 591?

15          MR. CROSS:  591.

16          THE COURT:  Okay.  Fine.

17   BY MR. CROSS:

18   **Q.**   So go to Tab 10, if you would, please, and that will be

19   Exhibit 590.  Tab 10 will be 590.

20          If you look at the top of Tab -- or sorry, Exhibit 590, do

21   you see there is an email from Mr. Beaver to Mr. Holland at

22   Fortalice Solutions, and this is on October 24 of 2019?

23   **A.**   Yes, I see that.

24   **Q.**   And if you come to the bottom of the second page, you'll

25   see there is an email from Mr. Holland at Fortalice Solutions

1   to Merritt Beaver and Mr. Rainer on September 12th of 2019,

2   subject title voting machine project?

3   **A.**   Yes.

4   **Q.**   And Clark Rainer, did he work with Mr. Beaver in his

5   organization?

6   **A.**   Clark was our deputy CIO at SOS.

7   **Q.**   And then if you go on and take a look at the email, you

8   will see that Mr. Holland lays out what was being proposed for

9   this project, the number of bullet points on the third page of

10  Exhibit 590.

11       Do you see that?

12  **A.**   I see that.

13  **Q.**   In the second bullet, you write -- Mr. Holland writes here

14  in describing the scope of project, in a separate meeting in

15  advance of our team being on-site, conduct a product review

16  call regarding the voting machines.

17       Do you see that?

18  **A.**   It looks like this is just stuff that was redacted out of

19  the previous email, so I'm not sure if that is important to

20  anybody.

21           THE COURT:  In any event, at this juncture, it is

22  four years later.

23           Is this the proposal?

24           THE WITNESS:  It wasn't something I was --

25           THE COURT:  Involved with?

```
1              THE WITNESS:  I never got these emails.
2    BY MR. CROSS:
3    Q.   And the last question on Exhibit 590, Mr. Beaver writes,
4    can we get this planning to look at the voting equipment?  Gabe
5    has asked for a specific look at the iPad-based pollbooks.
6         Do you see that?
7    A.   Yes.
8    Q.   And again, maybe you don't know the answer because you
9    weren't involved, but do you have any knowledge on why
10   Mr. Sterling wanted Fortalice as part of this BMD assessment to
11   also assess the Poll Pad?
12   A.   I think he just wanted to make sure it was a comprehensive
13   review.  But I guess I probably should -- that is speculation,
14   really.
15   Q.   Short answer is, you don't know for sure?
16   A.   Correct.
17   Q.   Okay.
18           MR. BEDARD:  Are we moving that in, David?
19           MR. CROSS:  Yes.  So Exhibit 590 is offered.
20           MR. BEDARD:  PTO objection, but otherwise --
21           THE COURT:  All right.  Subject to the PTO being
22   resolved on this, it is admitted.
23           MR. CROSS:  All right.  Let's jump to Exhibit 47,
24   which is Tab 1 in the binder.
25           MR. BEDARD:  1?
```

1          MR. CROSS:  Yes.

2   BY MR. CROSS:

3   **Q.**   You can take a moment to flip through it if you need, but

4   just tell me if you recognize this as a copy of the Master

5   Solution Purchase and Service Agreement between Dominion and

6   the Secretary of State's office for the BMD system.

7   **A.**   Yes.

8   **Q.**   Okay.  So this is the contract we talked about earlier

9   that you had some involvement negotiating and some input into

10  the terms; is that fair?

11  **A.**   Yes.

12  **Q.**   As you sit here, as the former general counsel, you're not

13  aware of any communication from the Secretary's office to

14  Dominion reporting any kind of breach incident with respect to

15  Coffee County -- the breaches that occurred in Coffee County;

16  is that right?

17  **A.**   Correct.

18  **Q.**   And you're not aware of Dominion making any breach

19  incident formal report to the Secretary's office involving

20  Coffee County; right?

21  **A.**   Correct.

22  **Q.**   Are you aware of any communication from the Secretary's

23  office to Dominion raising a concern about whether Dominion

24  breached its duties under the contract in light of the

25  vulnerabilities confirmed in the system by CISA?

1    **A.**    Could you restate -- could you ask again.

2    **Q.**    Sure.

3    **A.**    Particularly the communications, from who to who?

4    **Q.**    Yeah.  Sorry.  Let me ask again.

5         Are you aware of any communication from anyone in the

6    Secretary's office to Dominion that Dominion had failed to

7    comply with its contract duties because of some failing or

8    vulnerability or flaw in the Dominion voting equipment used in

9    the State?

10   **A.**    Because of the CISA report?

11   **Q.**    Any basis.

12   **A.**    No.

13   **Q.**    Have you yourself ever considered whether, in your role as

14   general counsel, Dominion may have breached any duty it owed

15   the State with respect to the security reliability or the

16   performance of the products that the State uses from Dominion

17   for the voting system?

18        MR. BEDARD:  And I just object, Your Honor, to the

19   extent it calls for a legal conclusion, but also to relevance

20   of Mr. Germany's personal feelings as to whether there is --

21   Dominion satisfied its contractual duties.

22        MR. CROSS:  I didn't ask for his personal feelings.

23   In his official role as general counsel representing the State,

24   having negotiated this contract.

25        MR. BEDARD:  The same objection.

1          THE COURT:  I think that he can say in his role as

2    general counsel.

3          THE WITNESS:  I don't think that is something that

4    has occurred.  That -- I'm not saying the analysis.  I'm saying

5    your conclusion.

6          Just based on everything I know about the Dominion

7    system, about elections in Georgia, the reality is basically

8    the exact opposite of what you have said.

9          So no.  I -- to the extent there has been analysis

10   done, I think it has been just based on all of the contrary

11   evidence to the functionality of the equipment.

12   BY MR. CROSS:

13   **Q.**   So you anticipated my next question.

14        Your view, while you were the general counsel of the

15   Secretary of State, in light of everything you know about what

16   happened with Coffee County breaches, Dr. Halderman's report,

17   CISA, all of the knowledge you have about this system, your

18   view as general counsel was Dominion has fully complied with

19   its duties under the contract?

20   **A.**   Well, I think about it much broader than the things you

21   mentioned.  I think about, is it something that people are able

22   to go vote on, have their votes recorded, have their votes

23   counted accurately, have results reported quickly?

24        And every piece of evidence shows that that is exactly

25   what is happening and continues to happen.  So given -- you

1    know, you have to take into account the entirety of what an

2    election system has to accomplish, and it is accomplishing

3    those things.

4    **Q.**   And you believe it is accomplishing those things based on

5    past election results and outcomes, things like the hand

6    re-count in 2020?

7    **A.**   That is a big one for sure.  The idea that when we do a

8    full hand audit -- I prefer to call it an audit just because

9    re-count is kind of something else in law.  But a full hand

10   audit of the equipment really proved to beyond, I think, a

11   shadow of a doubt -- although there's people that dispute it.

12   A lot of those people are indicted, but that --

13   **Q.**   Indicted in part for the breaches in Coffee County?

14   **A.**   Sure, yeah, among other things.  But that full hand count

15   of ballots showed that the selections on the paper ballots, the

16   written out, you know --

17               THE COURT:  For the presidential race?

18               THE WITNESS:  For the presidential race, yes.  That

19   that matched what was recorded -- tabulated and then reported

20   by the scanners, but then --

21               THE COURT:  But that was the race that was audited;

22   right?

23               THE WITNESS:  Yes.

24               THE COURT:  But not others?

25               I'm not trying to argue about what happened in

1    others.  I'm just trying to get clarity that that was the race

2    that was audited.

3            THE WITNESS:  Yes.  And that is generally, you know,

4    just based on what I know about how audits work.  It is

5    generally -- across the country, it is generally of a single

6    race.  And that is -- you know, that is the way these things

7    are done.  But that is just one of the things.  You know,

8    there's tons of other things that if there was an issue with

9    how -- people being able to cast their ballot accurately,

10   people being able to vote the way they want to, there would be

11   a lot of evidence of that.

12           For instance, when there is a problem, like there was

13   in DeKalb County in the primary of 2022 when the candidates on

14   the ballot-marking device didn't match up with the candidates

15   in the scanner, it is a very apparent issue, and it was able to

16   be resolved.

17           Frankly, it should have been caught by the county

18   earlier.  But even when those things are missed, it is able to

19   be caught -- I mean, it was very apparent to everyone looking

20   at that election, and it was able -- but the election was still

21   able to be counted accurately because of the paper ballots with

22   the candidate's name written in text on the ballot.

23           And so yeah, I mean, everything I have seen shows

24   that that is exactly what these machines and this overall

25   system is doing.

1          And again, to the overall system, that includes, of

2    course, voters checking in to vote.  And, you know, you see

3    that process working.  And if that process wasn't working, you

4    would see a lot of other issues.

5          There's reports of, you know, people kind of -- we

6    received reports following 2020 of all these illegal ballots

7    being cast.  If you look at the entirety of the system,

8    especially the Poll Pad part of it, it shows that that is not

9    happening either.  Because, you know, votes line up with

10   voters.  And if there's someone who is voting -- who is casting

11   a vote for someone and it is not that person, which are

12   allegations we received, you know, that -- there would be

13   evidence of that.

14         But instead, all of the evidence shows that people

15   are voting on this system.  The results are counted accurately.

16   In addition to the presidential audit, a lot of counties have

17   done additional audits since the November 2020 election,

18   including full hand count audits.  And all of those show this

19   is exactly what happens.

20         I recall a re-count in Chatham County where they did

21   an actual hand re-count and again matched up with the reported

22   results.  So my analysis is based off of all of that.

23         THE COURT:  Is this a good stopping point?  Because I

24   was going to -- I said I would give you -- but if it is not,

25   I'll give you another few minutes.

```
 1              MR. CROSS:  I'm actually pretty close to done, so I
 2   just thought we could wrap it up before lunch, if that works.
 3              THE COURT:  Well, how much time do you -- I have
 4   something I have to be at from --
 5              MR. CROSS:  Oh, I'm sorry.
 6              THE COURT:  -- and I don't mind being five or
 7   ten minutes late, but I have to -- but I don't have --
 8              MR. CROSS:  Why don't I finish this point.
 9              Does that work?  That will be quick.
10              THE COURT:  That's fine.
11   BY MR. CROSS:
12   Q.   Mr. Germany, did the -- you were the general counsel of
13   the Secretary's office when the GEMS DRE system was in place;
14   right?
15   A.   From -- yeah, I mean, it was in place before I was general
16   counsel.
17   Q.   Right.
18   A.   But then while I was general counsel, it was in place
19   until we implemented the current system.
20   Q.   Right.  And as the general counsel, did you believe that
21   that system was secure and reliable in all the same ways that
22   you just said about the BMD system?
23   A.   Yes.  For all the same reasons.
24   Q.   For all the same reasons.
25        So you believe that that -- all the aspects of that voting
```

1  system also were protected against any kind of intrusion, for

2  example?

3  **A.**   Well, what I look to is, you know, are the votes that

4  people are voting -- is that being -- are they able to do that?

5  Is that being reported -- recorded accurately and then reported

6  accurately?

7       And then there -- as part of that is processes in place to

8  protect from intrusion.  There is a lot of other parts of that

9  as well.

10      But the same thing, all the evidence there shows that that

11 is exactly what happened in that system too.  And I'm talking

12 about in real elections.

13 **Q.**   So you felt that the DRE system and the current BMD system

14 in your role as general counsel is secure and reliable and

15 robust against intrusions; is that right?

16 **A.**   Certainly, yes.

17 **Q.**   Obviously, Logan Lamb got access to an aspect of the GEMS

18 system; right?  Twice?

19 **A.**   I don't think I would agree with that.

20 **Q.**   Okay.  Numerous individuals spent day after day after day

21 in an elections office with direct access to the voting system

22 currently used in Coffee County; right?

23 **A.**   They were given access, from my understanding, to the

24 equipment that was in Coffee County, yes, the voting equipment.

25 **Q.**   Have you seen the photo of individuals at

1  SullivanStrickler sitting at the EMS computer terminal

2  themselves in that office?  Have you seen that?

3          MR. BEDARD:  Again, objection, Your Honor, just to

4  the extent it assumes facts that aren't in evidence yet.

5  BY MR. CROSS:

6  **Q.**   Have you seen a photo that shows that?

7  **A.**   I don't know.  I have seen a lot of those photos.

8          THE COURT:  And you have seen videos as well of that?

9          THE WITNESS:  I have seen videos, yes, of people

10 walking in and out, mostly.

11         THE COURT:  But with different timestamps?

12         THE WITNESS:  Yes.

13         THE COURT:  Yeah.

14         THE WITNESS:  Although the videos I looked at, the

15 ones that really were -- became public, especially were the

16 ones that they were more focused on the who.

17         But yes, I think that is correct.  It was different.

18 It was over a few days.

19 BY MR. CROSS:

20 **Q.**   All right.  Last thing before we break.

21         Presumably, you have used a variety of computer devices

22 over the years, laptops, smartphones, things like that?

23 **A.**   Yes.

24 **Q.**   Have any of those devices ever failed?  Did they stop

25 working -- stop working the way you expected them to at some

1   point?

2   **A.**   I'm sure that is the case.

3   **Q.**   Yeah, it is common with computers; right?  They stop

4   working?  Sometimes they glitch; right?

5   **A.**   Yes.

6   **Q.**   The fact that an electronic device has worked over and

7   over and over again, maybe for years, doesn't tell us that it

8   is going to keep working like that every time in the future it

9   is used.

10          Can we agree on that, sir?

11  **A.**   I can agree with that.  I don't think that is kind of an

12  accurate statement of what happens in elections, but I would

13  agree with that, generally.

14  **Q.**   Okay.

15          MR. CROSS:  Nothing more right now, Your Honor.

16  We'll take a break, if that works for Your Honor.

17          THE COURT:  Okay.  All right.

18          So, Harry, what do you have as the time on your

19  computer?

20          12:06.  Okay.

21          MR. CROSS:  Then, Your Honor, I did forget two

22  exhibits, I think.  Exhibits 47 and 589, I just want to move

23  those in before I forget to do it.

24          MR. BEDARD:  David, 47 was the contract; right?

25          MR. CROSS:  Correct.

1          MR. BEDARD:  And what was 589?  What tab was that?

2          COURTROOM DEPUTY CLERK:  589 was already moved in.

3          MR. CROSS:  That's what I thought.

4          MR. BEDARD:  There's nothing else other than 47?

5          MR. CROSS:  Just the contract.

6          MR. BEDARD:  No objection to that one, Your Honor.

7          THE COURT:  All right.  It is admitted.

8          MR. CROSS:  Thank you, Your Honor.

9          THE COURT:  Okay.  So I'll see you-all at 12:40.

10         MR. BEDARD:  Just for clarification, I think, David,

11    are you still planning on questioning him after the break?

12         MR. CROSS:  Yeah.  But it will be very brief, I

13    think.

14         MR. BEDARD:  Thank you.

15         THE COURT:  All right.  Thank you.

16              **(A lunch break was taken.)**

17         THE COURT:  Have a seat.

18         MR. CROSS:  May I proceed, Your Honor?

19         THE COURT:  Yes.

20         MR. CROSS:  May I approach the witness?

21         THE COURT:  Yes.

22    BY MR. CROSS:

23    **Q.**   Mr. Germany, I'm almost done, and I very much appreciate

24    your patience.

25         Do you see Exhibit 137 in front of you?

1   **A.**   Yes.

2   **Q.**   And you'll see that this is an email that you sent to

3   Mr. Tyson, other lawyers representing State defendants in this

4   case, copying Gabriel Sterling and Steven Ellis on August 1st

5   of 2022.

6        Do you see that?

7   **A.**   Yes.

8   **Q.**   And Mr. Ellis, I believe at the time, reported to you in

9   your office?

10   **A.**   Yes.

11   **Q.**   Okay.

12        MR. CROSS:  Your Honor, we would move Exhibit 137

13   into evidence.

14        MR. BEDARD:  I don't think there is any objection,

15   Your Honor.  I'm just flipping through it real quick.

16        No objection, Your Honor.

17        THE COURT:  It is admitted.

18   BY MR. CROSS:

19   **Q.**   Mr. Germany, do you recall that on September 26 of 2022,

20   Secretary Raffensperger did an interview with a local TV news

21   station?

22   **A.**   No.

23        MR. CROSS:  Let's pull up Exhibit 146, please.

24   BY MR. CROSS:

25   **Q.**   So you have in front of you -- you see it is a news

1   article from September 26 of 2020, with the title Questions

2   Raised and Timeline of State Response to Coffee County Breach.

3       Do you see that?

4   **A.**   Yes.

5   **Q.**   This is obviously after you left -- no, I'm sorry.

6       You were still general counsel at this time; correct?

7   **A.**   Correct.

8   **Q.**   Yes.   Thank you.

9       And so as you sit here, you -- well, let me ask it this

10  way.

11      Does seeing this article, seeing the Secretary here on the

12  screen with the video -- does that refresh your recollection

13  that he did an interview with a local news station where he

14  talked about an investigation into Coffee County breaches?

15  **A.**   Yes.

16  **Q.**   And if you look -- well, let me ask you this -- take a

17  step back.

18      Do you recall that he said in the video -- and we can play

19  it if we need to -- that his office and he was aware, in his

20  words, very early on -- very early on in 2021 about the Coffee

21  County breaches?

22      Do you recall that?

23  **A.**   I don't recall that.   I don't recall what he -- I mean, I

24  can read kind of the text on this exhibit, but I don't recall

25  what he said in the interview.

1    **Q.**   Okay.  We'll get to that in a second.  I did not give Tony

2    a heads-up on it.  I thought you might remember it.  We'll come

3    to the video in moment, but take a look at the article, if you

4    would.

5         If you would look down at the bottom.  Do you see where it

6    reads, last Thursday, 11Alive's Doug Richards interviewed

7    Secretary Raffensperger and asked him on camera when he first

8    learned about the breach.  Raffensperger initially answered

9    January of 2021.

10        Do you see that?

11   **A.**   Yes.

12   **Q.**   Does that refresh your recollection that he said in this

13   interview that he learned about the breach in January of 2021?

14   **A.**   That is what it says he said.

15        MR. BEDARD:  And, David, just because we read it into

16   the record, if you want to move to admit that.

17        MR. CROSS:  Yeah, I was going to.  I was going to get

18   there.  I just wanted to lay a little more foundation on it.

19        Tony, can you play this real quick?

20              **(Playing of the videotape.)**

21   BY MR. CROSS:

22   **Q.**   Just yes or no, did you have any discussions as a general

23   counsel with Secretary Raffensperger about this at the time?

24        Just yes or no.  I don't want to get into privileged

25   information.

1              And if you don't recall --

2    **A.**    I can't recall, specifically.

3    **Q.**    Okay.

4    **A.**    I can say it is something we probably would have

5    discussed, but I can't recall specifically.

6              MR. BEDARD:  David, just for clarification, when you

7    say, at this time, do you mean September of 2022?

8              MR. CROSS:  Yes.  Yeah, on or around the time of the

9    interview.

10   BY MR. CROSS:

11   **Q.**    Do you recall, just yes or no, having any discussion with

12   Secretary Raffensperger regarding the statements he made in

13   this interview?  Do you have a specific recollection of that

14   happening at any point?

15   **A.**    I mean, my recollection surrounding this is when it came

16   out, it seemed pretty clear that Secretary Raffensperger was

17   confusing the initial post 2020, early 2021 --

18   **Q.**    Sorry to interrupt.  I don't want you to speculate on

19   Secretary Raffensperger, what he was doing.

20        He is welcome to come explain himself, but I don't want

21   you want to crawl into his head and tell us what you think.

22             MR. BEDARD:  Your Honor, he was asking about his

23   awareness of the situation too, so I think he is entitled to

24   explain what his understanding was of the situation.

25             THE COURT:  Well, you can have a -- you can ask the

1   question yourself.  That is not the question Mr. -- that was

2   asked, so -- by plaintiffs' counsel.

3   BY MR. CROSS:

4   **Q.**   My question was simply:  Just yes or no, as you sit here,

5   do you specifically recall having a conversation with Secretary

6   Raffensperger about the statements he made in this interview?

7   Do you recall a conversation happening?

8   **A.**   I don't specifically recall really any conversations I had

9   in September of 2022.  I kind of have to infer from what -- you

10  know, just from sort of what I generally recall, really, based

11  on any topic going back that far.

12  **Q.**   Okay.  So you don't recall ever having a discussion with

13  Secretary Raffensperger about his interview?

14  **A.**   I think I would have.  But I don't specifically recall it.

15  **Q.**   Okay.

16  **A.**   Again, because I -- we have a lot of conversations.

17  **Q.**   All right.  If we can go back to Exhibit 146.

18       If you look at the bottom of Exhibit 146, picking up where

19  we left off where it was reported Raffensperger initially

20  answered January of 2021, but within minutes of answering, an

21  aide to Raffensperger corrected the Secretary of State's

22  response off camera and offered May of 2021 as the correct

23  date.

24       Do you see that?

25  **A.**   Yes.

1    **Q.**   And do you know -- do you have any reason to believe that

2    that is not accurate?  That an aide did not say what is

3    reported here?

4    **A.**   I have no idea.

5    **Q.**   You don't know one way or the other?

6    **A.**   Correct.

7    **Q.**   It then goes on, 11Alive used that corrected information

8    in our on-air report, removed the full interview with

9    Raffensperger from YouTube which included the earlier initial

10   answer of January of 2021.  However, a Friday -- on Friday, a

11   representative with the Secretary of State's office clarified

12   that the office did not know about or begin investigating

13   Coffee County until July of 2022.

14        Do you see that?

15   **A.**   Yes.

16   **Q.**   Okay.  Do you know who the aide was that is identified

17   there?

18   **A.**   No.

19        MR. BEDARD:  Objection just, Your Honor, again to

20   hearsay as to actually what happened between the reporter and

21   those people for the truth of whatever is going on there.  He

22   can ask the witnesses about their awareness of what happened

23   there.  But taking that for the truth of the matter asserted I

24   do think is hearsay.

25        MR. CROSS:  Well, the person we would like to ask is

```
 1   refusing to appear, so the hearsay objection seems awfully
 2   unfair.
 3              MR. BEDARD:  Your Honor, I think there are other
 4   people who can also testify to that.
 5              THE COURT:  Well, subject to your linking it all up,
 6   I -- you're just simply at -- were you aware, sir, that -- I
 7   mean, this is still before you left July of '22; is that right?
 8              THE WITNESS:  September of '22, but before I left,
 9   yes, ma'am.
10              THE COURT:  Right.  Were you personally aware that a
11   representative of the Secretary of State's office clarified to
12   the media that the office did not know about or begin
13   investigating Coffee County until 2022?
14              THE WITNESS:  So my awareness of this incident, as
15   I -- I remember it coming up, and I think it was -- I think one
16   thing that was frustrating is I think the stated topics of the
17   interview were not what was actually asked about, so I think
18   that led to some confusion in responses.
19              And based on -- I mean, I know I talked to multiple
20   people after this to kind of just be like, hey, what happened?
21              I recall talking to Jordan Fuchs, for instance.  And
22   based off of those, I think that Secretary Raffensperger -- I
23   think the January of 20 --
24              THE COURT:  I'm not asking you to interpret what he
25   said.
```

1          I'm asking about:  Were you aware that the office

2     itself -- that the Secretary of State's office clarified or

3     then later on indicated to the -- to the media conducting this

4     interview that he -- that the Secretary, in fact, did not know

5     about or begin investigating Coffee County until July of '22?

6     I mean, isn't that what you were trying to find out?  Yeah.

7          THE WITNESS:  I think all of that kind of mixes up a

8     bunch of different things, which, like in the -- I think this

9     news article mixes up a bunch of different things, so it is

10    kind of hard to respond to.

11         THE COURT:  All I'm asking is for you -- not trying

12    to test the article and what it may or may not -- but are you

13    aware or not of a representative of the Secretary of State's

14    office attempting to clarify, from your perspective, that the

15    office did not know about or begin investigating Coffee County

16    until July of '22?  That is all I'm asking.

17         THE WITNESS:  The other thing happening at this time

18    frame was Secretary Raffensperger was running for reelection.

19    And so when he says an aide, I don't know if he knows -- if he

20    means a campaign aide or a Secretary of State office person.

21         THE COURT:  This one just talks about a

22    representative with the Secretary of State's office, if you

23    just want to look at that.

24         THE WITNESS:  I see what it says, and I don't know if

25    that is accurate is all I'm saying.

```
 1              THE COURT:  All right.  And you're not aware of it

 2   one way or the other that there was a clarification provided,

 3   that this was the clarification provided by the Secretary of

 4   State's office?

 5              THE WITNESS:  That what was a clarification provided?

 6              THE COURT:  That the Secretary of State's office

 7   clarified that the office did not know about or begin

 8   investigating Coffee County until July of 2022.

 9              THE WITNESS:  Well, if that was provided, it is not

10   accurate.

11              THE COURT:  Okay.

12              MR. CROSS:  Thank you, Your Honor.

13              THE WITNESS:  And I would say that happens -- that

14   happens with press statements, particularly when -- I do recall

15   in this interview, the stated topics were not what was then

16   asked, and so that leads to confusion, generally.

17              MR. CROSS:  Your Honor, we offer 146 into evidence.

18              MR. BEDARD:  No objection, just subject to our

19   hearsay objection.

20              THE COURT:  All right.  Admitted subject to that

21   hearsay objection.

22              MR. CROSS:  Your Honor, we also offer the video clip

23   that I just played of the Secretary's interview is Exhibit 575,

24   and so we offer that in as well.

25              MR. BEDARD:  I don't think we've got an objection as
```

1    long as we do the whole thing.  It is a little odd because it

2    is just obviously a video clip out of court.  But our

3    understanding is he is also a party, so I'm trying to think

4    about -- we might just need to do the long --

5            THE COURT:  Why don't you sit down and look at what

6    you --

7            MR. BEDARD:  Sure.  Thank you.

8            THE COURT:  -- agree on, anything else that you think

9    is relevant to include.

10           MR. CROSS:  Okay.

11           MR. BEDARD:  Thank you.

12           MR. CROSS:  We'll do that, Your Honor.

13   BY MR. CROSS:

14   **Q.**   All right.  Sir, I can't remember if I asked you this, so

15   I apologize if I did.  I just want to make sure.

16       The breaches in Coffee County, as you guys learned about

17   those, there was never a time when the Secretary's office

18   alerted DHS/ISAC, as you referred to it earlier to that; is

19   that right?  To your knowledge?

20   **A.**   I don't think we did.  I shouldn't say that.  I should say

21   I'm not aware of that.

22   **Q.**   Given your role as general counsel and the importance of

23   that type of alert, would you expect someone to inform you if

24   that alert had been made to DHS?

25   **A.**   Not necessarily.  That type of incident, investigating an

1  actual, you know, incident, like a physical access, it seems --

2  it is different from, for instance, the earlier email that we

3  forwarded; whereas, they really do more of the sort of cyber

4  investigation, trying to figure out who somebody is based off

5  of an email; whereas, I mean, we thought that for this one, GBI

6  boots on the ground was more -- the more appropriate referral.

7  **Q.**   And to your knowledge, no one at the Secretary's office

8  alerted DHS to the presence of the Cyber Ninjas card in the

9  office in May of 2021?  Meaning in, May of 2021, to your

10 knowledge, there was no alert made to DHS of that report;

11 right?

12 **A.**   Not to my knowledge.

13 **Q.**   And you would expect someone to have alerted you if that

14 was being a report to DHS at that time?

15 **A.**   Not necessarily.  Reporting to DHS, reporting to MS-ISAC

16 is really just kind of forwarding --

17         THE COURT:  I'm sorry.  If I didn't understand the

18 words because they were coming out fast, I can't imagine --

19         THE WITNESS:  Reporting something to DHS/MS-ISAC is

20 really just forwarding kind of something suspicious, suspicious

21 emails in particular.

22         THE COURT:  Well, do you know whether something --

23 anyone in the department did that, whether it is --

24         THE WITNESS:  I don't know.  I'm saying that to

25 say -- but it might not be something that if someone does, they

1   would necessarily let me know about it.

2   BY MR. CROSS:

3   **Q.**   You're aware that while you were the general counsel, that

4   CISA -- C-I-S-A -- cybersecurity agency within DHS, put out an

5   advisory confirming vulnerabilities found in the Dominion BMD

6   system; right?

7   **A.**   Yes.

8   **Q.**   And you're aware that they recommended about a dozen

9   mitigation measures?

10  **A.**   I can't recall the number, but I recall they had some

11  mitigation measures, yes.

12  **Q.**   And are you aware that that CISA advisory came out of

13  something called a CBD process?

14  **A.**   Yes.

15  **Q.**   And the CBD process began when this Court authorized the

16  release of Dr. Halderman's July 2021 report to CISA in or

17  around February of 2022.

18       Does that sound right?

19  **A.**   I know that the -- I don't know the dates, but I know that

20  the C -- yes, that it came out of this Court's kind of approval

21  of that.

22  **Q.**   In your role as general counsel for the Secretary's

23  office, did you or anyone else, to your knowledge, at the

24  Secretary's office have any involvement or communications with

25  CISA during that CBD process?

1    **A.**    I recall I had some communications with CISA.  I think at

2    that point, it was more of a, hey, heads-up, this is about to

3    come out.

4         We didn't have any sort of, I guess, role in their

5    process.

6    **Q.**    And I was going to ask about this.

7         So, to your knowledge, did anyone at the Secretary's

8    office have any kind of input, for example, into the CBD

9    process or into the advisory that came out?

10   **A.**    Not to my knowledge.

11   **Q.**    Do you know whether anyone at the Secretary's office

12   received a draft of the advisory before the final advisory was

13   released?

14   **A.**    I recall having some conversations with CISA, and it is

15   possible we received an embargoed draft.  I can't specifically

16   recall.

17   **Q.**    Okay.  We'll come back to that because I'll pull that up

18   to help.

19        Do you recall that in January of 2022, the Secretary

20   released a public statement together with Dominion calling for

21   the public release of Dr. Halderman's report?

22   **A.**    I'll take your word on the time frame, but yes, I recall

23   that statement.

24   **Q.**    Yeah.  And up until that point, you understand -- we

25   talked about this a little bit yesterday.

1    Up until that point, do you understand that it was the

2  State defendants' lawyers that had been asking the Court to

3  treat that report as attorneys' eyes only, or you don't know?

4  **A.**   I don't know.

5  **Q.**   Just yes or no -- because I don't want to get into

6  privileged communications -- did you have any discussions with

7  the Secretary or anyone else in the Secretary's office before

8  he called for the public release of Dr. Halderman's report?

9  **A.**   I'm sure that I would have.

10 **Q.**   As you sit here, can you specifically recall having a

11 discussion on that topic?

12 **A.**   I can't, but for the same reasons we've talked about

13 before.  But that is generally something I would have been

14 involved in.

15 **Q.**   And do you know why -- again, I don't want you to

16 speculate to the Secretary's mindset or get into hearsay, so

17 your knowledge.

18    On your own knowledge, do you know why the Secretary

19 reversed course?

20         MR. BEDARD:  Objection, Your Honor.  To the extent it

21 calls for attorney-client privilege and work product, this is

22 obviously clearly an issue that is going on in the course of

23 this litigation.

24         So I think having conversations with the Secretary as

25 the general counsel while this is going on in the litigation, I

1    think, is privileged.

2           MR. CROSS:  Well, can we get an answer?  Because if

3    he says no, then it doesn't matter.

4    BY MR. CROSS:

5    **Q.**   Do you know why the Secretary's office suddenly decided to

6    call for the release, just yes or no?

7           MR. BEDARD:  No, Your Honor.  Because if he had said

8    yes, I mean, that discloses again that he's had conversations

9    with his attorney.

10          MR. CROSS:  It didn't disclose --

11          MR. BEDARD:  The fact that the conversation with the

12   attorney is itself privileged.

13          MR. CROSS:  That is not how privilege works.  It is

14   advice.  We're not asking for any legal advice.

15          And again, your Honor --

16          THE COURT:  You're asking, on your own knowledge, do

17   you know why the Secretary reversed course and urged that

18   the --

19          MR. CROSS:  Your Honor, let me ask a different

20   question that may be easier.  Let me try this.

21   BY MR. CROSS:

22   **Q.**   Mr. Germany, do you know who at the Secretary's office

23   made the decision to publicly call for the public release of

24   Dr. Halderman's report?

25   **A.**   Secretary Raffensperger would have the final say on that.

1    **Q.**   I do not want you to speculate about his reasons or offer

2    hearsay.

3        So my question is:  You as a general counsel, do you know

4    why the Secretary called for the public release of the report

5    when he did?

6    **A.**   I think he was frustrated that there was a lot of kind of

7    media talking about what it is without actually really what it

8    is.

9        I think he called for other -- release of other -- other

10    things as well in that statement, if I recall correctly.  And I

11    think, you know, there was frustration that there was a lot of

12    things being discussed, particularly in the media, without, you

13    know, really the ability of anybody to make a judgment for

14    themselves.

15    **Q.**   Okay.  But you said you think.

16        If it is his decision, the reality is, you don't know why

17    he made that decision; right?  Because the only way you could

18    know it is crawl in his head or tell us something he said; is

19    that fair?

20    **A.**   I certainly can't crawl in his head.

21    **Q.**   Right.  And so the other way is you would have to tell us

22    something he said to you; is that right?

23    **A.**   So I have a lot of conversations with the Secretary and

24    other people in the office, so, you know, I guess -- it is

25    difficult to just go back and put myself back in time.  I wish

1    I could do that.  I really can't do that.

2        I recall generally the -- doing that, and I recall

3    frustrations.  And I believe it was him, so I'm kind of

4    inferring it must have been something he said.  He was

5    frustrated on those things.

6                MR. CROSS:  And I don't want you to -- to your point,

7    Mr. Bedard, I don't want you to speak to anything you talked to

8    him about.  I don't want you to convey any communications that

9    are privileged.  I don't want you to speak for him because it

10   is also hearsay.  Okay?

11               MR. BEDARD:  But with that point --

12               MR. CROSS:  I'm sorry.  Go ahead.

13               MR. BEDARD:  With that point -- and I appreciate

14   that, David -- then I just wonder what the relevance of this

15   line of questioning is -- if we're not getting into privileged

16   conversations or hearsay conversations, why we're going down

17   the line.

18               THE COURT:  Well, because he might have -- the

19   Secretary might have articulated this not in the context of a

20   privileged conversation.

21               MR. BEDARD:  But I guess what I'm saying is, he's the

22   general counsel of the Secretary's office.  This is clearly

23   going on in the middle of this litigation.  I can't conceive a

24   conversation in that circumstance that wouldn't be privileged.

25               THE COURT:  Well, I can.  You can imagine a group of

 1   people talking in the office, that not all the communications

 2   would be privileged.  That's all.

 3           I mean, it might have been a media strategy.  It

 4   might have been a communications strategy.  It might -- in many

 5   different contexts.  So the witness may not know that.  I

 6   realize that, and that is -- but he also may know it because he

 7   was involved in the highest levels in the functioning of the

 8   office.

 9           But I'm not sure that, frankly, plaintiffs' counsel

10   is going to get to that, but that is really the way that

11   somebody would know without breaching any sort of

12   attorney-client privilege.

13           MR. BEDARD:  And just for the record, Your Honor, I

14   understand you want to be able to proceed.  I would just then

15   lodge a relevance objection as to why the Secretary's personal

16   decision-making is relevant.  But fair enough.

17           THE COURT:  All right.

18   BY MR. CROSS:

19   Q.   Did the Secretary tell you at any point why he called for

20   the public release of Dr. Halderman's report in a statement

21   that you would not consider privileged as general counsel?

22   A.   I think what I can speak to is my general recollection of

23   those events.  I don't recall specific conversations, but I do

24   recall that he was frustrated that this was something that was

25   being -- the Halderman report was something that was being

1  talked about in the media particularly, that there was other

2  statements Mr. Halderman made in this courtroom that were not

3  public, that I think there was a feeling by him and others in

4  the office that at this point -- because I recall going back

5  to --

6  **Q.**   Sorry, Mr. Germany.  Just let me be clear because I don't

7  want to miss each other.  I'm not asking you to share what you

8  think he was feeling.  It is a very specific question.

9  **A.**   Okay.  But here is the thing.  I have already said I don't

10  remember specific conversations.

11  **Q.**   Which I get.  So what I'm taking from that is:  There is

12  not a specific statement you can share with the Court today

13  where you recall the Secretary saying to you, Mr. Germany, this

14  is the reason I'm calling for the public release of the report?

