The following is the PDF of an official transcript. Official transcripts may only be filed in CM/ECF by the Official Court Reporter and will be restricted in CM/ECF for a period of 90 days. You may cite to a portion of the attached transcript by the docket entry number, referencing page and line number, only after the Court Reporter has filed the official transcript; however, you are prohibited from attaching a full or partial transcript to any document filed with the Court.

UNITED STATES DISTRICT COURT
OFFICIAL CERTIFIED TRANSCRIPT

1
IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
2
ATLANTA DIVISION

3

4   DONNA CURLING, ET AL.,                    :
                                             :
5            PLAINTIFFS,                      :
     vs.                                      :   DOCKET NUMBER
6                                             :   1:17-CV-2989-AT
     BRAD RAFFENSPERGER, ET AL.,             :
7                                             :
             DEFENDANTS.                      :
8

9

10      **TRANSCRIPT OF BENCH TRIAL – VOLUME 7B PROCEEDINGS**

11          **BEFORE THE HONORABLE AMY TOTENBERG**

12          **UNITED STATES DISTRICT SENIOR JUDGE**

13                  **JANUARY 18, 2024**

14

15

16

17

18

19

20

21   *MECHANICAL STENOGRAPHY OF PROCEEDINGS AND COMPUTER-AIDED*

22                *TRANSCRIPT PRODUCED BY:*

23

     *OFFICIAL COURT REPORTER:*          *SHANNON R. WELCH, RMR, CRR*
24                                       *2394 UNITED STATES COURTHOUSE*
                                         *75 TED TURNER DRIVE, SOUTHWEST*
25                                       *ATLANTA, GEORGIA  30303*
                                         *(404) 215-1383*

2

```
 1              A P P E A R A N C E S   O F   C O U N S E L

 2

    FOR THE PLAINTIFFS DONNA CURLING, DONNA PRICE, JEFFREY
 3  SCHOENBERG:

 4
         DAVID D. CROSS
 5       MARY KAISER
         RAMSEY W. FISHER
 6       MATTHAEUS MARTINO-WEINHARDT
         BEN CAMPBELL
 7       AARON SCHEINMAN
         MORRISON & FOERSTER, LLP
 8
         HALSEY KNAPP
 9       ADAM SPARKS
         KREVOLIN & HORST
10
         CHRISTIAN ANDREU-VON EUW
11       THE BUSINESS LITIGATION GROUP

12

13  FOR THE PLAINTIFFS COALITION FOR GOOD GOVERNANCE, LAURA DIGGES,
    WILLIAM DIGGES, III, AND MEGAN MISSETT:
14
15       BRUCE P. BROWN
         BRUCE P. BROWN LAW
16
         ROBERT A. McGUIRE III
17       ROBERT McGUIRE LAW FIRM

18

19  FOR THE PLAINTIFFS LAURA DIGGES, WILLIAM DIGGES, III, MEGAN
    MISSETT, AND RICARDO DAVIS:
20
21       CARY ICHTER
         ICHTER DAVIS

22  ON BEHALF OF RICARDO DAVIS:

23
         DAVID E. OLES, SR.
24       LAW OFFICE OF DAVID E. OLES

25                            (...CONT'D....)
```

```
1   (...CONT'D....)

2   FOR THE STATE OF GEORGIA DEFENDANTS:

3
        VINCENT RUSSO
4       JOSH BELINFANTE
        JAVIER PICO-PRATS
5       EDWARD BEDARD
        ROBBINS ROSS ALLOY BELINFANTE LITTLEFIELD, LLC
6
        BRYAN TYSON
7       BRYAN JACOUTOT
        DIANE LAROSS
8       DANIEL H. WEIGEL
        DANIELLE HERNANDEZ
9       DONALD P. BOYLE, JR.
        TAYLOR ENGLISH DUMA

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

# I N D E X   T O   P R O C E E D I N G S

## THE PLAINTIFFS' CASE (Continued)

| WITNESS | PAGE |
|---|---|

MARIE FRANCES WATSON

    Cross-Examination
      By Mr. Cross            6
    Cross-Examination
      By Mr. Brown          71
    Cross-Examination
      By Mr. Oles           73
    Direct Examination
      By Ms. LaRoss        77
    Recross-Examination
      By Mr. Cross          85
    Examination
      By The Court         98
    Recross-Examination (Further)
      By Mr. Cross        102

J. ALEX HALDERMAN PH.D.

    Direct Examination
      By Mr. Andreu-Von Euw   107
    Voir Dire Examination
      By Mr. Tyson        116
    Cross-Examination
      By Mr. Tyson        224

                    * * *

CERTIFICATE             247

**P R O C E E D I N G S**

**(Atlanta, Fulton County, Georgia; January 18, 2024.)**

**THE PLAINTIFFS' CASE (Continued).**

1
2
3
4          THE COURT:  Morning.  Have a seat.

5          All right.  Counsel, where are we at?

6          MR. CROSS:  We are ready to call our next witness,

7  Your Honor.

8          THE COURT:  Who is that?

9          MR. CROSS:  Frances Watson.

10          THE COURT:  All right.  Is she being called as an

11  adverse witness?

12          MR. CROSS:  She is, Your Honor.

13          THE COURT:  All right.

14          COURTROOM DEPUTY CLERK:  Please raise your right

15  hand.

16                    **(Witness sworn)**

17          COURTROOM DEPUTY CLERK:  Please have a seat.

18          If you would please state your name and spell your

19  complete name for the record.

20          THE WITNESS:  Marie Frances Watson.  M-A-R-I-E,

21  F-R-A-N-C-E-S, W-A-T-S-O-N.

22          THE COURT:  You're going to need to speak louder than

23  that, though -- okay? -- during your testimony.

24          THE WITNESS:  Okay.

25          THE COURT:  Thank you.

```
 1        Whereupon,
 2                        MARIE FRANCES WATSON,
 3        after having been first duly sworn, testified as follows:
 4                         CROSS-EXAMINATION
 5   BY MR. CROSS:
 6   Q.   Good morning, Ms. Watson.
 7   A.   Good morning.
 8   Q.   I'm David Cross.  I represent some of the plaintiffs in
 9   this case, including Donna Curling.
10        Are you familiar with this lawsuit?
11   A.   A little.
12   Q.   Have you ever heard anyone talk about the Curling
13   litigation when you were working at the Secretary's office in
14   the investigations unit?
15   A.   Just making reference to it.  But no specifics.
16   Q.   Okay.  And so what is your current occupation?
17   A.   Assistant deputy commissioner for the Georgia Department
18   of Revenue.
19   Q.   And what is your -- just generally, your responsibilities
20   in that role?
21   A.   I have three different divisions.  One is the motor
22   vehicle division, local government services and the law
23   enforcement division, which is alcohol, tobacco and office of
24   special investigations.
25   Q.   And are you still doing investigative work, or is it
```

1    different work now?

2    **A.**    I have two law enforcement groups that report to me.  I'm

3    still a POST certified law enforcement officer.

4    **Q.**    Do you do investigations yourself now or you just

5    supervise?

6    **A.**    I supervise.

7    **Q.**    When did you begin that position?

8    **A.**    In November of 2021.

9    **Q.**    And did you move there directly from the Secretary of

10   State's office?

11   **A.**    I did.

12   **Q.**    So you -- was there a downtime or did you go -- well, let

13   me ask you this.  When was your last day at the Secretary's

14   office?

15   **A.**    I believe it was the 15th of November.

16   **Q.**    Why did you leave the Secretary's office?

17   **A.**    I was advised of an open position at the Department of

18   Revenue, which I applied for and interviewed for and was

19   selected.

20   **Q.**    So was it your decision to leave the Secretary's office?

21   **A.**    Yes.

22   **Q.**    Okay.  What was your role at the Secretary's office when

23   you left?

24   **A.**    Chief Investigator of Investigations Division.

25   **Q.**    How long were you in that role?

1    **A.**    I went into the chief investigator role in June of 2019.

2    **Q.**    Generally, what were your responsibilities in that role?

3    **A.**    Our division had civilian inspectors which did inspections

4    for various professional licensing boards and also

5    investigators that did investigations for the professional

6    licensing boards and the other boards within Secretary of

7    State's office, including elections, corporations, securities,

8    and charities.

9    **Q.**    The investigators in -- sorry.

10         What is the official title of that division within the

11    Secretary's office that you headed up?

12    **A.**    I believe it is Investigations Division.

13    **Q.**    The investigators in the Investigations Division that

14    reported to you, did those folks include certified law

15    enforcement personnel like yourself?

16    **A.**    Yes.

17    **Q.**    And did that -- do you recall Investigator Josh Blanchard?

18    **A.**    Yes.

19    **Q.**    Was he a certified law enforcement official?

20    **A.**    Yes.

21    **Q.**    Can you say briefly what is involved to become a certified

22    law enforcement official?

23    **A.**    Yes.

24         There is some entry requirements as far as passing

25    physical, backgrounds, age requirements.  The things that are

```
 1   listed in the Georgia code that are -- for the requirements.
 2   And psychological evaluations.  Polygraph --
 3   Q.   Did you say polygraph?
 4   A.   Yes -- examination.  There could be additional
 5   requirements depending on the department.  And after you pass
 6   those, then you go to a police academy and complete the police
 7   academy.
 8   Q.   Is there -- to get that certification, is there training
 9   required on how to conduct an investigation -- how to conduct a
10   law enforcement investigation?
11   A.   There are various trainings.  There are -- in the basic
12   police academy training, there are interviews, interrogations,
13   rules of evidence, collecting evidence, you know, various
14   trainings throughout that.  But then there's also additional
15   yearly trainings and further trainings along the way.
16   Q.   How long is the police academy attendance that is required
17   for the certification?
18   A.   It depends on when you went and which one that you attend.
19   But -- so I don't know at this particular time how long that
20   is, if it is 12 to 16 weeks.  I'm not sure.  And again,
21   depending on the department.  Some departments have their own,
22   which are longer.
23   Q.   When you were the head of the Investigative Division at
24   the Secretary's office, was there a general period of
25   attendance at the police academy that was expected to be a law
```

1  enforcement investigator in that division?

2  **A.**   The officers that came to us were certified law

3  enforcements prior to coming to the Secretary of State's

4  office.

5  **Q.**   When you were deciding whether to hire an investigator,

6  was there a minimum of days or weeks of attendance at the

7  police academy that you were looking for to decide whether

8  someone was qualified?

9  **A.**   We looked for their experience and also the completion of

10  the -- a POST certified training academy in Georgia.  So they

11  have a POST certification issued through Georgia.

12  **Q.**   You mentioned that part of the training is on how to

13  conduct interviews and interrogations; is that right?

14  **A.**   Yes.

15  **Q.**   And can you give us just a general overview of the

16  training that investigators in the Investigative Division when

17  you were there -- the training that they were required to have

18  on how to conduct an interview or an interrogation?

19  **A.**   That training would have been provided through a POST

20  certified academy or regional academy or in-service training.

21  The standard training that is put on by -- through the POST

22  officer certification standards and training.

23  **Q.**   If a law enforcement officer were interviewing or

24  interrogating someone suspected of a crime, would it be

25  consistent with accepted law enforcement principles or

1    standards if that person says I did not commit a crime to just

2    accept that as true and not conduct any further investigation?

3    **A.**    It would depend on the circumstances of that situation.

4    **Q.**    What if it was someone that had shown themselves in the

5    past to be combative and noncooperative with an investigation?

6    **A.**    It still would depend on that individual circumstance.

7    **Q.**    So you still might just simply accept they are telling you

8    the truth and move on?

9    **A.**    Depending on the circumstance.

10   **Q.**    Ms. Watson, you should have a binder in front of you.  If

11   can flip to Tab 18.  And you can -- the first page you'll see

12   is just metadata so you see it with the document.  You can

13   disregard that.

14        Flip to the substantive document.  At the top it says

15   investigations and then there is ZBB.

16        Do you see that?

17   **A.**    Yes.

18   **Q.**    And if you look down at the bottom, you'll see that

19   there -- it says State defendants and there is a number next to

20   that.

21   **A.**    Yes.

22   **Q.**    Do you understand this is a document that was produced to

23   us by the State defendants in this case?

24   **A.**    I'm not familiar with that.  But ...

25   **Q.**    Okay.  Take a moment to just look through this, if you

1    would, and then tell me whether you recognize it.

2    **A.**    Not specifically, I do not.  It look --

3    **Q.**    It is not a document you recall seeing before?

4    **A.**    I could have at one time.  It looks like something that

5    would be submitted with a -- to the office of budget for the

6    State is what it appears to be.

7    **Q.**    Sorry.  You said the office of what?

8    **A.**    Professional budget, OPB.

9    **Q.**    And a document like this would be submitted to the office

10   of professional budget for what purpose?

11   **A.**    That was not my role.  So I -- if we were requested to

12   provide data, we would provide answers or specific parts of

13   data points for them.

14   **Q.**    So in your role as the head of the Investigative Division,

15   you had seen documents similar to this?

16   **A.**    Yes.

17   **Q.**    Okay.  And if you look at the top, do you see where it

18   refers to ZBB?

19   **A.**    Yes.

20   **Q.**    Do you know -- is that somebody's initials?  Do you know

21   what that refers to?

22   **A.**    I do not know what that refers to.

23   **Q.**    Anyone you can think of who had those initials or --

24   **A.**    Not off the top of my head.

25   **Q.**    Okay.

```
1              MR. CROSS:  Your Honor, we move into evidence

2    Exhibit 597.

3              THE COURT:  Are there objections?

4              MS. LaROSS:  Yes, Your Honor.  I'm not sure that this

5    witness has properly authenticated this document.  She said she

6    may have seen it but doesn't recall it.  So I'm not sure that

7    for purposes of authentication or identification that those

8    requirements are met on this document.

9              THE COURT:  Well, is this --

10             MS. LaROSS:  So it contains hearsay.  I mean, she

11   speculated about that.  But there is hearsay within it.

12             THE COURT:  Apparently State defendants provided it

13   in response to discovery.  I mean, it says State defendants and

14   then the number.

15             Does -- can the State defendants identify whether or

16   not they did produce this?

17             MS. LaROSS:  Yeah.  I believe we have, Your Honor.

18             THE COURT:  And just sort of to cut to the quick, was

19   it information the State defendants developed or is it

20   something from a -- is it an interrogatory answer?  Is it a

21   document that is used in the -- like as part of a report on

22   what the functions of the agency are?

23             I mean, let's -- I would rather we just, you know,

24   you actually -- if we could get some information about what it

25   is.
```

1          And let me start off just simply asking plaintiffs'

2     counsel, do you -- obviously you took this from the discovery

3     answer.  To your knowledge, what is it and what was it in

4     response to?  And then I'm going to turn it back to defense

5     counsel.

6          MR. CROSS:  My understanding is when we asked for

7     investigative documents, this is one of the documents that was

8     produced by the State defendants concerning how the Secretary

9     of State conducts investigations.

10          So I was going to have her -- I was going to walk her

11     through it to -- really just to confirm that what is here, is

12     it or is it not consistent with her experience in how

13     investigations are conducted, to use it as a reference tool for

14     her.

15          THE COURT:  All right.

16          MS. LaROSS:  Your Honor, it is my understanding that

17     the investigative documents would have had a bit of a different

18     Bates number.  So this may have just been a general document.

19     I don't know if it is a draft or where it is from.

20          THE COURT:  Well --

21          MS. LaROSS:  I don't believe it is in the pretrial

22     order either.

23          MR. CROSS:  We have an agreement on that, guys.

24          MS. LaROSS:  Excuse me?  I didn't hear.

25          MR. CROSS:  Yeah.  That is not a fair objection.

```
 1                MS. LaROSS:  Okay.

 2                MR. CROSS:  The authenticity, Your Honor, she says

 3     she has seen documents like this.  They produced it.  They

 4     Bates stamped it.  It is theirs.  I'm not offering it for the

 5     truth.  I just want to walk her through it for her to tell me

 6     whether certain things are consistent with the way things are

 7     handled.  She can tell us what is true or not.

 8                THE COURT:  All right.  Well --

 9                MS. LaROSS:  To the extent that he is not offering it

10     for the truth and he is going to walk her through the specific

11     details of it, that would be using -- depending upon and

12     relying on the truth of the document.  So we would still have

13     our hearsay objection there, Your Honor.

14                THE COURT:  I don't think it relies on the truth of

15     the document.  I think just simply you-all produced it.  I

16     don't know when you produced it.

17                But does counsel know that it was produced by the

18     State in response to a particular request, and what was the

19     particular request?

20                MR. CROSS:  I apologize, Your Honor.  I don't -- when

21     they produce documents, they don't tie them to requests.  I

22     don't know -- we have lots of requests this would be responsive

23     to, because we had lots of requests about conducting

24     investigations, investigations related to election security,

25     which this addresses specifically.
```

```
 1              I can find a request if that helps the Court.  But I
 2   can't --
 3              THE COURT:  No.  That is all right.  I'm going to --
 4   I mean, it clearly -- and I don't know why it was classified by
 5   the State as confidential because it doesn't look very
 6   confidential.
 7              But in any event, why don't you direct the witness to
 8   the specific information you want her to review and ask her if
 9   that's --
10              MR. CROSS:  That's what I was going to do.
11              THE COURT:  -- what was consistent.  And let's not
12   spend too much time on this.
13              MR. CROSS:  Yes, Your Honor.
14   BY MR. CROSS:
15   Q.   All right.  Ms. Watson, you mentioned earlier that in the
16   Investigative Division when you were there you had inspectors
17   and you had investigators; right?
18   A.   Correct.
19   Q.   And investigations are a more in-depth examination of an
20   individual or situation than an inspection; is that fair?
21   A.   Yes.
22   Q.   And you said you had -- your division had responsibility
23   for investigation specifically into election issues; is that
24   right?
25   A.   Yes.
```

1   **Q.**   And that would include election security -- security of

2   the election system?

3   **A.**   Responding to specific complaints or referrals to us, I

4   would say yes.  But not the overall security.

5   **Q.**   Your office would have been responsible for responding to

6   a complaint that could be submitted to the Elections Division

7   or the Investigations Division from the public, city or state

8   election officials, or others; is that fair?

9   **A.**   We responded to complaints from numerous sources.

10   **Q.**   And so if a concern came in that there was a potential

11   security issue with the election system and that came to your

12   office, you were expected to investigate that; right?

13   **A.**   If it was within -- depending on what that specific

14   complaint was, yes.

15   **Q.**   When you were the head of the office, was there a written

16   policy or procedure that laid out step by step this is how

17   investigators should investigate any complaint or concern

18   raised relating to the election system?

19   **A.**   Not to my knowledge, no.

20   **Q.**   So when you tasked someone like Investigator Blanchard

21   with investigating a complaint or a concern that came in

22   related to the election system, what was your expectation of

23   how he knew what to do, what steps to take?

24   **A.**   Do you have a specific complaint that we're referring to?

25   **Q.**   I'm just asking you generally:  When you tasked him with

1    looking into a concern related to the election system -- well,

2    let me ask it this way.

3         Did you have an expectation that he would know what to do,

4    what steps to take to look into that?

5    **A.**    It would depend on what the specific allegation is.

6    **Q.**    So there would be some allegations where you would task

7    him with an investigation and you had no idea -- no expectation

8    as to how he would deal with that?

9    **A.**    Again, it would depend.  If I knew what the specific

10   allegation was, then I would know better how to advise him or

11   direct him.

12   **Q.**    Isn't a basic principle of law enforcement is that it is

13   important to have standard operating procedures for things like

14   investigations?

15   **A.**    For general reports and those procedures, yes.

16   **Q.**    When you were the head of the Investigations Division, you

17   had no written standard operating procedure for how to conduct

18   an investigation related to the election system?

19   **A.**    There was the general -- general guidance on how to

20   conduct the investigation as far as contacting complainants,

21   witnesses, obtaining statements, and documents if needed

22   depending on the individual complaint and case depending on

23   which -- each case is different.  Each case requires different

24   follow-up.

25   **Q.**    So to come back to my question, Ms. Watson, when you were

1    the head of the Investigations Division, there is not a written

2    document you could point the Court to that says here are

3    standard operating procedures for how to conduct an

4    investigation relating to the election system; is that right?

5    **A.**   I would say that there is a training document that

6    outlines the -- what is required as far as a specific case that

7    is provided to the new hires and also do on-the-job training

8    between an -- individual investigators.

9    **Q.**   Okay.  So take a look at the -- going back to Exhibit 597,

10   the second page of the document, the top -- just to give you

11   the context, look at the bottom of the first page.

12       Do you see there is Number 4 heading, how are elections

13   investigations typically handled by the division?

14       Do you see that?

15   **A.**   Yes.

16   **Q.**   If you come to the top of the second page, do you see

17   that?

18       If you go to the end of the second line, do you see the

19   sentence beginning, depending?

20       Do you see that, Ms. Watson?

21   **A.**   Yes.

22   **Q.**   And here it reads, depending on the complexity of the case

23   determines the length of time it may take to complete.  Some

24   cases may require one site visit to review documents or gather

25   a statement.  Others may require many field interviews and

1    review of thousands of documents.  When the investigators have

2    completed their initial investigations, the case file is

3    submitted to supervision for review.

4         Once the review process has been completed, the case file

5    is placed in a pending status awaiting presentation to the

6    State Election Board.  Depending on the investigative findings,

7    recommendations are made to the State Election Board for action

8    on each case, such as being bound over to the Attorney

9    General's office when code violations are substantiated,

10   issuing a letter of instruction based on a code violation, or

11   even dismissal when there are no substantiated violations

12   found.

13        The State Election Board can act on the recommendations

14   given or they can move to make their own determination based on

15   the findings.  Those actions can include referring the entire

16   investigative file to a county district attorney's office for

17   criminal prosecution depending on the severity of the

18   violation.

19        Do you see that?

20   **A.**   Yes.

21   **Q.**   In your time as the head of the Investigative Division,

22   does that generally capture the way investigations were

23   expected to be done with respect to concerns or complaints

24   regarding election investigations?

25   **A.**   Generally, yes.  Although we could receive numerous

1    complaints that were not -- did not have any specific

2    allegations of a code violation.  They could be -- I received

3    numerous emails of the election was stolen or just a general

4    vent that there was nothing specific there.

5         There were also some that would require just one phone

6    call to be able to answer a voter's concern as to whether their

7    vote counted or any specific thing that would not require a

8    complete investigation.

9    **Q.**   Are you familiar with Chris Harvey?

10   **A.**   Yes.

11   **Q.**   He was the State election director for several years;

12   right?

13   **A.**   Yes.

14   **Q.**   He was a State election director while you were the head

15   of the Investigative Division; right?

16   **A.**   Yes.

17   **Q.**   He sometimes referred election-related concerns to you for

18   investigation; correct?

19   **A.**   Yes.

20   **Q.**   He is -- he was the most senior election official in the

21   State -- well, let me put it this way.

22        He was the most senior official in the State whose

23   responsibilities were specific to elections across the State;

24   right?

25   **A.**   I don't know whether he was the most senior or not.  He

1    was certainly very knowledgeable.

2    **Q.**   And you certainly took seriously any concern that

3    Mr. Harvey passed on to you and asked you to investigate

4    regarding elections; right?

5    **A.**   He would send me anything that came to his attention that

6    was not something that the -- his election division would

7    follow up on.  It could be something as far as an allegation

8    that some person voted twice or something that came from a

9    county official.  It could be any number of things that he

10   would send to me, and we would review and process accordingly.

11   **Q.**   Is the answer to my question yes or no?

12   **A.**   We would take all -- all of the information that he would

13   provide, yes.

14   **Q.**   Seriously?  You would take it seriously?

15   **A.**   Of course.

16   **Q.**   Okay.  Now, if you come back to the second page of 597,

17   you see there is a heading of five, when would an investigation

18   be completed?

19        Do you see that?

20   **A.**   Yes.

21   **Q.**   And then if you come down to Subparagraph B, it says,

22   average number of days that election cases remain open.

23        Do you see that?

24   **A.**   Yes.

25   **Q.**   And it reads, historically we have spanned a range from

```
 1   115 to 199 days on average closures for elections

 2   investigations.  Our investigative timeline goal is being

 3   established at 180 days on SEB investigations.

 4        Do you see that?

 5   A.   Yes.

 6   Q.   And do you have any reason, based on your experience as

 7   the head of the Investigative Division, that that data there is

 8   inaccurate?

 9             MS. LaROSS:  Your Honor, excuse me.  I would just

10   interpose an objection.  The top of this document indicates

11   that -- the year 2018, which predated when Ms. Watson was chief

12   investigator.  So I don't think the questions pertain to her

13   being chief investigator.

14             MR. CROSS:  She can say it is consistent with her

15   time there or it is not.

16             MS. LaROSS:  And we can establish that.  I just want

17   to make sure the record is clear.

18             THE COURT:  All right.  It says 2018, parens, FY

19   2020, just to be complete.

20             MS. LaROSS:  Yeah.  If they are asking for -- you

21   know, if they were -- if it was a budgetary process, I don't

22   know, or anticipating.  This might be based on 2018 data.  But

23   just so the record is clear.

24             THE COURT:  All right.  Okay.  Well, it seems like it

25   is projected for the 2020, and you are all welcome to go back
```

1    and look at what you did in order to produce this document,

2    too, if you want.

3    BY MR. CROSS:

4    **Q.**   Ms. Watson, let me give you the question again.

5         The data that we read there that historically the

6    Investigations Division in the Secretary's office for elections

7    cases spanned a range from 115 to 199 days on average for

8    closures and had a goal of 180 days for SEB investigations, is

9    that generally consistent with your experience as the head of

10   the division?

11   **A.**   I would say the average, taking the ones that may take

12   a -- either a one trip out compared to the ones that may take

13   over a year, that the average is consistent with what I'm

14   familiar with.

15   **Q.**   Okay.  All right.  Flip to -- if you look at the bottom

16   right corner, there is a page that ends in 248.  It is the

17   bottom number.  I think it is about four pages in.  And it has

18   got a heading of Number 17 on the top.

19              MR. CROSS:  One more, Tony.  Actually, they all have

20   248.  Go to the one that ends in 252.

21   BY MR. CROSS:

22   **Q.**   Do you see the heading 17, why is the Investigations

23   Division missing from the SOS website?

24        Do you see that?

25   **A.**   Yes.

**Q.**   Now, was the Investigations Division missing from the
Secretary of State's website at some point during your
experience or to your knowledge?

**A.**   I don't know that it was missing.  I don't think that the
Investigations Division had a separate tab for people to open.

**Q.**   If you come down to heading 19, you see where it reads,
how many investigators are employed?

     Do you see that?

**A.**   Yes.

**Q.**   It says, number of allotted positions.

     And then it reads, including director, deputy director and
supervisors, there are 23 criminal investigators.

     And then parenthesis, one director, one deputy director,
two supervisors, and 19 criminal investigators.

     Do you see that?

**A.**   Yes.

**Q.**   In your time as the director of the Investigative
Division, how many positions did you have for criminal
investigators?

     Was it roughly about this?

**A.**   It was roughly that, yes, depending on vacancies.

**Q.**   Okay.

     All right.  You can put that aside.  Thank you.

     All right.  So you mentioned earlier one of the things
your division did was investigate concerns or complaints that

26

1    came in.  Could be voters.  It could be Mr. Harvey or others

2    related to the election system.

3        Right?

4    **A.**    Yes.

5    **Q.**    All right.  Can you flip to Tab 13, please?  And this is

6    Exhibit 254.

7        If you turn to the last page of Exhibit 254, you see there

8    is an email here that you sent to Ryan Germany and some others

9    on October 29 of 2020?

10   **A.**    Yes.

11   **Q.**    And you included Jordan Fuchs on this; right?

12   **A.**    Yes.

13   **Q.**    Why did you send this to Mr. Germany and Ms. Fuchs?

14   **A.**    Because Ryan Germany is -- was our general counsel and

15   Jordan Fuchs was my direct supervisor.

16   **Q.**    Do you know at this time who Ms. Fuchs reported to -- who

17   her direct supervisor was?

18   **A.**    The Secretary, Brad Raffensperger.

19   **Q.**    So there was only one -- you were senior enough in the

20   Secretary's office, there was only one supervisor between you

21   and the Secretary himself; right?

22   **A.**    Correct.

23   **Q.**    Okay.  So fair to say this concern that came in in October

24   of 2020 was serious enough to you that you raised it with the

25   general counsel and one of the second most senior officials in

1    the Secretary's office; right?

2    **A.**    Of course.

3    **Q.**    What is reported here is that a poll worker at the

4    North Fulton Government Service Center provided an account of

5    an activity that occurred and states, on October 10 -- I'm

6    sorry.  On October 23rd, 2020, one of the poll worker's

7    computers was accessed remotely somewhere else by taking

8    control of the computer and deleting information from the

9    computer.

10        Do you see that?

11    **A.**    Yes.

12            THE COURT:  I'm sorry.  What is the exhibit number?

13            MR. CROSS:  Oh, I'm sorry.  It is Exhibit 254, Your

14    Honor.

15            THE COURT:  And it is in Tab --

16            MR. CROSS:  It is Tab 13.

17            THE COURT:  Thank you.

18    BY MR. CROSS:

19    **Q.**    So then if you come to the preceding page, you see there

20    is an email from Adrick Hall on October 29, 2020, copying you

21    and sent to James Callaway?

22    **A.**    Yes.

23    **Q.**    Who are Mr. Hall and Mr. Callaway?

24    **A.**    James Callaway was the deputy chief investigator, and

25    Adrick Hall was the supervisor for the north -- Atlanta north

1  Georgia office of investigations.

2  **Q.**    Are you familiar with someone named Mr. Braun that appears

3  to have been in the Investigations Division at that time?

4  **A.**    Yes.  He was an investigator in the Atlanta office.

5  **Q.**    And did you or someone else in your office, to your

6  knowledge, task Mr. Braun with investigating this concern?

7  **A.**    Yes.

8  **Q.**    And we see here that Mr. Braun went out and obtained

9  written statements from the poll manager, the poll worker, and

10  IT personnel concerning this laptop; right?

11  **A.**    Yes.

12  **Q.**    And do you recall that the laptop was actually taken in by

13  the Secretary's office for examination?

14  **A.**    Yes.

15  **Q.**    And the laptop was provided to a company called Fortalice;

16  right?

17  **A.**    That is correct.

18  **Q.**    Fortalice is -- well, how would you characterize

19  Fortalice's role with respect to assisting the Investigations

20  Division while you were there?

21  **A.**    I'm not familiar with any other involvement with them

22  other than that -- this -- they were -- in asking specifically

23  who we should forward the laptop to for evaluation, that was

24  the company that was provided.

25  **Q.**    And who told you to provide it to Fortalice?

**A.**   I cannot recall if it was Michael Barnes.  That would be the general person that I would go.

**Q.**   Fair to say you took this concern seriously enough that you alerted senior officials at the Secretary's office, made sure your investigator conducted interviews with several folks, collected a laptop, and had Fortalice examine the laptop; right?

**A.**   Correct.

          MR. CROSS:  Your Honor, we move Exhibit 254 into evidence.

          MS. LaROSS:  Your Honor, I would object on the basis of relevance.  I would also object on the basis of hearsay that the exhibit contains hearsay.

          MR. CROSS:  Your Honor, the report -- I'm sorry.

          THE COURT:  I'm going to allow the admission of the document.  It is clearly relevant, Number 1, to the issues in this case.  And the witness has already testified regarding it and her having forwarded the complaint.  Whether it is -- it was forwarded for investigation, we don't know what that means, what ultimately resulted, but I don't think there is any question that that is not hearsay itself and -- so it is a complaint and it is properly presented.

BY MR. CROSS:

**Q.**   All right.  Ms. Watson, will you flip to Tab 11, please. This is going to be Exhibit 598.

1            If you look at Exhibit 598 behind Tab 11, you'll see it

2   has got the Secretary of State seal on it; right?

3   **A.**    Yes.

4   **Q.**    The heading is Investigations Division Report of

5   Investigation.

6            Do you see that?

7   **A.**    Yes.

8   **Q.**    Case name, Spalding County Board of Elections Supplies

9   Issues.

10           Do you see that?

11  **A.**    Yes.

12  **Q.**    There is a case number; right?

13  **A.**    Yes.

14  **Q.**    And then the investigator again here is Paul Braun?

15  **A.**    Correct.

16  **Q.**    The date of the report is June 17, 2021; right?

17  **A.**    Yes.

18  **Q.**    And you can take a moment to flip through and just tell

19  me:  Do you recognize this report?  Is this something you

20  recall seeing while you were the head of the unit -- of the

21  division?

22           MS. LaROSS:  Your Honor, I'm not sure what question

23  is presented to the witness at this time.  He asked are you

24  familiar with this report and then he also asked if it is

25  something she is used to seeing, if I heard him correctly.

```
 1              THE COURT:  You're going to have to speak up.  I'm
 2    sorry.
 3              MS. LaROSS:  I'm not sure what question is presented
 4    to the witness.  I think --
 5              THE COURT:  He is asking her whether she's familiar
 6    with this complaint.  That is what -- as I understand it.
 7              MS. LaROSS:  I wasn't sure if he was asking generally
 8    if she --
 9              THE COURT:  He hasn't yet done that.  He is asking
10    her whether -- laying a foundation.
11              Why don't you get your microphone closer to you and
12    then we won't have some of these issues.  Okay?  Thank you.
13              I know that you've got a lot of stuff.  But just make
14    some room for the microphone so you don't go --
15              MS. LaROSS:  My apologies.
16              THE COURT:  -- through the frustration of my saying
17    speak up, speak up, speak up.  All right?
18              Thank you.
19              MS. LaROSS:  I understand.
20              THE COURT:  You're not the first one.  There are many
21    other people in here who have done the exact thing.
22              MS. LaROSS:  My apologies, Your Honor.
23              THE COURT:  No problem.
24              And people say that about me too.
25              I'm sorry.  I'm having a little trouble with my real
```

```
 1   time.  So I don't really know what -- what -- what was -- is --
 2   is this in the materials that you provided?
 3              MR. CROSS:  This is in the binder at Tab 11.
 4              THE COURT:  Tab 11.
 5              All right.  Thank you very much.
 6              Take a look at it while we're taking a break.
 7                  (There was a brief pause in the proceedings.)
 8              THE COURT:  All right.  Have you had an opportunity
 9   to review the report of investigation?
10              THE WITNESS:  It is fairly lengthy.  But I do
11   recognize it as something I'm familiar with.
12   BY MR. CROSS:
13   Q.   So, Ms. Watson, if you flip to -- well, let me take us
14   back.
15        What we have here is a fairly standard report prepared by
16   an investigator who reported to you at the time that you were
17   the head of the Investigations Division on an investigation
18   that he had conducted concerning election issues; is that fair?
19   A.   Yes.
20   Q.   Okay.  Now, if we turn to Page 5 of the document, you'll
21   see the little page numbers in the middle of the bottom.
22        Do you see there is a number Paragraph 23?  Sorry, go to
23   24.  Sorry.
24        Do you see the number Paragraph 24?
25   A.   Yes.
```

33

Q.    Here Mr. Braun reports that, Poll Manager Sue Summerlin
reported in a statement that Poll Pads were not charged,
printers had not been filled with paper, and that three of the
six voting machines were missing security seals.

       Do you see that?

A.    Yes.

Q.    So if you flip to Page 13, do you see there is an
investigative summary?

A.    Yes.

Q.    And the investigative summary spans, it looks like, maybe
another 20 or 30 pages.

       Do I understand correctly the investigative summary in
these standard reports is meant to capture the steps taken by
the investigator -- information provided to the investigator
that is meant to be captured?

A.    Yes.

              MR. CROSS:  All right.  Your Honor, we move
Exhibit 598 into evidence.

              MS. LaROSS:  Your Honor, I just simply raise an
objection as to hearsay and --

              MR. CROSS:  I can help with that, Diane.  I was just
going to help you.  We're not offering anything in the report
for the truth.  It is just meant to be an example of how these
reports are done and how the investigations are conducted.  So
nothing is offered for the truth.

```
 1              MS. LaROSS:  Sure.

 2              And also that we have an objection as to relevance.

 3    There is a lot of matters that are covered in this report that

 4    have nothing to do whatsoever with this case.  I'm not sure

 5    what he is talking about even as related to the claims.  But we

 6    have a general relevance objection as well.

 7              THE COURT:  Well, I'm going to admit it solely for

 8    the purpose of demonstrating what an investigative report could

 9    look like in the Elections Division when there would have been

10    a complaint.

11              MS. LaROSS:  Thank you, Your Honor.

12    BY MR. CROSS:

13    Q.   All right.  Ms. Watson, flip to Tab 10 in the binder, if

14    you would, please.

15              THE COURT:  It looked like -- and also have the

16    contents of it rather than just -- not for the purpose of

17    showing its actual findings, but that these are -- these are

18    the sorts of issues addressed in an investigative report.

19    BY MR. CROSS:

20    Q.   So, Ms. Watson, do you have Tab 10 in front of you?

21    A.   I do.

22    Q.   And this is Plaintiffs' Exhibit 100.

23         And if you look at the bottom of Page 1, do you see that

24    there is an email that you forwarded on or sent to Ryan

25    Germany, Blake Evans, and Chris Harvey in November of 2020?
```

```
 1          Middle of the first page.
 2   A.    Yes.
 3   Q.    And this is -- you sent this email to them on November 5th
 4   of 2020; right?
 5   A.    That is what it says.  I don't --
 6               (Unintelligible cross-talk)
 7   BY MR. CROSS:
 8   Q.    You don't have any reason --
 9   A.    -- this one specifically.
10   Q.    Yeah.  I'm sorry.
11          You don't have any reason to believe that date is wrong;
12   right?
13   A.    No.
14   Q.    Okay.  And if we come down, what you are passing on to
15   them is a report of a potential election violation; right?
16   A.    Yes.  Making him aware.
17   Q.    And again, you thought this complaint was serious enough
18   to raise with the general counsel, the State election director,
19   and Mr. Evans -- at the time, what was his role?
20          Did he report to Mr. Harvey at that time?  Do you recall?
21   A.    Yes.
22   Q.    Okay.  And do you recall who Laura Jones was?  She worked
23   with the county.
24   A.    I do not know specifically who she is.
25   Q.    And if we come down to what is reported, do you see where
```

1    it reads, description of violation?  And it goes on to state,

2    when we opened the large cabinets containing the voting

3    machines, we discovered that most of the machines, quote,

4    election database, doors were wide open and not secured with a

5    zip tie with serial numbers.  Seals were already broken or a

6    zip tie was put on but was not put through the door.  We also

7    found two paper ballots on the printer.

8         Do you see that?

9    **A.**   I do.

10   **Q.**   It goes on, also, all of the machines are supposed to show

11   zero ballots cast upon opening.  One of our machines did show

12   one ballot had been cast on it.

13        Do you see that?

14   **A.**   Yes.

15   **Q.**   Then it goes on, we did not use this machine, but we did

16   use all the other machines that had the election database door

17   open.

18        Do you see that?

19   **A.**   Yes.

20   **Q.**   And then last but not least -- those are the complainant's

21   words -- we did not follow the protocol for opening the large

22   cabinets and starting up the machines.  In training I was

23   instructed that all serial numbers on zip ties on doors were to

24   be compared with the serial numbers written down on the form.

25   We did not do this.

1      Do you see that?

2  **A.**   Yes.

3  **Q.**   Mr. Harvey responds to you on November 6th, 10-4, I assume

4  you're investigating; right?

5  **A.**   Yes.

6  **Q.**   And having thought that this was serious enough to raise

7  with general counsel and the State election director, fair to

8  say you did investigate this or had someone do it for you?

9  **A.**   Yes.

10  **Q.**   Do you know if a report was prepared?

11  **A.**   Specifically, I do not know which case number or

12  investigation that it would be assigned in.

13  **Q.**   But you expected a report would be prepared on an

14  investigation of this type; is that fair?

15  **A.**   Yes.

16          MR. CROSS:  All right.  Your Honor, we move

17  Exhibit 100 into evidence.

18          And again, just -- we're not offering any of the

19  complainant for the truth.  Again, what we want to show is how

20  the Secretary's office generally approaches concerns regarding

21  the election system.

22          Oh, this is already in.  I'm sorry.

23          MS. LaROSS:  It was already admitted.

24          MR. CROSS:  Thank you.

25          MS. LaROSS:  Okay.

```
 1   BY MR. CROSS:

 2   Q.   All right.  Let's flip to Tab 6, if you would, please.

 3   And this is Exhibit 522.

 4        Do you have Tab 6, Exhibit 522 in front of you?

 5   A.   I do.

 6   Q.   And you'll see that this is an email that you received

 7   along with others at the Secretary's office from Ryan Germany

 8   on December 10 of 2020.

 9        Do you see that?

10   A.   Yes.

11   Q.   And Mr. Germany writes in this email, see below regarding

12   what a witness said about Coffee County today.  I guess he is a

13   board member.  What he is saying about us not helping when

14   asked is -- this is Mr. Germany's words -- completely false.

15   Frances, it may be good to try to talk to this guy while y'all

16   are down there tomorrow.

17        Do you see that?

18   A.   Yes.

19   Q.   And then Mr. Germany identifies the individual on the

20   Coffee board that he characterized as completely false as Eric

21   Chaney; right?

22        Do you see that?

23   A.   Yes.

24   Q.   And you, yourself, went down to Coffee County in December

25   of 2020 to conduct an investigation into election-related
```

1    concerns; right?

2    **A.**    Yes.

3    **Q.**    And so as of December 10, 2020, the general counsel of the

4    Secretary's office had put you on notice that Mr. Chaney had

5    made statements that were completely false; right, sir --

6    right, ma'am?

7    **A.**    Can you ask me that again?

8    **Q.**    Sure.

9        As of December 10 of 2020, the Secretary's general counsel

10   had put you on notice that Eric Chaney, a member of the Coffee

11   County election board, had made statements that were completely

12   false?  You were on notice of that; right?

13   **A.**    He had sent me this information.  So yes.

14   **Q.**    And did you have any reason to believe that the

15   information that general counsel provided you was inaccurate?

16   **A.**    No.

17   **Q.**    Did you have any reason to believe that Eric Chaney was

18   more trustworthy than the Secretary's own general counsel?

19   **A.**    No.

20            MR. CROSS:  Your Honor, we move Exhibit 522 into

21   evidence.

22            MS. LaROSS:  Your Honor, I would object as to

23   hearsay.  The exhibit contains statements by other people.  I

24   mean, Ryan Germany was here and testified, and I'm not sure

25   that this was presented to him.

1          And I'm not sure either -- I don't believe that this

2    witness has identified the specific email as well.  But the

3    primary -- my primary concern is with hearsay.  And also -- and

4    relevance too.

5          MR. CROSS:  Your Honor, she authenticated it.  She

6    said she's on it.  She received it.

7          What is attributed to Eric Chaney here we're

8    absolutely not offering for the truth of the matter.  The

9    portions that we're concerned about for the truth are the

10   statements by Mr. Germany, who would be a party opponent in

11   this case as the general counsel of the Secretary himself.

12         MS. LaROSS:  Sounds to me like it is being offered

13   for the truth of the matter, Your Honor.  We would object.

14         MR. CROSS:  Mr. Germany's statements, yes.

15         THE COURT:  Well --

16         MR. CROSS:  It is also a business record, Your Honor.

17         THE COURT:  -- it is a business record.  It is -- I

18   don't think -- I am not aware that it has been objected to in

19   the -- and if it has been what the objection has been on the

20   pretrial order.

21         But it is a business record that the witness has

22   identified.  She is in the capacity to do that.  And it is

23   relevant.  So I'm going to -- I'm going to allow it.

24         And Mr. Chaney's statements are offered not for the

25   truth of them but, in fact, basically by Mr. Germany to

1   summarize the complaint that he has received or -- and what he

2   is saying about this and really what needs to be done in light

3   of it.

4            MS. LaROSS:  Your Honor, just for the record, I did

5   want to put out that we did raise objections in the pretrial

6   order.

7            THE COURT:  That is fine.

8            MS. LaROSS:  The same objections as now.

9            THE COURT:  That is fine.

10           It is admitted though, subject to the limitations

11  that have been recognized by counsel.

12  BY MR. CROSS:

13  **Q.**   Okay.  Ms. Watson, if you could flip to Tab 12, please.

14           THE COURT:  I'm sorry.  Did you ask her a question in

15  the end about this document?  Just simply that she received it?

16  Is that all you wanted to ask?

17           MR. CROSS:  No, I asked her several questions about

18  it, Your Honor.  About what she knew based on -- about

19  Mr. Chaney based on Mr. Germany's statement that Mr. Chaney had

20  made completely false statements.

21           THE COURT:  I'm just trying to -- did you or did you

22  not go down as a result to Coffee County?  That is what I'm

23  trying to understand --

24           THE WITNESS:  I did.

25                **(Unintelligible cross-talk)**

```
 1              THE COURT:  -- receiving this email?

 2         Maybe I misunderstood something that was stated.

 3              THE WITNESS:  I did go to Coffee County in December

 4    in reference to a -- to this matter, yes.

 5              THE COURT:  In reference to this matter?  All right.

 6    And did you issue a report as a result of it?

 7              THE WITNESS:  There was a report that was provided in

 8    reference to recount issues.  The investigator provided -- I

 9    did not issue the report.  But there was a final report.

10              THE COURT:  Did you interview Mr. Chaney?

11              THE WITNESS:  I cannot recall if Mr. Chaney was there

12    on the day that I visited Coffee County.

13              THE COURT:  Are there any other questions occasioned

14    by mine?

15              MR. CROSS:  Yeah.  Your Honor stole my thunder.  That

16    is where I was going.

17              THE COURT:  I'm sorry.

18              MR. CROSS:  Just kidding.  I'm kidding.

19         We're going to pull up some surveillance video to

20    help.

21              THE COURT:  All right.

22    BY MR. CROSS:

23    Q.   All right.  Ms. Watson --

24              THE COURT:  I just wasn't clear whether she had been

25    there.  I mean, I heard it in passing, but I wanted to make
```

1   churr I understood what had happened with her --

2         Were you there just for a day or you were there for

3   longer?

4         THE WITNESS:  I was there just for the day.

5         THE COURT:  Okay.  Thank you.

6         Go ahead.  I'm sorry.

7         MR. CROSS:  Yeah.  No, no, that is exactly where we

8   are going.  So that is very helpful.

9         Tony, can you pull up Exhibit 140?

10  BY MR. CROSS:

11  **Q.**   All right.  Ms. Watson, do you see here on the screen

12  Exhibit 140?  Do you see the date at the top, December 11,

13  2020, at 10:00 A.M. -- 10:01 A.M.?

14  **A.**   Yes.

15  **Q.**   Is that Agent Blanchard walking in?

16  **A.**   Yes.

17        MR. CROSS:  Okay.  And, Tony, can we pull up the

18  video clip from that day, December 11?

19                   **(Playing of the videotape.)**

20  BY MR. CROSS:

21  **Q.**   Is that you walking in, Ms. Watson?

22  **A.**   Yes.

23  **Q.**   So do you recall that you did go down on December 11 and

24  meet with individuals at the Coffee County election office as

25  part of an investigation into election issues?

1    **A.**   Yes.

2         MR. CROSS:  And if we can pause it, Tony.

3    BY MR. CROSS:

4    **Q.**   Do you recognize anyone in that room as Eric Chaney?

5    **A.**   I do not know the gentleman's name at the end of the

6    table.  So no, I do not recognize anyone as -- specifically as

7    Eric Chaney.  I don't -- I don't know what he looks like.

8    **Q.**   And as you sit here, do you know -- to your knowledge as

9    the head of the division, do you know whether you or anyone

10    else spoke with Mr. Chaney as part of this investigation that

11    you were there for on December 11?

12    **A.**   I do not specifically recall, no.

13    **Q.**   And Investigator Blanchard was tasked with this

14    investigation; right?

15    **A.**   I specifically do not recall.

16    **Q.**   Well, you can see him sitting in the room; right?

17    **A.**   He is there.  That's correct.

18    **Q.**   Would you have had a reason to have him there if he was

19    not working on the investigation?

20    **A.**   I know that he did work on several Coffee County

21    investigations.  I would assume that he did.  But specifically

22    I do not recall that he submitted the report.

23         MR. CROSS:  All right.  Tony, pull up the January 26

24    clip, please.

25            **(Playing of the videotape)**

```
 1              MR. CROSS:  Just pause it for a moment.
 2   BY MR. CROSS:
 3   Q.   Do you see that this is January 26 of 2021, 8:08 A.M.,
 4   Ms. Watson?
 5   A.   Yes.
 6   Q.   And that is Investigator Blanchard there; right?
 7   A.   Yes.
 8   Q.   Do you recognize the woman he is talking to as Misty
 9   Hampton, the elections supervisor for Coffee County at the
10   time?
11   A.   That appears to be her.
12   Q.   And you met her in person on December 11; right?
13   A.   Yes.
14              MR. CROSS:  All right.  Play this, Mr. -- Tony.
15                   (Playing of the videotape)
16   BY MR. CROSS:
17   Q.   So you can see Investigator Blanchard went into
18   Ms. Watson's [sic] office.
19              MR. CROSS:  Pause it here.
20   BY MR. CROSS:
21   Q.   You see the individual who came out who walked right past
22   Investigator Blanchard?
23              THE COURT:  Was it Ms. Watson's office or was it --
24              MR. CROSS:  I'm sorry.  Ms. Hampton's office.
25              Thank you.
```

46

```
 1              THE WITNESS:  I see a gentleman, yes.

 2   BY MR. CROSS:

 3   Q.    Do you know who that is?

 4   A.    No.

 5   Q.    Have you ever heard of Jeffrey Lenberg?

 6   A.    Not off the top of my head, no.

 7   Q.    You're aware that in January of 2021 there were

 8   individuals who gained unauthorized access to the Coffee County

 9   voting equipment as part of the State's election system; right?

10   A.    I have heard that, yes.

11   Q.    How did you first hear that?

12   A.    I believe in the news.

13   Q.    After you left the Investigative Division?

14   A.    Correct.

15   Q.    And do you recall that Ms. Hampton's office --

16   Investigator Blanchard went in and that Mr. Lenberg came out

17   of, her office has a door directly into the EMS server room?

18   A.    That is what I recall.

19              MR. CROSS:  And play the rest of the video, Tony.

20   BY MR. CROSS:

21   Q.    You see Mr. Lenberg comes back in, goes in to someplace in

22   the back.

23         Now, at 8:12 Investigator Blanchard is leaving.

24         Do you see that?

25   A.    Yes.
```

1   Q.   Now, at 8:15 you see Mr. Lenberg is back at the door that

2   Investigator Blanchard walked out of.

3        Do you see that?

4   A.   Yes.

5   Q.   He goes back into Ms. Hampton's office; right?

6   A.   Yes.

7   Q.   8:17 he comes out of Ms. Hampton's office with a backpack

8   that he did not have when he went in; right?

9   A.   Correct.

10  Q.   During your time as the director of the Investigations

11  Division, did Investigator Blanchard or anyone else raise with

12  you that while he was conducting an official investigation he

13  found a total stranger in the Coffee County elections office

14  that connects directly to the EMS server room?

15  A.   No.

16  Q.   And did you expect, based on his training and the

17  requirements of his job, that if he found something like that

18  he would have flagged a concern?

19  A.   I think visiting elections offices around the -- in

20  various counties, there's numerous people that we're not

21  familiar with who they are that are in the election

22  supervisor's offices and in their facility.  It would be a

23  concern if they were in the actual server room.

24  Q.   But not a concern if they are in the election supervisor's

25  office connected to the server room?  That is not a concern?

1   **A.**   Not particularly.

2   **Q.**   Okay.  Let's flip to Tab 1, please.

3       Ms. Watson, if you turn to, in Tab 1, the third page of

4   the document -- and this is Exhibit 78 that is already in

5   evidence.

6       Do you see that there is an email on the third -- after

7   the slip sheet there is an email from James Barnes to Chris

8   Harvey on May 7 of 2021?

9   **A.**   I'm sorry.  What was your question?

10  **Q.**   Do you see that email?

11  **A.**   I see the email.

12  **Q.**   And do you see, if you flip to the next page, there is a

13  photocopy of a business card from Doug Logan at Cyber Ninjas?

14  **A.**   Yes.

15  **Q.**   And if you come back to Mr. Barnes' email, do you see

16  where it reads, attachment, and it says cyberninja.pdf?

17  **A.**   Yes.

18  **Q.**   So do you understand that that Cyber Ninjas card was

19  attached to Mr. Barnes' email to Chris Harvey on May 7 of 2021?

20  **A.**   Yes.

21  **Q.**   All right.  So come back to the first page of Exhibit 78,

22  if you would, please.

23      And you see that same email from Mr. Barnes to Mr. Harvey

24  with the Cyber Ninjas card at the bottom?

25  **A.**   Yes.

1    Q.   And then if you come up in the middle, you'll see that on

2    May 11 of 2021, four days later, Mr. Harvey forwarded this

3    on -- or he responded to James Barnes and he copied you and

4    Michael Barnes; correct?

5    A.   Correct.

6    Q.   And Mr. Harvey writes, thanks for sending this.  I think

7    it might be prudent to see if there has been any contact

8    between the person on the card and anyone in your office and/or

9    if they have had any access to any of your equipment.

10        Do you see that?

11   A.   Yes.

12   Q.   And he explains, I have let our Investigations Division

13   and CES know, and they might follow up with you.

14        Right?

15   A.   Correct.

16   Q.   And then you forward this on to Pamela Jones who was --

17   was she a deputy director?

18   A.   No.  She was the area supervisor assigned to the Macon

19   office.

20   Q.   You asked her to contact the county and verify what, if

21   any, contact Cyber Ninjas had with any election equipment;

22   right?

23   A.   Correct.

24   Q.   And so this concern came in from the county elections

25   office, election superintendent to the State director who asked

1  you to look into whether there was access to the equipment and

2  you had Ms. Jones look into that; right?

3  **A.**   If there was any contact with that particular company;

4  correct.

5  **Q.**   Right.

6      To be clear, any contact Cyber Ninjas had with any

7  election equipment?  That was what you asked her to

8  investigate; right?

9  **A.**   Correct.

10  **Q.**   Okay.  Now, flip to Tab 2, if you would, please, which is

11  Exhibit 145.

12      And if you look at the bottom of Exhibit 145, you see

13  there is an -- your email from Ms. Jones we just looked at on

14  May 11?

15  **A.**   Correct.

16  **Q.**   She then forwards that on to Josh Blanchard, the

17  investigator who was already investigating Coffee County on

18  election issues; right?

19  **A.**   Correct.

20  **Q.**   Investigator Blanchard responds to Ms. Jones the same day

21  about half an hour later.

22      Do you see that?

23  **A.**   Correct.

24  **Q.**   So about half an hour after he got this request to

25  investigate potential unauthorized access to the voting

1    equipment, he responds that he spoke with Mr. Barnes who said

2    he and his board have not been able to locate anything showing

3    where Cyber Ninjas did any consulting for Coffee County.

4         Do you see that?

5    **A.**   Yes.

6    **Q.**   He also adds, Mr. Barnes said he was going to contact the

7    county IT department and have them review Misty's emails to see

8    if there was any correspondence; right?

9    **A.**   Correct.

10   **Q.**   Ms. Jones then forwards this on to you two minutes later;

11   right?

12   **A.**   Yes.

13   **Q.**   And she explains that at this point there's still your --

14               **(There was a brief pause in the proceedings.)**

15   BY MR. CROSS:

16   **Q.**   Sorry, Ms. Watson.

17   **A.**   That's okay.

18   **Q.**   So to go back, two minutes after Investigator Blanchard

19   flagged this or responded to Ms. Jones she sends this on to

20   you; right?

21   **A.**   Correct.

22   **Q.**   And she explains that as of 4:11 on -- 4:11 P.M. on

23   May 11, 2021, your investigator was still trying to determine

24   if there was any contact Cyber Ninjas had with the voting

25   equipment; right?

**A.**   Correct.

**Q.**   Your response was, thanks; right?

**A.**   Correct.

**Q.**   Are you -- do you recall any investigation, any interaction you had with the investigators involved in this after your email saying, thanks?

**A.**   I don't specifically recall any -- any information, no.

**Q.**   So it wouldn't surprise you to learn that the State has not produced any documents or any witnesses that say that there was anything done to investigate this further after you responded to Ms. Jones saying, thanks?

**A.**   I know that there was multiple -- there was a simultaneous track with Michael Barnes following up with the machines.  So as far as that result, I'm not familiar with that.

**Q.**   And when you say there was a simultaneous track of Michael Barnes following up with machines, what do you mean?

**A.**   That he was -- was to look into the server to make sure if there was any unauthorized access to the machine.

**Q.**   So there were sort of two tracks?  There was what Investigator Blanchard was doing?

**A.**   Correct.

**Q.**   And then Mr. Barnes was tasked with figuring out whether there had been unauthorized access to the voting equipment?

**A.**   Correct.

**Q.**   And that included the EMS server; is that right?

1   **A.**   You would have to check with him.

2   **Q.**   So these two tracks were moving -- well, let me ask it

3   this way.

4        You and your investigators did not have responsibility for

5   what Mr. Barnes was doing?  He was doing his track and you were

6   doing yours?

7   **A.**   Correct.

8   **Q.**   Okay.  And the two weren't really coordinating?  You just

9   knew that that was happening?

10  **A.**   Correct.

11  **Q.**   And so when Ms. Jones responded to you on May 11 that your

12  office was still trying to determine if there was any contact

13  between Cyber Ninjas and the voting equipment, you didn't think

14  it was important to follow up and figure out whether that

15  contact had actually occurred?  It was sufficient to just say

16  thanks and move on with whatever else you had --

17  **A.**   No.  My understanding is that they are still working on

18  it.  At that time that they were still following up on it, that

19  that wasn't the completion of it, that they were still working

20  on it.

21  **Q.**   Ms. Watson, I just asked you a moment ago if you were

22  aware of any further investigation and you said no.

23       Are you now saying that you are aware of further

24  investigation?

25  **A.**   I thought you said was there any further communication.

1    But my understanding, based on this, is that, yes, they were

2    still waiting on the county IT department to follow up and to

3    provide further information, so it wasn't that they were

4    finished.  This was just an update of where they were at that

5    particular moment.

6    **Q.**   No one ever came back to you with any further update;

7    right?  You can't -- you can't recall --

8    **A.**   I can't -- I can't recall that they did.

9    **Q.**   And you are aware that Mr. Blanchard testified just

10   yesterday that there was no follow-up?

11   **A.**   No, I'm not aware of that, no.

12   **Q.**   Is that consistent with what was expected of an

13   investigator who was looking into whether there had been a

14   potential breach of the voting system?  To just let it die on

15   the vine?

16   **A.**   I think that his -- his instructions were to find out if

17   there was contact between -- you know, involving the -- a

18   person having a business card in their possession and whether

19   they had any contact with that particular company and was there

20   any access, yes.

21   **Q.**   Okay.  So the question that was outstanding on May 11,

22   2021, for your office was whether Cyber Ninjas had had

23   unauthorized access with the voting equipment?

24          MS. LaROSS:  Objection, Your Honor.  There is no

25   foundation.  No facts in evidence.

```
1            MR. CROSS:  The exhibit -- this has already been
2    testified to by Agent Blanchard and others.  This is in the
3    record.
4            THE COURT:  It is in the record.
5            Go ahead.
6    BY MR. CROSS:
7    Q.   So, Ms. Watson, on May 11, 2021, the question that was
8    outstanding for your office was whether Cyber Ninjas had had
9    unauthorized access to voting equipment in Coffee County?
10   We're agreed on that; right?  That is what they were tasked to
11   figure out?
12   A.   They were -- they were tasked to find out if there was any
13   particular contact with that company and what that contact may
14   have been.
15   Q.   You keep saying with that company.  Let's come back to
16   what your words were because it matters.
17        Look at Exhibit 145, your email to Ms. Jones.  Are you
18   with me?
19   A.   On which one?
20   Q.   Exhibit 145, the bottom of the page.
21   A.   Okay.  Go ahead.
22            THE COURT:  It is also on your --
23   BY MR. CROSS:
24   Q.   It is on your screen.
25        What you tasked Ms. Jones with -- not just as their
```

1    contact between the company Cyber Ninjas and the county.  You

2    were very precise, verify what, if any, contact Cyber Ninjas

3    had with any election equipment.

4        That was the question that was outstanding at 4:11 P.M. on

5    May 11, 2021; right?

6    **A.**   Correct.

7    **Q.**   My question to you is this:  The fact that no one ever got

8    an answer to that question, according to Investigator

9    Blanchard, no follow-up, just left it with your email at,

10   thanks, is that consistent with the way your office conducted

11   election security investigations while you were there, yes or

12   no?

13   **A.**   Again, according to this email, is that they were still

14   waiting at that particular time as of that date.  That is what

15   I was familiar with.

16   **Q.**   Right.  My question to you is what we have just walked

17   through here and the way things stood with an unanswered

18   question about a potential breach of the system at 4:11 P.M. on

19   May 4th.

20   **A.**   I was not, based on this email, looking at a potential

21   breach of the system.  I was looking at a possession of a

22   business card that was in an elections office and verifying

23   whether or not they had contact with that particular company

24   and for what reason.

25       And my understanding, based on the email that was sent,

1    was that they were still waiting on further information.  And I

2    do not recall any particular information after that prior to me

3    leaving.

4    **Q.**   And leaving that as an open question, is that consistent

5    with the way your office handled investigations into election

6    security issues?

7         Just yes or no, is this how you guys did it?

8    **A.**   I would anticipate that there would be additional

9    information after -- after this communication.

10   **Q.**   You expected there would have been follow-up and further

11   investigation; right?

12   **A.**   I would expect that there would be additional information

13   forthcoming.  Yes, we have located information that

14   corroborates there was contact or there was no contact.

15   **Q.**   And does it surprise you that that never occurred?

16   **A.**   It would be surprising to me that there was not a

17   completion of that.

18   **Q.**   Did it trouble you in May of 2021 that you never heard

19   from any of your investigators about this ever again?  That

20   this question was just left open in the ether?  No one knew?

21   **A.**   There was a lot of open investigations that were taking

22   place in -- at simultaneously.  And so this was not one that I

23   particularly recall going back to to say, can you give me a

24   further update on this or, you know, has it been closed, has it

25   been resolved.

1  **Q.**   And just so we're clear, you testified a moment ago, when

2  I said this was an investigation into a potential breach of the

3  voting system, you said it was not.

4      Did you have any reason to believe that the State -- the

5  State Election Board had authorized Cyber Ninjas to access

6  voting equipment anywhere in the State?

7  **A.**   I did not have any allegation that they had accessed

8  the -- a voting system.  Only that there was a -- one of their

9  cards that had been located in an office.

10 **Q.**   All right.  Ms. Watson, we're just going to keep coming

11 back to your words.

12     You said, verify what, if any, contact Cyber Ninjas had

13 with any election equipment?  You wrote that?  That was the

14 task; right?

15 **A.**   Correct.

16 **Q.**   Okay.  My question to you is:  Did you have any reason to

17 believe that the State Election Board or anyone with authority

18 on behalf of the State had authorized Cyber Ninjas to access

19 election equipment in Georgia, yes or no?

20 **A.**   I was not familiar with that, no.

21 **Q.**   You had no basis to believe that they had legal

22 authorization; right?

23 **A.**   No.

24 **Q.**   All right.  Flip --

25         MR. CROSS:  Oh, sorry, Your Honor.

```
 1                 THE COURT:  Tell me what exhibit -- tab you were on
 2      for this.  I want to just make sure I --
 3                 THE WITNESS:  2.
 4                 MR. CROSS:  Tab 2, and it is Exhibit 145, Your Honor.
 5                 I think we put this in through Ryan Germany.  But I
 6      apologize.  I don't remember.  So we will move it into evidence
 7      just to make sure it is clear.
 8                    (There was a brief pause in the proceedings.)
 9                 MR. CROSS:  It is in.  All right.  Thank you.  Thank
10      you.  I appreciate that.
11      BY MR. CROSS:
12      Q.   I'm almost done, Ms. Watson.
13           Can you flip to Tab 20?
14      A.   Okay.
15      Q.   Now, if you look at Tab 20, you see that it begins with an
16      email from Vincent Russo who represents the State defendants.
17           Are you aware of that?  Have you dealt with Mr. Russo
18      before?
19      A.   I recognize the name; correct.
20      Q.   And here there is an email from Steven Ellis in the chain
21      with Mr. Russo on June 10 of 2022.
22           Do you see that?
23      A.   Yes.
24      Q.   And the email is to Sara Koth.
25           Do you see that?
```

1    **A.**    Yes.

2    **Q.**    Are you aware that Ms. Koth replaced you as the head of

3    the Investigations Division?

4    **A.**    Yes.

5    **Q.**    And Steven Ellis writes, can you get with Meaghan and let

6    her know the status of the Coffee County case and how long it

7    might take to get the information requested by the Judge

8    pertaining to the open investigations?

9         Do you see that?

10   **A.**    Yes.

11   **Q.**    Now, if you flip to Tab 21, you will see there is a

12   spreadsheet.  It is pretty hard to read.  So we're going to

13   pull it up on the screen for you.

14        And can you go to row 148?

15        What I have got in front of you is the original Excel file

16   that was produced as an attachment to that email.

17             MR. CROSS:  And if we can go -- is it 148 -- go to

18   row 148, Tony.

19   BY MR. CROSS:

20   **Q.**    So just a couple of quick questions on this.  Do you see

21   that there is an investigation number here SEB 2015-0404?

22   **A.**    Yes.

23   **Q.**    That refers to Appling County GEMS server violation?

24   **A.**    Yes.

25   **Q.**    And then if you come over to case description, it says,

1    server connected to the internet.

2         Do you see that?

3    **A.**    Yes.

4    **Q.**    And before we get into the substance, the spreadsheet that

5    is reflected here that has a listing of various county

6    investigations and the various information, have you seen this

7    information captured in a system at the election -- at the

8    Investigations Division?

9    **A.**    Yes.

10   **Q.**    And what system captures this information when you were

11   there?

12   **A.**    The case management system.

13   **Q.**    And is that case management -- what is that case

14   management system used for?

15   **A.**    To track the case assignments when a -- cases are opened,

16   both for inspections and investigations.

17   **Q.**    And who has access to input information into that system?

18   Who uses it in the ordinary course of their work in that

19   division while you were there?

20   **A.**    The chief investigator, the deputy chief investigator, the

21   inspection and investigation supervisors.

22   **Q.**    And is it fair to say that it was expected that whoever in

23   your office at the time was inputting information in this

24   system that they would make a good faith effort to put

25   information they thought was accurate based on what was

1   available to them at the time?

2   **A.**   Yes.

3   **Q.**   So the investigation we just looked at there concerning

4   the GEMS server being connected to the internet in a Georgia

5   county, are you -- have any familiarity with that

6   investigation?

7   **A.**   I do not recall that specifically.  That is one of the

8   things that is checked when the -- Michael Barnes and his group

9   visits with the counties is to make sure if they have any

10  connection to the internet.

11  **Q.**   All right.  So that -- that is an issue that, again, like

12  the Coffee County EMS server issue, this is something you would

13  have -- you would have expected Michael Barnes' organization to

14  investigate?

15  **A.**   We could have gotten the complaint from his group.  But we

16  would send out an investigator to do interviews and then write

17  up a case to be presented to the State Election Board.

18  **Q.**   Okay.  But as you sit here, you don't -- there is no

19  information you can provide about this?

20  **A.**   No.

21  **Q.**   Okay.

22          MR. CROSS:  Your Honor, we move Exhibit 599 into

23  evidence, the cover email and the Excel file.

24          MS. LaROSS:  Your Honor, our objection is hearsay to

25  this document.

1          MR. CROSS:  Your Honor, the cover email -- oh, I'm

2     sorry.  I'm sorry.

3          MS. LaROSS:  Excuse me.  I think the -- sorry.  There

4     is a case description, but it doesn't talk about the facts of

5     the case or give specifics about the case.

6          MR. CROSS:  Your Honor, the cover email is both a

7     party opponent statement.  It is the Secretary of State's

8     office.  It is also a business record.  And in the document,

9     the attachment, we have laid the foundation is also a business

10     record.  This is what they use to track their investigations in

11     the ordinary course.  It has sufficient indicia of reliability

12     insofar as they expect it to be accurate.

13          On the objection about facts, that is actually not an

14     evidentiary objection.  And we welcome her to bring a witness

15     and talk about what they found with this GEMS server

16     potentially being connected to the internet.

17          MS. LaROSS:  Your Honor, in particular with respect

18     to the case description column, that only includes allegations.

19          MR. CROSS:  She doesn't get to testify.  That is not

20     an objection.  That is not an objection.

21          MS. LaROSS:  That is how --

22          MR. CROSS:  We have a witness on the stand.  That is

23     not appropriate.

24          MS. LaROSS:  Hang on, if you would, David.  That is

25     part of my hearsay objection.

1          THE COURT:  Well, it is not being admitted for the

2     truth of the matter.  It is being -- I mean, this -- let me

3     just clarify.

4          This page here, is it -- I don't have the cover

5     letter in front of me.

6          MR. CROSS:  It is Tab 20, Your Honor.  Tab 20.

7          I mean, the other thing again, this was -- this

8     spreadsheet was produced at Your Honor's directive.  You can

9     see above, it is information requested by Your Honor.

10    Mr. Russo has asked them to pull this together.

11         So for them to now suggest that they pulled something

12    together for the Court that Your Honor cannot consider, I'll

13    just say it is troubling.

14         THE COURT:  Is this the regular format that you

15    maintained for tracking the progress of investigations and the

16    nature of them -- of the investigations?

17         THE WITNESS:  It is a way to track open

18    investigations.

19         THE COURT:  Is it what you-all used?

20         THE WITNESS:  It is what we would use when I was

21    there.  The case titles do not necessarily reflect all of the

22    allegations that are included in a particular case.

23         THE COURT:  It is an abbreviated version; is that

24    right?

25         THE WITNESS:  It could have an overall, but there

1    could be 15 other allegations within that open case that are

2    not --

3            THE COURT:  But you don't include all of them in your

4    summary chart?

5            THE WITNESS:  Correct.  Correct.

6            THE COURT:  It is admitted for the purpose of showing

7    how complaints were tracked, not for the truth of any

8    information actually contained in them.

9            And the letter -- are you seeking to introduce the

10   letter too?

11           MR. CROSS:  Just for the context, Your Honor.

12   Because it indicates why this was pulled, who pulled it.

13           THE COURT:  All right.  For that purpose only, it is

14   introduced.  And it was produced in the course of this -- of

15   the litigation and it is -- I don't have any reason to believe

16   that it is not, in fact, a true letter of -- reflecting the

17   correspondence.

18           But again, it is not admitted for the truth of the

19   information.  But just simply is to re-count the transmission

20   and the questions asked.

21           Do you have more?

22           MR. CROSS:  Yes, Your Honor.  I'm just about done.

23   BY MR. CROSS:

24   Q.   Can you flip to Tab 17, please?

25        The spreadsheet we were just looking at, I think you

1   testified that the information there resides in a system called

2   SharePoint?

3   **A.**   I refer to it as case management.  But it is a SharePoint.

4   **Q.**   Thank you.

5       If you look at Tab 17, do you see that it says case

6   stat -- stops at SharePoint stats.  And then there is a case

7   number SEB 2020-250 Coffee County?

8       Do you see that?

9   **A.**   Yes.

10  **Q.**   And do you recall that the SEB -- this case number corresponds

11  to the investigation that Investigator Blanchard was tasked

12  with and that you went to the Coffee County office for in

13  December of 2020?

14  **A.**   I don't recall the specific case number.  So I can't tell

15  by this.

16  **Q.**   If you come down, do you see -- well, let me ask it this

17  way.  The report we have here, have you seen reports like this

18  from the case management system before?

19  **A.**   Yes.

20  **Q.**   Okay.  And the information here, you can see that there

21  was an investigation opened on December 9th in 2020 into Coffee

22  County.

23      Do you see that?

24  **A.**   Yes.

25  **Q.**   And does that -- do you recall that the investigation you

1  were there for on December 11 opened on or around that date?

2  A.   I would assume so.  I don't recall the specific date.  But

3  yes.

4  Q.   You don't have any reason to believe that that is wrong;

5  right?

6  A.   No.

7  Q.   And then you can see that it was submitted to the

8  supervisor on September 28, 2021; right?

9  A.   Correct.

10 Q.   You don't have any reason to believe that that is wrong;

11 right?

12 A.   No.

13 Q.   No?

14      And you were still the head of the Investigations Division

15 at that time; right?

16 A.   Correct.  That would have been when it was submitted to

17 Pam Jones.

18 Q.   And then you see it was presented to the board on

19 December 14 of '21?

20      Do you see that?

21 A.   Yes.

22 Q.   And you don't have any reason to believe that that is

23 wrong; right?

24 A.   I was no longer there.  But I don't have any reason to

25 believe it was incorrect.

1   Q.   Okay.  And then lastly, do you see it says date closed in

2   investigation?

3        Do you see that?

4   A.   Yes.

5   Q.   And it is closed the same day that it was submitted to the

6   supervisor; right?

7   A.   That is what it -- what it says.

8   Q.   And you were still there?

9   A.   I was still there on that date.  It should not have been

10  listed as a closed investigation until after it was presented

11  to the State Election Board.

12  Q.   Okay.  But in this report from the case management system

13  that was produced by the Secretary's office, it is indicated as

14  closed the same day as submitted; right?

15  A.   Yes.

16  Q.   And is -- you were there at that time.  Based on your

17  recollection of the events, you don't have any reason to

18  believe that the entry here is inaccurate; right?

19  A.   No.

20       MR. CROSS:  Your Honor, we move Exhibit 600 into

21  evidence.

22       MS. LaROSS:  No objection, Your Honor.

23       THE COURT:  It is admitted.

24  BY MR. CROSS:

25  Q.   All right.  Lastly, do you agree that it is important to

1    investigate potential election security concerns and

2    complaints -- did you believe it was important to do that when

3    you were the head of the division?

4    **A.**    Yes.

5    **Q.**    And do you agree that delays in investigations can have a

6    serious impact on voters' confidence?

7    **A.**    I think that you need to do it as efficiently and as

8    promptly as you can for accurate results.

9    **Q.**    So yes or no, do you agree that delays in investigations

10   can have a serious impact on voters' confidence?

11   **A.**    Yes.

12   **Q.**    Are you aware that the Secretary of State himself just

13   said that this week?

14   **A.**    I'm not.

15   **Q.**    Lastly, we talked a little bit about whether you were

16   familiar with this lawsuit.

17       During the time that you were the head of the

18   Investigative Division, did anyone ever come to you -- this is

19   just a yes-or-no question.

20       Did anyone ever come to you and ask you to help in

21   preparing any kind of information for discovery in this case?

22   **A.**    I can't say specifically if they asked me for information

23   in pulling documents.  It usually wasn't in a context of -- for

24   a particular case or not.  It was, can you provide da da da da

25   da.

1   Q.   So as you sit here, you can't recall a specific occasion

2   where somebody came to you and said, hey, we have got this

3   lawsuit concerning the reliability of the BMDs.  We need to

4   pull some information for discovery purposes?

5   A.   They could have.

6   Q.   I'm sorry?

7   A.   They could have.  I don't specifically recall.

8   Q.   Were you aware that we served a discovery request in this

9   case in the summer of 2021 asking if the State was aware of any

10  suspected or potential unauthorized access of any voting

11  equipment in the State?

12      Were you ever aware that that was a request that was

13  asked?

14  A.   I don't specifically recall receiving anything.  I could

15  have.  I don't -- I don't recall.

16  Q.   Do you recall you or to your knowledge anyone else in the

17  Investigations Division being asked that question for the

18  purpose of this litigation or any litigation?

19      Anyone ever coming to you or anyone in your office and

20  saying, hey, we need to figure out if there was a potential

21  unauthorized access to the voting equipment and whether we ever

22  looked into that?  Did that question ever come to you?

23  A.   I don't specifically recall.

24  Q.   And you're not aware of that question going to any of your

25  investigators either; right?

1  **A.**   I wouldn't know if any of them got a specific request that

2  I wasn't familiar with.

3  **Q.**   But as you sit here, you're not aware of that question

4  being posed; right?

5      And given you were the head of the division, a question of

6  that magnitude that is going to be provided in the context of

7  litigation, would you expect to be included?

8  **A.**   I would expect so.

9          MR. CROSS:  Thank you, Your Honor.

10                     CROSS-EXAMINATION

11  BY MR. BROWN:

12  **Q.**   Good morning, Ms. Watson.  My name is Bruce Brown, and I

13  represent some of the plaintiffs in this case.

14      Who, as between you and Michael Barnes, while you were

15  there, would have responsibility for conducting voting system

16  security investigations?

17  **A.**   It would depend on what the allegation is and what

18  specifically you're referring to as far as voter security

19  equipment.  It could be something that, again, they are not

20  putting the zip ties on the machines.  And certainly that would

21  come to the Investigations Division to look into.  And also

22  when we do our inspections at the polling places to check to

23  make sure that they have the proper seals when we are there and

24  we're doing our inspections.

25      So there are -- I would say it is a shared responsibility.

1    **Q.**   What would typically go to Mr. Barnes' group?

2    **A.**   Things such as the allegations involving the Fulton County

3    laptop that it would need to -- you know, where -- we would

4    consult with them on what would we need to do with it.  Who do

5    we -- do we provide it to you?  Do we need to send it straight

6    to someone else for forensics or what?

7        There could be allegations as far as -- or problems with,

8    for example, posting a password on a GEMS server that was not

9    secure and we would consult with them to look at that machine

10    and verify whether it had been inappropriately accessed or not.

11    **Q.**   And that's why Mr. Harvey -- you saw the email with the

12    Cyber Ninjas card?

13    **A.**   Yes.

14    **Q.**   That is why Mr. Harvey tasked both you and Michael Barnes

15    with the follow-up on that; is that correct?

16    **A.**   I can't say what Harvey's intentions were with that.  Only

17    that, you know, that was the direction.

18          MR. BROWN:  Thank you very much.

19             **(There was a brief pause in the proceedings.)**

20    BY MR. BROWN:

21    **Q.**   Were you aware that Mr. Persinger was engaged in May of

22    2021?

23    **A.**   Who?

24    **Q.**   An expert by the name of Persinger.

25    **A.**   No.

```
 1    Q.   Do you -- are you familiar with that name?
 2    A.   No.
 3    Q.   Or how about any forensic investigator hired in May of
 4    2021?
 5    A.   Not specifically.
 6    Q.   For Coffee County?
 7    A.   I'm not -- not specifically, no.
 8    Q.   Thank you.
 9              MR. CROSS:  Your Honor, we all just saw what happened
10    here.  These are questions from -- it's not even his client.  I
11    mean, how long are we going to do this?
12              THE COURT:  He advises he is his consultant.
13              And, obviously, Counsel, you have -- even if
14    Mr. Favorito is your consultant, you still have an obligation
15    to have reviewed questions in advance that are -- so that we're
16    not just having the consultant's questions as opposed to ones
17    that you have vetted that he may have suggested to you.
18              All right?
19              MR. CROSS:  It also does not appear that Mr. Davis is
20    here again today.
21              THE COURT:  I have already taken notice of that.
22              Thank you.
23              MR. OLES:  Thank you, Judge.  I understand.
24                          CROSS-EXAMINATION
25
```

1    BY MR. OLES:

2    **Q.**   Ms. Watson, my name is David Oles, and I represent Ricardo

3    Davis in this suit, one of the plaintiffs.  I just have a

4    couple of questions for you regarding your position as the

5    chief investigator.

6         There were some allegations or there were some questions

7    raised in 2020 regarding the existence of some pristine ballots

8    during a mail-in ballot audit.

9         Were you involved with the -- of any investigation with

10   that?  Do you recall?

11        This was Fulton County.

12   **A.**   I'm familiar with allegations that were in Fulton County.

13   I would have assigned it to investigators to investigate.

14   **Q.**   Okay.  Do you -- you recall this -- do you recall specific

15   assertions that there were stacks of ballots that were pristine

16   and unfolded?  Do you recall assigning someone to investigate

17   that?

18   **A.**   It was part of the Fulton County investigations.

19   **Q.**   Okay.  Do you recall who was assigned to that?

20   **A.**   I know that Paul Braun worked on part of it.  Again, I

21   believe that that was still open when I left.  And it may have

22   been assigned to additional investigators.

23   **Q.**   Okay.  So were you personally involved in it at all?

24        MR. BROWN:  Your Honor, I object to this line of

25   inquiry.  This is about ballots, folded ballots.  This is

1   garden-variety election issues which may or may not be true but
2   which is not related in any way at all to the substance of the
3   plaintiffs, including Mr. Davis' lawsuit.
4          THE COURT:  I think that is a real concern when I
5   saw -- you know, I've given you some amount of latitude.
6   But -- and there are circumstances that -- where I would allow
7   you.
8          But this -- this really is going towards some of
9   apparently Mr. Favorito's or other's concerns regarding the
10  handling of the Fulton County hand ballots and any review of
11  those.  And that has not been an issue in this case and is not
12  the -- does not entail the claims in the case.
13         So, you know, if they want -- if your client or
14  Mr. Favorito wants to bring a separate lawsuit -- and I know
15  that they have in the past -- about that, that is something
16  else.
17         But we have a lot to cover here.  And I don't think
18  this is germane.
19         MR. OLES:  May I tie it, Judge?
20         The reason that I believe this is relevant is the
21  assertions that these are duplicate ballots.  And one of the
22  issues -- and I expect it to come up in Mr. Halderman's
23  report -- is his conclusion that the system does not reject,
24  cannot reject duplicate ballots.
25         So the existence of there being duplicate ballots in

1  this re-count that were revealed I believe is relevant to the

2  issues before this Court.

3           MR. CROSS:  No one is challenging the tabulation

4  system.  That is what he is talking about.  Scanning multiple

5  ballots goes to the tabulation system.  That is not a claim in

6  this case.

7           THE COURT:  I will let you ask one more question

8  about this, and that is it.

9  BY MR. OLES:

10  **Q.**   Ms. Watson, you said this was open at the time you left.

11      Do you recall whether there was any confirmation by anyone

12  within your office that there were, in fact, duplicate ballots?

13  **A.**   No, not that I'm familiar with.

14  **Q.**   Okay.

15           MR. OLES:  All right.  Thank you, Judge.

16           MR. CROSS:  Your Honor, I should also clarify because

17  I -- what I meant when I said not challenging the tabulation

18  system, we are not challenging the use of scanners.

19           THE COURT:  The what?

20           MR. CROSS:  When I say we're not challenging the

21  tabulation system, we're not challenging use of scanners.

22  I just want to be clear on what I meant by that.  Thanks.

23           THE COURT:  All right.  I mean, we have obviously in

24  the case had issues regarding the way -- the scan -- the

25  quality of the scanning.  That is not before me at the moment.

```
 1     But -- and that went up -- that question went up to the

 2     Eleventh Circuit.

 3             But the question of, you know, how scanners fit into

 4     the system clearly are part of the system.  So I just think

 5     that it is more complex than that, from what you just stated,

 6     too --

 7             MR. CROSS:  Thank you, Your Honor.

 8             THE COURT:  -- but -- and obviously the QR code is

 9     giving instructions as to the -- the scanning.  So I think that

10     one has to be careful about the way it is described here.

11             I have tried to preserve the opportunity of

12     Mr. Davis' counsel to ask a few questions on this.  But I also

13     think what he was getting at was something different.

14             MS. LaROSS:  Thank you, Your Honor.  Diane LaRoss for

15     the State defendants.

16                          DIRECT EXAMINATION

17     BY MS. LAROSS:

18     Q.   Ms. Watson, do you need a drink of water or can I --

19     A.   I'm fine.

20     Q.   Okay.  I just wanted to be sure.

21          Okay.  Happy to provide it if you need it.

22          You testified already about working for the Secretary of

23     State's office.

24          From when to when did you work for the Secretary?

25     A.   September of 2013 through November of 2021.
```

1  Q.    And at all times that you worked for the Secretary's

2  office, were you always an investigator?

3  A.    I was always in the Investigations Division.  I had

4  various roles within that division.

5  Q.    And in the Investigation Division that -- you covered

6  elections and the other divisions in the office.

7       Do I understand that correctly?

8  A.    We investigated claims for elections, charities,

9  corporations, securities, and the professional licensing

10  boards.

11  Q.    And I think you mentioned and am I correct that in

12  June 2019 you became the chief investigator?

13  A.    When the previous chief investigator retired, I was the

14  acting until appointed as the permanent, correct.  That was in

15  June of 2019.

16  Q.    And when you --

17            THE COURT:  June of 2019 when you became the acting

18  director?

19            THE WITNESS:  Yes.  And I was official in October.

20  BY MS. LAROSS:

21  Q.    And when you began your work and when you were hired at

22  the Secretary's office, did you bring any law enforcement or

23  investigation experience with you to that job?

24  A.    Yes.

25  Q.    And what was that, just generally?  We don't need all the

1    specifics.  If you can speak generally.

2    **A.**    Yes.  I was certified as a police officer in the state of

3    Georgia in 1986 with the City of Roswell, and I worked there

4    for 29 and a half years, which was prior to the Secretary of

5    State's office.

6    **Q.**    And your work with the City of Roswell, was that with the

7    police department for those 29 years?

8    **A.**    Yes.

9    **Q.**    And for that time, did you serve as an investigator for

10   the Roswell Police Department?

11   **A.**    15 of those years was as an investigator.

12   **Q.**    And what is your -- if you could mention your current

13   position?

14   **A.**    Assistant deputy commissioner with the Department of

15   Revenue.

16   **Q.**    And in your current role, are you still a sworn law

17   enforcement officer?

18   **A.**    Yes.

19   **Q.**    And were you a sworn law enforcement officer when you

20   became chief investigator of the Secretary's office?

21   **A.**    Yes.

22   **Q.**    And were you a sworn law enforcement officer at all times

23   you served in the Secretary's office?

24   **A.**    Yes.

25   **Q.**    And you were asked some questions by counsel concerning

1   Coffee County and a visit that you made to Coffee County in

2   December of 2020.  I'm going to ask you just a couple of

3   questions about that.

4   **A.**   Okay.

5   **Q.**   And why did you go to Coffee County on that occasion in

6   December of 2020?

7   **A.**   Coffee County was reporting that they were having

8   difficulty in verifying their election results with their

9   re-count.

10  **Q.**   And who also -- who went with you on that visit in

11  December 2020?

12  **A.**   Pam Jones, the Macon area supervisor, and Josh Blanchard.

13  **Q.**   And was Supervisor Jones -- was she in charge of the

14  meeting in December?

15  **A.**   She set the meeting up.  I don't know that there was a

16  person that was necessarily in charge.

17  **Q.**   Okay.  Fair enough.

18       And what all happened at that meeting?

19  **A.**   We met with them to discuss how they were doing the

20  re-count and if they were following the correct procedures.

21  **Q.**   And what did you find or you and the team find about

22  whether or not Coffee County was following the correct

23  procedures?

24  **A.**   The main difficulty was that they were not keeping their

25  batches of ballots separated in the batches, and that they were

1    just clumping them all together and then trying to scan them

2    all in at one time.

3        And so it was difficult when they had a -- an issue with

4    the scanner jamming and whether or not they -- one batch or

5    another was duplicated or was not counted.  It was -- they

6    couldn't go back and identify which batch they were having a

7    problem with.  And that was their primary --

8    **Q.**   And at that meeting, was there a re-count conducted?

9    **A.**   By hand.

10   **Q.**   And what were the results of the -- of that hand re-count?

11   **A.**   It verified their original number.

12   **Q.**   So that -- the machine count, was that confirmed as

13   accurate and correct?

14            MR. CROSS:  Objection, Your Honor.  She has no

15   personal knowledge of this.  And it would require expert

16   testimony anyways.

17            MS. LaROSS:  I don't think so, Your Honor.  To the

18   extent of -- I'm just simply asking for her understanding of

19   what happened at the meeting and what the results of the

20   meeting were.  So I'm not asking her to testify as an expert

21   concerning the machine.

22            MR. CROSS:  If she rephrases the question to her

23   understanding, there is no objection, Your Honor.

24            THE COURT:  Okay.

25            MS. LaROSS:  Okay.  I'll do so.

 1  BY MS. LAROSS:

 2  **Q.**   So to your understanding at that meeting in December of

 3  2020, were you able to confirm that the count that was

 4  registered in the machine -- the voting machines was correct

 5  and accurate as compared to the hand re-count?

 6  **A.**   Yes.

 7  **Q.**   And were there any other issues that -- with Misty Hampton

 8  that were raised at that meeting, that you recall?

 9  **A.**   Yes.   The other -- the other thing that was discussed was

10  a video that she had posted online in which she claimed that

11  the machines could be manipulated.   Specifically she was asked,

12  because she had made these claims that this could be done, as

13  to whether or not she had actually done any of those -- those

14  things that she claimed could be done.   And she said that

15  absolutely not, that she knew that those were violations.

16  **Q.**   Counsel also asked you concerning some emails with respect

17  to a Cyber Ninjas business card.

18      Now, did you assign Supervisor Jones to follow up on that

19  issue?

20  **A.**   Yes.

21  **Q.**   And Supervisor Jones, was she, at all times you worked

22  with her, a certified law enforcement officer?

23  **A.**   Yes.

24  **Q.**   And I think you mentioned she's supervisor of the Macon

25  office.

1      To your knowledge, was she also a supervisor to

2  Investigator Blanchard?

3  **A.**   Yes.

4  **Q.**   In your experience working with Supervisor Jones and

5  Investigator Blanchard, did you have any concerns with their

6  ability to handle that investigation?

7  **A.**   No.

8  **Q.**   And based upon your working experience with them, would

9  you have considered it within their authority to determine

10  what, if any, further investigation was needed after initial

11  steps were taken?

12  **A.**   Yes.

13  **Q.**   And based upon the email from Chris Harvey that you were

14  asked about when you first learned about the Cyber Ninjas

15  business card, was there anything to alert you that there had

16  been unauthorized access to Coffee County election equipment or

17  the system?

18  **A.**   No.

19  **Q.**   And in your role as chief investigator, would you consider

20  an elections director finding a business card from Cyber Ninjas

21  to be an indication of an attempted access to the voting

22  system?

23  **A.**   That alone, I would not.

24  **Q.**   And we understand that you left the Secretary's office in

25  November of 2021.

1    Did you have any knowledge, during your tenure in

2    investigations at the Secretary's office, that there had been

3    an incident of unauthorized access by third parties to Coffee

4    County elections equipment?

5    **A.**   No.

6    **Q.**   And had you or your team had any indication that that had

7    happened, what would you have done?

8    **A.**   I would have ran it up the chain to not only notifying

9    Chris, James, or Michael Barnes, Deputy Fuchs, and Ryan

10   Germany, the Secretary.

11   **Q.**   And I'm going to ask you a few questions.  You've been

12   asked about the 2020 election.

13       And were you the chief investigator during the 2020

14   general election in Georgia?

15   **A.**   Yes.

16   **Q.**   And did you receive complaints about the election from

17   supporters of President Trump?

18   **A.**   I received complaints from everybody.

19   **Q.**   Say it again.

20   **A.**   I have received complaints from everybody.

21   **Q.**   Okay.  Did you receive any threats to you during the 2020

22   presidential election?

23   **A.**   Many angry conversations and emails.  But no overt threats

24   that I'm aware of.

25   **Q.**   Okay.  And did you actually speak with President Trump

1  about his allegations about the vote count in Georgia?

2  **A.**   I had one conversation with President Trump.

3  **Q.**   And are you confident with the results of the 2020

4  presidential election in Georgia?

5  **A.**   Yes, I am.

6  **Q.**   Those are all the questions I have.  Thank you,

7  Ms. Watson.

8       And, of course, thank you for your service to the voters

9  in Georgia and the citizens of Georgia.  We appreciate it.

10            THE COURT:  Mr. Cross, do you have any redirect?

11                    RECROSS-EXAMINATION

12  BY MR. CROSS:

13  **Q.**   Ms. Watson, if you could go back to Exhibit 522.  It is

14  Tab 6 in the binder.

15       We looked at this a moment ago.  On December 10 of 2020,

16  Ryan Germany, the general counsel, alerted you, Chris Harvey,

17  and others in the Secretary's office that Eric Chaney had made

18  completely false statements; right?

19       Right?

20  **A.**   What he is saying about us as not helping when asked is

21  completely false.

22       That is what he advised.

23  **Q.**   So literally the day before you went into the Coffee

24  County elections office investigating election security

25  concerns, the general counsel had put you on notice you might

1    be dealing with people who are making false statements; right?

2    At the level of the board?

3    **A.**    And we were -- we were going to Coffee County to --

4    **Q.**    My question is just yes or no.

5    **A.**    Ask me the question again.

6    **Q.**    The day before you went into Coffee County to investigate

7    election security issues, including a YouTube video where a

8    pass code was put up on the internet, the general counsel had

9    put you on notice that you were potentially dealing with people

10   who had made completely false statements, even at the level of

11   the Coffee County election board?

12        You were on notice of that from your general counsel?

13   **A.**    He was advising that his claim that we were not being

14   helpful and we were not responding was not accurate.  That's

15   correct.

16   **Q.**    And you learned that the day before you met with these

17   folks; right?

18   **A.**    Correct.

19            MS. LaROSS:  Sorry.  What was your question again?

20   She learned that --

21            MR. CROSS:  The day before she met with them.

22            MS. LaROSS:  That she met with Coffee County -- I

23   don't think it is established that she met with Eric Chaney.

24            MR. CROSS:  Okay.

25

```
 1   BY MR. CROSS:
 2   Q.   Now, can we pull up Exhibit 143?
 3        Actually, go back very quickly, if you would, for the
 4   context to exhibit -- Exhibit 1.  Or sorry, Tab 1, Exhibit 78.
 5        Do you see again Mr. Barnes' email passing along the news
 6   of the Cyber Ninjas card to Chris Harvey refers to a Dominion
 7   email?
 8        Do you see that?
 9   A.   Yes.
10   Q.   And Mr. Barnes sent his email on May 7 of 2021.
11        Do you see that?
12   A.   Yes.
13   Q.   And he writes, the Dominion email today pertaining to
14   Cyber Ninjas was alarming to me.
15        Do you see that?
16   A.   Yes.
17   Q.   So you knew -- and you're at the top of this thread;
18   right?  You read this email?
19   A.   Correct.
20   Q.   And so you knew when you sent folks in to figure out
21   whether Cyber Ninjas had had contact with the election
22   equipment that the election superintendent there was alarmed by
23   a message that Cyber Ninjas was trying to do exactly that;
24   right?
25   A.   I can't say what his thought was.
```

1    **Q.**   Well, you can read it.  He was alarmed?  That is what he

2    wrote; right?

3    **A.**   Correct.

4    **Q.**   So alarmed that he raised this to the level of the State

5    election director; right?

6    **A.**   Yes.

7    **Q.**   Were you aware that Mr. Harvey testified in this case that

8    when this came to him the reason he passed it on to you was

9    because it raised what he called his worst fear?

10   **A.**   I'm not aware of that, no.

11   **Q.**   Okay.

12          MR. CROSS:  Can we pull up Exhibit 143 real quick?

13   BY MR. CROSS:

14   **Q.**   Take a look at this on the screen, if you would,

15   Ms. Watson.

16          Do you see the day before Mr. Barnes sends his email in

17   invoking Chris Harvey's worst fear, Dominion sent out the

18   customer notification here about maintaining secure chain of

19   custody for your Dominion voting system?

20          Do you see that?

21   **A.**   I do.

22   **Q.**   And Dominion put on notice, which Mr. Barnes found

23   alarming, Dominion has been alerted that customers are being

24   approached with offers or requests to conduct a forensic

25   audit --

1     Forensic audit is in quotes.

2     Do you see that?

3  **A.**   I do.

4  **Q.**   -- of their voting equipment.

5     Do you see that?

6          MS. LaROSS:  Your Honor, I have an objection to

7  reference to this exhibit.  There has not been a foundation

8  laid that this witness has knowledge or received this document.

9          MR. CROSS:  It is in evidence, isn't it?

10          Yes, this is in evidence.

11  BY MR. CROSS:

12  **Q.**   Do you see that?

13  **A.**   I do.

14  **Q.**   When you were tasked with investigating potential access

15  to the Coffee County voting equipment just five days later,

16  were you aware that Dominion had sent out this notice?

17  **A.**   I was not.

18  **Q.**   So when you read Mr. Barnes' email saying that he was so

19  alarmed by an alert from Dominion and he finds a Cyber Ninjas

20  card sitting in the office, you didn't think it was important

21  to figure out what Dominion notice had him so upset?

22  **A.**   Again, my focus was on whether the complaint of whether

23  Cyber Ninjas had had contact with the county and what that

24  purpose was.

25  **Q.**   By May of 2021, it was public knowledge that Cyber Ninjas

1    had attempted to gain access to voting equipment in places like

2    Arizona?

3         Were you aware of that at the time?

4    **A.**   I was aware of issues in Arizona.  The specifics I was

5    not.  I had a full plate of things in Georgia.

6    **Q.**   When this email came to you to investigate this, had you

7    never heard of Cyber Ninjas?

8    **A.**   I had heard the name.  But I didn't know ...

9    **Q.**   And you had heard of them in conjunction with getting

10   access to voting equipment in states; right?

11   **A.**   No.

12   **Q.**   As the head of the Investigations Division, in May of

13   2021, with responsibility for election investigations, you had

14   never heard of them?

15   **A.**   I had heard the name Cyber Ninjas.  Again, their specific

16   interactions and what they were doing, I did not have that

17   information.

18   **Q.**   So let's just be clear, because you testified a moment ago

19   in response to the State's questions, that when you went --

20   when you had your investigators conduct this investigation on

21   May 11, that the only thing you knew about was that there was a

22   Cyber Ninjas card left in the office?

23        Do you remember testifying to that a minute ago?

24   **A.**   That is the information that we had.

25   **Q.**   Okay.  But what you also had was the general counsel had

1    told you months earlier that at least one member of the then

2    sitting election board had made completely false statements?

3    That was in your head too; right?

4    **A.**    That he had made false allegations about us being helpful

5    to them or not.  That wasn't particularly in my head, no.

6    **Q.**    Okay.  But you had received Mr. Germany's email?

7    **A.**    Correct.

8    **Q.**    Okay.  You also -- as you testified a moment ago, you also

9    knew that the EMS server, according to Mr. Barnes, was not

10   accessible and Mr. -- according to James Barnes was not

11   accessible and that Michael Barnes was investigating whether

12   there had been access to that?  You testified to that earlier,

13   right?  So you knew that was happening, too, on a parallel

14   track?

15   **A.**    Correct.

16   **Q.**    And you knew from the email that Dominion had sent out

17   some kind of warning to the Coffee County -- to the Coffee

18   County election and superintendent that alarmed him about the

19   Cyber Ninjas card?

20         You knew that too; right?

21   **A.**    The Dominion correspondence with the counties I was not --

22         THE COURT:  That wasn't the question.

23         Go ahead.  Ask the question again.

24         MR. CROSS:  Thank you.

25

1  BY MR. CROSS:

2  **Q.**   You knew from James Barnes' email that Dominion had sent

3  out some sort of alert to Coffee County raising an alarm for

4  him about Cyber Ninjas being in that office?

5  **A.**   There was reference to Dominion in that email; correct.

6  **Q.**   And I believe you said you did not know that the State had

7  hired a forensic investigator to look at the EMS server?  That

8  was not disclosed to you?

9  **A.**   No, it was not -- I'm not familiar with it.  I do not

10  recall it.

11      I mean, if they advised me that they did, I do not recall

12  it.

13          THE COURT:  Let me just clarify.  And you knew that

14  there was a Cyber Ninjas card that was what Mr. Barnes --

15          THE WITNESS:  Was reporting, yes.

16          THE COURT:  -- James Barnes was reporting?

17          THE WITNESS:  Yes.

18          THE COURT:  Which would have indicated some form of

19  contact with the Ninjas, wouldn't it?

20          You don't just create your own card.

21          THE WITNESS:  You don't just create your own card.

22  But it could have been sent in the mail.  Somebody could have

23  left it there when they were there.  They could have --

24          THE COURT:  Well, that's the point.  They could have

25  left it there when they were present in the Coffee County

1    office.

2           THE WITNESS:  That was the purpose of the

3    investigator to contact them to find out what their contact was

4    with Cyber Ninjas, if any.

5    BY MR. CROSS:

6    **Q.**   So when your investigators wrote to you on May 11 that

7    they did not yet know whether the Cyber Ninjas or anyone else

8    had had unauthorized access with the voting equipment, you knew

9    all of these things we've talked about?  Mr. Germany telling

10   you that Ryan Germany had made -- or that Eric Chaney had made

11   a completely false statement?  Mr. Barnes was investigating the

12   EMS server for potential unauthorized access?  There was an

13   ongoing investigation into Misty Hampton putting an EMS pass

14   code and a Dominion alert?  All of that you knew on May 11;

15   right?

16          MS. LaROSS:  I object to the question, Your Honor.  I

17   don't believe she testified that she was aware of the Dominion

18   alert.

19          MR. CROSS:  It is in the email.

20          MS. LaROSS:  It isn't.  I don't -- we have a --

21          THE COURT:  Well, it says the Dominion email today

22   pertaining to Cyber Ninjas was alarming to me.  And she had

23   that.

24          MR. CROSS:  Right.  Right.

25

1  BY MR. CROSS:

2  **Q.**   So the answer to my question was yes; right?  You were

3  aware of all of that on May 11?

4  **A.**   Correct.

5  **Q.**   And you testified that it was within the authority of

6  Pamela Jones and Josh Blanchard to make the determination of

7  whether to do any further investigation on May 11; right?

8       You said that?

9  **A.**   It was my understanding that they were still waiting on

10  the IT department in Coffee County, that that was continuing.

11  **Q.**   I just want to make sure I -- your testimony.  The

12  question asked of you:  Was it within the authority of Pamela

13  Jones and Josh Blanchard to determine next steps to do anything

14  further?

15  **A.**   Yes.

16  **Q.**   Okay.  So do I understand that you, as the head of the

17  Investigations Division, with all of the facts known to you at

18  the time and the broader environment of what was happening in

19  the United States around elections in May of 2021 --

20  **A.**   Uh-huh (affirmative).

21  **Q.**   -- you decided to just send an email that said, thanks,

22  and leave it to your investigators to determine whether

23  anything more was needed?

24       Is that right?

25  **A.**   My understanding was that they were still waiting on

1   Coffee County IT department to see if there was any further

2   information that was there.  So my impression is that this was

3   continuing.

4   **Q.**   But you never followed up?

5   **A.**   Again, without being able to go back and research, I

6   can't, you know, off the top of my head say if there was any

7   further contact with them or not.

8   **Q.**   Who made the decision not to do any further follow-up

9   investigation beyond May 11 of 2021?

10  **A.**   It was my understanding that it was continuing.

11  **Q.**   Investigator Blanchard testified yesterday there was

12  nothing more.

13      Who made the decision to do nothing more?

14  **A.**   I did not say not to do anything further.

15  **Q.**   Okay.  So who made that decision?  Investigator Blanchard?

16  **A.**   My understanding was that it was continuing.  So I did not

17  know that it had not been.

18  **Q.**   You keep saying it was your understanding it was

19  continuing.  But if you thought it was continuing, wouldn't it

20  be sensible for you to follow up in a few days, few weeks and

21  say, hey, where does this stand?

22  **A.**   In --

23  **Q.**   Let me ask you this way:  Why didn't you follow up if you

24  thought it was continuing, given everything that you knew at

25  the time?

1   **A.**   In -- again, if I were there, that may have happened.  But

2   I'm not there.

3   **Q.**   You can't tell the Court -- you can't give any reason why

4   you decided just to let this go, given everything you knew at

5   the time?  No follow-up?

6   **A.**   I can't say that I let it go.  I can say that at the time

7   I thought that it was continuing.

8   **Q.**   Did anyone ever suggest to you that this investigation was

9   not a priority for the office?

10  **A.**   No.

11  **Q.**   So it was your decision?  You made the decision not to do

12  any follow-up with your investigators; right?

13  **A.**   Based on the information that I was provided that they

14  were still waiting on additional information, I was waiting to

15  hear back.  You know, we had not had any verification that

16  there was any inappropriate access to the machine or that we

17  were able to confirm that there had been any contact with Cyber

18  Ninjas.

19  **Q.**   You also testified, just lastly, that you had no knowledge

20  of the breaches that occurred in Coffee County in 2021 before

21  you left the office; right?

22  **A.**   I don't recall any additional information that would have

23  alerted me to that, no.

24  **Q.**   So just to be clear, as you sit here, is your testimony

25  that you did not know in any way that anyone had gained

1    unauthorized access to any equipment, any voting equipment

2    anywhere in the state of Georgia while you were the director of

3    the Investigative Division?

4    **A.**    Unauthorized access?

5    **Q.**    Unauthorized access.

6    **A.**    Unauthorized access could be an allegation within a county

7    that someone has gone in and done something in a machine that

8    they were not supposed to, as far as somebody having

9    unauthorized access to change a voter registration.  So I can't

10   say that there hasn't been unauthorized access into the

11   election system.

12        I can say that I was not familiar with any unauthorized

13   third-party access to fraudulently access the election system.

14   **Q.**    And the reason you didn't learn about the breaches that

15   occurred in Coffee County, while you were there, is because on

16   May 11, 2021, when your investigators told you they were still

17   looking into it, the sum total of your follow-up was simply to

18   say, thanks; right?

19              MS. LaROSS:  Objection, Your Honor.  This has been

20   asked and answered.

21              THE COURT:  I think it has been.

22   BY MR. CROSS:

23   **Q.**    That was the total of your response?

24              MS. LaROSS:  Objection, Your Honor.

25              THE COURT:  I think --

```
 1              MR. CROSS:  Oh, sorry.
 2              THE COURT:  I think you've explored that.
 3              MR. CROSS:  Thank you.
 4                        EXAMINATION
 5   BY THE COURT:
 6   Q.   Did it ever occur to you to direct your investigators and
 7   Ms. Jones and Mr. Blanchard meanwhile to call -- to try to
 8   contact someone with the Cyber Ninjas?
 9        I mean, you had a card.  There was a telephone number.
10   There was an email.
11        Did anyone think to even call them, had they been there?
12   A.   Correct.  I -- I did not tell them not to contact them.  I
13   do not know if they did or they did not, other than the updates
14   that I have.  I did not specifically recall telling them, you
15   know, see if you can get in touch with them or not.
16   Q.   You were aware that there was an incredible amount of
17   commotion in the nation at that point and in Georgia regarding
18   the election results and how they are handled and including
19   regarding the Cyber Ninjas and that they had a part in that?
20   Did you --
21   A.   I recall -- I recall hearing the name Cyber Ninjas, but
22   their particular involvement with that I did not know that --
23   those specifics.  Again --
24   Q.   But you knew it was -- they were related to election
25   matters because of the letter that --
```

1   **A.**   Right.

2   **Q.**   -- was sent to you; right?

3   **A.**   Correct.

4   **Q.**   All right.  Did you ever talk about this at all with the

5   deputy superintendent who had asked you to go and interview --

6   go deal with Coffee County in December of '20?

7   **A.**   Deputy Secretary Fuchs?  Is that who you are referring to?

8   **Q.**   Well, you had it -- wasn't he copied on this?  It was --

9   **A.**   James?

10  **Q.**   Who wrote you the letter asking you to do it, saying he

11  was very concerned?  I don't have the -- where you started off

12  --

13  **A.**   Chris Harvey?  Is that who you are referring to?

14  **Q.**   No.  I'm not talking about --

15          THE COURT:  Mr. Cross, you began --

16          MR. CROSS:  I'm sorry?

17          THE COURT:  -- with the letter of December of 2000 --

18          Why she goes down there in the first place.  I just

19  need the exhibit number or the tab number.

20          MR. BROWN:  254, David.

21          I believe it is 13, Your Honor.

22          THE COURT:  Thank you.

23          No.

24          MR. CROSS:  I'm sorry, Your Honor.  You're looking

25  for why she goes down there?

```
 1              THE COURT:  In December of 2020.  She has the

 2   interview with them.  Mr. Sterling is very upset with the

 3   falsehoods in his mind.

 4              MR. CROSS:  Oh, Mr. Germany's email.  Sorry.

 5              THE COURT:  Mr. Germany.

 6              MS. CONAWAY:  That is Tab 6.

 7              MR. CROSS:  Tab 6.

 8              THE COURT:  Thank you.

 9              MR. CROSS:  Yes.  Thank you.  Sorry, Your Honor.

10   BY THE COURT:

11   Q.   This is from Mr. Germany and he is saying he's very upset

12   about a host of matters that Mr. Chaney mentioned and that they

13   were false.

14        And you go down personally to deal with that.  But you

15   didn't manifest any other concern beyond just leaving this

16   matter with -- in May just as is?  Never heard about it again?

17   Never resolved it?  Never -- there was no -- never looked at

18   whether they had resolved the case and it was closed or how

19   they had resolved it?

20   A.   Right.  With the -- with the response back, my

21   understanding is that they were still waiting on information,

22   so ...

23   Q.   That was the end of your follow-up though; right?  That

24   is, as I understood your testimony?

25   A.   That is the last that I got from it that I'm familiar
```

 1    with.

 2    **Q.**    When did you discover, in fact, if you ever discovered,

 3    that Mr. Logan and his colleague Mr. Lenberg had, in fact, been

 4    in the Coffee County election headquarters on January 18, 2021?

 5    **A.**    In the news after I had already left the Secretary of

 6    State's office in November.

 7    **Q.**    Who did you report to?

 8    **A.**    Deputy Secretary Fuchs.

 9    **Q.**    And did you ever discuss this with the deputy secretary?

10    **A.**    We did -- we did have regular discussions.  But I don't

11    specifically -- you know, I can't say, you know, I recall a

12    specific time of having a conversation.

13    **Q.**    Were you at all involved in renumbering or reclassifying

14    the dates of different investigations relating to Coffee

15    County?

16    **A.**    The what?

17    **Q.**    I think that there was some consolidation and also changes

18    of dates of the sort of what they were associated -- various

19    investigations associated with Coffee County.

20          Were you involved with that at all?

21    **A.**    Changing dates, I don't know --

22                THE COURT:  Okay.  Thank you.

23                THE WITNESS:  -- about ...

24                MR. CROSS:  Could I ask just literally one question,

25    Your Honor?

```
1              THE COURT:  Is it related to one of the matters I

2     raised?

3              MR. CROSS:  Yes.

4              THE COURT:  All right.

5                   RECROSS-EXAMINATION (Further)

6     BY MR. CROSS:

7     Q.    Just one question, Ms. Watson.

8         Is it your position that your investigators, including

9     Blanchard and Jones, that they lack the skill or training

10    needed to uncover the Coffee County breaches on their own in

11    the summer of 2021 or at any point?

12    A.    No, I'm not saying that.

13    Q.    Okay.  Thank you.

14             THE COURT:  May this witness be excused?

15             MS. LaROSS:  Yes, Your Honor.  Thank you.

16             THE COURT:  Thank you very much.  Please don't

17    discuss your testimony with anyone until the conclusion of the

18    trial.  I appreciate that.

19             THE WITNESS:  Yes.

20             THE COURT:  We'll start at -- at 1:15.  Take a lunch

21    break until then.

22             Thank you.

23             COURTROOM SECURITY OFFICER:  All rise.  Court is in

24    recess until 1:15.

25                   (A lunch break was taken.)
```

| | |
|---|---|
| 1 | THE COURT:  Please have a seat. |
| 2 | Would you call your next witness. |
| 3 | Mr. Cross, do you want to call your next witness? |
| 4 | MR. CROSS:  Yes. |
| 5 | Christian? |
| 6 | MR. ANDREU-VON EUW:  We call Dr. Alex Halderman. |
| 7 | COURTROOM DEPUTY CLERK:  Please raise your right |
| 8 | hand. |
| 9 | **(Witness sworn)** |
| 10 | COURTROOM DEPUTY CLERK:  Please have a seat.  If you |
| 11 | would, state your name and spell your full name for the record. |
| 12 | THE WITNESS:  My name is Alex Halderman.  That is |
| 13 | A-L-E-X, H-A-L-D-E-R-M-A-N. |
| 14 | THE COURT:  All right.  Before we begin with your |
| 15 | testimony -- thank you very much -- good to see you again. |
| 16 | I don't remember whether the report is part of the |
| 17 | exhibits or not. |
| 18 | MR. CROSS:  It is in evidence, Your Honor. |
| 19 | THE COURT:  What is the -- do you have it so that I |
| 20 | can refer to it to the extent that I might need to? |
| 21 | MR. CROSS:  Yes. |
| 22 | MR. TYSON:  And, Your Honor, just to clarify for the |
| 23 | record, I believe the report is in evidence for a limited |
| 24 | purpose, not for all purposes, and it is the redacted version, |
| 25 | not the unredacted version. |

```
 1                    THE COURT:  That is fine.

 2                    MR. TYSON:  Thank you.

 3                    THE COURT:  Secondly, this -- this witness is Curling

 4       Plaintiffs -- is retained counsel by the Curling Plaintiffs; is

 5       that right?

 6                    MR. CROSS:  Retained as an expert, yes, Your Honor.

 7                    THE COURT:  Right.

 8                    MR. CROSS:  Yes, Your Honor.

 9                    THE COURT:  And so, accordingly, also, I mean,

10       obviously, Dr. Halderman's work has played a seminal role in

11       this case, but I want to just be clear that we are only going

12       to have one attorney be asking him questions from the

13       plaintiffs' side.

14                    MR. CROSS:  Okay.

15                    MR. BROWN:  That's correct, Your Honor.

16                    THE COURT:  And that is your -- the people from your

17       team.

18                    Is your colleague going to be asking all the

19       questions, or are you going to be asking any of them?

20                    MR. CROSS:  Christian is going to ask all the

21       questions.

22                    MR. OLES:  Judge, does that include Mr. Davis as

23       well?

24                    THE COURT:  That's right.  It includes -- this is the

25       witness -- the consulting -- the expert witness on behalf of
```

1    the Curling Plaintiffs.  He has developed all -- I mean, it is

2    very complex testimony.  They have worked with him.  It would

3    be really a -- not fair or appropriate for any other of the

4    plaintiffs' counsel then to sort of take over and do some

5    other -- try to elicit other issues from Dr. Halderman because

6    he is going to be testifying about what is in the report, not

7    about other matters.

8              MR. OLES:  I respect -- I respect what Your Honor had

9    to say.

10             For the record, I would like to lodge my objection

11   that I did have about four questions.

12             **(There was a brief pause in the proceedings.)**

13             THE COURT:  What the counsel said, he had about -- he

14   objected, he had about four questions.

15             And this sort of goes to the whole issue of -- you

16   can come up -- if you have a small number of questions like

17   that, then what I encourage you to do is to consult with

18   plaintiffs' counsel about your questions so that they can ask

19   them on your behalf.

20             And if you have follow-up, you know, you're welcome

21   to sit up closer for the period of time that your questions are

22   being asked in case there is follow-up.

23             But, you know, I think that what I've tried to

24   encourage as much as possible is that you confer with your --

25   with plaintiffs' other counsel regarding where they are going

1    with something because it is simply not appropriate for you to

2    go off into a whole other set of theories that have not been,

3    in fact, litigated or advanced in this case by present counsel

4    and/or addressed by the Court's prior rulings.

5            So, I mean, I've tried to be as flexible as possible

6    in allowing you to pursue things, but I think this is such a

7    refined area.  And enormous amounts of time have been devoted,

8    both by Dr. Halderman and plaintiffs -- the Curling counsel.

9            So if there is something that you want to be followed

10   up, talk with Mr. Cross and his colleague here.  And then if

11   you have a concern afterwards, we'll address that.  You can

12   come up to the bench and explain what you wanted to raise that

13   they wouldn't raise for you.  Okay?

14           MR. OLES:  I will certainly endeavor to do that,

15   Judge.  I would respectfully say, for the record, my prior

16   efforts have met with threats.  Okay?  Thank you.

17           MR. CROSS:  What?

18           I have no idea what that means or who it involves.  I

19   think we can just move on.

20           THE COURT:  All right.

21           MR. CROSS:  Your Honor, we have a copy of the public

22   version of the report for you.  My understanding is we do not

23   have questions that will relate to the redacted portions.

24           If the State does, we can make that available.

25           THE COURT:  Would you restate that for the court

```
 1   reporter.
 2          I just -- I want to remind everyone to speak into the
 3   microphone.
 4          So restate what you just stated.
 5          MR. CROSS:  Sorry.  So what you have is the public
 6   version of the report.  It has got some modest redactions.  We
 7   don't anticipate any questions that would require Your Honor to
 8   reference the unredacted version.
 9          If you want it, we can provide that.  But that is
10   still under seal.
11          THE COURT:  All right.  Thank you.
12          MR. ANDREU-VON EUW:  Shall I proceed, Your Honor?
13          THE COURT:  Yes.  Thank you.
14      Whereupon,
15                      J. ALEX HALDERMAN PH.D.,
16      after having been first duly sworn, testified as follows:
17                         DIRECT EXAMINATION
18   BY MR. ANDREU-VON EUW:
19   Q.   Good afternoon, Dr. Halderman.  My name is Christian
20   Andreu-Von Euw.  I'm here on behalf of plaintiffs.
21   A.   Good afternoon.
22   Q.   What do you do for a living, Professor Halderman?
23   A.   I'm the Bredt Family Professor of Computer Science and
24   Engineering at the University of Michigan.
25   Q.   What are your primary academic focuses?
```

1  **A.**    My work is about computer security and privacy.  I deal

2  with the security of internet-connected systems, cryptography

3  with cybersecurity, computer forensics.  And for the past 15

4  years or so, another large fraction of my work has been about

5  the security of election infrastructure.

6  **Q.**    And what do you teach?

7  **A.**    I teach computer security at the undergraduate and

8  graduate levels.  I created Michigan's undergraduate security

9  curriculum.  I also teach courses about election security,

10  including a Coursera massive online course that has been widely

11  used by election officials.

12  **Q.**    Thank you.

13       Can you briefly summarize your educational background?

14  **A.**    I have three degrees in computer science from Princeton

15  University.

16  **Q.**    Those are bachelor's, master's, and doctorate?

17  **A.**    That is right.

18  **Q.**    Can you give us some of the highlights of your published

19  work on election security?

20  **A.**    Sure.  I was part of the -- excuse me.  I was part of the

21  first university team to do a hands-on security analysis of a

22  U.S. voting machine that the analysis found significant

23  security problems.  I have done security analyses of election

24  systems used not only in the U.S. but in Australia and Estonia

25  and India.

1      I more recently conducted human subjects tests of voter

2  verification performance in a peer-reviewed study that won a

3  major award.

4      And in 2020, I published another peer-reviewed study that

5  was a forensic investigation of an election incident that

6  occurred in Antrim County, Michigan, in 2020.  And that was

7  based on work that I conducted for the Michigan Attorney

8  General and Secretary of State.

9  **Q.**  Do you ever work with election officials on election

10 security?

11 **A.**  Yes.  Yes, I do.  I was part of a team in 2007 that the

12 California Secretary of State assembled of leading election

13 security experts to conduct top-to-bottom source code review

14 and security study encompassing all of California's polling

15 place equipment.

16     More recently, the Michigan Secretary of State and

17 Attorney General brought me into investigate problems that

18 occurred during the 2020 election in Antrim County and to

19 understand those problems and make recommendations about how to

20 avoid a recurrence in the future.

21     I've also -- I have also been contracted to advise the

22 Secretary of State of Louisiana about the security of that

23 state's election equipment, including its Dominion equipment.

24     I should add that in Antrim County, Michigan, the

25 equipment involved was the same Dominion Democracy Suite system

1    that is used in Georgia except that the BMDs there were all

2    used for accessibility.

3    **Q.**   Thank you.

4         Have you ever been asked to testify before Congress?

5    **A.**   I have.  I have testified to Congress twice about election

6    security matters, including to the Senate Intelligence

7    Committee.

8    **Q.**   Can you turn to Tab 1 in your binder, please?

9    **A.**   I am sorry.  I don't have my binder.  This is the Frances

10   Watson binder.

11            MR. ANDREU-VON EUW:  One second, Dr. Halderman.

12   We'll come back to that.

13   BY MR. ANDREU-VON EUW:

14   **Q.**   In this case, Dr. Halderman, what were you asked to do?

15   **A.**   The Curling Plaintiffs asked me to examine the security of

16   Georgia's election system, including the BMD hardware, in order

17   to understand the vulnerabilities in that system and the risks

18   and to help inform the Court about how those risks might impact

19   individual voters and elections in the future.

20   **Q.**   Were you asked anything about Georgia's general security

21   processes?

22   **A.**   General election security processes?  Yes.  I considered

23   the security practices that are in place, defenses.  I wanted

24   to -- I was asked to understand how the equipment might be

25   attacked or what threats it might face in the real world.

1    **Q.**   Thank you.

2        I'll just wait a second for counsel to get a copy of your

3    binder, and then I'll ask you a question.

4        Can you turn to Tab 1 of your binder, please,

5    Dr. Halderman?

6    **A.**   Yes.

7    **Q.**   Do you recognize that document?

8    **A.**   This is my CV.

9    **Q.**   Does it accurately reflect your educational and

10   professional accomplishments to date?

11   **A.**   Yes.

12       MR. VON EUW:  I would like to move the CV into

13   evidence.

14       MR. TYSON:  No objection.

15       THE COURT:  It is admitted.

16   BY MR. ANDREU-VON EUW:

17   **Q.**   So turning back to your tasks in this case, Dr. Halderman,

18   what were you given to evaluate the -- Georgia's ballot-marking

19   device?

20   **A.**   The Curling Plaintiffs provided a ballot-marking device

21   and an optical scanner that the Court allowed them to receive

22   from Fulton County.

23   **Q.**   Have you provided anything beyond a ballot-marking device

24   and a scanner?

25   **A.**   I was also provided accessories for that equipment

1    necessary to operate an election, assorted memory cards, data

2    files, et cetera.

3    **Q.**   Do you see the Dominion ICX BMD you were given here in

4    court?

5    **A.**   Yes.  It is right here.

6    **Q.**   Right in front of you, sir?

7    **A.**   Yes.

8    **Q.**   What did you do to determine if this ballot-marking device

9    had vulnerabilities?

10             MR. TYSON:  Your Honor, at this point I'll object.  I

11   believe Dr. Halderman can testify to this, but he has not been

12   qualified as an expert at this point.

13             I would request to voir dire him before he gets into

14   his opinions.

15             THE COURT:  All right.  Is there more you would like

16   to do to elicit information regarding his expertise?

17             MR. ANDREU-VON EUW:  No, Your Honor.  I think we have

18   sufficient information.

19             THE COURT:  All right.

20             MR. TYSON:  Your Honor, could I request specifically

21   what the boundaries of what Dr. Halderman is being offered as

22   an expert in?

23             MR. VON EUW:  Dr. Halderman is being offered as an

24   expert in election security -- or election devices, and more

25   specifically, the security thereof and the security of election

 1    systems.

 2           THE COURT:  I'm sorry.  Before you speak, I think it

 3    looked like Mr. Cross had something he wanted to add.

 4           MR. CROSS:  I was just going to say, just because

 5    Christian hasn't lived through this case, Your Honor has

 6    certified him as an election security expert before, so the

 7    objection has long since been waived.  So I'm trying to

 8    understand where we are.

 9           MR. TYSON:  Your Honor, this is the first time we

10    have been at trial in this case, and I think Dr. Halderman,

11    under the rules, needs to be qualified as an expert to testify

12    here in trial.

13           MR. CROSS:  That's not how it works.  He's offered

14    testimony in this case in three different live hearings.  Not

15    once -- I don't think they have ever objected.  I think Your

16    Honor has certified him.

17           The idea that now he is no longer an expert

18    doesn't -- they have given this up.  This has long since been

19    waived unless they are going to say that something has happened

20    to him between the last verification that renders him no longer

21    an expert.

22           THE COURT:  Well, I think it is certainly strong

23    evidence of that, but I want to allow the defense counsel to

24    make his record.

25           MR. CROSS:  Okay.

```
 1              THE COURT:  If there is anything after the questions
 2   has been asked, of course, that plaintiffs' counsel wish to do
 3   to clarify or rehabilitate anything, you are welcome to do
 4   that.
 5              I would -- Christian, I would like you just to tell
 6   me so that I know what I'm calling -- what you go by in your
 7   last name -- because it is a hyphenated, long name, I want to
 8   know what would be best to ask you when I'm referring to you,
 9   which I feel like I will have to do and not just by plaintiffs'
10   counsel.
11              MR. ANDREU-VON EUW:  Your Honor, first, Christian is
12   fine, but Mr. Andreu will work as well.
13              THE COURT:  Mr. Andreu.  Okay.
14              MR. CROSS:  This is why I called him Christian, Your
15   Honor.
16              THE COURT:  Okay.  Well, but I don't call the rest of
17   you by your first name, so I'm not going to do that.
18              But, you know, if you want -- if I need to do the
19   whole thing, Christian Von Euw, is it?
20              MR. ANDREU-VON EUW:  I rarely say my whole name, Your
21   Honor.
22              THE COURT:  That's fine.  That's my question for the
23   day.
24              One other question:  My understanding -- but if it is
25   not correct, you should address it as you deem appropriate --
```

```
1     is that when you say that you're offering Dr. Halderman as an
2     expert in election system security, are you embracing within
3     that software security?
4              MR. ANDREU-VON EUW:  Yes.
5              THE COURT:  As well as equipment security?
6              MR. ANDREU-VON EUW:  The equipment, the protection of
7     the equipment, the software, everything inside it.
8              THE COURT:  Okay.  Is there anything else within
9     that, Dr. Halderman, that you think you should specifically
10    flag for purposes of clarity?
11             THE WITNESS:  Excuse me, Your Honor.
12             Specifically within?
13             THE COURT:  Well, that you are offered for -- as an
14    expert for -- with respect to election devices, election system
15    security.  I asked about software with security, and you said
16    yes.
17             And I didn't know if there was something else within
18    that that you consider as embraced within that or that needed
19    to be specifically identified that they agree with, obviously.
20             THE WITNESS:  Thank you, Your Honor.
21             Perhaps the cybersecurity and forensic aspects of
22    election systems.
23             MR. ANDREU-VON EUW:  Also, Your Honor, to be clear,
24    when I said election system security, that included physical
25    security to the extent that wasn't clear.
```

```
1              THE COURT:  You're getting very soft.

2              MR. ANDREU-VON EUW:  Excuse me.

3              THE COURT:  That's all right.  I heard it, but just

4    warning.

5              Cybersecurity and forensics elements of election

6    security, as I understood what you were saying.

7              MR. ANDREU-VON EUW:  Dr. Halderman?

8              THE COURT:  Dr. Halderman, yes.

9              THE WITNESS:  Yes.

10             THE COURT:  Yes.  Okay.

11             And there was one thing you added?

12             MR. ANDREU-VON EUW:  Yes.  Within election security

13   system, that includes physical security.

14             THE COURT:  And do you agree with that,

15   Dr. Halderman?

16             THE WITNESS:  Yes.

17             THE COURT:  Thank you.

18                     VOIR DIRE EXAMINATION

19   BY MR. TYSON:

20   Q.   Good afternoon, Dr. Halderman.

21   A.   It is nice to see you again, Mr. Tyson.

22   Q.   Good to see you as well.  It is a little bit warmer in

23   Georgia than I think it was in Michigan last week when we

24   were -- or week before when we were together.

25        Dr. Halderman, do you have any specialized training in the
```

1  analysis of risks outside of the context of cybersecurity?

2  **A.**   No.  My training is in cybersecurity.

3  **Q.**   Do you have any specialized training regarding the

4  administration of elections in Georgia?

5  **A.**   No.  Although I've reviewed election training material for

6  elections in Georgia.

7  **Q.**   And in forming your opinions or the areas of discussion in

8  this case, did you rely on the functioning of the malware that

9  you designed in your expert capacity?

10  **A.**   Can you repeat the question?

11      I'm not sure I understood.

12  **Q.**   Certainly.  In forming the opinions, your expert opinions

13  in this case, was one of the things that you relied on the

14  malware that you designed and put on to the Dominion

15  ballot-marking devices?

16  **A.**   I would -- I would say no.  The malware is a -- the

17  malware is a way of confirming and demonstrating the results

18  that I relied on with my testing.

19          MR. TYSON:  So, Your Honor, at this time, we would

20  not object to Dr. Halderman testifying as an expert in

21  cybersecurity.  We would object to any expert testimony

22  regarding the administration of elections in Georgia.

23          And at this time, we would also renew our prior

24  objection based on Rule 26 for lack of disclosure regarding the

25  malware and the software involved in Dr. Halderman's opinions.

1          And as we discussed, we provided a sealed declaration

2     to you and plaintiffs' counsel furthering the basis for that.

3          We understand the Court has ruled previously on this

4     issue.  But for purposes of perfecting the record, we wanted to

5     renew our objection before Dr. Halderman began offering

6     opinions.

7          THE COURT:  All right.  I will note for the record

8     that I received your sealed additional memorandum only today,

9     and, as agreed, I was not going to look at it until -- unless

10    you were actually offering it formally.  So I have not, and I

11    can't really address that.

12         MR. CROSS:  Your Honor, just to respond to the

13    Rule 26 objection, couple of quick points.  One, that objection

14    was waived.  So in the pretrial order, we identified the voting

15    equipment as Exhibit 487.

16         Your Honor might recall that what got us back to the

17    issue of them needing access to some of Dr. Halderman's source

18    code -- or to his source code, I guess, in general, was the

19    idea that when they saw that Exhibit 487 was there with the

20    equipment, they said, oh, it looks like you're going to do a

21    demonstration in court.  We said, yes, that is the plan.  They

22    said that's the reason they suddenly needed access to the

23    source code.

24         They do not have a Rule 26 objection to Exhibit 487,

25    even though they knew it was coming in for a demonstration, so

1    the objection is waived, first and foremost, Your Honor.

2         I'll also just note, Your Honor, of course, recalls

3    we also told them again on January 9th when we were going to do

4    a demonstration with Mr. Schoenberg, we were going to do this.

5    There was no Rule 26 objection or any objection, as I recall,

6    to Mr. -- Dr. Halderman doing a demonstration.

7         Your Honor may recall we learned about a case from

8    them just this morning.  State's counsel left out some

9    important parts of that decision, Your Honor.

10        First and foremost, the Court there, while it does

11   discuss about --

12        THE COURT:  What is the name --

13        MR. CROSS:  Oh, I'm sorry.

14        THE COURT:  For the record, can you tell us the name

15   of the --

16        MR. CROSS:  Yes, Your Honor.

17        This was the case Mr. Tyson cited, *Estate of Thompson*

18   *v. Kawasaki Heavy Industries*, and the citation is -- looks like

19   291 F.R.D. 297, and it is out of the District of Iowa in March

20   of 2013.

21        What Mr. Tyson did not share this morning is that the

22   court, over the objection that the demonstrative for expert

23   purposes was untimely, allowed the demonstrative to go in.  To

24   the extent there was even an issue, it was justified or

25   harmless.

1              And what the court also says, Your Honor, is, there

2    is no controlling authority on whether disclosure of

3    demonstrative -- which is in quotes -- demonstrative aids is

4    required pursuant to Rule 26(a)(2)(B)(3), and, in fact, it is

5    not.  When you look at the plain text of Rule 26 that they are

6    citing, it is exhibits, not demonstratives.  Exhibits that will

7    be used to summarize or support them, that has to be given at

8    the time of the report, which makes sense because that is

9    something we would seek to put into evidence.

10             Lastly, Your Honor, we did have some time, despite

11   learning about this just this morning, to take a quick look.  I

12   say we, the team.

13             Two decisions we would direct your attention to, Your

14   Honor, that I just got over the lunch break.  One is *SFF-TIR,*

15   *LLC v. Stephenson.*  It is in the District of Oklahoma, June of

16   2020.  And I have a Lexis cite, 2020 US District Lexis 98418.

17             Similarly there, there was an objection about

18   demonstratives being used with an expert, Your Honor.  In fact,

19   it was 54 demonstratives that were sought to be used at trial,

20   so something quite substantial beyond what we're talking about

21   here.

22             Again, the Court allowed it, and the reasoning holds

23   here.  The Court points out that the defendants' demonstrative

24   exhibits, 54 undisclosed demonstratives were permissible

25   because they were based -- they were not based on undisclosed

1    expert opinion, which, as you will see, is going to be the same

2    here.  They were based on admissible evidence, and they were

3    based on -- the substance of them already had been disclosed in

4    the expert report.

5            And so, essentially, what you'll see -- and this is

6    at star 69 to star 70 in the Lexis cite -- the Court finds that

7    the demonstratives themselves did not have to be disclosed

8    because they were simply another way to capture the analysis

9    and the opinions and the testimony that would come out, and

10   Your Honor will see that today in the trial.

11           And then at star 71, 72 the Court says, the

12   demonstrative exhibit is based on facts in the record, and thus

13   the court will not exclude the exhibit.

14           And you will see today that the same is true.

15           The second opinion, Your Honor, *PHT Holding I* -- I

16   think that's an "I" -- *LLC v.* -- it is *SEC.Life of Denver*

17   *Insurance Company.*  This is out of the District of Colorado in

18   February just last year.  In this one --

19           THE COURT:  What is the citation?

20           MR. CROSS:  Oh, sorry, yes.  It is another Lexis

21   cite.  2023, and the Lexis number is 145942.

22           Here, the demonstratives actually went further than

23   what we have been talking about.  The expert came in with

24   demonstratives that, quote, do not merely update schedules

25   previously disclosed to account for reasonably produced data.

1   They present new opinions.

2          So this is far beyond anything we're talking about

3   here.  As you'll hear from Dr. Halderman, he's simply going to

4   have a demonstrative that demonstrates his analysis and his

5   opinions.  Here, it was something entirely new, new opinions.

6          The court nonetheless allowed it and emphasized that

7   the court has to look at whether there's prejudice, whether it

8   is harmless.  And it says, even if to the extent the plaintiffs

9   should have disclosed the data in this format earlier pursuant

10  to Rule 26(a)(2)(B)(3), the failure to do so is harmless.

11         We have not found any decision, nor has the State

12  cited any decision, where a demonstrative was excluded under

13  Rule 26.  And again, Your Honor, the objection is long since

14  waived.

15         And let me hand up copies of the decisions so Your

16  Honor has them.

17         THE COURT:  Thank you.

18         MR. CROSS:  Sorry.  We had to compile this very

19  quickly in the meeting room.

20         And for reference for Your Honor, the initial waiver

21  of the Rule 26 is at Docket 1728.

22         THE COURT:  And this is one of the cases --

23         MR. CROSS:  Oh, there should be -- sorry.

24         I only have one copy of each.

25         THE COURT:  That's fine.

```
 1            MR. CROSS:  So I was referencing the pretrial order
 2    Docket 1728.  It is Page 206 of 847 on the docket pagination.
 3    It is Page 152 of the PDF.  And again, it is Exhibit 487, and
 4    there is no objection under Rule 26.
 5            THE COURT:  You're back.
 6               (There was a brief pause in the proceedings.)
 7            THE COURT:  Go ahead.
 8            MR. TYSON:  If I could respond briefly, Your Honor.
 9            THE COURT:  Yes.
10            MR. TYSON:  To the waiver point, just to briefly
11    recap, we had previously requested the underlying data
12    underlying Dr. Halderman's opinions in this case earlier.  As
13    the Court will recall, we had several discovery dispute
14    documents about that, ultimately allowed to wait for ruling on
15    those until after summary judgment because our key was going to
16    be dealing with this at trial.
17            We also filed a motion in limine regarding this
18    issue.  And to Mr. Cross' point that the pretrial order somehow
19    waived this issue on Page 2 of Docket 1728, we clearly
20    indicated that this motion regarding Dr. Halderman's data was
21    still pending at the time of the entry of the pretrial order,
22    so there was no waiver.
23            As the Court will recall, there was some additional
24    new software disclosed at the beginning of trial, and that led
25    to an additional review on Monday of this week.
```

1    Mr. Persinger's declaration was prepared immediately after that

2    to summarize the issues.

3            So we would submit that as a matter not of the

4    demonstrative issue but as a matter of Rule 26 disclosure,

5    since we did not receive the underlying data and the malware,

6    that Dr. Halderman should not be able to offer opinions on

7    that.

8            Ultimately, I think if the malware is nothing but a

9    demonstrative, then it is not evidence before the Court.  If it

10   is substantive evidence, then --

11           THE COURT:  Well, he's going to be testifying about

12   the malware.

13           MR. TYSON:  Well, then Rule 26 would apply, I think,

14   at that point, Your Honor.  We would request that Dr. Halderman

15   be limited on that point.

16           THE COURT:  All right.  Is there any other further

17   reply that you would like to give?

18           MR. CROSS:  Yes, Your Honor.

19           As Mr. Tyson just acknowledged, they made a decision

20   to wait to ask for this for trial.  This is the worst kind of

21   gotcha game.  If Your Honor were not to allow this, you would

22   set a precedent where a party can deliberately decide not to

23   pursue something in discovery that they asked for, and then

24   when you get to trial say, you should have voluntarily produced

25   this, affirmatively produced it even though we didn't follow

1   up.  We told the Court and you we didn't want it until trial.

2   Because you didn't give it to us until the timing in which we

3   asked for it, now you keep it out.

4          To the waiver point, Your Honor, Mr. Tyson's only

5   response to the waiver point is to say, well, they had filed a

6   motion in limine on his testimony.  The motion in limine has

7   nothing to do with the demonstrative.  In fact, the motion in

8   limine is premised on us doing a demonstrative.

9          Because this is how it played out.  They told Your

10  Honor in a hearing -- or in a pretrial conference in November

11  of last year that the only reason, the reason they were asking

12  for this discovery, is because they saw a demonstrative.  And

13  they said if we don't do the demonstrative that might resolve

14  it.  We offered that as a compromise.  We said we will not do

15  the demonstrative.  We can go forward and the parties don't

16  have to spend time and effort on this discovery.

17         They then did a complete reversal and said no, no,

18  no; even if you do the demonstrative, we still want this.

19         Point being, the whole premise of them filing the

20  motion in limine was to say they are going to do a

21  demonstrative; therefore, we're entitled to this discovery.  If

22  we don't get that discovery, his testimony should not come in.

23  It was never a discovery motion about doing a demonstrative.

24  It was always accepted he was doing this, and so the Rule 26

25  objection has long since been waived.

1          Lastly, Your Honor, Dr. Halderman did not say the

2   malware is not a demonstrative.  He said he is not relying on

3   it for his opinions.  But it is an input.  It is something he

4   has considered.  And it is highly valuable for the Court to

5   demonstrate that his opinions, contrary to what Secretary

6   Raffensperger has said, are, in fact, real world because he

7   will show you with this equipment from Fulton County,

8   configured as it is used in elections, exactly how someone

9   could walk into a voting booth in minutes, upload that malware,

10  and change elections.

11         So this is directly responsive to their defense in

12  this case that he is talking about something that can't be done

13  in the real world.

14         THE COURT:  Okay.  Well, thank you.

15         Consistent with my representation to counsel who were

16  directly involved in this and who had signed the

17  confidentiality agreement as to the review of the malware also,

18  I'm going to at this point move forward.

19         I'll look at the motion.  I hadn't because I told you

20  I wasn't going to look at it unless you told me it was still a

21  live matter.  I can't really be on the bench and be doing more

22  than having a cursory review of the decisions that are now

23  being presented, but --

24         So I think that wisest thing is to move forward.

25  We'll issue an order -- a written order since it is a matter of

1    some concern on the part of the defendants.  But I think given

2    how long this case has been going on and the difficulty of

3    getting any case to trial and moving through trial, it is

4    important to go ahead with his testimony at this point.

5            And to the extent that I rule in favor of the

6    defendants' motion or restrict some evidence, it will be

7    articulated at a subsequent -- in a subsequent order.

8    BY MR. ANDREU-VON EUW:

9    **Q.**   Dr. Halderman -- I'll move the microphone closer to myself

10   and then ask you a question.

11       Dr. Halderman, focusing on the ballot-marking device, what

12   did you do to determine if it had vulnerabilities?

13   **A.**   Yes.  So I applied a methodology called open-ended

14   vulnerability testing.  This is an established methodology

15   within the election security field for trying to understand at

16   the security posture of a piece of election equipment.

17       And what that consists of is first taking the software in

18   the device apart to understand its functionality and potential

19   vulnerabilities, then forming hypotheses about how those

20   vulnerabilities might be exploited, and then confirming those

21   hypotheses with experiments based on the data.

22       It is essentially a way of playing the role of an attacker

23   and trying to discover ways to compromise the equipment.

24       And, in general, this methodology considers the equipment

25   as it would be used in a real election and tries to find

1    vulnerabilities that would apply in that context.

2    **Q.**   Dr. Halderman, you said -- you mentioned taking the

3    software apart.  I want to make sure that was clear.

4         Did you receive any source code for this device?

5    **A.**   No, I did not.  This was what is known as black box

6    testing.  That is a testing methodology that doesn't benefit

7    from access to source code.

8         So it is certainly more work for the analyst.  There is

9    maybe more of a chance that the analysis will fail to find

10   certain vulnerabilities.

11        But on the other hand, it is perhaps a clearer view into

12   what a real attacker without access to source code could also

13   discover.

14   **Q.**   Putting aside source code, did you receive any -- any

15   software for this ballot-marking device other than the software

16   that was loaded inside the machine?

17   **A.**   I also received a copy of the version 5.5.10.32 software's

18   update that Georgia applied in the fall of 2020.

19   **Q.**   Okay.  Did you ever open up the ballot-marking device?

20   **A.**   No.  At no point did I open its chassis.

21   **Q.**   And this is the -- are you aware if this ICX device in

22   front of you -- if this type of device is publicly available?

23   **A.**   Well, Dominion doesn't sell them, to my knowledge, to

24   anyone who isn't a municipality.  However, ICX --

25             THE COURT:  You mean a municipality or a governmental

1    entity?

2         THE WITNESS:  Yes, a governmental entity.  Thank you.

3         However, an ICX was sold publicly on eBay within the

4    last two years.  It was purchased, in fact, by Harri Hursti who

5    is an election security expert who has previously testified in

6    this case.

7         And that ICX had been previously used in the State of

8    Michigan.

9    BY MR. ANDREU-VON EUW:

10   **Q.**   Have you personally seen that device?

11   **A.**   I have.

12   **Q.**   Do you know if anybody else has seen the device, the ICX

13   BMD that Harri Hursti purchased?

14   **A.**   Well, yes.  So Mr. Hursti runs an annual event called The

15   Voting Village, which is part of DEF CON, one of the world's

16   largest annual hacker conferences.  And Mr. Hursti this past

17   year in 2023 brought the ICX that he purchased to DEF CON and

18   made it available to attendees to perform testing on.

19   **Q.**   Turning back to your findings, Dr. Halderman, were your

20   findings reviewed by any Government agencies?

21   **A.**   My findings in this case, yes.  So from when I first

22   discovered the vulnerabilities, I thought it very important to

23   make sure this information was taken through what is known as a

24   responsible disclosure process.

25        That is a process that would get the information into the

1   hands of parties responsible for the design and operation of

2   the equipment.

3       And so in -- I believe it is January 2022, the Court

4   authorized the Curling Plaintiffs to send my report to CISA,

5   the Cybersecurity and Infrastructure Security Agency.  It is

6   the arm of the Department of Homeland Security that is

7   responsible for critical infrastructure and election security.

8       And I worked with CISA through its coordinated

9   vulnerability disclosure program to take the information

10  through responsible disclosure.

11  **Q.**  Can you turn to Tab 2 in your binder, please?

12  **A.**  As I'm looking at Tab 1, I remember one more important

13  thing about my background that I neglected to say, which is

14  that I also work as the -- I am also the co-chair of Michigan's

15  Election Security Advisory Commission by appointment of our

16  Secretary of State.

17      And I wouldn't want my friends at the Michigan Bureau of

18  Elections, who I talk to about that topic almost every other

19  week, to be angry at me for omitting them.

20  **Q.**  Thank you, Dr. Halderman.

21  **A.**  Tab 2.

22  **Q.**  Tab 2.

23      Do you recognize that document?

24  **A.**  Yes.

25  **Q.**  What is it?

**A.**   So this is a public vulnerability advisory that CISA produced after the coordinated vulnerability disclosure process was complete.

**Q.**   So was this the end result of your disclosure to CISA?

**A.**   That's --

MR. TYSON:  Your Honor, objection.  I just want to be clear for the record that as to this portion, I don't believe Dr. Halderman has a report covering CISA and its recommendations.

So as to this portion of his testimony, I think he can only testify as a fact witness, not as an expert.

THE COURT:  Well, I don't know that that is so, frankly.  He might not be an expert on the CISA advisory process.  But he -- certainly, given the scope of his qualifications in cybersecurity and his active role as an advisor to the Government, it would certainly -- it would seem he would have the expertise to be able to discuss the advisory opinion even if he can't -- and the opinion process even if he can't act as a representative of CISA itself.

So proceed with that understanding.

BY MR. ANDREU-VON EUW:

**Q.**   Sir, the CISA document, was this the end result of your disclosure process with CISA?

**A.**   Yes.

**Q.**   Does it reflect the vulnerabilities that you discovered?

1    **A.**   Yes, it does.

2          MR. ANDREU-VON EUW:  I would like to move this into

3    evidence as PX 0089.

4    BY MR. ANDREU-VON EUW:

5    **Q.**   Did you prepare a demonstrative summarizing the

6    vulnerabilities the suit CISA included in its advisory?

7          MR. TYSON:  Your Honor, I believe I get to object or

8    need to say whether I have an objection to Exhibit 89.

9          THE COURT:  That's fine.  Go ahead.

10         MR. TYSON:  Just one moment, Your Honor.  I want to

11   make sure I'm consulting the pretrial order.

12         First, Your Honor, I think we would say as to this

13   document, that if it formed part of the opinions of

14   Dr. Halderman in this case, it was not attached as an exhibit

15   to any of his reports in this case, so we would object on that

16   ground.

17         And then we would just object as a general hearsay

18   objection as to the other contents.

19         THE COURT:  All right.  Well, I think that the

20   witness can speak as a fact witness as to what is in the

21   advisory.  I don't know the nature of his interaction with CISA

22   other than providing the report, but -- and then you can ask

23   the witness in his expert capacity, what portions of his -- did

24   this adopt of his report or his findings.

25         MR. ANDREU-VON EUW:  Your Honor, I would also add

1  that this is a Government document, a public record, and it

2  serves as notice to the State for other reasons for

3  admissibility.

4            THE COURT:  When was it issued?

5            MR. ANDREU-VON EUW:  And again, there is no Rule 26

6  objection on the exhibit.

7            THE COURT:  That's fine, but it still doesn't

8  affect -- I'm not saying it can't come in.  I'm just explaining

9  how it can come in.

10           MR. ANDREU-VON EUW:  Understood, Your Honor.

11           THE COURT:  And so if you would just also give the

12 date of the report, if you would.  It probably might have been

13 referenced earlier, but just give the date.

14           MR. ANDREU-VON EUW:  The original release date on the

15 face of the document is June 3, 2022.

16           THE COURT:  Okay.  Very good.

17 BY MR. ANDREU-VON EUW:

18 **Q.**   Dr. Halderman, I may have asked you this already, but does

19 this disclosure summarize the vulnerabilities that you found?

20 **A.**   Yes, it does.

21 **Q.**   Did you prepare a demonstrative summarizing the

22 vulnerabilities that you found and CISA validated?

23 **A.**   Yes.

24 **Q.**   Sir, let me get in --

25           THE COURT:  You're saying you found and CISA found,

1    or CISA validated?

2              MR. ANDREU-VON EUW:  CISA validated.

3    BY MR. ANDREU-VON EUW:

4    Q.   Dr. Halderman --

5              THE COURT:  Yes.

6              MR. TYSON:  I'm sorry, Your Honor.  Could I briefly

7    review the demonstrative?  I haven't seen this document before.

8              THE COURT:  All right.  Go ahead.

9              When it says CVE under a heading there, what does CVE

10   reference?  That is to you.

11             THE WITNESS:  Your Honor, CVE, that stands for common

12   vulnerabilities and exposures.  CVE numbers are an

13   industry-wide form of tracking individual vulnerabilities in

14   technology products.

15             So these are numbers that were assigned by CISA after

16   they completed their process of validating each of the

17   vulnerabilities.

18             THE COURT:  So these are standardized codes, you're

19   saying?

20             THE WITNESS:  Those are unique --

21             THE COURT:  Language in the cybersecurity field?

22             Is that what you are saying?

23             THE WITNESS:  Yes.  To refer to this particular

24   vulnerability in the ICX, yes.

25             THE COURT:  All right.  Do you have any further --

```
 1              MR. TYSON:  So, Your Honor, I would just reiterate, I
 2    believe this falls outside the scope of any report
 3    Dr. Halderman has offered in this case, but we don't have any
 4    dispute about his summarizing the CISA exhibit.
 5              THE COURT:  All right.  Well, I'm going to allow him
 6    to proceed and overrule your objection to the extent I think it
 7    isn't valid at this juncture.
 8              MR. ANDREU-VON EUW:  You asked my next question, Your
 9    Honor.  I'll proceed from there.
10    BY MR. ANDREU-VON EUW:
11    Q.   Dr. Halderman, could you please demonstrate Vulnerability
12    Number 1.
13         Actually, first, can you please the read the vulnerability
14    as you have summarized it on the board?
15    A.   Yes.  So I have summarized each of the CISA
16    vulnerabilities because CISA's language is a little bit
17    jargony.
18         The first one is that safe mode is accessible and allows
19    installation of malware.
20    Q.   With the Court's permission, could you please step down to
21    the BMD and demonstrate CISA Vulnerability Number 1.
22              THE COURT:  I want to just make 100 percent sure I
23    understand what is going on here.
24              I understand the vulnerability in Number 1, and then
25    you give a -- and is the CVE code one that you ascribed or that
```

1    was ascribed in the review by IC -- by CISA?

2             THE WITNESS:  This a number that CISA has assigned,

3    and it refers to the specific problem rather than a class of

4    problems so you can reference the CISA advisory, and one of

5    these particular headings under it is going to say which CVE

6    number has been assigned to that.

7             THE COURT:  All right.  And in your experience in the

8    cybersecurity field, is that typical of what CISA does when it

9    is reviewing reports to it?

10            THE WITNESS:  Yes.  This is how coordinated

11   vulnerability disclosure typically works.

12            THE COURT:  All right.

13            THE WITNESS:  Once a vulnerability is confirmed and

14   validated, it is assigned a CVE number and published.

15            THE COURT:  And they were reviewing your work in that

16   connection when they identified this CVE number?

17            THE WITNESS:  So the way a program like this works is

18   the agency receives a report from the parties who have

19   discovered a vulnerability and then they confer with the

20   manufacturer of the product to confirm that that is how the

21   technology works and indeed a problem.  And then they --

22            THE COURT:  They being, again, the agency?

23            THE WITNESS:  CISA, in this case, would publish an

24   advisory on that -- on the basis of that investigation.

25   Sometimes they might have to do their own further technical

1    work as part of that; sometimes not.

2          THE COURT:  And if you would just explain a little

3    bit about the basis of your familiarity with the -- with the

4    CISA -- I guess its ICX process.

5          THE WITNESS:  I have taken vulnerabilities --

6    actually, numerous vulnerabilities through responsible

7    disclosure processes with -- in the course of my career.

8          I have also -- and having participated in the CISA

9    process in the course of this report involved spending

10   substantial time with them to make sure that as the discoverer

11   of the vulnerability, I understood the -- the process that they

12   were going to apply.

13         THE COURT:  And in working with CISA in terms of your

14   experience in the cybersecurity field professionally, is it --

15   is coordination or collaboration with CISA in conjunction with

16   this sort of vulnerability assessment accepted as a

17   responsible, integral part of your work as a cybersecurity

18   specialist?

19         THE WITNESS:  Oh, yes, absolutely.  Responsible

20   disclosure, for instance, through CVD programs like this, when

21   that is the appropriate means of disclosure for a particular

22   class of problems, is absolutely an integral part.

23         THE COURT:  Okay.

24   BY MR. ANDREU-VON EUW:

25   Q.   Dr. Halderman, I think this might be clear already from

1    the Court's question.

2         But just to be clear, does this demonstrative summarize

3    your own findings?

4    **A.**   Yes.

5    **Q.**   Does it summarize your own findings as reflected in your

6    expert report?

7    **A.**   Yes.

8    **Q.**   Thank you.

9              MR. ANDREU-VON EUW:  Your Honor, may I ask

10   Dr. Halderman to step down to the machine?

11             MR. TYSON:  And, Your Honor, could I take a position

12   so I can observe?

13             THE COURT:  Yes.

14             MR. TYSON:  And for the record, this is reflected --

15   this particular item is reflected step by step in

16   Dr. Halderman's report, so we don't have a problem with this

17   particular demonstrative.

18             THE COURT:  Okay.  Thank you.

19   BY MR. ANDREU-VON EUW:

20   **Q.**   Dr. Halderman, before you start --

21             THE COURT:  I think that's going to be a problem for

22   the -- this whole podium is moveable if you want to move it.

23                 **(There was a brief pause in the proceedings.)**

24             MR. McGUIRE:  Your Honor, may we observe as well,

25   please?

1           THE COURT:  Of course.

2           The only question I have relative to where you are

3    standing, Mr. Andreu, is, are you wanting to be so close to the

4    screen?  Is that why you are there as opposed to -- since I --

5    you could stand at the podium and move your --

6           MR. ANDREU-VON EUW:  I don't necessarily need to be

7    close to the screen, Your Honor, but I do need to be able to

8    observe it.

9           THE COURT:  To observe it.  All right.

10          Well, anyone else can also stand over here if you

11   wish.

12                    **(There was a brief pause in the proceedings.)**

13          THE WITNESS:  Your Honor, I'm afraid I may not be

14   able to stand in front of the screen if --

15          THE COURT:  I'm not worried about -- I can come over

16   here.  That's fine.

17          THE WITNESS:  I wish this was a little bit longer.

18          THE COURT:  But we have a portable microphone, don't

19   we?

20                    **(There was a brief pause in the proceedings.)**

21          THE WITNESS:  Maybe if I stand like this.

22                    **(There was a brief pause in the proceedings.)**

23          THE WITNESS:  Now if I face this way, you will be

24   able to hear.

25                    **(There was a brief pause in the proceedings.)**

1    BY MR. ANDREU-VON EUW:

2    **Q.**   Dr. Halderman --

3    **A.**   Yes.

4    **Q.**   -- before you start, I do have a few more questions for

5    you.

6        First, where did you get this ballot-marking device in

7    front of you, again?

8    **A.**   This is the ballot-marking device that was provided to the

9    Curling Plaintiffs by Fulton County under this Court's -- at

10   this Court's direction.

11   **Q.**   On the left side of the BMD, there is a sticker and some

12   sort of device.

13       Can you point to it and explain what it is?

14   **A.**   Yes.  It is -- over on this side, it is a state of Georgia

15   acceptance testing seal, and there is a small barrel seal.

16   They are both covering one of the compartments on the side of

17   the device.  These indicate that the machine has undergone

18   Georgia acceptance testing.

19   **Q.**   And those seals are not broken because you have never

20   opened the machine; correct?

21   **A.**   That's correct.

22   **Q.**   Is the machine configured in the same way as you received

23   it?

24   **A.**   It is configured in the same way that we received it from

25   Fulton County, except that I have updated the software as

Georgia did following Georgia's procedure to the .32 version

which was installed after Fulton County gave us the machine.

**Q.**   So it is configured in the same way it would be configured

for a Georgia voter?

**A.**   That's right.

**Q.**   And this machine hasn't been hacked, just to be clear;

correct?

**A.**   That is right.

**Q.**   It is not in a hacked state; right?

**A.**   It is not in a hacked state.

**Q.**   Okay.  Can you please demonstrate the first vulnerability

on your demonstrative?

**A.**   Mr. Andreu, can I borrow your pen --

**Q.**   Here you go.

**A.**   -- just a second?

**Q.**   Dr. Halderman, I saw you just put a pen behind the

machine.

What did you do?

**A.**   Yes.  So the first vulnerability as confirmed by CISA is

that by holding down the machine's power button, it is possible

to reboot the machine into what is called safe mode.  And that

power button is covered by a plastic door that is closed with a

tamper-evident seal.

However, there is a door -- a hole in that door where the

cables come out for the printer and the machine's power.  And

1    by inserting a tool through that door, it is possible to reach

2    the power button and hold it down.  And a pen works well

3    enough.  I just used your BIC pen here.  You can have it back.

4    **Q.**    And before we take -- return to --

5    **A.**    Now, that caused the machine to reboot into what is called

6    safe mode.  This is a mode that bypasses the normal Georgia

7    election software and allows you to get to the underlying

8    Android operating system.

9    **Q.**    And I think you might have just answered this, but what do

10   we see on screen right now?

11   **A.**    This is the Android desktop, and it is rotated.  I'm going

12   to just hit a button here to rotate it so it is right-side-up

13   so that maybe we can all see it just a little bit better.

14            MR. ANDREU-VON EUW:  Before we go any further, Tony,

15   can we get -- I think it is the first slide.  It is the

16   photograph.

17   BY MR. ANDREU-VON EUW:

18   **Q.**    Dr. Halderman, what do you see on the screen?

19   **A.**    So in the center, that is a photograph of what is behind

20   the plastic door.  The machine's power button is highlighted.

21   And then on the right is a picture of the door in a closed and

22   sealed state, and you can see the right side of the right-most

23   picture the hole through which the cables have to pass.

24   **Q.**    Sir, does the ballot-marked -- so what -- is there a seal

25   on the door in the picture?

**A.**   Yes.  It is a seal of the same type that are typically used in Georgia polling places.  It is called a strap seal.

**Q.**   Is the same --

MR. TYSON:  I'm sorry.  Your Honor, I would just move to strike that last answer.  I think there is a foundation for Dr. Halderman's knowledge of what seals are typically used in Georgia polling places.  I think that can be laid, but it hasn't been yet.

BY MR. ANDREU-VON EUW:

**Q.**   Dr. Halderman, are you familiar with how election equipment is sealed in Georgia?

**A.**   Yes, I have undertaken study of that question.

**Q.**   Okay.  Does the voting machine in front of you have a similar seal to the Georgia seal on the photograph?

**A.**   Yes, it does.

**Q.**   Did you cut, break, or in any way damage the seal as you demonstrated the hack?

**A.**   No, I didn't.

**Q.**   Can you estimate roughly how long it took you to boot the BMD in front of you into safe mode?

**A.**   It took just five or ten seconds to effectuate the reboot.

**Q.**   And I think you answered this a second ago, but what do we see on the screen right now?

**A.**   This is the Android desktop.

**Q.**   What version of Android is this?

**A.**   The machines run version of Android 5.1.

**Q.**   Do you know what the current version of Android is?

**A.**   Oh, I believe it is Android 14.

**Q.**   Do you know if Android 5 is still supported by its manufacturer?

**A.**   No, it is not.

**Q.**   Can you show us what one can do with this level of access?

**A.**   Sure.  So if I do this, I get the Android launcher, and this is a menu of different applications that are installed on the device.

**Q.**   Can you walk us through some of those applications, please?

**A.**   Well, here we have the file manager.  This is an application that will let me on-screen navigate through the files on the machine.  You can use that to copy or delete files or to open them up in an on-screen text editor and edit or even change the contents of the files on the screen.

       Here, we have the settings icon that allows you to change any of the operating systemwide settings or to remove or install software on the device.

       So through the settings application is one way that someone could directly install malware using this safe mode vulnerability.

       Here is another application, the terminal emulator, and that one is particularly powerful.

**Q.**   What does the terminal emulator allow you to do?

**A.**   Well, a terminal is a text-based interface to a computer that allows you to type in commands, usually more advanced commands than you can get to through a graphical interface, and the computer will respond with more text that indicates the result of the command that you have typed.

        Could I start it?

**Q.**   Yes.

**A.**   All right.  I'll start the term --

        THE COURT:  Stop there.

        MR. TYSON:  And, Your Honor, at this point we would object as beyond the scope of Rule 26 for this demonstration because there is not a discussion as I can find it in the report regarding the functioning of the terminal emulator and what it carries out.

        MR. ANDREU-VON EUW:  Your Honor, I'm just checking. Yes, I'm correct.  Section 8.3 discussed terminal emulator, and I quote, says, makes it easy for an attacker to install programs or to run automated commands for malicious purposes.

        MR. TYSON:  I apologize, Your Honor.  I'll withdraw that.  I see that section of the report now.  Thank you.

        THE COURT:  It is very understandable.  No problem.

BY MR. ANDREU-VON EUW:

**Q.**   Dr. Halderman, what is the most powerful command one can run with the terminal emulator?

1    **A.**   Well, among the most powerful commands is something called

2    SU, and that stands for superuser.  And the SU command is a way

3    of requesting that the computing device allow you and your

4    subsequent commands to essentially bypass the operating

5    system's normal security controls.

6    **Q.**   Is the SU command secret or unique to this device in any

7    way?

8    **A.**   No.  No.  This is a standard Unix operating environment

9    command.  It is probably since the 1970s.

10   **Q.**   What happens on a typical computer when one types SU?

11   **A.**   Well, typically --

12            MR. TYSON:  Your Honor, I'll just object.  I don't

13   believe there is discussion of a typical computer as part of

14   the Rule 26 report.

15            MR. ANDREU-VON EUW:  Your Honor, the report discloses

16   a normal Android terminal.  This -- normal Android terminals

17   have normal commands.  SU is typically included -- SU is

18   typically, if not always -- I don't know -- included, and this

19   is an example of what one can do with a standard Android

20   terminal, which we discussed.

21            COURT REPORTER:  I need you to slow down.

22            THE COURT:  Let the witness explain that and go

23   forward and explain why you think it is within --

24            MR. CROSS:  Your Honor, could I add one quick thing?

25            THE COURT:  Yes.

1          MR. CROSS:  I think it is important not to lose sight

2     that this equipment was provided by the State and Fulton

3     County, so this --

4          THE COURT:  Fulton County.

5          MR. CROSS:  Right, Fulton County.  Fair enough.  But

6     it is provided to counties by the state, as we know.  So I just

7     want to not lose sight of the fact that, unlike other

8     demonstrations where an expert might come with their own

9     equipment, the State presumably knows how their voting system

10    works.

11         MR. ANDREU-VON EUW:  And further, Your Honor, the

12    report does say that he is able to easily access, control, and

13    modify any part of data or software.  And he is explaining how

14    that is right now.

15         THE COURT:  All right.  Just keep that microphone

16    close to you.  Because, otherwise, the extent of having a

17    public court proceeding is going to be defeated by no one being

18    able to understand you, past counsel's row.  Thank you.

19         MR. ANDREU-VON EUW:  Thank you, Your Honor.

20    BY MR. ANDREU-VON EUW:

21    **Q.**   Dr. Halderman, what typically happens when one types the

22    SU command?

23    **A.**   Well, typically on a computer system, the computer would

24    challenge you for some secret password before allowing you to

25    receive that superuser level of access.

**Q.**   Is the password required in the case of the Dominion BMD?

**A.**   Could I run the command and show you?

**Q.**   Please.

**A.**   I'm going to hit the enter key on the on-screen keyboard which will cause the machine to execute the SU command.  All right.  And instead of asking for a password, it's displayed an on-screen prompt just asking, would I like to allow superuser access, allow or deny.  And I'm going to say allow.

And now the computer has responded by changing its prompt. It now says root and has a different character here at the end of the string.  That indicates that I have received root access, which is another name for superuser access to the device.

So now subsequent commands that I type will be able to bypass the security controls.

**Q.**   Dr. Halderman, what can you do with this root superuser access?

**A.**   Well, gosh, it -- superuser access would allow me to -- to read, to modify, or to change any of the data or software that is installed on the device.

**Q.**   Are there any limits to what you could do with a ballot -- to a ballot -- excuse me -- using this access?

**A.**   To the ballot data on the machine?  No.

**Q.**   Are there any limits to what you could do to the election software on the BMD with this access?

1    **A.**    No.

2    **Q.**    Are there any limits to what you could do to the operating

3    system of this BMD with this access?

4    **A.**    No.

5    **Q.**    And to be clear, you were -- sorry, you were going to say

6    something, Dr. Halderman?

7         To be clear, you received this access by sticking a BIC

8    pen in the back of the machine for three seconds; correct?

9    **A.**    It may have been five seconds.

10   **Q.**    Dr. Halderman, did you discover this vulnerability

11   yourself?

12   **A.**    Actually, no, I didn't discover this one myself.  I

13   actually first read about this on the US EAC's website.

14             THE COURT:  The US EAC is what?

15             THE WITNESS:  The EAC, that's the Election Assistance

16   Commission, the federal agency that is responsible for working

17   with state and local election offices.

18   BY MR. ANDREU-VON EUW:

19   **Q.**    And what did you see on the Election Assistance

20   Commission's website?

21   **A.**    The EAC published a technical advisory that Dominion

22   issued to its customers.  It is dated January of 2020.  I think

23   that is the first month that Georgia had deployed the Dominion

24   system.

25             MR. ANDREU-VON EUW:  Can we put this on screen,

1   please, Tony?  Next exhibit.  Next exhibit.

2   BY MR. ANDREU-VON EUW:

3   **Q.**   Dr. Halderman, can you turn to Tab 3 in your binder?

4   **A.**   That is --

5           MR. ANDREU-VON EUW:  Tony, it is the slide you had up

6   earlier before the --

7   BY MR. ANDREU-VON EUW:

8   **Q.**   Does Tab 3 contain the advisory you are referring about,

9   Dr. Halderman?

10  **A.**   Yes.  Yes, this is the advisory.

11  **Q.**   When is it dated?

12  **A.**   January 16, 2020.

13  **Q.**   What is the purpose of this advisory?

14  **A.**   The purpose, presumably, was to alert customers about

15  this -- this vulnerability.

16  **Q.**   Can you please read the first two -- can you please read

17  the first two sentences of the description in the advisory?

18          THE COURT:  Which one?  By EAC or by Dominion?

19          THE WITNESS:  By Dominion.

20          THE COURT:  Go ahead.

21          THE WITNESS:  It says a scenario exists when it is

22  possible to restart the ICX prime in, quote-unquote, safe mode

23  and access the Android menu.  If the mechanical power button

24  behind the ICX door is pressed, a power-down option is

25  presented.  At this point, if the power-down screen button is

1    pressed and held, the safe mode option is presented.

2    BY MR. ANDREU-VON EUW:

3    **Q.**    Is this what you did, Dr. Halderman?

4    **A.**    Yes.

5    **Q.**    Now, I know that the advisory is dated January 2022 [sic].

6          When did you receive the ballot-marking device?

7              THE COURT:  I think it is January --

8              THE WITNESS:  Of 2020.

9              THE COURT:  -- 2020, not 2022.

10             MR. ANDREU-VON EUW:  Thank you, Your Honor.

11             THE WITNESS:  I received the ballot-marking device in

12   August of 2020.

13   BY MR. ANDREU-VON EUW:

14   **Q.**    So this advisory is roughly half a year before you

15   received the device?

16   **A.**    That's correct.

17   **Q.**    Okay.  Did your demonstration right now demonstrate any

18   other vulnerabilities on the ten vulnerabilities on the board

19   in front of you?

20   **A.**    Yes.  It also demonstrated the second vulnerability on the

21   list, that the terminal is accessible and allows the

22   installation of malware.

23   **Q.**    And that is the one that was assigned CVE 2022-1741 by

24   CISA?

25   **A.**    That's right.

1   Q.   As of now, have you made any changes to the configuration

2   of this device in front of you?

3   A.   No.

4   Q.   Could one install malware from here alone?

5   A.   Yes.

6   Q.   Could we -- actually, before we talk more about malware,

7   could we step back and have you demonstrate the normal voting

8   process using this machine.

9   A.   Okay.  So to do that, I'll have to reboot the machine

10  again to exit safe mode.

11  Q.   Please do.

12  A.   So I'm going to type another command at the screen.  I'm

13  going to type the command reboot.  I'm going to press the

14  on-screen enter key, and the machine is going to reboot back

15  into its normal mode of operation.

16  Q.   Can you describe what is happening on-screen,

17  Dr. Halderman?

18  A.   The screen looks like -- maybe looks like an old PC.  As

19  it is booting up, it is black with some white characters.  Now

20  it says Dominion Voting.  And now we're going to briefly see

21  the Android desktop, and now the normal voting interface has

22  appeared on the screen.  It is the animation of a hand

23  inserting a card into a slot.

24  Q.   Is this machine ready to vote?

25  A.   It is almost ready to vote.  Since it just booted up, it

1    needs a poll worker to come along and enable voting.

2    **Q.**   Can you please show us how that is done?

3    **A.**   Sure.  So what a poll worker would typically do is take a

4    poll worker card -- this is a kind of Smart card with a

5    computer chip in it -- and insert it into this slot and then

6    enter an on-screen PIN and hit log in.

7        Now, the machine is going to ask me to confirm that the

8    clock is set correctly.  It looks right, and now everything

9    looks okay, so I can take out the card and the machine is ready

10   for voters to come along.

11   **Q.**   Can you please go through the voting process,

12   Dr. Halderman?

13   **A.**   Sure.  So a voter would be -- when they check in at the

14   polling place would receive another Smart card, a voter card

15   from a poll worker.  The voter card allows them to activate the

16   ballot-marking device and print a ballot.

17       So I'm going to put a voter card into the slot.  Okay.

18   Now, the machine is responding by displaying the ballot.

19   **Q.**   Can you please proceed to vote?

20   **A.**   Well, I'll just -- can I briefly describe that this ballot

21   is the November 2024 Fulton County ballot, it says, and this is

22   a ballot I have prepared for the demonstration.

23       All right.  If I move to the first screen of the ballot,

24   it is the -- for the president of the United States, and the

25   candidates on the ballot are George Washington and Benedict

1    Arnold.

2    **Q.**   Are you a Washington man or an Arnold man?

3    **A.**   I think every good-blooded American is a George Washington

4    fan.  So here, I'll vote for Washington.  For demonstration,

5    let me just skip over the remainder of the ballot.

6    **Q.**   Dr. Halderman, you just pressed a button.

7          Can you tell us --

8                THE COURT:  Wait a second.

9                MR. TYSON:  I'm sorry, Your Honor.  I was just going

10   to renew our objection.  I believe this ballot was prepared

11   after Dr. Halderman's report, so we would object to -- under

12   Rule 26 that this was not part of the opinions offered in his

13   report.

14               MR. ANDREU-VON EUW:  Your Honor, as we discussed

15   earlier, there were just changes made to names on ballots, and

16   this ballot was provided to defendant in electronic form.

17               MR. TYSON:  Your Honor, the ballot was provided to

18   us, I believe, Friday of last week.  We looked at the source

19   code on Monday of this week.

20               But our objection is that it was part of the basis of

21   his opinions and was not part of his July 2021 report but has

22   been created later.

23               MR. ANDREU-VON EUW:  And, Your Honor, the ballot is

24   illustrating the vulnerabilities that result from his opinions.

25   It is not the basis of his opinions.

```
1              THE COURT:  Your voice is trailing off.

2              MR. ANDREU-VON EUW:  Your Honor, I'm sorry.

3              The ballot illustrates the vulnerabilities found --

4    not even.  Is used to illustrate the vulnerabilities found in

5    his opinion.  It does not form the basis of his opinion.

6              THE COURT:  All right.  I overrule the objection.  I

7    think this is nothing new, frankly, in this case.  We have seen

8    this again and again.  I'm not saying this particular, but I

9    don't think that this is a surprise, and it is not the basis --

10   these documents are not the basis of his opinion.

11             But -- so go ahead and proceed.

12   BY MR. ANDREU-VON EUW:

13   Q.   Dr. Halderman, before the back-and-forth, you pressed a

14   button on the screen.

15        Can you tell us what you did?

16   A.   Yes.  I pressed the review button.  That just takes the

17   voter to the review screen which summarizes the voter's

18   selections.  And here on the review screen, it shows each

19   contest, and it shows for president of the United States that I

20   have selected George Washington.  I could touch that to go back

21   and change my selection, or I can touch a print ballot button

22   to print the ballot.

23   Q.   Can you please print the ballot?

24   A.   Sure.  I'll touch print ballot.

25        There is a confirmation.  Do I really want to print my
```

1    ballot?  Yes.  Right now, the printer comes to life and the

2    paper is coming out.

3    **Q.**    Can you please pick up the ballot that is printed and

4    describe what you see?

5    **A.**    Yes.  So the ballot says the title of the election, and it

6    has a large QR code, and then it has some text on it.  And in

7    this ballot style, the only part of the ballot that is

8    tabulated by the kind of ballot scanners used in Georgia is the

9    contents -- the digital contents of the QR code.

10        The text below is another form of summary of the voter's

11   selections.  It shows the name of each office and the selected

12   candidate, or it is supposed to.

13   **Q.**    Does the ballot reflect -- does the human readable text in

14   the ballot reflect your vote for George Washington?

15   **A.**    Well, voters might not take the time to review it.  But if

16   I read it, it says, for president of the United States, vote

17   for George Washington.

18        So that does reflect what I picked on-screen.

19   **Q.**    Do you know if the QR code on that ballot reflects your

20   vote for George Washington?

21   **A.**    If read by an appropriately configured scanner, it would,

22   yes.

23   **Q.**    So how would this ballot be tabulated?

24   **A.**    The voter would put it into a scanner, and the scanner

25   would read the QR code and extract the data from that, and it

1    is just the data in the QR code that would be tabulated through

2    the scanner.

3             MR. ANDREU-VON EUW:  I would like to move this ballot

4    into evidence as an exhibit.

5             MR. TYSON:  Your Honor, we would just object.  Either

6    this is a demonstrative or it is not, so we would object to it

7    being included in evidence.  Also on the grounds of relevance

8    because it is not from an actual Georgia election.  It is from

9    an election that Dr. Halderman created.

10            MR. ANDREU-VON EUW:  Your Honor, we can keep it as a

11   demonstrative.

12            THE COURT:  That's fine.

13            Would you just send this demonstrative that way

14   before it gets eaten up.  Give it to Harry.  That is the

15   most -- he is the anti-garbage.

16   BY MR. ANDREU-VON EUW:

17   **Q.**   Dr. Halderman, next, I want to talk about the third

18   vulnerability you discovered that was assigned.  This one was

19   assigned CVE 2022-1746.

20        And my first question is:  Where did you get the poll

21   worker card you used for this demonstration?

22   **A.**   Oh, so the poll worker card I just used is a card that I

23   created.  This is a counterfeit poll worker card.  And Fulton

24   County provided a poll worker card.  But rather than using it

25   for this demonstration, I'm using this counterfeit one.

1   **Q.**   Can you describe the process of making that card at a high

2   level, please?

3   **A.**   Yes.  So these are Smart cards.  They are just plastic

4   cards with a programmable computer chip in them.  And I bought

5   blank programmable Smart cards online, loaded them with some

6   software that I created, loaded the cards then with the

7   appropriate data, and that is the card that you see here.  It

8   is a poll worker card.

9   **Q.**   Roughly, how much did that card cost you, Dr. Halderman?

10  **A.**   These cards cost about $10 each.  You can get them from

11  numerous online stores.

12  **Q.**   Are there any restrictions on the sale or use of those

13  cards?

14  **A.**   No.

15  **Q.**   Did you need any special tools to make the counterfeit

16  poll worker card?

17  **A.**   Special tools?  Nothing exotic, just a USB Smart card

18  reader.  You can buy those for about $20 on Amazon.  It is a

19  commodity device.

20  **Q.**   Any restrictions on the sale or use of those commodity

21  devices?

22  **A.**   No.

23  **Q.**   Okay.  Now I want to talk next about the fourth

24  vulnerability on your list assigned CVE 2022-1747 by CISA.

25        Did you also make the voter card you used to vote,

1  Dr. Halderman?

2  **A.**   Yes.  The voter card that I used, I also made this as a

3  counterfeit voter card.  It is a very similar process.  It is

4  also a programmable Smart card that I loaded with my software.

5  **Q.**   Could that voter card be used on other BMDs besides the

6  one in front of you?

7  **A.**   If it was for the same election, this voter card -- for

8  the same election within the same county, the voter card would

9  function.

10 **Q.**   So your counterfeit voter cards could be used countywide?

11 **A.**   Yes.

12 **Q.**   Is the same true for the poll worker card you just showed

13 us?  Can your counterfeit poll worker cards be used countywide?

14 **A.**   Yes.

15 **Q.**   At the high level you described, was the poll worker card

16 made using the same process as the voter card?

17 **A.**   Yes.

18 **Q.**   Is the voter card you created different in any way from an

19 ordinary voter card a voter would use?

20 **A.**   Well, in a way, it is more powerful.  A normal voter card

21 is programmed to allow the voter to print one ballot and then

22 it is deactivated by the BMD.  My voter card ignores that

23 deactivation request, and so it allows you to print as many

24 ballots as you would like.

25 **Q.**   Could you demonstrate that by printing a second ballot,

1  please.

2  **A.**   Sure.

3  **Q.**   So again, you see the same screen sequence as before?

4        THE COURT:  Is that right?  It is the same sequence

5  on the ballot?

6        THE WITNESS:  Yes, that's right.  I just went through

7  the same thing, voted for George Washington again, and it came

8  out again a ballot for George Washington.

9  BY MR. ANDREU-VON EUW:

10 **Q.**   Okay.  Dr. Halderman, I want to turn now to the fifth

11 vulnerability on your list CVE 2022-1745.  I see -- I'll read

12 it out loud, and then I'll you ask a question.

13     It says anyone can forge technician cards for all BMDs

14 that allow installation of malware.

15     So as a starting point, can you tell us what a technician

16 card is?

17 **A.**   Yes.  So a technician card is the third kind of Smart card

18 for the ICX BMDs.  A technician card is sort of like a master

19 key.  It unlocks a technician menu from which service workers

20 at the county or Dominion personnel perform functions like

21 loading the ballot designs before an election or performing

22 software updates.

23 **Q.**   Did you prepare a counterfeit technician card as well?

24 **A.**   Yes, I did.

25 **Q.**   Can you show us how it is used?

1    **A.**   So I am inserting the technician card, and it is prompting

2    for an on-screen PIN.  My card will just ignore the PIN, so I'm

3    not going to bother typing anything.  And the machine has

4    unlocked, and it is displaying the technical administration

5    menu, and there is a prompt on-screen saying that menu is

6    unavailable while the poll is open.  But we can just say okay

7    and ignore that.

8    **Q.**   At a high level, can you describe -- can you tell us what

9    the technical administration menu is used for?

10   **A.**   So as I said, service workers, county personnel would use

11   this for things like -- things like updating the software or

12   loading data beforehand.  This has functions that are more

13   powerful than what a normal poll worker would have access to.

14   **Q.**   And you unlocked it in one second using a technician card

15   you created?

16   **A.**   That is right.

17   **Q.**   Can you show us what one can do from this technician menu?

18   **A.**   Sure.  So what I'm going to do here is I am going to hit

19   this button at the top of the screen that says exit.

20         I'm sorry to block your view, Mr. Tyson.

21              THE COURT:  That's fine.  Go ahead.

22                   **(There was a brief pause in the proceedings.)**

23              THE WITNESS:  It is asking if I want to exit the

24   application.  I'll say yes.  I'm going to touch something at

25   the bottom of the screen here.  And now we've gotten back to

1    the Android desktop.

2         We see all of the same stuff that we did when I

3    rebooted into safe mode.  I can touch here and go back to the

4    launcher.  And we have -- it is rotated a little bit, but we

5    have the same file manager, terminal, settings application.

6    All of that is accessible.

7    BY MR. ANDREU-VON EUW:

8    **Q.**   Can you access the same terminal application as you did a

9    minute ago with Vulnerability Number 1?

10   **A.**   Yes, I can.  Perhaps I'll rotate the screen for everyone's

11   benefit once again.

12        All right.  So I can go to the terminal and run my SU

13   again and say allow on the screen.  Now I have superuser

14   access.

15   **Q.**   So this is the same as before?

16        You now have full control of the BMD and everything on it;

17   correct?

18   **A.**   That's right.  And from this technician card that I was

19   able to make and without access to any secret information.

20        But the technician card, I should note, works on -- would

21   work on any BMD -- any ICX BMD running compatible software

22   anywhere.  It is not specific to Georgia, a county, or a

23   specific election.

24   **Q.**   Okay.  Now, again, this master key you created can be used

25   to change any ballots or any ballot files for any software;

1   correct?

2   **A.**   Yes.  So it can be used to gain superuser access and

3   change any data or software on the device.

4   **Q.**   On your report, you described automated commands.

5   **A.**   Yes.

6   **Q.**   Can automated commands be used to cause the machine to

7   print ballots that do not reflect the voter's intentions?

8   **A.**   Yes, they can.

9   **Q.**   And I think you said this, Dr. Halderman, but just to be

10  sure:  Did you need any nonpublic information to make the card,

11  the technician card?

12  **A.**   Remarkably, no.

13  **Q.**   Now, back -- could you please demonstrate the use of

14  automated terminal commands to cause the machine to print votes

15  that do not reflect the voter's intention?

16  **A.**   Yes.  And let me show you.  What I'm going to do, I'm

17  going to go back to the voting app.

18  **Q.**   One second, Dr. Halderman.

19       This is the voting screen as a voter would see it;

20  correct?

21  **A.**   Yes.  Now we're back to the voting screen.  I'm going to

22  put in another technician card I have prepared, and this one

23  I'm going to insert a few times.  You can see I'm pulling it

24  out and putting it back in.

25            THE COURT:  If you want us to hear you, we're not

1    hearing you.

2         THE WITNESS:  I say I have another technician card I

3    have prepared that I have removed and inserted now several

4    times in a row.  And --

5    BY MR. ANDREU-VON EUW:

6    **Q.**   Dr. Halderman, before you continue, as of now, is this

7    machine still configured as it would be in a normal election?

8    **A.**   Yes.

9    **Q.**   Okay.  Please continue.

10   **A.**   This is just very awkward with the microphone and the

11   screen, but I'm going to do my best.

12        So now I'm back in the technician menu.  I'm going to hit

13   exit at the top.  And what I'm going to do is I'm going to go

14   to the file manager and open the ICX's audit log file.  This is

15   one of the log files that the machine creates, and I'm going to

16   open it with the on-screen text editor.

17        What I have just done with the technician card is I have

18   loaded this technician card with the automated commands that I

19   want to run in a way that they appear in the audit log.  But

20   I'm going to open the audit log and edit it with the on-screen

21   text editor.

22        I'm actually going to highlight a portion that came from

23   my card and hit the cut button to move it to the machine's

24   clipboard.  And I'm going to save the audit log just to show

25   you that I can delete portions of the audit log with the

1    on-screen text editor.

2    **Q.**   Let me stop you there, Dr. Halderman.

3        So you just inserted using the card information you wanted

4    into a log and manually deleted information from a log;

5    correct?

6    **A.**   That is right.  That is right.  So if the card from -- the

7    technician card, one thing that the technician card can do is

8    provide just normal data that is going to become part of the

9    log file in the normal operation of the machine.

10       And I opened the log file in the text editor and was able

11   to copy that out.

12   **Q.**   Are there any limits on what you can add or remove to the

13   log files on the Dominion BMD?

14   **A.**   No.  With the text editor, you could select and cut or

15   delete log entries that would otherwise be evidence of some

16   malfeasance.

17   **Q.**   Could that be done programmatically?

18   **A.**   Yes, it could.

19   **Q.**   And could you please continue with your demonstration.

20   **A.**   All right.  We should have thought about this.  I'm

21   left-handed, so this is very awkward.

22          THE COURT:  Do you want to come over -- do you want

23   to come on the other side?

24          THE WITNESS:  Maybe what I'll do is --

25          THE COURT:  Do you want a chair there?

1          MR. ANDREU-VON EUW:  You can also just --

2          THE WITNESS:  I'm not sure I can reach the

3    microphone.  Maybe if I do this, this is going to --

4          THE COURT:  No, don't do that.  That doesn't help at

5    all.  That is too awkward.

6          THE WITNESS:  That is not going to help.  Excuse me.

7          Here is what I'm going to do now:  I'm going to go

8    and go back to the launcher and open the terminal again, and

9    now I am going to hold down my finger on the screen and paste

10   that snippet of command that I copied out of the log file, and

11   then I'm going to type just some very basic and short commands

12   to complete the function that I want to execute.

13         All right.  So you can see I'm still in superuser

14   mode, and I've pasted a command and then typed a few characters

15   afterwards.  And what this command that I have constructed will

16   do is it is telling the machine to take the other automated

17   commands out of the log file that were copied from my

18   technician card and execute them.

19   BY MR. ANDREU-VON EUW:

20   **Q.**   And to be clear, were those the commands that were

21   produced to the defendants as part of the code review?

22   **A.**   Yes, that is right.

23   **Q.**   Thank you.

24         What is the next step, Dr. Halderman?

25   **A.**   Now I'll press enter on the on-screen keyboard.  Okay.

1    Now the machine has responded with okay, indicating that the

2    modification is complete.

3    **Q.**   Could you go through the voting process one more time,

4    Dr. Halderman.

5    **A.**   Okay.  So now I'll exit back to the voting application.

6    Now, since this is restarted, we'll use the poll worker card to

7    activate.

8          All right.  Now we're back to voting.

9               MR. TYSON:  Your Honor, just before we proceed here,

10   I just wanted to object.  I believe the installation of malware

11   that is discussed in Dr. Halderman's report relates to USB

12   devices being connected to this.

13              I don't recall -- and I'm happy to be corrected on

14   this -- if there is a reference in his report to installation

15   of software via technician card alone.

16   BY MR. ANDREU-VON EUW:

17   **Q.**   Dr. Halderman, did you install any software right now?

18   **A.**   No, I didn't.  I just ran an automated command.  There is

19   no malicious software now resident on the machine.

20   **Q.**   And what did that command do?

21   **A.**   That command made changes to the ballot definition file on

22   the machine.

23   **Q.**   Okay.  Can you please continue to vote?

24   **A.**   All right.  So I'll put in my voter card once again.

25              All right.  We're back to the Fulton County November 2024

1   demonstration ballot, and again, we have for president Benedict

2   Arnold, George Washington.  I'll do George again.

3   **Q.**   Before you continue, you voted --

4             THE COURT:  Just a second.

5             MR. TYSON:  I'm sorry for that.

6             Again, Your Honor, I'll just renew my objection here.

7   I still don't see in Dr. Halderman's report where this method

8   of modifying a ballot definition file is part of his report in

9   this case.

10            MR. ANDREU-VON EUW:  Your Honor, I think I pointed to

11  one of the more poignant sections, and again, these exact

12  commands were produced to defendants.

13            THE COURT:  In the report or at another time?

14            MR. ANDREU-VON EUW:  The report discloses the use of

15  automated commands, and the commands were produced over the

16  course of the pretrial process.

17            MR. TYSON:  Could I have the reference where in the

18  report that is referenced?

19            MR. ANDREU-VON EUW:  It is what I read earlier,

20  Section 8.3.

21            Specifically, 8.3 says the terminal can be used to

22  access, control, or modify any part of the data or software.

23            The data was modified right here.

24            MR. TYSON:  And, Your Honor, we would -- again, we

25  would just object.  The reference is to modifying part of the

```
 1    data or software.  It is not part of any part of
 2    Dr. Halderman's report related to modifying the actual ballots
 3    that is being offered.
 4          We think this needs to be spelled out further in the
 5    report to be a sufficient Rule 26 disclosure.
 6          MR. ANDREU-VON EUW:  Your Honor, we think the
 7    disclosure is sufficient.
 8          THE COURT:  Okay.  Well, it is --
 9          MR. ANDREU-VON EUW:  And just to be clear, the ballot
10    is data on the machine, and we have disclosed the modification
11    of data quite expressly.
12          THE COURT:  Okay.  All right.  Well, I think it is
13    data on the machine.  So let's proceed.
14          THE WITNESS:  May I print the ballot?
15          We're back at the review screen, and I have a vote
16    for George Washington for president.
17    BY MR. ANDREU-VON EUW:
18    Q.    Please print.
19    A.    I say print the ballot.  All right.  And it has printed my
20    ballot.
21    Q.    Can you look at the human readable text and tell me what
22    vote it reflects?
23    A.    All right.  My read here, again, president of the United
24    States, vote for Benedict Arnold.
25    Q.    And, again, you voted for George Washington; right?
```

1   **A.**   I did.   The review screen isn't up anymore.   That

2   disappears when the paper comes out.

3        But yes, I voted for George Washington.

4   **Q.**   So if you weren't sure how you voted, you would have no

5   way to check at this point; correct?

6   **A.**   Or to prove to anyone else, that is right.

7   **Q.**   Okay.   Now, do you know if the QR code reflects a vote for

8   George Washington or Benedict Arnold?

9   **A.**   The QR code, if scanned on a normally configured scanner,

10   would also read as a vote for Benedict Arnold.

11   **Q.**   Do you know how this ballot would tabulate if it was put

12   into a scanner?

13   **A.**   As a vote for Benedict Arnold.

14   **Q.**   If this ballot was audited, would there be any signs to

15   indicate that that was not the vote intended by the voter?

16   **A.**   No.   Because all of the records of the voter's choice on

17   this ballot, the QR code, and the printed text say Benedict

18   Arnold.   They are the same.

19   **Q.**   Okay.   Dr. Halderman, why don't I let you take a seat and

20   we can continue testimony.

21        THE COURT:   Okay.   I'm going to allow a restroom

22   break for five minutes, and then we'll start.

23        Do you need any water?

24        Yes, you have it.

25        COURTROOM SECURITY OFFICER:   All rise.

```
 1              THE COURT:  If anyone needs to use the restroom, use
 2   it now.  We're going to start back right away.
 3              (A brief break was taken at 3:06 PM.)
 4              MR. ANDREU-VON EUW:  Proceed, Your Honor?
 5              THE COURT:  Yes.
 6              MR. ANDREU-VON EUW:  Before we continue, I would just
 7   like to move the Dominion advisory into evidence, Exhibit
 8   Number PX 602, I believe.
 9              MR. TYSON:  And, Your Honor, we would just object to
10   this Dominion advisory.  Dr. Halderman has testified he relied
11   on this for part of the design of his report but didn't attach
12   it as an exhibit or reference it.  So we don't think it is
13   proper.
14              We also believe it is hearsay as from Dominion.
15              MR. ANDREU-VON EUW:  It would take me a second to
16   find it for Mr. Tyson, but it is expressly cited in a footnote
17   in his report.
18              THE COURT:  All right.
19              MR. TYSON:  I'm sorry, Your Honor.  I'll take
20   counsel's representation on that.  We'll just then lodge only a
21   hearsay objection in that case.
22              THE COURT:  All right.
23   BY MR. ANDREU-VON EUW:
24   Q.   Dr. Halderman, is any kind of special training needed to
25   use the commands you just demonstrated?
```

1          MR. TYSON:  Your Honor, I'll object here in terms of

2    Dr. Halderman's ability to talk about the need for specialized

3    training.  I don't think that is covered in his report.

4          I'm happy to be corrected again.  I know it is a

5    lengthy report.

6          MR. ANDREU-VON EUW:  I think Dr. Halderman teaches

7    students as his profession.

8          THE COURT:  I think you have to ask him, what is the

9    basis for -- if you are saying that he doesn't -- it doesn't

10   require a specialized training, just ask him, does it require

11   specialized and what --

12   BY MR. ANDREU-VON EUW:

13   **Q.**  Dr. Halderman --

14         THE COURT:  -- based on his experience and --

15   BY MR. ANDREU-VON EUW:

16   **Q.**  Based on your experience as a professor and otherwise,

17   does -- is any specialized training needed to use the commands

18   you just used?

19   **A.**  Well, you might need specialized training to invent the

20   commands the first time.  But after that, you could just write

21   them out or make instructions for anyone and send anyone to a

22   polling place to interact with the machine.

23   **Q.**  Thank you.

24         And I want to ask you now, changing subjects,

25   Dr. Halderman, I believe it was Mr. Beaver earlier in this

1    trial testified about certain file size checks that are

2    performed to look for malware.

3         Did you review that portion of his testimony?

4    **A.**   I did.

5    **Q.**   Do you know if the attack you just demonstrated can be

6    detected by checks like the ones Mr. Beaver described?

7    **A.**   Well, the attack I just demonstrated doesn't change the

8    size of any file except for ones that naturally change sizes

9    the machine is operating.

10        So no, that wouldn't detect it.

11   **Q.**   Is the size of the ballot file you modified changed by

12   your attack?

13   **A.**   No, it is exactly the same size.

14   **Q.**   And to be clear, you mean it is the same size before it is

15   modified and after it is modified?

16   **A.**   Before and after.

17   **Q.**   Right.  Turning back to the list of vulnerabilities that

18   you disclosed to CISA, the sixth one is titled Alt-Tab Allows

19   Installation of Malware.  And the seventh is called Inadequate

20   Application Signing Allows Installation and Spreading of

21   Malware.

22        Did you prepare a video that demonstrates exploitation of

23   these vulnerabilities?

24   **A.**   Yes.

25   **Q.**   Does your video illustrate the use of malware described in

1   your report?

2   **A.**   Yes.

3   **Q.**   Was the code for that malware provided to defendants?

4   **A.**   Yes.

5   **Q.**   At a high level, can you tell us what the video shows?

6   **A.**   The video shows -- the video shows BMD running an

7   election.  Then an attacker attaches a malicious USB device

8   that uses these vulnerabilities to install malicious software

9   onto the BMD.  Then there are some subsequent votes, and we

10  scan all of the ballots through the Dominion scanner and show

11  the totals in the election.

12  **Q.**   Was the video taken in all one take?

13  **A.**   Yes.

14  **Q.**   So it is fully contiguous from one camera?

15  **A.**   Yes.

16  **Q.**   Does it accurately depict the process of installing

17  malware that exploits Vulnerability Number 6?

18  **A.**   Yes, it does.

19  **Q.**   Okay.  The video is almost 15 minutes long, so I'm just

20  going to ask you about a few short sections.

21          MR. ANDREU-VON EUW:  Tony, could we go to Segment 1,

22  which is at the 2 minute, 47 mark on the entire video, I

23  believe.

24          MR. TYSON:  Your Honor, before we get into this

25  particular demonstrative, I wanted to interpose an objection to

1    this video itself.

2            We have reviewed this demonstrative, and while --

3    unlike the other things we have just looked at which were

4    described in detail in Dr. Halderman's report, this particular

5    video, while the concepts are described in the report, the

6    steps that are taken in this video with this particular

7    election file and the particular election are not.

8            So we would lodge an objection under Rule 26

9    disclosure based on the case we cited earlier, *The Estate of*

10   *Thompson v. Kawasaki*, 291 F.R.D. 297313.

11           Mr. Cross is correct, the court ultimately allowed

12   that, but recognized that demonstrative evidence which

13   summarizes or supports an expert's opinion has to be contained

14   in the report.

15           The other case we can provide is *United States v.*

16   *NortonLifeLock*.  That is 2022 WL 278773 at page star 4.  That

17   is from the District of Columbia District Court on

18   January 31st, 2022.

19           MR. ANDREU-VON EUW:  Your Honor, I would note that

20   the steps depicted in the video shown in steps one through five

21   in Section 8.5 of Dr. Halderman's report -- I believe Mr. Tyson

22   was referring to the fact that the report doesn't say exactly

23   which ballot would be demonstrated -- would be used to

24   demonstrate those steps, but the steps are in the report.

25           THE COURT:  Does that modify your -- your position?

```
 1              MR. TYSON:  It doesn't, Your Honor.  Again, with the

 2    other items in the report, Dr. Halderman describes step by

 3    step.  With this particular demonstration, he discusses the

 4    concepts:  If I could install this device on the USB of the

 5    printer cable, I could have this result happen.

 6              But the specific method is not outlined in terms of

 7    this particular election file and election in this -- in the

 8    report.

 9              MR. ANDREU-VON EUW:  Your Honor, what Dr. Halderman

10    is demonstrating -- I'm sorry.

11              THE COURT:  I think that you can ask him to explain

12    and respond to that.  I think it would be more helpful than

13    have you describe it.

14              MR. ANDREU-VON EUW:  I agree, Your Honor.  Thank you.

15              THE COURT:  So if you can -- Dr. Halderman, if you

16    could address the difference, if there is any, between the way

17    you have handled the descriptions.

18              THE WITNESS:  The report describes the process by

19    which malware alters a ballot in great detail.  And this video

20    is showing that applied to not just any ballot but the

21    acceptance testing ballot that was provided to us with the

22    Fulton equipment.

23              THE COURT:  Are there any steps that you left out?

24              THE WITNESS:  No.

25              THE COURT:  All right.  Well, I think you can get at
```

1   these issues in cross-examination, and I'm going to allow him

2   to proceed.

3   BY MR. ANDREU-VON EUW:

4   **Q.**   Dr. Halderman, could you please review Section 8.5 in your

5   report in front of you before we start, and you may want to

6   review Section 8.4 as well.

7   **A.**   Yes.  So Section 8.4 explains in detail the steps of the

8   attack in a manual fashion, and Section 8.5 says that they can

9   be automated with a malicious USB device.

10  **Q.**   One second, Dr. Halderman.

11          MR. ANDREU-VON EUW:  Could you -- Tony, could we

12  please play the video.

13                    **(Playing of the videotape.)**

14  BY MR. ANDREU-VON EUW:

15  **Q.**   And, Dr. Halderman, could you explain what we're seeing on

16  the screen.

17          THE COURT:  Do you want them simultaneously, or are

18  you going to stop the --

19  BY MR. ANDREU-VON EUW:

20  **Q.**   Dr. Halderman, how would you prefer?

21  **A.**   Oh, I didn't see that it had started.  I would be happy to

22  talk over the video if you can go back to the beginning.

23     I think it will be -- all right.  So here we see the

24  Fulton ICX configured to run an election with the acceptance

25  testing ballot.

1        Now our attacker is going to reach behind the printer and

2   unplug the USB cable and plug it into an attack device.  This

3   is a device called a Bash Bunny.  It looks like a big USB

4   stick, but it is able to -- we're able to load it with a

5   sequence of commands that it will then send to the device as if

6   it were a keyboard.

7        Now the Bash Bunny is going to start -- if you can play

8   the video, the Bash Bunny will start driving the device, and

9   you can see that it is moving through a sequence of things on

10  the screen.  This is the USB device controlling it.

11       And it is going to go through and modify settings, as I

12  describe in the report.  It is going to then open a terminal,

13  get superuser access, and take steps to install malicious

14  software that is stored on that same USB device.

15       Now, the USB -- the malicious software is a version of the

16  ICX application that we have -- we have extracted from the

17  machine and slightly modified to add some malicious

18  functionality.  And the Bash Bunny device is installing the

19  malicious version of the application on the machine and

20  replacing the version that regularly would function.

21  **Q.**   Dr. Halderman, has anything been done by the attacker

22  other than connect a device to the USB cable?

23  **A.**   No.  In this case, the attacker only needs to attach the

24  device to the printer and to the USB cable, and the device will

25  automatically go through the remaining steps.

 1          Now it is finished with the attack, and it is restarting

 2     the election software.

 3     **Q.**   And no special --

 4               THE COURT:  Stop there.

 5               Just for those of us who don't live in a world of

 6     hacking ourselves, explain -- you're saying it has gone through

 7     the attack process, so you just --

 8               THE WITNESS:  Yes.

 9               THE COURT:  You loaded the software via the drive --

10     extra drive?

11               THE WITNESS:  Yes.

12               THE COURT:  Substituting it with --

13               THE WITNESS:  Yes.

14               THE COURT:  And then tell me what happened next.

15               THE WITNESS:  So the -- when the device is attached,

16     what it does is it goes to the -- it uses the settings app to

17     enable the installation of foreign applications.  Then it goes

18     to the terminal and uses the terminal to install -- to

19     uninstall the original app and install a malicious version of

20     the ICX app that is stored on the USB device.

21               So this device can both be a USB drive and an

22     automatic USB keyboard at the same time, and as a keyboard, it

23     just enters a series of keystrokes that are preloaded by the

24     attacker.

25               THE COURT:  And this can happen in the time period we

1    just saw?

2          THE WITNESS:  Yes.  It takes a little less than

3    two minutes.

4          And the end result is the election software on the

5    machine has now been changed to a version of the election

6    software that contains malicious code rewrote.

7          MR. ANDREU-VON EUW:  Shall I proceed, Your Honor?

8          THE COURT:  Yes.

9    BY MR. ANDREU-VON EUW:

10   **Q.**   And so there were no special cards or anything needed for

11   this attack other than that USB device; correct?

12   **A.**   Yes.  It is a device called a Bash Bunny.  It costs maybe

13   $100.  You can buy it online.  It is made for this kind of

14   hacking purpose.

15   **Q.**   So on the screen right here, Dr. Halderman, there is a

16   Bash Bunny connected to the end of a USB cable; correct?

17   **A.**   Yes.

18   **Q.**   Where does that USB cable connect to?

19   **A.**   Well, the other end of that USB cable connects to the BMD.

20   **Q.**   Why is the Bash Bunny connected to a cable as opposed to

21   the BMD itself?

22   **A.**   Well, so the USB ports on the BMD are behind sealed

23   plastic doors in order to make it so they are not accessible to

24   the voter during voting.  In other phases of the election

25   process, they might not be sealed, they could be directly

1 reachable.  But during voting, those doors are sealed.

2     But the other end of the USB cable that attaches the

3 printer to the USB -- excuse me.  There is a USB cable from one

4 of those ports that attaches to the back of the printer, and

5 the end of that cable that attaches to the printer is not

6 typically sealed to the printer.

7 **Q.**   Now, in the video, the Bash Bunny device is sitting on top

8 of the printer.

9     Is that -- go ahead.

10 **A.**   Yes.

11 **Q.**   The question is:  Is that what one would do if one were

12 trying to evade detection?

13 **A.**   Well, no.  Of course you could sit it back behind the

14 printer, for instance.

15 **Q.**   Do you have any opinion as to whether a voter could

16 connect the USB cable to the back of a printer without being

17 detected?

18 **A.**   It depends on the layout of the polling place.  But in

19 many Georgia polling places, there are privacy Shields that

20 surround the printer and BMD that would provide an opportunity

21 to tamper behind the printer without it being readily

22 observable.

23         MR. TYSON:  And, Your Honor, I'll move to strike the

24 last part of Dr. Halderman's answer regarding the typical setup

25 of a Georgia polling place.  We established he has no

1    specialized training or knowledge in Georgia election

2    administration, and I don't think there is a foundation for

3    observation of Georgia polling places that will allow him to

4    opine about what a typical Georgia polling place would be set

5    up as.

6    BY MR. ANDREU-VON EUW:

7    **Q.**   Dr. Halderman --

8         MR. ANDREU-VON EUW:  I think I can address this, Your

9    Honor.

10        THE COURT:  All right.

11   BY MR. ANDREU-VON EUW:

12   **Q.**   Dr. Halderman, are you familiar with the layout of polling

13   places in Georgia?

14   **A.**   I have undertaken a study of Georgia polling place

15   layouts.

16   **Q.**   Thank you.

17        THE COURT:  Well, what did you do?  I mean, there is

18   a lot of different places and people --

19        THE WITNESS:  Of course.  Of course.

20        THE COURT:  -- and lots of places do different

21   things.

22        THE WITNESS:  Of course.  So I -- what I did was I

23   reviewed all of the press photographs that I could find that

24   have been taken during elections in Georgia in polling places

25   to see what the layout would be.  I have also reviewed the --

1    the polling place -- the poll worker guide and other

2    documentation provided by the defendants.

3              THE COURT:  All right.  Well, I don't know that it is

4    an expertise, but he has a basis for his observation as to

5    there are at least some places.  I don't know that we know the

6    percentage of them from that in any way, but that will provide

7    secrecy to -- I guess is what you are saying to the -- to the

8    printer where you are trying to connect up the equipment; is

9    that right?

10             THE WITNESS:  Yes.

11             THE COURT:  All right.  But having been a voter

12   myself, I think that there are -- in a variety of locations,

13   there is a variety of arrangements that people end up facing.

14             THE WITNESS:  Oh, no doubt, and that is why I would

15   say that this is going to depend on the layout of the polling

16   place for sure.

17   BY MR. ANDREU-VON EUW:

18   Q.   Dr. Halderman, we also saw some activity on the ballots --

19   the marking device's screen as the Bash Bunny remote controlled

20   it.

21        Could that be seen by a poll worker?

22   A.   Potentially.  But because of the existence of privacy

23   shields around the BMD, it might also be easy for the -- it

24   might also be possible for the attacker to just shield the

25   screen with his or her body to make it so it would not be

1    readily apparent.

2        The issue is that if someone can see the screen, they can

3    likely see the voter's selections, either on the ballot or the

4    review screen, and so the -- in order to defend against that,

5    polling places are laid out so that the -- there is some amount

6    of privacy for the screen.

7    **Q.**   Turning back to the full video, Dr. Halderman, I think you

8    said there was voting that occurred on the screen on the video;

9    correct?

10   **A.**   Yes.

11   **Q.**   Does the video include the scanning and tabulation of that

12   voting?

13   **A.**   Yes, it does.

14   **Q.**   Actually, first, did you prepare a slide showing how the

15   votes were cast in the video just summarizing the screenshots?

16   **A.**   Yes.  Just summarizing what is in the video, that's right.

17   **Q.**   Are these images for the video of the five ballots that

18   were cast on this slide?

19   **A.**   Yes.

20   **Q.**   I want to focus you on the Sunday liquor sales race.

21       Can you tell me what the votes are for the Sunday liquor

22   sales race?

23   **A.**   So in that contest, there is a vote for yes on each of the

24   five ballots.

25   **Q.**   So that's five yeses and zero noes; correct?

1   **A.**   That is right.  And in the video, the voter votes yes on

2   the screen five times to produce these five ballots that say

3   yes in the ballot text.

4   **Q.**   Okay.

5           MR. ANDREU-VON EUW:  Tony, could we please go to

6   Segment 2 which corresponds to, I believe, 10 minute, 12 second

7   mark on the full video.

8   BY MR. ANDREU-VON EUW:

9   **Q.**   Can you tell us what this video depicts as we play it,

10   please, Dr. Halderman?

11   **A.**   So this video shows the --

12           MR. ANDREU-VON EUW:  Tony, can you press play?

13           THE WITNESS:  This video shows that scanner that

14   plaintiffs received from Fulton County.  It does not have any

15   kind of tampering or malware involved.  It is just running the

16   normal acceptance test election.

17           We're going to scan five ballots.  These five ballots

18   that I was just talking about, all yes on that liquor sales

19   question through the machine, and it is going to count those

20   ballots as it normally would by reading the QR codes.

21           All right.  That's the fifth ballot.

22   BY MR. ANDREU-VON EUW:

23   **Q.**   So, Dr. Halderman, is this scanner configured and

24   operating as it would be in a normal election?

25   **A.**   Yes.  And now there are a number of steps to close the

1   polls and ask the scanner to produce a poll tape showing the

2   results that it has determined from the ballots.  We'll go

3   through those now.

4   **Q.**   Those are the steps we're watching right now?

5   **A.**   Yes.  That is what is happening now.  This is just closing

6   the polls.

7       And again, no tampering with the scanner of any kind.

8   **Q.**   And what is happening now?

9   **A.**   Now the polls are closing, and the scanner is going to

10  print the poll tape showing the number of votes it counted for

11  each candidate.

12  **Q.**   So to be clear, the five ballots we saw a second ago with

13  yes votes for the Sunday liquor sales have been fed into the

14  scanner, and what we're seeing is the tabulation of those

15  votes; correct?

16  **A.**   That's right.  And it will print for each contest the

17  votes tabulated for each candidate.

18  **Q.**   Do you see the tabulation for the Sunday liquor sales

19  election on-screen?

20  **A.**   Yes, I do.

21  **Q.**   What is it?

22  **A.**   It says two votes for no, excuse me -- two votes for yes,

23  and three votes for no.

24  **Q.**   Does that reflect what was shown on the human readable

25  portion of the ballots that were scanned?

**A.**   No.  It should be five votes for yes and no votes for no.
And the scanner sees only two votes for yes and three votes for
no, so three of the yes votes have been changed to no votes.

**Q.**   How were the three yes votes changed to no votes?

**A.**   This is the effect of the malware that was installed onto
the scanner -- excuse me -- the malware that was installed onto
the BMD by the USB device.

**Q.**   Sir, I just want to be clear for the record.

     The scanner had no malware; correct?

**A.**   The scanner had no malware.  I just misspoke.  This is the
result of the malware that was installed onto the BMD by the
USB device.  It changed the QR codes on three of the ballots so
that they reflected votes for no instead of votes for yes in
that contest.

**Q.**   Have you made other versions of this malware --

          COURT REPORTER:  I couldn't understand you.

          MR. ANDREU-VON EUW:  I'm sorry.

BY MR. ANDREU-VON EUW:

**Q.**   Have you made other versions of this malware we just saw
demonstrated that changed both the QR code and the human
readable text?

**A.**   Yes.

**Q.**   And the attack we demonstrated earlier, that also changes
human readable text and the QR code; correct?

**A.**   Yes.  The attack I demonstrated on the BMD in front of me.

1  **Q.**   So focusing on human readable text, have you personally

2  done any research about how carefully voters review their

3  ballots?

4  **A.**   Yes, I have.

5  **Q.**   Can you summarize it, please?

6  **A.**   In a 2020 study, my team and I conducted a mock election

7  with around 250 people who we brought into a mock polling place

8  and asked to vote on a BMD that we had hacked to change one

9  selection on each printed ballot in the human readable text.

10      And we let those voters vote and didn't tell them that the

11  machine was hacked.  We just measured and recorded how many

12  people noticed a problem or reported it.

13  **Q.**   And what were your results?

14  **A.**   Approximately 93 percent of the participants in our base

15  case failed to notice that there was a problem with their

16  printed ballot, that one of the selections had been changed.

17  **Q.**   So only seven percent of the voters noticed that you had

18  changed their votes?

19  **A.**   A little bit less than seven percent in the base case.

20  **Q.**   Are you aware of any other research about how carefully

21  voters review their ballots?

22  **A.**   I have reviewed a study conducted by researchers at the

23  University of Georgia, I believe, in collaboration with the

24  Secretary of State's office where they observed polling places

25  in Georgia during the 2020 election to record how long voters

1    spent looking at their ballots before scanning them.

2    **Q.**   And what were the results of that study?

3    **A.**   The UGA study found that half of voters either didn't look

4    at the ballots at all or only briefly glanced at them, and only

5    about -- I believe about 20 percent of voters looked at the

6    ballots for five seconds or more.

7    **Q.**   In both studies, some voters reviewed ballots; fair?

8    **A.**   That is fair.

9    **Q.**   Now, if an error is caught by a few voters, won't that

10   cause poll workers to investigate?

11   **A.**   Well --

12          MR. TYSON:  Your Honor, I'll object here in terms of

13   Dr. Halderman's ability to opine on the actions of poll workers

14   if an error is brought to their attention.

15   BY MR. ANDREU-VON EUW:

16   **Q.**   Dr. Halderman, could you please summarize any knowledge

17   you have on how poll workers react to errors being reported.

18          THE COURT:  I think --

19          MR. TYSON:  Your Honor --

20          THE COURT:  I think you've got to lay the foundation

21   of -- for whatever he is going to be testifying about, or ask

22   him to explain the basis upon which he is -- whatever -- I

23   mean, I know what we've just said here.  But then the question

24   was that Mr. Tyson objected to, Your Honor, I'll object here in

25   terms of Dr. Halderman's ability to opine on the actions of

```
1    poll workers if an error is brought to their attention.

2           So the point is, is that he studied voter conduct.  I

3    guess what Mr. Tyson is suggesting is, how does he know how

4    voter -- poll workers would react to it?

5           MR. TYSON:  And, Your Honor, to be clear as well, I

6    also believe that it is beyond the scope of any reports

7    Dr. Halderman has provided in this case on the actions of poll

8    workers.

9           THE COURT:  All right.  You listened to this

10   colloquy, Dr. Halderman.

11          Is there anything that you can say that you think is

12   based on the information and studies that you've referenced in

13   the course of this case and in your report?

14          THE WITNESS:  Well, let me give an answer based on my

15   peer-reviewed study of voter verification behavior.

16          THE COURT:  You've referenced that in your study

17   here --

18          THE WITNESS:  It is referenced in my --

19          THE COURT:  -- that you submitted in this case?

20          THE WITNESS:  Yes, Your Honor.  It is referenced in

21   my report.

22          And one fact we reported in that study was that

23   voters in our experiment, when they did notice something was

24   wrong with the text of their ballot, they often blamed

25   themselves and they said, oh, I must have made a mistake while
```

1   voting on-screen.

2          They didn't -- it didn't occur to them that it might

3   be a malfunction or a hack of the machine.

4          And I would say on the basis of that behavior by

5   voters, I would also expect that poll workers would sometimes

6   erroneously conclude that voters made a mistake rather than

7   that the machine had malfunctioned if a voter reported such a

8   problem.

9          THE COURT:  All right.  But we have no way of

10   quantifying that at this point; right?

11          THE WITNESS:  I don't have quantification of that

12   that I'm offering.

13          THE COURT:  Your observation is obviously based on

14   your study.  It is just simply we don't have a quantification.

15   All right.

16   BY MR. ANDREU-VON EUW:

17   **Q.**   Dr. Halderman, could one design malware to take

18   advantage -- to avoid the risk of detection -- to minimize the

19   risk of detection?

20   **A.**   Yes.

21   **Q.**   How?

22   **A.**   Well, one way -- one way you could do that, which I have

23   programmed in malware -- some of the malware for this -- that

24   is the basis for my report does that.

25   **Q.**   How?

1   **A.**   Excuse me.  Some of the malware I created in the context

2   of the report does this.

3        Instead of cheating on every ballot, you could program

4   malware to cheat on every second ballot, every third ballot,

5   et cetera, something like that.  So that if a voter noticed a

6   problem and complained and then was instructed to go back to

7   the machine, try again, we'll see if it is a problem with the

8   machine.  When the voter repeated the same selections, the

9   ballot would come out correctly.

10  **Q.**   So for a close race, could one program malware to change

11  every tenth ballot, for example?

12  **A.**   Or even less frequently.

13  **Q.**   Any number one wanted?

14  **A.**   Yes.

15  **Q.**   I want to change topics slightly to hand-marked paper

16  ballots.

17       Do you have an opinion as to whether hand-marked paper

18  ballots have -- present more or less risk than Dominion

19  ballot-marking devices?

20            MR. TYSON:  Your Honor, I'll object here as beyond

21  the scope of Dr. Halderman's report.  I believe his report is

22  about vulnerabilities in the ballot-marking device system, not

23  about the relative degree of risk between different types of

24  election systems.

25            MR. ANDREU-VON EUW:  Your Honor, I can't say whether

1    he's done express comparison.  But within his declaration, he

2    has certainly presented opinions on the safety of a hand-marked

3    paper ballot.

4            THE COURT:  Can one of your group identify where that

5    is for the Court and for defense counsel?

6            MR. ANDREU-VON EUW:  Well, let me come back to this,

7    Your Honor.

8            THE COURT:  All right.

9            MR. ANDREU-VON EUW:  I want -- one second.  Let me

10   just step up and get my copy of the report, Your Honor.

11   BY MR. ANDREU-VON EUW:

12   **Q.**  So I want to turn back to the vulnerabilities that you

13   disclosed that we have up here on the demonstrative, sir.  I

14   want to turn now to the next two -- excuse me.

15        Going back to the video we just watched, can you please

16   explain what Vulnerability 6 is and how it relates to that

17   video?

18   **A.**  Yes.  So Vulnerability 6 is a vulnerability that is

19   present in the machines as a result of the software update

20   process that was applied to install the .32 version of the

21   Dominion software in Georgia.  Following that process leaves

22   the machine in a state where a keyboard device or a Bash Bunny

23   attached to a USB port can access the Android desktop and other

24   things by sending just the single keystroke, the Alt-Tab

25   keystroke.

1        And that's just like you would switch windows from one

2   window to another on a PC.  That keystroke has an analogous

3   function on the Android operating system on the BMD and allows

4   you to access the Android operating system.

5   **Q.**   And is that what the Bash Bunny did in the video?

6   **A.**   That is -- yes, that is the beginning of what the Bash

7   Bunny does to access Android.

8   **Q.**   Can you speak -- can you tell us what Vulnerability

9   Number 7 is and how it relates to the video we watched?

10  **A.**   Vulnerability 7 is that there isn't an effective

11  cryptographic protection in the ICX to validate that

12  applications installed on it actually are genuine software that

13  comes from Dominion.

14       As a result of that lack of application signing, a

15  modified version of the ICX application software can be

16  installed that will change the functioning of the device.

17  **Q.**   Thank you.

18       Now I want to turn to Vulnerabilities 8 and 9 that we have

19  in front of us that is CVE 2022-1743 and CVE 2022-1744.

20       And now, before we discuss the details, I want to step

21  back a little.

22       All of the vulnerability exploits you have demonstrated

23  thus far require physical access to a ballot-marking device;

24  correct?

25  **A.**   Yes, that's true.

1  **Q.**   Is there a way to use Vulnerabilities 8 and 9 to install

2  malware without anybody having physical access to the

3  ballot-marking device?

4  **A.**   Yes.  And for that reason, I think these vulnerabilities

5  are particularly concerning.

6  **Q.**   And how do they do that?

7  **A.**   These vulnerabilities provide a way to install malware by

8  piggybacking, essentially, on the normal pre-election processes

9  that are used to install the ballot information onto all of the

10  BMDs prior to an election.

11  **Q.**   Before we discuss the vulnerabilities and the malware, why

12  don't we go into that pre-election process.

13     Have you prepared a slide that allows you to describe this

14  process to us?

15  **A.**   Yes.

16        MR. ANDREU-VON EUW:  Can we see Slide Number 7, Tony?

17  BY MR. ANDREU-VON EUW:

18  **Q.**   Okay.  Can you please describe the normal pre-election

19  process, or at least the relevant parts for explaining how your

20  vulnerability exploit works?

21  **A.**   Yes.  So as I said, before every election, every BMD needs

22  to be loaded with what is called an election definition.  This

23  is information, data that tells the BMD what is on the ballot.

24     In Georgia, the election definitions for the entire state

25  are prepared by the Center for Election Systems at the

```
1    Secretary's office using an election management system
2    computer.  This is disconnected computers running Dominion
3    software.
4         From the Secretary's office, the election definition data
5    for each county is sent to the county, and the county loads
6    that data into its own election management system computer,
7    another disconnected computer, and then the county uses
8    Dominion software to burn the relevant data onto one or more
9    USB sticks that are used to copy the data to each ICX.
10   Q.   So by ICX, you mean the Dominion ballot-marking device?
11   A.   The ballot-marking device.
12   Q.   And so just to make sure I understand, generally, in
13   every -- every BMD in the county is loaded with the same
14   election definition file?
15   A.   Yes.
16   Q.   And in each county, that file comes from the same EMS
17   computer?
18   A.   The county's EMS.
19   Q.   And each county gets its file from the State's EMS
20   computer?
21   A.   Yes.
22   Q.   Can you please explain what Vulnerability Number 8 --
23   again, that is CVE 202-1743 [sic] is and how it relates to this
24   process?
25   A.   Yes.  This vulnerability is a flaw in the BMD's software
```

1   system that makes it possible for an attacker to -- that makes

2   it possible for an attacker to make certain modifications to

3   the ballot -- excuse me -- to the election definition file in a

4   way that allows the attacker to overwrite other files on the

5   BMD when the election definition is loaded.

6       So there's no readily observable thing that is wrong with

7   the election definition, but when the election definition is

8   loaded in the normal course of setting up the BMD for an

9   election, the attacker gets the ability to overwrite another

10  part of the data on the system.

11  **Q.**   Make sure I understood here, sir.

12      This vulnerability means that one can use an election

13  definition file to sneak a file anywhere onto the BMD; correct?

14  **A.**   To slip in this extra file into the election definition in

15  a way that it can overwrite some part of the BMD's memory that

16  is not the election definition itself.

17  **Q.**   Could you please explain what Vulnerability Number 9 is.

18  That is CVE 2022-1744.

19  **A.**   So Vulnerability 9 can be used in conjunction with

20  Vulnerability 8 to allow that specially modified election

21  definition file to execute malicious code and gain superuser

22  access on the BMD without even showing an on-screen prompt.

23  **Q.**   At a really high level, Vulnerabilities 8 and 9 means that

24  one can use the election definition file to sneak malware onto

25  a machine and replace or supplant the existing Dominion

1    software; is that fair?

2    **A.**    That is right.  It is possible to make particular changes

3    to an election definition file that will make it so when that

4    election definition file is loaded onto a BMD, the BMD will be

5    infected with malware from the election definition file.

6    **Q.**    Who would have the access as --

7        MR. ANDREU-VON EUW:  Tony, can we go back to Slide 7,

8    please?

9    BY MR. ANDREU-VON EUW:

10   **Q.**    Who would have the access necessary to get an infected

11   election definition file into the distribution chain you have

12   described?

13       MR. TYSON:  And, Your Honor, I'll object again on

14   disclosure.  I don't believe that topic is in Dr. Halderman's

15   report, and I don't think there is a foundation about his

16   knowledge of the various structures of who would have access to

17   these systems.

18       MR. ANDREU-VON EUW:  I think it is discussed in his

19   Coffee County declaration, at least, Your Honor.

20       THE COURT:  Do you want to look at it?

21       MR. TYSON:  I've got it right here.

22       THE COURT:  Is it in the -- I'm not sure where I have

23   it, but I have his report here.  I'm not sure I have that other

24   affidavit here.

25       I may.  Is it a number?

1              MR. TYSON:  And, Your Honor, to be clear, I believe

2     Paragraph 69 of Dr. Halderman's Coffee County declaration talks

3     about, for example, insiders.

4              But the question was, who would have the access

5     necessary to get an infected election definition file, which I

6     think is a broader question, so --

7              MR. ANDREU-VON EUW:  Thank you.

8              Maybe it is a poor question.  Let me ask a simpler

9     question.

10    BY MR. ANDREU-VON EUW:

11    Q.   Would election insiders have the access required to infect

12    an EMS or swap out the files -- excuse me.  Let me ask a clear

13    question.

14         Would election insiders have the access necessary to

15    insert an infected election definition file into the

16    distribution chain you described?

17    A.   Yes.

18    Q.   Okay.  Would outside parties who broke in or otherwise

19    obtained physical access to an EMS computer be able to insert

20    an infected definition file into the supply chain?

21    A.   Yes.

22    Q.   How would an election insider install malware on an EMS

23    using this technique?

24    A.   Excuse me.  Install malware on an EMS using --

25    Q.   I said -- yeah, how would an election insider install an

1    infected election definition file into the supply chain?  What

2    steps would they take?

3    **A.**   Well, an insider who was an insider who wanted to attack

4    the system -- so this would have to be someone dishonest --

5    would have the -- would simply replace the election definition

6    file on the county EMS with one that had been modified.

7         Now, that could mean copying the file out and having

8    someone more sophisticated modify it and then putting it back

9    in.  This would have to be done before the malware -- excuse

10   me -- the election definition was distributed to the BMDs.

11   **Q.**   Okay.  Now, earlier this week, Mr. Sterling said that the

12   State does logic and accuracy testing to protect from a bad

13   actor in the State.

14        Do you have a reaction to that?

15   **A.**   Yes.  So I think Mr. Sterling was acknowledging that it is

16   also at least a possibility that a dishonest insider at the --

17   with access to the Secretary of State's systems at the Center

18   for Election Systems could modify election definitions before

19   they were sent to counties.  That is my understanding of what

20   he was reacting to.  And he suggested that logic and accuracy

21   testing on the county level would defend against that.

22        I don't think logic and accuracy testing is at all an

23   effective countermeasure against that threat.  Although I think

24   it is commendable that he is at least considering the threat as

25   something that requires a countermeasure.

1   **Q.**   Why do you think that logic and accuracy testing is not

2   sufficient?

3   **A.**   So logic and accuracy testing, in general, can be defeated

4   by malware running on a voting device because there are many

5   different ways that you could program malware to either

6   recognize that -- to recognize that it is under test and only

7   cheat under circumstances that are not part of the L&A test.

8        In Georgia specifically, the logic and accuracy procedures

9   only require a single ballot to be cast on each ballot-marking

10   device and printed, and so a very simple way for malware to

11   avoid that test would be to not cheat until after the first

12   ballot had been cast.

13        And, in fact, the malware demonstrated in the video you

14   just saw waited until after the first ballot was cast after it

15   was installed to begin cheating just in case that was part of

16   an L&A test.

17        But more sophisticated malware could do things such as

18   just look at the date and time to see whether it was before or

19   during election day and only cheat if it was the middle of

20   election day, as one example.

21   **Q.**   How could remote attackers with no physical access install

22   an infected election definition file?

23   **A.**   I'm sorry.  I don't think I heard your question.

24   **Q.**   Could remote attackers with no physical access install an

25   infected election definition file?

1   **A.**   Without physical access to the EMS system, you mean?

2   **Q.**   Correct.

3   **A.**   Yes.  So that is also certainly a potential threat.  A

4   remote actor could try to exploit the vulnerabilities that

5   we've just been talking about to spread malware through the

6   election definition files by first infecting a county or state

7   election management system with a different form of malware

8   that would modify the files.  And that infection could be done,

9   for instance, using a Stuxnet style attack to try to spread

10  malware from some other internet-connected system to the EMS

11  computer on USB sticks that workers use to move data back and

12  forth.

13  **Q.**   What is a Stuxnet style attack?

14  **A.**   Well, Stuxnet famously was a form of computer malware

15  created to sabotage the Iranian nuclear enrichment program.  It

16  worked by -- the enrichment centrifuges were controlled by

17  computers that were not connected to any external networks,

18  much like the EMS computers are supposed to not be connected to

19  any external networks.

20  **Q.**   That's what has been described as air-gapped in this case

21  previously?

22  **A.**   Yes.

23  **Q.**   Okay.

24  **A.**   So the Stuxnet campaign spread -- the Stuxnet campaign

25  involved malware that was designed to infect USB sticks that

were connected to a computer that had the Stuxnet malware

running on them.  And then if those USB sticks were moved to

another computer, that computer would automatically and with no

user interaction become infected with the Stuxnet malware too.

So it spread as a kind of a computer worm or virus on USB

sticks into air-gapped environments and then proceeded to --

when it found it was on -- when it found it was in the

air-gapped environment that was being targeted, as part of the

sabotage campaign, the malware would proceed to execute other

commands that would disrupt the enrichment centrifuges.

**Q.**   So at a high level, USB sticks were used to infiltrate the

air gaps in Iran's nuclear enrichment computers?

**A.**   That is right.

**Q.**   Were you aware that during yesterday's hearing, Mr. Maggio

testified that SullivanStrickler tested the USB sticks they

used in Coffee County using antivirus from Kaspersky?

**A.**   I am aware.

THE COURT:  I didn't hear the last word.

MR. ANDREU-VON EUW:  Using USB software from -- using

antivirus software from Kaspersky.

And I would like to commend the court reporter for

getting that in the transcript last night.

THE COURT:  She's marvelous.

THE WITNESS:  Yes.  I did review that part of his

testimony.

1   BY MR. ANDREU-VON EUW:

2   **Q.**   Did it cause you concern?

3   **A.**   Yes.  It is concerning because at the time that the Coffee

4   County incident took place, well, the Kaspersky antivirus had

5   been -- already been banned from use on any federal government

6   agency computers because the -- the Russian-owned company was

7   regarded as a potential threat to national security.

8        Part of the concern is that it is antivirus software

9   specifically, and antivirus software has access to all of the

10  files and data on a computer necessarily for its operation.  It

11  also receives software updates on a very frequent basis; daily,

12  if not more often.

13       And so the concern with the Kaspersky tool was that it

14  might be possible for the company to remotely update instances

15  of that software in order to carry out a malicious campaign

16  against high-value targets.

17       So I think it is concerning that that software was used by

18  SullivanStrickler on devices from which USB sticks were being

19  directly attached to the Coffee County EMS.

20  **Q.**   So you said, just to summarize, antivirus software has

21  access to all of the files and all of the data on a computer

22  necessarily for its operation.

23       Can you explain that?

24  **A.**   Sure.  So an antivirus program needs to be able to inspect

25  the other files on your computer in order to tell whether they

1  contain viruses.  That requires a very permissive level of

2  access to the data on a computer, and it usually requires

3  access to external devices that are plugged into your computer.

4  Your computer's configuration will be such that the antivirus

5  software has -- essentially has superuser access to the

6  computer.

7  **Q.**   And you also said that antivirus software received

8  software updates on a very frequent basis -- excuse me --

9  daily, if not more often.

10      Can you explain why that is and why that concerns you?

11  **A.**   Antivirus software, in typical practice, is updated

12  frequently in order to allow the software to detect new threats

13  that have been discovered and analyzed by the antivirus

14  company.  And that takes the form of an antivirus definition

15  that gets delivered over the internet to the antivirus software

16  from the manufacturer.  But those antivirus definition files

17  can contain code updates for the antivirus software too to

18  change its functionality.

19  **Q.**   So in some -- the concern of the Kaspersky is that it is

20  software that has full control, essentially, over a computer

21  that is remotely controlled through updates by a Russian

22  company that could be potentially influenced or controlled by

23  the Russian government?

24  **A.**   That is my understanding of the basis for the federal

25  government prohibiting Kaspersky antivirus software on federal

1  computers, exactly that concern, that it was potentially a

2  threat to national security.

3  **Q.**   And how could Kaspersky antivirus software be used to

4  carry out a Stuxnet style attack?

5  **A.**   So it could be used to infect the SullivanStrickler

6  computer with malicious software that would then write -- that

7  would then infect USB sticks plugged into that computer, and

8  those infected USB sticks, if plugged into another computer,

9  would infect that other computer even if it was a disconnected

10 system with no network path to the rest of the world.

11 **Q.**   Now, are your opinions about the threats of advanced --

12      COURT REPORTER:  Please slow down.

13      MR. ANDREU-VON EUW:  Thank you.  I'll rephrase --

14 restate my question.

15 BY MR. ANDREU-VON EUW:

16 **Q.**   Are your opinions about the threat posed by advanced

17 actors, such as nation-states, limited to infection via

18 antivirus software?

19 **A.**   No.  There are other means by which such infection could

20 take place.  And, in fact, nation-states, unfortunately,

21 frequently do infect internet-connected computers via a variety

22 of methods.

23 **Q.**   Have you reviewed any evidence as to whether Georgia's EMS

24 servers are vulnerable to this sort of attack, all the sorts of

25 attacks we've been discussing in the context of

1    Vulnerabilities 8 and 9?

2    **A.**    Have I -- excuse me.

3    Can you state that again?

4    **Q.**    Yes.  Have you reviewed any evidence that informs your

5    opinion as to whether Georgia's EMS servers are vulnerable to

6    the types of remote attacks we've been discussing or any

7    attacks we've been discussing?

8    **A.**    Yes, I have.

9    **Q.**    What evidence did you review?

10    **A.**    I reviewed a copy of the Coffee County EMS server hard

11    drive that SullivanStrickler created and produced to the

12    Curling Plaintiffs.

13    **Q.**    Do you know how that hard drive image was obtained?

14    **A.**    It was obtained during the Coffee County incident.

15    **Q.**    Okay.  Did you prepare a slide summarizing your findings?

16    **A.**    I did.

17    MR. ANDREU-VON EUW:  Tony, can we have

18    Slide Number 8?

19    BY MR. ANDREU-VON EUW:

20    **Q.**    At a high level, what does this slide show?

21    **A.**    The plaintiffs asked me to review the EMS server hard

22    drive to understand whether there were vulnerabilities in the

23    system configuration that might allow attackers to compromise

24    the EMS, and this slide is a summary of vulnerabilities that I

25    identify.

1   **Q.**   Do any of the vulnerabilities listed on this slide raise

2   concerns with respect to access by insiders?

3   **A.**   Yes.  So the first three on that list at the Coffee County

4   EMS was configured in such a way that all of the normal users

5   used the same account with a single password.

6   **Q.**   Why is that a concern?

7   **A.**   Well, because if -- if one of those users did some action

8   that compromised the server, it wouldn't be possible to

9   identify which one.

10  **Q.**   Any other of these vulnerabilities raise concerns with

11  respect to access by insiders?

12  **A.**   Yes.  Vulnerability 2 on the list is that that shared user

13  account had what is called on Windows administrator access.

14  This is the Windows form of superuser access.  It had the

15  ability to override the operating system's security controls

16  and install new software, change the software, change any of

17  the data.

18       Vulnerability 3 is essentially equivalent to superuser

19  access over the database files that are the core repository for

20  the Dominion EMS software, which would give an analogous

21  ability to override the security controls and passwords that

22  are built into the Dominion software.

23            THE COURT:  And you're talking about somebody who is

24  in a management position who would have that type of direct

25  access to the database?

```
 1              THE WITNESS:  So it is not limited to someone in a

 2   management position.  It would be anyone who was a user who

 3   could log into the shared EMS account could get that ability to

 4   have direct database access just by opening a database

 5   management application that was installed on the PC.

 6   BY MR. ANDREU-VON EUW:

 7   Q.   Do any of the vulnerabilities here present concerns with

 8   respect to an insider with physical access but without

 9   permission to use the computers?

10   A.   Yes.  The -- the next two on the list do.

11        So the EMS was configured without encryption for the hard

12   drives and without what is called a BIOS password when the

13   computer starts.  As a result of this, someone who had physical

14   access to the EMS computer but not the password to log in could

15   bypass the password and be able to arbitrarily change any of

16   the files or programs, including changing election definition

17   files or infecting the EMS with malicious software.

18   Q.   Do any of these vulnerabilities raise concern with respect

19   to others -- with respect to remote attackers?

20   A.   Yes.  So the last three vulnerabilities on the list

21   include the fact that the Microsoft Windows installation on the

22   EMS server was a version of Windows that dated from -- I

23   believe it was 2015, and it had never received any security

24   patches in that time.

25        The antivirus software installed on the machine, Windows
```

1    Defender, had antivirus definitions that were more than a year

2    out of date, and as a result of that, the system contained a

3    large number of known and unpatched vulnerabilities and not

4    antivirus updates that would cover even known malware, let

5    alone malware specially crafted for the purpose of attacking

6    the server.

7         Among the vulnerabilities in Windows that were not patched

8    was a known vulnerability that Microsoft had categorized as

9    critical that would allow malicious software to automatically

10   launch and install itself from a USB stick, exactly the sort of

11   vulnerability that would enable a Stuxnet style attack if an

12   infected USB stick was attached.

13   **Q.**   So just to be clear, the EMS server you examined had a

14   known vulnerability about being specifically vulnerable to USB

15   attacks?

16   **A.**   Yes.  A known and unpatched vulnerability in Windows.

17   **Q.**   Did you see anything to indicate whether other counties

18   would have the same vulnerabilities?

19   **A.**   Yes.

20        MR. TYSON:  Your Honor, I'm sorry.  I'll object here.

21   I don't believe this is part of Dr. Halderman's Coffee County

22   declaration.  He's moving from Coffee County's EMS to all

23   Georgia EMSs, and I think we at least need foundation, and I

24   think it is beyond the scope of his reports.

25        MR. ANDREU-VON EUW:  Let me make my question a

1   littler clearer.

2   BY MR. ANDREU-VON EUW:

3   **Q.**   Did anything on the Coffee County EMS server give you any

4   reason to believe one way or the other whether other counties

5   would have the same vulnerabilities?

6   **A.**   Yes.  As I describe in my declaration about Coffee County,

7   I found evidence in the way the system was set up that suggests

8   county EMSs were created from a standard image or template, so

9   other county EMSs likely do share most or all of these

10  vulnerabilities.

11  **Q.**   Now, you also reviewed evidence about the Coffee County

12  intrusion more broadly than just one EMS server image; correct?

13  **A.**   Yes, I did.

14  **Q.**   Do you know what access the Coffee County intruders had --

15  what level access they had?

16  **A.**   Oh, they had a very great level of access.  The data that

17  they took included not only data from the EMS server, a

18  complete copy of the EMS server, but also a complete copy of

19  the central count scanner workstation of a laptop that was used

20  for ballot preparation or printing, I believe.

21       They took the most critical piece of the ICX BMD software.

22  They got a version of the software that operates the ballot

23  scanners.  They imaged numerous pieces of removable media,

24  including USB sticks and memory cards used with the election

25  equipment.

1       And beyond -- and this required attaching external

2  devices.  This would have required attaching external devices

3  to these different pieces of equipment, of the Poll Pads as

4  well.

5       So just from the data alone, you can tell that this was a

6  very large degree of access.

7  **Q.**   How does the access the Coffee County actors had compare

8  to the access you had?

9  **A.**   Well, it was significantly more access than I had.  I only

10  had access to this single BMD and single scanner from Fulton

11  County which were provided under the Court's authority before

12  they were ever used in a real Fulton County election and which

13  will, I hope, never be used in a real election in the future.

14      In contrast, in Coffee County, they had access to the live

15  election system, to systems that had real voter data, and not

16  only to a single BMD and scanner, but to the EMS itself.

17      I never received access to Georgia EMS Image until after

18  the -- after the Coffee County incident came to light.

19      And so they had much more access, a much more dangerous

20  kind of access.

21  **Q.**   In your opinion, has the theft and distribution of data in

22  Coffee County affected the security of future Georgia

23  elections?

24  **A.**   Well, yes.  And this is what is dangerous about it, that

25  the access in Coffee County -- well, unfortunately, the -- we

now know that the data from Coffee County that was taken has been distributed to a large group of -- a large group of people.  Probably the total number of people who received copies is impossible to determine because individuals involved shared their passwords or may have further disseminated the data.

But the data that they took -- the data that they took would be sufficient to rediscover really almost any of the attacks, maybe any of the attacks -- excuse me -- any of the vulnerabilities that CISA has validated here.  There are potentially -- the data would also allow the attackers to study Georgia's exact configuration of the EMS and other equipment to replicate that configuration and then to develop and test malware or exploits for these vulnerabilities at their leisure.

And that infiltration, the incident in Coffee County took place what -- it has been three years now since that incident took place.  It is far, far more time than I had to work with any of the equipment.

**Q.**    Dr. Halderman, do you have any opinion on the ways Georgia could mitigate the vulnerabilities you have identified and CISA validated?

**A.**    Pardon me?  Can you say that again?

**Q.**    Yeah.  Do you have an opinion on the ways Georgia could mitigate the vulnerabilities you have identified?

**A.**    Could mitigate the vulnerabilities?

1   Q.   Yes.  Yes.

2   A.   Well, the -- I think the vulnerabilities -- the

3   vulnerabilities that are described in my report, the way -- the

4   way that Georgia could mitigate them most directly would be by

5   adopting a system involving hand-marked paper ballots which

6   then couldn't be altered by malicious software on the BMDs.  By

7   minimizing the use of BMDs and relying on them only for voters

8   who need them, Georgia could make the BMDs much less of a

9   target, and that would be protective of people who still need

10  to use the BMDs even if they are -- the risks or the

11  vulnerabilities remained as they are now.

12  Q.   Thank you.

13       We almost missed the last entry on your list of

14  vulnerabilities.

15       Can you explain Vulnerability Number 10, CISA CVE

16  Number 2022-1740?

17  A.   Yes.  So this is another vulnerability in the design of

18  the ICX.  The ICX provides certain functions for the purpose of

19  verifying whether the software that is installed has been -- is

20  the genuine software or whether it may have been replaced with

21  malicious software.  This vulnerability is that those

22  mechanisms don't work.  There is a way for malicious software

23  to lie about its presence on the system and evade those methods

24  of detection.

25  Q.   You identified a number of vulnerabilities in these BMDs.

1        Do you have any opinions as to whether there are other

2   vulnerabilities?

3   **A.**   Oh, yes, I'm quite certain that there must be other

4   vulnerabilities that I haven't identified.

5        So my methodology -- my methodology cannot exhaustively

6   find all of the vulnerabilities in such a system, but moreover,

7   I had limited time to work with the device before my expert

8   report was done.

9        Once I found a vulnerability of note affecting a certain

10  component or subsystem of the device, I moved on to look at

11  other components rather than trying to find more that might be

12  equivalent and affected that original component.  It would take

13  much more time and many more resources to hope to find all of

14  the vulnerabilities affecting it.

15       And I'll note that my original plan was to first find all

16  of the vulnerabilities that I could in the time available

17  without opening the device and then to open it and proceed to

18  look for even more things, but I never got to that second step

19  of looking at vulnerabilities that one could find after opening

20  the device.

21  **Q.**   Were you here for opening statements?

22  **A.**   I was.

23  **Q.**   Do you recall that in opening statement Mr. Tyson listed

24  other jurisdictions that used BMDs for in-person voting?

25  **A.**   Yes.

1    **Q.**   You listed, I believe, Los Angeles and San Diego,

2    California, and then South Carolina, Arkansas, and huge

3    portions of Texas; correct?

4    **A.**   Yes.

5    **Q.**   Do any of these jurisdictions use Dominion BMDs as their

6    primary form of voting?

7    **A.**   No.

8    **Q.**   Do you know how many counties do use Dominion BMDs --

9    Dominion ICX BMDs as the primary form of voting?

10   **A.**   I reviewed the latest data from Verified Voting, and it

11   appears that outside of Georgia, there are only seven counties

12   in the United States that use the ICX as the primary form of

13   voting.

14           MR. TYSON:  And, Your Honor, I'll just move to strike

15   that answer.  Dr. Halderman indicated he is relying on another

16   source for that information.  I think we need to bring that

17   source in if he is going to rely on that for his testimony.

18           THE COURT:  Okay.  Well, I feel sure he is going to

19   still be here tomorrow, so maybe he can bring that source to

20   light then and share it beforehand with all counsel and the

21   Court.

22           MR. ANDREU-VON EUW:  We can do that, Your Honor.

23   BY MR. ANDREU-VON EUW:

24   **Q.**   So, Your Honor -- excuse me -- Dr. Halderman, in closing,

25   who could implement the hacks you designed in future elections?

**A.**   Well, so the attacks that -- the kinds of attacks that I described might take someone technical to develop, but once the attacks are developed by someone technical, they could recruit almost anyone to implement them and put them into practice. And, frankly, you know, we worry about -- we have worried about things like nation-state threats to voting for a long time, but those are not the only threats that election systems base.

Beyond the nation-state wanting to perhaps change results, there are all kinds of politically motivated attackers who would be glad to affect a result, but even happier or as happy just to cause chaos.

So what really keeps me up at night -- one of the things that really keeps me up at night is looking at just how easy to attack this system can be for someone, potentially even a voter, to walk up to it with a pen, stick in a card, something like that.

Well, what keeps me up at night is, what if some fanatics on the internet, you know, recruit a few dozen people to go around a state like Georgia on election day and program BMDs even in a simple way that will really visibly swap votes?

Well, what would the result be?  It would be chaos, and it would take tremendous work to figure out the full scope of that chaos.  You would have to go and inspect every single BMD to see if something was wrong.  And you probably couldn't know for sure, even with a careful inspection, how many BMDs have

1    actually been affected.

2        And if just one BMD at a polling place has been

3    malfunctioning, maybe eventually some voter notices something

4    is wrong, but by that time, voters' ballots will be in a ballot

5    box from people who didn't notice the problem.

6        And you can't go back and fix that.  The entire -- any

7    ballot in the whole polling place might have been affected.

8        So all of these things worry me, Mr. Andreu, just how easy

9    this machine is to tamper with.  It is so far from what would

10   be a secure system.

11           MR. ANDREU-VON EUW:  Thank you, Dr. Halderman.  I

12   have no further questions for you.

13           THE COURT:  Do you need a restroom break?

14           THE WITNESS:  Please.

15           THE COURT:  Okay.

16           MR. CROSS:  Your Honor, before we do that, could I

17   just respond real quickly to Mr. Tyson?

18           We had another case dropped on us, but we did find

19   it.  It was -- *United States v. NortonLifeLock* is the one you

20   cited; right, Bryan?

21           MR. TYSON:  That's right.

22           MR. CROSS:  So we took a look at this, Your Honor.

23   Again, it is nowhere near on point.  The objection there had

24   nothing to do with it being a demonstrative.  The objection

25   there was that the demonstrative had an entirely new damages

1    calculation.

2          So it wasn't that it was a demonstrative, it was the

3    substance of it, which the court did keep out because it was an

4    entirely new opinion and an entirely new approach.  There has

5    been no suggestion of that here.

6          In fact, Mr. Tyson acknowledged in his objection, his

7    words, the concepts -- the opinions in these demonstratives are

8    fully captured in the report.

9          And we did find another case.  I'm going to spell

10   this because I don't know how to say it -- *Z-A-U-K-A-R v.*

11   *United States.*  This is from January 21 of 2022, in Alaska,

12   where the court directly rejects the State's position here,

13   which, again, is clear on the face of Rule 26 because it talks

14   about exhibits, not demonstratives.

15         But the Court says demonstrative exhibits that merely

16   support an expert's analysis or demonstrate existing expert

17   opinion in the record do not fall within the scope of

18   Rule 26(a)(2)(B)'s pretrial disclosure requirements.

19         The Court then goes on to reject an objection under

20   that rule to a demonstrative and indicates the Court will

21   consider the demonstrative for demonstrative purposes as we

22   have sought here.

23              THE COURT:  And what is the citation?

24              MR. CROSS:  Oh, yes, thank you, Your Honor.

25              It is -- it is 2022 Westlaw, WL, 198714.  That

1    discussion is at the end of the case at star 8, Your Honor.

2            Judge, I can give you the decision if I can approach.

3            THE COURT:  Thank you.

4            All right.  We're going to take a break of a few

5    minutes.  I saw that Mr. Oles had something he wanted to say,

6    but I had directed that he talk with other counsel before he

7    proceeds.

8            Anything else before we turn it over to you?

9            MR. TYSON:  Your Honor, I was just going to note that

10   I'm definitely not going to finish today.

11           THE COURT:  I know that.

12           MR. TYSON:  So I was wondering, do you want me to

13   take the evening and see if I can shorten this up and start in

14   the morning?  Do you want me to see how far I can get?

15           I hate to stop in the middle of cross if we can, but

16   I'll take the Court's direction on that.

17           MR. CROSS:  We should start today, Your Honor,

18   because we want to wrap our case up tomorrow, and we still have

19   got an hour.  We need to get done today.

20           THE COURT:  All right.

21           MR. CROSS:  Thank you, your Honor.

22           MR. BELINFANTE:  Your Honor --

23           THE COURT:  Yes.

24           MR. BELINFANTE:  -- given what Mr. Cross indicated, I

25   would like to raise a housekeeping matter that I think we've

```
1    discussed internally and have very limited conversation with

2    the other side about.

3            Tomorrow seems relatively unpredictable given the

4    list of witnesses that would be there.  One thing we would like

5    the Court to consider is that the State would not be expected

6    to start its case until Monday.

7            THE COURT:  That's fine.

8            MR. CROSS:  And we don't have an objection to that

9    given where we are.

10           THE COURT:  I didn't expect that, that you would.

11           MR. CROSS:  That's fine.

12           MR. BELINFANTE:  Thank you, Your Honor.

13           THE COURT:  I just expected the cross-examination to

14   go for a substantial amount of time and the redirect to go, and

15   I don't know whether you have any other witnesses after this.

16           MR. CROSS:  We have two experts, at least one

17   plaintiff.

18           THE COURT:  Yeah.

19           MR. CROSS:  The two plaintiffs are short, the two

20   experts --

21           THE COURT:  All right.  Okay.

22           MR. CROSS:  Thank you, Your Honor.

23           THE COURT:  Let's take a five-minute break.

24               (A brief break was taken at 4:33 PM.)

25           THE COURT:  Have a seat.  Let me just say it is 20 of
```

1    5:00, and while I'm allowing -- basically saying, let's

2    proceed, there is no way we're going past 5:30.  We would be

3    killing our most valuable resource here, is our court reporter,

4    and so that is -- and if we get to a natural stopping point in

5    half an hour, we're stopping there.  So let's not begin a new

6    topic when -- go with what you have got.

7              And just before you stand, were you able to address

8    whatever -- did you confer and did Mr. Oles confer with

9    counsel?

10             MR. OLES:  Go ahead.

11             MR. CROSS:  Go ahead.

12             MR. OLES:  Yes, we did, Judge.  And I was satisfied

13   on most points, but there are two questions that were not

14   asked.

15             THE COURT:  All right.  Do you want to come up here

16   and tell me your questions with the rest of the -- with all

17   counsel?  That is fine.

18             **(A bench conference ensued, as follows:)**

19             MR. OLES:  Thank you, Judge.

20             Judge, we were down to two questions.  And as the

21   Court knows, my issue has been that the system goes from the

22   BMD to the scanner.  And the Court has found that is within

23   scope.

24             The question I would like to ask is whether or not

25   the doctor can say that -- confirm that the system is unable to

1    detect photocopies of duplicate ballots and that -- and that

2    weakness occurs both on the in-person ICP [sic] scanner as well

3    as the mail-in ballot ICC scanner -- that is really the point

4    that I would like him to address.

5            MR. CROSS:  The reason we're not asking --

6            THE COURT:  Folks, can you be quiet so I can hear

7    the -- counsel?  Thank you.

8            MR. CROSS:  The reason we're not asking is because it

9    has no relevance to the claims because it goes to the

10   reliability of the scanner, and no one is seeking to eliminate

11   the scanner except for Mr. Favorito, and he is not a party.

12   They want a hand count.  That is not this case.

13           THE COURT:  All right.  Well, I think that is an

14   adequate basis for me to -- in addition, I would say, it is a

15   whole separate issue about the scanner being able to detect

16   voter copies of duplicate ballots.  You just -- they haven't

17   litigated that.  So if that was something that your client

18   wanted to happen, it needed to have been raised a long time

19   ago.  It would be a -- it is sort of outside baseball at the

20   moment.

21           So I appreciate your raising it in this way and --

22   but I'm going to decline to allow it.  Thank you.

23           MR. CROSS:  Thank you, Your Honor.

24           MR. OLES:  Thank you, Your Honor.  Thank you for

25   considering it.

| | |
|---|---|
| 1 | **(The bench conference was thereby concluded.)** |
| 2 | THE COURT:  Who is at bat?  You are? |
| 3 | MR. TYSON:  Yes, Your Honor.  Thank you, Your Honor. |
| 4 | CROSS-EXAMINATION |
| 5 | BY MR. TYSON: |
| 6 | **Q.**   Good afternoon, again, Dr. Halderman. |
| 7 | **A.**   Good afternoon, Mr. Tyson. |
| 8 | **Q.**   What I would like to begin our discussion is with what you |
| 9 | are not offering opinions about and what you don't have |
| 10 | evidence about in this case. |
| 11 | So you are not offering the opinion in this case that any |
| 12 | vulnerability in a DRE has been exploited to alter election |
| 13 | results in an actual election; right? |
| 14 | **A.**   No.  There's no evidence that a vulnerability in a -- you |
| 15 | said a DRE, has ever been exploited to change votes in an |
| 16 | actual election. |
| 17 | **Q.**   Okay.  And you have no evidence that any vulnerability in |
| 18 | a DRE has been exploited to alter election results in an actual |
| 19 | election; right? |
| 20 | **A.**   There is no evidence, to my knowledge, that a |
| 21 | vulnerability in a -- in a DRE has been exploited to -- to |
| 22 | alter an actual election. |
| 23 | The concern is forward-looking about elections in the |
| 24 | future and the risks that they face. |
| 25 | **Q.**   And you have -- |

```
1              THE COURT:  Are you using DRE to refer to anything
2    where there is a computer involved, or are you referring to the
3    original DRE system?
4              MR. TYSON:  So, Your Honor, I was referring
5    specifically to the original AccuVote TSx units.  I know one of
6    the claims -- the DRE claims have been dismissed, but the
7    plaintiffs have raised concerns about there being something
8    carrying over.  I just wanted to establish if there is evidence
9    of that.
10             THE COURT:  I think what the claims really related to
11   were the -- was the information in the voting database rather
12   than the DRE itself at -- at the point that there was the
13   transition.
14             So it might -- I'm not sure your question is
15   really -- totally conforms with what they have argued.
16             MR. TYSON:  And if that is what they are arguing, I'm
17   happy to talk about voter registration system.  That is my next
18   topic.
19             THE COURT:  I don't want to have misstated what
20   plaintiffs think their claims are relative -- their outstanding
21   issues were regarding the DRE.
22             So if there is something else?
23             MR. ANDREU-VON EUW:  No, Your Honor.
24             THE COURT:  What about the Coalition?
25             MR. McGUIRE:  If we have questions or -- I'm sorry, I
```

 1    missed -- I'm sorry, Your Honor.

 2         THE COURT:  Counsel asked the witness did he -- was

 3    asking him questions about the DRE and did it -- and did he

 4    have concerns or evidence that it had impacted an election or

 5    been a cause for concern as to malware.

 6         And I indicated -- I asked to clarify, are we talking

 7    about DREs as a group of machines that encompassed the current

 8    machines, or is it really the old DREs?

 9         He then -- and then Mr. Tyson said he meant the old

10    DREs.  And I said, my understanding was what you were

11    contending was being carried forward was problems and flaws in

12    the voter database.

13         And that is why the way I understood it, at least

14    until recently when there has been a change in the -- in the

15    whole software for the voter database.  But I know originally,

16    in the last number of years before it was changed, at least,

17    that was your position.  I don't know whether it is still now.

18         So that is what I was asking, so that -- for

19    clarification about what are we talking about.

20         MR. McGUIRE:  Our position has been throughout the

21    litigation that the old system had vulnerabilities and that

22    certain aspects of the old system were shared with the new

23    system, some hardware, but mainly through the passover from the

24    old voter registration system to what is used now.

25         So as far as DREs go, we understand that is over, so

1    we are not continuing to rely on the DRE issue.

2            THE COURT:  All right.  So if you maintain still that

3    there are issues about the carryover on the voter database,

4    then I'll let you go ahead.  That may still be a totally

5    different machine.  I don't know what is going to be

6    maintained.

7            MR. TYSON:  Certainly, Your Honor.  Thank you.

8    BY MR. TYSON:

9    **Q.**   Dr. Halderman, you're not offering the opinion in this

10   case that any vulnerability in the State's prior voter

11   registration system, referred to as eNet, has been exploited to

12   alter information in an actual election; right?

13   **A.**   No.  That's not an opinion I'm offering.

14   **Q.**   Okay.  And you have no evidence that any vulnerability in

15   the State's prior voter registration system, eNet, has been

16   exploited to alter information in an actual election; right?

17   **A.**   Yes.

18   **Q.**   And you have no evidence that any malware was ever

19   installed on eNet; right?

20   **A.**   On eNet?

21       I have not had an opportunity to inspect eNet-related

22   infrastructure for malware, but no, I don't have any evidence.

23   **Q.**   And you're not offering the opinion in this case that any

24   vulnerability in a Dominion ICX BMD has been exploited to alter

25   election results in an actual election; right?

1  **A.**   No.  The opinion -- the -- what I'm talking about is the

2  risk going forward.

3  **Q.**   And so you have no evidence that any vulnerability in a

4  Dominion ICX BMD has been exploited to alter election results

5  in an actual election; right?

6  **A.**   I don't think there is any good evidence of that

7  happening -- happened in a past election.

8  **Q.**   And to be clear, you don't have any evidence, or you don't

9  have any good evidence?

10 **A.**   Any evidence.  Any -- any evidence that is -- that is at

11 all convincing.

12 **Q.**   What evidence do you have that you feel is not convincing?

13 **A.**   Oh, the evidence that I have, I just mean false claims.

14 **Q.**   So it is your testimony that the only evidence that could

15 exist about manipulating a Dominion ICX in an actual election

16 is a false claim?

17 **A.**   I don't think that is what I said, no.

18         THE COURT:  Do you want to explain what you said?

19         THE WITNESS:  Mr. Tyson, what I said was that I

20 have -- to my knowledge, there is no evidence that shows any of

21 these vulnerabilities has ever been exploited against a real

22 election.  We're talking about prospective risks.  There have

23 been -- there have been false claims or conspiracy theories

24 about past elections that talk about vulnerabilities and

25 Dominion systems, but I don't find those credible to the extent

1    I have reviewed them.

2    BY MR. TYSON:

3    **Q.**    And you have, on the same line, no evidence that any

4    vulnerability in a Dominion election management server has ever

5    been exploited to alter election results in an actual election?

6    **A.**    Yes.

7    **Q.**    And you have no evidence that any vulnerability in the

8    State's current voter registration system, referred to as

9    GARViS, has been exploited to alter information in an actual

10   election; right?

11   **A.**    That is right.

12   **Q.**    And you have no evidence that any malware has ever been

13   installed on GARViS; right?

14   **A.**    That's right.  I have never inspected the GARViS system.

15   **Q.**    And so with your various reports in these cases, you're

16   not offering any evidence that any vulnerability you identified

17   in your reports had been exploited to alter election results in

18   an actual election; right?

19   **A.**    That's right.  The vulnerabilities I discuss are problems

20   that are present and threaten elections in the future.

21   **Q.**    And I know there was some discussion earlier about Coffee

22   County.

23        To be clear, you don't have any evidence that any malware

24   was ever installed on any Coffee County equipment; right?

25   **A.**    I haven't had access to the equipment in Coffee County to

1    inspect whether malware was installed.  The State never

2    provided that, even after the equipment was taken out of

3    service over the security concerns in Coffee, so no.

4    **Q.**   And you agree that it is very possible that no malware at

5    all was installed in Coffee County in 2021; right?

6    **A.**   It is possible malware was, or that it was not.

7    **Q.**   And you testified earlier you had the images that

8    SullivanStrickler obtained; correct?

9    **A.**   Yes.

10   **Q.**   And you haven't found malware on those images; correct?

11   **A.**   That's correct.  I haven't found any.  The images only

12   cover some of the places on one of those servers where malware

13   could exist and are only from the point in time when they were

14   taken.

15   **Q.**   You referenced earlier the antivirus updates and a

16   definition file.

17       Do you recall that?

18   **A.**   Yes.

19   **Q.**   And it is your opinion, I believe, in these reports that

20   operating system updates should be applied regularly; right?

21   **A.**   My opinion is that the lack of operating system updates

22   creates additional security risk.

23   **Q.**   But then regarding antivirus updates, your testimony was

24   that applying those antivirus updates could also create

25   security risks; right?

A.   Well, so there's a sense in which it is true that there

can be a risk from applying updates, especially if they are

coming from a company that the U.S. Government has determined

is a threat to national security, but that doesn't mean in

general that antivirus updates were operating without recent

antivirus updates is a secure practice.

Q.   So, Dr. Halderman, you agree that all voting systems,

including primarily hand-marked paper ballot systems, face

cybersecurity risks; right?

A.   Well, cybersecurity risks, certainly there are

cybersecurity risks that systems of all kinds must deal with.

But some voting systems are designed in ways that are resilient

to those.

      Now, also, of course, it is a matter of degree.  Not all

voting machines can be hacked with a pen.

Q.   But to be clear, you agree that hand-marked paper ballot

systems face cybersecurity risks even if they are different

than other systems; right?

A.   Of course.  But a hand-marked paper ballot system that is

coupled with appropriate audits has a record of the voter's

intent that just can't be changed in a cyber attack.  That is a

material difference, even if there are still risks that have to

be -- that have to be addressed.

Q.   You agree that the presence of vulnerabilities does not

mean that an election has been compromised; right?

1   **A.**   Yes, absolutely, it is a risk of compromise.

2   **Q.**   Do you recall that following the 2016 presidential

3   election you urged the Hillary Clinton campaign to seek

4   re-counts in states because of the closeness of some contests?

5            MR. ANDREU-VON EUW:  Objection, Your Honor.

6   Relevance outside the scope of Dr. Halderman's opinion in this

7   case.

8            MR. TYSON:  Your Honor, I believe it goes to bias and

9   Dr. Halderman's statements at the conclusion of different

10  elections on whether or not he has taken a consistent position

11  on assessing vulnerabilities and threats to elections after

12  they were over.

13           THE COURT:  Well, you can ask that.  I would prefer

14  you not -- are not getting into any particular race.  I mean,

15  you can ask the question, have you opined?

16           And that -- I think that is sort of dragging us

17  into -- I think you can rephrase this so we're not into the

18  mud.

19  BY MR. TYSON:

20  **Q.**   Dr. Halderman, have you recommended campaigns seek

21  re-counts following close elections?

22  **A.**   Yes, I have.

23  **Q.**   And why did you make that recommendation?

24  **A.**   Well, I have recommended that following close elections in

25  which otherwise there wouldn't be a re-count of -- excuse me --

1    there wouldn't be any kind of audit or examination of voters'

2    paper ballots where the states sometimes will not conduct any

3    kind of review of those paper ballots absent a challenge from a

4    candidate.

5         And so I have -- I made in one instance those

6    recommendations to a candidate in hopes that an audit -- a

7    re-count substituting for an audit would increase voter

8    confidence in the same way that -- I can finish there.

9    **Q.**  And you issued a joint letter with computer scientists on

10   November 16, 2020.

11        Do you recall that?

12   **A.**  Yes.

13             MR. TYSON:  Your Honor, if I may approach?

14             THE COURT:  Yes.

15   BY MR. TYSON:

16   **Q.**  Dr. Halderman, I have handed you what we have marked as

17   Defendants' Trial Exhibit 67.

18        Is this the letter you signed with other computer

19   scientists in November 16, 2020?

20   **A.**  Yes, it is.  This is the letter I helped write.

21   **Q.**  And that was my next question.

22             MR. TYSON:  Your Honor, I would move the admission of

23   Exhibit 67.

24             MR. ANDREU-VON EUW:  Your Honor, this is hearsay, but

25   we have no objection.

```
 1            THE COURT:  I'm sorry.  You have no objection?

 2            MR. ANDREU-VON EUW:  No objection.

 3            THE COURT:  All right.

 4   BY MR. TYSON:

 5   Q.   Dr. Halderman, if you would look with me down to the third

 6   paragraph, second sentence, the letter says, merely citing the

 7   existence of technical flaws does not establish that an attack

 8   occurred, much less that it altered an election outcome.  It is

 9   simply speculation.

10        Did I read that right?

11   A.   Yes.

12   Q.   And you agree with that statement today, don't you?

13   A.   Yes.  Merely because vulnerabilities exist in election

14   systems doesn't mean that they were attacked in any particular

15   past election.

16   Q.   And the next sentence, the fourth full paragraph says, the

17   presence of security weaknesses in election infrastructure does

18   not by itself tell us that any election has actually been

19   compromised.

20        Did I read that right?

21   A.   Yes, you did.

22   Q.   And you agree with that statement today; correct?

23   A.   Absolutely.

24   Q.   And at the bottom of the first page, the letter refers

25   people looking for facts about election security to the
```

1  National Academy of Sciences study Securing the Vote.

2  **A.**   Yes.

3  **Q.**   Is that right?

4        And that study recommends paper-based systems for

5  elections, including ballot-marking devices; right?

6  **A.**   That study -- you are right, but the scientific consensus

7  has moved since that time as a result of further research which

8  that study recommended be done that has since been done, so --

9  **Q.**   Did the scientific consensus move after November 16, 2020,

10  in your view?

11  **A.**   It has continued to move since that time, but even by

12  then, it was starting to, but that doesn't mean that the

13  academy's study has no merit.  Just certain pieces of the

14  scientific consensus have evolved since that time.  But there's

15  still much -- much merit to material within that study.

16  **Q.**   And the National Academy of Sciences, Engineering, and

17  Medicine has not published an additional paper study regarding

18  election equipment since this time that you recommended the

19  Securing the Vote study; right?

20  **A.**   No, they haven't.

21  **Q.**   Do you recall if that National Academy of Sciences study

22  said the most significant threat to American elections come

23  from efforts to undermine the credibility of election results?

24             MR. ANDREU-VON EUW:  Objection.  Hearsay.

25             MR. TYSON:  I asked him if he recalled, Your Honor.

```
1    I didn't ask if --
2              THE WITNESS:  I don't recall.
3    BY MR. TYSON:
4    Q.   So, Dr. Halderman, you referenced in your testimony
5    earlier analysis you did in Antrim County, Michigan.
6         Do you recall that?
7    A.   Yes.
8    Q.   And is that the only time you've analyzed Dominion
9    equipment in another jurisdiction besides Georgia?
10   A.   I'm trying to remember.  That would certainly be the
11   most -- the most recent.  There may be work that I have done on
12   older versions of older forms of Dominion equipment and of
13   equipment that they subsequently bought after my research.
14   Q.   And I believe you said that Antrim County runs the same
15   version of Dominion software that Georgia does.
16        Did I get that right?
17   A.   Yes.
18   Q.   And you were asked to analyze some anomalous election
19   results from that Dominion equipment; right?
20   A.   Yes, that is right.
21   Q.   Can you explain to the Court what the situation was in
22   Antrim County?
23   A.   In Antrim County, the county reported on election night
24   incorrect results for contests really up and down the ballot
25   that showed implausible -- implausible political shifts in the
```

1   county and so forth.

2      The results triggered -- the results -- the county

3   announced the next day that this was the result of human error

4   and downed the results and proceeded to post new results that

5   corrected some but not all of the errors.

6      And eventually, the -- after further errors were corrected

7   by the county, the State, the State conducted a full hand count

8   of the presidential ballots in order to publicly confirm that

9   the errors hadn't affected the county's result in that contest.

10      There was a lawsuit from a voter alleging that this was

11   the result of fraud.  The Michigan Secretary of State and

12   Attorney General responding to that lawsuit hired me to

13   investigate the incident and determine the -- determine the

14   causes and whether they had been corrected and make

15   recommendations.

16   **Q.**   And did you issue that report in March of 2021?

17   **A.**   Yes, I did.

18   **Q.**   And that was before your report in this case; right?

19   **A.**   Yes.

20         MR. TYSON:  Your Honor, may I approach?

21         THE COURT:  Yes.

22         MR. TYSON:  Thank you.

23   BY MR. TYSON:

24   **Q.**   Dr. Halderman, I have handed to you what we have marked as

25   Defendants' Trial Exhibit Number 1225.

1       Is this the report from Antrim County, Michigan, that you

2  were discussing and that you authored?

3  **A.**   Yes.

4           MR. TYSON:  We move the admission of 1225, Your

5  Honor.

6           MR. ANDREU-VON EUW:  Objection.  Relevance and

7  hearsay.

8           THE COURT:  Well, I will let him try to establish the

9  relevance of it, and we'll see.

10          MR. TYSON:  And, Your Honor, to be clear, it is not

11 hearsay.  Dr. Halderman confirmed he wrote this report.

12          THE COURT:  I understand that.

13          MR. TYSON:  And it involves the same software and

14 analysis he conducted, so we think it is very relevant to his

15 analysis of Georgia equipment as well.

16 BY MR. TYSON:

17 **Q.**   Dr. Halderman, if you could turn to Page 10.

18 **A.**   Yes.

19 **Q.**   And if you look at the last full paragraph there, you are

20 discussing part of your analytical process involving the EMS.

21      Do you see that?

22 **A.**   I do.

23 **Q.**   And that refers to the election management server?

24 **A.**   Yes.

25 **Q.**   And about two-thirds of the way down there, you indicate

```
 1    that each election project is individually password-protected.
 2    Then you say, however, I circumvented this by creating a new
 3    project with a known password, extracting the password hash
 4    from the project's database and copying it into the databases
 5    for the other projects.  Performing similar steps on the real
 6    EMS would require physical access to the computer or the hard
 7    drive, and I have been informed that Antrim County applies
 8    physical controls to limit such access to authorized personnel.
 9         Did I read that right?
10    A.   That's right.
11         I don't comment on the strength of those controls because
12    I didn't have information to make --
13    Q.   And that was my question.
14         You relied on what you were told about the physical
15    security of Antrim machines for this part of your analysis;
16    right?
17    A.   No, not really, Mr. Tyson.
18         So this paragraph is not stating whether -- this paragraph
19    is not offering a conclusion about vulnerability in Antrim,
20    Michigan.  It is just describing my technique.
21         And in order to -- and I'm qualifying that technique by
22    stating what the requirements would be to -- to do it lest
23    people misunderstand what I am -- what I am writing about here.
24    Q.   Do you know if third-party groups attempted to access
25    Antrim equipment at any point?
```

1   **A.**   I -- that was not a relevant -- that question, I have no

2   evidence that third party -- well, actually, I'm sorry.

3       So, in fact, SullivanStrickler did image the Antrim County

4   equipment as well in the context of the lawsuit in which I

5   participated.

6   **Q.**   Did that happen before or after your report?

7   **A.**   That was before my report.  I'm not sure I was aware of it

8   at the time.

9   **Q.**   You became aware later?

10   **A.**   Yes.

11   **Q.**   And did that fact change any of your conclusions in your

12   report?

13   **A.**   I didn't offer opinions in this report about the risks to

14   future elections that arose from the imaging that

15   SullivanStrickler conducted.  That was outside the scope of

16   what I was charged to do.

17   **Q.**   Sitting here today, do you believe there are risks to

18   Antrim County elections based on the imaging conducted by

19   SullivanStrickler?

20   **A.**   Based on the testimony that was given in this case this

21   week, I believe so.  And that is certainly something that I

22   would like to bring up with the Michigan Bureau of Elections.

23   **Q.**   If you could turn to Page 45 of this report.  This is a

24   section of the report where you are responding to claims from

25   Mr. Ramsland; is that right?

1  **A.**    Yes, that's right.

2  **Q.**    The first category you discuss there is software updates.

3  **A.**    Yes.

4  **Q.**    And you note that the report about claims for the Antrim

5  equipment was correct, that the EMS was missing important

6  Windows security updates; right?

7  **A.**    Yes.

8  **Q.**    And in the second paragraph there that begins, this is a

9  serious security problem, you say, in fact, missing software

10 updates are frequently an unfortunate consequence of the

11 federal certification process under which voting system vendors

12 must obtain EAC approval for any changes to election system

13 software, including Windows updates.

14     Is that right?

15 **A.**    So yes, that is what it says.

16 **Q.**    And you did not conclude that a lack of Windows updates on

17 the Antrim EMS called the election results in Antrim County

18 into question; right?

19 **A.**    No.  I concluded that the lack of updates was a serious

20 security risk, but the election results -- the election results

21 were -- my opinion I offered -- my opinions I offer in this

22 report are about whether the -- the cause of the anomalies that

23 were discovered in Antrim County, the known anomalies in Antrim

24 County which are completely explained by human error, as I

25 discuss in this report.

1  **Q.**   And at the end of that section, you say, installing

2  unapproved updates, even for critical vulnerabilities, would

3  potentially violate the system's certification; right?

4  **A.**   Yes.

5  **Q.**   And you still believe that today?

6  **A.**   Well, so that -- yes.  So installing -- installing

7  unapproved updates might well cause regulatory problems with

8  certification.  That is why -- that doesn't make it any less of

9  a security risk.

10      Fortunately, the Michigan system in Antrim was primarily

11  hand-marked.  So even if updates had been exploited, a re-count

12  or an audit by hand of those ballots would still determine the

13  right result, which is, in fact, how the State of Michigan

14  verified the presidential outcome.

15  **Q.**   But to be clear, you agree that sometimes federal

16  regulatory interests would be a reason why updates wouldn't be

17  installed; right?

18  **A.**   I agree.  Although that doesn't make it less of a security

19  risk.

20  **Q.**   The next section of this report discusses the security

21  event log and then network connectivity.

22      Do you see those sections?

23  **A.**   Yes.

24  **Q.**   And you relied on the log files in the Dominion EMS to

25  reach the conclusion that it did not appear that the EMS had

1   ever been connected to the internet; right?

2   **A.**   Well, I qualify it with "appear," in that there is nothing

3   in the log file.  There was nothing in the log file to suggest

4   it.  Now --

5   **Q.**   And you didn't raise any issues that the log files could

6   have been altered; right?

7   **A.**   Again, that was outside the scope of my analysis because

8   my analysis was able to explain the known anomalies.

9   **Q.**   The last part of that section on that page discusses

10  authentication and access control, and you reference that

11  Antrim workers --

12          THE COURT:  Which page are you on?

13          I want to make sure I understand.

14          MR. TYSON:  I'm sorry.  Page 45, Your Honor.

15  Mr. Montgomery has got it on the screen if you need it.

16          THE COURT:  Okay.

17  BY MR. TYSON:

18  **Q.**   Antrim workers almost exclusively used a single Windows

19  account that had full administrative privileges over the

20  computer; is that right?

21  **A.**   Yes.

22  **Q.**   And going to the next page, the last full paragraph, you

23  say, these problems should be promptly mitigated; however, I am

24  not aware of any credible evidence that any security problem

25  was ever exploited against Antrim County's election system.

1          Did I read that right?

2    **A.**   Yes, that's correct.

3    **Q.**   And you still believe that today; correct?

4    **A.**   Yes.  I have no evidence.

5    **Q.**   If you could go with me to Page --

6          THE COURT:  I think it would help me to understand

7    what is here if you could explain the nature of the human error

8    involved.

9          THE WITNESS:  Yes.  So the nature of the human error

10   in Antrim County had to do with the election definitions that

11   were created before the election.  It is similar to the problem

12   that occurred in DeKalb County in that there was a last-minute

13   change to some of the ballot designs, and election workers

14   updated the election definitions in some of their equipment but

15   not other equipment.

16          As a result of that, when results were scanned and

17   loaded back into the EMS, the EMS awarded the wrong -- awarded

18   votes from some contests -- excuse me -- from some candidates

19   to the wrong -- to the wrong candidates, so the results were

20   shifted to the wrong candidates from a large subset of the

21   precincts in the county.

22          THE COURT:  Okay.

23          THE WITNESS:  So that in and of itself is another

24   potential security risk, but there was no evidence that it was

25   done deliberately.

1        MR. TYSON:  And, Your Honor, I have one more question

2    along this line.

3        THE COURT:  Okay.

4    BY MR. TYSON:

5    **Q.**   Page 48, Dr. Halderman, this is your conclusion in the

6    report before your recommendations; right?

7    **A.**   Yes.

8    **Q.**   And in this paragraph you say, furthermore, the EMS lacks

9    important security updates as weak authentication and access

10   control mechanisms and is vulnerable to compromise if an

11   attacker has physical access to the computer.  These are

12   serious vulnerabilities that should be mitigated on a priority

13   basis, but there is no evidence that any of these problems was

14   ever exploited in Antrim County.

15       Did I read that right?

16   **A.**   Yes.

17   **Q.**   And you believe that today; right?

18   **A.**   That there is no evidence that they were exploited?

19       Yes, I have no evidence that they were exploited.

20   **Q.**   And that was despite the presence of vulnerabilities;

21   right?

22   **A.**   Yes.

23   **Q.**   Okay.

24       MR. TYSON:  So, Your Honor, at this point we would

25   again move 1225 into evidence.  I believe we have shown its

1    relevance to the case.

2          MR. ANDREU-VON EUW:  We don't see the relevance, and

3    it is still hearsay, Your Honor.  But no objection.

4          THE COURT:  You don't see the relevance, but you're

5    not -- you don't have an objection?

6          MR. ANDREU-VON EUW:  Correct.

7          THE COURT:  That's fine.  That is a perfectly

8    acceptable way of handling it, which I would recommend to

9    everybody in here for the next day or two.  Thank you -- or

10   three or four because we had a lot of objections on relevance.

11   And so that is acceptable.

12         Why don't we stop at this point, and then I can also

13   read it.  And we'll start tomorrow at 9:30 then.

14         MR. TYSON:  Thank you, Your Honor.

15         COURTROOM SECURITY OFFICER:  All rise.  Court is in

16   recess.

17                    **(The proceedings were thereby adjourned at 5:26**

18                    **PM.)**

19

20

21

22

23

24

25

1                    C E R T I F I C A T E

2

3    UNITED STATES OF AMERICA

4    NORTHERN DISTRICT OF GEORGIA

5

6        I, SHANNON R. WELCH, RMR, CRR, Official Court Reporter of

7    the United States District Court, for the Northern District of

8    Georgia, Atlanta Division, do hereby certify that the foregoing

9    246 pages constitute a true transcript of proceedings had

10   before the said Court, held in the City of Atlanta, Georgia, in

11   the matter therein stated.

12       In testimony whereof, I hereunto set my hand on this, the

13   18th day of January, 2024.

14

15

16   _____
         SHANNON R. WELCH, RMR, CRR
17       OFFICIAL COURT REPORTER
         UNITED STATES DISTRICT COURT
18

19

20

21

22

23

24

25

**BY MR. ANDREU-VON EUW: [55]**
107/18 110/13 111/16 127/8 129/9
131/21 132/4 133/17 134/3 135/10
137/24 138/19 140/1 142/17 143/9
145/23 147/20 149/18 150/2 150/7
151/2 151/13 155/12 157/16 160/9
162/7 164/5 166/19 167/16 169/17
171/23 172/12 172/15 177/3 177/14
177/19 180/9 182/6 182/11 183/17
185/8 185/22 187/18 189/15 191/16
193/11 195/17 198/9 199/10 204/1
206/15 207/19 209/6 211/2 216/23
**BY MR. BROWN: [2]** 71/11 72/20
**BY MR. CROSS: [37]** 6/5 16/14 24/3
24/21 27/18 29/23 32/12 34/12 34/19
35/7 38/1 41/12 42/22 43/10 43/20 44/3
45/2 45/16 45/20 46/2 46/20 51/15 55/6
55/23 59/11 60/19 65/23 68/24 85/12
86/25 88/13 89/11 91/25 93/5 93/25
97/22 102/6
**BY MR. OLES: [2]** 73/25 76/9
**BY MR. TYSON: [12]** 116/19 224/5
227/8 229/2 232/19 233/15 234/4 236/3
237/23 238/14 237/14 245/4
**BY MS. LAROSS: [3]** 77/17 78/20 82/1
**BY THE COURT: [2]** 98/5 100/10
**COURT REPORTER: [3]** 146/21
187/16 206/12
**COURTROOM DEPUTY CLERK: [4]**
5/14 5/17 103/7 103/10
**COURTROOM SECURITY OFFICER:**
**[3]** 102/23 170/25 246/15
**MR. ANDREU-VON EUW: [75]** 103/6
107/12 110/11 112/17 114/11 114/20
115/4 115/6 115/23 116/2 116/7 116/12
132/2 132/25 133/5 133/10 133/14
134/2 135/8 138/9 139/6 142/14 145/16
146/15 147/11 147/19 149/25 150/5
151/10 154/14 154/23 155/2 157/3
157/10 166/1 168/10 168/14 168/19
169/6 169/9 171/4 171/6 171/15 172/6
174/21 175/19 176/9 176/14 177/11
180/7 182/8 185/5 185/12 187/17
192/25 193/6 193/9 195/16 198/7
198/18 199/7 203/19 206/13 207/17
210/25 216/22 218/11 225/23 232/5
233/24 234/2 235/24 238/6 246/2 246/6
**MR. BELINFANTE: [3]** 220/22 220/24
221/12
**MR. BROWN: [4]** 72/18 74/24 99/20
104/15
**MR. CROSS: [116]** 5/6 5/9 5/12 13/1
14/6 14/23 14/25 15/2 15/20 16/10
16/13 23/14 24/19 27/13 27/16 29/9
29/14 32/3 33/17 33/21 37/16 37/24
39/20 40/5 40/14 40/16 41/17 42/15
42/18 43/7 43/17 44/2 44/23 45/1 45/14
45/19 45/24 46/19 55/1 58/25 59/4 59/9
60/17 62/22 63/1 63/6 63/19 63/22 64/6
65/11 65/22 68/20 71/9 73/9 73/19 76/3
76/16 76/20 77/7 81/14 81/22 86/21
86/24 88/12 89/9 91/24 93/19 93/24
98/1 98/3 99/16 99/24 100/4 100/7
100/9 101/24 102/3 103/4 103/18
103/21 104/6 104/8 104/14 104/20
106/17 106/21 107/5 113/4 113/13

113/25 114/14 118/12 119/13 119/16
121/20 122/18 122/23 123/1 124/18
146/24 147/1 147/5 218/16 218/22
219/24 220/17 220/21 221/8 221/11
221/16 221/19 221/22 222/11 223/5
223/8 223/23
**MR. McGUIRE: [3]** 138/24 225/25
226/20
**MR. OLES: [10]** 73/23 75/19 76/15
104/22 105/8 106/14 222/10 222/12
222/19 223/24
**MR. TYSON: [63]** 103/22 104/2 111/14
112/10 112/20 113/9 117/19 123/8
123/12 123/20 123/23 131/6 132/10
134/6 135/1 138/11 138/14 143/4
145/11 145/20 146/12 154/9 154/17
157/5 167/9 168/5 168/17 168/24 171/9
171/19 172/1 174/24 176/1 181/23
189/12 189/19 190/5 192/20 198/13
198/21 199/1 210/20 216/14 218/21
220/9 220/12 224/3 225/4 225/16 227/7
232/8 233/13 233/22 235/25 237/20
237/22 238/4 238/10 238/13 243/14
245/1 245/24 246/14
**MR. VON EUW: [2]** 111/12 112/23
**MS. CONAWAY: [1]** 100/6
**MS. LaROSS: [45]** 13/4 13/10 13/17
14/16 14/21 14/24 15/1 15/9 23/9 23/16
23/20 29/11 30/22 31/3 31/5 31/11 31/15
31/19 31/22 33/19 34/1 34/11 37/23
37/25 39/22 40/12 41/4 41/8 54/24
62/24 63/3 63/17 63/21 63/24 68/22
77/14 81/17 81/25 86/19 86/22 89/6
93/16 93/20 97/19 97/24 102/15
**THE COURT: [267]**
**THE WITNESS: [76]** 5/20 5/24 32/10
41/24 42/3 42/7 42/11 43/4 46/1 59/3
64/17 64/20 64/25 65/5 78/19 92/15
92/17 92/21 93/2 101/23 102/19 103/12
115/11 115/20 116/9 116/16 129/2
134/11 134/20 134/23 136/2 136/10
136/13 136/17 136/23 137/5 137/19
139/13 139/17 139/21 139/23 149/15
150/19 150/21 151/8 151/11 160/6
161/23 164/2 165/24 166/2 166/6
169/14 176/18 176/24 179/8 179/11
179/15 179/19 180/2 182/19 182/22
183/10 183/14 185/13 190/14 190/18
190/20 191/11 203/24 209/1 218/14
228/19 236/2 244/9 244/23

**$**

**$10 [1]** 158/10
**$100 [1]** 180/13
**$20 [1]** 158/18

**'**

**'20 [1]** 99/6
**'21 [1]** 67/19
**'s [1]** 219/18

**-**

**-- just [1]** 141/15

**.**

**...CONT'D [2]** 2/25 3/1
**.32 [2]** 141/1 193/20

**0**

**0089 [1]** 132/3
**0404 [1]** 60/21

**1**

**10 [11]** 27/5 34/13 34/20 38/8 39/3 39/9
59/21 85/15 185/6 214/15 238/17
**10-4 [1]** 37/3
**100 [2]** 34/22 37/17
**100 percent [1]** 135/22
**10:00 A.M [1]** 43/13
**10:01 A.M [1]** 43/13
**11 [24]** 29/24 30/1 32/3 32/4 43/12
43/18 43/23 44/11 45/12 49/2 50/14
51/23 53/11 54/21 55/7 56/5 67/1 90/21
93/6 93/14 94/3 94/7 95/9 97/16
**115 [2]** 23/1 24/7
**12 [2]** 9/20 41/13
**12 second [1]** 185/6
**1225 [3]** 237/25 238/4 245/25
**13 [4]** 26/5 27/16 33/7 99/21
**1383 [1]** 1/25
**14 [2]** 67/19 144/3
**140 [2]** 43/9 43/12
**143 [2]** 87/2 88/12
**145 [5]** 50/11 50/12 55/17 55/20 59/4
**145942 [1]** 121/21
**148 [3]** 60/14 60/17 60/18
**15 [3]** 65/1 79/11 108/3
**15 minutes [1]** 174/19
**152 [1]** 123/3
**15th [1]** 7/15
**16 [4]** 150/12 233/10 233/19 235/9
**16 weeks [1]** 9/20
**17 [5]** 24/18 24/22 30/16 65/24 66/5
**1728 [3]** 122/21 123/2 123/19
**1740 [1]** 214/16
**1741 [1]** 151/23
**1743 [2]** 194/19 196/23
**1744 [2]** 194/19 197/18
**1745 [1]** 160/11
**1746 [1]** 157/19
**1747 [1]** 158/24
**18 [4]** 1/13 5/2 11/11 101/4
**180 days [2]** 23/3 24/8
**18th [1]** 247/13
**19 [2]** 25/6 25/14
**1970s [1]** 146/9
**1986 [1]** 79/3
**198714 [1]** 219/25
**199 days [2]** 23/1 24/7
**1:15 [2]** 102/20 102/24
**1:17-CV-2989-AT [1]** 1/6

**2**

**20 [6]** 33/11 59/13 59/15 64/6 64/6
221/25
**20 percent [1]** 189/5
**2000 [1]** 99/17
**2007 [1]** 109/11
**2013 [2]** 77/25 119/20
**2015 [1]** 209/23
**2015-0404 [1]** 60/21
**2016 [1]** 232/2
**2018 [3]** 23/11 23/18 23/22
**2019 [4]** 8/1 78/12 78/15 78/17
**202-1743 [1]** 196/23
**2020 [42]** 23/19 23/25 26/9 26/24 27/6

249

**2**

**2020... [37]**  27/20 34/25 35/4 38/8
38/25 39/3 39/9 43/13 66/13 66/21 74/7
80/2 80/6 80/11 82/3 84/12 84/13 84/21
85/3 85/15 100/1 109/4 109/6 109/18
120/16 120/16 128/18 149/22 150/12
151/8 151/9 151/12 188/6 188/25
233/10 233/19 235/9
**2020-250 [1]**  66/7
**2021 [30]**  7/8 30/16 45/3 46/7 48/8
48/19 49/2 51/23 54/22 55/7 56/5 57/18
67/8 70/9 72/22 73/4 77/25 83/25 87/10
89/25 90/13 94/19 95/9 96/20 97/16
101/4 102/11 154/21 230/5 237/16
**2022 [9]**  59/21 130/3 133/15 151/5
151/9 175/16 175/18 219/11 219/25
**2022-1741 [1]**  151/23
**2022-1743 [1]**  194/19
**2022-1744 [2]**  194/19 197/18
**2022-1745 [1]**  160/11
**2022-1746 [1]**  157/19
**2022-1747 [1]**  158/24
**2023 [2]**  121/21 129/17
**2024 [5]**  1/13 5/2 153/21 167/25 247/13
**206 [1]**  123/2
**21 [2]**  60/11 219/11
**215-1383 [1]**  1/25
**23 [2]**  25/12 32/22
**2394 [1]**  1/24
**23rd [1]**  27/6
**24 [2]**  32/23 32/24
**246 [1]**  247/9
**248 [2]**  24/16 24/20
**250 [2]**  66/7 188/7
**252 [1]**  24/20
**254 [5]**  26/6 26/7 27/13 29/9 99/20
**26 [23]**  44/23 45/3 117/24 118/13
118/24 119/5 120/4 120/5 122/10
122/13 122/21 123/4 124/4 124/13
125/24 133/5 145/12 146/14 154/12
169/5 175/8 219/13 219/18
**278773 [1]**  175/16
**28 [1]**  67/8
**29 [3]**  26/9 27/20 79/4
**29 years [1]**  79/7
**291 [2]**  119/19 175/10
**297 [1]**  119/19
**297313 [1]**  175/10

**3**

**30 [1]**  33/11
**30303 [1]**  1/25
**31st [1]**  175/18
**3:06 [1]**  171/3

**4**

**404 [1]**  1/25
**45 [2]**  240/23 243/14
**47 mark [1]**  174/22
**48 [1]**  245/5
**487 [4]**  118/15 118/19 118/24 123/3
**4:11 [1]**  51/22
**4:11 P.M [3]**  51/22 56/4 56/18
**4:33 [1]**  221/24
**4th [1]**  56/19

**5**

**5.1 [1]**  144/1

**5.5.16.32 [1]**  128/17
**522 [4]**  38/3 38/4 39/20 85/13
**54 [2]**  120/19 120/24
**597 [3]**  13/2 19/9 22/16
**598 [3]**  29/25 30/1 33/18
**599 [1]**  62/22
**5:00 [1]**  222/1
**5:26 [1]**  246/17
**5:30 [1]**  222/2
**5th [1]**  35/3

**6**

**600 [1]**  68/20
**602 [1]**  171/8
**67 [2]**  233/17 233/23
**69 [2]**  121/6 199/2
**6th [1]**  37/3

**7**

**70 [1]**  121/6
**71 [1]**  121/11
**72 [1]**  121/11
**75 [1]**  1/24
**78 [3]**  48/4 48/21 87/4
**7B [1]**  1/10

**8**

**8.3 [3]**  145/17 168/20 168/21
**8.4 [2]**  177/6 177/7
**8.5 [3]**  175/21 177/4 177/8
**847 [1]**  123/2
**89 [1]**  132/8
**8:08 A.M [1]**  45/3
**8:12 [1]**  46/23
**8:15 [1]**  47/1
**8:17 [1]**  47/7

**9**

**90 [1]**  1/4
**93 percent [1]**  188/14
**98418 [1]**  120/16
**9:30 [1]**  246/13
**9th [2]**  66/21 119/3

**A**

**A.M [1]**  43/13 43/13 45/3
**AARON [1]**  2/7
**abbreviated [1]**  64/23
**ability [8]**  83/6 172/2 189/13 189/25
197/9 208/15 208/21 209/3
**able [23]**  21/6 51/2 82/3 95/5 96/17
124/6 131/17 139/7 139/14 139/24
147/12 147/18 148/14 162/19 165/10
178/4 178/4 199/19 204/24 209/15
222/7 223/15 243/8
**about [149]**  6/12 13/11 13/24 15/23
24/17 25/20 31/24 34/5 38/12 38/13
40/9 41/2 41/15 41/17 41/18 41/18
50/21 50/24 56/18 57/19 62/19 63/4
63/5 63/13 63/15 65/22 69/15 73/3
74/25 75/15 76/4 76/8 77/10 77/22 80/3
80/21 83/14 83/14 84/12 84/16 85/1
85/1 85/20 88/18 90/21 91/4 91/18 92/4
93/9 97/14 99/4 99/14 100/12 100/16
101/23 105/6 105/7 105/11 105/13
105/14 105/18 108/1 108/4 108/9
109/19 109/22 110/5 110/18 110/20
115/15 119/7 119/11 120/17 120/17

**1 [26]**  121/25 122/2 123/14 124/11
125/23 126/12 127/19 130/13 130/18
135/4 137/3 139/15 149/13 150/8
150/14 152/6 157/17 158/10 158/18
158/23 165/20 172/2 173/1 174/20
182/4 185/18 188/2 188/20 189/5 189/5
189/21 192/22 192/23 198/15 199/3
202/5 206/11 206/16 208/23 210/14
211/6 211/11 212/24 214/23 217/5
217/5 219/14 221/2 223/15 224/9
224/10 224/23 225/7 225/17 225/24
226/3 226/7 226/19 226/19 227/3 228/1
228/15 228/22 228/24 228/24 229/21
234/25 238/25 239/14 239/19 239/23
240/13 241/4 241/22
**above [1]**  64/9
**absent [1]**  233/3
**absolutely [6]**  40/8 82/15 137/19
137/22 232/1 234/23
**academic [1]**  107/25
**academy [12]**  9/6 9/7 9/12 9/16 9/25
10/7 10/10 10/20 10/20 235/1 235/16
235/21
**academy's [1]**  235/13
**accept [2]**  11/2 11/7
**acceptable [2]**  246/8 246/11
**acceptance [5]**  140/15 140/18 176/21
177/24 185/16
**accepted [3]**  10/25 125/24 137/16
**access [107]**  46/8 49/9 50/1 50/25
52/18 52/23 54/20 54/23 55/9 58/5
58/18 61/17 70/10 70/21 83/16 83/21
84/3 89/14 90/1 90/10 91/2 93/8 93/12
96/16 97/1 97/4 97/5 97/6 97/9 97/10
97/13 97/13 118/17 118/22 128/7
128/12 144/7 147/12 147/25 148/8
148/12 148/12 148/17 148/18 148/22
148/25 149/3 149/7 150/23 161/13
162/8 162/14 162/19 163/2 168/22
178/13 193/23 194/4 194/7 194/23
195/2 197/22 198/6 198/10 198/16
199/4 199/11 199/14 199/19 200/17
201/21 201/24 202/1 204/9 204/21
205/2 205/3 205/5 208/2 208/11 208/13
208/14 208/19 208/25 209/4 209/8
209/14 211/14 211/15 211/16 212/6
212/7 212/8 212/9 212/10 212/14
212/17 212/19 212/20 212/25 229/25
239/6 239/8 239/24 243/10 245/9
245/11
**accessed [3]**  27/7 58/7 72/10
**accessibility [1]**  110/2
**accessible [6]**  91/10 91/11 135/18
151/21 162/6 180/23
**accessories [1]**  111/25
**accomplishments [1]**  111/10
**according [4]**  56/8 56/13 91/9 91/10
**accordingly [2]**  22/10 104/9
**account [6]**  27/4 121/25 208/5 208/13
209/3 243/19
**accuracy [6]**  200/12 200/20 200/22
201/1 201/3 201/8
**accurate [6]**  61/25 63/12 69/8 81/13
82/5 86/14
**accurately [2]**  111/9 174/16
**AccuVote [1]**  225/5
**acknowledged [2]**  124/19 219/6
**acknowledging [1]**  200/15

**A**

**across** [1] 21/23
**act** [2] 20/13 131/19
**acting** [2] 78/14 78/17
**action** [2] 20/7 208/7
**actions** [4] 20/15 189/13 189/25 190/7
**activate** [2] 153/15 167/7
**active** [1] 131/15
**activity** [2] 27/5 183/18
**actor** [2] 200/13 202/4
**actors** [2] 206/17 212/7
**actual** [16] 34/17 47/23 157/8 169/2
224/13 224/16 224/18 224/22 227/12
227/16 227/25 228/5 228/15 229/5
229/9 229/18
**actually** [22] 13/24 24/19 28/12 53/15
63/13 65/8 82/13 84/25 87/3 118/10
121/22 135/13 137/6 149/12 149/13
152/6 164/22 184/14 194/12 218/1
234/18 240/2
**ADAM** [1] 2/9
**add** [6] 109/24 113/3 132/25 146/24
165/12 178/17
**added** [1] 116/11
**addition** [1] 223/14
**additional** [12] 9/4 9/14 57/8 57/12
74/22 96/14 96/22 118/8 123/23 123/25
230/22 235/17
**address** [7] 106/11 114/25 118/11
176/16 182/8 222/7 223/4
**addressed** [3] 34/18 106/4 231/23
**addresses** [1] 15/25
**adds** [1] 51/6
**adequate** [1] 223/14
**adjourned** [1] 246/17
**administration** [5] 117/4 117/22 161/4
161/9 182/2
**administrative** [1] 243/19
**administrator** [1] 208/13
**admissibility** [1] 133/3
**admissible** [1] 121/2
**admission** [3] 29/15 233/22 238/4
**admit** [1] 34/7
**admitted** [7] 37/23 41/10 64/1 65/6
65/18 68/23 111/15
**adopt** [1] 132/24
**adopting** [1] 214/5
**Adrick** [2] 27/20 27/25
**advance** [1] 73/15
**advanced** [4] 106/3 145/3 206/11
206/16
**advantage** [1] 191/18
**adverse** [1] 5/11
**advise** [2] 18/10 109/21
**advised** [3] 7/17 85/22 92/11
**advises** [1] 73/12
**advising** [1] 86/13
**advisor** [1] 131/16
**advisory** [17] 130/15 131/1 131/13
131/17 132/6 132/21 136/4 136/24
149/21 150/8 150/10 150/13 150/17
151/5 151/14 171/7 171/10
**affect** [2] 133/8 217/10
**affected** [5] 212/22 215/12 218/1 218/7
237/9
**affecting** [2] 215/9 215/14
**affidavit** [1] 198/24

**affirmative** [1] 94/20
**affirmatively** [1] 124/25
**afraid** [1] 139/13
**after** [39] 1/6 6/3 9/5 46/13 48/6 50/24
51/18 52/6 52/10 57/2 57/9 57/9 68/10
83/10 101/5 107/16 114/1 123/15 124/1
131/2 134/15 141/2 154/11 172/20
173/15 173/16 201/11 201/14 201/14
212/7 212/18 215/19 221/15 230/2
232/11 235/9 236/13 237/6 240/6
**afternoon** [5] 107/19 107/21 116/20
224/6 224/7
**afterwards** [2] 106/11 166/15
**again** [67] 9/20 18/9 24/4 30/14 35/17
37/18 37/19 39/7 56/13 57/19 62/11
64/7 65/18 71/19 73/20 74/20 84/19
86/5 86/19 87/5 89/22 90/15 91/23 95/5
96/1 98/23 100/16 103/15 116/21 119/3
120/22 122/13 123/3 133/5 136/22
140/7 152/10 155/8 155/8 160/3 160/7
160/8 162/11 162/13 162/24 166/8
167/24 168/1 168/2 168/6 168/11
168/24 169/23 169/25 172/4 176/1
186/7 192/7 196/23 198/13 207/3
213/22 218/23 219/13 224/6 243/7
245/25
**against** [6] 184/4 200/21 200/23
204/16 228/21 243/25
**age** [1] 8/25
**agencies** [1] 129/20
**agency** [6] 13/22 130/5 136/18 136/22
149/16 204/6
**Agent** [2] 43/15 55/2
**Agent Blanchard** [2] 43/15 55/2
**ago** [10] 53/21 58/1 85/15 90/18 90/23
91/8 143/22 162/9 186/12 223/19
**agree** [14] 68/25 69/5 69/9 115/19
116/14 176/14 230/4 231/7 231/16
231/24 234/12 234/22 242/15 242/18
**agreed** [2] 55/10 118/9
**agreement** [2] 14/23 126/17
**ahead** [15] 43/6 55/5 55/21 91/23
123/7 127/4 132/9 134/8 150/20 155/11
161/21 181/9 222/10 222/11 227/4
**AIDED** [1] 1/21
**aids** [1] 120/3
**air** [4] 202/20 203/6 203/8 203/12
**air-gapped** [3] 202/20 203/6 203/8
**AL** [2] 1/4 1/6
**alarm** [1] 92/3
**alarmed** [5] 87/22 88/1 88/4 89/19
91/18
**alarming** [3] 87/14 88/23 93/22
**Alaska** [1] 219/11
**alcohol** [1] 6/23
**alert** [6] 83/15 89/19 92/3 93/14 93/18
150/14
**alerted** [4] 29/4 85/16 88/23 96/23
**ALEX** [4] 4/13 103/6 103/12 107/15
**all** [160] 5/5 5/10 5/13 14/15 15/8 15/15
16/3 16/15 22/12 22/12 23/18 23/24
23/25 24/15 24/19 25/23 25/24 26/5
29/24 31/17 32/5 32/8 33/17 34/13
36/10 36/16 36/23 37/16 38/2 41/16
42/5 42/21 42/23 43/11 44/23 45/14
48/21 58/10 58/24 59/9 62/11 64/19
64/21 65/3 65/13 68/25 73/9 73/18
74/23 75/2 76/15 76/23 78/1 78/25

79/22 80/18 81/1 81/2 82/21 85/6 93/9
93/14 94/3 94/17 99/4 99/4 101/13
101/20 102/4 102/23 103/14 103/24
104/18 104/20 105/1 106/20 107/11
109/14 110/1 112/15 112/19 116/3
118/7 124/16 132/19 134/8 134/25
135/5 136/7 136/12 139/9 142/13 145/9
147/15 148/5 153/23 155/6 160/13
162/2 162/6 162/12 165/20 166/5
166/13 167/8 167/24 167/25 169/12
169/19 169/23 170/16 170/25 171/18
171/22 174/10 174/12 176/25 177/23
182/10 182/23 183/3 183/11 185/18
185/21 189/4 190/9 191/9 191/15 193/8
194/22 195/9 200/22 204/9 204/21
204/21 206/24 208/4 210/22 211/9
215/6 215/13 215/15 216/20 217/9
218/8 220/4 220/20 221/21 222/15
222/16 223/13 227/2 228/11 230/5
231/7 231/11 231/14 234/3 237/5
246/15
**allegation** [6] 18/5 18/10 22/7 58/7
71/17 97/6
**allegations** [11] 18/6 21/2 63/18 64/22
65/1 72/2 72/7 74/6 74/12 85/1 91/4
**alleging** [1] 237/10
**allotted** [1] 25/10
**allow** [24] 29/15 40/23 75/6 113/23
124/21 135/5 145/1 146/3 148/7 148/8
148/8 148/18 159/21 160/14 162/13
170/21 177/1 182/3 197/20 205/12
207/23 210/9 213/11 223/22
**allowed** [6] 111/21 119/23 120/22
122/6 123/14 175/11
**allowing** [3] 106/6 147/24 222/1
**allows** [12] 135/18 142/7 144/18 145/3
151/21 153/15 159/23 173/18 173/20
194/3 195/13 197/4
**ALLOY** [1] 3/5
**almost** [8] 59/12 130/18 152/25 174/19
213/8 214/13 217/4 243/18
**alone** [5] 83/23 152/4 167/15 210/5
212/5
**along** [6] 9/15 38/7 87/5 153/1 153/10
245/2
**already** [14] 29/17 36/5 37/22 37/23
48/4 50/17 55/1 73/21 77/22 101/5
121/3 133/18 137/25 204/5
**also** [74] 8/4 9/14 10/9 19/7 21/5 29/12
30/24 34/2 34/15 36/6 36/10 40/3 40/16
51/6 55/22 63/8 63/9 71/21 73/19 76/16
77/12 80/10 82/16 83/1 90/25 91/8 91/8
96/19 101/17 104/9 108/9 109/21
109/21 111/25 115/23 117/23 119/2
119/3 120/1 123/17 126/17 128/12
128/17 130/14 130/14 132/25 133/11
137/8 139/10 151/20 157/7 158/25
159/2 159/4 166/1 170/10 171/14
182/25 183/18 183/23 183/24 187/23
190/6 191/5 200/16 202/3 204/11 205/7
211/11 211/18 213/11 230/24 231/14
236/9
**Alt** [2] 173/18 193/24
**Alt-Tab** [1] 173/18 193/24
**alter** [10] 224/12 224/18 224/22 227/12
227/16 227/24 228/4 229/5 229/9
229/17
**altered** [3] 214/6 234/8 243/6

**A**

**alters** [1] 176/19
**Although** [4] 20/25 117/5 200/23 242/18
**always** [4] 78/2 78/3 125/24 146/18
**am** [12] 40/18 78/11 85/5 110/9 130/14 161/1 161/18 166/9 203/17 239/23 239/23 243/23
**Amazon** [1] 158/18
**AMERICA** [1] 247/3
**American** [2] 154/3 235/22
**among** [2] 146/1 210/7
**amount** [4] 75/5 98/16 184/5 221/14
**amounts** [1] 106/7
**AMY** [1] 1/11
**analogous** [2] 194/2 208/20
**analyses** [1] 108/23
**analysis** [13] 108/21 108/22 117/1 121/8 122/4 128/9 219/16 236/5 238/14 238/15 239/15 243/7 243/8
**analyst** [1] 128/8
**analytical** [1] 238/20
**analyze** [1] 236/18
**analyzed** [2] 205/13 236/8
**ANDREU** [8] 2/10 4/15 107/20 114/12 114/13 139/3 141/13 218/8
**ANDREU-VON** [3] 2/10 4/15 107/20
**Android** [19] 142/8 142/11 143/24 143/25 144/1 144/2 144/3 144/4 144/8 146/16 146/16 146/19 150/23 152/21 162/1 193/23 194/3 194/4 194/7
**Android 5** [1] 144/4
**Angeles** [1] 216/1
**angry** [2] 84/23 130/19
**animation** [1] 152/22
**announced** [1] 237/3
**annual** [2] 129/14 129/16
**anomalies** [3] 241/22 241/23 243/8
**anomalous** [1] 236/18
**another** [25] 33/11 81/5 108/4 109/4 121/8 121/20 144/24 148/12 152/12 153/14 156/10 163/22 164/2 168/13 194/2 196/7 197/9 203/3 206/8 214/17 216/15 218/18 219/9 236/9 244/23
**answer** [10] 13/20 14/3 21/6 22/11 56/8 94/2 143/5 181/24 190/14 216/15
**answered** [3] 97/20 142/9 143/22
**answers** [1] 12/12
**anti** [1] 157/15
**anti-garbage** [1] 157/15
**anticipate** [2] 57/8 107/7
**anticipating** [1] 23/22
**antivirus** [26] 203/16 203/20 204/4 204/8 204/9 204/20 204/24 205/4 205/7 205/11 205/13 205/14 205/15 205/16 205/17 205/25 206/3 206/18 209/25 210/1 210/4 230/15 230/23 230/24 231/5 231/6
**Antrim** [25] 109/6 109/18 109/24 236/5 236/14 236/22 236/23 238/1 239/7 239/15 239/19 239/25 240/3 240/18 241/4 241/17 241/17 241/23 241/23 242/10 243/11 243/18 243/25 244/10 245/14
**any** [220] 1/8 11/2 16/7 17/17 21/1 21/7 22/2 22/9 23/6 28/21 29/20 35/8 35/11 37/18 39/14 39/17 42/13 49/7 49/9 49/9

49/2 49/2 50/3 50/6 50/8 51/3 51/8 51/24 52/4 52/4 52/7 52/7 52/9 52/9 52/18 53/12 53/22 53/25 54/6 54/19 54/20 55/12 56/2 56/3 57/2 57/19 58/4 58/7 58/12 58/13 58/16 62/5 62/9 65/7 65/15 67/4 67/10 67/22 67/24 68/17 69/21 70/9 70/10 70/18 70/24 71/1 73/3 74/9 75/2 75/10 76/11 78/22 82/7 82/13 83/5 83/10 84/1 84/6 84/21 85/10 93/4 94/7 95/1 95/6 95/8 96/3 96/12 96/15 96/16 96/17 96/22 96/25 97/1 97/1 97/12 100/15 102/11 104/19 105/3 107/7 116/25 117/3 117/21 119/5 122/11 122/12 124/16 127/3 128/4 128/14 128/14 129/20 132/15 134/25 135/2 135/3 142/14 143/16 144/19 146/6 147/13 148/19 148/21 148/24 149/2 151/17 152/1 158/12 158/15 158/20 159/18 162/19 162/21 162/21 162/25 162/25 162/25 163/3 163/10 165/12 167/17 168/22 169/1 170/14 170/23 171/24 172/17 173/8 176/16 176/20 176/23 181/15 183/6 185/14 186/7 188/2 188/20 189/16 190/6 192/13 202/17 202/19 204/5 206/23 207/4 207/6 208/1 208/10 208/16 209/7 209/15 209/18 209/23 211/3 213/8 213/9 213/9 213/18 213/19 215/1 216/5 218/6 221/15 224/11 224/17 227/10 227/14 227/18 227/22 227/23 228/3 228/6 228/8 228/9 228/10 228/10 228/10 228/20 229/3 229/7 229/12 229/16 229/16 229/23 229/23 229/24 230/11 232/14 233/1 233/2 234/14 234/18 239/25 240/11 241/12 242/8 243/5 243/24 243/24 245/13
**anybody** [2] 129/12 195/2
**anymore** [1] 170/1
**anyone** [28] 6/12 12/23 44/4 44/6 44/9 47/11 49/8 58/17 69/18 69/20 70/16 70/19 70/19 76/11 93/7 96/8 96/25 98/11 102/17 128/24 139/10 160/13 170/6 171/1 172/21 172/21 209/2 217/4
**anything** [23] 22/5 33/22 51/2 52/10 70/14 83/15 94/13 94/23 95/14 110/20 111/23 114/1 114/3 115/8 122/2 161/3 178/21 180/10 190/11 210/17 211/3 220/8 225/1
**anyways** [1] 81/16
**anywhere** [4] 58/6 97/2 162/22 197/13
**apart** [2] 127/18 128/3
**apologies** [2] 31/15 31/22
**apologize** [3] 15/20 59/6 145/20
**app** [4] 163/17 179/16 179/19 179/20
**apparent** [1] 184/1
**apparently** [2] 13/12 75/9
**appear** [4] 73/19 164/19 242/25 243/2
**appeared** [1] 152/22
**appears** [4] 12/6 28/2 45/11 216/11
**application** [13] 144/14 144/21 144/24 161/24 162/5 162/8 167/5 173/20 178/16 178/19 194/14 194/15 209/5
**applications** [4] 144/9 144/11 179/17 194/12
**applied** [6] 7/18 127/13 128/18 176/20 193/20 230/20
**applies** [1] 239/7
**Appling** [1] 60/23

**apply** [3] 124/15 128/1 137/12
**applying** [2] 230/24 231/2
**appointed** [1] 78/14
**appointment** [1] 130/15
**appreciate** [4] 59/10 85/9 102/18 223/21
**approach** [4] 219/4 220/2 233/13 237/20
**approached** [1] 88/24
**approaches** [1] 37/20
**appropriate** [7] 63/23 105/3 106/1 114/25 137/21 158/7 231/20
**appropriately** [1] 156/21
**approval** [1] 241/12
**Approximately** [1] 188/14
**arbitrarily** [1] 209/15
**are** [211] 1/7 5/5 5/6 6/10 6/25 8/25 9/1 9/11 9/11 9/12 9/22 11/7 13/3 13/8 13/22 14/13 15/6 15/6 16/19 19/2 19/12 20/7 20/9 20/11 21/9 23/20 23/25 25/7 25/12 27/23 28/2 30/23 31/20 33/24 33/24 34/3 34/17 34/17 35/14 36/10 36/20 38/16 40/9 40/24 42/13 43/8 47/21 47/21 47/24 52/4 53/17 53/23 53/23 54/9 55/17 59/17 60/2 61/15 62/5 64/22 65/1 65/9 69/12 71/19 71/23 71/25 73/1 73/10 73/11 73/15 75/6 75/21 76/18 77/4 79/16 85/3 85/6 86/1 88/23 98/18 99/7 99/13 104/11 104/19 105/21 105/25 107/25 108/16 110/23 113/8 113/19 114/3 115/2 115/13 120/5 125/20 126/6 126/22 128/21 134/12 134/15 134/18 134/20 134/22 139/2 139/3 139/4 140/16 140/19 143/1 143/6 143/10 144/9 148/21 148/24 149/2 150/8 153/25 154/2 155/10 158/3 158/3 158/12 161/12 165/12 170/18 172/9 173/1 174/9 175/5 175/6 175/7 175/24 176/23 177/17 179/23 180/22 180/23 181/1 181/19 182/12 183/5 183/7 183/8 183/12 184/5 184/17 184/21 185/25 186/4 186/9 188/20 194/12 195/5 195/9 195/25 196/9 201/4 201/7 202/18 205/3 206/11 206/16 206/19 206/24 207/5 208/19 208/22 213/10 214/3 214/10 214/11 215/1 216/11 217/3 217/7 217/9 219/7 221/9 221/19 222/13 224/2 224/9 224/11 225/1 225/2 225/16 225/20 226/6 226/19 227/1 227/3 229/19 229/20 230/13 231/2 231/10 231/12 231/12 231/17 231/22 232/14 235/6 238/19 240/17 240/24 241/10 241/22 241/24 243/12 245/11
**area** [3] 49/18 80/12 106/7
**areas** [1] 117/7
**argued** [1] 225/15
**arguing** [1] 225/16
**Arizona** [2] 90/2 90/4
**Arkansas** [1] 216/2
**arm** [1] 130/6
**Arnold** [8] 154/1 154/2 168/2 169/24 170/8 170/10 170/13 170/18
**arose** [1] 240/14
**around** [6] 47/19 67/1 94/19 183/23 188/7 217/19
**arrangements** [1] 183/13
**articulated** [1] 127/7
**as** [249]

**A**

**ascribed [2]** 135/25 136/1
**aside [2]** 25/23 128/14
**ask [40]** 7/13 16/8 18/2 39/7 41/14
41/16 53/2 66/16 69/20 76/7 77/12 80/2
84/11 86/5 91/23 95/23 101/24 104/20
105/18 111/3 114/8 124/20 127/10
132/22 138/9 153/7 160/12 172/8
172/10 172/24 174/20 176/11 186/1
189/21 199/8 199/12 222/24 232/13
232/15 236/1
**asked [43]** 14/6 22/3 30/23 30/24 38/14
41/17 49/20 49/25 50/7 53/21 64/10
65/20 69/22 70/13 70/17 79/25 82/11
82/16 83/14 84/12 85/20 94/12 97/20
99/5 105/22 110/4 110/14 110/15
110/20 110/24 114/2 115/15 124/23
125/3 133/18 135/8 188/8 207/21
222/14 226/2 226/6 235/25 236/18
**asking [22]** 14/1 17/25 23/20 28/22
31/5 31/7 31/9 70/9 81/18 81/20 99/10
104/12 104/18 104/19 125/11 148/6
148/7 161/23 223/5 223/8 226/3 226/18
**aspects [2]** 115/21 226/22
**assembled [1]** 109/12
**assertions [2]** 74/15 75/21
**assessing [1]** 232/11
**assessment [1]** 137/16
**assign [1]** 82/18
**assigned [13]** 37/12 49/18 74/13 74/19
74/22 134/15 136/2 136/6 136/14
151/23 157/18 157/19 158/24
**assigning [1]** 74/16
**assignments [1]** 61/15
**Assistance [2]** 149/15 149/19
**Assistant [2]** 6/17 79/14
**assisting [1]** 28/19
**associated [2]** 101/18 101/19
**assorted [1]** 112/1
**assume [3]** 37/3 44/21 67/2
**ATLANTA [7]** 1/2 1/25 5/2 27/25 28/4
247/8 247/10
**attach [2]** 171/11 178/23
**attached [7]** 1/4 48/19 132/14 179/15
193/23 204/19 210/12
**attaches [4]** 174/7 181/2 181/4 181/5
**attaching [3]** 1/7 212/1 212/2
**attachment [3]** 48/16 60/16 63/9
**attack [19]** 173/5 173/7 173/12 177/8
178/2 179/1 179/7 180/11 187/23
187/25 200/3 202/9 202/13 206/4
206/24 210/11 217/14 231/21 234/7
**attacked [2]** 110/25 234/14
**attacker [14]** 127/22 128/12 145/18
174/7 178/1 178/21 178/23 179/24
183/24 197/1 197/2 197/4 197/9 245/11
**attackers [6]** 201/21 201/24 207/23
209/19 213/11 217/9
**attacking [1]** 210/5
**attacks [9]** 206/25 207/6 207/7 210/15
213/9 213/9 217/1 217/1 217/3
**attempted [3]** 83/21 90/1 239/24
**attend [1]** 9/18
**attendance [3]** 9/16 9/25 10/6
**attendees [1]** 129/18
**attention [4]** 22/5 120/13 189/14 190/1
**attorney [5]** 20/8 104/12 109/7 109/17

237/12
**attorney's [1]** 20/16
**attributed [1]** 40/7
**audit [12]** 74/8 88/25 89/1 164/14
164/19 164/20 164/24 164/25 233/1
233/6 233/7 242/12
**audited [1]** 170/14
**audits [1]** 231/20
**August [1]** 151/12
**Australia [1]** 108/24
**authenticated [2]** 13/5 40/5
**authentication [3]** 13/7 243/10 245/9
**authenticity [1]** 15/2
**authored [1]** 238/2
**authority [6]** 58/17 83/9 94/5 94/12
120/2 212/11
**authorization [1]** 58/22
**authorized [4]** 58/5 58/18 130/4 239/8
**automated [9]** 145/19 163/4 163/6
163/14 164/18 166/16 167/18 168/15
177/9
**automatic [1]** 179/22
**automatically [3]** 178/25 203/3 210/9
**available [5]** 62/1 106/24 128/22
129/18 215/16
**average [5]** 22/22 23/1 24/7 24/11
24/13
**avoid [3]** 109/20 191/18 201/11
**awaiting [1]** 20/5
**award [1]** 109/3
**awarded [2]** 244/17 244/17
**aware [32]** 35/16 40/18 46/7 53/22
53/23 54/9 54/11 59/17 60/2 69/12 70/8
70/9 70/12 70/24 71/3 72/21 84/24 88/7
88/10 89/16 90/3 90/4 93/17 94/3 98/16
128/21 188/20 203/14 203/17 240/7
240/9 243/24
**away [1]** 171/2
**awkward [3]** 164/10 165/21 166/5

**B**

**bachelor's [1]** 108/16
**back [63]** 14/4 18/25 19/9 22/16 23/25
32/14 46/21 46/22 47/1 47/5 48/15
48/21 51/18 54/6 55/15 57/23 58/11
81/6 85/13 87/3 95/5 96/15 100/20
110/12 111/17 118/16 123/5 129/19
142/3 149/8 152/7 152/14 155/13
155/20 161/25 162/3 163/13 163/17
163/21 163/24 164/12 166/8 167/5
167/8 167/25 169/15 171/2 173/17
177/22 181/4 181/13 181/16 184/7
192/6 193/6 193/12 193/15 194/21
198/7 200/8 202/11 218/6 244/17
**background [2]** 108/13 130/13
**backgrounds [1]** 8/25
**backpack [1]** 47/7
**bad [1]** 200/12
**ballot [105]** 36/12 74/8 111/18 111/20
111/23 112/8 117/15 127/11 128/15
128/19 140/6 140/8 142/24 148/21
148/22 148/23 151/6 151/11 153/16
153/16 153/18 153/20 153/21 153/22
153/23 153/25 154/5 154/10 154/16
154/17 154/23 155/3 155/21 155/22
155/23 155/24 156/1 156/3 156/5 156/7
156/7 156/8 156/13 156/14 156/19
156/23 157/3 159/21 159/25 160/5

160/8 160/21 162/25 167/21 168/1
168/8 169/9 169/14 169/19 169/20
170/11 170/14 170/17 173/11 175/23
176/19 176/20 176/21 177/25 184/3
185/3 185/21 188/9 188/16 190/24
192/3 192/4 192/4 192/9 192/11 192/19
192/22 193/3 194/23 195/3 195/9
195/23 196/10 196/11 197/3 201/9
201/9 201/12 201/14 211/20 211/22
218/4 218/7 223/3 231/8 231/16 231/19
235/5 236/24 244/13
**ballot-marked [1]** 142/24
**ballot-marking [21]** 111/18 111/20
111/23 112/8 117/15 127/11 128/15
128/19 140/6 140/8 151/6 151/11
153/16 192/19 192/22 194/23 195/3
196/10 196/11 201/9 235/5
**ballots [46]** 36/7 36/11 74/7 74/15
74/25 74/25 75/10 75/21 75/24 75/25
76/5 76/12 80/25 154/15 159/24 162/25
163/7 169/2 174/10 183/18 184/17
184/24 185/2 185/17 185/17 185/20
186/2 186/12 186/25 187/12 188/3
188/21 189/1 189/4 189/8 189/7 192/16
192/18 214/5 218/4 223/1 223/16 233/2
233/3 237/8 242/12
**banned [1]** 204/5
**Barnes [24]** 29/1 48/7 48/23 49/3 49/4
51/1 51/6 52/13 52/16 52/22 53/5 62/8
71/14 72/14 84/9 87/10 88/16 88/22
91/9 91/10 91/11 92/14 92/16 93/11
**Barnes' [8]** 48/15 48/19 62/13 72/1
87/5 89/18 92/2
**barrel [1]** 140/15
**base [3]** 188/14 188/19 217/7
**baseball [1]** 223/19
**based [33]** 20/10 20/14 23/6 23/22
41/18 41/19 47/16 54/1 56/20 56/25
61/25 68/16 83/8 83/13 96/13 109/7
117/24 120/25 120/25 121/2 121/3
175/9 190/12 190/14 191/13 235/4
240/18 240/20
**Bash [12]** 178/3 178/7 178/8 178/18
180/12 180/16 180/20 181/7 183/19
193/22 194/5 194/6
**basic [3]** 9/11 18/12 166/11
**basically [2]** 40/25 222/1
**basis [21]** 29/11 29/12 58/21 118/2
136/24 137/3 154/20 154/25 155/5
155/9 155/10 172/9 183/4 189/22 191/4
191/24 204/11 205/8 205/24 223/14
245/13
**bat [1]** 224/2
**batch [2]** 81/4 81/6
**batches [2]** 80/25 80/25
**Bates [2]** 14/18 15/4
**be [220]** 1/2 1/3 9/4 9/25 10/24 11/5
12/5 12/6 12/9 15/11 15/22 17/6 18/6
20/23 21/2 21/6 22/7 22/9 22/18 23/19
23/22 26/1 26/1 29/1 29/25 33/15 33/23
36/24 37/12 37/13 38/15 40/10 41/2
45/11 47/22 49/7 50/6 57/8 57/12 57/16
62/17 63/12 65/1 71/6 71/7 71/19 72/7
75/1 76/22 77/10 77/20 82/11 82/12
82/14 83/21 86/1 90/18 95/20 96/24
97/6 102/14 104/11 104/12 104/18
104/19 105/3 105/6 106/5 106/9 110/24

**B**

**be... [150]** 113/11 114/8 115/19 115/23 120/7 120/19 121/1 121/7 122/23 123/16 124/6 124/11 124/15 126/12 126/21 126/21 127/6 127/20 127/25 130/19 131/6 131/13 131/17 137/25 138/2 138/21 139/3 139/6 139/7 139/13 139/23 141/3 141/6 143/7 147/17 148/14 149/5 149/7 153/13 156/23 157/1 159/5 159/10 159/13 162/24 163/2 163/6 163/9 164/7 165/15 165/17 166/20 167/13 168/21 169/4 169/5 169/9 170/14 172/4 173/5 173/14 175/13 175/23 175/23 176/12 177/9 177/21 177/23 179/21 180/25 180/25 182/4 182/25 183/21 183/23 183/24 183/25 185/24 186/12 187/1 187/8 189/21 190/5 191/3 194/15 195/22 197/19 198/4 199/1 199/19 200/4 200/9 201/3 201/9 201/11 202/8 202/18 204/14 204/24 205/4 205/22 206/3 206/5 208/8 209/2 209/15 210/13 212/13 213/8 214/4 214/6 214/9 215/3 215/11 216/19 217/10 217/14 217/21 217/21 218/4 218/10 221/4 221/5 222/2 223/6 223/19 227/4 227/5 228/8 229/23 230/20 231/2 231/15 231/16 231/21 231/23 231/23 232/25 233/1 235/8 236/10 236/11 238/10 239/22 242/15 242/16 242/16 243/23 245/12

**Beaver [2]** 172/25 173/6

**became [4]** 78/12 78/17 79/20 240/9

**because [47]** 15/23 16/5 26/14 55/16 65/12 76/16 82/12 88/9 90/18 97/15 98/25 105/5 106/1 113/4 114/7 120/8 120/25 121/8 123/15 125/2 125/9 125/12 126/6 126/19 135/16 140/19 145/13 147/16 157/8 170/16 183/22 201/4 204/3 204/6 208/7 213/4 219/3 219/10 219/13 220/18 223/8 223/9 232/4 234/13 239/11 243/7 246/10

**become [3]** 8/21 165/8 203/4

**BEDARD [1]** 3/5

**been [120]** 6/3 10/19 14/18 17/5 20/4 28/3 33/3 34/9 36/12 40/18 40/19 40/19 41/11 42/24 49/7 51/2 52/23 54/13 55/1 55/14 57/10 57/24 57/25 58/9 67/16 68/9 72/10 74/22 75/11 83/16 84/2 84/11 88/23 89/7 91/12 92/22 95/17 96/17 97/10 97/19 97/21 98/11 101/3 106/2 106/7 107/16 108/4 108/10 109/21 110/4 112/11 113/7 113/10 113/18 114/2 121/3 121/23 125/25 127/2 129/7 133/12 136/6 141/6 143/8 149/9 154/22 178/21 180/5 182/24 183/11 186/13 187/3 188/16 200/6 201/12 202/5 202/20 204/5 204/5 205/13 206/25 207/6 207/7 213/2 213/16 214/19 214/20 218/1 218/2 218/7 219/5 222/21 223/18 224/12 224/15 224/18 224/21 225/6 226/5 226/14 226/20 227/11 227/15 227/24 228/4 228/21 228/23 228/23 229/5 229/9 229/12 229/17 231/25 234/18 235/8 237/14 239/7 242/11 243/1 243/6 **before [63]** 1/11 12/3 59/18 61/4 66/18 76/2 76/25 85/23 86/6 86/16 86/21

68/16 96/20 103/14 110/4 112/13 113/2 113/6 116/24 118/5 124/9 134/7 138/20 140/4 142/4 142/14 147/24 150/6 151/14 152/6 155/13 157/14 160/3 160/21 162/15 164/6 167/9 168/3 171/6 173/14 173/16 174/24 177/5 189/1 194/20 195/11 195/21 200/9 200/18 201/18 212/11 215/7 218/16 220/6 220/8 222/7 226/16 237/18 240/6 240/7 244/11 245/6 247/10

**beforehand [2]** 161/12 216/20

**began [3]** 78/21 99/15 118/5

**begin [5]** 7/7 103/14 201/15 222/5 224/8

**beginning [4]** 19/19 123/24 177/22 194/6

**begins [2]** 59/15 241/8

**behalf [5]** 2/22 58/18 104/25 105/19 107/20

**behavior [2]** 190/15 191/4

**behind [8]** 30/1 141/16 142/19 150/24 178/1 180/22 181/13 181/21

**being [38]** 5/10 20/8 23/2 23/13 40/12 62/4 63/16 64/1 64/2 70/17 71/4 75/25 86/13 88/23 91/4 92/4 95/5 105/22 112/21 112/23 120/18 125/19 126/23 136/22 147/17 157/7 167/12 169/3 181/16 181/21 189/17 203/8 204/18 210/14 218/24 223/15 225/7 226/11

**believe [62]** 7/15 8/12 13/17 14/21 35/11 39/14 39/17 40/1 46/12 58/4 58/17 58/21 65/15 67/4 67/10 67/22 67/25 68/18 69/2 74/21 75/20 76/1 92/6 93/17 99/21 103/23 112/11 130/3 131/7 132/7 135/2 144/3 146/13 154/10 154/18 167/10 171/8 171/14 172/25 174/23 175/21 185/6 188/23 189/5 190/6 192/21 198/14 199/1 209/23 210/21 211/4 211/20 216/1 230/19 232/8 236/14 240/17 240/21 242/5 244/3 245/17 245/25

**BELINFANTE [2]** 3/4 3/5

**below [2]** 38/11 156/10

**BEN [1]** 2/6

**bench [5]** 1/10 106/12 126/21 222/18 224/1

**Benedict [7]** 153/25 168/1 169/24 170/8 170/10 170/13 170/17

**benefit [2]** 128/6 162/11

**besides [2]** 159/5 236/9

**best [2]** 114/8 164/11

**better [2]** 18/10 142/13

**between [10]** 19/8 26/20 49/8 53/13 54/17 56/1 71/14 113/20 176/16 192/23

**beyond [11]** 95/9 100/15 111/23 120/20 122/2 145/12 190/6 192/20 210/24 212/1 217/8

**bias [1]** 232/8

**BIC [2]** 142/3 149/7

**big [1]** 178/3

**binder [11]** 11/10 32/3 34/13 85/14 110/8 110/9 110/10 111/3 111/4 130/11 150/3

**BIOS [1]** 209/12

**bit [9]** 14/17 69/15 116/22 135/16 137/3 139/17 142/13 162/4 188/19

**black [2]** 128/5 152/19

**Blake [1]** 34/25

**blamed [1]** 196/24

**Blanchard [28]** 8/17 17/20 43/15 44/13 45/6 45/17 45/22 46/16 46/23 47/2 47/11 50/16 50/20 51/18 52/20 54/9 55/2 56/9 66/11 80/12 83/2 83/5 94/6 94/13 95/11 95/15 98/7 102/9

**blank [1]** 158/5

**block [1]** 161/20

**blooded [1]** 154/3

**BMD [43]** 110/16 112/3 129/13 135/21 140/11 143/20 148/1 148/25 149/3 159/22 162/16 162/21 162/21 165/13 174/6 174/9 180/19 180/21 180/22 181/20 183/23 187/7 187/11 187/25 188/8 194/3 195/21 195/23 196/1 197/5 197/8 197/13 197/22 198/4 198/4 211/21 212/10 212/16 217/23 218/2 222/22 227/24 228/4

**BMD's [2]** 196/25 197/15

**BMDs [18]** 70/3 110/1 159/5 160/13 160/18 195/10 200/10 214/6 214/7 214/8 214/10 214/25 215/24 216/5 216/8 216/9 217/19 217/25

**board [18]** 20/6 20/7 20/13 30/8 38/13 38/20 39/11 51/2 58/5 58/17 62/17 67/18 68/11 86/2 86/11 91/2 135/14 151/18

**boards [4]** 8/4 8/6 8/6 78/10

**body [1]** 183/25

**boot [1]** 143/19

**booted [1]** 152/25

**booth [1]** 126/9

**booting [1]** 152/19

**borrow [1]** 141/13

**both [9]** 61/16 63/6 72/14 106/8 140/16 179/21 187/20 189/7 223/2

**bother [1]** 161/3

**bottom [12]** 11/18 19/11 24/15 24/17 32/21 34/23 48/24 50/12 55/20 109/13 161/25 234/24

**bought [2]** 158/4 236/13

**bound [1]** 20/8

**boundaries [1]** 112/21

**box [2]** 128/5 218/5

**BOYLE [1]** 3/9

**BRAD [2]** 1/6 26/18

**Braun [6]** 28/2 28/6 28/8 30/14 33/1 74/20

**breach [4]** 54/14 56/18 56/21 58/2

**breaches [3]** 96/20 97/14 102/10

**break [11]** 32/6 102/21 102/25 120/14 143/16 170/22 171/3 218/13 220/4 221/23 221/24

**Bredt [1]** 107/23

**brief [14]** 32/7 51/14 59/8 72/19 105/12 123/6 138/23 139/12 139/20 139/22 139/25 161/22 171/3 221/24

**briefly [8]** 8/21 108/13 123/8 123/10 134/6 152/20 153/20 189/4

**bring [6]** 63/14 75/14 78/22 216/16 216/19 240/22

**broader [2]** 94/18 199/6

**broadly [1]** 211/12

**broke [1]** 199/18

**broken [2]** 36/5 140/19

**brought [5]** 109/17 129/17 188/7 189/14 190/1

**BROWN [4]** 2/15 2/15 4/7 71/12

**B**

**BRUCE [3]** 2/15 2/15 71/12
**BRYAN [3]** 3/6 3/7 218/20
**budget [2]** 12/5 12/8 12/10
**budgetary [1]** 23/21
**built [1]** 208/22
**Bunny [12]** 178/3 178/7 178/8 178/18 180/12 180/16 180/20 181/7 183/19 193/22 194/5 194/7
**Bureau [2]** 130/17 240/22
**burn [1]** 196/8
**business [12]** 2/11 40/16 40/17 40/21 48/13 54/18 56/22 63/8 63/9 82/17 83/15 83/20
**button [13]** 141/20 141/22 142/2 142/12 142/20 150/23 150/25 154/6 155/14 155/16 155/21 161/19 164/23
**buy [2]** 158/18 180/13
**bypass [3]** 146/4 148/15 209/15
**bypasses [1]** 142/6

**C**

**cabinets [2]** 36/2 36/22
**cable [12]** 176/5 178/2 178/22 178/24 180/16 180/18 180/19 180/20 181/2 181/3 181/5 181/16
**cables [2]** 141/25 142/23
**calculation [1]** 219/1
**California [2]** 109/12 216/2
**California's [1]** 109/14
**call [8]** 5/6 21/6 98/7 98/11 103/2 103/3 103/6 114/16
**Callaway [3]** 27/21 27/23 27/24
**called [18]** 5/10 28/15 66/1 88/9 114/14 127/13 129/14 141/21 142/5 143/2 146/1 173/19 178/3 180/12 195/22 208/13 209/12 241/17
**calling [1]** 114/6
**came [19]** 10/2 17/10 17/11 17/21 22/5 22/8 26/1 26/23 45/21 46/16 49/24 54/6 70/2 88/8 90/6 121/23 160/7 164/22 212/18
**camera [1]** 174/14
**campaign [5]** 202/24 202/24 203/9 204/15 232/3
**campaigns [1]** 232/20
**CAMPBELL [1]** 2/6
**can [200]** 8/21 10/15 11/11 11/11 11/12 12/23 13/15 15/7 16/1 20/13 20/14 20/15 23/14 23/16 25/23 26/5 30/18 33/21 39/7 43/9 43/17 44/2 44/16 45/17 57/23 59/13 60/6 60/17 61/17 62/19 64/8 65/24 66/20 67/7 69/5 69/8 69/10 69/24 77/18 79/1 87/2 88/1 88/12 96/6 97/12 98/15 103/20 105/16 105/18 106/11 106/19 106/24 107/9 108/13 108/18 110/8 111/4 112/11 117/10 119/14 124/22 125/15 130/11 131/11 132/20 132/22 133/9 135/13 136/4 138/12 139/10 139/15 140/13 141/11 141/13 142/3 142/13 142/15 142/22 143/7 143/19 144/7 144/7 144/11 144/15 145/4 145/13 145/24 146/19 148/16 149/25 150/3 150/16 150/16 152/16 153/2 153/9 153/11 153/19 153/20 154/7 155/15 155/21 155/23 156/3 157/10 158/1 158/10 158/18

159/13 160/13 160/15 160/23 161/6 161/8 161/8 161/17 161/17 162/3 162/8 162/10 162/12 162/24 163/2 163/6 163/8 163/23 164/25 165/7 165/12 166/1 166/2 166/13 167/23 168/21 169/21 170/20 173/5 174/5 175/15 176/11 176/15 176/25 177/8 177/22 178/7 178/9 179/21 179/25 180/13 182/8 184/2 184/2 184/21 185/9 185/12 188/5 190/11 193/4 193/15 193/23 194/8 194/8 194/15 195/16 195/18 196/22 197/12 197/15 197/19 197/24 198/7 201/3 204/23 205/10 205/17 207/3 207/17 212/5 213/22 214/15 216/19 216/22 217/14 220/2 220/2 220/13 220/14 220/15 222/25 223/6 223/6 231/2 231/15 232/13 232/15 232/17 233/8 236/21 246/12
**can't [25]** 16/2 54/7 54/7 54/8 54/8 66/14 69/22 70/1 72/16 87/25 95/6 96/3 96/3 96/6 97/9 101/11 118/11 126/12 126/21 131/18 131/19 133/8 192/25 218/6 231/21
**candidate [5]** 156/12 186/11 186/17 233/4 233/6
**candidates [4]** 153/25 244/18 244/19 244/20
**cannot [5]** 29/1 42/11 64/12 75/24 215/5
**capacity [3]** 40/22 117/9 132/23
**capture [3]** 20/22 33/13 121/8
**captured [3]** 33/15 61/7 219/8
**captures [1]** 61/10
**card [77]** 48/13 48/18 48/24 49/8 54/18 56/22 72/12 82/17 83/15 83/20 87/6 89/20 90/22 91/19 92/14 92/20 92/21 98/9 152/23 153/4 153/4 153/9 153/14 153/14 153/15 153/17 157/21 157/22 157/22 157/23 157/24 158/1 158/7 158/8 158/9 158/16 158/17 158/25 159/2 159/3 159/4 159/5 159/7 159/8 159/12 159/15 159/16 159/18 159/19 159/20 159/22 160/16 160/17 160/17 160/18 160/23 161/1 161/2 161/14 162/18 162/20 163/10 163/11 163/22 164/2 164/17 164/18 164/23 165/3 165/6 165/7 165/7 166/18 167/6 167/15 167/24 217/15
**cards [13]** 58/9 112/1 158/3 158/4 158/5 158/6 158/10 158/13 159/10 159/13 160/13 180/10 211/24
**career [1]** 137/7
**careful [2]** 77/10 217/25
**carefully [2]** 188/2 188/20
**Carolina [1]** 216/2
**carried [1]** 226/11
**carries [1]** 145/15
**carry [2]** 204/15 206/4
**carrying [1]** 225/8
**carryover [1]** 227/3
**CARY [1]** 2/20
**case [99]** 4/3 5/3 6/9 11/23 18/22 18/23 18/23 19/6 19/22 20/2 20/4 20/8 29/17 30/8 30/12 34/4 37/11 40/11 60/6 60/25 61/12 61/13 61/13 61/15 62/17 63/4 63/5 63/5 63/18 64/21 64/22 65/1 66/3 66/5 66/6 66/10 66/14 66/18 68/12 69/21 69/24 70/9 71/13 75/11 75/12

79/6 76/24 88/7 100/18 104/11 105/22 106/3 110/14 111/17 113/5 113/10 113/14 117/8 117/13 119/7 119/17 123/12 126/12 127/2 127/3 129/6 129/21 132/14 132/15 135/3 136/23 148/1 155/7 168/9 171/21 175/9 175/15 178/23 188/15 188/19 190/7 190/13 190/9 201/15 202/20 218/18 219/9 220/1 220/18 221/6 223/12 224/10 224/11 227/10 227/23 232/7 237/18 240/20 246/1
**cases [6]** 19/24 22/22 24/7 61/15 122/22 229/15
**cast [7]** 36/11 36/12 184/15 184/18 201/9 201/12 201/14
**categorized [1]** 210/8
**category [1]** 241/2
**caught [1]** 189/9
**cause [9]** 148/5 163/6 163/14 189/10 204/2 217/11 226/5 241/22 242/7
**caused [1]** 142/5
**causes [1]** 237/14
**center [4]** 27/4 142/19 195/25 200/17
**central [1]** 211/19
**centrifuges [2]** 202/16 203/10
**certain [9]** 15/6 128/10 173/1 197/2 214/18 215/3 215/9 226/22 235/13
**certainly [15]** 22/1 22/2 71/20 106/14 113/22 117/12 128/8 131/14 131/16 193/2 202/3 227/7 231/10 236/10 240/21
**certification [7]** 9/8 9/17 10/11 10/22 241/11 242/3 242/8
**certified [11]** 7/3 8/14 8/19 8/21 10/2 10/10 10/20 79/2 82/22 113/6 113/16
**certify [1]** 247/8
**CES [1]** 49/13
**cetera [2]** 112/2 192/5
**chain [7]** 59/20 84/8 88/18 198/11 199/16 199/20 200/1
**chair [2]** 130/14 165/25
**challenge [2]** 147/24 233/3
**challenging [5]** 76/3 76/17 76/18 76/20 76/21
**chance [1]** 128/9
**Chaney [16]** 38/21 39/4 39/10 39/17 40/7 41/19 41/19 42/10 42/11 44/4 44/7 44/10 85/17 86/23 93/10 100/12
**Chaney's [1]** 40/24
**change [23]** 97/9 126/10 144/17 144/18 148/19 155/21 162/25 163/3 173/7 173/8 188/8 192/10 192/15 194/16 205/18 208/16 208/16 209/15 217/8 224/15 226/14 240/11 244/13
**changed [10]** 173/11 180/5 187/3 187/4 187/12 187/20 188/16 188/18 226/16 231/21
**changes [7]** 101/17 152/1 154/15 167/21 187/23 198/2 241/12
**changing [4]** 101/21 148/9 172/24 209/16
**chaos [3]** 217/11 217/21 217/23
**character [1]** 148/10
**characterize [1]** 28/18
**characterized [1]** 38/20
**characters [2]** 152/19 166/14
**charge [2]** 80/13 80/16
**charged [2]** 33/2 240/16

**C**

**charities [2]** 8/8 78/8
**chart [1]** 65/4
**chassis [1]** 128/20
**cheat [4]** 192/4 201/7 201/11 201/19
**cheating [2]** 192/3 201/15
**check [4]** 53/1 71/22 153/13 170/5
**checked [1]** 62/8
**checking [1]** 145/16
**checks [2]** 173/1 173/6
**chief [13]** 7/24 8/1 23/11 23/13 27/24 61/20 61/20 74/5 78/12 78/13 79/20 83/19 84/13
**chip [2]** 153/5 158/4
**choice [1]** 170/16
**Chris [10]** 21/9 34/25 48/7 48/19 83/13 84/9 85/16 87/6 88/17 99/13
**CHRISTIAN [9]** 2/10 103/5 104/20 107/19 113/5 114/5 114/11 114/14 114/19
**churr [1]** 43/1
**Circuit [1]** 77/2
**circumstance [2]** 11/6 11/9
**circumstances [3]** 11/3 75/6 201/7
**circumvented [1]** 239/2
**CISA [35]** 130/4 130/8 131/1 131/4 131/8 131/13 131/19 131/22 131/23 132/6 132/21 133/22 133/25 134/1 134/2 134/15 135/4 135/15 135/21 136/1 136/2 136/4 136/8 136/23 137/4 137/8 137/13 137/15 141/19 151/24 158/24 173/18 213/10 213/20 214/15
**CISA's [1]** 135/16
**citation [3]** 119/18 121/19 219/23
**cite [4]** 1/4 120/16 121/6 121/21
**cited [5]** 119/17 122/12 171/16 175/9 218/20
**citing [2]** 120/6 234/6
**citizens [1]** 85/9
**city [4]** 17/7 79/3 79/6 247/10
**civilian [1]** 8/3
**claim [3]** 76/5 86/13 228/16
**claimed [2]** 82/10 82/14
**claims [13]** 34/5 75/12 78/8 82/12 223/9 225/6 225/6 225/10 225/20 228/13 228/23 240/24 241/4
**clarification [1]** 226/19
**clarify [6]** 64/3 76/16 92/13 103/22 114/3 226/6
**clarity [1]** 115/10
**class [2]** 136/3 137/22
**classified [1]** 16/4
**clear [34]** 23/17 23/23 42/24 50/6 58/1 59/7 76/22 90/18 96/24 104/11 115/23 115/25 128/3 131/7 137/25 138/2 141/6 149/5 149/7 166/20 169/9 173/14 186/12 187/8 190/5 199/1 199/12 210/13 219/13 228/8 229/23 231/16 238/10 242/15
**clearer [2]** 128/11 211/1
**clearly [4]** 16/4 29/16 77/4 123/19
**client [3]** 73/10 75/13 223/17
**Clinton [1]** 232/3
**clip [2]** 43/18 44/24
**clipboard [1]** 164/24
**clock [1]** 153/8
**close [7]** 139/3 139/7 147/16 185/25

**closed [8]** 57/24 68/1 68/5 68/10 68/14 100/18 141/22 142/21
**closeness [1]** 232/4
**closer [3]** 31/11 105/21 127/9
**closing [3]** 186/5 186/9 216/24
**closures [2]** 23/1 24/8
**clumping [1]** 81/1
**CM [2]** 1/2 1/3
**CM/ECF [1]** 1/2 1/3
**co [1]** 130/14
**co-chair [1]** 130/14
**COALITION [2]** 2/13 225/24
**code [32]** 9/1 20/9 20/10 21/2 77/8 86/8 93/14 109/13 118/18 118/18 118/23 128/4 128/7 128/12 128/14 135/25 154/19 156/6 156/9 156/19 156/25 157/1 166/21 170/7 170/9 170/17 174/3 180/6 187/20 187/24 197/21 205/17
**codes [3]** 134/18 185/20 187/12
**Coffee [73]** 38/12 38/20 38/24 39/10 41/22 42/3 42/12 43/24 44/20 45/9 46/8 47/13 50/17 51/3 55/9 60/6 62/12 66/7 66/12 66/21 73/6 80/1 80/1 80/5 80/7 80/22 83/6 84/3 85/23 86/3 86/6 86/11 86/22 89/15 91/7 91/17 92/3 92/25 94/10 95/1 96/20 97/15 99/6 101/4 101/14 101/19 102/10 198/19 199/2 203/16 204/3 204/19 207/10 207/14 208/3 210/21 210/22 211/3 211/6 211/11 211/14 212/7 212/14 212/18 212/22 212/25 213/1 213/15 229/21 229/24 229/25 230/3 230/5
**collaboration [2]** 137/15 188/23
**colleague [3]** 101/3 104/18 106/10
**collected [1]** 29/6
**collecting [1]** 9/13
**colloquy [1]** 190/10
**Colorado [1]** 121/17
**Columbia [1]** 175/17
**column [1]** 63/18
**combative [1]** 11/5
**come [37]** 18/25 19/16 22/16 22/21 25/6 27/19 35/14 35/25 48/15 48/21 49/1 55/15 60/25 66/16 69/18 69/20 70/22 71/21 75/22 105/16 106/12 110/12 121/9 125/22 133/8 133/9 139/15 141/25 147/8 153/1 153/10 165/22 165/23 192/9 193/6 222/15 235/22
**comes [6]** 46/21 47/7 156/1 170/2 194/13 196/16
**coming [6]** 10/3 58/10 70/19 118/25 156/2 231/3
**command [16]** 145/6 145/24 146/2 146/6 146/9 147/22 148/2 148/5 152/12 152/13 166/10 166/14 166/15 167/18 167/20 167/21
**commands [22]** 145/3 145/4 145/19 146/1 146/4 146/17 148/14 163/4 163/6 163/14 164/18 166/11 166/17 166/20 168/12 168/15 168/15 171/25 172/17 172/20 178/5 203/10
**commend [1]** 203/21
**commendable [1]** 200/24
**comment [1]** 239/11
**Commission [2]** 130/15 149/16

**Commission's [1]** 149/20
**commissioner [2]** 6/17 79/14
**commit [1]** 11/1
**Committee [1]** 110/7
**commodity [2]** 158/19 158/20
**common [1]** 134/11
**commotion [1]** 98/17
**communication [2]** 53/25 57/9
**company [14]** 28/15 28/24 50/3 54/19 55/13 55/15 56/1 56/23 121/17 204/6 204/14 205/14 205/22 231/3
**compare [1]** 212/7
**compared [3]** 24/12 36/24 82/5
**comparison [1]** 193/1
**compartments [1]** 140/16
**compatible [1]** 162/21
**compile [1]** 122/18
**complainant [1]** 37/19
**complainant's [1]** 36/20
**complainants [1]** 18/20
**complained [1]** 192/6
**complaint [14]** 17/6 17/14 17/17 17/21 17/24 18/22 29/18 29/22 31/6 34/10 35/17 41/1 62/15 89/22
**complaints [10]** 17/3 17/9 20/23 21/1 25/25 65/7 69/2 84/16 84/18 84/20
**complete [11]** 5/19 9/6 19/23 21/8 23/19 125/17 131/3 166/12 167/2 211/18 211/18
**completed [4]** 20/2 20/4 22/18 134/16
**completely [11]** 38/14 38/20 39/5 39/11 41/20 85/18 85/21 86/10 91/2 93/11 241/24
**completion [3]** 10/9 53/19 57/17
**complex [2]** 77/5 105/2
**complexity [1]** 19/22
**component [2]** 215/10 215/12
**components [1]** 215/11
**compromise [5]** 125/14 127/23 207/23 232/1 245/10
**compromised [3]** 208/8 231/25 234/19
**computer [48]** 1/21 27/8 27/9 107/23 108/1 108/3 108/7 108/14 145/2 145/5 146/10 146/13 147/23 147/23 148/9 153/5 158/4 196/2 196/6 196/7 196/17 196/20 199/19 202/11 202/14 203/1 203/3 203/3 203/5 204/10 204/21 204/25 205/2 205/3 205/6 205/20 206/6 206/7 206/8 206/9 209/13 209/14 225/2 233/9 233/18 239/6 243/20 245/11
**computer's [1]** 205/4
**COMPUTER-AIDED [1]** 1/21
**computers [9]** 27/7 196/2 202/17 202/18 203/12 204/6 206/1 206/21 209/9
**computing [1]** 146/3
**CON [2]** 129/15 129/17
**concepts [3]** 175/5 176/4 219/7
**concern [28]** 17/10 17/17 17/21 18/1 21/6 22/2 26/23 28/6 29/3 40/3 47/18 47/23 47/24 47/25 49/24 75/4 100/15 106/11 127/1 204/2 204/8 204/13 205/19 206/1 208/6 209/18 224/23 226/5
**concerned [2]** 40/9 99/11
**concerning [11]** 14/8 28/10 32/18 62/3 70/3 79/25 81/21 82/16 195/5 204/3 204/17

**C**

**concerns [16]** 20/23 21/17 25/25 37/20 39/1 69/1 75/9 83/5 85/25 205/10 208/2 208/10 209/7 225/7 226/4 230/3
**conclude [2]** 191/6 241/16
**concluded [2]** 224/1 241/19
**conclusion [6]** 75/23 102/17 232/9 239/19 242/25 245/5
**conclusions [1]** 240/11
**conduct [14]** 9/9 9/19 10/13 10/18 11/2 18/17 18/20 19/3 38/25 88/24 90/20 109/13 190/2 233/2
**conducted [14]** 14/13 29/5 32/18 33/24 56/10 81/8 109/1 109/7 188/6 188/22 237/7 238/14 240/15 240/18
**conducting [3]** 15/23 47/12 71/15 14/9
**conducts [1]** 14/9
**confer [4]** 105/24 136/19 222/8 222/8
**conference [3]** 125/10 222/18 224/1
**conferences [1]** 129/16
**confidence [3]** 69/6 69/10 233/8
**confident [1]** 85/3
**confidential [2]** 16/5 16/6
**confidentiality [1]** 126/17
**configuration [5]** 152/1 205/4 207/23 213/12 213/13
**configured [12]** 126/8 140/22 140/24 141/3 141/3 156/21 164/7 170/9 177/24 185/23 208/4 209/11
**confirm [7]** 14/11 82/3 96/17 136/20 153/7 222/25 237/8
**confirmation [2]** 76/11 155/25
**confirmed [4]** 81/12 136/13 141/19 238/11
**confirming [2]** 117/17 127/20
**conforms [1]** 225/15
**Congress [2]** 110/4 110/5
**conjunction [3]** 90/9 137/15 197/19
**connect [4]** 178/22 180/18 181/16 183/8
**connected [14]** 47/25 61/1 62/4 63/16 108/2 167/12 180/16 180/20 202/10 202/17 202/18 203/1 206/21 243/1
**connection [2]** 62/10 136/16
**connectivity [1]** 242/21
**connects [2]** 47/14 180/19
**consensus [3]** 235/6 235/9 235/14
**consequence [1]** 241/10
**consider [5]** 64/12 83/19 115/18 219/21 221/5
**considered [3]** 83/9 110/22 126/4
**considering [2]** 200/24 223/25
**considers [1]** 127/24
**consistent [12]** 10/25 14/12 15/6 16/11 23/14 24/9 24/13 54/12 56/10 57/4 126/15 232/10
**consists [1]** 127/17
**consolidation [1]** 101/17
**conspiracy [1]** 228/23
**constitute [1]** 247/9
**constructed [1]** 166/15
**consult [3]** 72/4 72/9 105/17
**consultant [2]** 73/12 73/14
**consultant's [1]** 73/16
**consulting [3]** 51/3 104/25 132/11
**contact [28]** 49/7 49/20 49/21 50/3 50/6 51/6 51/24 53/12 53/15 54/17

54/19 55/13 59/13 58/1 60/2 56/23 57/14 57/14 58/12 87/21 89/23 92/19 93/3 93/3 95/7 96/17 98/8 98/12
**contacting [1]** 18/20
**contain [3]** 150/8 205/1 205/17
**contained [3]** 65/8 175/13 210/2
**containing [1]** 36/2
**contains [4]** 13/10 29/13 39/23 180/6
**contending [1]** 226/11
**contents [5]** 34/16 132/18 144/17 156/9 156/9
**contest [5]** 155/19 184/23 186/16 187/14 237/9
**contests [3]** 232/4 236/24 244/18
**context [10]** 19/11 65/11 69/23 71/6 87/4 117/1 128/1 192/1 206/25 240/4
**contiguous [1]** 174/14
**continue [7]** 164/6 164/9 165/19 167/23 168/3 170/20 171/6
**continued [3]** 4/3 5/3 235/11
**continuing [9]** 94/10 95/3 95/10 95/16 95/19 95/19 95/24 96/7 227/1
**contracted [1]** 109/21
**contrary [1]** 126/5
**contrast [1]** 212/14
**control [7]** 27/8 147/12 162/16 168/22 205/20 243/10 245/10
**controlled [4]** 183/19 202/16 205/21 205/22
**controlling [2]** 120/2 178/10
**controls [6]** 146/5 148/15 208/15 208/21 239/8 239/11
**conversation [3]** 85/2 101/12 221/1
**conversations [1]** 84/23
**convincing [1]** 228/11 228/12
**coordinated [3]** 130/8 131/2 136/10
**coordinating [1]** 53/8
**coordination [1]** 137/15
**copied [4]** 49/3 99/8 166/10 166/17
**copies [3]** 122/15 213/4 223/16
**copy [11]** 106/21 111/2 122/24 128/17 144/15 165/11 193/10 196/9 207/10 211/18 211/18
**copying [3]** 27/20 200/7 239/4
**core [1]** 208/19
**corner [1]** 24/16
**corporations [2]** 8/7 78/9
**correct [84]** 16/18 21/18 26/22 28/17 29/8 30/15 44/17 46/14 47/9 49/4 49/5 49/15 49/23 50/4 50/9 50/15 50/19 50/23 51/9 51/21 52/1 52/3 52/21 52/24 53/7 53/10 56/6 58/15 59/19 65/5 65/5 67/9 67/16 72/15 78/11 78/14 80/20 80/22 81/13 82/4 86/15 86/18 87/19 88/3 91/7 91/15 92/5 94/4 98/12 99/3 104/15 114/25 140/20 140/21 141/7 145/17 149/8 151/16 162/17 163/1 163/20 165/5 170/5 175/11 180/11 180/16 184/9 184/25 186/15 187/9 187/24 194/24 197/13 202/2 211/12 216/3 230/8 230/10 230/11 234/22 241/5 244/2 244/3 246/6
**corrected [5]** 167/13 172/4 237/5 237/6 237/14
**correctly [5]** 30/25 33/12 78/7 153/8 192/9
**correspondence [3]** 51/8 65/17 91/21
**corresponds [2]** 66/10 185/6

**corroborates [1]** 37/14
**cost [2]** 158/9 158/10
**costs [1]** 180/12
**could [116]** 9/4 12/4 13/24 17/6 19/2 20/25 21/2 22/7 22/9 26/1 26/1 34/8 41/13 62/15 64/25 65/1 70/5 70/7 70/14 71/19 72/7 79/12 82/11 82/12 82/14 85/13 92/22 92/22 92/23 92/24 97/6 101/24 112/20 123/8 126/9 128/12 134/6 135/11 135/20 138/11 139/5 144/22 145/7 146/24 148/2 148/21 148/24 149/2 152/4 152/6 152/7 155/20 159/5 159/10 159/25 163/13 165/14 165/17 165/18 165/19 167/3 168/17 172/20 174/21 176/4 176/5 176/16 177/4 177/11 177/11 177/15 180/25 181/13 181/15 182/23 183/21 185/5 189/16 191/17 191/22 192/3 192/10 197/17 200/7 200/18 201/5 201/17 201/21 201/24 202/4 202/8 205/22 206/3 206/5 206/19 209/3 209/3 209/14 213/20 213/23 213/25 214/4 214/8 215/16 215/19 216/25 217/3 218/16 228/14 230/13 230/24 238/17 240/23 243/5 244/5 244/7
**couldn't [4]** 81/6 187/16 214/6 217/24
**counsel [44]** 5/5 14/2 14/5 15/17 26/14 26/25 35/18 37/7 39/3 39/9 39/15 39/18 40/11 41/11 73/13 77/12 79/25 82/16 85/16 85/25 86/8 86/12 90/25 104/4 105/4 105/13 105/18 105/25 106/3 106/8 111/2 113/23 114/2 114/10 118/2 119/8 126/15 193/5 216/20 220/6 222/9 222/17 223/7 226/2
**counsel's [2]** 147/18 171/20
**count [17]** 65/19 76/1 80/9 80/20 81/8 81/10 81/12 82/3 82/5 85/1 185/19 211/19 223/12 232/25 233/7 237/7 242/11
**counted [3]** 21/7 81/5 186/10
**counterfeit [7]** 157/23 157/25 158/15 159/3 159/10 159/13 160/23
**countermeasure [2]** 200/23 200/25
**counties [9]** 47/20 62/9 91/21 147/6 200/19 210/17 211/4 216/8 216/11
**counts [2]** 232/4 232/21
**county [142]** 5/2 20/16 22/9 30/8 35/23 38/12 38/24 39/11 41/22 42/3 42/12 43/24 44/20 45/9 46/8 47/13 49/20 49/24 50/17 51/3 51/7 54/2 55/9 56/1 60/6 60/23 61/5 62/5 62/12 66/7 66/12 66/22 72/2 73/6 74/11 74/12 74/18 75/10 80/1 80/1 80/5 80/7 80/22 83/16 84/4 85/24 86/3 86/6 86/11 86/22 89/15 89/23 91/17 91/18 92/3 92/25 94/10 95/1 96/20 97/6 97/15 99/6 101/4 101/15 101/19 102/10 109/6 109/18 109/24 111/22 126/7 140/9 140/25 141/2 147/3 147/4 147/5 153/21 157/24 159/8 160/20 161/10 162/22 167/25 185/14 196/5 196/5 196/5 196/7 196/13 196/16 196/19 198/19 199/2 200/6 200/21 202/6 203/16 204/4 204/19 207/10 207/14 208/3 210/21 211/3 211/6 211/8 211/9 211/11 211/14 212/7 212/11 212/12 212/14 212/18 212/22 212/25 213/1 213/15 229/22 229/24 229/25 230/5 236/5 236/14 236/22

**C**

county... [16] 236/23 236/23 237/1 237/2 237/7 238/1 239/7 240/3 240/18 241/17 241/23 241/24 244/10 244/12 244/21 245/14
county's [4] 196/18 210/22 237/9 243/25
countywide [2] 159/10 159/13
couple [4] 60/20 74/4 80/2 118/13
coupled [1] 231/20
course [21] 22/15 27/2 61/18 63/11 65/14 85/8 108/10 114/2 119/2 137/7 137/9 139/1 168/16 181/13 182/19 182/19 182/22 190/13 197/8 231/14 231/19
Coursera [1] 108/10
courses [1] 108/9
court [56] 1/3 1/6 1/9 1/1 1/23 4/11 16/1 19/2 64/12 76/2 96/3 102/23 106/25 110/18 111/21 112/4 118/3 118/21 119/10 119/22 120/1 120/22 120/23 121/6 121/11 121/13 122/6 122/7 123/13 123/23 124/9 125/1 126/4 130/3 147/17 175/11 175/17 193/5 203/21 216/21 219/3 219/12 219/15 219/19 219/20 221/5 222/3 222/21 222/22 236/21 246/15 247/6 247/7 247/10 247/17 247/17
Court's [7] 106/4 135/20 138/1 140/9 140/10 212/11 220/16
COURTHOUSE [1] 1/24
cover [7] 62/23 63/1 63/6 64/4 75/17 210/4 230/12
covered [4] 34/3 78/5 141/22 172/3
covering [2] 131/8 140/16
crafted [1] 210/5
create [3] 92/20 92/21 230/24
created [13] 108/8 154/22 157/9 157/23 158/6 159/18 161/15 162/24 192/1 202/15 207/11 211/8 244/11
creates [2] 164/15 230/22
creating [1] 239/2
credibility [1] 235/23
credible [2] 228/25 243/24
crime [2] 10/24 11/1
criminal [4] 20/17 25/12 25/14 25/18
critical [4] 130/7 210/9 211/21 242/2
cross [25] 2/4 4/6 4/6 4/7 4/8 4/10 4/12 4/16 6/4 6/8 35/6 41/25 71/10 73/24 85/10 99/15 103/3 106/10 113/3 175/11 177/1 220/15 220/24 221/13 224/4
Cross' [1] 123/18
cross-examination [10] 4/6 4/7 4/8 4/16 6/4 71/10 73/24 177/1 221/13 224/4
cross-talk [2] 35/6 41/25
CRR [3] 1/23 247/6 247/16
cryptographic [1] 194/11
cryptography [1] 108/2
CURLING [13] 1/4 2/2 6/9 6/12 104/3 104/4 105/1 106/8 110/15 111/20 130/4 140/9 207/12
current [6] 6/16 79/12 79/16 144/2 226/7 229/8
curriculum [1] 108/9
cursory [1] 126/22
custody [1] 88/19

**D**

da [5] 69/24 69/24 69/24 69/24 69/25
daily [2] 204/11 205/9
damage [1] 143/16
damages [1] 218/25
dangerous [2] 212/19 212/24
DANIEL [4] 3/8
DANIELLE [1] 3/8
data [49] 12/12 12/13 23/7 23/22 24/5 112/1 121/25 122/9 123/11 123/20 124/5 127/21 147/13 148/19 148/23 156/25 157/1 158/7 161/12 163/3 165/8 168/22 168/23 169/1 169/10 169/11 169/13 195/23 196/4 196/6 196/8 196/9 197/10 202/11 204/10 204/21 205/2 208/17 211/16 211/17 212/5 212/15 212/21 213/1 213/6 213/7 213/7 213/11 216/10
database [11] 36/4 36/16 208/19 208/25 209/4 209/4 225/11 226/12 226/15 227/3 239/4
databases [1] 239/4
date [14] 30/16 35/11 43/12 56/14 67/1 67/2 68/1 68/9 111/10 133/12 133/13 133/14 201/18 210/2
dated [4] 149/22 150/11 151/5 209/22
dates [3] 101/14 101/18 101/21
DAVID [7] 2/4 2/23 2/24 6/8 63/24 74/2 99/20
DAVIS [6] 2/19 2/21 2/22 73/19 74/3 104/22
Davis' [2] 75/3 77/12
day [20] 7/13 42/12 43/2 43/4 43/18 50/20 68/5 68/14 85/23 86/6 86/16 86/21 88/16 114/23 201/19 201/20 217/19 237/3 246/9 247/13
days [10] 1/4 10/6 22/22 23/1 23/3 24/7 24/8 49/2 89/15 95/20
deactivated [1] 159/22
deactivation [1] 159/23
deal [5] 18/8 99/6 100/14 108/1 231/11
dealing [3] 86/1 86/9 123/16
dealt [1] 59/17
December [23] 38/8 38/24 39/3 39/9 42/3 43/12 43/18 43/23 44/11 45/12 66/13 66/21 67/1 67/19 80/2 80/6 80/11

**customer [1]** 88/16
customers [3] 88/23 149/22 150/14
cut [4] 13/18 143/16 164/23 165/14
CV [3] 1/6 111/8 111/12
CVD [1] 137/20
CVE [17] 134/9 134/9 134/11 134/12 135/25 136/5 136/14 136/16 151/23 157/19 158/24 160/11 194/19 194/19 196/23 197/18 214/15
cyber [40] 48/13 48/18 48/24 49/21 50/6 51/3 51/24 53/13 54/22 55/8 56/1 56/2 58/5 58/12 58/18 72/12 82/17 83/14 83/20 87/6 87/14 87/21 87/23 89/19 89/23 89/25 90/7 90/15 90/22 91/19 92/4 92/14 93/4 93/7 93/22 96/7 98/8 98/19 98/21 231/21
cyberninja.pdf [1] 48/16
cybersecurity [16] 108/3 115/21 116/5 117/1 117/2 117/21 130/5 131/15 134/21 136/8 137/14 137/17 231/9 231/10 231/11 231/17

**8**0/14 62/2 85/19 96/9 99/17 100/1
December 10 [4] 38/8 39/3 39/9 85/15
December 11 [6] 43/12 43/18 43/23 44/11 45/12 67/1
December 14 [1] 67/19
December 2020 [1] 80/11
December 9th [1] 66/21
decide [2] 10/7 124/22
decided [2] 94/21 96/4
deciding [1] 10/5
decision [11] 7/20 95/8 95/13 95/15 96/11 96/11 119/9 122/11 122/12 124/19 220/2
decisions [3] 120/13 122/15 126/22
declaration [7] 118/1 124/1 193/1 198/19 199/2 210/22 211/6
decline [1] 223/22
deem [1] 114/25
DEF [2] 129/15 129/17
defeated [2] 147/17 201/3
defend [2] 184/4 200/21
defendant [1] 154/16
defendants [16] 1/7 3/2 11/19 11/23 13/12 13/13 13/15 13/19 14/8 59/16 77/15 127/1 166/21 168/12 174/3 183/2
defendants' [4] 120/23 127/6 233/17 237/25
Defender [1] 210/1
defense [4] 14/4 113/23 126/11 193/5
defenses [1] 110/23
definitely [1] 220/10
definition [31] 167/21 168/8 195/22 196/4 196/14 197/3 197/5 197/7 197/7 197/13 197/14 197/16 197/21 197/24 198/3 198/4 198/5 198/11 199/5 199/15 199/20 200/1 200/5 200/10 201/22 201/25 202/6 205/14 205/16 209/16 230/16
definitions [5] 195/24 200/18 210/1 244/10 244/14
degree [3] 192/23 212/6 231/14
degrees [1] 108/14
DeKalb [1] 244/12
delays [2] 69/5 69/9
delete [3] 144/15 164/25 165/15
deleted [1] 165/4
deleting [1] 27/8
deliberately [2] 124/22 244/25
delivered [1] 205/15
Democracy [1] 109/25
demonstrate [10] 126/5 135/11 135/21 141/11 151/17 152/7 159/25 163/13 175/24 219/16
demonstrated [11] 143/17 151/20 171/25 173/5 173/7 175/23 187/20 187/23 187/25 194/22 201/13
demonstrates [2] 122/4 173/22
demonstrating [3] 34/8 117/17 176/10
demonstration [13] 118/21 118/25 119/4 119/6 145/12 151/17 153/22 154/4 157/21 157/25 165/19 168/1 176/3
demonstrations [1] 147/8
demonstrative [39] 119/22 119/23 120/3 120/3 120/23 121/12 122/4 122/12 124/4 124/9 125/7 125/8 125/12 125/13 125/15 125/18 125/21 125/23 126/2 132/5 133/21 134/7 138/2 138/17

**D**

demonstrative... **[15]** 141/12 157/6
157/11 157/13 174/25 175/2 175/12
193/13 218/24 218/25 219/2 219/15
219/20 219/21 219/21
demonstratives **[9]** 120/6 120/18
120/19 120/24 121/7 121/22 121/24
219/7 219/14
Denver **[1]** 121/16
deny **[1]** 148/8
department **[12]** 6/17 7/17 9/5 9/21
51/7 54/2 79/7 79/10 79/14 94/10 95/1
130/6
departments **[1]** 9/21
depend **[6]** 11/3 11/6 18/5 18/9 71/17
183/15
depending **[12]** 9/5 9/21 11/9 15/11
17/13 18/22 18/22 19/19 19/22 20/6
20/17 25/21
depends **[2]** 9/18 181/18
depict **[1]** 174/16
depicted **[1]** 175/20
depicts **[1]** 185/9
deployed **[1]** 149/23
depth **[1]** 16/19
deputy **[6]** 6/17 25/11 25/13 27/24
49/17 61/20 79/14 84/9 99/5 99/7 101/8
101/9
Deputy Secretary **[2]** 99/7 101/8
describe **[10]** 152/16 153/20 156/4
158/1 161/8 176/13 178/12 195/13
195/18 211/6
described **[12]** 77/10 159/15 163/4
173/6 173/25 175/4 175/5 198/12
199/16 202/20 214/3 217/2
describes **[2]** 176/2 176/18
describing **[1]** 239/20
description **[5]** 36/1 60/25 63/4 63/18
150/17
descriptions **[1]** 176/17
design **[4]** 130/1 171/11 191/17 214/17
designed **[5]** 117/9 117/14 202/25
216/25 231/12
designs **[2]** 160/21 244/13
desktop **[5]** 142/11 143/24 152/21
162/1 193/23
despite **[2]** 120/10 245/20
detail **[3]** 175/4 176/19 177/7
details **[2]** 15/11 194/20
detect **[4]** 173/10 205/12 223/1 223/15
detected **[2]** 173/6 181/17
detection **[4]** 181/12 191/18 191/19
214/24
determination **[2]** 20/14 94/6
determine **[11]** 51/23 53/12 83/9 94/13
94/22 112/8 127/12 213/4 237/13
237/13 242/12
determined **[2]** 186/2 231/3
determines **[1]** 19/23
develop **[2]** 213/13 217/2
developed **[3]** 13/19 105/1 217/3
device **[64]** 111/19 111/20 111/23
112/8 127/11 127/18 128/4 128/15
128/19 128/21 128/22 129/10 129/12
140/6 140/8 140/12 140/17 144/10
144/20 146/3 146/6 148/13 148/20
151/6 151/11 151/15 152/2 153/16

158/19 163/3 174/7 178/4 179/9 179/12
178/3 178/5 178/8 178/10 178/14
178/18 178/22 178/24 178/24 179/15
179/20 179/21 180/11 180/12 181/7
187/7 187/12 192/22 193/22 194/16
194/23 195/3 196/10 196/11 201/4
201/10 215/7 215/10 215/17 215/20
device's **[1]** 183/19
devices **[11]** 112/24 115/14 117/15
158/21 167/12 192/19 204/18 205/3
212/2 212/2 235/5
devoted **[1]** 106/7
DIANE **[3]** 3/7 33/21 77/14
did **[173]** 7/7 7/9 7/11 7/12 7/16 8/3 8/5
8/14 8/17 9/3 11/1 13/16 18/3 21/1 24/1
25/18 25/25 26/13 28/5 35/20 36/11
36/15 36/15 36/21 36/25 37/8 39/14
39/17 41/4 41/5 41/14 41/21 41/21
41/24 42/3 42/6 42/9 42/10 43/23 44/20
44/21 46/11 47/8 47/11 47/16 51/3 53/4
54/8 57/7 57/18 58/4 58/7 58/16 69/2
69/18 69/20 70/22 77/24 78/22 79/9
80/5 80/21 82/18 83/5 84/1 84/16 84/21
84/25 90/16 92/6 92/11 93/7 95/14
95/16 96/8 96/25 98/6 98/11 98/12
98/13 98/13 98/14 98/20 98/22 99/4
101/2 101/7 101/9 101/10 101/10
105/11 112/8 117/8 119/21 120/10
121/7 124/5 125/17 126/1 127/12 128/4
128/5 128/14 128/19 128/20 132/5
132/23 133/21 140/6 141/1 141/18
143/16 149/10 149/19 151/3 151/6
151/17 155/15 157/20 158/9 158/15
158/25 160/23 160/24 162/2 162/8
163/10 167/17 167/20 170/1 173/3
173/4 173/22 182/17 182/22 184/14
190/23 194/5 203/24 204/2 207/9
207/15 207/16 208/7 210/17 211/3
211/13 218/18 219/3 219/9 222/8 222/8
222/12 226/2 226/3 226/3 232/23
234/10 234/20 234/21 235/9 236/5
236/16 237/16 237/17 239/9 240/3
240/6 240/11 241/16 242/25 244/1
245/15
didn't **[27]** 14/24 53/13 89/20 90/8
95/23 97/14 100/15 115/17 124/25
125/1 125/2 143/18 149/12 167/18
171/11 177/21 188/10 189/3 191/2
191/2 203/18 218/5 221/10 236/1
239/12 240/13 243/5
die **[1]** 54/14
Diego **[1]** 216/1
difference **[2]** 176/16 231/22
different **[20]** 6/21 7/1 14/17 18/23
18/23 77/13 101/14 113/14 144/9
148/10 159/18 182/18 182/20 192/23
201/5 202/7 212/3 227/5 231/17 232/9
difficult **[1]** 81/3
difficulty **[3]** 80/8 80/24 127/2
DIGGES **[4]** 2/13 2/13 2/18 2/18
digital **[1]** 156/9
dire **[3]** 4/15 112/13 116/18
direct **[12]** 4/9 4/14 16/7 18/11 26/15
26/17 77/16 98/6 107/17 120/13 208/24
209/4
directed **[1]** 220/6
direction **[3]** 72/17 140/10 220/16
directive **[1]** 64/8

directly **[10]** 7/9 40/17 47/14 126/11
126/16 144/22 180/25 204/19 214/4
219/12
director **[16]** 21/11 21/14 25/11 25/11
25/13 25/13 25/17 35/18 37/7 47/10
49/17 49/25 78/18 83/20 88/5 97/2
disappears **[1]** 170/2
disclosed **[9]** 92/8 121/3 121/7 121/25
122/9 123/24 169/10 173/18 193/13
discloses **[2]** 146/15 168/14
disclosure **[19]** 117/24 120/2 124/4
129/24 130/9 130/10 131/2 131/4
131/23 133/19 136/11 137/7 137/20
137/21 169/5 169/7 175/9 198/14
219/18
disconnected **[3]** 196/2 196/7 206/9
discover **[5]** 101/2 127/23 128/13
149/10 149/12
discovered **[8]** 36/3 101/2 129/22
131/25 136/19 157/18 205/13 241/23
discoverer **[1]** 137/10
discovery **[12]** 13/13 14/2 69/21 70/4
70/8 123/13 124/23 125/12 125/16
125/21 125/22 125/23
discuss **[10]** 80/19 101/9 102/17
119/11 131/17 194/20 195/11 229/19
241/2 241/25
discussed **[8]** 82/9 118/1 145/17
146/20 154/14 167/11 198/18 221/1
discusses **[3]** 176/3 242/20 243/9
discussing **[5]** 206/25 207/6 207/7
238/2 238/20
discussion **[6]** 117/7 145/13 146/13
220/1 224/8 229/21
discussions **[1]** 101/10
dishonest **[2]** 200/4 200/16
dismissal **[1]** 20/11
dismissed **[1]** 225/6
displayed **[1]** 148/6
displaying **[2]** 153/18 161/4
dispute **[2]** 123/13 135/4
disregard **[1]** 11/13
disrupt **[1]** 203/10
disseminated **[1]** 213/5
distributed **[2]** 200/10 213/2
distribution **[3]** 198/11 199/16 212/21
district **[14]** 1/1 1/1 1/12 20/16 119/19
120/15 120/16 121/17 175/17 175/17
247/4 247/7 247/7 247/12
division **[56]** 1/2 6/22 6/23 7/24 8/3
8/10 8/12 8/13 9/23 10/1 10/16 12/14
16/16 16/22 17/6 17/7 18/16 19/1 19/13
20/21 21/15 22/6 23/7 24/6 24/10 24/23
25/1 25/5 25/18 25/25 28/3 28/20 30/4
30/21 32/17 34/9 44/9 46/13 47/11
49/12 60/3 61/8 61/19 67/14 69/3 69/18
70/17 71/5 71/21 78/3 78/4 78/5 90/12
94/17 97/3 247/8
divisions **[2]** 6/21 78/6
do **[297]**
docket **[6]** 1/5 1/5 122/21 123/2 123/2
123/19
Docket 1728 **[3]** 122/21 123/2 123/19
doctor **[1]** 222/25
doctorate **[1]** 108/16
document **[31]** 1/8 11/12 11/14 11/22
12/3 12/9 13/5 13/8 13/21 14/18 15/12
15/15 19/2 19/5 19/10 23/10 24/1 29/16

**D**

**document... [13]** 32/20 41/15 48/4 62/25 63/8 89/8 111/7 130/23 131/22 132/13 133/1 133/15 134/7

**documentation [1]** 183/2

**documents [13]** 12/15 14/7 14/7 14/17 15/3 15/21 18/21 19/24 20/1 52/9 69/23 123/14 155/10

**does [54]** 13/15 15/17 20/22 57/15 66/25 73/19 75/12 75/23 95/21 104/22 106/24 111/9 119/10 131/25 132/1 133/18 133/20 134/9 136/8 138/2 138/5 142/24 143/13 143/15 145/1 147/12 150/8 155/5 156/13 156/13 156/18 172/10 172/17 173/25 174/16 174/18 175/25 179/16 180/18 184/11 184/13 185/14 186/24 190/3 191/24 192/2 194/7 200/12 207/20 212/7 231/24 234/7 234/17 236/15

**doesn't [19]** 13/6 16/5 63/4 63/19 113/18 128/6 128/23 133/7 166/4 172/9 172/9 173/7 175/22 176/1 231/4 234/14 235/12 242/8 242/18

**doing [13]** 6/25 52/20 53/5 53/5 53/6 71/24 80/19 90/16 119/6 125/8 125/23 125/24 126/21

**Dominion [55]** 87/6 87/13 88/17 88/19 88/22 88/23 89/16 89/19 89/21 91/16 91/21 92/2 92/5 93/14 93/17 93/21 109/23 109/25 112/3 117/14 128/23 148/1 149/21 149/23 150/18 150/19 152/20 160/20 165/13 171/7 171/10 171/14 174/10 192/18 193/21 194/13 196/2 196/8 196/10 197/25 208/20 208/22 216/5 216/8 216/9 227/24 228/4 228/15 228/25 229/4 236/8 236/12 236/15 236/19 242/24

**don't [117]** 9/19 14/19 14/21 15/14 15/16 15/20 15/21 15/22 16/4 16/7 21/25 23/12 23/21 25/4 25/4 29/19 29/20 31/11 31/14 32/1 35/5 35/8 35/11 40/1 40/18 44/7 44/7 52/7 59/6 62/18 64/4 65/3 65/15 66/14 67/2 67/4 67/10 67/22 67/24 68/17 70/7 70/14 70/15 70/15 70/23 75/17 78/25 80/15 81/17 86/23 92/20 92/21 93/17 93/20 96/22 99/11 101/10 101/21 102/16 103/16 107/7 110/9 113/15 114/16 125/13 125/15 125/22 131/7 131/12 132/21 135/3 138/16 139/9 139/18 146/12 146/18 155/9 166/4 167/13 168/7 170/19 171/12 172/3 179/5 182/2 183/3 183/5 191/11 191/14 195/12 198/14 198/15 200/22 201/23 210/21 214/22 219/10 221/8 221/15 224/9 225/19 226/17 227/5 227/22 228/6 228/8 228/8 228/17 228/25 229/23 234/12 236/2 239/11 246/2 246/4 246/5 246/12

**DONALD [1]** 3/9

**done [29]** 20/23 31/9 31/21 33/24 41/2 52/10 59/12 65/22 82/12 82/13 82/14 84/7 97/7 108/23 126/12 153/2 164/17 165/17 178/21 188/2 193/1 200/9 202/8 215/8 220/19 235/8 235/8 236/11 244/25

**DONNA [4]** 1/4 2/2 2/2 6/9

**door [12]** 36/6 36/16 46/17 47/1 141/22

141/24 141/24 142/1 142/20 142/21 142/25 150/24

**doors [4]** 36/4 36/23 180/23 181/1

**doubt [1]** 183/14

**Doug [1]** 48/13

**down [27]** 11/18 22/21 25/6 35/14 35/25 36/24 38/16 38/24 41/22 43/23 66/16 99/18 99/25 100/14 135/20 138/10 141/20 142/2 146/21 150/24 150/25 166/9 206/12 222/20 234/5 236/24 238/25

**downed [1]** 237/4

**downtime [1]** 7/12

**dozen [1]** 217/18

**Dr. [131]** 103/6 104/10 105/5 106/8 107/19 110/11 110/14 111/5 111/17 112/11 112/21 112/23 113/10 115/1 115/9 116/7 116/8 116/15 116/20 116/25 117/20 117/25 118/5 118/17 119/6 122/3 123/12 123/20 124/6 124/14 126/1 127/9 127/11 128/2 129/19 130/20 131/8 132/14 133/18 134/4 135/3 135/11 137/25 138/10 138/16 138/20 140/2 141/16 142/18 143/6 143/10 145/24 147/21 148/16 149/6 149/10 150/3 150/9 151/3 152/17 153/12 154/6 154/11 155/13 157/9 157/17 158/9 159/1 160/10 163/9 163/18 164/6 165/2 166/24 167/4 167/11 167/17 168/7 169/2 170/19 171/10 171/14 171/24 172/2 172/6 172/13 172/25 175/4 175/21 176/2 176/9 176/15 177/4 177/10 177/15 177/20 178/21 180/15 181/24 182/7 182/12 183/18 184/7 185/10 185/23 189/13 189/16 189/25 190/7 190/10 191/17 192/21 198/14 199/22 210/21 213/19 216/15 216/24 218/11 224/6 227/9 231/7 232/6 232/9 232/20 233/16 234/5 236/4 237/24 238/11 238/17 245/5

**Dr. Alex [1]** 103/6

**Dr. Halderman [107]** 105/5 106/8 107/19 110/11 110/14 111/5 111/17 112/11 112/21 112/23 113/10 115/1 115/9 116/7 116/8 116/15 116/20 116/25 117/20 118/5 119/6 122/3 124/6 124/14 126/1 127/9 127/11 128/2 129/19 130/20 131/8 132/14 133/18 134/4 135/3 135/11 137/25 138/10 138/20 140/2 141/16 142/18 143/10 145/24 147/21 148/16 149/6 149/10 150/3 150/9 151/3 152/17 153/12 154/6 155/13 157/9 157/17 158/9 159/1 160/10 163/9 163/18 164/6 167/4 167/17 170/19 171/10 171/24 172/6 172/13 172/25 176/2 176/9 176/15 177/4 177/10 177/15 177/20 178/21 180/15 182/7 182/12 183/18 184/7 185/10 185/23 189/16 190/7 190/10 191/17 213/19 216/15 216/24 218/11 224/6 227/9 231/7 232/20 233/16 234/5 236/4 237/24 238/11 238/17 245/5

**Dr. Halderman's [23]** 104/10 117/25 118/17 122/13 123/20 138/16 143/6 154/11 167/11 168/7 169/2 172/2 175/4 175/21 181/24 189/13 189/25 192/21 198/14 199/2 210/21 232/6 232/9

**draft [4]** 74/9

**dragging [1]** 232/16

**DRE [11]** 224/12 224/15 224/18 224/21 225/1 225/3 225/6 225/12 225/21 226/3 227/1

**DREs [4]** 226/7 226/8 226/10 226/25

**drink [1]** 77/18

**drive [8]** 1/24 179/9 179/10 179/21 207/11 207/13 207/22 239/7

**drives [1]** 209/12

**driving [1]** 178/8

**dropped [1]** 218/18

**duly [2]** 6/3 107/16

**DUMA [1]** 3/9

**duplicate [6]** 75/21 75/24 75/25 76/12 223/1 223/16

**duplicated [1]** 81/5

**during [16]** 5/23 25/2 47/10 69/17 74/8 84/1 84/13 84/21 109/18 180/24 181/1 182/24 188/25 201/19 203/14 207/14

**E**

**EAC [5]** 149/14 149/15 149/21 150/18 241/12

**EAC's [1]** 149/13

**each [20]** 18/23 18/23 20/8 122/24 134/16 135/15 155/18 156/11 158/10 184/23 186/11 186/16 186/17 188/9 196/5 196/9 196/16 196/19 201/9 239/1

**earlier [18]** 16/15 25/24 91/1 91/12 122/9 123/12 133/13 150/6 154/15 168/19 172/25 175/9 187/23 200/11 229/21 230/7 230/15 236/5

**easily [1]** 147/12

**easy [4]** 145/18 183/23 217/13 218/8

**eaten [1]** 157/14

**eBay [1]** 129/3

**ECF [2]** 1/2 1/3

**edit [2]** 144/16 164/20

**editor [6]** 144/16 164/16 164/21 165/1 165/10 165/14

**educational [2]** 108/13 111/9

**EDWARD [1]** 3/5

**effect [1]** 187/5

**effective [2]** 194/10 200/23

**effectuate [1]** 143/21

**efficiently [1]** 69/7

**effort [2]** 61/24 125/16

**efforts [2]** 106/16 235/23

**either [8]** 14/22 24/12 40/1 70/25 157/5 184/3 189/3 201/5

**election [234]** 15/24 16/23 17/1 17/2 17/8 17/11 17/18 17/22 18/1 18/18 19/4 20/6 20/7 20/13 20/24 21/3 21/11 21/14 21/17 21/20 22/6 22/22 26/2 32/18 38/25 39/11 43/24 43/25 46/9 47/21 47/24 49/21 49/25 50/7 50/18 56/3 56/11 57/5 58/5 58/13 58/17 58/19 61/7 62/17 68/11 69/1 75/1 80/8 83/16 84/12 84/14 84/16 84/22 85/4 85/24 86/7 86/11 87/21 87/22 88/5 90/13 91/2 91/18 97/11 97/13 98/18 98/24 101/4 108/5 108/9 108/11 108/19 108/23 109/5 109/9 109/9 109/12 109/18 109/23 110/5 110/16 110/22 112/1 112/24 112/24 112/25 113/6 115/2 115/14 115/14 115/22 115/24 116/5

**election... [135]** 116/12 117/5 127/15
127/16 127/25 129/5 130/7 130/15
142/7 143/10 148/24 149/15 149/17
149/19 156/5 157/8 157/9 159/7 159/8
160/21 162/23 164/7 174/7 174/11
175/7 175/7 176/7 176/7 177/24 179/2
180/4 180/5 180/24 182/1 185/16
185/24 186/19 188/6 188/25 192/24
195/8 195/10 195/12 195/18 195/21
195/22 195/24 195/25 196/1 196/4
196/6 196/14 197/3 197/5 197/7 197/7
197/9 197/12 197/14 197/16 197/20
197/24 198/3 198/4 198/5 198/11 199/5
199/11 199/14 199/15 199/22 199/25
200/1 200/5 200/10 200/18 200/18
201/19 201/20 201/22 201/25 202/6
202/7 209/16 211/24 212/12 212/13
212/15 217/7 217/19 224/12 224/13
224/16 224/18 224/19 224/22 226/4
227/12 227/16 227/25 227/25 228/4
228/5 228/7 228/15 228/22 229/4 229/5
229/5 229/10 229/17 229/18 231/25
232/3 234/8 234/13 234/15 234/17
234/18 234/25 235/18 235/23 236/18
236/23 238/23 239/1 241/12 241/17
241/20 241/20 243/25 244/10 244/11
244/13 244/14
**election-related [2]** 21/17 38/25
**elections [42]** 8/7 17/6 19/12 21/23
22/4 23/1 24/6 30/8 34/9 45/9 47/13
47/19 49/24 56/22 78/6 78/8 83/20 84/4
85/24 94/19 110/19 117/4 117/6 117/22
126/8 126/10 130/18 182/24 212/23
216/25 224/23 228/24 229/20 232/10
232/11 232/21 232/24 235/5 235/22
240/14 240/18 240/22
**electronic [1]** 154/16
**elements [1]** 116/5
**Eleventh [1]** 77/2
**elicit [2]** 105/5 112/16
**eliminate [1]** 223/10
**Ellis [2]** 59/20 60/5
**else [16]** 27/7 28/5 44/10 47/11 53/16
70/16 72/6 75/16 93/7 115/8 115/17
129/12 139/10 170/6 220/8 225/22
**email [48]** 26/8 27/20 34/24 35/3 38/6
38/11 40/2 42/1 48/6 48/7 48/10 48/11
48/15 48/19 48/23 50/13 52/6 55/17
56/9 56/13 56/20 56/25 59/16 59/20
59/24 60/16 62/23 63/1 63/6 72/11
83/13 87/5 87/7 87/10 87/13 87/18
88/16 89/18 90/6 91/6 91/16 92/2 92/5
93/19 93/21 94/21 98/10 100/4
**emails [4]** 21/3 51/7 82/16 84/23
**embraced [1]** 115/18
**embracing [1]** 115/2
**emphasized [1]** 122/6
**employed [1]** 25/7
**EMS [50]** 46/17 47/14 52/25 62/12 91/9
92/7 93/12 93/13 196/16 196/18 196/19
199/12 199/19 199/22 199/24 200/6
202/1 202/10 202/18 204/19 206/23
207/5 207/10 207/21 207/24 208/4
208/20 209/3 209/11 209/14 209/17
209/22 210/13 210/22 211/3 211/12
211/17 211/18 212/16 212/17 213/12

238/20 239/6 241/5 241/7 242/24
242/25 244/17 244/17 245/8
**EMSs [3]** 210/23 211/8 211/9
**emulator [5]** 144/24 145/1 145/14
145/17 145/25
**enable [3]** 153/1 179/17 210/11
**encompassed [1]** 226/7
**encompassing [1]** 109/14
**encourage [2]** 105/17 105/24
**encryption [1]** 209/11
**end [15]** 19/18 41/15 44/5 100/23
131/4 131/22 148/10 180/4 180/16
180/19 181/2 181/5 183/13 220/1 242/1
**endeavor [1]** 106/14
**ended [1]** 127/13
**ends [2]** 24/16 24/20
**eNet [5]** 227/11 227/15 227/19 227/20
227/21
**eNet-related [1]** 227/21
**enforcement [16]** 6/23 7/2 7/3 8/15
8/19 8/22 9/10 10/1 10/23 10/25 18/12
78/22 79/17 79/19 79/22 82/22
**enforcements [1]** 10/3
**engaged [1]** 72/21
**Engineering [2]** 107/24 235/16
**ENGLISH [1]** 3/9
**enormous [1]** 106/7
**enough [8]** 26/19 26/24 29/3 35/17
37/6 80/17 142/3 147/5
**enrichment [4]** 202/15 202/16 203/10
203/12
**ensued [1]** 222/18
**entail [1]** 75/12
**enter [4]** 148/4 152/14 153/6 166/25
**enters [1]** 179/23
**entire [4]** 20/15 174/22 195/24 218/6
**entirely [4]** 122/5 218/25 219/4 219/4
**entitled [1]** 125/21
**entity [2]** 129/1 129/2
**entries [1]** 165/15
**entry [5]** 1/5 8/24 68/18 123/21 214/13
**environment [3]** 94/18 146/8 203/8
**environments [1]** 203/6
**equipment [67]** 46/9 49/9 49/21 50/1
50/7 51/1 51/25 52/23 53/13 54/23 55/9
56/3 58/6 58/13 58/19 70/11 70/21
71/19 83/16 84/4 87/22 89/4 89/15 90/1
90/10 93/8 97/1 97/1 109/15 109/23
109/23 109/25 110/24 111/25 115/5
115/6 115/7 118/15 118/20 126/7
127/16 127/23 127/24 130/2 143/11
147/2 147/9 176/22 183/8 211/25 212/3
213/12 213/18 229/24 229/25 230/2
235/18 236/9 236/12 236/13 236/19
238/15 239/25 240/4 241/5 244/14
244/15
**equivalent [2]** 208/18 215/12
**Eric [9]** 38/20 39/10 39/17 40/7 44/4
44/7 85/17 86/23 93/10
**erroneously [1]** 191/6
**error [7]** 189/9 189/14 190/1 237/3
241/24 244/7 244/9
**errors [4]** 189/17 237/5 237/6 237/9
**especially [1]** 231/2
**essentially [7]** 121/5 127/22 146/4
195/8 205/5 205/20 208/18
**establish [4]** 23/16 225/8 234/7 238/8
**established [4]** 23/3 86/23 127/14

18/25
**Estate [2]** 119/17 175/9
**estimate [1]** 143/19
**Estonia [1]** 108/24
**et [4]** 1/4 1/6 112/2 192/5
**et cetera [2]** 112/2 192/5
**ether [1]** 57/20
**EUW [4]** 2/10 4/15 107/20 114/19
**evade [2]** 181/12 214/23
**evaluate [1]** 111/18
**evaluation [1]** 28/23
**evaluations [1]** 9/2
**Evans [2]** 34/25 35/19
**even [31]** 20/11 34/5 73/10 73/13 86/10
98/11 118/25 119/24 122/8 124/25
125/18 131/18 131/18 144/16 155/4
192/12 197/22 206/9 210/4 214/10
215/18 217/10 217/14 217/20 217/25
230/2 231/17 231/22 235/11 242/2
242/11
**evening [1]** 220/13
**event [3]** 16/7 129/14 242/21
**events [1]** 68/17
**eventually [2]** 218/3 237/6
**ever [30]** 6/12 46/5 54/6 56/7 57/19
69/18 69/20 70/12 70/19 70/21 70/22
96/8 98/6 99/4 101/2 101/9 109/9 110/4
113/15 128/19 212/12 224/15 227/18
228/21 229/4 229/12 229/24 243/1
243/25 245/14
**every [11]** 130/18 154/3 192/3 192/4
192/4 192/11 195/21 195/21 196/13
196/13 217/23
**everybody [3]** 84/18 84/20 246/9
**everyone [1]** 107/2
**everyone's [1]** 162/10
**everything [5]** 95/24 96/4 115/7 153/8
162/16
**evidence [66]** 9/13 9/13 13/1 29/10
33/18 37/17 39/21 48/5 54/25 59/6
62/23 68/21 89/9 89/10 103/18 103/23
111/13 113/23 120/9 121/2 124/9
124/10 127/6 132/3 157/4 157/7 165/15
171/7 175/12 206/23 207/4 207/9 211/7
211/11 224/10 224/14 224/17 224/20
225/8 226/4 227/14 227/18 227/22
228/3 228/6 228/8 228/9 228/10 228/10
228/12 228/13 228/14 228/20 229/3
229/7 229/12 229/16 229/23 240/2
243/24 244/4 244/24 245/13 245/18
245/19 245/25
**evident [1]** 141/23
**evidentiary [1]** 63/14
**evolved [1]** 235/14
**exact [3]** 31/21 168/11 213/12
**exactly [7]** 43/7 87/23 126/8 173/13
175/22 206/1 210/10
**examination [26]** 4/6 4/7 4/8 4/9 4/10
4/11 4/12 4/14 4/15 4/16 6/4 9/4 16/19
28/13 71/10 73/24 77/16 85/11 98/4
102/5 107/17 116/18 177/1 221/13
224/4 233/1
**examine [2]** 29/6 110/15
**examined [1]** 210/13
**example [6]** 33/23 72/8 146/19 192/11
199/3 201/20
**Excel [2]** 60/15 62/23
**except [4]** 110/1 140/25 173/8 223/11

**E**

**exclude [1]** 121/13
**excluded [1]** 122/12
**exclusively [1]** 243/18
**excuse [23]** 14/24 23/9 63/3 108/20 115/11 116/2 148/22 166/6 181/3 186/22 187/6 192/1 193/14 197/3 199/12 199/24 200/9 205/8 207/2 213/9 216/24 232/25 244/18
**excused [1]** 102/14
**execute [5]** 148/5 166/12 166/18 197/21 203/9
**exhaustively [1]** 215/5
**exhibit [56]** 13/2 19/9 26/6 26/7 27/12 27/13 29/9 29/13 29/25 30/1 33/18 34/22 37/17 38/3 38/4 39/20 39/23 43/9 43/12 48/4 48/21 50/11 50/12 55/1 55/17 55/20 59/1 59/4 62/22 68/20 85/13 87/2 87/4 87/4 87/4 88/12 89/7 99/19 118/15 118/19 118/24 121/12 121/13 123/3 132/8 132/14 133/6 135/4 150/1 150/1 157/4 171/7 171/12 233/17 233/23 237/25
**Exhibit 1 [1]** 87/4
**Exhibit 100 [2]** 34/22 37/17
**Exhibit 140 [2]** 43/9 43/12
**Exhibit 143 [2]** 87/2 88/12
**Exhibit 145 [5]** 50/11 50/12 55/17 55/20 59/4
**Exhibit 254 [4]** 26/6 26/7 27/13 29/9
**Exhibit 487 [4]** 118/15 118/19 118/24 123/3
**Exhibit 522 [4]** 38/3 38/4 39/20 85/13
**Exhibit 597 [2]** 13/2 19/9
**Exhibit 598 [3]** 29/25 30/1 33/18
**Exhibit 599 [1]** 62/22
**Exhibit 600 [1]** 68/20
**Exhibit 67 [2]** 233/17 233/23
**Exhibit 78 [3]** 48/4 48/21 87/4
**Exhibit 89 [1]** 132/8
**exhibits [6]** 103/17 120/6 120/6 120/24 219/14 219/15
**exist [3]** 228/15 230/13 234/13
**existence [4]** 74/7 75/25 183/22 234/7
**existing [2]** 197/25 219/16
**exists [1]** 150/21
**exit [5]** 152/10 161/19 161/23 164/13 167/5
**exotic [1]** 158/17
**expect [8]** 47/16 57/12 63/12 71/7 71/8 75/22 191/5 221/10
**expectation [3]** 17/22 18/3 18/7
**expected [10]** 9/25 17/12 33/13 54/12 57/10 61/22 62/13 221/5 221/13
**experience [12]** 10/9 14/12 23/6 24/9 25/3 78/23 83/4 83/8 136/7 137/14 172/14 172/16
**experiment [1]** 190/23
**experiments [1]** 127/21
**expert [31]** 72/24 81/15 81/20 104/6 104/25 112/12 112/22 112/24 113/6 113/11 113/17 113/21 115/2 115/14 117/9 117/12 117/20 117/21 119/22 120/18 121/1 121/4 121/23 129/5 131/11 131/13 132/23 138/6 147/8 215/7 219/16
**expert's [2]** 175/13 219/16

**expertise [3]** 11/2 131/17 163/4
**experts [3]** 109/13 221/16 221/20
**explain [19]** 106/12 137/2 140/13 146/22 146/23 176/11 177/15 179/6 189/22 193/16 196/22 197/17 204/23 205/10 214/15 228/18 236/21 243/8 244/7
**explained [1]** 241/24
**explaining [3]** 133/8 147/13 195/19
**explains [4]** 49/12 51/13 51/22 177/7
**exploit [2]** 195/20 202/4
**exploitation [1]** 173/22
**exploited [18]** 127/20 224/12 224/15 224/18 224/21 227/11 227/16 227/24 228/4 228/21 229/5 229/9 229/17 242/11 243/25 245/14 245/18 245/19
**exploits [3]** 174/17 194/22 213/14
**explored [1]** 98/2
**exposures [1]** 134/12
**express [1]** 193/1
**expressly [2]** 169/11 171/16
**extent [10]** 15/9 81/18 103/20 115/25 119/24 122/8 127/5 135/6 147/16 228/25
**external [5]** 202/17 202/19 205/3 212/1 212/2
**extra [2]** 179/10 197/14
**extract [1]** 156/25
**extracted [1]** 178/16
**extracting [1]** 239/3

**F**

**F-R-A-N-C-E-S [1]** 5/21
**F.R.D [2]** 119/19 175/10
**face [7]** 110/25 133/15 139/23 219/13 224/24 231/8 231/17
**facility [1]** 47/22
**facing [1]** 183/13
**fact [25]** 40/25 56/7 65/16 76/12 101/2 101/3 106/3 120/4 120/18 125/7 126/6 129/4 131/11 132/20 147/7 175/22 190/22 201/13 206/20 209/21 219/6 240/3 240/11 241/9 242/13
**facts [6]** 54/25 63/4 63/13 94/17 121/12 234/25
**fail [1]** 128/9
**failed [1]** 188/15
**failure [1]** 122/10
**fair [15]** 14/25 16/20 17/8 26/23 29/3 32/18 37/7 37/14 61/22 80/17 105/3 147/5 189/7 189/8 198/1
**fairly [2]** 32/10 32/15
**faith [1]** 61/24
**fall [2]** 128/18 219/17
**falls [1]** 135/2
**false [16]** 38/14 38/20 39/5 39/12 41/20 85/18 85/21 86/1 86/10 91/2 91/4 93/11 100/13 228/13 228/16 228/23
**falsehoods [1]** 100/3
**familiar [23]** 6/10 11/24 21/9 24/14 28/2 28/21 30/24 31/5 32/11 47/21 52/14 56/15 58/20 69/16 71/2 73/1 74/12 76/13 92/9 97/12 100/25 143/10 182/12
**familiarity [2]** 62/5 137/3
**Family [1]** 107/23
**famously [1]** 202/14
**fan [1]** 154/4

**fanatics [1]** 217/17
**far [15]** 8/24 18/20 19/6 22/7 52/14 71/18 72/7 97/8 122/2 194/23 213/17 213/17 218/9 220/14 226/25
**fashion [1]** 177/8
**favor [1]** 127/5
**Favorito [3]** 73/14 75/14 223/11
**Favorito's [1]** 75/9
**fear [2]** 88/9 88/17
**February [1]** 121/18
**fed [1]** 186/13
**federal [6]** 149/16 204/5 205/24 205/25 241/11 242/15
**feel [3]** 114/9 216/18 228/12
**few [11]** 77/12 84/11 95/20 95/20 140/4 163/23 166/14 174/20 189/9 217/18 220/4
**field [5]** 19/25 127/15 134/21 136/8 137/14
**fifth [2]** 160/10 185/21
**figure [6]** 53/14 55/11 70/20 87/20 89/21 217/22
**figuring [1]** 52/22
**file [44]** 20/2 20/4 20/16 60/15 62/23 144/13 162/5 164/14 164/14 165/9 165/10 166/10 166/17 167/21 168/8 173/1 173/8 173/11 175/7 176/7 196/14 196/16 196/19 197/3 197/13 197/13 197/14 197/21 197/24 198/3 198/4 198/5 198/11 199/5 199/15 199/20 200/1 200/6 200/7 201/22 201/25 230/16 243/3 243/3
**filed [5]** 1/2 1/6 1/8 123/17 125/5
**files [20]** 112/2 144/15 144/15 144/17 162/25 164/15 165/13 197/4 199/12 202/6 202/8 204/10 204/21 204/25 205/16 208/19 209/16 209/17 242/24 243/5
**filing [1]** 125/19
**filled [1]** 33/3
**final [1]** 42/9
**find [19]** 16/1 54/16 55/12 80/21 80/21 93/3 127/25 128/9 145/13 171/16 182/23 215/6 215/11 215/13 215/15 215/19 218/18 219/9 228/25
**finding [1]** 83/20
**findings [10]** 20/6 20/15 34/17 129/19 129/20 129/21 132/24 138/3 138/5 207/15
**finds [2]** 89/19 121/6
**fine [16]** 41/7 41/9 77/19 104/1 114/12 114/22 122/25 132/9 133/7 139/16 157/12 161/21 221/7 221/11 222/17 246/7
**finger [1]** 166/9
**finish [2]** 220/10 233/8
**finished [2]** 54/4 179/1
**FIRM [1]** 2/17
**first [40]** 6/3 11/11 19/11 31/20 35/1 46/11 48/21 83/14 99/18 107/16 108/21 113/9 114/11 114/17 119/1 119/10 127/17 129/21 132/12 135/13 135/18 140/6 141/11 141/19 142/15 149/13 149/23 150/16 150/17 153/23 157/20 172/20 184/14 201/11 201/14 202/6 208/3 215/15 234/24 241/2
**FISHER [1]** 2/5
**fit [1]** 77/3

**F**

**five [17]** 22/17 89/15 143/21 149/9 170/22 175/20 184/17 184/24 184/25 185/2 185/2 185/17 185/17 186/12 187/1 189/6 221/23
**five days [1]** 89/15
**five minutes [1]** 170/22
**five seconds [2]** 149/9 189/6
**five-minute [1]** 221/23
**fix [1]** 218/6
**flag [1]** 115/10
**flagged [2]** 47/18 51/19
**flaw [1]** 196/25
**flaws [2]** 226/11 234/7
**flexible [1]** 106/5
**flip [18]** 11/11 11/14 24/15 26/5 29/24 30/18 32/13 33/7 34/13 38/2 41/13 48/2 48/12 50/10 58/24 59/13 60/11 65/24
**focus [2]** 89/22 184/20
**focuses [1]** 107/25
**focusing [2]** 127/11 188/1
**FOERSTER [1]** 2/7
**folded [1]** 74/25
**folks [5]** 8/14 29/5 86/17 87/20 223/6
**follow [21]** 18/24 22/7 36/21 49/13 53/14 54/2 54/10 56/9 57/10 72/15 82/18 95/8 95/20 95/23 96/5 96/12 97/17 100/23 105/20 105/22 124/25
**follow-up [12]** 18/24 54/10 56/9 57/10 72/15 95/8 96/5 96/12 97/17 100/23 105/20 105/22
**followed [2]** 95/4 106/9
**following [11]** 1/1 52/13 52/16 53/18 80/20 80/22 141/1 193/21 232/2 232/21 232/24
**follows [3]** 6/3 107/16 222/18
**footnote [1]** 171/16
**foregoing [1]** 247/8
**foreign [1]** 179/17
**foremost [2]** 119/1 119/10
**forensic [6]** 73/3 88/24 89/1 92/7 109/5 115/21
**forensics [3]** 72/6 108/3 116/5
**forge [1]** 160/13
**form [13]** 36/24 92/18 134/13 154/16 155/5 156/10 202/7 202/14 205/14 208/14 216/6 216/9 216/12
**formally [1]** 118/10
**format [2]** 64/14 122/9
**formed [1]** 132/13
**forming [3]** 117/7 117/12 127/19
**forms [1]** 236/12
**Fortalice [4]** 28/15 28/18 28/25 29/6
**Fortalice's [1]** 28/19
**forth [3]** 155/13 202/12 237/1
**forthcoming [1]** 57/13
**Fortunately [1]** 242/10
**forward [9]** 28/23 49/16 125/15 126/18 126/24 146/23 224/23 226/11 228/2
**forward-looking [1]** 224/23
**forwarded [4]** 29/18 29/19 34/24 49/2
**forwards [2]** 50/16 51/10
**found [22]** 20/12 36/7 47/13 47/17 63/15 88/22 108/22 122/11 133/19 133/22 133/25 133/25 155/3 155/4 189/3 203/7 203/7 211/7 215/9 222/22 230/10 230/11

**foundation [9]** 31/10 94/25 95/8 97/7 143/15 182/2 189/20 198/15 210/23
**four [5]** 24/17 49/2 105/11 105/14 246/10
**four days [1]** 49/2
**fourth [2]** 158/23 234/16
**fraction [1]** 108/4
**FRANCES [6]** 4/5 5/9 5/20 6/2 38/15 110/9
**frankly [3]** 131/13 155/7 217/5
**fraud [1]** 237/11
**fraudulently [1]** 97/13
**frequent [2]** 204/11 205/8
**frequently [4]** 192/12 205/12 206/21 241/10
**Friday [1]** 154/18
**friends [1]** 130/17
**front [17]** 11/10 34/20 38/4 60/15 64/5 112/6 128/22 139/14 140/7 143/13 143/20 151/19 152/2 159/6 177/5 187/25 194/19
**frustration [1]** 31/16
**Fuchs [7]** 26/11 26/13 26/15 26/16 84/9 99/7 101/8
**full [13]** 1/8 90/5 103/11 162/16 184/7 185/7 205/20 217/22 234/16 237/7 238/19 243/19 243/22
**fully [2]** 174/14 219/8
**Fulton [23]** 5/2 27/4 72/2 74/11 74/12 74/18 75/10 111/22 126/7 140/9 140/25 141/2 147/2 147/4 147/5 153/21 157/23 167/25 176/22 177/24 185/14 212/10 212/12
**function [4]** 159/9 166/12 178/20 194/3
**functionality [3]** 127/18 178/18 205/18
**functioning [3]** 117/8 145/14 194/16
**functions [4]** 13/22 160/20 161/12 214/18
**further [31]** 4/12 9/15 11/2 52/10 53/22 53/23 53/25 54/3 54/6 57/1 57/10 57/24 83/10 94/7 94/14 95/1 95/7 95/8 95/14 102/5 121/22 124/16 134/25 136/25 142/14 147/11 169/4 213/5 218/12 235/7 237/6
**furthering [1]** 118/2
**furthermore [1]** 245/8
**future [8]** 109/20 110/19 212/13 212/22 216/25 224/24 229/20 240/14
**FY [1]** 23/18

**G**

**gain [3]** 90/1 163/2 197/21
**gained [2]** 46/8 96/25
**game [1]** 124/21
**gapped [3]** 202/20 203/6 203/8
**gaps [1]** 203/12
**garbage [1]** 157/15
**garden [1]** 75/1
**garden-variety [1]** 75/1
**GARViS [3]** 229/9 229/13 229/14
**gather [1]** 19/24
**gave [1]** 141/2
**GEMS [4]** 60/23 62/4 63/15 72/8
**general [34]** 9/24 10/15 14/18 18/19 18/19 21/3 26/14 26/25 29/2 34/6 35/18 37/7 39/3 39/9 39/15 39/18 40/11 84/14 85/16 85/25 86/8 86/12 90/25 109/8 109/17 110/20 110/22 118/18

**General's [1]** 20/9
**generally [11]** 6/19 8/2 17/25 20/22 20/25 24/9 31/7 37/20 78/25 79/1 196/12
**gentleman [1]** 46/1
**gentleman's [1]** 44/5
**genuine [2]** 194/12 214/20
**George [14]** 153/25 154/3 155/20 156/14 156/17 156/20 160/7 160/8 168/2 168/2 169/16 169/25 170/3 170/8
**GEORGIA [67]** 1/1 1/25 3/2 5/2 6/17 9/1 10/10 10/11 28/1 58/19 62/4 79/3 84/14 85/1 85/4 85/9 85/9 90/5 97/2 98/17 110/1 116/23 117/4 117/6 117/22 128/18 140/14 140/18 141/1 141/4 142/6 143/2 143/7 143/11 143/14 149/23 156/8 157/8 162/22 181/19 181/25 182/1 182/3 182/4 182/13 182/14 182/24 188/23 188/25 193/21 195/24 201/8 210/23 212/17 212/22 213/19 213/23 214/4 214/8 216/11 217/19 236/9 236/15 238/15 247/4 247/8 247/10
**Georgia's [7]** 110/16 110/20 111/18 141/1 206/23 207/5 213/12
**germane [1]** 75/18
**Germany [17]** 26/8 26/13 26/14 34/25 38/7 38/11 38/19 39/24 40/10 40/25 59/5 84/10 85/16 93/9 93/10 100/5 100/11
**Germany's [3]** 38/14 40/14 41/19 91/6 100/4
**get [32]** 9/8 13/24 31/11 60/5 60/7 61/4 63/19 98/15 111/2 124/24 125/22 129/25 132/7 133/24 140/6 142/7 142/15 144/8 145/4 157/20 158/10 174/24 176/25 178/13 193/10 198/10 199/5 209/3 220/14 220/19 222/4 236/16
**gets [5]** 112/13 157/14 196/19 197/9 205/15
**getting [6]** 77/13 90/9 116/1 127/3 203/22 232/14
**give [17]** 10/15 19/10 24/4 57/23 63/5 96/3 108/18 124/17 125/2 133/11 133/13 135/25 157/14 190/14 208/20 211/3 220/2
**given [15]** 20/14 71/5 75/5 95/24 96/4 111/18 112/3 113/18 120/7 127/1 131/14 220/24 221/3 221/9 240/20
**giving [1]** 77/9
**glad [1]** 217/10
**glanced [1]** 189/4
**go [74]** 7/12 9/6 19/18 23/25 24/20 29/2 31/14 32/22 41/22 42/3 43/6 43/23 51/18 55/5 55/21 60/14 60/17 60/17 72/1 80/5 81/6 85/13 87/3 91/23 95/5 96/4 96/6 99/5 99/18 100/14 106/2 114/6 119/23 123/7 125/15 127/4 132/9 134/8 141/14 142/14 146/22 150/20 153/11 155/11 155/20 161/21 162/3 162/12 163/17 164/13 166/7 166/8 167/3 174/21 177/22 178/11 178/25 181/9 185/5 186/2 192/6 195/12 198/7 217/18 217/23 218/6 221/14 221/14 222/6 222/10 222/11 226/25 227/4 244/5
**goal [2]** 23/2 24/8

**G**

**goes [15]** 36/1 36/10 36/15 46/21 47/5 76/5 99/18 99/25 105/15 179/16 179/17 219/19 222/21 223/9 232/8
**going [117]** 5/22 14/4 14/10 14/10 15/10 16/3 16/10 19/9 29/15 29/25 31/1 33/22 34/7 40/23 40/23 42/16 42/19 43/8 51/6 57/23 58/10 60/12 70/24 71/6 73/11 75/8 80/2 84/11 86/3 104/11 104/18 104/19 104/20 105/6 105/25 113/4 113/19 114/17 118/9 118/20 119/3 119/4 121/1 122/3 123/15 124/11 125/20 126/18 126/20 127/2 135/5 135/23 136/5 137/12 138/21 142/11 147/17 148/4 148/8 149/5 152/12 152/13 152/13 152/14 152/20 153/7 153/17 154/9 161/3 161/18 161/18 161/24 163/16 163/17 163/21 163/23 164/11 164/12 164/13 164/13 164/15 164/20 164/22 164/24 165/8 166/3 166/6 166/7 166/7 166/9 166/11 170/21 171/2 174/20 177/1 177/18 178/1 178/7 178/11 178/12 183/15 185/17 185/19 186/9 189/21 193/15 216/17 216/18 219/9 220/4 220/9 220/10 222/2 223/22 227/5 228/2 243/22
**gone [2]** 97/7 179/6
**good [17]** 2/13 6/6 6/7 38/15 61/24 71/12 103/15 107/19 107/21 116/20 116/22 133/16 154/3 224/6 224/7 228/6 228/9
**good-blooded [1]** 154/3
**gosh [1]** 148/18
**got [19]** 24/18 30/2 31/13 50/24 56/7 60/15 70/2 71/1 100/25 107/6 118/16 120/14 189/20 198/21 211/22 215/18 220/19 222/6 243/15
**gotcha [1]** 124/21
**gotten [2]** 62/15 161/25
**GOVERNANCE [1]** 2/13
**government [9]** 6/22 27/4 129/20 131/16 133/1 204/5 205/23 205/25 231/3
**governmental [2]** 128/25 129/2
**graduate [1]** 108/8
**graphical [1]** 145/4
**great [2]** 176/19 211/16
**ground [1]** 132/16
**grounds [1]** 157/7
**group [8]** 2/11 62/8 62/15 72/1 193/4 213/2 213/2 226/7
**groups [2]** 7/2 239/24
**guess [5]** 38/12 118/18 137/4 183/7 190/3
**guidance [1]** 18/19
**guide [1]** 183/1
**guy [1]** 38/15
**guys [2]** 14/23 57/7

**H**

**hack [2]** 143/17 191/3
**hacked [6]** 141/6 141/9 141/10 188/8 188/11 231/15
**hacker [1]** 129/16
**hacking [2]** 179/6 180/14
**hacks [1]** 216/25
**had [178]** 8/3 11/4 12/15 12/23 14/17

15/23 16/18 16/17 16/22 16/22 16/7 18/17 24/8 25/5 29/6 32/8 32/18 33/3 36/12 36/16 37/8 39/4 39/4 39/10 39/11 39/13 41/19 42/24 43/1 44/18 49/9 49/21 50/2 50/6 51/24 52/5 52/23 53/15 53/16 54/13 54/19 54/22 54/22 55/8 55/8 56/3 56/23 58/5 58/7 58/9 58/12 58/18 58/21 58/21 72/10 76/24 78/3 81/3 82/10 82/12 82/13 83/15 84/2 84/6 84/6 84/6 85/2 85/17 85/25 86/8 86/10 87/21 87/21 89/16 89/21 89/23 89/23 90/1 90/5 90/6 90/8 90/9 90/13 90/15 90/20 90/24 90/25 90/25 91/2 91/4 91/6 91/12 91/16 92/2 92/6 93/8 93/8 93/10 93/10 93/22 95/17 96/15 96/15 96/17 96/19 96/25 98/9 98/11 98/19 99/5 99/8 100/18 100/19 101/3 101/5 105/8 105/13 105/14 112/9 113/3 121/3 122/8 123/11 123/13 125/5 126/16 127/12 129/7 149/23 150/5 177/21 187/9 187/10 188/8 188/16 188/17 191/7 200/6 201/12 203/1 204/4 208/13 208/14 209/13 209/23 210/1 210/8 210/13 211/14 211/15 211/16 212/7 212/8 212/9 212/10 212/14 212/15 212/19 213/17 215/7 218/18 218/23 218/25 220/5 220/6 226/4 226/21 227/21 229/17 229/25 230/7 237/14 242/11 242/25 243/19 244/10 246/10 247/9
**hadn't [2]** 126/19 237/9
**HALDERMAN [112]** 4/13 103/6 103/12 105/5 106/8 107/15 107/19 107/22 110/11 110/14 111/5 111/17 112/11 112/21 112/23 113/10 115/1 115/9 116/7 116/8 116/15 116/20 116/25 117/20 118/5 119/6 122/3 124/6 124/14 126/1 127/9 127/11 128/2 129/19 130/20 131/8 132/14 133/18 134/4 135/3 135/11 137/25 138/10 138/20 140/2 141/16 142/18 143/10 145/24 147/21 148/16 149/6 149/10 150/3 150/9 151/3 152/17 153/12 154/6 155/13 157/9 157/17 158/9 159/1 160/10 163/9 163/18 164/6 165/2 166/24 167/4 167/17 170/19 171/10 171/24 172/6 172/13 172/25 176/2 176/9 176/15 177/4 177/10 177/15 177/20 178/21 180/15 182/7 182/12 183/18 184/7 185/10 185/23 189/16 190/7 190/10 191/17 213/19 216/15 216/24 218/11 224/6 227/9 231/7 232/20 233/16 234/5 236/4 237/24 238/11 238/17 245/5
**Halderman's [24]** 75/22 104/10 117/25 118/17 123/12 123/20 138/16 143/6 154/11 167/11 168/7 169/2 172/2 175/4 175/21 181/24 189/13 189/25 192/21 198/14 199/2 210/21 232/6 232/9
**half [6]** 50/21 50/24 79/4 151/14 189/3 222/5
**Hall [3]** 27/20 27/23 27/25
**HALSEY [1]** 2/8
**Hampton [3]** 45/9 82/7 93/13
**Hampton's [4]** 45/24 46/15 47/5 47/7 103/8 122/15 128/11 152/22 192/15 192/17 193/2 214/5 223/12 231/8

247/16 231/15 237/7 242/11 242/12 247/12
**hand-marked [8]** 192/15 192/17 193/2 214/5 231/8 231/16 231/19 242/17
**handed [3]** 165/21 233/16 237/24
**handle [1]** 83/6
**handled [5]** 15/7 19/13 57/5 98/18 176/17
**handling [2]** 75/10 246/8
**hands [2]** 108/21 130/1
**hands-on [1]** 108/21
**Hang [1]** 63/24
**happen [4]** 176/5 179/25 223/18 240/6
**happened [9]** 43/1 73/9 80/18 81/19 84/7 96/1 113/19 179/14 228/7
**happening [7]** 53/9 91/13 94/18 152/16 186/5 186/8 228/7
**happens [2]** 146/10 147/21
**happier [1]** 217/10
**happy [6]** 77/21 167/13 172/4 177/21 217/10 225/17
**hard [6]** 60/12 207/10 207/13 207/21 209/11 239/6
**hardware [2]** 110/16 226/23
**harmless [3]** 119/25 122/8 122/10
**Harri [2]** 129/4 129/13
**Harry [1]** 157/14
**Harvey [18]** 21/9 22/3 26/1 34/25 35/20 37/3 48/8 48/19 48/23 49/2 49/6 72/11 72/14 83/13 85/16 87/6 88/7 99/13
**Harvey's [2]** 72/16 88/17
**has [125]** 1/6 13/5 15/3 20/4 24/17 29/17 30/2 40/2 40/18 40/19 40/19 40/21 41/1 46/17 49/7 52/8 55/1 57/24 57/24 61/5 61/17 63/11 64/10 75/11 77/10 81/14 88/23 89/7 89/8 97/7 97/19 97/21 100/1 104/10 105/1 107/6 108/4 108/10 112/11 113/5 113/7 113/16 113/18 113/19 114/2 118/3 120/7 122/7 122/11 122/16 125/6 125/25 126/4 126/6 127/2 129/5 129/12 131/8 135/3 136/2 136/6 140/17 148/9 148/10 152/21 154/21 156/6 156/6 161/3 161/12 167/1 169/19 171/10 175/13 178/21 179/6 180/5 181/25 183/4 186/2 190/7 193/2 194/2 202/20 204/9 204/20 205/5 205/5 205/20 212/21 213/1 213/10 213/16 214/19 218/2 219/4 222/21 222/22 223/9 224/12 224/15 224/18 224/21 226/14 226/20 227/11 227/15 227/24 228/4 228/21 229/4 229/9 229/12 231/3 231/20 231/25 232/10 234/18 235/7 235/8 235/11 235/13 235/17 243/15 245/11
**hash [1]** 239/3
**hasn't [5]** 31/9 97/10 113/5 141/6 143/8
**hate [1]** 220/15
**have [359]**
**haven't [7]** 134/7 215/4 223/16 229/25 230/10 230/11 235/20
**having [17]** 6/3 29/18 31/25 37/6 54/18 73/16 80/7 81/6 97/8 101/12 107/16 126/22 137/8 147/16 183/11 195/2 200/7
**he [133]** 8/19 15/9 15/10 17/23 18/3 18/8 21/11 21/14 21/17 21/20 21/20 21/22 21/25 21/25 22/5 22/9 22/12 28/4

**H**

**he... [115]** 30/23 30/24 31/5 31/7 31/9 31/9 32/18 34/5 35/20 38/12 38/13 38/20 39/13 41/1 41/1 44/7 44/17 44/18 44/20 44/21 44/22 45/8 47/5 47/7 47/8 47/8 47/12 47/12 47/17 47/18 49/3 49/3 49/12 50/24 51/1 51/1 51/2 51/6 51/6 52/17 53/5 73/12 73/12 73/17 76/4 77/13 85/20 85/22 86/13 87/13 88/1 88/1 88/4 88/8 88/9 89/18 89/19 91/4 99/8 99/10 100/11 105/1 105/6 105/13 105/13 105/14 112/11 112/13 113/3 113/17 125/24 126/2 126/2 126/3 126/6 126/12 129/17 131/10 131/13 131/14 131/17 131/18 131/18 147/12 147/13 157/15 171/10 172/9 176/3 181/25 183/4 189/21 189/22 190/2 190/3 193/1 200/20 200/20 200/24 216/15 216/17 216/18 216/19 220/5 220/6 220/6 223/11 226/2 226/3 226/9 226/9 232/10 235/25 238/11 238/14

**he's [6]** 100/11 113/13 122/3 124/11 193/1 210/22

**head [24]** 9/23 12/14 12/24 17/15 18/16 19/1 20/24 21/14 23/7 24/9 30/20 32/17 44/9 46/6 60/2 67/14 69/3 69/17 71/5 90/12 91/3 91/5 94/16 95/6

**headed [1]** 8/11

**heading [7]** 19/12 22/17 24/18 24/22 25/6 30/4 134/9

**headings [1]** 136/5

**headquarters [1]** 101/4

**hear [8]** 14/24 46/11 96/15 122/3 139/24 163/25 203/18 223/6

**heard [14]** 6/12 30/25 42/25 46/5 46/10 57/18 90/7 90/8 90/9 90/14 90/15 100/16 116/3 201/23

**hearing [4]** 98/21 125/10 164/1 203/14

**hearings [1]** 113/14

**hearsay [19]** 13/10 13/11 15/13 29/12 29/13 29/21 33/20 39/23 40/3 62/24 63/25 132/17 171/14 171/21 233/24 235/24 238/7 238/11 246/3

**Heavy [1]** 119/18

**held [2]** 151/1 247/10

**help [8]** 33/21 33/22 42/20 69/20 110/18 166/4 166/6 244/6

**helped [1]** 233/20

**helpful [4]** 43/8 86/14 91/4 176/12

**helping [2]** 38/13 85/20

**helps [1]** 16/1

**her [30]** 14/10 14/10 14/12 14/14 15/5 15/5 15/10 16/8 16/8 23/12 23/14 26/17 29/18 31/5 31/10 41/14 41/17 43/1 45/11 45/12 46/17 49/20 50/7 60/6 63/14 81/18 81/20 81/22 82/22 183/25

**here [92]** 14/11 19/2 19/22 26/8 27/3 28/8 30/14 31/21 32/15 33/1 39/24 40/7 43/11 44/8 45/19 56/17 59/20 60/21 61/5 62/18 64/4 66/17 66/20 68/18 70/1 71/3 73/10 73/20 75/17 77/10 88/18 96/24 106/10 107/20 112/3 112/5 113/12 120/21 120/23 121/2 121/22 122/3 122/5 135/23 139/10 139/16 141/14 142/3 142/12 144/13 144/18 144/24 148/10 152/4 154/4 155/18 158/7 161/18 161/25 162/3 166/7 167/9

180/15 189/12 189/23 189/24 190/17 192/20 193/13 197/11 198/21 198/23 198/24 209/7 210/20 213/10 215/21 216/19 219/5 219/12 219/22 222/3 222/15 239/23 240/17 244/7 246/9

**hereby [1]** 247/8

**hereunto [1]** 247/12

**HERNANDEZ [1]** 3/8

**hey [3]** 70/2 70/20 95/21

**high [8]** 158/1 159/15 161/8 174/5 197/23 203/11 204/16 207/20

**high-value [1]** 204/16

**highlight [1]** 164/22

**highlighted [1]** 142/20

**highlights [1]** 108/18

**highly [1]** 126/4

**Hillary [1]** 232/3

**him [33]** 17/25 18/7 18/10 18/11 30/25 35/16 39/25 44/16 44/18 53/1 88/8 89/21 91/18 92/4 104/12 105/2 112/13 113/6 113/16 113/20 113/20 114/14 135/5 172/8 172/10 176/11 177/1 182/3 189/22 223/4 226/3 235/25 238/8

**himself [3]** 26/21 40/11 69/12

**hire [1]** 10/5

**hired [4]** 73/3 78/21 92/7 237/12

**hires [1]** 19/7

**his [73]** 22/5 22/6 35/19 47/16 47/17 51/2 53/5 54/16 54/16 62/8 62/15 73/10 73/12 75/23 85/1 86/13 87/10 87/25 88/9 88/16 100/3 101/3 106/10 112/14 112/16 113/24 118/18 122/4 122/4 125/6 125/22 126/3 126/5 127/4 131/10 131/14 131/15 132/15 132/21 132/23 132/23 132/24 132/24 135/4 154/12 154/21 154/21 154/24 154/25 155/5 155/5 155/10 167/14 168/8 171/11 171/17 172/3 172/7 172/14 173/3 183/4 183/25 192/21 193/1 198/15 198/18 198/23 203/24 210/24 216/17 219/6 219/6 238/14

**historically [2]** 22/25 24/5

**hit [6]** 142/12 148/4 153/6 161/18 164/12 164/23

**hold [2]** 142/2 166/9

**holding [2]** 121/15 141/20

**holds [1]** 120/22

**hole [2]** 141/24 142/23

**Homeland [1]** 130/6

**Honor [204]** 5/7 5/12 13/1 13/4 13/17 14/16 15/2 15/13 15/20 16/13 23/9 27/14 29/9 29/11 29/14 30/22 31/22 33/17 33/19 34/11 37/16 39/20 39/22 40/5 40/13 40/16 41/4 41/18 42/15 54/24 58/25 59/4 62/22 62/24 63/1 63/6 63/17 64/6 64/9 64/12 65/11 65/22 68/20 68/22 71/9 73/9 74/24 76/16 77/7 77/14 81/14 81/17 81/23 89/6 93/16 97/19 97/24 99/21 99/24 100/9 101/25 102/15 103/18 103/22 104/6 104/8 104/15 105/8 106/21 107/7 107/12 112/10 112/17 112/20 113/5 113/9 113/16 114/11 114/15 114/21 115/11 115/20 115/23 117/19 118/12 118/16 119/1 119/2 119/7 119/9 119/16 120/1 120/10 120/14 120/18 121/10 121/15 122/13 122/16 122/20 123/8 124/14

124/18 124/21 125/4 125/10 126/1 131/6 132/7 132/10 132/12 132/25 133/10 134/6 134/11 135/1 135/9 138/9 138/11 138/24 139/7 139/13 143/4 145/11 145/16 145/20 146/12 146/15 146/24 147/11 147/19 151/10 154/9 154/14 154/17 154/23 155/2 157/5 157/10 167/9 168/6 168/10 168/24 169/6 171/4 171/9 171/19 172/1 174/24 175/19 176/1 176/9 176/14 180/7 181/23 182/9 189/12 189/19 189/24 190/5 190/20 192/20 192/25 193/7 193/10 198/13 198/19 199/1 210/20 216/14 216/22 216/24 218/16 218/22 219/24 220/1 220/9 220/17 220/21 220/22 221/12 221/22 223/23 223/24 224/3 224/3 225/4 225/23 226/1 227/7 232/5 232/8 233/13 233/22 233/24 235/25 237/20 238/5 238/10 243/14 245/1 245/24 246/3 246/14

**Honor's [1]** 64/8

**HONORABLE [1]** 1/11

**hope [2]** 212/13 215/13

**hopes [1]** 233/6

**HORST [1]** 2/9

**host [1]** 100/12

**hour [4]** 50/21 50/24 220/19 222/5

**housekeeping [1]** 220/25

**how [85]** 7/25 9/9 9/9 9/16 9/19 10/12 10/18 14/8 14/12 17/16 17/23 18/8 18/10 18/17 18/19 19/3 19/12 25/7 25/18 28/18 33/23 33/24 37/19 46/11 57/7 60/6 63/21 65/7 73/3 73/11 77/3 80/19 98/18 100/18 109/19 110/18 110/24 113/13 125/9 126/8 127/2 127/19 133/9 136/10 136/20 143/10 143/19 147/9 147/13 153/2 156/23 158/9 160/25 170/4 170/11 177/20 184/14 187/4 188/2 188/11 188/20 188/25 189/17 190/3 190/3 191/21 191/25 193/16 194/9 195/6 195/19 196/23 199/22 199/25 201/21 206/3 207/13 212/7 216/8 217/13 217/25 218/8 219/10 220/14 242/13

**however [6]** 1/7 128/24 129/3 141/24 239/2 243/23

**huge [1]** 216/2

**huh [1]** 94/20

**human [12]** 109/1 156/13 169/21 186/24 187/20 187/24 188/1 188/9 237/3 241/24 244/7 244/9

**Hursti [4]** 129/4 129/13 129/14 129/16

**hyphenated [1]** 114/7

**hypotheses [2]** 127/19 127/21

---

**I**

**I'll [39]** 64/12 81/25 111/2 111/3 112/10 119/2 126/19 127/9 135/9 145/9 145/20 146/12 152/9 153/20 154/4 155/24 160/11 160/12 161/24 162/10 165/24 166/25 167/5 167/24 168/2 168/6 171/19 172/1 181/23 189/12 189/24 192/20 198/13 206/13 210/20 215/15 216/14 220/16 227/4

**I'm [151]** 6/8 7/2 9/20 11/24 13/4 13/6 14/4 15/4 16/3 17/25 24/13 27/5 27/12 27/13 28/21 29/14 29/15 30/22 31/1 31/3 31/25 31/25 32/11 34/4 34/7 35/10

**I'm... [125]** 37/22 39/24 40/1 40/23 40/23 41/14 41/21 41/22 42/17 42/18 43/6 45/24 48/9 52/14 54/11 59/12 63/1 63/2 65/22 69/14 70/6 73/7 74/12 76/13 77/19 80/2 81/18 81/20 84/11 84/24 88/10 92/9 96/2 99/14 99/16 99/24 100/25 102/12 107/20 107/23 113/2 113/7 114/6 114/8 114/17 117/11 119/13 126/18 130/12 132/11 133/8 133/8 134/6 135/5 139/13 139/15 142/11 143/4 145/16 145/17 148/4 148/8 152/12 152/12 152/13 153/17 154/9 155/2 155/8 157/25 161/2 161/18 161/20 161/24 163/16 163/16 163/21 163/23 163/23 164/11 164/12 164/12 164/13 164/14 164/15 164/20 164/22 164/24 165/20 166/2 166/7 166/7 166/11 166/13 167/13 168/5 170/21 171/19 172/4 174/19 176/10 177/1 187/17 191/12 198/22 198/23 201/23 210/20 215/3 219/9 220/10 222/1 223/22 225/14 225/16 225/25 226/1 227/13 228/1 234/1 236/10 239/21 240/2 240/7 243/14
**I've [7]** 75/5 105/23 106/5 109/21 117/5 166/14 198/21
**IC [1]** 136/1
**ICC [1]** 223/3
**ICHTER [2]** 2/20 2/21
**icon [1]** 144/18
**ICP [1]** 223/2
**ICX [28]** 112/3 128/21 128/24 129/3 129/7 129/12 129/17 134/24 137/4 150/22 150/24 160/18 162/21 177/24 178/16 179/20 194/11 194/15 196/9 196/10 211/21 214/18 214/18 216/9 216/12 227/24 228/4 228/15
**ICX's [1]** 164/14
**idea [4]** 18/7 106/18 113/17 118/19
**identification [1]** 13/7
**identified [11]** 40/2 40/22 115/19 118/14 136/16 207/25 213/20 213/24 214/25 215/4 229/16
**identifies [1]** 38/19
**identify [4]** 13/15 81/6 193/4 208/9
**ignore [2]** 161/2 161/7
**ignores [1]** 159/22
**III [3]** 2/13 2/16 2/18
**illustrate [2]** 155/4 173/25
**illustrates [1]** 155/3
**illustrating [1]** 154/24
**image [6]** 207/13 211/8 211/12 212/17 240/3
**imaged [1]** 211/23
**images [4]** 184/17 230/7 230/10 230/11
**imaging [2]** 240/14 240/18
**immediately [1]** 124/1
**impact [3]** 69/6 69/10 110/18
**impacted [1]** 226/4
**implausible [2]** 236/25 236/25
**implement [2]** 216/25 217/4
**important [12]** 18/13 53/14 68/25 69/2 89/20 119/9 127/4 129/22 130/12 147/1 241/5 245/9
**impossible [1]** 213/4

**Impression [1]** 95/2
**inaccurate [3]** 23/8 39/15 68/18
**Inadequate [1]** 173/19
**inappropriate [1]** 96/16
**inappropriately [1]** 72/10
**incident [8]** 84/3 109/5 204/4 207/14 212/18 213/15 213/16 237/13
**include [7]** 8/14 17/1 20/15 65/3 104/22 184/11 209/21
**included [10]** 26/11 52/25 64/22 71/7 115/24 132/6 146/17 146/18 157/7 211/17
**includes [3]** 63/18 104/24 116/13
**including [16]** 6/9 8/7 25/11 75/3 86/7 98/18 102/8 108/10 109/23 110/6 110/16 209/16 211/24 231/8 235/5 241/13
**incorrect [2]** 67/25 236/24
**increase [1]** 233/7
**incredible [1]** 98/16
**indeed [1]** 136/21
**India [1]** 108/25
**indicate [4]** 140/17 170/15 210/17 238/25
**indicated [6]** 68/13 92/18 123/20 216/15 220/24 226/6
**indicates [5]** 23/10 65/12 145/5 148/11 219/20
**indicating [1]** 167/1
**indication [2]** 83/21 84/6
**indicia [1]** 63/11
**individual [8]** 11/6 16/20 18/22 19/8 38/19 45/21 110/19 134/13
**individually [1]** 239/1
**individuals [3]** 43/24 46/8 213/4
**Industries [1]** 119/18
**industry [1]** 134/13
**industry-wide [1]** 134/13
**infect [6]** 199/11 202/25 206/5 206/7 206/9 206/21
**infected [11]** 198/5 198/10 199/5 199/15 199/20 200/1 201/22 201/25 203/4 206/8 210/12
**infecting [2]** 202/6 209/17
**infection [3]** 202/8 206/17 206/19
**infiltrate [1]** 203/11
**infiltration [1]** 213/15
**influenced [1]** 205/22
**inform [1]** 110/18
**information [56]** 13/19 13/24 16/8 22/12 27/8 33/14 39/13 39/15 52/7 54/3 57/1 57/2 57/9 57/12 57/13 60/7 61/6 61/7 61/10 61/17 61/23 61/25 62/19 64/9 65/8 65/19 66/1 66/20 69/21 69/22 70/4 90/17 90/24 95/2 96/13 96/14 96/22 100/21 112/16 112/18 129/23 129/25 130/9 162/19 163/10 165/3 165/4 190/12 195/9 195/23 216/16 225/11 227/12 227/16 229/9 239/12
**informed [1]** 239/7
**informs [1]** 207/4
**infrastructure [5]** 108/5 130/5 130/7 227/22 234/17
**initial [3]** 20/2 83/10 122/20
**initials [2]** 12/20 12/23
**input [2]** 61/17 126/3
**inputting [1]** 61/23
**inquiry [1]** 74/25

**insert [4]** 193/5 163/23 199/15 199/19
**inserted [2]** 164/3 165/3
**inserting [3]** 142/1 152/23 161/1
**inside [2]** 115/7 128/16
**insider [6]** 199/22 199/25 200/3 200/3 200/16 209/8
**insiders [5]** 199/3 199/11 199/14 208/2 208/11
**insofar [1]** 63/12
**inspect [4]** 204/24 217/23 227/21 230/1
**inspected [1]** 229/14
**inspection [3]** 16/20 61/21 217/25
**inspections [4]** 8/3 61/16 71/22 71/24
**inspectors [2]** 8/3 16/16
**install [21]** 144/20 144/22 145/18 152/4 167/17 174/8 176/4 178/13 179/18 179/19 193/20 195/1 195/7 195/9 199/22 199/24 199/25 201/21 201/24 208/16 210/10
**installation [9]** 135/19 151/22 160/14 167/10 167/14 173/19 173/20 179/17 209/21
**installed [18]** 141/2 144/9 148/20 187/5 187/6 187/11 194/12 194/16 201/15 209/5 209/25 214/19 227/19 229/13 229/24 230/1 230/5 242/17
**installing [5]** 174/16 178/18 242/1 242/6 242/6
**instance [4]** 137/20 181/14 202/9 233/5
**instances [1]** 204/14
**instead [3]** 148/6 187/13 192/3
**instructed [2]** 36/23 192/6
**instruction [1]** 20/10
**instructions [3]** 54/16 77/9 172/21
**Insurance [1]** 121/17
**integral [2]** 137/17 137/22
**Intelligence [1]** 110/6
**intended [1]** 170/15
**intent [1]** 231/21
**intention [1]** 163/15
**intentions [2]** 72/16 163/7
**interact [1]** 172/22
**interaction [3]** 52/5 132/21 203/4
**interactions [1]** 90/16
**interests [1]** 242/16
**interface [3]** 145/2 145/4 152/21
**internally [1]** 221/1
**internet [11]** 61/1 62/4 62/10 63/16 86/8 108/2 202/10 205/15 206/21 217/18 243/1
**internet-connected [3]** 108/2 202/10 206/21
**interpose [2]** 23/10 174/25
**interrogating [1]** 10/24
**interrogation [1]** 10/18
**interrogations [2]** 9/12 10/13
**interrogatory [1]** 13/20
**interview [4]** 10/18 42/10 99/5 100/2
**interviewed [1]** 7/18
**interviewing [1]** 10/23
**interviews [5]** 9/12 10/13 19/25 29/5 62/16
**introduce [1]** 65/9
**introduced [1]** 65/14
**intruders [1]** 211/14
**intrusion [1]** 211/12

**I**

**invent** [1]  172/19
**investigate** [17]  17/12 17/17 22/3
25/25 37/8 50/8 50/25 52/10 62/14 69/1
74/13 74/16 86/6 90/6 109/17 189/10
237/13
**investigated** [1]  78/8
**investigating** [8]  17/21 28/6 37/4 50/17
85/24 89/14 91/11 93/1
**investigation** [50]  9/9 9/10 11/2 11/5
16/23 18/7 18/18 18/20 19/4 21/8 21/18
22/17 29/19 30/5 32/9 32/17 37/12
37/14 38/25 43/25 44/10 44/14 44/19
47/12 52/4 53/22 53/24 57/11 58/2
60/21 61/21 62/3 62/6 66/11 66/21
66/25 68/2 68/10 74/9 78/5 78/23 83/6
83/10 90/20 93/13 94/7 95/9 96/8 109/5
136/24
**investigations** [63]  6/14 6/24 7/4 7/24
8/5 8/12 8/13 11/15 14/9 14/13 15/24
15/24 16/19 17/7 18/14 18/16 19/1
19/13 20/2 20/22 20/24 23/2 23/3 24/6
24/8 24/22 25/1 25/5 28/1 28/3 28/19
30/4 32/17 33/24 44/21 47/10 49/12
56/11 57/5 57/21 60/3 60/8 61/6 61/8
61/16 63/10 64/15 64/16 64/18 67/14
69/5 69/9 70/17 71/16 71/21 74/18 78/3
84/2 90/12 90/13 94/17 101/14 101/19
**investigative** [22]  6/25 9/23 10/16
12/14 14/7 14/17 16/16 20/6 20/16
20/21 21/15 23/2 23/7 25/17 33/8 33/10
33/12 34/8 34/18 46/13 69/18 97/3
**investigator** [51]  7/24 8/1 8/17 10/1
10/5 17/20 23/12 23/13 27/24 28/4 29/5
30/14 32/16 33/14 33/14 33/18 42/8 44/13
45/6 45/17 45/22 46/16 46/23 47/2
47/11 50/17 50/20 51/18 51/23 52/20
54/13 56/8 61/20 61/20 62/16 66/11
73/3 74/5 78/2 78/12 78/13 79/9 79/11
79/20 83/2 83/5 83/19 84/13 92/7 93/3
95/11 95/15
**investigators** [25]  8/5 8/9 8/13 10/16
16/17 17/17 19/8 20/1 25/7 25/12 25/14
25/19 52/5 53/4 57/19 70/25 74/13
74/22 90/20 93/6 94/22 96/12 97/16
98/6 102/8
**invoking** [1]  88/17
**involved** [15]  8/21 52/5 74/9 74/23
101/13 101/20 109/25 117/25 126/16
137/9 185/15 202/25 213/4 225/2 244/8
**involvement** [2]  28/21 98/22
**involves** [2]  106/18 238/13
**involving** [4]  54/17 72/2 214/5 238/20
**Iowa** [1]  119/19
**Iran's** [1]  203/12
**Iranian** [1]  202/15
**is** [967]
**isn't** [7]  18/12 89/9 93/20 128/24 135/7
170/1 194/10
**issue** [21]  17/11 42/6 42/9 62/11 62/12
75/11 81/3 82/19 105/15 118/4 118/17
119/24 123/18 123/19 124/4 126/25
184/2 222/21 223/15 227/1 237/16
**issued** [4]  10/11 133/4 149/22 233/9
**issues** [23]  16/23 29/16 30/9 31/12
32/18 34/14 42/8 43/25 50/18 57/6 75/1
75/22 76/2 76/24 82/7 86/7 90/4 105/5

**issuing** [1]  20/10
**it** [755]
**it's** [2]  73/10 148/6
**item** [1]  138/15
**items** [1]  176/2
**its** [20]  34/17 109/23 127/18 128/20
130/8 131/8 132/6 137/4 144/4 148/9
149/22 152/15 196/6 196/19 204/10
204/22 205/18 214/23 221/6 245/25
**itself** [10]  29/21 131/19 175/1 180/21
197/16 210/10 212/16 225/12 234/18
244/23

**J**

**JACOUTOT** [1]  3/7
**James** [9]  27/21 27/24 48/7 49/3 84/9
91/10 92/2 92/16 99/9
**jamming** [1]  81/4
**JANUARY** [15]  1/13 5/2 44/23 45/3
46/7 101/4 119/3 130/3 149/22 150/12
151/5 151/7 175/18 219/11 247/13
**January 16** [1]  150/12
**January 18** [1]  101/4
**January 2022** [2]  130/3 151/5
**January 21** [1]  219/11
**January 26** [2]  44/23 45/3
**January 31st** [1]  175/18
**January 9th** [1]  119/3
**jargony** [1]  135/17
**JAVIER** [1]  3/4
**JEFFREY** [2]  2/2 46/5
**job** [3]  19/7 47/17 78/23
**joint** [1]  233/9
**Jones** [21]  35/22 49/16 50/2 50/13
50/20 51/10 51/19 52/11 53/11 55/17
55/25 67/17 80/12 80/13 82/18 82/21
83/4 94/6 94/13 98/7 102/9
**Jordan** [2]  26/11 26/15
**JOSH** [6]  3/4 8/17 50/16 80/12 94/6
94/13
**JR** [1]  3/9
**JUDGE** [11]  1/12 60/7 73/23 75/19
76/15 104/22 106/15 220/2 222/12
222/19 222/20
**judgment** [1]  123/15
**July** [1]  154/21
**July 2021** [1]  154/21
**juncture** [1]  135/7
**June** [8]  8/1 30/16 59/21 78/12 78/15
78/17 120/15 133/15
**June 10** [1]  59/21
**June 17** [1]  30/16
**June 2019** [1]  78/12
**June 3** [1]  133/15
**jurisdiction** [1]  236/9
**jurisdictions** [2]  215/24 216/5
**just** [224]  6/15 6/19 7/4 10/15 11/1
11/7 11/12 11/25 13/18 13/23 14/1
14/11 14/18 15/5 15/15 17/25 19/10
21/3 21/5 23/9 23/16 23/19 23/23 30/18
31/13 33/19 33/21 33/23 34/16 37/18
41/4 41/15 41/21 42/18 42/24 43/2 43/4
45/1 50/13 53/8 53/15 53/21 54/4 54/9
54/14 55/25 56/9 56/16 57/7 57/20 58/1
58/10 59/2 59/7 60/20 62/3 64/3 64/13
65/11 65/19 65/22 65/25 69/12 69/19
73/9 73/16 74/3 76/22 77/4 77/5 77/20

**J** (continued)
78/25 80/2 81/1 81/18 86/4 89/15 90/18
92/13 92/20 92/21 94/11 94/21 96/4
96/19 96/24 99/18 100/15 100/16
101/24 102/7 103/22 104/11 106/19
107/2 107/4 111/2 113/4 113/4 114/5
114/9 116/3 118/12 119/2 119/8 120/11
120/14 121/18 123/10 124/19 131/6
132/10 132/17 133/8 133/11 133/13
135/1 135/22 137/2 138/2 141/6 141/15
141/16 142/3 142/9 142/12 142/13
143/4 143/21 145/16 146/12 146/7
147/15 148/7 152/25 153/20 154/5
154/6 154/9 154/15 155/16 157/1 157/5
157/13 157/22 158/6 158/17 159/12
160/6 161/2 161/6 163/9 164/10 164/17
164/24 165/3 165/8 166/1 166/11 167/9
167/10 167/18 168/4 168/6 168/25
169/9 171/6 171/9 171/20 171/25
172/10 172/18 172/20 173/5 173/7
174/19 175/3 176/20 179/5 179/7
179/23 180/1 183/24 184/15 184/16
185/15 185/18 186/5 187/8 187/10
187/19 188/11 189/23 191/14 193/10
193/15 193/24 194/1 196/12 201/14
201/15 201/18 202/5 204/20 209/4
210/13 211/12 212/5 216/14 217/11
217/13 218/2 218/8 218/17 220/9
221/13 221/25 222/7 223/16 225/8
228/13 231/25 235/13 239/20
**justified** [1]  119/24

**K**

**KAISER** [1]  2/5
**Kaspersky** [7]  203/16 203/20 204/4
204/13 205/19 205/25 206/3
**Kawasaki** [2]  119/18 175/10
**keep** [7]  55/15 58/10 95/18 125/3
147/15 157/10 219/3
**keeping** [1]  80/24
**keeps** [3]  217/12 217/13 217/17
**key** [5]  123/15 148/4 152/14 160/19
162/24
**keyboard** [6]  148/4 166/25 178/6
179/22 179/22 193/22
**keystroke** [3]  193/24 193/25 194/2
**keystrokes** [1]  179/23
**kidding** [2]  42/18 42/18
**killing** [1]  222/3
**kind** [14]  69/21 91/17 124/20 153/14
156/8 160/17 171/24 180/13 185/15
186/7 203/5 212/20 233/1 233/3
**kinds** [3]  217/1 217/9 231/11
**KNAPP** [1]  2/8
**knew** [21]  17/23 18/9 41/18 53/9 57/20
82/15 87/17 87/20 90/21 91/9 91/13
91/16 91/20 92/2 92/13 93/8 93/14
95/24 96/4 98/24 118/25
**know** [97]  9/13 9/19 12/20 12/20 12/22
12/23 14/19 15/16 15/17 15/22 16/4
18/3 18/10 21/25 23/21 23/22 25/4
26/16 29/19 31/13 32/1 35/24 37/10
37/11 44/5 44/7 44/8 44/9 44/20 46/3
49/13 52/12 54/17 57/24 60/6 71/1 72/3
72/17 74/20 75/5 75/13 75/14 77/3
80/15 90/8 92/6 93/7 95/6 95/17 96/15
96/25 98/13 98/15 98/22 101/11 101/11
101/25 105/20 105/23 114/6 114/8
114/18 115/17 129/12 131/12 132/21

## K

**know... [31]** 144/2 144/4 146/18 147/6 151/5 156/19 170/7 170/11 172/4 173/5 183/3 183/5 183/5 189/23 190/3 207/13 211/14 213/1 216/8 217/5 217/18 217/24 219/10 220/11 221/15 225/5 226/15 226/17 227/5 229/21 239/24
**knowledge [19]** 14/3 17/19 25/3 28/6 44/8 70/16 81/15 83/1 84/1 89/8 89/25 96/19 128/23 143/6 182/1 189/16 198/16 224/20 228/20
**knowledgeable [1]** 22/1
**known [11]** 94/17 128/5 129/23 210/3 210/4 210/8 210/14 210/16 239/3 241/23 243/8
**knows [2]** 147/9 222/21
**Koth [2]** 59/24 60/2
**KREVOLIN [1]** 2/9

## L

**lack [6]** 102/9 117/24 194/14 230/21 241/16 241/19
**lacks [1]** 245/8
**laid [5]** 17/16 63/9 89/8 143/7 184/5
**language [2]** 134/21 135/16
**laptop [8]** 28/10 28/12 28/15 28/23 29/6 29/6 72/3 211/19
**large [9]** 36/2 36/21 108/4 156/6 210/3 212/6 213/2 213/2 244/20
**largest [1]** 129/16
**LAROSS [3]** 3/7 4/9 77/14
**last [22]** 7/13 26/7 36/20 100/25 113/20 114/7 116/23 121/18 125/11 129/4 143/5 154/18 181/24 203/18 203/22 209/20 214/13 226/16 238/19 243/9 243/22 244/12
**last-minute [1]** 244/12
**lastly [6]** 68/1 68/25 69/15 96/19 120/10 126/1
**later [6]** 49/2 50/21 51/10 89/15 154/22 240/9
**latest [1]** 216/10
**latitude [1]** 75/5
**launch [1]** 210/10
**launcher [3]** 144/8 162/4 166/8
**LAURA [3]** 2/13 2/18 35/22
**law [20]** 2/15 2/17 2/24 6/22 7/2 7/3 8/14 8/19 8/22 9/10 9/25 10/2 10/23 10/25 18/12 78/22 79/16 79/19 79/22 82/22
**lawsuit [8]** 6/10 69/16 70/3 75/3 75/14 237/10 237/12 240/4
**lay [1]** 189/20
**laying [1]** 31/10
**layout [4]** 181/18 182/12 182/25 183/15
**layouts [1]** 182/15
**leading [1]** 109/12
**learn [2]** 52/8 97/14
**learned [4]** 83/14 86/16 86/20 119/7
**learning [1]** 120/11
**least [11]** 36/20 91/1 183/5 195/19 198/19 200/16 200/24 210/23 221/16 226/13 226/16
**leave [3]** 7/16 7/20 94/22
**leaves [1]** 193/21
**leaving [4]** 46/23 57/3 57/4 100/15

**led [1]** 123/24
**left [16]** 7/23 46/13 56/9 57/20 74/21 76/10 83/24 90/22 92/23 92/25 96/21 101/5 119/8 140/11 165/21 176/23
**left-handed [1]** 165/21
**legal [1]** 58/21
**leisure [1]** 213/14
**Lenberg [5]** 46/5 46/16 46/21 47/1 101/3
**length [1]** 19/23
**lengthy [2]** 32/10 172/5
**less [8]** 180/2 188/19 192/12 192/18 214/8 234/8 242/8 242/18
**lest [1]** 239/22
**let [36]** 7/12 14/1 18/2 21/21 24/4 32/13 49/12 53/2 54/14 60/5 64/2 66/16 76/7 92/13 95/23 96/4 96/6 122/15 133/24 144/14 146/22 154/5 163/16 165/2 170/19 188/10 190/14 193/6 193/9 199/8 199/12 210/4 210/25 221/25 227/4 238/8
**let's [10]** 13/23 16/11 38/2 48/2 55/15 90/18 169/13 221/23 222/1 222/5
**letter [13]** 20/10 64/5 65/9 65/10 65/16 98/25 99/10 99/17 233/9 233/18 233/20 234/6 234/24
**level [16]** 86/2 86/10 88/4 144/7 147/25 158/2 159/15 161/8 174/5 197/23 200/21 203/11 205/1 207/20 211/15 211/16
**levels [1]** 108/8
**Lexis [5]** 120/16 120/16 121/6 121/20 121/21
**licensing [3]** 8/4 8/6 78/9
**lie [1]** 214/23
**life [1]** 156/1
**light [3]** 41/2 212/18 216/20
**like [56]** 8/15 12/4 12/9 13/21 15/3 17/20 18/13 23/24 33/10 34/9 34/15 40/12 44/7 47/17 62/11 66/17 90/1 105/10 105/16 111/12 112/15 113/3 114/5 114/9 118/20 119/18 124/17 132/2 136/17 137/20 139/21 148/7 152/18 152/18 157/3 159/24 160/18 160/20 161/11 161/11 171/7 173/6 178/3 192/5 194/1 202/18 203/21 217/6 217/16 217/19 220/25 221/4 222/24 223/4 224/8 240/22
**likely [2]** 184/3 211/9
**limine [5]** 123/17 125/6 125/6 125/8 125/20
**limit [1]** 239/8
**limitations [1]** 41/10
**limited [6]** 103/23 124/15 206/17 209/1 215/7 221/1
**limits [4]** 148/21 148/24 149/2 165/12
**line [5]** 1/6 19/18 74/24 229/3 245/2
**liquor [5]** 184/20 184/21 185/18 186/13 186/18
**list [10]** 151/21 158/24 160/11 173/17 208/3 208/12 209/10 209/20 214/13 221/4
**listed [5]** 9/1 68/10 208/1 215/23 216/1
**listened [1]** 190/9
**listing [1]** 61/5
**literally [2]** 85/23 101/24
**litigated [2]** 106/3 223/17
**litigation [7]** 2/11 6/13 65/15 70/18

**little [13]** 6/11 31/25 32/21 69/15 116/22 135/16 137/2 139/17 142/13 162/4 180/2 188/19 194/21
**LITTLEFIELD [1]** 3/5
**littler [1]** 211/11
**live [4]** 113/14 126/21 179/5 212/14
**lived [1]** 113/5
**living [1]** 107/22
**LLC [3]** 3/5 120/15 121/16
**LLP [1]** 2/7
**load [1]** 178/4
**loaded [12]** 128/16 158/5 158/6 159/4 164/18 179/9 195/22 196/13 197/5 197/8 198/4 244/17
**loading [2]** 160/21 161/12
**loads [1]** 196/5
**local [2]** 6/22 149/17
**locate [1]** 51/2
**located [2]** 57/13 58/9
**locations [1]** 183/12
**lodge [3]** 105/10 171/20 175/8
**log [22]** 153/6 164/14 164/15 164/19 164/20 164/24 164/25 165/4 165/4 165/9 165/10 165/13 165/15 166/10 166/17 209/3 209/14 242/21 242/24 243/3 243/3 243/5
**Logan [2]** 48/13 101/3
**logic [6]** 200/12 200/20 200/22 201/1 201/3 201/8
**long [16]** 7/25 9/16 9/19 60/6 73/11 113/7 113/18 114/7 122/13 125/25 127/2 143/19 174/19 188/25 217/6 223/18
**longer [6]** 9/22 43/3 67/24 113/17 113/20 139/17
**look [41]** 11/18 11/25 12/2 12/17 16/5 18/4 19/9 19/11 24/1 24/15 30/1 32/6 34/9 34/23 50/1 50/2 52/17 55/17 59/15 66/5 71/21 72/9 88/14 92/7 118/9 120/5 120/11 122/7 126/19 126/20 169/21 173/2 189/3 198/20 201/18 215/10 215/18 218/22 234/5 238/19
**looked [11]** 0/9 34/15 50/13 62/3 70/22 85/15 100/17 113/3 154/18 175/3 189/5
**looking [14]** 10/7 18/1 54/13 56/20 56/21 65/25 97/17 99/24 130/12 189/1 215/19 217/13 224/23 234/25
**looks [10]** 12/4 33/10 44/7 118/20 119/18 152/18 152/18 153/8 153/9 178/3
**Los [1]** 216/1
**Los Angeles [1]** 216/1
**lose [2]** 147/1 147/7
**lot [6]** 31/13 34/3 57/21 75/17 182/18 246/10
**lots [3]** 15/22 15/23 182/20
**loud [1]** 160/12
**louder [1]** 5/22
**Louisiana [1]** 109/22
**lunch [3]** 102/20 102/25 120/14

## M

**M-A-R-I-E [1]** 5/20
**ma'am [1]** 39/6
**machine [59]** 36/15 52/18 72/9 81/12 81/21 82/4 96/16 97/7 108/22 128/16

**M**

**machine... [49]** 138/10 140/17 140/20 140/22 141/2 141/6 141/17 141/21 142/5 143/13 144/15 148/5 148/23 149/8 152/8 152/9 152/14 152/24 153/7 153/9 153/18 161/3 163/6 163/14 164/7 164/15 165/9 166/16 167/1 167/19 167/22 169/10 169/13 172/22 173/9 178/17 178/19 180/5 185/19 188/11 191/3 191/7 192/7 192/8 193/22 197/25 209/25 218/9 227/5

**machine's [4]** 141/20 141/25 142/20 164/23

**machines [18]** 33/4 36/3 36/3 36/10 36/11 36/16 36/22 52/13 52/16 71/20 82/4 82/11 144/1 193/19 226/7 226/8 231/15 239/15

**Macon [3]** 49/18 80/12 82/24

**made [30]** 20/7 29/4 39/5 39/11 41/20 80/1 82/12 85/17 86/10 91/2 91/4 93/10 93/10 95/8 95/13 95/15 96/11 124/19 129/18 152/1 154/15 159/2 159/16 167/21 180/13 187/15 187/19 190/25 191/6 233/5

**Maggio [1]** 203/14

**magnitude [1]** 71/6

**mail [3]** 74/8 92/22 223/3

**mail-in [2]** 74/8 223/3

**main [1]** 80/24

**mainly [1]** 226/23

**maintain [1]** 227/2

**maintained [2]** 64/15 227/6

**maintaining [1]** 88/18

**major [1]** 109/3

**make [40]** 20/14 23/17 31/13 42/25 52/17 59/2 59/7 61/24 62/9 71/23 94/6 94/11 106/24 109/19 113/24 128/3 129/23 132/11 135/22 137/10 158/15 158/25 162/19 163/10 172/21 180/23 183/25 196/12 197/2 197/11 198/2 198/3 210/25 214/8 232/23 237/14 239/12 242/8 242/18 243/13

**makes [4]** 120/8 145/18 197/1 197/1

**making [4]** 6/15 35/16 86/1 158/1

**malfeasance [1]** 165/16

**malfunction [1]** 191/3

**malfunctioned [1]** 191/7

**malfunctioning [1]** 218/3

**malicious [19]** 145/19 167/19 174/7 174/8 177/9 178/13 178/15 178/17 178/19 179/19 180/6 197/21 204/15 206/6 209/17 210/9 214/6 214/21 214/22

**malware [73]** 117/8 117/14 117/16 117/17 117/25 124/5 124/8 124/12 126/2 126/9 126/17 135/19 144/22 151/22 152/4 152/6 160/14 167/10 173/2 173/19 173/21 173/25 174/3 174/17 176/19 185/15 187/5 187/6 187/9 187/10 187/11 187/15 187/19 191/17 191/23 191/23 192/1 192/4 192/8 195/2 195/7 195/11 197/24 198/5 199/22 199/24 200/9 201/4 201/5 201/10 201/13 201/17 202/5 202/7 202/10 202/14 202/25 203/1 203/4 203/9 210/4 210/5 213/14 226/5 227/18 227/22 229/12 229/23 230/1 230/4

**man [2]** 154/2 154/2

**management [14]** 61/12 61/13 61/14 66/3 66/18 68/12 196/1 196/6 202/7 208/24 209/2 209/5 229/4 238/23

**manager [5]** 28/9 33/1 144/13 162/5 164/14

**manifest [1]** 100/15

**manipulated [1]** 82/11

**manipulating [1]** 228/15

**manual [1]** 177/8

**manually [1]** 165/4

**manufacturer [3]** 136/20 144/5 205/16

**many [12]** 19/25 25/7 25/18 31/20 84/23 159/23 181/19 188/11 201/4 215/13 216/8 217/25

**March [2]** 119/19 237/16

**MARIE [3]** 4/5 5/20 6/2

**mark [2]** 174/22 185/7

**marked [11]** 142/24 192/15 192/17 193/2 214/5 231/8 231/16 231/19 233/16 237/24 242/11

**marking [22]** 111/18 111/20 111/23 112/8 117/15 127/11 128/15 128/19 140/6 140/8 151/6 151/11 153/16 183/19 192/19 192/22 194/23 195/3 196/10 196/11 201/9 235/5

**MARTINO [1]** 2/6

**MARTINO-WEINHARDT [1]** 2/6

**marvelous [1]** 203/23

**MARY [2]** 2/5

**massive [1]** 108/10

**master [2]** 160/18 162/24

**master's [1]** 108/16

**material [3]** 117/5 231/22 235/15

**materials [1]** 32/2

**matter [13]** 40/8 40/13 42/4 42/5 64/2 100/16 124/3 124/4 126/21 126/25 220/25 231/14 247/11

**matters [7]** 34/3 55/16 98/25 100/12 102/1 105/7 110/6

**MATTHAEUS [1]** 2/6

**may [58]** 1/2 1/4 13/6 14/18 19/23 19/24 19/25 24/11 24/12 38/15 48/8 48/19 49/2 50/14 51/23 53/11 54/1 55/7 55/13 56/5 56/19 57/18 72/21 73/3 73/17 74/21 75/1 75/1 75/19 87/10 89/25 90/12 90/21 93/6 93/14 94/3 94/7 94/19 95/9 96/1 97/16 100/16 102/14 119/7 133/18 138/9 138/24 139/13 149/9 169/14 177/5 198/25 213/5 214/20 227/4 233/13 236/11 237/20

**May 11 [14]** 49/2 50/14 51/23 53/11 54/21 55/7 56/5 90/21 93/6 93/14 94/3 94/7 95/9 97/16

**May 4th [1]** 56/19

**May 7 [3]** 48/8 48/19 87/10

**maybe [13]** 33/10 42/2 128/9 139/21 142/13 152/18 165/24 166/3 180/12 199/8 213/9 216/19 218/3

**McGUIRE [2]** 2/16 2/17

**me [96]** 7/2 7/13 12/1 14/1 14/24 15/5 18/2 21/21 22/5 22/10 23/9 24/4 30/19 31/24 32/13 39/7 39/13 40/12 53/2 55/18 57/2 57/16 57/23 59/1 63/3 64/2 64/5 66/16 69/22 76/25 86/5 87/14 92/11 92/13 93/22 95/23 96/23 108/20 109/17 110/15 114/6 115/11 116/2

230/9 230/10 230/12

**Meaghan [1]** 60/5

**mean [29]** 13/10 13/13 13/23 16/4 39/24 42/25 52/16 64/2 64/7 73/11 76/23 92/11 98/9 104/9 105/1 106/5 128/25 173/14 182/17 189/23 196/10 200/7 202/1 228/13 231/4 231/25 232/14 234/14 235/12

**means [6]** 29/19 106/18 137/21 197/12 197/23 206/19

**meant [6]** 33/13 33/15 33/23 76/17 76/22 226/9

**meanwhile [1]** 98/7

**measured [1]** 188/11

**mechanical [2]** 1/21 150/23

**mechanisms [2]** 214/22 245/10

**media [1]** 211/23

**Medicine [1]** 235/17

**meet [1]** 43/24

**meeting [9]** 80/14 80/15 80/18 81/8 81/19 81/20 82/2 82/8 122/19

**MEGAN [2]** 2/13 2/18

**member [3]** 38/13 39/10 91/1

**memorandum [1]** 118/8

**memory [3]** 112/1 197/15 211/24

**mention [1]** 79/12

**mentioned [7]** 10/12 16/15 25/24 78/11 82/24 100/12 128/2

**menu [8]** 144/9 150/23 160/19 161/5 161/5 161/9 161/17 164/12

**merely [4]** 121/24 219/15 234/6 234/13

**merit [2]** 235/13 235/15

**message [1]** 87/23

**met [8]** 13/8 45/12 80/19 86/16 86/21 86/22 86/23 106/16

**metadata [1]** 11/12

**method [2]** 168/7 176/6

**methodology [6]** 127/13 127/14 127/24 128/6 215/5 215/5

**methods [2]** 206/22 214/23

**Michael [10]** 29/1 49/4 52/13 52/15 62/8 62/13 71/14 72/14 84/9 91/11

**Michigan [15]** 107/24 109/6 109/7 109/16 109/24 116/23 129/8 130/17 236/5 237/11 238/1 239/20 240/22 242/10 242/13

**Michigan's [2]** 108/8 130/14

**microphone [8]** 31/11 31/14 107/3 127/9 139/18 147/15 164/10 166/3

**Microsoft [2]** 209/21 210/8

**middle [5]** 32/21 35/1 49/1 201/19 220/15

**might [32]** 11/7 23/22 49/7 49/13 60/7 85/25 103/20 110/18 110/24 110/25 118/16 125/13 127/20 131/13 133/12 136/25 137/25 142/9 147/8 156/15 172/19 180/25 183/23 183/24 191/2 204/14 207/23 215/11 217/2 218/7

**M**

might... [2] 225/14 242/7
mind [1] 100/3
mine [1] 42/14
minimize [1] 191/18
minimizing [1] 214/7
minimum [1] 10/6
minute [6] 90/23 162/9 174/22 185/6 221/23 244/12
minutes [7] 51/10 51/18 126/9 170/22 174/19 180/3 220/5
missed [2] 214/13 226/1
MISSETT [2] 2/13 2/19
missing [6] 24/23 25/1 25/4 33/4 241/5 241/9
misspoke [1] 187/10
misstated [1] 225/19
mistake [2] 190/25 191/6
Misty [3] 45/8 82/7 93/13
Misty's [1] 51/7
misunderstand [1] 239/23
misunderstood [1] 42/2
mitigate [4] 213/20 213/24 213/25 214/4
mitigated [2] 243/23 245/12
mock [2] 188/6 188/7
mode [12] 135/18 141/21 142/6 142/6 143/20 144/22 150/22 151/1 152/10 152/15 162/3 166/14
modest [1] 107/6
modification [2] 167/2 169/10
modifications [1] 197/2
modified [8] 168/23 173/11 173/15 173/15 178/17 194/15 197/20 200/6
modify [8] 147/13 148/19 168/22 175/25 178/11 200/8 200/18 202/8
modifying [3] 168/8 168/25 169/2
moment [12] 11/25 30/18 45/1 53/21 54/5 58/1 76/25 85/15 90/18 91/8 132/10 223/20
Monday [3] 123/25 154/19 221/6
Montgomery [1] 243/15
month [1] 149/23
months [1] 91/1
more [44] 16/19 24/19 39/18 65/21 76/7 77/5 94/23 95/12 95/13 109/1 109/16 112/15 112/24 126/21 128/8 128/9 130/12 140/4 145/3 145/5 152/6 159/20 161/12 167/3 168/11 176/12 189/6 192/18 196/8 200/8 201/17 204/12 205/9 210/1 211/12 212/9 212/19 212/19 213/17 215/11 215/13 215/13 215/18 245/1
moreover [1] 215/6
morning [8] 5/4 6/6 6/7 71/12 119/8 119/21 120/11 220/14
MORRISON [1] 2/7
most [17] 21/20 21/22 21/25 26/25 36/3 142/22 145/24 146/1 157/15 211/9 211/21 214/4 222/3 222/13 235/22 236/11 236/11
motion [9] 123/17 123/20 125/6 125/6 125/7 125/20 125/23 126/19 127/6
motivated [1] 217/9
motor [1] 6/21
move [33] 7/9 11/8 13/1 20/14 29/9 33/17 37/16 39/20 53/16 59/6 62/22

68/20 106/19 111/12 126/18 128/24 127/9 132/2 138/22 139/5 143/4 153/23 157/3 164/23 171/7 181/23 202/11 216/14 233/22 235/9 235/11 238/4 245/25
moveable [1] 138/22
moved [3] 203/2 215/10 235/7
moving [4] 53/2 127/3 178/9 210/22
Mr [11] 4/6 4/7 4/8 4/10 4/12 4/15 4/16 4/17 45/14 91/10 119/6
Mr. [118] 22/3 26/1 26/13 27/23 27/23 28/2 28/6 28/8 33/1 35/19 35/20 37/3 38/11 38/14 38/19 39/4 40/10 40/14 40/24 40/25 41/19 41/19 41/19 42/10 42/11 44/10 46/16 46/21 47/1 48/15 48/19 48/23 48/23 49/2 49/6 51/1 51/6 52/22 53/5 54/9 59/17 59/21 64/10 72/1 72/11 72/14 72/21 73/14 73/19 75/3 75/9 75/14 75/22 77/12 85/10 87/5 87/10 88/7 88/16 88/22 89/18 91/6 91/9 92/14 93/9 93/11 98/7 99/15 100/2 100/4 100/5 100/11 100/12 101/3 101/3 103/3 104/22 106/10 113/3 114/12 114/13 116/21 119/4 119/17 119/21 123/18 124/1 124/19 125/4 129/14 129/16 139/3 141/13 161/20 171/16 172/25 173/6 175/1 175/21 189/24 190/3 200/11 200/15 203/14 215/23 218/8 218/17 219/6 220/25 220/24 222/8 223/11 224/7 226/9 228/19 239/17 240/25 243/15
Mr. Andreu [5] 114/12 114/13 139/3 141/13 218/8
Mr. Barnes [11] 48/23 51/1 51/6 52/22 53/5 87/10 88/16 88/22 91/9 92/14 93/11
Mr. Barnes' [5] 48/15 48/19 72/1 87/5 89/18
Mr. Beaver [2] 172/25 173/6
Mr. Blanchard [2] 54/9 98/7
Mr. Braun [4] 28/2 28/6 28/8 33/1
Mr. Callaway [1] 27/23
Mr. Chaney [7] 39/4 41/19 41/19 42/10 42/11 44/10 100/12
Mr. Chaney's [1] 40/24
Mr. Cross [7] 85/10 99/15 103/3 106/10 113/3 175/11 220/24
Mr. Cross' [1] 123/18
Mr. Davis [2] 73/19 104/22
Mr. Davis' [2] 75/3 77/12
Mr. Evans [1] 35/19
Mr. Favorito [3] 73/14 75/14 223/11
Mr. Favorito's [1] 75/9
Mr. Germany [8] 26/13 38/11 38/19 40/10 40/25 93/9 100/5 100/11
Mr. Germany's [5] 38/14 40/14 41/19 91/6 100/4
Mr. Halderman's [1] 75/22
Mr. Hall [1] 27/23
Mr. Harvey [10] 22/3 26/1 35/20 37/3 48/23 49/2 49/6 72/11 72/14 88/7
Mr. Hursti [2] 129/14 129/16
Mr. Lenberg [4] 46/16 46/21 47/1 101/3
Mr. Logan [1] 101/3
Mr. Maggio [1] 203/14
Mr. Montgomery [1] 243/15
Mr. Oles [2] 220/5 222/8

Mr. Persinger [1] 72/21
Mr. Persinger's [1] 124/1
Mr. Ramsland [1] 240/25
Mr. Russo [3] 59/17 59/21 64/10
Mr. Schoenberg [1] 119/4
Mr. Sterling [3] 100/2 200/11 200/15
Mr. Tyson [16] 116/21 119/17 119/21 124/19 161/20 171/16 175/21 189/24 190/3 215/23 218/17 219/6 224/7 226/9 228/19 239/17
Mr. Tyson's [1] 125/4
Ms [1] 4/9
Ms. [49] 6/6 11/10 16/15 18/25 19/20 23/11 24/4 26/13 26/16 29/24 32/13 34/13 34/20 41/13 42/23 43/11 43/21 45/4 45/18 45/23 45/24 46/15 47/5 47/7 48/3 50/2 50/13 50/20 51/10 51/16 51/19 52/11 53/11 53/21 55/7 55/17 55/25 58/10 59/12 60/2 71/12 74/2 76/10 77/18 85/7 85/13 98/7 102/7
Ms. Fuchs [2] 26/13 26/16
Ms. Hampton's [4] 45/24 46/15 47/5 47/7
Ms. Jones [10] 50/2 50/13 50/20 51/10 51/19 52/11 53/11 55/17 55/25 98/7
Ms. Koth [1] 60/2
Ms. Watson [30] 6/6 11/10 16/15 18/25 19/20 23/11 24/4 29/24 32/13 34/13 34/20 41/13 42/23 43/11 43/21 45/4 48/3 51/16 53/21 55/7 58/10 59/12 71/12 74/2 76/10 77/18 85/7 85/13 88/15 102/7
Ms. Watson's [2] 45/18 45/23
much [15] 16/12 32/5 72/18 102/16 103/15 105/24 158/9 202/18 212/19 212/19 214/8 215/13 234/8 235/15 235/15
mud [1] 232/18
multiple [2] 52/12 76/4
municipality [2] 128/24 128/25
must [4] 190/25 215/3 231/11 241/12
my [104] 12/11 12/24 14/6 14/16 17/19 18/25 22/11 26/15 31/15 31/16 31/22 31/25 40/3 42/15 46/6 53/17 54/1 56/7 56/16 56/25 58/16 63/25 71/12 74/2 86/4 89/22 91/5 94/2 94/9 94/25 95/2 95/6 95/10 95/16 100/20 103/12 105/10 106/15 106/22 107/19 108/1 108/4 110/9 111/8 114/20 114/22 114/24 117/2 117/18 126/15 128/23 129/21 130/4 130/13 130/17 135/8 137/7 155/21 155/25 157/20 159/4 159/22 161/2 162/12 164/11 164/23 166/9 166/17 167/24 168/6 169/19 169/23 188/6 190/14 190/18 190/21 191/24 193/10 200/19 205/24 206/14 210/25 211/6 214/3 215/5 215/6 215/7 215/15 222/21 224/20 225/17 226/10 228/20 230/21 233/21 236/13 239/13 239/20 240/7 241/21 241/21 243/7 243/8 247/12
myself [3] 127/9 149/12 183/12

**N**

name [24] 5/18 5/19 30/8 44/5 59/19 71/12 72/24 73/1 74/2 90/8 90/15 98/21 103/11 103/11 103/12 107/19 114/7

**N**

**name... [7]** 114/7 114/17 114/20 119/12 119/14 148/12 156/11
**named [1]** 28/2
**names [1]** 154/15
**nation [5]** 98/17 206/17 206/20 217/6 217/8
**nation-state [2]** 217/6 217/8
**nation-states [2]** 206/17 206/20
**national [6]** 204/7 206/2 231/4 235/1 235/16 235/21
**natural [1]** 222/4
**naturally [1]** 173/8
**nature [4]** 64/16 132/21 244/7 244/9
**navigate [1]** 144/14
**near [1]** 218/23
**necessarily [5]** 64/21 80/16 139/6 204/10 204/22
**necessary [4]** 112/1 198/10 199/5 199/14
**need [29]** 5/22 69/7 70/3 70/20 72/3 72/4 72/5 77/18 77/21 78/25 99/19 103/20 114/18 132/8 139/6 139/7 146/21 158/15 163/10 170/23 172/2 172/19 210/23 214/8 214/9 216/16 218/13 220/19 243/15
**needed [10]** 18/21 83/10 94/23 102/10 115/18 118/22 171/24 172/17 180/10 223/18
**needing [1]** 118/17
**needs [8]** 41/2 113/11 153/1 169/4 171/1 178/23 195/21 204/24
**neglected [1]** 130/13
**network [2]** 206/10 242/21
**networks [2]** 202/17 202/19
**never [17]** 57/15 57/18 90/7 90/14 95/4 100/16 100/17 100/17 100/17 125/23 140/19 209/23 212/13 212/17 215/18 229/14 230/1
**new [15]** 19/7 122/1 122/5 122/5 123/24 155/7 205/12 208/16 218/25 219/4 219/4 222/5 226/22 237/4 239/2
**news [3]** 46/12 87/5 101/5
**next [22]** 5/6 11/19 48/12 94/13 103/2 103/3 135/8 150/1 150/1 157/17 158/23 166/24 179/14 193/14 209/10 225/17 233/21 234/16 237/3 242/20 243/22 246/9
**nice [1]** 116/21
**night [5]** 203/22 217/12 217/13 217/17 236/23
**Ninjas [40]** 48/13 48/18 48/24 49/21 50/6 51/3 51/24 53/13 54/22 55/8 56/1 56/2 58/5 58/12 58/18 72/12 82/17 83/14 83/20 87/6 87/14 87/21 87/23 89/19 89/23 89/25 90/7 90/15 90/22 91/19 92/4 92/14 92/19 93/4 93/7 93/22 96/18 98/8 98/19 98/21
**no [179]** 6/15 16/3 17/19 18/7 18/7 18/17 20/11 22/11 31/23 35/13 39/16 39/19 41/17 43/7 43/7 44/6 44/12 46/4 46/6 47/15 49/18 52/7 53/17 53/22 54/6 54/10 54/11 54/11 54/24 54/25 56/7 56/9 56/12 57/7 57/14 57/20 58/19 58/20 58/21 58/23 62/18 62/20 67/6 67/12 67/13 67/24 68/19 68/22 69/9 69/19 72/25 73/2 73/7 76/3 76/13 81/14

81/23 83/7 83/18 84/5 84/23 86/4 88/10 90/11 91/5 92/9 96/5 96/10 96/19 96/23 99/14 99/23 100/17 102/12 106/18 111/14 112/17 113/17 113/20 117/2 117/5 117/16 119/5 120/2 123/4 123/22 125/17 125/17 125/18 128/5 128/20 128/20 133/5 143/18 144/6 145/22 146/8 146/8 147/17 148/23 149/1 149/4 149/12 152/3 158/14 158/22 163/12 165/14 166/4 167/18 167/19 170/4 170/16 173/10 173/13 176/24 178/23 179/3 180/10 181/13 181/25 183/14 186/7 186/22 186/23 187/1 187/1 187/1 187/3 187/3 187/4 187/9 187/10 187/13 191/9 197/6 201/21 201/24 203/3 206/10 206/19 216/7 218/12 219/5 222/2 223/9 223/10 224/14 224/14 224/17 224/20 225/23 227/13 227/14 227/18 227/22 228/1 228/3 228/17 228/20 229/3 229/7 229/12 230/3 230/4 233/25 234/1 234/2 235/13 235/20 239/17 240/1 241/19 244/4 244/24 245/13 245/18 245/19 246/3
**noes [1]** 184/25
**noncooperative [1]** 11/5
**nonetheless [1]** 122/6
**nonpublic [1]** 163/10
**normal [19]** 142/6 146/5 146/16 146/16 146/17 152/7 152/15 152/21 159/20 161/13 164/7 165/8 165/9 185/16 185/24 195/8 195/18 197/8 208/4
**normally [2]** 170/9 185/20
**north [3]** 27/4 27/25 27/25
**North Fulton [1]** 27/4
**NORTHERN [3]** 1/1 247/4 247/7
**NortonLifeLock [2]** 175/16 218/19
**not [316]**
**note [8]** 118/7 119/2 162/20 175/19 215/9 215/15 220/9 241/4
**nothing [12]** 21/4 33/25 34/4 95/12 95/13 124/8 125/7 155/7 158/17 218/24 243/2 243/3
**notice [14]** 39/4 39/10 39/12 73/21 85/25 86/9 86/12 88/22 89/16 89/21 133/2 188/15 190/23 218/5
**noticed [3]** 188/12 188/17 192/5
**notices [1]** 218/3
**notification [1]** 88/18
**notifying [1]** 84/8
**November [14]** 7/8 7/15 34/25 35/3 37/3 77/25 83/25 101/6 125/10 153/21 167/25 233/10 233/19 233/9
**November 16 [3]** 233/10 233/19 235/9
**November 2024 [2]** 153/21 167/25
**November 5th [1]** 35/3
**November 6th [1]** 37/3
**now [87]** 7/1 7/4 22/16 25/1 32/20 41/8 46/23 47/1 50/10 53/23 59/15 60/11 64/11 82/18 87/2 113/17 125/3 126/22 139/23 142/5 142/10 143/23 145/21 147/14 148/9 148/10 148/14 151/5 151/17 152/1 152/19 152/20 152/21 153/7 153/8 153/18 156/1 158/23 160/10 161/25 162/13 162/16 162/24 163/13 163/21 164/3 164/6 164/12 166/7 166/9 166/25 167/1 167/5 167/6 167/8 167/17 167/19 170/7 171/2 172/24 178/1 178/7 178/15 179/1 180/5

180/7 183/23 186/3 186/4 186/5 186/8 186/9 189/9 193/14 194/18 194/20 200/7 200/11 206/11 211/11 213/1 213/16 214/11 226/17 226/24 231/14 243/4
**nowhere [1]** 218/23
**nuclear [2]** 202/15 203/12
**number [54]** 1/5 1/6 1/5 11/19 13/14 14/18 19/12 22/9 22/22 24/17 24/18 25/10 27/12 29/16 30/12 32/22 32/24 37/11 60/21 66/7 66/10 66/14 81/11 98/9 99/19 99/19 105/16 121/21 135/12 135/21 135/24 136/2 136/6 136/14 136/16 162/9 171/8 174/17 185/25 186/10 192/13 194/9 195/16 196/22 197/17 198/25 207/18 210/3 213/3 214/15 214/16 214/25 226/16 237/25
**Number 1 [5]** 29/16 135/12 135/21 135/24 162/9
**Number 10 [1]** 214/15
**Number 1225 [1]** 237/25
**Number 17 [1]** 24/18
**Number 2022-1740 [1]** 214/16
**Number 4 [1]** 19/12
**Number 6 [1]** 174/17
**Number 7 [1]** 194/9
**Number 8 [1]** 196/22
**Number 9 [1]** 197/17
**Number PX [1]** 171/8
**numbers [6]** 32/21 36/5 36/23 36/24 134/12 134/15
**numerous [7]** 17/9 20/25 21/3 47/20 137/6 158/11 211/23

**O**

**object [26]** 29/11 29/12 39/22 40/13 74/24 93/16 112/10 117/20 117/21 132/7 132/15 132/17 145/12 146/12 154/11 157/5 157/6 167/10 168/25 171/9 172/1 189/12 189/24 192/20 198/13 210/20
**objected [4]** 40/18 105/14 113/15 189/24
**objection [61]** 14/25 15/13 23/10 33/20 34/2 34/6 40/19 54/24 62/24 63/13 63/14 63/20 63/20 63/25 68/22 81/14 81/23 89/6 97/19 97/24 105/10 111/14 113/7 117/24 118/5 118/13 118/13 118/24 119/1 119/5 119/5 119/22 120/17 122/13 123/4 125/25 131/6 132/8 132/18 133/6 135/6 154/10 154/20 155/6 168/6 171/21 174/25 175/8 218/23 218/24 219/6 219/19 221/8 232/5 233/25 234/1 234/2 235/24 238/6 246/3 246/5
**objections [4]** 13/3 41/5 41/8 246/10
**obligation [1]** 73/14
**observable [2]** 181/22 197/6
**observation [3]** 182/3 183/4 191/13
**observe [4]** 138/12 138/24 139/8 139/9
**observed [1]** 188/24
**obtain [1]** 241/12
**obtained [5]** 28/8 199/19 207/13 207/14 230/8
**obtaining [1]** 18/21
**obviously [7]** 14/2 73/13 76/23 77/8 104/10 115/19 191/13
**occasion [2]** 70/1 80/5

O

**occasioned** [1] 42/13
**occupation** [1] 6/16
**occur** [2] 98/6 191/2
**occurred** [10] 27/5 53/15 57/15 96/20
97/15 109/6 109/18 184/8 234/8 244/12
**occurs** [1] 223/2
**October** [6] 26/9 26/23 27/5 27/6 27/20
78/19
**October 10** [1] 27/5
**October 23rd** [1] 27/6
**October 29** [2] 26/9 27/20
**off** [7] 12/24 14/1 46/6 95/6 99/11
106/2 155/1
**offer** [3] 124/6 240/13 241/21
**offered** [12] 33/25 40/12 40/24 112/21
112/23 113/13 115/13 125/14 135/3
154/12 169/3 241/21
**offering** [16] 15/4 15/9 33/22 37/18
40/8 115/1 118/5 118/10 191/12 224/9
224/11 227/9 227/13 227/23 229/16
239/19
**offers** [1] 88/24
**office** [80] 2/24 6/13 6/23 7/10 7/14
7/16 7/20 7/22 8/7 8/11 9/24 10/4 12/5
12/7 12/9 17/5 17/12 17/15 20/9 20/16
24/6 26/20 27/1 28/1 28/4 28/5 28/13
29/4 37/20 38/7 39/4 43/24 45/18 45/23
47/25 49/8 49/19 49/25 53/12 54/22
55/8 56/10 56/22 57/5 58/9 61/23 63/8
66/12 68/13 70/19 76/12 77/23 78/2
78/6 78/22 79/5 79/20 79/23 82/25
83/24 84/2 85/17 85/24 89/20 90/22
92/4 93/1 96/9 96/21 101/6 156/11
188/24 196/1 196/4
**officer** [8] 7/3 10/22 10/23 79/2 79/17
79/19 79/22 82/22
**officers** [1] 10/2
**offices** [3] 47/19 47/22 149/17
**official** [15] 1/1 1/2 1/3 1/7 1/23 8/10
8/19 8/22 21/20 21/22 22/9 47/12 78/19
247/6 247/17
**officials** [5] 17/8 26/25 29/4 108/11
109/9
**often** [3] 190/24 204/12 205/9
**oh** [20] 27/13 37/22 58/25 63/1 98/1
100/4 118/20 119/13 121/20 122/23
137/19 144/3 157/22 177/21 183/14
190/25 211/16 215/3 219/24 228/13
**okay** [105] 5/23 5/24 6/16 7/22 11/25
12/17 12/25 15/1 19/9 22/16 23/24
24/15 25/22 26/23 31/2 32/20 35/14
35/22 37/25 41/13 43/5 43/17 48/2
50/10 51/17 53/8 54/21 55/21 58/16
59/14 62/18 62/21 66/20 68/1 68/12
74/14 74/19 74/23 76/14 77/20 77/21
80/4 80/17 81/24 81/25 84/21 84/25
86/24 88/11 90/25 91/6 91/8 94/16
95/15 101/22 102/13 104/14 106/13
106/16 113/25 114/13 114/16 115/8
116/10 126/14 128/19 133/16 137/23
138/18 141/11 143/13 151/17 152/9
153/9 153/17 158/23 160/10 161/6
162/24 164/9 166/25 167/1 167/5
167/23 169/8 169/12 170/7 170/19
170/21 174/19 185/4 195/18 199/18

200/11 202/23 207/15 216/8 216/13
221/21 224/17 243/16 244/22
245/3 245/23
**Oklahoma** [1] 120/15
**old** [6] 152/18 226/8 226/9 226/21
226/22 226/24
**older** [2] 236/12 236/12
**OLES** [6] 2/23 2/24 4/8 74/2 220/5
222/8
**omitting** [1] 130/19
**once** [7] 20/4 113/15 136/13 162/11
167/24 215/9 217/2
**one** [120] 6/21 9/18 12/4 14/7 19/24
21/5 24/12 24/19 24/20 25/13 25/13
25/24 26/19 26/20 26/25 27/6 31/20
35/9 36/11 36/12 54/6 55/19 56/7 57/20
57/22 58/8 62/7 74/3 75/21 76/3 76/7
77/10 81/2 81/4 85/2 91/1 101/24 102/1
102/7 104/12 110/11 114/24 116/11
117/13 118/13 120/14 121/18 122/22
122/24 129/15 130/12 132/10 135/18
135/25 136/4 140/16 144/7 144/21
144/25 145/24 146/10 146/19 146/24
147/17 147/21 149/12 150/18 151/23
152/4 157/18 157/25 159/6 159/21
161/14 161/17 163/18 163/22 164/15
165/7 167/3 168/11 173/18 174/12
174/14 175/20 177/10 181/3 181/11
181/11 188/8 188/16 190/22 191/17
191/22 191/22 192/10 192/13 193/4
193/9 194/1 196/8 197/12 197/24 200/6
201/20 208/7 208/9 211/4 211/12
215/19 217/12 218/2 218/19 221/4
221/16 223/10 225/5 230/12 233/5
241/1
**ones** [5] 24/11 24/12 73/16 173/6
173/8
**ongoing** [1] 93/13
**online** [5] 82/10 108/10 158/5 158/11
180/13
**only** [38] 1/2 1/6 26/19 26/20 58/8
63/18 65/13 72/16 84/8 90/21 104/11
108/24 118/8 122/24 125/4 125/11
131/11 139/2 156/7 171/20 178/23
187/2 188/17 189/4 189/4 201/6 201/9
201/19 211/17 212/9 212/16 214/7
216/11 217/7 228/14 230/11 230/13
236/8
**OPB** [1] 12/8
**open** [24] 7/17 22/22 25/5 36/4 36/17
57/4 57/20 57/21 60/8 64/17 65/1 74/21
76/10 127/13 128/19 128/20 144/16
161/6 164/14 164/16 164/20 166/8
178/12 215/17
**open-ended** [1] 127/13
**opened** [6] 36/2 61/15 66/21 67/1
140/20 165/10
**opening** [7] 36/1 36/21 209/4 215/17
215/19 215/21 215/23
**operate** [1] 112/1
**operates** [1] 211/22
**operating** [16] 18/13 18/17 19/3 142/8
144/19 146/4 146/8 149/2 173/9 185/24
194/3 194/4 208/15 230/20 230/21
231/5
**operation** [5] 130/1 152/15 165/9
204/10 204/22
**opine** [3] 182/4 189/13 189/25

**opined** [1] 232/15
**opinion** [25] 121/1 121/15 131/18
131/18 155/5 155/5 155/10 175/13
181/15 192/17 207/5 212/21 213/19
213/23 219/4 219/17 224/11 227/9
227/13 227/23 228/1 230/19 230/21
232/6 241/21
**opinions** [27] 112/14 117/7 117/12
117/12 117/25 118/6 121/9 122/1 122/5
122/5 123/12 124/6 126/3 126/5 132/13
154/12 154/21 154/24 154/25 193/2
206/11 206/16 215/1 219/7 224/9
240/13 241/21
**opponent** [2] 40/10 63/7
**opportunity** [4] 32/8 77/11 181/20
227/21
**opposed** [3] 73/16 139/4 180/20
**optical** [1] 111/21
**option** [2] 150/24 151/1
**order** [20] 14/22 24/1 40/20 41/6
110/16 118/14 123/1 123/18 123/21
126/25 126/25 127/7 132/11 180/23
184/4 204/15 204/25 205/12 237/8
239/21
**ordinary** [3] 61/18 63/11 159/19
**organization** [1] 62/13
**original** [8] 60/15 81/11 133/14 179/19
215/12 215/15 225/3 225/5
**originally** [1] 226/15
**other** [71] 8/6 28/21 28/22 31/21 36/16
39/23 42/13 64/7 65/1 78/6 82/7 82/9
82/9 98/13 100/15 105/3 105/5 105/5
105/7 105/25 106/2 114/24 124/16
128/11 128/15 130/18 132/18 132/22
133/2 147/7 151/18 159/5 165/23
166/16 175/3 175/15 176/2 178/22
180/11 180/19 180/24 181/2 183/1
187/15 187/19 188/20 193/23 197/4
198/23 202/10 203/9 204/25 206/9
206/19 208/10 210/17 211/4 211/4
211/9 213/12 215/1 215/3 215/11
215/24 220/6 221/2 221/15 231/18
233/18 239/5 244/15
**other's** [1] 75/9
**others** [8] 17/8 19/25 26/1 26/8 38/7
55/2 85/17 209/19
**otherwise** [5] 147/16 165/15 172/16
199/18 232/25
**our** [24] 5/6 8/3 15/13 23/2 26/14 36/11
49/12 62/24 71/22 71/24 117/23 118/5
123/15 130/15 154/10 154/20 178/1
188/14 190/23 220/18 222/3 222/3
224/8 226/20
**ourselves** [1] 179/6
**out** [53] 17/16 24/12 28/8 41/5 45/21
46/16 47/2 47/7 52/22 53/14 54/16
55/11 55/12 62/16 70/20 87/20 88/17
89/16 89/21 91/16 92/3 93/3 119/8
119/19 120/23 121/9 121/17 125/3
125/9 141/25 145/15 153/9 156/2 160/8
160/12 163/24 165/11 166/10 166/17
169/4 170/2 172/21 176/23 184/5 192/9
199/12 200/7 204/15 206/4 210/2
217/22 219/3 230/2
**outcome** [2] 234/8 242/14
**outlined** [1] 176/6
**outlines** [1] 19/6
**outside** [8] 117/1 135/2 199/18 216/11

**O**

**outside... [4]** 223/19 232/6 240/15 243/7
**outstanding [4]** 54/21 55/8 56/4 225/20
**over [22]** 20/8 24/13 60/25 105/4 119/22 120/14 139/10 139/15 140/14 154/5 165/22 168/15 177/22 205/15 205/20 208/19 220/8 225/8 226/25 230/3 232/12 243/19
**overall [2]** 17/4 64/25
**override [2]** 208/15 208/21
**overrule [2]** 135/6 155/6
**overt [1]** 84/23
**overview [1]** 10/15
**overwrite [3]** 197/4 197/9 197/15
**own [11]** 9/21 20/14 39/18 92/20 92/21 102/10 136/25 138/3 138/5 147/8 196/6
**owned [1]** 204/6

**P**

**P.M [3]** 51/22 56/4 56/18
**Pads [2]** 33/2 212/3
**page [33]** 1/5 4/4 11/11 19/10 19/11 19/16 22/16 24/16 26/7 27/19 32/20 32/21 33/7 34/23 35/1 48/3 48/12 48/21 55/20 64/4 123/2 123/3 123/19 175/16 234/24 238/17 240/23 243/9 243/12 243/14 243/22 244/5 245/5
**Page 1 [1]** 34/23
**Page 10 [1]** 238/17
**Page 13 [1]** 33/7
**Page 152 [1]** 123/3
**Page 2 [1]** 123/19
**Page 206 [1]** 123/2
**Page 45 [2]** 240/23 243/14
**Page 48 [1]** 245/5
**Page 5 [1]** 32/20
**pages [3]** 24/17 33/11 247/9
**pagination [1]** 123/2
**Pam [2]** 67/17 80/12
**Pamela [3]** 49/16 94/6 94/12
**paper [15]** 33/3 36/7 156/2 170/2 192/15 192/17 193/3 214/5 231/8 231/16 231/19 233/2 233/3 235/4 235/17
**paper-based [1]** 235/4
**paragraph [11]** 32/22 32/24 199/2 234/6 234/16 238/19 239/18 239/18 241/8 243/22 245/8
**Paragraph 23 [1]** 32/22
**Paragraph 24 [1]** 32/24
**Paragraph 69 [1]** 199/2
**parallel [1]** 91/13
**Pardon [1]** 213/22
**parens [1]** 23/18
**parenthesis [1]** 25/13
**part [46]** 10/12 13/21 43/25 44/10 46/9 63/25 74/18 74/20 77/4 98/19 103/16 108/20 108/20 109/11 127/1 129/15 132/13 137/1 137/17 137/22 146/13 147/13 154/12 154/20 154/21 156/7 165/8 166/21 168/8 168/22 168/25 169/1 169/1 171/11 181/24 197/10 197/15 201/7 201/15 203/8 203/24 204/8 210/21 238/20 239/15 243/9
**partial [1]** 1/8

**participants [1]** 188/14
**participated [2]** 137/8 240/5
**particular [29]** 9/19 15/18 15/19 50/3 54/5 54/19 55/13 56/14 56/23 57/2 63/17 64/22 69/24 98/22 134/23 136/5 137/21 138/15 138/17 155/8 174/25 175/4 175/6 175/7 176/3 176/7 198/2 232/14 234/14
**particularly [5]** 48/1 57/23 91/5 144/25 195/5
**parties [5]** 84/3 125/15 130/1 136/18 199/18
**parts [3]** 12/12 119/9 195/19
**party [7]** 40/10 63/7 97/13 124/22 223/11 239/24 240/2
**pass [4]** 9/5 86/8 93/13 142/23
**passed [2]** 22/3 88/8
**passing [4]** 8/24 35/14 42/25 87/5
**passover [1]** 226/23
**password [11]** 72/8 147/24 148/1 148/6 208/5 209/12 209/14 209/15 239/1 239/3 239/3
**password-protected [1]** 239/1
**passwords [2]** 208/21 213/5
**past [10]** 11/5 45/21 75/15 108/3 129/16 147/18 222/2 228/7 228/24 234/15
**paste [1]** 166/9
**pasted [1]** 166/14
**patched [1]** 210/7
**patches [1]** 209/24
**path [1]** 206/10
**Paul [2]** 30/14 74/20
**pause [15]** 32/7 44/2 45/1 45/19 51/14 59/8 72/19 105/12 123/6 138/23 139/12 139/20 139/22 139/25 161/22
**PC [3]** 152/18 194/2 209/5
**PDF [2]** 1/1 123/3
**peer [3]** 109/2 109/4 190/15
**peer-reviewed [3]** 109/2 109/4 190/15
**pen [7]** 141/13 141/16 142/2 142/3 149/8 217/15 231/15
**pending [2]** 20/5 123/21
**people [19]** 25/5 31/21 31/24 39/23 47/20 86/1 86/9 104/16 182/18 183/13 188/7 188/12 213/3 213/3 214/9 217/18 218/5 234/25 239/23
**percent [5]** 135/22 188/14 188/17 188/19 189/5
**percentage [1]** 183/6
**perfecting [1]** 118/4
**perfectly [1]** 246/7
**perform [2]** 129/18 160/20
**performance [1]** 109/2
**performed [1]** 173/2
**performing [2]** 160/21 239/5
**perhaps [4]** 115/21 128/11 162/10 217/8
**period [4]** 1/4 9/24 105/21 179/25
**permanent [1]** 78/14
**permissible [1]** 120/24
**permission [2]** 135/20 209/9
**permissive [1]** 205/1
**Persinger [2]** 72/21 72/24
**Persinger's [1]** 124/1
**person [9]** 11/1 22/8 29/2 45/12 49/8 54/18 80/16 215/24 223/2
**personal [1]** 81/15

**personally [4]** 74/23 100/14 129/10 188/1
**personnel [5]** 8/15 28/10 160/20 161/10 239/8
**pertain [1]** 23/12
**pertaining [3]** 60/8 87/13 93/22
**PH.D [2]** 4/13 107/15
**phases [1]** 180/24
**phone [1]** 21/5
**photocopies [1]** 223/1
**photocopy [1]** 48/13
**photograph [3]** 142/16 142/19 143/14
**photographs [1]** 182/23
**PHT [1]** 121/15
**physical [15]** 8/25 115/24 116/13 194/23 195/2 199/19 201/21 201/24 202/1 209/8 209/13 239/6 239/8 239/14 245/11
**pick [1]** 156/3
**picked [1]** 156/18
**PICO [1]** 3/4
**PICO-PRATS [1]** 3/4
**picture [3]** 142/21 142/23 142/25
**piece [2]** 127/16 211/21
**pieces [3]** 211/23 212/3 235/13
**piggybacking [1]** 195/8
**PIN [3]** 153/6 161/2 161/2
**place [19]** 57/22 99/18 109/15 110/23 153/14 172/22 181/18 181/25 182/4 182/14 183/1 183/16 188/7 204/4 206/20 213/16 213/17 218/2 218/7
**placed [1]** 20/5
**places [14]** 71/22 90/1 143/2 143/7 181/19 182/3 182/13 182/18 182/20 182/24 183/5 184/5 188/24 230/12
**plain [1]** 120/5
**plaintiff [1]** 221/17
**plaintiffs [24]** 1/5 2/2 2/13 2/18 6/8 71/13 74/3 75/3 104/4 104/4 105/1 106/8 107/20 110/15 111/20 122/8 130/4 140/9 185/14 207/12 207/21 221/19 225/7 225/20
**plaintiffs' [11]** 4/3 5/3 14/1 34/22 104/13 105/4 105/18 105/25 114/2 114/9 118/2
**plan [2]** 118/21 215/15
**plastic [4]** 141/22 142/20 158/3 180/23
**plate [1]** 90/5
**play [6]** 45/14 46/19 177/12 178/7 185/9 185/12
**played [2]** 104/10 125/9
**playing [5]** 43/19 44/25 45/15 127/22 177/13
**please [56]** 5/14 5/17 5/18 26/5 29/24 34/14 38/2 41/13 44/24 48/2 48/22 50/10 65/24 102/16 103/1 103/7 103/10 110/8 111/4 130/11 135/11 135/13 135/20 138/25 141/11 144/12 148/3 150/1 150/16 150/16 152/11 153/2 153/11 153/19 155/23 156/3 158/2 160/1 163/13 164/9 165/19 167/23 169/17 177/4 177/12 185/5 185/10 188/5 189/16 193/15 195/18 196/22 197/17 198/8 206/12 218/14
**plug [1]** 178/2
**plugged [3]** 205/3 206/7 206/8
**PM [3]** 171/3 221/24 246/18
**podium [2]** 138/22 139/5

**poignant [1]** 168/11
**point [33]** 19/2 25/2 51/13 92/24 98/17 102/11 112/10 112/12 123/10 123/18 124/14 124/15 125/4 125/5 125/19 126/18 127/4 128/20 140/13 145/11 150/25 160/15 170/5 190/2 191/10 218/23 222/4 223/3 225/12 230/13 239/25 245/24 246/12
**pointed [1]** 168/10
**points [4]** 12/13 118/13 120/23 222/13
**police [9]** 9/6 9/6 9/12 9/16 9/25 10/7 79/2 79/7 79/10
**policy [1]** 17/16
**political [1]** 236/25
**politically [1]** 217/9
**poll [34]** 27/3 27/6 28/9 28/9 33/1 33/2 153/1 153/3 153/4 153/15 157/20 157/22 157/23 157/24 158/8 158/16 159/12 159/13 159/15 161/6 161/13 167/6 183/1 183/21 186/1 186/10 189/10 189/13 189/17 190/1 190/4 190/7 191/5 212/3
**polling [21]** 71/22 109/14 143/2 143/7 153/14 172/22 181/18 181/19 181/25 182/3 182/4 182/12 182/14 182/24 183/1 183/15 184/5 188/7 188/24 218/2 218/7
**polls [3]** 186/1 186/6 186/9
**polygraph [2]** 9/2 9/3
**poor [1]** 199/8
**port [1]** 193/23
**portable [1]** 139/18
**portion [6]** 1/4 131/7 131/10 164/22 173/3 186/25
**portions [5]** 40/9 106/23 132/23 164/25 216/3
**ports [2]** 180/22 181/4
**posed [2]** 71/4 206/16
**position [13]** 7/7 7/17 74/4 79/13 102/8 138/11 175/25 208/24 209/2 219/12 226/17 226/20 232/10
**positions [2]** 25/10 25/18
**possession [2]** 54/18 56/21
**possibility [1]** 200/16
**possible [13]** 105/24 106/5 141/20 142/1 150/22 183/24 197/1 197/2 198/2 204/14 208/8 230/4 230/6
**post [6]** 7/3 10/10 10/11 10/19 10/21 237/4
**posted [1]** 82/10
**posting [1]** 72/8
**posture [1]** 127/16
**potential [16]** 17/10 35/15 50/25 54/14 56/18 56/20 58/2 69/1 70/10 70/20 89/14 93/12 127/18 202/3 204/7 244/24
**potentially [8]** 63/16 86/9 183/22 205/22 206/1 213/11 217/14 242/3
**power [8]** 141/20 141/22 141/25 142/2 142/20 150/23 150/24 150/25
**power-down [2]** 150/24 150/25
**powerful [5]** 144/25 145/24 146/1 159/20 161/13
**practice [3]** 205/11 217/4 231/6
**practices [1]** 110/23
**PRATS [1]** 3/4
**pre [3]** 195/8 195/12 195/18

**pre-election [3]** 195/8 195/12 195/18
**precedent [1]** 124/22
**preceding [1]** 27/19
**precincts [1]** 244/21
**precise [1]** 56/2
**predated [1]** 23/11
**prefer [2]** 177/20 232/13
**prejudice [1]** 122/7
**preloaded [1]** 179/23
**premise [1]** 125/19
**premised [1]** 125/8
**preparation [1]** 211/20
**prepare [6]** 132/5 133/21 160/23 173/22 184/14 207/15
**prepared [10]** 32/15 37/10 37/13 124/1 153/22 154/10 163/22 164/3 195/13 195/25
**preparing [1]** 69/21
**presence [4]** 214/23 231/24 234/17 245/20
**present [7]** 92/25 106/3 122/1 192/18 193/19 209/7 229/20
**presentation [1]** 20/5
**presented [11]** 29/22 30/23 31/3 39/25 62/17 67/18 68/10 126/23 150/25 151/1 193/2
**preserve [1]** 77/11
**president [9]** 84/17 84/25 85/2 153/24 155/19 156/16 168/1 169/16 169/23
**President Trump [3]** 84/17 84/25 85/2
**presidential [5]** 84/22 85/4 232/2 237/8 242/14
**press [4]** 152/13 166/25 182/23 185/12
**pressed [5]** 150/24 151/1 154/6 155/13 155/16
**presumably [2]** 147/9 150/14
**pretrial [11]** 14/21 40/20 41/5 118/14 123/1 123/18 123/21 125/10 132/11 168/16 219/18
**pretty [1]** 60/12
**previous [1]** 78/13
**previously [6]** 118/3 121/25 123/11 129/5 129/7 202/21
**PRICE [1]** 2/2
**primarily [2]** 231/8 242/10
**primary [7]** 40/3 40/3 81/7 107/25 216/6 216/9 216/12
**prime [1]** 150/22
**Princeton [1]** 108/14
**principle [1]** 18/12
**principles [1]** 10/25
**print [15]** 153/16 155/21 155/22 155/23 155/24 155/25 159/21 159/23 163/7 163/14 169/14 169/18 169/19 186/10 186/16
**printed [6]** 156/3 169/19 170/17 188/9 188/16 201/10
**printer [16]** 36/7 141/25 156/1 176/5 178/1 178/24 181/3 181/4 181/5 181/6 181/8 181/14 181/16 181/20 181/21 183/8
**printers [1]** 33/3
**printing [2]** 159/25 211/20
**prior [9]** 10/3 57/2 79/4 106/4 106/15 117/23 195/10 227/10 227/15
**priority [2]** 96/9 245/12
**pristine [2]** 74/7 74/15
**privacy [4]** 108/1 181/19 183/22 184/6

**privileges [1]** 243/19
**probably [4]** 133/12 146/9 213/3 217/24
**problem [16]** 31/23 81/7 136/3 136/21 138/16 138/21 145/22 188/12 188/15 191/8 192/6 192/7 218/5 241/9 243/24 244/11
**problems [11]** 72/7 108/23 109/17 109/19 136/4 137/22 226/11 229/19 242/7 243/23 245/13
**procedure [3]** 17/16 18/17 141/1
**procedures [6]** 18/13 18/15 19/3 80/20 80/23 201/8
**proceed [14]** 107/12 131/20 135/6 135/9 153/19 155/11 167/9 169/13 171/4 177/2 180/7 203/9 215/17 222/2
**proceeded [2]** 203/6 237/4
**proceeding [1]** 147/17
**proceedings [16]** 1/10 1/21 32/7 51/14 59/8 72/19 105/12 123/6 138/23 139/12 139/20 139/22 139/25 161/22 246/17 247/9
**proceeds [1]** 220/7
**process [32]** 20/4 22/10 23/21 129/24 129/25 131/2 131/14 131/18 131/23 134/16 137/4 137/9 137/11 152/8 153/11 158/1 159/3 159/16 167/3 168/16 174/16 176/18 179/7 180/25 193/20 193/21 195/12 195/14 195/19 196/24 238/20 241/11
**processes [4]** 110/21 110/22 137/7 195/8
**produce [5]** 13/16 15/21 24/1 185/2 186/1
**produced [20]** 1/22 11/22 14/8 15/3 15/15 15/16 15/17 52/9 60/16 64/8 65/14 68/13 121/25 124/24 124/25 131/2 166/21 168/12 168/15 207/11
**product [1]** 136/20
**products [1]** 134/14
**profession [1]** 172/7
**professional [6]** 8/4 8/5 12/8 12/10 78/9 111/10
**professionally [1]** 137/14
**professor [3]** 107/22 107/23 172/16
**program [8]** 130/9 136/17 192/3 192/10 201/5 202/15 204/24 217/19
**programmable [3]** 158/4 158/5 159/4
**programmatically [1]** 165/17
**programmed [2]** 159/21 191/23
**programs [3]** 137/20 145/19 209/16
**progress [1]** 64/15
**prohibited [1]** 1/7
**prohibiting [1]** 205/25
**project [2]** 239/1 239/3
**project's [1]** 239/4
**projected [1]** 23/25
**projects [1]** 239/5
**prompt [4]** 148/7 148/9 161/5 197/22
**prompting [1]** 161/1
**promptly [2]** 69/8 243/23
**proper [2]** 71/23 171/13
**properly [2]** 13/5 29/22
**prosecution [1]** 20/17
**prospective [1]** 228/22
**protect [1]** 200/12
**protected [1]** 239/1
**protection [2]** 115/6 194/11

**P**

**protective [1]** 214/9
**protocol [1]** 36/21
**prove [1]** 170/6
**provide [15]** 12/12 12/12 22/13 28/25 54/3 62/19 69/24 72/5 77/21 107/9 165/8 175/15 181/20 183/6 195/7
**provided [29]** 10/19 13/12 19/7 27/4 28/15 28/24 32/2 33/14 39/15 42/7 42/8 71/6 96/13 111/20 111/23 111/25 118/1 140/8 147/2 147/6 154/16 154/17 157/24 174/3 176/21 183/2 190/7 212/11 230/2
**provides [1]** 214/18
**providing [1]** 132/22
**prudent [1]** 49/7
**psychological [1]** 9/2
**public [7]** 17/7 89/25 106/21 107/5 131/1 133/1 147/17
**publicly [1]** 128/22 129/3 237/8
**publish [1]** 136/23
**published [5]** 108/18 109/4 136/14 149/21 235/17
**pull [9]** 42/19 43/9 43/17 44/23 60/13 64/10 70/4 87/2 88/12
**pulled [3]** 64/11 65/12 65/12
**pulling [2]** 69/23 163/23
**purchased [3]** 129/4 129/13 129/17
**purpose [14]** 12/10 34/8 34/16 65/6 65/13 70/18 89/24 93/2 103/24 150/13 150/14 180/14 210/5 214/18
**purposes [8]** 13/7 70/4 103/24 115/10 118/4 119/23 145/19 219/21
**pursuant [2]** 120/4 122/9
**pursue [2]** 106/6 124/23
**put [24]** 10/21 21/21 25/23 36/6 36/6 39/4 39/10 41/5 59/5 61/24 85/25 86/8 86/9 88/22 117/14 120/9 141/16 149/25 153/17 156/24 163/22 167/24 170/11 217/4
**putting [5]** 71/20 93/13 128/14 163/24 200/8
**PX [2]** 132/3 171/8

**Q**

**QR [13]** 77/8 156/6 156/9 156/19 156/25 157/1 170/7 170/9 170/17 185/20 187/12 187/20 187/24
**qualifications [1]** 131/15
**qualified [3]** 10/8 112/12 113/11
**qualify [1]** 243/2
**qualifying [1]** 239/21
**quality [1]** 76/25
**quantification [2]** 191/11 191/14
**quantifying [1]** 191/10
**question [68]** 18/25 22/11 24/4 29/21 30/22 31/3 41/14 48/9 54/21 55/7 56/4 56/7 56/8 56/16 56/18 57/4 57/20 58/16 69/19 70/17 70/22 70/24 71/3 71/5 76/7 77/1 77/3 81/22 86/4 86/5 86/19 91/22 91/23 93/16 94/2 94/12 101/24 102/7 111/3 114/22 114/24 117/10 127/10 135/8 138/1 139/2 143/12 157/20 160/12 181/11 185/19 189/23 199/4 199/6 199/8 199/9 199/13 201/23 206/14 210/25 222/24 225/14 232/15 233/21 239/13 240/1 241/18 245/1

**question yes [1]** 22/10
**questions [34]** 23/12 41/17 42/13 60/20 65/20 73/10 73/15 73/16 74/4 74/6 77/12 79/25 80/3 84/11 85/6 90/19 104/12 104/19 104/21 105/11 105/14 105/16 105/18 105/21 106/23 107/7 114/1 140/4 218/12 222/13 222/16 222/20 225/25 226/3
**quick [6]** 13/18 60/20 88/12 118/13 120/11 146/24
**quickly [3]** 87/3 122/19 218/17
**quiet [1]** 223/6
**quite [3]** 120/20 169/11 215/3
**quote [4]** 36/3 121/24 145/18 150/22
**quote-unquote [1]** 150/22
**quotes [2]** 89/1 120/3

**R**

**race [4]** 184/20 184/22 192/10 232/14
**RAFFENSPERGER [3]** 1/6 26/18 126/6
**raise [14]** 5/14 33/19 35/18 37/6 41/5 47/11 103/7 106/12 106/13 208/1 208/10 209/18 220/25 243/5
**raised [9]** 17/18 26/24 74/7 82/8 88/4 88/9 102/2 223/18 225/7
**raising [2]** 92/3 223/21
**RAMSEY [1]** 2/5
**Ramsland [1]** 240/25
**ran [2]** 84/8 167/18
**range [2]** 22/25 24/7
**rarely [1]** 114/20
**rather [7]** 13/23 34/16 136/3 157/24 191/6 215/11 225/11
**re [12]** 65/19 76/1 80/9 80/20 81/8 81/10 82/5 232/4 232/21 232/25 233/7 242/11
**re-count [10]** 65/19 76/1 80/9 80/20 81/8 81/10 82/5 232/25 233/7 242/11
**re-counts [2]** 232/4 232/21
**reach [4]** 142/1 166/2 178/1 242/25
**reachable [1]** 181/1
**react [2]** 189/17 190/4
**reacting [1]** 200/20
**reaction [1]** 200/14
**read [23]** 24/5 60/12 87/18 88/1 89/18 135/13 148/19 149/13 150/16 150/16 156/16 156/21 156/25 160/11 168/19 169/23 170/10 234/10 234/20 239/9 244/1 245/15 246/13
**readable [7]** 156/13 169/21 186/24 187/21 187/24 188/1 188/9
**reader [1]** 158/18
**readily [3]** 181/21 184/1 197/6
**reading [1]** 185/20
**reads [6]** 19/22 22/25 25/6 25/11 36/1 48/16
**ready [4]** 5/6 152/24 152/25 153/9
**real [14]** 31/25 75/4 88/12 110/25 126/6 126/13 127/25 128/12 212/12 212/13 212/15 218/17 228/21 239/5
**really [20]** 14/11 32/1 41/2 53/8 75/8 105/3 118/11 126/21 155/25 197/23 213/8 217/12 217/13 217/20 223/3 225/10 225/15 226/8 236/24 239/17
**reason [27]** 23/6 35/8 35/11 39/14 39/17 44/18 56/24 58/4 58/16 65/15 67/4 67/10 67/22 67/24 68/17 75/20 88/8 96/3 97/14 118/22 125/11 125/11

**1987 [4]** 174 223/5 223/8 242/16
**reasonably [1]** 121/25
**reasoning [1]** 120/22
**reasons [1]** 133/2
**reboot [6]** 141/21 142/5 143/21 152/9 152/13 152/14
**rebooted [1]** 162/3
**recall [59]** 8/17 12/3 13/6 28/12 29/1 30/20 35/20 35/22 42/11 43/23 44/12 44/15 44/22 46/15 46/18 52/4 52/7 54/7 54/8 57/2 57/23 62/7 66/10 66/14 66/25 67/2 70/1 70/7 70/14 70/15 70/16 70/23 74/10 74/14 74/14 74/16 74/19 76/11 82/8 92/10 92/11 96/22 98/14 98/21 98/21 101/11 118/16 119/5 119/7 123/13 123/23 167/13 215/23 230/17 232/2 233/11 235/21 236/2 236/6
**recalled [1]** 235/25
**recalls [1]** 119/2
**recap [1]** 123/11
**receive [10]** 20/25 84/16 84/21 111/21 124/5 128/4 128/14 147/25 151/6 153/14
**received [22]** 21/2 38/6 40/6 41/1 41/15 84/18 84/20 89/8 91/6 118/8 128/17 140/22 140/24 148/11 149/7 151/11 151/15 185/14 205/7 209/23 212/17 213/3
**receives [2]** 136/18 204/11
**receiving [2]** 42/1 70/14
**recent [2]** 231/5 236/11
**recently [3]** 109/1 109/16 226/14
**recess [2]** 102/24 246/16
**reclassifying [1]** 101/13
**recognize [11]** 12/1 30/19 32/11 44/4 44/6 45/8 59/19 111/7 130/23 201/6 201/6
**recognized [2]** 41/11 175/12
**recollection [1]** 68/17
**recommend [1]** 246/8
**recommendation [1]** 232/23
**recommendations [7]** 20/7 20/13 109/19 131/9 233/6 237/15 245/6
**recommended [4]** 232/20 232/24 235/8 235/18
**recommends [1]** 235/4
**record [27]** 5/19 23/17 23/23 40/16 40/17 40/21 41/4 55/3 55/4 63/8 63/10 103/11 103/23 105/10 106/15 113/24 118/4 118/7 119/14 121/12 131/7 133/1 138/14 187/8 188/25 219/17 231/20
**recorded [1]** 188/11
**records [1]** 170/16
**recount [1]** 42/8
**Recross [4]** 4/10 4/12 85/11 102/5
**Recross-Examination [4]** 4/10 4/12 85/11 102/5
**recruit [2]** 217/3 217/18
**recurrence [1]** 109/20
**redacted [2]** 103/24 106/23
**redactions [1]** 107/6
**redirect [2]** 85/10 221/14
**rediscover [1]** 213/8
**refer [4]** 66/3 103/20 134/23 225/1
**reference [16]** 6/15 14/13 42/4 42/5 42/8 89/7 92/5 107/8 122/20 134/10 136/4 167/14 168/17 168/25 171/12 243/10

**R**

**referenced [8]** 133/13 168/18 190/12 190/16 190/18 190/20 230/15 236/4
**referencing [2]** 1/5 123/1
**referrals [1]** 17/3
**referred [3]** 21/17 227/11 229/8
**referring [10]** 17/24 20/15 71/18 99/7 99/13 114/8 150/8 175/22 225/2 225/4
**refers [8]** 12/18 12/21 12/22 60/23 87/6 136/3 234/24 238/23
**refined [1]** 106/7
**reflect [9]** 64/21 111/9 131/25 156/13 156/14 156/18 163/7 163/15 186/24
**reflected [5]** 61/5 138/5 138/14 138/15 187/13
**reflecting [1]** 65/16
**reflects [3]** 156/19 169/22 170/7
**regarded [1]** 204/7
**regarding [23]** 20/24 22/4 29/17 37/20 38/11 74/4 74/7 75/9 76/24 98/17 98/19 105/25 112/16 117/3 117/22 117/24 123/17 123/20 145/14 181/24 225/21 230/23 235/17
**regional [1]** 10/20
**registered [1]** 82/4
**registration [6]** 97/9 225/17 226/24 227/11 227/15 229/8
**regular [2]** 64/14 101/10
**regularly [2]** 178/20 230/20
**regulatory [2]** 242/7 242/16
**rehabilitate [1]** 114/3
**reiterate [1]** 135/1
**reject [3]** 75/23 75/24 219/19
**rejects [1]** 219/12
**relate [1]** 106/23
**related [14]** 15/24 17/22 18/1 18/18 21/17 26/2 34/5 38/25 75/2 98/24 102/1 169/2 225/10 227/21
**relates [4]** 167/11 193/16 194/9 196/23
**relating [1]** 17/18 19/4 101/14
**relative [3]** 139/2 192/23 225/20
**relatively [1]** 221/3
**release [1]** 133/14
**relevance [13]** 29/12 34/2 34/6 40/4 157/7 223/9 232/6 238/6 238/9 246/1 246/2 246/4 246/10
**relevant [8]** 29/16 40/23 75/20 76/1 195/19 196/8 238/14 240/1
**reliability [3]** 63/11 70/3 223/10
**relied [5]** 117/13 117/18 171/10 239/14 242/24
**relies [1]** 15/14
**rely [3]** 117/8 216/17 227/1
**relying [4]** 15/12 126/2 214/7 216/15
**remain [1]** 22/22
**remainder [1]** 154/5
**remained [1]** 214/11
**remaining [1]** 178/25
**Remarkably [1]** 163/12
**remember [5]** 59/6 90/23 103/16 130/12 236/10
**remind [1]** 107/2
**remote [6]** 183/19 201/21 201/24 202/4 207/6 209/19
**remotely [3]** 27/7 204/14 205/21
**removable [1]** 211/23
**remove [2]** 144/19 165/12

**removed [1]** 164/3
**renders [1]** 113/20
**renew [4]** 117/23 118/5 154/10 168/6
**renumbering [1]** 101/13
**repeat [1]** 117/10
**repeated [1]** 192/8
**rephrase [2]** 206/13 232/17
**rephrases [1]** 81/22
**replace [2]** 197/25 200/5
**replaced [2]** 60/2 214/20
**replacing [1]** 178/20
**replicate [1]** 213/13
**reply [1]** 124/17
**report [104]** 7/2 13/21 29/14 30/4 30/16 30/19 30/24 32/9 32/15 33/22 34/3 34/8 34/18 35/15 35/20 37/10 37/13 42/6 42/7 42/9 42/9 44/22 66/17 68/12 75/23 101/7 103/16 103/23 105/6 106/22 107/6 120/8 121/4 130/4 131/8 132/22 132/24 133/12 135/2 136/18 137/9 138/6 138/16 145/14 145/21 146/14 146/15 147/12 154/11 154/13 154/21 163/4 167/11 167/14 168/7 168/8 168/13 168/14 168/18 169/2 169/5 171/11 171/17 172/3 172/5 174/1 175/4 175/5 175/14 175/21 175/22 175/24 176/2 176/8 176/18 177/5 178/12 190/13 190/21 191/24 192/2 192/21 192/21 193/10 198/15 198/23 214/3 215/8 219/8 237/16 237/18 238/1 238/11 240/6 240/7 240/12 240/13 240/23 240/24 241/4 241/22 241/25 242/20 245/6
**reported [11]** 8/14 26/16 27/3 32/16 33/2 35/25 188/12 189/17 190/22 191/7 236/23
**reporter [8]** 1/3 1/6 1/23 107/1 203/21 222/3 247/6 247/17
**reporting [3]** 80/7 92/15 92/16
**reports [12]** 18/15 33/1 33/13 33/24 66/17 132/15 136/9 190/6 210/24 229/15 229/17 230/19
**repository [1]** 208/19
**represent [2]** 6/8 71/13 74/2
**representation [2]** 126/15 171/20
**representative [1]** 131/19
**represents [1]** 59/16
**request [11]** 15/18 15/19 16/1 50/24 70/8 70/12 71/1 112/13 112/20 124/14 159/23
**requested [4]** 12/11 60/7 64/9 123/11
**requesting [1]** 146/3
**requests [4]** 15/21 15/22 15/23 88/24
**require [11]** 19/24 19/25 21/5 21/7 81/15 107/7 172/10 172/10 194/23 201/9 239/6
**required [9]** 9/9 9/16 10/17 19/6 120/4 148/1 199/11 212/1 212/2
**requirements [8]** 8/24 8/25 9/1 9/5 13/8 47/17 219/18 239/22
**requires [4]** 18/23 200/25 205/1 205/2
**research [5]** 95/5 188/2 188/20 235/7 236/13
**researchers [1]** 188/22
**resident [1]** 167/19
**resides [1]** 66/1
**resilient [1]** 231/12
**resolve [1]** 125/13

**resolved [4]** 57/25 100/17 100/18 100/19
**resource [1]** 222/3
**resources [1]** 215/13
**respect [12]** 20/23 28/19 63/17 82/16 105/8 105/8 115/14 208/2 208/11 209/8 209/18 209/19
**respectfully [1]** 106/15
**respond [5]** 118/12 123/8 145/5 176/12 218/17
**responded [7]** 17/9 49/3 51/19 52/11 53/11 148/9 167/1
**responding [6]** 17/3 17/5 86/14 153/18 237/12 240/24
**responds [3]** 37/3 50/20 51/1
**response [8]** 13/13 14/4 15/18 52/2 90/19 97/23 100/20 125/5
**responsibilities [3]** 6/19 8/2 21/23
**responsibility [5]** 16/22 53/4 71/15 71/25 90/13
**responsible [9]** 17/5 129/24 130/1 130/7 130/10 137/6 137/17 137/19 149/16
**responsive [2]** 15/22 126/11
**rest [4]** 46/19 114/16 206/10 222/16
**restart [1]** 150/22
**restarted [1]** 167/6
**restarting [1]** 179/1
**restate [3]** 106/25 107/4 206/14
**restrict [1]** 127/6
**restricted [1]** 1/3
**restrictions [2]** 158/12 158/20
**restroom [3]** 170/21 171/1 218/13
**result [22]** 41/22 42/6 52/14 131/4 131/22 145/6 154/24 176/5 180/4 187/11 193/19 194/14 209/13 210/2 217/10 217/21 235/7 237/3 237/9 237/11 242/13 244/16
**resulted [1]** 29/20
**results [29]** 69/8 80/8 81/10 81/19 85/3 98/18 117/17 186/2 188/13 189/2 217/8 224/13 224/18 227/25 228/4 229/5 229/17 235/23 236/19 236/24 237/2 237/2 237/4 237/4 241/17 241/20 241/20 244/16 244/19
**retained [2]** 104/4 104/6
**retired [1]** 78/13
**return [1]** 142/4
**revealed [1]** 76/1
**Revenue [3]** 6/18 7/18 79/15
**reversal [1]** 125/17
**review [32]** 16/8 19/24 20/1 20/3 20/4 22/10 32/9 51/7 75/10 109/13 123/25 126/17 126/22 134/7 136/1 155/16 155/17 155/18 156/15 166/21 169/15 170/1 173/3 177/4 177/6 184/4 188/2 188/21 203/24 207/9 207/21 233/3
**reviewed [17]** 73/15 109/2 109/4 117/5 129/20 175/2 182/23 182/25 188/22 189/7 190/15 206/23 207/4 207/10 211/11 216/10 229/1
**reviewing [2]** 136/9 136/15
**rewrote [1]** 180/6
**RICARDO [3]** 2/19 2/22 74/2
**right [276]**
**right-most [1]** 142/22
**right-side-up [1]** 142/12
**rise [3]** 102/23 170/25 246/15

**R**

**risk [12]**  191/18 191/19 192/18 192/23
228/2 230/22 231/2 232/1 241/20 242/9
242/19 244/24
**risks [14]**  110/17 110/18 117/1 214/10
224/24 228/22 230/25 231/9 231/10
231/11 231/17 231/22 240/13 240/17
**RMR [3]**  1/23 247/6 247/16
**ROBBINS [1]**  3/5
**ROBERT [2]**  2/16 2/17
**role [14]**  6/20 7/22 7/25 8/1 8/2 12/11
12/14 28/19 35/19 79/16 83/19 104/10
127/22 131/15
**roles [1]**  78/4
**room [8]**  31/14 44/4 44/16 46/17 47/14
47/23 47/25 122/19
**root [3]**  148/10 148/11 148/16
**ROSS [1]**  3/5
**Roswell [3]**  79/3 79/6 79/10
**rotate [2]**  142/12 162/10
**rotated [2]**  142/11 162/4
**roughly [5]**  25/20 25/21 143/19 151/14
158/9
**row [4]**  60/14 60/18 147/18 164/4
**rule [23]**  117/24 118/13 118/24 119/5
120/4 120/5 122/10 122/13 122/21
123/4 124/4 124/13 125/24 127/5 133/5
145/12 146/14 154/12 169/5 175/8
219/13 219/18 219/20
**Rule 26 [21]**  117/24 118/13 118/24
119/5 120/4 120/5 122/10 122/13
122/21 123/4 124/4 124/13 125/24
133/5 145/12 146/14 154/12 169/5
175/8 219/13 219/18
**ruled [1]**  118/3
**rules [2]**  9/13 113/11
**ruling [1]**  123/14
**rulings [1]**  106/4
**run [7]**  144/1 145/19 145/25 148/2
162/12 164/19 177/24
**running [6]**  162/21 174/6 185/15 196/2
201/4 203/2
**runs [2]**  129/14 236/14
**Russian [3]**  204/6 205/21 205/23
**Russian-owned [1]**  204/6
**RUSSO [5]**  3/3 59/16 59/17 59/21
64/10
**Ryan [9]**  26/8 26/14 34/24 38/7 39/24
59/5 84/9 85/16 93/10

**S**

**sabotage [2]**  202/15 203/9
**safe [9]**  135/18 141/21 142/6 143/20
144/22 150/22 151/1 152/10 162/3
**safety [1]**  193/2
**said [51]**  12/7 13/5 16/22 38/12 40/6
51/1 51/6 53/22 53/25 58/2 58/3 58/12
69/13 70/2 76/10 76/17 82/14 92/6 94/8
94/21 105/13 115/15 115/24 118/20
118/21 118/22 125/13 125/14 125/17
126/2 126/6 128/2 161/10 163/9 184/8
189/23 190/25 195/21 199/25 200/11
204/20 205/7 224/15 226/9 226/10
228/17 228/18 228/19 235/22 236/14
247/10
**sale [2]**  158/12 158/20
**sales [5]**  184/20 184/22 185/18 186/13

188/18

**same [40]**  41/8 48/23 50/20 68/5 68/14
109/25 121/1 121/14 140/22 140/24
141/3 143/1 143/3 159/7 159/8 159/8
159/12 159/16 160/3 160/4 160/7 162/2
162/5 162/8 162/15 170/18 173/13
173/14 178/14 179/22 192/8 196/13
196/16 208/5 210/18 211/5 229/3 233/8
236/14 238/13
**San [1]**  216/1
**Sara [1]**  59/24
**satisfied [1]**  222/12
**save [1]**  164/24
**saw [12]**  72/11 73/9 75/5 118/19
125/12 141/16 180/1 183/18 186/12
187/19 201/14 220/5
**say [73]**  8/21 9/3 17/4 19/5 23/14 24/11
26/23 29/3 31/24 37/8 52/9 52/15 53/15
57/23 61/22 64/13 69/22 71/25 72/16
76/20 84/19 87/25 95/6 95/14 95/21
96/6 96/6 97/10 97/12 97/18 101/11
105/9 106/15 113/4 113/19 114/20
115/1 117/16 120/12 124/24 125/5
125/20 126/1 130/13 132/8 132/12
136/5 147/12 148/8 149/5 161/6 161/24
162/13 164/2 169/19 170/17 175/22
183/15 185/2 190/11 191/4 192/25
213/22 219/10 220/5 221/25 222/25
223/14 239/2 241/9 242/1 243/23 245/8
**saying [25]**  31/16 38/13 41/2 52/6
52/11 53/23 55/15 70/20 85/20 89/18
95/18 99/10 100/11 102/12 116/6 133/8
133/25 134/19 134/22 155/8 161/5
172/9 179/6 183/7 222/1
**says [36]**  11/1 11/14 11/19 13/13 15/2
19/2 22/21 23/18 25/10 35/5 48/16
60/25 66/5 68/1 68/7 93/21 120/1
121/11 122/8 134/9 145/18 148/10
150/21 152/20 153/21 156/5 156/16
160/13 161/19 168/21 177/8 186/22
219/15 234/6 234/16 241/15
**scan [4]**  76/24 81/1 174/10 185/17
**scanned [3]**  170/9 186/25 244/16
**scanner [29]**  81/4 111/21 111/24
156/21 156/24 156/24 157/2 170/9
170/12 174/10 185/13 185/23 186/1
186/7 186/9 186/14 187/2 187/6 187/9
187/10 211/19 212/10 212/16 222/22
223/2 223/3 223/10 223/11 223/15
**scanners [5]**  76/18 76/21 77/3 156/8
211/23
**scanning [5]**  76/4 76/25 77/9 184/11
189/1
**scenario [1]**  150/21
**schedules [1]**  121/24
**SCHEINMAN [1]**  2/7
**SCHOENBERG [2]**  2/3 119/4
**science [2]**  107/23 108/14
**Sciences [3]**  235/1 235/16 235/21
**scientific [3]**  235/6 235/9 235/14
**scientists [2]**  233/9 233/19
**scope [12]**  131/14 135/2 145/12 190/6
192/21 210/24 217/22 219/17 222/23
232/6 240/15 243/7
**screen [59]**  43/11 55/24 60/13 88/14
139/4 139/7 139/14 142/10 142/18
143/23 144/14 144/16 144/17 148/4
148/7 149/25 150/25 152/12 152/14

152/16 152/18 152/22 153/6 153/23
155/14 155/17 155/18 156/18 160/3
161/2 161/5 161/19 161/25 162/10
162/13 163/19 163/21 164/11 164/16
164/20 165/1 166/9 166/25 169/15
170/1 177/16 178/10 180/15 183/19
183/25 184/2 184/4 184/6 184/8 185/2
186/19 191/1 197/22 243/15
**screenshots [1]**  184/15
**seal [11]**  30/2 107/10 140/15 140/15
141/23 142/24 143/1 143/2 143/14
143/14 143/16
**sealed [8]**  118/1 118/8 142/22 143/11
180/22 180/25 181/1 181/6
**seals [5]**  33/4 36/5 71/23 140/19 143/6
**seat [6]**  5/4 5/17 103/1 103/10 170/19
221/25
**SEB [5]**  23/3 24/8 60/21 66/7 66/10
**SEC.Life [1]**  121/16
**second [25]**  19/10 19/16 19/18 22/16
26/25 110/11 111/2 121/15 141/15
143/22 151/20 154/8 159/25 161/14
163/18 168/4 171/15 177/10 185/6
186/12 192/4 193/9 215/18 234/6 241/8
**Secondly [1]**  104/3
**seconds [4]**  143/21 149/8 149/9 189/6
**secrecy [1]**  183/7
**secret [3]**  146/6 147/24 162/19
**secretary [28]**  7/9 8/6 10/3 14/8 25/2
26/18 26/21 30/2 40/11 63/7 69/12
77/22 77/24 79/4 84/10 99/7 101/5
101/8 101/9 109/8 109/12 109/16
109/22 126/5 130/16 188/24 200/17
237/11
**Secretary's [27]**  6/13 7/13 7/16 7/20
7/22 8/11 9/24 24/6 26/20 27/1 28/13
29/4 37/20 38/7 39/4 39/9 39/18 68/13
78/1 78/22 79/20 79/23 83/24 84/2
85/17 196/1 196/4
**section [12]**  145/17 145/21 168/20
175/21 177/4 177/6 177/7 177/8 240/24
242/1 242/20 243/9
**Section 8.3 [2]**  145/17 168/20
**Section 8.4 [2]**  177/6 177/7
**Section 8.5 [3]**  175/21 177/4 177/8
**sections [3]**  168/11 174/20 242/22
**secure [4]**  72/9 88/18 218/10 231/6
**secured [1]**  36/4
**Securing [2]**  235/1 235/19
**securities [2]**  8/7 78/9
**security [77]**  15/24 17/1 17/1 17/4
17/11 33/4 56/11 57/6 69/1 71/6 71/18
85/24 86/7 108/1 108/2 108/5 108/7
108/8 108/9 108/19 108/21 108/23
108/23 109/10 109/13 109/14 109/22
110/6 110/15 110/20 110/22 110/23
112/24 112/25 112/25 113/6 115/2
115/3 115/5 115/15 115/15 115/24
115/25 116/6 116/12 116/13 127/15
127/16 129/5 130/5 130/6 130/7 130/15
146/5 148/15 204/7 206/2 208/15
208/21 209/23 212/22 230/3 230/22
230/25 231/4 234/17 234/25 239/15
241/6 241/9 241/20 242/9 242/18
242/20 243/24 244/24 245/9
**see [140]**  11/11 11/12 11/16 11/18
12/17 19/12 19/14 19/16 19/18 19/20
20/19 22/17 22/19 22/23 23/4 24/22

**see...** [124] 24/24 25/6 25/8 25/15 26/7
27/10 27/19 28/8 30/1 30/6 30/10 32/21
32/22 32/24 33/5 33/7 34/23 35/25 36/8
36/13 36/18 37/1 38/6 38/9 38/11 38/17
38/22 43/11 43/12 44/16 45/3 45/17
45/21 46/1 46/21 46/24 47/1 47/3 48/6
48/10 48/11 48/12 48/15 48/23 49/1
49/7 49/10 50/12 50/22 51/4 51/7 59/15
59/22 59/25 60/9 60/11 60/20 61/2 64/9
66/5 66/8 66/16 66/20 66/23 67/7 67/18
67/20 68/1 68/3 87/5 87/8 87/11 87/15
88/16 88/20 89/2 89/5 89/12 95/1 98/15
103/15 112/3 116/21 116/22 121/1
121/5 121/10 121/14 142/10 142/13
142/18 142/22 143/23 145/21 149/19
152/20 156/4 158/7 160/3 160/11 162/2
163/19 163/23 166/13 168/7 177/21
177/23 178/9 182/25 184/2 184/3
186/18 192/7 195/16 201/18 210/17
217/24 220/13 220/14 238/9 238/21
242/22 246/2 246/4
**seeing** [5] 12/3 30/20 30/25 177/15
186/14
**seek** [3] 120/9 232/3 232/20
**seeking** [2] 65/9 223/10
**seem** [1] 131/16
**seems** [2] 23/24 221/3
**seen** [10] 12/15 13/6 15/3 61/6 66/17
129/10 129/12 134/7 155/7 183/21
**sees** [1] 187/2
**Segment** [2] 174/21 185/6
**Segment 1** [1] 174/21
**Segment 2** [1] 185/6
**select** [1] 165/14
**selected** [3] 7/19 155/20 156/11
**selection** [2] 155/21 188/9
**selections** [5] 155/18 156/11 184/3
188/16 192/8
**sell** [1] 128/23
**seminal** [1] 104/10
**Senate** [1] 110/6
**send** [10] 22/5 22/10 26/13 62/16 72/5
94/21 130/4 157/13 172/21 178/5
**sending** [2] 49/6 193/24
**sends** [2] 51/19 88/16
**senior** [7] 1/12 21/20 21/22 21/25
26/19 26/25 29/4
**sense** [2] 120/8 231/1
**sensible** [1] 95/20
**sent** [16] 26/8 27/21 34/24 35/3 39/13
56/25 87/10 87/20 88/17 89/16 91/16
92/2 92/22 99/2 196/5 200/19
**sentence** [3] 19/19 234/6 234/16
**sentences** [1] 150/17
**separate** [3] 25/5 75/14 223/15
**separated** [1] 80/25
**September** [2] 67/8 77/25
**September 28** [1] 67/8
**sequence** [4] 160/3 160/4 178/5 178/9
**serial** [3] 36/5 36/23 36/24
**series** [1] 179/23
**serious** [8] 26/24 35/17 37/6 69/6
69/10 241/9 241/19 245/12
**seriously** [4] 22/2 22/14 22/14 29/3
**serve** [1] 79/9
**served** [2] 70/8 79/23

**server** [27] 48/7 47/4 47/23 47/25
52/17 52/25 60/23 61/1 62/4 62/12
63/15 72/8 91/9 92/7 93/12 207/10
207/21 208/8 209/22 210/6 210/13
211/3 211/12 211/17 211/18 229/4
238/23
**servers** [3] 206/24 207/5 230/12
**serves** [1] 133/2
**service** [6] 10/20 27/4 85/8 160/19
161/10 230/3
**services** [1] 6/22
**set** [7] 80/15 106/2 124/22 153/8 182/4
211/7 247/12
**setting** [1] 197/8
**settings** [6] 144/18 144/19 144/21
162/5 178/11 179/16
**setup** [1] 181/24
**seven** [3] 188/17 188/19 216/11
**seven percent** [2] 188/17 188/19
**seventh** [1] 173/19
**several** [6] 21/11 29/5 41/17 44/20
123/13 164/3
**severity** [1] 20/17
**SFF** [1] 120/14
**SFF-TIR** [1] 120/14
**Shall** [2] 107/12 180/7
**SHANNON** [3] 1/23 247/6 247/16
**share** [3] 119/21 211/9 216/20
**shared** [5] 71/25 208/12 209/3 213/5
226/22
**SharePoint** [3] 66/2 66/3 66/6
**she** [51] 5/10 5/12 13/5 13/10 15/2
15/3 15/7 23/14 30/25 31/8 35/22 35/24
40/5 40/5 40/6 40/22 41/15 41/18 42/24
49/17 49/18 50/16 51/13 51/19 51/22
63/19 80/13 80/15 81/14 81/22 82/10
82/10 82/11 82/12 82/13 82/14 82/14
82/15 82/21 83/1 86/20 86/21 86/22
86/23 93/17 93/17 93/22 99/18 99/25
100/1
**she's** [4] 31/5 40/6 82/24 203/23
**sheet** [1] 48/7
**shield** [1] 183/24
**shields** [2] 181/19 183/23
**shifted** [1] 244/20
**shifts** [1] 236/25
**short** [3] 166/11 174/20 221/19
**shorten** [1] 220/13
**should** [20] 11/10 17/17 28/23 68/9
76/16 109/24 114/25 115/9 122/9
122/23 124/6 124/24 125/22 162/20
165/20 187/1 220/17 230/20 243/23
245/12
**show** [13] 36/10 36/11 37/19 126/7
144/7 148/2 153/2 160/25 161/17
163/16 164/24 174/10 207/20
**showed** [2] 159/12 236/25
**showing** [8] 34/17 51/2 65/6 176/20
184/14 186/1 186/10 197/22
**shown** [4] 11/4 175/20 186/24 245/25
**shows** [9] 155/18 155/19 156/11 174/5
174/6 174/6 185/11 185/13 228/20
**sic** [4] 45/18 151/5 196/23 223/2
**side** [8] 104/13 140/11 140/14 140/16
142/12 142/22 165/23 221/2
**sight** [2] 147/1 147/7
**signed** [2] 126/16 233/18
**significant** [2] 108/22 235/22

**significantly** [1] 212/9
**signing** [2] 173/20 194/14
**signs** [1] 170/14
**similar** [5] 12/15 143/14 159/3 239/5
244/11
**Similarly** [1] 120/17
**simple** [2] 201/10 217/20
**simpler** [1] 199/8
**simply** [14] 11/7 14/1 15/15 33/19
41/15 65/19 81/18 97/17 106/1 121/8
122/3 191/14 200/5 234/9
**simultaneous** [2] 52/12 52/15
**simultaneously** [2] 57/22 177/17
**since** [16] 113/7 113/18 122/13 124/5
125/25 126/25 139/4 146/9 152/25
167/6 213/16 235/7 235/8 235/11
235/14 235/18
**single** [8] 193/24 201/9 208/5 212/10
212/10 212/16 217/23 243/18
**sir** [8] 39/5 112/6 131/22 133/24
142/24 187/8 193/13 197/11
**sit** [7] 44/8 62/18 70/1 71/3 96/24
105/21 181/13
**site** [1] 19/24
**sitting** [5] 44/16 89/20 91/2 181/7
240/17
**situation** [3] 11/3 16/20 236/21
**six** [1] 33/4
**sixth** [1] 173/18
**size** [5] 173/1 173/8 173/11 173/13
173/14
**sizes** [1] 173/8
**skill** [1] 102/9
**skip** [1] 154/5
**slide** [12] 142/15 150/5 184/14 184/18
195/13 195/16 198/7 207/15 207/18
207/20 207/24 208/1
**Slide 7** [1] 198/7
**Slide Number 7** [1] 195/16
**Slide Number 8** [1] 207/18
**slightly** [2] 178/17 192/15
**slip** [2] 48/7 197/14
**slot** [3] 152/23 153/5 153/17
**slow** [2] 146/21 206/12
**small** [2] 105/16 140/15
**Smart** [7] 153/4 153/14 158/3 158/5
158/17 159/4 160/17
**sneak** [2] 197/13 197/24
**snippet** [1] 166/10
**so** [305]
**soft** [1] 116/1
**software** [82] 115/3 115/7 115/15
117/25 123/24 127/17 128/3 128/15
128/15 140/25 142/7 144/20 147/13
148/19 148/25 158/6 159/4 160/22
161/11 162/21 162/25 163/3 167/15
167/17 167/19 168/22 169/1 174/8
178/14 178/15 179/2 179/9 180/4 180/6
193/19 193/21 194/12 194/15 196/3
196/8 196/25 198/1 203/19 203/20
204/8 204/9 204/11 204/15 204/17
204/20 205/5 205/7 205/8 205/11
205/12 205/15 205/17 205/20 205/25
206/3 206/6 206/18 208/16 208/16
208/20 208/22 209/17 209/25 210/9
211/21 211/22 214/6 214/19 214/20
214/21 214/22 226/15 236/15 238/13
241/2 241/9 241/13

**software's [1]** 128/17
**sold [1]** 129/3
**solely [1]** 34/7
**some [68]** 6/8 8/24 9/21 13/24 18/6
19/23 21/5 22/8 25/2 26/8 31/12 31/14
42/19 70/4 71/13 74/6 74/6 74/7 75/5
75/8 79/25 82/16 91/17 92/3 92/18
101/17 105/4 107/6 108/18 118/17
119/8 120/10 123/23 127/1 127/6
140/11 144/11 147/24 152/19 156/6
158/5 165/15 166/11 174/9 178/17
183/5 183/18 184/5 189/7 191/23 192/1
197/15 202/10 205/19 208/7 217/17
218/3 226/23 229/21 230/12 231/12
232/4 236/18 237/5 244/13 244/14
244/18 244/18
**somebody [4]** 70/2 92/22 97/8 208/23
**somebody's [1]** 12/20
**somehow [1]** 123/18
**someone [21]** 10/8 10/24 11/4 17/20
28/2 28/5 37/8 72/6 74/16 97/7 98/8
126/8 144/22 184/2 200/4 200/8 209/1
209/13 217/2 217/3 217/14
**someplace [1]** 46/21
**something [41]** 12/4 13/20 22/6 22/7
22/8 30/19 30/25 32/11 42/2 47/17
62/12 64/11 71/19 75/15 77/13 97/7
106/1 106/9 113/3 113/19 115/17 120/9
120/20 122/5 124/23 126/3 126/12
146/1 149/6 161/24 190/23 192/5
200/25 217/15 217/24 218/3 220/5
223/17 225/7 225/22 240/21
**sometimes [6]** 21/17 136/25 137/1
191/5 233/2 242/15
**somewhere [1]** 27/7
**sophisticated [2]** 200/8 201/17
**sorry [54]** 8/9 12/7 27/6 27/12 27/13
29/14 31/2 31/25 32/22 32/23 35/10
37/22 41/14 42/17 43/6 45/24 48/9
51/16 58/25 63/2 63/2 63/3 70/6 86/19
87/4 98/1 99/16 99/24 100/4 100/9
107/5 110/9 113/2 119/13 121/20
122/18 122/23 134/6 143/4 149/5 154/9
155/2 161/20 168/5 171/19 176/10
187/17 201/23 210/20 225/25 226/1
234/1 240/2 243/14
**sort [13]** 13/18 52/19 92/3 101/18
105/4 105/15 137/16 140/12 160/18
206/24 210/10 223/19 232/16
**sorts [2]** 34/18 206/24
**SOS [1]** 24/23
**sought [2]** 120/19 219/22
**Sounds [1]** 40/12
**source [12]** 109/13 118/17 118/18
118/23 128/4 128/7 128/12 128/14
154/18 216/16 216/17 216/19
**sources [1]** 17/9
**South [1]** 216/2
**South Carolina [1]** 216/2
**SOUTHWEST [1]** 1/24
**Spalding [1]** 30/8
**spanned [2]** 22/25 24/7
**spans [1]** 33/10
**SPARKS [1]** 2/9
**speak [11]** 5/22 31/1 31/17 31/17 31/17
79/1 84/25 107/2 113/2 132/20 194/8

**special [6]** 6/24 158/13 158/17 171/24
179/3 180/10
**specialist [1]** 137/18
**specialized [8]** 116/25 117/3 172/2
172/10 172/11 172/17 172/19 182/1
**specially [2]** 197/20 210/5
**specific [25]** 12/12 15/10 16/8 17/3
17/13 17/24 18/5 18/9 19/6 21/1 21/4
21/7 21/23 40/2 66/14 67/2 70/1 71/1
74/14 90/15 101/12 136/3 162/22
162/23 176/6
**specifically [33]** 12/2 15/25 16/23
28/22 35/9 35/24 37/11 44/6 44/12
44/15 44/21 52/7 62/7 69/22 70/7 70/14
70/23 71/18 73/5 73/7 82/11 98/14
101/11 112/20 112/25 115/9 115/12
115/19 168/21 201/8 204/9 210/14
225/5
**specifics [5]** 6/15 63/5 79/1 90/4 98/23
**speculated [1]** 13/11
**speculation [1]** 234/9
**spell [3]** 5/18 103/11 219/9
**spelled [1]** 169/4
**spend [2]** 16/12 125/16
**spending [1]** 137/9
**spent [1]** 189/1
**spoke [2]** 44/10 51/1
**spread [4]** 202/5 202/9 202/24 203/5
**Spreading [1]** 173/20
**spreadsheet [4]** 60/12 61/4 64/8 65/25
**SR [1]** 2/23
**stacks [1]** 74/15
**stamped [1]** 15/4
**stand [7]** 63/22 95/21 139/5 139/10
139/14 139/21 222/7
**standard [9]** 10/21 18/13 18/17 19/3
32/15 33/13 146/8 146/19 211/8
**standardized [1]** 134/18
**standards [2]** 10/22 11/1
**standing [1]** 139/3
**stands [2]** 134/11 146/2
**star [5]** 121/6 121/6 121/11 175/16
220/1
**start [15]** 14/1 102/20 138/20 140/4
145/7 145/9 170/22 171/2 177/5 178/7
178/8 220/13 220/17 221/6 246/13
**started [2]** 99/11 177/21
**starting [3]** 36/22 160/15 235/12
**starts [1]** 209/13
**stat [1]** 66/6
**state [77]** 3/2 5/18 11/19 11/23 12/6
13/12 13/13 13/15 13/19 14/8 14/9
15/18 16/5 17/7 20/6 20/7 20/13 21/11
21/14 21/21 21/22 21/23 30/2 35/18
36/1 37/7 49/25 52/8 58/4 58/5 58/6
58/17 58/18 59/16 62/17 68/11 69/12
70/9 70/11 77/15 79/2 88/4 92/6 97/2
103/11 106/24 109/8 109/12 109/16
109/22 122/11 129/7 130/16 133/2
140/14 141/9 141/10 142/22 147/2
147/6 147/9 149/17 193/22 195/24
200/12 200/13 202/6 207/3 217/6 217/8
217/19 221/5 230/1 237/7 237/7 237/11
242/13
**state's [19]** 7/10 8/7 10/3 25/2 46/9
63/7 77/23 79/5 90/19 101/6 109/23
119/8 188/24 196/19 200/17 219/12
227/10 227/15 229/8

**State's election [1]** 46/9
**State's questions [1]** 90/19
**stated [4]** 42/2 77/5 107/4 247/11
**statement [8]** 19/25 33/2 41/19 63/7
93/11 215/23 234/12 234/22
**statements [15]** 18/21 28/9 39/5 39/11
39/23 40/10 40/14 40/24 41/20 85/18
86/1 86/10 91/2 215/21 232/9
**states [21]** 1/1 1/12 1/24 27/5 90/10
94/19 153/24 155/19 156/16 169/24
175/15 206/17 206/20 216/12 218/19
219/11 232/4 233/2 247/3 247/7 247/17
**stating [2]** 239/18 239/22
**stats [1]** 66/6
**status [2]** 20/5 60/6
**STENOGRAPHY [1]** 1/21
**step [13]** 17/16 17/16 135/20 138/10
138/15 138/15 152/7 166/24 176/2
176/3 193/10 194/20 215/18
**Stephenson [1]** 120/15
**steps [18]** 17/23 18/4 33/13 83/11
94/13 175/6 175/20 175/20 175/24
175/24 176/23 177/7 178/13 178/25
185/25 186/4 200/2 239/5
**Sterling [3]** 100/2 200/11 200/15
**Steven [2]** 59/20 60/5
**stick [4]** 178/4 210/10 210/12 217/15
**sticker [1]** 140/11
**sticking [1]** 149/7
**sticks [11]** 196/9 202/11 202/25 203/2
203/6 203/11 203/15 204/18 206/7
206/8 211/24
**still [46]** 6/25 7/3 11/6 11/7 15/12 51/13
51/23 53/12 53/17 53/18 53/19 54/2
56/13 57/1 67/14 68/8 68/9 73/14 74/21
79/16 94/9 94/25 96/14 97/16 100/21
107/10 123/21 125/18 126/20 133/7
144/4 164/7 166/13 168/7 214/9 216/19
220/18 226/17 227/2 227/4 231/22
235/15 242/5 242/12 244/3 246/3
**stole [1]** 42/15
**stolen [1]** 21/3
**stood [1]** 56/17
**stop [6]** 145/10 165/2 177/18 179/4
220/15 246/12
**stopping [2]** 222/4 222/5
**stops [1]** 219/4
**stored [2]** 178/14 179/20
**stores [1]** 158/11
**straight [1]** 72/5
**stranger [1]** 47/13
**strap [1]** 143/2
**strength [1]** 239/11
**strike [3]** 143/5 181/23 216/14
**string [1]** 148/11
**strong [1]** 113/22
**structures [1]** 198/16
**students [1]** 172/7
**studied [1]** 190/2
**studies [1]** 189/7 190/12
**study [23]** 109/2 109/4 109/14 143/12
182/14 188/6 188/22 189/2 189/3
190/15 190/16 190/22 191/14 213/11
235/1 235/4 235/6 235/8 235/13 235/15
235/17 235/19 235/21
**stuff [2]** 31/13 162/2
**Stuxnet [9]** 202/9 202/13 202/14
202/24 202/24 203/1 203/4 206/4

**S**

Stuxnet... [1] 210/11
style [5] 156/7 202/9 202/13 206/4
  210/11
SU [9] 146/2 146/2 146/6 146/10
  146/17 146/17 147/22 148/5 162/12
subject [1] 41/10
subjects [2] 109/1 172/24
submit [1] 124/3
submitted [10] 12/5 12/9 17/6 20/3
  44/22 67/7 67/16 68/5 68/14 190/19
Subparagraph [1] 22/21
Subparagraph B [1] 22/21
subsequent [5] 127/7 127/7 146/4
  148/14 174/9
subsequently [1] 236/13
subset [1] 244/20
substance [4] 61/4 75/2 121/3 219/3
substantial [3] 120/20 137/10 221/14
substantiated [2] 20/9 20/11
substantive [2] 11/14 124/10
substituting [2] 179/12 233/7
subsystem [1] 215/10
such [11] 20/8 72/2 106/6 191/7
  201/17 205/4 206/17 206/19 208/4
  215/6 239/8
suddenly [1] 118/22
Sue [1] 33/1
sufficient [7] 53/15 63/11 112/18 169/5
  169/7 201/2 213/8
suggest [3] 64/1 96/8 243/3
suggested [2] 73/17 200/20
suggesting [1] 190/3
suggestion [1] 219/5
suggests [1] 211/7
suit [2] 74/3 132/6
Suite [1] 109/25
SullivanStrickler [8] 203/15 204/18
  206/5 207/11 230/8 240/3 240/15
  240/19
sum [1] 97/17
summarize [10] 41/1 108/13 120/7
  124/2 133/19 138/2 138/5 188/5 189/16
  204/20
summarized [2] 135/14 135/15
summarizes [2] 155/17 175/13
summarizing [6] 132/5 133/21 135/4
  184/15 184/16 207/15
summary [7] 33/8 33/10 33/12 65/4
  123/15 156/10 207/24
summer [2] 70/9 102/11
Summerlin [1] 33/1
Sunday [4] 184/20 184/21 186/13
  186/18
superintendent [4] 49/25 87/22 91/18
  99/5
superuser [14] 146/2 147/25 148/7
  148/12 148/16 148/18 162/13 163/2
  166/13 178/13 197/21 205/5 208/14
  208/18
supervise [2] 7/5 7/6
supervision [1] 20/3
supervisor [15] 26/15 26/17 26/20
  27/25 45/9 49/18 67/8 68/6 80/12 80/13
  82/18 82/21 82/24 83/1 83/4
supervisor's [2] 47/22 47/24
supervisors [3] 25/12 25/14 61/21

supplant [1] 197/25
Supplies [1] 30/8
supply [2] 199/20 200/1
support [2] 120/7 219/16
supported [1] 144/4
supporters [1] 84/17
supports [1] 175/13
supposed [4] 36/10 97/8 156/12
  202/18
sure [47] 9/20 13/4 13/6 23/17 29/5
  30/22 31/3 31/7 34/1 34/4 39/8 39/24
  40/1 52/17 59/2 59/7 62/9 71/23 77/20
  94/11 108/20 117/11 128/3 129/23
  132/11 135/22 137/10 144/8 153/3
  153/13 155/24 160/2 161/18 163/10
  166/2 170/4 183/16 196/12 197/11
  198/22 198/23 204/24 216/18 217/25
  225/14 240/7 243/13
surprise [3] 52/8 57/15 155/9
surprising [1] 57/16
surround [1] 181/20
surveillance [1] 42/19
suspected [2] 10/24 70/10
swap [2] 199/12 217/20
switch [1] 194/1
sworn [7] 5/16 6/3 79/16 79/19 79/22
  103/9 107/16
system [89] 17/2 17/11 17/18 17/22
  18/1 18/18 19/4 26/2 37/21 46/9 54/14
  56/18 56/21 58/3 58/8 61/7 61/10 61/12
  61/14 61/17 61/24 66/1 66/18 68/12
  71/15 75/23 76/4 76/5 76/18 76/21 77/4
  77/4 83/17 83/22 88/19 97/11 97/13
  109/25 110/16 110/17 115/2 115/14
  115/24 116/13 142/8 147/9 147/23
  149/3 149/24 192/22 194/3 194/4 196/1
  196/6 197/1 197/10 200/4 202/1 202/7
  202/10 206/10 207/23 210/2 211/7
  212/15 214/5 214/23 215/6 217/14
  218/10 222/21 222/25 225/3 225/17
  226/21 226/22 226/23 226/24 227/11
  227/15 229/8 229/14 230/20 230/21
  231/19 241/11 241/12 242/10 243/25
system's [5] 146/5 208/15 242/3
systems [20] 108/2 108/24 113/1
  115/22 192/24 195/25 198/17 200/17
  200/18 212/15 217/7 228/25 231/7
  231/8 231/11 231/12 231/17 231/18
  234/14 235/4
systemwide [1] 144/19

**T**

tab [41] 11/11 25/5 26/5 27/15 27/16
  29/24 30/1 32/3 32/4 34/13 34/20 38/2
  38/4 41/13 48/2 48/3 50/10 59/1 59/4
  59/13 59/15 60/11 64/6 64/6 65/24 66/5
  85/14 87/4 99/19 100/6 100/7 110/8
  111/4 130/11 130/12 130/21 130/22
  150/3 150/8 173/18 193/24
Tab 1 [6] 48/2 48/3 87/4 110/8 111/4
  130/12
Tab 10 [2] 34/13 34/20
Tab 11 [4] 29/24 30/1 32/3 32/4
Tab 12 [1] 41/13
Tab 13 [2] 26/5 27/16
Tab 17 [2] 65/24 66/5
Tab 18 [1] 11/11
Tab 2 [5] 50/10 59/4 130/11 130/21

Tab 20 [4] 59/13 59/15 64/6 64/6
Tab 21 [1] 60/11
Tab 3 [2] 150/3 150/8
Tab 6 [5] 38/2 38/4 85/14 100/6 100/7
table [1] 44/6
tabulate [1] 170/11
tabulated [4] 156/8 156/23 157/1
  186/17
tabulation [7] 76/3 76/5 76/17 76/21
  184/11 186/14 186/14 186/18
take [39] 11/25 17/23 18/4 19/9 19/23
  22/12 22/14 24/11 24/12 30/18 32/6
  32/13 60/7 88/14 102/20 105/4 120/11
  130/9 138/11 142/4 153/3 153/9 156/15
  166/16 170/19 171/15 171/19 174/12
  178/13 191/17 200/2 206/20 215/12
  217/2 217/22 220/4 220/13 220/16
  221/23
taken [16] 28/12 33/13 73/21 83/11
  102/25 129/23 137/5 171/3 174/12
  175/6 182/24 213/1 221/24 230/2
  230/14 232/10
takes [3] 155/16 180/2 205/14
taking [6] 24/11 27/7 32/6 57/21
  127/17 128/2
talk [17] 6/12 35/6 38/15 41/25 63/4
  63/15 99/4 106/10 130/18 152/6 157/17
  158/23 172/2 177/22 220/6 225/17
  228/24
talked [2] 69/15 93/9
talking [15] 34/5 45/8 76/4 99/14
  120/20 121/23 122/2 126/12 185/18
  202/5 208/23 226/6 226/19 228/1
  228/22
talks [2] 199/2 219/13
tamper [3] 141/23 181/21 218/9
tamper-evident [1] 141/23
tampering [2] 185/15 186/7
tape [2] 186/1 186/10
target [1] 214/9
targeted [1] 203/8
targets [1] 204/16
task [3] 18/6 28/6 58/14
tasked [10] 17/20 17/25 44/13 52/22
  55/10 55/12 55/25 66/11 72/14 89/14
tasks [1] 111/17
TAYLOR [1] 3/9
teach [3] 108/6 108/7 108/9
teaches [1] 172/6
team [7] 80/21 84/6 104/17 108/21
  109/11 120/12 188/6
technical [7] 136/25 149/21 161/4
  161/9 217/2 217/3 234/7
technician [21] 160/13 160/15 160/17
  160/18 160/19 160/23 161/1 161/14
  161/17 162/18 162/20 163/11 163/22
  164/2 164/12 164/17 164/18 165/7
  165/7 166/18 167/15
technique [3] 199/23 239/20 239/21
technology [2] 134/14 136/21
TED [1] 1/24
telephone [1] 98/9
tell [25] 12/1 15/5 15/7 30/18 59/1
  66/14 96/3 98/12 114/5 119/14 154/7
  155/15 160/15 161/8 169/21 174/5
  179/14 184/21 185/9 188/10 194/8
  204/25 212/5 222/16 234/18

**T**

**telling [4]**  11/7 93/9 98/14 166/16
**tells [1]**  195/23
**template [1]**  211/8
**ten [2]**  143/21 151/18
**ten seconds [1]**  143/21
**tenth [1]**  192/11
**tenure [1]**  84/1
**term [1]**  145/9
**terminal [18]**  144/24 145/1 145/2
145/14 145/17 145/25 146/16 146/20
151/21 162/5 162/8 162/12 163/14
166/8 168/21 178/12 179/18 179/18
**terminals [1]**  146/16
**terms [5]**  137/13 172/1 176/6 189/12
189/25
**test [6]**  185/16 201/6 201/7 201/11
201/16 213/13
**tested [1]**  203/15
**testified [23]**  6/3 29/17 39/24 54/9 55/2
58/1 66/1 77/22 88/7 90/18 91/8 91/12
93/17 94/5 95/11 96/19 107/16 110/5
129/5 171/10 173/1 203/15 230/7
**testify [6]**  63/19 81/20 110/4 112/11
113/11 131/11
**testifying [5]**  90/23 105/6 117/20
124/11 189/21
**testimony [24]**  5/23 81/16 94/11 96/24
100/24 102/17 103/15 105/2 113/14
117/21 121/9 125/6 125/22 127/4
131/10 170/20 173/3 203/25 216/17
228/14 230/23 236/4 240/20 247/12
**testing [14]**  117/18 127/14 128/6 128/6
129/18 140/15 140/18 176/21 177/25
200/12 200/21 200/22 201/1 201/3
**tests [1]**  109/1
**Texas [1]**  216/3
**text [20]**  120/5 144/16 145/2 145/5
156/6 156/10 156/13 164/16 164/21
165/1 165/10 165/14 169/21 170/17
185/3 187/21 187/24 188/1 188/9
190/24
**text-based [1]**  145/2
**than [30]**  5/22 16/20 28/22 34/16 39/18
77/5 98/13 116/23 121/22 126/22
128/15 132/22 136/3 145/4 157/24
161/13 176/12 178/22 180/2 180/11
188/19 191/6 192/18 210/1 211/12
212/9 213/17 215/11 225/12 231/18
**thank [78]**  5/25 25/23 27/17 31/12
31/18 32/5 34/11 37/24 43/5 45/25 59/9
59/9 66/4 71/9 72/18 73/8 73/22 73/23
76/15 77/7 77/14 85/6 85/8 91/24 98/3
99/22 100/8 100/9 101/22 102/13
102/15 102/16 102/22 103/15 104/2
106/16 107/11 107/13 108/12 110/3
111/1 115/20 116/17 122/17 126/14
129/2 130/20 138/8 138/18 145/21
147/18 147/19 151/10 166/23 172/23
176/14 182/16 194/17 199/7 206/13
214/12 218/11 219/24 220/3 220/21
221/12 221/22 222/19 223/7 223/22
223/23 223/24 224/23 224/3 227/7
237/22 246/9 246/14
**thanks [9]**  49/6 52/2 52/6 52/11 53/16
56/10 76/22 94/21 97/18
**that [1485]**

**that's [48]**  10/9 16/10 44/17 51/17
72/11 86/14 92/24 104/15 104/24
113/13 114/22 114/22 116/3 118/22
121/16 122/25 131/5 132/9 133/7
138/21 139/16 140/21 141/5 149/15
151/16 151/25 157/12 160/6 161/21
162/18 184/16 184/25 185/21 186/16
194/1 194/25 202/20 218/21 221/7
221/11 227/13 229/14 229/19 230/11
239/10 241/1 244/2 246/7
**theft [1]**  212/21
**their [42]**  9/21 10/9 20/2 20/14 21/6
47/22 54/18 55/25 58/8 61/18 63/10
80/8 80/8 80/24 81/7 81/11 83/5 83/9
89/4 90/15 93/3 98/22 102/10 126/11
134/16 136/25 147/8 147/9 188/2
188/15 188/18 188/21 189/1 189/14
190/1 190/24 213/5 213/14 216/5
225/20 225/20 244/14
**theirs [1]**  15/4
**them [65]**  12/13 15/21 28/21 35/3
35/15 40/25 51/7 62/1 64/10 64/11
64/16 65/3 65/8 71/1 72/4 72/9 80/19
81/1 81/1 83/8 86/21 90/9 90/14 91/5
93/3 95/7 98/11 98/12 98/12 98/14
98/15 100/2 104/19 105/19 111/21
118/17 119/3 119/8 120/7 121/3 122/16
125/19 128/23 130/19 137/10 144/16
153/15 158/4 158/5 158/10 166/18
172/21 177/17 183/6 188/10 189/1
189/4 191/2 203/2 214/4 214/7 214/8
217/4 217/4 229/1
**themselves [3]**  11/4 121/7 190/25
**then [88]**  9/6 9/14 11/15 12/1 13/14
14/4 18/10 22/21 25/11 25/13 27/19
30/14 30/24 31/12 36/15 36/20 38/19
49/1 49/16 50/16 51/10 52/22 60/25
62/16 66/6 67/7 67/18 68/1 81/7 91/1
102/21 105/4 105/17 106/10 111/3
121/11 124/9 124/10 124/13 124/23
125/17 127/10 127/19 127/20 132/17
132/22 135/24 136/19 136/21 142/21
153/5 156/6 158/6 159/21 160/12
166/11 166/14 170/22 171/20 174/7
174/9 178/5 178/12 179/14 179/17
189/23 192/6 196/7 200/8 203/2 203/6
206/6 206/7 213/13 214/6 215/17 216/2
216/20 219/19 226/9 226/9 227/4
230/23 235/12 239/2 242/21 246/12
246/13
**theories [2]**  106/2 228/23
**there [291]**
**there's [8]**  9/14 47/20 51/13 122/7
197/6 224/14 231/1 235/14
**thereby [2]**  224/1 246/17
**therefore [1]**  125/21
**therein [1]**  247/11
**thereof [1]**  112/25
**these [43]**  31/12 33/13 33/23 34/17
34/17 53/2 73/10 75/21 82/12 86/16
93/9 134/15 134/18 136/5 140/17
155/10 158/3 158/10 168/11 173/23
174/8 177/1 184/17 185/2 185/17 195/4
195/7 198/17 208/10 209/18 211/9
212/3 213/14 214/25 216/5 218/8 219/7
228/21 229/15 230/19 243/23 245/11
245/13
**they [172]**  10/10 10/17 11/7 13/16 15/3

193 15/21 15/21 20/14 21/2 23/20
23/21 24/19 28/22 47/21 47/23 47/24
49/9 49/13 53/17 53/18 53/19 54/1 54/3
54/4 54/8 54/19 55/10 55/12 55/12
56/13 56/23 57/1 58/7 58/21 61/24
61/25 62/9 63/10 63/12 63/15 64/11
69/22 70/5 70/7 71/19 71/23 75/13
75/15 80/7 80/19 80/20 80/24 80/25
81/3 81/4 81/5 81/6 90/16 92/11 92/11
92/23 92/23 92/24 92/25 93/7 94/9
94/25 96/13 97/8 97/16 98/11 98/13
98/13 98/18 98/19 98/24 100/12 100/18
100/19 100/21 101/18 102/9 105/2
105/18 105/25 106/13 113/15 113/18
113/19 115/19 118/19 118/20 118/21
118/22 118/24 118/25 120/5 120/25
120/25 121/2 121/2 121/8 122/1 124/19
124/23 125/5 125/9 125/11 125/12
125/13 125/17 125/20 134/16 136/15
136/16 136/19 136/21 136/22 136/25
137/11 140/16 153/13 158/3 163/8
164/19 170/18 177/8 180/23 180/25
180/25 184/2 187/13 188/24 190/23
190/24 190/25 191/2 195/6 200/2
200/19 203/15 204/25 211/15 211/16
211/17 211/21 211/22 211/23 212/12
212/14 212/19 213/7 213/7 214/10
214/11 217/3 223/12 223/16 224/24
225/15 225/16 230/13 231/2 231/17
232/12 234/14 235/20 236/13 237/14
245/18 245/19
**thing [14]**  21/7 31/21 64/7 82/9 90/21
114/19 116/11 126/24 130/13 146/24
160/7 165/7 197/6 221/4
**things [25]**  8/25 15/6 15/6 18/13 22/9
25/24 56/17 62/8 72/2 82/14 90/5 93/9
106/6 117/13 161/11 161/11 171/5
178/9 182/21 193/24 201/17 215/18
217/6 217/12 218/8
**think [110]**  12/23 15/14 15/15 23/12
24/17 25/4 29/20 31/4 40/18 47/19 49/6
53/13 54/16 59/5 63/25 69/7 75/4
75/17 77/4 77/9 77/13 78/11 81/17
82/24 86/23 89/20 97/21 97/25 98/2
98/11 101/17 105/23 106/6 106/19
112/17 113/2 113/10 113/15 113/15
113/22 115/9 116/23 121/16 124/8
124/13 126/24 127/1 131/10 132/12
132/19 135/6 137/25 138/21 142/9
142/15 143/5 143/7 143/22 146/23
147/1 149/22 151/7 154/3 155/7 155/9
163/9 168/10 169/4 169/6 169/12
171/12 172/3 172/6 172/8 176/11
176/12 176/25 177/23 182/2 182/8
183/12 184/7 189/18 189/20 190/11
195/4 198/15 198/18 199/6 200/15
200/22 200/23 201/1 201/23 204/17
210/23 210/24 214/2 216/16 220/25
223/13 225/10 225/20 228/6 228/17
232/16 232/17 238/14 244/6
**third [10]**  48/3 48/6 84/3 97/13 157/17
160/17 192/4 234/5 239/24 240/2
**third-party [2]**  97/13 239/24
**thirds [1]**  238/25
**this [503]**
**Thompson [2]**  119/17 175/10
**those [54]**  8/14 9/6 12/23 13/7 18/15
20/15 36/20 75/11 79/7 79/11 82/13

**T**

**those... [43]** 82/13 82/15 85/6 98/23 108/16 109/19 110/18 123/15 127/19 127/20 134/20 140/19 144/11 158/12 158/18 158/20 166/20 175/24 179/5 181/1 181/4 185/19 186/3 186/4 186/14 188/10 203/2 205/16 206/8 208/7 214/21 214/23 217/7 228/25 230/10 230/12 230/24 231/13 233/3 233/5 239/11 242/12 242/22
**though [5]** 5/23 41/10 100/23 118/25 124/25
**thought [10]** 35/17 37/6 53/25 61/25 87/25 95/19 95/24 96/7 129/22 165/20
**thousands [1]** 20/1
**thread [1]** 87/17
**threat [8]** 200/23 200/24 202/3 204/7 206/2 206/16 231/4 235/22
**threaten [1]** 229/20
**threats [9]** 84/21 84/23 106/16 110/25 205/12 206/11 217/6 217/7 232/11
**three [14]** 6/21 33/3 108/14 113/14 149/8 186/23 187/2 187/3 187/4 187/12 208/3 209/20 213/16 246/10
**three degrees [1]** 108/14
**three seconds [1]** 149/8
**three years [1]** 213/16
**through [41]** 10/11 10/19 10/21 11/25 14/11 15/5 15/10 30/18 31/16 36/6 56/17 59/5 77/25 113/5 127/3 129/23 130/8 130/10 137/6 137/20 142/1 142/23 144/11 144/14 144/21 145/4 153/11 157/1 160/6 167/3 174/10 175/20 178/9 178/11 178/25 179/6 185/19 186/3 202/5 205/21 226/23
**throughout [2]** 9/14 226/20
**thunder [1]** 42/15
**thus [2]** 121/12 194/23
**tie [4]** 15/21 36/5 36/6 75/19
**ties [2]** 36/23 71/20
**time [66]** 9/19 12/4 16/12 19/23 20/21 23/15 25/17 26/16 28/3 30/23 32/1 32/16 35/19 35/20 45/10 47/10 53/18 56/14 61/23 62/1 67/15 68/16 69/17 76/10 79/9 81/2 90/3 94/18 95/25 96/5 96/6 101/12 105/21 106/7 113/9 117/19 117/23 120/8 120/10 123/21 125/16 137/10 156/15 167/3 168/13 172/20 179/22 179/25 201/18 204/3 209/24 213/17 215/7 215/13 215/16 217/6 218/4 221/14 223/18 230/13 235/7 235/11 235/14 235/18 236/8 240/8
**timeline [1]** 23/2
**times [6]** 78/1 79/22 82/21 163/23 164/4 185/2
**timing [1]** 125/2
**TIR [1]** 120/14
**title [2]** 8/10 156/5
**titled [1]** 173/18
**titles [1]** 64/21
**tobacco [1]** 6/23
**today [16]** 38/12 73/20 87/13 93/21 118/8 121/10 121/14 220/10 220/17 220/19 234/12 234/22 240/17 242/5 244/3 245/17
**together [4]** 64/10 64/12 81/1 116/24
**told [9]** 28/25 91/1 97/16 119/3 125/1

123/9 126/19 126/20 239/14
**tomorrow [5]** 38/16 216/19 220/18 221/3 246/13
**Tony [18]** 24/19 43/9 43/17 44/2 44/23 45/14 46/19 60/18 142/14 150/1 150/5 174/21 177/11 185/5 185/12 195/16 198/7 207/17
**too [12]** 16/12 24/2 31/24 40/4 65/10 77/6 91/3 91/13 91/20 166/5 203/4 205/17
**took [13]** 14/2 22/2 29/3 143/19 143/21 204/4 211/17 211/21 213/7 213/7 213/15 213/17 218/22
**tool [3]** 14/13 142/1 204/13
**tools [2]** 158/15 158/17
**top [15]** 11/14 12/17 12/24 19/10 19/16 23/10 24/18 43/12 46/6 87/17 95/6 109/13 161/19 164/13 181/7
**topic [1]** 192/15
**topics [1]** 192/15
**total [4]** 47/13 97/17 97/23 213/3
**totally [2]** 225/15 227/4
**totals [1]** 174/11
**TOTENBERG [1]** 1/11
**touch [6]** 98/15 155/20 155/21 155/24 161/24 162/3
**towards [1]** 75/8
**track [7]** 52/13 52/15 53/5 61/15 63/10 64/17 91/14
**tracked [1]** 65/7
**tracking [2]** 64/15 134/13
**tracks [2]** 52/19 53/2
**trailing [1]** 155/1
**training [25]** 9/8 9/12 10/10 10/12 10/16 10/17 10/19 10/20 10/21 10/22 19/5 19/7 36/22 47/16 102/9 116/25 117/2 117/3 117/5 171/24 172/3 172/10 172/17 172/19 182/1
**trainings [4]** 9/11 9/14 9/15 9/15
**transcript [8]** 1/1 1/5 1/7 1/8 1/10 1/22 203/22 247/9
**transcripts [1]** 1/2
**transition [1]** 225/13
**transmission [1]** 65/19
**tremendous [1]** 217/22
**trial [16]** 1/10 102/18 113/10 113/12 120/19 121/10 123/16 123/24 124/20 124/24 125/1 127/3 127/3 173/1 233/17 237/25
**tried [3]** 77/11 105/23 106/5
**tries [1]** 127/25
**triggered [1]** 237/2
**trip [1]** 24/12
**trouble [2]** 31/25 57/18
**troubling [1]** 64/13
**true [9]** 11/2 15/7 65/16 75/1 121/14 159/12 194/25 231/1 247/9
**Trump [3]** 84/17 84/25 85/2
**trustworthy [1]** 39/18
**truth [15]** 11/8 15/5 15/10 15/12 15/14 33/23 33/25 37/19 40/8 40/9 40/13 40/25 64/2 65/7 65/18
**try [7]** 38/15 98/7 105/5 192/7 202/4 202/9 238/8
**trying [13]** 41/21 41/23 51/23 53/12 81/1 87/23 113/7 127/15 127/23 181/12 183/8 215/11 236/10
**TSx [1]** 225/5

**turn [15]** 14/4 26/7 32/20 48/3 110/8 111/4 130/11 150/3 160/10 193/12 193/14 194/18 220/8 238/17 240/23
**TURNER [1]** 1/24
**turning [4]** 111/17 129/19 173/17 184/7
**twice [2]** 22/8 110/5
**two [25]** 7/2 25/14 36/7 51/10 51/18 52/19 53/2 53/8 120/13 129/4 150/16 150/17 180/3 186/22 186/22 187/2 193/14 209/10 221/16 221/19 221/19 222/13 222/20 238/25 246/9
**two minutes [3]** 51/10 51/18 180/3
**two years [1]** 129/4
**two-thirds [1]** 238/25
**type [9]** 37/14 128/22 143/1 145/3 148/14 152/12 152/13 166/11 208/24
**typed [2]** 145/6 166/14
**types [4]** 146/10 147/21 192/23 207/6
**typical [6]** 136/8 146/10 146/13 181/24 182/4 205/11
**typically [12]** 19/13 72/1 136/11 143/1 143/6 146/11 146/17 146/18 147/21 147/23 153/3 181/6
**typing [1]** 161/3
**TYSON [19]** 3/6 4/16 4/17 116/21 119/17 119/21 124/19 161/20 171/16 175/21 189/24 190/3 215/23 218/17 219/6 224/7 226/9 228/19 239/17
**Tyson's [1]** 125/4

**U**

**U.S [3]** 108/22 108/24 231/3
**UGA [1]** 189/3
**Uh [1]** 94/20
**Uh-huh [1]** 94/20
**ultimately [4]** 29/20 123/14 124/8 175/11
**unable [1]** 222/25
**unanswered [1]** 56/17
**unapproved [2]** 242/2 242/7
**unauthorized [19]** 46/8 50/25 52/18 52/23 54/23 55/9 70/10 70/21 83/16 84/3 93/8 93/12 97/1 97/4 97/5 97/6 97/9 97/10 97/12
**unavailable [1]** 161/6
**uncover [1]** 102/10
**under [14]** 107/10 113/11 122/12 123/4 134/9 136/5 140/9 154/11 175/8 201/6 201/7 212/11 219/19 241/11
**undergone [1]** 140/17
**undergraduate [2]** 108/7 108/8
**underlying [4]** 123/11 123/12 124/5 142/7
**undermine [1]** 235/23
**understand [27]** 11/22 31/6 31/19 33/12 41/23 48/18 73/23 78/7 83/24 94/16 109/19 110/17 110/24 113/8 118/3 127/15 127/18 135/23 135/24 147/18 187/16 196/12 207/22 226/25 238/12 243/13 244/6
**understandable [1]** 145/22
**understanding [20]** 14/6 14/16 53/17 54/1 56/25 81/18 81/23 82/2 94/9 94/25 95/10 95/16 95/18 100/21 106/22 114/24 131/20 200/19 205/24 226/10
**understood [8]** 43/1 100/24 116/6 117/11 133/10 137/11 197/11 226/13

**U**

**undertaken [2]** 143/12 182/14
**undisclosed [2]** 120/24 120/25
**unfolded [1]** 74/16
**unfortunate [1]** 241/10
**unfortunately [2]** 206/20 212/25
**uninstall [1]** 179/19
**Unintelligible [2]** 35/6 41/25
**unique [2]** 134/20 146/6
**unit [2]** 6/14 30/20
**UNITED [15]** 1/1 1/12 1/24 94/19
153/24 155/19 156/16 169/23 175/15
216/12 218/19 219/11 247/3 247/7
247/17
**units [1]** 225/5
**university [4]** 107/24 108/15 108/21
188/23
**Unix [1]** 146/8
**unless [3]** 113/19 118/9 126/20
**unlike [2]** 147/7 175/3
**unlocked [2]** 161/4 161/14
**unlocks [1]** 160/19
**unpatched [2]** 210/3 210/16
**unplug [1]** 178/2
**unpredictable [1]** 221/3
**unquote [1]** 150/22
**unredacted [2]** 103/25 107/8
**until [14]** 68/10 78/14 102/17 102/21
102/24 118/9 123/15 125/1 125/2
201/11 201/14 212/17 221/6 226/14
**untimely [1]** 119/23
**up [76]** 8/11 18/24 22/7 31/1 31/17
31/17 31/17 36/22 42/19 43/9 43/17
44/23 49/1 49/13 52/13 52/16 53/14
53/18 54/2 54/10 56/9 57/10 60/13
62/17 72/15 75/22 77/1 77/1 80/15
82/18 84/8 86/8 87/2 88/12 95/4 95/8
95/20 95/23 96/5 96/12 97/17 100/23
105/16 105/20 105/21 105/22 106/10
106/12 113/18 122/15 125/1 128/19
142/12 144/16 150/5 152/19 152/25
156/3 157/14 170/1 182/5 183/8 183/13
193/10 193/13 197/8 211/7 217/12
217/13 217/15 217/17 220/13 220/18
222/15 236/24 240/22
**update [7]** 54/4 54/6 57/24 121/24
128/18 193/19 204/14
**updated [3]** 140/25 205/11 244/14
**updates [26]** 98/13 160/22 204/11
205/8 205/17 205/21 210/4 230/15
230/20 230/21 230/23 230/24 231/2
231/5 231/6 241/2 241/6 241/10 241/13
241/16 241/19 242/2 242/7 242/11
242/16 245/9
**updating [1]** 161/11
**upload [1]** 126/9
**upon [5]** 15/11 36/11 83/8 83/13
189/22
**upset [3]** 89/21 100/2 100/11
**urged [1]** 232/3
**us [40]** 10/2 10/15 11/23 15/7 17/3
32/13 38/13 85/20 91/4 108/18 118/16
119/14 120/16 125/2 125/8 141/2 144/7
144/11 149/13 149/14 153/2 154/7
154/18 155/15 159/13 160/15 160/25
161/8 161/17 163/25 174/5 176/21
179/5 185/9 194/8 194/19 195/14

**USB [42]** 158/17 167/11 174/7 176/4
177/9 178/2 178/3 178/10 178/14
178/15 178/22 178/24 179/20 179/21
179/22 180/11 180/16 180/18 180/19
180/22 181/2 181/3 181/3 181/16 187/7
187/12 193/23 196/9 202/11 202/25
203/2 203/5 203/11 203/15 203/19
204/18 206/7 206/8 210/10 210/12
210/14 211/24
**use [31]** 14/13 36/15 36/16 63/10 64/20
76/18 76/21 144/15 158/12 158/20
159/19 161/10 163/13 167/6 168/14
171/1 171/1 171/25 172/17 173/25
195/1 197/12 197/24 202/11 204/5
209/9 214/7 214/10 216/5 216/8 216/12
**used [50]** 13/21 30/25 61/14 64/19
108/11 108/24 110/1 110/2 120/7
120/18 120/19 126/8 127/25 129/7
142/3 143/2 143/6 155/4 156/8 157/21
157/22 158/25 159/2 159/5 159/10
159/13 160/25 161/9 162/24 163/2
163/6 168/21 172/18 175/23 195/9
196/9 197/19 203/11 203/16 204/17
206/3 206/5 208/5 211/19 211/24
212/12 212/13 215/24 226/24 243/18
**user [3]** 203/4 208/12 209/2
**users [2]** 208/4 208/7
**uses [5]** 61/18 174/8 179/16 179/18
196/7
**using [17]** 15/11 144/22 148/22 152/8
157/24 157/25 159/16 161/14 165/3
196/1 199/23 199/24 202/9 203/16
203/19 203/19 225/1
**usually [3]** 69/23 145/3 205/2

**V**

**vacancies [1]** 25/21
**valid [1]** 135/7
**validate [1]** 194/11
**validated [6]** 133/22 134/1 134/2
136/14 213/10 213/21
**validating [1]** 134/16
**valuable [2]** 126/4 222/3
**value [1]** 204/16
**variety [4]** 75/1 183/12 183/13 206/21
**various [10]** 8/4 9/11 9/13 47/20 61/5
61/6 78/4 101/18 198/16 229/15
**vehicle [1]** 6/22
**vendors [1]** 241/11
**vent [1]** 21/4
**verification [4]** 96/15 109/2 113/20
190/15
**verified [3]** 81/11 216/10 242/14
**verify [4]** 49/20 56/2 58/12 72/10
**verifying [3]** 56/22 80/8 214/19
**version [21]** 64/23 103/24 103/25
106/22 107/6 107/8 128/17 141/1
143/25 144/1 144/2 178/15 178/19
178/20 179/19 180/5 193/20 194/15
209/22 211/22 236/15
**versions [3]** 187/15 187/19 236/12
**very [31]** 16/5 22/1 32/5 43/8 56/2
72/18 87/3 99/11 100/2 100/11 102/16
103/15 105/2 116/1 122/18 129/22
133/16 145/22 159/3 164/10 165/21
166/11 201/10 204/11 205/1 205/8
211/16 212/6 221/1 230/4 238/14

**vetted [1]** 73/17
**via [4]** 167/15 179/9 206/17 206/21
**video [38]** 42/19 43/18 46/19 82/10
86/7 173/22 173/25 174/5 174/6 174/6
174/12 174/19 174/22 175/1 175/5
175/6 175/20 176/19 177/12 177/22
178/8 181/7 184/7 184/8 184/11 184/15
184/16 184/17 185/1 185/7 185/9
185/11 185/13 193/15 193/17 194/5
194/9 201/13
**videotape [4]** 43/19 44/25 45/15
177/13
**view [3]** 128/11 161/20 235/10
**Village [1]** 129/15
**VINCENT [2]** 3/3 59/16
**vine [1]** 54/15
**violate [1]** 242/3
**violation [6]** 20/10 20/18 21/2 35/15
36/1 60/23
**violations [3]** 20/9 20/11 82/15
**virus [1]** 203/5
**viruses [1]** 205/1
**visibly [1]** 217/20
**visit [3]** 19/24 80/1 80/10
**visited [1]** 42/12
**visiting [1]** 47/19
**visits [1]** 62/9
**voice [1]** 155/1
**voir [3]** 4/15 112/13 116/18
**VOLUME [1]** 1/10
**voluntarily [1]** 124/24
**VON [4]** 2/10 4/15 107/20 114/19
**vote [23]** 21/7 85/1 152/24 152/25
153/19 154/4 156/14 156/16 156/20
158/25 167/23 169/15 169/22 169/24
170/7 170/10 170/13 170/15 184/23
188/8 188/10 235/1 235/19
**voted [6]** 22/8 160/7 168/3 169/25
170/3 170/4
**voter [51]** 71/18 97/9 109/1 141/4
153/13 153/14 153/15 153/17 155/17
156/24 158/25 159/2 159/3 159/5 159/7
159/8 159/10 159/16 159/18 159/19
159/19 159/20 159/21 159/22 163/19
167/24 170/15 180/24 181/15 183/11
185/1 190/2 190/4 190/15 191/7 192/5
192/8 212/15 217/15 218/3 223/16
225/17 226/12 226/15 226/24 227/3
227/17 227/25 229/8 233/7 237/10
**voter's [8]** 21/6 155/17 156/10 163/7
163/15 170/16 184/3 231/20
**voters [18]** 26/1 85/8 110/19 153/10
156/15 188/2 188/10 188/17 188/21
188/25 189/3 189/5 189/7 189/9 190/23
191/5 191/6 214/7
**voters' [4]** 69/6 69/10 218/4 233/1
**votes [26]** 163/14 174/9 184/15 184/21
185/1 186/10 186/13 186/15 186/17
186/22 186/22 186/23 187/1 187/1
187/2 187/2 187/3 187/3 187/4 187/4
187/13 187/13 188/18 217/20 224/15
244/18
**voting [59]** 33/4 36/2 46/9 50/25 51/24
52/23 53/13 54/14 54/23 55/9 58/3 58/6
58/8 70/10 70/17 71/15 82/4 83/21
88/19 89/4 89/15 90/1 90/10 93/8 97/1
108/22 118/14 126/9 129/15 143/13
147/9 152/7 152/20 152/21 153/1

**V**

**voting... [24]** 153/11 163/17 163/19
163/21 167/3 167/5 167/8 180/24 181/1
184/8 184/12 191/1 201/4 215/24 216/6
216/9 216/10 216/13 217/6 225/11
231/7 231/12 231/15 241/11

**vs [1]** 1/5

**vulnerabilities [74]** 110/17 112/9
127/12 127/19 127/20 128/1 128/10
129/22 131/25 132/6 133/19 133/22
134/12 134/13 134/17 135/16 137/5
137/6 151/18 151/18 154/24 155/3
155/4 173/17 173/23 174/8 192/22
193/12 194/18 195/1 195/4 195/7
195/11 197/23 202/4 207/1 207/22
207/24 208/1 208/10 209/7 209/18
209/20 210/3 210/7 210/18 211/5
211/10 213/10 213/14 213/20 213/24
213/25 214/2 214/3 214/11 214/14
214/25 215/2 215/4 215/6 215/14
215/16 215/19 226/21 228/21 228/24
229/19 231/24 232/11 234/13 242/2
245/12 245/20

**Vulnerabilities 8 [4]** 194/18 195/1
197/23 207/1

**vulnerability [60]** 127/14 130/9 131/1
131/2 134/24 135/11 135/13 135/21
135/24 136/11 136/13 136/19 137/11
137/16 141/11 141/19 144/23 149/10
150/15 151/20 157/18 158/24 160/11
162/9 174/17 193/16 193/18 193/18
194/8 194/10 194/22 195/20 196/22
196/25 197/12 197/17 197/19 197/20
208/12 208/18 210/8 210/11 210/14
210/16 214/15 214/17 214/21 215/9
224/12 224/14 224/17 224/21 227/10
227/14 227/24 228/3 229/4 229/7
229/16 239/19

**Vulnerability 2 [1]** 208/12

**Vulnerability 3 [1]** 208/18

**Vulnerability 6 [2]** 193/16 193/18

**Vulnerability 7 [1]** 194/10

**Vulnerability 8 [1]** 197/20

**Vulnerability 9 [1]** 197/19

**vulnerable [4]** 206/24 207/5 210/14
245/10

**W**

**W-A-T-S-O-N [1]** 5/21

**wait [4]** 111/2 123/14 124/20 154/8

**waited [1]** 201/14

**waiting [8]** 54/2 56/14 57/1 94/9 94/25
96/14 96/14 100/21

**waived [7]** 113/7 113/19 118/14 119/1
122/14 123/19 125/25

**waiver [5]** 122/20 123/10 123/22 125/4
125/5

**walk [6]** 14/10 15/5 15/10 126/9 144/11
217/15

**walked [3]** 45/21 47/2 56/16

**walking [2]** 43/15 43/21

**want [58]** 15/5 16/8 23/16 24/2 37/19
41/5 59/2 75/13 76/22 94/11 103/3
104/11 106/9 107/2 107/9 113/23 114/7
114/18 125/1 125/18 128/3 130/17
131/6 132/10 135/22 138/22 147/7
155/25 157/17 158/23 160/10 161/23

163/25 164/19 165/22 165/22 165/25
166/12 172/24 177/5 177/17 184/20
187/8 192/15 193/9 193/12 193/14
194/18 194/20 198/20 220/12 220/14
220/18 222/15 223/12 225/19 228/18
243/13

**wanted [15]** 41/16 42/25 77/20 106/12
110/23 113/3 118/4 165/3 167/10
174/25 192/13 200/3 220/5 223/18
225/8

**wanting [2]** 139/3 217/8

**wants [1]** 75/14

**warmer [1]** 116/22

**warning [2]** 91/17 116/4

**was [508]**

**Washington [15]** 153/25 154/2 154/3
154/4 155/20 156/14 156/17 156/20
160/7 160/8 168/2 169/16 169/25 170/3
170/8

**wasn't [12]** 31/7 42/24 53/19 54/3
69/23 71/2 91/5 91/22 99/8 115/25
126/20 219/2

**watched [2]** 193/15 194/9

**watching [1]** 186/4

**water [2]** 77/18 170/23

**WATSON [35]** 4/5 5/9 5/20 6/2 6/6
11/10 16/15 18/25 19/20 23/11 24/4
29/24 32/13 34/13 34/20 41/13 42/23
43/11 43/21 45/4 48/3 51/16 53/21 55/7
58/10 59/12 71/12 74/2 76/10 77/18
85/7 85/13 88/15 102/7 110/10

**Watson's [2]** 45/18 45/23

**way [56]** 9/15 15/6 18/2 20/22 21/21
53/3 56/10 56/17 57/5 64/17 66/17 75/2
76/24 77/10 95/23 96/25 117/17 121/8
127/22 136/17 139/23 140/22 140/24
141/3 143/16 144/21 146/2 146/7
157/13 159/18 159/20 164/19 170/5
176/16 183/6 191/9 191/22 191/22
195/1 195/7 197/4 197/15 201/10 208/4
211/4 211/7 214/3 214/4 214/22 217/20
222/2 223/21 226/13 233/8 238/25
246/8

**ways [5]** 127/23 201/5 213/19 213/23
231/12

**we [285]**

**we'll [11]** 102/20 106/11 110/12 126/25
167/6 170/22 171/20 186/2 192/7 238/9
246/13

**we're [38]** 17/24 32/6 33/22 37/18 40/7
40/9 42/19 47/20 55/10 58/1 58/10
60/12 71/24 73/15 76/20 76/21 120/20
122/2 125/21 152/20 163/21 163/25
167/8 167/25 169/15 171/2 177/15
178/4 185/17 186/4 186/14 220/4 222/2
222/5 223/5 223/8 228/22 232/17

**we've [8]** 93/9 161/25 189/23 202/5
206/25 207/6 207/7 220/25

**weak [1]** 245/9

**weakness [1]** 223/2

**weaknesses [1]** 234/17

**website [4]** 24/23 25/2 149/13 149/20

**week [9]** 69/13 116/23 116/24 123/25
130/19 154/18 154/19 200/11 240/21

**weeks [3]** 9/20 10/6 95/20

**WEIGEL [1]** 3/8

**WEINHARDT [1]** 2/6

**WELCH [3]** 1/23 247/6 247/16

**welcome [4]** 23/23 63/14 105/20 114/3

**well [92]** 7/12 13/9 14/20 15/8 18/1
21/21 23/24 28/18 32/13 34/6 34/7 40/2
40/15 44/16 53/2 64/1 66/16 88/1 92/24
93/21 99/8 104/23 113/22 114/12
114/16 115/5 115/13 116/22 124/11
124/13 125/5 126/14 128/23 129/14
131/12 132/19 135/5 138/24 139/10
142/2 144/13 145/2 146/1 146/11
147/23 148/18 153/20 156/15 159/20
160/23 169/8 169/12 172/19 173/7
176/25 177/6 180/19 180/22 181/13
182/17 183/3 189/11 190/5 190/14
191/22 193/6 200/3 202/14 204/4 208/7
212/4 212/9 212/24 212/25 214/2
216/18 217/1 217/17 217/21 223/2
223/13 231/1 231/10 232/13 232/24
238/8 238/15 240/2 240/4 242/6 242/7
243/2

**went [16]** 8/1 9/18 28/8 38/24 45/17
46/14 47/8 66/12 77/1 77/1 80/10 85/23
86/6 90/19 121/22 160/6

**were [217]** 6/13 7/25 8/2 9/23 10/2
10/5 10/7 10/17 10/17 10/23 12/11
16/16 17/12 17/15 18/16 18/25 20/22
21/1 21/5 21/14 21/23 23/21 26/19
28/20 28/22 30/20 32/16 33/2 33/4 36/4
36/5 36/23 39/5 39/11 39/12 43/2 43/2
44/11 46/7 47/23 52/19 53/2 53/5 53/18
53/19 53/21 54/1 54/3 54/4 54/16 55/10
55/12 55/12 55/16 56/2 56/11 56/13
57/1 57/21 59/1 61/10 61/19 65/7 65/25
67/1 67/14 68/8 68/16 69/3 69/15 69/17
70/8 70/12 71/5 71/14 72/16 72/21 74/6
74/6 74/9 74/12 74/15 74/15 74/23 76/1
76/12 78/2 78/21 79/19 79/22 79/25
80/7 80/19 80/20 80/24 80/25 81/6
81/10 81/20 82/3 82/7 82/8 82/15 83/11
83/13 84/13 86/3 86/3 86/9 86/12 86/13
86/14 88/7 89/14 89/16 90/3 90/16
92/23 92/25 94/2 94/9 94/25 96/1 96/14
96/17 97/2 97/8 97/15 97/16 98/16
98/24 100/13 100/21 101/13 101/18
101/20 110/1 110/14 110/20 111/18
112/3 116/6 116/24 116/24 118/10
119/3 119/4 120/19 120/24 120/25
120/25 121/2 121/2 121/8 124/21
125/11 126/15 129/19 134/15 136/15
137/12 149/5 149/5 154/15 166/17
166/20 166/20 168/12 168/15 175/3
178/6 180/10 181/11 184/15 184/18
186/25 187/4 188/13 189/2 200/19
202/16 202/17 203/1 203/2 203/11
203/14 204/18 207/22 210/1 210/7
211/8 212/11 212/12 215/21 222/7
222/13 222/20 225/11 225/21 226/10
226/22 230/13 231/5 232/12 234/14
236/18 237/6 238/2 239/14 241/21
241/23 244/11 244/16 244/19 245/18
245/19 246/17

**weren't [2]** 53/8 170/4

**Westlaw [1]** 219/25

**what [299]**

**whatever [4]** 53/16 189/21 189/22
222/8

**whatsoever [1]** 34/4

**when [100]** 6/13 7/7 7/13 7/22 9/18
9/23 10/5 10/16 14/6 15/16 15/20 16/16

284

**W**

**when...** [88]  17/15 17/20 17/25 18/16 18/25 20/1 20/9 20/11 22/17 23/11 34/9 36/2 38/13 47/8 52/15 53/11 58/1 61/10 61/15 62/8 64/20 67/16 69/2 71/22 71/23 74/21 75/4 76/17 76/20 77/24 77/24 78/13 78/16 78/17 78/21 78/21 79/19 81/3 83/14 85/20 87/20 88/8 89/14 89/10 90/9 90/10 90/20 92/23 92/25 93/6 97/16 101/2 114/8 115/1 115/24 116/23 116/24 118/19 119/3 120/5 124/24 129/21 133/4 134/9 136/8 136/16 137/20 146/10 147/21 150/11 150/21 151/6 153/13 162/2 170/2 179/15 190/23 192/8 197/5 197/7 198/3 203/7 203/7 209/12 222/6 226/14 230/13 244/16

**where** [40]  5/5 12/17 14/19 18/6 25/6 35/25 42/16 43/7 48/16 51/3 54/4 70/2 72/3 75/6 86/7 95/21 99/11 105/25 113/8 122/12 124/22 139/2 140/6 141/24 147/8 157/20 168/7 168/17 180/18 183/8 188/24 193/4 193/22 198/22 219/12 221/9 225/2 230/12 233/2 240/24

**whereof** [1]  247/12

**Whereupon** [2]  6/1 107/14

**whether** [61]  10/5 10/7 12/1 13/15 15/6 21/6 21/25 29/18 31/5 31/10 42/24 44/9 50/1 52/22 53/14 54/13 54/18 54/22 55/8 56/23 69/15 70/21 72/10 76/11 80/22 81/4 82/13 87/21 89/22 89/22 91/11 93/7 94/7 94/22 100/18 103/16 120/2 122/7 122/7 132/8 181/15 192/17 192/25 201/18 204/25 206/23 207/5 207/22 210/17 211/4 214/19 214/20 215/1 221/15 222/24 226/17 230/1 232/10 237/14 239/18 241/22

**which** [61]  6/23 7/18 8/3 9/18 9/22 15/25 18/23 23/11 37/11 50/10 55/19 75/1 75/2 79/4 81/6 82/10 88/22 92/18 114/9 120/3 120/8 121/1 125/2 129/15 130/13 136/5 141/2 142/23 146/20 148/5 148/12 150/18 155/17 160/19 174/22 175/3 175/12 175/23 176/19 185/6 189/22 191/22 199/5 204/18 206/19 208/9 208/20 212/12 212/12 214/5 219/3 219/13 231/1 232/25 235/7 240/4 241/11 241/24 242/13 243/12 246/8

**while** [17]  21/14 28/20 30/20 32/6 38/15 47/12 56/11 61/19 71/14 97/2 97/15 119/10 161/6 175/2 175/5 190/25 222/1

**white** [1]  152/19

**who** [71]  5/8 12/23 26/16 26/16 27/23 28/23 28/25 31/21 32/16 35/22 35/24 40/10 45/21 45/21 46/3 46/8 47/21 49/16 49/25 50/17 51/1 54/13 59/16 61/17 61/18 65/12 71/14 72/4 72/23 74/19 80/10 80/10 86/1 86/10 95/8 95/13 95/15 99/5 99/7 99/10 99/13 101/7 106/18 126/15 126/16 128/24 129/4 129/5 130/18 136/18 179/5 188/7 198/16 198/18 198/16 199/4 199/18 200/3 200/3 208/23 208/24 209/2 209/2 209/13 213/3 214/8 214/9 216/25 217/9

**whoever** [1]  61/22

**whole** [9]  105/15 106/2 114/19 114/20 125/19 138/22 218/7 223/15 226/15

**whose** [1]  21/22

**why** [30]  7/16 16/4 16/7 24/22 26/13 31/11 65/12 72/11 72/14 80/5 95/23 96/3 99/18 99/25 114/14 139/4 146/23 170/19 180/20 183/14 195/11 201/1 205/10 205/10 208/6 226/13 232/23 242/8 242/16 246/12

**wide** [2]  36/4 134/13

**widely** [1]  108/10

**will** [45]  1/3 29/24 59/6 60/11 76/7 106/14 106/23 114/9 114/12 118/7 120/6 121/1 121/10 121/13 121/14 123/13 123/23 125/14 126/7 127/6 128/9 139/23 144/14 145/5 148/5 148/14 161/2 166/15 177/23 178/5 178/8 178/24 182/3 183/6 186/16 194/16 198/3 198/4 205/4 212/13 217/20 218/4 219/20 233/2 238/8

**WILLIAM** [2]  2/13 2/18

**window** [1]  194/2

**windows** [12]  194/1 208/13 208/14 209/21 209/22 209/25 210/7 210/16 241/6 241/13 241/16 243/18

**wisest** [1]  126/24

**wish** [3]  114/2 139/11 139/17

**withdraw** [1]  145/20

**within** [25]  8/6 8/10 13/11 17/13 65/1 76/12 78/4 83/9 94/5 94/12 97/6 115/2 115/8 115/12 115/17 115/18 116/12 127/15 129/3 146/23 159/8 193/1 219/17 222/22 235/15

**without** [13]  95/5 128/12 162/19 181/16 181/21 195/2 197/22 202/1 209/8 209/11 209/12 215/17 231/5

**witness** [28]  4/4 5/6 5/11 5/16 13/5 16/7 29/17 30/23 31/4 38/12 40/2 40/21 63/14 63/22 89/8 102/14 103/2 103/3 103/9 104/3 104/25 104/25 131/11 132/20 132/20 132/23 146/22 226/2

**witnesses** [4]  18/21 52/9 221/4 221/15

**WL** [2]  175/16 219/25

**woman** [1]  45/8

**won** [1]  109/2

**won't** [2]  31/12 189/9

**wondering** [1]  220/12

**word** [1]  203/18

**words** [5]  36/21 38/14 55/16 58/11 219/7

**work** [25]  6/25 7/1 44/20 61/18 77/24 78/21 79/6 104/10 108/1 108/4 108/19 109/7 109/9 114/12 128/8 130/14 136/15 137/1 137/17 162/21 213/17 214/22 215/7 217/22 236/11

**worked** [8]  35/22 74/20 78/1 79/3 82/21 105/2 130/8 202/16

**worker** [19]  27/3 28/9 153/1 153/3 153/4 153/15 157/21 157/22 157/23 157/24 158/8 158/16 159/12 159/13 159/15 161/13 167/6 183/1 183/21

**worker's** [1]  27/6

**workers** [13]  160/19 161/10 189/10 189/13 189/17 190/1 190/4 190/8 191/5 202/11 243/11 243/18 244/13

**working** [9]  6/13 44/19 53/17 53/19

**works** [8]  113/13 136/11 136/17 136/21 142/2 147/10 162/20 195/20

**workstation** [1]  211/19

**world** [5]  110/25 126/6 126/13 179/5 206/10

**world's** [1]  129/15

**worm** [1]  203/5

**worried** [2]  139/15 217/5

**worry** [2]  217/5 218/8

**worst** [3]  88/9 88/17 124/20

**would** [264]

**wouldn't** [11]  52/8 71/1 92/19 95/19 106/13 130/17 173/10 208/8 232/25 233/1 242/16

**wrap** [1]  220/18

**write** [4]  62/16 172/20 206/6 233/20

**writes** [4]  38/11 49/6 60/5 87/13

**writing** [1]  239/23

**written** [6]  17/15 18/17 19/1 28/9 36/24 126/25

**wrong** [12]  35/11 67/4 67/10 67/23 190/24 197/6 217/24 218/4 244/17 244/19 244/19 244/20

**wrote** [5]  58/13 88/2 93/6 99/10 238/11

**Y**

**y'all** [1]  38/15

**yeah** [9]  13/17 14/25 23/20 35/10 42/15 43/7 199/25 213/23 221/18

**year** [7]  23/11 24/13 121/18 125/11 129/17 151/14 210/1

**yearly** [1]  9/15

**years** [8]  21/11 79/4 79/7 79/11 108/4 129/4 213/16 226/16

**yes** [342]

**yeses** [1]  184/25

**yesterday** [2]  54/10 95/11

**yesterday's** [1]  203/14

**yet** [3]  31/9 93/7 143/8

**you** [1214]

**you'll** [8]  11/11 11/18 30/1 32/20 38/6 49/1 121/5 122/3

**you're** [23]  5/22 31/1 31/20 37/4 46/7 70/24 71/3 71/18 87/17 99/24 105/20 115/1 116/1 118/20 123/5 133/25 134/18 179/6 208/23 227/9 227/23 229/15 246/4

**you've** [7]  31/13 84/11 98/2 189/20 190/12 190/16 236/8

**you-all** [2]  15/15 64/19

**your** [405]

**yours** [1]  53/6

**yourself** [4]  7/4 8/15 38/24 149/11

**YouTube** [1]  86/7

**Z**

**ZBB** [2]  11/15 12/18

**zero** [2]  36/11 184/25

**zip** [4]  36/5 36/6 36/23 71/20