The following is the PDF of an official transcript. Official transcripts may only be filed in CM/ECF by the Official Court Reporter and will be restricted in CM/ECF for a period of 90 days. You may cite to a portion of the attached transcript by the docket entry number, referencing page and line number, only after the Court Reporter has filed the official transcript; however, you are prohibited from attaching a full or partial transcript to any document filed with the Court.

UNITED STATES DISTRICT COURT
OFFICIAL CERTIFIED TRANSCRIPT

```
 1                  IN THE UNITED STATES DISTRICT COURT
                   FOR THE NORTHERN DISTRICT OF GEORGIA
 2                           ATLANTA DIVISION

 3

 4   DONNA CURLING, ET AL.,            :
                                       :
 5           PLAINTIFFS,               :
     vs.                               :  DOCKET NUMBER
 6                                     :  1:17-CV-2989-AT
     BRAD RAFFENSPERGER, ET AL.,       :
 7                                     :
             DEFENDANTS.               :
 8

 9

10       TRANSCRIPT OF BENCH TRIAL - VOLUME 8A PROCEEDINGS

11            BEFORE THE HONORABLE AMY TOTENBERG

12           UNITED STATES DISTRICT SENIOR JUDGE

13                     JANUARY 19, 2024

14

15

16

17

18

19

20

21   MECHANICAL STENOGRAPHY OF PROCEEDINGS AND COMPUTER-AIDED

22                   TRANSCRIPT PRODUCED BY:

23

     OFFICIAL COURT REPORTER:        SHANNON R. WELCH, RMR, CRR
24                                   2394 UNITED STATES COURTHOUSE
                                     75 TED TURNER DRIVE, SOUTHWEST
25                                   ATLANTA, GEORGIA  30303
                                     (404) 215-1383
```

UNITED STATES DISTRICT COURT
OFFICIAL CERTIFIED TRANSCRIPT

```
 1              A P P E A R A N C E S   O F   C O U N S E L

 2

 3    FOR THE PLAINTIFFS DONNA CURLING, DONNA PRICE, JEFFREY
      SCHOENBERG:

 4

 5         DAVID D. CROSS
           MARY KAISER
           RAMSEY W. FISHER
 6         MATTHAEUS MARTINO-WEINHARDT
           BEN CAMPBELL
 7         AARON SCHEINMAN
           MORRISON & FOERSTER, LLP
 8

 9         HALSEY KNAPP
           ADAM SPARKS
           KREVOLIN & HORST
10

11         CHRISTIAN ANDREU-VON EUW
           THE BUSINESS LITIGATION GROUP

12

13    FOR THE PLAINTIFFS COALITION FOR GOOD GOVERNANCE, LAURA DIGGES,
      WILLIAM DIGGES, III, AND MEGAN MISSETT:

14

15         BRUCE P. BROWN
           BRUCE P. BROWN LAW
16
           ROBERT A. McGUIRE III
17         ROBERT McGUIRE LAW FIRM

18

19    FOR THE PLAINTIFFS LAURA DIGGES, WILLIAM DIGGES, III, MEGAN
      MISSETT, AND RICARDO DAVIS:

20

21         CARY ICHTER
           ICHTER DAVIS

22    ON BEHALF OF RICARDO DAVIS:

23

24         DAVID E. OLES, SR.
           LAW OFFICE OF DAVID E. OLES

25                                 (...CONT'D....)
```

```
 1    (...CONT'D....)

 2    FOR THE STATE OF GEORGIA DEFENDANTS:

 3
          VINCENT RUSSO
 4        JOSH BELINFANTE
          JAVIER PICO-PRATS
 5        EDWARD BEDARD
          ROBBINS ROSS ALLOY BELINFANTE LITTLEFIELD, LLC
 6
          BRYAN TYSON
 7        BRYAN JACOUTOT
          DIANE LAROSS
 8        DANIEL H. WEIGEL
          DANIELLE HERNANDEZ
 9        DONALD P. BOYLE, JR.
          TAYLOR ENGLISH DUMA
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

4

```
 1              I N D E X   T O   P R O C E E D I N G S

 2      _                               _

 3              THE PLAINTIFFS' CASE (Continued)
        WITNESS                                    PAGE
 4
     J. ALEX HALDERMAN PH.D.
 5
            Cross-Examination (Continued)
 6            By Mr. Tyson                            7
            Redirect Examination
 7            By Mr. Andreu-Von Euw                 111
            Recross-Examination
 8            By Mr. Tyson                          130
            Examination
 9            By The Court                          134

10   MEGAN MISSETT

11          Direct Examination
              By Mr. Brown                          152
12          Cross-Examination
              By Ms. LaRoss                         158
13          Redirect Examination
              By Mr. Brown                          174
14
     JANICE JOHNSTON
15
            Cross-Examination
16            By Mr. Oles                           176
            Cross-Examination
17            By Mr. Cross                          192
            Direct Examination
18            By Mr. Miller                         194

19   JUAN GILBERT PH.D. (Videotaped Deposition)    199

20   RICARDO DAVIS

21          Redirect Examination
              By Mr. Oles                           201
22                              * * *

23
     CERTIFICATE                                    208
24

25
```

UNITED STATES DISTRICT COURT
OFFICIAL CERTIFIED TRANSCRIPT

```
 1                    P R O C E E D I N G S
 2     (Atlanta, Fulton County, Georgia; January 19, 2024.)
 3              THE COURT:  Have a seat.
 4              All right.  Where are we at?
 5              MR. TYSON:  Your Honor, good morning.  I had two
 6     brief items before we get started back with Dr. Halderman.
 7              First, I don't know what is happening in Sandy
 8     Springs.  But Mr. Belinfante encountered another downed tree on
 9     his way here this morning.  So he's delayed and asked me to --
10              THE COURT:  A conspiracy against him.
11              MR. TYSON:  Apparently.
12              And I also wanted to confirm for the Court that the
13     items we discussed in chambers yesterday have been delivered to
14     Mr. Cross per what we discussed.
15              THE COURT:  All right.
16              MR. TYSON:  Thank you.
17              THE COURT:  Yes, sir.
18              MR. OLES:  Judge, I have one administrative matter I
19     would like to mention briefly before we get underway today.  We
20     had requested to be able to question Dr. Jan Johnston who was a
21     listed witness on the plaintiffs' will call list.  We had
22     requested that the last two days.  Among the plaintiffs' group
23     I understand that she was released from her subpoena last
24     night.
25              THE COURT:  That she was released from what?
```

```
1            MR. OLES:  From her subpoena last night by parties

2   not clear to me.  However, she is willing and available to

3   testify, and at the appropriate time I would like to call her

4   for about 30 minutes, if that is acceptable.

5            MR. CROSS:  Yeah.  Your Honor, as we let Mr. Oles

6   know, we object to that.  We served the subpoena.  He is

7   mistaken.  She was on our may call list, not a will call list.

8   So it is -- the rule as I understand it, you can rely on a will

9   call list because you can expect the witness is there.

10            THE COURT:  Who is Ms. Johnston, first of all?

11            MR. CROSS:  She's on the SEB.  She's an SEB member.

12            Our view is it is not necessary.  We examined, I

13   think, three -- at least three members of the SEB.  We have

14   reserved the right to call her on rebuttal depending on how the

15   case unfolds.  But we think at this point her testimony would

16   be cumulative and we need to finish the plaintiffs' case today.

17            And if Mr. Oles wanted to --

18            THE COURT:  I think it would be more appropriate to

19   deal with this separately.  You know, we can have a bench

20   conference when we take a break.  I need to know what you're

21   seeking to do -- what you're -- you know, if you're -- what

22   you're seeking to elicit and we'll take care of it then.

23            MR. OLES:  Certainly, Judge.  Thank you.

24            THE COURT:  Anything else we need to address?

25            Is Dr. Halderman here?
```

```
 1              Come on back.

 2              Dr. Halderman, remember that you are still under

 3   oath.

 4              Thank you.

 5   THE PLAINTIFFS' CASE (Continued).

 6        Whereupon,

 7                   J. ALEX HALDERMAN PH.D.,

 8        after having been previously duly sworn, testified as

 9   follows:

10                   CROSS-EXAMINATION (Continued)

11   BY MR. TYSON:

12   Q.   Good morning, Dr. Halderman.

13   A.   Good morning.

14   Q.   Before we get started today, did you discuss the substance

15   of your testimony with counsel for plaintiffs after the court

16   adjourned yesterday?

17   A.   No, I did not.

18   Q.   Did you discuss your testimony with Ms. Marks?

19   A.   No.

20   Q.   So, Dr. Halderman, we finished talking about Antrim County

21   yesterday or at least initially.

22        I wanted to move to some other questions regarding

23   vulnerabilities and various systems.

24        So you would agree that every computer system has

25   vulnerabilities; right?
```

1    **A.**    Yes, to varying degrees.

2    **Q.**    And you would also agree that security or cybersecurity

3    more specifically is a sliding scale; is that right?

4    **A.**    Well, yes and no.

5    **Q.**    Would it be accurate to say that a system can be either

6    more secure or less secure as opposed to secure or insecure?

7    **A.**    There are degrees of security.  The question we are most

8    interested in in security typically is whether a system is --

9    is adequately secured against the threats that it faces.

10   **Q.**    And when you say adequately secured, are there national

11   standards or other written policies that govern what adequate

12   security is in the voting context?

13   **A.**    In a voting context, the -- in a voting context, what

14   election security experts -- what election security experts

15   look for is that the system generates adequate evidence of the

16   correctness of its outcomes independent of any potential

17   failures or vulnerabilities in technology.

18   **Q.**    So is that a no, there is not written standards but there

19   is something that election security experts look for, in your

20   mind?

21   **A.**    I can't point to a government standard.  But there is a

22   scientific standard.

23   **Q.**    And zooming back out to software generally, you would

24   agree that a vulnerability found in a piece of software can be

25   remediated in a variety of ways; right?

1   **A.**    Yes.   There are -- there can be multiple ways to remedy a

2   problem.

3   **Q.**    One of those ways could be a software update; right?

4   **A.**    Typically a software update for a particular problem is

5   the preferred way of correcting the problem if it is a type of

6   problem that can be corrected through a software update.

7   **Q.**    Someone could also, depending on the type of

8   vulnerability, implement physical security measures as a

9   possible remedy; right?

10  **A.**    Physical security controls more typically would be an

11  additional layer of protection, sort of a fail-safe.

12       It is like providing a parachute in case there is a

13  problem with the plane.   But if you have to rely on those

14  controls to remedy your problem, then, you know, you've already

15  had a serious problem with your aircraft.

16  **Q.**    So physical security can be a way to address a

17  vulnerability, but you would not want it to be the exclusive

18  way to address a vulnerability?

19  **A.**    That is right.   Because in security, we usually rely on

20  layers of defenses.   And if some of those layers of defenses

21  have failed, we're much more likely to be compromised because

22  the other layers of defenses are typically imperfect.

23  **Q.**    And part of an ability to address a vulnerability is the

24  ability to detect an attack; right?

25  **A.**    Yes.

1  **Q.**   Now, you would agree that the Dominion equipment used in

2  Georgia elections is certified by the Election Assistance

3  Commission; right?

4  **A.**   Yes.

5  **Q.**   I want to go back to our discussion about Antrim yesterday

6  briefly.

7       I believe you testified that you had concerns after

8  learning that SullivanStrickler had imaged some voting

9  equipment in Antrim County; is that right?

10 **A.**   Yes.

11 **Q.**   Do you recall when you first learned that

12 SullivanStrickler had imaged voting equipment in Antrim County?

13 **A.**   I don't recall when it first came to light or when I first

14 learned of that.

15 **Q.**   Do you recall reading about it in the Washington Post in

16 August of 2022?

17 **A.**   I think it is likely I read that.

18 **Q.**   And have you informed anyone in the Michigan election

19 space about that imaging, since you learned about it?

20 **A.**   So I know that the Michigan -- my -- the people I work

21 with on the Michigan Bureau of Elections, I know we have

22 discussed it.

23      The new information that came -- that I became aware of in

24 testimony this week had to do with the likelihood that they

25 used the same USB sticks in Antrim County as well and that the

1    USB sticks were used with a laptop with the Kaspersky software.

2        I think those are facts that I would like to communicate

3    to the State of Michigan to confer with them about any

4    potential additional risks.

5    **Q.**   Do you recall when you first learned that any third

6    parties had access to Coffee County's election equipment?

7    **A.**   I don't recall when I first learned that.

8    **Q.**   Have you listened to Ms. Marks' phone call with Mr. Hall?

9    **A.**   I don't think I have heard the call.  I have heard about

10   it, of course.

11   **Q.**   So let's talk a little bit more about the vulnerabilities

12   in the Dominion system used in Georgia.

13       I believe you testified yesterday that there were more

14   vulnerabilities in the Dominion equipment than what you

15   identified in your report; is that right?

16   **A.**   Yes.  I'm confident that there are more.

17   **Q.**   And you would agree that installing an update to the

18   Dominion software, like Version 5.17, wouldn't solve every

19   vulnerability in a Dominion ICX; right?

20            MR. ANDREU-VON EUW:  Objection, Your Honor.

21   Relevance.

22            MR. TYSON:  Your Honor, I believe the scope of the

23   remedy in terms of what the Court would order is encompassed by

24   this.  In addition to the degree of vulnerabilities and the

25   ability to remedy the vulnerabilities is certainly very

1   relevant factors for this Court's consideration.

2          THE COURT:  Well, I don't know what is in 5.17.  And

3   I don't have a foundation for that.  I don't know that that is

4   what the Court is looking for as a remedy either.  I mean,

5   that -- so I'm not sure that it is fully within the scope of

6   what he has testified.

7          I mean, you can -- and -- that is my greater concern.

8   I mean, there may be a way you can lay a foundation for

9   questions about it.  But I don't -- it is not helpful to the

10  Court, let me -- at the moment, as you have asked it.

11  BY MR. TYSON:

12  **Q.**   Dr. Halderman, you have a list in front of you of ten BMD

13  vulnerabilities validated by CISA; is that right?

14  **A.**   Yes.

15  **Q.**   If every one of those BMD vulnerabilities validated by

16  CISA that you testified about yesterday was remediated by

17  updates to Dominion equipment, that would leave vulnerabilities

18  untouched on the Dominion system; right?

19  **A.**   That's right.  I think it is important to remediate these

20  vulnerabilities promptly as CISA says as soon as possible.  But

21  merely remediating the problems that CISA validated that are

22  discussed in my expert report is not going to make the ICX

23  secure.  There are just so likely to be -- there are certainly

24  going to be other vulnerabilities that I didn't discover.

25  **Q.**   So it is correct then that remediating the software

1    vulnerabilities that you identified and CISA discussed, without

2    changing anything else about how Georgia conducts elections,

3    would not eliminate the risks you've identified to Georgia's

4    election system; right?

5    **A.**    Yes.  So the problems I found are an indication of the

6    brittleness of the software in the ICX.  And so merely

7    addressing these specific problems would not be enough to

8    rectify that just brittle engineering and design that went into

9    to creating this machine.

10   **Q.**    And in your testimony, in your report, you don't quantify

11   what the level of reduction of risk would be for Georgia if the

12   ten vulnerabilities on the list from CISA were remediated;

13   right?

14   **A.**    My report -- no.  My report attempts to qualify that.  But

15   there are not good metrics for such a thing.

16           THE COURT:  When you say qualify that, what do you

17   mean by qualify that?

18           THE WITNESS:  I write in the report that addressing

19   merely the vulnerabilities directly outlined in my report would

20   be unlikely to significantly raise the overall security of the

21   system because of the brittleness of the software architecture

22   that the vulnerabilities are a symptom of.

23   BY MR. TYSON:

24   **Q.**    And, Dr. Halderman, you're aware of logic and accuracy

25   testing conducted before an election; right?

1    **A.**    Yes.

2    **Q.**    And you would agree that in your opinion there is no logic

3    and accuracy testing that Georgia counties could conduct that

4    would always detect malware in a BMD that uses barcodes; right?

5    **A.**    So I agree with that that -- in the sense that logic and

6    accuracy testing is not a -- an effective countermeasure to

7    malware for the reasons that I've discussed.

8         Logic and accuracy testing can be an important way of

9    addressing other forms of attacks on the system.  However, the

10   style of logic and accuracy testing performed in Georgia is

11   unlikely to be effective even for that.

12   **Q.**    And you relied on the exhibit attached to your July 1st

13   report regarding how Georgia conducts logic and accuracy

14   testing for your conclusions about the sufficiency of Georgia

15   L&A testing; right?

16   **A.**    Yes.

17   **Q.**    But even if that process was different or more rigorous

18   than the exhibit attached to your report, your opinions about

19   the sufficiency of L&A testing in Georgia to detect malware

20   would not change; right?

21   **A.**    Specifically for malware, that's true.

22   **Q.**    You talked a little bit yesterday and in your report about

23   audits.  Is it your opinion that Georgia cannot conduct an

24   actual -- I'm sorry.  Let me start over.

25        It is your opinion that Georgia cannot conduct an actual

1    risk-limiting audit as long as it is using BMDs with QR codes;

2    correct?

3    **A.**    Yes.   A risk-limiting audit needs as an input to the audit

4    an accurate representation of voters' selections.

5    **Q.**    And it is also your opinion that there is no type of audit

6    Georgia could conduct that can address the vulnerabilities in

7    the Dominion ICXs that you identified; is that right?

8    **A.**    Not that can address them completely.

9    **Q.**    We've heard discussions at various points about a forensic

10    analysis of election equipment.

11      Do you recall that?

12    **A.**    I am not sure specifically what you're pointing to.

13    **Q.**    You would agree that even if you had full access to every

14    component of Dominion equipment in Georgia you can't rule out

15    the possibility that malware was installed on that equipment;

16    right?

17    **A.**    That's right.   Because among other things, malware could

18    be programmed to remove itself when it was finished or malware

19    could reside only in memory so that it disappeared after the

20    equipment was shut down.

21    **Q.**    And in terms of physical security for voting equipment,

22    you would agree that there are no physical security measures

23    that Georgia counties could undertake that would completely

24    avoid the risks from potential hackers to the ICXs; right?

25    **A.**    Yes.   There are -- there are better and there are worse

1    physical security protections.  But I agree with that.

2    Q.   And you believe that no county facility can ever be safe

3    from a nation-state attacker; right?

4    A.   Again, there are better and worse protections you could

5    implement.  But I agree with that.

6    Q.   And you believe no Secretary of State facility can ever be

7    safe from a nation-state attacker; right?

8    A.   Not completely safe.  But again, this is why the overall

9    engineering of the election system to be resilient to failure

10   of those controls is so important, which is what the -- what

11   the difference between a hand-marked versus a universal BMD

12   system is.

13   Q.   In fact, I believe as we discussed in 2019, you don't

14   consider your own lab to be safe from a nation-state attacker;

15   right?

16   A.   We certainly try to make it difficult.  But I think if a

17   national government -- if a powerful state was targeting me

18   individually, I'm not sure that I could defend against that.  I

19   wouldn't want to bet on that.

20   Q.   And, in fact, you're aware the University of Michigan

21   network suffered a period of unauthorized access for four days

22   in August 2023; right?

23   A.   Yes, I am.

24   Q.   And that resulted in the University taking its network

25   offline, didn't it?

1  **A.**   Yes, it did.

2  **Q.**   And your lab is located at the University of Michigan?

3  **A.**   Yes, it is.

4  **Q.**   And you kept the malware that you designed for the

5  Dominion ICXs in your lab; right?

6  **A.**   Yes.  On securely encrypted hard drives.

7  **Q.**   But again, you can't be sure if unauthorized nation-state

8  attackers have accessed that malware; right?

9  **A.**   No.  But I think the threat model that is appropriate to

10  apply here would be that although we certainly have been

11  diligent about protecting the results of this -- of this

12  testing from any kind of inappropriate access, a nation-state

13  actor who wanted to reproduce any of this work wouldn't need my

14  code to do that.  They could do that on their own without

15  access to anything that I have done.

16     The most important actors to prevent getting access to the

17  malicious software and other results of this work are actors

18  who couldn't independently reproduce it.

19  **Q.**   Dr. Halderman, you have never personally evaluated the

20  physical security of Dominion equipment in a county facility in

21  Georgia; right?

22  **A.**   No.  I've evaluated -- I have never personally in person

23  evaluated that physical security.  But I have asked election --

24  you know, polling place observers to look for particular

25  things.  I've looked at photographs that people have taken for

1   me.  And I have looked at images that have been taken by the

2   press to evaluate that security.

3   **Q.**   And who are some of those poll watchers that you have

4   relied on for that information?

5   **A.**   Ms. Marks.  Harri Hursti.  I'm sure others associated with

6   this lawsuit who I forget.

7   **Q.**   And I believe you testified yesterday regarding what you

8   just referenced on the layout of Georgia precincts.

9        Is that the reference you made to looking at pictures of

10  various polling locations?

11  **A.**   Yes.

12  **Q.**   And the sources of those pictures were media reports and

13  then photographs taken by poll watchers; is that right?

14  **A.**   Yes.

15  **Q.**   Do you know how many of Georgia's 159 counties those

16  reviews covered?

17  **A.**   I believe -- I would be speculating.  But I don't have the

18  number in my head.  But I believe on the order of ten counties

19  of different sizes.

20  **Q.**   Do you know approximately how many county polling place

21  layouts you have seen in those pictures?  Different polling

22  locations I mean.

23  **A.**   Different locations?  I don't -- I can't say sitting here

24  today.

25  **Q.**   But you're not claiming to have evaluated the layout of

1  the thousands of precincts in Georgia regarding their Dominion

2  equipment; right?

3  **A.**   I've evaluated a sample of Georgia polling place layouts.

4  And, again, my conclusion is that at least in many cases it

5  would be possible.  I'm not offering a fraction.

6  **Q.**   The sample you evaluated was selected by media sources and

7  by Ms. Marks and Mr. Hursti; is that right?

8  **A.**   It was what was available to me.  That is right.

9  **Q.**   Are you sure that is a representative sample of polling

10  places in Georgia?

11  **A.**   It included counties of varying sizes which leads me to

12  believe that it would reflect the diversity of polling places

13  in Georgia to a significant extent.  I'm not relying on it to

14  be completely representative because I'm not offering a

15  fraction.

16  **Q.**   You have your notebook from yesterday.  If you could turn

17  with me to the CISA advisory, Curling Plaintiffs' Exhibit 89.

18  It is behind Tab 2.

19  **A.**   Yes.

20       MR. TYSON:  Mr. Martin, if we could have

21  Mr. Montgomery be able to display that.

22       Thank you.

23  BY MR. TYSON:

24  **Q.**   So, Dr. Halderman, beginning with the summary section, the

25  second paragraph, CISA stated exploitation of these

```
 1   vulnerabilities would require physical access to individual

 2   ImageCast X devices, access to the election management system,

 3   or the ability to modify files before they are uploaded to

 4   ImageCast X devices.

 5        And you agree with CISA about that statement; right?

 6   A.   Yes.

 7   Q.   Do you also agree with the statement at the end of that

 8   paragraph that says many of these mitigations are already

 9   typically standard practice in jurisdictions where these

10   devices are in use and can be enhanced to further guard against

11   exploitation of these vulnerabilities?

12   A.   Yes.  In some jurisdictions -- many of these

13   jurisdictions, many of these mitigations are practiced.

14   Q.   And you have not conducted an analysis of any Georgia

15   county's current practices regarding these CISA

16   recommendations; correct?

17   A.   I have not conducted an analysis.  But I don't believe I

18   have seen any evidence in this case that practices have been

19   changed in significant ways that would be what CISA means when

20   it says diligently practice these mitigations.

21   Q.   Turning to the fourth page, this bullet list is the

22   mitigation CISA recommends; right?

23   A.   Yes.

24   Q.   The first one involves an action by Dominion to create

25   updates to its software; is that right?
```

1  **A.**    Yes.

2            THE COURT:  I'm sorry.  The fourth page?

3            MR. TYSON:  Yes, Your Honor.  The fourth page.

4            THE COURT:  This is Page 3 of 3.

5            MR. TYSON:  Oh, I'm sorry.  I was looking at the

6  numbers at the top.  It is the third -- the last page.

7            THE COURT:  All right.

8  BY MR. TYSON:

9  **Q.**    The next bullet says to ensure all affected devices are

10  physically protected before, during, and after voting; right?

11  **A.**    Yes.

12  **Q.**    And you're aware that Georgia has regulations for its

13  counties regarding physical protection of voting equipment;

14  right?

15  **A.**    Yes.

16  **Q.**    The next bullet says ensure compliance with chain of

17  custody procedures throughout the election cycle; right?

18  **A.**    Yes.

19  **Q.**    And you're aware that Georgia has regulations for its

20  counties regarding chain of custody; right?

21  **A.**    Well, yes.  But I'm not sure that ensures compliance.

22  **Q.**    I'm sorry.  What -- are you saying the county is not

23  ensuring compliance in your opinion?

24  **A.**    That CISA's advice, CISA's recommended mitigation is to

25  ensure compliance with those procedures.  Not merely to have

1    those procedures.

2    **Q.**   Do you have any evidence that Georgia counties are not

3    complying with chain of custody procedures?

4    **A.**   No.  But I'm not sure I have -- I'm aware of evidence that

5    they are, either.

6    **Q.**   The next bullet says ensure that ImageCast X and the

7    election management system are not connected to any external,

8    i.e., internet accessible networks.  Is that right?

9    **A.**   Yes.

10   **Q.**   Are you aware Georgia has regulations regarding the

11   connection of voting equipment to internet connected networks?

12   **A.**   Yes.

13            THE COURT:  Are you going to be spending time asking

14   him is he aware of regulations as to each of these items?

15   Because I bet the plaintiffs could stipulate to that.  But I

16   don't think that goes to his issue of it doesn't -- having a

17   regulation does not mean something has been ensured or

18   addressed in reality.

19            MR. TYSON:  Your Honor, maybe I could ask a question

20   this way.

21   BY MR. TYSON:

22   **Q.**   Dr. Halderman, in looking at the list of mitigations in

23   the CISA report, do you have any evidence that Georgia counties

24   are currently not complying with any of these bullets?

25   **A.**   Mr. Tyson, the most recent forensic data from the State

1  that has been made available to me indicates Georgia counties

2  have not complied with several of these bullets.

3      And that is -- that is I think what I can say to that.

4  **Q.**   So let me begin with forensic data.  What are you

5  referring to when you say forensic data?

6  **A.**   Election project files from past elections in Georgia

7  counties.  For instance, EMS images and so on.  Data from the

8  election system.

9  **Q.**   What is the most recent election package file you've

10 received from the State?  For which election?

11 **A.**   I don't have the data in front of me.  2021 or '22.

12 **Q.**   And then you said there were several bullets you are aware

13 that Georgia counties are not complying with.

14     Which of these bullets are those?

15 **A.**   The most recent -- would you like to go through bullet by

16 bullet?

17     I don't -- I'm not quite sure how long an answer is

18 appropriate to this.

19     But ...

20         THE COURT:  Why don't you just go ahead and identify

21 the ones that give you the most concern.  Let's just start that

22 way.

23         THE WITNESS:  Thank you, Your Honor.

24         I am very concerned about -- about -- I'm very

25 concerned about the lack of software updates that I understand

1   persists to address this problem and the apparent inability to

2   quickly update problems when they were reported to the

3   manufacturer in terms of the first bullet.

4           I am quite concerned about the second bullet and the

5   physical protections as the evidence of the intrusion in Coffee

6   County and subsequent reports from Mr. Barnes and Coffee County

7   that the election equipment was not physically secure even

8   after the breach.

9           I am very concerned about the adequacy of the

10  equipment seals and other protective measures that are in

11  place.

12          There were several specific changes to use of the ICX

13  that CISA recommends that are important that I have seen -- I

14  have not seen evidence in this case that Dominion -- excuse me,

15  that Georgia has applied.  Those include the closing the

16  background applications and using unique passwords and

17  disabling the unify security key setting.

18          And, of course, CISA's last bullet emphasizes the

19  risk of attacks that cause the barcode to be manipulated in a

20  way that is inconsistent with a human readable text and

21  emphasizes the importance of conducting the -- a rigorous post

22  election tabulation audit, which would need to apply to the

23  contest in which the cheating happened.  And I'm concerned that

24  such audits are too infrequent to address that.

25          So speaking specifically to these mitigations listed

1    here, those are the ones that immediately jump to mind as most

2    concerning.

3    BY MR. TYSON:

4    **Q.**    Dr. Halderman, you referenced the Coffee County

5    unauthorized access regarding physical security; right?

6    **A.**    Yes.

7    **Q.**    The date of this advisory is June 30th, 2022; correct?

8    **A.**    Yes.

9    **Q.**    And are you aware of any Georgia county allowing

10   unauthorized access since June 30th, 2022?

11   **A.**    Not as I sit here today.  Although I'm not -- also not

12   aware of -- I haven't seen evidence in this case of changes to

13   the protections against physical access as a result of the

14   Coffee County breach.

15   **Q.**    You mentioned seals as well.  Is your concern about seals

16   based on the state of the Fulton equipment you received in this

17   case?

18   **A.**    The Fulton equipment gives me -- is another source of that

19   concern.  But that concern is based on the -- that concern is

20   based -- is based predominantly on the state of seals that I

21   have seen in images taken from polling places.

22   **Q.**    And that refers to the roughly ten counties where you have

23   seen those seals in pictures?

24   **A.**    Every picture I have ever seen of a Georgia machine in use

25   has lacked seals in important locations, in every picture in

1    which the seals are -- are visible.

2    **Q.**    Do you have an estimate of what percentage of the pictures

3    that you reviewed at various precincts have seals visible?

4    **A.**    When I'm talking about the -- my estimate is precincts in

5    approximately ten counties.  Those are ones in which the seals

6    are visible.  There are, of course, many pictures of Georgia

7    precincts in which the seals are not visible in addition to

8    these I reference.

9    **Q.**    And you have not provided these pictures of polling places

10   that you relied on as part of your analysis in this case;

11   right?

12   **A.**    I don't -- I don't know.

13   **Q.**    Last you mentioned tabulation audits and the frequency of

14   those, the last bullet; right?

15   **A.**    Yes.

16   **Q.**    And I believe you testified a few minutes ago that there's

17   no type of audit that would sufficiently ensure that no malware

18   was installed on Dominion ICXs in your opinion; right?

19   **A.**    Yes.  So -- and a -- no type of audit is going to be

20   sufficient to address the threat that malware has altered all

21   records on the ballot.

22        Now, that doesn't mean that audits are not still important

23   because they change which attacks are possible and in which

24   election scenarios.  So it wouldn't completely address the

25   threat to apply more rigorous auditing while still using the

1  ICX.  That doesn't mean it wouldn't be a step forward.

2  **Q.**   So, Dr. Halderman, it is your belief that there are no

3  ballot-marking devices on the market today that could be used

4  for all in-person voters in an election system that produces

5  reliable results; right?

6  **A.**   Well, Mr. Tyson, once again, there are -- there are --

7  there are degrees.  The system that Georgia uses has been -- I

8  think my expert report has shown, the vulnerabilities that CISA

9  has confirmed has shown that it suffers from an extreme degree

10  of vulnerability.

11      I was here yesterday.  I got superuser access with a pen.

12  Right?  So I think the character of the vulnerabilities is

13  significant.

14  **Q.**   My question was a little bit different.

15      My question was:  It is your belief that there are no

16  ballot-marking devices on the market today that can be used for

17  all in-person voters in an election system that produces

18  reliable results; right?

19  **A.**   I would agree with that in the sense that we -- that I

20  can't point you to a commercial BMD available today that --

21  that would produce ballots that would be strongly verify --

22  strongly auditable as a record of voters' intent.

23      That is not to say it is impossible to produce such a BMD

24  system.  I don't know.  Juan Gilbert has some interesting

25  proposals.  Though they are radically different from the BMDs

1   used in Georgia.  So it may be possible.

2   **Q.**   But of BMDs on the market today, Dr. Gilbert's ideas don't

3   exist in those?

4   **A.**   I don't know if Dr. Gilbert is selling his system.  I

5   think he has a patent on it.  He may be trying to.

6        But from the major manufacturers -- from the major

7   manufacturers, there -- there -- the AuditMark may still be

8   available, which is a BMD design that -- that has a somewhat

9   different risk profile.

10       But I would -- I would still have to agree that it

11  doesn't -- I would still have to agree that it wouldn't produce

12  a record that was a strong basis for a risk-limiting audit.

13  **Q.**   And it is also your belief that a BMD that prints, for

14  lack of a better term, a full-face ballot, an absentee ballot

15  with the bubbles filled in instead of a QR code, also cannot

16  produce reliable results; is that right?

17  **A.**   So again, I think there are some important changes to

18  degree of risk that come from that.

19           THE COURT:  Come from having a full-face ballot?

20           THE WITNESS:  Come from having a -- come from having

21  a full-face ballot that makes some important modes of attack

22  much more difficult.

23           I wouldn't agree that it remedies all of the risks.

24  But I would -- I would consider that an improvement compared to

25  the barcode-based ballots.

1    BY MR. TYSON:

2    **Q.**   And you can't quantify the degree of improvement from a

3    risk profile; correct?

4    **A.**   No.  I'm not offering a quantification.

5    **Q.**   Dr. Halderman, it is correct that you believe the only

6    option for having a secure election system is to use

7    hand-marked paper ballots for most voters who vote; right?

8    **A.**   I wouldn't say that that is necessarily the only way.  But

9    I think it is the most practicable.

10   **Q.**   What are the other ways that would have a secure election

11   system where hand-marked paper ballots are not used for most

12   voters?

13   **A.**   There is very interesting work being done on end-to-end

14   verifiable voting systems that involve cryptographic

15   techniques, for instance.

16            THE COURT:  Which involve what?

17            THE WITNESS:  That involve cryptographic techniques

18   to give the voter a way to directly verify that their ballot

19   has been counted and correctly included in the total.

20   Microsoft is working with jurisdictions to field systems with

21   that property now.

22   BY MR. TYSON:

23   **Q.**   But for election equipment available to jurisdictions

24   today, the only system in your opinion for having a secure

25   election system is a hand-marked paper ballot system; right?

**A.**    I think some of this equipment might be actually

available, if not immediately, then in the very near future,

that offers this other route of techniques that are in

widespread use today.

I would say a hand-marked paper ballot is the -- a

predominantly hand-marked paper ballot system is the one that

successfully achieves security.

**Q.**    And it is also your personal belief that hand-marked paper

ballots are the best election system; right?

**A.**    My personal belief?

Yes, I suppose so.

**Q.**    Dr. Halderman, I know you served -- I believe it is -- did

you say it is Michigan election commission?  What is the title

of the election group you serve with in Michigan?

**A.**    The state's Election Security Advisory Commission.

**Q.**    You would agree that there is a lot of factors a decision

maker has to consider when choosing a voting system; right?

**A.**    I suppose any important decision involves a lot of

factors.  Security is clearly one that should be -- security is

clearly something that should be a requirement in the result of

such a decision.

**Q.**    And another factor would be accessibility of the

equipment; right?

**A.**    Yes.

**Q.**    And the ability of poll workers to operate the equipment;

1    right?

2    **A.**   Yes.

3    **Q.**   And the method of reporting election results?

4    **A.**   Sorry.  The method of --

5    **Q.**   Is one of the factors you would have to consider the

6    method of reporting election results?

7    **A.**   What do you mean?

8    **Q.**   For a jurisdiction, how election results are reported to

9    the public is a factor they would consider in the selection of

10   a system; right?

11   **A.**   Sure.  I suppose so.

12   **Q.**   Another factor is cost; right?

13   **A.**   Yes.

14   **Q.**   Another factor is ease of use for voters; right?

15   **A.**   Yes.

16   **Q.**   And your testimony in this case only deals with the

17   security issues involved in election systems; right?

18   **A.**   I have considered also those other factors in my -- in my

19   work in election systems.

20   **Q.**   And my question wasn't about your work in election systems

21   but your testimony in this case.

22       Have you considered factors beyond security for the

23   opinions you're offering in this case?

24   **A.**   I believe I have touched on some of those other factors in

25   the declarations and reports I've submitted in this case.

**Q.**   How did you consider the factor of cost in rendering your opinions in this case?

**A.**   I've considered -- I've considered what it would -- I have considered the cost of securing election technology involving BMDs versus not.  And a lot of the costs of -- the cost of achieving -- the cost of achieving security in a predominantly BMD system, if you internalize those costs, if you actually realized those costs, would be enormous.

**Q.**   And it is your position you have submitted that as an opinion in this case?

**A.**   That's a factor that I considered in -- that is certainly a factor that I considered -- that I have considered in my -- in forming my views that I'm offering.

**Q.**   And in terms of risks involved with systems, you've not quantified the risks of the Dominion BMD system as compared with other election systems; right?

**A.**   I believe my report touches on that as well.

**Q.**   Your report quantifies the risk of the Dominion BMD system versus other systems?

**A.**   My report indicates that it is greater than other systems, which is ...

**Q.**   But you can't tell the Court the degree to which it is greater; right?

**A.**   I can offer that it is a significant degree greater than -- we would have to talk about a specific scenario.

1   **Q.**   But you have no way to measure significance because you

2   have no standard you're measuring against; right?

3   **A.**   In security, often when we're talking about risks, it is

4   by degrees rather than by percentages.  That is just typical in

5   cybersecurity.

6   **Q.**   Let's talk a little bit about what you analyzed with the

7   Dominion system.

8        You analyzed the ICX, the BMD; correct?

9   **A.**   Yes.

10  **Q.**   And you analyzed the ICP, which is the precinct scanner;

11  correct?

12  **A.**   Yes.

13  **Q.**   You didn't analyze other components of the election

14  system; correct?

15  **A.**   I also analyzed the EMS configuration.

16  **Q.**   And that was in?

17  **A.**   Georgia.

18  **Q.**   I'm sorry.

19        And that --

20  **A.**   Used in Georgia.

21  **Q.**   And your analysis of the EMS was of the Coffee County EMS;

22  correct?

23  **A.**   Yes.  Though as I testified, the EMS is very likely to be

24  a standardized configuration across much of the State.

25  **Q.**   So I want to get some terminology just so we're clear to

1    talk about the various demonstrations you did yesterday.

2        Beginning with the demonstration you performed using a

3    technician card here on the BMD in the courtroom, would you

4    consider that the installation of malware or the altering of a

5    ballot definition file?

6    **A.**   You mean -- you mean specifically the way that I changed

7    the -- I changed the vote recorded on the ballot in the

8    demonstration I gave in court?  That was altering the ballot

9    definition file.

10   **Q.**   Okay.  So you would not consider that installing malware;

11   is that right?

12   **A.**   That is right.

13   **Q.**   And then the video that we watched with the Bash Bunny

14   unit attached to the USB cable, you would consider that

15   installing malware on the ICX; right?

16   **A.**   Yes.

17   **Q.**   And so in terms of malware that is actually installed on

18   the BMD itself, the only piece of malware that you have

19   demonstrated for the Court is the Bash Bunny attack on the

20   video yesterday; right?

21   **A.**   Yes.

22   **Q.**   And the attack that you demonstrated in September 2020

23   installing a unit between the BMD and the printer, that was

24   essentially putting malware in between the BMD and the printer?

25   Would that be accurate?

**A.**   Well, that was installing a malicious hardware device between the BMD and the printer or inside the printer, as I describe in my report.

**Q.**   And the installation of that hardware device inside the printer required you physically soldering the unit to the printer internal components; right?

**A.**   Not necessarily.  You could also do it by, say, tampering with the cable, replacing the cable with one that had a chip built into it that would do the same thing.  There are various ways it could be accomplished.

**Q.**   I understand there are ways it could be accomplished.  But specifically in what you put in your report, you had soldered the unit to the internal components of the printer; right?

THE COURT:  I'm sorry.  Which report?

MR. TYSON:  In his July 1st report, Your Honor.

THE WITNESS:  Yes.  The demonstration that we did for the report involved physically modifying the printer itself. It could be done in the supply chain.  It could be done with physical access to a printer.

BY MR. TYSON:

**Q.**   And is the malware that we saw installed on the video to the ICX the only piece of malware that you have designed for your opinions in this case?

**A.**   No.

**Q.**   What are the other pieces of malware you have designed

1  related to your opinions in this case?

2  **A.**   The -- my expert report discusses several pieces of

3  malware.

4  **Q.**   Maybe I can clarify, Dr. Halderman.  I'm talking

5  specifically about malware installed on the BMD itself.

6  **A.**   Yes.  My expert report described several pieces of malware

7  that I designed as demonstrations which work in different ways.

8  **Q.**   And have you updated or changed those pieces of malware

9  since your report was issued in July 2021?

10  **A.**   I developed an additional piece of malware.

11  **Q.**   Is that a piece of malware you are relying on for your

12  opinions that you're presenting to the Court in this case?

13  **A.**   No.  It is just a demonstration of the -- it is the

14  demonstration of the same capabilities for malware that are

15  discussed in my report.

16  **Q.**   And you originally designed a piece of malware that

17  flipped votes between President Trump and President Biden;

18  right?

19        MR. CROSS:  Your Honor --

20        THE COURT:  Yes.

21        MR. CROSS:  -- I thought we weren't going to get into

22  sealed information, particularly that, which we discussed in

23  chambers.

24        MR. TYSON:  Your Honor, my understanding of our

25  discussion in chambers was I could ask my question of

```
 1    Dr. Halderman.  If he felt like it was getting too deep into
 2    source code material, then he could notify me and the Court and
 3    we would defer that question until later.
 4              MR. CROSS:  Except he literally just quoted something
 5    that was sealed.
 6              MR. TYSON:  I asked a question.
 7              MR. CROSS:  And we didn't present it for the very
 8    political reason that he may be walking into.  This is not
 9    appropriate.
10              THE COURT:  All right.  Well, I guess you're going to
11    have to come up here because you're going to have to address
12    how you're proceeding.
13                  (A bench conference ensued, as follows:)
14              THE COURT:  All right.  So not having read the full
15    transcript over again but talking with my colleagues in
16    chambers, I think that what was clear that you had been
17    requested not -- not to mention a Trump/Biden ballot, first of
18    all.
19              MR. TYSON:  In the chambers conference, Your Honor?
20              THE COURT:  Yes.
21              MR. TYSON:  I apologize.  I don't recall that at all.
22              THE COURT:  That is all right.  I mean, there are a
23    lot of things that I can't remember too.  That is why I needed
24    to have people tell me.  But because it is just too -- it gives
25    a whole different cast of everything.  So, A, I'm -- you need
```

1    to veer away from that immediately.

2          I think it is one of the reasons they used a liquor

3    example and other things rather than doing a Trump/Biden.

4          Secondly, my understanding was that if you -- if

5    Dr. -- and I think you were trying to pursue this.  If there

6    was a question as to malware development that you thought

7    was -- if he is not comfortable speaking about that, we would

8    handle that in camera.  There may be more ways of flagging that

9    in advance if you know what -- so that we don't end up looking

10   like, you know -- like the Court is dancing around this and

11   concealing things.  But at the same time it is not appropriate

12   for this to be discussed in a public realm.

13         So you just -- you could discuss what ones you're

14   wanting -- want to raise.  We could take a break and then --

15         MR. CROSS:  I think -- so my thought was this, Your

16   Honor.  He can explore the line of questioning about there was

17   code that was inspected.  It had different candidate names.

18   That is fine, if that is what he wants to explore.  I don't

19   think we need to name the candidates.

20         What I will say is, we kind of can't unring the bell.

21   And so at this point I almost would rather him complete that

22   one question but enable Dr. Halderman to say why did you change

23   this candidate names and so it is clear that he didn't change

24   this for anything substantive.  He changed it because of

25   concerns about the inflammatory nature of these two candidates

1    and the current climate.

2            I kind of defer to what everybody thinks, but the

3    problem is that is now in the public record.  So I don't have a

4    problem if you follow up and say why you did make the change.

5    But going forward I think just keep it -- the questions

6    nonspecific.

7            MR. TYSON:  Well, and to be clear, what I'm trying to

8    explore also is changes from the original version of the

9    malware --

10           MR. CROSS:  Right.

11           MR. TYSON:  -- to the current version of the malware.

12   So I think I could explore that through did you previously

13   alter different races.  I don't have to identify --

14           MR. CROSS:  Sure.  That is right.

15           MR. TYSON:  -- to identify a specific race.

16           MR. CROSS:  Okay.  That's what I thought.

17           MR. TYSON:  But are we good finishing the answer to

18   that question and me following with a why?

19           MR. CROSS:  Because it is public, I would rather give

20   him an opportunity to say why he made the change.  And then we

21   can -- then just more non-descript.

22           MR. TYSON:  Yes.

23           MR. CROSS:  Okay.

24           MR. TYSON:  And this really was just getting into the

25   changes, and then I was moving to the next topic.  So this

1    is -- yeah.

2              THE COURT:  All right.  Go ahead.

3              MR. CROSS:  Thanks, Judge.

4              MR. TYSON:  Thank you, Your Honor.

5                   **(The bench conference was thereby concluded.)**

6              THE COURT:  Go ahead.

7    BY MR. TYSON:

8    **Q.**   Dr. Halderman, I believe we had just asked about whether

9    you previously had different races that were involved in the

10   versions of the malware than the ones that were presented to

11   the Court.

12   **A.**   Yes.  For the expert report, the malware we developed

13   targeted contests on a real Georgia ballot that was available

14   to me during the testing.

15        For purposes of the courtroom demonstration, I adapted it

16   to a demonstration ballot in a future mock election.

17   **Q.**   And is there a reason why you modified that ballot from an

18   actual Georgia ballot?

19   **A.**   Simply because the -- simply to avoid overly politicizing

20   the questions involved.

21   **Q.**   Dr. Halderman, let's talk about some of the conclusions

22   that you reached about the ICX BMDs.

23        One of the things you determined is that Dominion BMDs are

24   not sufficiently secured against technical compromise; right?

25   **A.**   Yes.

1  **Q.**   And you didn't quantify what sufficient security is in

2  your report; right?

3  **A.**   I don't quantify it.  But again, Mr. Tyson, I basically

4  hacked into it with a pen yesterday in front of you.  I mean,

5  we could talk about -- we can talk about sufficient.  But I

6  think wherever you are going to reasonably draw the line, this

7  is not on the sufficient side of it.

8  **Q.**   But to be clear, your opinion of sufficiency is not based

9  on an ability to quantify the degree of risk?  It is based on

10  your sense of the degree of risk; right?

11  **A.**   I'm not offering a quantification.  I'm offering a

12  qualification and whether this -- a qualification based on the

13  vulnerabilities that I talk about, that I describe in the

14  report.

15  **Q.**   And I believe we covered this.  But you're not also

16  relying on sufficient security as compared to any particular

17  documented security standards for election equipment; right?

18  **A.**   What do you mean?  A government standard or there is a

19  scientifically accepted standard that is -- that the election

20  system is going to produce public evidence sufficient for

21  people to confirm the outcome is right.

22  **Q.**   And no ballot-marking device that you're aware that is

23  available right now meets that standard?

24  **A.**   Yes.

25  **Q.**   You also conclude that it was easier to compromise

1   Dominion BMDs than it was to compromise the AccuVote TSxs;

2   right?

3   **A.**   Yes.

4   **Q.**   And that is despite the ballot-marking devices having a

5   paper trail unlike the DREs; right?

6   **A.**   Yes.

7   **Q.**   You also reference that an attacker -- and I think you

8   demonstrated here -- could alter the QR code and the human

9   readable text; right?

10  **A.**   Yes.

11  **Q.**   You also conclude the ICX was designed -- designed without

12  sufficient attention to security; right?

13  **A.**   Yes.

14  **Q.**   And again, you're not quantifying sufficient security in

15  the design in your report in this case; right?

16  **A.**   I'm not quantifying it.  But there's just a radical

17  difference in character between systems that are designed with

18  security as verse -- principle versus ones where it is an

19  afterthought.  And this is in that latter category.

20  **Q.**   And when you submitted your report in July 2021, you

21  believed that attackers already possessed the information and

22  skills needed to exploit vulnerabilities in Dominion equipment;

23  right?

24  **A.**   Yes.

25  **Q.**   And you wrote this report in this case before you knew

```
 1   about access to the Coffee County equipment; right?

 2   A.   Yes.

 3   Q.   And so it was your expert opinion that the information

 4   needed to hack the ICX was already available to attackers

 5   before the Coffee County breach; right?

 6   A.   Well, to -- certainly to some categories of attackers.  I

 7   think the breach still materially decreased the security that

 8   the ICX can offer because the exact system configuration used

 9   in Georgia was stolen by the -- as part of the breach.

10   Q.   But you would agree that Dominion software had been

11   released publicly prior to the Coffee County data being

12   released; right?

13   A.   Yes.  Or significant components of it had been.

14   Q.   And that was releases from other states that used the same

15   or similar equipment; right?

16   A.   Yes.

17        Excuse me.  I think I did misspeak.  The software -- yes,

18   I did misspeak.  Can -- you -- you asked whether the software

19   had been publicly available prior to the Coffee County breach.

20   Q.   Let me ask --

21   A.   I think that is --

22   Q.   I think I know --

23   A.   -- that is not true.

24   Q.   So let me be more clear.

25        Prior to you learning -- I'm sorry.
```

1          Prior to your July 1st report, you were aware that

2     Dominion software had already been publicly released; right?

3     **A.**    Yes.  Significant components of it were leaked by some of

4     the same people involved in the Coffee County breach.

5     **Q.**    And those leaks happened before your July 1st report; is

6     that correct?

7     **A.**    I'm trying to -- I'm trying to remember the specific

8     timeline.  The same summer at Mike Lindell's cyber symposium.

9     I don't know if that was prior to my report.

10    **Q.**    But in either case, the release was prior to the release

11    of information from Coffee County that came to light in this

12    case; right?

13    **A.**    No.  I think that was after the Coffee County incident

14    took place, if that is what you mean.

15              THE COURT:  So we've got two dates here.  There is

16    when it came to light to the public --

17              MR. TYSON:  Uh-huh (affirmative).

18              THE COURT:  -- versus when it occurred.

19              MR. TYSON:  True.

20              THE COURT:  And I think that is what is confusing

21    here is Mr. Lindell had access to the information at an early

22    point.  He was involved in it.  And it was in January of '21.

23              That is -- the report came out -- your report came

24    out in July of '21.  More information about Coffee County

25    breach to the public at large came out some substantially after

1    that.

2              MR. TYSON:   Thank you, Your Honor.

3              THE COURT:   I think that's why this is confusing

4    about Mr. Lindell.  Because if he also had a voting forum,

5    which I don't know that the witness knows, it sounds like, the

6    exact date, the voting forum still seems like it was after he

7    had access to this data, had even been in Coffee County with

8    another tech person from Cyber Ninjas in January of '21.

9              Does that make sense to everyone?  I hate to be

10   testifying.  But this is all in the record.

11             MR. TYSON:   That is a helpful clarification, Your

12   Honor.

13             Thank you.

14   BY MR. TYSON:

15   **Q.**   So, Dr. Halderman, you would agree that Dominion software

16   was released from jurisdictions in Arizona; right?

17   **A.**   Well, released I'm not sure is the right word.  But

18   outside parties were able to access it, Cyber Ninjas through

19   the audit.

20   **Q.**   And then the Cyber Ninjas made the Dominion software

21   available publicly; right?

22   **A.**   I don't believe that was the Arizona software was made

23   public.  But at Mike Lindell's cyber symposium software taken

24   from Antrim County in Michigan and from Mesa, Colorado, was

25   made public.

1   **Q.**   In your report you also discuss threats to elections.

2        Do you recall that?

3   **A.**   Yes.

4   **Q.**   And in today's world, you would agree that threats to

5   elections exist regardless of whether Georgia uses

6   ballot-marking devices or hand-marked paper ballots; right?

7   **A.**   Well, there are certainly threats in both cases.  But I

8   think the character of those threats and how they play out is

9   radically different.

10  **Q.**   Do you recall discussing in your report that Dominion

11  scanners ignore the ballot text and exclusively count the votes

12  that are encoded in the QR code?

13  **A.**   Yes.

14  **Q.**   And you would agree that the same scanners ignore the

15  human readable text of hand-marked paper absentee ballots and

16  count those ballots based on coordinates of the bubbled-in

17  areas; right?

18  **A.**   Well, that is -- that is technically correct.  But I think

19  it leads to the wrong impression about the way that counting

20  process might work.

21       So the scanners are programmed with the coordinates of the

22  bubbles.  But that is something that can be tested through

23  logic and accuracy testing, unlike these other factors.

24  **Q.**   So let's talk a little bit more about the attacks you

25  demonstrated yesterday.

1    I want to begin with the video of altering only the

2  barcode and not the human readable portion.

3    Are you with me?

4  **A.**   Yes.

5  **Q.**   You would agree that an audit could detect that type of

6  attack; correct?

7  **A.**   So, again, yes and no.  So to the extent that the attack

8  changed the outcome and the audit was targeting the contest in

9  which the attack took place, an audit would be likely to detect

10  it.  But an audit is not going to detect that attack if it

11  occurs in a contest that is not targeted by the audit.

12    An audit is not necessarily going to detect the attack as

13  it affects individual voters if the cumulative effect of the

14  attack is insufficient to change the election outcome.

15  **Q.**   And you can't identify the frequency of any type of

16  risk-limiting audit that would be required to detect an attack

17  that only alters the barcodes; right?

18  **A.**   Again, as I say, there are reasons why risk-limiting audit

19  is not necessarily going to be sufficient to detect that

20  attack.  It could detect that attack in a race the audit

21  targeted if the attack caused significant -- changes sufficient

22  to change the election outcome.  But that is not a question

23  about frequency.  If those conditions aren't met, the audit

24  isn't going to detect the attack.

25  **Q.**   And you're not aware of any state that currently uses a

1  risk-limiting audit that would always detect attacks that only

2  alter the QR codes; right?

3  **A.**   No.  That's in part my understanding why Colorado got rid

4  of the -- as -- required that -- the barcodes to be removed

5  because they want their risk-limiting audits to -- to be strong

6  enough to -- to detect problems.

7  **Q.**   You believe that Georgia conducting risk-limiting audits

8  is a positive step for security and voter confidence; right?

9  **A.**   Well, of course.  It is a positive step.  Doing

10 risk-limiting audits as opposed to not is a step in the right

11 direction.  It doesn't mean that you've achieved security.  But

12 it is -- it is certainly better than nothing.

13 **Q.**   Do you know how many states besides Georgia conduct

14 statewide risk-limiting audits?

15 **A.**   Oh, boy.  This number has changed a lot in the past few

16 years.  I can't -- I can't sitting here today give you

17 something I would be confident in.

18         THE COURT:  Well, it has changed a lot.  It has

19 increased a lot?  Is that --

20         THE WITNESS:  It has increased, yes.

21 BY MR. TYSON:

22 **Q.**   Do you know if it is more than half the states?

23 **A.**   I don't -- I don't know if it is more than half.  And --

24 but also because people have intentions for this coming

25 election year, and I'm not sure whether they have implemented

1  all of them yet.

2  **Q.**   Does Michigan conduct a statewide risk-limiting audit of

3  all races on the ballot?

4  **A.**   No, not yet.  But that is one of the things that in

5  talking with the Michigan Department of State I know people

6  are -- are eager to do for all significant contests.

7  **Q.**   Does Michigan conduct a statewide risk-limiting audit of

8  any type?

9  **A.**   Michigan conducts a statewide, yes.  Does have a statewide

10  risk-limiting audit that they have done after the -- after the

11  past several major general elections.

12  **Q.**   And how many races are audited?

13  **A.**   So in each of those audits, it targeted only a single

14  contest.  That is probably the most -- the most that Michigan

15  has done at once so far.

16  **Q.**   Next on the attack that altered the barcode and the text,

17  like the one you demonstrated with the George Washington,

18  Benedict Arnold election --

19  **A.**   Yes.

20  **Q.**   -- it is your opinion that that attack would go undetected

21  because voters don't check their ballots carefully enough;

22  right?

23  **A.**   It is -- in essence, yes.

24  **Q.**   Did you first develop the technician card method of

25  installation of the ballot -- changing the ballot definition

1  file before or after your July 31st report was issued?

2  **A.**    The method is one that I -- that is -- I describe the

3  general case in the report.  As a demonstration, I prepared it

4  after the report to demonstrate one specific way in which that

5  could be done.

6  **Q.**    And the demonstration you performed in court yesterday,

7  since it altered the ballot definition file, would affect every

8  ballot that was issued from that ballot-marking device after

9  that particular attack; right?

10  **A.**    Yes.  That's right.  Because that was just the change to

11  the ballot definition file.  I have also prepared malware that

12  can make changes to both the QR code and the text in more

13  programmatic ways so it would not necessarily be every one.

14  But that is not what was demonstrated.

15  **Q.**    And the demonstration you performed yesterday would

16  ultimately affect a single BMD in a polling place; correct?

17  **A.**    Yes, that is right.

18      Although once the ballots were in the ballot box, you

19  couldn't tell which ones from the -- had come from the affected

20  BMD.

21  **Q.**    In your discussion yesterday regarding voters checking

22  their ballots, you referenced an article that I believe

23  Mr. Bernhard and you had worked on.

24      Do you recall that?

25  **A.**    Yes.  It was a number of my students and I.

```
 1                MR. TYSON:  Your Honor, may I approach?

 2                THE COURT:  Yes.

 3    BY MR. TYSON:

 4    Q.   Dr. Halderman, I have handed you what we are going to mark

 5    as Defendants' Exhibit 1231.

 6         Is this the article that you referenced regarding voters

 7    checking their ballots?

 8    A.   Yes.

 9                MR. TYSON:  Your Honor, we would move admission of

10    Defendants' Exhibit 1231.

11                MR. ANDREU-VON EUW:  Your Honor, this is hearsay.

12    But no objection.

13                THE COURT:  All right.

14    BY MR. TYSON:

15    Q.   Dr. Halderman, you were one of the authors of this report;

16    right?

17    A.   Yes.  This is a group of my students and me are the

18    authors.

19                THE COURT:  It is admitted.

20    BY MR. TYSON:

21    Q.   Now, this article and the study that it discusses were

22    produced or were conducted after you were an expert for the

23    plaintiffs in this case; right?

24    A.   Yes, I believe so.  The case has been going on a very long

25    time.
```

1    **Q.**   It is as old as my youngest child.

2         This study involved a mock election; correct?

3    **A.**   Yes.

4    **Q.**   And the study did not involve Dominion equipment; correct?

5    **A.**   No.  It involved a BMD that we had prepared for the study

6    as a stand-in for a generic BMD.

7    **Q.**   And if you look down at the bottom right corner of the

8    first page, the last paragraph that begins we found that.

9         Do you see that?

10   **A.**   Yes.

11   **Q.**   And you say, we found that absent interventions only

12   40 percent of participants reviewed their printed ballot at

13   all?

14   **A.**   Yes.

15   **Q.**   And you found that interventions, meaning prompting a

16   voter to look at their ballot, encouraged people to do that and

17   they did review their ballots more frequently; right?

18   **A.**   It raised the rate of voter verification somewhat.

19   Although as we discuss in the paper, not by an amount that

20   would be adequate to make verification of BMD ballots likely to

21   be an effective security control.

22   **Q.**   And this study also found that further study was needed on

23   this topic; right?

24   **A.**   Yes.  We suggest further study before concluding that any

25   particular intervention would be sufficient.

**Q.**   And in forming your opinions regarding voters checking

their ballots, did you take into account Georgia regulations

regarding poll workers prompting voters to check their ballots?

**A.**   Yes, I did.

**Q.**   And you would agree that at least some voters are going to

check their ballots on election day; right?

**A.**   Yes.  Some will.

**Q.**   And you have never personally observed Georgia voters

voting on election day or any other time; right?

**A.**   No, not personally.

MR. TYSON:  So, Your Honor, I know I have been going

a little while.  I'm at a change in topic if you want to take a

break, or I can keep going.

THE COURT:  Do you need a break?

THE WITNESS:  Sure.  It has been a while.

THE COURT:  All right.  We'll take five minutes.

MR. TYSON:  Thank you, Your Honor.

COURTROOM SECURITY OFFICER:  Court will stand in

recess for five minutes.

**(A brief break was taken at 11:19 AM.)**

THE COURT:  Have a seat.  Go ahead.

BY MR. TYSON:

**Q.**   Dr. Halderman, in terms of your analysis of the Dominion,

you weren't able to access -- you weren't able to obtain access

to the Dominion BMD you analyzed without an order from this

```
 1  Court; right?

 2  A.    No.  I obtained access under the order of the Court.

 3  Others have been accessed without court order.

 4  Q.    And the only other Dominion equipment you are aware of

 5  that was accessed outside of an election office was the one you

 6  referenced for Mr. Hursti?

 7  A.    No, that is not right.

 8  Q.    Okay.  You also gained access to election package files

 9  through this case; right?

10  A.    Yes, I did.

11  Q.    And you spent roughly nine months or I think you said

12  12 person weeks studying the equipment; is that right?

13  A.    12 person weeks, yes.

14  Q.    At the risk of doing math, I think we agreed that was

15  somewhere close to 500 hours of time; is that right?

16  A.    Please don't ask me to multiply.

17  Q.    And then you spent additional time working on the malware

18  after you issued the report in July '21; right?

19  A.    To prepare the -- a demonstration for the Court, yes.

20  Q.    And in your analysis, you have talked about achieving

21  security.

22        Just to be clear, there is not a document we can look at

23  of what achieving security means in an election context; right?

24  A.    A document you can look at?  There is a -- there is a

25  well-defined notion that there is plenty of scientific
```

1    literature about -- about elections that achieve affirmative

2    evidence of correctness.

3    **Q.**   And it is your belief that any system that does not

4    present affirmative evidence of correctness is not a secure

5    system?

6    **A.**   Does not achieve the scientifically accepted notion of

7    election security.  That is right.

8    **Q.**   If we could turn back to Exhibit 1231 just briefly, the

9    study about voter verification.

10   **A.**   Yes.

11   **Q.**   If you go to the second page, second -- or first full

12   paragraph.  The first sentence says the risks notwithstanding,

13   BMDs do offer practical advantages compared to hand-marked

14   paper ballots.

15       Did I read that right?

16   **A.**   Yes.

17   **Q.**   And you agree with that?

18   **A.**   Yes.  So these are the reasons why it would be very

19   positive if we could find a way to use BMDs securely.  That is

20   sort of the motivation for wanting to do this work.

21   **Q.**   And one of the advantages of BMDs is voters of all

22   abilities can vote in the same manner; right?

23   **A.**   So that is a -- frequently cited as an advantage of BMDs.

24   **Q.**   And it is cited in the study that you helped author;

25   right?

1  **A.**    Yes, it is.

2  **Q.**    And BMDs offer an advantage in a more user-friendly

3  interface for voting; right?

4  **A.**    Well, they provide one kind of user interface for voting

5  that is -- that can be user-friendly.

6  **Q.**    Okay.  And another advantage is that they can more easily

7  support complex elections like those conducted in multiple

8  languages; right?

9  **A.**    Yes.

10  **Q.**    And they can also simplify election administration in

11  places that use vote centers; right?

12  **A.**    They can.  Although there are other ways to do that.

13  **Q.**    But in your paper that you are relying on here, you

14  identify each of those items as advantages of BMDs over

15  hand-marked paper ballots; right?

16  **A.**    They can be, yes.  But this is, again, the reason why --

17  why trying to find an effective -- why finding an effective way

18  to make voters contrary to fact effective at detecting errors

19  on ballots they vote with BMDs would be so important.  But we

20  don't know how to do it.

21  **Q.**    Couple paragraphs down, you reference that the rate of

22  intervention -- I mean, sorry, the type of intervention could

23  range -- result in a detection of errors up to 86 percent;

24  right?

25  **A.**    The 86 percent figure is for -- a kind of intervention

1    that would be completely impractical in the real world.  But

2    that just shows that -- that shows that the interventions that

3    we were applying in the study did have an effect on

4    participants.

5    **Q.**   And another intervention was voters bringing a list of

6    candidates; right?

7    **A.**   Yes.  That is the one that would achieve -- that we found

8    achieved an 86 percent verification rate.  If voters were

9    provided a slate of candidates and asked to vote that way then

10   vote --

11          THE COURT:  You mean a hand -- a printed list of

12   candidates so they could compare them once they are out of the

13   voting booth?  Is that what you mean?

14          THE WITNESS:  Yes.  So they would have something to

15   directly compare, exactly.  But, of course, that advantage only

16   would apply in the real world to the fraction of voters who

17   took the time to make such a slate and bring it in.

18          So that is 80 -- that would be an 86 percent

19   improvement among those voters who -- who actually did use a

20   slate.

21   BY MR. TYSON:

22   **Q.**   Do you know if Georgia voters are allowed to bring a

23   filled-out sample ballot with them to vote?

24   **A.**   But that is exactly what I mean.  The fraction of voters

25   who took the time to bring in a sample ballot among that --

1    that slice of the public you would expect to see an

2    improvement.

3    **Q.**   But my question was:  Do you know if Georgia voters are

4    allowed to bring a filled-out sample ballot in with them if

5    they so choose?

6    **A.**   I don't know.  That is typical in states that people are

7    allowed to do such a thing.  But again, the -- typically is

8    only a very small fraction of voters do.

9    **Q.**   Last question on this:  One of the items for further study

10   was not just which interventions work but also more study about

11   whether voters verify their ballots; right?

12   **A.**   Yes.

13   **Q.**   Dr. Halderman, a couple of more specific questions about

14   some of the items in your report.

15       First, the vulnerability you identify of placing the

16   hardware unit between the ballot-marking device and the

17   printer, that was not a vulnerability that was part of CISA's

18   recommendations on this list of ten items; right?

19   **A.**   Yes.  Because -- and the reason for that is the

20   vulnerabilities that CISA reports on typically are things that

21   can be reduced to what is called a CVE, which is a -- sort of

22   an atom of vulnerability.

23       And the printer is more of a -- the printer issue is more

24   of a mode of attacking the system than a vulnerability -- a

25   software vulnerability that could be patched.

1   Q.   And you indicate that you hard-coded attack contests,

2   meaning that this particular attack couldn't alter ballots in

3   more than one election; right?

4   A.   So for each of the forms of attack that we implemented a

5   demonstration of, including the printer and the malware, I

6   thought it was very, very important not to build something that

7   was going to be a dangerous weapon if it did fall into the

8   wrong hands.

9        So we -- rather than writing general purpose malware that

10  would, say, look for a political party or the name of an office

11  only and make a decision about what to cheat that could affect

12  any ballot style, we did hard code it.  But that is because we

13  didn't want to build a loaded gun.

14  Q.   And you would need physical access to a printer and you

15  could only affect one printer at a time for that particular

16  attack; right?

17  A.   You wouldn't necessarily need physical access to the

18  printer.  A supply chain attack might be able to affect many

19  printers at once.  So if the software in the printer from when

20  it was purchased was already malicious, that would be an

21  example of a supply chain attack.

22  Q.   But to be clear, your particular attack discussed in your

23  report would require physical access to a printer; right?

24  A.   No.  Only the implementation of the attack that we

25  prepared as a demonstration of how this could be done would

1  necessarily require physical access because it is possible that

2  the same form of attack could be implemented through the supply

3  chain as one example.

4  **Q.**   But you've only discussed the implementation in your

5  report, not other ways of implementing the same attack; right?

6  **A.**   I do believe the report discusses other modes of

7  implementing such an attack.

8  **Q.**   You mentioned you didn't want to build a loaded gun in

9  terms of malware.  You have not seen malware that is

10 self-propagating across multiple elections that would affect a

11 Dominion BMD; right?

12 **A.**   I'm sorry.  I'm just parsing all of those qualifiers.

13     So I -- no.  I have not seen it.  It certainly would be

14 possible to create such malware.

15 **Q.**   And you've never designed malware that would run on both

16 an AccuVote TSx platform and a Dominion BMD; right?

17 **A.**   You asked whether I had designed such malware?  No.

18 Although it could certainly be done.

19 **Q.**   Talking about the ICX Smart card vulnerability that you

20 discussed yesterday, that vulnerability gives someone with

21 physical access additional access to software inside the BMD;

22 is that fair?

23 **A.**   Yes.  Anyone with physical access can unlock the BMD and

24 change -- make arbitrary changes to the software and data,

25 including potentially a voter.

1    **Q.**   And for your infinite voter card discussions, you would

2    agree that there are opportunities for detection of someone

3    trying to use an infinite voter card in a precinct; right?

4    **A.**   Yes.  I would agree.

5    **Q.**   And you would agree that if the scanner was monitored by a

6    poll worker this attack could be detected; right?

7    **A.**   It depends on the form of the attack and how the attacker

8    was trying to use the infinite voter card.

9    **Q.**   If someone printed three ballots while standing at a

10   ballot-marking device and went to put them in the scanner, a

11   poll worker would have the opportunity to notice one individual

12   feeding multiple ballots into a scanner; right?

13   **A.**   Potentially, yes.

14   **Q.**   And you would agree that at the conclusion of the

15   election --

16          THE COURT:  You are talking just about one voter

17   doing three ballots?

18          MR. TYSON:  Yes, Your Honor.

19          THE COURT:  I don't think anyone -- that type of

20   ballot fraud has not been an issue in this case about

21   submitting multiple ballots.  So I'm not sure why you are

22   asking about it.

23          MR. TYSON:  One of the Smart card attacks that

24   Dr. Halderman designed allowed for the repeated printing of

25   ballots on a ballot-marking device.  So my question related to

1    that attack, that it would be detectable in other contexts.

2         THE COURT:  Well, it depends on who is doing it.

3    Whether somebody in the polls are doing it.  Somebody else who

4    has had access to it.  It seemed to assume that any fraud would

5    only be done by a voter as opposed to somebody who has access

6    to the machine to use it for that purpose.

7         MR. TYSON:  Certainly, Your Honor.

8         And, actually, the next question was going to be

9    about insiders and how you would deal with that.

10   BY MR. TYSON:

11   **Q.**   You would agree that if a county checked the number of

12   ballots that were scanned versus the number of individuals who

13   checked in that would be a way to detect someone inserting

14   multiple ballots; right?

15   **A.**   Well, potentially.  Although there are, quite frequently,

16   anomalies between the number of ballots and the number of

17   recorded voters in real polling places.  That is called

18   balancing the polling place.

19        And polling places being out of balance is sometimes a

20   normal occurrence just because of human error.  So that could

21   detect it.  Whether that would reliably detect it and

22   distinguish such an attack from human error, I don't -- I can't

23   say that it would reliably detect it.

24   **Q.**   And to the Judge's question about a corrupt insider, a

25   corrupt insider could print multiple ballots off of a BMD in a

1    BMD system or could mark multiple hand-marked paper ballots in

2    a hand-marked paper ballot system; right?

3    **A.**    I think it depends on the attack scenario you are

4    envisioning.  It is actually a very significant advantage of

5    the -- it is a very significant advantage of the hand-marked

6    system that you end up with a contemporaneous record as well.

7         So if you are talking about someone who was an insider

8    trying to change things after the election is closed, then I

9    don't think that that attack works as well.  This is --

10        Actually, Your Honor, I think that is -- an insider

11   tampering with the paper ballots is something that the precinct

12   count optical scan technology is well set up as a form of

13   voting to defend against in either case.

14   **Q.**    And when you refer to the precinct count optical scan,

15   you're referring to the images of ballots being captured at the

16   precinct; is that right?

17   **A.**    Yes.  So what I'm referring to is the images and the

18   ballot box having two records of the ballot is useful against

19   ballot box stuffing attacks by insiders in either mode.

20        So I worry less about the -- after voting is over someone

21   stuffing the ballot box.  I do worry about the other attacks

22   that we have talked about more.

23   **Q.**    And to be clear, the Dominion ICPs also capture images of

24   BMD voted ballots when those are being placed in the scanner at

25   the precinct; right?

1  **A.**   Yes.

2  **Q.**   For the malware that was installed via the Bash Bunny unit

3  on the video, did you hard code the names of candidates into

4  that particular malware?

5  **A.**   Yes.  As I explained, we didn't want to build a loaded gun

6  that would work against arbitrary ballots.  But it could be

7  done.

8  **Q.**   And I believe we covered this.  But you have not created

9  malware that can alter results in multiple elections on an ICX;

10  right?

11      And when I say multiple elections, I mean different ballot

12  definitions.

13  **A.**   Some of the malware can be targeted at more than one

14  election definition.  But it is a matter of how you configure

15  the files.  It is just you have to hard code for our

16  demonstration malware the contests and definitions that you

17  want to cheat.

18      We didn't want to build something that is going to be

19  absolutely general.  It would be much more dangerous than it

20  needed to be for purposes of this case.

21  **Q.**   So to be clear, if you were to place the Bash Bunny with

22  the malware loaded on it in a Georgia piece of equipment in an

23  actual election, it wouldn't accomplish an alteration of that

24  ballot?

25  **A.**   No.  Although the changes that someone would need to do to

1    make that the case are straightforward for any particular

2    ballot and the amount of work that would be needed to make

3    malware more general that would target any -- any future

4    election given a target party, a target office, arbitrary

5    roles, that would be straightforward for the -- for an

6    attacker.

7    Q.    When you are writing software --

8              THE COURT:  I guess I didn't understand the whole

9    conversation.  You said, so to be clear, if you were to place

10   the Bash Bunny with the malware loaded on it in a Georgia piece

11   of equipment in an actual election, it couldn't -- it wouldn't

12   accomplish an alteration of that ballot.

13             THE WITNESS:  Your Honor --

14             THE COURT:  Are you -- I mean, we were talking -- as

15   I understood the Bash Bunny example, it wasn't -- it is seeking

16   to do an alteration of the ballot.  It was trying to seek to

17   change -- change a vote.

18             MR. TYSON:  Yes, Your Honor.  And to -- in order to

19   accomplish that -- Dr. Halderman can talk about this, the

20   method by which that happens.  But the hard coding he is

21   referring to means there is an injection of text.  And he can

22   probably explain this better than I can.

23             THE WITNESS:  Yeah.  May I explain, Your Honor?

24             THE COURT:  Yes.

25             THE WITNESS:  I'm sorry that under the circumstances

 1    this is unclear.

 2            THE COURT:  Well, I might just be slow.

 3            THE WITNESS:  The malware -- the malware we

 4    prepared -- as part of the malware preparation process we

 5    program into the malware to cheat in this very specific place

 6    on this specific ballot --

 7            THE COURT:  Right.

 8            THE WITNESS:  -- by pointing it at the place, for

 9    instance, in the QR code that is going to represent a vote for

10    yes on the specific proposition.

11            For that reason, if it was plugged into -- if my

12    demonstration device was plugged into a real Georgia BMD with

13    some different election, that is not going to have a direct

14    effect.  That is a safety mechanism of what we have built.

15            But it would be possible with relatively

16    straightforward -- with straightforward changes instead to

17    instruct the malware to cheat on any ballot for a particular

18    contest or for a particular party, et cetera, as I explain in

19    the report.

20            THE COURT:  Okay.

21    BY MR. TYSON:

22    **Q.**   Dr. Halderman, in creating malware, you can -- or in

23    creating software generally, I'm sorry, you can summon

24    libraries that are part of an operating system to be loaded

25    with that particular piece of software; right?

**A.**    Yes.

**Q.**    And if you attempted to compile code without access to those libraries, the code wouldn't compile; right?

**A.**    Yes.  Software is often built from other components.

**Q.**    And the particular software we're discussing here included calls to outside libraries; right?

**A.**    Yes.  I discuss several libraries in the report that it makes use of for reading barcodes, things like that.

**Q.**    Would you agree that a potential attacker would need access to a BMD to test their modified application?

**A.**    Not necessarily.  With the data that was taken from Coffee County, for instance, an attacker could recreate the functionality in virtualization potentially and test without direct access to a BMD.

**Q.**    And when you discuss reverse engineering the APK file in your report, that process generates logs; right?

**A.**    Pardon?

**Q.**    The process of reverse engineering an APK file generates logs; right?

**A.**    No.

**Q.**    You also discuss that election officials could verify QR codes by decoding them.

        Do you recall that?

**A.**    I'm trying to remember where.  I'm not sure I remember.

**Q.**    That's fine.

1          Let me ask this question:  If the state of Georgia was to

2     place a QR code reader in each precinct, that would not address

3     your concerns about the use of QR codes; right?

4     **A.**    Well, no.  That wouldn't address my concerns.  There are a

5     number of problems with such an approach.

6          THE COURT:  Can you explain what those are?

7          THE WITNESS:  Yes.  So placing a QR code -- even

8     assuming that the QR code reader was accurate, it would be

9     essentially like voters checking the ballot themselves.  They

10    would have to -- they would have to take the time to do the

11    process.  And a QR code reader is only going to be able to

12    decode -- presumably is only going to decode the QR code and

13    the voter is going to have to make a comparison.

14         Perhaps someone could make a QR code reader that did

15    more than that.  But a typical QR code reader would just say

16    here are the choices in the QR code.  Is this how you voted?

17         THE COURT:  And just because I've already been --

18    we've been sent down this line, if you had -- instead did not

19    have a QR code at all, then the individual -- it would be more

20    efficient -- the person would just look at what the ballot

21    said?

22         THE WITNESS:  I think that would be more efficient

23    than using a QR code reader, that's true.  There are other

24    practical problems with doing -- with having a QR code reader

25    decode these ballots, including that to get the information

1    that -- I -- depending -- let me say that again.

2         The QR code reader would have to be programmed with a

3    matching election definition to the scanner and to the BMD.

4    We've had instances like in DeKalb County where an error in

5    some of that programming has caused false positives that has

6    caused errors that produce -- that caused ballots to be scanned

7    the wrong way.

8         If all three of these units -- now you -- instead of

9    having two units to keep synchronized, you have three units to

10   keep synchronized.  If one of them is not programmed the same

11   way as the others, you're going to -- you're going to have a

12   situation where voters think something is badly wrong with

13   their ballots.  So it could cause false alarms.

14        Finally, the -- getting data out of the election

15   management system sufficient to decode these -- the barcodes, I

16   don't know a way to do that that would not potentially

17   introduce further security risks.  Because to fully decode the

18   barcodes, you need the key for the message authentication code

19   on the barcodes.  That comes out of the election -- the

20   election package on the EMS and is contained along with other

21   very sensitive cryptographic secrets.

22        So I discuss in the expert report why message

23   authentication codes are dangerous to -- are difficult for

24   third parties to verify because anyone who has the key to

25   verify them can also forge them.  And that risk of the key that

1  could be used to forge the message authentication code's

2  falling into the wrong -- you know, being leaked out of the

3  system would increase if you were building infrastructure to

4  get it into QR code readers at every polling place.

5          I know that is a long tangent, Mr. Tyson.  There are

6  some complex technical drawbacks to such a system.

7  BY MR. TYSON:

8  **Q.**  Certainly.

9      But each -- if such a system existed, individual voters

10  would at least have the opportunity to verify what their QR

11  code on their ballot said and compare it against the human

12  readable text; right?

13  **A.**  Yes.  Assuming the readers were working correctly and

14  hadn't also been affected by some kind of security problem.

15      But actually -- and I think that is a very significant

16  issue though.  So the voter has no way to know that the QR code

17  reader actually is reading the QR code the same way as the

18  scanner.  That is sort of the fundamental problem with it.

19      I could have summarized much of what I just said as that.

20          THE COURT:  So -- all right.  I know you're a little

21  bit detouring here.  But -- so then there is the upgrade to the

22  system that apparently -- of the Dominion system that is

23  apparently feasible and others have used of simply having no

24  QR code at all.

25          THE WITNESS:  Yes.

```
 1              THE COURT:  So that is not really dramatically more
 2    sophisticated software.  Maybe it is less sophisticated.  I
 3    don't know.  What is involved in that?
 4              THE WITNESS:  In the change to the software that
 5    allows printing a ballot that looks like a traditional ballot?
 6              THE COURT:  Right.
 7              THE WITNESS:  The -- that -- newer versions of the
 8    Dominion software than what Georgia uses support that.
 9              Do you have a specific question?
10              THE COURT:  That does not impose any more complex
11    software issues?
12              THE WITNESS:  No, it wouldn't impose more complex
13    software security issues.
14    BY MR. TYSON:
15    Q.   Dr. Halderman, but if a state upgraded to the Dominion
16    software that allowed for a full-face traditional ballot like
17    you described, that wouldn't solve the concerns about
18    manipulation if voters are not checking their ballots from a
19    BMD; right?
20    A.   No, it doesn't fully address those concerns.  What it
21    would do is make attacks that would otherwise be invisible to
22    voters because they are only in the barcode ones, that at least
23    voters had a potential opportunity to catch.
24         So that is the sense in which it is -- it would be
25    potentially an improvement over the status quo in Georgia.
```

1    **Q.**    It is also true voters can potentially catch a change in

2    the human readable text attack; right?

3    **A.**    They potentially can.

4    **Q.**    Let's talk a little bit more about the Bash Bunny

5    installation video.

6         Just to be clear, that method can install malware on a

7    single BMD at a time; right?

8    **A.**    Yes.  That is right.

9    **Q.**    And if that kind of attack occurred in a precinct, it

10   would require poll workers not noticing a voter manipulating a

11   BMD; right?

12   **A.**    Well, yes.  Although that -- as I discussed yesterday, the

13   voter could block the view of the screen.  People often do that

14   while they are voting just for their own privacy.

15   **Q.**    And we all watched.  The screen went black.  It changed.

16   A number of things happened on the screen during the Bash Bunny

17   installation; is that fair to say?

18   **A.**    Yes.

19   **Q.**    And you're aware there are claims in this case that the

20   screens on the Dominion equipment are so large and bright that

21   they cannot afford voter privacy; right?

22   **A.**    I'm not sure.

23   **Q.**    But it is your belief that a voter is able to shield the

24   screen both for their own privacy and for purposes of

25   installing malware?

**A.**    Perhaps not all voters are able to do that.  But if the voter is a physically large person and takes -- makes an effort to shield the screen, I believe they would be able to.

**Q.**    Going to our insider or dishonest election worker installation, the machine would need to be booted up, not just stored in a warehouse to make the installation of the software; right?

**A.**    Yes, it would need to be turned on.

**Q.**    And you would agree that insiders or intruders could also install malware on the ICP precinct scanners if they were given access; right?

**A.**    That is likely to be true.  But I haven't done the kind of study of the ICP that would allow me to tell you how easily that could be done or whether it poses the same magnitude of threat.

**Q.**    And you agree that county election offices have security cameras; right?

**A.**    Yes, at least in some counties.

**Q.**    I want to talk next about the remote installation method you discussed yesterday.

That involves access to the election management server; is that correct?

I'm sorry.  Election management server or the process for creating election projects; right?

**A.**    It requires -- it involves -- it involves manipulating

1    data that is passing through those.  So it could be physical

2    access or it could be another mode of doing that, yes.

3    **Q.**    And do you know if the EMS -- Dominion EMSs would still be

4    used if Georgia used a hand-marked paper ballot system?

5    **A.**    Presumably they would be.  But in a hand-marked paper

6    ballot system with sufficient audits at the other end, you are

7    able to detect the kinds of -- you are able to detect any kind

8    of manipulation of those results.  So the import of such an

9    intrusion would be -- would be dramatically less.

10   **Q.**    But again, you can't quantify what the degree of less risk

11   would be; right?

12   **A.**    I'm not offering a specific number.

13   **Q.**    And -- okay.

14        Do you know if Dominion still builds ballots for Georgia

15   elections?

16   **A.**    I believe that function now is being performed in house by

17   the Center for Election Systems.

18   **Q.**    Do you know which entity in Georgia is responsible for

19   physical security of the EMS?

20   **A.**    I don't know which entity has that responsibility, no.

21   **Q.**    And you would agree that an attacker with access to a

22   county's EMS could also affect elections conducted using only

23   hand-marked paper ballots; right?

24   **A.**    Again, in a hand-marked system, the effect of such an

25   intrusion, assuming that the ballots are well audited on the

1   other end, could be detected and corrected.

2        In the current system it is possible that it wouldn't be

3   detected at all and it would be likely impossible to correct.

4   **Q.**   But you don't know for certain that an attack could be

5   detected in a hand-marked paper ballot system either; right?

6   **A.**   Well, it depends what the attack aimed to do.  If it aimed

7   to alter the results of the election and change the outcome,

8   then it could be detected reliably by a risk-limiting audit

9   targeting that contest.

10  **Q.**   But again, there would have to be a sufficiently rigorous

11  audit to detect that attack; right?

12  **A.**   Yes.  You need to do sufficiently rigorous audits to

13  detect attacks in general.

14  **Q.**   So just to be clear, it is not just the hand-marked paper

15  ballot component?  It is also that coupled with a sufficiently

16  rigorous audit in your analysis; right?

17  **A.**   Yes.  You need both in order to satisfy.

18  **Q.**   You would agree that one way to mitigate risks of the

19  Stuxnet style attack you discussed yesterday would be used --

20  to use CDs that write once instead of USB sticks; is that

21  right?

22  **A.**   Not necessarily, no.

23  **Q.**   Would there be any reduction of risks by using CDs instead

24  of USB sticks for deployment of election materials?

25  **A.**   That would be hard to quantify.  I'm not sure.

1   **Q.**   Dr. Halderman, your report doesn't offer opinions about

2   the feasibility of particular attacks, just that they can

3   happen; right?

4   **A.**   I'm sorry?  I'm not sure I understand your question.

5   **Q.**   Your report identifies attacks that could happen to the

6   election system --

7   **A.**   Yes.

8   **Q.**   -- but doesn't identify the feasibility of those attacks;

9   is that right?

10  **A.**   I'm not sure that I understand the distinction you're

11  trying to draw.

12  **Q.**   You would agree that to be a threat to an election a

13  potential attack has to be something someone can carry out in

14  reality; right?

15  **A.**   The attacks that I say are potential risks are ones that I

16  believe could be carried out in reality.

17  **Q.**   Okay.  Do you agree that the degree of technical skill

18  necessary to implement an attack is part of determining whether

19  that attack is feasible?

20  **A.**   Yes, I would agree with that.

21  **Q.**   And you didn't document the degree of technical skills

22  necessary for the attacks in your report; right?

23  **A.**   I wouldn't say that.  I talk about, several times in the

24  report, necessary technical skills.  Frankly -- frankly, all of

25  the technical work that underlies the attacks in this report

1   isn't exactly the most technical sort of attack.  It is

2   software development that happens today.  This is maybe people

3   with a computer science background.  Like many, many students

4   that I graduate -- that Michigan graduates every year would be

5   perfectly capable of doing it.

6   **Q.**   Do you agree that the time necessary to successfully

7   achieve an attack is part of whether an attack is feasible?

8   **A.**   Yes.

9   **Q.**   Do you agree that the ease with which an attacker can

10  evade discovery through observation or audit is part of

11  considering feasibility of an attack?

12  **A.**   Yes.

13  **Q.**   Do you agree that the measurement of an ability to attack

14  to affect enough ballots to impact the outcome of an election

15  is part of considering feasibility?

16  **A.**   Yes.

17  **Q.**   Okay.  And your report doesn't discuss how to affect the

18  number of ballots needed for specific elections; right?

19  **A.**   What do you mean for specific elections?

20  **Q.**   Your report doesn't consider how to affect or determine

21  the number of ballots an attacker would need to alter to change

22  the outcome of a specific election; right?

23  **A.**   My report doesn't -- my report doesn't do that because

24  that depends on the margin of victory in a particular election.

25  And the concern in this case is future elections for which the

1     margin of victory is not yet known.

2     **Q.**   And you're aware of criticisms of your report as finding

3     the vulnerabilities you identified were not feasible to

4     exploit; right?

5     **A.**   I'm not sure which criticisms you are referring to.

6     **Q.**   Are you familiar with MITRE's criticism of your report?

7           MR. ANDREU-VON EUW:  Objection, Your Honor.  The

8     Court has ruled on this.

9           MR. TYSON:  Your Honor, Dr. Halderman said he wasn't

10    sure what criticisms of his report of feasibility.  I was

11    offering this for purposes of impeaching and exploring this

12    line of questioning with him.

13          THE COURT:  Well, the report itself is not

14    substantive evidence in the case.  But I think he's entitled to

15    ask whether -- about it unless you can explain to me why,

16    sir -- why he shouldn't be able to ask him that.

17          MR. ANDREU-VON EUW:  He can ask about criticism.  He

18    can't introduce through his questions or otherwise the report

19    into evidence.

20          THE COURT:  Well, he's not -- I don't think he is

21    going to do that.

22          MR. TYSON:  I was going to ask regarding his

23    awareness of the report and what the allegations were in the

24    report.

25          THE COURT:  All right.  Well, that is something

1    different.  I'm not allowing you to do that but -- given the

2    status of the report and that it is -- and all the issues I

3    described before.

4            If you want to ask him about the subject matter or

5    the criticism detached from that, you're welcome to do that.

6            MR. TYSON:  Thank you, Your Honor.

7    BY MR. TYSON:

8    Q.   Dr. Halderman, are you aware of a report by MITRE that

9    criticized your report?

10           MR. ANDREU-VON EUW:  Same objection, Your Honor.

11           THE COURT:  All right.  Just -- you can ask that.

12   But you cannot go further -- I mean, you can ask about the

13   particular issue.  But you cannot then engage about it and

14   start introducing evidence.  I mean -- all right.

15           MR. TYSON:  And, Your Honor, to be clear, that's why

16   I asked if he was aware of the report criticizing his report.

17   That is the question.

18           THE COURT:  That's fine.

19           THE WITNESS:  Yes.

20   BY MR. TYSON:

21   Q.   And I'm assuming you disagree with that report; right?

22           MR. CROSS:  Your Honor, it is just an end-run around

23   Your Honor's ruling.

24           THE COURT:  Right.  No.  We're not going there.

25           MR. TYSON:  Okay.

```
1            THE COURT:  We're not going there.  I mean, if you

2    want -- how you started I understood.  If you want to say

3    that -- have there been -- how do you address a particular

4    issue, that is one thing.  Is this a problem?  Explain it and

5    then he can address it.

6            MR. CROSS:  Your Honor, we would move to strike the

7    reference to the testimony regarding the report.

8            MR. TYSON:  Your Honor, I think we're entitled to at

9    least have the answer about his awareness of the report, if

10   nothing else.

11           THE COURT:  Yes.  I think you are.

12           Are you aware of the report?

13           THE WITNESS:  Yes.

14           THE COURT:  All right.

15           MR. TYSON:  And with that, at Your Honor's direction,

16   we'll change topics then.

17   BY MR. TYSON:

18   Q.   Dr. Halderman, you also address ballot scanners, the ICP

19   units in your report; correct?

20   A.   I did some limited amount of analysis of the ICP.

21   Q.   And you would agree that the Dominion ICP scanner can be

22   used with a hand-marked paper ballot system; right?

23   A.   Yes.

24   Q.   And any of the vulnerabilities you identified concerning

25   ICPs would apply if Georgia used a hand-marked voting system
```

1  and not a BMD-based voting system; correct?

2  **A.**   The vulnerabilities with the ICP identified in my

3  report -- I'm trying to remember exactly which ones they

4  identified in the ICP in my report.

5  **Q.**   I'm happy to ask you about them specifically if you would

6  like me to.

7  **A.**   Yes.  Please ask me about them specifically.

8  **Q.**   If Georgia used a hand-marked paper ballot system, the

9  vulnerability of the scanner accepting photocopied ballots

10  would still apply; right?

11  **A.**   Yes.  Well, sort of.  Sort of.  Because the photocopied

12  ballot -- a photocopied ballot of -- a photocopy of a

13  hand-marked paper ballot is going to be obvious.  Anyone who is

14  inspecting the ballots, a photocopy of a BMD ballot is going to

15  look just like a BMD ballot that came out of the printer

16  potentially.

17  **Q.**   But you haven't tested that with the ICP scanners to see

18  if it treats a photocopied hand-marked ballot differently than

19  an actual hand-marked ballot?

20  **A.**   No, I haven't tested that.

21  **Q.**   If Georgia used a hand-marked paper ballot system with

22  Dominion ICP scanners, the vulnerability would still exist if

23  accessing ballot images in order; correct?

24  **A.**   Yes, that would.

25  **Q.**   And you would agree that it is possible that a bad actor

1  could install malware on a Dominion ICP scanner to make it

2  incorrectly count hand-marked paper ballots; right?

3  **A.**   Yes, I think it is possible.  I don't have -- unlike the

4  ICX, I can't say that that would be easy or more difficult.

5       The attack surface of the ICP is much less.  And you

6  likely can't just walk up to an ICP as a voter on election day

7  and install malware.  Though other vulnerabilities may exist.

8  **Q.**   Did you raise concerns in December 2020 regarding

9  hacking --

10            THE COURT:  All right.  Is this a new subject?

11            MR. TYSON:  It is, Your Honor.

12            THE COURT:  Okay.  I'm going to stop at this moment

13  because I have a phone conference in another case that is

14  sensitive at 12:30.  So I think it is a good time to stop if

15  you are on a new subject.

16            MR. TYSON:  Certainly.  I'm near the end, Your Honor,

17  but I do have a couple of more things to cover.

18            THE COURT:  Go ahead.

19            MR. TYSON:  Not in seven minutes.  I'm sorry.  Yeah.

20            THE COURT:  Hope springs eternally, because I would

21  have told them we were going to get out -- we are running

22  five minutes or ten minutes late.

23            That is not a possibility?

24            MR. TYSON:  I don't think so, Your Honor.

25            THE COURT:  How much more time do you think you have?

 1              MR. TYSON:  I'm thinking probably 15 minutes.  It is

 2    not much more.  But I'm not sure.  If Dr. Halderman will agree

 3    with all of my answers, it would go very quickly obviously.

 4              THE COURT:  That is the answer to all things, isn't

 5    it?  Agreement.

 6              All right.  Okay.  Well, we'll take -- we'll take --

 7    go ahead and take the break since I have already used two and a

 8    half minutes just chatting about it.

 9              I'll see you-all at 1:20 because I don't think I can

10    be through sooner.

11              MR. TYSON:  Thank you, Your Honor.

12              THE COURT:  All right.

13              COURTROOM SECURITY OFFICER:  All rise.

14              **(A lunch break was taken.)**

15              THE COURT:  You may proceed.

16              MR. TYSON:  Your Honor, I did want to clarify one

17    point at the beginning.

18              Regarding the MITRE report, your ruling was that I

19    can't ask any questions that get into the substance; is that

20    correct?

21              THE COURT:  Right.

22              MR. TYSON:  So, for example, asking whether

23    Dr. Halderman was aware of whether MITRE used a threat model

24    assessment you would consider not an appropriate question; is

25    that right?

```
 1              THE COURT:  I think that is the content.

 2              MR. TYSON:  I just wanted to verify.

 3              THE COURT:  Yeah.

 4              MR. TYSON:  Thank you, Your Honor.

 5   BY MR. TYSON:

 6   Q.   Dr. Halderman, do you recall raising concerns in December

 7   of 2020 about whether the Dominion equipment could be hacked by

 8   loading malware on a machine that could then spread across the

 9   system via the EMS?

10   A.   Raising concerns to whom?

11   Q.   To the Court or to your counsel.

12   A.   Yes, I did raise concerns.

13   Q.   And were you concerned about the potential impact of that

14   vulnerability on the January 2021 Senate elections?

15   A.   Yes, I was.

16   Q.   And was that request acted on, to your knowledge?

17   A.   My recollection is that -- my recollection is that counsel

18   attempted to communicate with the Court to -- to see whether it

19   would be possible to raise the issues outside of the protective

20   order.

21        But at this time, we were operating under the -- because

22   we were operating under the protective order, it was unclear

23   whether the -- whether and to whom the findings could be

24   communicated.

25   Q.   And are the concerns you had in December 2020 one of the
```

1   vulnerabilities you discussed in your report?

2   **A.**   Can you repeat the question, please, Mr. Tyson?

3   **Q.**   Certainly.  Are the concerns that you raised in December

4   of 2020 -- are those included in your report as one of the

5   vulnerabilities you identified?

6   **A.**   Yes.  The concern was the vulnerabilities that I had

7   identified.  By that time, many or most of the vulnerabilities

8   in the report were ones we were aware of.

9   **Q.**   And you're aware that two democratic U.S. senators were

10  elected in January of 2021; right?

11  **A.**   Yes.

12  **Q.**   And you don't have any evidence that the result of the

13  January 2021 runoffs were compromised in any way; right?

14  **A.**   No, I don't have any evidence of that.

15  **Q.**   Now, Dr. Halderman, you have examined forensic images of

16  the Coffee County server and other Coffee equipment taken by

17  SullivanStrickler and did not find any malware; correct?

18  **A.**   No, I didn't find any malware.

19  **Q.**   Okay.

20  **A.**   That was from before -- those images would be before

21  SullivanStrickler and the other people in Coffee County had

22  interacted with the equipment; right?  This is a snapshot at a

23  point in time.

24       And the -- I have never had an opportunity to examine the

25  voting equipment in Coffee County, even after the State took it

1  out of use over the security concerns stemming from Coffee

2  County.

3          THE COURT:  Could I just ask you a question.

4          You said, no, I didn't find any malware.

5          That was from before those images -- would be before

6  SullivanStrickler and the other people in Coffee County had

7  interacted with the equipment.

8          So what you were seeing was images that would have

9  predated whatever SullivanStrickler and other people did to

10  interact with the equipment?

11          THE WITNESS:  Excuse me, Your Honor.  You raised a

12  good point that I did later get to see a second image from

13  Coffee County that was collected after the State had imaged it.

14  That was very long in the future, and the computer had been,

15  well, frankly, through a lot since that time.

16          So while we were able to learn some things about what

17  had happened during the Coffee intrusion from that, it is

18  wholly possible that other evidence was lost.

19          THE COURT:  All right.  And that actually wasn't my

20  question, but that is fine because I wasn't aware of --

21  completely of the timing.

22          But all I'm asking is, is that at the first point

23  that you were able to look at the Coffee County equipment, at

24  that point -- is it -- I just want to understand.

25          Was it that SullivanStrickler had worked with the

1    software at that point or had not yet, or it was predating

2    that?

3              THE WITNESS:  It was the image that they had

4    collected, that SullivanStrickler themselves had collected.  So

5    it would not have had any effect of the things that they did.

6              THE COURT:  Afterwards?

7              THE WITNESS:  Yes.

8              THE COURT:  All right.  I got it.  Thank you.

9    BY MR. TYSON:

10   **Q.**   And, Dr. Halderman, you have opined that the Coffee County

11   intrusion materially increases the risk to Georgia elections;

12   is that right?

13   **A.**   Yes.

14   **Q.**   And like the other things we have discussed, you don't

15   have a method for quantifying the degree of risk that changed;

16   right?

17   **A.**   No.  As we have discussed, it makes -- it would make

18   attacking the system significantly easier in some ways, but I

19   don't -- I'm not offering up a number on that.

20   **Q.**   And you've also raised the issue of the Secretary in one

21   of your reports or your supplemental Rule 26 report not

22   inspecting that equipment.

23        Do you recall that?

24   **A.**   Yes.

25   **Q.**   You would agree that even if the Secretary had inspected

1  the equipment, it wouldn't necessarily show if malware was

2  installed because the malware could have deleted itself; right?

3  **A.**   Yes.

4  **Q.**   You also identified vulnerabilities in the EMS and the

5  central count scanner related to Windows security updates;

6  right?

7  **A.**   Yes.

8  **Q.**   And those -- are those the same missing Windows security

9  updates that you discussed in your report on the Antrim County,

10  Michigan, system?

11  **A.**   I'm not sure I verified whether they are the same set of

12  updates that are missing.

13  **Q.**   But fair to say it would require EAC approval to install

14  additional security updates on the EMS and have the system

15  remain certified; right?

16  **A.**   That is true.  Although the process for that -- I have had

17  discussions with people at EAC to understand their process, and

18  they have told me that they would welcome and quickly approve

19  updates submitted by Dominion, but Dominion hasn't submitted.

20       MR. TYSON:  And, Your Honor, I realize experts can

21  rely on hearsay, but that's not included in Dr. Halderman's

22  reports, and I would move to strike that last answer regarding

23  the hearsay on what EAC members have told him about Dominion.

24       MR. ANDREU-VON EUW:  It is responsive to the

25  question.

```
1          Your Honor, the answer was responsive to the question
2  posed by Mr. Tyson.
3          THE COURT:  It won't be on the record if you start
4  whispering.
5          MR. ANDREU-VON EUW:  Your Honor, the question was
6  responsive to the question Mr. -- excuse me.  The answer was
7  responsive to the question Mr. Tyson asked, and experts are
8  allowed to rely on hearsay.
9          THE COURT:  Well, I think he was responsive to the
10  question about what he knows, but it doesn't mean -- I won't
11  consider it for the truth of whatever EAC actually represented
12  to him.
13          MR. TYSON:  Thank you, Your Honor.
14  BY MR. TYSON:
15  Q.   Dr. Halderman, yesterday, do you recall testifying about
16  jurisdictions across the country that used BMDs for all
17  in-person voters?
18  A.   No.  I testified about jurisdictions that used BMDs as the
19  primary method of voting.
20  Q.   And you relied on the Verified Voting website for your
21  information on that point; right?
22  A.   Yes.  Verified Voting maintains the most detailed public
23  national database of this sort of information.
24  Q.   Do you recall across the country what the percentage of
25  registered voters live in jurisdictions that use BMDs as the
```

```
 1   primary method of voting?
 2   A.   Verified Voting doesn't give that number.  They give a
 3   related number which is the percentage of voters who live in
 4   jurisdictions where BMDs are the primary in-person method.
 5        That significantly overcounts BMD usage because it
 6   includes jurisdictions in certain large states that are
 7   predominantly mail-in, such as California.
 8   Q.   And do you recall, again, what the percentage is on the
 9   Verified Voting website regarding jurisdictions that use BMDs
10   as their primary method of voting?
11   A.   Again, that's not the number that Verified Voting gives.
12   They give the percentage of registered voters who live in
13   jurisdictions for the primary in-person method, not the primary
14   method of voting.
15   Q.   I apologize for the lack of precision in my question.
16        Do you recall what the percentage is on the Verified
17   Voting website for registered voters who live in jurisdictions
18   where BMDs are the primary method of voting for in-person
19   voters?
20   A.   I don't recall exactly.
21   Q.   If you could review the website, would it refresh your
22   recollection?
23   A.   Sure.
24             MR. TYSON:  May I approach, Your Honor?
25             THE COURT:  Yes.
```

1    BY MR. TYSON:

2    **Q.**    Dr. Halderman, I have handed you a copy of the Verified

3    Voting website.

4        I'm not moving to admit this, but does this refresh your

5    recollection regarding my question?

6    **A.**    Yes.    Thank you.

7        So the number Verified Voting lists is 22.7 percent.    But

8    as you can see from this map, that includes enormous

9    jurisdictions, such as places in Southern California where BMDs

10    are not, in fact, the primary method of voting.    But

11    approximately 90 percent of people in those jurisdictions vote

12    by mail, but 100 percent of people who live there are counted

13    as part of this BMD fraction.

14    **Q.**    And you indicated earlier you do some work with the

15    Louisiana Secretary of State; is that right?

16    **A.**    Yes.

17    **Q.**    And Louisiana still uses DREs; correct?

18    **A.**    They are working very hard to get rid of them.

19    **Q.**    And South Carolina uses BMDs for in-person voters as the

20    primary method of voting; right?

21    **A.**    South Carolina does, yes.    They are ES&S BMDs.

22    **Q.**    And Arkansas used BMDs for a large portion of its voters

23    who vote in person; right?

24    **A.**    Many Arkansas counties do.    Again, they are not the ICX

25    BMD; they are another manufacturer.

1  **Q.**   And a significant portion of Texas voters use BMDs as

2  their primary method of voting for in-person voting; right?

3  **A.**   So that's true.  Although in Texas, the ICX would be

4  illegal because it was reviewed by Texas' state certification

5  board and rejected, I believe, multiple times.

6  **Q.**   And so yesterday when you testified about the use of

7  Dominion BMDs for voters that vote in person in seven counties

8  outside of Georgia, you weren't saying that BMDs that use

9  barcodes on the printed ballots is only used by seven counties

10  outside Georgia; right?

11  **A.**   No.  I was talking about the specific BMD that is the

12  subject of my report.

13  **Q.**   And the ES&S ballot-marking devices that are available

14  today use barcodes; right?

15  **A.**   The ES&S ones do.  There is a third manufacturer that does

16  not.

17          THE COURT:  Who's that?

18          THE WITNESS:  That is Hart InterCivic.

19  BY MR. TYSON:

20  **Q.**   So, Dr. Halderman, you testified as an expert in some

21  other cases; right?

22  **A.**   I have.

23  **Q.**   And one of those cases was in Pennsylvania; correct?

24  **A.**   Yes.

25          THE COURT:  Before we do this, let me just clarify

1    about the Los Angeles testimony.

2              THE WITNESS:  Please.

3              THE COURT:  So 90 percent of the people in the county

4    of Los Angeles use mail-in ballots, but the Verified Voting

5    reports it as 100 percent?

6              THE WITNESS:  Yes.  It is a limitation to their

7    methodology here.  This is -- their election day equipment is

8    covering in-person voting only, so those percentages are just

9    election day in person, but it is a percentage of all of the

10   registered voters that is included in that sum.

11             THE COURT:  And is that -- so they are reporting all

12   voters, including the large bulk of people who are voting --

13             THE WITNESS:  By mail.

14             THE COURT:  -- by mail?

15             THE WITNESS:  Yes.  And for Los Angeles County, which

16   has a population that must be a substantial fraction of the

17   population of Georgia, about 90 percent of those people are

18   voting by mail.  So it skews the numbers a bit in favor of

19   ballot-marking device usage.

20             THE COURT:  I see.

21             And are there other places that have that same major

22   anomaly?

23             THE WITNESS:  Are there other places -- elsewhere in

24   California?  As you can see, some of the very populous Southern

25   California counties are marked this way.  I think San Diego,

1    California, for instance, is listed as a BMD jurisdiction, but

2    I believe they have gotten rid of polling places altogether and

3    just have a few vote centers for the residual fraction of

4    people who are voting in person.

5                    THE COURT:  Okay.  All right.

6    BY MR. TYSON:

7    **Q.**    So just to clarify, Dr. Halderman, in Los Angeles County,

8    California, voters have a choice to either vote by mail early

9    or to vote in person on a BMD; is that right?

10   **A.**    That is right.

11   **Q.**    And in Georgia, voters can vote by mail with no excuse

12   required; right?

13   **A.**    I believe that is still the case.

14   **Q.**    So moving back to our discussion of Pennsylvania, you

15   testified as an expert for Jill Stein's campaign; is that

16   right?

17   **A.**    Yes.

18   **Q.**    Who is Ms. Stein?

19   **A.**    Ms. Stein was a third-party candidate running for

20   president.  I think she was the Green Party candidate that

21   year.

22   **Q.**    And in the 2016 election, the Clinton campaign did not

23   seek a re-count, but Ms. Stein did; is that right?

24   **A.**    She sought re-counts in some jurisdictions.

25   **Q.**    And the case that was brought in Pennsylvania alleged that

1    voting machines were not sufficiently secure against a cyber

2    attack; is that right?

3    **A.**    Yes.

4    **Q.**    And that is the same issue in this case, to your

5    understanding; right?

6    **A.**    I think the issues in this case are quite different.  It

7    is not -- that case was about a specific election outcome.

8    **Q.**    But in the Pennsylvania case, there were allegations that

9    the machines were not sufficiently secured against an attack,

10   and that is similar to this case; right?

11   **A.**    Yes, I suppose it is similar in some ways.

12   **Q.**    And there was ultimately no evidence that any attack had

13   been performed against any equipment in Pennsylvania during an

14   actual election; right?

15   **A.**    Yes.

16   **Q.**    And the equipment in Pennsylvania involved a printed

17   record from a voting machine that included human readable text

18   and a barcode; right?

19   **A.**    Some of it did, and some of it didn't.

20   **Q.**    And you offered an opinion in that case that the machines

21   in Pennsylvania were subject to a potential cyber attack;

22   right?

23   **A.**    Yes.

24   **Q.**    And you testified that a hacker could add malware to

25   machines so the Pennsylvania equipment would have text that

 1   didn't match the barcode; right?

 2   **A.**   I don't recall, but if you say so.

 3   **Q.**   Did you recall also testifying that a hacker could change

 4   both the barcode and the text on the machines at issue in

 5   Pennsylvania?

 6   **A.**   I don't have my testimony in front of me, but I -- I don't

 7   have my testimony in front of me.

 8   **Q.**   The judge in that case found your testimony wasn't

 9   helpful; right?

10   **A.**   Yes.

11   **Q.**   And, in fact, the judge found that you were not credible;

12   correct?

13   **A.**   Yes.

14   **Q.**   And the judge said you acted more like an advocate than an

15   expert; right?

16   **A.**   Yes.

17   **Q.**   And the judge admonished you while you were on the stand.

18        Do you recall that?

19   **A.**   Yes.

20   **Q.**   And the judge in that case found the lack of any hacking

21   or -- or manipulation in an actual election rendered your

22   opinions dubious; right?

23   **A.**   I don't have his findings in front of me, but if you say

24   so.

25                MR. TYSON:  May I approach, Your Honor?

1          THE COURT:  Yes.

2          I'm not sure what the value in a bench trial is of

3    having the witness read the testimony -- the judge's findings

4    when I have already read the decision and can read it again.

5    You've raised it.  It is not useful.  It doesn't seem useful,

6    but I'll let you go forward, but don't go much further.

7          MR. TYSON:  Thank you, Your Honor.

8    BY MR. TYSON:

9    **Q.**  Dr. Halderman, I have handed you what we have marked as

10   1228.  If you could turn to Page 16 of that document, second

11   full paragraph in the middle:  Yet Halderman never raised this

12   dubious suggestion in his written feedback presumably because

13   it is incorrect.

14         And that related to some of your opinions and reports in

15   that case; right?

16         THE COURT:  I think that is way too complex.  I don't

17   know what the dubious -- at this point what he is referring to,

18   and it is not fair to the witness to ask him about what was

19   deemed dubious unless we're going to go through -- piece by

20   piece through a very long 27-page opinion.

21   BY MR. TYSON:

22   **Q.**  Dr. Halderman, the judge found the lack of any hacking or

23   actual -- I'm sorry.

24         The judge found there was no evidence of hacking or

25   manipulation in an actual election in the Stein case; right?

**A.**    Yes.

**Q.**    And you have no evidence of hacking or manipulation in an actual election in this case either?

**A.**    Yes.

**Q.**    Dr. Halderman, yesterday you testified about chaos in the election system.

Do you recall that?

**A.**    I do.

**Q.**    And you would agree that if a bad actor wanted to sow chaos in elections, there are far more low-tech ways to do that than launching a manipulation of software; right?

**A.**    Well, for example?

**Q.**    Someone could firebomb a precinct; right?

**A.**    I think that would -- that would sow chaos, but that would not make people doubt the results of all of the other votes the way that the things I discussed yesterday would.

**Q.**    Someone could smash a BMD with a hammer; right?

**A.**    Again, that wouldn't cast doubt on the results of the entire election; that would just cause a small delay until they found other equipment or reverted to their emergency paper ballots.  It is not at all the same thing.

**Q.**    So, in your opinion, sowing chaos in an election doesn't mean preventing people from voting?  It means changing the outcome of an election?

**A.**    It means undermining the premise that the -- that the

1  belief that the election is fair and has produced a credible

2  result.  It means making people doubt that their own votes have

3  been recorded correctly or that the outcome is legitimate.  It

4  doesn't mean simply causing a small delay.

5  **Q.**  So in your estimation, trust in elections involves voters

6  having confidence that their ballots are counted as they

7  intended them to cast; is that right?

8  **A.**  That is certainly an important part of it.

9  **Q.**  So, Dr. Halderman, it is your belief that every Georgia

10  voter has a substantial reason to doubt their vote is going to

11  be counted correctly when it is cast in an ICX; right?

12  **A.**  Yes, unfortunately.  There's no evidence -- I would say

13  there is no evidence that there has been such fraud in the

14  past.  But in the future, I think there is -- I think the

15  findings that I presented yesterday that CISA has validated,

16  the demonstration we just saw -- I mean, is that not reason to

17  have concern and doubt?  Unfortunately, it is.

18  **Q.**  And as an expert, you can't rule out that potential

19  attacks on the ICX affected past elections in Georgia; right?

20  **A.**  I'm not offering an opinion on that.

21  **Q.**  But you can't rule it out; right?

22  **A.**  I'm not offering an opinion on past elections in this

23  case.

24  **Q.**  Your testimony, you said, was about future elections;

25  right?

**A.**   Yes.

**Q.**   And do you recall in the 2020 election comparing Georgia's election -- I'm sorry.

Do you recall prior to the 2020 election comparing Georgia's election system to the 737 MAX aircraft?

**A.**   I do.

**Q.**   Looking at the future election of 2024, do you still believe Georgia's election system, if nothing changes, is the 737 MAX?

**A.**   I believe my testimony was that the -- applying the software update in the fall of 2020 raised risks similar to -- I made an analogy to the 737 MAX, and that risk that I highlighted that a -- I think was borne out.

**Q.**   And you can't rule out the possibility that real attacks would go undetected in future elections if Georgia doesn't change its voting system; right?

**A.**   No, I can't rule that out.

**Q.**   And you would agree that people who say Georgia's election system is not safe and reliable have a reasonable basis for making that statement; right?

**A.**   Yes.  That doesn't make every claim about elections correct.  But as a risk assessment based on the real vulnerabilities that CISA has validated, it is unfortunately -- it is unfortunately so.

**Q.**   And it is your belief that voters have a rational reason

1   to doubt the results of the 2024 presidential election in

2   Georgia if it is conducted on a Dominion ICX under the current

3   system; right?

4           MR. ANDREU-VON EUW:  Objection, Your Honor.  This was

5   ruled on yesterday, and it is beyond the scope of his report.

6           MR. TYSON:  Your Honor, I believe it goes to bias, to

7   what Dr. Halderman's credibility --

8           THE COURT:  I have allowed you to go in depth into

9   issues of bias.  This is beyond bias.  This is about trying to

10  pursue a different line of questions which I have addressed

11  before.  Thank you.

12  BY MR. TYSON:

13  **Q.**   Dr. Halderman, yesterday you said not all voting machines

14  can be hacked with a pen; right?

15  **A.**   Yes.

16  **Q.**   You would agree that a hand-marked paper ballot can be

17  modified with a pen; right?

18  **A.**   Not after it has been fed into an optical scanner because

19  you have a digital record of what it said that you can compare

20  to the paper ballot.

21  **Q.**   But for an absentee ballot that is received, it can be

22  modified before it is fed into a scanner by an insider; right?

23  **A.**   That is true.

24  **Q.**   And that would be with a pen?

25  **A.**   That is true.

1  **Q.**   So you would agree that a hand-marked paper ballot system

2  can also be hacked with a pen?

3  **A.**   But we're talking -- no, so -- and you are comparing

4  apples to oranges.  There are different threats that face

5  mail-in ballots than in-person ballots, and a modern

6  precinct-based optical scan system greatly reduces any risk

7  from insiders modifying ballots because you have a digital

8  record of the ballot contemporaneous with the voter putting it

9  in the machine.

10          MR. TYSON:  So, Your Honor, at this time I need to

11  consult my co-counsel briefly if I could.

12          THE COURT:  Sure.

13               **(There was a brief pause in the proceedings.)**

14  BY MR. TYSON:

15  **Q.**   Dr. Halderman, you agree that the Dominion ICP scanner

16  also has the potential of being hacked; right?

17  **A.**   I haven't undertaken a detailed study of the ICP scanner

18  to be able to tell you if that would be easy or hard.

19      But does it have the potential?  Potentially.

20          THE COURT:  Did you ask about the ICP or the ICX?

21          MR. TYSON:  ICP.

22          THE WITNESS:  Once again, that is why it is so

23  important to have -- even if the ICP is hacked, if the records

24  that were scanned on the ICP were hand-marked voter ballots,

25  then we could be sure that any modification would be detected

1  in a risk-limiting audit or a re-count and we could correct the

2  problem.

3         You don't have that with the system you have now,

4  Mr. Tyson.

5  BY MR. TYSON:

6  **Q.**   And to be clear, that's only if there is a re-count of the

7  race involved and if there was a sufficiently rigorous audit;

8  right?

9  **A.**   Yes.

10  **Q.**   And not if the ballots were modified after the fact; is

11  that right?

12  **A.**   If the ballots -- if the ballots were modified after the

13  fact, you could -- you mean -- you mean to conceal the hacking?

14  **Q.**   Conceal the hacking or to sow further confusion about the

15  result.

16  **A.**   Well -- so it would be enormously difficult to hack a

17  hand-marked precinct counted system and also go in and modify

18  the ballots in a way that would escape detection in a rigorous

19  comparison of the two.  You would need both a high-tech

20  conspiracy and a large conspiracy on the ground of people who

21  would modify the ballots in a way that agreed.

22      That is a world of difference from what we're talking

23  about with the BMD system.

24         MR. TYSON:  So, Your Honor, at this time, that

25  concludes my questions for Dr. Halderman.  I had a couple --

1           MR. CROSS:  Your Honor --

2           MR. TYSON:  I'm sorry.

3           MR. CROSS:  That's all right.

4           Before Mr. Tyson does that, I just wanted to come

5    back and clarify one thing so the record is clear.  On the

6    MITRE report, Mr. Tyson asked you at the top of -- when we came

7    back from the break, so, for example, asking whether

8    Dr. Halderman was aware of whether MITRE used a threat model

9    assessment you would consider not an appropriate question.

10          Just to be clear, we don't have an objection to him

11   asking questions about the same sort of concerns or findings

12   which he has covered actually in great detail with questions

13   about whether he considered physical access to the equipment,

14   access controls, RLAs, the types of things discussed in the

15   report.

16          But I would have no objection to him asking, for

17   example, do you believe that any of the attacks discussed in

18   your report are operationally infeasible?  Are there any

19   attacks that you believe are non-scalable?

20          And so I just -- to be very transparent, I want to

21   protect the record on appeal.  Our objection is then bringing a

22   report in and then trying to offer that as expert testimony in

23   some rebuttal way.  Your Honor has ruled on that.

24          But there is nothing that we're opposing that says

25   from anywhere they want to get it.  If they want to search the

1  internet and find somebody that says Dr. Halderman is wrong,

2  while they can't talk about that specifically, he can extract

3  the substance of that and just ask Dr. Halderman, have you

4  considered this?  Have you considered that?

5          And so if he wants to do that with the MITRE report

6  or anything else, we --

7          THE COURT:  I thought that is what he was doing --

8          MR. CROSS:  That is where we thought he was going.

9          THE COURT:  -- that you were doing.  And to the

10  extent if I blocked you from the doing same as to information

11  you wish to pursue without reference to the MITRE report, if

12  you felt like there was nothing I blocked you from, yes, you

13  can proceed, but I thought you had done this in great detail as

14  it was.

15          MR. TYSON:  Your Honor, if I could just have a moment

16  to consult on that.  I want to make sure my notes are clear on

17  that point, if I could.

18          THE COURT:  All right.

19          MR. TYSON:  Thank you.

20              **(There was a brief pause in the proceedings.)**

21          MR. TYSON:  Thank you, Your Honor.

22          THE COURT:  Do you have more questions?

23          MR. TYSON:  I do.

24  BY MR. TYSON:

25  Q.   Dr. Halderman, in your report, did you consider the

1   difficulty necessary to implement each of the attacks or the

2   vulnerabilities that you have identified in your report?

3   **A.**   Yes, I did.

4   **Q.**   Did you consider the time required for each vulnerability?

5   **A.**   Yes.

6   **Q.**   Did you include --

7         THE COURT:  The time required for each vulnerability?

8   You mean to attack each vulnerability?

9         MR. TYSON:  To attack, yes, Your Honor.

10        THE COURT:  Thank you.

11  BY MR. TYSON:

12  **Q.**   You did not include in your report, though, an opinion

13  about the feasibility beyond that it can be done; right?

14  **A.**   I think my report does, for these attacks, try to

15  characterize they could be easily done, who could do them.  It

16  gives examples of how long things took to implement, which

17  gives you an idea of how long they would take for somebody else

18  to implement them, and none of it required Ph.D.-level

19  technological skills.

20  **Q.**   And to be clear, when you assessed the difficulty of

21  engaging in any of these attacks, you didn't consider the

22  difficulty of each step?  You considered the difficulty on the

23  attack as a whole; is that right?

24  **A.**   It depends on the attack.  Some of them would require

25  multiple steps, and I considered the difficulty of each step.

1    Often -- often there really is just not a particularly hard

2    step.

3    **Q.**   So you don't consider it to be a hard step to maintain --

4    to obtain the original election definition file?

5    **A.**   No.  Anyone can walk up to any of the voting machines in

6    Georgia and do that with a pen.

7    **Q.**   And in rendering your opinions in this report, you didn't

8    use any sort of threat model assessment, did you?

9    **A.**   Yes.  I have a threat model section at the beginning of

10   the report.

11   **Q.**   And those are the threats that you said would apply to

12   Georgia elections regardless of the system that is used; right?

13   **A.**   That is the threat model under which I am assessing the

14   system, that these are the attacks facing the system.  That is

15   what a threat model assessment is, is you define a set of

16   attackers, think of -- define what their goals and resources

17   would be, and apply that within the context of a system.

18           MR. TYSON:  Let me consult one more time, Your Honor.

19   I'm trying to do this on the fly.

20           THE COURT:  All right.

21           **(There was a brief pause in the proceedings.)**

22           MR. TYSON:  All right, Your Honor.  So with that, I

23   would conclude my questions.

24           A couple of administrative items I did want to cover.

25   First of all, I understand Your Honor's ruling regarding the

1    2020 election questions and the candidates and all that.  We

2    wanted to pursue a limited line of questions there inquiring

3    into bias.  But I understand your ruling on that.

4        And then I wanted to also formally offer Mr. Persinger's

5    declaration as part of our basis for the Rule 26 objection --

6    the declaration we provided yesterday.

7            THE COURT:  Okay.  Well, we're working on an order

8    relative to that.  I think we had a few questions and we wanted

9    to deal with those in-camera later.

10            MR. TYSON:  Certainly, Your Honor.

11            THE COURT:  But otherwise, as to the other Rule 26

12   objections to Dr. Halderman's video demonstrative, I'm going to

13   enter this as a written order just so that we kind of -- so I

14   give it to you now so in case it has any significance later on

15   today because I know you're busy here, so I'm just going to

16   read it into the record.

17            During yesterday's proceedings, plaintiffs offered

18   video demonstration of how malware could be installed on a BMD

19   machine through the use of a USB device known as a Bash Bunny.

20   Defendants objected to the use of the video, arguing that it

21   was not properly disclosed under Federal Rule of Civil

22   Procedure 26(a)(2)(B)(iii) as an exhibit used to summarize or

23   support an expert opinion.  Specifically, defendants argue that

24   the steps taken in the video regarding particular election file

25   and the particular election used were not included in the

1  report.

2          The parties submitted relevant case law for the Court

3  to review -- which I have and I, in particular, have read all

4  of it -- but we're going to note in particular *United States ex*

5  *rel Morsell v. NortonLifeLock, Inc.*, 2022 WL 28773 at Pages 4

6  through 5, and *Zaukar* -- Z-A-U-K-A-R -- *v. United States*, 2022

7  WL 198714 at 6 -- Page 6, two district court rulings.

8          After careful consideration, the Court first agrees

9  with plaintiffs that the steps demonstrated in the video to

10 install the malware on the BMD machine were sufficiently

11 outlined in Sections 8.4 and 8.5 of Dr. Halderman's expert

12 report.  And Dr. Halderman's live, in-court narration of the

13 steps taken in the video as it played during his testimony

14 followed those outlined in his expert report.

15         The Court also agrees that use of hypothetical

16 elections and candidates in the demonstration video, rather

17 than the elections listed on the real prior Georgia ballot that

18 Dr. Halderman used in drafting his report, does not run afoul

19 of Rule 26.  This is just changing the names of the candidates

20 or the events.

21         As plaintiffs explained, the video demonstration was

22 meant to illustrate how, using the steps identified in

23 Dr. Halderman's report, certain vulnerabilities in the BMD

24 system could be exploited to install malware on a BMD machine

25 during a future election.

1          Dr. Halderman testified that, quote, to avoid overly

2    politicizing, end of quote, the demonstration, he thought it

3    would be wise to show how such a malware attack could result in

4    the manipulation of votes for hypothetical candidates rather

5    than real runs in actual past elections.

6          It therefore does not appear that the use of

7    hypothetical elections in candidates in the demonstrative

8    constituted new opinions or supporting data and methodology

9    that were not previously disclosed in his expert report.

10          Thus, the Court is satisfied that the Bash Bunny

11   video was merely a trial demonstrative used by the plaintiffs

12   to show in realtime how this attack method could be used to

13   exploit certain vulnerabilities in the BMD system during an

14   election.

15          Because these vulnerabilities and the steps for

16   executing a Bash Bunny attack were outlined in Dr. Halderman's

17   report, the Court concludes that the video is the type of

18   testimonial aid that merely illustrates or demonstrates an

19   existing expert opinion in the record.  Because the video is

20   not itself substantive evidence, it is excluded from Rule 26's

21   pretrial disclosure requirements.

22          The Court also appreciates that the video was

23   provided to defendants days before it was shown at trial,

24   providing defendants time to raise an informed objection and

25   adjust their cross-examination of Dr. Halderman.

```
 1              MR. TYSON:  Thank you, Your Honor.

 2              So, Your Honor, now that you have ruled on that

 3    particular Rule 26 issue and the other issues raised, I just

 4    would make the same proffer regarding the political nature that

 5    I made at the conclusion of my questions just to preserve that

 6    issue, that that was an issue we wished to explore.  Thank you.

 7              THE COURT:  All right.

 8              MR. CROSS:  Your Honor, on your order, could I ask

 9    one clarifying question?

10              THE COURT:  Yes.

11              MR. CROSS:  The lack of a Rule 26 objection to the

12    equipment, did that also factor into Your Honor's ruling?

13              THE COURT:  The lack of Rule 26 objection earlier in

14    the pretrial order?

15              MR. CROSS:  In the pretrial order.

16              THE COURT:  Well, it is noted.  I mean, I think I

17    noted that before issuing this, and I will make sure that the

18    record -- whatever we enter reflects that as well.

19              MR. ANDREU-VON EUW:  I just need one second.

20              The end is in sight, Dr. Halderman.

21              THE COURT:  So you think.  He has been around this

22    bend before.

23                        REDIRECT EXAMINATION

24    BY MR. ANDREU-VON EUW:

25    Q.   Dr. Halderman, would it be appropriate to assume there are
```

1  effective access controls to voting equipment without

2  conducting a threat assessment of the underlying voting

3  equipment?

4  **A.**   No.

5  **Q.**   Okay.  Changing topics a little bit.

6         Earlier, most of yesterday, you were asked some questions

7  about your engagement by the State of Michigan to assess the

8  voting tabulation problem that arose in that election.

9         Do you recall?

10 **A.**   Yes.

11 **Q.**   And you were asked about SullivanStrickler's access to

12 voting equipment?

13 **A.**   Yes.

14 **Q.**   That equipment was provided subject to an Antrim County --

15 excuse me -- subject to a court order; correct?

16 **A.**   In Antrim County, yes, it was.

17 **Q.**   You were also asked about the layout of Georgia polling

18 sites; correct?

19 **A.**   Yes.

20 **Q.**   Are you familiar with the concept of ballot secrecy?

21 **A.**   Yes.

22 **Q.**   How does that factor into your opinions about whether or

23 not an attacker could be detected?

24         MR. TYSON:  I'll just object here, Your Honor.  I

25 believe this is calling for a legal conclusion regarding ballot

 1   secrecy, which is an issue both of the Georgia Constitution and

 2   the U.S. Constitution.

 3            MR. ANDREU-VON EUW:  I'm not asking Dr. Halderman for

 4   precise legal understanding.  I asked him if he is familiar

 5   with the concept.

 6            THE COURT:  All right.  So he's just answering

 7   whether he is familiar with the concept of ballot secrecy?

 8            MR. ANDREU-VON EUW:  And I think he said he was, Your

 9   Honor.

10            THE COURT:  All right.  So do you have a follow-up

11   question?

12            MR. ANDREU-VON EUW:  Yes.

13   BY MR. ANDREU-VON EUW:

14   **Q.**   How does the concept of ballot secrecy factor into your

15   opinions of whether voters could implement any of the exploits

16   you have identified in Georgia's ballot-marking devices in the

17   voting booth?

18   **A.**   Well --

19            MR. TYSON:  Same objection, Your Honor.

20            THE COURT:  All right.  So noted.  But I'll allow --

21            THE WITNESS:  Yes.

22            THE COURT:  You explore ballot secrecy matters quite

23   at length, so I think it is fair game in redirect.

24            Go ahead.

25            THE WITNESS:  What I was going to say is, you

1   basically can't have it both ways.  Either things are visible

2   on the screen and potentially parts of the voter's ballot are

3   visible to others, or the voter has some way of blocking the

4   screen between their body and the physical layout of the

5   polling place and any privacy shields, in which case you are

6   potentially vulnerable to the voter engaging in manipulation on

7   the screen and getting away with it.

8   BY MR. ANDREU-VON EUW:

9   Q.   Thank you.

10       I'm going to change topics again, Dr. Halderman.

11       Mr. Tyson asked you about the CISA advisory.  I believe it

12   was Tab 2 in your binder.

13       Can you turn to that, please, as I have some questions

14   about it?

15   A.   Yes.  I have it here.

16   Q.   First, you were asked about language in the advisory

17   indicating that some jurisdictions already have mitigation

18   measures in place.

19       Do you remember?

20   A.   Yes.

21   Q.   Would the repeated breaches of Georgia's voting system in

22   Coffee County indicate, in your opinion, anything about the

23   implementation of the CISA mitigation measures in Georgia?

24   A.   Well, the breaches would indicate that the physical

25   security in place in Georgia was not -- was not sufficient to

```
 1  prevent attacks of this kind.
 2          MR. ANDREU-VON EUW:  Actually, Tony, could you put up
 3  PX 89 just while we're talking about this document.
 4  BY MR. ANDREU-VON EUW:
 5  Q.   Would the use of BMDs in an election with missing or
 6  broken seals at the direction of State election officials be
 7  consistent with the security practices reflected in CISA's
 8  mitigation measures?
 9  A.   No.
10  Q.   Okay.  So I want to ask you about the first mitigation, if
11  you could turn to Page 3.
12          MR. ANDREU-VON EUW:  Tony, can you zoom in on the
13  text in the top half?
14  BY MR. ANDREU-VON EUW:
15  Q.   So the first mitigation, that concerns a -- contacting
16  Dominion systems.
17       Do you see that, Dr. Halderman?
18  A.   Yes.
19  Q.   Have you seen any communications produced in this case
20  between the Georgia Secretary of State and Dominion as directed
21  by this first mitigation?
22  A.   No.
23  Q.   Have you seen any evidence that Georgia has started
24  installing software updates on its voting equipment that would
25  remediate the vulnerabilities identified by you and CISA
```

1   identified?

2   **A.**   No.

3   **Q.**   Identified by you and verified by CISA?

4   **A.**   No.

5   **Q.**   Do the Coffee County breaches and the reports from poll

6   workers of missing or broken seals in voting equipment in

7   Georgia elections indicate anything about the implementation

8   about the second mitigation?

9   **A.**   Those would indicate that the physical security

10  protections were certainly not robust.

11  **Q.**   What does the repeated access to Georgia's voting

12  equipment, including the EMS server in its operational state in

13  Coffee County, indicate about the implementation of CISA's

14  third mitigation, the one regarding chain of custody and voting

15  equipment?

16  **A.**   Well, that would indicate that the chain of custody

17  protections on those devices were weak.

18  **Q.**   Turning to the fifth mitigation, you demonstrated that a

19  hack of Georgia's BMDs using a part of the printer cable that

20  is accessible -- excuse me -- a part of the USB cable that goes

21  from the BMD to the printer that is accessible, what does that

22  exploit indicate about the implementation of CISA's fifth

23  mitigation?

24  **A.**   That it hadn't been implemented.

25  **Q.**   The sixth CISA mitigation states, close any background

1    application windows on each ImageCast device.

2       Did you identify any unnecessary software on Georgia's

3    BMDs that posed a security risk of this class?

4    **A.**   Yes.   The background windows were a consequence of the

5    state Georgia BMDs were in if the Georgia procedures for the

6    software update .32 were applied.

7    **Q.**   Okay.   I'm going to ask you about the next two

8    mitigations.

9       The first one reads, use read-only media to update

10   software or install files on the ImageCast X devices.

11      The second reads, use separate unique pass codes for each

12   poll worker card.

13      Have you seen any evidence produced in this case that

14   Georgia has diligently implemented the sixth and seventh

15   mitigation that I just read out loud?

16   **A.**   No.

17   **Q.**   The ninth mitigation which says, disable the unified

18   tabulator security keys feature on the election management

19   system and ensure new cryptographic keys are used for each

20   election.

21      Have you seen any evidence that that has been implemented?

22   **A.**   No.

23   **Q.**   Are you familiar with Georgia's use of hash testing and

24   logic and accuracy testing?

25   **A.**   Yes.

1    **Q.**   Do you find it effective?

2    **A.**   No.

3    **Q.**   Do these testing mechanisms or any testing mechanisms that

4    you are aware of Georgia doing in the -- for the information

5    provided to you in this case satisfy CISA's ninth mitigation?

6    **A.**   No.

7    **Q.**   The last mitigation reads, conduct rigorous post election

8    tabulation audits of human readable portions of physical

9    ballots and paper records to include reviewing ballot chain of

10   custody and conducting voter ballot reconciliation procedures.

11   This mitigation, CISA notes, these activities are especially

12   crucial to detect attacks where listed vulnerabilities are

13   exploited, such as a barcode is manipulated to be tabulated

14   inconsistently with a human readable portion of the paper

15   ballot.

16        Do you see that?

17   **A.**   I do.

18   **Q.**   Have you seen any evidence that Georgia has implemented

19   that in elections today?

20   **A.**   I know Georgia sometimes conducts -- sometimes requires

21   what they call risk-limiting audits.  These mitigations are

22   required -- the CISA -- CISA's recommendations for this to be

23   done in every election.  And I -- I don't know -- I have not

24   seen evidence for the ballot -- for rigorous ballot chain of

25   custody and reconciliation.

1   **Q.**   You were asked about your opinion -- or you stated in

2   response to one of Mr. Tyson's questions that Georgia BMDs were

3   not designed with sufficient attention to security.

4       Can you explain why that -- why you believe that is?

5   **A.**   Yes.  So the large number, large variety, and the nature

6   of the problems that I found indicate that the software was

7   designed through a process where security was not a primary

8   concern.  In other words, how could you put into service a

9   machine where someone could just step up and stick a pen into

10  the power button and exit into the operating system?

11      And there's flaw after flaw that is of that nature of that

12  character.  These are problems that someone should have thought

13  of or tested for before a state like Georgia could put these

14  machines in front of millions of people.

15      The architecture of the machine, the security of the

16  machine is just very, very brittle.  There were --

17          THE COURT:  What do you mean by brittle, exactly?

18          THE WITNESS:  By brittle, I mean that a smaller error

19  in the implementation would give an attacker a tremendous

20  amount of access.  You saw there were several different ways

21  yesterday that I was able to exploit something and then almost

22  immediately have superuser access through one or two small

23  additional steps.

24          That is the brittleness of the system.  And there is

25  not only one way to compromise it.  There were several

1   different alternatives for attackers to compromise it in many

2   cases that I was able to show.  That's all an indication that

3   the design and engineering processes that produced the software

4   didn't integrate security thinking from the beginning, and it

5   is extremely hard then to retrofit security through simple

6   changes or software patches into a system that didn't have

7   security as a primary design consideration from the start.

8   BY MR. ANDREU-VON EUW:

9   **Q.**   Thank you.

10      Changing topics again, Dr. Halderman, you were also asked

11  about the risks associated with Coffee County breaches.

12      How have the breaches in Coffee County increased the risk

13  to future elections using Georgia's current BMD system?

14  **A.**   Well, the attackers in Coffee County took information from

15  Coffee that would be sufficient to allow them to create almost

16  an exact replica of a Georgia County EMS, of a Georgia ICC in a

17  laboratory just using standard virtualization environments and

18  so forth.

19      So the attackers could use the access that they got from

20  Coffee County to study the software at their leisure, to

21  discover vulnerabilities including most or all or any of the

22  ones that I discovered or ones that I missed, and then to

23  develop and test ways of exploiting those vulnerabilities,

24  which could be malware, which could be something simple like

25  the technician card attack that I did at the machine, putting

1    the card in multiple times and running a command.  And from

2    just that data, they could even -- they could make instructions

3    for a normal nontechnical person to be able to carry out those

4    attacks in a real Georgia polling place.

5        So those are some of the ways in which it has materially

6    increased the risk.

7    **Q.**   You mentioned a normal nontechnical person.

8        Have you seen a Georgia voter without a computer science

9    background implement any of the hacks you identified?

10   **A.**   Yes.

11   **Q.**   Who?

12   **A.**   Jeff Schoenberg.

13   **Q.**   When?

14   **A.**   A few days ago.

15   **Q.**   Did you teach him how to implement the hack?

16   **A.**   I did.

17   **Q.**   How long did it take you to teach him?

18   **A.**   Just a very -- handful of tries at most, and he had

19   completely mastered it.

20   **Q.**   To your knowledge, approximately how many times has he

21   successfully implemented the hack you designed?

22   **A.**   10 or 15.

23   **Q.**   Have you watched him go through the ordinary step of

24   voting on a Georgia BMD?

25   **A.**   I have.

1    **Q.**   How does the time it took him to implement your hack

2    compare to the time it took him to vote an ordinary ballot?

3    **A.**   He is faster at hacking than voting the ballot, normally.

4    **Q.**   Changing topics again, Dr. Halderman, you were asked about

5    whether some of your hacks could be detected.  Let's assume the

6    hacks can be detected.

7         Even if one assumes that the hack could be detected in an

8    actual election, does that affect your opinion that Georgia's

9    BMDs are too insecure to be used in future elections?

10   **A.**   No.  No, it doesn't.  Depending on -- it depends what the

11   attacker's goal is.  But many attackers, including

12   nation-states, but also politically motivated attackers might

13   well be seeking primarily to cause chaos, to have visible

14   detected problems that will make voters lose faith in the

15   election process or doubt the results and reduce confidence and

16   deter people from voting in the future.

17        So detecting that the voting system has been attacked

18   doesn't necessarily buy you very much as a defender if the

19   attacker just wants to sow chaos.

20   **Q.**   Are you familiar with Gabriel Sterling's testimony in this

21   trial that the Secretary of State plans to remove hacked BMDs

22   in the middle of an election and then proceed with other BMDs

23   if they are to detect a hack?

24   **A.**   I read that testimony.

25   **Q.**   Does that resolve your election security concerns?

**A.**   Well, no.  If you found one BMD that had been hacked, that

wouldn't tell you -- you couldn't just conclude, oh, every

other BMD must be okay.  That is a sign that you may well have

a systemic problem.  And to go through and try to understand

how many BMDs were affected, you essentially have to examine

all of them.

And with 30,000 machines and each requiring a forensic

examination to tell whether it had been altered, that could

take weeks or months to complete, and even then might not be

dispositive because, of course, malicious software can remove

evidence that it was there after it is finished with its task.

Also, in a polling place if just one BMD has been hacked

even in a simple way, it is doing something overt.  Once those

ballots are in the ballot box, they are mixed in with the

ballots that came from all of the other BMDs.  You can't just

go back and tell those voters to vote again or go back and find

those ballots and say, oh, those votes were flipped, they

should have been the other way.

The result from the entire polling place is potentially

tainted.

**Q.**   So I want to give you a different scenario.

What if a polling place were using hand-marked paper

ballots and it was discovered that the scanner had been hacked?

Could those votes be recovered?

THE WITNESS:  Well, in that case --

```
 1              MR. TYSON:  Your Honor, at this point I'll just
 2   object as beyond the scope of the opinions that have been
 3   offered in this case in the Rule 26 report.
 4              MR. ANDREU-VON EUW:  I don't have the report in front
 5   of me, Your Honor, but this is in his reply to Dr. Juan
 6   Gilbert.
 7              MR. TYSON:  Which is not in evidence at this point, I
 8   don't believe, Your Honor.  Dr. Gilbert's report is not in
 9   evidence yet.
10              THE COURT:  Well, you can always call him after
11   Dr. Gilbert testifies, even if it is by Zoom.
12              MR. ANDREU-VON EUW:  Okay.
13   BY MR. ANDREU-VON EUW:
14   Q.   Changing topics again, Dr. Halderman, you were asked about
15   your study of voter verification.
16        Do you remember that?
17   A.   Yes.
18   Q.   And you were asked how in one scenario that -- I forget
19   how you characterized it.  You said something like unlikely or
20   something like that -- they achieved up to 86 percent detection
21   rates?
22   A.   Yes.
23   Q.   I think it was an impracticable scenario I think is what
24   you called it?
25   A.   Yes.
```

1   **Q.**   So even in that scenario, there were 14 percent of the

2   voters who did not verify their ballots; correct?

3   **A.**   That is right.

4   **Q.**   So those 14 percent of the voters did not detect errors

5   even with a sample ballot for comparison; correct?

6   **A.**   Yes.

7   **Q.**   In an election with millions of voters on BMDs, 14 percent

8   of errors, not -- excuse me -- 14 percent of voters not

9   detecting errors would mean hundreds of thousands of voters not

10  detecting changed ballots; correct?

11  **A.**   You're asking me to multiply again.

12  **Q.**   Hundreds is easy; correct?

13  **A.**   Yes.

14  **Q.**   Okay.  I want to ask you about a document that Mr. Tyson

15  asked you about yesterday.  He asked you about the Securing the

16  Vote report that was referred to in your joint letter.

17       I apologize.  I have a --

18            THE COURT:  By saying the joint letter, I'm not sure

19  what the joint letter was.

20  BY MR. ANDREU-VON EUW:

21  **Q.**   He asked you about a document referenced in a joint letter

22  submitted by you and other computer scientists about the

23  reliability of past elections.

24       Do you remember that?

25  **A.**   Yes.

1              THE COURT:  All right.

2    BY MR. ANDREU-VON EUW:

3    **Q.**   I apologize.  I'm having stapling problems, so I think I

4    might be giving you multiple copies.

5    **A.**   Thank you.

6    **Q.**   So I've handed you the section that was referenced by

7    Mr. Tyson yesterday.

8         Can you turn to Page 80, please?

9    **A.**   Yes.

10   **Q.**   You are faster than me.  Give me one second, please.

11             MR. TYSON:  I'm sorry, Christian.

12             What are we looking at?

13             MR. ANDREU-VON EUW:  Page 80 of the document.

14             MR. TYSON:  80.

15             Is this in evidence yet?

16             MR. ANDREU-VON EUW:  No.  This is what you asked

17   about.

18   BY MR. ANDREU-VON EUW:

19   **Q.**   Yesterday, you referenced a quote about -- you look right

20   above the recommendations on Page 80.

21        Do you see that?

22   **A.**   Yes.

23   **Q.**   It says, the additional research on ballots produced by

24   BMDs will be necessary to understand the effectiveness of such

25   ballots.

**A.**    Yes.

**Q.**    Is that what you were referring to?

**A.**    Yes.

**Q.**    If I could ask you to turn back to the prior page.  The last sentence of the last paragraph -- the second-to-last paragraph -- excuse me -- before findings, there is a -- the paragraph starts, well-designed.

Do you see that?

**A.**    Yes.

**Q.**    The last sentence of that paragraph says, unless a voter takes notes while voting, BMDs that print only selections with abbreviated names/descriptions of the contests are virtually unusable for verifying voter intent.

Do you see that?

**A.**    Yes, I do.

**Q.**    Do you agree with that statement?

**A.**    I do agree with that.

MR. ANDREU-VON EUW:  Thank you.

I have no further questions.

I take that back.

BY MR. ANDREU-VON EUW:

**Q.**    I want to follow up with this thing I brought up earlier.

Mr. Tyson asked you a number of questions about hand-marked paper ballots and scanners.

Do you remember that?

**A.**   Yes.

**Q.**   Including questions about potentially hacking scanners; correct?

**A.**   Yes.

**Q.**   Okay.  So following up on that topic, if one were to discover that a scanner had been hacked midway through an election in a hand-marked paper ballot system, would it be possible to recover the voters' actual votes?

**A.**   Yes.

MR. TYSON:  Your Honor, again, I think we're getting back into Rule 26 territory.  This is asking for an opinion about the ability to recover votes, which that is not about the functioning -- this is an area beyond what his opinions are in this case.

THE COURT:  You were asking him about this.  This is just -- you already were asking him about this very issue, so not to allow opposing counsel to complete that would be improper since you opened it and asked his opinion about it, so I don't see that it would be improper to ask further about that opinion.

MR. ANDREU-VON EUW:  And now I really have no further questions, Dr. Halderman.

MR. CROSS:  Wait.  You didn't get an answer.

MR. ANDREU-VON EUW:  Oh, I'm sorry.

```
1    BY MR. ANDREU-VON EUW:

2    Q.    Do you want me repeat the question?

3    A.    I said yes.

4          Yes, the scanner -- you could just go and read the ballots

5    to find out what the correct election result was in that case

6    even if the scanners were hacked.

7                MR. ANDREU-VON EUW:  Thank you, Dr. Halderman.

8                MR. TYSON:  Your Honor, I would request since

9    Dr. Halderman was asked some questions about the Securing the

10   Vote report from an excerpt -- if it is all right, I would like

11   to move the entire report into evidence just so that the record

12   is clear.  We'll bring printed copies or we'll try to locate

13   printed copies but would ask that we could move that in,

14   please.

15               THE COURT:  Are there any objections?

16               MR. ANDREU-VON EUW:  We did not try to move any

17   portion of this report into evidence, Your Honor, and it is

18   hearsay, so we would object.

19               MR. TYSON:  Dr. Halderman was questioned about

20   specific language from the report, so my thought was, for the

21   record, it should be complete.

22               MR. ANDREU-VON EUW:  Yesterday, Mr. Tyson asked

23   Dr. Halderman about this very report, and I -- excuse me, Your

24   Honor -- asked Dr. Tyson [sic] about this very report, and

25   Dr. Halderman recalled other portions of the report.
```

1          And I wanted to follow up on Dr. Halderman's response

2    from yesterday.  I was not seeking to introduce the report.

3          THE COURT:  Well, let me see the report before -- get

4    a copy of the report, and I'll rule later on.

5          Thank you.

6          MR. TYSON:  And, Your Honor, this is an excerpt from

7    the entire report.  I believe it is one of the chapters of the

8    report.

9          THE COURT:  What this is, is one chapter?

10         MR. TYSON:  Yes.

11         MR. ANDREU-VON EUW:  Your Honor, I believe we have

12   one copy of the full report.  It will take me a second to

13   locate it.

14         THE COURT:  All right.  Well, you can provide it to

15   me later.  Let's just keep on moving because I'm not looking at

16   it this second.

17         MR. TYSON:  Certainly, Your Honor.

18         THE COURT:  I'm having trouble multitasking as it is

19   without adding to my woes.

20                        RECROSS-EXAMINATION

21   BY MR. TYSON:

22   **Q.**   Dr. Halderman, you were asked about a normal voter

23   implementing your attacks on an ICX, and you referenced

24   Mr. Schoenberg.

25         Do you recall that?

**A.**   Yes.

**Q.**   And this is probably self-evident, but Mr. Schoenberg was not executing that attack on a BMD that was actually in use in a Georgia polling location; right?

**A.**   That is right.  One that was set up in the same way, but he didn't commit a crime.

**Q.**   And to get to an ICX as a voter, Mr. Schoenberg would have to check in at a precinct; right?

THE COURT:  As a voter?

THE WITNESS:  As a voter, yes, probably so.

BY MR. TYSON:

**Q.**   You were asked questions regarding the impact of malfunctioning equipment and the result that would have to happen after that if a precinct -- the BMDs in a precinct were hacked.

Do you recall that?

**A.**   Yes.

**Q.**   Are you aware of the election contest rules in Georgia?

**A.**   I don't remember the full details of those.

**Q.**   They didn't -- the election contest rules did not factor into your assessment of those situations; right?

**A.**   I don't remember the details of the rules, and so -- I'm sure that I have thought about them in the past, though.  I recall having thought through that issue.

**Q.**   You testified that if one BMD was malfunctioning or

1    causing indications of hacking that you would -- the State

2    should check all 30,000 BMDs.

3        Do you recall that?

4    **A.**   Well, that is not exactly what I said, but the State might

5    need to check all of them.

6    **Q.**   And that would be true as well if the State found one

7    malfunctioning scanner?  I need to check all 3- or 4000

8    scanners; right?

9    **A.**   If they found one scanner that had been hacked, it would

10   almost certainly be prudent to go back and do a statewide audit

11   of all of the scanners, yes.  But that is going to be something

12   that will allow you to recover the correct result of the

13   election, and you won't necessarily even be able to do that

14   with the BMDs.

15   **Q.**   You testified about hand-marked paper ballots and voter

16   intent.

17       You agree that voters sometimes make mistakes in filling

18   out their hand-marked paper ballot; right?

19   **A.**   Voters can make mistakes either on the screen or on the

20   hand-marked ballot, that is true.

21   **Q.**   And my question was specifically for hand-marked ballots.

22       If a voter makes a mistake, their intent might not be

23   reflected on that hand-marked ballot; right?

24   **A.**   If they make a mistake on the screen, it is the same way.

25   **Q.**   If you could answer my question specifically --

**A.**   I could --

**Q.**   Sorry.

**A.**   So your intent might not be reflected in either case, but there is a big difference between your intent not being reflected because you read the form wrong -- right? -- or you didn't see a piece of the ballot in either interface and your intent is wrong because -- is wrongly recorded because someone maliciously changed it.

**Q.**   But you would agree that there are situations where hand-marked paper ballots do not reflect voter intent; right?

**A.**   They are -- it is not -- it is not the same kind of situation as an attack on the system, just to be clear.  But people can make mistakes naturally with any method of voting.

**Q.**   And, Dr. Halderman, to answer my question then, there are situations where voter intent is not reflected on a hand-marked paper ballot; right?

          MR. BROWN:  Your Honor, this is asked and answered multiple times.

          MR. TYSON:  I don't believe he has answered it, Your Honor.

          THE COURT:  Go ahead and answer to the extent you can.

          THE WITNESS:  Yes.  As with any other voting system, there can be such situations.

1  BY MR. TYSON:

2  **Q.**   Thank you.

3      You discussed the brittleness of the system.

4      Do you recall that?

5  **A.**   I do.

6  **Q.**   And that applies to the EMS and its security posture;

7  right?

8  **A.**   No, that was specifically regarding the software in the

9  ICX that I was offering that opinion.  There are significant

10  configuration problems with the EMS, and it does have severe

11  vulnerabilities, but I am not offering an opinion about the

12  design.

13          MR. TYSON:  That's all I have, Your Honor.

14          MR. ANDREU-VON EUW:  No further questions, Your

15  Honor.

16          THE COURT:  Okay.  I just have one question I wanted

17  to follow up with you about, I hope.

18                          EXAMINATION

19  BY THE COURT:

20  **Q.**   I know that your testimony before the court in

21  Pennsylvania in 2016 was discussed at length with you by

22  Mr. Tyson.

23      But my question, just relative to the evolution of

24  cybersecurity issues is:  Has the cybersecurity landscape and

25  awareness of cybersecurity concerns generally, and in elections

1   in particular, evolved nationally and internationally since

2   2016?

3   **A.**   Yes, it has, Your Honor.  I think everyone today in

4   government and in science and even the public is far more aware

5   now that elections face real and severe risks of attack,

6   including by nation-state actors and others, and much of that

7   evidence has only come to light as a result of federal

8   investigations that happened in the aftermath of the 2016

9   election.

10  **Q.**   And I hate to beat a dead horse, but what happened in 2017

11  by -- in connection with -- just for the record with the

12  National Academy of Sciences in terms of the report that was

13  issued and the testimony provided before Congress?

14  **A.**   Pardon?  What are you referring to?

15  **Q.**   The report that a host of very esteemed scientists

16  across -- cybersecurity scientists across the country provided

17  to Congress in 2017.

18        I'm just sort of trying to get a sense in the record of

19  the evolution of the concerns and what was to be done and -- as

20  well as in cybersecurity outside of the election context.

21  **A.**   Yes.  So I might point you first to the findings of the

22  Senate Intelligence Committee about threats to elections.  I

23  believe that was in 2017, and it is referenced in my expert

24  report.

25        Then the National Academies produced the Securing the Vote

study, which is what we were discussing excerpts from here,

which outlined the threat landscape in great detail and made --

as well as discussing the security of technologies.

Since then, the Academies recommended a significant amount

of further research be done on questions like voter

verification.  Much of that work -- much work on those topics

has been completed, including the study that I did that is in

evidence or that has been, I think, offered by the State.

Those are just a few of the pieces of that evolution.

Meanwhile, the landscape of equipment has been evolving as

states have been using many hundreds of millions of dollars of

federal funding to acquire new equipment as Georgia did.  I

think it is important to point to Congress having given the

states -- I believe it is over a billion dollars now since 2016

to address election security, and they have been using that in

ways that are some more and some less effective.  There has

been a lot that has happened in that span of time.

**Q.**   Well, has the evolution of threats -- basically, all

together in terms of cybersecurity, has it evolved and expanded

since 2016?

**A.**   Yes, I would say so for another reason too, that looking

at especially the past four years the extreme amount of

election-related disinformation as well, much of which is --

exacerbates the possibility that attackers will benefit from

very visible failures of election equipment, and even very

1    simple attacks on equipment could be used to undermine election
2    results and sow chaos.
3         So we are -- I think the threat landscape now encompasses
4    both the nation-state threats we saw in 2016 which persists to
5    this day, as well as a growing threat from domestic and
6    potentially politically motivated actors with fewer resources
7    than nation-states.
8    **Q.**   So another question I had related to the reference to
9    Mr. Lindell's summer of 2021 event.
10   **A.**   His cyber symposium.
11   **Q.**   Cyber symposium.
12        Do you have any knowledge -- independent knowledge of --
13   at least of whether information was disseminated at that time
14   regarding the various systems that -- including Georgia that
15   Mr. Lindell interfaced with?
16   **A.**   Yes.  So I have examined in detail the data that was made
17   available publicly at Lindell's symposium, and it includes a
18   version of the Dominion EMS taken from Colorado, which is a
19   newer version of the Dominion software than Georgia -- that
20   Georgia uses.  But it also includes the EMS software and other
21   data and software taken from Antrim County, Michigan, which is
22   the same or very similar to the software and configuration used
23   in Georgia.
24   **Q.**   And do you have any idea of how many people that was
25   disseminated to?

A.    The Colorado software was made available for download

globally, and there is absolutely no telling how many people

received copies.

    The Antrim software was passed to participants privately,

and I know there were hundreds of people present at the event,

maybe more.  It is very, very difficult to -- it is difficult

to imagine that it is not floating around to this day.

Q.    And the Georgia equipment and software?

A.    The Georgia equipment and software, I don't know.  It

is -- it was not in the data.

    Let me be perfectly clear.  The version of the equipment

used in Michigan is the -- is essentially the Georgia

version -- is, in essence, the Georgia version.  The EMS

configuration is slightly different, but the version of the

other software and equipment is -- in Michigan was 5.5 or

5.5-A, and it is only a very small change between the two.

    It was the Michigan data that was distributed at the cyber

symposium event that I verified because I had the -- I have

seen it both from Michigan and from Lindell's people in

attendance at the event.

Q.    And I know that there was information in the record

regarding some of the places that -- where the -- or

individuals whom the software here was in -- from Coffee County

was distributed to.  I'm not sure where -- you know, what that

was recorded on.

```
 1        But do you have any idea?

 2        I mean, it was provided information to us, but I don't

 3   know at this time.

 4   A.   The -- do I know the set of people who --

 5   Q.   No, I'm not asking if you personally know them.

 6        Do you know that there is, in fact, some type of record of

 7   it having been sent?

 8   A.   Yes.  Yes.

 9   Q.   And what is that record?

10   A.   Of who the Coffee data --

11   Q.   Distributed to?

12   A.   -- was distributed to?

13        There is a ShareFile access log that was produced by

14   SullivanStrickler as one of the sources of information about

15   that, I believe.  That is referenced in my declaration about

16   Coffee County and Mr. Skoglund's.

17             THE COURT:  Okay.  All right.  Anything else in light

18   of my questions?

19             MR. TYSON:  Not for us, Your Honor.

20             MR. ANDREU-VON EUW:  Not from us, Your Honor.

21             THE COURT:  Is this witness excused, at least for

22   now?

23             MR. ANDREU-VON EUW:  Yes.

24             THE COURT:  All right.  Good luck on the family

25   situation.
```

1          MR. CROSS:  That sound very ominous.

2          THE COURT:  No.  It is just -- he has an important

3   family situation going on, and I'm hoping that it happens soon

4   for him.

5          I understand that we have a witness by video -- long

6   distance video that we're ready for?

7          MR. McGUIRE:  I believe we had a different order.  I

8   believe they were going to do some clips -- a clip of

9   something.

10          MR. CROSS:  We have a single deposition video clip

11   we're going to play.  I think it is -- how many minutes?

12          About ten minutes.  It is short.

13          THE COURT:  And then you're going to go to Professor

14   Stark?

15          MR. McGUIRE:  Then we were going to have our last

16   plaintiff go on a short exam, and then -- oh, then I think

17   that -- yeah.

18          So he is not next.  He is tuned in so he can monitor.

19          THE COURT:  All right.  He understands that.  All

20   right.  I'm just trying to be courteous to somebody from afar.

21          MR. McGUIRE:  Thank you.

22          MR. OLES:  Your Honor, I understand the Court is

23   deferring the issue of Ms. Johnston, but she is here waiting

24   today.

25          If it doesn't look like we're going to get to her,

```
 1   can I release her?

 2           THE COURT:  Why don't you come up here and talk to me

 3   about Ms. Johnston's testimony, plaintiffs' counsel.

 4                   (A bench conference ensued, as follows:)

 5           MR. OLES:  Your Honor, as I had said before,

 6   Ms. Janice Johnston is a sitting member of the Georgia State

 7   Election Board right now.  She was on the plaintiffs' may call

 8   list.

 9           THE COURT:  Right.

10           MR. OLES:  Previously they put in the evening

11   reminder that she was going to be called in.  We have been

12   relying upon that.  I have let both my co-plaintiffs' counsel

13   know that I have an interest in posing some questions to her.

14   It will take all of about 30 minutes, I think.

15           THE COURT:  What is the nature of the questions that

16   you want to ask?

17           MR. OLES:  These questions have to do with about

18   three matters that have been looked at by the State Election

19   Board that she will have some knowledge of.

20           THE COURT:  What are those?

21           MR. OLES:  These have -- I have the details.

22           The first is with regard to Complaint

23   Number 2023-025.  It has to do with the issue of ballots that

24   were not rejected by the Dominion system in the Fulton County

25   count in 2020.
```

```
 1              THE COURT:  That they were not rechecked?  Is that
 2   what you said?
 3              MR. OLES:  They were not rejected.
 4              THE COURT:  Were not rejected?
 5              MR. OLES:  Right.  And the second one has to do with
 6   SEB 2022-348, and that has to do with a QR code signature
 7   mismatch, which, again, meant that the system was incorrectly
 8   rejecting ballots, which I was going to ask her about.
 9              And the third has to do --
10              MR. CROSS:  Could I ask you, David, is that -- what
11   kind of ballots were being rejected?
12              MR. OLES:  Are you talking about as the counts or
13   re-counts?
14              MR. CROSS:  The signature mismatch, what kind of
15   ballots?
16              MR. OLES:  Yeah.
17              MR. CROSS:  Is that signature on mail-in ballots?
18              MR. OLES:  Hold on one second.
19              I think they were -- no, I don't think they were
20   mail-in.  I think that was -- wait a minute.
21              MR. CROSS:  I mean, no one signs a BMD ballot.
22              MR. OLES:  Right.  Yeah.  That would have to be
23   mail-in.  Okay.
24              THE COURT:  Mail-in ballot, you say?
25              MR. OLES:  I don't have it right in front of me.
```

```
 1              The third has to do with the memory card retention
 2      policy.
 3              And so these three things have been looked at by the
 4      State Election Board.  I would like --
 5              THE COURT:  What is the memory card retention policy
 6      issue?
 7              MR. OLES:  This has to do with the fact that they
 8      were -- the fact that the counties -- the -- under the current
 9      policy, the memory cards were not being returned -- retained
10      for the time period under state and federal law.  And as a
11      result, there has been audit capabilities lost in this.  And I
12      would like to ask her about that as well.
13              MR. CROSS:  The memory cards from what?
14              MR. RUSSO:  Are you talking about a State Election
15      Board rule?  I'm sorry.
16              MR. CROSS:  No, no.
17              MR. RUSSO:  I'm just trying to see what the policy
18      is.  I mean, I --
19              MR. OLES:  My understanding is that -- from what I
20      know about this, is that they have been destroyed as early as
21      60 days after an election, despite the federal and state
22      two-year requirement.
23              MR. CROSS:  But what memory cards?
24              MR. OLES:  These are the --
25              MR. CROSS:  From the tabulators, from the scanners?
```

```
 1              MR. OLES:  The question --
 2              MR. BROWN:  The election file, I think.
 3              MR. CROSS:  That comes from the scanner.
 4              THE COURT:  I tell you what --
 5              MR. CROSS:  None of this --
 6              THE COURT:  I know that there are those of us who
 7    need a bathroom break.  Why don't you find out meanwhile the
 8    answers to the questions they have been asking.  And we'll
 9    start back in two minutes.
10              (The bench conference was thereby concluded.)
11              THE COURT:  Ladies and gentlemen, we're still trying
12    to resolve this, and we're going to take also a short bathroom
13    break.
14              So if you want one now, now is the time for a
15    five-minute break.  But we're going to come back as soon as
16    we're done.
17              (A brief break was taken at 3:03 PM.)
18              (A bench conference ensued, as follows:)
19              MR. OLES:  All right.  Your Honor, we've got a little
20    bit of clarification.  The QR signature issue is not a physical
21    signature --
22              THE COURT:  Wait.  Wait.  We don't have --
23              MR. CROSS:  I'm good.  Oh, Bruce is coming.  Run
24    Bruce run.
25              MR. OLES:  The QR --
```

```
 1                    THE COURT:  Wait, wait, wait.
 2                        (There was a brief pause in the proceedings.)
 3                    MR. OLES:  The 2022-348 matter with regard to the
 4      signature -- the QR code signature mismatch is not signature in
 5      a physical writing sense.  It is signature of the code itself,
 6      and that is from the BMD.
 7                    MR. CROSS:  Where -- there was a QR code mismatch?
 8                    MR. OLES:  Yes.
 9                    MR. CROSS:  In what context?
10                    MR. OLES:  Well, not being an expert myself, I would
11      have to ask the people that know a little bit better.
12                    MR. CROSS:  The guy who is feeding you all these
13      questions?
14                    THE COURT:  None of that right now.
15                    MR. CROSS:  Sorry.  Fair enough.
16                    MR. RUSSO:  Well, it is not directed at us.  So I'll
17      listen.
18                    MR. CROSS:  What is the factual predicate, though,
19      for the question?  What is the factual predicate for the QR
20      code question?
21                    MR. BROWN:  There was -- apparently, there was some
22      complaint that the --
23                    MR. OLES:  Yeah, there was a complaint made.
24                    MR. BROWN:  -- SEB was responding to --
25                    COURT REPORTER:  I can't hear you, Bruce.  You're
```

```
1    behind me.
2              THE COURT:  Swap positions with David.
3              MR. BROWN:  I will speak a little bit louder.
4              Apparently, there was an SEB proceeding or matter
5    that involved a QR code mismatch; is that correct?
6              MR. OLES:  That's correct.
7              THE COURT:  All right.
8              MR. OLES:  And the third had to do with the issue
9    with the memory card retention policy.  It is a matter of
10   compliance with state and federal law with the federal
11   requirement being 22 months, the state requirement being
12   24 months.  Neither one is being -- at least not consistently
13   being complied with, which makes, obviously, audits impossible.
14             THE COURT:  And the question they asked you before is
15   what memory card -- what type of memory card.
16             MR. OLES:  That I don't exactly have the answer for.
17             THE COURT:  Okay.
18             MR. TYSON:  I think the only memory cards in the
19   system, Your Honor, would be the ones in the tabulators.
20   There's no memory cards on board the BMDs or the EMS.
21             THE COURT:  Well, all right.  So we have the -- the
22   signature card was --
23             MR. OLES:  It is the QR code --
24             THE COURT:  And then you have the Fulton ballots not
25   rejected.
```

1              MR. OLES:  Yes.

2              THE COURT:  I'm going to allow you to do two and

3    three, not one.  The Fulton County ballots, that is a whole

4    other -- I think that is -- we're back to hand ballots on that,

5    most likely.

6              MR. RUSSO:  So what was two and three, again?  I'm

7    sorry.

8              THE COURT:  Two and three was the QR code one.  I

9    don't know what's the story on the memory retention, but it

10   doesn't sound like it is much work to be able for him to

11   elicit.  And the witness is here, but I'm -- I think -- I can't

12   understand why you wouldn't be able to ask questions and be off

13   within ten minutes, unless it gets very surprisingly.  Because

14   you don't even yourself know enough to be able to -- I don't

15   mean this is an insulting way.  I just mean we don't have

16   enough information that I can imagine this going on for any

17   period of time.  But I'll let you do that.

18             MR. OLES:  Well, I'm fine pushing this off until

19   Monday.  That would allow me a little bit more time.

20             THE COURT:  Well, you've got the witness here.  That

21   is what you said.  So let's just go ahead and do it.

22             MR. RUSSO:  Yeah.

23             MR. BROWN:  Your Honor, we have a witness who has

24   been here for all week that we would really like to get in

25   before Dr. Johnston.

```
 1              THE COURT:  Who is that?

 2              MR. BROWN:  Kevin -- that's Ms. Missett.  She is a

 3    quick one.  I would like to get her out.

 4              THE COURT:  She's a plaintiff.

 5              MR. BROWN:  Yeah.  And then Kevin Skoglund is from

 6    Pennsylvania, and he would have to stay the weekend, and he has

 7    been here for --

 8              THE COURT:  All right.  So we need to get him in.

 9    All right.  So if we can, we'll get your witness in.

10              MR. RUSSO:  He is an expert.

11              THE COURT:  You really actually think he's going

12    to --

13                    (Unintelligible cross-talk)

14              MR. MILLER:  Logistically, I think we're probably

15    coming back for Monday cross-exam regardless if his direct

16    starts today.

17              MR. RUSSO:  I mean, he's had like 12 declarations in

18    this case.

19              MR. BROWN:  Well, we can just move to admit those.

20              MR. RUSSO:  I don't think we're going to do that.

21              MR. OLES:  Well, I'm fine just telling Ms. Johnston

22    that we need her to come back.  I just need to know one way or

23    the other.

24              THE COURT:  All right.  Since I think you probably

25    should let Ms. -- Mr. Skoglund -- or Dr. Skoglund go home
```

1   because that sounds a little threatening.

2           MR. BROWN:  At least his wife isn't expecting.

3           MR. CROSS:  One quick thing then.

4           THE COURT:  He's more likely to get a plane.

5           MR. RUSSO:  Your Honor, I'll just say:  If

6   Mr. Skoglund needs to do it over Zoom on Monday because of

7   travel back and forth or something, I mean, I'm not necessarily

8   opposed to -- I realize it is a lot more difficult than coming

9   back and fumbling around, but --

10          THE COURT:  It is fine for me.

11          COURT REPORTER:  It is terrible for me, if anybody

12  cares.

13          MR. RUSSO:  Okay.  So I --

14          THE COURT:  No.  I care but --

15          MR. BROWN:  We're trying to balance.  This may be

16  more information that you need, but we also have Dr. Stark as

17  one of our witnesses.

18          THE COURT:  Right.

19          MR. BROWN:  And Dr. Stark can't travel because of his

20  recent surgery.  And he also has to start later.  So it could

21  be that it does work fine to have Mr. Skoglund start Monday

22  morning and then follow that with Dr. Stark.

23          Is that right?

24          MR. RUSSO:  However you want to do it.

25          You want to have both of them on Monday.

```
 1              Is that what you are saying?

 2              MR. BROWN:  Yes.

 3              MR. RUSSO:  That's fine.  They can both go on Monday.

 4              MR. CROSS:  One other quick thing.  Your Honor

 5    obviously is aware of what is going with Dr. Halderman and his

 6    wife.  We're not going to do the demonstration we were going to

 7    do with Jeffrey Schoenberg because Dr. Halderman --

 8              THE COURT:  You're not going to do what?

 9              MR. CROSS:  The demonstration we were going to do

10    with Mr. Schoenberg on the first day, we're not going to do

11    that now in our case in chief because Dr. Halderman has to go.

12    And he has already talked about the fact that Mr. Schoenberg

13    has done it.  So it is in the record.  So we'll --

14              THE COURT:  That's fine.

15              MR. CROSS:  So Mr. Schoenberg we're not planning to

16    recall in our case in chief.  That will shorten the day a

17    little bit too.

18              THE COURT:  Okay.  Let's -- so who would be your next

19    witness?

20              MR. BROWN:  Megan Missett.

21              MR. CROSS:  We have the short Gilbert clip.  It is

22    Juan Gilbert.  It is less than ten minutes, I think, and then

23    Megan Missett.

24              MR. BROWN:  We can do all three.

25              THE COURT:  And I would like to get your person in
```

```
1    too.
2            MR. BROWN:  We're mindful of what comes next, so
3    we'll be very quick with Megan Missett.
4            MR. OLES:  Judge, if I understand, if I'm not going
5    to be allowed to proceed on the first one, that is your ruling
6    and I respect that.  I would appreciate being allowed to do a
7    proffer of what I was --
8            THE COURT:  Sure.  Sure.
9            MR. OLES:  All right.
10           MR. TYSON:  Thank you, Your Honor.
11               (The bench conference was thereby concluded.)
12           THE COURT:  So is Plaintiff Missett your next
13   witness, or is the --
14           MR. SCHEINMAN:  At this time we would like to offer a
15   short video excerpt from the deposition of Juan Gilbert, the
16   State's expert.
17           THE COURT:  Do we have to do this right now?  I mean,
18   is there some logical reason -- why wouldn't I do this at the
19   end --
20           MR. SCHEINMAN:  We think it --
21           THE COURT:  -- so that all of these live witnesses
22   can proceed?
23           MR. SCHEINMAN:  It is a ten-minute clip that we
24   believe dovetails nicely with Professor Halderman's testimony.
25           THE COURT:  Well, I have attention level that can
```

1    continue until 5:00 to watch that.

2         MR. SCHEINMAN:  Then we can offer another witness at

3    this time.

4         MR. BROWN:  Your Honor, plaintiffs would call Megan

5    Missett.

6         COURTROOM DEPUTY CLERK:  Please raise your right

7    hand.

8                         **(Witness sworn)**

9         COURTROOM DEPUTY CLERK:  Please have a seat.  If you

10   would, state your name and spell your complete name for the

11   record.

12        THE WITNESS:  My name is Megan Missett, M-E-G-A-N,

13   M-I-S-S-E-T-T, also known as Margaret on my birth certificate,

14   M-A-R-G-A-R-E-T.

15       Whereupon,

16                         MEGAN MISSETT,

17       after having been first duly sworn, testified as follows:

18                         DIRECT EXAMINATION

19   BY MR. BROWN:

20   **Q.**   Dr. Missett, good afternoon.  Thank you for bearing with

21   us.

22        Are you a named plaintiff in this case?

23   **A.**   Yes.

24   **Q.**   And are you also a member of the Coalition for Good

25   Governance?

1    **A.**    Yes.

2    **Q.**    When did you become a member?

3    **A.**    2017.

4    **Q.**    Backing up a bit, do you have a college degree?

5    **A.**    I do, from Sarah Lawrence College.

6    **Q.**    Do you have a graduate degree?

7    **A.**    I have a Ph.D. from Saint John's University in clinical

8    psychology.

9    **Q.**    After you received your doctorate degree, did you practice

10   as a psychologist?

11   **A.**    I did in New York City and in Mississippi.

12   **Q.**    And when did you move to Georgia?

13   **A.**    1996.

14   **Q.**    Do you vote?

15   **A.**    Yes.

16   **Q.**    Where do you vote?

17   **A.**    Where do I vote?  In Fulton County.

18   **Q.**    At the present time, how do you typically vote, absentee

19   or in person by BMD?

20   **A.**    I usually vote in person by BMD.

21   **Q.**    Why do you use BMDs instead of by hand using absentee

22   ballots?

23   **A.**    Well, obviously, voting absentee by mail is the only way I

24   can vote on a hand-marked paper ballot in the State of Georgia,

25   but I've had so many problems obtaining an absentee ballot that

1   I just decided it is better to actually cast a vote that might

2   be untrustworthy versus not being able to get the ballot at

3   all.

4   **Q.**   Dr. Missett, when you vote on a BMD, do you typically

5   check over the ballot card that the BMD prints out before you

6   insert it into the scanner?

7   **A.**   I definitely try to.

8   **Q.**   Is it easier or hard to review a BMD ballot card to see if

9   it reflects your -- your actual choices?

10  **A.**   It is difficult to review the card.

11  **Q.**   And why is that?

12  **A.**   Well, for one thing, I need to remember to bring my specs

13  because the writing is very small, but it is difficult because

14  you don't have the context of -- you know, it is just a list of

15  names, and even harder, it is a list of yes, no, yes, no if

16  you're talking about one of your party's questions or one of

17  the referendum questions.

18  **Q.**   When you are talking about party questions, you're talking

19  about if it is a primary and you have Democrat questions and

20  Republican questions; correct?

21  **A.**   Right.

22  **Q.**   And does the ballot card typically describe the content of

23  the question?

24  **A.**   No, not at all.  It just says yes or no.

25  **Q.**   Could you give me a rough estimate of the number of --

1  well, you voted in Fulton County in the midterms?

2  **A.**   Yes.

3  **Q.**   May '22; correct?

4  **A.**   I think that was -- okay.  It was a special -- it was

5  midterms; right.

6  **Q.**   Do you recall roughly how many races there were and ballot

7  choices there were?

8  **A.**   I did count that one after the fact.  It was 46.

9  **Q.**   46 total questions?

10  **A.**   (Witness nods head affirmatively.)

11  **Q.**   And when you are reviewing your ballot card, are you able

12  to compare that against the BMD screen?

13  **A.**   No.  No.  Once you push the buttons to vote, the screen

14  turns off.

15  **Q.**   As a voter, have you had the opportunity to observe other

16  voters in line with you?

17  **A.**   Yes.

18  **Q.**   And have you been -- without violating their privacy, have

19  you been able to determine whether they are checking their

20  ballot cards?

21  **A.**   Yes.  When it is crowded and there has been a long wait, I

22  can see a lot of people up before me.  And no, I have never

23  seen anyone check their ballot.

24  **Q.**   In your voting location, are there any physical

25  constraints that make it more difficult to review your ballot

 1    card completely and carefully?

 2    **A.**    There can be.  And one of the times that I really wasn't

 3    able to check my ballot, it was the December -- it was early

 4    voting December 2nd, 2022.  I was early voting at the Ponce de

 5    Leon Library, and it was long lines.  It took my husband and I

 6    two hours to get through.  And so people were -- the line was

 7    going way out onto Ponce de Leon Avenue.

 8        So I think that they were trying to get more people into

 9    the building so that wasn't happening, so they changed the

10    anteroom where you usually vote and do everything into lines

11    for checking in on the pollbooks.  And they turned the

12    library -- most of the library into, you know, like an

13    amusement park, you know, lineup.

14        And they had -- they put all the BMDs in this little

15    alcove with the printer sort of on the outside.  And it was

16    very difficult to actually get to and from -- you know, the

17    BMDs to the scanner.  I actually had to turn sideways and

18    squeeze past people who were voting.

19        And there was, you know, a certain amount of pressure and

20    anxiety because people had been waiting a long time.  So when I

21    went out after I finished voting to get to the scanner to feed

22    my ballot card, I was just -- I was creating a log jam.  And it

23    takes me like three minutes to really go through.

24        So I had to keep people from coming in or going out, and I

25    just -- I couldn't do it.  I thought it was too much of a

```
1    grievous injury.  It was to --
2    Q.    I'm sorry?
3            COURT REPORTER:  I didn't hear the answer to the
4    question.
5            THE WITNESS:  Oh, I'm sorry.
6            THE COURT:  Say again what you just said.
7            COURT REPORTER:  What was the last --
8            THE COURT:  What was the last sentence you said?
9            THE WITNESS:  I think I said it felt like I was -- it
10   was too much of a burden on other people to have to wait
11   three minutes to get by me in order to -- so that I could stop
12   and read my ballot card.
13   BY MR. BROWN:
14   Q.    Now, Dr. Missett, you have -- you are choosing now to vote
15   absentee.
16         If you had your druthers, regardless of the mode of
17   voting, would you prefer to vote by mail or in person on
18   election day?
19   A.    Oh, definitely in person.
20   Q.    Why?
21   A.    It is corny, but I just love to vote in person.  I was
22   raised that way.  My parents brought me to their polling place
23   in New Jersey, and, you know, I'd go behind the curtain with
24   them and watch them pull the lever.  I did the same with my
25   kids.  It is kind of like my 4th of July.
```

1      But also, I love seeing the election workers, and, you

2  know, I don't even know their names, but I see them every year.

3  I love to thank them, and that is both at my regular polling

4  place and the place I usually early vote.  And I love just

5  being -- it is just a community ritual that I value.  I love

6  seeing my neighbors.  It is -- I really do like to do it that

7  way.

8  **Q.**  Dr. Missett, as a named plaintiff in this case, what

9  relief are you seeking to redress the injuries that you have

10  described both today and in the litigation?

11  **A.**  We are asking the Court to ask the State to stop forcing

12  in-person voters to use BMDs.

13  **Q.**  Do you intend to vote in future elections?

14  **A.**  I do.

15          MR. BROWN:  No more questions.  Thank you very much.

16                    CROSS-EXAMINATION

17  BY MS. LAROSS:

18  **Q.**  Hello, Dr. Missett.  My name is Diane LaRoss, and I

19  represent the State defendants.  We met over Zoom.

20  **A.**  Right, right, right.

21  **Q.**  It is nice to meet you in person.

22  **A.**  It is nice to meet you.

23  **Q.**  So you had mentioned that you go by Margaret and Megan

24  Missett; correct?

25  **A.**  No one has ever called me Margaret, but it is in my

1    paperwork.

2    **Q.**   You mentioned it was on your birth certificate, but it is

3    also the name under which you vote; correct?

4    **A.**   Yes.

5    **Q.**   I just wanted to make sure the record is clear about that.

6         And you say that you live and vote in Fulton County; is

7    that right?

8    **A.**   Yes.

9    **Q.**   And you'll have to wait until I finish my question before

10   you answer.

11   **A.**   Oh, I didn't realize.  I'm sorry.

12   **Q.**   It is just so the court reporter can get a clear

13   transcript of all of your testimony.

14        So -- and you have lived continuously in Fulton County

15   since you moved to Georgia in 1996; correct?

16   **A.**   Yes.

17   **Q.**   And you mentioned that you have your doctorate in

18   psychology.

19        But you have not practiced as a psychologist since you

20   moved to Georgia in 1996; is that correct?

21   **A.**   That's correct.

22   **Q.**   And you are not testifying here as an expert at this

23   trial --

24   **A.**   No, I'm not.

25   **Q.**   -- correct?

1          So you don't have any formal education or training in

2     election law; correct?

3     **A.**   I don't.

4     **Q.**   And no formal training or education in computer hardware

5     or hacking or cybersecurity; correct?

6     **A.**   No.

7     **Q.**   Okay.  And you testify -- and you've pretty much voted in

8     every election since you moved to Georgia; correct?

9     **A.**   No.

10    **Q.**   Oh, you haven't?

11    **A.**   I would say that I've voted in every election since early

12    2016.  I have always been very interested -- you know, I love

13    voting, but I was not as tuned in to some of the state and

14    federal elections until a few things happened, and then I was

15    like, I really, really need to focus harder and give more

16    energy to -- to some of these issues.  And after that, I never

17    missed.

18    **Q.**   Okay.  So you never missed an election after 2016; is that

19    correct?

20    **A.**   That is right.

21    **Q.**   You did some voting --

22    **A.**   Oh, definitely, definitely, but I'm sure I missed some

23    midterms or some special elections.

24         Did I interrupt you?  I'm sorry.

25    **Q.**   So you did some voting between 1996 and 2016, but it was

1   after 2016 when you started voting in every election possible;

2   is that correct?

3   **A.**   That's correct.

4   **Q.**   Okay.  And you do not have any evidence that any vote

5   you've cast in any Georgia election has not been counted;

6   correct?

7   **A.**   I don't have any evidence of that.

8   **Q.**   And you don't have any evidence that any vote that you

9   cast in Georgia was ever changed from how you wanted it to be

10   counted; correct?

11   **A.**   I don't have any evidence of that.

12   **Q.**   And you don't have any evidence that any Georgia election

13   has actually been hacked or subjected to the insertion of

14   malware; correct?

15           MR. BROWN:  Your Honor, calls for speculation.  There

16   is no possible way that this witness would know whether or not

17   other people's votes had been counted or not because of the way

18   that Georgia collects election votes on a BMD system.

19           MS. LAROSS:  So we're just looking to make sure the

20   record is there that there isn't any other evidence out there

21   and that this witness doesn't have any further evidence.  That

22   is simply all we're asking.

23           THE COURT:  Personal evidence.  I mean, she's

24   obviously been active in this organization that has been

25   collecting evidence, and she's obviously, from her affidavits,

1    participated in the collection of evidence.

2           So are you wanting to go through all of that?

3           MS. LaROSS:  No.  I'm just asking her just the

4    general question.

5           THE WITNESS:  Can you repeat what the question was?

6    BY MS. LAROSS:

7    **Q.**   Sure.  And you don't have any evidence that any -- you

8    yourself don't have any evidence of any Georgia election that

9    has actually been hacked or subjected to the insertion of

10   malware; correct?

11   **A.**   No, I don't.

12   **Q.**   And your concern in this case with Georgia election

13   equipment is the possibility that those things might happen;

14   correct?

15   **A.**   Yes.

16   **Q.**   And you mentioned that you have voted on BMDs; correct?

17   **A.**   Uh-huh (affirmative).

18   **Q.**   You'll have to say yes or no.

19   **A.**   Yes.

20   **Q.**   Thank you.

21         And then you have also voted by absentee ballot; correct?

22   **A.**   Yes.

23   **Q.**   And am I correct to understand that you voted twice by

24   absentee ballot?

25   **A.**   Yes.  At least twice.

1   Q.   Okay.  And you voted in the November 2020 election by

2   absentee ballot; is that correct?

3   A.   Yes.

4   Q.   And then as well the January 2021 runoff, you voted by

5   absentee ballot; correct?

6   A.   Yes.

7   Q.   And in those two elections, did you have any trouble

8   voting by absentee ballot?

9   A.   No, I didn't.  We had the drop boxes then and a longer

10  time.  I didn't have trouble that time.  I did in June 2020.

11  Q.   And so in June 2020, was the trouble that you didn't

12  receive your ballot in time?

13  A.   That is right.  So I went to early vote on the last day of

14  early voting.

15  Q.   And you were able to cast your ballot on the BMD?

16  A.   I was.  It was a four-hour wait, but I was able to.

17  Q.   You didn't like those lines.

18       So you're aware that the absentee ballots are -- the

19  applications and the ballots themselves are sent out from

20  Fulton County and not the State of Georgia; correct?

21  A.   Yes.

22  Q.   So when you didn't receive your absentee ballot in that

23  particular -- the June election that you spoke about, that

24  would have been that Fulton County didn't mail it to you in

25  time; correct?

1    **A.**    Yes.  And I contacted them, and I copied Rick Barron, who

2    was the director at the time, and he got back to me and said he

3    was going to send it express.  And I'm sure he tried, but they

4    had -- you know, I think they were doing the best that they

5    could.

6    **Q.**    And you are not claiming that the State of Georgia caused

7    that problem?

8    **A.**    No, no, no.

9    **Q.**    Okay.  And so -- so when you voted using BMDs, that was at

10   a Fulton County precinct; correct?

11   **A.**    Yes.

12        You mean in June?

13   **Q.**    Well, let's -- yeah.  Let me clarify that for you.

14        Before the two times you voted on it by absentee ballot in

15   2020, you had voted on BMDs before that point?

16   **A.**    Yes.

17   **Q.**    And then after the January 2021 runoff, you voted on BMDs

18   for every election since then; correct?

19   **A.**    Yes.

20   **Q.**    And by my count, it is about eight elections.

21        Does that sound about right to you?

22   **A.**    That sounds about right.

23   **Q.**    Okay.  And when you voted by absentee ballot, did you

24   check your ballot before you put it in the drop box?

25   **A.**    I always try.

1    Q.    Okay.  And so then let's talk about voting on the BMDs.

2          When you voted on the BMDs, did you check your ballot for

3    the -- sorry.  Let me start over the question, if I may.

4          So when you voted on the BMDs, did you check the ballot

5    that got printed out and check your selections?

6    A.    Yes.  When you vote on a BMD, you also are asked to check

7    the screen, so it is really two checks you are supposed to

8    perform.  So after you, you know, push your buttons, then the

9    BMD says, you know, review -- review your votes, and then you

10   have a choice of either going back and changing if it is not

11   right or pushing the button to cast your vote.  So you do that,

12   and then after it is out, you are supposed to then check

13   your -- the human readable text on the ballot card.

14   Q.    And when you vote on BMDs, you check it -- you check your

15   vote in both ways that you just described --

16   A.    I do.

17   Q.    -- correct?

18         Have you ever found something incorrect when you've

19   double-checked?

20   A.    I have not, as far as I know.  I'm always a little worried

21   that if it skips something that I won't know that.

22         But yeah, I'm not totally confident.  But as far as I

23   know, they were correct.

24   Q.    Okay.  So it was correct when you reviewed the selections

25   on the screen; plus, it was correct when you viewed the

1   printed -- the readable text on the ballot; correct?

2   **A.**   It is right that I have confidence in what I read on the

3   screen because the context is there, the question or, you know,

4   which, you know, candidates there are.

5   **Q.**   Okay.  And if there was something that wasn't right, you

6   would certainly have followed up and talked to some of the

7   folks at the precinct; correct?

8   **A.**   Yes.  I hope so.  I would have felt pretty bad if it was

9   one of the crowded times, but yeah.

10  **Q.**   But you wouldn't walk away and just say, whatever, it

11  doesn't matter to me?

12  **A.**   No, especially not with the human readable on the QR

13  because that is the only way to catch that kind of hack if

14  there is such a hack.  That is the only way.  If you don't

15  catch the discrepancy, it gets fed, you know, into the machine

16  and there is no way to go back and find that out.  So it is a

17  big deal.

18  **Q.**   So -- but you do check the human readable portion that is

19  on the ballot; correct?

20  **A.**   I do.

21  **Q.**   To make sure that your ballot is cast -- is counted as

22  cast; correct?

23  **A.**   I do.

24  **Q.**   And when you sent your absentee ballots in or we dropped

25  them into the drop box, when your votes were tabulated, you

1    weren't present; correct?

2    **A.**    No.

3    **Q.**    And you weren't able to confirm that your absentee ballot

4    was actually counted as cast; correct?

5    **A.**    No.  I mean, you can get an update on your My Voter page,

6    but it isn't the same as using a hand-marked paper ballot in

7    person at the polling place where you can watch them feed it

8    into the scanner.

9    **Q.**    Right.  So -- and that is the -- when you vote on a BMD,

10   you can -- you actually feed the ballot into the scanner;

11   correct?

12   **A.**    Yes.

13   **Q.**    And once the ballot is fed into the scanner, you don't

14   really have any idea or you can't check by standing there if

15   the ballot is actually cast as counted; correct?  It is just

16   tabulated within the machine?

17   **A.**    Yes.

18   **Q.**    And that's true of the hand-marked paper ballots as well

19   that -- I mean, you can see -- you can see that the ballot was

20   placed into the scanner, but the -- you can't verify that each

21   of your votes were cast as counted on the inside of the

22   tabulation in the scanner; correct?

23   **A.**    That's true.  I mean, the part I'm worried about is the --

24   you know, putting a hackable electronic device between me and

25   my vote there at the very beginning.  That is the true sample

1    you need.  It is not recoverable the way that -- if the scanner

2    made a mistake, you could go back to a trustworthy ballot if it

3    was a hand-marked paper ballot.  So that is the part I'm

4    worried about.

5    **Q.**   And that is the concern because there is a QR code

6    involved?

7    **A.**   Yes.

8    **Q.**   And so you base your concerns on opinions of experts; is

9    that right?

10   **A.**   Yes.

11   **Q.**   And, again, it is just the possibility that hacking or

12   something, your vote could be compromised that you are

13   concerned about here?

14   **A.**   Yes.

15       Or, you know, malfunctioning could also --

16   **Q.**   Yeah.

17   **A.**   -- happen with a QR code, yeah.

18   **Q.**   And you talked a bit about when you voted and there were

19   long lines and you had to squeeze through --

20   **A.**   Right.

21   **Q.**   -- and there was -- and I think there was also one point

22   where you talked about where there was -- BMDs were placed in

23   an alcove.

24       Do I have that correct?

25   **A.**   That's correct.  That was the same election.

1    **Q.**   It was the same election.

2        And the decision on where to place the BMDs at the

3    precinct, that is made by Fulton County; correct?  By the

4    county officials?

5    **A.**   Yeah, I believe so.

6    **Q.**   Okay.  And the long lines -- you're not -- you don't have

7    a claim in this case about long lines; correct?

8    **A.**   No, I'm not making a claim about that.

9    **Q.**   That would be a result of --

10    **A.**   But I might say that sometimes it is because the system is

11    glitchy.

12    **Q.**   It is glitchy when there can be long lines?

13    **A.**   That is what happened in June.

14    **Q.**   Yeah.  And that is -- again, that is a problem by the

15    county officials; correct?

16    **A.**   I think it is a problem with the BMDs and the scanners.

17    **Q.**   So it is a -- okay.

18        So you are saying if it takes a little bit longer for

19    people to vote on the BMDs that it could hold up the line?

20    **A.**   Right.

21    **Q.**   And it would take a little bit of time --

22        THE COURT:  She said something else, Counsel.  Let's

23    be fair.  She said she thought it was glitches on the part of

24    the functioning of the BMDs.

25        MS. LaROSS:  Yeah.  I apologize.  You did say that.

1   I did not mean to misstate her statement, Your Honor.

2   BY MS. LAROSS:

3   **Q.**   And the -- when you are talking about the glitchy part,

4   that is in part based upon reports of experts; correct?  And

5   not your own personal opinion?

6   **A.**   No.  That was people coming -- you know, when the line

7   reached the place where people are coming out, they are saying

8   one of the scanners isn't working in the BMD, I have been here

9   for five hours.

10      So they would give us, you know, their reports as they

11   came out why this was taking so long.

12          MS. LaROSS:  And, Your Honor, I would just object to

13   the testimony concerning hearsay.

14          THE COURT:  So noted.

15   BY MS. LAROSS:

16   **Q.**   And so that --

17          THE COURT:  But that is your understanding?

18          THE WITNESS:  That is my understanding.

19          THE COURT:  Were you a poll watcher then, or were you

20   waiting simply to get a chance to vote?

21          THE WITNESS:  I was in line, but I'll also say that

22   this was also reported in the press about why, you know,

23   different precincts were having such long --

24          MS. LaROSS:  Sure.  And I would object to that as

25   well as hearsay, Your Honor.

1          MR. BROWN:  Your Honor, the defendants asked the

2    question.  She's entitled to give a full answer of her

3    understanding.

4          MS. LaROSS:  Sure.  And I can object to her if some

5    of the testimony is based on hearsay, and that is what I'm

6    doing.

7          THE COURT:  I understand.

8          But she's giving an explanation of her understanding,

9    and she is standing in a line for a substantial period of time.

10   That is what was asked about, so --

11         MS. LaROSS:  Then I will, yeah, follow up on those

12   statements then.

13   BY MS. LAROSS:

14   **Q.**   So when folks are saying the scanners weren't working, do

15   you have any idea if that was a result of problems with the

16   power source, or they weren't plugged in correctly, or

17   operational error by the voter themselves?  Do you have any

18   idea if any of those things were factors in those statements?

19   **A.**   I don't know what the cause of the glitchiness was.

20   **Q.**   The glitchiness.

21         So you're not testifying that you have evidence that the

22   glitchiness that you're talking about is a result of some kind

23   of hack in the election equipment --

24   **A.**   No.

25   **Q.**   -- or malware?

**A.**   No.

**Q.**   Okay.

**A.**   But I am aware that this is an issue with the BMDs and that in some other states that was one of the major reasons they decided not to go with BMDs.

**Q.**   So you -- but that, again, is something that you have heard through experts or read in the newspaper?

**A.**   Correct.  Or I read the testimony.

**Q.**   Okay.  Are you aware that magnifying glasses are provided at polls?

**A.**   No.

**Q.**   Because you mentioned that sometimes you have to remember to bring your specs.

     But you weren't aware of that?

**A.**   No, I didn't know that.

          THE COURT:  I don't think I have any information in the record about that, so I'm going to strike that because we -- you haven't presented any information.  You just asserted that.

          MS. LaROSS:  Yeah.  I think we've asked the question before of folks, but --

          THE COURT:  All right.  If you have -- but it doesn't make any difference.  I have no evidence that this is a standard piece of equipment in the polls.  I have never seen it.

1              MS. LaROSS:  I guess everyone would like to see it,

2      and we may present it during our case, Your Honor.

3              THE COURT:  Okay.  Looking forward to that.

4              MS. LaROSS:  I can bring a magnifying glass; right?

5      Just kidding.

6              Okay.  Let me just see if I have covered everything I

7      need to.

8      BY MS. LAROSS:

9      **Q.**   Dr. Missett, as I understand it, the remedy or what you're

10     asking the Court to do in this case is to bar the State from

11     requiring people to vote on BMDs; is that correct?

12     **A.**   Yes.  I should add that there should be BMDs available to

13     people with disabilities who can be helped with that kind of

14     assistive technology, which is fairly common to have one in a

15     polling place.  But I would think that the security risks

16     should be disclosed to anybody who wants to use one.

17     **Q.**   And then folks could -- if there were folks that still

18     wanted to vote on BMDs, you think that would be fine; correct?

19     **A.**   Yes.

20             MS. LaROSS:  Your Honor, I would just like to check

21     with my colleagues.

22                  **(There was a brief pause in the proceedings.)**

23             MS. LAROSS:  That's all the questions I have,

24     Dr. Missett.  Again, a pleasure meeting you.

25             Thank you, Your Honor.

```
 1                        REDIRECT EXAMINATION

 2   BY MR. BROWN:

 3   Q.   I have one follow-up question because I misspoke in my

 4   question to you, and I just want to clarify that.

 5        You are choosing now to vote by BMD because of

 6   difficulties you've had with absentee voting; correct?

 7   A.   Yes.

 8   Q.   And you testified that you review the BMD ballots;

 9   correct?

10   A.   Yes.

11   Q.   But is it correct that it is really that you tried to

12   review them the best you can?

13   A.   Yes.

14   Q.   And for the long ballots, you said it takes several

15   minutes for you to read -- to review even what you can

16   remember.

17        Is that the sense of it?

18   A.   Yes.  Just to process it.  I can probably roll my eyes

19   over it in less than a minute.  But to really remember what it

20   was, I need a little time.

21   Q.   You testified in cross-examination that you wouldn't catch

22   what you missed?

23   A.   Yeah.

24   Q.   And did you mean that if there was a -- if the BMD didn't

25   capture one of the races or one of the questions you might not
```

1    ever catch that on the BMD printout; is that right?

2    **A.**    That is one of my fears.

3              MR. BROWN:  No more questions, Your Honor.  Thank you

4    very much.

5              May the witness be excused?

6              THE COURT:  Yes.  Thank you very much.

7              THE WITNESS:  Thank you.

8              MR. McGUIRE:  Your Honor, plaintiffs call Dr. Philip

9    Stark who is appearing by Zoom.

10             THE COURT:  All right.

11             MR. RUSSO:  Your Honor, Ms. Johnston was going to go

12   next.

13             THE COURT:  All right.

14             MR. MILLER:  It is really a logistical issue.  I

15   mean, it is your call, but I don't anticipate Dr. Stark will be

16   finished --

17             MR. RUSSO:  We'll let it go.

18                  **(There was a brief pause in the proceedings.)**

19             THE COURT:  Why don't we just proceed with the live

20   witness, and then we'll start with Professor Stark.

21             MR. McGUIRE:  Okay.  Professor Stark, we're going to

22   have another witness first.

23             THE COURT:  I don't think this will take long.

24                  **(There was a brief pause in the proceedings.)**

25             MR. BROWN:  Your Honor, in fairness to Mr. Oles, I

1    think we tricked him because we first said Stark, and I think

2    that alert gave him the wrong signal.

3            COURTROOM DEPUTY CLERK:  If you would please raise

4    your right hand.

5                    **(Witness sworn)**

6            COURTROOM DEPUTY CLERK:  Please have a seat.  State

7    your name and spell your full name for the record, please.

8            THE WITNESS:  My name is Janice Johnston,

9    J-A-N-I-C-E, J-O-H-N-S-T-O-N.

10       Whereupon,

11                    JANICE JOHNSTON, MD,

12       after having been first duly sworn, testified as follows:

13                    CROSS-EXAMINATION

14   BY MR. OLES:

15   **Q.**   Good afternoon, Dr. Johnston.  My name is David Oles.  I

16   represent the plaintiff -- one of the plaintiffs, Ricardo

17   Davis, in this case.

18       Thank you this -- thank you for taking time this afternoon

19   to answer a few questions for us.

20       Now, you currently are a member of the Georgia State

21   Election Board?

22   **A.**   That's correct.

23   **Q.**   And how long have you been on the board?

24   **A.**   Since March of 2022.

25   **Q.**   And as part of the -- I won't ask you to list all of what

1    the State Election Board does.

2        But as part of its duties, is it responsible for

3    investigating complaints regarding the conduct of elections?

4    **A.**    Yes, it is.

5    **Q.**    Is it also responsible for dealing with complaints

6    regarding voting systems?

7    **A.**    It is responsible for investigations with the

8    administration of elections --

9    **Q.**    Okay.

10   **A.**    -- and election officials.

11   **Q.**    Okay.  Do you also receive and investigate -- let me

12   rephrase that.

13       As part of that, what you just described, does that also

14   involve consideration of issues regarding the operation of the

15   voting systems?

16   **A.**    It could.

17   **Q.**    Okay.  Thank you.

18       Now, could you briefly describe for the Court the process

19   that the board follows when it receives such a complaint,

20   typically how you would go about initiating an investigation.

21   **A.**    A complaint is maybe filed online or by paper to the State

22   Election Board.  And once received, it is logged and the State

23   Election Board determines whether a case number is assigned to

24   the alleged violation.  And it is then handed over to the

25   Secretary of State investigators for investigation.

1    **Q.**   Okay.  And does the board's responsibility then end, or

2    does it come back?  How does that work?

3    **A.**   So the Secretary of State investigators proceed with the

4    investigation.  And once they feel like they have completed the

5    investigation, they present it back to the board for a

6    preliminary review and then a plan to present it at a State

7    Election Board meeting.

8    **Q.**   Okay.  And what would then happen at a State Election

9    Board meeting with regard to such a complaint and

10   investigation?

11   **A.**   The investigators then present the -- the complaint, the

12   alleged violation, and their findings.  And questions are asked

13   by the State Election Board, and then a determination is made

14   of how to proceed with that complaint.

15   **Q.**   Thank you.

16        Does the election board itself have the jurisdiction to

17   make changes to our voting processes?

18   **A.**   What do you mean by processes?

19   **Q.**   Well, what I'm trying to get at is what authority that

20   the -- that as you understand it, as a board member, what

21   authority the board has to make changes in the method by which

22   Georgia conducts its elections?

23        MR. MILLER:  Your Honor, if I may, just briefly.

24        To the extent it is calling for a legal conclusion, I

25   just want to note that objection.  I think I have permitted the

1    questions that he's asking about general understanding, but I
2    want to make that clear for the record.
3              THE COURT:  All right.  Thank you.  You made it
4    clear.
5    BY MR. OLES:
6    **Q.**    Go ahead.
7    **A.**    One of the other duties of the State Election Board is to
8    promulgate rules that are consistent with Georgia Election Code
9    for -- to ensure the conduct of legal and fair and true
10   elections.  The Secretary of State is the official that is in
11   charge of determining the voting method for the State.
12   **Q.**    Okay.  Now, Ms. Johnston, when a complaint is received, is
13   it assigned a number?
14   **A.**    Not necessarily.  The complaints that are received may be
15   a little bit like the department store complaint number.  We
16   receive a lot of, quote, complaints that are just questions
17   that need information or direction.  But if it is a complaint
18   of an alleged violation, if it appears to be such, a case
19   number is assigned.
20   **Q.**    Okay.  Now, what I'm particularly interested in here today
21   is whether or not -- while you have been on the board whether
22   or not there have been any complaints received involving the
23   Dominion BMD voting system.
24             THE COURT:  I think that is broader than the question
25   you told me you were going to ask, but --

1          MR. OLES:  I can rephrase, Your Honor.

2          THE COURT:  Okay.  Well, you told me about a

3   particular -- a particular complaint.  That was 2022-348.  That

4   that was what you were -- and that related to a QR code.

5          That is what you indicated you were going to be

6   asking about, and then you also said you were going to be

7   asking about the memory card retention policy.

8          MR. OLES:  Okay.  Thank you, Judge.  I'm happy to

9   rephrase.  I was simply trying to establish the general method

10  that they go about doing this.

11         THE COURT:  All right.

12  BY MR. OLES:

13  **Q.**   Ms. Johnston, I'm going to ask you specifically with

14  regard to a complaint I believe has been received by the board.

15  It goes under the number SEB 2022-348, and it involves an issue

16  with the QR code -- a signature -- QR code signature mismatch

17  error.

18      Are you familiar with that?

19  **A.**   I am familiar with that.

20  **Q.**   Can you describe for the Court what the issue was in that

21  complaint?

22         MR. MILLER:  Your Honor, I'll object on the basis of

23  hearsay as to whatever is contained in those complaints.  We

24  don't presently have a document as to what is coming in, but to

25  the extent that the --

```
 1              THE COURT:  Well, do you actually have a complaint
 2    there that we can --
 3              MR. OLES:  I do not have a copy of that one here
 4    today, Judge.
 5              THE WITNESS:  I don't have a copy of it either here
 6    today.
 7    BY MR. OLES:
 8    Q.   Well, has the -- do you recall such a complaint involving
 9    a QR code signature mismatch error?
10    A.   I recall that complaint.
11    Q.   Okay.
12    A.   And it is currently under investigation.
13    Q.   Do you recall what was being alleged?
14              MR. MILLER:  Your Honor, I object on the same basis
15    again of hearsay as to whatever is contained in the complaint.
16    If the findings are clear that the -- what Mr. Oles is trying
17    to elicit is about a complaint existing and not the truth of
18    that complaint, then we can proceed.  But I want to lodge that
19    objection.
20              THE COURT:  All right.  What does the complaint
21    allege, whether it is true or not at this point, or partially
22    true or not?
23              Apparently, somebody has it there, your client.
24              You need to show it to defense counsel first.
25              MR. MILLER:  Is this a copy for us, or is this the
```

```
1    only copy?

2              MR. OLES:  That is the only copy I have.  I apologize

3    for that.

4    BY MR. OLES:

5    Q.   Ms. Johnston --

6              MR. OLES:  May I approach, Judge?

7              THE COURT:  Yes.

8    BY MR. OLES:

9    Q.   I'm going to show you what I have marked as Davis

10   Exhibit 10 for identification.

11        Can you identify that document?

12   A.   I see Davis 10 written on the lower right corner.

13   Q.   Excuse me?

14   A.   Yes.  I see.

15   Q.   Oh, yeah.  No.  Can you -- do you know what that document

16   is?

17        Perhaps I should rephrase.

18        Can you recognize that as a copy of the complaint that was

19   received that is now traveling under the number SEB 2022-348?

20   A.   Give me just a minute, please.

21        Mr. Oles?

22   Q.   Yes.

23   A.   The first sheet of this complaint looks familiar.  But the

24   subsequent pages, I really don't recognize.

25   Q.   Okay.  So as we sit here today, you don't believe that you
```

1    are familiar with that document other than the first page?

2    **A.**    I'm familiar with the complaint from Mr. Moncla and

3    Mr. Cross about a Williamson effect QR code problem.

4    **Q.**    Okay.

5    **A.**    Okay.

6    **Q.**    And --

7            MR. CROSS:  Mr. Oles, sorry to interrupt.

8            I just want to make sure the Judge understands.  This

9    is not me.  I think we talked about this before.  There is

10   another David Cross who I apparently understand works at the

11   Georgia GOP, just so we are clear.

12           THE COURT:  Where does that person work?  Where does

13   that other David Cross work?

14           MR. CROSS:  I think he is associated with the Georgia

15   GOP.  I'm not sure.

16           THE WITNESS:  David Cross?

17           MR. OLES:  He is also David Cross.

18           MR. CROSS:  There is a comedian too.  I don't know --

19           MR. MILLER:  I'm more familiar with the actor.

20           MR. CROSS:  That is a dagger to the heart, Carey.

21                   **(There was a brief pause in the proceedings.)**

22   BY MR. OLES:

23   **Q.**    Ms. Johnston, my question is simple.

24       What is your understanding -- do you have an understanding

25   of the complaint that is being alleged in that document from

1    Mr. Cross?

2            MR. MILLER:  Your Honor, I'm not sure if the exhibit

3    has been tendered or is intended to be tendered, but right now

4    the witness has authenticated the first page and doesn't know

5    what the rest of it is, but if we're getting into the --

6            THE COURT:  Why don't you tell us what the first page

7    is.  And I don't know -- if you're not familiar with the other

8    pages, I don't think that you can authenticate them.

9            THE WITNESS:  Yes.  So the first page is a complaint

10   about a Democracy Suite 5.5-A election equipment that did not

11   appear to perform as expected and errors -- allegedly, errors

12   were found and found in more than one county.

13   BY MR. OLES:

14   Q.   According to the process you've described, does this reach

15   a level where the board felt that the issues being alleged were

16   important enough to go ahead and assign a number to have it

17   investigated?

18           MR. MILLER:  Your Honor, just for clarity, is the

19   document in evidence or being moved into evidence?  The witness

20   has it and is being asked to read it off.  I just want to make

21   sure at the appropriate time I make the objections.

22           THE COURT:  Are you tendering it into evidence at

23   this time?

24           MR. OLES:  Yes.

25           THE COURT:  Could I see it?

```
 1              MR. MILLER:  And, Your Honor, in addition to an
 2   authentication problem beyond the first page, again, the
 3   hearsay as to the truth --
 4              THE COURT:  I'm just looking at the first page.  She
 5   couldn't identify the other pages, so they are not going to be
 6   introduced.
 7              MR. MILLER:  Thank you, Your Honor.
 8              And, Your Honor, I believe that is the only copy.  So
 9   just so we're clear, it is that first page that is with you,
10   that you have got the whole stack.
11              THE COURT:  Well, I'm a little bit confused.  The
12   first page is a page of a very substantial long complaint.
13              But you're only familiar with the way that the first
14   page reads or --
15              THE WITNESS:  Yes.  There may be more on that second
16   page.
17              THE COURT:  Okay.  Because it looks like it is a
18   multipage complaint, and then it has documents attached to it.
19              Are you just familiar with the first and second page?
20   Is that what you are saying?
21              THE WITNESS:  That's correct.
22              THE COURT:  Okay.  So do you think that the back page
23   of this you're also -- you are also familiar with?
24              Let me just have it -- just look at the back side of
25   the front page.
```

```
 1              THE WITNESS:  Your Honor, I am -- I am familiar with
 2    a case that is 358 -- 2122-358 [sic].
 3    BY MR. OLES:
 4    Q.    348?
 5    A.    348.  That alleges there were errors with the Dominion
 6    Democracy Suite 5.5-A.  I cannot -- and it is a case that was
 7    to be presented last month at the State Election Board, and the
 8    IT representative Michael Barnes was supposed to be there to
 9    answer questions and did not appear, so the case was continued.
10    And it is still considered an active case, so I really can't
11    speak to much more than that.
12          And -- and I really don't recall all of these documents.
13    Q.    Dr. Johnston, the complaints that are filed with the State
14    Election Board, those are public documents; correct?
15    A.    They are.
16    Q.    Okay.  But the details of the investigation are
17    confidential until it has been completed; is that --
18    A.    That's correct.
19    Q.    So just -- as far as just the complaint itself, can you
20    describe for the Judge your understanding of what is being
21    alleged in the complaint as the problem with the Dominion
22    Democracy Suite, if you can?
23              MR. MILLER:  Your Honor, again, just as to the
24    objection to hearsay, we're talking about an allegation.  If it
25    is not coming in for the truth, it is not an issue.  But right
```

```
 1    now, I think that is the path we're going down, so I want to be
 2    clear on that.
 3              MR. OLES:  Judge, I'm just trying to establish that
 4    is a complaint that has been lodged before the board --
 5              THE COURT:  I think the witness did a very good job
 6    at summarizing that there was -- what the nature of the
 7    complaint was and that it was, in fact, filed.  And I don't
 8    know that she has more information than that at this point.
 9    That is why they were waiting for Mr. Barnes to come and talk
10    to them, I guess.
11              And they probably had other information too, but they
12    hadn't reviewed it altogether; is that correct?
13              THE WITNESS:  Correct.  We had -- or I had questions
14    that Mr. Barnes needed to answer because they are technical in
15    nature and technical questions that the investigators were not
16    comfortable or able to answer.
17              MR. MILLER:  Your Honor, this gets into a separate
18    issue that I want to be careful with the witness as to the
19    deliberative process privilege of this matter that is going to
20    come before the State Election Board.
21              THE COURT:  I don't think that she's even gotten
22    close.  But anyway, I think that basically because they have
23    not reviewed it yet and she's identified that, yes, this is
24    before the board, I don't know that there is more that you can
25    elicit at this juncture.
```

1          MR. OLES:  All right, Judge.

2          THE COURT:  And I -- because the witness has

3   identified the complaint is indeed in front of them, I'm not

4   sure you need -- the one page -- the document which is

5   incomplete.  It wouldn't make sense at this juncture because

6   she says she only recognizes the front page and the back page

7   of what you have given her, and it is a long document.

8          So I don't think -- and it is -- I mean, you've

9   established that the complaint has been filed and the nature of

10  the complaint.  I don't think we can gather because of hearsay

11  any more information about it.

12         But you have established that the complaint was

13  filed.  I can take notice that it is a substantial -- it is a

14  long complaint from the number of pages.  But we don't have --

15  you know, you could have -- the author could have come.

16         But anyway, it is clear that it is before the board

17  and the nature of the complaint.

18         MR. OLES:  All right.

19  BY MR. OLES:

20  Q.   Ms. Johnston, I want to ask you about one other matter.

21       Are you aware of any -- any complaints or questions that

22  have come before the board regarding memory card retention

23  policies?

24  A.   Any complaints?

25  Q.   Has the memory card retention policy been an issue before

1    the board?

2    **A.**    There are some complaints that have come -- have not come

3    before the board, but there are some complaints that have been

4    sent to the board about memory card processes.

5    **Q.**    Okay.  And is there anything that comes to mind about --

6    are there -- can you explain further about what may be coming

7    before the board with respect to the memory cards?

8    **A.**    Yes.  There is a complaint.  I don't know the outcome of

9    whether a case number has been assigned to a complaint -- to

10   this complaint, but there was a complaint that memory cards

11   were removed from their scanner tabulators and tabulated on

12   different scanner tabulators in an election.

13   **Q.**    Okay.

14           MR. BROWN:  Your Honor, the plaintiffs would lodge an

15   objection under Rule 403 as this is a waste of time because

16   this does not have anything to do with the lawsuit.

17           THE COURT:  Well, I'm going to -- two questions more

18   to try to clarify where this is at and what you're trying to

19   get at.  And then we're going to --

20   BY MR. OLES:

21   **Q.**    Ms. Johnston, the issues with the memory cards, are

22   these -- to your understanding, are these issues that are

23   alleged to affect the accuracy of the voting system or the

24   accuracy of vote counts?

25   **A.**    The issue with memory cards is they are part of the

1   election documents, and there is a prescribed method for how to

2   handle and how to treat and how to retain election documents so

3   that, if needed, the election can be audited or the results

4   reviewed and checked.

5       So memory cards that hold thousands of votes are very

6   important.

7   Q.   And can you say what is being alleged about the handling

8   of those cards and how it may affect the accuracy of the

9   system?

10           MR. MILLER:  Objection, Your Honor.  I'm not sure we

11  have even established that there is like a single complaint

12  that we're talking about here as far as the allegations that

13  she's aware of.  If they want to provide some specificity;

14  otherwise, it seems the foundation of speculation as to

15  complaints that she may have seen at some point in time.

16           THE COURT:  I'm just trying to move through this,

17  gentlemen and ladies, with due respect to the witness and

18  everyone else's time.

19           So is this something that is under review, this

20  issue?

21           THE WITNESS:  I know the complaint has been filed.  I

22  don't know the outcome of the complaint.

23           THE COURT:  Okay.  All right.  Thank you very much.

24           I don't think that there is more we can elicit at

25  this point because it is still -- she doesn't know that it has

1    been resolved and that it is a serious issue.  And that is what

2    she has noted.

3            MR. OLES:  All right.  Thank you, Judge.  I have

4    nothing further then.

5            THE COURT:  Thank you.

6            Was there any further examination?

7            MR. CROSS:  Very briefly, Your Honor.

8            MR. MILLER:  Your Honor, I just want to note a short

9    objection because we had come to an agreement on a stipulation

10    that deposition excerpts were being submitted in order to

11    release Dr. Johnston from the subpoena.

12            THE COURT:  I see.

13            MR. MILLER:  Right now, we're in a situation where I

14    guess we're doing both, and in which instance Mr. Brown's

15    403 objection seems pretty acutely accurate on cumulativeness.

16            THE COURT:  All right.  Let me just remind you, the

17    State felt very -- articulated very clearly to me when we dealt

18    with the question of additional substitute representative that

19    I would be -- that it would be an error not to allow Mr. Davis

20    to have separate counsel, and it can't be just completely that

21    he never gets to ask a question.  That is why I have tried to

22    honor that.

23            It doesn't mean that this is the position of the

24    plaintiffs who had asked for it to be in -- have the deposition

25    excerpt.  So I just -- I'm trying to balance, moving forward

1   and accomplishing what everyone viewed as a legal obligation on

2   the part to allow Mr. Davis to have counsel and at the same

3   time not disrupt this trial.

4        MR. MILLER:  And I understand, Your Honor.  And for

5   clarity, I did not lodge that objection with Mr. Davis' counsel

6   because Mr. Davis' counsel, unbeknownst to us, was not a part

7   of that agreement.  You know, who was a part of that agreement

8   were the Curling and Coalition plaintiffs.

9        THE COURT:  Well, the agreement was reached,

10   obviously, way before his appearance.

11        MR. MILLER:  Sure, yeah.  Actually, I'm sorry, Your

12   Honor.  I think that agreement was reached just yesterday.

13        THE COURT:  As to --

14        MR. MILLER:  As to releasing Dr. Johnston.

15        THE COURT:  Right.  I understand that.  I understand

16   that.  But obviously, there was a person who didn't agree, so

17   I'm trying to deal with that.  And more discussion of it is

18   only going to consume more time.

19        So what is your question, and is it going to consume

20   time that is not necessary?

21        MR. CROSS:  No.  It is going to be very quick, Your

22   Honor.

23                      CROSS-EXAMINATION

24   BY MR. CROSS:

25   Q.   Dr. Johnston, you are familiar with the CISA advisory that

1    came out that identified certain mitigation measures to be

2    taken in Georgia as soon as possible to address certain

3    vulnerabilities; right?

4    **A.**    Yes.

5    **Q.**    And --

6                THE COURT:  Is this stuff that you asked during your

7    deposition?

8                MR. CROSS:  No.  No, these are not in the

9    designations.

10                Go ahead.

11    BY MR. CROSS:

12    **Q.**    You're not aware of any measures --

13                MR. MILLER:  Your Honor, I -- just so I can note, I

14    think this was covered in the deposition.  I'm not sure if it

15    is in the designations or not, but --

16                MR. CROSS:  It is not in the designations.  This is

17    going to be real quick.  We would be done by now.

18                THE COURT:  Just go ahead and I will look later.

19    Thank you.

20    BY MR. CROSS:

21    **Q.**    You're not aware of any mitigation measures that were

22    taken on behalf of the State with respect to the CISA advisory;

23    right?

24    **A.**    I think there were about 12 recommended mitigations in the

25    CISA advisory.

1   **Q.**   And do you recall testifying in a deposition?

2   **A.**   I don't recall.

3   **Q.**   Do you recall testifying under oath that you were not

4   aware of any mitigation measures that were implemented in the

5   State that were arising under the CISA advisory, yes or no?

6   **A.**   I don't recall.

7   **Q.**   Well, as you sit here today, you can't direct us to any

8   mitigation measures that have been taken by the State with

9   respect to those advised by CISA; is that right, ma'am?

10  **A.**   Ask your question again, please.

11             THE COURT:  No.  I think that's overreaching at this

12  juncture.  I mean, you decided -- you agreed not to call her

13  and to rely on the deposition, and so I think we've gone as far

14  as we can go.

15             MR. CROSS:  Okay.

16             THE COURT:  Because, I mean, that was the agreement.

17  I'll let the record continue as it is, but --

18             MR. CROSS:  Understood, Your Honor.

19             THE COURT:  -- that is it.

20             Do you have any questions?

21             MR. MILLER:  Your Honor, I've got just two brief

22  questions.

23             THE COURT:  All right.

24                        DIRECT EXAMINATION

25

```
 1    BY MR. MILLER:
 2    Q.    Good afternoon, Dr. Johnston.
 3    A.    Good afternoon.
 4    Q.    I think you mentioned earlier, but when were you appointed
 5    to the State Election Board?
 6    A.    March of 2022.
 7    Q.    And you've been asked about various complaints that the
 8    SEB may receive; right?
 9    A.    Yes.
10    Q.    When those complaints come before the board, those are
11    accompanied by investigative materials and substantive
12    information that you consider; right?
13    A.    Correct.
14    Q.    And, Dr. Johnston, when those matters come before you, do
15    you take your job seriously in evaluating the substance of
16    that?
17    A.    Absolutely.
18    Q.    And why is that, that you take that job seriously?
19    A.    Well, I took an oath to perform this job with my greatest
20    care and ability.
21    Q.    Thank you, Dr. Johnston.
22    A.    Thank you.
23          THE COURT:  All right.  You're excused at this time.
24    Thank you very much.  Sorry that you had to wait so long.
25          Just curious, you are a doctor of -- in what field?
```

```
 1              THE WITNESS:  OB-GYN.

 2              THE COURT:  OB-GYN.

 3              Well, we're glad that we have you in here.

 4              THE WITNESS:  Yes.

 5              THE COURT:  Yes, I know.  Very glad that you were

 6  here in case you had to soothe his anxiety at some point.

 7              THE WITNESS:  I tried to reassure him.

 8              THE COURT:  Very good.

 9              MR. MILLER:  Your Honor, she was prepared in the

10  break room.

11              THE COURT:  I am so glad.

12              MS. LaROSS:  She was ready to tell him that his wife

13  could have the baby without him, in her expert opinion.

14              THE COURT:  That's very good.  I'm so relieved.

15  Maybe she will come back for some other -- for a more dramatic

16  trial.

17              All right.  Who is your next witness now?

18              MR. BROWN:  Your Honor, in terms of scheduling, we

19  would be fine if we played the Gilbert video.  And then if

20  there are matters that Your Honor needs to resolve with counsel

21  about the Persinger issue, to resolve those today, and then

22  pick up on Monday when everybody is fresh with Mr. Skoglund and

23  Dr. Stark.

24              THE COURT:  And they are both available?

25              MR. BROWN:  They are both available.
```

```
 1              THE COURT:  All right.  Because I know that Dr. --
 2   that one of your witnesses -- expert witnesses is in
 3   California.
 4              MR. BROWN:  Right, Your Honor.  We've checked.
 5   However, sometimes it is better to power on through.  We can do
 6   that too.  It is simply up to Your Honor.
 7              THE COURT:  You would like me to not power ahead.
 8   All right.
 9              MR. BROWN:  Mr. Miller is tired too.
10              MR. MILLER:  It is only my first week, and I'm
11   already worn out, Your Honor.
12              THE COURT:  Well, I just wrote a note to my law clerk
13   saying I'm going to have to go out and get some Advil, so --
14   okay.
15              Really, since I overpowered the court reporter
16   yesterday in going -- continuing, I will not do that today
17   since it is Friday.
18              So we'll do -- what did you say we were going to do?
19              MR. BROWN:  We're going to do the video, the short
20   video.
21              THE COURT:  Okay.  The video.  We'll do the video and
22   a little conference with those counsel who are affected by the
23   dispute as to Dr. -- as to Mr. Persinger.
24              I need about ten minutes to work with my client -- my
25   clients -- my law clerks before we have that conference,
```

1    though.

2              MR. SCHEINMAN:  Thank you, Your Honor.

3              At this time, the plaintiffs would like to play a

4    short excerpt from the video deposition of Dr. Juan Gilbert,

5    one of the State's experts in this case.  It will run about

6    ten minutes long.

7              THE COURT:  All right.  Is it a number of different

8    spots?

9              MR. SCHEINMAN:  Your Honor, I have a clip report that

10   I can offer you.

11             THE COURT:  If you could offer it to the court

12   reporter.  At least if she's not going to take it down, which

13   she doesn't, then she can record what -- what parts are being

14   included in that.  That's useful to have.

15             MR. BEDARD:  Your Honor, while we're doing that, I

16   can't remember if this clip report will say it or not, Ramsey,

17   but we did have some objections to some of the questions, I

18   believe.  There have been a lot of deposition designations that

19   have been exchanged.

20             For the sake of court time, we're not going to deal

21   with those now.  I think those are included in whatever list is

22   being provided to you.  So at the Court's convenience, if you

23   can feel free to rule on those whenever it is convenient to

24   you, but we don't want to take up court time dealing with those

25   now.

```
 1                THE COURT:  So as I'm looking at this, are these --

 2                MR. SCHEINMAN:  Your Honor, each party's

 3    designations, counter-designations, and objections are

 4    contained in a master list that we will be providing.

 5                THE COURT:  You mean the one you just handed --

 6    something else.

 7                What exactly is this?  Is this the designations?

 8                MR. SCHEINMAN:  That is a clip report that reflects

 9    the transcript excerpts from the video we would like to play

10    now.

11                MR. BEDARD:  Aaron, does this include the counters

12    too?

13                MR. SCHEINMAN:  Yes.

14                MR. BEDARD:  So, I think, Your Honor, when you get

15    the final -- if I understand this right -- it will include

16    something that's clear about what's a designation versus a

17    counter-designation.  I don't think this does yet, but my

18    understanding is I think plaintiffs will be submitting

19    something that does.

20                THE COURT:  All right.  Well, then I'm going to give

21    this back.  I would rather have a complete one, and I don't

22    know where we're going to put it, but we'll figure it out.

23    We'll file it or something.

24                MR. SCHEINMAN:  Thank you, Your Honor.

25                        **(The videotaped deposition clips of JUAN**
```

```
 1              GILBERT PH.D. was played in open court.)

 2              THE COURT:  Okay.  And is the rest of the deposition

 3   also submitted or not, or is the doctor going to be testifying

 4   for the State?

 5              MR. MILLER:  Dr. Gilbert will be testifying in our

 6   case, Your Honor.

 7              THE COURT:  He will be?

 8              MR. MILLER:  Yes, Your Honor.

 9              MR. FISHER:  To be clear, Your Honor, we have

10   additional designations that we're going to submit to the

11   Court.  We spoke with counsel.  We are going to handle all of

12   our deposition designations and corresponding exhibits on

13   Monday at the close of our case.

14              THE COURT:  All right.

15              Okay.  Well, other than counsel involved in the

16   issues relating to defense counsel's consulting expert,

17   we'll -- that is what remains today.  I'll take a 15-minute

18   break so I can talk adequately to my colleagues in chambers

19   about this, and then we will -- I'll come back out here and

20   meet with you.

21              So everyone has 15 minutes who is not involved to

22   clear off.  And so otherwise, we are done for the day and

23   beginning on Monday at 9:30.

24              And, Counsel, you have an issue that you want to

25   raise, Mr. Oles?
```

1              MR. OLES:  Yes, Judge.

2              THE COURT:  Yes.

3              MR. OLES:  When my client Ricardo Davis was on the

4    stand the other day, there were two documents that were

5    referenced.  The Court offered us an opportunity to place them

6    into the record.  We have them here today.  If I could briefly

7    put up my client to have him identify these documents, and then

8    I can move them into the record.

9              THE COURT:  All right.  Go ahead.

10             MR. OLES:  Thank you.

11             Mr. Davis, would you go to the stand, please.

12             THE COURT:  All right.  Everyone be quiet because

13   we're just trying to finish off this last witness.

14             I just wanted to remind you, Mr. Davis, you're still

15   under oath.  Thank you.

16             THE WITNESS:  Yes.  And thank you for your patience.

17       Whereupon,

18                          RICARDO DAVIS,

19       after having been previously duly sworn, testified as

20   follows:

21                    REDIRECT EXAMINATION (Further)

22   BY MR. OLES:

23   **Q.**   Good afternoon, Mr. Davis.  You are still under oath.

24   **A.**   Yes.

25   **Q.**   When we were last here, you were describing for the Court

1   two documents that you were offering in support of your -- your

2   own testimony as to the efforts that you and your organization

3   have taken to study several issues.

4           MR. OLES:  If I may approach, Judge?

5           THE COURT:  Yes.

6   BY MR. OLES:

7   **Q.**   Mr. Davis, if you would please take a look at the first

8   document that I have identified as Davis 7.

9   **A.**   Okay.  I have a Davis 8 and a Davis 9.

10  **Q.**   All right.  Davis 8.  I'm sorry.

11  **A.**   Okay.

12  **Q.**   Can you identify that document, please?

13  **A.**   Okay.  This document is essentially the minutes of the

14  July 14, 2020, meeting of the DeKalb County Board of Elections.

15  **Q.**   Okay.  And to what issue does this document have

16  importance?

17  **A.**   Well, this addresses the concern I brought out -- brought

18  up with regard to the DeKalb County Commission 2 race where

19  there were serious problems with the tabulation of the votes

20  for one of the candidates.  And after a thorough hand-count

21  audit, we found that there were serious problems with the

22  machine which the board could not rectify with technical

23  assistance.

24  **Q.**   Okay.  And where did this document come from?

25  **A.**   This came from the DeKalb County website.

**Q.**   Okay.  And did you -- you downloaded this document?

**A.**   Yes, I did.

**Q.**   And it is as published by DeKalb County Board of Elections?

**A.**   Okay.  Let me read through it real quick to make sure that what you have here is --

THE COURT:  Well, let me make life easy.

Are the defendants asking that this be certified, or are you going to accept this version of the --

MR. RUSSO:  Your Honor, this is the first we've seen this document, so I don't know that he can authenticate it.  I realize there is a public records exception that they may try to rely on, but that is also limited under 803.

So I just haven't had a chance to fully review the document yet to know whether it is -- could be a public record and qualify under the exception to hearsay.  Otherwise, we would object to it being hearsay.

MR. CROSS:  We join in that objection, Your Honor. There is no notice of this.  This just came out of the blue. This is not the way to do things.  I have no idea what this is.

THE COURT:  What is your second document that you want him to identify?

BY MR. OLES:

**Q.**   Can you -- what is the second document, Ricardo?

**A.**   The second document was a presentation by VOTER GA with

1    regard to a number of the issues that we found with regard to

2    analysis of the data in the 2020 election.

3    **Q.**   Okay.  And this document that -- you participated in the

4    preparation of this document?

5    **A.**   I participated in helping coordinate the volunteers that

6    were used -- that essentially performed the research.

7    **Q.**   And this was prepared under -- and you, of course, are the

8    head?

9    **A.**   Well, I'm cofounder of the organization, yes.

10   **Q.**   And this is presenting the results of your organization's

11   evaluation of the issue?

12   **A.**   That's correct.

13   **Q.**   And which issue was that?

14   **A.**   Well, there were a number of issues, but essentially, what

15   we're doing --

16            MR. CROSS:  Your Honor, I'm going to object at this

17   point.  There is no way this is admissible.  I mean, this is

18   something that someone in the organization -- presumably,

19   Garland Favorito because he pasted his face on the cover --

20   prepared.  It is his name on it, in fact, as the author.  And

21   this is some kind of presentation that not only has nothing to

22   do with this case, but it is hearsay.  There is no foundation

23   for it.

24            There is a ton of analysis in here that looks like

25   maybe it is a back door for expert.  It wasn't on the pretrial

order.  We have never seen this.  We would ask the Court to

shut this down, please.

MR. OLES:  Well, as far as the pretrial order goes,

Judge, you know that that was arranged by counsel prior to my

coming into the case, and I asked for that to be amended.  But

counsel, of course, objected to that having been done, so there

was no opportunity to do it.

This is being offered to supplement my client's

testimony that, in fact, this organization conducted this

analysis.  He has already testified at length about the results

of the analysis.

THE WITNESS:  That's correct.

MR. OLES:  This is only being offered to show that

this was a legitimate effort undertaken by his organization.

THE COURT:  Okay.  Well, he has tendered it.  He has

identified it.  I will take a look at it.  I will consider the

objections, and on Monday, I'll rule on it.  Okay.

MR. OLES:  Thank you, Judge.

MR. CROSS:  One quick thing, just so the record is

clear.

The only change that was proposed by Mr. Oles to the

pretrial order, as I recall, was to add two witnesses and some

deposition designations.  This was never suggested.  And the

fact that he did file a motion shows that he had a fair

opportunity to suggest this.  Your Honor's ruling, of course,

1    was affirmed on appeal when they appealed that, so he has had

2    plenty of time to do this.

3              THE COURT:  All right.

4              MR. RUSSO:  Your Honor, I just simply want to note

5    that State defendants had requested in discovery documents from

6    VOTER GA, and we were not allowed to get those documents, so, I

7    mean, I'll join in the objection.  I think there is, of course,

8    hearsay all throughout this document.  At the same time, we

9    also recognize that other organizational documents have been

10   able to come in with plaintiffs.

11             THE COURT:  All right.  I heard your objections, and

12   if you wish to make -- keep a record of -- Counsel, if you end

13   up wanting to substitute a certified copy for the election --

14   for whatever the minutes were from DeKalb County, that would

15   probably at least preserve this more clearly.

16             MR. OLES:  We will -- I will certainly follow up on

17   that, Judge.  I can say that the certified copy, because they

18   had not yet been approved, this is the version that was

19   offered, but I can certainly do that.

20             THE COURT:  Okay.  All right.  Thank you, sir.

21             May the witness stand down?

22             And then if you get -- get me a copy of the two

23   exhibits, I will take a look at them.  Thank you.

24             MR. OLES:  Thank you, Judge.

25             THE COURT:  Thank you.

1              Did you have a copy that wasn't -- so that I'm not

2    taking the last copy available?  Is this your only copy?

3              MR. OLES:  That and everybody else in the room.

4              MR. BROWN:  We have copies.

5              MR. CROSS:  We have copies.

6              THE COURT:  All right.  Very good.  That's good.

7              All right.  Thank you.

8              Was there anything else I need to address?

9              All right.  So I'll see you, those who are dealing

10   with Mr. Persinger, at 5:00 in here.  Everyone else is excused.

11   Thank you.

12             COURTROOM SECURITY OFFICER:  All rise.

13                  **(The public proceedings were adjourned**

14                  **concluded at 4:47 PM.)**

15

16

17

18

19

20

21

22

23

24

25

1                        C E R T I F I C A T E

2

3   UNITED STATES OF AMERICA

4   NORTHERN DISTRICT OF GEORGIA

5

6        I, SHANNON R. WELCH, RMR, CRR, Official Court Reporter of

7   the United States District Court, for the Northern District of

8   Georgia, Atlanta Division, do hereby certify that the foregoing

9   207 pages constitute a true transcript of proceedings had

10  before the said Court, held in the City of Atlanta, Georgia, in

11  the matter therein stated.

12       In testimony whereof, I hereunto set my hand on this, the

13  19th day of January, 2024.

14

15

16  _____
                        SHANNON R. WELCH, RMR, CRR
17                      OFFICIAL COURT REPORTER
                        UNITED STATES DISTRICT COURT
18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT
OFFICIAL CERTIFIED TRANSCRIPT

**BY MR. ANDREU-VON EUW: [12]**
111/24 113/13 114/8 115/4 115/14
120/8 124/13 125/20 126/2 126/18
127/21 128/25
**BY MR. BROWN: [3]** 152/19 157/19
174/2
**BY MR. CROSS: [3]** 192/24 193/11
193/20
**BY MR. MILLER: [1]** 194/25
**BY MR. OLES: [14]** 176/14 179/5
180/12 181/7 182/4 182/8 183/22
184/13 186/3 188/19 189/20 201/22
202/6 203/23
**BY MR. TYSON: [41]** 7/11 12/11 13/23
19/23 21/8 22/21 25/3 29/1 29/22 35/20
40/7 45/14 48/21 51/3 51/14 51/20
53/22 57/21 62/10 66/21 70/7 71/14
79/7 79/20 80/17 84/5 87/9 89/14 91/1
92/19 94/6 97/8 97/21 101/12 102/14
103/5 105/24 106/11 130/21 131/11
133/25
**BY MS. LAROSS: [6]** 158/17 162/6
170/2 170/15 171/13 173/8
**BY THE COURT: [1]** 134/19
**COURT REPORTER: [4]** 145/25
149/11 157/3 157/7
**COURTROOM DEPUTY CLERK: [4]**
152/6 152/9 176/3 176/6
**COURTROOM SECURITY OFFICER:**
**[3]** 53/18 83/13 207/12
**MR. ANDREU-VON EUW: [28]** 11/20
51/11 78/7 78/17 79/10 88/24 89/5
101/4 111/19 113/3 113/8 113/12 115/2
115/12 124/4 124/12 126/13 126/16
127/18 128/21 128/24 129/7 129/16
129/22 130/11 134/14 139/20 139/23
**MR. BEDARD: [3]** 198/15 199/11
199/14
**MR. BROWN: [29]** 133/17 144/2
145/21 145/24 146/3 147/23 148/2
148/5 148/19 149/2 149/15 149/19
150/2 150/20 150/24 151/2 152/4
158/15 161/15 171/1 175/3 175/25
189/14 196/18 196/25 197/4 197/9
197/19 207/4
**MR. CROSS: [59]** 6/5 6/11 36/19 36/21
37/4 37/7 38/15 39/10 39/14 39/16
39/19 39/23 40/3 79/22 80/6 104/1
104/3 105/8 111/8 111/11 111/15
128/23 140/1 140/10 142/10 142/14
142/17 142/21 143/13 143/16 143/23
143/25 144/3 144/5 144/23 145/7 145/9
145/12 145/15 145/18 149/3 150/4
150/9 150/15 150/21 183/7 183/14
183/18 183/20 191/7 192/21 193/8
193/16 194/15 194/18 203/18 204/16
205/19 207/5
**MR. FISHER: [1]** 200/9
**MR. McGUIRE: [5]** 140/7 140/15
140/21 175/8 175/21
**MR. MILLER: [25]** 148/14 175/14
178/23 180/22 181/14 181/25 183/19
184/2 184/18 185/1 185/7 186/23
187/17 190/10 191/8 191/13 192/4
192/11 192/14 193/13 194/21 196/9
197/10 200/5 200/8

**MR. OLES: [55]** 5/18 6/1 6/23 140/22
141/5 141/10 141/17 141/21 142/3
142/5 142/12 142/16 142/18 142/22
142/25 143/7 143/19 143/24 144/1
144/19 144/25 145/3 145/8 145/10
145/23 146/6 146/8 146/16 146/23
147/1 147/18 148/21 151/4 151/9 180/1
180/8 181/3 182/2 182/6 183/17 184/24
187/3 188/1 188/18 191/3 201/1 201/3
201/10 202/4 205/3 205/13 205/18
206/16 206/24 207/3
**MR. RUSSO: [16]** 143/14 143/17
145/16 147/6 147/22 148/10 148/17
148/20 149/5 149/13 149/24 150/3
175/11 175/17 203/10 206/4
**MR. SCHEINMAN: [10]** 151/14 151/20
151/23 152/2 198/2 198/9 199/2 199/8
199/13 199/24
**MR. TYSON: [85]** 5/5 5/11 5/16 11/22
19/20 21/3 21/5 22/19 35/15 36/24 37/6
37/19 37/21 39/7 39/11 39/15 39/17
39/22 39/24 40/4 44/17 44/19 45/2
45/11 51/1 51/9 53/11 53/17 61/18
61/23 62/7 65/18 78/9 78/22 79/6 79/15
79/25 80/8 80/15 82/11 82/16 82/19
82/24 83/1 83/11 83/16 83/22 84/2 84/4
88/20 89/13 90/24 96/25 97/7 101/6
102/10 102/21 103/24 104/2 105/15
105/19 105/21 106/9 107/18
107/22 108/10 111/1 112/24 113/19
124/1 124/7 126/11 126/14 128/10
129/8 129/19 130/6 130/10 130/17
133/19 134/13 139/19 146/18 151/10
**MS. LAROSS: [13]** 161/19 162/3
169/25 170/12 170/24 171/4 171/11
172/20 173/1 173/4 173/20 173/23
196/12
**THE COURT: [249]**
**THE WITNESS: [58]** 13/18 23/23 28/20
29/17 35/16 48/20 53/15 57/14 65/13
65/23 65/25 66/3 66/8 68/7 68/22 70/25
71/4 71/7 71/12 79/19 80/13 86/11 87/3
87/7 92/18 93/2 93/6 93/13 93/15 93/23
102/22 113/21 113/25 119/18 123/25
131/10 133/23 152/12 157/5 157/9
162/5 170/18 170/21 175/7 176/8 181/5
183/16 184/9 185/15 185/21 186/1
187/13 190/21 196/1 196/4 196/7
201/16 205/12

**'**
**'21 [4]** 44/22 44/24 45/8 54/18
**'22 [2]** 23/11 155/3

**.**
**...CONT'D [2]** 2/25 3/1
**.32 [1]** 117/6

**0**
**025 [1]** 141/23

**1**
**10 [3]** 121/22 182/10 182/12
**100 percent [2]** 91/12 93/5
**11:19 [1]** 53/20
**12 [3]** 54/13 148/17 193/24
**12 person [1]** 54/12
**1228 [1]** 97/10

**124 [3]** 91/5 91/10 55/8
**12:30 [1]** 82/14
**1383 [1]** 1/25
**14 [1]** 202/14
**14 percent [4]** 125/1 125/4 125/7 125/8
**15 [1]** 121/22
**15 minutes [2]** 83/1 200/21
**15-minute [1]** 200/17
**159 [1]** 18/15
**16 [1]** 97/10
**19 [2]** 1/13 5/2
**198714 [1]** 109/7
**1996 [4]** 153/13 159/15 159/20 160/25
**19th [1]** 208/13
**1:17-CV-2989-AT [1]** 1/6
**1:20 [1]** 83/9
**1st [4]** 14/12 35/15 44/1 44/5

**2**
**2016 [11]** 94/22 134/21 135/2 135/8
136/14 136/20 137/4 160/12 160/18
160/25 161/1
**2017 [4]** 135/10 135/17 135/23 153/3
**2019 [1]** 16/13
**2020 [16]** 34/22 82/8 84/7 84/25 85/4
100/2 100/4 100/11 108/1 141/25 163/1
163/10 163/11 164/15 202/14 204/2
**2021 [9]** 23/11 36/9 42/20 84/14 85/10
85/13 137/9 163/4 164/17
**2022 [8]** 10/16 25/7 25/10 109/5 109/6
156/4 176/24 195/6
**2022-348 [5]** 142/6 145/3 180/3 180/15
182/19
**2023 [1]** 16/22
**2024 [5]** 1/13 5/2 100/7 101/1 208/13
**207 [1]** 208/9
**2122-358 [1]** 186/2
**215-1383 [1]** 1/25
**22 months [1]** 146/11
**22.7 percent [1]** 91/7
**2394 [1]** 1/24
**24 months [1]** 146/12
**26 [10]** 87/21 108/5 108/11 108/22
109/19 111/3 111/11 111/13 124/3
128/11
**26's [1]** 110/20
**27-page [1]** 97/20
**28773 [1]** 109/5
**2nd [1]** 156/4

**3**
**30 minutes [2]** 6/4 141/14
**30,000 [2]** 123/7 132/2
**30303 [1]** 1/25
**30th [2]** 25/7 25/10
**31st [1]** 50/1
**348 [7]** 142/6 145/3 180/3 180/15
182/19 186/4 186/5
**358 [2]** 186/2 186/2
**3:03 [1]** 144/17

**4**
**40 percent [1]** 52/12
**4000 [1]** 132/7
**403 [1]** 189/15
**403 objection [1]** 191/15
**404 [1]** 1/25
**46 [2]** 155/8 155/9

**4**
**4:47 [1]** 207/14
**4th [1]** 157/25

**5**
**5.17 [2]** 11/18 12/2
**5.5 [1]** 138/15
**5.5-A [1]** 138/16
**500 hours [1]** 54/15
**5:00 in [1]** 207/10
**5:00 to [1]** 152/1

**6**
**60 days [1]** 143/21

**7**
**737 [3]** 100/5 100/9 100/12
**75 [1]** 1/24

**8**
**8.4 [1]** 109/11
**8.5 [1]** 109/11
**80 [5]** 57/18 126/8 126/13 126/14 126/20
**803 [1]** 203/13
**86 percent [5]** 56/23 56/25 57/8 57/18 124/20
**89 [2]** 19/17 115/3
**8A [1]** 1/10

**9**
**90 [1]** 1/4
**90 percent [3]** 91/11 93/3 93/17
**9:30 [1]** 200/23

**A**
**AARON [2]** 2/7 199/11
**abbreviated [1]** 127/12
**abilities [1]** 55/22
**ability [9]** 9/23 9/24 11/25 20/3 30/25 41/9 77/13 128/12 195/20
**able [32]** 5/20 19/21 45/18 53/24 53/24 59/18 68/11 72/23 73/1 73/3 74/7 74/7 78/16 86/16 86/23 102/18 119/21 120/2 121/3 132/13 147/10 147/12 147/14 154/2 155/11 155/19 156/3 163/15 163/16 167/3 187/16 206/10
**about [206]** 6/4 7/20 10/5 10/15 10/19 10/19 11/3 11/9 11/11 12/9 12/16 13/2 14/14 14/18 14/22 15/9 17/11 20/5 23/24 23/24 23/25 24/4 24/9 25/15 26/4 31/20 32/25 33/3 33/6 34/1 36/5 38/7 38/16 38/25 40/8 40/21 40/22 41/5 41/5 41/13 43/1 44/24 45/4 46/19 46/24 47/23 54/20 55/1 55/1 55/9 58/10 58/13 59/11 60/19 61/16 61/20 61/22 62/9 62/24 63/7 63/24 63/21 63/22 65/19 68/3 71/17 72/4 73/19 76/1 76/23 78/15 78/17 79/4 79/12 79/13 80/9 81/5 81/7 83/8 84/7 84/13 86/16 88/23 89/10 89/15 89/18 92/6 92/11 93/1 93/17 95/7 97/18 98/5 99/24 100/21 101/9 102/20 103/14 103/23 104/11 104/13 105/2 106/13 112/7 112/11 112/17 112/22 114/11 114/14 114/16 114/22 115/3 115/10 116/7 116/8 116/13 116/22 117/7 119/1 120/11 122/4 124/14 125/14 125/15 125/15 125/21 125/22

128/11 126/10 127/23 128/2 128/12
128/12 128/15 128/16 128/18 128/19
129/9 129/19 129/23 129/24 130/22
131/23 132/15 134/11 134/17 135/22
139/14 139/15 140/12 141/3 141/14
141/17 142/8 142/12 143/12 143/14
143/20 150/12 154/16 154/18 154/19
159/5 163/23 164/20 164/21 164/22
165/1 167/23 168/4 168/13 168/18
168/22 169/7 169/8 170/3 170/22
171/10 171/22 172/17 177/20 179/1
180/2 180/6 180/7 180/10 181/17 183/3
183/9 184/10 186/24 188/11 188/20
189/4 189/5 189/6 190/7 190/12 193/24
195/7 196/21 197/24 198/5 199/16
200/19 205/10
**above [1]** 126/20
**absent [1]** 52/11
**absentee [20]** 28/14 46/15 101/21
153/18 153/21 153/23 153/25 157/15
162/21 162/24 163/2 163/5 163/8
163/18 163/22 164/14 164/23 166/24
167/3 174/6
**absolutely [1]** 64/19 138/2 195/17
**Academies [2]** 135/25 136/4
**Academy [1]** 135/12
**accept [1]** 203/9
**acceptable [1]** 6/4
**accepted [2]** 41/19 55/6
**accepting [1]** 81/9
**access [46]** 11/6 15/13 16/21 17/12
17/15 17/16 20/1 20/2 25/5 25/10 25/13
27/11 35/19 43/1 44/21 45/7 45/18
53/24 53/24 54/2 54/8 59/14 59/17
59/23 60/1 60/21 60/23 62/4 62/5
67/2 67/10 67/14 73/11 73/21 74/2
74/21 104/13 104/14 112/1 112/11
116/11 119/20 119/22 120/19 139/13
**accessed [1]** 42/1 60/16
**accessibility [1]** 30/22
**accessible [3]** 22/8 116/20 116/21
**accessing [1]** 81/23
**accompanied [1]** 195/11
**accomplish [3]** 64/23 65/12 65/19
**accomplished [2]** 35/10 35/11
**accomplishing [1]** 192/1
**According [1]** 184/14
**account [1]** 53/2
**accuracy [11]** 13/24 14/3 14/6 14/8
14/10 14/13 46/23 117/24 189/23
189/24 190/8
**accurate [5]** 8/5 15/4 34/25 68/8
191/15
**AccuVote [2]** 42/1 60/16
**achieve [4]** 55/1 55/6 57/7 77/7
**achieved [3]** 48/11 57/8 124/20
**achieves [1]** 30/7
**achieving [4]** 32/6 32/6 54/20 54/23
**acquire [1]** 136/12
**across [7]** 33/24 60/10 84/8 89/16
89/24 135/16 135/16
**acted [2]** 84/16 96/14
**action [1]** 20/24
**active [2]** 161/24 186/10
**activities [1]** 118/11
**actor [4]** 17/13 81/25 98/9 183/19
**actors [4]** 17/16 17/17 135/6 137/6
**actual [15]** 14/24 14/25 40/18 64/23

69/1 61/19 95/14 96/21 97/23 97/25
98/3 110/5 122/8 128/8 154/9
**actually [25]** 30/1 32/7 34/17 57/19
62/8 63/4 63/10 70/15 70/17 86/19
89/11 104/12 115/2 131/3 148/11 154/1
156/16 156/17 161/13 162/9 167/4
167/10 167/15 181/1 192/11
**acutely [1]** 191/15
**ADAM [1]** 2/9
**adapted [1]** 40/15
**add [3]** 95/24 173/12 205/22
**adding [1]** 130/19
**addition [3]** 11/24 26/7 185/1
**additional [10]** 9/11 11/4 36/10 54/17
60/21 88/14 119/23 126/23 191/18
200/10
**address [20]** 6/24 9/16 9/18 9/23 15/6
15/8 24/1 24/24 26/20 26/24 37/11 68/2
68/4 71/20 80/3 80/5 80/18 136/15
193/2 207/8
**addressed [2]** 22/18 101/10
**addresses [1]** 202/17
**addressing [3]** 13/7 13/18 14/9
**adequacy [1]** 24/9
**adequate [3]** 8/11 8/15 52/20
**adequately [3]** 8/9 8/10 200/18
**adjourned [2]** 7/16 207/13
**adjust [1]** 110/25
**administration [2]** 56/10 177/8
**administrative [2]** 5/18 107/24
**admissible [1]** 204/17
**admission [1]** 51/9
**admit [2]** 91/4 148/19
**admitted [1]** 51/19
**admonished [1]** 96/17
**advance [1]** 38/9
**advantage [6]** 55/23 56/2 56/6 57/15
63/4 63/5
**advantages [3]** 55/13 55/21 56/14
**advice [1]** 21/24
**Advil [1]** 197/13
**advised [1]** 194/9
**advisory [9]** 19/17 25/7 30/15 114/11
114/16 192/25 193/22 193/25 194/5
**advocate [1]** 96/14
**afar [1]** 140/20
**affect [13]** 50/7 50/16 59/11 59/15
59/18 60/10 74/22 77/14 77/17 77/20
122/8 189/23 190/8
**affected [6]** 21/9 50/19 70/14 99/19
123/5 197/22
**affects [1]** 47/13
**affidavits [1]** 161/25
**affirmative [4]** 44/17 55/1 55/4 162/17
**affirmatively [1]** 155/10
**affirmed [1]** 206/1
**afford [1]** 72/21
**afoul [1]** 109/18
**after [43]** 1/6 7/8 7/15 10/7 15/19 21/10
24/8 44/13 44/25 45/6 49/10 49/10 50/1
50/4 50/8 51/22 54/18 63/8 63/20 85/25
86/13 101/18 103/10 103/12 109/8
119/11 123/11 124/10 131/14 143/21
152/17 153/9 155/8 156/21 160/16
160/18 161/1 164/17 165/8 165/12
176/12 201/19 202/20
**aftermath [1]** 135/8
**afternoon [6]** 152/20 176/15 176/18

**A**

**afternoon... [3]** 195/2 195/3 201/23
**afterthought [1]** 42/19
**Afterwards [1]** 87/6
**again [41]** 16/4 16/8 17/7 19/4 27/6 28/17 37/15 41/3 42/14 47/7 47/18 56/16 58/7 69/1 74/10 74/24 75/10 90/8 90/11 91/24 97/4 98/18 102/22 114/10 120/10 122/4 123/16 124/14 125/11 128/10 142/7 147/6 157/6 168/11 169/14 172/6 173/24 181/15 185/2 186/23 194/10
**against [15]** 5/10 8/9 16/18 20/10 25/13 33/2 40/24 63/13 63/18 64/6 70/11 95/1 95/9 95/13 155/12
**ago [2]** 26/16 121/14
**agree [55]** 7/24 8/2 8/24 10/1 11/17 14/2 14/5 15/13 15/22 16/1 16/5 20/5 20/7 27/19 28/10 28/11 28/23 30/16 43/10 45/15 46/4 46/14 47/5 53/5 55/17 61/2 61/4 61/5 61/14 62/11 67/9 73/9 73/16 74/21 75/18 76/12 76/17 76/20 77/6 77/9 77/13 80/21 81/25 83/2 87/25 98/9 100/18 101/16 102/1 102/15 127/16 127/17 132/17 133/9 192/16
**agreed [3]** 54/14 103/21 194/12
**agreement [7]** 83/5 191/9 192/7 192/7 192/9 192/12 194/16
**agrees [2]** 109/8 109/15
**ahead [15]** 23/20 40/2 40/6 53/21 82/18 83/7 113/24 133/21 147/21 179/6 184/16 193/10 193/18 197/7 201/9
**aid [1]** 110/18
**AIDED [1]** 1/21
**aimed [2]** 75/6 75/6
**aircraft [2]** 9/15 100/5
**AL [2]** 1/4 1/6
**alarms [1]** 69/13
**alcove [2]** 156/15 168/23
**alert [1]** 176/2
**ALEX [2]** 4/4 7/7
**all [134]** 5/4 5/15 6/10 21/7 21/9 26/20 27/4 27/17 28/23 37/10 37/14 37/18 37/21 37/22 40/2 45/10 49/1 49/3 49/6 51/13 52/13 53/16 55/21 60/12 68/19 69/8 70/20 70/24 72/15 73/1 75/3 76/24 78/25 79/2 79/11 79/14 80/14 82/10 83/3 83/4 83/6 83/9 83/12 83/13 86/19 86/22 87/8 89/16 93/9 93/11 94/5 98/15 98/21 101/13 104/3 105/18 107/20 107/22 107/25 108/1 109/3 111/7 113/6 113/10 113/20 120/2 120/21 123/6 123/15 126/1 129/10 130/14 132/2 132/5 132/7 132/11 134/13 136/18 139/17 139/24 140/19 140/19 141/14 144/19 145/12 146/7 146/21 147/24 148/8 148/9 148/24 150/24 151/9 151/21 154/3 154/24 156/14 159/13 161/22 162/2 172/22 173/23 175/10 175/13 176/25 179/3 180/11 181/20 186/12 188/1 188/18 190/23 191/3 191/16 194/23 195/23 196/17 197/1 197/8 198/7 199/20 200/11 200/14 201/9 201/12 202/10 206/3 206/8 206/11 206/20 207/6 207/7 207/9 207/12
**allegation [1]** 186/24

**allegations [3]** 78/23 95/8 196/12
**allege [1]** 181/21
**alleged [10]** 94/25 177/24 178/12 179/18 181/13 183/25 184/15 186/21 189/23 190/7
**allegedly [1]** 184/11
**alleges [1]** 186/5
**allow [9]** 73/13 113/20 120/15 128/17 132/12 147/2 147/19 191/19 192/2
**allowed [10]** 57/22 58/4 58/7 61/24 71/16 89/8 101/8 151/5 151/6 206/6
**allowing [2]** 25/9 79/1
**allows [1]** 71/5
**ALLOY [1]** 3/5
**almost [4]** 38/21 119/21 120/15 132/10
**along [1]** 69/20
**already [14]** 9/14 20/8 42/21 43/4 44/2 59/20 68/17 83/7 97/4 114/17 128/16 150/12 197/11 205/10
**also [72]** 5/12 8/2 9/7 15/5 20/7 25/11 28/13 28/15 30/8 31/18 33/15 35/7 39/8 41/15 41/25 42/7 42/11 45/4 46/1 48/24 50/11 52/22 54/8 56/10 58/10 63/23 67/21 69/25 70/14 72/1 73/9 74/22 75/15 80/18 87/20 88/4 96/3 102/2 102/16 103/17 108/4 109/15 110/22 111/12 112/17 120/10 122/12 123/12 137/20 144/12 149/16 149/20 152/13 152/24 158/1 159/3 162/21 165/6 168/15 168/21 170/21 170/22 177/5 177/11 177/13 180/6 183/17 185/23 185/23 200/3 203/13 206/9
**alter [7]** 39/13 42/8 48/2 59/2 64/9 75/7 77/21
**alteration [3]** 64/23 65/12 65/16
**altered [4]** 26/20 49/16 50/7 123/8
**altering [3]** 34/4 34/8 47/1
**alternatives [1]** 120/1
**alters [1]** 47/17
**although [11]** 17/10 25/11 50/18 52/19 56/12 60/18 62/15 64/25 72/12 88/16 92/3
**altogether [2]** 94/2 187/12
**always [16]** 14/4 48/1 124/10 160/12 164/25 165/20
**am [14]** 15/12 16/23 23/24 24/4 24/9 53/20 107/13 134/11 162/23 172/3 180/19 186/1 186/1 196/11
**amended [1]** 205/5
**AMERICA [1]** 208/3
**among [4]** 5/22 15/17 57/19 57/25
**amount [7]** 52/19 65/2 80/20 119/20 136/4 136/22 156/19
**amusement [1]** 156/13
**AMY [1]** 1/11
**analogy [1]** 100/12
**analysis [13]** 15/10 20/14 20/17 26/10 33/21 53/23 54/20 75/16 80/20 204/2 204/24 205/10 205/11
**analyze [1]** 33/13
**analyzed [5]** 33/6 33/8 33/10 33/15 53/25
**ANDREU [1]** 2/10 4/7
**ANDREU-VON [1]** 2/10 4/7
**Angeles [1]** 93/1 93/4 93/15 94/7
**anomalies [1]** 62/16
**anomaly [1]** 93/22
**another [16]** 5/8 25/18 30/22 31/12

**an [14]** 45/6 50/6 57/5 74/2 82/13 91/25 136/21 137/8 152/7 175/22 183/10
**answer [19]** 23/17 39/17 80/9 83/4 88/22 89/1 89/6 128/23 132/25 133/14 133/21 146/16 157/3 159/10 171/2 176/19 186/9 187/14 187/16
**answered [2]** 133/17 133/19
**answering [1]** 113/6
**answers [2]** 83/3 144/8
**anteroom [1]** 156/10
**anticipate [1]** 175/15
**Antrim [11]** 7/20 10/5 10/9 10/12 10/25 45/24 88/9 112/14 112/16 137/21 138/4
**anxiety [2]** 156/20 196/6
**any [107]** 1/8 8/16 11/3 11/5 17/12 17/13 20/14 20/18 22/2 22/7 22/23 22/24 25/9 30/18 41/16 47/15 47/25 49/8 52/24 53/9 55/3 59/12 62/4 65/1 65/3 65/3 66/17 71/10 74/7 75/23 80/24 83/19 85/12 85/13 85/14 85/17 85/18 86/4 87/5 95/12 95/13 96/20 97/22 102/6 102/25 104/17 104/18 106/21 107/5 107/8 108/14 113/15 114/5 115/19 115/23 116/25 117/2 117/13 117/1 118/3 118/18 120/21 121/9 129/15 129/16 133/13 133/23 137/12 137/24 139/1 147/16 155/24 160/1 161/4 161/4 161/5 161/7 161/8 161/8 161/11 161/12 161/12 161/20 161/21 162/7 162/7 162/8 162/8 163/7 167/14 171/15 171/17 171/18 172/16 172/18 172/23 179/22 188/11 188/21 188/21 188/24 191/6 193/12 193/21 194/4 194/7 194/20
**anybody [2]** 149/11 173/16
**anyone [7]** 10/18 60/23 61/19 69/24 81/13 107/5 155/23
**anything [11]** 6/24 13/2 17/15 38/24 105/6 114/22 116/7 139/17 189/5 189/16 207/8
**anyway [1]** 187/22 188/16
**anywhere [1]** 104/25
**APK [2]** 67/15 67/18
**apologize [6]** 37/21 90/15 125/17 126/3 169/25 182/2
**apparent [1]** 24/1
**apparently [7]** 5/11 70/22 70/23 145/21 146/4 181/23 183/10
**appeal [2]** 104/21 206/1
**appealed [1]** 206/1
**appear [3]** 110/6 184/11 186/9
**appearance [1]** 192/10
**appearing [1]** 175/9
**appears [1]** 179/18
**apples [1]** 102/4
**application [2]** 67/10 117/1
**applications [2]** 24/16 163/19
**applied [2]** 24/15 117/6
**applies [1]** 134/6
**apply [8]** 17/10 24/22 26/25 57/16 80/25 81/10 107/11 107/17
**applying [2]** 57/3 100/10
**appointed [1]** 195/4
**appreciate [1]** 151/6
**appreciates [1]** 110/22
**approach [6]** 51/1 68/5 90/24 96/25 182/6 202/4
**appropriate [10]** 6/3 6/18 17/9 23/18

## A

appropriate... [6] 37/9 38/11 83/24
104/9 111/25 184/21
approval [1] 88/13
approve [1] 88/18
approved [1] 206/18
approximately [4] 18/20 26/5 91/11
121/20
arbitrary [3] 60/24 64/6 65/4
architecture [2] 13/21 119/15
are [281]
area [1] 128/13
areas [1] 46/17
aren't [1] 47/23
argue [1] 108/23
arguing [1] 108/20
arising [1] 194/5
Arizona [2] 45/16 45/22
Arkansas [2] 91/22 91/24
Arnold [1] 49/18
arose [1] 112/8
around [5] 38/10 79/22 111/21 138/7
149/9
arranged [1] 205/4
article [3] 50/22 51/6 51/21
articulated [1] 191/17
as [195] 6/5 6/8 7/8 8/6 9/8 10/25 12/4
12/10 12/20 12/20 12/20 15/1 15/1 15/3
16/13 22/14 24/5 25/1 25/11 25/13
25/15 26/10 27/22 32/9 32/15 32/17
33/23 35/2 36/7 37/13 38/6 41/16 42/18
43/9 47/12 47/18 48/4 48/10 50/3 51/5
52/1 52/1 52/6 52/19 55/23 56/14 59/25
60/3 62/5 63/6 63/9 63/12 64/5 65/14
66/4 66/18 69/11 70/17 70/19 72/12
78/2 82/6 85/4 87/17 89/18 89/25 90/7
90/10 91/8 91/9 91/13 91/19 92/1 92/20
93/5 93/24 94/1 94/15 97/9 99/6 99/18
100/22 104/22 105/10 105/13 106/23
108/5 108/11 108/13 108/19 108/22
109/13 109/21 111/18 114/13 115/20
118/13 120/7 122/18 124/2 130/18
131/7 131/9 131/10 132/6 133/12
133/23 135/7 135/19 135/20 136/3
136/3 136/10 136/12 136/23 137/5
137/5 139/14 141/4 141/5 142/12
143/10 143/12 143/20 143/20 144/15
144/15 144/18 149/16 152/13 152/17
153/10 155/15 158/8 159/19 159/22
160/13 163/4 165/20 165/20 165/22
165/22 166/21 167/4 167/6 167/15
167/18 167/21 170/10 170/24 170/25
173/9 176/12 176/25 177/2 177/13
178/20 178/20 180/23 180/24 181/15
182/9 182/18 182/25 184/11 185/3
186/19 186/19 186/21 186/23 187/18
189/15 190/12 190/12 190/14 192/1
192/13 192/14 193/2 193/2 194/7
194/13 194/14 194/17 197/23 197/23
199/1 201/19 202/2 202/8 203/3 204/20
205/3 205/3 205/22
ask [40] 22/19 36/25 43/20 54/16 68/1
78/15 78/16 78/17 78/22 79/4 79/11
79/12 81/5 81/7 83/19 86/3 97/18
102/20 105/3 111/8 115/10 117/17
125/14 127/4 128/19 129/13 141/16
142/8 142/10 143/12 145/11 147/12

asked [45] 5/9 12/10 17/23 37/6 40/8
43/18 57/9 60/17 79/16 89/7 104/6
112/6 112/11 112/17 113/4 114/11
114/16 119/1 120/10 122/4 124/14
124/18 125/15 125/15 125/21 126/16
127/23 128/18 129/9 129/22 129/24
130/22 131/12 133/17 146/14 165/6
171/1 171/10 172/20 178/12 184/20
191/24 193/6 195/7 205/5
asking [22] 22/13 61/22 83/22 86/22
104/7 104/11 104/16 113/3 125/11
128/11 128/15 128/16 139/5 144/8
158/11 161/22 162/3 173/10 179/1
180/6 180/7 203/8
asserted [1] 172/18
assess [1] 112/7
assessed [1] 106/20
assessing [1] 107/13
assessment [7] 83/24 100/22 104/9
107/8 107/15 112/2 131/21
assign [1] 184/16
assigned [4] 177/23 179/13 179/19
189/9
assistance [2] 10/2 202/23
assistive [1] 173/14
associated [3] 18/5 120/11 183/14
assume [3] 62/4 111/25 122/5
assumes [1] 122/7
assuming [4] 68/8 70/13 74/25 79/21
ATLANTA [5] 1/2 1/25 5/2 208/8
208/10
atom [1] 58/22
attached [5] 1/4 14/12 14/18 34/14
185/18
attaching [1] 1/7
attack [65] 9/24 28/21 34/19 34/22
47/6 47/7 47/9 47/10 47/12 47/14 47/16
47/20 47/20 47/21 47/24 49/16 49/20
50/9 59/1 59/2 59/4 59/16 59/18 59/21
59/22 59/24 60/2 60/5 60/7 61/6 61/7
62/1 62/22 63/3 63/9 72/2 72/9 75/4
75/6 75/11 75/19 76/13 76/18 76/19
77/1 77/7 77/7 77/11 77/13 82/5 95/2
95/9 95/12 95/21 106/8 106/9 106/23
106/24 110/3 110/12 110/16 120/25
131/3 133/12 135/5
attacked [1] 122/17
attacker [14] 16/3 16/7 16/14 42/7 61/7
65/6 67/9 67/12 74/21 77/9 77/21
112/23 119/19 122/19
attacker's [1] 122/11
attackers [11] 17/8 42/21 43/4 43/6
107/16 120/1 120/14 120/19 122/11
122/12 136/24
attacking [2] 58/24 87/18
attacks [29] 14/9 24/19 26/23 46/24
48/1 61/23 63/19 63/21 71/21 75/13
76/2 76/5 76/8 76/15 76/22 76/25 99/19
100/14 104/17 104/19 106/1 106/14
106/21 107/14 115/1 118/12 121/4
130/23 137/1
attempted [2] 67/2 84/18
attempts [1] 13/14
attendance [1] 138/20
attention [3] 42/12 119/3 151/25
audit [32] 15/1 15/3 15/3 15/5 24/22

28/17 26/19 28/12 45/19 47/5 47/8 47/9
47/10 47/11 47/12 47/16 47/18 47/20
47/23 48/1 49/2 49/7 49/10 75/8 75/11
75/16 77/10 103/1 103/7 132/10 143/11
202/21
auditable [1] 27/22
audited [3] 49/12 74/25 190/3
auditing [1] 26/25
AuditMark [1] 28/7
audits [14] 14/23 24/24 26/13 26/22
48/5 48/7 48/10 48/14 49/13 74/6 75/12
118/8 118/21 146/13
August [2] 10/16 16/22
August 2023 [1] 16/22
authenticate [2] 184/8 203/11
authenticated [1] 184/4
authentication [4] 69/18 69/23 70/1
185/2
author [1] 55/24 188/15 204/20
authority [2] 178/19 178/21
authors [2] 51/15 51/18
available [19] 6/2 19/8 23/1 27/20 28/8
29/23 30/2 40/13 41/23 43/4 43/19
45/21 92/13 137/17 138/1 173/12
196/24 196/25 207/2
avoid [3] 15/24 40/19 110/1
aware [38] 10/23 13/24 16/20 21/12
21/19 22/4 22/10 22/14 23/12 25/9
25/12 41/22 44/1 47/25 54/4 72/19 78/2
79/8 79/16 80/12 83/23 85/8 85/9 86/20
104/8 118/4 131/18 135/4 150/5 163/18
172/3 172/9 172/14 188/21 190/13
193/12 193/21 194/4
awareness [3] 78/23 80/9 134/25
away [3] 38/1 114/7 166/10

## B

baby [1] 196/13
back [34] 5/6 7/1 8/23 10/5 55/8 94/14
104/5 104/7 123/16 123/16 127/4
127/20 128/11 132/10 144/9 144/15
147/4 148/15 148/22 149/7 149/9 164/2
165/10 166/16 168/2 178/2 178/5
185/22 185/24 188/6 196/15 199/21
200/19 204/25
background [5] 24/16 77/3 116/25
117/4 121/9
Backing [1] 153/4
bad [3] 81/25 98/9 166/8
badly [1] 69/12
balance [3] 62/19 149/15 191/25
balancing [1] 62/18
ballot [146] 26/21 27/3 27/16 28/14
28/14 28/19 28/21 29/18 29/25 30/5
30/6 34/5 34/7 34/8 37/17 40/13 40/16
40/17 40/18 41/22 42/4 46/6 46/11 49/3
49/25 49/25 50/7 50/8 50/8 50/11 50/18
52/12 52/16 57/23 57/25 58/4 58/16
59/12 61/10 61/20 61/25 63/2 63/18
63/18 63/19 63/21 64/11 64/24 65/2
65/12 65/16 66/6 66/17 68/9 68/20
70/11 71/5 71/5 71/16 74/4 74/6 75/5
75/15 80/18 80/22 81/8 81/12 81/12
81/13 81/14 81/15 81/18 81/19 81/21
81/23 92/13 93/19 101/16 101/20
101/21 102/1 102/8 109/17 112/20
112/25 113/7 113/14 113/16 113/22

**B**

**ballot... [57]** 114/2 118/9 118/10 118/15 118/24 118/24 122/2 122/3 123/14 125/5 128/7 132/18 132/20 132/23 133/6 133/16 142/1 142/24 153/24 153/25 154/2 154/5 154/8 154/22 155/6 155/11 155/20 155/23 155/25 156/3 156/22 157/12 162/21 162/24 163/2 163/5 163/8 163/12 163/15 163/22 164/14 164/23 164/24 165/2 165/4 165/13 166/1 166/19 166/21 167/3 167/6 167/10 167/13 167/15 167/19 168/2 168/3

**ballot-marking [12]** 27/3 27/16 41/22 42/4 46/6 50/8 58/16 61/10 61/25 92/13 93/19 113/16

**ballots [91]** 27/21 28/25 29/7 29/11 30/9 46/6 46/15 46/16 49/21 50/18 50/22 51/7 52/17 52/20 53/2 53/3 53/6 55/14 56/15 56/19 58/11 59/2 61/9 61/12 61/17 61/21 61/25 62/12 62/14 62/16 62/25 63/1 63/11 63/15 63/24 64/6 68/25 69/6 69/13 71/18 74/14 74/23 74/25 77/14 77/18 77/21 81/9 81/14 82/2 92/9 93/4 98/21 99/6 102/5 102/5 102/7 102/24 103/10 103/12 103/12 103/18 103/21 118/9 123/14 123/15 123/17 123/23 125/2 125/10 126/23 126/25 127/24 129/4 132/15 132/21 133/10 141/23 142/8 142/11 142/15 142/17 146/24 147/3 147/4 153/22 163/18 163/19 166/24 167/18 174/8 174/14

**bar [1]** 173/10

**barcode [9]** 24/19 28/25 47/2 49/16 71/22 95/18 96/1 96/4 118/13

**barcode-based [1]** 28/25

**barcodes [9]** 14/4 47/17 48/4 67/8 69/15 69/18 69/19 92/9 92/14

**Barnes [2]** 24/6 186/8 187/9 187/14

**Barron [1]** 164/1

**base [1]** 168/8

**based [14]** 25/16 25/19 25/20 25/20 28/25 41/8 41/9 41/12 46/16 81/1 100/22 102/6 170/4 171/5

**Bash [11]** 34/13 34/19 64/2 64/21 65/10 65/15 72/4 72/16 108/19 110/10 110/16

**basically [4]** 41/3 114/1 136/18 187/22

**basis [5]** 28/12 100/19 108/5 180/22 181/14

**bathroom [2]** 144/7 144/12

**be [277]**

**bearing [1]** 152/20

**beat [1]** 135/10

**became [1]** 10/23

**because [84]** 6/9 9/19 9/21 13/21 15/17 19/14 22/15 26/23 33/1 37/11 37/24 38/24 39/19 40/19 43/8 45/4 48/5 48/24 49/21 50/18 50/19 59/12 60/1 62/20 68/17 69/17 69/24 71/22 77/23 81/11 82/13 82/20 83/9 84/21 86/20 88/2 90/5 92/4 97/12 101/18 102/7 108/15 110/15 110/19 123/10 130/15 133/5 133/7 133/7 138/18 147/13 149/1 149/6 149/19 150/7 150/11 154/13 154/13 156/20 161/17 166/3 166/13

168/5 169/10 172/12 172/17 174/3 174/5 176/1 185/17 187/14 187/22 188/2 188/5 188/10 189/15 190/25 191/9 192/6 194/16 197/1 201/12 204/19 206/17

**become [1]** 153/2

**BEDARD [1]** 3/5

**been [92]** 5/13 7/8 17/10 18/1 20/18 22/17 23/1 27/7 29/19 37/16 43/10 43/13 43/19 44/2 45/7 51/24 53/11 53/15 54/3 61/20 68/17 68/18 70/14 80/3 86/14 95/13 99/3 99/13 101/18 111/21 116/24 117/21 122/17 123/1 123/8 123/12 123/18 123/23 124/2 128/6 132/9 136/7 136/8 136/10 136/11 136/15 136/17 139/7 141/11 141/18 143/3 143/11 143/20 144/8 147/24 148/7 152/17 155/18 155/19 155/21 156/20 160/12 161/5 161/13 161/17 161/24 161/24 162/9 163/24 170/8 176/12 176/23 179/21 179/22 180/14 184/3 186/17 187/4 188/9 188/25 189/3 189/9 190/21 191/1 194/8 195/7 198/18 198/19 201/19 205/6 206/9 206/18

**before [53]** 1/11 5/6 5/19 7/14 13/25 20/3 21/10 42/25 43/5 44/5 50/1 52/24 79/3 85/20 85/20 86/5 86/5 92/25 101/11 101/22 104/4 110/23 111/17 111/22 119/13 127/6 130/3 134/20 135/13 141/5 146/14 147/25 154/5 155/22 159/9 164/14 164/15 164/24 172/21 183/9 187/4 187/20 187/24 188/16 188/22 188/25 189/3 189/7 192/10 195/10 195/14 197/25 208/10

**begin [2]** 23/4 47/1

**beginning [7]** 19/24 34/2 83/17 107/9 120/4 167/25 200/23

**begins [1]** 52/8

**behalf [2]** 2/22 193/22

**behind [3]** 19/18 146/1 157/23

**being [32]** 29/13 43/11 62/19 63/15 63/24 70/2 74/16 102/16 133/4 142/11 143/9 145/10 146/11 146/11 146/12 146/13 151/6 154/2 158/5 181/13 183/25 184/15 184/19 184/20 186/20 190/7 191/10 198/13 198/22 203/17 205/8 205/13

**belief [10]** 27/2 27/15 28/13 30/8 30/10 55/3 72/23 99/1 99/9 100/25

**believe [53]** 10/7 11/13 11/22 16/2 16/6 16/13 18/7 18/17 18/18 19/12 20/17 26/16 29/5 30/12 31/24 32/17 40/8 41/15 45/22 48/7 50/22 51/24 60/6 64/8 73/3 74/16 76/16 92/5 94/2 94/13 100/8 100/10 101/6 104/17 104/19 112/25 114/11 119/4 124/8 130/7 130/11 133/19 135/23 136/14 139/15 140/7 140/8 151/24 169/5 180/14 182/25 185/8 198/18

**believed [1]** 42/21

**BELINFANTE [3]** 3/4 3/5 5/8

**bell [1]** 38/20

**BEN [1]** 2/6

**bench [9]** 1/10 6/19 37/13 40/5 97/2 141/4 144/10 144/18 151/11

**bend [1]** 111/22

**Benedict [1]** 49/18

**benefit [1]** 136/24

**Bernhard [1]** 50/23

**besides [1]** 48/13

**best [3]** 30/9 164/4 174/12

**bet [2]** 16/19 212/15

**better [8]** 15/25 16/4 28/14 48/12 65/22 145/11 154/1 197/5

**between [14]** 16/11 34/23 34/24 35/2 36/17 42/17 58/16 62/16 114/4 115/20 133/4 138/16 160/25 167/24

**beyond [7]** 31/22 101/5 101/9 106/13 124/2 128/13 185/2

**bias [4]** 101/6 101/9 101/9 108/3

**Biden [3]** 36/17 37/17 38/3

**big [2]** 133/4 166/17

**billion [1]** 136/14

**binder [1]** 114/12

**birth [2]** 152/13 159/2

**bit [20]** 11/11 14/22 27/14 33/6 46/24 70/21 72/4 93/18 112/5 144/20 145/11 146/3 147/19 150/17 153/4 168/18 169/18 169/21 179/15 185/11

**black [1]** 72/15

**block [1]** 72/13

**blocked [2]** 105/10 105/12

**blocking [1]** 114/3

**blue [1]** 203/19

**BMD [81]** 12/12 12/15 14/4 16/11 27/20 27/23 28/8 28/13 32/7 32/15 32/18 33/8 34/3 34/18 34/23 34/24 35/2 36/5 50/16 50/20 52/5 52/6 52/20 53/25 60/11 60/16 60/21 60/23 62/25 63/1 63/24 66/12 67/10 67/14 69/3 71/19 72/7 72/11 81/1 81/14 81/15 90/5 91/13 91/25 92/11 94/1 94/9 98/17 103/23 108/18 109/10 109/23 109/24 110/13 116/21 120/13 121/24 123/1 123/3 123/12 131/3 131/25 142/21 145/6 153/19 153/20 154/4 154/5 154/8 155/12 161/13 165/3 165/6 165/9 167/9 170/8 174/5 174/8 174/24 175/1 179/23

**BMD-based [1]** 81/1

**BMDs [66]** 15/1 27/25 28/2 32/5 40/22 40/23 42/1 55/13 55/19 55/21 55/23 56/2 56/14 56/19 89/16 89/18 89/25 90/4 90/9 90/18 91/9 91/19 91/21 91/22 92/1 92/7 92/8 115/5 116/19 117/3 117/5 119/2 122/9 122/21 122/22 123/5 123/15 125/7 126/24 127/11 131/14 132/2 132/14 146/20 153/21 156/14 156/17 158/12 162/16 164/9 164/15 164/17 165/1 165/2 165/4 165/14 168/22 169/2 169/16 169/19 169/24 172/3 172/5 173/11 173/12 173/18

**board [39]** 92/5 141/7 141/19 143/4 143/15 146/20 176/21 176/23 177/1 177/19 177/22 177/23 178/5 178/7 178/9 178/13 178/16 178/20 178/21 179/7 179/21 180/14 184/15 186/7 186/14 187/4 187/20 187/24 188/16 188/22 189/1 189/3 189/4 189/7 195/5 195/10 202/14 202/22 203/3

**board's [1]** 178/1

**body [1]** 114/4

**booted [1]** 73/5

**booth [2]** 57/13 113/17

**borne [1]** 100/13

**both [20]** 46/7 50/12 60/15 72/24 75/17

**B**

**both... [15]** 96/4 103/19 113/1 114/1
137/4 138/19 141/12 149/25 150/3
158/3 158/10 165/15 191/14 196/24
196/25

**bottom [1]** 52/7

**box [7]** 50/18 63/18 63/19 63/21
123/14 164/24 166/25

**boxes [1]** 163/9

**boy [1]** 48/15

**BOYLE [1]** 3/9

**BRAD [1]** 1/6

**breach [8]** 24/8 25/14 43/5 43/7 43/9
43/19 44/4 44/25

**breaches [5]** 114/21 114/24 116/5
120/11 120/12

**break [14]** 6/20 38/14 53/13 53/14
53/20 83/7 83/14 104/7 144/7 144/13
144/15 144/17 196/10 200/18

**brief [12]** 5/6 53/20 102/13 105/20
107/21 144/17 145/2 173/22 175/18
175/24 183/21 194/21

**briefly [8]** 5/19 10/6 55/8 102/11
177/18 178/23 191/7 201/6

**bright [1]** 52/6

**bring [8]** 57/17 57/22 57/25 58/4
129/12 154/12 172/13 173/4

**bringing [2]** 57/5 104/21

**brittle [4]** 13/8 119/16 119/17 119/18

**brittleness [4]** 13/6 13/21 119/24 134/3

**broader [1]** 179/24

**broken [2]** 115/6 116/6

**brought [5]** 94/25 127/22 157/22
202/17 202/17

**BROWN [4]** 2/15 2/15 4/11 4/13

**Brown's [1]** 191/14

**BRUCE [5]** 2/15 2/15 144/23 144/24
145/25

**BRYAN [2]** 3/6 3/7

**bubbled [1]** 46/16

**bubbled-in [1]** 46/16

**bubbles [2]** 28/15 46/22

**build [5]** 59/6 59/13 60/8 64/5 64/18

**building [2]** 70/3 156/9

**builds [1]** 74/14

**built [3]** 35/9 66/14 67/4

**bulk [1]** 93/12

**bullet [10]** 20/21 21/9 21/16 22/6 23/15
23/16 24/3 24/18 26/14

**bullets [4]** 22/24 23/2 23/12 23/14

**Bunny [11]** 34/13 34/19 64/2 64/21
65/10 65/15 72/4 72/16 108/19 110/10
110/16

**burden [1]** 157/10

**Bureau [1]** 10/21

**BUSINESS [1]** 2/11

**busy [1]** 108/15

**button [2]** 119/10 165/11

**buttons [2]** 155/13 165/8

**buy [1]** 122/18

**C**

**cable [5]** 34/14 35/8 35/8 116/19
116/20

**California [7]** 90/7 91/9 93/24 93/25
94/1 94/8 197/3

**call [15]** 5/21 6/3 6/7 6/7 6/9 6/14 11/8
119/9 118/2 124/10 141/7 132/4 175/8
175/15 194/12

**called [5]** 58/21 62/17 124/24 141/11
158/25

**calling [2]** 112/25 178/24

**calls [2]** 67/6 161/15

**came [14]** 10/13 10/23 44/11 44/16
44/23 44/23 44/25 81/15 104/6 123/15
170/11 193/1 202/25 203/19

**camera [2]** 38/8 108/9

**cameras [1]** 73/17

**campaign [2]** 94/15 94/22

**CAMPBELL [1]** 2/6

**can [144]** 6/8 6/9 6/19 8/5 8/24 9/1 9/6
9/16 12/7 12/8 14/8 15/6 15/8 16/2 16/6
20/10 23/3 27/16 32/24 36/4 38/16
39/21 41/5 43/8 43/18 46/22 50/12
53/13 54/22 54/24 55/22 56/5 56/6
56/10 56/12 56/16 58/21 60/23 64/9
64/13 65/19 65/21 65/22 66/22 66/23
68/6 69/25 72/1 72/3 72/6 76/2 76/13
77/9 78/15 78/17 79/11 79/12 80/5
80/21 83/9 85/2 88/20 91/8 93/24 94/11
97/4 101/14 101/16 101/19 101/21
102/2 105/2 105/13 106/13 107/5
114/13 115/12 119/4 122/6 123/10
124/10 126/8 130/14 132/19 133/13
133/22 133/24 140/18 141/1 147/16
148/9 148/19 150/3 150/24 151/22
151/25 152/2 153/24 155/22 156/2
159/12 162/5 167/5 167/7 167/10
167/19 167/19 169/12 171/4 173/4
173/13 174/12 174/15 174/18 180/1
180/20 181/2 181/18 182/11 182/15
182/18 184/8 186/19 186/22 187/24
188/10 188/13 189/6 190/3 190/7
190/24 193/13 194/14 197/5 198/10
198/13 198/23 200/18 201/8 202/12
203/11 203/24 206/17 206/19

**can't [34]** 8/21 15/14 17/7 18/23 27/20
29/2 32/22 37/23 38/20 47/15 48/16
48/16 62/22 74/10 78/18 82/4 82/6
83/19 99/18 99/21 100/14 100/17 105/2
114/1 123/15 145/25 147/11 149/19
167/14 167/20 186/10 191/20 194/7
198/16

**candidate [4]** 38/17 38/23 94/19 94/20

**candidates [13]** 38/19 38/25 57/6 57/9
57/12 64/3 108/1 109/16 109/19 110/4
110/7 166/4 202/20

**cannot [7]** 14/23 14/25 28/15 72/21
79/12 79/13 186/6

**capabilities [2]** 36/14 143/11

**capable [1]** 77/5

**capture [2]** 63/23 174/25

**captured [1]** 63/15

**card [29]** 34/3 49/24 60/19 61/1 61/3
61/8 61/23 117/12 120/25 121/1 143/1
143/5 146/9 146/15 146/15 146/22
154/5 154/8 154/10 154/22 155/11
156/1 156/22 157/12 165/13 180/7
188/22 188/25 189/4

**cards [12]** 143/9 143/13 143/23 146/18
146/20 155/20 189/7 189/10 189/21
189/25 190/5 190/8

**care [3]** 6/22 149/14 195/20

**careful [2]** 109/8 187/18

**carefully [2]** 49/21 156/1

**cares [1]** 149/12

**Carey [1]** 183/20

**Carolina [2]** 91/19 91/21

**carried [1]** 76/16

**carry [2]** 76/13 121/3

**CARY [1]** 2/20

**case [83]** 4/3 6/15 6/16 7/5 9/12 20/18
24/14 25/12 25/17 26/10 31/16 31/21
31/23 31/25 32/2 32/10 35/23 36/1
36/12 42/15 42/25 44/10 44/12 50/3
51/23 51/24 54/9 61/20 63/13 64/20
65/1 72/19 77/25 78/14 82/13 94/13
94/25 95/4 95/6 95/7 95/8 95/10 95/20
96/8 96/20 97/15 97/25 98/3 99/23
108/14 109/2 114/5 115/19 117/13
118/5 123/25 124/3 128/14 129/5 133/3
148/18 150/11 150/16 152/22 158/8
162/12 169/7 173/2 173/10 176/17
177/23 179/18 186/2 186/6 186/9
186/10 189/9 196/6 198/5 200/6 200/13
204/22 205/5

**cases [5]** 19/4 46/7 92/21 92/23 120/2

**cast [14]** 37/25 98/18 99/7 99/11 154/1
161/5 161/9 163/15 165/11 166/21
166/22 167/4 167/15 167/21

**catch [6]** 71/23 72/1 166/13 166/15
174/21 175/1

**categories [1]** 43/6

**category [1]** 42/19

**cause [5]** 24/19 69/13 98/19 122/13
171/19

**caused [5]** 47/21 69/5 69/6 69/6 164/6

**causing [2]** 99/4 132/1

**CDs [2]** 75/20 75/23

**Center [1]** 74/17

**centers [2]** 56/11 94/3

**central [1]** 88/5

**certain [7]** 75/4 90/6 109/23 110/13
156/19 193/1 193/2

**certainly [23]** 6/23 11/25 12/23 16/16
17/10 32/11 43/6 46/7 48/12 60/13
60/18 62/7 70/8 82/16 85/3 99/8 108/10
116/10 130/17 132/10 166/6 206/16
206/19

**certificate [2]** 152/13 159/2

**certification [1]** 92/4

**certified [5]** 10/2 88/15 203/8 206/13
206/17

**certify [1]** 208/8

**cetera [1]** 66/18

**chain [11]** 21/16 21/20 22/3 35/18
59/18 59/21 60/3 116/14 116/16 118/9
118/24

**chambers [6]** 5/13 36/23 36/25 37/6
37/19 200/18

**chance [2]** 170/20 203/14

**change [24]** 14/20 26/23 38/22 38/23
39/4 39/20 47/14 47/22 50/10 53/12
60/24 63/8 65/17 65/17 71/4 72/1 75/7
77/21 87/16 96/3 100/16 114/10 138/16
205/21

**changed [14]** 20/19 34/6 34/7 36/8
38/24 47/8 48/15 48/18 72/15 87/15
125/10 133/8 156/9 161/9

**changes [14]** 24/12 25/12 28/17 39/8
39/25 47/21 50/12 60/24 64/25 66/16
100/8 120/6 178/17 178/21

**changing [9]** 13/2 49/25 98/23 109/19

**C**

changing... **[5]**  112/5 120/10 122/4 124/14 165/10
chaos **[7]**  98/5 98/10 98/14 98/22 122/13 122/19 137/2
chapter **[1]**  130/9
chapters **[1]**  130/7
character **[4]**  27/12 42/17 46/8 119/12
characterize **[1]**  106/15
characterized **[1]**  124/19
charge **[1]**  179/11
chatting **[1]**  83/8
cheat **[4]**  59/11 64/17 66/5 66/17
cheating **[1]**  24/23
check **[21]**  49/21 53/3 53/6 131/8 132/2 132/5 132/7 154/5 155/23 156/3 164/24 165/2 165/4 165/5 165/6 165/12 165/14 165/14 166/18 167/14 173/20
checked **[5]**  62/11 62/13 165/19 190/4 197/4
checking **[7]**  50/21 51/7 53/1 68/9 71/18 155/19 156/11
checks **[1]**  165/7
chief **[2]**  150/11 150/16
child **[1]**  52/1
chip **[1]**  35/8
choice **[2]**  94/8 165/10
choices **[3]**  68/16 154/9 155/7
choose **[1]**  58/5
choosing **[3]**  30/17 157/14 174/5
CHRISTIAN **[2]**  2/10 126/11
circumstances **[1]**  65/25
CISA **[30]**  12/13 12/16 12/20 12/21 13/1 13/12 19/17 19/25 20/5 20/15 20/19 20/22 22/23 24/13 27/8 58/20 99/15 100/23 114/11 114/23 115/25 116/3 116/25 118/11 118/22 192/25 193/22 193/25 194/5 194/9
CISA's **[9]**  21/24 21/24 24/18 58/17 115/7 116/13 116/22 118/5 118/22
cite **[1]**  1/4
cited **[2]**  55/23 55/24
City **[2]**  153/11 208/10
Civil **[1]**  108/21
claim **[3]**  100/21 169/7 169/8
claiming **[2]**  18/25 164/6
claims **[1]**  72/19
clarification **[2]**  45/11 144/20
clarify **[8]**  36/4 83/16 92/25 94/7 104/5 164/13 174/4 189/18
clarifying **[1]**  111/9
clarity **[2]**  184/18 192/5
class **[1]**  117/3
clear **[36]**  6/2 33/25 37/16 38/23 39/7 41/8 43/24 54/22 59/22 62/23 64/21 65/9 72/6 75/14 79/15 103/6 104/5 104/10 105/16 106/20 129/12 133/12 138/11 159/5 159/12 179/2 179/4 181/16 183/11 185/9 187/2 188/16 199/16 200/9 200/22 205/20
clearly **[4]**  30/19 30/20 191/17 206/15
clerk **[1]**  197/12
clerks **[1]**  197/25
client **[4]**  181/23 197/24 201/3 201/7
client's **[1]**  205/8
clients **[1]**  197/25
climate **[1]**  39/1

clinical **[1]**  135/7
Clinton **[1]**  94/22
clip **[7]**  140/8 140/10 150/21 151/23 198/9 198/16 199/8
clips **[2]**  140/8 199/25
close **[4]**  54/15 116/25 187/22 200/13
closed **[1]**  63/8
closing **[1]**  24/15
CM **[2]**  1/2 1/3
CM/ECF **[1]**  1/2 1/3
co **[2]**  102/11 141/12
co-counsel **[1]**  102/11
co-plaintiffs' **[1]**  141/12
COALITION **[3]**  2/13 152/24 192/8
code **[47]**  17/14 28/15 37/2 38/17 42/8 46/12 50/12 59/12 64/3 64/15 66/9 67/2 67/3 68/2 68/7 68/8 68/11 68/12 68/14 68/15 68/16 68/19 68/23 68/24 69/2 69/18 70/4 70/11 70/16 70/17 70/24 142/6 145/4 145/5 145/7 145/20 146/5 146/23 147/8 168/5 168/17 179/8 180/4 180/16 180/16 181/9 183/3
code's **[1]**  70/1
coded **[1]**  59/1
codes **[6]**  15/1 48/2 67/22 68/3 69/23 117/11
coding **[1]**  65/20
Coffee **[37]**  11/6 24/5 24/6 25/4 25/14 33/21 43/1 43/5 43/11 43/19 44/4 44/11 44/13 44/24 45/7 67/11 85/16 85/16 85/21 85/25 86/1 86/6 86/13 86/17 86/23 87/10 114/22 116/5 116/13 120/11 120/12 120/14 120/15 120/20 138/23 139/10 139/16
cofounder **[1]**  204/9
colleagues **[3]**  37/15 173/21 200/18
collected **[3]**  86/13 87/4 87/4
collecting **[1]**  161/25
collection **[1]**  162/1
collects **[1]**  161/18
college **[2]**  153/4 153/5
Colorado **[4]**  45/24 48/3 137/18 138/1 37/11 50/19 104/4 135/7 141/2 144/15 148/22 178/2 187/9 187/20 188/15 188/22 189/2 189/2 191/9 195/10 195/14 196/15 200/19 202/24 206/10
comedian **[1]**  183/18
comes **[4]**  69/19 144/3 151/2 189/5
comfortable **[2]**  38/7 187/16
coming **[11]**  48/24 144/23 148/15 149/8 156/24 170/6 170/7 180/24 186/25 189/6 205/5
command **[1]**  121/1
commercial **[1]**  27/20
commission **[4]**  10/3 30/13 30/15 202/18
Commission 2 **[1]**  202/18
commit **[1]**  131/6
Committee **[1]**  135/22
common **[1]**  173/14
communicate **[2]**  11/2 84/18
communicated **[1]**  84/24
communications **[1]**  115/19
community **[1]**  158/5
compare **[6]**  57/12 57/15 70/11 101/19 122/2 155/12
compared **[4]**  28/24 32/15 41/16 55/13

comparing **[3]**  100/2 100/4 102/3
comparison **[3]**  68/13 103/19 125/5
compile **[2]**  67/2 67/3
complaint **[45]**  141/22 145/22 145/23 177/19 177/21 178/9 178/11 178/14 179/12 179/15 179/17 180/3 180/14 180/21 181/1 181/8 181/10 181/15 181/17 181/18 181/20 182/18 182/23 183/2 183/25 184/9 185/12 185/18 186/19 186/21 187/4 187/7 188/3 188/9 188/10 188/12 188/14 188/17 189/8 189/9 189/10 189/10 190/11 190/21 190/22
complaints **[14]**  177/3 177/5 179/14 179/16 179/22 180/23 186/13 188/21 188/24 189/2 189/3 190/15 195/7 195/10
complete **[6]**  38/21 123/9 128/17 129/21 152/10 199/21
completed **[3]**  136/7 178/4 186/17
completely **[10]**  15/8 15/23 16/8 19/14 26/24 57/1 86/21 121/19 156/1 191/20
complex **[5]**  56/7 70/6 71/10 71/12 97/16
compliance **[5]**  21/16 21/21 21/23 21/25 146/10 146/10
complied **[2]**  23/2 146/13
complying **[3]**  22/3 22/24 23/13
component **[2]**  15/14 75/15
components **[6]**  33/13 35/6 35/13 43/13 44/3 67/4
compromise **[6]**  40/24 41/25 42/1 119/25 120/1
compromised **[3]**  9/21 85/13 168/12
computer **[7]**  1/21 7/24 77/3 86/14 121/8 125/22 160/4
COMPUTER-AIDED **[1]**  1/21
conceal **[2]**  103/13 103/14
concealing **[1]**  38/11
concept **[4]**  112/20 113/5 113/7 113/14
concern **[13]**  12/7 23/21 25/15 25/19 25/19 25/19 77/25 85/6 99/17 119/8 162/12 168/5 202/17
concerned **[7]**  23/24 23/25 24/4 24/9 24/23 84/13 168/13
concerning **[3]**  25/2 80/24 170/13
concerns **[19]**  10/7 38/25 68/3 68/4 71/17 71/20 82/8 84/6 84/10 84/12 84/25 85/3 86/1 104/11 115/15 122/25 134/25 135/19 168/8
conclude **[4]**  41/25 42/11 107/23 123/2
concluded **[4]**  40/5 144/10 151/11 207/14
concludes **[2]**  103/25 110/17
concluding **[1]**  52/24
conclusion **[5]**  19/4 61/14 111/5 112/25 178/24
conclusions **[2]**  14/14 40/21
conditions **[1]**  47/23
conduct **[10]**  14/3 14/23 14/25 15/6 48/13 49/2 49/7 118/7 177/3 179/9
conducted **[8]**  13/25 20/14 20/17 51/22 56/7 74/22 101/2 205/9
conducting **[4]**  24/21 48/7 112/2 118/10
conducts **[5]**  13/2 14/13 49/9 118/20 178/22
confer **[1]**  11/3

216

**C**

conference [11]  6/20 37/13 37/19 40/5
82/13 141/4 144/10 144/18 151/11
197/22 197/25
confidence [4]  48/8 99/6 122/15 166/2
confident [3]  11/16 48/17 165/22
confidential [1]  186/17
configuration [6]  33/15 33/24 43/8
134/10 137/22 138/14
configure [1]  64/14
confirm [3]  5/12 41/21 167/3
confirmed [1]  27/9
confused [1]  185/11
confusing [2]  44/20 45/3
confusion [1]  103/14
Congress [3]  135/13 135/17 136/13
connected [2]  22/7 22/11
connection [2]  22/11 135/11
consequence [1]  117/4
consider [19]  16/14 28/24 30/17 31/5
31/9 32/1 34/4 34/10 34/14 77/20 83/24
89/11 104/9 105/25 106/4 106/21 107/3
195/12 205/16
consideration [4]  12/1 109/8 120/7
177/14
considered [14]  31/18 31/22 32/3 32/3
32/4 32/11 32/12 32/12 104/13 105/4
105/4 106/22 106/25 186/10
considering [2]  77/11 77/15
consistent [2]  115/7 179/8
consistently [1]  146/12
conspiracy [3]  5/10 103/20 103/20
constitute [1]  208/9
constituted [1]  110/8
Constitution [2]  113/1 113/2
constraints [1]  155/25
consult [3]  102/11 105/16 107/18
consulting [1]  200/16
consume [2]  192/18 192/19
contacted [1]  164/1
contacting [1]  115/15
contained [4]  69/20 180/23 181/15
199/4
contemporaneous [2]  63/6 102/8
content [2]  84/1 154/22
contest [8]  24/23 47/8 47/11 49/14
66/18 75/9 131/18 131/20
contests [5]  40/13 49/6 59/1 64/16
127/12
context [9]  8/12 8/13 8/13 54/23
107/17 135/20 145/9 154/14 166/3
contexts [1]  62/1
continue [2]  152/1 194/17
continued [5]  4/3 4/5 7/5 7/10 186/9
continuing [1]  197/16
continuously [1]  159/14
contrary [1]  56/18
control [1]  52/21
controls [5]  9/10 9/14 16/10 104/14
112/1
convenience [1]  198/22
convenient [1]  198/23
conversation [1]  65/9
coordinate [1]  204/5
coordinates [2]  46/16 46/21
copied [1]  164/1
copies [6]  126/4 129/12 129/13 138/3

copy [16]  91/2 130/4 130/12 181/3
181/5 181/25 182/1 182/2 182/18 185/8
206/13 206/17 206/22 207/1 207/2
207/2
corner [2]  52/7 182/12
corny [1]  157/21
correct [101]  12/25 15/2 20/16 25/7
29/3 29/5 33/8 33/11 33/14 33/22 44/6
46/18 47/6 50/16 52/2 52/4 73/22 75/3
80/19 81/1 81/23 83/20 85/17 91/17
92/23 96/12 100/22 103/1 112/15
112/18 125/2 125/5 125/10 125/12
128/3 129/5 132/12 146/5 146/6 154/20
155/3 158/24 159/3 159/15 159/20
159/21 159/25 160/2 160/5 160/8
160/19 161/2 161/3 161/6 161/10
161/14 162/10 162/14 162/16 162/21
162/23 163/2 163/5 163/20 163/25
164/10 164/18 165/17 165/23 165/24
165/25 166/1 166/7 166/19 166/22
167/1 167/4 167/11 167/15 167/22
168/24 168/25 169/3 169/7 169/15
170/4 172/8 173/11 173/18 174/6 174/9
174/11 176/22 185/21 186/14 186/18
187/12 187/13 195/13 204/12 205/12
corrected [2]  9/6 75/1
correcting [1]  9/5
correctly [5]  29/19 70/13 99/3 99/11
171/16
correctness [3]  8/16 55/2 55/4
corresponding [1]  200/12
corrupt [2]  62/24 62/25
cost [5]  31/12 32/1 32/4 32/5 32/6
costs [3]  32/5 32/7 32/8
could [129]  9/3 9/7 14/3 15/6 15/17
15/19 15/23 16/4 16/18 17/14 19/16
19/20 22/15 22/19 27/3 35/7 35/10
35/11 35/18 35/18 36/25 37/2 38/13
38/14 39/12 41/5 42/8 47/5 47/20 50/5
55/8 55/19 56/22 57/12 58/25 59/11
59/15 59/25 60/2 60/18 61/6 62/20
62/25 63/1 64/6 67/12 67/21 68/14
69/13 70/1 70/19 72/13 73/9 73/14 74/1
74/2 74/22 75/1 75/4 75/8 76/5 76/16
82/1 84/7 84/8 84/23 86/3 88/2 90/21
95/24 96/3 97/10 98/13 98/17 102/11
102/25 103/1 103/13 105/15 105/17
106/15 106/15 108/18 109/24 110/3
110/12 111/8 112/23 113/15 115/2
115/11 119/8 119/9 119/13 120/19
120/24 120/24 121/2 121/2 122/5 122/7
123/8 123/24 127/4 129/4 129/13
132/25 133/1 137/1 142/10 149/20
154/25 157/11 164/5 168/2 168/12
168/15 169/19 173/17 177/16 177/18
184/25 188/15 188/15 196/13 198/11
201/6 202/22 203/15
couldn't [7]  17/18 50/19 59/2 65/11
123/2 156/25 185/5
counsel [21]  7/15 84/11 84/17 102/11
128/17 141/3 141/12 169/22 181/24
191/20 192/2 192/5 192/6 196/20
197/22 200/11 200/15 200/24 205/4
205/6 206/12
counsel's [1]  200/16
count [13]  46/11 46/16 63/12 63/14
82/2 88/5 94/23 103/1 103/6 141/25

count'd [2]  207/8
counted [12]  29/19 91/12 99/6 99/11
103/17 161/5 161/10 161/17 166/21
167/4 167/15 167/21
counter [2]  199/3 199/17
counter-designation [1]  199/17
counter-designations [1]  199/3
countermeasure [1]  14/6
counters [1]  199/11
counties [20]  14/3 15/23 18/15 18/18
19/11 21/13 21/20 22/2 22/23 23/1 23/7
23/13 25/22 26/5 73/18 91/24 92/7 92/9
93/25 143/8
counting [1]  46/19
country [3]  89/16 89/24 135/16
counts [4]  94/24 142/12 142/13 189/24
county [72]  5/2 7/20 10/9 10/12 10/25
16/2 17/20 18/20 21/22 24/6 24/6 25/4
25/9 25/14 33/21 43/1 43/5 43/11 43/19
44/4 44/11 44/13 44/24 45/7 45/24
62/11 67/12 69/4 73/16 85/16 85/21
85/25 86/2 86/6 86/13 86/23 87/10 88/9
93/3 93/15 94/7 112/14 112/16 114/22
116/5 116/13 120/11 120/12 120/14
120/16 120/20 137/21 138/23 139/16
141/24 147/3 153/17 155/1 159/6
159/14 163/20 163/24 164/10 169/3
169/4 169/15 184/12 202/14 202/18
202/25 203/3 206/14
county's [3]  11/6 20/15 74/22
couple [5]  56/21 58/13 82/17 103/25
107/24
coupled [1]  75/15
course [10]  11/10 24/18 26/6 48/9
57/15 123/10 204/7 205/6 205/25 206/7
court [57]  1/3 1/6 1/9 1/1 1/23 4/9 5/12
7/15 11/23 12/4 12/10 32/22 34/8 34/19
36/12 37/2 38/10 40/11 50/6 53/18 54/1
54/2 54/3 54/19 78/8 84/11 84/18 109/2
109/7 109/8 109/12 109/15 110/10
110/17 110/22 112/15 134/20 140/22
158/11 159/12 173/10 177/18 180/20
197/15 198/11 198/20 198/24 200/1
200/11 201/5 201/25 205/1 208/6 208/7
208/10 208/17 208/17
Court's [2]  12/1 198/22
courteous [1]  140/20
COURTHOUSE [1]  1/24
courtroom [2]  34/3 40/15
cover [3]  82/17 107/24 204/19
covered [6]  18/16 41/15 64/8 104/12
173/6 193/14
covering [1]  93/8
create [3]  20/24 60/14 120/15
created [1]  64/8
creating [5]  13/9 66/22 66/23 73/24
156/22
credibility [1]  101/7
credible [2]  96/11 99/1
crime [1]  131/6
criticism [3]  78/6 78/17 79/5
criticisms [3]  78/2 78/5 78/10
criticized [1]  79/9
criticizing [1]  79/16
cross [21]  2/4 4/5 4/12 4/15 4/16 4/17
5/14 7/10 110/25 148/13 148/15 158/16
174/21 176/13 183/3 183/10 183/13
183/16 183/17 184/1 192/23

Case 1:17-cv-02989-AT   Document 1839   Filed 05/29/24   Page 218 of 242

# C

cross-exam [1]  148/15
cross-examination [10]  4/5 4/12 4/15
4/16 7/10 110/25 158/16 174/21 176/13
192/23
cross-talk [1]  148/13
crowded [2]  155/21 166/9
CRR [3]  1/23 208/6 208/16
crucial [1]  118/12
cryptographic [4]  29/14 29/17 69/21
117/19
cumulative [2]  6/16 47/13
cumulativeness [1]  191/15
curious [1]  195/25
CURLING [4]  1/4 2/2 19/17 192/8
current [7]  20/15 39/1 39/11 75/2
101/2 120/13 143/8
currently [4]  22/24 47/25 176/20
181/12
curtain [1]  157/23
custody [7]  21/17 21/20 22/3 116/14
116/16 118/10 118/25
CV [1]  1/6
CVE [1]  58/21
cyber [10]  44/8 45/8 45/18 45/20 45/23
95/1 95/21 137/10 137/11 138/17
cybersecurity [9]  8/2 33/5 134/24
134/24 134/25 135/16 135/20 136/19
160/5
cycle [1]  21/17

# D

dagger [1]  183/20
dancing [1]  38/10
dangerous [3]  59/7 64/19 69/23
DANIEL [1]  3/8
DANIELLE [1]  3/8
data [19]  22/25 23/4 23/5 23/7 23/11
43/11 45/7 60/24 67/11 69/14 74/1
110/8 121/2 137/16 137/21 138/10
138/17 139/10 204/2
database [1]  89/23
date [2]  25/7 45/6
dates [1]  44/15
DAVID [10]  2/4 2/23 2/24 142/10 146/2
176/15 183/10 183/13 183/16 183/17
DAVIS [19]  2/19 2/21 2/22 4/20 176/17
182/9 182/12 191/19 192/2 201/3
201/11 201/14 201/18 201/23 202/7
202/8 202/9 202/9 202/10
Davis 10 [1]  182/12
Davis 7 [1]  202/8
Davis 8 [2]  202/9 202/10
Davis 9 [1]  202/9
Davis' [2]  192/5 192/6
day [14]  53/6 53/9 82/6 93/7 93/9 137/5
138/7 150/10 150/16 157/18 163/13
200/22 201/4 208/13
days [6]  1/4 5/22 16/21 110/23 121/14
143/21
de [2]  156/4 156/7
dead [1]  135/10
deal [6]  6/19 62/9 108/9 166/17 192/17
198/20
dealing [3]  177/5 198/24 207/9
deals [1]  31/16
dealt [1]  191/17

December [6]  82/8 84/6 84/25 85/3
156/3 156/4
December 2020 [2]  82/8 84/25
December 2nd [1]  156/4
decided [3]  154/1 172/5 194/12
decision [6]  30/16 30/18 30/21 59/11
97/4 169/2
declaration [3]  108/5 108/6 139/15
declarations [2]  31/25 148/17
decode [5]  68/12 68/12 68/25 69/15
69/17
decoding [1]  67/22
decreased [1]  43/7
deemed [1]  97/19
deep [1]  37/1
defend [2]  16/18 63/13
defendants [10]  1/7 3/2 108/20 108/23
110/23 110/24 158/19 171/1 203/8
206/5
Defendants' [2]  51/5 51/10
defender [1]  122/18
defense [2]  181/24 200/16
defenses [3]  9/20 9/20 9/22
defer [2]  37/3 39/2
deferring [1]  140/23
define [2]  107/15 107/16
defined [1]  54/25
definitely [4]  154/7 157/19 160/22
160/22
definition [8]  34/5 34/9 49/25 50/7
50/11 64/14 69/3 107/4
definitions [2]  64/12 64/16
degree [15]  11/24 27/9 28/18 29/2
32/22 32/24 41/9 41/10 74/10 76/17
76/21 87/15 153/4 153/6 153/9
degrees [4]  8/1 8/7 27/7 33/4
DeKalb [6]  69/4 202/14 202/18 202/25
203/3 206/14
delay [2]  98/19 99/4
delayed [1]  5/9
deleted [1]  88/2
deliberative [1]  187/19
delivered [1]  5/13
Democracy [3]  184/10 186/6 186/22
Democrat [1]  154/19
democratic [1]  85/9
demonstrate [1]  50/4
demonstrated [8]  34/19 34/22 42/8
46/25 49/17 50/14 109/9 116/18
demonstrates [1]  110/18
demonstration [22]  34/2 34/8 35/16
36/13 36/14 40/15 40/16 50/3 50/6
50/15 54/19 59/5 59/25 64/16 66/12
99/16 108/18 109/16 109/21 110/2
150/6 150/9
demonstrations [2]  34/1 36/7
demonstrative [3]  108/12 110/7
110/11
department [2]  49/5 179/15
depending [4]  6/14 9/7 69/1 122/10
depends [7]  61/7 62/2 63/3 75/6 77/24
106/24 122/10
deployment [1]  75/24
deposition [14]  140/10 151/15 191/10
191/24 193/7 193/14 194/1 194/13
198/4 198/18 199/25 200/2 200/12
205/23
depth [1]  101/8

describe [7]  35/3 41/13 50/2 154/22
177/18 180/20 186/20
described [7]  36/6 71/17 79/3 158/10
165/15 177/13 184/14
describing [1]  201/25
descript [1]  39/21
descriptions [1]  127/12
design [6]  13/8 28/8 42/15 120/3 120/7
134/12
designation [2]  199/16 199/17
designations [10]  193/9 193/15 193/16
198/18 199/3 199/3 199/7 200/10
200/12 205/23
designed [15]  17/4 35/22 35/25 36/7
36/16 42/11 42/11 42/17 60/15 60/17
61/24 119/3 119/7 121/21 127/7
despite [2]  42/4 143/21
destroyed [1]  143/20
detached [1]  79/5
detail [4]  104/12 105/13 136/2 137/16
detailed [2]  89/22 102/17
details [4]  131/19 131/22 141/21
186/16
detect [24]  9/24 14/4 14/19 47/5 47/9
47/10 47/12 47/16 47/19 47/20 47/24
48/1 48/6 62/13 62/21 62/21 62/23 74/7
74/7 75/11 75/13 118/12 122/23 125/4
detectable [1]  62/1
detected [11]  61/6 75/1 75/3 75/5 75/8
102/25 112/23 122/5 122/6 122/7
122/14
detecting [4]  56/18 122/17 125/9
125/10
detection [4]  56/23 61/2 103/18 124/20
deter [1]  122/16
determination [1]  178/13
determine [2]  77/20 155/19
determined [1]  40/23
determines [1]  177/23
determining [2]  76/18 179/11
detouring [1]  70/21
develop [2]  49/24 120/23
developed [2]  36/10 40/12
development [2]  38/6 77/2
device [12]  35/1 35/4 41/22 50/8 58/16
61/10 61/25 66/12 93/19 108/19 117/1
167/24
devices [12]  20/2 20/4 20/10 21/9 27/3
27/16 42/4 46/6 92/13 113/16 116/17
117/10
DIANE [2]  3/7 158/18
did [87]  7/14 7/17 7/18 17/1 30/12 32/1
34/1 35/16 38/22 39/4 39/12 43/17
43/18 49/24 52/4 52/17 53/2 53/4 54/10
55/15 57/3 57/19 59/7 59/12 64/3 68/14
68/18 80/20 82/8 83/16 84/12 85/17
86/9 86/12 87/5 94/22 94/23 95/19 96/3
102/20 105/25 106/3 106/4 106/6
106/12 107/8 107/24 111/12 117/2
120/25 121/15 121/16 121/17 125/2
125/4 129/16 131/20 136/7 136/12
153/2 153/9 153/11 153/12 155/8
157/24 160/21 160/24 160/25 163/7
163/10 164/23 165/2 165/4 169/25
170/1 174/24 184/10 186/9 187/5 192/5
197/18 198/17 202/24 203/1 203/2
205/24 207/1
didn't [35]  12/24 16/25 33/13 37/7

**D**

**didn't... [31]** 38/23 41/1 59/13 60/8 64/5 64/18 65/8 76/21 85/18 86/4 95/19 96/1 106/21 107/7 120/4 120/6 128/23 131/6 131/20 133/6 157/3 159/11 163/9 163/10 163/11 163/17 163/22 163/24 172/15 174/24 192/16

**Diego [1]** 93/25

**difference [5]** 16/11 42/17 103/22 133/4 172/23

**different [27]** 14/17 18/19 18/21 18/23 27/14 27/25 28/9 36/4 37/25 38/17 39/13 40/9 46/9 64/11 66/13 79/1 95/6 101/10 102/4 119/20 120/1 123/21 138/14 140/7 170/23 189/12 198/7

**differently [1]** 81/18

**difficult [12]** 16/16 28/22 69/23 82/4 103/16 138/6 138/6 149/8 154/10 154/13 155/25 156/16

**difficulties [1]** 174/6

**difficulty [5]** 106/1 106/20 106/22 106/22 106/25

**DIGGES [4]** 2/13 2/13 2/18 2/18

**digital [2]** 101/19 102/7

**diligent [1]** 17/11

**diligently [2]** 20/20 117/14

**direct [8]** 4/11 4/17 66/13 67/14 148/15 152/18 194/7 194/24

**directed [2]** 115/20 145/16

**direction [4]** 48/11 80/15 115/6 179/17

**directly [3]** 13/19 29/18 57/15

**director [1]** 164/2

**disabilities [1]** 173/13

**disable [1]** 117/17

**disabling [1]** 24/17

**disagree [1]** 79/21

**disappeared [1]** 15/19

**disclosed [3]** 108/21 110/9 173/16

**disclosure [1]** 110/21

**discover [3]** 12/24 120/21 128/6

**discovered [2]** 120/22 123/23

**discovery [2]** 77/10 206/5

**discrepancy [1]** 166/15

**discuss [10]** 7/14 7/18 38/13 46/1 52/19 67/7 67/15 67/21 69/22 77/17

**discussed [25]** 5/13 5/14 10/22 12/22 13/1 14/7 16/13 36/15 36/22 38/12 59/22 60/4 60/20 72/12 73/20 75/19 85/1 87/14 87/17 88/9 98/16 104/14 104/17 134/3 134/21

**discusses [3]** 36/2 51/21 60/6

**discussing [4]** 46/10 67/5 136/1 136/3

**discussion [5]** 10/5 36/25 50/21 94/14 192/17

**discussions [3]** 15/9 61/1 88/17

**dishonest [1]** 73/4

**disinformation [1]** 136/23

**display [1]** 19/21

**dispositive [1]** 123/10

**dispute [1]** 197/23

**disrupt [1]** 192/3

**disseminated [2]** 137/13 137/25

**distance [1]** 140/6

**distinction [1]** 76/10

**distinguish [1]** 62/22

**distributed [4]** 138/17 138/24 139/11 139/12

**district [8]** 4/17 4/17 42/10 97/7 206/4 208/7 208/7 208/17

**diversity [1]** 19/12

**DIVISION [2]** 1/2 208/8

**do [199]** 6/21 10/11 10/15 10/24 11/5 13/16 15/11 17/14 17/14 18/15 18/20 20/7 22/2 22/23 26/2 31/7 35/7 35/9 41/18 46/2 46/10 48/13 48/22 49/6 50/24 52/9 52/16 53/14 55/13 55/20 56/12 56/20 57/22 58/3 58/7 58/8 60/6 63/21 64/25 65/16 67/23 68/10 69/16 71/9 71/21 72/13 73/1 74/3 74/14 74/18 75/6 75/12 76/17 77/6 77/9 77/13 77/19 77/23 78/21 79/1 79/5 80/3 82/17 82/25 84/6 87/23 89/15 89/24 90/8 90/16 91/14 91/24 92/15 92/25 96/18 98/7 98/8 98/10 100/2 100/4 100/6 100/7 104/17 105/5 105/22 105/23 106/15 107/6 107/19 112/9 113/10 114/19 115/17 116/5 118/1 118/3 118/16 118/17 119/17 124/16 125/24 126/21 127/8 127/14 127/15 127/16 127/17 127/25 129/2 130/25 131/16 132/3 132/10 132/13 133/10 134/4 134/5 137/12 137/24 139/1 139/4 139/6 140/8 141/17 141/23 142/5 142/6 142/9 143/1 143/7 146/8 147/2 147/17 147/21 148/20 149/6 149/24 150/6 150/7 150/8 150/9 150/10 150/24 151/6 151/17 151/17 151/18 153/4 153/5 153/6 153/14 153/16 153/17 153/18 153/21 154/4 155/6 156/10 156/25 158/6 158/6 158/13 158/14 161/4 165/11 165/16 166/18 166/20 166/23 168/24 171/14 171/17 173/10 177/11 178/18 181/1 181/3 181/8 181/13 182/15 183/24 185/22 189/16 194/1 194/3 194/20 195/14 197/5 197/16 197/18 197/18 197/19 197/21 203/20 204/22 205/7 206/2 206/19 208/8

**docket [2]** 1/5 1/5

**doctor [2]** 195/25 200/3

**doctorate [2]** 153/9 159/17

**document [31]** 1/8 54/22 54/24 76/21 97/10 115/3 125/14 125/21 126/13 180/24 182/11 182/15 183/1 183/25 184/19 188/4 188/7 202/8 202/12 202/13 202/15 202/24 203/1 203/11 203/15 203/21 203/24 203/25 204/3 204/4 206/8

**documented [1]** 41/17

**documents [11]** 185/18 186/12 186/14 190/1 190/2 201/4 201/7 202/1 206/5 206/6 206/9

**does [42]** 22/17 45/9 49/2 49/7 49/9 55/3 55/6 71/10 91/4 91/21 92/15 102/19 104/4 106/14 109/18 110/6 112/22 113/14 116/11 116/21 122/1 122/8 122/25 134/10 149/21 154/22 164/21 177/1 177/13 178/1 178/2 178/2 178/16 181/20 183/12 183/12 184/14 189/16 199/11 199/17 199/19 202/15

**doesn't [30]** 22/16 26/22 27/1 28/11 48/11 71/20 76/1 76/8 77/17 77/20 77/23 77/23 89/10 90/2 97/5 98/22 99/4 100/15 100/21 122/10 122/18 140/25 147/10 161/21 166/11 172/22 184/4 190/25 191/23 198/13

**doing [20]** 36/3 48/9 54/14 61/17 62/2 62/3 68/24 74/2 77/5 105/7 105/9 105/10 118/4 123/13 164/4 171/6 180/10 191/14 198/15 204/15

**dollars [2]** 136/11 136/14

**domestic [1]** 137/5

**Dominion [57]** 10/1 11/12 11/14 11/18 11/19 12/17 12/18 15/7 15/14 17/5 17/20 19/1 20/24 24/14 26/18 32/15 32/18 33/7 40/23 42/1 42/22 43/10 44/2 45/15 45/20 46/10 52/4 53/23 53/25 54/4 60/11 60/16 63/23 70/22 71/8 71/15 72/20 74/3 74/14 80/21 81/22 82/1 84/7 88/19 88/19 88/23 92/7 101/2 102/15 115/16 115/20 137/18 137/19 141/24 179/23 186/5 186/21

**don't [125]** 5/7 10/13 11/7 11/9 12/2 12/3 12/3 12/9 13/10 16/13 18/17 18/23 20/17 22/16 23/11 23/17 23/20 26/12 26/12 27/24 28/2 28/4 37/21 38/9 38/18 39/3 39/13 41/3 44/9 45/5 45/22 48/23 48/23 49/21 54/16 56/20 58/6 61/19 62/22 63/9 69/16 71/3 74/20 75/4 78/20 82/3 82/24 83/9 85/12 85/14 87/14 87/19 90/20 96/2 96/6 96/6 96/23 97/6 97/16 103/3 104/10 107/3 118/23 124/4 124/8 128/19 131/19 131/22 133/19 138/9 139/2 141/2 142/19 142/25 144/7 144/22 146/16 147/14 147/14 147/14 147/15 148/20 154/14 158/2 160/1 160/3 161/7 161/8 161/11 161/12 162/7 162/8 162/11 166/14 167/13 169/6 171/19 172/16 175/15 175/19 175/23 180/24 181/5 182/24 182/25 183/18 184/6 184/7 184/8 186/12 187/7 187/21 187/24 188/8 188/10 188/14 189/8 190/22 190/24 194/2 194/6 198/24 199/17 199/21 203/11

**DONALD [1]** 3/9

**done [24]** 17/15 29/13 35/18 35/18 49/10 49/15 50/5 59/25 60/18 62/5 64/7 73/12 73/14 105/13 106/13 106/15 118/23 135/19 136/5 144/16 150/13 193/17 200/22 206/20

**DONNA [3]** 1/4 2/2 2/2

**door [1]** 204/25

**double [1]** 165/19

**double-checked [1]** 165/19

**doubt [7]** 98/15 98/18 99/2 99/10 99/17 101/1 122/15

**dovetails [1]** 151/24

**down [8]** 15/20 52/7 56/21 68/18 187/1 198/12 205/2 206/21

**downed [1]** 5/8

**download [1]** 138/1

**downloaded [1]** 203/1

**Dr [3]** 38/5 197/1 197/23

**Dr. [114]** 5/6 5/20 6/25 7/2 7/12 7/20 12/12 13/24 17/19 19/24 22/22 25/4 27/2 28/2 28/4 29/5 30/12 36/4 37/1 38/22 40/8 40/21 45/15 51/4 51/15 53/23 58/13 61/24 65/19 66/22 71/15 76/1 78/9 79/8 80/18 83/2 83/23 84/6 85/15 87/10 88/21 89/15 91/2 92/20 94/7 97/9 97/22 98/5 99/9 101/7 101/13 102/15 103/25 104/8 105/1 105/3 105/25 108/12 109/11 109/12 109/18 109/23 110/1 110/16 110/25 111/20

**D**

**Dr.... [48]** 111/25 113/3 114/10 115/17
120/10 122/4 124/5 124/8 124/11
124/14 128/22 129/7 129/9 129/19
129/23 129/24 129/25 130/1 130/22
133/14 147/25 148/25 149/16 149/19
149/22 150/5 150/7 150/11 152/20
154/4 157/14 158/8 158/18 173/9
173/24 175/8 175/15 176/15 186/13
191/11 192/14 192/25 195/2 195/14
195/21 196/23 198/4 200/5
**Dr. Gilbert [3]** 28/4 124/11 200/5
**Dr. Gilbert's [2]** 28/2 124/8
**Dr. Halderman [74]** 5/6 6/25 7/2 7/12
7/20 12/12 13/24 17/19 19/24 22/22
25/4 27/2 29/5 30/12 36/4 37/1 38/22
40/8 40/21 45/15 51/4 51/15 53/23
58/13 61/24 65/9 66/22 71/15 76/1
78/9 79/8 80/18 83/2 83/23 84/6 85/15
87/10 89/15 91/2 92/20 94/7 97/9 97/22
98/5 99/9 101/13 102/15 103/25 104/8
105/1 105/3 105/25 109/18 110/1
110/25 111/20 111/25 113/3 114/10
115/17 120/10 122/4 124/14 128/22
129/7 129/9 129/19 129/23 129/25
130/22 133/14 150/5 150/7 150/11
**Dr. Halderman's [8]** 88/21 101/7
108/12 109/11 109/12 109/23 110/16
130/1
**Dr. Jan [1]** 5/20
**Dr. Johnston [9]** 147/25 176/15 186/13
191/11 192/14 192/25 195/2 195/14
195/21
**Dr. Juan [2]** 124/5 198/4
**Dr. Missett [7]** 152/20 154/4 157/14
158/8 158/18 173/9 173/24
**Dr. Philip [1]** 175/8
**Dr. Skoglund [1]** 148/25
**Dr. Stark [5]** 149/16 149/19 149/22
175/15 196/23
**Dr. Tyson [1]** 129/24
**drafting [1]** 109/18
**dramatic [1]** 196/15
**dramatically [2]** 71/1 74/9
**draw [2]** 41/6 76/11
**drawbacks [1]** 70/6
**DREs [2]** 42/5 91/17
**DRIVE [1]** 1/24
**drives [1]** 17/6
**drop [3]** 163/9 164/24 166/25
**dropped [1]** 166/24
**druthers [1]** 157/16
**dubious [4]** 96/22 97/12 97/17 97/19
**due [1]** 190/17
**duly [4]** 7/8 152/17 176/12 201/19
**DUMA [1]** 3/9
**during [11]** 21/10 40/14 72/16 86/17
95/13 108/17 109/13 109/25 110/13
173/2 193/6
**duties [2]** 177/2 179/7

**E**

**EAC [4]** 88/13 88/17 88/23 89/11
**each [18]** 22/14 49/13 56/14 59/4 68/2
70/9 106/1 106/4 106/7 106/8 106/22
106/25 117/1 117/11 117/19 123/7
167/20 199/2

**eager [1]** 49/6
**earlier [5]** 91/14 111/13 112/6 127/22
195/4
**early [9]** 44/21 94/8 143/20 156/3 156/4
158/4 160/11 163/13 163/14
**ease [2]** 31/14 77/9
**easier [3]** 41/25 87/18 154/8
**easily [3]** 56/6 73/13 106/15
**easy [4]** 82/4 102/18 125/12 203/7
**ECF [3]** 1/2 1/3
**education [2]** 160/1 160/4
**EDWARD [1]** 3/5
**effect [6]** 47/13 57/3 66/14 74/24 87/5
183/3
**effective [9]** 14/6 14/11 52/21 56/17
56/17 56/18 112/1 118/1 136/16
**effectiveness [1]** 126/24
**efficient [2]** 68/20 68/22
**effort [2]** 73/2 205/14
**efforts [1]** 202/2
**eight [1]** 164/20
**either [15]** 8/5 12/4 22/5 44/10 63/13
63/19 75/5 94/8 98/3 114/1 132/19
133/3 133/6 165/10 181/5
**elected [1]** 85/10
**election [178]** 8/14 8/14 8/19 10/2
10/18 11/6 13/4 13/25 15/10 16/9 17/23
20/2 21/17 22/7 23/6 23/8 23/9 23/10
24/7 24/22 26/24 27/4 27/17 29/6 29/10
29/23 29/25 30/9 30/13 30/14 30/15
31/3 31/6 31/8 31/17 31/19 31/20 32/4
32/16 33/13 40/16 41/17 41/19 47/14
47/22 48/25 49/18 52/2 53/6 53/9 54/5
54/8 54/23 55/7 56/10 59/3 61/15 63/8
64/14 64/23 65/4 65/11 66/13 67/21
69/3 69/14 69/19 69/20 73/4 73/16
73/21 73/23 73/24 74/17 75/7 75/24
76/6 76/12 77/14 77/22 77/24 82/6 93/7
93/9 94/22 95/7 95/14 96/21 97/25 98/3
98/6 98/19 98/22 98/24 99/1 100/2
100/3 100/4 100/5 100/7 100/8 100/18
101/1 107/4 108/1 108/24 108/25
109/25 110/14 112/8 115/5 115/6
117/18 117/20 118/7 118/23 122/8
122/15 122/22 122/25 125/7 128/7
129/5 131/18 131/20 132/13 135/9
135/20 136/15 136/23 136/25 137/1
141/7 141/18 143/4 143/14 143/21
144/2 157/18 158/1 160/2 160/8 160/11
160/18 161/1 161/5 161/12 161/18
162/8 162/12 163/1 163/23 164/18
168/25 169/1 171/23 176/21 177/1
177/10 177/22 177/23 178/7 178/8
178/13 178/16 179/7 179/8 184/10
186/7 186/14 187/20 189/12 190/1
190/2 190/3 195/5 204/2 206/13
**election-related [1]** 136/23
**elections [50]** 10/2 10/21 13/2 23/6
46/1 46/5 49/11 55/1 56/7 60/10 64/9
64/11 74/15 74/22 77/18 77/19 77/25
84/14 87/11 98/10 99/5 99/19 99/22
99/24 100/15 100/21 107/12 109/16
109/17 110/5 110/7 116/7 118/19
120/13 122/9 125/23 134/25 135/5
135/22 158/13 160/14 160/23 163/7
164/20 177/3 177/8 178/22 179/10
202/14 203/4
**electronic [1]** 167/24

**eholt [5]** 8/22 147/11 181/17 187/25
190/24
**eliminate [1]** 13/3
**else [12]** 6/24 13/2 62/3 80/10 105/6
106/17 139/17 169/22 199/6 207/3
207/8 207/10
**else's [1]** 190/18
**elsewhere [1]** 93/23
**emergency [1]** 98/20
**emphasizes [2]** 24/18 24/21
**EMS [20]** 23/7 33/15 33/21 33/21 33/23
69/20 74/3 74/19 74/22 84/9 88/4 88/14
116/12 120/16 134/6 134/10 137/18
137/20 138/13 146/20
**EMSs [1]** 74/3
**enable [1]** 38/22
**encoded [1]** 46/12
**encompassed [1]** 11/23
**encompasses [1]** 137/3
**encountered [1]** 5/8
**encouraged [1]** 52/16
**encrypted [1]** 17/6
**end [14]** 20/7 29/13 29/13 38/9 63/6
74/6 75/1 79/22 82/16 110/2 111/20
151/19 178/1 206/12
**end-run [1]** 79/22
**energy [1]** 160/16
**engage [1]** 79/13
**engagement [1]** 112/7
**engaging [2]** 106/21 114/6
**engineering [5]** 13/8 16/9 67/15 67/18
120/3
**ENGLISH [1]** 3/9
**enhanced [1]** 20/10
**enormous [2]** 32/8 91/8
**enormously [1]** 103/16
**enough [8]** 13/7 48/6 49/21 77/14
145/15 147/14 147/16 184/16
**ensued [3]** 37/13 141/4 144/18
**ensure [7]** 21/9 21/16 21/25 22/6 26/17
117/19 179/9
**ensured [2]** 22/17
**ensures [1]** 21/21
**ensuring [1]** 21/23
**enter [2]** 108/13 111/18
**entire [4]** 98/19 123/19 129/11 130/7
**entitled [3]** 78/14 80/8 171/2
**entity [2]** 74/18 74/20
**entry [1]** 1/5
**environments [1]** 120/17
**envisioning [1]** 63/4
**equipment [70]** 10/1 10/9 10/12 11/6
11/14 12/17 15/10 15/14 15/15 15/20
15/21 17/20 19/2 21/13 22/11 24/7
24/10 25/16 25/18 29/23 30/1 30/23
30/25 41/17 42/22 43/1 43/15 52/4 54/4
54/12 64/2 65/15 72/20 84/7 85/16
85/22 85/25 86/7 86/10 86/23 87/22
88/1 93/7 95/13 95/16 95/25 98/20
104/13 111/12 112/1 112/3 112/12
112/14 115/24 116/6 116/12 116/15
131/13 136/10 136/12 136/25 137/1
138/8 138/9 138/11 138/15 162/13
171/23 172/24 184/10
**error [8]** 62/20 62/22 69/4 119/18
171/17 180/17 181/9 191/19
**errors [9]** 56/18 56/23 69/6 125/4
125/8 125/9 184/11 184/11 186/5

**E**

ES [3] 91/21 92/13 92/15
escape [1] 103/18
especially [3] 118/11 136/22 166/12
essence [2] 49/23 138/13
essentially [7] 34/24 68/9 123/5
138/12 202/13 204/6 204/14
establish [2] 180/9 187/3
established [3] 188/9 188/12 190/11
esteemed [1] 135/15
estimate [3] 26/2 26/4 154/25
estimation [1] 99/5
et [3] 1/4 1/6 66/18
et cetera [1] 66/18
eternally [1] 82/20
EUW [2] 2/10 4/7
evade [1] 77/10
evaluate [1] 18/2
evaluated [6] 17/19 17/22 17/23 18/25
19/3 19/6
evaluating [1] 195/15
evaluation [1] 204/11
even [26] 14/11 14/17 15/13 24/7 45/7
68/7 85/25 87/25 102/23 121/2 122/7
123/9 123/13 124/11 125/1 125/5 129/6
132/13 135/4 136/25 147/14 154/15
158/2 174/15 187/21 190/11
evening [1] 141/10
event [4] 137/9 138/5 138/18 138/20
events [1] 109/20
ever [7] 16/2 16/6 25/24 158/25 161/9
165/18 175/1
every [19] 7/24 11/18 12/15 15/13
25/24 25/25 50/7 50/13 70/4 77/4 99/9
100/21 118/23 123/2 158/2 160/8
160/11 161/1 164/18
everybody [3] 39/2 196/22 207/3
everyone [8] 45/9 135/3 173/1 190/18
192/1 200/21 201/12 207/10
everything [7] 37/25 156/10 173/6
evidence [53] 8/15 20/18 22/2 22/4
22/23 24/5 24/14 25/12 41/20 55/2 55/4
78/14 78/19 79/14 85/12 85/14 86/18
95/12 97/24 98/2 99/12 99/13 110/20
115/23 117/13 117/21 118/18 118/24
123/11 124/7 124/9 126/15 129/11
129/17 135/7 136/8 161/4 161/7 161/8
161/11 161/12 161/20 161/21 161/23
161/25 162/1 162/7 162/8 171/21
172/23 184/19 184/19 184/22
evident [1] 131/2
evolution [4] 134/23 135/19 136/9
136/18
evolved [2] 135/1 136/19
evolving [1] 136/10
ex [1] 109/4
exacerbates [1] 136/24
exact [3] 43/8 45/6 120/16
exactly [9] 57/15 57/24 77/1 81/3 90/20
119/17 132/4 146/16 199/7
exam [2] 140/16 148/15
examination [26] 4/5 4/6 4/7 4/8 4/11
4/12 4/13 4/15 4/16 4/17 4/21 7/10
110/25 111/23 123/8 130/20 134/18
152/18 158/16 174/1 174/21 176/13
191/6 192/23 194/24 201/21
examine [2] 85/24 123/5

examined [3] 8/12 85/15 137/18
example [8] 38/3 59/21 60/3 65/15
83/22 98/12 104/7 104/17
examples [1] 106/16
Except [1] 37/4
exception [2] 203/12 203/16
excerpt [5] 129/10 130/6 151/15
191/25 198/4
excerpts [3] 136/1 191/10 199/9
exchanged [1] 198/19
excluded [1] 110/20
exclusive [1] 9/17
exclusively [1] 46/11
excuse [11] 24/14 43/17 86/11 89/6
94/11 112/15 116/20 125/8 127/6
129/23 182/13
excused [4] 139/21 175/5 195/23
207/10
executing [2] 110/16 131/3
exhibit [9] 14/12 14/18 19/17 51/5
51/10 55/8 108/22 182/10 184/2
Exhibit 10 [1] 182/10
Exhibit 1231 [3] 51/5 51/10 55/8
Exhibit 89 [1] 19/17
exhibits [2] 200/12 206/23
exist [4] 28/3 46/5 81/22 82/7
existed [1] 70/9
existing [2] 110/19 181/17
exit [1] 119/10
expanded [1] 136/19
expect [2] 6/9 58/1
expected [1] 184/11
expecting [1] 149/2
expert [27] 12/22 27/8 36/2 36/6 40/12
43/3 51/22 69/22 92/20 94/15 96/15
99/18 104/22 108/23 109/11 109/14
110/9 110/19 135/23 145/10 148/10
151/16 159/22 196/13 197/2 200/16
204/25
experts [9] 8/14 8/14 8/19 88/20 89/7
168/8 170/4 172/7 198/5
explain [8] 65/22 65/23 66/18 68/6
78/15 80/4 119/4 189/6
explained [2] 64/5 109/21
explanation [1] 171/8
exploit [5] 42/22 78/4 110/13 116/22
119/21
exploitation [2] 19/25 20/11
exploited [2] 109/24 118/13
exploiting [1] 120/23
exploits [1] 113/15
explore [6] 38/16 38/18 39/8 39/12
111/6 113/22
exploring [1] 78/11
express [1] 164/3
extent [6] 19/13 47/7 105/10 133/21
178/24 180/25
external [1] 22/7
extract [1] 105/2
extreme [2] 27/9 136/22
extremely [1] 120/5
eyes [1] 174/18

**F**

face [7] 28/14 28/19 28/21 71/16 102/4
135/5 204/19
faces [1] 8/9
facility [3] 16/2 16/6 17/20

fading [1] 107/14
fact [16] 16/13 16/20 56/18 91/10
96/11 103/10 103/13 139/6 143/7 143/8
150/12 155/8 187/7 204/20 205/9
205/24
factor [11] 30/22 31/9 31/12 31/14 32/1
32/11 32/12 111/12 112/22 113/14
131/20
factors [9] 12/1 30/16 30/19 31/5 31/18
31/22 31/24 46/23 171/18
facts [1] 11/2
factual [2] 145/18 145/19
fail [1] 9/11
fail-safe [1] 9/11
failed [1] 9/21
failure [1] 16/9
failures [2] 8/17 136/25
fair [10] 60/22 72/17 88/13 97/18 99/1
113/23 145/15 169/23 179/9 205/24
fairly [1] 173/14
fairness [1] 175/25
faith [1] 122/14
fall [2] 59/7 100/11
falling [1] 70/2
false [2] 69/5 69/13
familiar [18] 78/6 112/20 113/4 113/7
117/23 122/20 180/18 180/19 182/23
183/1 183/2 183/19 184/7 185/13
185/19 185/23 186/1 192/25
family [2] 139/24 140/3
far [9] 49/15 98/10 135/4 165/20
165/22 186/19 190/12 194/13 205/3
faster [2] 122/3 126/10
favor [1] 93/18
Favorito [1] 204/19
fears [1] 175/2
feasibility [6] 76/2 76/8 77/11 77/15
78/10 106/13
feasible [4] 70/23 76/19 77/7 78/3
feature [1] 117/18
fed [4] 101/18 101/22 166/15 167/13
federal [8] 108/21 135/7 136/12 143/10
143/21 146/10 146/10 160/14
feed [3] 156/21 167/7 167/10
feedback [1] 97/12
feeding [2] 61/12 145/12
feel [2] 178/4 198/23
felt [6] 37/1 105/12 157/9 166/8 184/15
191/17
few [8] 26/16 48/15 94/3 108/8 121/14
136/9 160/14 176/19
fewer [1] 137/6
field [2] 29/20 195/25
fifth [2] 116/18 116/22
figure [2] 56/25 199/22
file [13] 23/9 34/5 34/9 50/1 50/7 50/11
67/15 67/18 107/4 108/24 144/2 199/23
205/24
filed [1] 1/2 1/6 1/8 177/21 186/13
187/7 188/9 188/13 190/21
files [5] 20/3 23/6 54/8 64/15 117/10
filled [3] 28/15 57/23 58/4
filled-out [2] 57/23 58/4
filling [1] 132/17
final [1] 199/15
Finally [1] 69/14
find [11] 55/19 56/17 85/17 85/18 86/4
105/1 118/1 123/16 129/5 144/7 166/16

**F**

**finding [2]** 56/17 78/2
**findings [9]** 84/23 96/23 97/3 99/15
104/11 127/6 135/21 178/12 181/16
**fine [12]** 38/18 67/25 79/18 86/20
147/18 148/21 149/10 149/21 150/3
150/14 173/18 196/19
**finish [3]** 6/16 159/9 201/13
**finished [5]** 7/20 15/18 123/11 156/21
175/16
**finishing [1]** 39/17
**firebomb [1]** 98/13
**FIRM [1]** 2/17
**first [46]** 5/7 6/10 10/11 10/13 10/13
11/5 11/7 20/24 24/3 37/17 49/24 52/8
55/11 55/12 58/15 86/22 107/25 109/8
114/16 115/10 115/15 115/21 117/9
135/21 141/22 150/10 151/5 152/17
175/22 176/1 176/12 181/24 182/23
183/1 184/4 184/6 184/9 185/2 185/4
185/9 185/12 185/13 185/19 197/10
202/7 203/10
**FISHER [1]** 2/5
**five [5]** 53/16 53/19 82/22 144/15 170/9
**five hours [1]** 170/9
**five minutes [3]** 53/16 53/19 82/22
**five-minute [1]** 144/15
**flagging [1]** 38/8
**flaw [2]** 119/11 119/11
**flipped [2]** 36/17 123/17
**floating [1]** 138/7
**fly [1]** 107/19
**focus [1]** 160/15
**FOERSTER [1]** 2/7
**folks [5]** 166/7 171/14 172/21 173/17
173/17
**follow [3]** 39/4 113/10 127/22 130/1
134/17 149/22 171/11 174/3 206/16
**follow-up [2]** 113/10 174/3
**followed [2]** 109/14 166/6
**following [3]** 1/1 39/18 128/5
**follows [8]** 7/9 37/13 141/4 144/18
152/17 176/12 177/19 201/20
**forcing [1]** 158/11
**foregoing [1]** 208/8
**forensic [6]** 15/9 22/25 23/4 23/5 85/15
123/7
**forge [2]** 69/25 70/1
**forget [2]** 18/6 124/18
**form [4]** 60/2 61/7 63/12 133/5
**formal [2]** 160/1 160/4
**formally [1]** 108/4
**forming [2]** 32/13 53/1
**forms [2]** 14/9 59/4
**forth [2]** 120/18 149/7
**forum [2]** 45/4 45/6
**forward [5]** 27/1 39/5 97/6 173/3
191/25
**found [22]** 8/24 13/5 52/8 52/11 52/15
52/22 57/7 89/6 96/11 96/20 97/22
97/24 98/20 119/6 123/1 132/6 132/9
165/18 184/12 184/12 202/21 204/1
**foundation [4]** 12/3 12/8 190/14
204/22
**four [3]** 16/21 136/22 163/16
**four days [1]** 16/21
**four years [1]** 136/22

**four-hour [1]** 163/16
**fourth [3]** 20/21 21/2 21/3
**fraction [8]** 19/5 19/15 57/16 57/24
58/8 91/13 93/16 94/3
**frankly [3]** 76/24 76/24 86/15
**fraud [3]** 61/20 62/4 99/13
**free [1]** 198/23
**frequency [3]** 26/13 47/15 47/23
**frequently [3]** 52/17 55/23 62/15
**fresh [1]** 196/22
**Friday [1]** 197/17
**friendly [2]** 56/2 56/5
**front [12]** 12/12 23/11 41/4 96/6 96/7
96/23 119/14 124/4 142/25 185/25
188/3 188/6
**full [13]** 1/8 15/13 28/14 28/19 28/21
37/14 55/11 71/16 97/11 130/12 131/19
171/2 176/7
**full-face [8]** 28/14 28/19 28/21 71/16
**fully [4]** 12/5 69/17 71/20 203/14
**Fulton [14]** 5/2 25/16 25/18 141/24
146/24 147/3 153/17 155/1 159/6
159/14 163/20 163/24 164/10 169/3
**fumbling [1]** 149/9
**function [1]** 74/16
**functionality [1]** 67/13
**functioning [2]** 128/13 169/24
**fundamental [1]** 70/18
**funding [1]** 136/12
**further [18]** 20/10 52/22 52/24 58/9
69/17 79/12 97/6 103/14 127/19 128/19
128/21 134/14 136/5 161/21 189/6
191/4 191/6 201/21
**future [30]** 30/2 40/16 65/3 77/25 86/14
99/14 99/24 100/7 100/15 109/25
120/13 122/9 122/16 158/13

**G**

**GA [2]** 203/25 206/6
**Gabriel [1]** 122/20
**gained [1]** 54/8
**game [1]** 113/23
**Garland [1]** 204/19
**gather [1]** 188/10
**gave [2]** 34/8 176/2
**general [9]** 49/11 50/3 59/9 64/19 65/3
75/13 162/4 179/1 189/20
**generally [3]** 8/23 66/23 134/25
**generates [3]** 8/15 67/16 67/18
**generic [1]** 52/6
**gentlemen [2]** 144/11 190/17
**George [1]** 49/17
**GEORGIA [129]** 1/1 1/25 3/2 5/2 10/2
11/12 13/2 13/11 14/3 14/10 14/13
14/14 14/19 14/23 14/25 15/6 15/14
15/23 17/21 18/8 19/1 19/3 19/10 19/13
20/14 21/12 21/19 22/2 22/10 22/23
23/1 23/6 23/13 24/15 25/9 25/24 26/6
27/7 28/1 33/17 33/20 40/13 40/18 43/9
46/5 48/7 48/13 53/2 53/8 57/22 58/3
64/22 65/10 66/12 68/1 71/8 71/25 74/4
74/14 74/18 80/25 81/8 81/21 87/11
92/8 92/10 93/17 94/11 99/9 99/19
100/15 101/2 107/6 107/12 109/17
112/17 113/1 114/23 114/25 115/20
115/23 116/7 117/5 117/5 117/14 118/4
118/18 118/20 119/2 119/13 120/16
120/16 121/4 121/8 121/24 131/4

139/18 136/11 137/14 137/19 137/20
137/23 138/8 138/9 138/12 138/13
141/6 153/12 153/24 159/15 159/20
160/8 161/5 161/9 161/12 161/18 162/8
162/12 163/20 164/6 176/20 178/22
179/8 183/11 183/14 193/2 208/4 208/8
208/10
**Georgia's [14]** 13/3 18/15 100/2 100/5
100/8 100/18 113/16 114/21 116/11
116/19 117/2 117/23 120/13 122/8
**get [39]** 5/6 5/19 7/14 33/25 36/21
68/25 70/4 82/21 83/19 86/12 91/18
104/25 128/23 130/3 131/7 135/18
140/25 147/24 148/3 148/8 148/9 149/4
150/25 154/2 156/6 156/8 156/16
156/21 157/11 159/12 167/5 170/20
178/19 189/19 197/13 199/14 206/6
206/22 206/22
**gets [4]** 147/13 166/15 187/17 191/21
**getting [7]** 17/16 37/1 39/24 69/14
114/7 128/10 184/5
**Gilbert [11]** 27/24 28/4 124/6 124/11
150/21 150/22 151/15 196/19 198/4
200/1 200/5
**Gilbert's [2]** 28/2 124/8
**give [17]** 23/21 29/18 39/19 48/16 90/2
90/2 90/12 108/14 119/19 123/21
126/10 154/25 160/15 170/10 171/2
182/20 199/20
**given [5]** 65/4 73/10 79/1 136/13 188/7
**gives [6]** 25/18 37/24 60/20 90/11
106/16 106/17
**giving [2]** 126/4 171/8
**glad [3]** 196/3 196/5 196/11
**glass [1]** 173/4
**glasses [1]** 172/9
**glitches [1]** 169/23
**glitchiness [3]** 171/19 171/20 171/22
**glitchy [3]** 169/11 169/12 170/3
**globally [1]** 138/2
**go [51]** 10/5 23/15 23/20 40/2 40/6
49/20 53/21 55/11 79/12 82/18 83/3
83/7 97/6 97/6 97/19 100/15 101/8
103/17 113/24 121/23 123/4 123/16
123/16 129/4 132/10 133/21 140/13
140/16 147/21 148/25 150/3 150/11
156/23 157/23 158/23 162/2 166/16
168/2 172/5 175/11 175/17 177/20
179/6 180/10 184/16 193/10 193/18
194/14 197/13 201/9 201/11
**goal [1]** 122/11
**goals [1]** 107/16
**goes [5]** 22/16 101/6 116/20 180/15
205/3
**going [103]** 12/22 12/24 22/13 26/19
36/21 37/10 37/11 39/5 41/6 41/20
47/10 47/12 47/19 47/24 51/4 51/24
53/5 53/11 53/13 59/7 62/8 64/18 66/9
66/13 68/11 68/12 68/13 69/11 69/11
73/4 78/21 78/22 79/24 80/1 81/13
81/14 82/12 82/21 97/19 99/10 105/8
108/12 108/15 109/4 113/25 114/10
117/7 132/11 140/3 140/8 140/11
140/13 140/15 140/25 141/11 142/8
144/12 144/15 147/2 147/16 148/11
148/20 150/5 150/6 150/6 150/8 150/9
150/10 151/4 156/7 156/24 164/3
165/10 172/17 175/11 175/21 179/25

# G

**going... [26]** 180/5 180/6 180/13 182/9 185/5 187/1 187/19 189/17 189/19 192/18 192/19 192/21 193/17 197/13 197/16 197/18 197/19 198/12 198/20 199/20 199/22 200/3 200/10 200/11 203/9 204/16
**gone [1]** 194/13
**good [21]** 2/13 5/5 7/12 7/13 13/15 39/17 82/14 86/12 139/24 144/23 152/20 152/24 176/15 187/5 195/2 195/3 196/8 196/14 201/23 207/6 207/6
**GOP [2]** 183/11 183/15
**got [11]** 27/11 44/15 48/3 87/8 120/19 144/19 147/20 164/2 165/5 185/10 194/21
**gotten [2]** 94/2 187/21
**govern [1]** 8/11
**GOVERNANCE [2]** 2/13 152/25
**government [4]** 8/21 16/17 41/18 135/4
**graduate [2]** 77/4 153/6
**graduates [1]** 77/4
**great [3]** 104/12 105/13 136/2
**greater [4]** 12/7 32/20 32/23 32/24
**greatest [1]** 195/19
**greatly [1]** 102/6
**Green [1]** 94/20
**grievous [1]** 157/1
**ground [1]** 103/20
**group [4]** 2/11 5/22 30/14 51/17
**growing [1]** 137/5
**guard [1]** 20/10
**guess [5]** 37/10 65/8 173/1 187/10 191/14
**gun [3]** 59/13 60/8 64/5
**guy [1]** 145/12
**GYN [2]** 196/1 196/2

# H

**hack [11]** 43/4 103/16 116/19 121/15 121/21 122/1 122/7 122/23 166/13 166/14 171/23
**hackable [1]** 167/24
**hacked [16]** 41/4 84/7 101/14 102/2 102/16 102/23 122/21 123/1 123/12 123/23 128/6 129/6 131/15 132/9 161/13 162/9
**hacker [2]** 95/24 96/3
**hackers [1]** 15/24
**hacking [12]** 82/9 96/20 97/22 97/24 98/2 103/13 103/14 122/3 128/2 132/1 160/5 168/11
**hacks [3]** 121/9 122/5 122/6
**had [90]** 5/5 5/20 5/21 9/15 10/7 10/8 10/12 10/24 11/6 15/13 35/8 35/12 37/16 38/17 40/8 40/9 43/10 43/13 43/19 44/2 44/21 45/4 45/7 45/7 50/19 50/23 52/5 60/17 62/4 68/18 69/4 71/23 84/25 85/6 85/21 85/24 86/6 86/13 86/14 86/17 86/25 87/1 87/3 87/4 87/5 87/25 88/16 95/12 103/25 105/13 108/8 121/18 123/1 123/8 123/23 128/6 132/9 137/8 138/18 140/7 141/5 146/8 148/17 153/25 155/15 156/14 156/17 156/20 156/24 157/16 158/23 161/17 163/9 164/4 164/15 168/19 174/6 187/11

**hadn't [3]** 70/14 116/24 187/12
**HALDERMAN [77]** 4/4 5/6 6/25 7/2 7/7 7/12 7/20 12/12 13/24 17/19 19/24 22/22 25/4 27/2 29/5 30/12 36/4 37/1 38/22 40/8 40/21 45/15 51/4 51/15 53/23 58/13 61/24 65/19 66/22 71/15 76/1 78/9 79/8 80/18 83/2 83/23 84/6 85/15 87/10 89/15 91/2 92/20 94/7 97/9 97/11 97/22 98/5 99/9 101/13 102/15 103/25 104/8 105/1 105/3 105/25 109/18 110/1 110/25 111/20 111/25 113/3 114/10 115/17 120/10 122/4 124/14 128/22 129/7 129/9 129/19 129/23 129/25 130/22 133/14 150/5 150/7 150/11
**Halderman's [9]** 88/21 101/7 108/12 109/11 109/12 109/23 110/16 130/1 151/24
**half [4]** 48/22 48/23 83/8 115/13
**Hall [1]** 11/8
**HALSEY [1]** 2/8
**hammer [1]** 98/17
**hand [53]** 16/11 29/7 29/11 29/25 30/5 30/6 30/8 46/6 46/15 55/13 56/15 57/11 63/1 63/2 63/5 74/4 74/5 74/23 74/24 75/5 75/14 80/22 80/25 81/8 81/13 81/18 81/19 81/21 82/2 101/16 102/1 102/24 103/17 123/22 127/24 128/7 132/15 132/18 132/20 132/21 132/23 133/10 133/15 147/4 152/7 153/21 153/24 167/6 167/18 168/3 176/4 202/20 208/12
**hand-count [1]** 202/20
**hand-marked [46]** 16/11 29/7 29/11 29/25 30/5 30/6 30/8 46/6 46/15 55/13 56/15 63/1 63/2 63/5 74/4 74/5 74/23 74/24 75/5 75/14 80/22 80/25 81/8 81/13 81/18 81/19 81/21 82/2 101/16 102/1 102/24 103/17 123/22 127/24 128/7 132/15 132/18 132/20 132/21 132/23 133/10 133/15 153/24 167/6 167/18 168/3
**handed [6]** 51/4 91/2 97/9 126/6 177/24 199/5
**handful [1]** 121/18
**handle [3]** 38/8 190/2 200/11
**handling [1]** 190/7
**hands [1]** 59/8
**happen [6]** 76/3 76/5 131/14 162/13 168/17 178/8
**happened [9]** 24/23 44/5 72/16 86/17 135/8 135/10 136/17 160/14 169/13
**happening [2]** 5/7 156/9
**happens [3]** 65/20 77/2 140/3
**happy [2]** 81/5 180/8
**hard [13]** 17/6 59/1 59/12 64/3 64/15 65/20 75/25 91/18 102/18 107/1 107/3 120/5 154/8
**hard-coded [1]** 59/1
**harder [2]** 154/15 160/15
**hardware [4]** 35/1 35/4 58/16 160/4
**Harri [1]** 18/5
**Hart [1]** 92/18
**has [113]** 1/6 7/24 12/6 21/12 21/19 22/10 22/17 23/1 24/15 25/25 26/20

187/13 187/19 191/9 191/24 195/24 196/6 203/14 205/24 206/1 206/5 206/18 208/9

191/7 27/6 27/9 27/9 27/24 28/5 28/8 29/19 30/17 48/15 48/18 48/18 48/20 49/15 51/24 53/15 61/20 62/4 62/5 69/5 69/5 69/24 70/16 74/20 76/13 78/8 93/16 99/1 99/10 99/13 99/15 100/23 101/18 102/16 104/12 104/23 108/14 111/21 114/3 115/23 117/14 117/21 118/18 121/5 121/20 122/17 123/12 133/19 134/24 135/3 135/7 136/7 136/8 136/10 136/16 136/17 136/18 136/19 140/2 141/23 142/5 142/6 142/9 143/1 143/7 143/11 147/23 148/6 149/20 150/11 150/12 150/13 155/21 158/25 161/5 161/13 161/24 162/9 178/21 180/14 181/8 181/23 184/3 184/4 184/20 185/18 186/17 187/4 187/8 188/2 188/9 188/25 189/9 190/21 190/25 191/2 200/21 204/21 205/10 205/15 205/15 206/1
**hash [1]** 117/23
**hasn't [1]** 88/19
**hate [2]** 45/9 135/10
**have [355]**
**haven't [8]** 25/12 73/12 81/17 81/20 102/17 160/10 172/18 203/14
**having [7]** 5/2 12/16 28/19 28/20 28/20 29/6 29/24 37/14 42/4 63/18 68/24 69/9 70/23 97/3 99/6 126/3 130/18 131/24 136/13 139/7 152/17 170/23 176/12 201/19 205/6
**he [74]** 6/6 12/6 22/14 28/5 28/5 37/1 37/2 37/4 37/8 38/7 38/16 38/18 38/23 38/24 39/20 44/22 45/4 45/6 65/20 65/21 78/9 78/16 78/17 78/17 78/20 79/16 80/5 89/9 89/10 97/17 104/12 104/13 105/2 105/5 105/7 105/8 110/2 111/21 113/4 113/7 113/8 113/8 121/18 121/20 122/3 125/15 125/21 131/6 133/19 140/2 140/18 140/18 140/18 140/19 148/6 148/6 148/10 149/20 150/12 164/2 164/2 164/3 183/14 183/17 191/21 200/7 203/11 204/19 205/10 205/15 205/15 205/24 205/24 206/1
**he's [8]** 5/9 78/14 78/20 113/6 148/11 148/17 149/4 179/1
**head [3]** 18/18 155/10 204/8
**hear [2]** 145/25 157/3
**heard [5]** 11/9 11/9 15/9 172/7 206/11
**hearsay [17]** 51/11 88/21 88/23 89/8 129/18 170/13 170/25 171/5 180/23 181/15 185/3 186/24 188/10 203/16 203/17 204/22 206/8
**heart [1]** 183/20
**held [1]** 208/10
**Hello [1]** 158/18
**helped [2]** 55/24 173/13
**helpful [3]** 12/9 45/11 96/9
**helping [1]** 204/5
**her [21]** 5/23 6/1 6/3 6/14 6/15 140/25 141/1 141/13 142/8 143/12 148/3 148/22 161/25 162/3 170/1 171/2 171/4 171/8 188/7 194/12 196/13
**here [46]** 5/9 6/25 17/10 18/23 25/1 25/11 27/11 34/3 37/11 42/8 44/15 44/21 48/16 56/13 67/5 68/16 70/21 93/7 108/15 112/24 114/15 136/1 138/23 140/23 141/2 147/11 147/20

223

**H**

**here... [19]** 147/24 148/7 159/22 168/13 170/8 179/20 181/3 181/5 182/25 190/12 194/7 196/3 196/6 200/19 201/6 201/25 203/6 204/24 207/10

**hereby [1]** 208/8

**hereunto [1]** 208/12

**HERNANDEZ [1]** 3/8

**high [1]** 103/19

**high-tech [1]** 103/19

**highlighted [1]** 100/13

**him [31]** 5/10 22/14 38/21 39/20 78/12 78/16 79/4 88/23 89/12 97/18 104/10 104/16 113/4 121/15 121/17 121/23 122/1 122/2 124/10 128/15 128/16 140/4 147/10 148/8 176/1 176/2 196/7 196/12 196/13 201/7 203/22

**his [30]** 5/9 22/16 28/4 35/15 78/10 78/18 78/22 79/16 80/9 96/23 97/12 101/5 109/13 109/14 109/18 110/9 124/5 128/13 128/18 137/10 148/15 149/2 149/19 150/5 192/10 196/6 196/12 204/19 204/20 205/14

**hold [3]** 142/18 169/19 190/5

**home [1]** 148/25

**honor [146]** 5/5 6/5 11/20 11/22 21/3 22/19 23/23 35/15 36/19 36/24 37/19 38/16 40/4 45/2 45/12 51/1 51/9 51/11 53/11 53/17 61/18 62/7 63/10 65/13 65/18 65/23 78/7 78/9 79/6 79/10 79/15 79/22 80/6 80/8 82/11 82/16 82/24 83/11 83/16 84/4 86/11 88/20 89/1 89/5 89/13 90/24 96/25 97/7 101/4 101/6 102/10 103/24 104/1 104/23 105/15 105/21 106/9 107/18 107/22 108/10 111/1 111/2 111/8 112/24 113/9 113/19 124/1 124/5 124/8 128/10 129/8 129/17 129/24 130/6 130/11 130/17 133/17 133/20 134/13 134/15 135/3 139/19 139/20 140/22 141/5 144/19 146/19 147/23 149/5 150/4 151/10 152/4 161/15 170/1 170/12 170/25 171/1 173/2 173/20 173/25 175/3 175/8 175/11 175/25 178/23 180/1 180/22 181/14 184/2 184/18 185/1 185/7 185/8 186/1 186/23 187/17 189/14 190/10 191/7 191/8 191/22 192/4 192/12 192/22 193/13 194/18 194/21 196/9 196/18 196/20 197/4 197/6 197/11 198/2 198/9 198/15 199/2 199/14 199/24 200/6 200/8 200/9 203/10 203/18 204/16 206/4

**Honor's [5]** 79/23 80/15 107/25 111/12 205/25

**HONORABLE [1]** 1/11

**hope [3]** 82/20 134/17 166/8

**hoping [1]** 140/3

**horse [1]** 135/10

**HORST [1]** 2/9

**host [1]** 135/15

**hour [1]** 163/16

**hours [3]** 54/15 156/6 170/9

**house [1]** 74/16

**how [55]** 6/14 13/2 14/13 18/15 18/20 23/17 31/8 32/1 37/12 46/8 48/13 49/12 56/20 59/25 61/7 62/9 64/14 68/16 73/15 77/1 77/20 80/2 80/5 82/23 90/16 106/7 108/18 109/22 110/3 110/12 112/22 113/14 119/8 120/12 121/15 121/17 121/20 122/1 123/5 124/18 124/19 137/24 138/2 140/11 153/18 155/6 161/9 176/23 177/20 178/2 178/14 190/1 190/2 190/2 190/8

**however [5]** 1/7 6/2 14/9 149/24 197/5

**huh [2]** 44/17 162/17

**human [14]** 24/20 42/8 46/15 47/2 62/20 62/22 70/11 72/2 95/17 118/8 118/14 165/13 166/12 166/18

**hundreds [4]** 125/9 125/12 136/11 138/5

**Hursti [3]** 18/5 19/7 54/6

**husband [1]** 156/5

**hypothetical [3]** 109/15 110/4 110/7

**I**

**I'd [1]** 157/23

**I'll [17]** 83/9 97/6 112/24 113/20 124/1 130/4 145/16 147/17 149/5 170/21 180/22 194/17 200/17 200/19 205/17 206/7 207/9

**I'm [142]** 11/16 12/5 14/24 16/18 18/5 19/5 19/13 19/14 21/2 21/5 21/21 21/22 22/4 22/4 23/17 23/24 24/23 25/11 26/4 29/4 32/13 33/18 35/14 36/4 37/25 39/7 41/11 41/11 42/16 43/25 44/7 44/7 45/17 48/25 53/12 60/12 60/12 61/21 63/17 65/25 66/23 67/24 67/24 72/22 73/23 74/12 75/25 76/4 76/4 76/10 78/5 79/1 79/21 81/3 81/5 82/12 82/16 82/19 83/1 83/2 86/22 87/19 88/11 91/4 97/2 97/23 99/20 99/22 100/3 104/2 107/19 108/12 108/15 113/3 114/10 117/7 125/18 126/3 126/11 128/24 130/15 130/18 131/22 135/18 138/24 139/5 140/3 140/20 143/15 143/17 144/23 147/2 147/6 147/11 147/18 148/21 149/7 151/4 157/2 157/5 159/11 159/24 160/22 160/24 162/3 164/3 165/20 165/22 167/23 168/3 169/8 171/5 172/17 178/19 179/20 180/8 180/13 182/9 183/2 183/15 183/19 184/2 185/4 185/11 187/3 188/3 189/17 190/10 190/16 191/25 192/11 192/17 193/14 196/14 197/10 197/13 199/1 199/20 202/10 204/9 204/16 207/1

**I've [12]** 14/7 17/22 17/25 19/3 31/25 32/3 32/3 68/17 126/6 153/25 160/11 194/21

**i.e [1]** 22/8

**ICC [1]** 120/16

**ICHTER [2]** 2/20 2/21

**ICP [19]** 33/10 73/10 73/13 80/18 80/20 80/21 81/2 81/4 81/17 81/22 82/1 82/5 82/6 102/15 102/17 102/20 102/21 102/23 102/24

**ICPs [2]** 63/23 80/25

**ICX [24]** 11/19 12/22 13/6 24/12 27/1 33/8 34/15 35/22 40/22 42/11 43/4 43/8 60/19 64/9 82/4 91/24 92/3 99/11 99/19 101/2 102/20 130/23 131/7 134/9

**ICXs [4]** 15/7 15/24 17/5 26/18

**idea [7]** 106/17 137/24 139/1 167/14 171/15 171/18 203/20

**ideas [1]** 28/2

**identification [1]** 182/10

**identified [23]** 11/15 13/1 13/3 15/7 78/3 80/24 81/2 81/4 85/5 85/7 88/4 106/2 109/22 113/16 115/25 116/1 116/3 121/9 187/23 188/3 193/1 202/8 205/16

**identifies [1]** 76/5

**identify [13]** 23/20 39/13 39/15 47/15 56/14 58/15 76/8 117/2 182/11 185/5 201/7 202/12 203/22

**ignore [2]** 46/11 46/14

**iii [4]** 2/13 2/16 2/18 108/22

**illegal [1]** 92/4

**illustrate [1]** 109/22

**illustrates [1]** 110/18

**image [2]** 86/12 87/3

**ImageCast [5]** 20/2 20/4 22/6 117/1 117/10

**imaged [3]** 10/8 10/12 86/13

**images [11]** 18/1 23/7 25/21 63/15 63/17 63/23 81/23 85/15 85/20 86/5 86/8

**imagine [2]** 138/7 147/16

**imaging [1]** 10/19

**immediately [4]** 25/1 30/2 38/1 119/22

**impact [3]** 77/14 84/13 131/12

**impeaching [1]** 78/11

**imperfect [1]** 9/22

**implement [10]** 9/8 16/5 76/18 106/1 106/16 106/18 113/15 121/9 121/15 122/1

**implementation [7]** 59/24 60/4 114/23 116/7 116/13 116/22 119/19

**implemented [9]** 48/25 59/4 60/2 116/24 117/14 117/21 118/18 121/21 194/4

**implementing [3]** 60/5 60/7 130/23

**import [1]** 74/8

**importance [2]** 24/21 202/16

**important [18]** 12/19 14/8 16/10 17/16 24/13 25/25 26/22 28/17 28/21 30/18 56/19 59/6 99/8 102/23 136/13 140/2 184/16 190/6

**impose [2]** 71/10 71/12

**impossible [3]** 27/23 75/3 146/13

**impracticable [1]** 124/23

**impractical [1]** 57/1

**impression [1]** 46/19

**improper [2]** 128/18 128/19

**improvement [5]** 28/24 29/2 57/19 58/2 71/25

**inability [1]** 24/1

**inappropriate [1]** 17/12

**Inc [1]** 109/5

**incident [1]** 44/13

**include [6]** 24/15 106/6 106/12 118/9 199/11 199/15

**included [10]** 19/11 29/19 67/5 85/4 88/21 93/10 95/17 108/25 198/14 198/21

**includes [4]** 90/6 91/8 137/17 137/20

**including [11]** 59/5 60/25 68/25 93/12 116/12 120/21 122/11 128/2 135/6 136/7 137/14

**incomplete [1]** 188/5

**inconsistent [1]** 24/20

**inconsistently [1]** 118/14

**incorrect [2]** 97/13 165/18

**I**

**incorrectly [2]** 82/2 142/7
**increase [1]** 70/3
**increased [4]** 48/19 48/20 120/12 121/6
**increases [1]** 87/11
**indeed [1]** 188/3
**independent [2]** 8/16 137/12
**independently [1]** 17/18
**indicate [9]** 59/1 114/22 114/24 116/7 116/9 116/13 116/16 116/22 119/6
**indicated [2]** 91/14 180/5
**indicates [2]** 23/1 32/20
**indicating [1]** 114/17
**indication [1]** 13/5 120/2
**indications [1]** 132/1
**individual [5]** 20/1 47/13 61/11 68/19 70/9
**individually [1]** 16/18
**individuals [2]** 62/12 138/23
**infeasible [1]** 104/18
**infinite [3]** 61/1 61/3 61/8
**inflammatory [1]** 38/25
**information [27]** 10/23 18/4 36/22 42/21 43/3 44/11 44/21 44/24 68/25 89/21 89/23 105/10 118/4 120/14 137/13 138/21 139/2 139/14 147/16 149/16 172/16 172/18 179/17 187/8 187/11 188/11 195/12
**informed [2]** 10/18 110/24
**infrastructure [1]** 70/3
**infrequent [1]** 24/24
**initially [1]** 7/21
**initiating [1]** 177/20
**injection [1]** 65/21
**injuries [1]** 158/9
**injury [1]** 157/1
**input [1]** 15/3
**inquiring [1]** 108/2
**insecure [2]** 8/6 122/9
**insert [1]** 154/6
**inserting [1]** 62/13
**insertion [2]** 161/13 162/9
**inside [4]** 35/2 35/4 60/21 167/21
**insider [6]** 62/24 62/25 63/7 63/10 73/4 101/22
**insiders [4]** 62/9 63/19 73/9 102/7
**inspected [2]** 38/17 87/25
**inspecting [2]** 81/14 87/22
**install [8]** 72/6 73/10 82/1 82/7 88/13 109/10 109/24 117/10
**installation [8]** 34/4 35/4 49/25 72/5 72/17 73/5 73/6 73/19
**installed [8]** 15/15 26/18 34/17 35/21 36/5 64/2 88/2 108/18
**installing [7]** 11/17 34/10 34/15 34/23 35/1 72/25 115/24
**instance [6]** 23/7 29/15 66/9 67/12 94/1 191/14
**instances [1]** 69/4
**instead [7]** 28/15 66/16 68/18 69/8 75/20 75/23 153/21
**instruct [1]** 66/17
**instructions [1]** 121/2
**insufficient [1]** 47/14
**insulting [1]** 147/15
**integrate [1]** 120/4

**intelligence [1]** 135/22
**intend [1]** 158/13
**intended [2]** 99/7 184/3
**intent [9]** 27/22 127/13 132/16 132/22 133/3 133/4 133/7 133/10 133/15
**intentions [1]** 48/24
**interact [1]** 86/10
**interacted [2]** 85/22 86/7
**InterCivic [1]** 92/18
**interest [1]** 141/13
**interested [3]** 8/8 160/12 179/20
**interesting [2]** 27/24 29/13
**interface [3]** 56/3 56/4 133/6
**interfaced [1]** 137/15
**internal [2]** 35/6 35/13
**internalize [1]** 32/7
**internationally [1]** 135/1
**internet [3]** 22/8 22/11 105/1
**interrupt [2]** 160/24 183/7
**intervention [5]** 52/25 56/22 56/22 56/25 57/5
**interventions [4]** 52/11 52/15 57/2 58/10
**introduce [3]** 69/17 78/18 130/2
**introduced [1]** 185/6
**introducing [1]** 79/14
**intruders [1]** 73/9
**intrusion [5]** 24/5 74/9 74/25 86/17 87/11
**investigate [1]** 177/11
**investigated [1]** 184/17
**investigating [1]** 177/3
**investigation [7]** 177/20 177/25 178/4 178/5 178/10 181/12 186/16
**investigations [2]** 135/8 177/7
**investigative [1]** 195/11
**investigators [4]** 177/25 178/3 178/11 187/15
**invisible [1]** 71/21
**involve [5]** 29/14 29/16 29/17 52/4 177/14
**involved [16]** 31/17 32/14 35/17 40/9 40/20 44/4 44/22 52/2 52/5 71/3 95/16 103/7 146/5 168/6 200/15 200/21
**involves [7]** 20/24 30/18 73/21 73/25 73/25 99/5 180/15
**involving [3]** 32/4 179/22 181/8
**is [821]**
**isn't [7]** 47/24 77/1 83/4 149/2 161/20 167/6 170/8
**issue [35]** 22/16 58/23 61/20 70/16 79/13 80/4 87/20 95/4 96/4 111/3 111/6 111/6 113/1 128/16 131/24 140/23 141/23 143/6 144/20 146/8 172/3 175/14 180/15 180/20 186/25 187/18 188/25 189/25 190/20 191/1 196/21 200/24 202/15 204/11 204/13
**issued [5]** 36/9 50/1 50/8 54/18 135/13
**issues [18]** 31/17 71/11 71/13 79/2 84/19 95/6 101/9 111/3 134/24 160/16 177/14 184/15 189/21 189/22 200/16 202/3 204/1 204/14
**issuing [1]** 111/17
**it [586]**
**items [8]** 5/6 5/13 22/14 56/14 58/9 58/14 58/18 107/24
**its [13]** 8/16 16/24 20/25 21/12 21/19 91/22 100/16 115/24 116/12 123/11

**intelligence [1]** 135/22
**itself [10]** 15/18 34/18 35/17 36/5 78/13 88/2 110/20 145/5 178/16 186/19

**J**

**J-A-N-I-C-E [1]** 176/9
**J-O-H-N-S-T-O-N [1]** 176/9
**JACOUTOT [1]** 3/7
**jam [1]** 156/22
**Jan [1]** 5/20
**JANICE [4]** 4/14 141/6 176/8 176/11
**JANUARY [10]** 1/13 5/2 44/22 45/8 84/14 85/10 85/13 163/4 164/17 208/13
**January 2021 [4]** 84/14 85/13 163/4 164/17
**JAVIER [1]** 3/4
**Jeff [1]** 121/12
**JEFFREY [2]** 2/2 150/7
**Jersey [1]** 157/23
**Jill [1]** 94/15
**job [4]** 187/5 195/15 195/18 195/19
**John's [1]** 153/7
**JOHNSTON [24]** 4/14 5/20 6/10 140/23 141/6 147/25 148/21 175/11 176/8 176/11 176/15 179/12 180/13 182/5 183/23 186/13 188/20 189/21 191/11 192/14 192/25 195/2 195/14 195/21
**Johnston's [1]** 141/3
**join [2]** 203/18 206/7
**joint [4]** 125/16 125/18 125/19 125/21
**JOSH [1]** 3/4
**JR [1]** 3/9
**Juan [6]** 27/24 124/5 150/22 151/15 198/4 199/25
**judge [26]** 1/12 5/18 6/23 40/3 96/8 96/11 96/14 96/17 96/20 97/22 97/24 151/4 180/8 181/4 182/6 183/8 186/20 187/3 188/1 191/3 201/1 202/4 205/4 205/18 206/17 206/24
**judge's [2]** 62/24 97/3
**July [11]** 14/12 35/15 36/9 42/20 44/1 44/5 44/24 50/1 54/18 157/25 202/14
**July '21 [1]** 54/18
**July 14 [1]** 202/14
**July 1st [4]** 14/12 35/15 44/1 44/5
**July 2021 [2]** 36/9 42/20
**July 31st [1]** 50/1
**jump [1]** 25/1
**juncture [3]** 187/25 188/5 194/12
**June [7]** 25/7 25/10 163/10 163/11 163/23 164/12 169/13
**June 2020 [2]** 163/10 163/11
**June 30th [2]** 25/7 25/10
**jurisdiction [3]** 31/8 94/1 178/16
**jurisdictions [18]** 20/9 20/12 20/13 29/20 29/23 45/16 89/16 89/18 89/25 90/4 90/6 90/9 90/13 90/17 91/9 91/11 94/24 114/17
**just [157]** 12/23 13/8 18/8 23/20 23/21 33/4 33/25 36/13 37/4 37/24 38/13 39/5 39/21 39/24 40/8 42/16 50/10 54/22 55/8 57/2 58/10 60/12 61/16 62/20 64/15 66/2 68/15 68/17 68/20 70/19 72/6 72/14 73/5 75/14 75/14 76/2 79/11 79/22 81/15 82/6 83/8 84/2 86/3 86/24 92/25 93/8 94/3 94/7 98/19 99/16 104/4 104/10 104/20 105/3 105/15 107/1 108/13 108/15 109/19 111/3 111/5

**J**

just... [96] 111/19 112/24 113/6 115/3 117/15 119/9 119/16 120/17 121/2 121/18 122/19 123/2 123/12 123/15 124/1 128/16 129/4 129/11 130/15 133/12 134/16 134/23 135/11 135/18 136/9 140/2 140/20 143/17 147/15 147/21 148/19 148/21 148/22 149/5 154/1 154/14 154/24 156/22 156/25 157/6 157/21 158/4 158/5 159/5 159/12 161/19 162/3 162/3 165/15 166/10 167/15 168/11 170/12 172/18 173/5 173/6 173/20 174/4 174/18 175/19 177/13 178/23 178/25 179/16 182/20 183/8 183/11 184/18 184/20 185/4 185/9 185/19 185/24 185/24 186/19 186/19 186/23 187/3 190/16 191/8 191/16 191/20 191/25 192/12 193/13 193/18 194/21 195/25 197/12 199/5 201/13 201/14 203/14 203/19 205/19 206/4

**K**

KAISER [1] 2/5
Kaspersky [1] 11/1
keep [7] 39/5 53/13 69/9 69/10 130/15 156/24 206/12
kept [1] 17/4
Kevin [2] 148/2 148/5
key [4] 24/17 69/18 69/24 69/25
keys [2] 117/18 117/19
kidding [1] 173/5
kids [1] 157/25
kind [19] 17/12 38/20 39/2 56/4 56/25 70/14 72/9 73/12 74/7 108/13 115/1 133/11 142/11 142/14 157/25 166/13 171/22 173/13 204/21
kinds [1] 74/7
KNAPP [2] 2/8
knew [1] 42/25
know [106] 5/7 6/6 6/19 6/20 6/21 9/14 10/20 10/21 12/2 12/3 17/24 18/15 18/20 26/12 27/24 28/4 30/12 38/9 38/10 43/22 44/9 45/5 48/13 48/22 48/23 49/5 53/11 56/20 57/22 58/3 58/6 69/16 70/2 70/5 70/16 70/20 71/3 74/3 74/14 74/18 74/20 75/4 97/17 108/15 118/20 118/23 134/20 138/5 138/9 138/21 138/24 139/3 139/4 139/5 139/6 141/13 143/20 144/6 145/11 147/9 147/14 148/22 154/14 156/12 156/13 156/16 156/19 157/23 158/2 158/2 160/12 161/16 164/4 165/8 165/9 165/20 165/21 165/23 166/3 166/4 166/15 167/24 168/15 170/6 170/10 170/22 171/19 172/15 182/15 183/18 184/4 184/7 187/8 187/24 188/15 189/8 190/21 190/22 190/25 192/7 196/5 197/1 199/22 203/11 203/15 205/4
knowledge [5] 84/16 121/20 137/12 137/12 141/19
known [3] 78/1 108/19 152/13
knows [2] 45/5 89/10
KREVOLIN [1] 2/9

**L**

lab [3] 16/14 17/2 17/5
laboratory [1] 120/17

lack [7] 23/25 28/14 90/15 96/20 97/22 111/11 111/13
lacked [1] 25/25
ladies [2] 144/11 190/17
landscape [4] 134/24 136/2 136/10 137/3
language [2] 114/16 129/20
languages [1] 56/8
laptop [1] 11/1
large [9] 44/25 72/20 73/2 90/6 91/22 92/13 103/20 119/5 119/5
LAROSS [3] 3/7 4/12 158/18
last [23] 5/22 5/23 6/1 21/6 24/18 26/13 26/14 52/8 58/9 88/22 118/7 127/5 127/5 127/5 127/10 140/15 157/7 157/8 163/13 186/7 201/13 201/25 207/2
late [1] 82/22
later [8] 37/3 86/12 108/9 108/14 130/4 130/15 149/20 193/18
latter [1] 42/19
launching [1] 98/11
LAURA [2] 2/13 2/18
law [9] 2/15 2/17 2/24 109/2 143/10 146/10 160/2 197/12 197/25
Lawrence [1] 153/5
lawsuit [2] 18/6 189/16
lay [1] 12/8
layer [1] 9/11
layers [3] 9/20 9/20 9/22
layout [4] 18/8 18/25 112/17 114/4
layouts [2] 18/21 19/3
leads [2] 19/11 46/19
leaked [2] 44/3 70/2
leaks [1] 44/5
learn [1] 86/16
learned [5] 10/11 10/14 10/19 11/5 11/7
learning [2] 10/8 43/25
least [15] 6/13 7/21 19/4 53/5 70/10 71/22 73/18 80/9 137/13 139/21 146/12 149/2 162/25 198/12 206/15
leave [1] 12/17
legal [5] 112/25 113/4 178/24 179/9 192/1
legitimate [2] 99/3 205/14
leisure [1] 120/20
length [3] 113/23 134/21 205/10
Leon [2] 156/5 156/7
less [9] 8/6 63/20 71/2 74/9 74/10 82/5 136/16 150/22 174/19
let [26] 6/5 12/10 14/24 23/4 43/20 43/24 68/1 69/1 92/25 97/6 107/18 130/3 138/11 141/12 147/17 148/25 164/13 165/3 173/6 175/17 177/11 185/24 191/16 194/17 203/5 203/7
let's [13] 11/11 23/21 33/6 40/21 46/24 72/4 122/5 130/15 147/21 150/18 164/13 165/1 169/22
letter [4] 125/16 125/18 125/19 125/21
level [4] 13/11 106/18 151/25 184/15
lever [1] 157/24
libraries [4] 66/24 67/3 67/6 67/7
library [3] 156/5 156/12 156/12
life [1] 203/7
light [5] 10/13 44/11 44/16 135/7 139/17
like [56] 5/19 6/3 9/12 11/2 11/18 23/15 37/1 38/10 38/10 45/5 45/6 49/17 56/7

6/18 66/9 69/4 71/5 71/16 77/3 81/6 81/15 87/14 96/14 105/12 119/13 120/24 124/19 124/20 129/10 136/5 140/25 143/4 143/12 147/10 147/24 148/3 148/17 150/25 151/14 156/12 156/23 157/9 157/25 158/6 160/15 163/17 173/1 173/20 178/4 179/15 185/19 190/11 197/7 198/3 199/9 204/24
likelihood [1] 10/24
likely [11] 9/21 10/17 12/23 33/23 47/9 52/20 73/12 75/3 82/6 147/5 149/4
limitation [1] 93/6
limited [3] 80/20 108/2 203/13
limiting [16] 15/1 15/3 28/12 47/16 47/18 48/1 48/5 48/7 48/10 48/14 49/2 49/7 49/10 75/8 103/1 118/21
Lindell [3] 44/21 45/4 137/15
Lindell's [5] 44/8 45/23 137/9 137/17 138/19
line [13] 1/6 38/16 41/6 68/18 78/12 101/10 108/2 155/16 156/6 169/19 170/6 170/21 171/9
lines [2] 156/5 156/10 163/17 168/19 169/6 169/7 169/12
lineup [1] 156/13
liquor [1] 38/2
list [17] 5/21 6/7 6/7 6/9 12/12 13/12 20/21 22/22 57/5 57/11 58/18 141/8 154/14 154/15 176/25 198/21 199/4
listed [5] 5/21 24/25 94/1 109/17 118/12
listen [1] 145/17
listened [1] 11/8
lists [1] 91/7
literally [1] 37/4
literature [1] 55/1
litigation [2] 2/11 158/10
little [23] 11/11 14/22 27/14 33/6 46/24 53/12 70/20 72/4 112/5 144/19 145/11 146/3 147/19 149/1 150/17 156/14 165/20 169/18 169/21 174/20 179/15 185/11 197/22
LITTLEFIELD [1] 3/5
live [9] 89/25 90/3 90/12 90/17 91/12 109/12 151/21 159/6 175/19
lived [1] 159/14
LLC [1] 3/5
LLP [1] 2/7
loaded [6] 59/13 60/8 64/5 64/22 65/10 66/24
loading [1] 84/8
locate [2] 129/12 130/13
located [1] 17/2
location [2] 131/4 155/24
locations [4] 18/10 18/22 18/23 25/25
lodge [3] 181/18 189/14 192/5
lodged [1] 187/4
log [2] 139/13 156/22
logged [1] 177/22
logic [8] 13/24 14/2 14/5 14/8 14/10 14/13 46/23 117/24
logical [1] 151/18
logistical [1] 175/14
Logistically [1] 148/14
logs [2] 67/16 67/19
long [27] 15/1 23/17 51/24 70/5 86/14 97/20 106/16 106/17 121/17 140/5

**L**

**long... [17]** 155/21 156/5 156/20 168/19 169/6 169/7 169/12 170/11 170/23 174/14 175/23 176/23 185/12 188/7 188/14 195/24 198/6
**longer [2]** 163/9 169/18
**look [18]** 8/15 8/19 17/24 52/7 52/16 54/22 54/24 59/10 68/20 81/15 86/23 126/19 140/25 185/24 193/18 202/7 205/16 206/23
**looked [4]** 17/25 18/1 141/18 143/3
**looking [13]** 12/4 18/9 21/5 22/22 38/9 100/7 126/12 130/15 136/21 161/19 173/3 185/4 199/1
**looks [4]** 71/5 182/23 185/17 204/24
**Los [4]** 93/1 93/4 93/15 94/7
**Los Angeles [4]** 93/1 93/4 93/15 94/7
**lose [1]** 122/14
**lost [2]** 86/18 143/11
**lot [13]** 30/16 30/18 32/5 37/23 48/15 48/18 48/19 86/15 136/17 149/8 155/22 179/16 198/18
**loud [1]** 117/15
**louder [1]** 146/3
**Louisiana [2]** 91/15 91/17
**love [6]** 157/21 158/1 158/3 158/4 158/5 160/12
**low [1]** 98/10
**low-tech [1]** 98/10
**lower [1]** 182/12
**luck [1]** 139/24
**lunch [1]** 83/14

**M**

**M-A-R-G-A-R-E-T [1]** 152/14
**M-I-S-S-E-T-T [1]** 152/13
**ma'am [1]** 194/9
**machine [17]** 13/9 25/24 62/6 73/5 84/8 95/17 102/9 108/19 109/10 109/24 119/9 119/15 119/16 120/25 166/15 167/16 202/22
**machines [9]** 95/1 95/9 95/20 95/25 96/4 101/13 107/5 119/14 123/7
**made [16]** 18/9 23/1 39/20 45/20 45/22 45/25 100/12 111/5 136/2 137/16 138/1 145/23 168/2 169/3 178/13 179/3
**magnifying [2]** 172/9 173/4
**magnitude [1]** 73/14
**mail [16]** 90/7 91/12 93/4 93/13 93/14 93/18 94/8 94/11 102/5 142/17 142/20 142/23 142/24 153/23 157/17 163/24
**mail-in [7]** 90/7 93/4 102/5 142/17 142/20 142/23 142/24
**maintain [1]** 107/3
**maintains [1]** 89/22
**major [5]** 28/6 28/6 49/11 93/21 172/4
**make [44]** 12/22 16/16 39/4 45/9 50/12 52/20 56/18 57/17 59/11 60/24 65/1 65/2 68/13 68/14 71/21 73/6 82/1 87/17 98/15 100/21 105/16 111/4 111/17 121/2 122/14 132/17 132/19 132/24 133/13 155/25 159/5 161/19 166/21 172/23 178/17 178/21 179/2 183/8 184/20 184/21 188/5 203/5 203/7 206/12
**maker [1]** 30/17
**makes [6]** 28/21 67/8 73/2 87/17

132/22 146/13
**making [3]** 99/2 100/20 169/8
**malfunctioning [4]** 131/13 131/25 132/7 168/15
**malicious [4]** 17/17 35/1 59/20 123/10
**maliciously [1]** 133/8
**malware [76]** 14/4 14/7 14/19 14/21 15/15 15/17 15/18 17/4 17/8 26/17 26/20 34/4 34/10 34/15 34/17 34/18 34/24 35/21 35/22 35/25 36/3 36/5 36/6 36/8 36/10 36/11 36/14 36/16 38/6 39/9 39/11 40/10 40/12 50/11 54/17 59/5 59/9 60/9 60/9 60/14 60/15 60/17 64/2 64/4 64/9 64/13 64/16 64/22 65/3 65/10 66/3 66/3 66/4 66/5 66/17 66/22 72/6 72/25 73/10 82/1 82/7 84/8 85/17 85/18 86/4 88/1 88/2 95/24 108/18 109/10 109/24 110/3 120/24 161/14 162/10 171/25
**management [6]** 20/2 22/7 69/15 73/21 73/23 117/18
**manipulated [2]** 24/19 118/13
**manipulating [2]** 72/10 73/25
**manipulation [8]** 71/18 74/8 96/21 97/25 98/2 98/11 110/4 114/6
**manner [1]** 55/22
**manufacturer [3]** 24/3 91/25 92/15
**manufacturers [2]** 28/6 28/7
**many [24]** 18/15 18/20 19/4 20/8 20/12 20/13 26/6 48/13 49/12 59/18 77/3 77/3 85/7 91/24 120/1 121/20 122/11 123/5 136/11 137/24 138/2 140/11 153/25 155/6
**map [1]** 91/8
**March [2]** 176/24 195/6
**Margaret [3]** 152/13 158/23 158/25
**margin [2]** 72/4 78/1
**mark [2]** 51/4 63/1
**marked [49]** 16/11 29/7 29/11 29/25 30/5 30/6 30/8 46/6 46/15 55/13 56/15 63/1 63/2 63/5 74/4 74/5 74/23 74/24 75/5 75/14 80/22 80/25 81/8 81/13 81/18 81/19 81/21 82/2 93/25 97/9 101/16 102/1 102/24 103/17 123/22 127/24 128/7 132/15 132/18 132/20 132/21 132/23 133/10 133/15 153/24 167/6 167/18 168/3 182/9
**market [3]** 27/3 27/16 28/2
**marking [12]** 27/3 27/16 41/22 42/4 46/6 50/8 58/16 61/10 61/25 92/13 93/19 113/16
**Marks [3]** 7/18 18/5 19/7
**Marks' [1]** 11/8
**Martin [1]** 19/20
**MARTINO [1]** 2/6
**MARTINO-WEINHARDT [1]** 2/6
**MARY [1]** 2/5
**master [1]** 199/4
**mastered [1]** 121/19
**match [1]** 96/1
**matching [1]** 69/3
**material [1]** 37/2
**materially [3]** 43/7 87/11 121/5
**materials [2]** 75/24 195/11
**math [1]** 54/14
**matter [10]** 5/18 64/14 79/4 145/3 146/4 146/9 166/11 187/19 188/20 208/11

**matters [1]** 13/22 141/18 195/14 196/20
**MATTHAEUS [1]** 2/6
**MAX [3]** 100/5 100/9 100/12
**may [33]** 1/2 1/4 6/7 12/8 28/1 28/5 28/7 37/8 38/8 51/1 65/23 82/7 83/15 90/24 96/25 123/3 141/7 149/15 155/3 165/3 173/2 175/5 178/23 179/14 182/6 185/15 189/6 190/8 190/15 195/8 202/4 203/12 206/21
**maybe [8]** 22/19 36/4 71/2 77/2 138/6 177/21 196/15 204/25
**McGUIRE [2]** 2/16 2/17
**MD [1]** 176/11
**me [83]** 5/9 6/2 12/10 14/24 16/17 18/1 19/8 19/11 19/17 23/1 23/4 23/11 24/14 25/18 37/2 37/24 39/18 40/14 43/17 43/20 43/24 47/3 51/17 54/16 68/1 69/1 73/13 78/15 81/6 81/7 86/11 88/18 89/6 92/25 96/6 96/7 96/23 107/18 112/15 116/20 124/5 125/8 125/11 126/10 126/10 127/6 129/2 129/23 130/3 130/12 130/15 138/11 141/2 142/25 146/1 147/19 149/10 149/1 154/25 155/22 156/23 157/11 157/22 158/25 164/2 164/13 165/3 166/11 167/24 173/6 177/11 179/25 180/2 182/13 182/20 183/9 185/24 191/16 191/17 197/7 203/5 203/7 206/22
**mean [61]** 12/4 12/7 12/8 13/17 18/22 22/17 26/22 27/1 31/7 34/6 34/6 37/22 41/4 41/18 44/14 48/11 56/22 57/11 57/13 57/24 64/11 65/14 77/19 79/12 79/14 80/1 89/10 98/23 99/4 99/16 103/13 103/13 106/8 111/16 119/17 119/18 125/9 139/2 142/21 143/18 147/15 147/15 148/17 149/7 151/17 161/23 164/12 167/5 167/19 167/23 170/1 174/24 175/15 178/18 188/8 191/23 194/12 194/16 199/5 204/17 206/7
**meaning [2]** 52/15 59/2
**means [6]** 20/19 54/23 65/21 98/23 98/25 99/2
**meant [2]** 109/22 142/7
**meanwhile [2]** 136/10 144/7
**measure [1]** 33/1
**measurement [1]** 77/13
**measures [11]** 9/8 15/22 24/10 114/18 114/23 115/8 193/1 193/12 193/21 194/4 194/8
**measuring [1]** 33/2
**MECHANICAL [1]** 1/21
**mechanism [1]** 66/14
**mechanisms [2]** 118/3 118/3
**media [3]** 18/12 19/6 117/9
**meet [3]** 158/21 158/22 200/20
**meeting [4]** 173/24 178/7 178/9 202/14
**meets [1]** 41/23
**MEGAN [3]** 2/13 2/18 4/10 150/20 150/23 151/3 152/4 152/12 152/16 158/23
**member [6]** 6/11 141/6 152/24 153/2 176/20 178/20
**members [2]** 6/13 88/23
**memory [21]** 15/19 143/1 143/5 143/9 143/13 143/23 146/9 146/15 146/15 146/18 146/20 147/9 180/7 188/22

**M**

memory... **[7]**  188/25 189/4 189/7 189/10 189/21 189/25 190/5
mention **[2]**  5/19 37/17
mentioned **[10]**  25/15 26/13 60/8 121/7 158/23 159/2 159/17 162/16 172/12 195/4
merely **[6]**  12/21 13/6 13/19 21/25 110/11 110/18
Mesa **[1]**  45/24
message **[3]**  69/18 69/22 70/1
met **[2]**  47/23 158/19
method **[25]**  31/3 31/4 31/6 49/24 50/2 65/20 72/6 73/19 87/15 89/19 90/1 90/4 90/10 90/13 90/14 90/18 91/10 91/20 92/2 110/12 133/13 178/21 179/11 180/9 190/1
methodology **[2]**  93/7 110/8
metrics **[1]**  13/15
Michael **[1]**  186/8
Michigan **[22]**  10/18 10/20 10/21 11/3 16/20 17/2 30/13 30/14 45/24 49/2 49/5 49/7 49/9 49/14 77/4 88/10 112/7 137/21 138/12 138/15 138/17 138/19
Microsoft **[1]**  29/20
middle **[2]**  111/7 122/22
midterms **[3]**  155/1 155/5 160/23
midway **[1]**  128/6
might **[15]**  30/1 46/20 59/18 66/2 122/12 123/9 126/4 132/4 132/22 133/3 135/21 154/1 162/13 169/10 174/25
Mike **[2]**  44/8 45/23
Miller **[2]**  4/18 197/9
millions **[3]**  119/14 125/7 136/11
mind **[3]**  8/20 25/1 189/5
mindful **[1]**  151/2
minute **[6]**  142/20 144/15 151/23 174/19 182/20 200/17
minutes **[23]**  6/4 26/16 53/16 53/19 82/19 82/22 82/22 83/1 83/8 140/11 140/12 141/14 144/9 147/13 150/22 156/23 157/11 174/15 197/24 198/6 200/21 202/13 206/14
mismatch **[7]**  142/7 142/14 145/4 145/7 146/5 180/16 181/9
missed **[5]**  120/22 160/17 160/18 160/22 174/22
MISSETT **[19]**  2/13 2/19 4/10 148/2 150/20 150/23 151/3 151/12 152/5 152/12 152/16 152/20 154/4 157/14 158/8 158/18 158/24 173/9 173/24
missing **[4]**  88/8 88/12 115/5 116/6
Mississippi **[1]**  153/11
misspeak **[2]**  43/17 43/18
misspoke **[1]**  174/3
misstate **[1]**  170/1
mistake **[3]**  132/22 132/24 168/2
mistaken **[1]**  6/7
mistakes **[3]**  132/17 132/19 133/13
mitigate **[1]**  75/18
mitigation **[22]**  20/22 21/24 114/17 114/23 115/8 115/10 115/15 115/21 116/8 116/14 116/18 116/23 116/25 117/15 117/17 118/5 118/7 118/11 193/1 193/21 194/4 194/8
mitigations **[8]**  20/8 20/13 20/20 22/22 24/25 117/8 118/21 193/24

MITRE **[7]**  79/8 83/18 83/23 104/6 104/8 105/5 105/11
MITRE's **[1]**  78/6
mixed **[1]**  123/14
mock **[2]**  40/16 52/2
mode **[4]**  58/24 63/19 74/2 157/16
model **[7]**  17/9 83/23 104/8 107/8 107/9 107/13 107/15
modern **[1]**  102/25
modes **[2]**  28/21 60/6
modification **[1]**  102/25
modified **[6]**  40/17 67/10 101/17 101/22 103/10 103/12
modify **[3]**  20/3 103/17 103/21
modifying **[2]**  35/17 102/7
moment **[3]**  12/10 82/12 105/15
Moncla **[1]**  183/2
Monday **[10]**  147/19 148/15 149/6 149/21 149/25 150/3 196/22 200/13 200/23 205/17
monitor **[1]**  140/18
monitored **[1]**  61/5
Montgomery **[1]**  19/21
month **[1]**  186/7
months **[4]**  54/11 123/9 146/11 146/12
more **[71]**  6/18 8/3 8/6 9/10 9/21 11/11 11/13 11/16 14/17 26/25 28/22 38/8 39/21 43/24 44/24 46/24 48/22 48/23 50/12 52/17 56/2 56/6 58/10 58/13 58/23 58/23 59/3 63/22 64/13 64/19 65/3 68/15 68/19 68/22 71/1 71/10 71/12 72/4 82/4 82/17 82/25 83/2 96/14 98/10 105/22 107/18 135/4 136/16 138/6 147/19 149/4 149/8 149/16 155/25 156/8 158/15 160/15 175/3 183/19 184/12 185/15 186/11 187/8 187/24 188/11 189/17 190/24 192/17 192/18 196/15 206/15
morning **[5]**  5/5 5/9 7/12 7/13 149/22
MORRISON **[1]**  2/7
Morsell **[1]**  109/5
most **[20]**  8/7 17/16 22/25 23/9 23/15 23/21 25/1 29/7 29/9 29/11 49/14 49/14 77/1 85/7 89/22 112/6 120/21 121/18 147/5 156/12
motion **[1]**  205/24
motivated **[2]**  122/12 137/6
motivation **[1]**  55/20
move **[11]**  7/22 51/9 80/6 88/22 129/11 129/13 129/16 148/19 153/12 190/16 201/8
moved **[4]**  159/15 159/20 160/8 184/19
moving **[5]**  39/25 91/4 94/14 130/15 191/25
Mr **[10]**  4/6 4/7 4/8 4/11 4/13 4/16 4/17 4/18 4/21 89/6
Mr. **[67]**  5/8 5/14 6/5 6/17 11/8 19/7 19/20 19/21 22/25 24/6 27/6 41/3 44/21 45/4 50/23 54/6 70/5 85/2 89/2 89/7 103/4 104/4 104/6 108/4 114/11 119/2 125/14 126/7 127/23 129/22 130/24 131/2 131/7 134/22 137/9 137/15 139/16 148/25 149/6 149/21 150/10 150/12 150/15 175/25 181/16 182/21 183/2 183/3 183/7 184/1 187/9 187/14 191/14 191/19 192/2 192/5 192/6 196/22 197/9 197/23 200/25 201/11 201/14 201/23 202/7 205/21 207/10

Mr. Barnes **[3]**  24/6 187/9 187/14
Mr. Belinfante **[1]**  5/8
Mr. Bernhard **[1]**  50/23
Mr. Brown's **[1]**  191/14
Mr. Cross **[3]**  5/14 183/3 184/1
Mr. Davis **[6]**  191/19 192/2 201/11 201/14 201/23 202/7
Mr. Davis' **[2]**  192/5 192/6
Mr. Hall **[1]**  11/8
Mr. Hursti **[2]**  19/7 54/6
Mr. Lindell **[3]**  44/21 45/4 137/15
Mr. Lindell's **[1]**  137/9
Mr. Martin **[1]**  19/20
Mr. Miller **[1]**  197/9
Mr. Moncla **[1]**  183/2
Mr. Montgomery **[1]**  19/21
Mr. Oles **[8]**  6/5 6/17 175/25 181/16 182/21 183/7 200/25 205/21
Mr. Persinger **[2]**  197/23 207/10
Mr. Persinger's **[1]**  108/4
Mr. Schoenberg **[6]**  130/24 131/2 131/7 150/10 150/12 150/15
Mr. Skoglund **[4]**  148/25 149/6 149/21 196/22
Mr. Skoglund's **[1]**  139/16
Mr. Tyson **[16]**  22/25 27/6 41/3 70/5 85/2 89/2 89/7 103/4 104/4 104/6 114/11 125/14 126/7 127/23 129/22 134/22
Mr. Tyson's **[1]**  119/2
Ms **[2]**  4/12 148/25
Ms. **[20]**  6/10 7/18 11/8 18/5 19/7 94/18 94/19 94/23 140/23 141/3 141/6 148/2 148/21 175/11 179/12 180/13 182/5 183/23 188/20 189/21
Ms. Janice **[1]**  141/6
Ms. Johnston **[10]**  6/10 140/23 148/21 175/11 179/12 180/13 182/5 183/23 188/20 189/21
Ms. Johnston's **[1]**  141/3
Ms. Marks **[3]**  7/18 18/5 19/7
Ms. Marks' **[1]**  11/8
Ms. Missett **[1]**  148/2
Ms. Stein **[3]**  94/18 94/19 94/23
much **[24]**  9/21 28/22 33/24 64/19 70/19 82/5 82/25 83/2 97/6 122/18 135/6 136/6 136/6 136/23 147/10 156/25 157/10 158/15 160/7 175/4 175/6 186/11 190/23 195/24
multipage **[1]**  185/18
multiple **[15]**  9/1 56/7 60/10 61/12 61/21 62/14 62/25 63/1 64/9 64/11 92/5 106/25 121/1 126/4 133/18
multiply **[2]**  54/16 125/11
multitasking **[1]**  130/18
must **[2]**  93/16 123/3
my **[109]**  10/20 12/7 12/22 13/14 13/14 13/19 17/13 18/18 19/4 26/4 27/8 27/14 27/15 30/10 31/18 31/18 31/20 32/12 32/13 32/17 32/20 35/3 36/2 36/6 36/15 36/24 36/25 37/15 38/4 38/15 44/9 48/3 50/25 51/17 52/1 58/3 61/25 66/11 68/4 77/23 77/23 81/2 81/4 83/3 84/17 84/17 86/19 90/15 91/5 92/12 96/6 96/7 100/10 102/11 103/25 105/16 106/14 107/23 111/5 129/20 130/19 132/21 132/25 133/14 134/23 135/23 139/15 139/18 141/12 143/19 152/12 152/13

**M**

**my... [37]** 154/12 156/3 156/5 156/22 157/12 157/22 157/24 157/25 158/3 158/6 158/18 158/25 159/9 164/20 167/5 167/25 170/18 173/21 174/3 174/18 175/2 176/8 176/15 183/23 195/19 197/10 197/12 197/24 197/24 197/25 199/17 200/18 201/3 201/7 205/4 205/8 208/12
**myself [1]** 145/10

**N**

**name [12]** 38/19 59/10 152/10 152/10 152/12 158/18 159/3 176/7 176/7 176/8 176/15 204/20
**named [2]** 152/22 158/8
**names [7]** 38/17 38/23 64/3 109/19 127/12 154/15 158/2
**names/descriptions [1]** 127/12
**narration [1]** 109/12
**nation [9]** 16/3 16/7 16/14 17/7 17/12 122/12 135/6 137/4 137/7
**nation-state [7]** 16/3 16/7 16/14 17/7 17/12 135/6 137/4
**nation-states [2]** 122/12 137/7
**national [5]** 8/10 16/17 89/23 135/12 135/25
**nationally [1]** 135/1
**naturally [1]** 133/13
**nature [9]** 38/25 111/4 119/5 119/11 141/15 187/6 187/15 188/9 188/17
**near [2]** 30/2 82/16
**necessarily [14]** 29/8 35/7 47/12 47/19 50/13 59/17 60/1 67/11 75/22 88/1 122/18 132/13 149/7 179/14
**necessary [8]** 6/12 76/18 76/22 76/24 77/6 106/1 126/24 192/20
**need [38]** 6/16 6/20 6/24 17/13 24/22 37/25 38/19 53/14 59/14 59/17 64/25 67/9 69/18 73/5 73/8 75/12 75/17 77/21 102/10 103/19 111/19 132/5 132/7 144/7 148/8 148/22 148/22 149/16 154/12 160/15 168/1 173/7 174/20 179/17 181/24 188/4 197/24 207/8
**needed [9]** 37/23 42/22 43/4 52/22 64/20 65/2 77/18 187/14 190/3
**needs [3]** 15/3 149/6 196/20
**neighbors [1]** 158/6
**Neither [1]** 146/12
**network [2]** 16/21 16/24
**networks [2]** 22/8 22/11
**never [13]** 17/19 17/22 53/8 60/15 85/24 97/11 155/22 160/16 160/18 172/24 191/21 205/1 205/23
**new [8]** 10/23 82/10 82/15 110/8 117/19 136/12 153/11 157/23
**newer [2]** 71/7 137/19
**newspaper [1]** 172/7
**next [14]** 21/9 21/16 22/6 39/25 49/16 62/8 73/19 117/7 140/18 150/18 151/2 151/12 175/12 196/17
**nice [2]** 158/21 158/22
**nicely [1]** 151/24
**night [2]** 5/24 6/1
**nine [1]** 54/11
**nine months [1]** 54/11
**Ninjas [3]** 45/8 45/18 45/20

**ninth [2]** 117/17 118/5
**no [133]** 7/17 7/19 8/4 8/18 13/14 14/2 15/5 15/22 16/2 16/6 17/9 17/22 22/4 26/17 26/17 26/19 27/2 27/15 29/4 33/1 33/2 35/24 36/13 41/22 44/13 47/7 48/3 49/4 51/12 52/5 53/10 54/2 54/7 59/24 60/13 60/17 64/25 67/20 68/4 70/16 70/23 71/12 71/20 74/20 75/22 79/24 81/20 85/14 85/18 86/4 87/17 89/18 92/11 94/11 95/12 97/24 98/2 99/12 99/13 100/17 102/3 104/16 107/5 112/4 115/9 115/22 116/2 116/4 117/16 117/22 118/2 118/6 122/10 122/10 123/1 126/16 127/19 128/21 134/8 134/14 138/2 139/5 140/2 142/19 142/21 143/16 143/16 146/20 149/14 154/15 154/15 154/24 154/24 155/13 155/13 155/22 158/15 158/25 159/24 160/4 160/6 160/9 161/16 162/3 162/11 162/18 163/9 164/8 164/8 164/8 166/12 166/16 167/2 167/5 169/8 170/6 171/24 172/1 172/11 172/15 172/23 175/3 182/15 192/21 193/8 193/8 194/5 194/11 203/19 203/20 204/17 204/22 205/7
**nods [1]** 155/10
**non [2]** 39/21 104/19
**non-descript [1]** 39/21
**non-scalable [1]** 104/19
**none [3]** 106/18 144/5 145/14
**nonspecific [1]** 39/6
**nontechnical [2]** 121/3 121/7
**normal [4]** 62/20 121/3 121/7 130/22
**normally [1]** 122/3
**NORTHERN [3]** 1/1 208/4 208/7
**NortonLifeLock [1]** 109/5
**not [299]**
**note [6]** 109/4 178/25 191/8 193/13 197/12 206/4
**notebook [1]** 19/16
**noted [5]** 111/16 111/17 113/20 170/14 191/2
**notes [3]** 105/16 118/11 127/11
**nothing [7]** 48/12 80/10 100/8 104/24 105/12 191/4 204/21
**notice [3]** 61/11 188/13 203/19
**noticing [1]** 72/10
**notify [1]** 37/2
**notion [2]** 54/25 55/6
**notwithstanding [1]** 55/12
**November [1]** 163/1
**November 2020 [1]** 163/1
**now [39]** 10/1 26/22 29/21 39/3 41/23 51/21 69/8 74/16 85/15 103/3 108/14 111/2 128/21 135/5 136/14 137/3 139/22 141/7 144/14 144/14 145/14 150/11 151/17 157/14 157/14 174/5 176/20 177/18 179/12 179/20 182/19 184/3 187/1 191/13 193/17 196/17 198/21 198/25 199/10
**number [36]** 1/5 1/6 1/5 18/18 48/15 50/25 62/11 62/12 62/16 62/16 68/5 72/16 74/12 77/18 77/21 87/19 90/2 90/3 90/11 91/7 119/5 127/23 141/23 154/25 177/23 179/13 179/15 179/19 180/15 182/19 184/16 188/14 189/9 198/7 204/1 204/14
**Number 2023-025 [1]** 141/23

**numbers [2]** 21/6 93/18

**O**

**oath [5]** 7/3 194/3 195/19 201/15 201/23
**OB [2]** 196/1 196/2
**OB-GYN [2]** 196/1 196/2
**object [11]** 6/6 112/24 124/2 129/18 170/12 170/24 171/4 180/22 181/14 203/17 204/16
**objected [2]** 108/20 205/6
**objection [23]** 11/20 51/12 78/7 79/10 101/4 104/10 104/16 104/21 108/5 110/24 111/11 111/13 113/19 178/25 181/19 186/24 189/15 190/10 191/9 191/15 192/5 203/18 206/7
**objections [7]** 108/12 129/15 184/21 198/17 199/3 205/17 206/11
**obligation [1]** 192/1
**observation [1]** 77/10
**observe [1]** 155/15
**observed [1]** 53/8
**observers [1]** 17/24
**obtain [2]** 53/24 107/4
**obtained [1]** 54/2
**obtaining [1]** 153/25
**obvious [1]** 81/13
**obviously [8]** 83/3 146/13 150/5 153/23 161/24 161/25 192/10 192/16
**occurred [2]** 44/18 72/9
**occurrence [1]** 62/20
**occurs [1]** 47/11
**off [7]** 62/25 147/12 147/18 155/14 184/20 200/22 201/13
**offer [11]** 32/24 43/8 55/13 56/2 76/1 104/22 108/4 151/14 152/2 198/10 198/11
**offered [8]** 95/20 108/17 124/3 136/8 201/5 205/8 205/13 206/19
**offering [15]** 19/5 19/14 29/4 31/23 32/13 41/11 41/11 74/12 78/11 87/19 99/20 99/22 134/9 134/11 202/1
**offers [1]** 30/3
**office [4]** 2/24 54/5 59/10 65/4
**offices [1]** 73/16
**official [8]** 1/1 1/2 1/3 1/7 1/23 179/10 208/6 208/17
**officials [5]** 67/21 115/6 169/4 169/15 177/10
**offline [1]** 16/25
**often [5]** 33/3 67/4 72/13 107/1 107/1
**oh [13]** 21/5 48/15 123/2 123/17 128/24 140/16 144/23 157/5 157/19 159/11 160/10 160/22 182/15
**okay [80]** 34/10 39/16 39/23 54/8 56/6 66/20 74/13 76/17 77/17 79/25 82/12 83/6 85/19 94/5 108/7 112/5 115/10 117/7 123/3 124/12 125/14 128/5 134/16 139/17 142/23 146/17 149/13 150/18 155/4 160/7 160/18 161/4 163/1 164/9 164/23 165/1 165/24 166/5 169/6 169/17 172/2 172/9 173/3 173/6 175/21 177/9 177/11 177/17 178/1 178/8 179/12 179/20 180/2 180/8 181/11 182/25 183/4 183/5 185/17 185/22 186/16 189/5 189/13 190/23 194/15 197/14 197/21 200/2 200/15 202/9 202/11 202/13 202/15 202/24 203/1

**O**

**okay... [5]** 203/5 204/3 205/15 205/17 206/20
**old [1]** 52/1
**OLES [13]** 2/23 2/24 4/16 4/21 6/5 6/17 175/25 176/15 181/16 182/21 183/7 200/25 205/21
**ominous [1]** 140/1
**once [12]** 27/6 49/15 50/18 57/12 59/19 75/20 102/22 123/13 155/13 167/13 177/22 178/4
**one [102]** 5/18 9/3 12/15 20/24 30/6 30/19 31/5 35/8 38/2 38/22 40/23 49/4 49/17 50/2 50/4 50/13 51/15 54/5 55/21 56/4 57/7 58/9 59/3 59/15 60/3 61/11 61/16 61/23 64/13 69/10 75/18 80/4 83/16 84/25 85/4 87/20 92/23 104/5 107/18 111/9 111/19 116/14 117/9 119/2 119/22 119/25 122/7 123/1 123/12 124/18 126/10 128/5 130/7 130/9 130/12 131/5 131/25 132/6 132/9 134/16 139/14 142/5 142/18 142/21 144/14 146/12 147/3 147/8 148/3 148/22 149/3 149/17 150/4 151/5 154/12 154/16 154/16 155/8 156/2 158/25 166/9 168/21 170/8 172/4 173/14 173/16 174/3 174/25 174/25 175/2 176/16 179/7 181/3 184/12 188/4 188/20 197/2 198/5 199/5 199/21 202/20 205/19
**ones [15]** 23/21 25/1 26/5 38/13 40/10 42/18 50/19 71/22 76/15 81/3 85/8 92/15 120/22 120/22 146/19
**online [1]** 177/21
**only [49]** 1/2 1/6 15/19 29/5 29/8 29/24 31/16 34/18 35/22 47/1 47/17 48/1 49/13 52/11 54/4 57/15 58/8 59/11 59/15 59/24 60/4 62/5 68/11 68/12 71/22 74/22 92/9 93/8 103/6 117/9 119/25 127/11 135/7 138/16 146/18 153/23 166/13 166/14 182/1 182/2 185/8 185/13 188/6 192/18 197/10 204/21 205/13 205/21 207/2
**open [1]** 200/1
**opened [1]** 128/18
**operate [1]** 30/25
**operating [4]** 66/24 84/21 84/22 119/10
**operation [1]** 177/14
**operational [2]** 116/12 171/17
**operationally [1]** 104/18
**opined [1]** 87/10
**opinion [29]** 14/2 14/23 14/25 15/5 21/23 26/18 29/24 32/10 41/8 43/3 49/20 95/20 97/20 98/22 99/20 99/22 106/12 108/23 110/19 114/22 119/1 122/8 128/11 128/18 128/20 134/9 134/11 170/5 196/13
**opinions [17]** 14/18 31/23 32/2 35/23 36/1 36/12 53/1 76/1 96/22 97/14 107/7 110/8 112/22 113/15 124/2 128/13 168/8
**opportunities [1]** 61/2
**opportunity [9]** 39/20 61/11 70/10 71/23 85/24 155/15 201/5 205/7 205/25
**opposed [4]** 8/6 48/10 62/5 149/8
**opposing [2]** 104/24 128/17

**optical [4]** 63/12 63/19 101/18 102/6
**option [1]** 29/6
**oranges [1]** 102/4
**order [22]** 11/23 18/18 53/25 54/2 54/3 65/18 75/17 81/23 84/20 84/22 108/7 108/13 111/8 111/14 111/15 112/15 140/7 157/11 191/10 205/1 205/3 205/22
**ordinary [2]** 121/23 122/2
**organization [6]** 161/24 202/2 204/9 204/18 205/9 205/14
**organization's [1]** 204/10
**organizational [1]** 206/9
**original [2]** 39/8 107/4
**originally [1]** 36/16
**other [75]** 7/22 8/11 9/22 12/24 14/9 15/17 17/17 24/10 29/10 30/3 31/18 31/24 32/16 32/19 32/20 33/13 35/25 38/3 43/14 46/23 53/9 54/4 56/12 60/5 60/6 62/1 63/21 67/4 68/23 69/20 74/6 75/1 82/7 85/16 85/21 86/6 86/9 86/18 87/14 92/21 93/21 93/23 98/15 98/20 108/11 111/3 119/8 122/22 123/3 123/15 123/18 125/22 129/25 133/23 137/20 138/15 147/4 148/23 150/4 155/15 157/10 161/17 161/20 172/4 179/7 183/1 183/13 184/7 185/5 187/11 188/20 196/15 200/15 201/4 206/9
**others [6]** 18/5 54/3 69/11 70/23 114/3 135/6
**otherwise [6]** 71/21 78/18 108/11 190/14 200/22 203/16
**our [18]** 6/7 6/12 10/5 36/24 64/15 73/4 94/14 104/21 108/5 140/15 149/17 150/11 150/16 173/2 178/17 200/5 200/12 200/13
**out [47]** 8/23 15/14 44/23 44/24 44/25 46/8 57/12 57/23 58/4 62/19 69/14 69/19 70/2 76/13 76/16 81/15 82/21 86/1 99/18 99/21 100/13 100/14 100/17 117/15 121/3 129/5 132/18 144/7 148/3 154/5 156/7 156/21 156/24 161/20 163/19 165/5 165/12 166/16 170/7 170/11 193/1 197/11 197/13 199/22 200/19 202/17 203/19
**outcome [12]** 41/21 47/8 47/14 47/22 75/7 77/14 77/22 95/7 98/24 99/3 189/8 190/22
**outcomes [1]** 8/16
**outlined [5]** 13/19 109/11 109/14 110/16 136/2
**outside [8]** 45/18 54/5 67/6 84/19 92/8 92/10 135/20 156/15
**over [13]** 14/24 37/15 56/14 63/20 71/25 86/1 136/14 149/6 154/5 158/19 165/3 174/19 177/24
**overall [2]** 13/20 16/8
**overcounts [1]** 90/5
**overly [2]** 40/19 110/1
**overpowered [1]** 197/15
**overreaching [1]** 194/11
**overt [1]** 123/13
**own [7]** 16/14 17/14 72/14 72/24 99/2 170/5 202/2

**P**

**package [3]** 23/9 54/8 69/20
**page [35]** 1/5 4/3 20/21 21/2 21/3 21/4

206/9 52/8 55/11 97/10 97/20 109/7 115/11 126/8 126/13 126/20 127/4 167/5 183/1 184/4 184/6 184/9 185/2 185/4 185/9 185/12 185/12 185/14 185/16 185/19 185/22 185/25 188/4 188/6 188/6
**Page 16 [1]** 97/10
**Page 3 [2]** 21/4 115/11
**Page 6 [1]** 109/7
**Page 80 [3]** 126/8 126/13 126/20
**pages [6]** 109/5 182/24 184/8 185/5 188/14 208/9
**Pages 4 [1]** 109/5
**paper [44]** 29/7 29/11 29/25 30/5 30/6 30/8 42/5 46/6 46/15 52/19 55/14 56/13 56/15 63/1 63/2 63/11 74/4 74/5 74/23 75/5 75/14 80/22 81/8 81/13 81/21 82/2 98/20 101/16 101/20 102/1 118/9 118/14 123/22 127/8 128/7 132/15 132/18 133/10 133/16 153/24 167/6 167/18 168/3 177/21
**paperwork [1]** 159/1
**parachute [1]** 9/12
**paragraph [9]** 19/25 20/8 52/8 55/12 97/11 127/5 127/6 127/7 127/10
**paragraphs [1]** 56/21
**Pardon [2]** 67/17 135/14
**parents [1]** 157/22
**park [1]** 156/13
**parsing [1]** 60/12
**part [28]** 9/23 26/10 43/9 48/3 58/17 66/4 66/24 76/18 77/7 77/10 77/15 91/13 99/8 108/5 116/19 116/20 167/23 168/3 169/23 170/3 170/4 176/25 177/2 177/13 189/25 192/2 192/6 192/7
**partial [1]** 1/8
**partially [1]** 181/21
**participants [3]** 52/12 57/4 138/4
**participated [3]** 162/1 204/3 204/5
**particular [27]** 9/4 17/24 41/16 50/9 52/25 59/2 59/15 59/22 64/4 65/1 66/17 66/18 66/25 67/5 76/2 77/24 79/13 80/3 108/24 108/25 109/3 109/4 111/3 135/1 163/23 180/3 180/3
**particularly [3]** 36/22 107/1 179/20
**parties [5]** 6/1 11/6 45/18 69/24 109/2
**parts [2]** 114/2 198/13
**party [6]** 59/10 65/4 66/18 94/19 94/20 154/18
**party's [2]** 154/16 199/2
**pass [1]** 117/11
**passed [1]** 138/4
**passing [1]** 74/1
**passwords [1]** 24/16
**past [11]** 23/6 48/15 49/11 99/14 99/19 99/22 110/5 125/23 131/23 136/22 156/18
**pasted [1]** 204/19
**patched [1]** 58/25
**patches [1]** 120/6
**patent [1]** 28/5
**path [1]** 187/1
**patience [1]** 201/16
**pause [8]** 102/13 105/20 107/21 145/2 173/22 175/18 175/24 183/21
**PDF [1]** 1/1
**pen [8]** 27/11 41/4 101/14 101/17 101/24 102/2 107/6 119/9

**P**

97/20 153/6 172/24

**Pennsylvania [11]** 92/23 94/14 94/25 95/8 95/13 95/16 95/21 95/25 96/5 134/21 148/6

**people [47]** 10/20 17/25 37/24 41/21 44/4 48/24 49/5 52/16 58/6 72/13 77/2 85/21 86/6 86/9 88/17 91/11 91/12 93/3 93/12 93/17 94/4 98/15 98/23 99/2 100/18 103/20 119/14 122/16 133/13 137/24 138/2 138/5 138/19 139/4 145/11 155/22 156/6 156/8 156/18 156/20 156/24 157/10 169/19 170/6 170/7 173/11 173/13

**people's [1]** 161/17

**per [1]** 5/14

**percent [16]** 52/12 56/23 56/25 57/8 57/18 91/7 91/11 91/12 93/3 93/5 93/17 124/20 125/1 125/4 125/7 125/8

**percentage [7]** 26/2 89/24 90/3 90/8 90/12 90/16 93/9

**percentages [2]** 33/4 93/8

**perfectly [2]** 77/5 138/11

**perform [3]** 165/8 184/11 195/19

**performed [7]** 14/10 34/2 50/6 50/15 74/16 95/13 204/6

**Perhaps [3]** 68/14 73/1 182/17

**period [5]** 1/4 16/21 143/10 147/17 171/9

**permitted [1]** 178/25

**Persinger [3]** 196/21 197/23 207/10

**Persinger's [1]** 108/4

**persists [2]** 24/1 137/4

**person [34]** 17/22 27/4 27/17 45/8 54/12 54/13 68/20 73/2 89/17 90/4 90/13 90/18 91/19 91/23 92/2 92/7 93/8 93/9 94/4 94/9 102/5 121/3 121/7 150/25 153/19 153/20 157/17 157/19 157/21 158/12 158/21 167/7 183/12 192/16

**personal [4]** 30/8 30/10 161/23 170/5

**personally [5]** 17/19 17/22 53/8 53/10 139/5

**PH.D [4]** 4/4 7/7 153/7 200/1

**Ph.D. [1]** 106/18

**Ph.D.-level [1]** 106/18

**Philip [1]** 175/8

**phone [2]** 11/8 82/13

**photocopied [4]** 81/9 81/11 81/12 81/18

**photocopy [2]** 81/12 81/14

**photographs [2]** 17/25 18/13

**physical [30]** 9/8 9/10 9/16 15/21 15/22 16/11 17/20 17/23 20/1 21/13 24/5 25/5 25/13 35/19 59/14 59/17 59/23 60/1 60/21 60/23 74/1 74/19 104/13 114/4 114/24 116/9 118/8 144/20 145/5 155/24

**physically [5]** 21/10 24/7 35/5 35/17 73/2

**pick [1]** 196/22

**PICO [1]** 3/4

**PICO-PRATS [1]** 3/4

**picture [2]** 25/24 25/25

**pictures [7]** 18/9 18/12 18/21 25/23 26/2 26/6 26/9

**piece [13]** 8/24 34/18 35/22 36/10 36/11 36/16 64/22 65/10 66/25 97/19

**pieces [5]** 35/25 36/2 36/6 36/8 136/9

**place [29]** 17/24 18/20 19/3 24/11 44/14 47/9 50/16 62/18 64/21 65/9 66/5 66/8 68/2 70/4 114/5 114/18 114/25 121/4 123/12 123/19 123/22 157/22 158/4 158/4 167/7 169/2 170/7 173/15 201/5

**placed [3]** 63/24 167/20 168/22

**places [12]** 19/10 19/12 25/21 26/9 56/11 62/17 62/19 91/9 93/21 93/23 94/2 138/22

**placing [2]** 58/15 68/7

**plaintiff [6]** 140/16 148/4 151/12 152/22 158/8 176/16

**plaintiffs [20]** 1/5 2/2 2/13 2/18 7/15 22/15 51/23 108/17 109/9 109/21 110/11 152/4 175/8 176/16 189/14 191/24 192/8 198/3 199/18 206/10

**plaintiffs' [9]** 4/3 5/21 5/22 6/16 7/5 19/17 141/3 141/7 141/12

**plan [1]** 178/6

**plane [2]** 9/13 149/4

**planning [1]** 150/15

**plans [1]** 122/21

**platform [1]** 60/16

**play [4]** 46/8 140/11 198/3 199/9

**played [3]** 109/13 196/19 200/1

**please [19]** 54/16 81/7 85/2 93/2 114/13 126/8 126/10 129/14 152/6 152/9 176/3 176/6 176/7 182/20 194/10 201/11 202/7 202/12 205/2

**pleasure [1]** 173/24

**plenty [2]** 54/25 206/2

**plugged [3]** 66/11 66/12 171/16

**plus [1]** 165/25

**PM [2]** 144/17 207/14

**point [26]** 6/15 8/21 27/20 38/21 44/22 83/17 85/23 86/12 86/22 86/24 87/1 89/21 97/17 105/17 124/1 124/7 135/21 136/13 164/15 168/21 181/21 187/8 190/15 190/25 196/6 204/17

**pointing [2]** 15/12 66/8

**points [1]** 15/9

**policies [2]** 8/11 188/23

**policy [7]** 143/2 143/5 143/9 143/17 146/9 180/7 188/25

**political [3]** 37/8 59/10 111/4

**politically [2]** 122/12 137/6

**politicizing [2]** 40/19 110/2

**poll [10]** 18/3 18/13 30/25 53/3 61/6 61/11 72/10 116/5 117/12 170/19

**pollbooks [1]** 156/11

**polling [26]** 17/24 18/10 18/20 18/21 19/3 19/9 19/12 25/21 26/9 50/16 62/17 62/18 62/19 70/4 94/2 112/17 114/5 123/4 123/12 123/19 123/22 131/4 157/22 158/3 167/7 173/15

**polls [3]** 62/3 172/10 172/24

**Ponce [2]** 156/4 156/7

**population [2]** 93/16 93/17

**populous [1]** 93/24

**portion [7]** 1/4 47/2 91/22 92/1 118/14 129/17 166/18

**portions [2]** 118/8 129/25

**posed [2]** 89/2 117/3

**poses [1]** 73/14

**posing [1]** 141/13

**position [2]** 32/9 191/23

**positions [1]** 146/2

**positive [3]** 48/8 48/9 55/19

**positives [1]** 69/5

**possessed [1]** 42/21

**possibility [6]** 15/15 82/23 100/14 136/24 162/13 168/11

**possible [17]** 9/9 12/20 19/5 26/23 28/1 60/1 60/14 66/15 75/2 81/25 82/3 84/19 86/18 128/8 161/1 161/16 193/2

**post [3]** 10/15 24/21 118/7

**posture [1]** 134/6

**potential [12]** 8/16 11/4 15/24 67/9 71/23 76/13 76/15 84/13 95/21 99/18 102/16 102/19

**potentially [15]** 60/25 61/13 62/15 67/13 69/16 71/25 72/1 72/3 81/16 102/19 114/2 114/6 123/19 128/2 137/6

**power [4]** 119/10 171/16 197/5 197/7

**powerful [1]** 16/17

**practicable [1]** 29/9

**practical [2]** 55/13 68/24

**practice [3]** 20/9 20/20 153/9

**practiced [2]** 20/13 159/19

**practices [3]** 20/15 20/18 115/7

**PRATS [1]** 3/4

**precinct [18]** 33/10 61/3 63/11 63/14 63/16 63/25 68/2 72/9 73/10 98/13 102/6 103/17 131/8 131/14 131/14 164/10 166/7 169/3

**precinct-based [1]** 102/6

**precincts [6]** 18/8 19/1 26/3 26/4 26/7 170/23

**precise [1]** 113/4

**precision [1]** 90/15

**predated [1]** 86/9

**predating [1]** 87/1

**predicate [2]** 145/18 145/19

**predominantly [4]** 25/20 30/6 32/6 90/7

**prefer [1]** 157/17

**preferred [1]** 9/5

**preliminary [1]** 178/6

**premise [1]** 98/25

**preparation [2]** 66/4 204/4

**prepare [1]** 54/19

**prepared [8]** 50/3 50/11 52/5 59/25 66/4 196/9 204/7 204/20

**prescribed [1]** 190/1

**present [9]** 37/7 55/4 138/5 153/18 167/1 173/2 178/5 178/6 178/11

**presentation [2]** 203/25 204/21

**presented [4]** 40/10 99/15 172/18 186/7

**presenting [2]** 36/12 204/10

**presently [1]** 180/24

**preserve [2]** 111/5 206/15

**president [3]** 36/17 36/17 94/20

**President Biden [1]** 36/17

**President Trump [1]** 36/17

**presidential [1]** 101/1

**press [2]** 18/2 170/22

**pressure [1]** 156/19

**presumably [4]** 68/12 74/5 97/12 204/18

**pretrial [6]** 110/21 111/14 111/15 204/25 205/3 205/22

**pretty [3]** 160/7 166/8 191/15

**P**

**prevent [2]** 17/16 115/1
**preventing [1]** 98/23
**previously [6]** 7/8 39/12 40/9 110/9 141/10 201/19
**PRICE [1]** 2/2
**primarily [1]** 122/13
**primary [13]** 89/19 90/1 90/4 90/10 90/13 90/13 90/18 91/10 91/20 92/2 119/7 120/7 154/19
**principle [1]** 42/18
**print [2]** 62/25 127/11
**printed [9]** 52/12 57/11 61/9 92/9 95/16 129/12 129/13 165/5 166/1
**printer [22]** 34/23 34/24 35/2 35/2 35/5 35/6 35/13 35/17 35/19 58/17 58/23 58/23 59/5 59/14 59/15 59/18 59/19 59/23 81/15 116/19 116/21 156/15
**printers [1]** 59/19
**printing [2]** 61/24 71/5
**printout [1]** 175/1
**prints [2]** 28/13 154/5
**prior [10]** 43/11 43/19 43/25 44/1 44/9 44/10 100/4 109/17 127/4 205/4
**privacy [5]** 72/14 72/21 72/24 114/5 155/18
**privately [1]** 138/4
**privilege [1]** 187/19
**probably [10]** 49/14 65/22 83/1 131/2 131/10 148/14 148/24 174/18 187/11 206/15
**problem [22]** 9/2 9/4 9/5 9/6 9/13 9/14 9/15 24/1 39/3 39/4 70/14 70/18 80/4 103/2 112/8 123/4 164/7 169/14 169/16 183/3 185/2 186/21
**problems [16]** 12/21 13/5 13/7 24/2 48/6 68/5 68/24 119/6 119/12 122/14 126/3 134/10 153/25 171/15 202/19 202/21
**Procedure [1]** 108/22
**procedures [6]** 21/17 21/25 22/1 22/3 117/5 118/10
**proceed [9]** 83/15 105/13 122/22 151/5 151/22 175/19 178/3 178/14 181/18
**proceeding [2]** 37/12 146/4
**proceedings [13]** 1/10 1/21 102/13 105/20 107/21 108/17 145/2 173/22 175/18 175/24 183/21 207/13 208/9
**process [15]** 14/17 46/20 66/4 67/16 67/18 68/11 73/23 88/16 88/17 119/7 122/15 174/18 177/18 184/14 187/19
**processes [4]** 120/3 178/17 178/18 189/4
**produce [6]** 27/21 27/23 28/11 28/16 41/20 69/6
**produced [9]** 1/22 51/22 99/1 115/19 117/13 120/3 126/23 135/25 139/13
**produces [2]** 27/4 27/17
**Professor [4]** 140/13 151/24 175/20 175/21
**proffer [2]** 111/4 151/7
**profile [2]** 28/9 29/3
**program [1]** 66/5
**programmatic [1]** 50/13
**programmed [4]** 15/18 46/21 69/2 69/10
**programming [1]** 69/5

**prohibited [1]** /7
**project [1]** 23/6
**projects [1]** 73/24
**prompting [2]** 52/15 53/3
**promptly [1]** 12/20
**promulgate [1]** 179/8
**propagating [1]** 60/10
**properly [1]** 108/21
**property [1]** 29/21
**proposals [1]** 27/25
**proposed [1]** 205/21
**proposition [1]** 66/10
**protect [1]** 104/21
**protected [1]** 21/10
**protecting [1]** 17/11
**protection [2]** 9/11 21/13
**protections [6]** 16/1 16/4 24/5 25/13 116/10 116/17
**protective [3]** 24/10 84/19 84/22
**provide [3]** 56/4 130/14 190/13
**provided [11]** 26/9 57/9 108/6 110/23 112/14 118/5 135/13 135/16 139/2 172/9 198/22
**providing [3]** 9/12 110/24 199/4
**prudent [1]** 132/10
**psychologist [2]** 153/10 159/19
**psychology [2]** 153/8 159/18
**public [16]** 31/9 38/12 39/3 39/19 41/20 44/16 44/25 45/23 45/25 58/1 89/22 135/4 186/14 203/12 203/15 207/13
**publicly [5]** 43/11 43/19 44/2 45/21 137/17
**published [1]** 203/3
**pull [1]** 157/24
**purchased [1]** 59/20
**purpose [2]** 59/9 62/6
**purposes [4]** 40/15 64/20 72/24 78/11
**pursue [4]** 38/5 101/10 105/11 108/2
**push [2]** 155/13 165/8
**pushing [2]** 147/18 165/11
**put [10]** 35/12 61/10 115/2 119/8 119/13 141/10 156/14 164/24 199/22 201/7
**putting [4]** 34/24 102/8 120/25 167/24
**PX [1]** 115/3

**Q**

**QR [43]** 15/1 28/15 42/8 46/12 48/2 50/12 66/9 67/22 68/2 68/3 68/7 68/8 68/11 68/12 68/14 68/15 68/16 68/19 68/23 68/24 69/2 70/4 70/10 70/16 70/17 70/24 142/6 144/20 144/25 145/4 145/7 145/19 146/5 146/23 147/8 166/12 168/5 168/17 180/4 180/16 180/16 181/9 183/3
**QR code [1]** 70/24
**QR codes [1]** 67/22
**qualification [2]** 41/12 41/12
**qualifiers [1]** 60/12
**qualify [4]** 13/14 13/16 13/17 203/16
**quantification [2]** 29/4 41/11
**quantified [2]** 32/15
**quantifies [1]** 32/18
**quantify [7]** 13/10 29/2 41/1 41/3 41/9 74/10 75/25
**quantifying [3]** 42/14 42/16 87/15
**question [65]** 5/20 8/7 22/19 27/14

31/20 36/25 37/3 37/6 38/6 38/22 39/18 47/22 58/3 58/9 61/25 62/8 62/24 68/1 71/9 76/4 79/17 83/24 85/2 86/3 86/20 88/25 89/1 89/5 89/6 89/7 89/10 90/15 91/5 104/9 111/9 113/11 129/2 132/21 132/25 133/14 134/16 134/23 137/8 144/1 145/19 145/20 146/14 154/23 157/4 159/9 162/4 162/5 165/3 166/3 171/2 172/20 174/3 174/4 179/24 183/23 191/18 191/21 192/19 194/10
**questioned [1]** 129/19
**questioning [2]** 38/16 78/12
**questions [57]** 7/22 12/9 39/5 40/20 58/13 78/18 83/19 101/10 103/25 104/11 104/12 105/22 107/23 108/1 108/2 108/8 111/5 112/6 114/13 119/2 127/19 127/23 128/2 128/22 129/9 131/12 134/14 136/5 139/18 141/13 141/15 141/17 144/8 145/13 147/12 154/16 154/17 154/18 154/19 154/20 155/9 158/15 173/23 174/25 175/3 176/19 178/12 179/1 179/16 186/9 187/13 187/15 188/21 189/17 194/20 194/22 198/17
**quick [8]** 148/3 149/3 150/4 151/3 192/21 193/17 203/5 205/19
**quickly [3]** 24/2 83/3 88/18
**quiet [1]** 201/12
**quite [5]** 23/17 24/4 62/15 95/6 113/22
**quo [1]** 71/25
**quote [4]** 110/1 110/2 126/19 179/16
**quoted [1]** 37/4

**R**

**race [4]** 39/15 47/20 103/7 202/18
**races [6]** 39/13 40/9 49/3 49/12 155/6 174/25
**radical [1]** 42/16
**radically [2]** 27/25 46/9
**RAFFENSPERGER [1]** 1/6
**raise [9]** 13/20 38/14 82/8 84/12 84/19 110/24 152/6 176/3 200/25
**raised [9]** 52/18 85/3 86/11 87/20 97/5 97/11 100/11 111/3 157/22
**raising [2]** 84/6 84/10
**RAMSEY [2]** 2/5 198/16
**range [1]** 56/23
**rate [3]** 52/18 56/21 57/8
**rates [1]** 124/21
**rather [8]** 33/4 38/3 38/21 39/19 59/9 109/16 110/4 199/21
**rational [1]** 100/25
**re [5]** 94/23 94/24 103/1 103/6 142/13
**re-count [3]** 94/23 103/1 103/6
**re-counts [2]** 94/24 142/13
**reach [1]** 184/14
**reached [4]** 40/22 170/7 192/9 192/12
**read [20]** 10/17 37/14 55/15 97/3 97/4 97/4 108/16 109/3 117/9 117/15 122/24 129/4 133/15 157/12 166/2 172/7 172/8 174/15 184/20 203/5
**read-only [1]** 117/9
**readable [13]** 24/20 42/9 46/15 47/2 70/12 72/2 95/17 118/8 118/14 165/13 166/1 166/12 166/18
**reader [9]** 68/2 68/8 68/11 68/14 68/15 68/23 68/24 69/2 70/17
**readers [2]** 70/4 70/13

**R**

**reading [3]** 10/15 67/8 70/17
**reads [4]** 117/9 117/11 118/7 185/14
**ready [2]** 140/6 196/12
**real [13]** 40/13 57/1 57/16 62/17 66/12 100/14 100/22 109/17 110/5 121/4 135/5 193/17 203/5
**reality [3]** 22/18 76/14 76/16
**realize [4]** 88/20 149/8 159/11 203/12
**realized [1]** 32/8
**really [20]** 39/24 71/1 107/1 128/21 147/24 148/11 156/2 156/23 158/6 160/15 160/15 165/7 167/14 174/11 174/19 175/14 182/24 186/10 186/12 197/15
**realm [1]** 38/12
**realtime [1]** 110/12
**reason [10]** 37/8 40/17 56/16 58/19 66/11 99/10 99/16 100/25 136/21 151/18
**reasonable [1]** 100/19
**reasonably [1]** 41/6
**reasons [5]** 14/7 38/2 47/18 55/18 172/4
**reassure [1]** 196/7
**rebuttal [2]** 6/14 104/23
**recall [41]** 10/11 10/13 10/15 11/5 11/7 15/11 37/21 46/2 46/10 50/24 67/23 84/6 87/23 89/15 89/24 90/8 90/16 90/20 96/2 96/3 96/18 98/7 100/2 100/4 112/9 130/25 131/16 131/24 132/3 134/4 150/16 155/6 181/8 181/10 181/13 186/12 194/1 194/2 194/3 194/6 205/22
**recalled [1]** 129/25
**receive [5]** 163/12 163/22 177/11 179/16 195/8
**received [11]** 23/10 25/16 101/21 138/3 153/9 177/22 179/12 179/14 179/22 180/14 182/19
**receives [1]** 177/19
**recent [4]** 22/25 23/9 23/15 149/20
**recess [1]** 53/19
**rechecked [1]** 142/1
**recognize [3]** 182/18 182/24 206/9
**recognizes [1]** 188/6
**recollection [4]** 84/17 84/17 90/22 91/5
**recommendations [4]** 20/16 58/18 118/22 126/20
**recommended [3]** 21/24 136/4 193/24
**recommends [2]** 20/22 24/13
**reconciliation [2]** 118/10 118/25
**record [35]** 27/22 28/12 39/3 45/10 63/6 89/3 95/17 101/19 102/8 104/5 104/21 108/16 110/19 111/18 129/11 129/21 135/11 135/18 138/21 139/6 139/9 150/13 152/11 159/5 161/20 172/17 176/7 179/2 194/17 198/13 201/6 201/8 203/15 205/19 206/12
**recorded [5]** 34/7 62/17 99/3 133/7 138/25
**records [5]** 26/21 63/18 102/23 118/9 203/12
**recover [1]** 128/8 128/12 132/12
**recoverable [1]** 168/1
**recovered [1]** 123/24
**recreate [1]** 67/12

**Recross [2]** 4/7 130/20
**Recross-Examination [2]** 4/7 130/20
**rectify [2]** 13/8 202/22
**redirect [7]** 4/6 4/13 4/21 111/23 113/23 174/1 201/21
**redress [1]** 158/9
**reduce [1]** 122/15
**reduced [1]** 58/21
**reduces [1]** 102/6
**reduction [2]** 13/11 75/23
**refer [1]** 63/14
**reference [7]** 18/9 26/8 42/7 56/21 80/7 105/11 137/8
**referenced [12]** 18/8 25/4 50/22 51/6 54/6 125/21 126/6 126/19 130/23 135/23 139/15 201/5
**referencing [1]** 1/5
**referendum [1]** 154/17
**referred [1]** 125/16
**referring [8]** 23/5 63/15 63/17 65/21 78/5 97/17 127/2 135/14
**refers [1]** 25/22
**reflect [2]** 19/12 133/10
**reflected [5]** 115/7 132/23 133/3 133/5 133/15
**reflects [3]** 111/18 154/9 199/8
**refresh [2]** 90/21 91/4
**regard [7]** 141/22 145/3 178/9 180/14 202/18 204/1 204/1
**regarding [33]** 7/22 14/13 18/7 19/1 20/15 21/13 21/20 22/10 25/5 50/21 51/6 53/1 53/3 78/22 80/7 82/8 83/18 88/22 90/9 91/5 107/25 108/24 111/4 112/25 116/14 131/12 134/8 137/14 138/22 177/3 177/6 177/14 188/22
**regardless [4]** 46/5 107/12 148/15 157/16
**registered [4]** 89/25 90/12 90/17 93/10
**regular [1]** 158/3
**regulation [1]** 22/17
**regulations [5]** 21/12 21/19 22/10 22/14 53/2
**rejected [6]** 92/5 141/24 142/3 142/4 142/11 146/25
**rejecting [1]** 142/8
**rel [1]** 109/5
**related [8]** 36/1 61/25 88/5 90/3 97/14 136/23 137/8 180/4
**relating [1]** 200/16
**relative [2]** 108/8 134/23
**relatively [1]** 66/15
**release [4]** 44/10 44/10 141/1 191/11
**released [7]** 5/23 5/25 43/11 43/12 44/2 45/16 45/17
**releases [1]** 43/14
**releasing [1]** 192/14
**Relevance [1]** 11/21
**relevant [2]** 12/1 109/2
**reliability [1]** 125/23
**reliable [4]** 27/5 27/18 28/16 100/19
**reliably [3]** 62/21 62/23 75/8
**relied [4]** 14/12 18/4 26/10 89/20
**relief [1]** 158/9
**relieved [1]** 196/14
**rely [7]** 6/8 9/13 9/19 88/21 89/8 194/13 203/13
**relying [5]** 19/13 36/11 41/16 56/12 141/12

**remain [1]** 98/15
**remains [1]** 200/17
**remediate [2]** 12/19 115/25
**remediated [3]** 8/25 12/16 13/12
**remediating [2]** 12/21 12/25
**remedies [1]** 28/23
**remedy [7]** 9/1 9/9 9/14 11/23 11/25 12/4 173/9
**remember [17]** 7/2 37/23 44/7 67/24 67/24 81/3 114/19 124/16 125/24 127/25 131/19 131/22 154/12 172/12 174/16 174/19 198/16
**remind [2]** 191/16 201/14
**reminder [1]** 141/11
**remote [1]** 73/19
**remove [3]** 15/18 122/21 123/10
**removed [2]** 48/4 189/11
**rendered [1]** 96/21
**rendering [2]** 32/1 107/7
**repeat [3]** 85/2 129/2 162/5
**repeated [3]** 61/24 114/21 116/11
**rephrase [4]** 177/12 180/1 180/9 182/17
**replacing [1]** 35/8
**replica [1]** 120/16
**reply [1]** 124/5
**report [128]** 11/15 12/22 13/10 13/14 13/14 13/18 13/19 14/13 14/18 14/22 22/23 27/8 32/17 32/18 32/20 35/3 35/12 35/14 35/15 35/17 36/2 36/6 36/9 36/15 40/12 41/2 41/14 42/15 42/20 42/25 44/1 44/5 44/9 44/23 44/23 46/1 46/10 50/1 50/3 50/4 51/15 54/18 58/14 59/23 60/5 60/6 66/19 67/7 67/16 69/22 76/1 76/5 76/22 76/24 76/25 77/17 77/20 77/23 77/23 78/2 78/6 78/10 78/13 78/18 78/23 78/24 79/2 79/8 79/9 79/16 79/16 79/21 80/7 80/9 80/12 80/19 81/3 81/4 83/18 85/1 85/4 85/8 87/21 88/9 92/12 101/5 104/6 104/15 104/18 104/22 105/5 105/11 105/25 106/2 106/12 106/14 107/7 107/10 109/1 109/12 109/14 109/18 109/23 110/9 110/17 124/3 124/4 124/8 125/16 129/10 129/11 129/17 129/20 129/23 129/24 129/25 130/2 130/3 130/4 130/7 130/8 130/12 135/12 135/15 135/24 198/9 198/16 199/8
**reported [3]** 24/2 31/8 170/22
**reporter [8]** 1/3 1/6 1/23 159/12 197/15 198/12 208/6 208/17
**reporting [3]** 31/3 31/6 93/11
**reports [11]** 18/12 24/6 31/25 58/20 87/21 88/22 93/5 97/14 116/5 170/4 170/10
**represent [3]** 66/9 158/19 176/16
**representation [1]** 15/4
**representative [4]** 19/9 19/14 186/8 191/18
**represented [1]** 89/11
**reproduce [2]** 17/13 17/18
**Republican [1]** 154/20
**request [2]** 84/16 129/8
**requested [4]** 5/20 5/22 37/17 206/5
**require [6]** 20/1 59/23 60/1 72/10 88/13 106/24
**required [4]** 35/5 47/16 48/4 94/12 106/4 106/7 106/18 118/22

**R**

**requirement [4]** 30/20 143/22 146/11 146/11
**requirements [1]** 110/21
**requires [2]** 73/25 118/20
**requiring [2]** 123/7 173/11
**research [3]** 126/23 136/5 204/6
**reserved [1]** 6/14
**reside [1]** 15/19
**residual [1]** 94/3
**resilient [1]** 16/9
**resolve [4]** 122/25 144/12 196/20 196/21
**resolved [1]** 191/1
**resources [2]** 107/16 137/6
**respect [5]** 151/6 189/7 190/17 193/22 194/9
**responding [1]** 145/24
**response [2]** 119/2 130/1
**responsibility [2]** 74/20 178/1
**responsible [4]** 74/18 177/2 177/5 177/7
**responsive [5]** 88/24 89/1 89/6 89/7 89/9
**rest [2]** 184/5 200/2
**restricted [1]** 1/3
**result [16]** 25/13 30/20 56/23 85/12 99/2 103/15 110/3 123/19 129/5 131/13 132/12 135/7 143/11 169/9 171/15 171/22
**resulted [1]** 16/24
**results [19]** 17/11 17/17 27/5 27/18 28/16 31/3 31/6 31/8 64/9 74/8 75/7 98/15 98/18 101/1 122/15 137/2 190/3 204/10 205/10
**retain [1]** 190/2
**retained [1]** 143/9
**retention [7]** 143/1 143/5 146/9 147/9 180/7 188/22 188/25
**retrofit [1]** 120/5
**returned [1]** 143/9
**reverse [2]** 67/15 67/18
**reverted [1]** 98/20
**review [14]** 52/17 90/21 109/3 154/8 154/10 155/25 165/9 165/9 174/8 174/12 174/15 178/6 190/19 203/14
**reviewed [7]** 26/3 52/12 92/4 165/24 187/12 187/23 190/4
**reviewing [2]** 118/9 155/11
**reviews [1]** 18/16
**RICARDO [7]** 2/19 2/22 4/20 176/16 201/3 201/18 203/24
**Rick [1]** 164/1
**rid [3]** 48/3 91/18 94/2
**right [362]**
**rigorous [10]** 14/17 24/21 26/25 75/10 75/12 75/16 103/7 103/18 118/7 118/24
**rise [2]** 83/13 207/12
**risk [35]** 13/11 15/1 15/3 24/19 28/9 28/12 28/18 29/3 32/18 41/9 41/10 47/16 47/18 48/1 48/5 48/7 48/10 48/14 49/2 49/7 49/10 54/14 69/25 74/10 75/8 87/11 87/15 100/12 100/22 102/6 103/1 117/3 118/21 120/12 121/6
**risk-limiting [16]** 15/1 15/3 28/12 47/16 47/18 48/1 48/5 48/7 48/10 48/14 49/2 49/7 49/10 75/8 103/1 118/21

**risks [16]** 11/1 13/5 15/24 28/23 32/14 32/15 33/3 55/12 69/17 75/18 75/23 76/15 100/11 120/11 135/5 173/15
**ritual [1]** 158/5
**RLAs [1]** 104/14
**RMR [3]** 1/23 208/6 208/16
**ROBBINS [1]** 3/5
**ROBERT [2]** 2/16 2/17
**robust [1]** 116/10
**roles [1]** 65/5
**roll [1]** 174/18
**room [2]** 196/10 207/3
**ROSS [1]** 3/5
**rough [1]** 154/25
**roughly [3]** 25/22 54/11 155/6
**route [1]** 30/3
**rule [22]** 6/8 15/14 87/21 99/18 99/21 100/14 100/17 108/5 108/11 108/21 109/19 110/20 111/3 111/11 111/13 124/3 128/11 130/4 143/15 189/15 198/23 205/17
**Rule 26 [9]** 87/21 108/5 108/11 109/19 111/3 111/11 111/13 124/3 128/11
**Rule 26's [1]** 110/20
**Rule 403 [1]** 189/15
**ruled [4]** 78/8 101/5 104/23 111/2
**rules [4]** 131/18 131/20 131/22 179/8
**ruling [7]** 79/23 83/18 107/25 108/3 111/12 151/5 205/25
**rulings [1]** 109/7
**run [6]** 60/15 79/22 109/18 144/23 144/24 198/5
**running [3]** 82/21 94/19 121/1
**runoff [2]** 163/4 164/17
**runoffs [1]** 85/13
**runs [1]** 110/5
**RUSSO [1]** 3/3

**S**

**safe [6]** 9/11 16/2 16/7 16/8 16/14 100/19
**safety [1]** 66/14
**said [30]** 23/12 54/11 65/9 68/21 70/11 70/19 78/9 86/4 96/14 99/24 101/13 101/19 107/11 113/8 124/19 129/3 132/4 141/5 142/2 147/21 157/6 157/8 157/9 164/2 169/22 169/23 174/14 176/1 180/6 208/10
**Saint [1]** 153/7
**Saint John's [1]** 153/7
**sake [1]** 198/20
**same [35]** 10/25 35/9 36/14 38/11 43/14 44/4 44/8 46/14 55/22 60/2 60/5 69/10 70/17 73/14 79/10 88/8 88/11 93/21 95/4 98/21 104/11 105/10 111/4 113/19 131/5 132/24 133/11 137/22 157/24 167/6 168/25 169/1 181/14 192/2 206/8
**sample [8]** 19/3 19/6 19/9 57/23 57/25 58/4 125/5 167/25
**San [1]** 93/25
**Sandy [1]** 5/7
**Sarah [1]** 153/5
**satisfied [1]** 110/10
**satisfy [2]** 75/17 118/5
**saw [4]** 35/21 99/16 119/20 137/4
**say [49]** 8/5 8/10 13/16 18/23 23/3 23/5 27/23 29/8 30/5 30/13 35/7 38/20 38/22

**394** 39/20 47/18 52/11 59/10 62/23 64/11 68/15 69/1 72/17 76/15 76/23 80/2 82/4 88/13 96/2 96/23 99/12 100/18 113/25 123/17 136/21 142/24 149/5 157/6 159/6 160/11 162/18 166/10 169/10 169/25 170/21 190/7 197/18 198/16 206/17
**saying [9]** 21/22 92/8 125/18 150/1 169/18 170/7 171/14 185/20 197/13
**says [15]** 12/20 20/8 20/20 21/9 21/16 22/6 55/12 104/24 105/1 117/17 126/23 127/10 154/24 165/9 188/6
**scalable [1]** 104/19
**scale [1]** 8/3
**scan [3]** 63/12 63/14 102/6
**scanned [3]** 62/12 69/6 102/24
**scanner [32]** 33/10 61/5 61/10 61/12 63/24 69/3 70/18 80/21 81/9 82/1 88/5 101/18 101/22 102/15 102/17 123/23 128/6 129/4 132/7 132/9 144/3 154/6 156/17 156/21 167/8 167/10 167/13 167/20 167/22 168/1 189/11 189/12
**scanners [16]** 46/11 46/14 46/21 73/10 80/18 81/17 81/22 127/24 128/2 129/6 132/8 132/11 143/25 169/16 170/8 171/14
**scenario [6]** 32/25 63/3 123/21 124/18 124/23 125/1
**scenarios [1]** 26/24
**scheduling [1]** 196/18
**SCHEINMAN [1]** 2/7
**SCHOENBERG [9]** 2/3 121/12 130/24 131/2 131/7 150/7 150/10 150/12 150/15
**science [3]** 77/3 121/8 135/4
**Sciences [1]** 135/12
**scientific [2]** 8/22 54/25
**scientifically [2]** 41/19 55/6
**scientists [3]** 125/22 135/15 135/16
**scope [4]** 11/22 12/5 101/5 124/2
**screen [15]** 72/13 72/15 72/16 72/24 73/3 114/2 114/4 114/7 132/19 132/24 155/12 155/13 165/7 165/25 166/3
**screens [1]** 72/20
**sealed [2]** 36/22 37/5
**seals [12]** 24/10 25/15 25/15 25/20 25/23 25/25 26/1 26/3 26/5 26/7 115/6 116/6
**search [1]** 104/25
**seat [4]** 5/3 53/21 152/9 176/6
**SEB [9]** 6/11 6/11 6/13 142/6 145/24 146/4 180/15 182/19 195/8
**second [20]** 19/25 24/4 55/11 55/11 86/12 97/10 111/19 116/8 117/11 126/10 127/5 130/12 130/16 142/5 142/18 185/15 185/19 203/21 203/24 203/25
**Secondly [1]** 38/4
**secrecy [5]** 112/20 113/1 113/7 113/14 113/22
**Secretary [9]** 16/6 87/20 87/25 91/15 115/20 122/21 177/25 178/3 179/10
**secrets [1]** 69/21
**section [3]** 19/24 107/9 126/6
**Sections [1]** 109/11
**Sections 8.4 [1]** 109/11
**secure [10]** 8/6 8/6 8/6 12/23 24/7 29/6 29/10 29/24 55/4 95/1

**234**

S

secured [4]  8/9 8/10 40/24 95/9
securely [2]  17/6 55/19
securing [4]  32/4 125/15 129/9 135/25
security [66]  8/2 8/7 8/8 8/12 8/14 8/14
8/19 9/8 9/10 9/16 9/19 13/20 15/21
15/22 16/1 17/20 17/23 18/2 24/17 25/5
30/7 30/15 30/19 30/19 31/17 31/22
32/6 33/3 41/1 41/16 41/17 42/12 42/14
42/18 43/7 48/8 48/11 52/21 54/21
54/23 55/7 69/17 70/14 71/13 73/16
74/19 86/1 88/5 88/8 88/14 114/25
115/7 116/9 117/3 117/18 119/3 119/7
119/15 120/4 120/5 120/7 122/25 134/6
136/3 136/15 173/15
see [30]  52/9 58/1 81/17 83/9 84/18
86/12 91/8 93/20 93/24 115/17 118/16
126/21 127/8 127/14 128/19 130/3
133/6 143/17 154/8 155/22 158/2
167/19 167/19 173/1 173/6 182/12
182/14 184/25 191/12 207/9
seeing [3]  86/8 158/1 158/6
seek [2]  65/16 94/23
seeking [6]  6/21 6/22 65/15 122/13
130/2 158/9
seem [1]  97/5
seemed [1]  62/4
seems [3]  45/6 190/14 191/15
seen [23]  18/21 20/18 24/13 24/14
25/12 25/21 25/23 25/24 60/9 60/13
115/19 115/23 117/13 117/21 118/18
118/24 121/8 138/19 155/23 172/24
190/15 203/10 205/1
selected [1]  19/6
selection [1]  31/9
selections [4]  15/4 127/11 165/5
165/24
self [2]  60/10 131/2
self-evident [1]  131/2
self-propagating [1]  60/10
selling [1]  28/4
Senate [2]  84/14 135/22
senators [1]  85/9
send [1]  164/3
SENIOR [1]  1/12
sense [9]  14/5 27/19 41/10 45/9 71/24
135/18 145/5 174/17 188/5
sensitive [2]  69/21 82/14
sent [5]  68/18 139/7 163/19 166/24
189/4
sentence [4]  55/12 127/5 127/10 157/8
separate [3]  117/11 187/17 191/20
separately [1]  6/19
September [1]  34/22
September 2020 [1]  34/22
serious [4]  9/15 191/1 202/19 202/21
seriously [2]  195/15 195/18
serve [1]  30/14
served [2]  6/6 30/12
server [4]  73/21 73/23 85/16 116/12
service [1]  119/8
set [6]  63/12 88/11 107/15 131/5 139/4
208/12
setting [1]  24/17
seven [3]  82/19 92/7 92/9
seven minutes [1]  82/19
seventh [1]  117/14

several [12]  23/12 24/12 36/2 36/6
49/11 67/7 76/23 119/20 119/25 174/14
202/3
severe [2]  134/10 135/5
SHANNON [3]  1/23 208/6 208/16
ShareFile [1]  139/13
she [27]  5/23 5/25 6/2 6/7 94/20 94/24
140/23 141/7 141/11 141/19 148/2
169/22 169/23 169/23 171/9 185/4
187/8 188/6 188/6 190/15 190/25 191/2
196/9 196/12 196/15 198/13 198/13
she's [11]  6/11 6/11 148/4 161/23
161/25 171/2 171/8 187/21 187/23
190/13 198/12
sheet [1]  182/23
shield [2]  72/23 73/3
shields [1]  114/5
short [8]  140/12 140/16 144/12 150/21
151/15 191/8 197/19 198/4
shorten [1]  150/16
should [11]  30/19 30/20 119/12 123/18
129/21 132/2 148/25 173/12 173/12
173/16 182/17
shouldn't [1]  78/16
show [7]  88/1 110/3 110/12 120/2
181/24 182/9 205/13
shown [3]  27/8 27/9 110/23
shows [3]  57/2 57/2 205/24
shut [2]  15/20 205/2
sic [2]  129/24 186/2
side [2]  41/7 185/24
sideways [1]  156/17
sight [1]  111/20
sign [1]  123/3
signal [1]  176/2
signature [13]  142/6 142/14 142/17
144/20 144/21 145/4 145/4 145/4 145/5
146/22 180/16 180/16 181/9
significance [2]  33/1 108/14
significant [14]  19/13 20/19 27/13
32/24 43/13 44/3 47/21 49/6 63/4 63/5
70/15 92/1 134/9 136/4
significantly [3]  13/20 87/18 90/5
signs [1]  142/21
similar [5]  43/15 95/10 95/11 100/11
137/22
simple [5]  120/5 120/24 123/13 137/1
183/23
simplify [1]  56/10
simply [9]  40/19 40/19 70/23 99/4
161/22 170/20 180/9 197/6 206/4
since [21]  10/19 25/10 36/9 50/7 83/7
86/15 128/18 129/8 135/1 136/4 136/14
136/20 148/24 159/15 159/19 160/8
160/11 164/18 176/24 197/15 197/17
single [5]  49/13 50/16 72/7 140/10
190/11
sir [3]  5/17 78/16 206/20
sit [3]  25/11 182/25 194/7
sites [1]  112/18
sitting [3]  18/23 48/16 141/6
situation [5]  69/12 133/12 139/25
140/3 191/13
situations [4]  131/21 133/9 133/15
133/24
sixth [2]  116/25 117/14
sizes [2]  18/19 19/11
skews [1]  93/18

skill [1]  76/17
skills [4]  42/22 76/21 76/24 106/19
skips [1]  165/21
Skoglund [6]  148/5 148/25 148/25
149/6 149/21 196/22
Skoglund's [1]  139/16
slate [3]  57/9 57/17 57/20
slice [1]  58/1
sliding [1]  8/3
slightly [1]  138/14
slow [1]  66/2
small [6]  58/8 98/19 99/4 119/22
138/16 154/13
smaller [1]  119/18
Smart [2]  60/19 61/23
Smart card [1]  61/23
smash [1]  98/17
snapshot [1]  85/22
so [262]
software [61]  8/23 8/24 9/3 9/4 9/6
11/1 11/18 12/25 13/6 13/21 17/17
20/25 23/25 43/10 43/17 43/18 44/2
45/15 45/20 45/22 45/23 58/25 59/19
60/21 60/24 65/7 66/23 66/25 67/4 67/5
71/2 71/4 71/8 71/11 71/13 71/16 73/6
77/2 87/1 98/11 100/11 115/24 117/2
117/6 117/10 119/6 120/3 120/6 120/20
123/10 134/8 137/19 137/20 137/21
137/22 138/1 138/4 138/8 138/9 138/15
138/23
soldered [1]  35/12
soldering [1]  35/5
solve [2]  11/18 71/17
some [74]  7/22 9/20 10/8 18/3 20/12
27/24 28/17 28/21 30/1 31/24 33/25
40/21 43/6 44/3 44/25 53/5 53/7 58/14
64/13 66/13 69/5 70/6 70/14 73/18
80/20 86/16 87/18 91/14 92/20 93/24
94/24 95/11 95/19 95/19 97/14 104/23
106/24 112/6 114/3 114/13 114/17
121/5 122/5 129/9 136/16 136/16
138/22 139/6 140/8 141/13 141/19
145/21 151/18 160/13 160/16 160/21
160/22 160/23 160/25 166/6 171/4
171/22 172/4 189/2 189/3 190/13
190/15 196/6 196/15 197/13 198/17
198/17 204/21 205/22
somebody [7]  62/3 62/3 62/5 105/1
106/17 140/20 181/23
someone [16]  9/7 60/20 61/2 61/9
62/13 63/7 63/20 64/25 68/14 76/13
98/13 98/17 119/9 119/12 133/7 204/18
something [33]  8/19 22/17 30/20 37/4
46/22 48/17 57/14 59/6 63/11 64/18
69/12 76/13 78/25 119/21 120/24
123/13 124/19 124/20 132/11 140/9
149/7 165/18 165/21 166/5 168/12
169/22 172/6 190/19 199/6 199/16
199/19 199/23 204/18
sometimes [7]  62/19 118/20 118/20
132/17 169/10 172/12 197/5
somewhat [2]  28/8 52/18
somewhere [1]  54/15
soon [4]  12/20 140/3 144/15 193/2
sooner [1]  83/10
soothe [1]  196/6
sophisticated [2]  71/2 71/2
sorry [33]  14/24 21/2 21/5 21/22 31/4

**S**

sorry... [28]  33/18 35/14 43/25 56/22
60/12 65/25 66/23 73/23 76/4 82/19
97/23 100/3 104/2 126/11 128/24 133/2
143/15 145/15 147/7 157/2 157/5
159/11 160/24 165/3 183/7 192/11
195/24 202/10
sort [12]  9/11 55/20 58/21 70/18 77/1
81/11 81/11 89/23 104/11 107/8 135/18
156/15
sought [1]  94/24
sound [3]  140/1 147/10 164/21
sounds [3]  45/5 149/1 164/22
source [3]  25/18 37/2 171/16
sources [3]  18/12 19/6 139/14
South [2]  91/19 91/21
South Carolina [2]  91/19 91/21
Southern [2]  91/9 93/24
SOUTHWEST [1]  1/24
sow [5]  98/9 98/14 103/14 122/19
137/2
sowing [1]  98/22
space [1]  10/19
span [1]  136/17
SPARKS [1]  2/9
speak [2]  146/3 186/11
speaking [2]  24/25 38/7
special [2]  155/4 160/23
specific [18]  13/7 24/12 32/25 39/15
44/7 50/4 58/13 66/5 66/6 66/10 71/9
74/12 77/18 77/19 77/22 92/11 95/7
129/20
specifically [15]  8/3 14/21 15/12 24/25
34/6 35/12 36/5 81/5 81/7 105/2 108/23
132/21 132/25 134/8 180/13
specificity [1]  190/13
specs [2]  154/12 172/13
speculating [1]  18/17
speculation [2]  161/15 190/14
spell [2]  152/10 176/7
spending [1]  22/13
spent [2]  54/11 54/17
spoke [2]  163/23 200/11
spots [1]  198/8
spread [1]  84/8
springs [2]  5/8 82/20
squeeze [2]  156/18 168/19
SR [1]  2/23
stack [1]  185/10
stand [6]  52/6 53/18 96/17 201/4
201/11 206/21
stand-in [1]  52/6
standard [8]  8/21 8/22 20/9 33/2 41/18
41/19 41/23 120/17 172/24
standardized [1]  33/24
standards [3]  8/11 8/18 41/17
standing [3]  61/9 167/14 171/9
stapling [1]  126/3
Stark [10]  140/14 149/16 149/19
149/22 175/9 175/15 175/20 175/21
176/1 196/23
start [10]  14/24 23/21 79/14 89/3 120/7
144/9 149/20 149/21 165/3 175/20
started [5]  5/6 7/14 80/2 115/23 161/1
starts [2]  127/7 148/16
state [74]  3/2 11/3 16/3 16/6 16/7
16/14 16/17 17/7 17/12 22/25 23/10

23/19 25/20 33/24 47/25 49/5 68/7
71/15 85/25 86/13 91/15 92/4 112/7
115/6 115/20 116/12 117/5 119/13
122/21 132/1 132/4 132/6 135/6 136/8
137/4 141/6 141/18 143/4 143/10
143/14 143/21 146/10 146/11 152/10
153/24 158/11 158/19 160/13 163/20
164/6 173/10 176/6 176/20 177/1
177/21 177/22 177/25 178/3 178/6
178/8 178/13 179/7 179/10 179/11
186/7 186/13 187/20 191/17 193/22
194/5 194/8 195/5 200/4 206/5
state's [3]  30/15 151/16 198/5
state's Election [1]  30/15
stated [2]  19/25 119/1 208/11
statement [5]  20/5 20/7 100/20 127/16
170/1
statements [2]  171/12 171/18
states [19]  1/1 1/12 1/24 43/14 48/13
48/22 58/6 90/6 109/4 109/6 116/25
122/12 136/11 136/14 137/7 172/4
208/3 208/7 208/17
statewide [6]  48/14 49/2 49/7 49/9
49/9 132/10
status [2]  71/25 79/2
stay [1]  148/6
Stein [4]  94/18 94/19 94/23 97/25
Stein's [1]  94/15
stemming [1]  86/1
STENOGRAPHY [1]  1/21
step [10]  27/1 48/8 48/9 48/10 106/22
106/25 107/2 107/3 119/9 121/23
steps [7]  106/25 108/24 109/9 109/13
109/22 110/15 119/23
Sterling's [1]  122/20
stick [1]  119/9
sticks [4]  10/25 11/1 75/20 75/24
still [21]  7/2 26/22 26/25 28/7 28/10
28/11 43/7 45/6 74/3 74/14 81/10 81/22
91/17 94/13 100/7 144/11 173/17
186/10 190/25 201/14 201/23
stipulate [1]  22/15
stipulation [1]  191/9
stolen [1]  43/9
stop [4]  82/12 82/14 157/11 158/11
store [1]  179/15
stored [1]  73/6
story [1]  147/9
straightforward [4]  65/1 65/5 66/16
66/16
strike [3]  80/6 88/22 172/17
strong [2]  28/12 48/5
strongly [2]  27/21 27/22
students [3]  50/25 51/17 77/3
study [19]  51/21 52/2 52/4 52/5 52/22
52/22 52/24 55/9 55/24 57/3 58/9 58/10
73/13 102/17 120/20 124/15 136/1
136/7 202/3
studying [1]  54/12
stuff [1]  193/6
stuffing [2]  63/19 63/21
Stuxnet [1]  75/19
style [3]  14/10 59/12 75/19
subject [7]  79/4 82/10 82/15 92/12
95/21 112/14 112/15
subjected [2]  161/13 162/9
submit [1]  200/10
submitted [9]  31/25 32/9 42/20 88/19

88/19 109/2 125/22 191/10 200/3
submitting [2]  61/21 199/18
subpoena [4]  5/23 6/1 6/6 191/11
subsequent [2]  24/6 182/24
substance [4]  7/14 83/19 105/3 195/15
substantial [5]  93/16 99/10 171/9
185/12 188/13
substantially [1]  44/25
substantive [4]  38/24 78/14 110/20
195/11
substitute [2]  191/18 206/13
successfully [3]  30/7 77/6 121/21
such [28]  13/15 24/24 27/23 30/21
57/17 58/7 60/7 60/14 60/17 62/22 68/5
70/6 70/9 74/8 74/24 90/7 91/9 99/13
110/3 118/13 126/24 133/24 166/14
170/23 177/19 178/9 179/18 181/8
suffered [1]  16/21
suffers [1]  27/9
sufficiency [2]  14/14 14/19 41/8
sufficient [16]  26/20 41/1 41/5 41/7
41/16 41/20 42/12 42/14 47/19 47/21
52/25 69/15 74/6 114/25 119/3 120/15
sufficiently [9]  26/17 40/24 75/10
75/12 75/15 95/1 95/9 103/7 109/10
suggest [2]  52/24 205/25
suggested [1]  205/23
suggestion [1]  97/12
Suite [3]  184/10 186/6 186/22
Suite 5.5-A [2]  184/10 186/6
SullivanStrickler [9]  10/8 10/12 85/17
85/21 86/6 86/9 86/25 87/4 139/14
SullivanStrickler's [1]  112/11
sum [1]  93/10
summarize [1]  108/22
summarized [1]  70/19
summarizing [1]  187/6
summary [1]  19/24
summer [2]  44/8 137/9
summon [1]  66/23
superuser [2]  27/11 119/22
supplement [1]  205/8
supplemental [1]  87/21
supply [4]  35/18 59/18 59/21 60/2
support [4]  56/7 71/8 108/23 202/1
supporting [1]  110/8
suppose [4]  30/11 30/18 31/11 95/11
supposed [3]  165/7 165/12 186/8
sure [52]  12/5 15/12 16/18 17/7 18/5
19/9 21/21 22/4 23/17 31/11 39/14
45/17 48/25 53/15 61/21 67/24 72/22
75/25 76/4 76/10 78/5 78/10 83/2 88/11
90/23 97/2 102/12 102/25 105/16
111/17 125/18 131/23 138/24 151/8
151/8 159/5 160/22 161/19 162/7 164/3
166/21 170/24 171/4 183/8 183/15
184/2 184/21 188/4 190/10 192/11
193/14 203/5
surface [1]  82/5
surgery [1]  149/20
surprisingly [1]  147/13
Swap [1]  146/2
sworn [6]  7/8 152/8 152/17 176/5
176/12 201/19
symposium [6]  44/8 45/23 137/10
137/11 137/17 138/18
symptom [1]  13/22
synchronized [2]  69/9 69/10

**S**

**system [99]** 7/24 8/5 8/8 8/15 11/12 12/18 13/4 13/21 14/9 16/9 16/12 20/2 22/7 23/8 27/4 27/7 27/17 27/24 28/4 29/6 29/11 29/24 29/25 29/25 30/6 30/9 30/17 31/10 32/7 32/15 32/18 33/7 33/14 41/20 43/8 55/3 55/5 58/24 63/1 63/2 63/6 66/24 69/15 70/3 70/6 70/9 70/22 70/22 74/4 74/6 74/24 75/2 75/5 76/6 80/22 80/25 81/1 81/8 81/21 84/9 87/18 88/10 88/14 98/6 100/5 100/8 100/16 100/19 101/3 102/1 102/6 103/3 103/17 103/23 107/12 107/14 107/14 107/17 109/24 110/13 114/21 117/19 119/10 119/24 120/6 120/13 122/17 128/7 133/12 133/23 134/3 141/24 142/7 146/19 161/18 169/10 179/23 189/23 190/9

**systemic [1]** 123/4

**systems [16]** 7/23 29/14 29/20 31/17 31/19 31/20 32/14 32/16 32/19 32/20 42/17 74/17 115/16 137/14 177/6 177/15

**T**

**Tab [2]** 19/18 114/12
**Tab 2 [2]** 19/18 114/12
**tabulated [4]** 118/13 166/25 167/16 189/11
**tabulation [6]** 24/22 26/13 112/8 118/8 167/22 202/19
**tabulator [1]** 117/18
**tabulators [4]** 143/25 146/19 189/11 189/12
**tainted [1]** 123/20
**take [28]** 6/20 6/22 38/14 53/2 53/12 53/16 68/10 83/6 83/6 83/7 106/17 121/17 123/9 127/20 130/12 141/14 144/12 169/21 175/23 188/13 195/15 195/18 198/12 198/24 200/17 202/7 205/16 206/23
**taken [18]** 17/25 18/1 18/13 25/21 45/23 53/20 67/11 83/14 85/16 108/24 109/13 137/18 137/21 144/17 193/2 193/22 194/8 202/3
**takes [5]** 73/2 127/11 156/23 169/18 174/14
**taking [4]** 16/24 170/11 176/18 207/2
**talk [19]** 11/11 32/25 33/6 34/1 40/21 41/5 41/5 41/13 46/24 65/19 72/4 73/19 76/23 105/2 141/2 148/13 165/1 187/9 200/18
**talked [8]** 14/22 54/20 63/22 150/12 166/6 168/18 168/22 183/9
**talking [23]** 7/20 26/4 33/3 36/4 37/15 49/5 60/19 61/16 63/7 65/14 92/11 102/3 103/22 115/3 142/12 143/14 154/16 154/18 154/18 170/3 171/22 186/24 190/12
**tampering [2]** 35/7 63/11
**tangent [1]** 70/5
**target [3]** 65/3 65/4 65/4
**targeted [5]** 40/13 47/11 47/21 49/13 64/13
**targeting [3]** 16/17 47/8 75/9
**task [1]** 123/11
**TAYLOR [1]** 3/9

**teach [2]** 121/15 121/17
**tech [3]** 45/8 98/10 103/19
**technical [10]** 40/24 70/6 76/17 76/21 76/24 76/25 77/1 187/14 187/15 202/22
**technically [1]** 46/18
**technician [3]** 34/3 49/24 120/25
**techniques [3]** 29/15 29/17 30/3
**technological [1]** 106/19
**technologies [1]** 136/3
**technology [4]** 8/17 32/4 63/12 173/14
**TED [1]** 1/24
**tell [11]** 32/22 37/24 50/19 73/13 102/18 123/2 123/8 123/16 144/4 184/6 196/12
**telling [2]** 138/2 148/21
**ten [13]** 12/12 13/12 18/18 25/22 26/5 58/18 82/22 140/12 147/13 150/22 151/23 197/24 198/6
**ten minutes [6]** 82/22 140/12 147/13 150/22 197/24 198/6
**ten-minute [1]** 151/23
**tendered [3]** 184/3 184/3 205/15
**tendering [1]** 184/22
**term [1]** 28/14
**terminology [1]** 33/25
**terms [10]** 11/23 15/21 24/3 32/14 34/17 53/23 60/9 135/12 136/19 196/18
**terrible [1]** 149/11
**territory [1]** 128/11
**test [3]** 67/10 67/13 120/23
**tested [4]** 46/22 81/17 81/20 119/13
**testified [23]** 7/8 10/7 11/13 12/6 12/16 18/7 26/16 33/23 89/18 92/6 92/20 94/15 95/24 98/5 110/1 131/25 132/15 152/17 174/8 174/21 176/12 201/19 205/10
**testifies [1]** 124/11
**testify [2]** 6/3 160/7
**testifying [9]** 45/10 89/15 96/3 159/22 171/21 194/1 194/3 200/3 200/5
**testimonial [1]** 110/18
**testimony [30]** 6/15 7/15 7/18 10/24 13/10 31/16 31/21 80/7 93/1 96/6 96/7 96/8 97/3 99/24 100/10 104/2 109/13 122/20 122/24 134/20 135/13 141/3 151/24 159/13 170/13 171/5 172/8 202/2 205/9 208/12
**testing [15]** 13/25 14/3 14/6 14/8 14/10 14/14 14/15 14/19 17/12 40/14 46/23 117/23 117/24 118/3 118/3
**Texas [2]** 92/1 92/3
**Texas' [1]** 92/4
**text [15]** 24/20 42/9 46/11 46/15 49/16 50/12 65/21 70/12 72/2 95/17 95/25 96/4 115/13 165/13 166/1
**than [39]** 11/14 14/18 32/20 32/25 33/4 38/3 40/10 42/1 48/12 48/22 48/23 58/24 59/3 59/9 64/13 64/19 65/22 68/15 68/23 71/8 81/18 96/14 98/11 102/5 109/17 110/5 122/3 126/10 137/7 137/19 149/8 150/22 174/19 179/24 183/1 184/12 186/11 187/8 200/15
**thank [65]** 5/16 6/23 7/4 19/22 23/23 40/4 45/2 45/13 53/17 79/6 83/11 84/4 87/8 89/13 91/6 97/7 101/11 105/19 105/21 106/10 111/1 111/6 114/9 120/9 126/5 127/18 129/7 130/5 134/2 140/21 151/10 152/20 158/3 158/15 162/20

**178/25 175/3 175/6 175/7 176/18 176/18 177/17 178/15 179/3 180/8 185/7 190/23 191/3 191/5 193/19 195/21 195/22 195/24 198/2 199/24 201/10 201/15 201/16 205/18 206/20 206/23 206/24 206/25 207/7 207/11
**Thanks [1]** 40/3
**that [1378]**
**that's [39]** 12/19 14/21 15/17 32/11 39/16 45/3 48/3 50/10 67/25 68/23 79/15 79/18 88/21 90/11 92/3 103/6 104/3 120/2 134/13 146/6 148/2 150/3 150/14 159/21 161/3 167/18 167/23 168/25 173/23 176/22 185/21 186/18 194/11 196/14 198/14 199/16 204/12 205/12 207/6
**their [45]** 17/14 19/1 29/18 48/5 49/21 50/22 51/7 52/12 52/16 52/17 53/2 53/3 53/6 58/11 67/10 69/13 70/10 70/11 71/18 72/14 72/24 88/17 90/10 92/2 93/6 93/7 98/20 99/2 99/6 99/10 107/16 110/25 114/4 120/20 125/2 132/18 132/22 155/18 155/19 155/23 157/22 158/2 170/10 178/12 189/11
**them [40]** 11/3 15/8 49/1 57/12 57/23 58/4 61/10 67/22 69/10 69/25 69/25 81/5 81/7 82/21 91/18 99/7 106/15 106/18 106/24 120/15 123/6 131/23 132/5 139/5 149/25 157/24 157/24 158/2 158/3 164/1 166/25 167/7 174/12 184/8 187/10 188/3 201/5 201/6 201/8 206/23
**themselves [4]** 68/9 87/4 163/19 171/17
**then [79]** 6/22 9/14 12/25 18/13 23/12 30/2 34/13 37/2 38/14 39/20 39/21 39/25 45/20 54/17 57/9 63/8 68/19 70/21 75/8 79/13 80/5 80/16 84/8 102/25 104/21 104/22 108/4 119/21 120/5 120/22 122/22 123/9 133/14 135/25 136/4 140/13 140/15 140/16 140/16 146/24 148/5 149/3 149/22 150/22 152/2 160/14 162/21 163/4 163/9 164/17 164/18 165/1 165/8 165/9 165/12 165/12 170/19 171/11 171/12 173/17 175/20 177/24 178/1 178/6 178/8 178/11 178/13 180/6 181/18 185/18 189/19 191/4 196/19 196/21 198/13 199/20 200/19 201/7 206/22
**there [181]** 6/9 8/7 8/10 8/18 8/18 8/21 9/1 9/1 9/12 11/13 11/16 12/8 12/23 12/23 13/15 14/2 15/5 15/22 15/25 15/25 15/25 16/4 23/12 24/12 26/6 27/2 27/6 27/6 27/7 27/15 28/7 28/7 28/17 29/13 30/16 35/9 35/11 37/22 38/5 38/8 38/16 40/17 41/18 44/15 46/7 47/18 54/22 54/24 54/24 54/25 56/12 61/2 62/15 65/21 68/4 68/23 70/5 70/21 72/19 75/10 75/23 79/24 80/1 80/3 91/12 92/15 93/21 93/23 95/8 95/12 97/24 98/10 99/13 99/13 99/14 102/4 102/13 103/6 103/7 104/18 104/24 105/12 105/20 107/1 107/21 108/2 111/25 119/16 119/20 119/24 119/25 123/11 125/1 127/6 129/15 133/4 133/9 133/14 133/24 134/9 136/16 138/2 138/5 138/21 139/6 139/13 143/11 144/6 145/2 145/7 145/21 145/21

**T**

**there... [69]** 145/23 146/4 151/18 155/6
155/7 155/21 155/24 156/2 156/19
161/15 161/20 161/20 161/20 166/3
166/4 166/5 166/14 166/16 167/14
167/25 168/5 168/18 168/21 168/21
168/22 169/12 173/12 173/17 173/22
174/24 175/18 175/24 179/22 181/2
181/23 183/9 183/18 183/21 185/15
186/5 186/8 187/6 187/24 189/2 189/3
189/5 189/6 189/8 189/10 190/1 190/11
190/24 191/6 192/16 193/24 196/20
198/18 201/4 202/19 202/21 203/12
203/19 204/14 204/17 204/22 204/24
205/6 206/7 207/8
**there's [5]** 26/16 42/16 99/12 119/11
146/20
**thereby [3]** 40/5 144/10 151/11
**therefore [1]** 110/6
**therein [1]** 208/11
**these [45]** 12/19 13/7 19/25 20/8 20/9
20/11 20/12 20/13 20/15 20/20 22/14
22/24 23/2 23/14 24/25 26/8 26/9 38/25
46/23 55/18 68/25 69/8 69/15 106/14
106/21 107/14 110/15 118/3 118/11
118/21 119/12 119/13 141/17 141/21
143/3 143/24 145/12 151/21 160/16
186/12 189/22 189/22 193/8 199/1
201/7
**they [112]** 10/24 17/14 20/3 22/5 24/2
26/23 27/25 31/9 38/2 46/8 48/5 48/25
49/10 52/17 56/4 56/6 56/10 56/12
56/16 56/19 57/12 57/12 57/14 58/5
68/9 68/10 71/22 72/3 72/14 72/21 73/3
73/10 74/5 76/2 81/3 87/3 87/5 88/11
88/18 88/18 90/2 90/12 91/18 91/21
91/24 91/25 93/11 94/2 98/19 99/6
104/25 104/25 105/2 106/15 106/17
118/21 120/19 121/2 121/2 122/23
123/14 123/17 124/20 131/20 132/9
132/24 133/11 136/15 140/8 141/10
142/1 142/3 142/19 142/19 143/7
143/20 144/8 146/14 150/3 155/19
156/8 156/9 156/11 156/14 156/14
164/3 164/4 164/4 165/23 170/7 170/10
170/10 171/16 172/5 178/4 178/4 178/5
180/10 185/5 186/15 187/9 187/11
187/11 187/14 187/22 189/25 190/13
196/24 196/25 203/12 206/1 206/17
**thing [11]** 13/15 35/9 58/7 80/4 98/21
104/5 127/22 149/3 150/4 154/12
205/19
**things [25]** 15/17 17/25 37/23 38/3
38/11 40/23 49/4 58/20 63/8 67/8 72/16
82/17 83/4 86/16 87/5 87/14 98/16
104/14 106/16 114/1 143/3 160/14
162/13 171/18 203/20
**think [131]** 6/13 6/15 6/18 10/17 11/2
11/9 12/19 16/16 17/9 22/16 23/3 27/8
27/12 28/5 28/17 29/9 30/1 37/16 38/2
38/5 38/15 38/19 39/5 39/12 41/6 42/7
43/7 43/17 43/21 43/22 44/13 44/20
45/3 46/8 46/18 54/11 54/14 61/19 63/3
63/9 63/10 68/22 69/12 70/15 78/14
78/20 80/8 80/11 82/3 82/14 82/24
82/25 83/9 84/1 89/9 93/25 94/20 95/6
97/16 98/14 99/14 99/14 100/13 106/14

107/16 108/8 111/16 111/25 113/8
113/23 124/23 124/23 126/3 128/10
135/3 136/8 136/13 137/3 140/11
140/16 141/14 142/19 142/19 142/20
144/2 146/18 147/4 147/11 148/11
148/14 148/20 148/24 150/22 151/20
155/4 156/8 157/9 164/4 168/21 169/16
172/16 172/20 173/15 173/18 175/23
176/1 176/1 178/25 179/24 183/9
183/14 184/8 185/22 187/1 187/5
187/21 187/22 188/8 188/10 190/24
192/12 193/14 193/24 194/11 194/13
195/4 198/21 199/14 199/17 199/18
206/7
**thinking [2]** 83/1 120/4
**thinks [1]** 39/2
**third [9]** 11/5 21/6 69/24 92/15 94/19
116/14 142/9 143/1 146/8
**third-party [1]** 94/19
**this [279]**
**thorough [1]** 202/20
**those [91]** 9/3 9/13 9/20 11/2 12/15
16/10 18/3 18/12 18/15 18/21 21/25
22/1 23/14 24/15 25/1 25/23 26/5 26/14
28/3 31/18 31/24 32/7 32/8 36/8 44/5
46/8 46/16 47/23 49/13 56/7 56/14
57/19 60/12 63/24 67/3 68/6 71/20 74/1
74/8 76/8 85/4 85/20 86/5 88/8 88/8
91/11 92/23 93/8 93/17 107/11 108/9
109/14 116/9 116/17 120/23 121/3
121/5 123/13 123/16 123/17 123/17
123/24 125/4 131/19 131/21 136/6
136/9 141/20 144/6 148/19 162/13
163/7 163/17 171/11 171/18 171/18
180/23 186/14 190/8 194/9 195/10
195/10 195/14 196/21 197/22 198/21
198/21 198/23 198/24 206/6 207/9
**though [8]** 27/25 33/23 70/16 82/7
106/12 131/23 145/18 198/1
**thought [15]** 36/21 38/6 38/15 39/16
59/6 105/7 105/8 105/13 110/2 119/12
129/20 131/23 131/24 156/25 169/23
**thousands [3]** 19/1 125/9 190/5
**threat [15]** 17/9 26/20 26/25 73/15
76/12 83/23 104/8 107/8 107/9 107/13
107/15 112/2 136/2 137/3 137/5
**threatening [1]** 149/1
**threats [10]** 8/9 46/1 46/4 46/7 46/8
102/4 107/11 135/22 136/18 137/4
**three [14]** 6/13 6/13 61/9 61/17 69/8
69/9 141/18 143/3 147/3 147/6 147/8
150/24 156/23 157/11
**three minutes [2]** 156/23 157/11
**through [31]** 9/6 23/15 39/12 45/18
46/22 54/9 60/2 74/1 77/10 78/18 83/10
86/15 97/19 97/20 108/19 109/6 119/7
119/22 120/5 121/23 123/4 128/6
131/24 156/6 156/23 162/2 168/19
172/7 190/16 197/5 203/5
**throughout [2]** 21/17 206/8
**Thus [1]** 110/10
**time [61]** 6/3 22/13 38/11 51/25 53/9
54/15 54/17 57/17 57/25 59/15 68/10
72/7 77/6 82/14 82/25 84/21 85/7 85/23
86/15 102/10 103/24 106/4 106/7
107/18 110/24 122/1 122/2 136/17
137/13 139/3 143/10 144/14 147/17
147/19 151/14 152/3 153/18 156/20

153/6 160/10 163/12 163/25 164/2
169/21 171/9 174/20 176/18 184/21
184/23 189/15 190/15 190/18 192/3
192/18 192/20 195/23 198/3 198/20
198/24 206/2 206/8
**timeline [1]** 44/8
**times [8]** 76/23 92/5 121/1 121/20
133/18 156/2 164/14 166/9
**timing [1]** 86/21
**tired [1]** 197/9
**title [1]** 30/13
**today [29]** 5/19 6/16 7/14 18/24 25/11
27/3 27/16 27/20 28/2 29/24 30/4 48/16
77/2 92/14 108/15 118/19 135/3 140/24
148/16 158/10 179/20 181/4 181/6
182/25 194/7 196/21 197/16 200/17
201/6
**today's [1]** 46/4
**together [1]** 136/19
**told [5]** 82/21 88/18 88/23 179/25
180/2
**ton [1]** 204/24
**Tony [2]** 115/2 115/12
**too [16]** 24/24 37/1 37/23 37/24 97/16
122/9 136/21 150/17 151/1 156/25
157/10 183/18 187/11 197/6 197/9
199/12
**took [11]** 44/14 47/9 57/17 57/25 85/25
106/16 120/14 122/1 122/2 156/5
195/19
**top [3]** 21/6 104/6 115/13
**topic [4]** 39/25 52/23 53/12 128/5
**topics [7]** 80/16 112/5 114/10 120/10
122/4 124/14 136/6
**total [2]** 29/19 155/9
**totally [1]** 165/22
**TOTENBERG [1]** 1/11
**touched [1]** 31/24
**touches [1]** 32/17
**traditional [2]** 71/5 71/16
**trail [1]** 42/5
**training [2]** 160/1 160/4
**transcript [10]** 1/1 1/5 1/7 1/8 1/10
1/22 37/15 159/13 199/9 208/9
**transcripts [1]** 1/2
**transparent [1]** 104/20
**travel [2]** 149/7 149/19
**traveling [1]** 182/19
**treat [1]** 190/2
**treats [1]** 81/18
**tree [1]** 5/8
**tremendous [1]** 119/19
**trial [8]** 1/10 97/2 110/11 110/23
122/21 159/23 192/3 196/16
**tricked [1]** 176/1
**tried [4]** 164/3 174/11 191/21 196/7
**tries [1]** 121/18
**trouble [4]** 130/18 163/7 163/10 163/11
**true [19]** 14/21 43/23 44/19 68/23 72/1
73/12 88/16 92/3 101/23 101/25 132/6
132/20 167/18 167/23 167/25 179/9
181/21 181/22 208/9
**Trump [3]** 36/17 37/17 38/3
**Trump/Biden [2]** 37/17 38/3
**trust [1]** 99/5
**trustworthy [1]** 168/2
**truth [4]** 89/11 181/17 185/3 186/25
**try [9]** 16/16 106/14 123/4 129/12

**T**

**try... [5]**  129/14 154/7 164/25 189/10 203/12
**trying [31]**  28/5 38/5 39/7 44/7 44/7 56/17 61/3 61/8 63/8 65/16 67/24 76/11 81/3 101/9 104/22 107/19 135/18 140/20 143/17 144/11 149/15 156/8 178/19 180/9 181/16 187/3 189/18 190/16 191/25 192/17 201/13
**TSx [1]**  60/16
**TSxs [1]**  42/1
**tuned [2]**  140/18 160/13
**turn [8]**  19/16 55/8 97/10 114/13 115/11 126/8 127/4 156/17
**turned [2]**  73/8 156/11
**TURNER [1]**  1/24
**Turning [2]**  20/21 116/18
**turns [1]**  155/14
**twice [2]**  162/23 162/25
**two [28]**  5/5 5/22 38/25 44/15 63/18 69/9 83/7 85/9 103/19 109/7 117/7 119/22 138/16 143/22 144/9 147/2 147/6 147/8 156/6 163/7 164/14 165/7 189/17 194/21 201/4 202/1 205/22 206/22
**two days [1]**  5/22
**two hours [1]**  156/6
**two minutes [1]**  144/9
**two-year [1]**  143/22
**type [13]**  9/5 9/7 15/5 26/17 26/19 47/5 47/15 49/8 56/22 61/19 110/17 139/6 146/15
**types [1]**  104/14
**typical [3]**  33/4 58/6 68/15
**typically [11]**  8/8 9/4 9/10 9/22 20/9 58/7 58/20 153/18 154/4 154/22 177/20
**TYSON [25]**  3/6 4/6 4/8 22/25 27/6 41/3 70/5 85/2 89/2 89/7 103/4 104/4 104/6 114/11 125/14 126/7 127/23 129/22 129/24 134/22
**Tyson's [1]**  119/2

**U**

**U.S [2]**  85/9 113/2
**Uh [2]**  44/17 162/17
**Uh-huh [2]**  44/17 162/17
**ultimately [2]**  50/16 95/12
**unauthorized [4]**  16/21 17/7 25/5 25/10
**unbeknownst [1]**  192/6
**unclear [2]**  66/1 84/22
**under [23]**  7/2 54/2 65/25 84/21 84/22 101/2 107/13 108/21 143/8 143/10 159/3 180/15 181/12 182/19 189/15 190/19 194/3 194/5 201/15 201/23 203/13 203/16 204/7
**underlies [1]**  76/25
**underlying [1]**  112/2
**undermine [1]**  137/1
**undermining [1]**  98/25
**understand [26]**  5/23 6/8 23/25 35/11 65/8 76/4 76/10 86/24 88/17 107/25 108/3 123/4 126/24 140/5 140/22 147/12 151/4 162/23 171/7 173/9 178/20 183/10 192/4 192/15 192/15 199/15
**understanding [16]**  36/24 38/4 48/3

95/5 115/4 143/19 170/1 170/18 171/3 171/8 179/1 183/24 183/24 186/20 189/22 199/18
**understands [2]**  140/19 183/8
**understood [3]**  65/15 80/2 194/18
**undertake [1]**  15/23
**undertaken [2]**  102/17 205/14
**underway [1]**  5/19
**undetected [2]**  49/20 100/15
**unfolds [1]**  6/15
**unfortunately [4]**  99/12 99/17 100/23 100/24
**unified [1]**  117/17
**unify [1]**  24/17
**Unintelligible [1]**  148/13
**unique [2]**  24/16 117/11
**unit [6]**  34/14 34/23 35/5 35/13 58/16 64/2
**UNITED [8]**  1/1 1/12 1/24 109/4 109/6 208/3 208/7 208/17
**units [4]**  69/8 69/9 69/9 80/19
**universal [1]**  16/11
**University [4]**  16/20 16/24 17/2 153/7
**unless [4]**  78/15 97/19 127/10 147/13
**unlike [3]**  42/5 46/23 82/3
**unlikely [1]**  13/20 14/11 124/19
**unlock [1]**  60/23
**unnecessary [1]**  117/2
**unring [1]**  38/20
**until [7]**  37/3 98/19 147/18 152/1 159/9 160/14 186/17
**untouched [1]**  12/18
**untrustworthy [1]**  154/2
**unusable [1]**  127/13
**up [34]**  37/11 38/9 39/4 56/23 63/6 63/12 73/5 82/6 87/19 107/5 113/10 115/2 119/9 124/20 127/22 127/22 128/5 130/1 131/5 134/17 141/2 153/4 155/22 166/6 169/19 171/11 174/3 196/22 197/6 198/24 201/7 202/18 206/13 206/16
**update [9]**  9/3 9/4 9/6 11/17 24/2 100/11 117/6 117/9 167/5
**updated [1]**  36/8
**updates [9]**  12/17 20/25 23/25 88/5 88/9 88/12 88/14 88/19 115/24
**upgrade [1]**  70/21
**upgraded [1]**  71/15
**uploaded [1]**  20/3
**upon [2]**  141/12 170/4
**us [13]**  139/2 139/19 139/20 144/6 145/16 152/21 170/10 176/19 181/25 184/6 192/6 194/7 201/5
**usage [2]**  90/5 93/19
**USB [7]**  10/25 11/1 34/14 75/20 75/24 108/19 116/20
**use [37]**  20/10 24/12 25/24 29/6 30/4 31/14 55/19 56/11 57/19 61/3 61/8 62/6 67/8 68/3 75/20 86/1 89/25 90/9 92/1 92/6 92/8 92/14 93/4 107/8 108/19 108/20 109/15 110/6 115/5 117/9 117/11 117/23 120/19 131/3 153/21 158/12 173/16
**used [40]**  10/1 10/25 11/1 11/12 27/3 27/16 28/1 29/11 33/20 38/2 43/8 43/14 70/1 70/23 74/4 74/4 75/19 80/22 80/25 81/8 81/21 83/7 83/23 89/16 89/18 91/22 92/9 104/8 107/12 108/22 108/25

95/5 115/4 143/19 170/1 170/18 171/3 109/6 110/1 110/12 117/19 122/9 137/1 137/22 138/12 204/6
**useful [4]**  63/18 97/5 97/5 198/14
**user [3]**  56/2 56/4 56/5
**user-friendly [2]**  56/2 56/5
**uses [4]**  14/4 27/7 46/5 47/25 71/8 91/17 91/19 137/20
**using [17]**  15/1 24/16 26/25 34/2 68/23 74/22 75/23 109/22 116/19 120/13 120/17 123/22 136/11 136/15 153/21 164/9 167/6
**usually [4]**  9/19 153/20 156/10 158/4

**V**

**validated [5]**  12/13 12/15 12/21 99/15 100/23
**value [2]**  97/2 158/5
**variety [2]**  8/25 119/5
**various [8]**  7/23 15/9 18/10 26/3 34/1 35/9 137/14 195/7
**varying [2]**  8/1 19/11
**veer [1]**  38/1
**verifiable [1]**  29/14
**verification [6]**  52/18 52/20 55/9 57/8 124/15 136/6
**verified [12]**  88/11 89/20 89/22 90/2 90/9 90/11 90/16 91/2 91/7 93/4 116/3 138/18
**verify [10]**  27/21 29/18 58/11 67/21 69/24 69/25 70/10 84/2 125/2 167/20
**verifying [1]**  127/13
**verse [1]**  42/18
**version [11]**  11/18 39/8 39/11 137/18 137/19 138/11 138/13 138/13 138/14 203/9 206/18
**versions [2]**  40/10 71/7
**versus [8]**  16/11 32/5 32/19 42/18 44/18 62/12 154/2 199/16
**very [61]**  11/25 23/24 23/24 24/9 29/13 30/2 33/23 37/7 51/24 55/18 58/8 59/6 59/6 63/4 63/5 66/5 69/21 70/15 83/3 86/14 91/18 93/24 97/20 104/20 119/16 119/16 121/18 122/18 128/16 129/23 129/24 135/15 136/25 136/25 137/22 138/6 138/6 138/16 140/1 147/13 151/3 154/13 156/16 158/15 160/12 167/25 175/4 175/6 185/12 187/5 190/5 190/23 191/7 191/17 191/17 192/21 195/24 196/5 196/8 196/14 207/6
**via [2]**  64/2 84/9
**victory [2]**  77/24 78/1
**video [29]**  34/13 34/20 35/21 47/1 64/3 72/5 108/12 108/18 108/20 108/24 109/9 109/13 109/16 109/21 110/11 110/17 110/19 110/22 140/5 140/6 140/10 151/15 196/19 197/19 197/20 197/21 197/21 198/4 199/9
**videotaped [1]**  199/25
**view [2]**  6/12 72/13
**viewed [2]**  165/25 192/1
**views [1]**  32/13
**VINCENT [1]**  3/3
**violating [1]**  155/18
**violation [3]**  177/24 178/12 179/18
**virtualization [1]**  67/13 120/17
**virtually [1]**  127/12
**visible [8]**  26/1 26/3 26/6 26/7 114/1 114/3 122/13 136/25

**V**

**VOLUME [1]** 1/10
**volunteers [1]** 204/5
**VON [2]** 2/10 4/7
**vote [56]** 29/7 34/7 55/22 56/11 56/19
57/9 57/10 57/23 65/17 66/9 91/11
91/23 92/7 94/3 94/8 94/9 94/11 99/10
122/2 123/16 125/16 129/10 135/25
153/14 153/16 153/17 153/18 153/20
153/24 154/1 154/4 155/13 156/10
157/14 157/17 157/21 158/4 158/13
159/3 159/6 161/4 161/8 163/13 165/6
165/11 165/14 165/15 167/9 167/25
168/12 169/19 170/20 173/11 173/18
174/5 189/24
**voted [18]** 63/24 68/16 155/1 160/7
160/11 162/16 162/21 162/23 163/1
163/4 164/9 164/14 164/15 164/17
164/23 165/2 165/4 168/18
**voter [43]** 29/18 48/8 52/16 52/18 55/9
60/25 61/1 61/3 61/8 61/16 62/5 68/13
70/16 72/10 72/13 72/21 72/23 73/2
82/6 99/10 102/8 102/24 114/3 114/6
118/10 121/8 124/15 127/10 127/13
130/22 131/7 131/9 131/10 132/15
132/22 133/10 133/15 136/5 155/15
167/5 171/17 203/25 206/6
**voter's [1]** 114/2
**voters [61]** 27/4 27/17 29/7 29/12
31/14 47/13 49/21 50/21 51/6 53/1 53/3
53/5 53/8 55/21 56/18 57/5 57/8 57/16
57/19 57/22 57/24 58/3 58/8 58/11
62/17 68/9 69/12 70/9 71/18 71/22
71/23 72/1 73/1 89/17 89/25 90/3 90/12
90/17 90/19 91/19 91/22 92/1 92/7
93/10 93/12 94/8 94/11 99/5 100/25
113/15 122/14 123/16 125/2 125/4
125/7 125/8 125/9 132/17 132/19
155/16 158/12
**voters' [3]** 15/4 27/22 128/8
**votes [16]** 36/17 46/11 98/15 99/2
110/4 123/17 123/24 128/8 128/12
161/17 161/18 165/9 166/25 167/21
190/5 202/19
**voting [89]** 8/12 8/13 8/13 10/8 10/12
15/21 21/10 21/13 22/11 29/14 30/17
45/4 45/6 53/9 56/3 56/4 57/13 63/13
63/20 72/14 80/25 81/1 85/25 89/19
89/20 89/22 90/1 90/2 90/9 90/10 90/11
90/14 90/17 90/18 91/3 91/7 91/10
91/20 92/2 92/2 93/4 93/8 93/12 93/18
94/4 95/1 95/17 98/23 100/16 101/13
107/5 112/1 112/2 112/8 112/12 113/17
114/21 115/24 116/6 116/11 116/14
121/24 122/3 122/16 122/17 127/11
133/13 133/23 153/23 155/24 156/4
156/4 156/18 156/21 157/17 160/13
160/21 160/25 161/1 163/8 163/14
165/1 174/6 177/6 177/15 178/17
179/11 179/23 189/23
**vs [1]** 1/5
**vulnerabilities [44]** 7/23 7/25 8/17
11/11 11/14 11/24 12/13 12/15
12/17 12/20 12/24 13/1 13/12 13/19
13/22 15/6 20/1 20/11 27/8 27/12 41/13
42/22 58/20 78/3 80/24 81/2 82/7 85/1
85/5 85/6 85/7 88/4 100/23 106/2

120/21 120/23 134/11 193/3
**vulnerability [20]** 8/24 9/8 9/17 9/18
9/23 11/19 27/10 58/15 58/17 58/22
58/24 58/25 60/19 60/20 81/9 81/22
84/14 106/4 106/7 106/8
**vulnerable [1]** 114/6

**W**

**wait [12]** 128/23 142/20 144/22 144/22
145/1 145/1 145/1 155/21 157/10 159/9
163/16 195/24
**waiting [4]** 140/23 156/20 170/20
187/9
**walk [3]** 82/6 107/5 166/10
**walking [1]** 37/8
**want [48]** 9/17 10/5 16/19 33/25 38/14
47/1 48/5 53/12 59/13 60/8 64/5 64/17
64/17 73/19 79/4 80/2 80/2 83/16 86/24
104/20 104/25 104/25 105/16 107/24
115/10 123/21 125/14 127/22 129/2
141/16 144/14 149/24 149/25 174/4
178/25 179/2 181/18 183/8 184/20
187/1 187/18 188/20 190/13 191/8
198/24 200/24 203/22 206/4
**wanted [16]** 5/12 6/17 7/22 17/13 84/2
98/9 104/4 108/2 108/4 108/8 130/1
134/16 159/5 161/9 173/18 201/14
**wanting [4]** 38/14 55/20 162/2 206/13
**wants [4]** 38/18 105/5 122/19 173/16
**warehouse [1]** 73/6
**was [308]**
**Washington [2]** 10/15 49/17
**wasn't [11]** 31/20 65/15 78/9 86/19
86/20 96/8 156/2 156/9 166/5 204/25
207/1
**waste [1]** 189/15
**watch [3]** 152/1 157/24 167/7
**watched [3]** 34/13 72/15 121/23
**watcher [1]** 170/19
**watchers [2]** 18/3 18/13
**way [54]** 5/9 9/5 9/16 9/18 12/8 14/8
22/20 23/22 24/20 29/8 29/18 33/1 34/6
46/19 50/4 55/19 56/17 57/9 62/13 69/7
69/11 69/16 70/16 70/17 75/18 85/13
93/25 97/16 98/16 103/18 103/21
104/23 114/3 119/25 123/13 123/18
131/5 132/24 147/15 148/22 153/23
156/7 157/22 158/7 161/16 161/17
166/13 166/14 166/16 168/1 185/13
192/10 203/20 204/17
**ways [21]** 8/25 9/1 9/3 20/19 29/10
35/10 35/11 36/7 38/8 50/13 56/12 60/5
87/18 95/11 98/10 114/1 119/20 120/23
121/5 136/16 165/15
**we [185]** 5/4 5/6 5/13 5/14 5/19 5/19
5/21 6/5 6/6 6/6 6/12 6/13 6/15 6/16
6/19 6/20 6/24 7/14 7/20 8/7 9/19 10/21
16/13 16/16 17/10 19/20 27/19 32/25
34/13 35/16 35/21 36/21 36/22 37/3
37/7 38/7 38/9 38/14 38/19 38/20 39/17
39/20 40/8 40/12 41/5 41/5 41/15 51/4
51/9 52/5 52/8 52/11 52/19 52/24 54/14
54/22 55/8 55/19 56/19 57/3 57/7 59/4
59/9 59/12 59/12 59/24 63/22 64/5 64/8
64/18 65/14 66/3 66/4 66/14 72/15 80/6
82/21 82/21 84/21 84/22 85/8 86/16
87/14 87/17 92/25 97/9 99/16 102/25

108/1 104/6 104/6 105/6 105/8 108/1
108/6 108/8 108/8 108/13 111/6 111/7
126/12 129/13 129/16 129/18 130/11
136/1 137/3 137/4 140/5 140/7 140/10
140/15 141/11 144/22 146/21 147/15
147/23 147/24 148/8 148/9 148/19
148/22 149/16 150/6 150/9 150/21
150/24 151/14 151/17 151/20 151/23
152/2 158/11 158/19 163/9 166/24
172/18 173/2 175/19 176/1 176/1
179/15 180/23 181/2 181/18 182/25
183/9 183/11 187/13 188/10 188/14
190/10 190/24 191/9 191/17 193/17
194/14 196/3 196/18 196/19 197/5
197/18 197/25 198/17 198/24 199/4
199/9 200/9 200/11 200/11 200/19
200/22 201/6 201/25 202/21 203/16
203/18 204/1 205/1 205/1 206/6 206/8
206/16 207/4 207/5
**we'll [18]** 6/22 53/16 80/16 83/6 83/6
129/12 129/12 144/8 148/9 150/13
151/3 175/17 175/20 197/18 197/21
199/22 199/23 200/17
**we're [49]** 9/21 33/3 33/25 67/5 79/24
80/1 80/8 97/19 102/3 103/22 104/24
108/7 109/4 115/3 128/10 140/6 140/11
140/25 144/11 144/12 144/15 144/16
147/4 148/14 148/20 149/15 150/6
150/10 150/15 151/2 161/19 161/22
175/21 184/5 185/9 186/24 187/1
189/19 190/12 191/13 191/14 196/3
197/19 198/15 198/20 199/22 200/10
201/13 204/15
**we've [9]** 15/9 44/15 68/18 69/4 144/19
172/20 194/13 197/4 203/10
**weak [1]** 116/17
**weapon [1]** 59/7
**website [6]** 89/20 90/9 90/17 90/21
91/3 202/25
**week [3]** 10/24 147/24 197/10
**weekend [1]** 148/6
**weeks [3]** 54/12 54/13 123/9
**WEIGEL [1]** 3/8
**WEINHARDT [1]** 2/6
**WELCH [3]** 1/23 208/6 208/16
**welcome [2]** 79/5 88/18
**well [94]** 8/4 10/25 12/2 21/21 25/15
27/6 32/17 35/1 37/10 39/7 43/6 45/17
46/7 46/18 48/9 48/18 54/25 56/4 62/2
62/15 63/6 63/9 63/12 66/2 68/4 72/12
74/25 75/6 78/13 78/20 78/25 81/11
83/6 86/15 89/9 98/12 103/16 108/7
111/16 111/18 113/18 114/24 116/16
120/14 122/13 123/1 123/3 123/25
124/10 127/7 130/3 130/14 132/4 132/6
135/20 136/3 136/18 136/23 137/5
143/12 145/10 145/16 146/21 147/18
147/20 148/19 148/21 151/25 153/23
154/12 155/1 163/4 164/13 167/18
170/25 178/19 180/2 181/1 181/8
185/11 189/17 192/9 194/7 195/19
196/3 197/12 199/20 200/15 202/17
203/7 204/9 204/14 205/3 205/15
**well-defined [1]** 54/25
**well-designed [1]** 127/7
**went [5]** 13/8 61/10 72/15 156/21
163/13
**were [149]** 11/1 11/13 13/12 18/12

W

**were... [145]** 23/12 24/2 24/12 38/5 40/9 40/10 44/1 44/3 45/18 50/18 51/15 51/21 51/22 57/23 57/8 62/12 64/21 65/9 65/24 70/3 70/13 73/10 78/3 78/23 82/21 84/13 84/21 84/22 85/8 85/8 85/9 85/13 86/8 86/16 86/23 95/1 95/8 95/9 95/21 96/11 96/17 102/24 102/24 103/10 103/12 105/9 108/25 109/10 110/9 110/16 112/6 112/11 112/17 114/16 116/10 116/17 117/4 117/5 117/6 119/1 119/2 119/16 119/20 119/25 120/10 122/4 123/5 123/17 123/22 124/14 124/18 125/1 127/2 128/5 128/15 128/16 129/6 130/22 131/12 131/14 136/1 138/5 140/8 140/15 141/24 142/1 142/3 142/4 142/11 142/19 142/19 143/8 143/9 150/6 150/9 155/6 155/7 156/6 156/8 156/18 163/15 164/4 165/23 166/25 167/21 168/18 168/22 170/19 170/19 170/23 171/18 173/17 179/25 180/4 180/5 180/6 184/12 184/15 186/5 187/9 187/15 189/11 191/10 192/8 193/21 193/24 194/3 194/4 194/5 195/4 196/5 197/18 201/4 201/4 201/25 201/25 202/1 202/19 202/21 204/6 204/14 206/6 206/14 207/13

**weren't [9]** 36/21 53/24 53/24 92/8 167/1 167/3 171/14 171/16 172/14

**what [187]** 5/7 5/14 5/25 6/20 6/21 6/21 8/11 8/13 8/14 11/14 11/23 12/2 12/4 12/6 13/11 13/16 15/12 16/10 16/10 18/7 19/8 20/19 21/22 23/3 23/4 23/9 26/2 29/10 29/16 30/13 31/7 32/3 33/6 35/12 35/25 37/16 38/9 38/13 38/18 38/20 39/2 39/7 39/16 41/1 41/18 44/14 44/20 50/14 51/4 54/23 57/13 57/24 58/21 59/11 63/7 66/14 68/6 68/20 70/10 70/19 71/3 71/8 71/20 74/10 75/6 77/19 78/10 78/23 86/8 86/16 88/23 89/10 89/24 90/8 90/16 97/2 97/9 97/17 97/17 97/18 101/7 101/19 103/22 105/7 107/15 107/16 113/25 116/11 116/21 118/21 119/17 122/10 123/22 124/23 125/19 126/12 126/16 127/2 128/13 129/5 130/9 132/4 135/10 135/14 135/19 136/1 138/24 139/9 141/15 141/20 142/2 142/10 142/14 143/5 143/13 143/17 143/19 143/23 144/4 145/9 145/18 145/19 146/15 146/15 147/6 147/21 150/1 150/5 150/8 151/2 151/7 157/6 157/7 157/8 158/8 162/5 166/2 169/13 171/5 171/10 171/19 173/9 174/15 174/19 174/22 176/25 177/13 178/8 178/18 178/19 178/19 178/20 179/20 180/4 180/5 180/20 180/24 181/13 181/16 181/20 182/9 182/15 183/24 184/5 184/6 185/20 186/20 187/6 188/7 189/6 189/18 190/7 191/1 192/1 192/19 195/25 197/18 198/13 198/13 199/7 200/17 202/15 203/6 203/20 203/21 203/24 204/14

**what's [2]** 147/9 199/16

**whatever [8]** 86/9 89/11 111/18 166/10 180/23 181/15 198/21 206/14

**when [87]** 6/20 8/10 10/11 10/13 10/13 11/5 11/7 13/16 15/18 20/19 23/5 24/2 26/4 30/17 33/3 42/20 44/16 44/18 59/19 63/14 63/24 64/11 65/7 67/15 92/6 97/4 99/11 104/6 106/20 121/13 153/2 153/12 154/4 154/18 155/11 155/21 156/20 161/1 163/22 164/9 164/23 165/2 165/4 165/6 165/14 165/18 165/24 165/25 166/24 166/25 167/9 168/18 169/12 170/3 170/6 171/14 177/19 179/12 191/17 195/4 195/10 195/14 196/22 199/14 201/3 201/25 206/1

**whenever [1]** 198/23

**where [36]** 5/4 20/9 25/22 29/11 42/18 67/24 69/4 69/12 90/4 90/18 91/9 105/8 118/12 119/7 119/9 133/9 133/15 138/22 138/24 145/7 153/16 153/17 156/10 167/7 168/22 168/22 169/2 170/7 183/12 183/12 184/15 189/18 191/13 199/22 202/18 202/24

**whereof [1]** 208/12

**Whereupon [4]** 7/6 152/15 176/10 201/17

**wherever [1]** 41/6

**whether [38]** 8/8 40/8 41/12 43/18 46/5 48/25 58/11 60/17 62/3 62/21 73/14 76/18 77/7 78/15 83/22 83/23 84/7 84/18 84/23 84/23 88/11 104/7 104/8 104/13 112/22 113/7 113/15 122/5 123/8 137/13 155/19 161/16 177/23 179/21 179/21 181/21 189/9 203/15

**which [66]** 16/10 19/11 23/10 23/14 24/22 24/23 26/1 26/5 26/7 26/23 26/23 28/8 29/16 32/21 32/22 33/10 35/14 36/7 36/22 45/5 47/9 50/4 50/19 58/10 58/21 65/20 71/24 74/20 77/9 77/25 78/5 81/3 90/3 93/15 101/10 104/12 106/16 107/13 109/3 113/1 114/5 117/17 120/24 120/24 121/5 124/7 128/12 136/1 136/2 136/23 137/4 137/18 137/21 142/7 142/8 146/13 159/3 166/4 173/14 178/21 188/4 191/14 198/12 202/22 204/13

**while [12]** 26/25 53/12 53/15 61/9 72/14 86/16 96/17 105/2 115/3 127/11 179/21 198/15

**whispering [1]** 89/4

**who [51]** 5/20 6/10 17/13 17/18 18/3 18/6 29/7 57/16 57/19 57/19 57/25 62/2 62/3 62/5 62/12 63/7 69/24 81/13 90/3 90/12 90/17 91/12 91/23 93/12 94/4 94/18 100/18 103/20 106/15 121/11 125/2 139/4 139/10 144/6 145/12 147/23 148/1 150/18 156/18 164/1 173/13 173/16 175/9 183/10 191/24 192/7 192/16 196/17 197/22 200/21 207/9

**Who's [1]** 92/17

**whole [5]** 37/25 65/8 106/23 147/3 185/10

**wholly [1]** 86/18

**whom [3]** 84/10 84/23 138/23

**why [37]** 16/8 23/20 37/23 38/22 39/4 39/18 39/20 40/17 45/3 47/18 48/3 55/18 56/16 56/17 56/17 61/21 69/22 78/15 78/16 79/15 102/22 119/4 119/4 141/2 144/7 147/12 151/18 153/21

**will [37]** 1/3 5/21 6/7 6/8 38/20 53/7 53/18 83/2 111/17 122/14 126/24 130/12 132/12 136/24 141/14 141/19 146/3 150/16 171/11 175/15 175/23 193/18 196/15 197/16 198/5 198/16 199/4 199/15 199/18 200/5 200/7 200/19 205/16 205/16 206/16 206/16 206/23

**WILLIAM [2]** 2/13 2/18

**Williamson [1]** 183/3

**willing [1]** 6/2

**windows [4]** 88/5 88/8 117/1 117/4

**wise [1]** 110/3

**wish [2]** 105/11 206/12

**wished [1]** 111/6

**within [4]** 12/5 107/17 147/13 167/16

**without [13]** 13/1 17/14 42/11 53/25 54/3 67/2 67/13 105/11 112/1 121/8 130/19 155/18 196/13

**witness [32]** 4/3 5/21 6/9 45/5 97/3 97/18 139/21 140/5 147/11 147/20 147/23 148/9 150/19 151/13 152/2 152/8 155/10 161/16 161/21 175/5 175/20 175/22 176/5 184/4 184/19 187/5 187/18 188/2 190/17 196/17 201/13 206/21

**witnesses [5]** 149/17 151/21 197/2 197/2 205/22

**WL [2]** 109/5 109/7

**woes [1]** 130/19

**won't [5]** 89/3 89/10 132/13 165/21 176/25

**word [1]** 45/17

**words [1]** 119/8

**work [22]** 10/20 17/13 17/17 29/13 31/19 31/20 36/7 46/20 55/20 58/10 64/6 65/2 76/25 91/14 136/6 136/6 147/10 149/21 178/2 183/12 183/13 197/24

**worked [2]** 50/23 86/25

**worker [1]** 61/6 61/11 73/4 117/12

**workers [5]** 30/25 53/3 72/10 116/6 158/1

**working [7]** 29/20 54/17 70/13 91/18 108/7 170/8 171/14

**works [2]** 63/9 183/10

**world [4]** 46/4 57/1 57/16 103/22

**worn [1]** 197/11

**worried [3]** 165/20 167/23 168/4

**worry [2]** 63/20 63/21

**worse [2]** 15/25 16/4

**would [274]**

**wouldn't [25]** 11/18 16/19 17/13 26/24 27/1 28/11 28/23 29/8 59/17 64/23 65/11 67/3 68/4 71/12 71/17 75/2 76/23 88/1 98/18 123/2 147/12 151/18 166/10 174/21 188/5

**write [2]** 13/18 75/20

**writing [4]** 59/9 65/7 145/5 154/13

**written [5]** 8/11 8/18 97/12 108/13 182/12

**wrong [9]** 46/19 59/8 69/7 69/12 70/2 105/1 133/5 133/7 176/2

**wrongly [1]** 133/7

**wife [3]** 149/2 150/6 196/12

**widespread [1]** 30/4

| | **[81]** 157/20 170/11 170/22 175/19 184/6 187/9 191/21 195/18 |

**W**

**wrote [2]** 42/25 197/12

**Y**

**yeah [24]** 6/5 40/1 65/23 82/19 84/3
140/17 142/16 142/22 145/23 147/22
148/5 164/13 165/22 166/9 168/16
168/17 169/5 169/14 169/25 171/11
172/20 174/23 182/15 192/11
**year [5]** 48/25 77/4 94/21 143/22 158/2
**years [2]** 48/16 136/22
**yes [283]**
**yesterday [38]** 5/13 7/16 7/21 10/5
11/13 12/16 14/22 18/7 19/16 27/11
34/1 34/20 41/4 46/25 50/6 50/15 50/21
60/20 72/12 73/20 75/19 89/15 92/6
98/5 98/16 99/15 101/5 101/13 108/6
112/6 119/21 125/15 126/7 126/19
129/22 130/2 192/12 197/16
**yesterday's [1]** 108/17
**yet [11]** 49/1 49/4 78/1 87/1 97/11
124/9 126/15 187/23 199/17 203/15
206/18
**York [1]** 153/11
**you [962]**
**you'll [2]** 159/9 162/18
**you're [50]** 6/20 6/21 6/21 6/22 13/24
15/12 16/20 18/25 21/12 21/19 31/23
33/2 36/12 37/10 37/11 37/12 38/13
41/15 41/22 42/14 47/25 63/15 69/11
69/11 70/20 72/19 76/10 78/2 79/5 85/9
108/15 125/11 140/13 145/25 150/8
154/16 154/18 163/18 169/6 171/21
171/22 173/9 184/7 185/13 185/23
189/18 193/12 193/21 195/23 201/14
**you've [17]** 9/14 13/3 23/9 32/14 48/11
60/4 60/15 87/20 97/5 147/20 160/7
161/9 165/18 174/6 184/14 188/8 195/7
**you-all [1]** 83/9
**youngest [1]** 52/1
**your [340]**
**yourself [2]** 147/14 162/8

**Z**

**Zaukar [1]** 109/6
**zoom [5]** 115/12 124/11 149/6 158/19
175/9
**zooming [1]** 8/23