15  **A.**   All I can say is what I have already -- that is my -- that

16  is the best of my recollection on this.

17  **Q.**   Got it.  Thank you.  Thank you.  I appreciate that.

18       MR. CROSS:  Pull up Plaintiffs' Exhibit 139, please,

19  real quick.

20       Can you pull up 85?

21  BY MR. CROSS:

22  **Q.**   Okay.  Mr. Germany, do you recognize this as the public

23  statement that went out from the Secretary's office on

24  January 7 -- January 27 of 2022, calling for the public release

25  of what he refers to as a secret report?

1    **A.**   Could you go back to where I can see the whole thing?

2         Yes.  That looks like that.

3    **Q.**   Okay.

4              MR. CROSS:  Your Honor, we move Exhibit 85 into

5    evidence.

6              MR. BEDARD:  No objection, Your Honor.

7              THE COURT:  Okay.  It is admitted.

8              THE WITNESS:  And I would just add, it says secret

9    report and pre-election testimony.

10   BY MR. CROSS:

11   **Q.**   Right.  And that is referring to testimony that was under

12   seal from the September 2020 hearing; is that right?

13   **A.**   Yes.

14   **Q.**   Okay.  Do you know, just yes or no, before Secretary

15   Raffensperger made the decision to call for the release of the

16   report in that sealed testimony whether he considered the

17   security implications of releasing that information?

18        Just yes or no, if you know.

19   **A.**   I know that is something that he considers, generally.

20   **Q.**   But you don't know specifically whether he considered it

21   before making this decision?

22   **A.**   I don't -- I don't recall specific conversation about

23   that.  And like you said earlier, I can't crawl in his brain.

24   I know that is something he considers generally in his

25   decision-making.

1    **Q.**   Do you know who he relied on to advise him on the security

2    implications of releasing this report?

3    **A.**   I think the frustration was that the report had already

4    essentially been released.

5    **Q.**   That's not my question, Mr. Germany.  I'm sorry.  That's

6    not my question.

7         Do you know, yes or no, who he relied on, if anyone, to

8    advise him on the security implications of releasing the report

9    and the testimony?

10   **A.**   I think he would have relied on me.  I hope so.  I was

11   somewhat -- I would have been involved in those conversations.

12   **Q.**   But you don't recall that?

13   **A.**   I'm sorry?

14   **Q.**   You don't recall that happening?

15   **A.**   I don't recall -- I can't just go back in time and recall

16   this.  I'm sorry.

17   **Q.**   Well, this was not a minor event; right?  I mean, you guys

18   had been telling the Court, your lawyers have been telling the

19   Court --

20   **A.**   We've had a lot of major events.

21   **Q.**   Fair enough.  Fair enough.

22        But in this case, your lawyers have been telling the Court

23   for six months or so that this needs to be remained under seal

24   because it has serious security implications, and then I think

25   we were literally in court in a conference when this came out

1   talking with the Judge.

2   **A.**   I think my --

3          MR. BEDARD:  Again, objection, Your Honor.  I think

4   it assumes facts not in evidence again about what we're

5   representing to the Court, all this sort of stuff.  Some of the

6   earlier questions were about whether he was aware of something.

7          Let me slow down and rephrase, and I'll just make it

8   quick.

9          THE COURT:  Thank you.

10          MR. BEDARD:  I think it assumes facts in evidence

11   because it is assuming what was going on between counsel and

12   discussions with this Court, and the reality was the report was

13   AEO.  So I just don't see the -- not only the relevance, but I

14   do think it is assuming facts in evidence about what was

15   represented to the Court.

16          THE COURT:  Well, I think there are other ways of

17   providing information about this since the witness doesn't --

18   doesn't seem to be able to respond to your question.

19          MR. CROSS:  Let me try it a different way.

20          Did I offer this?  Is this in evidence?

21          MR. BEDARD:  Yes.

22          MR. CROSS:  Thank you.

23          Let's pull this down.

24   BY MR. CROSS:

25   **Q.**   Do you recall that -- in January of 2022, do you recall

1    that you were the only individual in the entire Secretary of

2    State's office and among the SEB who had read Dr. Halderman's

3    report?

4    **A.**    I would have to piece together the timeline.  If you could

5    remind me when it was, kind of -- if that was before it was

6    allowed to be released further by the Court, then that -- then

7    that would be true.

8    **Q.**    Are you aware that Mr. Sterling testified in his February

9    '22 deposition that you were the only individual who had read

10   the report at the time that he was being deposed?

11   **A.**    I'm not aware of that.

12   **Q.**    Do you have any reason to believe he is wrong?

13   **A.**    I'm just trying to -- at some point it was -- I was

14   allowed to release it further, and I just can't recall when

15   that was.

16   **Q.**    As you sit here, can you --

17   **A.**    If it was before that time, then I was the only one.  If

18   it was after that, then I wouldn't have been.

19   **Q.**    As you sit here, can you identify any one individual who

20   you know read Dr. Halderman's report before Secretary

21   Raffensperger called for it to be released other than you in

22   the office?

23   **A.**    I can't recall if that was before or after I was allowed

24   to share it broadly.  I think we discussed that yesterday.  I

25   just can't recall the date.

```
1   Q.   And you don't have any computer science background; right?

2   A.   Correct.

3   Q.   No cybersecurity background?

4   A.   Correct.

5   Q.   And so if Mr. Sterling was right, that as of January '22

6   when this -- when Secretary Raffensperger made the decision to

7   call for the release of this report, the only person who in his

8   office could have advised him having read it would be you

9   without any computer science training; is that right?

10  A.   I think the difference is the frustration that was

11  happening was there was a lot of media reports about this

12  report --

13  Q.   That is not what I'm asking, sir.

14  A.   -- so that led to frustration.

15  Q.   That is not what I'm asking you.

16          THE COURT:  Sir, could you just answer the question,

17  which -- you want to read what the question was?

18              (The record was read back by the court

19               reporter.)

20          THE WITNESS:  I would have been the only person who

21  read the complete report.  There are other people who, of

22  course, had read media accounts of what was in the report.

23          MR. CROSS:  Okay.  Can we pull up Plaintiffs'

24  Exhibit 314 quickly?

25
```

1  BY MR. CROSS:

2  **Q.**   Do you recognize this as an embargoed version and early

3  version of the CISA alert advisory that went out in the summer

4  of 2022 regarding Dr. Halderman's findings?

5  **A.**   That is what it looks like.

6  **Q.**   Okay.  And you mentioned before -- does this refresh your

7  recollection that you or others in your office received this

8  embargoed report around that time?

9  **A.**   Just based on the fact that it says, State defendants, as

10  something we produced, makes me think that.  I still don't

11  recall that.

12  **Q.**   Fair enough.

13            MR. CROSS:  Your Honor, we move 314 into evidence.

14            MR. BEDARD:  No objection, Your Honor.

15            THE COURT:  314 is admitted.

16            MR. BEDARD:  One quick question, David.

17            Never mind.  We can address it later.

18            MR. CROSS:  All right.  Can we pull up Slide 7 real

19  quick?  Play this.

20                  **(Playing of the videotape.)**

21  BY MR. CROSS:

22  **Q.**   Do you recognize where he is sitting?

23  **A.**   That is the Secretary of State's office in the capitol.

24  **Q.**   That is his official Secretary of State's office?

25  **A.**   Yes.

1    **Q.**   And he often does -- makes public statements from that

2    office as the Secretary of State; is that fair?

3    **A.**    That's probably -- I mean, I would say he conducts more,

4    like, media interviews or things like that there.

5    **Q.**   And in this statement, sitting in his official Secretary

6    of State's office, in the comments that he was just making

7    responding to Dr. Halderman's report, he is not offering a

8    personal opinion; right?  He's talking as the Secretary of

9    State, is he not, sir?

10    **A.**   I mean, he's the Secretary of State.

11    **Q.**   And he is speaking from his office as the Secretary of

12    State responding to Dr. Halderman's report; right?

13    **A.**   Yes.  He -- yes.

14    **Q.**   Okay.

15         MR. BEDARD:  Just I would object on the ground here,

16    Your Honor, it hasn't been fully authenticated.  I'm not

17    necessarily, again, doubting the fact that the Secretary made a

18    statement, but it was a little jumpy, and I'm not sure it

19    includes the full question either, so the entire --

20         THE COURT:  You can verify it and raise it again if

21    there was, in fact, something that was material omitted.

22    BY MR. CROSS:

23    **Q.**   Can we agree that is the Secretary of State?

24    **A.**   Yes.

25    **Q.**   Okay.

```
 1              MR. CROSS:  Your Honor, we move Plaintiffs'
 2   Exhibit 491, which is this video, into evidence.
 3              THE COURT:  Well, it is admitted but subject to the
 4   review of defense counsel to see if anything is material that
 5   has been omitted that needs to be added back in.
 6              MR. BEDARD:  Thank you, Your Honor.
 7              What number was that, David?
 8              MR. CROSS:  491.
 9              MR. BEDARD:  491.  Thank you.
10              MR. CROSS:  Can we bring up Slide 11?
11   BY MR. CROSS:
12   Q.   This is Plaintiffs' Exhibit-- this is an excerpt quote
13   from Plaintiffs' Exhibit 196 at Page 143.  Secretary
14   Raffensperger --
15              MR. BEDARD:  Hold on, David.
16              THE COURT:  Wait a second.  I think there is a
17   standing objection.
18              MR. CROSS:  Oh, I'm sorry.
19              MR. BEDARD:  Object again.  I want to make sure I'm
20   getting my objections exactly right.  I think you get the
21   substance of it.
22              I don't know if it's the best evidence rule or one of
23   the other ones.  But I think if we're referencing a document,
24   he should put the document up, not a slide from his opening
25   argument.
```

```
 1              MR. CROSS:  I just want to know if he is familiar

 2   with the statement.

 3              MR. BEDARD:  But again --

 4              THE COURT:  But I think you have to tell him the

 5   context.  You can't just say you want the -- is he familiar

 6   with the statement --

 7              MR. BEDARD:  I guess my point is --

 8              THE COURT:  I understand.  I'm asking -- I think it

 9   is proper to give him at least some idea of what the context of

10   the statement was.

11              MR. CROSS:  Okay.  All right.  Take that down.  We'll

12   come back to that.

13              Thank you, Your Honor.

14              THE COURT:  I would just point out there is no date

15   and time, et cetera, so there is no context at the moment other

16   than the fact that he said it, which I don't know that they

17   will object.  But it is not really fair not to give some

18   context.

19              MR. CROSS:  Right.

20   BY MR. CROSS:

21   Q.   Let me just ask you --

22              MR. CROSS:  We can pull it down off the screen, Tony.

23   BY MR. CROSS:

24   Q.   Let me just ask you this:  As a lawyer and as a former

25   general counsel of the Secretary of State, do you agree that
```

1   the ultimate fact-check in the United States occurs in courts

2   of law where witnesses swear to tell the truth or risk

3   imprisonment and where lawyers must also tell the truth or risk

4   disbarment?  Do you agree with that sentiment?

5   **A.**   Generally, yes.

6   **Q.**   Okay.

7   **A.**   I think that is specifically referring to post 2020 claims

8   that came up surrounding the 2020 election in Georgia.

9   **Q.**   And you agree with the sentiment, if you want to know the

10  truth, watch what happens in court?

11  **A.**   I don't think that courts are infallible, if that is what

12  you're asking.

13  **Q.**   I'm just asking if you agree with that sentiment.

14  **A.**   I think in the context of Secretary Raffensperger's book,

15  the point he was making, I think -- I think yes.

16  **Q.**   And you recognize those are statements that Secretary

17  Raffensperger himself has made; right?

18  **A.**   Well, I saw you reading them from his book, so that is

19  what I'm referring to.

20          THE COURT:  Laser vision.

21  BY MR. CROSS:

22  **Q.**   Have you read his book?

23  **A.**   Yes.

24  **Q.**   Okay.

25  **A.**   I have a signed copy.

 1   **Q.**   Did you read it last night because you thought I might

 2   ask?

 3        Just joking.

 4   **A.**   But I have read the whole thing, for the record.

 5   **Q.**   Cover to cover?

 6        All right.  Good.

 7             THE COURT:  And he's prepared now to be tested on it,

 8   apparently.

 9   BY MR. CROSS:

10   **Q.**   Well, I asked you to recite something before, and you

11   couldn't, so I won't do it.

12             THE COURT:  Don't say that.  Come on.

13             MR. CROSS:  I'm joking.

14   BY MR. CROSS:

15   **Q.**   All right.  Let me just make sure I am done.

16        In your role as general counsel for the Secretary's

17   office, did you have an understanding of whether the Secretary

18   of State -- putting aside Mr. Raffensperger -- whether the

19   Secretary of State, whoever that is, has some sort of legal

20   duty to act in good faith to make sure that they are providing

21   accurate information when they are making statements as the

22   Secretary of State?

23             THE COURT:  All right.  There is an objection from

24   counsel.

25             What is your objection?

1          MR. BEDARD:  I think you got where I was going.  It

2    is calling for a legal conclusion.

3          THE COURT:  I don't think it is a necessary question.

4    Let me put it that way.

5          MR. CROSS:  Okay.  Well, then I will withdraw it

6    because I certainly don't want Your Honor to consider

7    unnecessary things.

8          So let me just make sure these are in evidence.

9    Sorry.  I really should have her do this because she is much

10   better at it.

11         584, did we move that in?

12         MR. BEDARD:  To be honest with you --

13         MR. CROSS:  That was the email exchange between me

14   and Mr. Russo about hacked.

15         MR. BEDARD:  Do you have a --

16         COURTROOM DEPUTY CLERK:  584?

17         MR. CROSS:  Yeah.

18         COURTROOM DEPUTY CLERK:  I'm not showing it.

19         MR. BEDARD:  No objection to 584, Your Honor.

20         MR. CROSS:  Plaintiffs' Exhibit 130, can you pull

21   that up?  It is the June 8 acceptance test.

22         We'll move that in if I didn't do that already.

23         MR. BEDARD:  It is not -- it doesn't have a Bates

24   number on it; right?

25         MR. CROSS:  Yeah, you guys filed it when the Court

1    requested it, so we --

2              MR. BEDARD:  Is that our docket entry?

3              MR. CROSS:  Yes.

4              MR. BEDARD:  Are we sure about that?

5              Then yeah, then that is fine.  No objection.

6              MR. CROSS:  Okay.  Thank you.

7              MR. BEDARD:  I believe you can understand if I don't

8    have all 1,700 docket entries memorized.

9              MR. CROSS:  I get it.  I get it.  We said 589 is in.

10             Is 589 in?

11             COURTROOM DEPUTY CLERK:  Yes.

12             MR. CROSS:  It is?  Thank you, Mr. Martin.

13             148, oh, no, I'm not offering that.  Okay.  Sorry.

14             THE COURT:  That's all right.

15             MR. CROSS:  Sorry.  Not so good at the procedural

16   stuff.

17             Thank you, Your Honor.

18             THE COURT:  Is defense counsel planning to examine

19   the witness or reserve until -- I'm sorry.  Go ahead.

20             MR. BROWN:  I have very brief questions, Your Honor.

21             THE COURT:  That's fine.

22                            CROSS-EXAMINATION

23   BY MR. BROWN:

24   Q.   Mr. Germany, I'm Bruce Brown.  Good to see you.

25   A.   Good to see you.

1    Q.   Let me take you back to December 2020, right after the

2    general election.

3         Do you recall the subject of litigants trying to get

4    access to Coffee County's election equipment in litigation that

5    was filed in federal court in December of 2020?

6    A.   We had a lot of litigation.  I can say I generally recall

7    that.  I don't know that I -- I can't say I specifically recall

8    it.

9    Q.   Right.  It was a case -- the style of the case to

10   reflect -- to refresh your recollection is *Pearson v. Kemp*, and

11   just for the record, that is 20-CV-0409 before Judge Batten --

12   A.   That's the Kraken --

13   Q.   The Kraken case.  Thank you.  You anticipated my next

14   question.

15        And it was brought by Sidney Powell and Harry MacDougald.

16        Do you recall that case?

17   A.   I recall Sidney Powell.  I'll take your word for

18   Mr. MacDougald.

19   Q.   And in that lawsuit, they were seeking specifically

20   election equipment from Coffee County; right?

21   A.   I don't -- I don't dispute that.  I can't specifically

22   recall that.

23   Q.   You don't recall that?  Okay.

24        Do you recall that also in December that you testified in

25   front of the House Affairs Committee, Representative Fleming's

1   committee?

2   **A.**   In December 2020?

3   **Q.**   Yeah.

4   **A.**   I recall testifying in -- I think it was a Zoom and it

5   was -- did you say Government Affairs?

6   **Q.**   Yes.

7   **A.**   I think it was Shaw Blackmon, I think, was the chairman.

8   Yes, I do recall that.  Yes.

9   **Q.**   And that is the Government Affairs -- it is chaired by

10  Shaw Blackmon?

11  **A.**   It was at the time, I believe.

12  **Q.**   And do you recall that Representative Fleming asked you

13  about the Kraken lawsuit which sought records from Coffee

14  County?

15  **A.**   I don't recall that.

16  **Q.**   Okay.  I'm going to fast-forward to June of 2021, and the

17  subject is the replacement of the server in Coffee County.

18       Are you with me?

19  **A.**   Yes.

20  **Q.**   Now, Mr. Barnes contacted you about replacing the server

21  in Coffee County.

22       Do you recall that?

23  **A.**   Could you clarify.

24       Are you talking about James Barnes from Coffee?

25  **Q.**   Thank you.  Michael Barnes.

**A.**   Michael Barnes contacted me?

**Q.**   Yes.

**A.**   I don't recall that.

**Q.**   You don't recall that?

**A.**   Correct.

**Q.**   When -- you are obviously familiar with Georgia's election laws about what counties have to retain, what records counties have to maintain after an election; right?

**A.**   Generally, yes.  I always like to refer back when being asked something.

**Q.**   And -- but, in general, counties, both under federal and state law, have an obligation to retain election records in the county for a period of time after an election or a runoff; right?

MR. BEDARD:  Objection, Your Honor.  Calls for a legal conclusion.

THE COURT:  Well, he's -- I mean, either the law says that or not.  If it is something that is only decided by the Georgia Supreme Court, that is something different.

But to your knowledge, is that a requirement of Georgia law based on your experience and expertise as general counsel?

Do you want him to ask the question again?

THE WITNESS:  Yes.

1  BY MR. BROWN:

2  **Q.**   Counties have to keep election records for a period of

3  time, like two years, after an election; right?

4  **A.**   So there is a requirement in Georgia law that they have to

5  keep election records under seal in superior court for

6  two years.  There is an additional requirement under federal

7  law that is similar.  I think it is a 22-month requirement.

8  And then, of course, there's always questions about well,

9  what -- what does that entail exactly?  What scope of records

10  does that entail?

11  **Q.**   And when -- and when the Secretary of State took Coffee

12  County's server, they left Coffee County without a copy of

13  their election records; right?

14  **A.**   No.

15  **Q.**   Did they make a copy of the server?

16  **A.**   In -- generally, the practice is in records that are kept

17  in superior court by counties under seal, that includes a copy

18  of the election project.

19  **Q.**   But isn't -- doesn't the law require that the records,

20  like, on the server be kept in the county for a period of

21  two years?

22       MR. BEDARD:  Again, objection, Your Honor, to the

23  extent it is calling for a legal conclusion about what is

24  required under Georgia law.

25       THE COURT:  Well, and he can testify as to based on

1    his experience and in his specific capacity.  If something is

2    wrong, he will obviously be able to clarify that it is wrong.

3    But he can -- this is what -- the essence of the work of the

4    elections -- of the Secretary of State's office still is to --

5    I mean, there are lots of other things, but one major one is

6    dealing with elections, which are the core of democracy, so --

7    and the law.

8    BY MR. BROWN:

9    **Q.**   Can you answer the question?

10   **A.**   So that is work that is done at the county level, and the

11   way that that is done is what I said earlier.  A copy of the

12   election project file, which is the records, are kept in

13   superior court under seal for that two-year period.

14   **Q.**   Do you recall any discussion with Mr. Michael Barnes or

15   anybody else about the fact that Coffee County did not have a

16   copy of its election records after the Secretary of State took

17   the server?

18   **A.**   No.  I don't think -- I don't know that that is an

19   accurate statement.

20   **Q.**   But in any event, you don't recall any conversations about

21   that; right?

22   **A.**   Correct.  But also, that would have occurred -- generally,

23   the way that is supposed to occur is when documents are placed

24   under seal in superior court, that is included.  And that

25   server that we replaced had nothing to do with documents that

were separately under seal in superior court.

**Q.**   And it is your understanding that they are under seal in the superior court and they don't have to keep it in the election office?

**A.**   They are told to keep it -- the law specifically says they are kept under seal in superior court.

**Q.**   Okay.  Thank you, sir.

**A.**   I should add to that, as I'm sitting right here now, to the best of my recollection as to what the law specifically says.

**Q.**   The law says what it says; right?

**A.**   Yes.

THE COURT:  Did you have anything you wanted to ask, Mr. Oles?

MR. OLES:  I do, Judge.

THE COURT:  Is it going to be short also?

MR. OLES:  I can't get it done in 15 minutes is my problem.

THE COURT:  I see.

MR. OLES:  It won't be long, but it is --

THE COURT:  How long will it be?

MR. OLES:  45 minutes is what I'm --

THE COURT:  That's long.

Well, you can't do 45 minutes today.  Let me just -- thank you for telling me that.

```
 1              Maybe you could provide us with a little more roadmap

 2    of what you are hoping to cover because I think that is more

 3    than I anticipated.

 4              I'm not asking you to tell me every question by any

 5    means, just the subject matter.

 6              MR. OLES:  Yeah.  I am interested in several key

 7    areas.  I do have some questions for Mr. Germany regarding the

 8    data deletion that took place back with the KS -- when KSU was

 9    operating the CES.  I have some questions regarding some claims

10    that were made with regard to ballots and Mr. Hall's affidavit.

11    I have some questions regarding --

12              THE COURT:  Affidavit of Mr. Hall and what?  I'm

13    sorry.

14              MR. OLES:  And the third area would be, I also have

15    some questions about Coffee County, but not ones that were

16    covered.

17              THE COURT:  Did the State intend to cross-examine the

18    witness now, or is it planning to call him as part of your

19    case, or are you just not planning to do anything?

20              MR. BEDARD:  As it stands right now, I don't

21    anticipate asking him any questions right now.  We do likely

22    anticipate calling him back in our case.  Obviously, that

23    depends on if the Court allows Mr. Oles to question him.

24              I would express, I think, a little bit of concern

25    under the local rule, as we talked about, understanding that is
```

```
 1    kind of a case-by-case basis.  But we're now -- to require
 2    Mr. Germany to come back after a long weekend three days when
 3    he's already been testifying for a day and a half, and I
 4    think -- and I don't want to get too much into it -- but I
 5    think on some things that were tangentially relevant.  We're
 6    going to be talking about discovery disputes.  There's a lot of
 7    time spent on that.
 8              And I'm not questioning -- again, Mr. Cross, he was
 9    entitled to do that and he took his time.
10              Thank you.  Well, there we go.
11              So I just -- we're taking a long time.  We've already
12    had witnesses who have had to come twice, go home now, come
13    back again over the long weekend.  I just don't see the benefit
14    of doing this.
15              MR. CROSS:  Could I just add, Your Honor, I share the
16    State's concern?  Because we have a limited amount of time.  We
17    want to move quickly.  This is the first that I've heard that
18    Mr. Oles has any questions at all, much less 45 minutes.
19              THE COURT:  Well, why don't we do this, I mean,
20    because I can't be here for 45 minutes --
21              MR. CROSS:  Can the Court direct him to do it in 15?
22    I mean --
23              THE COURT:  Well, I think that takes time on the part
24    of somebody to sort of frankly reduce what they are going to
25    do.  I mean, I'm happy to do that if -- but if Mr. Oles
```

1    thinks -- I mean, I'm happy to go 20 minutes if Mr. Oles thinks

2    he can fit himself into 20 minutes.

3           I will say that -- I mean, there's some tricky

4    issues -- just matters here that we have a substantial record

5    in this case regarding KSU.  And yes, we could repeat the whole

6    thing, but unless somebody -- but I think that they were --

7    well, it is self-serving for me to say that I thought they were

8    well -- that they were well-presented, completely presented,

9    addressed at length about the KSU server, the deletion of the

10   functioning of the CES office in that capacity.  We had an

11   incredible volume of that evidence that is in the record.

12          So my concern is going over that again because --

13   but, of course, if on the other side of it that the State says

14   that none of that can be properly considered because we're not

15   reintroducing everything, that is a whole other matter.

16   Because, you know, the functioning of the CES office, even if

17   it was at a different location, is still relevant over time.

18          MR. BEDARD:  And I would have to confer with

19   co-counsel because that is obviously a big question you're

20   asking.

21          THE COURT:  I mean, this is a question about other

22   hearings as well, frankly.

23          MR. BEDARD:  Sure, absolutely, and that's a big

24   question.  I would have to confer with co-counsel.

25          I think in a smaller sense, I think I've got on a

 1    logistics level some concerns.  One, I don't know what

 2    Mr. Germany's availability is next week.  Two, I'm not sure

 3    that he is really the proper witness to ask those questions

 4    about anyway.

 5            It sounds like they had Mr. Barnes on the stand to

 6    testify about some of those.  It sounded like Mr. Oles was

 7    going to ask him about Mr. Hall's affidavit.

 8            So I just -- I'm not sure when it comes to

 9    Mr. Germany -- and maybe we can answer the larger question

10    about the server issues at KSU.  I'm still not sure it

11    necessarily answers the question about whether Mr. Germany

12    needs to come back.

13            THE COURT:  Well, I don't know whether the

14    question -- the scope of the questions around Coffee County and

15    I don't know -- and obviously that counsel for Mr. Davis

16    feels -- they have already expressed that they had some degree

17    of conflict or difference in approaches.  And everyone in the

18    State said he had a right to his own counsel, and very

19    affirmatively.  So I have been guided by also everyone's

20    positions on that.

21            So my view is this, is that subject to something else

22    happening, I think the KSU -- unless there is something

23    terribly original about the KSU matter because Mr. Jordan -- it

24    might only be about the destruction of data, and I'm prepared

25    right now, which might be in your interest to go for 20 or 25,

1    you know, try to do it -- finish it if we just start this

2    moment and I can walk out of the courthouse at a quarter

3    after -- or at least walk out of my office, not out of the

4    courthouse.  But if we can't do that, then I have to sort of

5    reboot.

6              So do you think you can do that?  If you don't, then

7    I have to -- let me just meanwhile -- you look at your

8    questions, and are you -- are you able to come back on Tuesday?

9              THE WITNESS:  I believe so.

10             THE COURT:  But in either event, there is no way that

11   I'm allowing more than a half an hour, so you have to just

12   decide.  I mean, there are advantages to you in getting it

13   moving forward, obviously.  But otherwise, we'll just do half

14   an hour tomorrow -- on Tuesday.

15             MR. OLES:  I understand, Judge.  If I need to

16   consolidate to move -- and I think the Court knows I have moved

17   pretty efficiently --

18             THE COURT:  You have.

19             MR. OLES:  -- so far.  With a little bit of extra

20   effort, I am sure I can meet that, but it wouldn't be now.

21             THE COURT:  Okay.  That's fine.  Then we will put it

22   off until Tuesday.  And you, meanwhile, can decide what you are

23   doing, whether there is any chance you want to examine him now,

24   I wouldn't -- and if not, that is fine too.

25             MR. BEDARD:  Your Honor, if I can ask one question

```
1    about the local rule and one attorney per side.  If we can at

2    least ask for some sort of guidance from the Court on the

3    amount to which plaintiffs need to maybe confer about what they

4    expect for their questioning so we can anticipate things like

5    this because as Mr. Cross said --

6              MR. CROSS:  I agree with that, Your Honor.

7              MR. BEDARD:  -- he hadn't heard anything about that

8    until today, so --

9              THE COURT:  Yeah, well, I think --

10             MR. CROSS:  To be clear, we confer very carefully.

11   In fairness to the State, when we provide them the witnesses we

12   plan to call and how long we think it will go, we assume that

13   we would hear -- so we agree.  We will --

14             MR. BEDARD:  I don't mean to question anybody.  I'm

15   just --

16             THE COURT:  All right.  Well, I think that the

17   Coalition's counsel's questions have been very consolidated and

18   consistent with the spirit of what I've tried to relay, and

19   which I think most other judges will allow some extra

20   questions.  I realize we have a different situation for

21   Mr. Davis' counsel and Mr. Davis that I'm trying to accommodate

22   with at the same time not completely distracting from the case

23   being presented by counsel who have actually litigated this

24   case for six years with great industriousness care.

25             So I would ask Mr. Oles, though, to be sure even
```

1    before you proceed on Tuesday to be in touch with plaintiffs'

2    other counsel regarding the scope of matters you're planning to

3    touch in case they think there is -- they have their own views

4    about, you know, whatever the risks or benefits are of the

5    route that you're pursuing because it could end up with -- you

6    know, there might be objections from your co-counsel.

7           So that is my concern.  So this is all a delicate

8    area.  So you do need to be in touch with them so that they can

9    respond to you no later than -- you know, than Monday so that

10   they can -- that you can consider this and you can all present

11   it and if we need to discuss it before the witness is on the

12   stand.

13          MR. OLES:  Judge, I'll certainly confer with

14   co-counsel before Monday.

15          THE COURT:  And then, you know, going forward, be

16   sure that you've really communicated.  You know, it is one

17   thing to be jumping up with five minutes.  It is really not the

18   real concern.  It is really when we get something more

19   substantive than that.

20          And so for now, we're going to see you at 9:30 absent

21   something exploding on me.  I know.

22          So in terms of the standards really of control of the

23   witness examination, Rule 611 provides the mode and order of

24   examining witnesses and presenting evidence.  And among other

25   things, it says the Court should exercise reasonable control

1    over the mode and order of examining witnesses and presenting

2    evidence so as to:  One, make those procedures effective for

3    determining the truth; two, avoid wasting time, which is, of

4    course, always a desire; and, three, protect witnesses from

5    harassment or undue embarrassment.

6           This case involves a huge volume of evidence and a

7    complex series of events over a substantial period of time, so

8    I have allowed more time for the examination of witnesses.  I

9    don't think anyone has caused undue embarrassment.  But I'm

10   sure that I will warn people if they start doing that.

11          But those are obviously the operating principles, and

12   we don't want to waste time -- avoid wasting time.  The rule

13   does anticipate that a judge -- our local rule may -- you know,

14   can modify anything of the local rule and obviously does in a

15   variety of contexts.

16          I had a few questions at the end, but I'm going to

17   hold back for now, of the witness.  And one of my law clerks is

18   writing me a note.  I don't want to jump forward without -- do

19   you have -- okay.

20          And then I just wanted to talk a little bit about the

21   concerns that were expressed by Mr. Cross at the outset today

22   because they might --

23          MR. CROSS:  Your Honor, can you release Mr. Germany?

24   Do you want to release him or do you want to --

25          THE COURT:  Sure.  But I will say --

1          MR. CROSS:  Oh, sorry.

2          THE COURT:  -- that I will release you.  Don't talk

3    about your testimony with any other witnesses.  To the extent

4    you are talking with counsel for the State, I just want to

5    advise you about something you probably know anyway, that you

6    must be careful in that connection not to be influenced in your

7    testimony in any regard by their statements or their

8    representations to you.

9          THE WITNESS:  Yes, Your Honor.

10         THE COURT:  You can be excused.  Then I'll just go

11   over what I was going to say.

12         THE WITNESS:  Thank you.

13         THE COURT:  I've reviewed the ABA and Georgia rules

14   regarding whether counsel may confer with a witness during a

15   break in his testimony, which might happen overnight or during

16   the -- obviously during the course of the day.

17         While the rules do not prohibit counsel from speaking

18   to the witness during a break in the testimony, they do

19   prohibit counsel from coaching or having conversations that

20   encourage the witness to alter, amend, or modify his testimony

21   or otherwise influence the substance of the testimony.

22         So if a conversation was privileged and it was -- it

23   might be permissible to ask about if there is an attorney -- in

24   fact, an attorney-client privilege there -- it would

25   certainly -- and that conversation occurred in the course of

1    the day and you no longer had an attorney-client relationship

2    with the individual -- it is -- whether you did or you didn't,

3    you have to be very careful about influencing the substance of

4    the testimony.  That is the problems about breaking people's

5    testimony over multiple days, and that is why the Supreme Court

6    has, among other things, noted one of the things that judges do

7    effectively is limit the time the person can be off the bench.

8    Because, otherwise, we get into these sorts of concerns.

9         And influencing a witness can happen in a variety of

10   ways, like suggesting evidence, suggesting that doesn't sound

11   right.  It is in some ways easy, without even intending to

12   influence the testimony, to encourage effectively because of

13   the impact of the comments to affect the witness and cause him

14   or her to modify the testimony or influence the substance of

15   it.

16        Now, I'm not making any findings at this juncture

17   that that happened here at all.  I don't have anything about

18   that, and we have the whole manner in which the counsel

19   spoke -- gave me no reason to think that.  But I only go over

20   this for everybody at this juncture.

21        One of the things is:  We have a very long trial

22   here, and so people speak over many days sometimes.  And so

23   that is just inherent in the situation.  As you know, I

24   typically advise everyone when they leave not to talk to anyone

25   else, and that is really trying to make sure they don't talk to

1    any other witnesses, first and foremost.

2          But I have to rely on counsel, ultimately, to conduct

3    yourself in such a way that you're not stepping over the

4    boundaries.  There are certainly circumstances where you could

5    end up waiving privilege if you ended up discussing privileged

6    information, and then the person -- because of the fact that

7    you're asserting attorney-client privilege but it is not really

8    privileged, so --

9          MR. CROSS:  Your Honor, could I just be clear?

10         THE COURT:  But I don't know.  You were speaking.  I

11   mean, we went and looked at the rules again, but I don't know

12   whether there was something else other than the ABA and State

13   Bar rules that you were thinking about.

14         MR. CROSS:  No.  That is what I was thinking of, but

15   I just wanted to be really clear on the record.

16         I was not suggesting or insinuating that the State in

17   any way deliberately sought to affect his testimony.  It was

18   more the concern Your Honor just made that sometimes the most

19   innocent of intentions, if you're talking about something, can

20   have an impact.  So that is why I thought we were entitled to

21   just explore at least the topics.

22         But I do want to be clear, not at all suggesting or

23   implying or insinuating that anyone here was deliberately doing

24   anything unethical.

25         THE COURT:  Okay.  Anything else we should deal with?

1    Anything else that any counsel want to address at this time?

2          MR. BEDARD:  I don't think so, Your Honor.

3          THE COURT:  Do you-all have an idea of who the

4    witnesses are for Tuesday other than our repeat player?

5          MR. FISHER:  Yeah.  I think, Your Honor, the first

6    witness, aside from Mr. Germany, will be David Hamilton.  Oh,

7    he can't come on Tuesday.  That's right.

8          So we will do Frances Watson, Joshua Blanchard.

9          THE COURT:  Well, I don't have to know everyone.  I'm

10   just trying to make sure --

11         MR. FISHER:  We have to reshuffle a little bit based

12   on witness availability.  But certainly, those two, I think,

13   will be the next after Germany is done.

14         MR. TYSON:  And, Your Honor, just on behalf of the

15   defendants -- and we're trying very hard to work cooperatively

16   with the plaintiffs on this.  We have been going through a lot

17   of State-connected witnesses.

18         We just request that we really try to drill down.  We

19   had four people who sat here most of the day today in

20   anticipation of testifying, two of which had been here before

21   and waited.

22         So just as much as we can, we'll keep working

23   together in trying to figure that out.

24         THE COURT:  This is directed to plaintiffs' counsel.

25         Are you anticipating that the testimony here today

```
 1   was of the length -- and yesterday was of a length that you can
 2   see will be replicated in other witnesses?
 3            MR. CROSS:  For Curling plaintiffs, I think the only
 4   witness that I have in mind that would be comparable would be
 5   Gabe Sterling.  But there is stuff I covered with Mr. Germany
 6   that I don't now need to cover with him.
 7            The others -- Watson will be relatively short.
 8   Blanchard will be relatively short, maybe as short as -- it
 9   could be as short as 10 or 15 minutes, depending on what they
10   have to say.  Hamilton, we think probably 20 to 30 minutes.
11            The only other witness, potentially --
12            MR. BROWN:  We're going to be taking the testimony of
13   two more board members.  Those should both be medium.  And then
14   short -- relatively short testimony from our remaining
15   plaintiff who hasn't testified yet because she's been ill.
16   That is Megan Missett.
17            MR. CROSS:  And then Merritt Beaver will testify.  I
18   need to talk to my colleague who is handling that.
19            But, again, the only one -- I mean, we didn't expect
20   this to go as long as it did.  I won't comment on why.  But
21   Gabe Sterling is probably the only one.
22            Well, maybe I should comment because I spent a lot of
23   time in deposition with Mr. Sterling, and he is also quite
24   explanatory in his answers.
25            THE COURT:  Okay.  I'm just trying to get --
```

1    understand what we're facing.

2         And you think there's any likelihood that we're going

3    to finish on Friday, or not?

4         MR. CROSS:  Our hope was to finish by Thursday.  Now,

5    again, this piece has taken longer, so we're going to revisit

6    and figure out what we can focus on.

7         But we certainly are aiming to be done by next week.

8    That will be the goal.

9         THE COURT:  All right.  Well, we will --

10        MR. TYSON:  Your Honor, if I could ask one other

11   logistical question.  Are our breakout rooms going to be the

12   same next week, or do we need to empty those rooms this

13   afternoon?

14        COURTROOM DEPUTY CLERK:  No.

15        THE COURT:  No, you don't have to do it.

16        MR. TYSON:  Thank you, Your Honor.

17        THE COURT:  Are there any other logistical matters?

18        MR. CROSS:  I guess one that is worth raising, Your

19   Honor -- I know Your Honor needs to go.

20        THE COURT:  And I assume that Dr. Halderman is going

21   to take a while?

22        MR. CROSS:  Yes.

23        THE COURT:  Maybe not, but --

24        MR. CROSS:  Yeah.  I'm sorry.  For our -- that's

25   right.  Yes.

```
 1              THE COURT:  And he may take a while for the
 2   cross-examination too?
 3              MR. CROSS:  Yeah.  That is a good point.
 4              We do have deposition designations, and I think we
 5   may have touched on this earlier.  Our thought was to play
 6   portions of deposition designations because we do think it is
 7   important for Your Honor to be able to do a credibility
 8   assessment like you would on the stand.
 9              Whether -- in the ideal world, we would play those in
10   the courtroom, but we can talk about -- let us talk and figure
11   out what makes sense because we do want to get this case done
12   quickly.  I don't know if Your Honor has a view on whether --
13              THE COURT:  I don't know which ones you want to
14   present and how long they are.
15              MR. CROSS:  The longest, I think, is 25 minutes,
16   roughly.
17              Right?
18              MR. FISHER:  The longest individual clip is closer to
19   45.
20              MR. CROSS:  Oh, okay.  And the short ones and the
21   others were mostly what, about?
22              MR. BROWN:  70 minutes was the total.
23              MR. CROSS:  What is the total?
24              MR. FISHER:  It is close to like three hours, but
25   we're going to trim it back.
```

```
1              THE COURT:  Have you shared the sections that you
2    want to do with the -- with defense counsel?
3              MR. CROSS:  Yes.  We provided the designations, but
4    we -- let me connect with the team and we'll make sure
5    because --
6              MR. TYSON:  Your Honor, I just wanted to note that I
7    believe the times that Mr. Cross was just giving do not include
8    counter-designations that we have also provided to plaintiffs
9    for those.  So I mean, from our perspective, you can review
10   that instead of taking up court time, but we can deal with that
11   after we talk with them.
12             THE COURT:  Well, you-all can talk some more.  It is
13   also not an all-or-nothing proposition, folks.  You can decide
14   which ones you really want to have in open court and which ones
15   you could -- you could live with my looking at separately.
16             MR. CROSS:  We will do that.  We will do that.
17             THE COURT:  Okay.  All right.  Anything else that you
18   folks have?
19             Okay.  All right.  Well, best wishes for MLK weekend.
20   And I think we got a lot done still this week.  I'm sorry we
21   didn't get to conclude this witness, but almost, and we'll just
22   keep on rolling.
23             I understand that we're -- that you know this
24   yourselves -- producing a lot of text.  That is comparable --
25   that is -- so -- to a large case.
```

1          But, anyway, all right, folks.  Have a good weekend.

2     Take care of yourselves.

3          Stay warm.  I think it is supposed to get very, very

4     cold.  I'm just hoping we don't have any heating irregularities

5     in the building.  It is a very temperamental building.

6          All right?

7          COURTROOM SECURITY OFFICER:  Court stands in recess.

8               **(The proceedings were thereby adjourned at 2:08**

9               **PM.)**

```
 1                     C E R T I F I C A T E

 2

 3    UNITED STATES OF AMERICA

 4    NORTHERN DISTRICT OF GEORGIA

 5

 6        I, SHANNON R. WELCH, RMR, CRR, Official Court Reporter of

 7    the United States District Court, for the Northern District of

 8    Georgia, Atlanta Division, do hereby certify that the foregoing

 9    158 pages constitute a true transcript of proceedings had

10    before the said Court, held in the City of Atlanta, Georgia, in

11    the matter therein stated.

12        In testimony whereof, I hereunto set my hand on this, the

13    12th day of January, 2024.

14

15

16    _____
      SHANNON R. WELCH, RMR, CRR
17    OFFICIAL COURT REPORTER
      UNITED STATES DISTRICT COURT
18

19

20

21

22

23

24

25
```

UNITED STATES DISTRICT COURT
OFFICIAL CERTIFIED TRANSCRIPT

**BY MR. BROWN: [3]** 135/23 138/25 140/8
**BY MR. CROSS: [82]** 5/16 7/11 10/7 11/10 11/13 12/13 12/19 13/15 15/3 16/4 19/20 22/10 23/11 26/19 28/4 29/5 29/13 31/24 36/6 37/14 37/21 38/2 39/6 40/3 41/5 42/21 46/3 46/8 47/13 48/20 49/2 50/24 53/1 54/5 56/6 60/11 63/5 65/4 67/21 68/8 70/7 72/10 72/16 73/14 76/10 79/2 81/15 83/3 83/19 86/4 88/20 89/25 90/17 92/2 93/2 95/12 99/11 101/5 101/19 103/22 104/18 104/24 106/21 107/10 108/3 113/13 115/2 118/4 118/21 121/18 122/21 123/10 125/24 127/25 128/21 129/22 130/11 131/20 131/23 132/21 133/9 133/14
**COURTROOM DEPUTY CLERK: [5]** 103/2 134/16 134/18 135/11 155/14
**COURTROOM SECURITY OFFICER: [1]** 158/7
**MR. BEDARD: [97]** 6/4 6/24 7/3 7/13 21/5 31/14 35/16 39/5 39/8 41/19 49/20 49/24 50/5 57/10 57/13 58/1 59/1 62/19 62/23 62/25 65/20 66/4 78/16 78/19 78/22 78/25 81/6 81/8 81/14 83/5 85/19 85/22 85/25 87/18 88/3 88/18 90/5 90/12 92/18 92/20 92/25 94/18 94/25 101/3 102/24 103/1 103/4 103/6 103/10 103/14 104/14 106/15 107/6 107/22 109/19 110/3 112/18 112/25 113/7 113/11 117/20 118/7 118/11 120/11 120/13 120/21 121/13 123/6 125/3 125/10 125/21 128/14 128/16 129/15 130/6 130/9 130/15 130/19 131/3 131/7 134/1 134/12 134/15 134/19 134/23 135/2 135/4 135/7 138/15 139/22 142/20 144/18 144/23 146/25 147/7 147/14 153/2
**MR. BROWN: [3]** 135/20 154/12 156/22
**MR. CROSS: [169]**
**MR. FISHER: [4]** 153/5 153/11 156/18 156/24
**MR. OLES: [9]** 141/15 141/17 141/20 141/22 142/6 142/14 146/15 146/19 148/13
**MR. RUSSO: [9]** 7/21 8/1 8/14 8/18 8/23 9/6 9/19 14/15 19/7
**MR. TYSON: [4]** 153/14 155/10 155/16 157/6
**THE COURT: [179]**
**THE WITNESS: [45]** 5/6 7/8 16/3 19/18 21/9 26/18 27/4 31/19 31/22 35/22 36/1 39/19 56/4 67/11 70/6 72/6 73/8 73/11 83/7 89/24 91/24 92/1 95/3 96/18 96/23 97/3 101/9 101/12 101/14 110/8 110/14 111/7 111/17 111/24 112/5 112/9 112/13 114/19 114/24 123/8 127/20 138/24 146/9 150/9 150/12

**'**

**'22 [10]** 46/13 48/12 61/2 63/16 110/7 110/8 111/5 111/16 126/9 127/5
**'23 [3]** 70/3 70/4 70/24

**.**

**...CONT'D [2]** 2/25 3/1

**0**

**0409 [1]** 136/11

**1**

**1,700 [1]** 135/8
**10 [5]** 16/5 16/7 90/18 90/19 154/9
**10th [1]** 37/23
**11 [3]** 18/10 38/7 130/10
**11:33 [1]** 83/16
**11Alive [1]** 109/7
**11Alive's [1]** 106/6
**12 [4]** 1/13 5/2 65/13 67/2
**12:06 [1]** 102/20
**12:40 [1]** 103/9
**12th [3]** 12/24 91/1 159/13
**13 [1]** 15/19
**130 [3]** 23/10 23/12 134/20
**134 [3]** 68/7 68/10 78/17
**137 [2]** 103/25 104/12
**1383 [1]** 1/25
**139 [1]** 122/18
**14 [3]** 14/3 38/5 54/7
**143 [1]** 130/13
**146 [4]** 104/23 108/17 108/18 112/17
**148 [3]** 72/9 72/12 135/13
**14th [1]** 13/9
**15 [20]** 11/15 14/5 14/9 14/10 14/12 15/5 15/20 17/9 18/6 19/13 19/23 35/17 46/2 53/25 54/21 55/17 67/10 141/17 143/21 154/9
**158 [1]** 159/9
**16 [1]** 13/13
**17 [3]** 12/21 13/17 86/12
**18 [6]** 57/1 57/2 57/5 57/12 58/21 59/4
**181 [7]** 48/19 48/22 56/20 56/22 58/9 58/22 58/23
**19 [3]** 12/21 13/13 59/5
**196 [1]** 130/13
**1:17-CV-2989-AT [1]** 1/6
**1st [6]** 48/23 52/2 81/22 84/1 86/6 104/4

**2**

**20 [13]** 38/10 58/20 61/2 61/2 62/4 62/15 63/18 84/8 110/23 144/1 144/2 145/25 154/10
**20 minutes [1]** 35/17
**20-CV-0409 [1]** 136/11
**2002 [1]** 68/4
**2018 [1]** 84/8
**2019 [7]** 75/2 84/16 86/12 87/13 88/6 90/22 91/1
**2020 [21]** 32/2 32/5 32/11 32/18 42/24 44/20 62/15 81/23 84/1 86/7 96/6 98/6 98/17 105/1 107/17 123/12 132/7 132/8 136/1 136/5 137/2
**2021 [31]** 12/24 16/21 20/5 20/6 24/2 24/3 25/10 26/6 37/4 38/11 38/19 40/8 41/1 41/7 43/12 43/23 62/6 68/15 72/19 73/19 105/20 106/9 106/13 107/17 108/20 108/22 109/10 114/9 114/9 115/16 137/16
**2022 [44]** 37/23 44/6 44/9 44/24 45/13 46/19 47/4 48/2 48/21 48/23 49/10 52/2 52/9 53/25 54/7 55/17 56/8 60/17 60/22 61/2 62/4 63/8 63/18 64/4 65/18 67/3 67/10 68/4 69/18 69/24 73/23 97/13 104/5 104/19 107/7 108/9 109/13

**11th [3]** 112/8 115/17 116/19 122/24 125/25 128/4
**2023 [2]** 38/5 84/9
**2024 [3]** 1/13 5/2 159/13
**21 [5]** 13/6 13/18 16/7 59/2 84/8
**215-1383 [1]** 1/19
**21st [4]** 16/17 17/1 38/10 60/22
**22 [9]** 57/1 57/5 57/12 57/15 58/21 58/24 59/2 59/4 59/6
**22-month [1]** 139/7
**22nd [2]** 16/21 17/19
**23 [3]** 38/7 60/10 66/18
**2394 [1]** 1/24
**24 [4]** 65/5 66/19 66/20 90/22
**25 [3]** 68/9 145/25 156/15
**26 [3]** 56/7 104/19 105/1
**27 [1]** 122/24
**28 [1]** 72/11
**282 [3]** 73/7 74/24 78/17
**29 [1]** 60/17
**2:08 [1]** 158/8

**3**

**30 [1]** 154/10
**30303 [1]** 1/25
**314 [3]** 127/24 128/13 128/15
**31st [2]** 32/2 32/18
**32 [1]** 73/7
**33 [2]** 78/15 79/3

**4**

**404 [1]** 1/25
**45 [5]** 141/22 141/24 143/18 143/20 156/19
**467 [1]** 37/12
**47 [4]** 92/23 102/22 102/24 103/4
**491 [3]** 130/2 130/8 130/9
**4th [2]** 65/17 67/3

**5**

**575 [1]** 112/23
**581 [1]** 19/11
**582 [6]** 11/9 12/16 12/17 14/11 16/18 19/4
**584 [7]** 12/15 12/16 12/17 12/20 134/11 134/16 134/19
**585 [4]** 53/23 56/20 56/23 59/1
**586 [5]** 60/12 60/24 62/24 79/4 81/8
**587 [3]** 79/4 81/4 81/6
**588 [2]** 84/5 85/24
**589 [8]** 87/17 89/18 89/21 102/22 103/1 103/2 135/9 135/10
**590 [7]** 90/14 90/19 90/19 90/20 91/10 92/3 92/19
**591 [5]** 90/10 90/10 90/13 90/14 90/15
**5th [1]** 75/2

**6**

**611 [1]** 148/23

**7**

**70 [1]** 156/22
**75 [1]** 1/24

**8**

**85 [2]** 122/20 123/4
**8th [1]** 24/3

**9**

**9:30 [1]** 148/20

**A**

**AARON [1]** 2/7
**ABA [2]** 150/13 152/12
**ability [1]** 119/13
**able [20]** 22/6 23/1 27/25 28/18 28/20 48/3 50/10 95/21 97/9 97/10 97/15 97/18 97/20 97/21 100/4 121/14 125/18 140/2 146/8 156/7
**about [150]** 5/22 6/3 6/19 6/25 7/6 7/22 8/3 8/8 8/20 9/10 10/1 10/9 10/9 10/19 12/3 12/7 18/6 20/2 24/19 25/14 26/13 26/15 26/20 27/6 27/7 27/9 29/6 29/11 31/17 33/17 34/9 35/17 36/2 37/5 38/10 40/15 42/22 43/19 44/8 44/17 44/20 44/22 47/21 48/13 48/16 50/19 50/21 52/14 52/15 56/11 58/5 58/23 59/24 62/22 64/8 65/22 67/12 67/23 69/3 71/25 79/7 79/16 82/19 82/22 87/22 93/8 93/23 95/6 95/7 95/15 95/17 95/20 95/21 96/25 97/4 99/22 100/12 105/14 105/20 106/8 106/13 106/23 107/22 108/6 108/13 109/12 109/22 110/12 110/17 111/1 111/5 111/15 111/21 112/17 113/4 113/16 115/1 115/8 116/2 116/6 116/25 117/12 119/1 119/7 120/8 122/1 123/22 125/4 125/6 125/14 125/17 127/11 134/14 135/4 137/13 137/20 137/24 138/7 139/8 139/23 140/15 140/20 142/15 142/25 143/6 144/9 144/21 145/4 145/6 145/7 145/10 145/11 145/23 145/24 147/1 147/3 147/7 148/4 149/20 150/3 150/5 150/23 151/3 151/4 151/17 152/13 152/19 156/10 156/21
**absent [1]** 148/20
**absolutely [1]** 144/23
**acceptance [6]** 23/16 23/25 24/5 36/7 36/20 134/21
**access [33]** 11/18 15/7 17/14 20/11 20/19 21/15 21/25 23/1 25/3 25/18 26/9 27/25 31/10 32/15 32/21 40/5 40/10 44/24 45/21 46/13 46/20 47/3 47/15 48/3 48/8 48/13 54/16 68/14 100/17 100/21 100/23 114/1 136/4
**accessed [4]** 38/21 41/10 68/15 68/16
**accessible [5]** 24/2 26/11 31/1 35/9 75/11
**accommodate [1]** 147/21
**accomplish [1]** 96/2
**accomplishing [2]** 96/2 96/4
**account [1]** 96/1
**accounts [1]** 127/22
**accurate [13]** 15/9 38/17 55/15 59/18 59/25 62/16 82/9 102/12 109/2 111/25 112/10 133/21 140/19
**accurately [6]** 95/23 97/9 97/21 98/15 100/5 100/6
**accusation [1]** 6/11
**across [1]** 97/5
**act [1]** 133/20
**action [1]** 60/8
**actual [6]** 19/12 35/9 35/20 98/21 114/1
**actually [13]** 10/22 16/23 20/12 25/17 29/19 38/4 43/4 46/19 99/1 109/20 110/17 119/7 147/23
**ADAM [1]** 2/9
**add [4]** 57/20 123/8 141/8 143/15
**added [1]** 130/5
**addition [2]** 85/5 98/16
**additional [7]** 25/16 44/14 57/19 82/2 88/12 98/17 139/6
**address [4]** 75/5 81/10 128/17 153/1
**addressed [2]** 25/10 144/9
**adds [1]** 51/20
**adjourned [1]** 158/8
**administer [2]** 21/17 21/19
**admissible [3]** 29/9 59/22 60/6
**admit [2]** 62/21 106/16
**admitted [14]** 58/10 60/3 62/20 63/2 79/1 81/11 86/2 92/22 103/7 104/17 112/20 123/7 128/15 130/3
**adopted [1]** 15/9
**advance [2]** 10/1 91/15
**advantages [1]** 146/12
**advice [2]** 118/14 118/14
**advise [5]** 8/3 124/1 124/8 150/5 151/24
**advised [2]** 47/18 127/8
**advisory [6]** 115/5 115/12 116/9 116/12 116/12 128/3
**AEO [1]** 125/13
**Affairs [3]** 136/25 137/5 137/9
**affect [2]** 151/13 152/17
**affidavit [4]** 67/9 142/10 142/12 145/7
**affirmatively [1]** 145/19
**afield [1]** 22/12
**after [26]** 1/6 5/13 9/3 9/3 63/13 67/12 69/13 74/19 76/25 82/18 100/20 100/20 103/11 105/5 110/20 126/18 126/23 136/1 138/8 138/13 139/3 140/16 143/2 146/3 153/13 157/11
**afternoon [1]** 155/13
**again [55]** 7/13 17/24 19/2 19/15 19/9 25/15 25/24 27/1 27/12 41/2 41/6 41/6 41/19 42/12 44/6 47/12 54/6 58/6 62/1 61/11 62/9 62/25 63/20 66/6 74/4 78/16 84/11 86/5 88/3 92/8 94/1 94/4 98/1 98/21 101/3 102/7 108/16 109/19 117/15 118/8 118/15 125/3 125/4 129/17 129/20 130/19 131/3 138/23 139/22 143/8 143/13 144/12 152/11 154/19 155/5
**against [2]** 100/1 100/15
**agencies [1]** 68/25
**agency [1]** 115/4
**ago [4]** 9/3 35/17 36/7 58/3
**agree [14]** 30/3 87/10 100/19 102/10 102/11 102/13 113/8 129/23 131/25 132/4 132/9 132/13 147/6 147/13
**agreed [1]** 56/15
**Agreement [4]** 31/12 32/24 33/6 93/5
**ahead [8]** 21/8 26/21 26/21 50/12 50/23 83/13 120/12 135/19
**aide [5]** 108/21 109/2 109/16 111/19 111/20
**AIDED [1]** 1/21
**aiming [1]** 155/7
**air [1]** 109/8
**AL [2]** 1/4 1/6
**alarm [1]** 25/15
**alert [14]** 25/5 44/4 72/22 73/1 73/2 74/2 77/13 77/20 79/19 80/4 113/23 113/24 114/10 128/3
**alerted [16]** 21/12 22/24 23/2 25/6 25/7 25/8 38/20 41/1 41/7 43/22 73/12 73/17 73/25 113/18 114/8 114/13
**alerting [2]** 20/7 75/25
**alive [3]** 76/17 76/22 76/23
**all [90]** 5/7 7/6 8/25 9/25 12/18 15/2 25/25 26/2 28/5 29/8 33/20 35/23 42/19 44/5 47/21 48/21 53/23 58/9 58/23 59/17 60/3 60/9 66/5 66/6 66/10 66/14 73/3 74/8 74/9 74/24 75/21 78/22 78/24 79/1 82/24 83/2 85/18 92/21 92/23 95/10 95/17 98/6 98/14 98/18 98/22 99/21 99/23 99/24 99/25 100/10 101/20 102/17 103/7 103/9 103/15 108/17 110/5 111/7 111/11 111/16 111/25 112/1 112/20 113/14 121/1 121/2 121/17 122/15 125/5 128/18 131/11 133/6 133/15 133/23 135/8 135/14 143/18 147/16 148/7 148/10 151/17 152/22 153/3 155/9 157/12 157/13 157/17 157/19 158/1 158/6
**allegations [3]** 44/8 45/5 98/12
**allow [2]** 14/22 147/19
**allowed [7]** 6/15 10/6 50/7 126/6 126/14 126/23 149/8
**allowing [1]** 146/11
**allows [1]** 142/23
**ALLOY [1]** 3/5
**alluding [1]** 70/13
**almost [2]** 103/23 157/21
**along [2]** 71/22 71/23
**alongside [1]** 69/5
**already [19]** 38/25 41/13 41/20 55/18 56/15 78/23 85/23 86/25 87/25 88/7 88/7 103/22 122/9 122/15 124/3 134/22 143/3 143/11 145/16
**also [31]** 10/2 36/12 38/23 38/23 41/11 42/9 43/18 51/8 53/12 58/2 60/7 61/8 67/14 71/19 92/11 94/19 100/1 110/4 112/22 113/3 120/10 121/6 132/3 136/24 140/22 141/16 142/14 145/19 154/23 157/8 157/13
**alter [1]** 150/20
**alteration [3]** 11/18 15/7 17/14
**although [2]** 96/11 101/14
**always [6]** 22/4 55/15 69/8 138/9 139/8 149/4
**am [7]** 9/20 34/16 45/14 83/16 133/15 142/6 146/20
**amend [1]** 150/20
**AMERICA [1]** 159/3
**among [4]** 96/14 126/2 148/24 151/6
**amount [2]** 143/16 147/3
**AMY [1]** 1/11
**analysis [5]** 33/7 77/25 95/4 95/9 98/22
**analyzed [1]** 32/13
**ANDREU [1]** 2/10
**ANDREU-VON [1]** 2/10
**another [8]** 13/19 31/19 37/4 54/14 57/7 66/14 87/3 98/25
**answer [19]** 9/14 15/15 17/12 18/19 18/24 26/14 26/16 26/17 26/18 26/18 30/19 40/7 92/8 92/15 109/10 118/2 127/16 140/9 145/9
**answered [6]** 14/9 20/3 35/17 35/20 106/8 108/20

**A**

answering [1]  108/20
answers [4]  7/2 13/6 145/11 154/24
Anthony [2]  61/1 61/7
anticipate [4]  142/21 142/22 147/4
 149/13
anticipated [3]  95/13 136/13 142/3
anticipating [1]  153/25
anticipation [1]  153/20
any [91]  1/8 5/23 6/20 10/16 11/2 15/8
 17/13 17/15 24/4 24/14 24/22 28/3 28/5
 30/21 30/24 33/8 33/17 33/22 34/14
 35/6 35/14 35/24 36/20 38/16 40/4
 40/19 42/12 48/12 48/13 49/9 49/9
 55/23 55/24 62/5 71/13 71/15 72/21
 73/2 73/16 73/24 80/3 80/13 82/17
 84/13 87/11 91/21 92/9 93/13 93/14
 93/18 93/22 94/5 94/11 94/14 100/1
 101/24 104/14 106/22 107/11 107/14
 108/8 108/11 109/1 115/24 116/4 116/8
 117/6 118/14 120/8 121/11 121/19
 126/12 126/19 127/1 127/9 140/14
 140/20 140/20 142/4 142/21 143/18
 146/23 150/3 150/7 151/16 152/1
 152/17 153/1 155/2 155/17 158/4
anybody [5]  44/4 91/20 119/13 140/15
 147/14
anyone [22]  5/22 18/22 34/14 43/22
 44/2 47/17 47/18 48/7 48/11 62/5 73/17
 83/11 94/5 114/23 115/23 116/7 116/11
 117/7 124/7 149/9 151/24 152/23
anything [28]  9/7 10/12 10/14 10/18
 19/25 20/17 24/17 39/14 52/11 57/2
 62/1 65/25 70/12 71/25 81/11 83/20
 113/8 120/7 130/4 141/13 142/19 147/7
 149/14 151/17 152/24 152/25 153/1
 157/17
anyway [4]  9/18 145/4 150/5 158/1
anyways [1]  60/2
apologize [4]  40/24 40/24 78/16
 113/15
apparent [2]  97/15 97/19
apparently [1]  133/8
appear [1]  110/1
appointed [1]  61/16
appreciate [4]  78/20 103/23 120/13
 122/17
appreciated [1]  10/22
approach [2]  12/10 103/20
approaches [1]  145/17
appropriate [2]  58/19 114/6
approval [1]  115/20
April [9]  22/25 44/24 45/13 48/21 48/23
 49/10 52/2 52/9 75/2
April 1st [2]  48/23 52/2
April 5th [1]  75/2
are [124]  1/7 5/5 5/20 6/15 6/23 7/3 8/7
 8/9 8/10 10/25 14/7 14/18 15/24 16/13
 18/21 20/20 22/11 23/4 23/19 23/24
 25/22 29/17 29/22 30/5 30/5 32/21
 34/11 34/14 35/13 35/25 36/2 38/20
 39/7 40/4 40/5 41/18 43/11 44/12 47/8
 48/6 55/14 56/12 56/24 57/5 57/24
 57/25 58/1 58/14 59/3 59/14 59/15
 59/15 61/11 61/22 66/5 69/6 69/6 74/9
 75/2 77/9 78/3 78/10 78/12 78/12 78/22
 78/23 79/1 85/19 89/4 92/18 93/22 94/5

 95/2 95/8 95/17 97/16 97/18 98/1 98/15
 98/15 100/3 100/4 100/4 103/11 110/3
 111/12 115/12 120/9 125/16 126/8
 127/21 132/11 132/16 133/20 133/21
 134/8 135/4 137/18 137/24 138/6
 139/16 140/5 140/6 140/12 140/23
 141/2 141/5 141/6 142/2 142/19 143/24
 146/8 146/8 146/12 146/22 148/4
 150/7 150/14 152/4 153/4 153/25 155/7
 155/11 155/17 156/14
area [3]  23/14 142/14 148/8
areas [1]  142/7
aren't [3]  41/20 55/15 101/4
argue [1]  96/25
argument [2]  31/16 130/25
arisen [1]  81/12
around [8]  24/8 43/23 55/21 59/4 107/8
 115/17 128/8 145/14
article [5]  105/1 105/11 106/3 111/9
 111/12
articles [1]  43/19
articulated [1]  120/19
as [140]  5/13 6/8 7/4 8/16 9/7 10/20
 14/9 15/14 16/17 19/1 21/3 21/15 21/18
 24/3 24/15 25/1 25/2 28/5 28/24 28/25
 29/3 30/24 33/2 34/5 34/13 35/13 36/14
 43/21 45/16 45/16 47/9 47/9 47/23
 47/23 51/15 53/8 53/14 55/5 55/11
 55/22 57/13 57/13 57/22 59/16 62/4
 63/20 65/10 65/18 65/25 66/25 70/13
 70/18 71/11 72/12 73/5 73/16 74/20
 77/18 77/22 78/4 78/5 79/6 79/8 80/13
 80/14 80/24 81/8 83/11 84/6 84/11
 85/24 86/19 92/10 93/4 93/12 93/12
 94/13 94/20 94/23 95/1 95/18 99/20
 100/7 100/9 100/14 101/8 102/18 105/9
 106/22 108/4 108/22 109/20 110/14
 112/24 112/25 113/1 113/16 113/18
 113/22 115/22 117/3 117/10 117/24
 119/3 119/10 121/15 121/21 122/22
 122/25 126/16 126/19 127/5 128/2
 128/9 129/2 129/8 129/11 131/24
 131/24 133/16 133/21 138/21 139/25
 141/8 141/9 142/18 142/20 142/25
 144/22 147/5 149/2 151/23 153/22
 153/22 154/8 154/8 154/9 154/9 154/20
 154/20
aside [3]  72/14 133/18 153/6
ask [39]  7/3 9/21 10/6 18/23 25/24
 32/10 41/2 41/6 45/7 53/17 64/17 68/10
 69/3 70/8 71/4 71/19 73/15 94/1 94/4
 94/22 105/9 105/16 107/25 109/22
 109/25 116/6 118/19 131/21 131/24
 133/2 138/23 141/13 145/3 145/7
 146/25 147/2 147/25 150/23 155/10
asked [29]  11/16 13/21 13/24 13/24
 15/22 17/11 18/13 19/23 22/12 22/13
 22/14 28/12 29/11 35/16 35/17 65/18
 66/6 67/2 67/4 72/17 92/5 106/7 108/2
 110/17 112/16 113/14 133/10 137/12
 138/10
asking [27]  18/1 36/18 36/19 44/1 44/1
 48/14 50/9 50/21 58/13 68/13 107/22
 110/24 111/1 111/1 111/16 117/2
 118/14 118/16 122/7 127/13 127/15
 131/8 132/12 132/13 142/4 142/21
 144/20
asks [4]  13/6 50/25 54/14 68/23

aspect [1]  100/17
aspects [1]  99/25
asserted [1]  109/23
asserting [1]  152/7
assertion [1]  50/3
assess [1]  92/11
assessment [10]  84/17 84/22 85/17
 86/18 87/7 87/13 88/1 90/3 92/10 156/16
assigned [1]  43/2
assist [3]  68/23 69/1 69/4
assistance [4]  67/14 68/22 69/9 76/19
assisting [1]  47/14 71/12 85/9
associated [1]  48/11
assume [3]  43/9 147/12 155/20
assumes [4]  41/19 101/4 125/4 125/10
assuming [2]  125/11 125/14
assure [1]  6/18
ATLANTA [5]  1/2 1/25 5/2 159/8
 159/10
attached [2]  1/4 16/13
attaching [1]  1/7
attempt [1]  46/12
attempted [3]  11/17 15/6 17/13
attempting [1]  111/14
attention [2]  32/1 53/16
attorney [19]  6/5 7/14 10/2 51/23 52/6
 52/10 52/13 53/2 53/6 61/16 117/21
 118/9 118/12 121/12 147/1 150/23
 150/24 151/1 152/7
attorney-client [7]  6/5 7/14 117/21
 121/12 150/24 151/1 152/7
attorneys [1]  6/7
attorneys' [1]  117/3
audit [4]  96/8 96/8 96/10 98/16
audited [2]  96/21 97/2
audits [3]  97/4 98/17 98/18
August [9]  32/2 32/11 32/18 65/17 67/3
 67/10 69/18 69/24 104/4
August 15 [1]  67/10
August 1st [1]  104/4
August 31st [2]  32/2 32/18
August 4th [2]  65/17 67/3
authenticated [1]  129/16
authorized [1]  115/15
availability [2]  145/2 153/12
avoid [3]  13/19 149/3 149/12
aware [49]  23/15 23/19 23/24 24/18
 24/24 25/9 25/12 26/7 29/22 30/20
 32/11 34/14 34/16 35/14 43/11 43/11
 43/15 43/16 43/20 44/3 44/4 44/15
 44/19 47/8 48/6 48/10 55/24 66/2 67/18
 74/12 78/3 78/10 93/13 93/18 93/22
 94/5 105/19 110/6 110/10 111/1 111/13
 112/1 113/21 115/3 115/8 115/12 126/5
 126/8 126/11
awareness [3]  107/23 109/22 110/14
awfully [1]  110/1

**B**

back [41]  9/3 11/14 13/8 20/5 23/19
 25/21 26/5 27/2 28/15 34/2 34/20 37/25
 40/25 44/12 63/25 66/6 66/10 88/12
 88/21 105/17 108/11 108/17 116/17
 119/25 119/25 122/4 123/1 124/15
 127/18 130/5 131/12 136/1 138/9 142/8
 142/22 143/2 143/13 145/12 146/8
 149/17 156/25
background [2]  127/1 127/3

**B**

backing [1] 90/5
backwards [1] 64/23
ballot [3] 97/9 97/14 97/22
ballot-marking [1] 97/14
ballots [5] 96/15 96/15 97/21 98/6
142/10
Bar [1] 152/13
Barnes [30] 20/7 20/24 21/12 21/21
22/24 24/18 25/3 25/7 25/7 27/7 27/14
27/14 29/14 30/3 35/11 35/19 35/23
36/2 36/16 36/22 54/21 59/13 84/25
85/6 137/20 137/24 137/25 138/1
140/14 145/5
Barnes' [2] 23/14 57/6
base [1] 61/21
based [27] 15/10 15/16 27/8 34/17
36/22 39/25 43/10 47/24 71/9 74/12
78/1 82/9 82/11 92/5 95/6 95/10 96/4
97/4 98/22 108/10 110/19 110/22 114/4
128/9 138/21 139/25 153/11
bases [1] 60/6
basic [2] 9/16 10/18
basically [10] 7/9 50/20 70/15 72/3
74/8 85/3 85/16 86/24 88/10 95/7
basis [4] 73/20 74/13 94/11 143/1
Bates [1] 134/23
bathroom [2] 83/8 83/14
Batten [1] 136/11
be [130] 1/2 1/3 6/10 7/18 7/23 9/10
10/3 10/6 10/9 10/22 11/1 13/17 14/9
14/16 14/18 19/1 21/4 21/23 21/25 22/6
22/16 23/13 24/13 25/23 27/22 28/20
29/25 30/9 32/10 33/19 34/10 34/16
38/22 40/8 41/25 42/12 44/21 45/6 45/7
45/10 50/1 50/8 50/10 52/17 54/16
55/24 56/10 59/4 60/12 62/13 63/23
66/11 76/18 83/7 84/5 85/1 85/3 85/5
87/14 87/24 90/9 90/13 90/18 90/19
97/10 97/16 97/19 97/21 98/12 99/4
99/9 103/12 110/20 114/25 118/20
120/24 121/2 121/14 122/6 124/23
125/18 126/6 126/7 126/21 127/8 130/5
133/7 134/12 139/20 140/2 141/16
141/20 141/21 142/14 143/6 143/20
144/14 145/24 145/25 146/20 147/10
147/25 148/1 148/6 148/8 148/15
148/17 150/6 150/6 150/10 150/23
151/3 151/7 152/9 152/15 152/22 153/6
153/13 154/2 154/4 154/4 154/7 154/8
154/9 154/12 154/13 155/7 155/8
155/11 156/7
beat [1] 66/15
Beaver [9] 76/1 86/11 86/15 87/2 90/21
91/1 91/4 92/3 154/17
became [7] 43/15 43/16 43/20 64/1
64/7 71/11 101/15
because [73] 10/2 21/10 21/22 24/2
24/21 26/11 30/12 30/19 30/25 34/11
34/18 34/20 42/10 42/15 42/17 44/19
50/2 56/16 60/7 66/13 66/23 70/23
74/11 74/16 85/1 85/7 86/19 87/20 92/8
94/7 94/10 96/8 97/21 98/9 98/23
106/15 108/16 113/1 114/18 116/17
117/5 118/2 118/7 119/20 120/9 120/18
121/6 122/4 122/6 124/24 125/11 133/1
134/6 134/9 142/2 143/16 143/20

147/12 144/14 145 144/16 144/19 145/23
147/5 148/5 149/22 151/8 151/12 152/6
154/15 154/22 156/6 156/11 157/5
becomes [1] 69/8
BEDARD [6] 3/5 6/2 7/1 12/6 78/20
120/7
been [61] 5/13 6/8 9/1 14/10 15/6
24/19 24/21 24/22 25/19 29/17 33/8
33/11 33/13 33/18 34/22 34/23 36/15
37/9 38/24 38/24 40/2 41/12 41/12
42/14 43/19 46/25 47/24 54/15 55/19
56/5 56/15 62/20 68/4 68/16 84/25 85/6
85/11 95/9 95/10 97/17 113/24 117/2
117/13 120/4 121/3 121/4 124/4 124/11
124/18 124/18 124/22 126/18 127/20
129/16 130/5 143/3 145/19 147/17
153/16 153/20 154/15
before [33] 1/11 35/15 36/15 38/24
41/12 44/9 45/9 62/11 72/12 72/13 99/2
99/15 101/20 102/23 110/7 110/8
116/12 117/7 117/13 123/14 123/21
126/5 126/17 126/20 126/23 128/6
133/10 136/11 148/1 148/11 148/14
153/20 159/10
began [1] 115/15
begin [7] 5/7 75/22 109/12 110/12
111/5 111/15 112/7
beginning [3] 64/5 65/14 84/18
begins [2] 60/25 75/4
behalf [2] 2/22 153/14
behavior [1] 40/6
being [28] 23/1 25/10 26/10 28/18
33/23 39/25 50/10 56/12 60/3 80/17
84/23 89/6 91/8 91/15 92/21 97/9 97/10
98/7 99/6 100/4 100/5 114/14 119/12
121/25 121/25 126/10 138/9 147/23
belief [2] 34/6 49/9
believe [31] 20/15 21/18 24/4 30/21
32/14 38/16 43/17 45/23 49/10 49/16
58/1 59/1 63/10 70/18 77/6 77/9 80/3
80/21 82/17 84/13 96/4 99/20 99/25
104/8 109/1 120/3 126/12 135/7 137/11
146/9 157/7
believed [1] 66/24
BELINFANTE [2] 3/4 3/5
Bellew [4] 22/8 27/16 27/24 28/8
below [1] 59/11
BEN [1] 2/6
bench [2] 1/10 151/7
benefit [1] 143/13
benefits [1] 148/4
best [11] 25/12 45/7 46/20 48/16 67/16
87/4 87/12 122/16 130/22 141/9 157/19
bet [1] 75/14
better [5] 7/3 32/10 70/8 71/4 134/10
between [15] 29/21 33/8 33/25 42/10
44/18 59/4 62/9 71/14 73/11 74/17
84/12 93/5 109/20 125/11 134/13
beyond [5] 36/20 57/15 81/9 87/19
96/10
big [4] 27/21 96/7 144/19 144/23
binder [1] 92/24
bit [9] 20/2 42/22 81/16 86/21 116/25
142/24 146/19 149/20 153/11
Blackmon [2] 137/7 137/10
Blake [1] 54/10
Blanchard [7] 43/2 43/12 43/14 43/24
62/7 153/8 154/8

bless [5] 59/1 55/10 55/11 59/8 59/16
BMD [14] 31/1 32/7 32/12 87/9 87/13
87/21 88/1 89/8 90/3 92/10 93/6 99/22
100/13 115/5
BMDs [6] 15/9 84/17 84/18 85/17 88/8
89/6
board [6] 53/3 53/5 53/6 65/11 67/9
154/13
body [2] 13/11 13/16
book [3] 132/14 132/18 132/22
Booth [1] 61/8
boots [1] 114/6
both [6] 10/21 25/9 56/21 69/11 138/11
154/13
bottom [14] 16/7 16/18 16/23 17/18
52/1 54/3 60/24 67/2 75/4 79/11 82/1
90/24 106/5 108/18
boundaries [1] 152/4
BOYLE [1] 3/9
BRAD [1] 1/6
brain [1] 123/23
Brandau [1] 86/11
breach [14] 31/11 32/23 33/4 33/5
33/18 33/23 44/9 67/5 73/18 93/14
93/18 105/2 106/8 106/13
breached [2] 93/24 94/14
breaches [15] 33/4 33/9 34/3 34/6
34/15 35/2 64/6 67/23 67/24 93/15
95/16 96/13 105/14 105/21 113/16
breaching [1] 121/11
breadth [1] 32/20
break [13] 42/5 42/10 58/8 81/10 83/8
83/14 83/16 101/20 102/16 103/11
103/16 150/15 150/18
breaking [1] 151/4
breakout [1] 155/11
breaks [2] 6/9 9/2
Bret [1] 79/8
bretsolid [1] 75/5
brief [4] 23/9 83/16 103/12 135/20
briefly [1] 12/14
bring [5] 22/4 28/25 44/23 45/21
130/10
bringing [1] 87/12
broader [1] 95/20
broadly [1] 126/24
brought [2] 35/9 136/15
BROWN [4] 2/15 2/15 4/7 135/24
BRUCE [3] 2/15 2/15 135/24
BRYAN [4] 3/6 3/7 32/2 89/1
building [2] 158/5 158/5
bullet [2] 91/9 91/13
bunch [2] 111/8 111/9
business [10] 2/11 17/12 40/1 40/4
40/13 40/17 40/19 58/14 58/15 59/14
buy [2] 46/20 46/20

**C**

C-I-S-A [1] 115/4
call [25] 27/13 34/17 34/23 39/11 44/17
62/8 63/6 63/8 63/11 63/13 73/9 73/10
73/11 73/22 74/17 74/19 76/25 91/16
96/8 118/6 118/23 123/15 127/7 142/18
147/12
called [6] 115/13 117/8 119/4 119/9
121/19 126/21
calling [6] 116/20 122/14 122/24 134/2
139/23 142/22

**C**

calls [11]  6/5 22/3 22/3 22/3 29/1 31/15 35/12 65/20 94/19 117/21 138/15
calm [1]  10/24
came [15]  9/2 21/18 42/15 46/19 47/2 53/16 62/9 71/1 71/2 107/15 115/12 115/20 116/9 124/25 132/8
camera [2]  106/7 108/22
campaign [1]  111/20
CAMPBELL [1]  2/6
can [129]  7/3 7/25 8/23 9/21 10/4 11/3 11/5 11/8 11/15 15/4 16/19 17/11 19/9 21/24 23/10 28/5 28/15 29/1 31/16 31/18 31/23 33/20 34/9 35/6 35/13 37/12 37/19 38/8 39/11 42/7 42/16 46/2 47/12 48/19 50/12 50/13 51/1 51/19 56/10 57/8 57/18 58/7 61/25 65/21 65/24 67/8 68/7 69/15 70/9 71/25 72/14 72/15 73/16 73/24 75/14 77/23 77/25 81/10 81/22 86/5 87/1 88/12 92/4 93/3 95/1 102/10 102/11 105/18 105/24 106/19 107/4 107/25 107/25 108/17 109/22 110/4 117/10 118/2 120/25 120/25 121/22 122/12 122/15 122/20 123/1 126/16 126/19 127/23 128/17 128/18 129/20 129/23 130/10 131/22 134/20 135/7 136/6 139/25 140/3 140/9 143/21 144/2 144/14 145/9 146/2 146/6 146/20 146/22 146/25 147/1 147/4 148/8 148/10 148/10 148/10 149/14 149/23 150/10 151/7 151/9 152/19 153/22 154/1 155/6 156/10 157/9 157/10 157/12 157/13
can't [46]  21/14 22/5 22/19 27/15 28/7 30/15 30/24 34/13 37/7 40/7 42/13 49/12 51/15 52/12 53/19 55/22 64/7 72/17 73/13 73/20 74/11 74/22 74/23 107/2 107/5 113/14 114/18 115/10 116/15 117/12 119/20 120/1 120/23 123/23 124/15 126/14 126/23 126/25 131/5 136/7 136/21 141/17 141/24 143/20 146/4 153/7
candidate's [1]  97/22
candidates [2]  97/13 97/14
Candidly [1]  60/1
cannot [5]  7/17 7/17 10/4 24/22 31/2
capacity [3]  53/9 140/1 144/10
capitol [1]  128/23
caps [1]  75/21
card [15]  20/8 20/18 23/2 23/3 24/9 25/8 25/14 27/6 39/21 39/25 40/13 40/17 40/19 72/20 114/8
cards [2]  40/1 40/4
care [2]  147/24 158/2
careful [2]  150/6 151/3
carefully [1]  147/10
CARY [1]  2/20
case [33]  4/2 5/3 5/23 6/8 6/16 6/20 22/2 22/5 23/22 24/15 29/25 39/4 41/17 62/13 63/11 102/2 104/4 124/22 136/9 136/9 136/13 136/16 142/19 142/22 143/1 143/1 144/5 147/22 147/24 148/3 149/6 156/11 157/25
cast [2]  97/9 98/7
casting [1]  98/10
caught [2]  97/17 97/19
cause [1]  151/13

caused [1]  41/19
CBD [4]  115/13 115/15 115/25 116/8
Center [3]  20/24 46/22 85/1
certain [1]  32/15
certainly [12]  33/22 39/21 44/4 44/15 100/16 119/20 134/6 148/13 150/25 152/4 153/12 155/7
certify [1]  159/8
CES [13]  22/9 27/20 28/9 28/17 28/20 35/7 35/22 49/17 51/1 51/20 142/9 144/10 144/16
cetera [1]  131/15
chair [4]  64/7 65/10 65/18 67/9
chaired [1]  137/9
chairman [3]  64/1 64/4 137/7
chance [1]  146/23
change [1]  20/23
changed [7]  20/15 20/16 21/10 50/18 51/9 82/12 82/12
changes [1]  9/7
characterization [1]  87/10
characterized [1]  39/20
chase [1]  18/9
Chatham [1]  98/20
check [1]  132/1
checking [1]  98/2
chief [1]  45/23
Chris [8]  22/8 25/8 25/13 27/5 27/16 27/24 28/2 28/8
CHRISTIAN [1]  2/10
CIO [4]  86/18 86/19 86/23 91/6
circumstance [1]  120/24
circumstances [1]  152/4
CISA [10]  93/25 94/10 95/17 115/4 115/12 115/16 115/25 116/1 116/14 128/3
cite [1]  1/4
City [1]  159/10
claims [3]  44/20 132/7 142/9
clarification [8]  18/2 88/16 88/19 103/10 107/6 112/2 112/3 112/5
clarified [4]  109/11 110/11 111/2 112/7
clarifies [1]  87/20
clarify [3]  111/14 137/23 140/2
clarity [1]  97/1
Clark [3]  86/11 91/4 91/6
clear [9]  6/10 40/8 90/2 107/16 122/6 147/10 152/9 152/15 152/22
clearly [5]  10/24 58/13 59/14 117/22 120/22
clerks [1]  149/17
client [6]  6/5 7/14 53/17 117/21 121/12 150/24 151/1 152/7
client's [2]  15/10 15/16
clients [1]  17/6
clip [4]  63/10 112/22 113/2 156/18
close [4]  17/12 45/16 99/1 156/24
closer [1]  156/18
CM [2]  1/2 1/3
CM/ECF [2]  1/2 1/3
co [4]  144/19 144/24 148/6 148/14
co-counsel [4]  144/19 144/24 148/6 148/14
coaching [1]  150/19
COALITION [2]  2/13 63/12
Coalition's [1]  147/17
coffee [78]  20/13 20/15 21/12 24/1 24/19 26/8 27/10 28/6 30/12 33/4 33/4

39/5 35/12 93/23 34/2 34/6 34/15 35/2 36/9 40/13 42/23 43/4 44/9 46/13 46/23 47/9 47/15 48/3 49/4 49/11 52/6 52/10 52/13 52/15 53/2 53/8 55/19 56/4 61/4 61/9 62/5 63/19 64/6 64/9 67/5 67/23 67/24 69/21 69/22 73/19 74/3 93/15 93/15 93/20 95/16 96/13 100/22 100/24 105/2 105/14 105/20 109/13 110/13 111/5 111/15 112/8 113/16 136/4 136/20 137/13 137/17 137/21 137/24 139/11 139/12 140/15 142/15 145/14
cold [1]  158/4
colleague [4]  12/23 16/8 61/1 154/18
column [1]  131/15
come [39]  13/8 13/16 14/3 15/19 16/5 18/1 26/4 32/18 33/3 35/23 37/25 46/11 51/19 52/1 54/3 54/14 60/20 60/24 61/24 65/13 74/3 75/4 79/5 80/8 82/1 87/8 90/24 106/2 107/20 116/3 116/17 131/12 133/12 143/2 143/12 143/12 145/12 146/8 153/7
comes [5]  33/14 36/1 49/3 77/7 145/8
coming [8]  14/18 33/23 47/17 47/22 72/20 73/4 110/15 114/18
comment [2]  154/20 154/22
comments [2]  129/6 151/13
Commission [1]  76/19
committee [2]  136/25 137/1
common [1]  102/3
communicated [4]  52/19 53/11 53/12 148/16
communication [11]  34/7 35/1 35/4 59/12 59/20 59/23 60/4 71/14 93/13 93/22 94/5
communications [16]  33/25 34/9 34/11 50/22 53/18 56/11 58/11 59/16 59/21 94/3 115/24 116/1 117/6 120/8 121/1 121/4
comparable [2]  154/4 157/24
complete [3]  13/6 26/1 127/21
completely [2]  144/8 147/22
complex [1]  149/7
complicated [1]  34/20
complied [1]  95/18
comply [1]  94/7
component [1]  87/14
components [1]  32/12
comprehensive [1]  92/12
compromised [2]  24/21 24/22
computer [6]  1/21 101/1 101/21 102/19 127/1 127/9
COMPUTER-AIDED [1]  1/21
computers [1]  102/3
conceive [1]  120/23
concern [16]  7/20 9/9 9/13 24/21 32/20 34/25 35/4 64/11 64/14 93/23 142/24 143/16 144/12 148/7 148/18 152/18
concerned [4]  12/7 42/11 62/13 62/16
concerning [1]  36/13
concerns [5]  92/3 122/3 145/1 149/21 151/8
conclude [1]  157/21
conclusion [6]  31/15 94/19 95/5 134/2 138/16 139/23
conduct [5]  29/10 61/25 69/21 91/15 152/2
conducted [2]  62/5 70/15
conducting [1]  111/3

**C**

conducts [1]  129/3
confer [6]  144/18 144/24 147/3 147/10
148/13 150/14
conference [3]  13/4 124/25
confident [1]  42/17
confirm [1]  66/25
confirmed [2]  5/19 93/25
confirming [1]  115/5
confirms [1]  19/17
conflict [1]  145/17
confusing [1]  107/17
confusion [2]  110/18 112/16
connect [1]  157/4
connected [2]  55/19 153/17
connection [3]  56/25 81/12 150/6
conscious [1]  10/3
consider [5]  22/15 29/9 121/21 134/6
148/10
considered [4]  94/13 123/16 123/20
144/14
considers [2]  123/19 123/24
consistent [2]  36/24 147/18
consolidate [1]  146/16
consolidated [1]  147/17
constitute [1]  159/9
constituted [1]  33/5
consulting [3]  38/14 39/3 41/16
contact [2]  30/5 86/24
contacted [2]  137/20 138/1
contained [1]  89/9
contend [1]  8/13
content [1]  8/3
context [13]  30/8 37/1 37/5 38/25
40/18 41/13 58/19 120/19 131/5 131/9
131/15 131/18 132/14
contexts [2]  121/5 149/15
Continued [4]  4/2 4/5 5/3 5/15
continues [1]  95/25
contract [21]  10/11 31/4 31/8 31/16
33/18 81/19 84/8 84/12 84/14 85/21
88/8 88/22 89/5 89/7 93/8 93/24 94/7
94/24 95/19 102/24 103/5
contractor [1]  84/7
contractual [1]  94/21
contrary [1]  95/10
contributing [1]  78/12
control [2]  148/22 148/25
conversation [14]  8/6 50/1 56/17
57/19 66/3 67/19 108/5 108/7 118/11
120/20 120/24 123/22 150/22 150/25
conversations [17]  9/8 9/9 64/8 71/9
108/8 108/16 116/14 117/24 118/8
119/23 120/16 120/16 121/23 122/10
124/11 140/20 150/19
convey [1]  120/8
cooperatively [1]  153/15
coordinating [1]  52/10
copied [2]  42/14 75/2
copy [8]  70/17 93/4 132/25 139/12
139/15 139/17 140/11 140/16
copying [5]  11/18 15/7 17/14 61/1
104/4
core [1]  140/6
correct [26]  26/12 27/4 29/24 35/5 45/2
47/7 48/5 51/18 53/10 53/22 62/8 70/25
71/7 92/16 93/17 93/21 101/17 102/25

109/8 105/7 108/22 109/6 127/2 127/4
138/5 140/22
corrected [2]  108/21 109/7
correctly [2]  61/7 119/10
corresponds [1]  36/8
could [39]  14/8 15/5 25/3 25/18 25/19
26/22 32/7 34/10 44/13 54/14 55/12
56/10 72/9 74/3 78/2 85/8 87/8 87/10
88/4 94/1 94/1 99/2 119/17 120/1 123/1
126/4 127/8 127/16 137/23 142/1
143/15 144/5 148/5 152/4 152/9 154/9
155/10 157/15 157/15
couldn't [5]  11/21 20/19 44/4 47/11
133/11
counsel [72]  7/4 7/19 8/13 10/8 10/16
11/2 12/2 19/1 21/3 23/21 23/24 33/3
39/2 39/3 41/15 41/17 43/21 53/8 56/11
58/4 58/7 72/24 76/13 76/18 80/13
93/12 94/14 94/23 95/2 95/14 95/18
99/12 99/16 99/18 99/20 100/14 105/6
106/23 108/2 113/22 115/3 115/22
117/25 119/3 120/22 121/9 121/21
125/11 130/4 131/25 133/16 133/24
135/18 138/22 144/19 144/24 145/15
145/18 147/21 147/23 148/2 148/6
148/14 150/4 150/14 150/17 150/19
151/18 152/2 153/1 153/24 157/2
counsel's [1]  147/17
count [6]  96/6 96/9 96/14 98/18 98/20
98/21
counted [3]  95/23 97/21 98/15
counter [1]  157/8
counter-designations [1]  157/8
counties [9]  28/17 30/5 85/4 98/16
138/7 138/7 138/11 139/2 139/17
country [1]  97/5
county [98]  5/2 20/13 20/15 21/12
21/25 22/4 22/6 23/16 24/1 24/19 26/8
27/10 27/19 28/6 28/21 29/2 29/21
30/12 30/18 32/8 32/12 32/14 33/4 33/4
33/9 33/12 33/23 34/3 34/6 34/15 35/2
35/7 36/9 38/25 41/13 42/23 43/5 44/9
46/13 46/23 47/9 47/15 48/3 49/5 49/11
52/15 53/3 53/6 53/7 53/8 55/19 56/5
61/4 61/9 61/15 61/16 62/6 63/19 64/6
64/9 67/5 67/23 67/24 69/21 69/22
70/19 73/19 74/3 93/15 93/15 93/20
95/16 96/13 97/13 97/17 98/20 100/22
100/24 105/2 105/14 105/21 109/13
110/13 111/5 111/15 112/8 113/16
136/20 137/14 137/17 137/21 138/13
139/12 139/20 140/10 140/15 142/15
145/14
County's [5]  52/6 52/10 52/13 136/4
139/12
couple [3]  9/3 13/8 61/20
course [19]  6/21 6/22 8/24 9/7 9/17
28/25 29/10 50/21 58/11 98/2 117/19
117/22 118/17 127/22 139/8 144/13
149/4 150/16 150/25
court [65]  1/3 1/6 1/9 1/1 1/23 6/19
8/10 23/25 24/5 26/4 26/25 27/2 28/5
32/6 32/14 36/8 38/4 39/10 44/7 51/15
55/22 60/17 73/17 83/25 84/11 85/24
86/6 113/2 115/15 117/2 122/12 124/18
124/19 124/22 124/25 125/5 125/12
125/15 126/6 127/18 132/10 134/25
136/5 138/19 139/5 139/17 140/13

148/24 141/1 141/3 141/6 142/23
143/21 146/16 147/2 148/25 151/5
157/10 157/14 158/7 159/6 159/7
159/10 159/17 159/17
Court's [2]  13/2 115/20
courthouse [1]  1/24 146/2 146/4
courtroom [2]  122/2 156/10
courts [2]  132/1 132/11
cover [6]  60/13 83/24 133/5 133/5
142/2 154/6
covered [2]  142/16 154/5
covering [1]  89/6
crawl [4]  107/21 119/18 119/20 123/23
create [1]  36/25
created [1]  37/3
credibility [1]  156/7
criminal [1]  64/12
cross [17]  2/4 4/5 4/6 4/6 5/15 6/7 8/16
8/25 39/10 49/21 135/22 142/17 143/8
147/5 149/21 156/2 157/7
cross-examination [5]  4/5 4/6 5/15
135/22 156/2
cross-examine [1]  142/17
CRR [3]  1/23 159/6 159/16
CURLING [3]  1/4 2/2 154/3
current [3]  31/1 99/19 100/13
currently [1]  100/22
cut [1]  18/9
CV [2]  1/6 136/11
cyber [19]  20/7 20/18 23/2 23/3 24/8
25/6 25/8 25/14 26/9 27/6 38/20 39/21
40/9 40/21 41/2 41/8 72/19 114/3 114/8
cybersecurity [3]  82/3 115/4 127/3

**D**

daily [2]  73/20 74/13
DANIEL [1]  3/8
DANIELLE [1]  3/8
data [2]  15/8 17/15 47/8 47/10 47/22
48/8 142/8 145/24
date [4]  21/11 108/23 126/25 131/14
dated [1]  67/9
dates [2]  88/6 115/19
DAVID [19]  2/4 2/23 2/24 57/10 62/19
83/5 85/19 88/5 90/12 92/18 102/24
103/10 106/15 107/6 120/14 128/16
130/7 130/15 153/6
DAVIS [5]  2/19 2/21 2/22 145/15
147/21
Davis' [1]  147/21
day [16]  18/5 52/2 54/21 73/5 74/2 74/7
75/6 79/16 100/20 100/20 100/20 143/3
150/16 151/1 153/19 159/13
days [6]  1/4 9/3 101/18 143/2 151/5
151/22
deadline [1]  13/19
deal [5]  9/22 10/5 10/5 66/13 152/25
157/10
dealing [3]  30/6 52/10 52/12 74/6 74/9
86/20 140/6
December [5]  42/23 136/1 136/5
136/24 137/2
December 2020 [1]  137/2
decide [6]  72/24 146/12 146/22 157/13
decided [3]  69/23 118/5 138/18
decision [13]  45/20 45/20 64/17 64/20
64/21 118/23 119/16 119/17 121/16
123/15 123/21 123/25 127/6

**D**

**decision-making [2]** 121/16 123/25
**declaration [11]** 37/17 39/10 46/4 46/5 47/12 65/6 65/22 66/2 66/22 67/19 90/6
**defendants [10]** 1/7 3/2 11/16 17/23 18/11 20/3 82/2 104/3 128/9 153/15
**defendants' [4]** 12/2 81/19 88/22 117/2
**defense [3]** 130/4 135/18 157/2
**definitely [2]** 10/21 76/19
**degree [1]** 145/16
**DeKalb [1]** 97/13
**deletion [2]** 142/8 144/9
**deliberately [2]** 152/17 152/23
**delicate [1]** 148/7
**delivering [1]** 85/3
**democracy [1]** 140/6
**demonstration [1]** 32/6
**department [2]** 77/2 114/23
**dependent [1]** 69/11
**depending [2]** 63/1 154/9
**depends [1]** 142/23
**deposed [1]** 126/10
**deposition [8]** 24/14 30/16 63/7 63/14 126/9 154/23 156/4 156/6
**deputy [3]** 76/13 76/14 91/6
**derailed [1]** 69/22
**describe [1]** 11/16
**describing [1]** 91/14
**designations [4]** 156/4 156/6 157/3 157/8
**desire [1]** 149/4
**desk [5]** 39/21 39/25 40/1 40/4 40/19
**destruction [1]** 145/24
**determine [1]** 77/25
**determining [1]** 149/3
**developed [1]** 24/15
**device [7]** 55/19 55/20 87/4 87/12 87/21 97/14 102/6
**devices [4]** 15/8 29/20 101/21 101/24
**DHS [16]** 76/2 77/2 77/9 77/13 77/24 78/6 79/13 80/24 113/18 113/24 114/8 114/10 114/14 114/15 114/19 115/4
**DHS/ISAC [1]** 113/18
**DHS/MS-ISAC [3]** 76/2 77/24 114/19
**DIANE [1]** 3/7
**did [79]** 6/3 7/6 7/8 7/12 12/12 20/10 22/15 22/15 22/17 24/12 24/14 24/15 25/1 25/5 27/9 31/9 32/6 33/3 37/4 39/20 39/21 39/22 44/20 44/23 52/7 52/9 53/17 55/6 62/20 63/24 69/13 69/23 70/12 70/17 71/5 72/21 74/19 74/20 78/16 80/3 83/5 83/5 83/6 88/2 91/4 98/20 99/12 99/20 101/24 102/21 104/20 105/13 106/1 106/22 109/2 109/12 110/12 111/4 111/15 112/7 113/15 113/20 114/23 115/23 116/7 117/6 119/5 121/19 125/20 133/1 133/17 134/11 137/5 139/15 140/15 141/13 142/17 151/2 154/20
**didn't [22]** 11/21 19/25 21/3 25/17 26/20 40/22 40/23 44/11 44/18 45/6 72/4 78/4 82/19 94/22 97/14 114/17 116/4 118/10 134/22 151/2 154/19 157/21
**difference [2]** 127/10 145/17
**different [21]** 9/12 9/13 18/13 18/18 21/9 35/20 73/4 74/9 74/10 86/21

differently 10/1/17 101/17 118/9 119/4 142/
118/19 121/5 125/19 138/19 144/17
147/20
**differently [2]** 44/13 44/14
**difficult [2]** 63/22 119/25
**difficulties [1]** 63/21
**DIGGES [4]** 2/13 2/13 2/18 2/18
**digital [5]** 38/13 39/2 41/15 46/14 46/14
**diligent [2]** 15/10 15/16
**direct [4]** 18/23 32/1 100/21 143/21
**directed [2]** 60/22 153/24
**directing [1]** 61/22
**directive [1]** 13/2
**director [4]** 20/19 21/24 54/12 76/14
**disagree [5]** 8/15 30/7 30/10 39/19 82/7
**disbarment [1]** 132/4
**disclose [1]** 118/10
**discloses [1]** 118/8
**discovery [7]** 13/4 13/19 14/19 14/20 15/15 23/22 143/6
**discuss [5]** 33/15 34/12 34/21 81/10 148/11
**discussed [11]** 6/23 10/16 11/2 16/17 33/11 48/18 67/25 71/16 107/5 119/12 126/24
**discussing [3]** 36/16 58/14 152/5
**discussion [10]** 33/13 33/22 34/17 58/4 58/7 81/13 107/11 108/12 117/11 140/14
**discussions [14]** 9/2 33/8 33/17 34/22 36/4 36/22 48/15 52/17 67/11 68/2 69/19 106/22 117/6 125/12
**dispute [6]** 13/20 14/21 41/25 49/7 96/11 136/21
**disputes [2]** 58/16 143/6
**distracting [1]** 147/22
**DISTRICT [7]** 1/1 1/1 1/12 159/4 159/7 159/17 159/17
**division [4]** 1/2 20/21 53/7 159/8
**do [263]**
**docket [4]** 1/5 1/5 135/2 135/8
**document [12]** 1/8 23/6 23/12 23/25 36/8 36/13 37/17 81/18 83/25 87/20 130/23 130/24
**documentation [4]** 36/16 36/25 37/2 67/8
**documents [5]** 36/13 36/20 42/1 140/23 140/25
**does [35]** 21/7 24/7 29/10 30/9 35/22 36/12 36/19 36/21 36/23 38/8 38/9 46/18 47/16 47/21 56/8 65/17 67/7 67/7 69/4 69/7 77/18 86/15 86/23 99/9 105/11 105/12 106/12 114/25 115/18 128/6 129/1 139/9 139/10 149/13 149/14
**doesn't [13]** 30/4 34/25 35/4 41/21 41/22 58/18 102/7 118/3 125/17 125/18 134/23 139/19 151/10
**doing [23]** 7/8 10/17 28/2 33/7 39/17 41/3 46/15 67/20 69/9 76/15 76/21 82/15 82/18 87/15 88/8 88/9 97/25 107/19 120/2 143/14 146/23 149/10 152/23
**Dominion [45]** 10/11 15/9 17/15 29/21 30/6 30/18 31/5 31/10 31/12 32/24 33/6 33/9 33/14 33/15 33/18 34/1 34/7 34/11 34/15 35/1 35/3 44/23 45/12 45/24 46/1

49/12 49/1 47/8 48/15 84/18 93/5 93/14
93/18 93/23 93/23 94/6 94/6 94/8 94/14
94/16 94/21 95/6 95/18 115/5 116/20
**don't [179]**
**DONALD [1]** 3/9
**done [28]** 20/20 20/23 23/16 25/18 36/15 38/24 38/24 41/12 41/12 56/19 62/7 74/16 80/17 80/20 89/7 95/10 97/7 98/17 99/1 103/23 133/15 140/10 140/11 141/17 153/13 155/7 156/11 157/20
**DONNA [3]** 1/4 2/2 2/2
**doubt [1]** 96/11
**doubting [1]** 129/17
**Doug [1]** 106/6
**down [26]** 21/22 27/10 27/12 27/17 27/17 27/24 28/8 28/22 32/18 43/4 54/3 61/25 65/13 69/20 72/15 75/4 79/5 82/1 106/5 113/5 120/16 125/7 125/23 131/11 131/22 153/18
**dozen [1]** 115/8
**Dr. [14]** 32/6 32/13 95/16 115/16 116/21 117/8 118/24 121/20 126/2 126/20 128/4 129/7 129/12 155/20
**Dr. Halderman [3]** 32/6 32/13 155/20
**Dr. Halderman's [11]** 95/16 115/16 116/21 117/8 118/24 121/20 126/2 126/20 128/4 129/7 129/12
**draft [3]** 70/11 116/12 116/15
**DRE [3]** 87/21 99/13 100/13
**drill [1]** 153/18
**drive [2]** 1/24 46/15
**due [4]** 20/17 20/18 25/25 33/23
**Duffey [13]** 64/1 64/8 64/24 65/6 65/10 65/18 66/22 66/24 67/4 67/12 67/14 67/23 68/2
**Duffey's [1]** 64/17
**duly [1]** 5/13
**DUMA [1]** 3/9
**during [12]** 6/9 6/21 6/22 9/2 58/8 63/7 81/10 115/25 150/14 150/15 150/16 150/18
**duties [4]** 93/24 94/7 94/21 95/19
**duty [2]** 94/14 133/20

**E**

**each [4]** 11/17 16/13 35/18 122/7
**earlier [12]** 28/24 57/3 63/20 93/8 97/18 109/9 113/18 114/2 123/23 125/6 140/11 156/5
**early [5]** 22/25 105/20 105/20 107/17 128/2
**easier [7]** 16/8 16/10 16/10 32/10 34/12 42/12 118/20
**easy [2]** 78/23 151/11
**Easystore [1]** 46/14
**ECF [2]** 1/2 1/3
**Ed [1]** 6/2
**EDWARD [1]** 3/5
**effective [1]** 149/2
**effectively [2]** 151/7 151/12
**efficient [1]** 42/4
**efficiently [1]** 146/17
**effort [1]** 146/20
**efforts [2]** 48/12 52/9
**either [10]** 9/25 22/19 26/20 39/22 67/6 70/10 98/9 129/19 138/17 146/10
**election [56]** 15/8 17/15 20/17 20/23

**E**

**election... [52]** 20/24 21/10 21/11 21/14 21/16 21/16 21/17 21/19 24/23 29/20 32/22 33/21 39/1 41/14 43/13 44/20 46/23 49/4 49/10 53/3 54/10 62/16 65/11 67/9 73/2 73/6 74/5 75/19 76/19 85/1 96/2 96/5 97/20 97/20 98/17 123/9 132/8 136/2 136/4 136/20 138/6 138/8 138/12 138/13 139/2 139/3 139/5 139/13 139/18 140/12 140/16 141/4
**election-related [2]** 39/1 41/14
**elections [16]** 20/19 21/24 25/4 35/7 54/12 54/15 68/15 68/17 76/14 78/5 95/7 100/12 100/21 102/12 140/4 140/6
**electronic [4]** 75/15 75/21 89/2 102/6
**elements [1]** 69/10
**Ellis [9]** 48/23 51/20 51/23 52/1 58/12 60/21 61/1 104/4 104/8
**else [18]** 10/12 10/14 18/22 43/22 73/17 83/11 96/9 103/4 113/8 115/23 117/7 140/15 145/21 151/25 152/12 152/25 153/1 157/17
**else's [1]** 65/22
**email [49]** 12/23 13/1 13/9 13/11 13/16 14/7 15/25 16/7 16/20 17/1 20/6 31/25 32/1 32/19 34/14 34/14 48/22 49/3 49/22 49/25 53/14 53/16 53/24 54/6 54/15 60/21 60/25 61/22 74/25 75/4 75/5 75/5 75/12 77/23 77/25 78/1 79/6 79/12 80/4 86/10 89/13 90/21 90/25 91/7 91/19 104/2 114/2 114/5 134/13
**emails [6]** 16/6 34/2 34/4 89/9 92/1 114/21
**embargoed [3]** 116/15 128/2 128/8
**embarrassment [2]** 149/5 149/9
**empty [1]** 155/12
**EMS [32]** 20/15 20/16 22/21 23/15 24/1 24/7 24/20 25/2 25/6 26/10 28/6 28/9 30/12 30/17 30/25 35/8 35/9 36/9 36/14 38/23 41/1 44/24 45/21 46/13 47/3 47/8 47/15 47/17 48/3 55/19 72/20 101/1
**encourage [3]** 53/17 150/20 151/12
**encouraged [1]** 8/1
**encouraging [1]** 9/13
**encrypted [3]** 47/10 47/17 47/22
**encryption [1]** 47/18
**end [5]** 37/20 82/14 148/5 149/16 152/5
**ended [1]** 152/5
**enforcement [2]** 68/25 71/18
**engage [1]** 40/6
**engaged [1]** 84/17
**engagement [2]** 39/11 39/13
**ENGLISH [1]** 3/9
**enough [6]** 50/19 77/12 121/16 124/21 124/21 128/12
**entail [2]** 139/9 139/10
**entire [2]** 126/1 129/19
**entirety [3]** 32/22 96/1 98/7
**entitled [10]** 6/18 6/23 8/10 14/23 37/17 39/16 39/16 107/23 143/9 152/20
**entity [1]** 84/7
**entries [1]** 135/8
**entry [2]** 1/5 135/2
**equipment [28]** 11/19 15/8 17/15 20/11 20/13 23/15 26/10 29/20 29/25 30/4

41/10 46/20 85/2 92/4 94/8 95/11 96/10 100/24 100/24 136/4 136/20
**especially [3]** 28/1 98/8 101/15
**essence [1]** 140/3
**essentially [1]** 124/4
**establish [1]** 44/18
**established [1]** 42/13
**et [3]** 1/4 1/6 131/15
**et cetera [1]** 131/15
**ethics [3]** 8/9 8/16 9/24
**EUW [1]** 2/10
**Evans [3]** 54/10 54/20 59/12
**even [12]** 9/2 32/22 36/14 41/25 46/20 49/22 50/1 78/9 97/18 144/16 147/25 151/11
**event [4]** 91/21 124/17 140/20 146/10
**events [6]** 24/13 72/19 72/21 121/23 124/20 149/7
**ever [10]** 30/13 33/3 33/7 33/17 34/13 35/15 47/17 94/13 101/24 108/12
**every [6]** 34/7 74/2 74/7 95/24 102/8 142/4
**everybody [1]** 151/20
**everyone [5]** 68/3 97/19 145/17 151/24 153/9
**everyone's [1]** 145/19
**everything [5]** 37/5 95/6 95/15 97/23 144/15
**evidence [36]** 39/23 40/21 41/20 55/18 56/21 62/17 62/20 63/22 63/24 64/11 64/12 78/17 85/20 95/11 95/24 97/11 98/13 98/14 100/10 101/4 104/13 112/17 123/5 125/4 125/10 125/14 125/20 128/13 130/2 130/22 134/8 144/11 148/24 149/2 149/6 151/10
**exact [4]** 21/11 21/14 23/1 95/8
**exactly [11]** 6/23 6/23 21/19 30/8 56/1 95/24 97/24 98/19 100/11 130/20 139/9
**examination [8]** 4/5 4/6 5/15 64/11 135/22 148/23 149/8 156/2
**examine [4]** 14/24 135/18 142/17 146/23
**examining [2]** 148/24 149/1
**example [4]** 34/2 72/20 100/2 116/8
**except [2]** 30/12 57/15
**excerpt [1]** 130/12
**exchange [2]** 34/15 134/13
**Excuse [1]** 66/20
**excused [1]** 150/10
**exercise [1]** 148/25
**exhibit [55]** 12/15 12/20 14/11 16/18 19/4 23/12 37/12 48/19 48/22 53/23 56/20 56/20 58/3 58/9 58/22 60/12 60/13 60/24 62/24 68/7 68/10 72/9 72/12 73/7 74/24 79/4 81/4 83/24 84/5 85/24 87/17 87/24 88/18 89/21 90/10 90/19 90/20 91/10 92/3 92/19 92/23 103/25 104/12 104/23 105/24 108/17 108/18 112/23 122/18 123/4 127/24 130/2 130/12 130/13 134/20
**Exhibit 130 [2]** 23/12 134/20
**Exhibit 134 [2]** 68/7 68/10
**Exhibit 137 [2]** 103/25 104/12
**Exhibit 139 [1]** 122/18
**Exhibit 146 [3]** 104/23 108/17 108/18
**Exhibit 148 [2]** 72/9 72/12
**Exhibit 181 [5]** 48/19 48/22 56/20 58/9

**Exhibit 196 [1]** 130/13
**Exhibit 282 [2]** 73/7 74/24
**Exhibit 314 [1]** 127/24
**Exhibit 467 [1]** 37/12
**Exhibit 47 [1]** 92/23
**Exhibit 491 [1]** 130/2
**Exhibit 575 [1]** 112/23
**Exhibit 582 [3]** 14/11 16/18 19/4
**Exhibit 584 [2]** 12/15 12/20
**Exhibit 585 [2]** 53/23 56/20
**Exhibit 586 [4]** 60/12 60/24 62/24 79/4
**Exhibit 587 [1]** 81/4
**Exhibit 588 [2]** 84/5 85/24
**Exhibit 589 [3]** 87/17 89/18 89/21
**Exhibit 590 [5]** 90/19 90/20 91/10 92/3 92/19
**Exhibit 591 [1]** 90/10
**Exhibit 85 [1]** 123/4
**Exhibit A [1]** 83/24
**Exhibit G [1]** 60/13
**exhibits [5]** 11/5 57/14 57/19 102/22 102/22
**Exhibits 47 [1]** 102/22
**existed [1]** 25/17
**exists [2]** 77/10 78/6
**expect [6]** 10/9 14/8 113/23 114/13 147/4 154/19
**expected [1]** 101/25
**expedited [2]** 30/1 30/1
**experience [2]** 138/21 140/1
**expert [4]** 37/6 37/9 39/2 41/15
**expertise [2]** 23/14 138/21
**explain [3]** 53/4 107/20 107/24
**explaining [2]** 29/10 89/5
**explanatory [1]** 154/24
**exploding [1]** 148/21
**explore [3]** 6/18 39/16 152/21
**express [1]** 142/24
**expressed [2]** 145/16 149/21
**expressing [1]** 64/14
**extent [10]** 6/4 31/15 49/20 77/23 94/19 95/9 101/4 117/20 139/23 150/3
**extra [2]** 146/19 147/19
**eyes [1]** 117/3

**F**

**facility [1]** 47/3
**facing [1]** 155/1
**fact [20]** 14/8 15/15 22/16 45/4 58/16 64/4 66/25 74/12 80/5 102/6 111/4 118/11 128/9 129/17 129/21 131/16 132/1 140/15 150/24 152/6
**fact-check [1]** 132/1
**facts [7]** 39/7 41/18 41/20 101/4 125/4 125/10 125/14
**factually [1]** 69/11
**failed [2]** 94/6 101/24
**failing [1]** 94/7
**fair [20]** 26/23 31/1 51/17 52/20 53/9 63/19 67/22 68/21 69/14 70/8 75/22 80/20 93/10 119/19 121/16 124/21 124/21 128/12 129/2 131/17
**fairness [1]** 147/11
**faith [1]** 133/20
**familiar [4]** 48/17 131/1 131/5 138/6
**far [5]** 22/11 45/16 57/13 108/11 146/19

**F**

fast [4] 44/5 66/5 114/18 137/16
fast-forward [2] 44/5 137/16
faster [1] 44/5
fault [1] 59/7
FBI [5] 64/24 65/18 66/24 67/4 67/15
fear [3] 38/23 41/11
feasible [1] 32/22
February [5] 38/5 63/8 63/14 115/17 126/8
February 14 [1] 38/5
federal [4] 15/11 136/5 138/11 139/6
feel [3] 10/18 26/23 42/17
feeling [2] 122/3 122/8
feelings [2] 94/20 94/22
feels [1] 145/16
felt [2] 72/22 100/13
few [9] 11/11 42/5 77/1 80/5 80/7 83/15 98/25 101/18 149/16
fifth [1] 65/9
figure [10] 34/21 45/3 45/7 45/9 52/16 55/14 114/4 153/23 155/6 156/10
file [1] 140/12
filed [12] 1/2 1/6 1/8 38/4 60/16 81/22 83/25 84/11 85/23 86/6 134/25 136/5
Filing [2] 81/19 88/22
final [5] 70/1 71/5 73/9 116/12 118/25
find [4] 19/2 40/19 78/3 111/6
findings [2] 128/4 151/16
fine [12] 14/17 56/9 88/14 88/17 88/18 88/19 90/16 99/10 135/5 135/21 146/21 146/24
finish [4] 99/8 146/1 155/3 155/4
finished [1] 9/4
fire [1] 25/16
firing [1] 77/22
FIRM [1] 2/17
first [18] 19/16 44/17 44/22 45/11 49/3 52/1 60/20 62/11 63/23 70/10 79/11 82/1 83/12 84/5 106/7 143/17 152/1 153/5
FISHER [1] 2/5
fit [1] 144/2
five [2] 99/6 148/17
flagged [1] 81/12
flaw [1] 94/8
Fleming [1] 137/12
Fleming's [1] 136/25
flip [14] 12/15 18/9 18/16 18/21 48/25 65/5 81/17 82/24 83/4 83/22 84/4 88/21 88/25 93/3
flipping [1] 104/15
focus [1] 155/6
focused [1] 101/16
FOERSTER [1] 2/7
folks [6] 40/5 63/19 69/6 157/13 157/18 158/1
follow [3] 11/11 56/17 75/19
follow-up [1] 11/11
followed [2] 17/19 17/23
following [5] 1/1 11/19 62/15 68/14 98/6
follows [1] 5/14
foregoing [1] 159/8
foremost [1] 152/1
forensic [10] 37/6 38/13 39/2 39/3 41/15 41/16 62/10 62/17 63/21 64/13

forensically [1] 45/9
forget [2] 102/21 102/23
formal [2] 68/20 93/19
former [2] 54/15 67/9 93/12 131/24
Fortalice [16] 81/19 82/3 82/14 82/17 84/7 84/12 84/17 86/10 86/22 87/1 87/8 87/11 88/22 90/22 90/25 92/10
Fortalice's [1] 89/6
forth [2] 34/2 34/20
forward [8] 7/10 16/5 44/5 77/10 137/16 146/13 148/15 149/18
forwarded [4] 54/20 54/24 80/24 114/3
forwarding [2] 114/16 114/20
forwards [1] 52/2
found [3] 52/16 55/18 115/5
foundation [5] 6/6 52/25 66/2 88/13 106/18
four [3] 25/15 91/22 153/19
four years [1] 91/22
four-alarm [1] 25/15
frame [14] 22/25 23/1 23/3 28/5 30/2 32/12 48/22 68/4 70/9 73/16 73/24 82/21 111/18 116/22
Frances [1] 153/8
frankly [8] 6/7 34/12 44/17 74/6 97/17 121/9 143/24 144/22
Friday [3] 109/10 109/10 155/3
front [6] 12/14 16/11 19/6 103/25 104/25 136/25
frustrated [3] 119/6 120/5 121/24
frustrating [1] 110/16
frustration [4] 119/11 124/3 127/10 127/14
frustrations [1] 120/3
Fuchs [3] 79/24 80/4 110/21
full [12] 1/8 13/6 37/25 63/11 63/13 73/23 96/8 96/9 96/14 98/18 109/8 129/19
fully [2] 95/18 129/16
Fulton [5] 5/2 32/8 32/12 32/14 70/19
functionality [1] 95/11
functioning [3] 121/7 144/10 144/16
functions [1] 82/4
further [11] 7/19 9/21 9/22 15/22 15/22 51/19 53/18 64/13 72/8 126/6 126/14
future [2] 60/7 102/8

**G**

GA [1] 87/4
Gabe [7] 79/20 80/1 80/1 81/1 92/4 154/5 154/21
Gabriel [2] 54/20 104/4
games [1] 75/22
gathering [1] 78/13
gave [2] 54/16 151/19
GBI [15] 64/18 64/22 67/13 68/1 68/21 68/24 69/4 69/13 69/19 69/25 70/11 70/14 71/12 71/15 114/5
GC [1] 51/24
GEMS [2] 99/13 100/17
general [39] 21/3 33/3 43/10 43/21 52/15 64/15 72/24 75/11 76/13 76/18 78/12 80/13 84/21 93/12 94/14 94/23 95/2 95/14 95/18 99/12 99/15 99/18 99/20 100/14 105/6 106/22 113/22 115/3 115/22 117/25 119/3 120/22 121/21 121/22 131/25 133/16 136/2 138/11 138/21

generally [22] 28/19 29/24 30/3 34/10 34/17 36/23 74/12 97/3 97/5 97/5 102/13 108/10 112/16 117/13 120/2 123/19 123/24 132/5 136/6 138/9 139/16 140/22
generic [1] 36/20
GEORGIA [20] 1/1 1/25 3/2 5/2 15/9 31/11 31/11 32/23 78/5 84/6 95/7 132/8 138/19 138/21 139/4 139/24 150/13 159/4 159/8 159/10
Georgia's [1] 138/6
GERMANY [48] 4/4 5/12 5/17 9/7 10/2 10/8 12/14 15/4 22/11 25/22 26/4 31/25 37/16 39/9 39/12 42/22 46/4 46/5 48/21 49/22 50/25 54/6 57/9 58/12 59/12 59/20 60/13 68/9 72/11 81/16 83/20 99/12 103/23 104/19 118/22 122/6 122/13 122/22 124/5 135/24 142/7 143/2 145/9 145/11 149/23 153/6 153/13 154/5
get [58] 7/1 7/10 7/15 7/25 9/14 9/25 11/14 14/21 16/6 17/4 18/10 18/11 20/19 21/14 21/25 25/3 26/13 26/15 27/15 27/25 28/18 31/19 40/9 48/3 48/8 48/19 56/18 61/25 62/16 63/22 68/6 71/10 71/20 71/20 79/11 88/18 92/4 97/1 106/1 106/17 106/24 117/5 117/16 118/2 121/10 122/11 130/20 135/9 135/9 136/3 141/17 143/4 148/18 151/8 154/25 156/11 157/21 158/3
gets [3] 81/12 81/12 87/4
getting [6] 14/16 58/10 63/21 120/15 130/20 146/12
give [10] 8/23 12/12 28/5 57/9 83/14 98/24 98/25 106/1 131/9 131/17
given [9] 32/20 45/4 62/14 67/7 82/19 86/18 95/25 100/23 113/22
gives [1] 87/22
giving [1] 157/7
glitch [1] 102/4
gmail.com [1] 75/5
go [40] 21/8 22/2 26/21 26/21 31/23 37/5 37/19 41/24 46/7 47/14 49/1 50/12 50/23 58/24 66/6 68/9 69/20 73/7 78/15 83/12 83/13 88/12 90/18 91/7 95/22 108/17 119/25 120/12 123/1 124/15 135/19 143/10 143/12 144/1 145/25 147/12 150/10 151/19 154/20 155/19
goal [1] 155/8
goes [4] 60/7 65/25 75/8 109/7
going [63] 7/10 7/23 9/20 14/15 14/17 14/22 14/23 14/25 16/5 20/5 23/6 25/23 27/10 27/12 27/17 28/8 49/21 50/8 60/12 63/3 65/5 66/5 67/17 69/3 69/20 71/19 73/15 74/12 76/25 77/7 84/5 98/24 102/8 106/17 106/17 108/11 109/21 116/6 117/22 117/25 120/16 120/23 121/10 122/4 125/11 134/1 137/16 141/16 143/6 143/24 144/12 145/7 148/15 148/20 149/16 150/11 153/16 154/12 155/11 155/20 156/25
gone [2] 46/22 71/1
good [21] 2/13 5/4 5/17 5/18 7/23 8/2 22/8 30/9 33/18 33/19 33/20 35/3 83/21 98/23 133/6 133/20 135/15 135/24 135/25 156/3 158/1

**G**

**Google [1]** 48/6
**Googled [1]** 81/1
**got [18]** 14/17 44/15 61/18 63/10 64/23 64/23 69/22 70/14 71/22 73/8 87/16 92/1 100/17 112/25 122/17 134/1 144/25 157/20
**GOVERNANCE [1]** 2/13
**government [1]** 77/9 137/5 137/9
**grab [3]** 11/5 23/6 72/9
**great [6]** 7/8 7/9 10/17 41/3 76/21 147/24
**ground [1]** 114/6 129/15
**grounds [1]** 87/18
**group [3]** 2/11 78/7 120/25
**guess [9]** 22/18 37/8 86/24 92/13 116/4 119/24 120/21 131/7 155/18
**guidance [1]** 147/2
**guided [1]** 145/19
**guy [3]** 78/9 80/10 80/21
**guy's [1]** 81/1
**guys [7]** 15/21 20/10 57/19 74/19 113/16 124/17 134/25

**H**

**hack [4]** 32/7 75/14 75/19 87/9
**hacked [6]** 17/10 18/6 18/13 18/19 19/22 134/14
**hacker [3]** 87/4 87/9 87/12
**hacker-type [1]** 87/9
**had [76]** 9/2 12/2 23/20 24/21 25/16 25/16 25/18 27/14 31/7 38/21 38/24 38/25 38/25 39/9 40/21 41/9 41/11 41/13 41/13 42/10 44/8 44/12 44/14 44/19 45/5 46/25 52/16 55/18 55/18 55/19 58/4 59/20 62/5 62/6 62/7 62/15 63/20 63/21 66/3 67/1 73/4 73/23 79/6 81/8 82/20 85/7 86/25 88/7 93/9 94/6 108/8 113/24 115/10 116/1 117/2 118/7 118/8 124/13 124/20 126/2 126/9 127/22 136/6 140/25 143/12 143/12 144/10 145/5 145/16 145/18 149/16 151/1 153/19 153/20 159/9
**Hadley [2]** 75/18 79/8
**hadn't [1]** 147/7
**Halderman [5]** 32/6 32/13 121/25 122/2 155/20
**Halderman's [11]** 95/16 115/16 116/21 117/8 118/24 121/20 126/2 126/20 128/4 129/7 129/12
**half [5]** 58/3 70/1 143/3 146/11 146/13
**Hall [11]** 44/18 44/19 45/4 61/8 62/9 62/14 63/6 73/12 73/22 74/18 142/12
**Hall's [2]** 142/10 145/7
**HALSEY [1]** 2/8
**ham [1]** 65/25
**Hamilton [2]** 153/6 154/10
**Hampton [2]** 43/7 62/15
**Hampton's [4]** 39/21 43/13 72/3 72/6
**hand [8]** 57/8 96/5 96/8 96/9 96/14 98/18 98/21 159/12
**handle [1]** 62/1
**handling [1]** 154/18
**happen [4]** 33/12 95/25 150/15 151/9
**happened [24]** 22/7 30/13 33/23 35/15 45/3 45/7 45/9 52/15 55/9 55/14 62/1 64/5 70/13 70/20 70/21 70/22 74/7

95/16 96/25 100/11 108/20 109/22 110/20 151/17
**happening [9]** 26/7 95/25 98/9 107/14 108/7 111/17 124/14 127/11 145/22
**happens [10]** 21/22 29/21 69/12 70/15 71/17 98/19 102/12 112/13 112/14 132/10
**happy [3]** 90/9 143/25 144/1
**harassment [1]** 149/5
**hard [3]** 68/6 111/10 153/15
**Harry [2]** 102/18 136/15
**Harvey [6]** 25/8 25/13 27/5 38/22 41/10 42/2
**has [50]** 1/6 10/21 17/13 19/5 24/22 30/11 30/13 30/17 32/13 33/11 33/12 33/18 34/22 34/23 35/1 35/15 35/18 35/18 35/20 36/12 36/13 36/15 36/19 38/24 41/12 41/20 41/25 42/14 50/4 54/15 62/20 66/3 68/16 82/12 92/5 95/4 95/9 95/10 95/18 96/2 102/6 124/24 130/5 132/17 133/19 143/18 149/9 151/6 155/5 156/12
**hasn't [3]** 66/1 129/16 154/15
**hat [1]** 87/9
**have [230]**
**haven't [3]** 6/24 39/15 76/25
**having [20]** 5/13 17/22 25/9 28/17 34/14 49/25 59/21 64/8 68/2 69/19 88/7 94/24 107/11 108/5 108/12 116/14 117/10 117/24 127/8 150/19
**he [185]**
**he's [13]** 6/6 49/23 66/2 66/3 76/17 86/18 118/8 120/21 129/8 129/10 133/7 138/17 143/3
**head [3]** 107/21 119/18 119/20
**heads [3]** 11/14 106/2 116/2
**heads-up [2]** 106/2 116/2
**hear [4]** 11/21 26/21 82/19 147/13
**heard [6]** 17/23 39/15 44/17 71/18 143/17 147/7
**hearing [3]** 32/6 82/21 123/12
**hearings [1]** 144/22
**hearsay [19]** 29/4 29/8 29/9 36/18 39/8 49/21 50/1 57/14 58/12 58/18 109/20 109/24 110/1 112/19 112/21 117/16 119/2 120/10 120/16
**heart [1]** 55/11
**heating [1]** 158/4
**held [1]** 159/10
**help [7]** 21/24 23/6 24/7 47/21 64/17 64/24 116/18
**helped [2]** 31/3 31/6
**helpful [4]** 10/23 11/1 52/17 88/13
**helping [2]** 28/21 86/16
**her [25]** 8/21 13/1 19/6 45/14 45/17 46/25 51/20 52/6 52/17 53/4 53/8 53/11 53/12 53/17 54/14 55/2 55/6 55/11 55/25 59/19 59/23 60/5 60/7 134/9 151/14
**here [48]** 11/15 15/4 25/23 30/24 32/17 34/5 34/13 35/13 37/22 38/8 46/4 46/11 47/14 50/3 50/20 51/13 51/15 54/14 55/22 58/16 61/20 73/16 74/25 75/1 75/25 81/18 86/10 87/1 91/13 93/12 105/9 105/11 108/4 109/3 117/10 122/9 126/16 126/19 129/15 141/8 143/20 144/4 151/17 151/22 152/23 153/19 153/20 153/25

here's [1]  7/9
**hereby [1]** 159/8
**hereunto [1]** 159/12
**HERNANDEZ [1]** 3/8
**herself [1]** 46/19
**Herzog [11]** 52/14 52/19 52/23 53/2 53/17 53/25 54/24 55/1 56/12 60/22 61/1
**Herzog's [2]** 59/17 61/8
**hesitant [1]** 30/9
**hey [7]** 17/14 27/14 27/19 34/23 71/19 110/20 116/2
**high [2]** 59/12 84/21
**highest [1]** 121/7
**highlighted [1]** 16/1
**highlighting [1]** 16/8
**him [47]** 6/15 7/23 8/1 10/6 14/22 18/5 30/7 30/10 45/8 50/21 52/5 58/13 61/17 64/14 67/1 67/2 67/8 68/1 73/2 73/12 74/4 76/14 76/18 76/25 76/25 103/11 106/7 120/3 120/8 120/9 122/3 124/1 124/8 127/8 131/4 131/9 138/23 142/18 142/1 142/22 142/23 143/21 145/7 146/23 149/24 151/13 154/6
**himself [6]** 8/12 73/1 74/21 107/20 132/17 144/2
**hire [1]** 37/5
**hired [6]** 37/7 37/9 39/2 39/9 39/13 41/15
**hiring [1]** 72/20
**his [67]** 6/7 6/16 6/25 7/20 8/3 8/11 8/21 9/12 13/11 13/16 15/25 20/24 21/6 21/24 29/10 30/16 30/19 35/19 38/22 39/10 39/11 39/13 41/10 43/10 45/5 50/2 50/9 63/13 66/23 67/3 67/7 67/19 76/11 89/2 91/4 94/22 94/23 95/1 105/19 105/19 107/21 107/22 107/24 108/13 118/9 119/1 119/16 119/18 119/20 123/23 123/24 126/8 127/7 128/24 129/5 129/11 130/24 132/18 132/22 140/1 140/1 143/9 145/18 150/15 150/22 152/17 154/24
**history [1]** 62/14
**hold [5]** 6/12 6/12 6/12 130/15 149/17
**Holland [6]** 86/10 87/1 90/21 90/25 91/8 91/13
**home [1]** 143/12
**Homeland [1]** 77/2
**honest [3]** 9/10 45/10 134/12
**Honestly [1]** 58/3
**Honor [94]** 5/10 6/4 6/24 7/13 7/21 8/18 8/23 10/20 12/10 14/15 15/1 19/15 21/5 29/12 31/16 35/16 39/5 39/8 41/19 42/7 42/16 49/20 49/25 50/6 56/19 57/4 57/13 58/21 60/1 60/6 63/4 65/20 66/1 66/17 78/25 81/5 81/14 83/18 88/19 94/18 101/3 102/15 102/16 102/21 103/6 103/8 103/18 104/12 104/15 104/16 107/22 109/19 110/3 112/12 112/17 112/22 113/12 117/20 118/7 118/15 118/19 121/13 123/4 123/6 125/3 128/13 128/14 129/16 130/1 130/6 131/13 134/6 134/19 135/17 135/20 138/15 139/22 143/15 146/25 147/6 149/23 150/9 152/9 152/18 153/2 153/5 153/14 155/10 155/16 155/19 155/19 156/7 156/12 157/6
**HONORABLE [1]** 1/11

**H**

**hope [4]** 14/8 74/22 124/10 155/4
**hoping [3]** 63/22 142/2 158/4
**HORST [1]** 2/9
**hour [2]** 146/11 146/14
**hours [2]** 79/16 156/24
**house [3]** 72/3 72/7 136/25
**how [26]** 26/4 29/22 30/16 32/7 35/22
36/5 36/22 36/24 48/8 48/13 48/16
55/16 63/1 66/8 72/24 73/24 74/19
80/14 81/1 97/4 97/9 99/3 118/13
141/21 147/12 156/14
**however [3]** 1/7 13/19 109/10
**huge [1]** 149/6

**I**

**I'll [17]** 14/13 18/9 28/16 29/3 29/8 32/1
40/24 71/4 89/16 98/25 103/9 116/17
116/22 125/7 136/17 148/13 150/10
**I'm [142]** 8/14 9/6 10/13 11/21 14/15
14/22 14/25 16/5 16/23 21/13 22/11
22/18 22/18 24/24 25/22 29/7 30/19
36/2 36/18 36/19 37/15 40/16 42/11
44/1 44/1 48/10 48/17 48/25 52/23
52/24 53/5 55/10 56/11 56/16 57/4 57/6
57/7 57/10 57/16 57/16 58/4 58/6 58/6
58/20 58/24 59/6 59/7 61/13 64/23 65/5
66/14 68/6 70/4 70/6 72/5 72/7 74/1
76/6 76/25 77/7 78/21 82/25 82/25
83/14 83/21 84/25 88/3 88/6 88/14
89/17 90/9 91/19 95/4 95/4 96/25 97/1
99/1 99/5 100/11 102/2 103/23 104/15
105/5 110/24 111/1 111/1 111/16
111/25 113/3 113/21 114/17 114/24
117/9 120/3 120/12 120/21 121/9 122/7
122/11 122/14 124/5 124/13 124/16
126/11 126/13 127/13 127/15 129/16
129/18 130/18 130/19 131/8 132/13
132/19 133/13 134/18 135/13 135/19
135/24 137/16 141/8 141/22 142/4
142/12 143/8 143/25 144/1 145/2 145/8
145/10 145/24 146/11 147/14 147/21
149/9 149/16 151/16 153/9 154/25
155/24 157/20 158/4
**I've [5]** 23/13 143/17 144/25 147/18
150/13
**ICHTER [2]** 2/20 2/21
**idea [5]** 81/2 96/7 109/4 131/9 153/3
**ideal [1]** 156/9
**identified [2]** 15/8 109/16
**identifies [1]** 79/8
**identify [4]** 30/24 31/2 35/6 126/19
**III [3]** 2/13 2/16 2/18
**ill [1]** 154/15
**illegal [1]** 98/6
**imagine [2]** 114/18 120/25
**immediately [3]** 69/13 69/15 73/3
**imminent [1]** 78/4
**impact [2]** 151/13 152/20
**implemented [1]** 99/19
**implications [4]** 123/17 124/2 124/8
124/24
**implying [2]** 89/6 152/23
**importance [1]** 113/22
**important [3]** 59/24 91/19 156/7
**importantly [1]** 18/12
**impossible [1]** 58/10

**impression [1]** 27/18
**imprisonment [1]** 132/3
**inaccessibility [2]** 30/13 30/19
**inaccessible [1]** 30/18
**inaccurate [3]** 55/1 55/5 55/7
**inbox [1]** 75/12
**incidences [1]** 25/9
**incident [5]** 93/14 93/19 110/14 113/25
114/1
**include [4]** 50/17 51/8 113/9 157/7
**included [2]** 109/9 140/24
**includes [4]** 67/8 98/1 129/19 139/17
**including [4]** 31/4 64/13 75/25 98/18
**incredible [1]** 144/11
**independent [1]** 69/10
**independently [1]** 64/22
**indicated [1]** 111/3
**indicates [6]** 11/16 15/20 38/4 68/16
82/2 84/8
**indicating [2]** 60/8 77/12
**indicted [2]** 96/12 96/13
**indictments [2]** 70/19 71/11
**individual [7]** 50/25 79/7 126/1 126/9
126/19 151/2 156/18
**individuals [3]** 54/7 100/20 100/25
**industriousness [1]** 147/24
**infallible [1]** 132/11
**infer [1]** 108/9
**inferring [1]** 120/4
**influence [3]** 150/21 151/12 151/14
**influenced [1]** 150/6
**influencing [2]** 151/3 151/9
**inform [1]** 113/23
**information [18]** 6/5 14/24 25/16 32/21
44/8 44/14 62/17 77/8 78/7 78/8 82/2
89/10 106/25 109/7 123/17 125/17
133/21 152/6
**information-sharing [1]** 78/7
**inherent [1]** 151/23
**initial [4]** 88/9 88/9 107/17 109/9
**initially [2]** 106/8 108/19
**injunction [1]** 32/6
**innocent [1]** 152/19
**input [4]** 31/7 31/9 93/9 116/8
**insinuating [2]** 152/16 152/23
**insist [1]** 75/22
**installed [1]** 23/16
**instance [10]** 11/17 17/14 30/24 35/6
35/15 40/1 62/14 97/12 110/21 114/2
**instances [1]** 15/7
**instead [2]** 98/14 157/10
**intelligence [1]** 78/13
**intelligence-gathering [1]** 78/13
**intend [1]** 142/17
**intended [1]** 59/24
**intending [1]** 151/11
**intent [1]** 60/7
**intentions [1]** 152/19
**interest [1]** 145/25
**interested [1]** 142/6
**internal [2]** 86/20 86/22
**interpret [1]** 110/24
**interpretation [1]** 55/13
**interrogatories [6]** 13/3 13/5 13/18
13/22 15/21 16/14
**interrogatory [8]** 11/15 14/12 18/6
18/19 19/2 19/23 20/4 57/22
**Interrogatory 15 [2]** 14/12 18/6

**interrupt [1]** 7/17 7/18 22/11 25/22
62/19 78/16 107/18
**intervening [1]** 16/6
**interview [13]** 104/20 105/13 105/25
106/13 107/9 107/13 108/6 108/13
109/8 110/17 111/4 112/15 112/23
**interviewed [1]** 106/6
**interviewing [1]** 62/14
**interviews [8]** 61/25 62/5 62/11 62/12
63/19 69/21 69/23 129/4
**introduced [2]** 42/1 56/12
**intrusion [2]** 100/1 100/8
**intrusions [1]** 100/15
**investigate [3]** 64/5 68/13 68/21
**investigates [1]** 69/5
**investigating [7]** 55/8 109/12 110/13
111/5 111/15 112/8 113/25
**investigation [28]** 15/10 15/16 20/10
24/10 26/9 28/3 38/21 39/1 41/9 41/14
42/23 43/2 61/5 64/9 64/13 67/14 68/23
69/13 69/17 69/25 70/15 70/18 71/13
71/16 80/17 80/20 105/14 114/4
**investigations [3]** 20/21 45/5 69/1
**Investigator [4]** 43/1 43/11 43/14 62/7
**investigators [3]** 62/12 69/5 69/21
**investigatory [1]** 80/23
**involved [13]** 33/14 45/20 70/14 80/13
84/23 84/24 85/1 85/11 91/25 92/9
117/14 121/7 124/11
**involvement [4]** 23/21 84/21 93/9
115/24
**involves [1]** 149/6
**involving [4]** 26/8 26/9 63/6 93/19
**iPad [1]** 92/5
**iPad-based [1]** 92/5
**irregularities [1]** 158/4
**is [613]**
**ISAC [9]** 76/2 77/5 77/7 77/24 78/6
80/24 113/18 114/15 114/19
**isn't [5]** 26/6 30/11 40/13 111/6 139/19
**issue [20]** 6/20 18/5 22/1 22/5 25/3
27/19 28/17 47/16 47/21 47/25 52/14
69/8 72/25 73/3 77/12 81/9 87/19 97/8
97/15 117/22
**issued [1]** 88/7
**issues [11]** 5/23 6/16 30/5 39/1 41/14
44/6 62/15 80/14 98/4 144/4 145/10
**it [465]**
**it's [1]** 130/22
**item [1]** 46/12
**its [8]** 31/11 32/23 83/24 93/24 94/7
94/21 95/19 140/16
**itself [4]** 31/16 47/10 111/2 118/12

**J**

**JACOUTOT [1]** 3/7
**James [8]** 20/6 22/24 24/18 27/14 37/6
37/17 37/22 137/24
**JANUARY [20]** 1/13 5/2 17/22 18/10
43/12 43/23 68/15 70/24 73/19 106/9
106/13 108/20 109/10 110/23 116/19
122/4 122/24 125/25 127/5 159/13
**January 11 [1]** 18/10
**January 2021 [1]** 68/15
**January 27 [1]** 122/24
**January 6 [1]** 17/22
**January 7 [1]** 122/24
**JAVIER [1]** 3/4

## J

**JEFFREY [2]** 2/2 43/13
**Jennifer [6]** 52/13 53/2 55/10 60/22 61/17 61/20
**job [4]** 7/23 8/2 10/17 41/3
**joking [2]** 133/3 133/13
**Jordan [5]** 79/19 79/24 79/24 110/21 145/23
**JOSH [1]** 3/4
**Joshua [1]** 153/8
**JR [2]** 3/9 65/7
**judge [25]** 1/12 5/19 8/2 9/15 57/8 64/1 64/8 64/17 64/24 65/10 65/18 66/4 66/22 66/24 67/4 67/12 67/14 67/23 68/2 125/1 136/11 141/15 146/15 148/13 149/13
**Judge Duffey [11]** 64/8 64/24 65/10 65/18 66/22 66/24 67/4 67/12 67/14 67/23 68/2
**Judge Duffey's [1]** 64/17
**Judge William [1]** 64/1
**judges [2]** 147/19 151/6
**judgment [1]** 119/13
**July [18]** 53/25 54/7 54/21 55/17 55/21 56/5 60/17 60/22 61/2 61/2 62/4 63/18 109/13 110/7 111/5 111/16 112/8 115/16
**July 14 [1]** 54/7
**July 15 [3]** 53/25 54/21 55/17
**July 20 [4]** 61/2 61/2 62/4 63/18
**July 2021 [1]** 115/16
**July 21st [1]** 60/22
**July 29 [1]** 60/17
**jump [4]** 16/19 38/7 92/23 149/18
**jumping [2]** 17/18 148/17
**jumpy [1]** 129/18
**juncture [4]** 88/15 91/21 151/16 151/20
**June [6]** 22/22 24/1 24/3 25/10 134/21 137/16
**June 2021 [1]** 25/10
**June 8 [3]** 22/22 24/1 134/21
**June 8th [1]** 24/3
**just [174]**

## K

**KAISER [1]** 2/5
**keep [8]** 42/3 102/8 139/2 139/5 141/3 141/5 153/22 157/22
**keeps [1]** 29/25
**Kemp [1]** 136/10
**kept [4]** 139/16 139/20 140/12 141/6
**Kevin [4]** 75/1 76/8 76/11 76/13
**key [3]** 19/16 20/12 142/6
**kickoff [1]** 88/11
**kind [61]** 9/15 10/18 10/21 10/21 14/24 19/1 21/13 21/16 22/3 23/14 26/23 26/23 27/8 28/20 33/20 43/10 45/2 45/8 53/6 55/8 62/17 67/18 69/8 69/9 69/10 70/13 71/18 71/20 72/8 73/4 73/8 77/8 77/19 77/24 78/6 78/18 78/10 78/12 80/20 82/14 82/20 85/2 86/23 93/14 96/9 98/5 100/1 102/11 105/24 108/9 110/20 111/7 111/10 114/16 114/20 115/20 116/8 119/6 120/3 126/5 143/1
**KNAPP [1]** 2/8
**knew [8]** 20/3 26/7 26/12 45/4 55/10 67/17 67/19 80/21

**know [172]**
**knowledge [33]** 15/10 15/16 17/13 35/7 35/14 36/1 39/20 41/21 41/23 41/25 44/11 47/25 51/12 70/10 71/6 71/14 73/17 73/25 80/13 84/24 92/9 95/17 113/19 114/7 114/10 114/12 115/23 116/7 116/10 117/17 117/18 118/16 138/20
**known [2]** 40/5 40/9
**knows [4]** 8/12 50/11 111/19 146/16
**Kraken [3]** 136/12 136/13 137/13
**KREVOLIN [1]** 2/9
**KS [1]** 142/8
**KSU [6]** 142/8 144/5 144/9 145/10 145/22 145/23

## L

**laid [1]** 6/6
**Lamb [1]** 100/17
**language [4]** 12/3 19/3 19/16 69/4
**laptops [1]** 101/22
**large [1]** 157/25
**larger [2]** 32/20 145/9
**LAROSS [1]** 3/7
**Laser [1]** 132/20
**last [18]** 12/21 13/4 13/5 13/17 15/20 15/25 32/18 45/14 45/17 56/23 65/14 67/1 70/1 70/4 92/3 101/20 106/6 133/1
**late [1]** 99/7
**later [13]** 9/22 9/24 9/25 10/5 17/22 44/15 63/3 80/6 80/7 91/22 111/3 128/17 148/9
**latter [1]** 70/1
**LAURA [2]** 2/13 2/18
**law [19]** 2/15 2/17 2/24 68/25 71/18 96/9 132/2 138/12 138/17 138/21 139/4 139/7 139/19 139/24 140/7 141/5 141/9 141/11 149/17
**laws [1]** 138/7
**lawsuit [2]** 136/19 137/13
**lawyer [3]** 8/12 15/14 131/24
**lawyers [7]** 5/25 6/1 104/3 117/2 124/18 124/22 132/3
**lay [3]** 52/24 88/12 106/18
**lays [1]** 91/8
**lead [1]** 75/20
**leads [1]** 112/16
**learn [1]** 27/9
**learned [9]** 28/6 28/24 44/22 62/8 67/23 80/14 106/8 106/13 113/16
**learning [2]** 55/21 72/3
**least [9]** 34/22 73/5 131/9 146/3 147/2 152/21
**leave [3]** 22/6 29/2 151/24
**led [3]** 80/21 110/18 127/14
**left [9]** 5/23 52/5 70/23 76/15 105/5 108/19 110/7 110/8 139/12
**legal [7]** 31/15 94/19 118/14 133/19 134/2 138/16 139/23
**legend [1]** 38/3
**Lenberg [1]** 43/13
**length [3]** 144/9 154/1 154/1
**less [1]** 143/18
**let [37]** 23/8 25/24 26/4 32/10 40/24 41/2 41/6 41/6 52/24 56/18 61/2 63/25 66/1 68/10 70/8 75/22 83/11 87/2 94/4 105/9 105/16 115/1 118/19 118/20 122/6 125/7 125/19 131/21 131/24

**138/15 134/1 134/8 136/1 141/24 146/7 156/10 157/4
**let's [19]** 6/10 26/21 29/6 34/23 40/8 44/5 45/8 49/1 52/6 53/23 73/7 74/24 78/15 83/15 83/17 83/22 92/23 104/23 125/23
**letter [8]** 50/14 51/1 51/12 51/16 51/17 58/17 68/12 69/14
**letterhead [2]** 50/14 51/1
**letting [1]** 25/13
**level [11]** 28/21 30/1 59/13 71/13 72/21 73/1 74/14 74/21 84/22 140/10 145/1
**levels [1]** 121/7
**light [2]** 93/24 95/15
**like [65]** 10/18 10/23 10/25 13/19 19/25 22/1 23/12 23/13 23/15 24/17 25/15 26/23 27/5 28/15 28/22 33/7 35/12 39/12 39/14 40/18 45/6 45/24 55/12 61/14 61/16 61/16 61/24 62/10 63/23 68/9 71/17 72/7 74/5 76/15 77/8 78/1 78/4 78/13 80/5 82/14 83/7 87/9 91/18 96/5 97/12 101/22 102/8 109/25 110/20 111/8 114/1 123/2 123/23 128/5 129/4 129/4 138/9 139/3 139/20 145/5 145/6 147/4 151/10 156/8 156/24
**likelihood [1]** 155/2
**likely [1]** 142/21
**limit [1]** 151/7
**limited [1]** 143/16
**line [6]** 1/6 61/4 75/14 98/9 120/15 120/17
**lines [1]** 89/18
**linking [1]** 110/5
**list [3]** 57/25 58/2 58/3
**literally [2]** 65/25 124/25
**litigants [1]** 136/3
**litigated [1]** 147/23
**litigation [13]** 2/11 37/8 37/10 39/1 39/3 41/14 41/17 43/17 117/23 117/25 120/23 136/4 136/6
**little [14]** 20/2 38/3 42/22 81/16 86/21 106/18 113/1 116/25 129/18 142/1 142/24 146/19 149/20 153/11
**LITTLEFIELD [1]** 3/5
**live [1]** 157/15
**LLC [1]** 3/5
**LLP [1]** 2/7
**local [6]** 104/20 105/13 142/25 147/1 149/13 149/14
**located [1]** 80/22
**location [1]** 144/17
**lodge [1]** 121/15
**lodging [1]** 7/4
**Logan [1]** 100/17
**logistical [1]** 155/11 155/17
**logistics [1]** 145/1
**long [15]** 15/1 25/23 74/19 113/1 113/4 141/20 141/21 141/23 143/2 143/11 143/13 147/12 151/21 154/20 156/14
**longer [5]** 7/24 26/11 31/1 151/1 155/5
**longest [2]** 156/15 156/18
**look [37]** 8/24 8/25 12/20 13/1 13/11 16/23 31/16 38/3 42/1 53/23 60/13 60/16 65/9 65/19 67/4 72/11 74/24 79/3 79/5 83/24 84/4 85/18 86/5 89/4 90/20 91/7 92/4 92/5 98/7 100/3 105/16 106/3 106/5 108/18 111/23 113/5 146/7
**looked [6]** 20/6 39/25 79/13 89/14

**L**

**looked... [2]**  101/14 152/11
**looking [6]**  14/10 44/12 77/18 88/6
97/19 157/15
**looks [4]**  80/5 91/18 123/2 128/5
**losing [1]**  58/4
**loss [1]**  76/19
**lost [1]**  76/14
**lot [25]**  16/10 21/22 35/3 44/20 45/5
71/21 90/6 96/12 97/11 98/4 98/16
100/8 101/7 108/16 119/6 119/11
119/23 124/20 127/11 136/6 143/6
153/16 154/22 157/20 157/24
**lots [2]**  40/1 140/5
**lunch [2]**  99/2 103/16

**M**

**ma'am [2]**  5/6 110/9
**MacDougald [2]**  136/15 136/18
**machine [1]**  91/2
**machines [9]**  54/8 54/16 55/23 56/2
56/4 75/15 75/21 91/16 97/24
**made [15]**  12/2 27/14 107/12 108/6
113/24 114/10 118/23 119/17 122/2
123/15 127/6 129/17 132/17 142/10
152/18
**magnitude [1]**  34/5
**mail [1]**  75/20
**maintain [1]**  138/8
**major [6]**  74/15 74/15 74/20 77/20
124/20 140/5
**majority [1]**  14/8
**make [20]**  6/11 29/1 33/20 56/18 78/11
78/11 87/3 92/12 113/15 119/13 125/7
130/19 133/15 133/20 134/8 139/15
149/2 151/25 153/10 157/4
**makes [4]**  86/17 128/10 129/1 156/11
**making [9]**  44/19 93/18 121/16 123/21
123/25 129/6 132/15 133/21 151/16
**man [2]**  6/15 8/10
**management [4]**  20/17 20/23 21/10
21/15
**manner [2]**  61/9 151/18
**many [3]**  30/16 121/4 151/22
**March [4]**  44/9 63/14 63/15 73/23
**marked [1]**  12/12
**marking [1]**  97/14
**Marks [4]**  44/18 62/9 73/11 74/17
**Martin [2]**  11/12 135/12
**MARTINO [1]**  2/6
**MARTINO-WEINHARDT [1]**  2/6
**MARY [1]**  2/5
**Master [4]**  31/11 32/23 33/5 93/4
**match [1]**  97/14
**matched [2]**  96/19 98/21
**material [2]**  129/21 130/4
**Matt [1]**  87/3
**matter [12]**  28/25 59/23 60/2 64/12
67/4 67/12 109/23 118/3 142/5 144/15
145/23 159/11
**matters [3]**  144/4 148/2 155/17
**MATTHAEUS [1]**  2/6
**may [38]**  1/2 1/4 8/8 9/4 12/10 14/16
20/5 22/25 25/10 26/6 37/4 38/10 38/10
38/19 39/18 40/8 41/1 41/7 50/10 62/6
72/19 84/8 84/8 94/14 103/18 103/20
108/22 111/12 111/12 114/9 114/9

148/20 121/5 121/6 149/15 156/1/4
156/1 156/5
**May 20 [2]**  38/10 84/8
**May 2021 [1]**  26/6
**May 21 [1]**  84/8
**May 21st [1]**  38/10
**maybe [18]**  25/19 25/19 28/18 57/2
57/18 58/3 58/7 70/22 78/2 78/3 92/8
102/7 142/1 145/9 147/3 154/8 154/22
155/23
**McGUIRE [2]**  2/16 2/17
**me [72]**  7/8 16/10 16/11 18/20 18/23
19/2 22/14 23/8 25/13 25/15 25/24
25/24 26/4 27/6 27/7 31/19 32/2 32/10
35/4 36/18 40/24 41/2 41/6 41/6 44/18
50/14 51/1 52/24 56/18 61/2 63/25 66/1
66/20 68/10 70/8 72/11 75/19 77/22
78/4 87/2 87/22 93/4 94/4 105/9 105/16
115/1 118/19 118/20 122/6 124/10
125/7 125/19 126/5 128/10 131/21
131/24 133/15 134/4 134/8 134/13
136/1 137/18 138/1 141/24 141/25
142/4 144/7 146/7 148/21 149/18
151/19 157/4
**mean [48]**  7/18 10/2 17/10 34/10 39/16
40/8 43/9 44/12 47/23 50/8 50/12 57/24
69/4 69/7 71/24 73/20 77/18 85/16
85/23 88/14 97/19 97/23 99/15 105/23
107/7 107/15 110/7 110/19 111/6 114/5
118/8 121/3 124/17 129/3 129/10
138/17 140/5 143/19 143/22 143/25
144/1 144/3 144/21 146/12 147/14
152/11 154/19 157/9
**meaning [2]**  67/4 114/9
**means [3]**  59/18 111/20 142/5
**meant [3]**  18/12 18/18 19/22
**meanwhile [2]**  146/7 146/22
**measures [2]**  115/9 115/11
**MECHANICAL [1]**  1/21
**media [9]**  110/12 111/3 119/7 119/12
121/3 122/1 127/11 127/22 129/4
**medium [1]**  154/13
**meet [1]**  146/20
**meeting [1]**  91/14
**MEGAN [3]**  2/13 2/18 154/16
**members [1]**  154/13
**memorized [1]**  135/8
**memory [6]**  21/13 23/7 34/6 39/17
47/21 63/12
**mentioned [7]**  10/8 44/7 67/19 73/4
87/19 95/21 128/6
**Merritt [4]**  86/11 86/21 91/1 154/17
**Merritt's [1]**  86/19
**mess [1]**  77/7
**message [1]**  52/5
**messages [2]**  52/22 53/12
**met [2]**  43/7 43/10
**Michael [23]**  20/24 21/12 21/21 21/24
23/14 25/7 27/6 27/14 28/2 28/25 30/9
35/11 35/19 35/23 36/2 36/16 36/22
54/21 59/13 84/25 137/25 138/1 140/14
**Michael's [1]**  22/7
**middle [1]**  120/23
**might [30]**  7/10 10/9 21/4 21/22 21/25
22/16 24/13 40/19 45/10 46/25 48/13
71/20 71/22 81/1 82/20 106/2 113/4
114/25 120/18 120/19 121/3 121/4
121/4 133/1 145/24 145/25 148/6

148/22 150/15 150/23
**Mike [1]**  86/10
**mind [7]**  24/12 50/23 60/7 74/5 99/6
128/17 154/4
**minds [1]**  28/2
**mindset [1]**  117/16
**minor [1]**  124/17
**minute [1]**  83/8
**minutes [20]**  35/17 48/9 80/5 80/7
83/15 98/25 99/7 108/20 141/17 141/22
141/24 143/18 143/20 144/1 144/2
148/17 154/9 154/10 156/15 156/22
**minutes' [1]**  42/5
**miss [1]**  122/7
**missed [3]**  66/15 88/5 97/18
**MISSETT [3]**  2/13 2/19 154/16
**misstates [1]**  21/6
**mistake [1]**  21/23
**mistaken [1]**  30/22
**Misty [7]**  39/21 43/7 43/10 43/13 62/15
72/2 72/6
**mitigation [2]**  115/9 115/11
**mixes [2]**  111/7 111/9
**MLK [1]**  157/19
**mode [2]**  148/23 149/1
**modify [3]**  149/14 150/20 151/14
**moment [10]**  32/1 36/7 43/14 57/18
84/4 88/21 93/3 106/3 131/15 146/2
**Monday [2]**  148/9 148/14
**month [2]**  69/18 139/7
**months [2]**  17/22 124/23
**more [30]**  18/12 20/2 23/13 25/19 30/8
55/12 58/6 63/22 77/24 78/5 78/12
80/25 83/20 86/20 101/16 102/15
106/18 114/3 114/6 114/6 116/2 129/3
142/1 142/2 146/11 148/18 149/8
152/18 154/13 157/12
**morning [3]**  5/4 5/17 5/18
**MORRISON [1]**  2/7
**most [3]**  147/19 152/18 153/19
**mostly [2]**  101/10 156/21
**move [23]**  29/3 42/7 42/18 56/21 62/21
62/24 78/17 78/21 81/4 83/5 85/24
87/17 90/7 102/22 104/12 106/16 123/4
128/13 130/1 134/11 134/22 143/17
146/16
**moved [2]**  103/2 146/16
**moving [4]**  57/13 85/19 92/18 146/13
**Mr [3]**  4/6 4/7 108/1
**Mr. [161]**
**Mr. Barnes [7]**  25/3 25/7 29/14 30/3
85/6 137/20 145/5
**Mr. Barnes' [1]**  57/6
**Mr. Beaver [6]**  76/1 86/15 87/2 90/21
91/4 92/3
**Mr. Bedard [4]**  7/1 12/6 78/20 120/7
**Mr. Cross [9]**  6/7 8/16 8/25 39/10
49/21 143/8 147/5 149/21 157/7
**Mr. Davis [2]**  145/15 147/21
**Mr. Davis' [1]**  147/21
**Mr. Ellis [3]**  52/1 58/12 104/8
**Mr. Evans [2]**  54/20 59/12
**Mr. Germany [44]**  5/17 9/7 10/2 10/8
12/14 15/4 22/11 25/22 26/4 31/25
37/16 39/9 39/12 42/22 46/4 48/21
49/22 50/25 54/6 57/9 58/12 59/12
59/20 60/13 68/9 72/11 81/16 83/20
99/12 103/23 104/19 118/22 122/6

**M**

**Mr. Germany...** [11] 122/13 122/22 124/5 135/24 142/7 143/2 145/9 145/11 149/23 153/6 154/5
**Mr. Germany's** [3] 9/8 94/20 145/2
**Mr. Hadley** [1] 75/18
**Mr. Halderman** [1] 122/2
**Mr. Hall** [4] 44/19 45/4 62/14 142/12
**Mr. Hall's** [2] 142/10 145/7
**Mr. Harvey** [3] 38/22 41/10 42/2
**Mr. Holland** [5] 87/1 90/21 90/25 91/8 91/13
**Mr. James** [2] 20/6 27/14
**Mr. Jordan** [1] 145/23
**Mr. MacDougald** [1] 136/18
**Mr. Martin** [2] 11/12 135/12
**Mr. Michael** [3] 25/7 59/13 140/14
**Mr. Oles** [7] 141/14 142/23 143/18 143/25 144/1 145/6 147/25
**Mr. Patel** [3] 49/15 49/17 51/19
**Mr. Persinger** [8] 37/7 37/15 38/9 39/9 39/11 39/12 55/17 72/21
**Mr. Raffensperger** [1] 133/18
**Mr. Rainer** [1] 91/1
**Mr. Rayburn** [5] 75/25 77/11 79/12 79/19 80/3
**Mr. Rowell** [1] 61/22
**Mr. Russo** [12] 12/24 13/9 14/5 15/19 16/7 16/20 17/1 18/1 18/22 19/21 38/10 134/14
**Mr. Ryan** [1] 59/10
**Mr. Secretary** [1] 74/14
**Mr. Sterling** [12] 30/16 30/21 36/14 63/8 80/4 80/9 80/14 80/21 92/10 126/8 127/5 154/23
**Mr. Tyson** [1] 104/3
**Mr. Tyson's** [1] 32/19
**MS** [7] 76/2 77/5 77/24 78/6 80/24 114/15 114/19
**MS-ISAC** [4] 77/5 78/6 80/24 114/15
**Ms.** [25] 44/18 45/21 46/19 47/16 48/14 50/25 52/11 52/19 52/23 53/17 53/25 54/24 55/1 55/23 56/12 58/15 58/16 59/17 61/1 61/8 62/9 73/11 74/17 80/4
**Ms. Fuchs** [1] 80/4
**Ms. Herzog** [8] 52/19 52/23 53/17 53/25 54/24 55/1 56/12 61/1
**Ms. Herzog's** [2] 59/17 61/8
**Ms. Marks** [4] 44/18 62/9 73/11 74/17
**Ms. Nollette** [4] 45/21 46/19 47/16 48/14
**Ms. Roberts** [5] 50/25 52/11 53/17 58/15 58/16
**Ms. Roberts'** [1] 55/23
**much** [10] 9/9 33/13 74/3 95/20 99/3 103/23 134/9 143/4 143/18 153/22
**multiple** [4] 33/4 43/5 110/19 151/5
**multistate** [1] 77/6
**must** [3] 120/4 132/3 150/6
**my** [77] 8/24 12/23 14/7 16/8 20/25 22/4 25/12 26/5 27/4 27/8 28/19 34/10 34/22 34/22 35/11 35/13 35/22 36/1 36/5 36/22 37/2 40/1 40/2 45/2 45/2 45/8 46/22 47/23 48/15 51/18 55/13 58/1 59/7 61/12 62/9 62/9 67/16 69/15 71/9 71/10 71/21 72/23 74/4 74/16

62/19 86/24 87/24 88/9 89/22 93/13 98/22 100/23 107/15 108/4 110/14 114/12 116/10 119/3 121/22 122/15 122/16 124/5 124/6 125/2 130/20 131/7 136/13 141/9 141/17 144/12 145/21 146/3 148/7 149/17 154/18 157/15 159/12
**myself** [1] 119/25

**N**

**N-O-L-L-E-T-T-E** [2] 45/14 45/18
**name** [4] 45/14 45/17 81/1 97/22
**named** [1] 37/6
**narrow** [2] 14/7 15/22
**narrowed** [2] 13/3 19/14
**narrower** [1] 17/11
**narrowly** [1] 13/21
**nature** [1] 34/18
**necessarily** [8] 42/13 57/17 58/6 113/25 114/15 115/1 129/17 145/11
**necessary** [1] 134/3
**need** [22] 17/5 21/25 27/18 54/16 57/7 66/6 72/22 75/21 76/1 76/6 79/12 83/20 93/3 105/19 113/4 146/15 147/3 148/8 148/11 154/6 154/18 155/12
**needed** [8] 20/19 25/4 55/24
**needs** [7] 27/22 29/25 83/11 124/23 130/5 145/12 155/19
**negotiate** [2] 31/3 31/6
**negotiated** [1] 94/24
**negotiating** [2] 32/17 93/9
**networks** [2] 86/20 86/23
**never** [14] 18/11 30/11 36/15 38/24 38/24 40/2 41/12 41/12 51/12 51/17 83/14 92/1 113/17 128/17
**new** [1] 21/11
**newer** [1] 21/23
**news** [7] 43/19 55/14 70/21 104/20 104/25 105/13 111/9
**next** [12] 13/1 17/9 31/23 50/16 54/21 68/23 95/13 136/13 145/2 153/13 155/7 155/12
**Nicole** [7] 45/13 45/16 45/19 45/23 45/24 46/12 46/22
**night** [1] 133/1
**Ninjas** [16] 20/7 20/18 23/2 23/3 24/8 25/6 25/8 25/14 27/6 38/20 40/9 40/22 41/2 41/8 72/19 114/8
**Ninjas'** [2] 26/9 39/21
**no** [82] 6/14 10/15 15/6 18/14 18/17 19/21 21/9 22/15 22/16 24/6 26/5 26/11 26/17 26/18 26/18 27/4 30/25 35/18 36/13 36/21 38/18 44/8 48/2 50/3 50/9 57/15 58/15 58/16 59/14 63/1 76/21 77/22 78/24 78/25 80/5 80/19 81/1 81/9 82/8 82/23 84/15 85/25 86/19 94/12 95/9 103/6 104/16 104/22 105/5 106/22 106/24 107/11 108/4 109/4 109/18 112/18 114/7 114/10 117/5 118/3 118/6 118/7 123/6 123/14 123/18 124/7 127/3 128/14 131/14 131/15 134/19 135/5 135/13 139/14 140/18 146/10 148/9 151/1 151/19 152/14 155/14 155/15
**Nolette** [2] 45/17 45/18
**Nollette** [7] 45/13 45/19 45/21 46/12 46/19 47/16 48/14
**none** [2] 30/19 144/14
**nonresponsive** [1] 29/4

**normal** [1] 89/7
**normally** [1] 62/11
**NORTHERN** [3] 1/1 159/4 159/7
**not** [213]
**note** [3] 57/18 149/18 157/6
**notebook** [1] 56/24
**notebooks** [1] 57/10
**noted** [2] 81/8 151/6
**nothing** [6] 9/9 71/24 102/15 103/4 140/25 157/13
**notice** [4] 23/3 81/19 88/22 90/6
**noting** [1] 58/7
**November** [2] 37/23 98/17
**November 10th** [1] 37/23
**November 2020** [1] 98/17
**now** [30] 8/24 16/5 20/2 24/12 25/17 26/3 28/7 38/7 54/3 57/22 77/18 80/8 90/5 102/15 133/7 137/20 141/8 142/18 142/20 142/21 143/1 143/12 145/25 146/20 146/23 148/20 149/17 151/16 154/6 155/4
**number** [15] 1/5 1/6 1/5 6/14 14/9 14/10 15/5 19/13 19/23 89/5 89/8 91/9 115/10 130/7 134/24
**Number 15** [5] 14/9 14/10 15/5 19/13 19/23
**Number 3** [1] 89/5
**Number 4** [1] 89/8
**numbered** [1] 14/12
**Numerous** [1] 100/20

**O**

**oath** [5] 5/5 5/20 24/20 37/23 44/7
**object** [8] 14/15 31/14 57/17 87/18 94/18 129/15 130/19 131/17
**objecting** [1] 58/6
**objection** [42] 6/4 7/13 21/5 31/14 35/16 39/5 39/8 41/19 49/20 57/14 57/15 58/18 63/1 65/20 81/9 85/25 86/1 87/24 92/20 94/25 101/3 103/6 104/14 104/16 109/19 110/1 112/18 112/19 112/21 112/25 117/20 121/15 123/6 125/3 128/14 130/17 133/23 133/25 134/19 135/5 138/15 139/22
**objections** [4] 7/4 78/24 130/20 148/6
**obligation** [2] 15/15 138/12
**obtain** [1] 47/15
**obviously** [21] 33/12 42/10 55/1 57/14 59/19 59/19 59/25 77/2 100/17 105/5 113/2 117/22 138/6 140/2 142/22 144/15 145/15 146/13 149/11 149/14 150/16
**occasions** [1] 30/17
**occur** [4] 21/4 22/15 24/12 140/23
**occurred** [11] 25/9 43/23 43/24 44/16 44/19 60/4 73/19 93/15 95/4 140/22 150/25
**occurs** [1] 132/1
**October** [14] 12/24 13/6 13/9 13/18 14/5 15/20 16/7 16/17 16/21 17/1 17/19 87/2 87/13 90/22
**October 12th** [1] 12/24
**October 14th** [1] 13/9
**October 15** [2] 14/5 15/20
**October 21** [3] 13/6 13/18 16/7
**October 21st** [2] 16/17 17/1
**October 22nd** [2] 16/21 17/19
**October 24** [1] 90/22

**O**

October 7 [1] 87/2
odd [1] 113/1
off [10] 70/14 77/22 98/22 108/19
108/22 110/22 114/4 131/22 146/22
151/7
offer [9] 36/18 73/16 73/24 90/9 112/17
112/22 112/24 119/1 125/20
offered [2] 92/19 108/22
offering [5] 60/1 82/25 82/25 129/7
135/13
offhand [1] 57/19
office [111] 2/24 20/7 20/12 20/22 21/3
22/25 23/2 24/9 24/9 26/8 27/23 33/2
33/14 33/25 34/1 35/8 36/3 36/5 38/19
38/23 40/2 41/1 41/7 41/11 43/13 43/14
43/22 44/8 46/19 46/23 47/3 48/2 48/8
48/12 49/15 54/8 62/4 67/13 68/13
68/20 68/24 69/6 69/20 70/10 70/13
70/17 70/23 71/5 71/15 71/17 75/12
76/12 76/15 82/4 82/18 84/12 84/16
93/6 93/13 93/19 93/23 94/6 99/13
100/21 101/2 104/9 105/19 109/11
109/12 110/11 110/12 111/1 111/2
111/14 111/15 111/20 111/22 112/4
112/6 112/7 113/17 114/7 114/9 115/23
115/24 116/8 116/11 117/7 118/5
118/22 119/24 120/22 121/1 121/8
122/4 122/23 126/2 126/22 127/8 128/7
128/23 128/24 129/2 129/6 129/11
133/17 140/4 141/4 144/10 144/16
146/3
office's [1] 64/21
officer [1] 45/23
officers [1] 8/9
official [13] 1/1 1/2 1/3 1/7 1/23 61/16
68/12 84/11 94/23 128/24 129/5 159/6
159/17
often [1] 129/1
oh [22] 19/8 25/15 27/18 27/21 29/7
31/21 33/17 39/23 40/21 52/24 57/7
57/12 58/24 61/13 70/23 83/10 99/5
130/18 135/13 150/1 153/6 156/20
okay [77] 5/9 11/5 12/1 12/9 13/14 16/5
16/25 17/4 23/6 29/3 37/11 38/19 40/8
42/3 42/7 42/16 44/5 49/13 55/9 60/10
63/2 63/12 66/6 67/22 70/8 71/8 76/9
76/24 78/19 83/7 85/9 87/16 90/11
90/16 92/17 93/8 100/20 102/14 102/17
102/20 103/9 104/11 106/1 107/3
108/12 108/15 109/16 112/11 113/10
116/17 119/15 120/10 122/9 122/22
123/3 123/7 123/14 127/23 128/6
129/14 129/25 131/11 132/6 132/24
134/5 135/6 135/13 136/23 137/16
141/7 146/21 149/19 152/25 154/25
156/20 157/17 157/19
OLES [9] 2/23 2/24 141/14 142/23
143/18 143/25 144/1 145/6 147/25
omitted [2] 129/21 130/5
once [4] 6/19 44/22 70/14 73/8
one [62] 9/2 12/12 14/10 20/21 22/18
23/4 30/20 30/23 35/1 36/13 39/19
41/20 43/11 44/22 46/1 48/2 49/12
50/16 53/20 56/23 57/9 57/9 58/16
58/20 59/8 59/11 59/14 61/7 64/1 72/2
73/20 83/14 87/18 87/22 89/13 96/7

97/1 103/6 109/5 110/15 111/2 112/2
114/5 114/7 126/19 128/16
130/22 140/5 140/5 145/1 146/25 147/1
148/16 149/2 149/17 151/6 151/21
154/19 154/21 155/10 155/18
ones [9] 34/10 101/15 101/16 130/23
142/15 156/13 156/20 157/14 157/14
ongoing [1] 59/21
only [21] 1/2 1/6 20/10 30/13 39/13
40/21 117/3 119/17 125/13 126/1 126/9
126/17 127/7 127/20 138/18 145/24
151/19 154/3 154/11 154/19 154/21
open [6] 20/10 38/25 41/13 42/22
69/13 157/14
opened [3] 24/9 41/9 69/17
opening [2] 38/20 130/24
operating [2] 142/9 149/11
operations [1] 45/23
opinion [1] 129/8
opposite [1] 95/8
oral [1] 34/8
order [8] 32/14 57/16 59/3 62/25 81/9
88/7 148/23 149/1
ordering [1] 32/14
Oregon's [1] 75/20
organization [1] 91/5
organize [1] 86/16
organizing [1] 85/13
original [1] 145/23
other [68] 10/5 10/16 10/17 11/2 19/23
23/4 30/20 30/23 30/24 32/12 32/17
34/10 35/6 36/13 39/22 40/19 45/25
46/25 47/1 48/13 49/12 53/20 56/20
58/20 62/6 68/25 71/18 73/21 78/10
82/20 96/14 97/8 98/4 100/8 103/4
104/3 109/5 110/3 111/17 112/2 119/9
119/19 119/9 119/21 119/24 122/17
125/16 126/21 127/21 130/23 131/15
140/5 144/13 144/15 144/21 147/19
148/2 148/24 150/3 151/6 152/1 152/12
153/4 154/2 154/11 155/10 155/17
others [10] 12/24 43/8 59/12 75/25
96/24 97/1 122/3 128/7 154/7 156/21
otherwise [9] 8/13 40/6 50/10 63/1
85/25 92/20 146/13 150/21 151/8
our [32] 11/14 13/4 16/13 19/22 21/14
50/14 51/2 57/14 58/2 62/11 69/20
69/20 71/17 76/13 80/23 86/22 87/4
91/6 91/15 109/8 112/18 113/2 135/2
142/22 149/13 153/4 154/14 155/4
155/11 155/24 156/5 157/9
out [61] 21/10 22/18 22/19 34/21 37/5
37/25 39/10 42/15 44/20 45/3 45/6 45/7
45/9 50/18 51/9 52/13 52/16 53/8 55/14
59/3 61/19 62/9 63/3 63/18 64/22 64/24
66/24 67/13 67/15 67/17 71/1 71/2
71/19 79/6 84/18 86/3 89/9 91/8 91/18
96/16 101/10 107/16 111/6 113/2 114/4
114/18 115/4 115/12 115/20 116/3
116/9 122/23 124/25 128/3 131/14
146/2 146/3 146/3 153/23 155/6 156/11
outcomes [1] 96/5
outset [1] 149/21
outside [1] 23/21
over [23] 13/5 16/6 27/1 34/11 34/12
41/24 41/25 52/19 101/18 101/22 102/6
102/7 102/7 143/13 144/12 144/17
149/1 149/7 150/11 151/5 151/19

147/22 152/3
overall [2] 97/24 98/1
overnight [1] 150/15
overseeing [4] 85/2 85/7 85/8 85/12
owed [1] 94/14
own [8] 35/6 35/14 69/9 70/15 117/18
118/16 145/18 148/3

**P**

Pad [2] 92/11 98/8
page [44] 1/5 4/3 12/21 12/21 13/2
13/12 13/13 13/17 14/3 15/19 16/5 16/7
16/19 16/23 17/18 17/18 17/22 18/1
18/7 31/23 31/23 37/20 38/7 46/7 46/11
49/1 52/1 54/4 60/20 60/24 65/9 65/13
67/2 79/6 79/11 82/1 84/5 88/25 89/1
89/4 89/22 90/24 91/9 130/13
Page 10 [2] 16/5 16/7
Page 13 [1] 15/19
Page 14 [1] 14/3
Page 143 [1] 130/13
Page 16 [1] 13/13
Page 17 [2] 12/21 13/17
Page 2 [3] 31/23 49/1 60/24
Page 3 [2] 46/7 46/11
Page 4 [2] 65/13 67/2
Page 5 [1] 38/7
Page 7 [2] 18/1 18/7
Page 8 [3] 16/19 17/18 17/22
Page 9 [2] 16/23 17/18
pages [2] 13/8 159/9
paper [3] 75/20 96/15 97/21
paragraph [12] 11/23 11/24 13/17
19/16 32/19 38/7 46/11 47/14 65/13
67/2 68/18 68/23
Paragraph 11 [1] 38/7
Paragraph 12 [2] 65/13 67/2
Paragraph 7 [1] 46/11
Paragraph 8 [1] 47/14
paragraphs [1] 89/4
part [13] 17/4 19/9 31/6 60/5 70/19
71/11 77/9 92/10 96/13 98/8 100/7
142/18 143/23
partial [1] 1/8
partially [1] 42/9
particular [4] 40/17 40/18 44/25
114/21
particularly [4] 94/3 112/14 119/12
122/1
partner [2] 33/19 33/19
partners [1] 61/8
parts [1] 100/8
party [1] 113/3
password [2] 21/25 28/21
past [1] 96/5
Patel [4] 49/13 49/15 49/17 51/19
patience [1] 103/24
Paul [1] 86/11
pause [1] 23/9
PDF [1] 1/1
Pearson [1] 136/10
people [29] 36/4 39/22 40/1 45/10
45/25 46/25 47/1 62/13 67/17 69/22
78/10 95/21 96/11 96/12 97/9 97/10
98/5 98/14 100/4 101/9 109/21 110/4
110/20 119/24 121/1 127/21 149/10
151/22 153/19
people's [1] 151/4

**P**

**per [3]** 13/2 15/11 147/1
**performance [1]** 94/16
**perhaps [3]** 9/25 15/5 25/16
**period [8]** 1/4 25/10 26/6 138/13 139/2 139/20 140/13 149/7
**permissible [1]** 150/23
**Persinger [11]** 37/6 37/7 37/15 37/17 37/22 38/9 39/9 39/11 39/12 55/17 72/21
**person [13]** 22/8 50/16 75/18 77/25 80/14 80/18 98/11 109/25 111/20 127/7 127/20 151/7 152/6
**personal [9]** 35/6 35/14 35/24 41/21 41/23 94/20 94/22 121/15 129/8
**personally [2]** 46/24 110/10
**perspective [2]** 111/14 157/9
**phone [13]** 34/11 34/12 34/17 47/1 52/19 53/11 62/8 63/6 73/9 73/10 73/11 74/17 74/19
**photo [2]** 100/25 101/6
**photos [1]** 101/7
**physical [3]** 29/20 36/3 114/1
**picking [1]** 108/18
**PICO [1]** 3/4
**PICO-PRATS [1]** 3/4
**piece [6]** 14/24 46/20 73/9 95/24 126/4 155/5
**pieces [4]** 20/12 25/19 44/12 73/4
**place [7]** 32/23 68/14 99/13 99/15 99/18 100/7 142/8
**placed [1]** 140/23
**plaintiff [1]** 154/15
**plaintiffs [11]** 1/5 2/2 2/13 2/18 25/18 63/11 63/12 147/3 153/16 154/3 157/8
**plaintiffs' [12]** 4/2 5/3 108/2 121/9 122/18 127/23 130/1 130/12 130/13 134/20 148/1 153/24
**plan [1]** 147/12
**planning [7]** 67/20 92/4 103/11 135/18 142/18 142/19 148/2
**play [5]** 105/18 106/19 128/19 156/5 156/9
**played [3]** 63/7 63/10 112/23
**player [1]** 153/4
**Playing [2]** 106/20 128/20
**please [24]** 7/2 11/9 14/3 17/11 23/10 31/18 37/13 46/2 50/13 50/17 51/1 51/8 75/19 78/15 79/19 81/17 83/4 83/10 83/22 85/18 88/25 90/18 104/23 122/18
**plenty [1]** 9/1
**plus [1]** 59/13
**PM [1]** 158/9
**point [41]** 9/21 19/1 19/21 21/11 21/21 22/18 25/13 25/20 43/11 55/6 55/8 55/22 56/1 63/20 63/24 63/25 64/2 67/22 70/20 72/2 82/12 82/16 82/18 98/23 99/8 102/1 107/14 116/2 116/24 117/1 120/6 120/11 120/13 121/9 122/4 126/13 131/7 131/14 132/15 156/3
**points [1]** 91/9
**Poll [2]** 92/11 98/8
**pollbooks [1]** 92/5
**portable [1]** 46/14
**portion [1]** 1/4
**portions [1]** 156/6

**posed [1]** 16/19
**positions [1]** 145/20
**possession [3]** 50/15 51/2 51/5
**possible [2]** 31/19 116/15
**possibly [2]** 68/15 68/16
**post [2]** 107/17 132/7
**potential [6]** 26/9 33/18 44/9 67/24 72/25 73/18
**potentially [12]** 28/9 38/20 38/21 41/2 41/8 41/8 41/9 43/8 74/15 74/20 77/19 154/11
**Powell [2]** 136/15 136/17
**practice [1]** 139/16
**practices [1]** 43/10
**Pratik [1]** 49/13
**PRATS [1]** 3/4
**pre [1]** 123/9
**pre-election [1]** 123/9
**predicate [1]** 50/7
**prefer [1]** 96/8
**preliminary [2]** 32/5
**prepare [1]** 8/11
**prepared [2]** 133/7 145/24
**preparing [1]** 21/19
**presence [1]** 114/8
**present [2]** 148/10 156/14
**presented [5]** 42/1 42/14 144/8 144/8 147/23
**presenting [2]** 148/24 149/1
**presidential [3]** 96/17 96/18 98/16
**press [1]** 112/14
**Presumably [1]** 101/21
**pretrial [5]** 57/16 58/3 62/25 63/3 81/9
**pretty [8]** 33/15 45/16 62/12 71/20 74/22 99/1 107/16 146/17
**previous [3]** 45/4 45/5 91/19
**previously [1]** 5/13
**PRICE [1]** 2/2
**primary [1]** 97/13
**principles [1]** 149/11
**prior [6]** 30/17 37/8 37/10 44/16 62/17 74/3
**privilege [8]** 6/14 7/14 117/21 118/13 121/12 150/24 152/5 152/7
**privileged [15]** 6/5 8/11 106/24 117/6 118/1 118/12 120/9 120/15 120/20 120/24 121/2 121/21 150/22 152/5 152/8
**privy [1]** 70/16
**probably [17]** 9/18 30/8 53/5 53/14 55/11 55/11 73/12 74/2 74/13 77/7 77/24 92/13 107/4 129/3 150/5 154/10 154/21
**problem [6]** 59/17 74/15 74/20 77/20 97/12 141/18
**problems [1]** 151/4
**procedural [1]** 135/15
**procedures [1]** 149/2
**proceed [6]** 14/22 39/18 83/17 103/18 121/14 148/1
**proceeding [1]** 88/10
**proceedings [5]** 1/10 1/21 23/9 158/8 159/9
**process [13]** 8/21 29/22 30/6 45/3 62/20 72/8 98/3 98/3 115/13 115/15 115/25 116/5 116/9
**processes [1]** 100/7
**produced [3]** 1/22 35/1 128/10

**producing [1]** 157/24
**product [3]** 89/9 91/15 117/21
**products [1]** 94/16
**prohibit [2]** 150/17 150/19
**prohibited [1]** 1/7
**project [12]** 85/7 85/13 85/15 87/3 87/7 87/9 89/8 91/2 91/9 91/14 139/18 140/12
**proper [3]** 67/6 131/9 145/3
**properly [1]** 144/14
**proposal [1]** 91/23
**proposals [1]** 32/20
**propose [2]** 13/21 13/24
**proposed [1]** 91/8
**proposition [1]** 157/13
**protect [2]** 100/8 149/4
**protected [2]** 89/9 100/1
**proved [1]** 96/10
**provide [10]** 8/17 9/23 32/15 38/13 39/2 41/15 70/9 82/2 142/1 147/11
**provided [13]** 8/16 32/8 32/12 50/20 51/12 51/16 63/13 112/2 112/3 112/5 112/9 157/3 157/8
**provides [1]** 148/23
**providing [2]** 125/17 133/20
**proving [1]** 63/22
**PTO [4]** 85/25 87/19 92/20 92/21
**public [14]** 43/18 71/11 101/15 116/20 116/21 117/8 118/23 119/4 121/20 122/3 122/14 122/22 122/24 129/1
**publicly [5]** 40/5 40/9 70/18 75/11 118/23
**published [1]** 54/15
**pull [23]** 11/8 11/9 19/5 19/9 23/10 31/18 37/12 42/6 42/6 46/2 47/12 65/3 68/7 72/15 104/23 116/17 122/18 122/20 125/23 127/23 128/18 131/22 134/20
**pulled [1]** 48/7
**pulling [1]** 87/3
**Purchase [4]** 31/11 32/23 33/5 93/5
**purchased [1]** 46/12
**purpose [2]** 78/14 85/15
**purposes [2]** 59/22 60/4
**pursue [2]** 50/8 50/10
**pursuing [1]** 148/5
**purview [1]** 80/25
**put [12]** 25/20 44/13 44/13 65/5 72/14 73/5 78/11 115/4 119/25 130/24 134/4 146/21
**puts [1]** 31/11
**putting [2]** 66/21 133/18
**puzzle [1]** 25/20

**Q**

**quarter [1]** 146/2
**question [64]** 6/17 17/19 18/6 18/18 18/23 19/19 19/22 22/13 25/24 26/5 26/22 27/1 31/15 32/10 35/13 35/21 40/25 41/6 42/17 50/4 50/8 50/10 50/13 50/21 54/14 55/23 58/11 58/13 58/15 66/14 67/6 70/8 71/4 87/22 92/3 95/13 108/1 108/1 108/4 118/20 119/3 122/8 124/5 124/6 125/18 127/16 127/17 128/16 129/19 134/3 136/14 138/23 140/9 142/4 142/23 144/19 144/21 144/24 145/9 145/11 145/14 146/25 147/14 155/11

# Q

**questioned [1]** 10/9
**questioning [4]** 103/11 120/15 143/8 147/4
**questions [22]** 7/2 7/3 9/14 11/11 25/23 42/9 105/1 125/6 135/20 139/8 142/7 142/9 142/11 142/15 142/21 143/18 145/3 145/14 146/8 147/17 147/20 149/16
**quick [9]** 62/12 90/5 99/9 104/15 106/19 122/19 125/8 128/16 128/19
**quickly [8]** 5/22 73/24 74/22 78/21 95/23 127/24 143/17 156/12
**quite [4]** 9/10 10/23 11/21 154/23
**quote [4]** 11/16 19/9 19/15 130/12
**quotes [1]** 17/10

# R

**race [5]** 96/17 96/18 96/21 97/1 97/6
**Rachel [3]** 49/3 49/7 54/7
**RAFFENSPERGER [28]** 1/6 72/22 73/18 74/2 77/16 77/21 79/22 104/20 106/7 106/8 106/23 107/12 107/16 107/19 108/6 108/13 108/19 108/21 109/9 110/22 111/18 118/25 123/15 126/21 127/6 130/14 132/17 133/18
**Raffensperger's [1]** 132/14
**Rainer [3]** 86/11 91/1 91/4
**raise [3]** 32/20 79/12 129/20
**raised [7]** 12/4 12/6 24/9 64/11 66/14 77/15 105/2
**raising [3]** 74/14 93/23 155/18
**RAMSEY [1]** 2/5
**random [2]** 40/13 80/9
**ranks [1]** 27/22
**rarely [1]** 29/19
**Rayburn [9]** 75/1 75/25 76/8 76/11 76/13 77/11 79/12 79/19 80/3
**re [4]** 96/6 96/9 98/20 98/21
**re-count [4]** 96/6 96/9 98/20 98/21
**reach [3]** 67/15 67/17 71/19
**reached [9]** 36/5 52/13 53/8 61/19 63/18 64/22 64/24 66/24 67/13
**react [1]** 67/8
**read [26]** 11/22 18/24 26/25 27/2 28/15 31/25 38/8 40/24 49/21 50/7 65/14 67/1 90/6 105/24 106/15 126/2 126/9 126/20 127/8 127/17 127/18 127/21 127/22 132/22 133/1 133/4
**reading [2]** 50/5 132/18
**reads [2]** 75/14 106/6
**Ready [1]** 5/7
**real [8]** 71/24 90/5 100/12 104/15 106/19 122/19 128/18 148/18
**reality [3]** 95/7 119/16 125/12
**realize [3]** 42/8 121/6 147/20
**realized [2]** 43/24 68/3
**really [45]** 9/8 16/10 22/19 40/7 49/12 52/16 58/13 59/14 59/17 70/16 71/20 72/3 74/16 74/20 75/20 78/2 78/5 78/6 80/25 82/19 86/20 92/14 96/10 101/15 108/8 108/10 114/3 114/16 114/20 119/7 119/13 120/11 131/17 134/9 145/3 148/16 148/17 148/18 148/22 151/25 152/7 152/15 153/18 157/14
**realtime [1]** 41/4 56/20 88/4

**reason [12]** 20/16 24/4 30/21 38/16 49/9 80/3 82/17 84/13 109/1 122/14 126/12 151/19
**reasonable [1]** 148/25
**reasons [4]** 99/23 99/24 117/12 119/1
**reboot [1]** 146/5
**recall [135]** 9/4 11/3 12/1 12/4 12/8 14/11 20/6 20/14 21/11 21/13 21/19 22/13 22/20 22/21 22/24 23/3 23/4 25/13 25/21 27/5 27/6 28/13 32/5 32/9 32/9 33/7 33/17 33/22 34/13 36/10 36/16 37/7 40/11 42/24 43/1 43/16 44/10 45/1 46/24 47/2 47/16 48/1 49/6 49/7 52/12 53/19 53/20 55/17 55/21 56/1 56/7 63/7 64/7 64/8 64/14 64/15 64/15 67/11 67/12 67/16 70/2 71/23 71/25 72/2 72/3 72/6 73/13 74/11 74/23 80/17 84/16 84/23 85/15 98/20 104/19 105/18 105/22 105/23 105/23 105/24 107/1 107/2 107/5 107/11 108/5 108/7 108/8 108/10 108/12 108/14 110/21 112/14 115/10 115/10 116/1 116/14 116/16 116/19 116/22 117/10 119/10 120/2 120/2 121/23 121/24 122/4 122/13 123/22 124/12 124/14 124/15 124/15 125/25 125/24 126/23 126/25 128/11 136/3 136/6 136/7 136/16 136/17 136/22 136/23 136/24 137/4 137/8 137/12 137/15 137/22 138/3 138/4 140/14 140/20
**recalled [1]** 39/9
**recalls [1]** 39/12
**receive [3]** 70/12 70/17 71/5
**received [16]** 16/18 53/24 55/6 59/10 59/23 60/21 70/10 70/19 71/16 74/19 75/1 98/6 98/12 116/12 116/15 128/7
**receiving [1]** 69/14
**recertified [2]** 54/17 55/24
**recess [1]** 158/7
**recite [1]** 133/10
**reckoned [1]** 26/23
**recognize [7]** 68/10 72/12 93/4 122/22 128/2 128/22 132/16
**recollection [31]** 24/7 25/12 27/5 27/8 38/9 46/18 46/22 47/23 48/15 51/18 65/17 65/22 65/24 66/9 66/23 67/3 67/7 67/16 71/21 72/23 85/12 86/15 105/12 106/12 107/13 107/15 121/22 122/16 128/7 136/10 141/9
**recommended [1]** 115/8
**record [19]** 6/24 27/2 42/17 49/21 50/6 58/14 58/16 88/3 88/15 90/7 90/8 106/16 121/13 127/18 133/4 136/11 144/4 144/11 152/15
**recorded [1]** 95/22 96/19 100/5
**recording [1]** 63/13
**records [12]** 59/14 137/13 138/7 138/12 139/2 139/5 139/9 139/13 139/16 139/19 140/12 140/16
**recount [1]** 26/24
**redacted [2]** 89/19 91/18
**redaction [1]** 89/13
**redactions [1]** 89/24
**reduce [1]** 143/24
**reelection [1]** 111/18
**refer [1]** 138/9
**reference [2]** 9/24 15/4
**referenced [1]** 63/6

**referencing [3]** 1/5 63/9 130/23
**referral [1]** 114/6
**referred [2]** 73/22 113/18
**referring [10]** 8/25 14/14 15/24 23/5 55/5 76/5 87/21 123/11 132/7 132/19
**refers [4]** 77/5 77/6 84/6 122/25
**reflect [2]** 59/16 136/10
**reflected [1]** 88/4
**reflection [1]** 59/20
**refresh [17]** 23/7 24/7 38/8 38/9 39/17 46/18 47/21 65/17 65/21 65/24 66/23 67/7 86/15 105/12 106/12 128/6 136/10
**refreshed [1]** 66/8
**refreshes [2]** 47/23 67/3
**refusing [1]** 110/1
**regard [3]** 59/23 142/10 150/7
**regarding [18]** 6/16 20/18 33/9 34/7 34/15 35/2 36/17 74/3 88/10 91/16 107/12 128/4 142/7 142/9 142/11 144/5 148/2 150/14
**regards [1]** 37/8
**regularly [6]** 27/21 28/10 28/17 30/4 33/16 35/12
**reintroducing [1]** 144/15
**reiterate [1]** 57/14
**related [11]** 20/25 21/1 21/4 22/14 22/16 22/17 24/13 25/2 28/2 39/1 41/14
**relates [1]** 14/24
**relationship [1]** 151/1
**relatively [3]** 154/7 154/8 154/14
**relay [1]** 147/18
**release [17]** 74/17 115/16 116/21 117/8 118/6 118/23 119/4 119/9 121/20 122/14 122/24 123/15 126/14 127/7 149/23 149/24 150/2
**released [9]** 43/18 69/25 70/6 70/18 116/13 116/20 124/4 126/6 126/21
**releasing [3]** 123/17 124/2 124/8
**relevance [6]** 14/16 87/20 94/19 120/14 121/15 125/13
**relevant [4]** 113/9 121/16 143/5 144/17
**reliability [1]** 94/15
**reliable [2]** 99/21 100/14
**relied [3]** 124/1 124/7 124/10
**rely [1]** 152/2
**relying [1]** 39/10
**remained [1]** 124/23
**remaining [1]** 154/14
**remember [8]** 5/5 42/13 56/9 72/17 106/2 110/15 113/14 122/10
**remind [1]** 126/5
**reminded [2]** 10/22 11/1
**reminders [1]** 78/20
**reminding [1]** 18/5
**removed [1]** 109/8
**repair [3]** 7/19 8/4 9/12
**repairing [2]** 7/22 9/11
**repeat [3]** 26/22 144/5 153/4
**rephrase [2]** 66/1 125/7
**replace [7]** 27/11 27/13 27/18 28/9 28/23 30/4 82/20
**replaced [16]** 22/21 24/1 24/8 24/20 26/10 27/25 28/6 30/1 30/11 30/17 30/25 38/23 41/11 56/2 56/4 140/25
**replacement [2]** 25/2 137/17
**replaces [1]** 29/20
**replacing [6]** 27/7 36/9 36/14 37/1 72/20 137/20

**R**

replicated [1] 154/2
report [39] 35/8 69/25 70/11 71/1 71/5
76/1 76/6 93/19 94/10 95/16 109/8
114/10 114/14 115/16 116/21 117/3
117/8 118/24 119/4 121/20 121/25
122/14 122/25 123/9 123/16 124/2
124/3 124/8 125/12 126/3 126/10
126/20 127/7 127/12 127/21 127/22
128/8 129/7 129/12
reported [11] 35/18 51/23 77/11 95/23
96/19 98/21 100/5 100/5 104/8 108/19
109/3
reporter [9] 1/3 1/6 1/23 26/25 27/3
109/20 127/19 159/6 159/17
reporting [4] 93/14 114/15 114/15
114/19
reports [5] 55/14 71/15 98/5 98/6
127/11
represent [1] 51/15
representations [1] 150/8
representative [6] 109/11 110/11
111/13 111/22 136/25 137/12
represented [5] 23/24 24/5 36/8 36/12
125/15
representing [3] 94/23 104/3 125/5
represents [3] 53/2 53/5 61/8
request [7] 17/12 19/8 19/12 58/14
68/20 68/22 153/18
requested [3] 51/13 51/16 135/1
requesting [1] 69/2
require [2] 139/19 143/1
required [2] 39/24 139/24
requirement [4] 138/20 139/4 139/6
139/7
requirements [1] 15/11
requires [1] 64/12
rereview [1] 15/21
research [2] 48/13 62/10
reserve [1] 135/19
reshuffle [1] 153/11
resolve [1] 22/5
resolved [3] 28/20 92/22 97/16
respect [6] 23/21 25/25 47/22 84/22
93/14 94/15
respond [8] 14/5 15/21 27/13 52/5
79/16 111/10 125/18 148/9
responded [5] 18/5 18/22 19/12 19/21
55/1
responding [5] 13/18 15/14 25/2 129/7
129/12
responds [6] 15/20 18/1 27/21 28/10
28/17 51/20
response [18] 11/15 12/3 12/17 18/11
18/14 18/17 19/7 19/9 19/10 19/16
52/11 52/12 55/6 55/23 55/24 80/8
105/2 108/22
Response 15 [1] 11/15
responses [5] 15/15 16/13 17/6 57/22
110/18
rest [2] 18/10 18/20
restate [1] 94/1
restricted [1] 1/3
results [4] 95/23 96/5 98/15 98/22
retain [2] 138/7 138/12
retained [1] 38/10
retestified [1] 9/3

reversed [2] 17/19 18/15
review [11] 18/20 24/14 31/13 42/12
89/6 89/8 90/2 91/15 92/13 130/4 157/9
reviewed [2] 24/16 150/13
revised [2] 13/18 16/14
revisit [1] 155/5
RICARDO [2] 2/19 2/22
Richards [1] 106/6
right [157] 5/7 7/6 8/19 8/24 9/5 9/19
12/18 14/11 15/2 15/17 19/24 20/8
20/13 23/17 23/22 25/11 28/7 28/10
29/8 30/7 30/14 31/5 31/12 32/13 37/6
39/7 40/11 40/15 40/19 41/18 42/19
42/24 43/5 43/8 44/5 45/14 48/4 48/21
49/11 51/6 51/13 53/13 53/23 54/24
55/25 56/8 56/10 56/19 58/9 58/23 60/3
60/9 61/22 62/7 64/2 64/6 64/9 64/18
64/19 64/23 64/25 65/1 66/5 66/7 66/10
67/25 68/6 70/23 71/12 74/7 74/24
77/13 78/24 79/1 79/20 80/7 81/3 82/24
83/2 85/18 87/9 90/3 92/21 92/23 93/16
93/20 96/22 99/14 99/17 99/20 100/15
100/18 100/22 101/20 102/3 102/4
102/15 102/17 102/24 103/7 103/15
108/17 110/7 110/10 112/1 112/20
113/14 113/19 114/11 115/6 115/18
119/17 119/21 119/22 121/17 123/11
123/12 124/17 127/1 127/5 127/9
128/18 129/8 129/12 130/20 131/11
131/19 132/17 133/6 133/15 133/23
134/24 135/14 136/1 136/9 136/20
138/8 138/14 139/3 139/13 140/21
141/8 141/11 142/20 142/21 145/18
145/25 147/16 151/11 153/7 155/9
155/25 156/17 157/17 157/19 158/1
158/6
rise [1] 72/21
risen [1] 27/22
risk [2] 132/2 132/3
risks [1] 148/4
RMR [3] 1/23 159/6 159/16
roadmap [1] 142/1
ROBBINS [1] 3/5
ROBERT [2] 2/16 2/17
Roberts [7] 49/3 50/25 52/11 53/7
54/7 58/15 58/16
Roberts' [1] 55/23
robust [1] 100/15
rog [1] 12/17
role [12] 43/21 53/4 76/11 86/19 94/13
94/23 95/1 100/14 113/22 115/22 116/4
133/16
roll [2] 66/10 84/18
rolling [2] 88/8 157/22
rooms [2] 155/11 155/12
rose [1] 73/1
ROSS [1] 3/5
rough [2] 70/9 82/21
roughly [1] 156/16
route [1] 148/5
Rowell [3] 61/1 61/7 61/22
rule [10] 8/9 8/25 9/24 130/22 142/25
147/1 148/23 149/12 149/13 149/14
Rule 611 [1] 148/23
rules [7] 8/7 8/16 15/11 150/13 150/17
152/11 152/13
run [5] 21/16 25/4 33/20 34/23 36/4
running [1] 111/18

runoff [2] 68/15 138/13
runs [1] 84/8
RUSSO [14] 3/3 6/2 12/24 13/9 14/5
15/19 16/7 16/20 17/1 18/1 18/22 19/21
38/10 134/14
RYAN [4] 4/4 5/12 46/5 59/10

**S**

said [48] 8/1 8/2 10/25 12/6 15/5 21/12
22/15 24/12 26/24 28/11 28/12 28/14
28/16 28/16 28/16 31/7 38/22 40/21
40/23 41/10 41/22 49/8 53/21 66/23
78/1 81/6 85/16 95/8 98/24 99/22
105/18 105/25 106/12 106/14 110/25
118/7 119/15 119/18 119/22 120/4
122/9 123/23 131/16 135/9 140/11
145/18 147/5 159/10
sales [2] 22/2 22/3
same [20] 18/5 23/1 24/8 25/10 26/8
29/11 42/9 52/2 54/21 75/6 79/6 79/16
94/25 99/21 99/23 99/24 100/10 117/12
147/22 155/12
Samsung [1] 55/19
sandwich [1] 65/25
sandwiches [1] 40/14
sat [1] 153/19
satisfied [1] 94/21
saw [3] 89/7 89/13 132/18
say [45] 7/12 20/16 27/14 30/1 30/15
34/10 35/3 37/9 44/11 49/12 55/13
56/10 61/2 67/22 68/5 69/10 69/15 73/8
73/20 74/1 74/22 76/15 80/20 85/8 95/1
107/4 107/7 109/2 112/13 113/20
113/20 114/25 118/25 122/15 129/3
131/5 133/12 136/6 136/7 137/5 144/3
144/7 149/25 150/11 154/10
saying [16] 9/6 27/5 28/13 35/25 45/14
57/17 59/15 65/25 79/12 88/14 95/4
95/4 111/25 114/24 120/21 122/13
says [19] 16/13 51/8 59/21 60/6 60/13
76/1 106/14 111/19 111/24 118/3 123/8
128/9 138/17 141/5 141/10 141/11
141/11 144/13 148/25
scanner [1] 97/15
scanners [1] 96/20
schedule [1] 88/16
SCHEINMAN [1] 2/7
SCHOENBERG [1] 2/3
science [2] 127/1 127/9
scope [10] 10/3 14/7 32/19 39/11
39/13 89/8 91/14 139/9 145/14 148/2
Scott [5] 44/18 62/9 63/6 73/12 74/18
screen [8] 16/1 16/9 37/16 38/1 65/5
66/22 105/12 131/22
seal [9] 123/12 124/23 139/5 139/17
140/13 140/24 141/1 141/2 141/6
sealed [1] 123/16
search [1] 48/6
seat [3] 5/4 83/17 103/17
Seattle [2] 80/10 80/15
SEB [6] 61/4 62/5 64/1 64/4 65/18
126/2
second [14] 6/13 11/23 11/23 11/24
31/6 68/18 79/5 80/9 88/25 89/4 90/24
91/13 106/1 130/16
secret [2] 122/25 123/8
Secretary [81] 20/21 27/23 33/13 47/2
64/20 67/13 68/24 70/12 71/13 72/22

**Secretary... [71]** 73/1 73/18 73/25 74/1 74/14 74/21 77/15 77/20 79/19 79/22 79/22 80/4 82/15 84/6 93/6 95/15 104/20 105/11 106/7 106/23 107/12 107/16 107/19 108/5 108/13 108/21 109/11 110/11 110/22 111/2 111/4 111/13 111/18 111/20 111/22 112/3 112/6 116/19 117/7 117/18 117/24 118/17 118/25 119/4 119/23 120/19 121/19 122/13 123/14 126/1 126/20 127/6 128/23 128/24 129/2 129/5 129/8 129/10 129/11 129/17 129/23 130/13 131/25 132/14 132/16 133/17 133/19 133/22 139/11 140/4 140/16

**Secretary's [48]** 20/7 20/12 21/3 22/25 33/2 34/1 38/19 41/1 41/7 43/22 44/8 48/2 48/12 54/7 62/4 68/12 68/20 69/5 70/10 70/23 71/5 71/14 75/12 76/11 82/4 82/18 84/12 84/16 93/13 93/19 93/22 94/6 99/13 112/23 113/17 114/7 115/22 115/24 116/7 116/11 117/7 117/16 118/5 118/22 120/22 121/15 122/23 133/16

**sections [1]** 157/1

**secure [2]** 99/21 100/14

**security [14]** 77/3 77/8 84/17 85/17 86/18 86/21 87/7 87/12 90/3 94/15 123/17 124/1 124/8 124/24

**see [153]** 11/15 11/20 11/25 12/23 12/25 13/2 13/7 13/8 13/23 14/1 14/2 14/5 15/4 15/12 15/13 15/19 15/23 16/3 16/6 16/11 16/12 16/15 16/18 16/20 17/2 17/7 17/8 17/16 17/17 17/19 17/20 17/21 17/23 18/3 18/7 18/8 18/10 18/15 18/21 19/25 24/3 24/3 32/3 32/4 32/25 37/16 37/16 37/22 38/3 38/6 38/8 38/12 39/22 46/4 46/9 46/16 47/19 48/22 50/25 51/3 51/10 51/19 51/21 52/3 52/7 53/24 54/1 54/6 54/9 54/18 54/22 55/3 60/14 60/16 60/18 60/20 60/23 60/25 61/3 61/25 62/2 65/10 65/15 65/16 66/6 68/18 68/19 74/25 75/9 75/16 75/23 76/3 79/6 79/9 79/12 79/14 79/17 80/11 81/18 81/20 81/22 81/24 82/5 83/24 83/25 84/2 84/6 84/10 86/6 86/8 86/13 87/1 87/5 87/8 87/16 88/23 89/1 89/2 89/11 89/15 89/18 89/24 90/21 90/23 90/25 91/8 91/11 91/12 91/17 92/6 98/2 98/4 103/9 103/25 104/2 104/6 104/25 105/3 106/5 106/10 108/24 109/14 111/24 123/1 125/13 130/4 135/24 135/25 141/19 143/13 148/20 154/2

**seeing [2]** 105/11 105/11

**seeking [2]** 32/21 136/19

**seem [3]** 45/6 58/18 125/18

**seemed [2]** 63/23 107/16

**seems [4]** 41/24 58/19 110/1 114/1

**seen [15]** 23/12 23/13 51/17 62/6 66/3 72/12 72/13 79/7 97/23 100/25 101/2 101/6 101/7 101/8 101/9

**selections [1]** 96/15

**self [1]** 144/7

**self-serving [1]** 144/7

**sells [1]** 40/14

**send [4]** 17/11 50/13 51/1 53/18

**sending [2]** 75/5 34/13

**sends [1]** 21/21

**SENIOR [1]** 1/12

**sense [4]** 64/16 86/17 144/25 156/11

**sent [8]** 16/20 17/1 48/22 50/16 58/12 58/17 60/25 104/2

**sentence [12]** 11/21 11/23 13/6 15/20 15/24 15/25 16/3 17/9 61/24 65/14 67/1 80/9

**sentiment [3]** 132/4 132/9 132/13

**separate [4]** 20/20 36/3 89/5 91/14

**separately [4]** 9/24 25/5 141/1 157/15

**September [14]** 32/5 32/11 56/7 81/22 84/1 86/6 86/12 91/1 104/19 105/1 107/7 108/9 110/8 123/12

**September 12th [1]** 91/1

**September 17 [1]** 86/12

**September 1st [3]** 81/22 84/1 86/6

**September 2020 [3]** 32/5 32/11 123/12

**September 26 [3]** 56/7 104/19 105/1

**sequestered [1]** 29/17

**sequestration [2]** 8/18 8/20

**series [1]** 149/7

**serious [7]** 6/11 7/4 64/12 67/25 68/3 77/12 124/24

**serve [1]** 10/21

**server [66]** 20/17 20/23 21/10 21/15 22/4 22/6 22/21 23/1 23/16 24/1 24/8 24/20 25/2 25/3 25/6 26/10 27/7 27/11 27/13 27/15 27/18 27/19 27/25 28/6 28/9 28/18 28/23 28/25 29/2 30/12 30/17 30/25 35/8 35/9 36/9 36/14 37/1 38/23 41/11 44/24 45/22 46/13 46/23 47/3 47/9 47/15 47/17 47/18 47/22 48/3 48/13 50/14 51/2 51/5 55/20 55/20 72/20 137/17 137/20 139/12 139/15 139/20 140/17 140/25 144/9 145/10

**serves [1]** 82/3

**Service [2]** 33/6 93/5

**services [5]** 31/12 32/24 38/14 39/3 41/16

**serving [1]** 144/7

**set [4]** 63/18 66/2 89/8 159/12

**several [2]** 14/18 142/6

**shadow [1]** 96/11

**SHANNON [4]** 1/23 41/3 159/6 159/16

**share [5]** 78/8 122/7 122/12 126/24 143/15

**shared [3]** 55/18 157/1

**sharing [1]** 78/7

**Shaw [2]** 137/7 137/10

**she [25]** 13/2 13/5 19/5 45/25 46/24 46/25 46/25 47/2 47/6 47/18 49/10 49/13 49/19 50/3 51/8 51/13 51/16 53/5 54/14 55/5 59/18 59/20 60/8 72/7 134/9

**she's [3]** 45/23 46/1 154/15

**shifted [1]** 59/4

**Shirley [1]** 87/3

**short [10]** 55/11 92/15 141/16 154/7 154/8 154/8 154/9 154/14 154/14 156/20

**should [21]** 6/11 12/3 12/6 30/1 55/20 56/19 59/4 68/5 73/8 77/12 90/7 92/13 97/17 113/20 130/24 134/9 141/8 148/25 152/25 154/13 154/22

**shouldn't [4]** 20/16 37/9 76/15 113/20

**show [2]** 55/20 98/18

**showed [3]** 32/7 36/7 96/15

**showing [1]** 34/18

**shown [1]** 48/7

**shows [7]** 23/25 95/24 97/23 98/8 98/14 100/10 101/6

**side [5]** 32/17 46/1 78/13 144/13 147/1

**sides [1]** 10/21

**Sidney [2]** 136/15 136/17

**signature [4]** 37/19 46/9 65/9 89/2

**signed [5]** 37/22 65/10 88/7 89/1 132/25

**significance [2]** 42/8 43/25

**significant [1]** 23/20

**significantly [1]** 13/3

**silly [1]** 50/12

**similar [1]** 139/7

**simple [2]** 25/23 48/6

**simply [4]** 15/5 26/25 108/4 110/6

**since [12]** 5/23 9/23 15/9 36/15 38/24 41/12 41/24 54/15 68/17 78/22 98/17 125/17

**single [2]** 34/14 97/5

**sir [30]** 5/21 7/6 11/4 11/23 14/11 15/2 15/17 19/24 21/2 22/15 25/11 25/25 26/6 26/12 31/12 39/7 40/11 42/25 45/19 51/13 63/17 86/5 88/21 102/10 110/6 113/14 127/13 127/16 129/9 141/7

**sit [15]** 30/24 34/5 34/13 35/13 51/15 55/22 69/23 73/16 93/12 105/9 108/4 113/5 117/10 126/16 126/19

**site [1]** 91/15

**sits [1]** 47/8

**sitting [5]** 35/10 101/1 128/22 129/5 141/8

**situation [4]** 107/23 107/24 147/20 151/23

**six [2]** 124/23 147/24

**skip [1]** 16/6

**slide [3]** 128/18 130/10 130/24

**Slide 11 [1]** 130/10

**Slide 7 [1]** 128/18

**slow [1]** 125/7

**smaller [1]** 144/25

**smartphones [1]** 101/22

**Smith [1]** 61/8

**so [206]**

**Solution [4]** 31/11 32/23 33/5 93/5

**Solutions [4]** 84/7 86/11 90/22 90/25

**some [63]** 10/19 16/6 21/10 21/23 27/21 29/25 31/4 31/7 32/12 42/15 43/15 44/12 47/2 52/17 53/9 56/1 56/5 57/22 61/9 61/25 62/10 62/17 63/21 63/24 63/25 67/8 67/17 69/21 71/22 80/20 82/12 82/18 87/22 88/12 89/18 89/24 93/9 93/9 94/7 101/25 110/18 115/10 116/1 116/14 125/5 126/13 131/9 131/17 133/19 142/7 142/9 142/9 142/11 142/15 143/5 144/3 145/1 145/6 145/16 147/2 147/19 151/11 157/12

**somebody [6]** 65/22 78/5 114/4 121/11 143/24 144/6

**somebody's [1]** 65/21

**someone [18]** 10/20 35/7 40/14 44/23 69/9 73/25 75/5 77/22 77/23 77/24 78/2 78/3 78/10 98/10 98/11 113/23 114/13 114/25

**something [67]** 14/22 18/13 18/18 19/22 22/1 23/13 25/13 27/20 28/9

**S**

**something...** [58]  28/19 28/22 29/25
33/14 34/5 34/23 34/24 35/11 39/20
39/24 43/25 44/15 45/24 48/1 65/23
67/20 68/24 72/7 72/12 74/2 74/7 77/8
80/25 88/5 91/24 95/3 95/21 96/9 99/4
107/4 114/19 114/20 114/22 114/25
115/13 117/13 119/18 119/22 120/4
121/24 121/25 123/19 123/24 125/6
128/10 129/21 133/10 138/10 138/18
138/19 140/1 145/21 145/22 148/18
148/21 150/5 152/12 152/19
**sometime** [3]  63/11 63/13 69/17
**sometimes** [6]  52/19 52/22 55/14
102/4 151/22 152/18
**somewhat** [1]  124/11
**somewhere** [1]  14/16
**sorry** [60]  8/14 10/13 11/21 16/23
16/24 19/8 22/11 25/22 29/7 37/15
40/16 41/4 48/25 52/23 52/24 56/19
57/4 57/6 57/7 57/10 58/20 58/21 58/24
59/4 59/6 59/7 61/2 61/13 62/19 64/23
66/14 70/4 72/5 72/17 76/6 76/21 78/18
82/23 83/10 89/17 90/20 94/4 99/5
105/5 107/18 114/17 120/12 122/6
124/5 124/13 124/16 130/18 134/9
135/13 135/15 135/19 142/13 150/1
155/24 157/20
**sort** [24]  9/24 10/19 21/14 27/22 34/21
48/17 53/7 61/14 63/3 69/11 69/22
70/14 75/11 85/6 85/12 108/10 114/3
116/4 121/11 125/5 133/19 143/24
146/4 147/2
**sorts** [3]  74/8 74/9 151/8
**SOS** [7]  47/17 70/17 70/21 76/20 86/25
87/4 91/6
**sos.ga.gov** [1]  75/8
**soscontact** [1]  75/8
**sought** [2]  137/13 152/17
**sound** [3]  56/8 115/18 151/10
**sounded** [1]  145/6
**sounds** [1]  145/5
**SOUTHWEST** [1]  1/24
**spare** [3]  22/4 28/25 29/25
**SPARKS** [1]  2/9
**speak** [16]  6/3 6/15 8/2 8/8 9/14 9/15
10/24 34/9 47/11 55/2 59/19 60/5 120/7
120/9 121/22 151/22
**speaking** [4]  52/14 129/11 150/17
152/10
**specific** [15]  15/8 19/3 24/16 30/6
35/14 47/24 67/18 92/5 107/13 121/23
122/8 122/10 122/12 123/22 140/1
**specifically** [25]  15/4 20/5 38/13 39/2
41/15 52/12 53/6 64/15 71/25 73/13
87/8 107/2 107/5 108/5 108/8 108/14
116/15 117/10 123/20 132/7 136/7
136/19 136/21 141/5 141/9
**specificity** [1]  11/17
**specifics** [1]  48/17
**speculate** [3]  107/18 117/16 119/1
**speculating** [1]  85/5
**speculation** [2]  65/21 92/13
**speeches** [1]  25/24
**spent** [3]  100/20 143/7 154/22
**spirit** [1]  147/18
**spoke** [4]  5/25 6/2 43/7 151/19

**spoken** [2]  5/22 6/19
**spring** [7]  44/5 44/24 46/13 46/18 47/4
48/2 48/12
**SR** [1]  2/23
**stamped** [2]  57/16 57/24
**stand** [10]  5/24 6/15 7/16 7/24 8/8 9/15
10/4 145/5 148/12 156/8
**standards** [1]  148/22
**standing** [1]  130/17
**standpoint** [2]  80/23 80/24
**stands** [3]  77/6 142/20 158/7
**start** [3]  45/9 146/1 149/10
**started** [2]  42/23 44/6
**starts** [2]  79/6 89/22
**state** [70]  3/2 11/16 12/2 15/5 17/13
17/23 18/11 18/22 20/3 29/19 29/25
30/3 30/11 30/17 30/25 33/8 33/19
34/25 36/12 36/19 36/25 37/4 44/23
46/11 51/12 54/11 60/7 64/5 65/10 67/9
68/25 71/13 81/18 82/2 82/15 84/6 84/7
84/19 88/9 88/22 94/9 94/15 94/16
94/23 95/15 104/3 105/2 111/20 117/2
128/9 129/2 129/9 129/10 129/12
129/23 131/25 133/18 133/19 133/22
138/12 139/11 140/16 142/17 144/13
145/18 147/11 150/4 152/12 152/16
153/17
**State's** [25]  20/21 27/23 31/4 33/13
47/2 51/5 64/20 67/13 68/24 70/13 93/6
108/21 109/11 110/11 111/2 111/13
111/22 112/4 116/2 126/2 128/23
128/24 129/6 140/4 143/16
**State-connected** [1]  153/17
**stated** [4]  44/7 110/16 112/15 159/11
**statement** [17]  12/1 12/5 50/2 82/10
102/12 116/20 116/23 119/10 121/20
122/12 122/23 129/5 129/18 131/2
131/6 131/10 140/19
**statements** [8]  107/12 108/6 112/14
122/2 129/1 132/16 133/21 150/7
**states** [8]  1/1 1/12 1/24 82/3 132/1
159/3 159/7 159/17
**stating** [3]  17/12 50/14 51/2
**station** [2]  104/21 105/13
**status** [1]  47/18
**stay** [2]  10/23 158/3
**STENOGRAPHY** [1]  1/21
**step** [3]  23/19 63/25 105/17
**stepping** [1]  152/3
**Sterling** [17]  30/16 30/21 36/14 54/20
63/8 80/1 80/4 80/9 80/14 80/21 92/10
104/4 126/8 127/5 154/5 154/21 154/23
**Steven** [6]  48/23 51/20 51/23 60/21
61/1 104/4
**stickered** [1]  78/22
**still** [23]  5/5 5/20 11/5 16/10 24/25
35/20 48/21 49/24 50/1 50/5 55/8 55/13
76/18 82/15 97/20 103/11 105/6 110/7
128/10 140/4 144/17 145/10 157/20
**stop** [3]  101/24 101/25 102/3
**stopped** [2]  82/17 82/21
**stopping** [1]  98/23
**straight** [1]  25/23
**strategy** [2]  121/3 121/4
**strike** [4]  29/3 74/20 77/18 78/4
**strikes** [1]  77/22
**string** [1]  41/22
**stuff** [8]  34/12 35/22 36/23 59/4 91/18

125/5 135/16 154/3
**style** [1]  136/9
**subject** [19]  13/4 33/13 54/8 61/4
68/22 75/14 81/11 86/2 88/16 91/2
92/21 110/5 112/18 112/20 130/3 136/3
137/17 142/5 145/21
**subsequent** [4]  56/5 70/20 71/9 74/17
**substance** [11]  6/16 6/20 7/7 8/5 13/1
71/21 71/24 130/21 150/21 151/3
151/14
**substantial** [2]  144/4 149/7
**substantive** [2]  10/19 148/19
**successful** [3]  11/17 15/6 17/13
**successor** [1]  71/10
**succinct** [1]  71/21
**succinctly** [1]  14/9
**such** [3]  14/9 51/17 152/3
**suddenly** [1]  118/5
**suggest** [1]  77/19
**suggesting** [6]  40/17 40/20 151/10
151/10 152/16 152/22
**suggestion** [1]  45/8
**SullivanStrickler** [1]  101/1
**summarizing** [1]  42/12
**summary** [1]  8/16
**summer** [3]  20/5 68/4 128/3
**superintendent** [2]  24/18 49/4
**superior** [7]  139/5 139/17 140/13
140/24 141/1 141/3 141/6
**supervisor** [5]  21/12 21/16 49/10 54/10
54/16
**supplemented** [1]  58/2
**support** [1]  22/3
**supposed** [6]  7/18 14/18 29/23 30/5
140/23 158/3
**Supreme** [2]  138/19 151/5
**sure** [48]  18/25 22/19 29/1 31/21 31/21
33/20 53/5 55/10 56/18 57/16 66/12
70/6 78/11 78/11 83/9 83/10 84/25 87/4
88/4 91/19 92/12 92/15 94/2 96/7 96/14
102/2 113/7 113/15 117/9 121/9 129/18
130/19 133/15 133/20 134/8 135/4
144/23 145/2 145/8 145/10 146/20
147/25 148/16 149/10 149/25 151/25
153/10 157/4
**surprise** [5]  34/25 35/4 36/12 36/19
36/21
**surrounding** [2]  107/15 132/8
**suspect** [1]  8/12
**suspected** [1]  68/13
**suspicious** [2]  114/20 114/20
**swear** [1]  132/2
**switching** [1]  81/16
**sworn** [1]  5/13
**system** [33]  17/15 30/18 31/1 32/7
32/22 45/21 68/16 68/16 72/25 73/2
73/6 74/5 93/6 93/25 94/17 95/7 95/17
96/2 97/25 98/1 98/7 98/15 99/13 99/19
99/21 99/22 100/1 100/11 100/13
100/13 100/18 100/21 115/6
**systems** [4]  20/24 46/23 74/9 85/1

**T**

**tab** [34]  46/2 57/5 58/21 58/24 60/10
65/5 66/18 66/19 68/9 72/11 73/7 78/15
79/3 81/17 83/1 83/4 83/22 85/18 86/5
88/21 89/17 89/17 89/20 89/21 90/10
90/10 90/10 90/12 90/13 90/18 90/19

tab... [3] 90/20 92/24 103/1
Tab 1 [1] 92/24
Tab 10 [2] 90/18 90/19
Tab 15 [1] 46/2
Tab 18 [1] 58/21
Tab 22 [2] 57/5 58/24
Tab 23 [2] 60/10 66/18
Tab 24 [2] 65/5 66/19
Tab 25 [1] 68/9
Tab 28 [1] 72/11
Tab 32 [1] 73/7
Tab 33 [2] 78/15 79/3
Tab 7 [6] 81/17 83/1 88/21 90/10 90/10
90/13
Tab 8 [4] 83/4 83/22 90/10 90/12
Tab 9 [3] 85/18 86/5 89/21
Tabs [3] 57/1 57/5 57/11
Tabs 18 [2] 57/1 57/5
tabulated [1] 96/19
tailored [1] 13/21
take [28] 14/13 15/1 23/19 31/25 53/23
60/8 63/25 72/11 74/24 79/3 83/15 84/4
85/18 86/5 89/16 91/7 93/3 96/1 102/16
105/16 106/3 116/22 131/11 136/1
136/17 155/21 156/1 158/2
taken [4] 47/9 83/16 103/16 155/5
takes [2] 8/8 143/23
taking [5] 109/23 122/11 143/11
154/12 157/10
talk [19] 7/6 9/25 20/2 29/6 35/3 36/1
72/7 73/20 74/1 76/18 149/20 150/2
151/24 151/25 154/18 156/10 156/10
157/11 157/12
talked [15] 6/25 8/1 10/8 37/5 42/22
61/20 76/25 93/8 105/14 110/19 116/25
117/12 120/7 122/1 142/25
talking [20] 6/8 8/20 24/19 40/15 45/10
45/25 46/25 58/23 74/13 79/7 100/11
110/21 119/7 121/1 125/1 129/8 137/24
143/6 150/4 152/19
talks [1] 122/11
Tamara [1] 12/23
tangentially [1] 143/5
TAYLOR [1] 3/9
team [4] 20/24 21/24 91/15 157/4
tech [4] 21/21 22/3 22/7 27/17
technical [7] 28/21 38/13 39/3 41/16
46/1 47/25 77/24
TED [1] 1/24
tell [14] 25/25 28/16 72/11 79/19 93/4
102/7 107/21 119/18 119/21 121/19
131/4 132/2 132/3 142/4
telling [6] 27/6 27/7 124/18 124/18
124/22 141/25
temperamental [1] 158/5
ten [1] 99/7
ten minutes [1] 99/7
tenure [1] 82/15
terabyte [1] 46/14
terminal [1] 101/1
terms [12] 8/4 8/4 8/18 31/4 31/7 45/3
47/25 69/8 74/14 88/15 93/10 148/22
terribly [1] 145/23
test [2] 111/12 134/21
tested [1] 133/7
testified [16] 5/13 23/20 24/19 28/8

28/21 29/14 29/19 30/16 31/5 38/15
41/21 87/23 87/25 126/8 136/24 154/15
testify [5] 7/1 110/4 139/25 145/6
154/17
testifying [4] 21/13 137/4 143/3 153/20
testimony [40] 5/23 6/16 6/20 6/21
6/22 7/7 7/18 7/22 8/4 8/5 8/9 8/11 8/21
8/22 9/11 9/12 10/19 21/6 24/14 42/10
88/10 123/9 123/11 123/16 124/9 150/3
150/7 150/15 150/18 150/20 150/21
151/4 151/5 151/12 151/14 152/17
153/25 154/12 154/14 159/12
testing [6] 23/16 23/25 24/5 36/7 36/20
88/9
text [5] 52/22 53/12 97/22 105/24
157/24
than [24] 9/12 9/13 10/6 10/17 17/11
18/13 18/19 19/23 30/20 36/3 48/13
62/6 63/23 95/20 103/4 126/21 131/16
142/3 146/11 148/9 148/9 148/19
152/12 153/4
thank [43] 5/10 11/4 11/12 16/11 19/18
20/1 29/12 31/22 42/20 50/23 54/13
61/18 62/23 63/4 70/5 81/14 83/18
83/21 87/16 103/8 103/14 103/15 105/8
112/12 113/7 113/11 122/17 122/17
125/9 125/22 130/6 130/9 131/13 135/6
135/12 135/17 136/13 137/25 141/7
141/25 143/10 150/12 155/16
thanks [1] 17/5
that [1091]
that's [28] 17/11 19/7 27/21 29/24
41/16 42/7 42/16 59/7 64/23 65/1 70/8
78/19 88/14 88/19 99/10 103/3 121/2
124/5 124/5 129/3 135/14 135/21
136/12 141/23 144/23 146/21 153/7
155/24
their [24] 6/8 6/20 6/21 6/22 8/9 19/16
34/7 57/25 58/2 69/9 70/15 80/25 86/22
87/12 95/22 95/22 97/9 109/22 116/4
139/13 147/4 148/3 150/7 150/7
them [24] 6/3 8/8 11/7 15/22 25/1 29/1
33/20 35/9 44/13 56/16 56/18 61/19
68/13 70/14 72/7 73/5 82/19 82/20
82/22 101/25 132/18 147/11 148/8
157/11
themselves [2] 101/2 119/14
then [77] 11/19 13/8 14/3 15/19 16/18
17/9 17/18 17/22 20/23 25/5 25/18
27/24 27/25 33/15 37/25 39/24 40/24
44/11 51/19 52/1 52/5 53/6 54/24 58/20
58/24 58/25 59/11 59/17 61/16 63/10
63/18 67/2 69/11 69/22 71/7 71/9
73/12 73/22 74/7 74/8 74/9 75/22 77/23
79/11 79/16 85/3 91/7 96/19 96/20
99/18 100/5 100/7 102/21 109/7 111/3
112/15 118/3 120/14 121/14 124/24
126/6 126/6 126/17 126/18 134/5 135/5
135/5 139/8 146/4 146/6 146/21 148/15
149/20 150/10 152/6 154/13 154/17
there [130] 6/14 9/1 9/20 11/19 12/1
13/9 15/6 15/15 16/19 18/14 18/17
19/21 20/11 21/22 21/23 23/9 24/21
25/19 27/17 27/17 27/24 28/22 30/5
30/6 32/14 33/8 34/1 34/4 34/10 35/8
39/23 40/22 41/8 41/8 41/21 41/22
41/24 43/12 43/18 43/18 44/12 46/24
48/15 48/22 50/3 50/9 54/6 55/14 58/15

59/1 59/16 60/21 61/25 64/11 65/6
67/18 69/6 69/10 71/6 71/12 71/13
71/25 73/16 73/18 73/22 73/24 74/8
76/5 80/8 81/18 82/9 82/13 86/10 88/9
89/4 89/5 89/5 89/18 90/21 90/25 94/20
95/9 97/8 97/10 97/12 97/12 98/12
100/7 100/8 100/10 104/14 106/18
109/17 109/21 109/23 110/3 110/11
113/17 114/10 119/6 119/11 119/11
122/1 122/3 122/11 125/16 127/11
127/21 129/4 129/21 130/16 131/14
131/15 133/23 139/4 139/6 140/5
143/10 145/22 146/10 146/12 146/23
148/3 148/6 150/23 150/24 152/4
152/12 154/5 155/17
there's [12] 9/8 12/23 74/25 96/11 97/8
98/5 98/10 103/4 139/8 143/6 144/3
155/2
thereafter [1] 63/11
thereby [1] 158/8
therefore [1] 29/9
therein [1] 159/11
these [16] 10/20 13/5 14/7 17/6 24/13
24/25 44/6 57/10 59/14 80/14 92/1 97/6
97/24 98/6 134/8 151/8
they [117] 6/15 7/8 7/9 7/12 10/25
18/12 18/18 19/9 19/12 19/15 21/4 21/9
21/18 21/25 22/2 22/4 22/5 22/5 22/5
22/14 22/16 22/17 25/22 27/12 28/25
29/1 29/2 35/9 35/12 36/2 36/2 36/17
36/23 38/20 38/21 39/23 40/5 41/9
48/13 48/18 54/16 56/15 57/5 57/24
57/24 58/1 58/14 59/3 59/15 59/15
68/23 69/17 69/20 69/23 70/6 70/14
71/10 72/2 72/3 72/6 77/9 77/25 78/2
78/3 78/12 78/22 78/23 79/1 80/21
82/16 85/2 86/24 87/8 87/14 97/10
98/20 100/4 100/23 101/16 101/24
102/3 102/4 114/3 114/18 114/25 115/8
115/10 131/16 133/20 133/21 136/19
139/4 139/12 139/15 141/2 141/3 141/5
141/5 143/24 144/6 144/7 144/8 145/5
145/16 145/16 147/3 148/3 148/3 148/8
148/10 149/10 149/22 150/18 151/24
151/25 154/9 156/14
thing [21] 22/18 27/22 34/24 37/4
40/21 47/24 62/25 69/10 73/23 77/10
77/19 100/10 101/20 110/16 111/17
113/1 122/9 123/1 133/4 144/6 148/17
things [45] 7/9 8/3 9/16 9/17 10/20
10/22 10/25 16/8 20/25 21/1 21/9
26/7 26/20 28/1 41/22 44/22 62/20
71/17 73/3 86/23 95/20 96/3 96/4 96/5
96/14 97/6 97/7 97/8 97/18 101/22
111/8 111/9 119/10 119/12 120/5 129/4
134/7 140/5 143/5 147/4 148/25 151/6
151/6 151/21
think [201]
thinking [2] 152/13 152/14
thinks [2] 144/1 144/1
third [5] 12/21 61/24 89/1 91/9 142/14
this [274]
those [46] 9/9 9/17 10/10 10/22 10/25
20/20 20/25 21/1 22/2 26/20 29/1 39/7
41/18 56/12 56/24 57/8 71/11 71/22
71/25 72/21 73/3 74/8 96/3 96/4 96/12
97/18 98/18 101/7 101/24 102/23
109/21 110/22 113/17 120/5 121/23

**T**

**those... [11]**  124/11 132/16 145/3
145/6 149/2 149/11 153/12 154/13
155/12 156/9 157/9
**though [3]**  36/14 76/20 147/25
**thought [18]**  8/24 25/2 31/7 37/7 40/22
44/16 45/3 62/10 67/25 85/10 99/2
103/3 106/2 114/5 133/1 144/7 152/20
156/5
**thread [4]**  19/21 49/3 60/25 74/25
**threat [5]**  72/25 73/2 73/5 74/5 78/4
**threats [2]**  74/6 74/10
**three [3]**  143/2 149/4 156/24
**through [13]**  8/19 18/16 18/21 27/22
35/23 45/12 45/24 52/6 63/20 84/4 93/3
104/15 153/16
**throughout [1]**  6/8
**Thursday [3]**  65/14 106/6 155/4
**time [83]**  9/24 12/4 12/6 18/12 20/3
20/13 21/4 22/25 23/1 23/3 24/8 24/19
25/1 25/10 25/21 25/24 26/2 26/6 26/8
28/5 29/11 30/1 30/13 31/25 32/11
35/19 42/9 43/23 47/25 48/21 49/4
54/10 58/4 67/24 68/2 68/4 68/17 70/9
71/1 73/16 73/24 76/13 77/11 82/9
82/11 82/21 99/3 102/8 102/18 104/8
105/6 106/23 107/7 107/8 111/17
113/17 114/14 116/22 119/25 124/15
126/10 126/17 128/8 131/15 137/11
138/13 139/3 143/7 143/9 143/11
143/16 143/23 144/17 147/22 149/3
149/7 149/8 149/12 149/12 151/7 153/1
154/23 157/10
**timeline [2]**  105/2 126/4
**times [4]**  21/22 43/5 61/20 157/7
**timestamps [1]**  101/11
**timing [3]**  22/19 87/2 87/22
**title [2]**  91/2 105/1
**titled [1]**  81/18
**today [12]**  8/11 9/25 10/9 14/18 42/11
48/6 122/12 141/24 147/8 149/21
153/19 153/25
**together [9]**  25/20 42/6 44/13 44/14
69/6 73/5 116/20 126/4 153/23
**told [4]**  7/8 7/23 8/10 141/5
**tomorrow [3]**  7/23 17/12 146/14
**tons [1]**  97/8
**Tony [17]**  11/9 19/5 31/23 37/12 37/19
38/1 46/2 46/7 48/19 49/1 54/4 61/14
65/3 68/7 106/1 106/19 131/22
**too [10]**  9/9 21/24 33/20 58/16 61/21
100/11 107/23 143/4 146/24 156/2
**took [10]**  20/12 25/25 55/16 68/14
70/14 83/7 139/11 140/16 142/8 143/9
**top [15]**  13/16 18/7 38/3 38/4 49/23
53/24 60/16 74/25 76/8 80/8 81/22
83/25 84/6 86/6 90/20
**topic [3]**  34/16 108/11 117/11
**topics [9]**  9/21 10/6 10/10 10/16 11/2
81/16 110/16 112/15 152/21
**total [2]**  156/22 156/23
**totally [1]**  57/17
**TOTENBERG [1]**  1/11
**touch [4]**  61/21 148/1 148/3 148/8
**touched [1]**  156/5
**toward [1]**  82/14
**track [1]**  58/4

**traditional [1]**  86/23
**training [1]**  127/9
**transcript [7]**  1/1 1/5 1/7 1/8 1/10 1/22
159/9
**transcripts [2]**  1/2 24/16
**treat [1]**  117/3
**triage [1]**  74/8
**trial [3]**  1/10 29/14 151/21
**tricky [1]**  144/3
**tried [5]**  40/5 45/11 46/19 47/3 147/18
**trim [1]**  156/25
**trivial [1]**  40/18
**true [9]**  26/6 30/11 44/21 45/6 47/24
50/13 57/21 126/7 159/9
**Trump [2]**  70/19 71/11
**trustworthy [1]**  52/18
**truth [11]**  26/1 26/1 50/3 50/20 60/2
109/21 109/23 132/2 132/3 132/10
149/3
**truthfully [1]**  59/15
**try [14]**  10/23 27/13 33/19 39/16 41/6
42/5 44/23 45/9 45/21 75/19 118/20
125/19 146/1 153/18
**trying [33]**  8/4 9/12 14/21 14/25 22/18
34/21 40/9 42/3 45/3 47/15 50/8 52/15
55/13 56/17 63/21 66/13 71/10 74/1
78/21 96/25 97/1 111/6 111/11 113/3
114/4 126/13 136/3 147/21 151/25
153/10 153/15 153/23 154/25
**Tuesday [6]**  146/8 146/14 146/22
148/1 153/4 153/7
**turn [2]**  12/20 44/20
**turned [1]**  45/6
**TURNER [1]**  1/24
**TV [1]**  104/20
**twice [2]**  100/18 143/12
**two [24]**  6/14 20/12 20/20 20/25 21/1
26/7 28/1 41/20 46/14 61/19 79/16 83/8
87/18 89/4 102/21 139/3 139/6 139/21
140/13 145/2 149/3 153/12 153/20
154/13
**two years [2]**  139/6 139/21
**two-minute [1]**  83/8
**two-year [1]**  140/13
**type [7]**  34/16 34/24 77/10 86/20 87/9
113/23 113/25
**types [3]**  8/2 29/1 74/10
**typically [1]**  151/24
**TYSON [4]**  3/6 32/2 89/1 104/3
**Tyson's [1]**  32/19

**U**

**ultimate [1]**  132/1
**ultimately [1]**  152/2
**unable [1]**  47/6
**unauthorized [5]**  11/18 15/7 17/14
31/10 68/14
**unclear [1]**  17/9
**under [23]**  5/5 5/20 24/20 37/22 44/7
57/2 60/6 89/7 93/24 95/19 123/11
124/23 138/11 139/5 139/6 139/17
139/24 140/13 140/24 141/1 141/2
141/6 142/25
**underlying [1]**  49/24
**understand [22]**  5/20 7/21 9/19 14/10
14/25 15/14 25/17 26/4 29/15 43/4 58/2
58/10 61/7 114/17 116/24 117/1 121/14
131/8 135/7 146/15 155/1 157/23

**understanding [20]**  22/4 28/19 35/11
35/19 35/22 35/25 36/5 36/24 37/2 58/1
61/12 74/16 85/6 87/11 100/23 107/24
113/3 133/17 141/2 142/25
**understood [2]**  24/20 42/3
**undertake [1]**  52/9
**undertook [1]**  48/12
**undue [2]**  149/5 149/9
**unequivocal [1]**  8/7
**unequivocally [1]**  15/6
**unethical [1]**  152/24
**unfair [1]**  110/2
**unfettered [1]**  32/21
**unfold [1]**  44/6
**unfolded [1]**  72/19
**Unfortunately [1]**  76/14
**UNITED [7]**  1/1 1/12 1/24 132/1 159/3
159/7 159/17
**unlawful [1]**  40/6
**unless [1]**  144/6 145/22
**unnecessary [1]**  134/7
**unrelated [1]**  24/25
**until [14]**  44/11 70/18 74/16 99/19
109/13 110/13 111/5 111/16 112/8
116/24 117/1 135/19 146/22 147/8
**unvarnished [1]**  7/19
**up [62]**  9/3 11/8 11/9 11/11 12/12
14/18 17/19 17/23 19/5 19/9 21/18
23/10 27/22 31/18 33/14 33/24 37/12
46/2 46/11 47/12 47/17 47/22 48/7
51/19 55/20 63/19 65/3 66/21 68/7 74/3
77/7 80/8 83/14 90/5 97/14 98/9 98/21
99/2 104/23 106/2 108/18 110/5 110/15
111/7 111/9 116/2 116/17 116/24 117/1
122/18 122/20 127/23 128/18 130/10
130/24 132/8 134/21 148/5 148/17
152/5 152/5 157/10
**update [1]**  71/21
**updates [3]**  71/15 71/23 72/1
**upon [1]**  56/15
**upset [1]**  9/15
**urged [1]**  118/17
**us [16]**  7/4 9/8 13/21 15/22 23/24 25/5
33/22 36/3 45/10 55/22 102/7 107/21
119/18 119/21 142/1 156/10
**use [1]**  24/22
**used [8]**  17/15 63/1 68/17 94/8 100/22
101/21 102/9 109/7
**uses [1]**  94/16
**using [2]**  32/7 66/23
**Usually [1]**  71/17

**V**

**variety [4]**  82/3 101/21 149/15 151/9
**vast [1]**  14/8
**vehicle [1]**  35/10
**vendor [1]**  40/13
**vendors [1]**  82/20
**verification [2]**  17/5 18/12
**verify [1]**  129/20
**version [4]**  19/14 57/3 128/2 128/3
**very [32]**  6/10 9/11 9/13 14/7 14/9 21/9
25/22 29/19 30/9 66/5 67/25 68/3 74/2
76/16 84/23 97/15 97/19 103/12 103/23
105/20 105/20 122/8 135/20 145/18
147/10 147/17 151/3 151/21 153/15
158/3 158/3 158/5
**vetted [1]**  31/4

**V**

**video [7]**  48/7 105/12 105/18 106/3 112/22 113/2 130/2
**videos [4]**  43/18 101/8 101/9 101/14
**videotape [2]**  106/20 128/20
**view [8]**  20/25 21/1 24/25 33/3 95/14 95/18 145/21 156/12
**viewed [1]**  27/10
**views [1]**  148/3
**VINCENT [4]**  3/3 6/2 13/24 17/5
**vision [1]**  132/20
**vital [1]**  14/24
**volume [3]**  1/10 144/11 149/6
**voluntarily [1]**  69/23
**VON [1]**  2/10
**vote [5]**  75/20 95/22 97/10 98/2 98/11
**voters [2]**  98/2 98/10
**votes [4]**  95/22 95/22 98/9 100/3
**voting [23]**  20/12 23/15 26/10 38/22 40/6 40/10 41/10 54/8 54/16 72/25 75/15 75/21 91/2 91/16 92/4 94/8 94/17 98/10 98/15 99/25 100/4 100/21 100/24
**vs [1]**  1/5
**vulnerabilities [2]**  93/25 115/5
**vulnerability [1]**  94/8

**W**

**Wait [3]**  6/13 58/21 130/16
**waited [1]**  153/21
**waiving [1]**  152/5
**walk [2]**  146/2 146/3
**walking [1]**  101/10
**want [57]**  8/24 9/22 9/23 9/23 18/20 19/5 20/2 22/6 34/23 42/5 57/18 69/23 73/1 74/21 75/19 77/20 78/6 78/8 97/10 102/22 106/16 106/24 107/18 107/20 107/21 111/23 113/15 117/5 117/15 119/1 120/6 120/7 120/8 120/9 121/14 122/7 127/17 130/19 131/1 131/5 132/9 134/6 138/23 143/4 143/17 146/23 149/12 149/18 149/24 149/24 150/4 152/22 153/1 156/11 156/13 157/2 157/14
**wanted [13]**  17/4 19/8 61/20 62/17 66/25 67/15 92/10 92/12 106/18 141/13 149/20 152/15 157/6
**wants [1]**  57/9
**warm [1]**  158/3
**warn [1]**  149/10
**warning [1]**  75/22
**was [347]**
**wasn't [10]**  7/22 25/15 25/21 44/3 44/15 66/21 74/5 74/16 91/24 98/3
**waste [1]**  149/12
**wasting [2]**  149/3 149/12
**watch [1]**  132/10
**water [2]**  31/20 83/20
**Watson [2]**  153/8 154/7
**way [28]**  22/11 24/22 30/23 45/7 45/11 48/16 49/12 50/9 53/20 71/22 71/23 73/20 97/6 97/10 101/25 105/10 109/5 112/2 119/17 119/21 121/10 125/19 134/4 140/11 140/23 146/10 152/3 152/17
**ways [5]**  39/20 99/21 125/16 151/10 151/11
**we [253]**

**we'll [18]**  9/22 10/5 42/18 63/3 81/4 81/10 85/24 102/16 106/1 106/2 113/12 116/17 131/11 134/22 146/13 153/22 157/4 157/21
**we're [29]**  6/18 14/17 14/25 23/6 25/23 35/3 40/15 55/13 60/1 74/13 87/3 90/2 118/14 120/15 120/16 125/4 130/23 143/1 143/5 143/11 144/14 148/20 153/15 154/12 155/1 155/2 155/5 156/25 157/23
**we've [9]**  14/10 14/17 24/19 37/5 90/6 112/25 117/12 124/20 143/11
**week [5]**  58/3 145/2 155/7 155/12 157/20
**weekend [4]**  143/2 143/13 157/19 158/1
**weeks [1]**  77/1
**WEIGEL [1]**  3/8
**WEINHARDT [1]**  2/6
**WELCH [3]**  1/23 159/6 159/16
**welcome [4]**  18/9 18/16 18/21 107/20
**well [82]**  6/8 7/4 8/20 9/17 9/20 18/24 20/16 23/6 26/3 28/11 29/3 29/17 33/12 34/9 36/22 39/15 40/8 50/7 53/14 55/13 57/22 58/9 63/25 66/10 69/8 73/2 74/1 74/2 76/16 76/17 76/22 76/23 81/11 83/11 83/14 86/19 87/11 87/14 88/3 88/6 95/20 99/3 100/3 100/9 101/8 105/9 105/16 107/25 109/25 110/5 112/9 112/24 114/22 118/2 119/10 120/18 120/25 124/17 125/16 130/3 132/18 133/10 134/5 138/17 139/8 139/25 141/24 143/10 143/19 143/23 144/7 144/8 144/8 144/22 145/13 147/9 147/16 153/9 154/22 155/9 157/12 157/19
**well-presented [1]**  144/8
**went [16]**  27/17 27/24 28/22 34/2 35/7 43/4 43/12 43/14 46/20 63/20 72/2 72/6 76/18 122/23 128/3 152/11
**were [90]**  9/21 10/6 10/10 10/16 11/14 12/7 13/3 20/25 21/1 21/9 21/24 22/17 24/18 24/25 25/9 26/7 26/7 27/12 28/2 28/2 32/17 33/2 33/25 34/1 34/4 39/23 43/1 44/15 45/20 51/24 55/8 63/9 66/16 68/2 69/19 69/20 70/16 71/1 71/6 71/10 71/12 71/16 71/23 72/24 73/4 74/6 79/7 82/9 82/13 82/16 87/14 88/8 89/18 89/18 95/14 99/12 100/1 100/23 101/15 101/15 101/16 105/6 110/6 110/10 110/17 111/1 111/6 112/15 114/18 115/3 122/2 124/25 125/6 126/1 126/9 136/19 141/1 142/10 142/15 143/5 144/6 144/7 144/8 149/21 152/10 152/13 152/20 156/21 158/8
**weren't [1]**  92/9
**Western [1]**  46/14
**what [189]**
**whatever [2]**  109/21 148/4
**when [74]**  7/15 8/7 20/15 21/20 21/22 22/2 23/15 27/9 27/24 28/5 33/14 33/25 36/25 37/7 43/11 43/12 43/16 43/19 43/24 44/6 44/17 47/14 50/17 51/8 51/23 53/16 55/5 56/1 62/8 63/18 64/7 69/22 70/6 70/9 70/20 70/21 71/10 72/17 72/19 72/24 73/17 79/11 82/21 96/7 97/12 97/13 97/18 99/13 106/7 107/6 107/15 111/19 112/14 113/17

**we'll [18]**  9/22 10/5 42/18 63/3 81/4 81/10 85/24 102/16 106/1 106/2 113/12 116/17 131/11 134/22 146/13 153/22 157/4 157/21
**whenever [1]**  71/2
**where [29]**  11/14 11/15 14/17 14/23 14/25 18/21 19/2 19/3 19/21 30/25 32/7 35/7 35/8 35/15 46/23 47/3 80/21 98/20 105/13 106/5 108/18 108/19 122/13 123/1 128/22 132/2 132/3 134/1 152/4
**whereas [2]**  114/3 114/5
**whereof [1]**  159/12
**Whereupon [1]**  5/11
**whether [46]**  17/10 17/13 18/13 18/18 19/22 20/11 33/3 38/21 41/9 42/14 43/21 47/16 47/18 48/11 50/13 53/20 55/23 56/16 66/2 66/3 66/3 67/2 68/14 72/25 77/15 87/21 87/22 93/23 94/13 94/20 114/22 114/23 116/11 123/16 123/20 125/6 133/17 133/18 145/11 145/13 146/23 150/14 151/2 152/12 156/9 156/12
**which [45]**  15/24 17/10 19/16 25/16 27/9 38/22 38/24 41/10 41/11 55/1 59/11 62/11 67/8 67/22 68/24 70/15 70/20 73/10 77/7 78/1 78/9 81/9 87/22 89/20 92/24 98/11 109/9 111/8 122/11 127/17 130/2 131/16 137/13 140/6 140/12 145/25 147/3 147/19 149/3 150/15 151/18 153/20 156/13 157/14 157/14
**while [14]**  10/4 23/8 33/2 64/4 71/6 71/12 82/12 95/14 99/18 115/3 117/25 150/17 155/21 156/1
**white [1]**  87/9
**who [49]**  8/21 9/2 10/20 22/8 22/8 27/16 27/17 28/2 40/5 40/14 42/14 45/10 49/4 51/23 52/14 61/8 76/6 76/7 77/11 77/22 77/25 78/2 80/9 83/11 84/24 85/12 94/3 94/3 98/10 98/10 101/16 109/16 110/4 114/4 118/22 124/1 124/7 126/2 126/9 126/19 127/7 127/20 127/21 143/12 147/23 153/3 153/19 154/15 154/18
**whoever [3]**  75/18 78/9 133/19
**whole [9]**  19/10 26/1 41/22 113/1 123/1 133/4 144/5 144/15 151/18
**Whose [1]**  64/20
**why [22]**  34/19 41/24 50/17 51/8 53/4 87/11 92/9 99/8 113/5 117/15 117/18 118/5 118/17 119/4 119/16 120/16 121/15 121/19 143/19 151/5 152/20 154/20
**Wiesebron [1]**  12/24
**will [51]**  1/3 6/18 10/5 10/6 11/9 13/17 17/19 19/2 26/2 26/25 32/10 55/2 57/17 59/19 60/5 60/8 66/11 68/25 71/18 71/19 87/2 87/17 90/9 90/18 90/19 91/8 99/9 103/12 131/17 134/5 140/2 141/21 144/3 146/21 147/12 147/13 147/19 149/10 149/25 150/2 153/6 153/8 153/13 154/2 154/7 154/8 154/17 155/8 155/9 157/16 157/16
**WILLIAM [4]**  2/13 2/18 64/1 65/6
**wish [2]**  44/12 119/25
**wishes [1]**  157/19
**withdraw [3]**  42/16 88/18 134/5
**within [6]**  48/8 69/17 79/16 82/4

# W

**within...** [2]  108/20 115/4
**without** [10]  58/10 71/21 72/8 119/7
119/12 121/11 127/9 139/12 149/18
151/11
**witness** [29]  4/3 6/19 7/15 8/8 9/14
9/18 10/4 56/25 83/12 87/23 103/20
121/5 125/17 135/19 142/18 145/3
148/11 148/23 149/17 150/14 150/18
150/20 151/9 151/13 153/6 153/12
154/4 154/11 157/21
**witness'** [1]  39/17
**witnesses** [18]  6/8 8/3 8/21 9/2 14/18
109/22 132/2 143/12 147/11 148/24
149/1 149/4 149/8 150/3 152/1 153/4
153/17 154/2
**won't** [4]  15/1 133/11 141/20 154/20
**wonder** [1]  120/14
**word** [6]  14/13 18/6 19/22 89/16
116/22 136/17
**worded** [1]  74/4
**words** [3]  77/19 105/20 114/18
**work** [16]  29/23 46/1 52/6 68/25 82/15
82/18 86/22 87/3 89/9 91/4 97/4 99/9
117/21 140/3 140/10 153/15
**worked** [3]  45/24 86/22 102/6
**working** [12]  62/6 23/21 29/2 69/6 86/2
98/3 98/3 101/25 101/25 102/4 102/8
153/22
**works** [7]  22/19 26/4 61/17 66/9 99/2
102/16 118/13
**world** [2]  26/2 156/9
**worst** [2]  38/22 41/11
**worth** [2]  57/21 155/18
**would** [129]  7/5 9/18 10/3 10/3 13/19
14/3 14/8 15/21 16/24 18/23 19/1 23/13
25/6 30/8 30/9 31/13 31/14 32/23 33/12
34/10 34/16 34/17 35/3 35/23 36/25
36/25 37/9 38/22 39/12 39/19 42/11
43/9 43/9 43/19 44/11 45/7 46/22 47/24
48/6 48/7 50/1 56/5 57/14 61/24 62/10
62/13 63/23 68/3 69/10 72/24 73/2
73/12 74/4 74/11 74/21 74/22 77/19
77/20 78/5 78/15 79/3 80/24 81/17 83/4
83/7 83/22 84/25 85/1 85/2 85/3 85/5
85/6 85/10 85/10 85/18 86/5 86/21
87/14 87/24 88/21 88/25 90/13 90/18
97/10 98/4 98/12 98/24 100/19 102/12
104/12 106/4 106/5 107/4 108/14
109/25 112/13 113/23 114/13 115/1
117/9 117/13 118/25 119/21 121/2
121/11 121/14 121/21 123/8 124/10
124/11 126/4 126/7 127/8 127/20 129/3
129/15 131/14 140/22 142/14 142/24
144/18 144/24 147/13 147/25 150/24
154/4 154/4 156/8 156/9
**wouldn't** [8]  29/18 62/16 72/7 74/15
120/24 126/18 146/20 146/24
**wrap** [1]  99/2
**write** [3]  14/7 61/24 91/13
**writes** [10]  13/2 13/17 32/19 49/13
49/19 75/18 80/9 87/1 91/13 92/3
**writing** [1]  149/18
**written** [3]  35/1 96/16 97/22
**wrong** [4]  88/16 126/12 140/2 140/2
**wrote** [5]  17/5 17/9 47/14 61/4 61/19

**y'all** [1]  86/2
**yeah** [28]  9/19 16/2 19/12 36/4 45/16
53/5 55/21 69/15 94/4 96/14 97/23
99/15 101/13 102/3 103/12 106/17
107/8 111/6 116/24 134/17 134/25
135/5 137/3 142/6 147/9 153/5 155/24
156/3
**year** [3]  70/1 70/4 140/13
**years** [8]  68/6 91/22 101/22 102/7
139/3 139/6 139/21 147/24
**yes** [213]
**yesterday** [16]  5/24 8/4 11/6 11/14
12/1 16/17 23/4 23/20 31/3 42/11 42/15
44/7 72/18 116/25 126/24 154/1
**yet** [3]  62/5 101/4 154/15
**you** [844]
**you'd** [2]  28/15 68/9
**you'll** [13]  13/8 16/18 18/10 37/16
37/22 60/16 60/20 79/6 81/18 83/24
83/25 90/24 104/2
**you're** [25]  7/23 18/9 18/16 23/15
32/11 40/17 40/20 41/3 42/12 55/24
56/12 93/12 93/18 110/6 112/1 115/3
115/8 118/16 132/12 144/19 148/2
148/5 152/3 152/7 152/19
**you've** [5]  29/17 38/23 42/13 72/12
148/16
**you-all** [4]  66/14 103/9 153/3 157/12
**your** [203]
**yours** [1]  59/3
**yourself** [4]  55/6 94/13 108/1 152/3
**yourselves** [2]  157/24 158/2
**YouTube** [2]  48/7 109/9

# Z

**Zoom** [1]  137/4