The following is the PDF of an official transcript. Official transcripts may only be filed in CM/ECF by the Official Court Reporter and will be restricted in CM/ECF for a period of 90 days. You may cite to a portion of the attached transcript by the docket entry number, referencing page and line number, only after the Court Reporter has filed the official transcript; however, you are prohibited from attaching a full or partial transcript to any document filed with the Court.

```
1                  IN THE UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT OF GEORGIA
2                           ATLANTA DIVISION

3

4   DONNA CURLING, ET AL.,              :
                                        :
5             PLAINTIFFS,               :
    vs.                                 :  DOCKET NUMBER
6                                       :  1:17-CV-2989-AT
    BRAD RAFFENSPERGER, ET AL.,         :
7                                       :
              DEFENDANTS.               :
8

9

10        TRANSCRIPT OF BENCH TRIAL - VOLUME 14A PROCEEDINGS

11             BEFORE THE HONORABLE AMY TOTENBERG

12            UNITED STATES DISTRICT SENIOR JUDGE

13                      JANUARY 29, 2024

14

15

16

17

18

19

20

21    MECHANICAL STENOGRAPHY OF PROCEEDINGS AND COMPUTER-AIDED

22                     TRANSCRIPT PRODUCED BY:

23

    OFFICIAL COURT REPORTER:        SHANNON R. WELCH, RMR, CRR
24                                  2394 UNITED STATES COURTHOUSE
                                    75 TED TURNER DRIVE, SOUTHWEST
25                                  ATLANTA, GEORGIA  30303
                                    (404) 215-1383
```

```
 1              A P P E A R A N C E S   O F   C O U N S E L

 2

     FOR THE PLAINTIFFS DONNA CURLING, DONNA PRICE, JEFFREY
 3   SCHOENBERG:

 4
             DAVID D. CROSS
 5           MARY KAISER
             RAMSEY W. FISHER
 6           MATTHAEUS MARTINO-WEINHARDT
             BEN CAMPBELL
 7           AARON SCHEINMAN
             MORRISON & FOERSTER, LLP
 8
             HALSEY KNAPP
 9           ADAM SPARKS
             KREVOLIN & HORST
10
             CHRISTIAN ANDREU-VON EUW
11           THE BUSINESS LITIGATION GROUP

12

13   FOR THE PLAINTIFFS COALITION FOR GOOD GOVERNANCE, LAURA DIGGES,
     WILLIAM DIGGES, III, AND MEGAN MISSETT:
14

15           BRUCE P. BROWN
             BRUCE P. BROWN LAW
16
             ROBERT A. McGUIRE III
17           ROBERT McGUIRE LAW FIRM

18

19   FOR THE PLAINTIFFS LAURA DIGGES, WILLIAM DIGGES, III, and MEGAN
     MISSETT:

20
             CARY ICHTER
21           ICHTER DAVIS

22

23   ON BEHALF OF RICARDO DAVIS:

24
             DAVID E. OLES, SR.
25           LAW OFFICE OF DAVID E. OLES
                                      (...CONT'D....)
```

```
(...CONT'D....)
```

**FOR THE STATE OF GEORGIA DEFENDANTS:**

```
        VINCENT RUSSO
        JOSH BELINFANTE
        JAVIER PICO-PRATS
        EDWARD BEDARD
        DANIELLE HERNANDEZ
        ROBBINS ROSS ALLOY BELINFANTE LITTLEFIELD, LLC

        BRYAN TYSON
        BRYAN JACOUTOT
        DIANE LAROSS
        DANIEL H. WEIGEL
        DONALD P. BOYLE, JR.
        TAYLOR ENGLISH DUMA
```

<u>**I N D E X   T O   P R O C E E D I N G S**</u>

<u>**THE DEFENDANTS' CASE (Continued**</u>

<u>**WITNESS**</u>                                              <u>**PAGE**</u>

JUAN E. GILBERT PH.D.

    Direct Examination
     By Mr. Miller                                       5
    Voir Dire Examination
     By Mr. Andreu-Von Euw                              20
    Direct Examination (Continued)
     By Mr. Miller                                      31
    Cross-Examination
     By Mr. Andreu-Von Euw                              82
    Cross-Examination
     By Mr. Brown                                      101
    Cross-Examination
     By Mr. Oles                                       112
    Redirect Examination
     By Mr. Miller                                     112
    Examination
     By The Court                                      116

RICARDO DAVIS

    Direct Examination
     By Ms. Hernandez                                  120

* * *

CERTIFICATE                                               164

```
 1                    P R O C E E D I N G S

 2   (Atlanta, Fulton County, Georgia; January 29, 2024.)

 3            THE COURT:  Good morning.  All right.  Good morning.

 4   I'm going to do as well as I can and hopefully have a

 5   relatively full day, but I can't tell you that it is going to

 6   work.  We'll see.

 7            So what do we have before us now?

 8            MR. MILLER:  Your Honor, the State is prepared to

 9   call Dr. Juan Gilbert as our first witness, and we anticipate

10   hearing from plaintiff Ricardo Davis just after Dr. Gilbert.

11            THE COURT:  Okay.

12   THE DEFENDANTS' CASE (Continued.

13            COURTROOM DEPUTY CLERK:  Please raise your right

14   hand.

15                     (Witness sworn)

16            COURTROOM DEPUTY CLERK:  Please have a seat.  If you

17   would, loudly and clearly state your name and spell your

18   complete name for the record.

19            THE WITNESS:  My name is Juan Gilbert, J-U-A-N, last

20   name Gilbert, G-I-L-B-E-R-T.

21        Whereupon,

22                    JUAN E. GILBERT PH.D.,

23        after having been first duly sworn, testified as follows:

24                     DIRECT EXAMINATION

25
```

BY MR. MILLER:

**Q.**   Dr. Gilbert, good afternoon.  Thank you for being here with us today.

     Dr. Gilbert, could you tell the Court a little bit about your educational background.

**A.**   I have a Bachelor of Science degree in systems analysis from Miami University in Ohio.  I have a master's and Ph.D. degree in computer science from the University of Cincinnati.

**Q.**   And, Dr. Gilbert, following your academic studies, what kind of employment positions have you held?

**A.**   I started my career at Auburn University in the year 2000. I spent nine years there and rose up through the ranks of assistant associate to full professor.

     Then I moved to Clemson University in South Carolina.  I was there five years.  I was there as a chair of a division in the school of computing called Human-Centered Computing.

     And then I joined the University of Florida, and I have been at Florida almost ten years as an endowed chair and full professor and chair of the computer information science and engineering department.

**Q.**   And at the University of Florida, do you run any kind of laboratories?

**A.**   Yes.  I run a lab that's called the Computing for Social Good Lab.  I have had different names of the lab over the years depending on the focus of the research and where we were.  But

1   we are the Computing for Social Good Lab at this time, and we

2   have active projects in human-computer interaction, artificial

3   intelligence.  The longest running project in the lab has been

4   our voting technology research and development.

5   **Q.**   So just to follow up on a couple of things there, could

6   you describe to the Court what you mean by human-computer

7   interaction and what that field entails.

8   **A.**   Human-computer interaction or HCI deals, as you can

9   imagine, with the two parts of the name, humans and computing,

10  and then the interactions between them.  So it deals with the

11  design of technologies.  It deals with the evaluation of those

12  technologies with humans in a relevant context and maybe other

13  stakeholders.

14      So design and evaluation of technologies and their

15  interactions with people would be a general way to put it.

16  **Q.**   And you mentioned earlier too voting technology research

17  and development in your lab.

18      Can you describe what you have done in that arena?

19  **A.**   Yes.  In the year 2003, we created an open source voting

20  technology called Prime III.  It was meant to be useable,

21  secure, and accessible.  And it had a universal design.  And to

22  my knowledge, it was the first universally designed voting

23  system.

24      And that technology we created has served as a seed for

25  many of the current technologies and ballot-marking devices

1   with regard to accessibility features, printing ballots, and

2   some other features that we've implemented that have not made

3   it yet.  And there's some other innovations in Prime III.

4        And we worked on other areas in voting, but that is the

5   biggest core project has been the Prime III project.

6   **Q.**   And the Prime III voting system, has that been used in

7   elections?

8   **A.**   Yes.  The State of New Hampshire adopted it and used it

9   statewide.  At that time, it became the first open source

10  system to be used in state, federal, and local elections.

11  There have been other ballot-marking devices that have borrowed

12  from our designs, for example.

13       And so New Hampshire used it, the State of Ohio is using

14  it as their absentee -- accessible absentee option, and Oregon

15  used it in a pilot.

16       Those are off the top of my head of uses that I can think

17  of, yeah.

18            THE COURT:  What did you mean by accessible absentee

19  ballot?

20            THE WITNESS:  If an individual who is blind wants to

21  vote absentee, they can request to do so in Butler County,

22  Ohio -- that is where it has been adopted -- where they can use

23  their own device to go online through our software, mark --

24  create a ballot, print it, and mail it in.

25            THE COURT:  And relative to New Hampshire, is

UNITED STATES DISTRICT COURT
OFFICIAL CERTIFIED TRANSCRIPT

1    everyone using it or is it particularly used for voters with

2    disabilities?

3              THE WITNESS:  In New Hampshire, it was everyone.

4              THE COURT:  And it continues to be everyone?

5              THE WITNESS:  No.  They haven't used it for a couple

6    of years now.  I think they have gotten a vendor now to do

7    that.

8              THE COURT:  So what period of time was it used for?

9              THE WITNESS:  Wow.  I don't know the exact dates.  I

10   think it was maybe two years that they have used it.  I would

11   have to look it up.

12             THE COURT:  And the one that was you said Butler

13   County, is that in Ohio?

14             THE WITNESS:  Yes, your Honor.

15             THE COURT:  And there was one other place you

16   mentioned.

17             THE WITNESS:  Oregon used it in a pilot.  So Oregon

18   had an election, and they used it in a small area, pilot,

19   and -- oh, there is another one.  Wisconsin used it in an

20   election, I think, as a pilot as well.

21             THE COURT:  Did those states ever adopt it?

22             THE WITNESS:  No.  Wisconsin did not.  Oregon did

23   not.  New Hampshire did, and Butler County, Ohio, have.

24             THE COURT:  Thank you.

25

1    BY MR. MILLER:

2    **Q.**    When you say that it is an open source technology, can you

3    describe what that means to the Court?

4    **A.**    I made it available to anyone that wants access to see it.

5    We used a general public license, and anyone that wanted it

6    could have it.  I had posted it online as well, but we just --

7    we did not keep the code secret.

8    **Q.**    Okay.  So you say it is posted on -- the source code that

9    it operates on is just available online for anybody that wants

10   it?

11   **A.**    That version we put on GitHub, and we always made it

12   available, and anybody could request it.

13   **Q.**    And have you published any academic articles or delivered

14   presentations concerning voting technology over your career?

15   **A.**    Yes, we published numerous articles and have given many

16   talks on the subject matter.

17   **Q.**    And have you received any grant funding for your work in

18   voting technology?

19   **A.**    Yes.  The work we've done has been funded by the National

20   Science Foundation.  It has been funded by United States

21   Election Assistance Commission.  I believe ES&S -- yeah, ES&S

22   has funded some of our work.  Yes, those are the ones.

23         MR. MILLER:  Mr. Martin, do we have the screen

24   control for us?

25

```
 1   BY MR. MILLER:
 2   Q.    And, Dr. Gilbert, in addition to that grant funding --
 3             MR. MILLER:  I'm sorry.  For Mr. Montgomery.  I
 4   apologize.
 5   BY MR. MILLER:
 6   Q.    I understand you have been recognized by two different
 7   presidents for your work; is that right?
 8   A.    Yes, that's correct.
 9   Q.    And as I understand it -- well, actually, let me back up.
10         Can you describe those recognitions and awards that you
11   received?
12   A.    Yes.  President Obama, I received the Presidential Award
13   for Excellence in Science, Mathematics, and Engineering
14   Mentoring.
15         And President Biden, I received the National Medal of
16   Technology Innovation from President Biden.
17   Q.    And have you testified to Congressional committees on
18   voting technology and security?
19   A.    Yes, I have.
20   Q.    And what kind of committees are those?
21   A.    I believe it was a Senate hearing, for one.  I can't
22   recall the other off the top of my head, but I have had
23   Congressional testimony.
24   Q.    And I understand you've previously been admitted as an
25   expert in secured voting systems; right?
```

**A.**   Correct.

**Q.**   And I understand that you were a member of the National Academies of Science, Engineering, and Mathematics Committee on the future of voting; is that right?

**A.**   Yes, that's correct.

MR. MILLER:  I'm going to ask Mr. Montgomery if you could pull up Defendants' Exhibit 728.

This is already in.  I've got some paper copies here too.

Your Honor, may I approach?

THE COURT:  Sure.

MR. MILLER:  It is quite a thick document, but just so we've all got it.

And, Mr. Montgomery, if we could go to the second page of the PDF there.

BY MR. MILLER:

**Q.**   Dr. Gilbert, do you recognize the document I just handed up to you?

**A.**   Yes, I do.

**Q.**   And what is this document?

**A.**   This is the consensus report that we produced from the National Academies Committee.

THE COURT:  Is this the 19 -- the 2017 report?

THE WITNESS:  Yes.

THE COURT:  Okay.

```
 1    BY MR. MILLER:

 2    Q.   If we go to the next page, I believe, I think it was --

 3         Dr. Gilbert, do you see on that next page on the screen --

 4    does that refresh your recollection as to when the report was

 5    produced, the copyright there?

 6    A.   Yes.  That is what I thought.  2018, I was going to say,

 7    yeah.

 8              THE COURT:  I'm just trying to get clarification

 9    because -- is this the same report that there were an enormous

10    amounts of -- there was testimony thereafter in front of

11    Congress and other -- and it was put out by the National

12    Academies and it had this exact same title?

13              So I just want to make sure it is the same one that

14    has been referenced extensively in preceding orders of the

15    Court and its submissions of affidavits.

16              THE WITNESS:  Yes.  As far as I know of, but this is

17    the authoritative report.  It was released in -- yeah, it was

18    released 2018.  But we spent two -- two years, maybe a little

19    longer, producing the report.

20              THE COURT:  All right.

21              MR. MILLER:  Your Honor, if I may, this is the report

22    that has been referenced in the Court's prior orders before --

23              THE COURT:  That's what I'm just trying to confirm.

24              MR. MILLER:  We've spent a lot of time discussing

25    this report, yes, Your Honor.
```

1              And if we go to Page 6 of the PDF, Mr. Montgomery.

2     BY MR. MILLER:

3     **Q.**   Dr. Gilbert, do you recognize these folks on the page

4     here?

5     **A.**   Yes, they are members of the committee and the co-chairs.

6     **Q.**   Okay.  And this is the committee that worked to reach the

7     consensus and produce the report; right?

8     **A.**   Yes.

9     **Q.**   There may be some --

10    **A.**   There may be some missing, but this is -- those are the

11    co-chairs, and there's the staff.

12         But yeah, that is the committee.

13    **Q.**   Okay.

14              MR. MILLER:  And if we can go back to that prior

15    page, Mr. Montgomery.

16    BY MR. MILLER:

17    **Q.**   I recognize some familiar names in addition to yourself,

18    Dr. Gilbert.

19         You see at the top there Andrew Appel.

20         Are you familiar with Dr. Appel?

21    **A.**   Yes.

22    **Q.**   And how do you know Dr. Appel?

23    **A.**   We served on the committee together, and we have talked

24    several times after the committee, and I've visited him.  He

25    has visited me.

1    He is familiar with work that I have done, so I would

2  consider him a colleague.

3  **Q.**   Okay.  And, Dr. Gilbert, I'm going to show you one

4  additional document, which probably is longer than it needs to

5  be for our purpose today.

6           MR. MILLER:  May I approach, Your Honor?

7           THE COURT:  Yes.

8           MR. MILLER:  Mr. Montgomery, if we can pull up

9  Defendants' Exhibit 40, and we'll start at the -- yeah,

10  perfect.

11  BY MR. MILLER:

12  **Q.**   So, Dr. Gilbert, you have submitted a few declarations in

13  this case; right?

14  **A.**   Correct.

15  **Q.**   And if we can -- we'll go to one more page through.

16      Do you recognize this to be one of those declarations?

17  **A.**   Yes.

18           MR. MILLER:  If we could, Mr. Montgomery, jump down

19  to Page 10.

20  BY MR. MILLER:

21  **Q.**   And so you recognize this?  That is your signature; right?

22  **A.**   Correct.

23           MR. MILLER:  And if we could jump again.

24  Mr. Montgomery, scroll a couple of pages or one page down.

25  There you go.

1          Now, if we could jump down to Page 47 of this

2   document.

3   BY MR. MILLER:

4   **Q.**   Dr. Gilbert, do you recognize this to be your signature on

5   another declaration?

6   **A.**   Yes.

7   **Q.**   Then attached to that, Page 49 of the PDF, do you

8   recognize this document?

9   **A.**   Yes.

10  **Q.**   Okay.  If we can go one more page.

11          What is this document that I'm showing you?

12  **A.**   It is a version of my CV.

13  **Q.**   And this is the version from 2020; right?

14  **A.**   Yes.  Whenever I publish my CV, I make sure the date of

15  that version is included, so that would have been June 21st,

16  2020.

17  **Q.**   Okay.

18          THE COURT:  This is all Exhibit E?

19          MR. MILLER:  So, Your Honor, the exhibit that you

20  have with the first page, Exhibit E, it was attached to

21  preliminary junction motions before, so that is why Exhibit E

22  is repeated.  It is all of the declarations and his CV in one

23  document.

24          THE COURT:  So this page that you described as

25  Page 47 --

```
 1              MR. MILLER:  Yes, Your Honor.  I'm referring to the
 2   electronic document, so Page 47 of the PDF itself.
 3              Because it is multiple documents together, it skips
 4   around.  But actually, his CV has a CM/ECF number at the top,
 5   at Docket Number 821-7, begins on --
 6              THE COURT:  I see his signature.
 7              MR. MILLER:  It begins on Page 49.
 8   BY MR. MILLER:
 9   Q.   And, Dr. Gilbert, I'll show you one more document here
10   with respect to your --
11              MR. MILLER:  May I approach, Your Honor?
12              THE COURT:  Yes.
13   BY MR. MILLER:
14   Q.   Dr. Gilbert, I think you mentioned this before.
15        You post your CV online?
16   A.   Correct.
17   Q.   Okay.  And so I'm showing you now what we've marked as
18   Defendants' Exhibit 1254.
19              MR. MILLER:  Mr. Montgomery, if you could pull up --
20   perfect.  If we will scroll down to the next page.
21   BY MR. MILLER:
22   Q.   Dr. Gilbert, do you recognize this document?
23   A.   Yes.  It is an updated version of my CV as of October 28,
24   2023.
25   Q.   Okay.  Is that the most current version of your CV?
```

**A.**    It is the most current published version of my CV.

**Q.**    And does this accurately reflect your education, work, and accomplishments?

**A.**    It does, up to that date.

**Q.**    Okay.  Up to October 28th?

**A.**    Correct.

        MR. MILLER:  And, Your Honor, I'll move to admit DX 40 and DX 1254.

        MR. ANDREU-VON EUW:  Your Honor, we have no objection to 1254.  DX 40 is hearsay.

        MR. MILLER:  Oh, just the declarations.  Yeah, I can clear that up.  I'm only admitting it for the purpose of the CV attached to the end of it, which was the one I provided you-all.  So I can stipulate that it is not coming into the truth for the declarations before it.

        MR. ANDREU-VON EUW:  If counsel would like to remove the declarations from the exhibit and submit -- excuse me -- remove the CV from the exhibit and submit that portion, we have no objection.

        MR. MILLER:  That is fine, Your Honor.  I just -- because that is the version on our exhibit list, that is all I was providing.

        THE COURT:  All right.  Well, I think it would also simplify the docket if you would just provide only the CV.

                    **(There was a brief pause in the proceedings.)**

```
1              MR. MILLER:  Your Honor, we'll just restamp this when
2    we take a break.  I can pass up the limited version.
3              THE COURT:  Okay.  That's fine.
4              MR. MILLER:  And, Your Honor, at this point too, I'll
5    move to tender Dr. Gilbert as an expert witness in the field of
6    voting system technology and security and human-computer
7    interaction.
8              MR. ANDREU-VON EUW:  To the extent that includes an
9    expert in cybersecurity, we would object.  Dr. Gilbert has
10   testified he is not that.  Otherwise, we would not object.
11             MR. MILLER:  And I'm not tendering Dr. Gilbert as a
12   cybersecurity expert but with respect to voting systems
13   technology and security.
14             THE COURT:  Well, you have tagged on security.
15             MR. ANDREU-VON EUW:  Yeah, I'm a little confused what
16   that means, Your Honor.
17             Maybe counsel can explain.
18             MR. MILLER:  Sure.
19   BY MR. MILLER:
20   Q.   Dr. Gilbert, can you explain the difference to us between
21   voting systems security and cybersecurity?
22   A.   Yes.  The two are not the same.  And I am not a
23   cybersecurity researcher or expert.  My area is voting
24   technology, and that includes the usability, accessibility, and
25   security of voting technology.  So voting security encompasses
```

1   more things than necessarily cybersecurity would.

2       The word cybersecurity obviously includes cyber; whereas,

3   voting may just be on paper.  There could be different aspects

4   of security for voting.  So there is a distinction.

5       And again, I'm not cybersecurity.  I am strictly in voting

6   with respect to security.

7   **Q.**   So if there were -- I'll back up.

8           MR. MILLER:  Your Honor, does that help clarify the

9   difference?  We're not offering Dr. Gilbert as an expert in

10  cybersecurity but as to voting --

11          THE COURT:  It is a little confusing, I have to say.

12  I think even though I've listened to Dr. Gilbert before -- and

13  I don't quibble with his expertise as a whole.  I just don't

14  think that distinction has been as precise before.

15          So would you like to examine -- let me see if counsel

16  wants to just examine the witness to try to bring clarity about

17  this.

18          MR. ANDREU-VON EUW:  Yes, Your Honor.  Just one or

19  two questions.

20                  VOIR DIRE EXAMINATION

21  BY MR. ANDREU-VON EUW:

22  **Q.**   Good morning, Dr. Gilbert -- or good afternoon,

23  Dr. Gilbert.

24  **A.**   Good afternoon.

25  **Q.**   My name is Christian Andreu, and I represent the Curling

1   plaintiffs.

2       Give me one second here.

3       So, Dr. Gilbert, you've designed a BMD, a transparent

4   ballot-marking device; correct?

5   **A.**   It's -- yes, transparent voting machine.

6   **Q.**   And you have conducted studies on it?

7   **A.**   Yes.

8   **Q.**   And when it came time to discover whether or not the

9   transparent voting machine was hackable, you wrote to Drs.

10  Halderman, Appel, Stark, and DeMillo and asked them if they

11  could make your machine flip votes; is that correct?

12          MR. MILLER:  Your Honor, just to clarify this, I

13  thought we were doing voir dire.

14          THE COURT:  We are.  I don't know -- this is not just

15  like he sat down.  This is you were questioning, and I

16  understood you were questioning, what did it mean that he was

17  being offered also for -- voting system security as opposed to

18  cybersecurity.  And that is what I thought -- if you're trying

19  to get at that, which I could understand.

20          MR. ANDREU-VON EUW:  I am, Your Honor.  I think what

21  the point is he relies on others for cybersecurity advice.

22          THE COURT:  Well, I'm just -- all right.  Go ahead

23  and ask that, but then try to elicit for the Court what the

24  differences are --

25          MR. ANDREU-VON EUW:  Yes, Your Honor.

```
 1            THE COURT:  -- so that I don't have you popping up
 2   later saying he is not prepared to testify about this.
 3            MR. MILLER:  And, Your Honor, if the question is if
 4   Dr. Gilbert relies on others for cybersecurity, that is not at
 5   issue here with respect to tendering as to the subject matter.
 6   We're talking about -- speaking past each other, it seems.
 7            THE COURT:  All right.  Go ahead and answer the
 8   question.
 9            THE WITNESS:  I sent a request to several colleagues
10   of mine who have worked in voting security in a way to assess
11   the security of a technology I created.  For example, if you
12   create a technology and you hack it and say that it can't be
13   hacked, you can see the conflict of interest with that.
14   Therefore, you need, for example, a peer review -- think of it
15   that way -- to assess the hackability of your innovation.
16   BY MR. ANDREU-VON EUW:
17   Q.   But you don't have -- you're not an expert -- excuse me --
18   Dr. Gilbert, in computer security; correct?
19   A.   I am not an expert in cybersecurity.  I would say I'm an
20   expert in voting system security.
21   Q.   I'm sorry.  Maybe my question wasn't clear.  I know I
22   speak too fast sometimes.
23        You are not an expert in computer security; correct,
24   Dr. Gilbert?
25   A.   Computer security, I'm not sure what that is.
```

1    Cybersecurity, I understand that.  That is a known term.

2              THE COURT:  So how do you distinguish them?

3              THE WITNESS:  Cybersecurity includes things like

4    banking transactions, network --

5              THE COURT:  Let's put it in the voting context, the

6    voting system context.

7              THE WITNESS:  In voting, before -- in the beginning

8    of voting, we vote strictly on paper with pen and paper and

9    humans counted the votes.  There are security issues with that,

10   such as ballot stuffing.  That is a security vulnerability.  It

11   has no computer involvement at all.

12             So you can have a voting security issue that is not

13   computer-related as an example to distinguish the two, if that

14   helps.

15             THE COURT:  Yes, that is helpful.

16             Is there -- is that what you meant, essentially, when

17   you said, I'm an expert in voting security but not

18   cybersecurity, relative to election security?

19             THE WITNESS:  Yes, Your Honor.  Yes, Your Honor.  I

20   understand the security around voting.  I would not claim that

21   my expertise is around the general area of cybersecurity with

22   respect, like I said, to network security and things like that.

23   But as it relates to voting, that is where my expertise is.

24             THE COURT:  So just so we don't end up going back and

25   forth, I think I understand what you are saying, but -- but are

1   you saying you are -- your expertise extends to the operation

2   and protection of voting machines?

3              THE WITNESS:  Yes.

4              THE COURT:  All right.  Well, then we have to -- then

5   I'm going to allow counsel to explore that.

6   BY MR. ANDREU-VON EUW:

7   **Q.**   Dr. Gilbert, would you agree that computer security can

8   cover networks, as you said a second ago, and also computing

9   devices?

10  **A.**   Again, I'm not computing -- computer security.  I'm

11  familiar with cybersecurity.

12       Can you define what computer security is, please?

13  **Q.**   Sir, will you agree that computer security can be designed

14  as covering -- excuse me -- defined as covering networks in all

15  kinds of computing devices?

16  **A.**   I don't know that I would agree with that because it is

17  not a familiar term to me.  As I said, I'm familiar with

18  cybersecurity.  That is what my colleagues and people discuss.

19       If computer security is security of computers, then yes,

20  it would encompass networks in that case because networks would

21  be -- well, computer networks, I should say.  It would

22  encompass computer networks.

23  **Q.**   So you would not agree that computer security can cover

24  networks in all kinds of computing devices?

25  **A.**   If you are defining computer security as any security of a

1    computer, then I would say it would encompass that.

2    **Q.**   I think you agreed.  I just want to make sure.

3         Would you agree that computer security can cover networks

4    in all kinds of computing devices?

5              MR. MILLER:  Your Honor, I will object to this as

6    asked and answered four times.

7              THE COURT:  I'm finding it very confusing, so I don't

8    think -- he may have intended to have answered, but I'm finding

9    it confusing, so that is why I'm listening further.

10             So have a seat.

11             And I say that with all due respect to you.  I think

12   we're just having some -- if you know people who are working on

13   something -- looking at your report, for instance, about even

14   part of the report that you contributed to that was published

15   in 2018 that you identified, there is a whole concern, among

16   other things, about cybersecurity and whether -- the multitude

17   of ways that an outside source can alter or affect the election

18   and functioning of the voting system -- forget the election,

19   just the voting system itself -- in a particular jurisdiction.

20             Do you consider that within your range of expertise,

21   or do you say that that is a cybersecurity issue?

22             THE WITNESS:  That is within my range as it relates

23   to voting, yes.  That is definitely within.

24             THE COURT:  All right.  So what do you -- because I

25   think -- all right.  So then what do you think is distinctive

1    when you send something out, for instance, to Dr. Halderman or

2    some of his colleagues who definitely work in cybersecurity?

3    What is distinctive about the arena that they are also -- that

4    they are handling that is different than what you handle?

5                  THE WITNESS:  Thank you, Your Honor.

6                  Voting security is different because it does have

7    unique properties.  As we all know, in voting, you have the

8    secrecy of the ballot.  That is often contrasted with, again,

9    banking wherein many years ago there was a debate of trying to

10   say that we should be able to vote online.  We can bank online.

11   So why can't we vote online?

12                 And people would argue that they are both security

13   issues, but the voting scenario has a unique attribute that

14   doesn't exist in banking.

15                 So in banking, you can check your account and verify

16   your association with your account and know your balance.  In

17   voting, once you cast a ballot, you can no longer do that.  You

18   are detached from it.  You don't have the ability to associate

19   that vote with a person.

20                 That is an attribute unique to voting where they can

21   share security issues.  Such as if I'm voting online, you can

22   have denial of service attacks and things that are similar.

23   But that is one example where voting is different than

24   cybersecurity.

25                 THE COURT:  But what does cybersecurity mean in the

1    election arena?

2          Because when you said no, they are -- I'm not a

3    cybersecurity expert.

4          What does that mean when you say that relative to the

5    election field when there are people who represent -- like

6    Dr. Halderman who represent, among other things, that they are

7    an expert in cybersecurity, not just that, but in cybersecurity

8    in the election area?

9          THE WITNESS:  Yeah.  For them, they are experts in

10   cybersecurity, and they are experts in voting security or work

11   in voting security as well.  You can be -- it doesn't have to

12   be exclusive that they can be only cybersecurity and not

13   voting.  I am making the statement for me that I don't do

14   cybersecurity.

15         I am in the voting security or voting technology

16   innovation area where -- you know, those are the big

17   differences.  They are -- they have a bigger piece of the

18   security area.  And that includes cybersecurity and voting;

19   whereas, I'm only in the voting aspect of it.

20         THE COURT:  Now, I understood from previous

21   testimony, as well as your affidavits before, that the

22   primary -- one of the -- at least one of the primary focuses of

23   your work has been in the development of accessible voting

24   technology.

25         THE WITNESS:  That's correct.

```
 1              THE COURT:  And rather than in security issues per
 2    se.
 3              THE WITNESS:  I wouldn't go that far because I am
 4    very much unique in that there is -- it is a lonely island to
 5    be on, to be one of maybe one academic to actually build voting
 6    systems and make them work.  You can't create a voting system
 7    that doesn't have security in the absence of security
 8    considerations.
 9              So by going in this area, we have to have usability,
10    security, and accessibility.
11              THE COURT:  Okay.
12    BY MR. ANDREU-VON EUW:
13    Q.   Sir, you said a second ago you can't build a voting system
14    in the absence of security considerations; correct?
15    A.   Correct.
16    Q.   And for your voting system, you asked Dr. Appel,
17    Halderman, DeMillo, and Stark to --
18    A.   And several others.  Several others.  They were the
19    minority.
20    Q.   So coming back to where we were earlier, Doctor, I have
21    asked you if you agree with the statement, computer security
22    covers networks and computing devices.
23         Yes or no?
24    A.   Computer security as defined as security of all computers,
25    yes, it covers that.
```

1  **Q.**   And you have expertise in election security, not computer

2  security; correct?

3  **A.**   I have expert in voting system security.

4  **Q.**   But not computer security; correct, Dr. Gilbert?

5  **A.**   No.  My expert is in voting system security that includes

6  computers, but it doesn't encompass all of computer security.

7             MR. ANDREU-VON EUW:  May I approach, Your Honor?

8             THE COURT:  Yes.

9             MR. ANDREU-VON EUW:  Just in the nick of time.

10            THE COURT:  More notebooks just in the nick of time.

11  BY MR. ANDREU-VON EUW:

12  **Q.**   Dr. Gilbert, could I ask you to turn to Tab 5?

13  **A.**   Yes.

14  **Q.**   You were deposed in this case on October 29, 2021;

15  correct?

16  **A.**   Yes.

17  **Q.**   And I direct you to Page 20 of this deposition.

18       In your deposition, there was a similar exchange.  And on

19  Line 3 of Page 20, Mr. Cross asked you, what is the difference

20  that you are drawing there?

21       Do you see that?

22  **A.**   Yes.

23  **Q.**   And you responded --

24            THE COURT:  I think you need to ask the preceding

25  question.

1          MR. ANDREU-VON EUW:  Thank you, Your Honor.

2    BY MR. ANDREU-VON EUW:

3    **Q.**   So before you said that, you said, I am an independent

4    researcher specializing in election security, not computer

5    security.

6          Do you see that?

7    **A.**   Yes.

8    **Q.**   You said that?

9    **A.**   Yes.

10   **Q.**   Okay.  Then you were asked, what is the difference that

11   you are drawing there?

12         Do you see that?

13   **A.**   Yes.

14   **Q.**   And you answered, computer security can cover networks and

15   all kinds of computing devices.  I have expertise in election

16   security, not computer security.

17         You said that; right, Dr. Gilbert?

18   **A.**   Yes.

19         MR. ANDREU-VON EUW:  Again, Your Honor, we object to

20   Dr. Gilbert being offered as an expert in computer security or

21   cybersecurity.

22         MR. MILLER:  And, Your Honor, they could have saved

23   us a lot of time.  We are not offering him as an expert in

24   computer security and cybersecurity.

25         THE COURT:  Well, it sounded like you were, frankly.

1    So yes, it could have saved us a lot of time if you had

2    delineated it.  Thank you.

3              All right.

4                   DIRECT EXAMINATION (Continued)

5    BY MR. MILLER:

6    **Q.**   So, Dr. Gilbert, just to be clear there, when I tendered

7    you as an expert in voting systems technology and security, a

8    computer can be utilized in a voting system; right?

9    **A.**   Correct.

10   **Q.**   Okay.  But security of computers that do all kinds of

11   different things, not necessarily within the realm of voting

12   systems technology security; right?

13   **A.**   Correct.

14              MR. MILLER:  Your Honor, are we -- at this point I

15   ask for some guidance from the Court?  Are we --

16              THE COURT:  I don't know whether you just tried to

17   tuck back in where there's things that got clarified.

18              MR. MILLER:  So, Your Honor, to be clear, what we

19   were talking about -- what I have tendered him as is voting

20   system technology and security and human-computer interaction.

21   Voting systems, of course, sometimes include computers.

22              Dr. Gilbert is not an expert in the field of all

23   computers in the world.  But to the extent it is within a

24   voting system, that is within his expertise.  And I'm not

25   offering him as cybersecurity or even the hacking of a voting

1    system.

2            MR. ANDREU-VON EUW:  And again, Your Honor, we would

3    object to him being offered as any sort of an expert in

4    computer security.  He testified that he is not an expert in

5    computer security, including -- and I quote -- all kinds of

6    computing devices.

7            So to the extent he is being offered as an expert in

8    the security of computing devices including voting systems, we

9    would object.

10            THE COURT:  What he says later on within lines of his

11   deposition in '21:  I didn't say I don't have that expertise --

12   now he is talking about hackability and detectability of

13   hackability -- my expertise is in election systems and

14   technology security.  You used the term computer security, and

15   I said that does not apply to me.

16            This is, again, Page 20.

17            So, I mean, I think this dance was done in some other

18   form when this deposition was originally taken in '21.

19   Obviously, the witness has expertise in computers to the extent

20   that he has been building a computer, but he does not have --

21   but he does not profess expertise in computer security.

22            To the extent that he says, I have knowledge, I mean,

23   he's generally professing to have expertise in election systems

24   and technology security.

25            It is unfortunately a little more loosey goose than I

1   would like, but I'm going to treat it like that.  Clearly, he

2   does not profess here, though, throughout his deposition and

3   then other times I have heard the doctor testify, to being an

4   expert in -- particularly in election computer security.

5           It doesn't mean he doesn't have some measure of

6   expertise because he's building these things, he evaluates

7   them, he operates them.

8           So with that qualification, I'm going to allow him to

9   testify.  But he so straightforwardly denies having an

10  expertise in computer security and that not applying to him

11  that I think you'll have to be very careful about how you

12  proceed here, Counsel.

13          I mean, I will allow him to testify about his

14  expertise in election systems as a whole.  And to the extent

15  that sometimes security is interacted with that and his design

16  of systems, he can do that.

17          But when he -- if he starts professing opinions that

18  are really directly on a higher level about election or

19  computer security, which he has denied, or computer security in

20  particular because the BMDs and other machines are computers, I

21  think we'll run into troubles.  We won't be able -- he won't be

22  able to testify as to that.

23          MR. MILLER:  I think that will be fine, Your Honor.

24  I suppose we'll see how many objections I draw or how much

25  other testimony is elicited on cross.

```
 1              THE COURT:  All right.  That's fine.
 2    BY MR. MILLER:
 3    Q.   Dr. Gilbert, I would like to go back to Defendants'
 4    Exhibit 728.  This is the NASEM report that is on the stand
 5    there with you.
 6    A.   Yep.
 7              COURT REPORTER:  What kind of report?
 8              MR. MILLER:  NASEM report, N-A-S-E-M, National
 9    Academies of Science, Engineering and Mathematics.
10    BY MR. MILLER:
11    Q.   Dr. Gilbert, can you explain, to your knowledge, how the
12    National Academies goes about selecting folks to serve on
13    committees like this?
14    A.   Sure.  The National Academies has an extensive resource to
15    identify experts in various domains, and they are able to call
16    upon those experts to serve on committees, such as the one we
17    were on, a consensus committee, to do research and develop
18    reports -- consensus committee reports.
19              MR. MILLER:  Jim, if we could go back to the sixth
20    page of the PDF of this document.
21    BY MR. MILLER:
22    Q.   And so when the National Academies went to appoint experts
23    on accessible, reliable, and verifiable technology in voting,
24    they invited you to join this committee; right?
25    A.   Yes.
```

```
 1              MR. MILLER:  So, Mr. Montgomery, if we could go back
 2    one page to Page 5.
 3    BY MR. MILLER:
 4    Q.   I was looking for what the National Academies is seeking
 5    in this consensus study report.  I found this statement here.
 6         Does that comply with your understanding of the consensus
 7    study report process of the Academies?
 8    A.   Yes.
 9    Q.   And so in there, you're documenting the evidence-based
10    consensus on the study's statement of task by an authoring
11    committee of experts; is that accurate?
12    A.   Yes.
13    Q.   And then I understand that this report was also subject to
14    an independent peer review process; is that right?
15    A.   Yes.
16    Q.   And how does that work?
17    A.   The committee and the staff develop the report.  Then that
18    report is sent out by peer review.  The committee doesn't
19    participate in that.  And it goes out for review, and then
20    comments come back, and then we discuss or edit.  And it may go
21    out for another review.  And then it is accepted by, I think,
22    another panel and then published.
23    Q.   Okay.  So the committee drafts the starting point and then
24    sends it out; is that accurate?
25    A.   Right.  There is an initial version of the report that is
```

1   sent for review.

2   Q.   Okay.  And when the comments come back in, does that come

3   back to the committee or come back to somebody else too?

4   A.   I think it goes to staff, and then it comes to the

5   committee, but there may be a step in there -- because we're

6   separated from it when it goes out.  The staff handles that,

7   and then they will call a meeting and say we have these

8   comments or feedback and things like that.

9   Q.   Okay.  And then the committee debates or discusses the

10  comments and feedback presented back to them; is that accurate?

11  A.   Right.

12  Q.   If we scroll down to Page 17 of Defendants' 728, I noticed

13  a couple of familiar names under the reviewers in the second

14  paragraph there.

15       When these comments were submitted, did you have an

16  understanding necessarily who they were coming from as to what

17  particular issue or does the committee just kind of discuss

18  them as a whole?

19  A.   No.  I don't know that it would have said a particular

20  individual said this.  I believe these are anonymous.  Now, the

21  staff may know, obviously, but the committee -- consensus

22  committee experts, we don't know that.  We don't engage with

23  the reviewers.

24  Q.   Okay.  So in terms of the charge to the committee for

25  documenting the evidence-based consensus, if we could go to

```
 1   Page 24 on to -- Page 24 on to Page 25, and I see there the
 2   charge to the committee and four items listed out.
 3        Do you recognize that?
 4   A.   Yes.
 5   Q.   Does that reflect, in your understanding, of what the
 6   committee's task was and what the committee did in producing
 7   this report?
 8   A.   Yes.
 9   Q.   And in this report, the committee did, in fact, offer on
10   Number 4 there recommendations that provide a vision of voting
11   that is easier, accessible, reliable, and verifiable; right?
12   A.   Yes.
13   Q.   Okay.  So relevant to this case, what kind of technology
14   did the committee recommend for use in voting?
15   A.   The --
16             MR. ANDREU-VON EUW:  Objection.  Hearsay.
17             THE COURT:  I think we have this in the record.  This
18   is taking -- if you want to point him to where the
19   recommendation is, you can illuminate it that way.
20             MR. MILLER:  Sure.  Okay.
21             Jim, if we can go to Page 27 on to Page 28.  And if
22   you'll scroll down.
23   BY MR. MILLER:
24   Q.   Do you see there, Dr. Gilbert, relative to voting
25   technology?  Do you see that?
```

1   **A.**   Voting systems -- yeah, I see it.  Yes.

2   **Q.**   And you see there at 4.11, it states, elections should be

3   conducted with human readable paper ballots.  These may be

4   marked by hand or by machine (using a ballot-marking device).

5   They may be counted by hand or by machine (using an optical

6   scanner).

7        Do you see that?

8   **A.**   Yes.

9   **Q.**   And then it goes on to say, re-counts and audits should be

10  conducted by human inspection of the human readable portion of

11  the paper ballots, and voting machines that do not provide the

12  capacity for independent auditing should be removed from

13  service as soon as possible.

14       Do you see that?

15  **A.**   Yes.

16  **Q.**   Okay.  And does that accurately reflect your understanding

17  of some of the recommendations of this committee?

18  **A.**   Yes.

19           THE COURT:  I think you deleted what was in the

20  parenthesis.

21           MR. MILLER:  I was -- yes, e.g., machines that do not

22  produce a voter verifiable paper audit trail, just to be clear.

23           THE WITNESS:  (Witness nods head affirmatively.)

24  Yes.

25

1    BY MR. MILLER:

2    **Q.**   And what about auditing?  Are you familiar with any

3    recommendations there from the committee?

4    **A.**   Yes.  We made recommendations for auditing.  We discussed

5    risk-limiting auditing as part of our recommendation.

6    **Q.**   Now, are you familiar with any similar consensus report

7    that has since been published?

8    **A.**   No, I'm not.

9    **Q.**   So, Dr. Gilbert, moving on toward some of the

10   particularities as to this case, you're aware that this case

11   involves a claim that the Dominion BMDs system used in Georgia

12   is unconstitutionally insecure; right?

13   **A.**   Correct.

14   **Q.**   Do you have an opinion on that?

15   **A.**   I do not agree with that assessment.

16           MR. BROWN:  Objection, Your Honor.

17           MR. ANDREU-VON EUW:  Objection.  Foundation and legal

18   conclusion.

19           MR. MILLER:  I'm not offering it as a legal

20   conclusion.

21           THE COURT:  He's asked him, does he have an opinion?

22   He can give his opinion, but it is going to be worthless unless

23   you elicit it.

24           MR. ANDREU-VON EUW:  And the objection was also with

25   regard to the Dominion BMD specifically, as I understand it, at

1      least at the time of the deposition.

2              THE COURT:  You are talking too low.

3              MR. ANDREU-VON EUW:  The objection was also with

4      regard to the Dominion BMDs specifically, which I understand

5      that at least of the time of Dr. Gilbert's deposition he has

6      never personally examined.

7              MR. MILLER:  Your Honor --

8              THE COURT:  Will you clarify the scope of your

9      question?

10             MR. MILLER:  Sure.

11     BY MR. MILLER:

12     **Q.**   Dr. Gilbert, do you have an opinion as to the use of

13     ballot-marking devices for in-person voters as to being so

14     insecure it cannot be reasonably used?

15     **A.**   I --

16             MR. ANDREU-VON EUW:  Objection.  Calls for an opinion

17     on cybersecurity.

18             THE COURT:  I'm sorry.  You are going to either need

19     to stay seated and use the -- because of your height, or else

20     you are going to have to talk a lot more.  Because this is a

21     struggle otherwise.

22             MR. ANDREU-VON EUW:  I can stay seated, Your Honor.

23     I'm sorry.

24             I said, objection.  Calls for an opinion as to

25     cybersecurity.

 1          MR. MILLER:  Your Honor, the Court can -- to the

 2   extent that Dr. Gilbert's opinion delves into or brings in or

 3   relies on cybersecurity, the Court can also obviously disregard

 4   that to that extent.  It is not where we are going here, Your

 5   Honor.

 6          THE COURT:  Well, I'm going to disregard it now.  I

 7   mean, it is not what he was proffered as an expert about.

 8          MR. MILLER:  I'm not asking him about cybersecurity,

 9   Your Honor.  Nothing in my question asked about cybersecurity.

10          THE COURT:  Well, it was broad enough that somebody

11   would think it was.

12   BY MR. MILLER:

13   Q.   Dr. Gilbert, do you have an opinion as to whether a voting

14   system utilized for in-person voters utilizing BMDs is

15   insufficiently insecure?

16          MR. BROWN:  Your Honor, I would object as to

17   relevancy because he has already carved out any expertise in

18   cybersecurity.

19          And so the question is, apart from its hackability,

20   is a BMD secure, which is not going to yield a relevant answer.

21          MR. MILLER:  And, Your Honor, this is where the

22   intent of the plaintiffs to require cybersecurity be the focus

23   of any aspects of voting system security becomes circular.

24          You know, at this point we're talking about the

25   manner in which these devices can be secure.  That is wholly

1   separate and apart from whether there is malware necessarily on

2   the device.

3          This may be easier if I excuse the witness because I

4   don't want to draw an objection for what I'm about to say, Your

5   Honor.

6          THE COURT:  All right.  We're going to excuse the

7   witness at this point.  We'll get you back in in a few minutes.

8          MR. CROSS:  Your Honor, could I offer one suggestion

9   before Dr. Gilbert leaves that might help?

10         He has declarations.  If Mr. Miller wants to just

11  point him to the opinion he has offered in this case, we can

12  figure out if we have an objection to the scope of that.  I

13  mean, that is how this is normally done.

14         MR. MILLER:  Sure.  Your Honor, again, I believe it

15  would be best if we excuse the witness.

16         THE COURT:  All right.

17         **(The witness exited the courtroom.)**

18         MR. MILLER:  Your Honor, just to be clear, what

19  Dr. Gilbert will testify to is that he does not dispute

20  whatsoever that Dr. Halderman can, you know, do the attack that

21  he demonstrated in court yesterday, for example.

22         Mr. Cross played his deposition just the other day

23  where he said, no, I don't dispute that Dr. Halderman could do

24  that.

25         The difference here is, number one, whether that can

1    be carried out in real life and then, number two, whether that

2    is any different from the ways in which paper ballots can be

3    hacked to a similar extent.

4            And Dr. Gilbert is not going to sit here and talk

5    about some coding error that Dr. Halderman made, but that is

6    where the voting system security fits in here, so I just want

7    to be clear where we're headed.

8            THE COURT:  I want to see his declarations --

9            MR. MILLER:  Sure.

10           THE COURT:  -- because if I have to read the entire

11   deposition again -- I have heard the gentleman speak in a prior

12   hearing.  I think that you are taking him a little bit broader

13   than his actual scope of professed expertise.  But that is -- I

14   want to see what you're --

15           MR. MILLER:  Your Honor, the declarations are in that

16   Exhibit 40.  I think I might have handed one up already.

17           MR. ANDREU-VON EUW:  Your Honor, I think it might be

18   helpful.  Mr. Miller said he's going to ask about whether the

19   hacks can be carried out in real life.  I don't remember that

20   in his declaration.  But if pointed somewhere, I could be

21   proved wrong.

22           MR. MILLER:  Well, his declaration refers to the

23   security aspects that are brought about --

24           MR. CROSS:  What paragraph?

25           MR. MILLER:  -- by the risk-limiting audits

44

```
 1    contained --
 2              THE COURT:  What paragraph?
 3              MR. CROSS:  Which paragraph, please?  Which
 4    declaration, and what paragraph?
 5              MR. MILLER:  Paragraph 39 of the initial declaration
 6    which talks about the difference -- that talks about
 7    hand-marked paper ballot audits and re-counts.
 8              MR. CROSS:  What date?
 9              MR. BROWN:  Mr. Miller --
10              MR. MILLER:  We just went through all of this.
11              MR. BROWN:  I have three -- pardon me, Counsel, but I
12    have many declarations in front of me.
13              Which is the docket number of the one you're
14    referring to?
15              MR. MILLER:  Unfortunately, I can't read the docket
16    number because this one is filed multiple times.
17              MR. BROWN:  Is it August 26, 2020?
18              MR. MILLER:  The first one would be November 13,
19    2019.
20              MR. ANDREU-VON EUW:  Are you referring to
21    Paragraph 3 --
22              THE COURT:  Page 17 on the bottom -- of the affidavit
23    that is on the bottom?  It says Page 17.
24              Is that what you want?
25              MR. ANDREU-VON EUW:  I don't have it.
```

```
 1              THE COURT:  Auditability, re-counts, and voter
 2     intent?
 3              MR. MILLER:  Your Honor, the --
 4              THE COURT:  Are we looking at something else?
 5              MR. MILLER:  -- let me back out as to a bigger
 6     picture of this particular affidavit, which is the initial
 7     affidavit that was filed for this Court in advance of the 2020
 8     preliminary injunction hearing which essentially sets out the
 9     differences and similarities between ballot-marking devices and
10     hand-marked paper ballots, the auditability of both types of
11     systems, and what Dr. Gilbert views as the pros and cons, in
12     his opinion, of the various different types of voting systems.
13     For example, the hackability of hand-marked paper ballots with
14     less sophistication that doesn't require a computer security
15     degree.  That is the first declaration.  It specifically
16     responds to -- it goes on towards the back end.
17              MR. CROSS:  Your Honor, since I lived through this,
18     if I could add, that declaration predates Dr. Halderman's
19     findings by almost two years.  It cannot be the basis of any
20     opinion on whether those specific vulnerabilities can be
21     exploited in an election.  The only thing that Dr. Gilbert has
22     ever addressed is auditability and to some extent the degree to
23     which voters review their ballots.
24              We have no objection to him addressing those points
25     within the scope of his declarations.
```

```
1              MR. MILLER:  Your Honor, with respect to
2    Dr. Gilbert's July 15 of 2021, declaration in which he had 15
3    days to respond to a report that Dr. Halderman worked on for
4    ten months, yes, there is a limitation as to what he responded
5    on there.  But that is completely different to the baseline of
6    what he addresses in his initial declaration, but it also
7    responds to other declarations of Dr. Stark and Dr. Halderman
8    which refer to these bugs, misconfigurations, or malicious
9    hacking causing the BMD to print something other than the
10   selections the voters made on the touch screen or accessible
11   interface.  Dr. Gilbert directly responds to that in his
12   November 2019 declaration.
13              MR. CROSS:  Your Honor, he can --
14                  (Unintelligible cross-talk)
15              MR. MILLER:  The second portion of the testimony is
16   going to revolve around the human-computer interaction
17   expertise relative to how voters react when a vote has been
18   flipped on the machine.
19              THE COURT:  All right.  Let's stop for a second.  I
20   was told that everything was going to be -- I would get the
21   answers to my questions by looking at Defendants' Trial
22   Exhibit 40.
23              So the first exhibit -- I just want to get
24   clarification on this.  The first exhibit is an affidavit that
25   is dated the 25th day of August, 2020.  I don't see any 2019
```

1      one.

2              MR. MILLER:  That one, Your Honor, has not been taken

3      up.

4              THE COURT:  But if you're referring to it, it is

5      pretty hard for me to understand where you are coming from when

6      you are referring to it.

7              MR. MILLER:  I understand, Your Honor.

8              THE COURT:  Then the next one, it starts -- again,

9      because I can't see the bottom -- the top part of the page, so

10     I can't give you that.  But it seems to be -- follows

11     immediately after the 2021, and that is a 75-paragraph

12     affidavit signed on November 13th of 2019.

13             Maybe that is the one you are referring to?

14             MR. MILLER:  Your Honor, sequencing-wise, there are

15     three.  This is the third one here.

16             So with respect to sequence, Dr. Gilbert provided an

17     affidavit in 2019 when the plaintiffs first amended their

18     complaint and filed their first preliminary injunction motion.

19     That ended up not being taken up by the Court.

20             In 2020, when they reasserted the same preliminary

21     injunction motion, we filed the additional affidavit that Your

22     Honor referred to a moment ago.  In the course of discovery in

23     this case, he's provided expert disclosures that were due two

24     weeks after Dr. Halderman had ten months to produce his report.

25             If I may approach, I'll pass this up to Your Honor.

1           MR. CROSS:  Your Honor, can I just speak quickly to

2    the 15 days?

3           We keep hearing this from Mr. Miller, and it is a

4    very unfair thing to say, and here is why.  The parties agreed

5    that in November of 2022 they would supplement their expert

6    reports.

7           We did that.  That gave them an opportunity to have

8    Dr. Gilbert talk about anything he wanted that developed in the

9    record.  The original findings, even though he opted not to do

10   more before.  The CISA vulnerability advisory that came out in

11   the summer of '22, the Coffee County and everything, everyone

12   agreed.

13          November of 2022, there is a lot of water under the

14   bridge, go ahead and put in reports.  And they said that they

15   would do it.  They told us they would supplement it under Rule

16   26(e).  It is the same thing we see witness after witness in

17   this case.  They made a decision.  Now we live with it.

18          He does not have a single declaration that responds

19   to Dr. Halderman except for July of 2021.  He did not dispute

20   any findings, and he did not comment in any way on the ability

21   of voters to exploit that or anyone, insiders or others.

22          THE COURT:  All right.  Let me look at the affidavit.

23          Do y'all have it, Annie?

24          You're looking at it on the docket.

25          What is the docket number, just so you have it?

```
 1              I just want to make sure you're looking at the same
 2  thing I'm looking at.
 3              MR. MILLER:  I think this one has not been filed on
 4  the docket, the July 1 report.
 5              THE COURT:  All right.  Would you provide it to my
 6  law clerks?  Thank you.
 7              MR. MILLER:  The others have previously been filed on
 8  the docket.
 9              And, Your Honor, as to --
10              THE COURT:  I can't read and --
11              MR. MILLER:  Oh, I'm sorry.
12              THE COURT:  -- at the same time.
13                   (There was a brief pause in the proceedings.)
14              THE COURT:  Which -- who wanted to look at this
15  particular exhibit?
16              MR. CROSS:  Sorry, Your Honor.
17              What was the question?
18              THE COURT:  Was it you or was it defense counsel who
19  wanted me to look at this addendum?
20              MR. CROSS:  Is that the July '21 declaration?
21              THE COURT:  Yes.
22              MR. CROSS:  That was defense counsel.
23              MR. MILLER:  Your Honor, just to be -- I can go back
24  and look at the transcript.  I thought the line of questioning
25  was that July 21 was limited, which it was, and the Court
```

1    wanted to see it, which -- so I handed it up.

2          THE COURT:  All right.

3          MR. MILLER:  The point, Your Honor, would be that, of

4    course, it incorporates his prior declaration, which, in

5    looking here at Paragraphs 44 through 56 are talking about

6    Dr. Halderman's various plausible attack scenarios and why

7    either of those are the same as they would be on a hand-marked

8    paper ballot or unrealistic with respect to voters recognizing

9    the issue.  That is from the initial declaration from 2019.

10          So what Dr. Gilbert is going to testify to is that by

11    Dr. Halderman's own study with respect to verification and

12    voters noticing changes on their ballots, and with respect to

13    the real world where changes are made on ballots, that that

14    stuff gets -- is noticed in a real election.

15          He is also going to testify as to the, you know,

16    issues of these varieties of hacks.  Similar hacks that can

17    either cause chaos or flip an election can be carried out on a

18    hand-marked paper ballot system, which is what he discusses in

19    his 2019 declaration.  That is the testimony, Your Honor.

20          MR. CROSS:  There is no basis for that in a couple of

21    ways.  We did ask for Mr. Miller to point us to the declaration

22    where these opinions derived.  You can see it is not in any

23    declaration.

24          MR. MILLER:  Just -- just --

25          THE COURT:  Wait.  Let him finish.

1          MR. CROSS:  The July of 2021 one doesn't offer any of

2    these opinions.  They are trying to say, well, he incorporated

3    his prior declarations.

4          Okay.  He didn't know what the vulnerabilities were

5    in the prior declarations, so he could not offer an opinion on

6    whether those vulnerabilities can be exploited.  And one of the

7    key opinions that we've emphasized many times in this case in

8    filings and hearings that Dr. Halderman has offered -- I think

9    it is in his response to Gilbert if I remember right, but it

10   certainly is captured in the report -- is that a voter could do

11   exactly what he did in this courtroom in a voting booth.

12   Dr. Gilbert has never disputed that once.

13          And they had not 15 days, but a year and a half until

14   November of 2022 to put in a supplemental declaration or report

15   disputing that.

16          THE COURT:  All right.

17          MR. CROSS:  And the last point I'll make, Your Honor,

18   is there is no foundation either.  Dr. Gilbert has never

19   examined any of the equipment.  He has never even seen an ICX

20   before we deposed him.  He has never been to an election in

21   Georgia.  We have heard themselves raise objections that people

22   can't talk about what happens at the polling sites if they

23   haven't been there.

24          And so it is foundation and a Rule 26.

25          MR. MILLER:  Your Honor, it sounds like a

1    cross-examination to me.  But I will also note that with

2    respect to these issues, you know, Dr. Gilbert hasn't examined,

3    for example, Dr. Halderman's source code because he was not

4    available to go do it in the week span over Christmas and New

5    Year's.

6              THE COURT:  All right.  Enough.  Enough.  I mean --

7              MR. CROSS:  He testified he didn't need it.  This is

8    very unfair what we are hearing.  He testified he did not need

9    the source code.  Mr. Miller has to stick to the facts.  They

10   matter.

11             THE COURT:  I'm going to take a five-minute break.

12   Thank you.

13             COURTROOM SECURITY OFFICER:  All rise.  Court is in

14   recess for five minutes.

15             **(A brief break was taken at 1:21 PM.)**

16             THE COURT:  Have a seat.  I was looking over

17   Dr. Gilbert's October --

18             MR. MILLER:  Your Honor, I want to mention, I think

19   Dr. Gilbert came back in the room on the break.

20             THE COURT:  I don't think anything I'm saying here is

21   going to be a problem.  It would probably be helpful for him to

22   understand where I'm coming from.

23             I read over his -- at least the relevant portion of

24   his October '21 deposition.  And this is what I would say is

25   that Dr. Gilbert views himself, from reading this, as an expert

1   in designing voting equipment and systems, and particularly the

2   focus additionally on access for disabled voters, but generally

3   as open a system as possible.

4        He describes that he focuses on fixing systems -- and

5   that is his word -- in trying to make things work as well as

6   possible, openly.  He describes Dr. Halderman as the one who

7   addresses more what can go wrong and what breaks the systems in

8   trying to understand how to identify those and address those.

9   And that includes his design of various hacking methods and

10  then -- they both end up assessing how voters react at points

11  to the voting experience.

12       But what is true here is Dr. Gilbert does not in any

13  fashion profess really to be an expert on the -- what can go

14  wrong, the hacking, or other ways in which somebody's vote

15  could be not verified because of the -- software actions.  And

16  it is a different -- you know, it is simply a different focus,

17  a different expertise.

18       So, I mean, he's very proud, and understandably so,

19  that he's focused on -- Dr. Gilbert, that is -- on trying to

20  create solutions.  He also confirms that he had not -- he has

21  never used the Georgia system or -- and never had access to it

22  and did not -- and so he does not have any specific knowledge

23  of the Georgia system other than, of course, I'm sure he's read

24  something by now by far.  He's an intellectually thorough human

25  being and scholar.

1            So just to be clear, he can testify -- so that we're

2      not going in circles, he can testify about equipment and his

3      assessment of, you know, what protects a system in his mind

4      that is the positive parts.  He is not -- so he clearly is not

5      an expert on the issues of hacking or detectability or why

6      machines then also become -- why those can be undetectable.

7      That is just simply not what he describes as his expertise.

8            MR. MILLER:  Your Honor, let me be clear, because

9      particularly the voter verification issue in the recognition of

10     the voters, frankly, is what Dr. Gilbert focuses on.

11           THE COURT:  And he can testify that to a limited

12     degree.  But even from his testimony today, I have no idea,

13     frankly, whether he is even -- you know, whether he -- he never

14     mentions the scanner as an interface or a QR code.

15           So I am clueless as to what he has looked at since he

16     indicates, at least in '21, that he had never seen any of the

17     equipment or the software, so --

18           MR. MILLER:  Okay.  Your Honor, to be clear, so his

19     2019 declaration starts out with his -- Mr. Cross is right.  It

20     was not him examining the source code of the Dominion machines

21     or anything like that.

22           But as to the fundamentals, the BMD, the ballot with

23     a QR code and text, the scanner, all of that is listed out in

24     his initial declaration.

25           THE COURT:  What was the date of the 2019 affidavit

1  since we didn't have BMDs in 2019 other than in sample

2  jurisdictions?

3              MR. MILLER:  It was filed at the time that the

4  initial preliminary injunction motion was filed, November 13,

5  2019.  As Your Honor will recall, at that time, plaintiffs

6  amended their complaint, filed a preliminary injunction motion.

7  We had a hearing in early 2020.  It was actually the last thing

8  I did before COVID happened.  Your Honor denied that motion,

9  permitted expedited discovery in August of 2020.  The same

10  motion was refiled, and then that is when Dr. Gilbert's 2020

11  declaration was filed.

12              MR. ANDREU-VON EUW:  And, Your Honor, I want to

13  correct one thing for the record.  I don't think Mr. Miller

14  will disagree.

15              In the declaration, Dr. Gilbert says he examined

16  documentation about the QR code, the BMD, the scanner,

17  et cetera.  To our knowledge, and at least certainly as of the

18  day of his deposition, he had not examined any of the

19  equipment.

20              That is Paragraph 17 of the 2019 declaration, Your

21  Honor.

22              MR. MILLER:  I don't think that matters as to the

23  substance.  I don't dispute that being in his declaration.  I

24  don't think that matters as to the substance of his opinion.

25              THE COURT:  Well, I think that is what he says again

 1    in '21, I haven't seen any of the equipment.

 2              MR. MILLER:  Right.

 3              THE COURT:  He hasn't interfaced with any of the

 4    equipment.

 5              I think it is relevant, but I think -- so anyway,

 6    with that said, that is as bright line as I can get in terms of

 7    your not taking the witness into territory that is not covered

 8    by his particular -- the particular focus of his expertise.

 9              MR. MILLER:  Okay.

10              THE COURT:  Dr. Gilbert, do you want to come back up?

11    BY MR. MILLER:

12    Q.   Dr. Gilbert, apologies for the interruption there.

13         We'll pick up where we just left off.

14         What is your understanding of the component pieces of the

15    BMD system used in Georgia that the voter interacts with?

16    A.   Ballot-marking devices, there is the BMD, the actual

17    computer itself with the touch screen.  There is the printer.

18    The voter interacts with the BMD.  It depends on their ability

19    or disability.  It could have a headset.  They make selections,

20    and it prints the ballot, just at a very high level.

21    Q.   And what does the voter do with that ballot?

22    A.   The ballot goes into the proverbial ballot box, but it is

23    scanned and goes into -- and saves at that point.

24    Q.   And you understand that the ballots in Georgia contain

25    both a QR code for tabulation and a summary of the voters'

1    selections with text; right?

2    **A.**    Correct.

3    **Q.**    And I want to back up a little bit to something we were

4    discussing earlier, just at a high level.

5         Can you describe to the Court the meaning of the term

6    software independence as it relates to voting systems?

7    **A.**    Yes.  Colleagues of mine, Ron Rivest, John Wack, have put

8    together this notion of software independence.  Essentially,

9    what it says in laymen's terms is an undetectable change in the

10   software, whether it is intentional or error or accidental,

11   cannot cause an undetectable change in the outcome of the

12   election.

13        If that is the case, you are software independent.

14             THE COURT:  If that is the case, what?

15             THE WITNESS:  You are software independent, meaning

16   if it is a case that an undetectable change, either intentional

17   or unintentional, cannot cause an undetectable change in the

18   outcome of an election, that is software independence.

19   BY MR. MILLER:

20   **Q.**    And, Dr. Gilbert, considering that, do you have an opinion

21   as to whether the BMD system used in Georgia is software

22   independent?

23   **A.**    Yes, it is.

24   **Q.**    And why is that?

25   **A.**    It produces a paper ballot of record which is -- goes back

1   to the National Academies report.  That is where the

2   recommendation comes in that you have to have the paper ballot

3   of record, and that gives us software independence.

4   **Q.**   And where does voter verification fit into the picture

5   here?

6   **A.**   Voter verification happens when the ballot is -- well, in

7   a BMD scenario, voter verification can happen on-screen and

8   then it happens on the paper itself.

9   **Q.**   And why does voter verification matter?

10   **A.**   It matters, because without voter verification, we

11   essentially are in a world where ballots could be manipulated

12   and you lose software independence, essentially.

13   **Q.**   And, Dr. Halderman [sic], there has been a lot of

14   discussion in this case about voter verification in a

15   particular study by Matthew Bernhard and Alex Halderman

16   concerning voters' review and verification of BMD ballots.

17       Have you reviewed that paper?

18   **A.**   Yes.

19   **Q.**   And have you conducted any research of your own in this

20   area?

21   **A.**   Yes.  If I'm not mistaken, we were the first in the United

22   States to do a vote flipping study with paper.

23   **Q.**   And when was that?

24   **A.**   Oh, wow.  I don't remember the year.  I would have to look

25   at my CV, but it is on there.

1    We did a vote flipping study where it was in response to
2    on-screen, and we printed results, and we documented where
3    people noticed either on-screen or on paper.
4    **Q.**    And I believe Bernhard and Halderman came up with a
5    6.6 percent number, if I remember correctly, of recognizing the
6    vote flip.
7        Do you recall that?
8    **A.**    Yes, I recall that number.
9    **Q.**    And do you have an opinion on whether that is reflective
10   of a real election scenario?
11   **A.**    I don't think it is.  I think the protocol that was used
12   in the study was valid.  I think Dr. Halderman was doing a
13   human-computer interaction study.  And the 6.6 percent seems
14   alarming.
15       But at the same time, I, as you know, did a study with a
16   transparent voting machine and observed what is known in HCI as
17   the Hawthorne effect, which refers to individuals who are being
18   studied can behave differently when they know they are being
19   studied.
20       And in my study, I observed that 41 percent of my
21   participants were exhibiting the Hawthorne effect, meaning they
22   noticed a vote being flipped but they didn't speak up.  And the
23   only way to know that is to directly ask the participant.  And
24   if I'm not mistaken, I don't think that occurred in the study
25   that was done in Michigan.

60

1   **Q.**   So when you say directly ask the participant, like say,

2   why didn't you tell me?  Is that what you mean?

3   **A.**   So in the study that I did, I created a transparent voting

4   system.  And what was occurring was when a vote flips, the -- I

5   noticed that the participants had a physical reaction at times.

6   As an example, a vote would flip and the participants would

7   make a face or move a certain way.  And after voting, the

8   question would be asked, how did it go?

9       It went well.

10      And that was it.

11          THE COURT:  What was the system you were using?

12          THE WITNESS:  It is a transparent voting machine.  It

13  is -- the premise is it is a glass interface that sits in front

14  of a printer.  Essentially, it is making paper like a touch

15  screen.

16          So I created this technology, and we were studying --

17  following some of the protocol to study we did first and then

18  the study that was in Michigan, the study done at Rice by

19  flipping votes.

20          And that is when I would ask the question after the

21  study, did you notice one of your votes was flipped?

22          And participants would say -- 41 percent would say

23  yes.  And then I would ask them to identify the flip on the

24  paper, and they correctly identified it.  So that gave me

25  evidence that they knew, and they would say they -- it is a

```
 1   study.
 2           THE COURT:  They would say what?
 3           THE WITNESS:  That it is a study.  That is why they
 4   wouldn't speak up.
 5           So if people doing these studies don't ask that
 6   question, you may miss individuals who you think did not
 7   observe a vote flip, but they simply didn't speak up because of
 8   the Hawthorne effect is what is called, meaning they didn't --
 9   it is a study.
10   BY MR. MILLER:
11   Q.   So on that topic, are you familiar with a situation in
12   Northampton, Pennsylvania?
13   A.   Yes.
14   Q.   And can you describe to the Court, to your understanding,
15   what occurred there with respect to vote flipping?
16   A.   They were using a ballot-marking device, and it had an
17   error in the code.  And down ballot, there was a flip that
18   occurred, and it was observed early.
19           From the work that I have done and in the studies that I
20   have done, I term this observation effect as the power of one,
21   meaning when we look -- my colleagues often will look at
22   statistics and say numbers tell us few people would notice, but
23   that ignores the human condition.
24           So in the field of human-computer interaction, again we
25   deal with people.  The power of one refers to the fact that if
```

1    a vote is flipped for one person, that individual could alert

2    staff and others that a malfunction, error, hack, whatever you

3    want to call it -- something wrong has occurred, and the power

4    of one could be sufficient to cause notification that something

5    is broken.

6    **Q.**   And so can you connect the interrelation between that and

7    the ballot-marking device system in Georgia and the types of

8    hacks that you have seen demonstrated or theorized by

9    Dr. Halderman?

10   **A.**   Well, it is essentially vote flipping, and there are

11   different scenarios of vote flipping.

12       You could -- vote flips, one scenario is just change a

13   vote in the QR code, but make the human readable portion

14   correct.  There is the vote flip scenario where you flip both

15   of them.

16   **Q.**   Okay.

17   **A.**   So in the first scenario, this is where the risk-limiting

18   audits come in.  The intent is if the QR code has the wrong

19   vote in it, the risk-limiting audit can catch that.

20       Furthermore, if the QR code doesn't match the human

21   readable portion of the ballot, you have again what I call

22   written in stone, meaning you have evidence that a hack has

23   occurred or error or something because the two don't match.

24       Now, in the second scenario where you actually flip both

25   of them, you are relying on voters not to notice and not to

1    speak up.  You have to have both conditions.

2        Then that is where, again, the power of one comes in,

3    where a voter would notice and speak up and you have to

4    respond.  And we saw that in Northampton.  In my studies, we

5    notice that as well, meaning voters -- some voters would get

6    very vocal when candidates were flipped.

7        And so it is hard to say, is there a specific percentage?

8    It is hard to say that because you will have the power of one

9    in a real election.

10   **Q.**   When you say there is a specific percentage that is hard

11   to say, do you mean like a specific minimal percentage of

12   verification required?

13   **A.**   Absolutely.  Yes.

14   **Q.**   I want to talk for a second about hand-marked paper

15   ballots.

16       You're not offering an opinion in this case that the use

17   of hand-marked paper ballots are an unacceptably insecure form

18   of voting; right?

19   **A.**   No, I am not.

20   **Q.**   So in your opinion, between hand-marked paper ballots and

21   a ballot-marking device-based system, is there one advantageous

22   over the other or similar footing?

23   **A.**   They are not similar footing.  For example, hand-marked

24   paper ballots are not accessible.  Blind people, for example,

25   would need assistance.

1          THE COURT:  All right.  I understand that.  But just

2     to expedite the program -- the proceedings, since everyone who

3     has testified already has talked about the need to have some

4     devices be fully accessible, so I don't think that it would be

5     useful -- useful to spend too much time on that.

6          MR. MILLER:  And, Your Honor, with respect to that

7     one accessibility, I recognize that there is always going to

8     have to be one.

9     BY MR. MILLER:

10    **Q.**    Dr. Gilbert, do you have an opinion as to whether that --

11    your use of those voting systems primarily by disabled voters

12    has a positive or negative effect of the security of the voting

13    system?

14    **A.**    Yes.  When you have -- when the Help America Vote Act

15    passed, I was alarmed.  I knew it was good intention, but did

16    it have that condition that there would be one accessible

17    voting machine in the voting place.  I was alarmed because I

18    saw us creating a separate but equal way of voting, and

19    separate but equal connotations don't function very well.

20         And so doing so can disenfranchise another group of

21    people, one.  And from a security perspective, it makes it an

22    easier target.  If all I have to do is be concerned with blind

23    voters, that is an easier target to change votes.

24         So we created Prime III in response to that very question,

25    meaning we were designing universally designed technology

1    that -- that could be used by anyone independent of their

2    ability or disability.

3    **Q.**   What other types of hacks, for lack of a better term, can

4    be carried out on hand-marked paper ballots?

5    **A.**   Well, there's two in particular.  There is the overvote

6    hack is what I call it and undervote hack.

7        An overvote hack scenario occurs where you have two

8    candidates and the voter selects one, Candidate A.  Later, an

9    insider fills in the oval for Candidate B, which causes an

10   overvote scenario.  It doesn't give a vote to any candidate,

11   but it takes away a vote for Candidate A in that scenario.

12       Undervote hack occurs when voters decide, I don't want to

13   vote for whatever reason, or they just miss a contest, and they

14   don't vote for anyone, so it leaves all candidates available,

15   and so an insider could later complete a vote in that contest.

16   And that is taking advantage of an undervote.

17   **Q.**   And can overvotes occur on a BMD system?

18   **A.**   The overvote hack cannot occur in a BMD system that I am

19   aware of.  If it is a BMD system that is printing ovals on an

20   existing ballot, I guess you could do an overvote or maybe even

21   undervote hack in that scenario.

22       But the BMDs that print what is called a ballot summary,

23   no.

24   **Q.**   And when you say you guess you could in that scenario, it

25   is not a voter could accidentally vote for two candidates in

1    one race?

2    **A.**    Correct.  They could not -- they couldn't do over -- what

3    I'm speaking to is the overvote hack.

4    **Q.**    Got it.

5    **A.**    Overvoting BMDs can prevent that, yes.  That can be

6    completely prevented.

7    **Q.**    And are you aware of any research -- well, let me back up.

8         We talked earlier about verifiability and research about

9    how voters verify their BMD ballots; right?

10   **A.**    Uh-huh (affirmative).

11   **Q.**    Are you aware of any similar research on verifiability of

12   hand-marked paper ballots?

13   **A.**    Yes.  A colleague, Dr. Michael Byrne and his team at Rice

14   University, they did a study on hand-marked paper ballots and

15   identified essentially -- what was it? -- 11 percent of

16   hand-marked paper ballots contained some sort of an error.

17   **Q.**    And what about with respect to undervotes and overvotes,

18   whether intentional or not, on the first instance in Georgia?

19   Are you familiar with anything relative to that?

20   **A.**    There was a --

21         MR. ANDREU-VON EUW:  Objection.  I think this may be

22   outside the scope.  I may be mistaken, Carey.

23         Can you point me to the declaration?

24         MR. MILLER:  Yes.  His first declaration, if you go

25   to -- I'm sorry.  It is a footnote on it.

```
 1              MR. ANDREU-VON EUW:  Specific studies --
 2              MR. MILLER:  The 21st Century report cited in his
 3    first declaration, Page 14, Footnote 1 goes on to Page 15.
 4              MR. ANDREU-VON EUW:  Thank you.
 5    BY MR. MILLER:
 6    Q.   And, Dr. Gilbert, you were talking earlier about whether
 7    you were familiar with any similar study or review of data
 8    specific to Georgia.
 9    A.   Yes.  And the report was showing that --
10              THE COURT:  I'm sorry.
11              What was the year of the report?
12              MR. MILLER:  Your Honor, this was the transition to
13    the DRE report.  So it would have been 2000 -- I'll pull the
14    citation out of the --
15              THE COURT:  What year?
16              MR. MILLER:  2001.  It was at the time of
17    transitioning from paper ballots in Georgia to the prior DRE
18    system.
19              COURT REPORTER:  You said 2001?
20              MR. MILLER:  2001.
21    BY MR. MILLER:
22    Q.   Go ahead.
23    A.   In summary, it was showing that there was a
24    disproportionate number of undervotes happening in minority
25    populations with these hand-marked paper ballots.
```

```
 1              THE COURT:  And we've had testimony in this case
 2   years before, I think, prior to current counsel's presence
 3   about that issue with the former Secretary of State here.
 4              But just by virtue of the date, 2001, I would have to
 5   assume that there was no comparison.  I mean, it was an
 6   analysis -- the Century Study analysis was of the problems with
 7   the hand-marked ballot, that there were people who did
 8   undervote, and, in fact, that people did many different things
 9   that were perhaps not --
10              THE WITNESS:  To my knowledge, that is correct.
11              THE COURT:  But you're not comparing it with
12   something else?
13              THE WITNESS:  I am not.
14              THE COURT:  Because I don't know that we have data on
15   undervotes at this point on the BMDs, do we?  What that
16   actually means by race?
17              THE WITNESS:  An undervote on a BMD -- so undervoting
18   is legitimate, meaning I don't care to vote in this contest, I
19   don't want to.
20              The issue is, on a hand-marked paper ballot, I
21   explained undervote hack.  On a BMD, what we've seen is they
22   can write a comment saying no selection.  They can make it
23   aware that this is an option that has not been selected;
24   whereas, that is not available in the standard hand-marked
25   paper ballots.
```

1          THE COURT:  Well, that could be made available to us

2   in the standard ballot too, a hand-marked ballot, couldn't it?

3   I mean, I don't remember the -- but that seems like a box

4   anyone in either capacity you could deal with.

5          THE WITNESS:  I would think so.  It just has not

6   translated to practice.

7          THE COURT:  Okay.

8   BY MR. MILLER:

9   **Q.**   Dr. Gilbert, on that note, if the scanner were programmed

10  to reject an overvote or undervote, does that cause any issue

11  relevant to ballot secrecy?

12  **A.**   Scanners are programmed to reject overvotes because that

13  is considered an error.  Undervotes, you can't -- that would

14  cause potential issues to program them for undervotes because

15  undervotes are legitimate, so you can't assume that an

16  undervote is an error.

17  **Q.**   A voter may intentionally decide, I don't like anybody

18  running in that race, or they may neglect and skip past it on

19  accident?

20  **A.**   Exactly.

21  **Q.**   So, Dr. Gilbert, you talked earlier about the two

22  different types of hacks of -- or two main types of hacks

23  presented in this case relevant to flipping both a QR code and

24  a human readable text versus flipping one and not the other;

25  right?

1   A.    (Witness nods head affirmatively.)

2   Q.    So have you reviewed the testimony of Dr. Halderman in

3   this case?

4   A.    Yes.

5   Q.    And I realize you were not physically present, but I want

6   to talk about Dr. Halderman's in-court demonstration that he

7   testified about hacking a BMD with a pen.

8         What do you understand, generally, about that attack?

9   A.    From the transcript, it appeared he had a BMD present

10  here.  He was able to get into the BMD and modify the ballot

11  definition file and was able to demonstrate a vote being

12  flipped.

13        If I'm not mistaken, he voted for George Washington and it

14  printed Benedict Arnold.  So it was showing a vote flip.

15  Q.    And can you describe to the Court what a ballot definition

16  file is?

17  A.    Ballot definition files --

18              MR. ANDREU-VON EUW:  Objection.  Outside of the scope

19  and foundation.

20              MR. MILLER:  I can lay the foundation here, Your

21  Honor.  The point is so that he can -- he just mentioned ballot

22  definition files -- saying what it is generally.

23              THE COURT:  He can do that.

24              Go ahead.

25              THE WITNESS:  Ballot definition files, for those

1    manufacturers and researchers such as myself who build these

2    systems, we create what is called ballot definition files,

3    which are the representation of the ballot.  So they contain

4    the contest, the candidate, and relative corresponding IDs for

5    those contests and candidates.

6    BY MR. MILLER:

7    **Q.**   And let me ask you this:  Is a -- replacing the ballot

8    definition file, is that the same as inserting malware, to your

9    understanding?

10          MR. ANDREU-VON EUW:  Objection.  Outside the scope

11   and still foundation.

12   BY MR. MILLER:

13   **Q.**   Dr. Gilbert, can you explain to me what malware is as

14   opposed to a ballot definition file?

15          MR. ANDREU-VON EUW:  Objection.  Outside the scope of

16   his expertise and his declarations.

17          THE COURT:  I think it is outside the scope of his

18   declarations.  It is not outside, likely, of his expertise.

19          But you have to tell me where you are going.

20          MR. MILLER:  Your Honor, the only point is

21   Dr. Gilbert, being a rebuttal expert -- I'm establishing that

22   what was described by the transcript is not malware, and that

23   is purely it.  It is a change of the ballot definition file.

24          If we don't need to establish that, we can move on.

25          MR. ANDREU-VON EUW:  That is undisputed, Your Honor.

1              MR. MILLER:  Okay.

2              MR. ANDREU-VON EUW:  And -- I'm sorry.  Just to be

3    clear for the record, Dr. Halderman demonstrated a number of

4    attacks, one of them --

5              THE COURT:  A number of what --

6              MR. ANDREU-VON EUW:  A number of attacks.  One of

7    those attacks was the ballot definition file, and we are not

8    disputing that that attack did not use malware.

9              THE COURT:  But there were others as well?

10             MR. ANDREU-VON EUW:  There were other attacks that

11   did use malware.

12             THE COURT:  That did use malware.

13             And is he offering an opinion on those, or does he

14   know anything about them?

15             MR. MILLER:  Your Honor, I was really just

16   establishing here what we saw was swapping out the ballot

17   definition file.  That is the only question I had on it.

18             THE COURT:  All right.  Fine.

19   BY MR. MILLER:

20   **Q.**   So, Dr. Gilbert, from Dr. Halderman's report, you recall

21   that he offered the opinion that his hacks are undetectable and

22   uncorrectable.

23        Do you have an opinion about that?

24   **A.**   Yes.

25             MR. ANDREU-VON EUW:  Objection.  Misstates the

```
 1   report, and it is also outside the scope of his declaration.
 2              MR. MILLER:  It is specifically what he --
 3              THE COURT:  Would you mind just taking -- do you
 4   have -- where is the microphone?
 5              MR. ANDREU-VON EUW:  I'm sorry, Your Honor.  Let me
 6   repeat my objection.  Objection.  Misstates the report.
 7              THE COURT:  Would you like to state what the
 8   report --
 9              MR. ANDREU-VON EUW:  The report says that the hacks
10   can be made undetectable and expressly says -- because I was
11   demonstrating, I did not go through those steps.
12   BY MR. MILLER:
13   Q.   Let me ask it this way then, Dr. Gilbert.
14        Are you aware of whether Dr. Halderman has created such an
15   undetectable attack that he theorizes about and had it verified
16   by anyone else?
17              MR. ANDREU-VON EUW:  Objection.  Foundation.
18              THE COURT:  Sustained.
19   BY MR. MILLER:
20   Q.   Dr. Gilbert, you were asked earlier on voir dire about
21   examination of your new equipment.
22        Do you recall that?
23   A.   Yes.
24   Q.   Did you ask any of the plaintiffs' experts to examine your
25   equipment?
```

**A.**   Yes.  I asked cybersecurity experts that work in voting

technology, including the plaintiffs' experts, to take a look

at the security -- voting security of my new invention, and

unfortunately, none of them would be willing to look at it,

test, try it, anything.

**Q.**   And, Dr. Gilbert, you recall being deposed in this case

too; right?

**A.**   Yes.

**Q.**   And I seem to recall pretty extensive questioning over

verifying whether certain hacks were, in fact, undetectable.

Do you recall that?

**A.**   Yes.

**Q.**   What was the basis for your opinion that Dr. Halderman's

statement of undetectability was not supported?

**A.**   I have yet to see Dr. Halderman hack a voting machine and

then make it available to see if it can be detected.  Given the

nature of voting, just as Dr. Halderman and -- what I call the

Michigan study, the Rice study, and the Florida study, the one

that I ran where we were looking at voter verification, in

voting, we deal with people, and we want to verify the accuracy

of our hypotheses.

So in this case, one of voter verify, can the malware

actually be detected?  Can you actually insert malware to flip

votes?  Can that be done?  Rather than, I think it would be

conflict of interest for an individual to take a machine, hack

1   it, and say, I was able to flip votes, shoot a video of it, and

2   then say, see, I can do it and it is undetected, but never

3   allow the third party to evaluate or assess that.

4        That just is not a scientific way of doing research, from

5   my perspective.  And, again, it may be differences in

6   disciplines where in human-computer interaction we're

7   experimentalists.  We run experiments with real people in the

8   real world.

9        And I'm not a cybersecurity person, and cybersecurity has

10  requirements where they run studies independent of people.

11  They can just run things through a network and see how many

12  bits and bytes make it and report on that.

13       So there may be just differences.  But in the area of

14  voting security, in the area of voting technology, I think it

15  should be required that you have to experiment with people, you

16  have to have a third party validate your claims.

17  **Q.**   I want to go back to your discussion of the overvote and

18  undervote hacks.

19            MR. MILLER:  Your Honor, may I approach?

20            THE COURT:  Yes.

21  BY MR. MILLER:

22  **Q.**   Dr. Gilbert, I'm displaying here what we will identify as

23  Defendants' Demonstrative 2, which is a sample ballot for the

24  November 2023 municipal elections in Adairsville, Georgia.

25            MR. MILLER:  Your Honor, I apologize.  I've been

 1    corrected.  We're on Defendants' Demonstrative 3, just for

 2    clarity.

 3              THE COURT:  What is the topic?

 4              MR. MILLER:  So this is a sample ballot for

 5    Adairsville, Georgia, for the municipal election, November 7,

 6    2023.

 7    BY MR. MILLER:

 8    **Q.**  Dr. Gilbert, to replicate a ballot voted by the voter,

 9    we're going to take this pen and mark my choices.

10              For clarity of the record, I am marking a vote for the

11    candidate in the first position, Mr. Kenneth Carson for mayor,

12    as the voter.  I have decided that I don't want to vote for any

13    of the candidates in the city council post one.  I'll mark a

14    vote for Mr. Holcomb in post 2.

15              MR. MILLER:  Your Honor, may I approach?

16              THE COURT:  Yes.

17    BY MR. MILLER:

18    **Q.**  Dr. Gilbert, I'm going to hand you this sample ballot and

19    a Sharpie.

20              Can you hack that ballot?

21    **A.**  Yes.

22    **Q.**  How so?

23    **A.**  I can do an overvote hack, or there is an undervote here,

24    so I can do an undervote hack.

25              MR. BROWN:  Your Honor, I object because it is not

1    clear from the demonstration whether this is after the voter

2    has scanned it or --

3            MR. MILLER:  We'll get that.

4            MR. BROWN:  -- before.  In other words, is the

5    attempt at a hack by Dr. Gilbert on the voter as he approaches

6    the scanner or after it has already been recorded in permanent

7    memory?

8            MR. MILLER:  We'll get to that, Your Honor.  I'm not

9    sure it is an objection, but we will cover it.

10           THE COURT:  Well, I don't know the purpose at the

11   moment, so it probably does help me to know what you are doing

12   here.

13           MR. MILLER:  Sure.

14   BY MR. MILLER:

15   **Q.**   So, Dr. Gilbert, can you go ahead and do an overvote hack

16   on that ballot?

17   **A.**   Yes.

18           THE COURT:  If you are just trying to show me -- I

19   understand what an overvote -- he has already described this

20   already.  This is a waste of my time.

21           What is the purpose other than to show me --

22   physically do it when we have already discussed it at some

23   length?

24           MR. MILLER:  Your Honor, there will be a subsequent

25   purpose if -- just a minor bit of grace, minor bit of grace.

UNITED STATES DISTRICT COURT
OFFICIAL CERTIFIED TRANSCRIPT

```
 1              THE COURT:  Move ahead.

 2   BY MR. MILLER:

 3   Q.    So, Dr. Gilbert, if you could go ahead and commit an

 4   undervote hack on that ballot.

 5   A.    (The witness complies.)

 6   Q.    And just for clarity, these are the -- this is now

 7   Defendants' Demonstrative 3; correct?  Do you see that on your

 8   screen?

 9   A.    Yes.

10   Q.    So this hack could be carried out on, say, an absentee by

11   mail ballot prior to scanning; right?

12   A.    Yes.

13   Q.    And in which case, what would be the recovery mechanism,

14   if any, to understand which of these marks were the mark made

15   by the voter versus the mark made by the hacker?

16   A.    There are none.

17   Q.    Now, do you recall in Dr. Halderman's testimony that this

18   would not work on a ballot scanned in the precinct because the

19   ballot image would be stored on the scanner; right?

20   A.    Yes, I do.

21   Q.    And we're on the same page that this type of theoretical

22   hack on a precinct scan ballot would be carried out by, say, an

23   insider?

24              MR. ANDREU-VON EUW:  Objection.  Leading.

25              MR. BROWN:  Objection.  Leading.
```

```
 1              THE COURT:  Okay.  Rephrase your question, please.
 2    BY MR. MILLER:
 3    Q.   Who could carry out this type of hack on a precinct
 4    scanned ballot?
 5    A.   It would be anyone who has access to the ballots after
 6    they are scanned.  They could be anyone who has access to the
 7    ballot.  Anyone.
 8    Q.   Now, were you surprised to hear Dr. Halderman reference
 9    the ballot image as being the safety net?
10    A.   Yes, I was.  Honestly, I know him well enough to say I
11    believe he misspoke, and I think he would correct his words
12    today.
13         In order for that to be the case, that means that the
14    digital ballot scanned on the scanner would be the ballot of
15    record, and that violates everything that any of my colleagues
16    and I have said with respect to the NASEM report.
17         For example, we made it clear, given the current state of
18    technology, there is no known way to secure a digital ballot,
19    period.  And to say that the digital record would be the
20    record -- the ballot of record, you just can't do that.  That
21    goes against -- that is saying, let's go back to DREs.
22         And again, I think he just misspoke.  That is all.
23    Q.   And so for clarity under terms of the precinct ballot, by
24    the time, you, the hacker have got ahold of this, the ballot
25    has been scanned already?
```

1    **A.**   Yes.  I don't know of a way to intervene between the

2    scanner and the voter.  This would be afterwards.

3    **Q.**   So setting aside the issue of, you know, the ballot of

4    record being the electronic ballot, how would you get rid of

5    the evidence with respect to the scanner, if you could?

6                MR. ANDREU-VON EUW:  Objection.  This has been going

7    outside the scope of his report for a minute.

8                MR. MILLER:  Your Honor, Dr. Gilbert talks about

9    undervote and overvote hacks throughout his initial

10   declaration --

11               THE COURT:  Move forward.

12               MR. ANDREU-VON EUW:  That is true, Your Honor.  He

13   does not speak about getting rid of the evidence.

14   BY MR. MILLER:

15   **Q.**   Dr. Gilbert, are you familiar with any of the hacks

16   Dr. Halderman performed on the scanners in his report?

17               MR. ANDREU-VON EUW:  Objection.  Relevance.

18   That's --

19               MR. MILLER:  I don't understand how that is a

20   relevance objection.  That is the basis of plaintiffs' claim.

21   BY MR. MILLER:

22   **Q.**   Are you familiar with any of the hacks Dr. Halderman has

23   carried out on these scanners in his report?

24   **A.**   Yes.

25   **Q.**   And with respect to ballot images and tabulation records,

1   do you have an understanding as to if Dr. Halderman was able to

2   open the door such that malfeasance could occur with them?

3   **A.**   Yes.  He was able to, I guess, decrypt ballot images and

4   get access to ballot images.  And in these scenarios, we've

5   discussed in our community potential threats of deleting files,

6   meaning just erasing ballot images from the scanner.

7       And that was discussed, going back to DREs, meaning the

8   scenario could be -- and I introduced this myself -- the threat

9   has always been people would change votes undetected, and

10  rarely would people discuss what I call a chaotic scenario.

11  Instead of changing votes, this is why we encrypt files, so

12  that people couldn't change them.

13      But what if we just removed them all, just deleted them

14  all?  That is way simpler.  Encryption doesn't protect against

15  deletion.  So if you get access, digital ballots can simply be

16  erased.

17  **Q.**   And erased by anyone with access to the system, the

18  tabulation system itself; is that right?

19  **A.**   Anyone with access to the tabulation system could and

20  permission -- proper permission could erase files.  And again,

21  encryption does not protect against deletion.

22  **Q.**   To be clear, that would be anyone with access and a

23  Sharpie; right?

24  **A.**   The Sharpie empowers you to modify the paper ballots, the

25  hand-marked paper ballot.  The access to the scanner empowers

1    you to manipulate, delete files.

2    **Q.**   Dr. Gilbert, just for clarity, with this hack, you're not

3    offering -- I think I asked you this before.

4         You're not offering an opinion that hand-marked paper

5    ballots cannot be utilized; right?

6    **A.**   No, I am not.

7              MR. MILLER:  Your Honor, I'll reserve the remainder

8    of my time for redirect.

9              THE COURT:  All right.

10                              CROSS-EXAMINATION

11   BY MR. ANDREU-VON EUW:

12   **Q.**   Hello again, Dr. Gilbert.  Give me one second to gather my

13   notes, please.

14   **A.**   Okay.

15   **Q.**   So I want to first go back to the beginning of your

16   testimony.  You were asked about New Hampshire.

17        Today, New Hampshire uses a hand-marked paper ballot-based

18   system; correct?

19   **A.**   I guess so.  I haven't checked with them to see what they

20   replaced it with.

21   **Q.**   Okay.  Thank you.

22        Could we turn to the Securing the Vote report that you

23   were asked about.

24              THE COURT:  Is this the system that you designed, the

25   one in New Hampshire, or is that something else we're talking

1   about?

2          THE WITNESS:  They replaced my system with something

3   else, and I'm not sure what it was.

4          THE COURT:  All right.

5          MR. ANDREU-VON EUW:  Exhibit 728.

6   BY MR. ANDREU-VON EUW:

7   Q.   This is a report that came out in 2018; correct?

8   A.   Yes.

9   Q.   Okay.  Now, first, if you could look at Section 4.11 on

10  Page -- it is the section your counsel asked you about.  I'm

11  sorry.  Page 80.

12         THE COURT:  28 or 29?

13         MR. ANDREU-VON EUW:  I'm sorry, Your Honor?

14         THE COURT:  18 or 19?

15         MR. ANDREU-VON EUW:  Section 4.11 on Page 80, 8-0.

16         THE COURT:  Okay.

17  BY MR. ANDREU-VON EUW:

18  Q.   So the section your counsel pointed you to said elections

19  should be conducted with human readable paper ballots; correct?

20  A.   Correct.

21  Q.   Now, you would agree that QR codes are not human readable;

22  correct?

23  A.   Correct.

24  Q.   Okay.  Now, at the time this report came out -- looking up

25  a little higher, again, this is 2018 -- right above the

1  recommendations, it says that, as of 2018, additional research

2  on ballots produced by BMDs will be necessary to understand the

3  effectiveness of such ballots; correct?

4  **A.**   Correct.

5  **Q.**   Okay.  Turning back one page to the footnote, Footnote 75

6  on the bottom, the consensus opinion was -- turning -- starting

7  with furthermore on the second line, the consensus opinion was

8  that it may be difficult to review a long or complex

9  BMD-produced ballot.  This has prompted calls for hand-marked

10 as opposed to BMD-produced paper ballots whenever possible;

11 correct?

12 **A.**   Correct.

13 **Q.**   Okay.  Now, again, this is the consensus opinion as of

14 2018?

15 **A.**   Yes.

16 **Q.**   Okay.  Same page, two paragraphs up, the last sentence in

17 the penultimate paragraph begins with the word less.

18      Do you see that?

19 **A.**   Yes, I see it.

20 **Q.**   Even in 2018, the consensus opinion was that unless a

21 voter takes notes while voting, BMDs that print only selections

22 with abbreviated names/descriptions of the contests are

23 virtually unusable for verifying voter intent.

24      That was a consensus opinion as of 2018; correct?

25 **A.**   Yes.

1   **Q.**   Now, studies have shown that, unfortunately, only a small

2   fraction of voters read paper ballots that are produced by

3   ballot-marking devices; correct?

4   **A.**   Can you repeat that for me?

5   **Q.**   Yes.  You've said before -- I'll make it easier for you --

6   that studies have shown that, unfortunately, only a small

7   fraction of voters read the paper ballots that are produced by

8   ballot-marking devices; is that correct?

9   **A.**   Yes.

10   **Q.**   And that's a true statement?

11   **A.**   Yeah, I would -- I would say that statement should say

12   suggest; I wouldn't say shown, but suggest.

13         Yes, the studies suggest -- the studies -- the Michigan

14   study, the Rice study have shown that.

15   **Q.**   So you have said that recent studies have shown that,

16   unfortunately, only a small fraction of voters read the paper

17   ballot carefully enough to catch errors?

18   **A.**   Yes.

19   **Q.**   And that is a true statement; correct?

20   **A.**   That is a true statement.  I would modify my statement to

21   say suggests.

22   **Q.**   Okay.  And --

23   **A.**   In light of new data that I ran, a study that contradicted

24   and showed completely different and also introduced new

25   knowledge that those studies were not accounting for the

 1   Hawthorne effect, which now changed everything.

 2            THE COURT:  Listen.  Just wait.  You'll be given an

 3   opportunity to explain, but you're going beyond the scope of

 4   the question.

 5            THE WITNESS:  Okay.

 6            THE COURT:  I will allow him to explain.  Or do you

 7   want to ask a question for him to explain?

 8            MR. ANDREU-VON EUW:  I think we're going to turn to

 9   that study in a second.

10            THE COURT:  All right.  Fine.

11   BY MR. ANDREU-VON EUW:

12   **Q.**   And you said that is a problem because errors printing the

13   paper ballots cannot be caught by re-counts; correct?

14   **A.**   Correct.

15   **Q.**   So why don't we turn to that study.

16            MR. ANDREU-VON EUW:  Could we pull up PX 617, please.

17   BY MR. ANDREU-VON EUW:

18   **Q.**   This is your study; correct?

19   **A.**   Correct.

20   **Q.**   A study of ballot anomaly detection with a transparent

21   voting machine; correct?

22   **A.**   Correct.

23   **Q.**   Okay.  One second.  Let me put it here.

24        Can you turn to Page -- excuse me -- Tab 7 in your binder.

25   It has the study.

```
 1              THE COURT:  Do I have a notebook?

 2              MR. ANDREU-VON EUW:  You should, Your Honor.

 3              THE WITNESS:  You said 7?  I got it.

 4              MR. ANDREU-VON EUW:  It is with the declarations you

 5  had, but here is another copy.

 6              THE COURT:  Okay.  Just give that to them.

 7         I'm sorry.

 8  BY MR. ANDREU-VON EUW:

 9  Q.   I want to focus you first to the sentence that ends at the

10  bottom of the first column -- or starts, excuse me, at the

11  bottom of the first column.

12              THE COURT:  On what page?

13              MR. ANDREU-VON EUW:  This is the first page of the

14  study.  It is Page 57.

15              THE COURT:  All right.

16  BY MR. ANDREU-VON EUW:

17  Q.   It says, a threat to the validity of the election can

18  arise if a vote printed on the ballot is different from what

19  was selected on the machine.

20         That is a true statement; right?

21  A.   Yes.

22  Q.   Next, it says, if the paper ballot contains an error,

23  whether due to the fault of the voter, the machine, or a

24  malicious actor, a risk-limiting audit (RLA) is moot as it may

25  return a correct threshold of accuracy though the voter's true
```

1    intentions were not captured.

2         That is also a true statement; correct, Dr. Gilbert?

3    **A.**   Yes.

4    **Q.**   Now, this study was conducted, I think, as you said, with

5    your transparent voting machine; right?

6    **A.**   Yes.

7    **Q.**   And you received a patent on that machine; correct?

8    **A.**   Yes.

9    **Q.**   I'm going to show you a video.  See if we're talking about

10   the same thing.

11            MR. ANDREU-VON EUW:  Tony, can you please pull up PX

12   623?

13            MR. MILLER:  Your Honor, I'm not sure if this is

14   impeachment or what.

15            MR. ANDREU-VON EUW:  I want to see what we're talking

16   about in the study.

17            MR. MILLER:  Okay.

18   BY MR. ANDREU-VON EUW:

19   **Q.**   This -- I'll represent to you, Dr. Gilbert -- before I ask

20   you a question -- this comes from a YouTube video that I

21   believe you posted.  I'm going to show to you seconds 15 to 50

22   of the video.

23            MR. ANDREU-VON EUW:  Can you play that, please?

24                  **(Playing of the videotape.)**

25

89

```
 1  BY MR. ANDREU-VON EUW:

 2  Q.   This is your transparent BMD that we just saw on the

 3  screen; correct?

 4  A.   Yes.

 5  Q.   Is this a video you made?

 6  A.   Yes.

 7  Q.   Now, your BMD, it prints a human readable vote for each

 8  race immediately after the voter makes a selection for that

 9  race on the BMD; correct?

10  A.   Yes.

11  Q.   So voters verify each vote within a second of each

12  individual vote; correct?

13  A.   I don't know the time, but they verify each vote.

14  Q.   So with your BMD, voters don't have to wait until the end

15  of the process to verify their votes?

16  A.   Correct.

17  Q.   With your BMD, voters don't have to remember all of their

18  votes until the end of the process?

19  A.   Correct.

20  Q.   And that is one of the reasons, at least you think, is an

21  improvement on current BMD technology; correct?

22  A.   That is one.

23  Q.   Okay.  Now, your study found that 37.6 percent of voters

24  noticed the vote flip on your transparent voting machine and

25  said something to the researcher; correct?
```

**A.**   Correct.

**Q.**   Okay.  And I know you said that other voters were able to recall or say they recall something when prompted later, but there were also 23 percent of voters, even when they were seeing their votes print out as they pressed the button, did not identify a vote flip; correct?

**A.**   I thought it was 41 percent who did not speak up.

**Q.**   No.  I'm talking about voters who even after you prompted them and tried to get them to tell you there was a vote flip, they still remembered no vote flip; correct?

**A.**   I thought that was 6.6 percent that could not note -- did notice and did not identify.

**Q.**   We'll come back to that, Dr. Gilbert.

You were talking earlier about -- I forget the name -- it's the Hawthorne effect; is that correct?

**A.**   Correct.

**Q.**   Are you aware of -- let me get the name correctly.

Are you aware that the State -- could you turn to Tab 9 in your report.

**A.**   Say that again.

**Q.**   Could you turn to Tab 9 in -- I said your report, but I meant in your binder.

**A.**   Tab 9?

**Q.**   Yeah.

Are you aware of this study in Tab 9, the Georgia voter

1  verification study of January 22, 2021?

2  **A.**   I have seen this.

3  **Q.**   Did you consider it in forming your opinions?

4  **A.**   In forming opinions about what?

5  **Q.**   The opinions about voter verifiability you presented in

6  this case.

7  **A.**   The study I ran was independent of this.  I'm not sure I

8  understand -- so the answer is, this did not inform my opinion

9  of the study that I ran in any way.  It is --

10         THE COURT:  I'm sorry.  You said, this did not.

11         What is this?

12         THE WITNESS:  This report that he -- Tab 9.

13  BY MR. ANDREU-VON EUW:

14  **Q.**   Dr. Gilbert, the exhibit PX 451 is a study that observed

15  real voters in a real election in Georgia; correct?

16  **A.**   Yes.

17  **Q.**   And you did or did not consider this opinion in forming

18  the opinions you presented -- excuse me -- you did or did not

19  consider this study, this Georgia voter verification study in

20  forming your opinions about voter verifiability?

21  **A.**   My opinion on voter verifiability is informed by -- I'm --

22  my opinion on voter verifiability is informed by the studies

23  that I have conducted and others in the field with BMDs.

24         And as I mentioned earlier, to my knowledge, we were the

25  first to do the study, and so those are my -- that is what is

1    informing my opinion is those studies and the research that I

2    have done personally.

3    **Q.**   Correct.  And I believe you said that Dr. Bernhard's

4    study -- Dr. Bernhard and Dr. Halderman's study, and your

5    study, according to you at least, suffer from the Hawthorne

6    effect in that it is a study and not a real election; correct?

7    **A.**   Correct.

8    **Q.**   And Tab 9 shows a study commissioned by the Georgia

9    Secretary of State on real voters in real elections; correct?

10   **A.**   Correct.

11   **Q.**   And you did not consider this study in forming your

12   opinion?

13   **A.**   It did not inform my opinion on ballot-marking device

14   studies that we have -- no.

15   **Q.**   No.  Okay.

16       And you spoke earlier about a study from 20 -- 2001, I

17   believe.

18       I think it was a 21st Century study?

19   **A.**   Yes, the hand-marked paper ballot study.

20   **Q.**   23, 24 years old at this point; correct?

21   **A.**   Correct.

22   **Q.**   You mentioned that it had findings about the way different

23   demographic groups filled out hand-marked paper ballots;

24   correct?

25   **A.**   It had findings of different demographic groups filling

1    out ballots here in Georgia.

2    **Q.**   Okay.  Could you look at Page 5 of the Georgia study we're

3    talking about, Table 3.

4    **A.**   Okay.

5    **Q.**   The findings of the more recent, I believe it is -- yeah,

6    2021 Georgia study showed that with respect to BMDs, Black,

7    Hispanic, and Asian voters are less likely to verify their BMD

8    ballots; is that correct?

9    **A.**   Yes, I see that.

10   **Q.**   Any reason to disagree with that?

11   **A.**   No, I don't have any reason to disagree with that.

12   **Q.**   Okay.  You also discussed the Northampton election,

13   correct, in part talking about detectability?

14   **A.**   Yes.

15   **Q.**   Were you aware that in Northampton after vote flipping, as

16   you call it, was discovered, some poll workers instructed

17   voters to vote the opposite of what they intended; correct?

18   **A.**   I can't confirm that.  I believe there were allegations of

19   that, but I don't have a confirmation of that.

20   **Q.**   Do you know one way or the other whether it is true that

21   other poll workers instructed voters to keep voting the same

22   and that it would be adjusted afterwards?

23   **A.**   I am not aware of that.

24   **Q.**   And you don't know one way or the other whether other

25   polls were just shut down while they figured things out?

1    **A.**    That, I don't know.

2    **Q.**    Okay.  Now, I believe you said that if a QR code is

3    flipped, a risk-limiting audit would catch that; correct?

4    **A.**    Correct.

5    **Q.**    But a risk-limiting audit does not review every ballot

6    cast; correct?

7    **A.**    Say that again.  Does not --

8    **Q.**    A risk-limiting audit does not review every ballot that

9    was cast in an election; correct?

10   **A.**    It depends on how far the audit goes.  There is a point at

11   which it goes and then it turns into a full re-count, and that

12   scenario would review every single one is my understanding, but

13   that is not my area of expertise.

14          THE COURT:  But isn't it typical, in terms of your

15   knowledge, that most RLAs are not for the entire population?

16          THE WITNESS:  That is correct.

17   BY MR. ANDREU-VON EUW:

18   **Q.**    They are intended to confirm election outcomes, not

19   individual votes; correct?

20   **A.**    Correct.

21   **Q.**    And even then to determine that a QR code was -- didn't

22   match a human readable text, somebody would have to go back and

23   confirm that that is the source of the error after a

24   risk-limiting audit; correct?

25   **A.**    It depends on the type of RLA.  My understanding, there

1   are RLAs that have screens where they put up what's in the QR

2   code and the actual ballot human readable portion.  That may be

3   a way to detect that in real time.  But if you don't have that

4   capability, you would have to do that, I guess, investigation

5   to find it.

6   **Q.**   You have no reason to think that is done in Georgia;

7   correct?

8   **A.**   Yes.  I don't know how they do it, to be honest.

9   **Q.**   So you have reviewed and responded to the expert report of

10  Dr. Andrew Appel; right?

11  **A.**   Which report?

12  **Q.**   Dr. Andrew Appel.

13  **A.**   Which report?

14          THE COURT:  Which report of his, he wants to know.

15  BY MR. ANDREU-VON EUW:

16  **Q.**   Let me --

17          MR. ANDREU-VON EUW:  Tony, can you pull up

18  Exhibit 424?  And we can see the dates there.

19  BY MR. ANDREU-VON EUW:

20  **Q.**   June 28, 2021.

21  **A.**   I don't recall -- I reviewed Appel reports.  I don't know

22  them by date.

23  **Q.**   And I'm sorry, Dr. Gilbert.  I don't have a copy in front

24  of me, so you'll have to tell me which tab is the June 28,

25  2021, report.

1          THE COURT:  Do you need mine?

2          MR. ANDREU-VON EUW:  I'm sorry?

3          THE COURT:  Do you need mine if you don't have one?

4          MR. ANDREU-VON EUW:  Please, Your Honor.

5          THE WITNESS:  June 28th, that is Tab 5.

6  BY MR. ANDREU-VON EUW:

7  **Q.**   You reviewed this report; correct?

8  **A.**   I would have to look over it.  I reviewed several.  I just

9  don't know if this is the exact report.

10 **Q.**   Well, I'm going to ask you whether you disputed certain

11 findings, so why don't we shortcut the whole report, and I'll

12 ask you about that.

13 **A.**   Okay.

14 **Q.**   So if you could turn to Page 23, Paragraph 72.

15     In this paragraph, Dr. Appel said that a voter who

16 believes the BMD changed his vote has no way of proving to the

17 poll worker or anyone else that the vote was changed because

18 nobody else saw which candidate the voter indicated on the

19 touch screen.

20     You have not disputed that in any report you submitted;

21 correct?

22 **A.**   Let's see.

23          MR. MILLER:  Your Honor, I just want some clarity in

24 how we're using the exhibit.  It sounds like we're reading

25 Dr. Appel into evidence here.  I just want to make sure we're

1    on the same page what we're doing.

2          There has not been impeachment of Dr. Gilbert saying

3    one thing and --

4          THE COURT:  What is the purpose of eliciting this?

5          MR. ANDREU-VON EUW:  I'm sorry.  I can take

6    Dr. Appel's testimony off and ask Dr. Gilbert.

7    BY MR. ANDREU-VON EUW:

8    Q.   You don't dispute that a voter who believes his vote was

9    changed has any way of proving that -- has no way -- excuse

10   me -- of proving that to a poll worker; is that correct?

11   A.   Their vote was changed -- so is the -- the voter uses a

12   BMD and makes an allegation that their vote was changed.

13        And the question is, can they prove that their vote was

14   changed?

15   Q.   Correct.

16   A.   No, they cannot prove that their vote was changed.

17   Q.   And conversely, if voters were to claim their votes were

18   changed in order to cast doubt on an election, there would be

19   no way for a poll worker to prove that the voter was lying;

20   correct?

21   A.   There is no way to prove that the voter is lying in real

22   time.

23   Q.   There is no way to prove that the voter was lying, period;

24   correct?

25   A.   I wouldn't agree with that statement.

**Q.**   Why not?

**A.**   Because there's -- because there's ways to create voting technology, such as the transparent voting machine, that could have evidence and ways to prove that it was not hacked, and all it would take is a peer -- external peer reviews to take a look to validate that claim.

**Q.**   I'm sorry.  Dr. Gilbert, my question was not clear.

With existing commercial BMD technology, there is no way for a poll worker to prove that a voter who claims their vote was changed is lying or telling the truth; correct?

**A.**   Without evidence, I do not believe there is an absolute way to do that.

**Q.**   Now, when you responded to Dr. Halderman's report, you never access -- you never asked for access to the BMDs that were the subject matter of the report; correct?

**A.**   Correct.

**Q.**   You testified that you did not think that was -- it was relevant for you to access the equipment yourself; correct?

**A.**   Correct.

**Q.**   One last question.

Do you recall, again, during the same deposition that you were shown a real Georgia BMD?

Excuse me.  That is an untrue statement.  Let me ask you the question correctly.

Do you recall during your deposition that you were shown a

1  real Georgia BMD ballot during your deposition?

2  **A.**   I don't recall that right now.

3  **Q.**   You don't recall being asked to identify selections on the

4  ballot that were not Republican candidates?

5  **A.**   No, I don't recall that.  If you show me a picture of it,

6  it might.

7  **Q.**   Well, why don't we just play the video.

8                   **(Playing of the videotape.)**

9  BY MR. ANDREU-VON EUW:

10  **Q.**   You don't dispute that it took you approximately

11  20 seconds to identify all the Republican candidates on that

12  ballot; correct?

13  **A.**   I was not watching the timer.  If you play it again, I

14  could watch the timer and tell you how long it took me.  I was

15  not paying attention to that.

16  **Q.**   If you need that, we can do that, sir.

17  **A.**   If that is what you would like.

18          MR. ANDREU-VON EUW:  Play it, Tony.

19                   **(Playing of the videotape.)**

20  BY MR. ANDREU-VON EUW:

21  **Q.**   So, Doctor, I wasn't watching the timer, so maybe you can

22  give me a more precise response to my --

23  **A.**   18 seconds.

24  **Q.**   Thank you.

25          I want to turn back to your transparent BMD study, which

1    is Page -- I'm sorry.  Excuse me -- Tab 7.  I want to direct

2    you at the table on the top of the third page, which is

3    Page 59.

4    **A.**   What page you said?

5    **Q.**   Page 59, the table at the top left corner.

6          MR. ANDREU-VON EUW:  Next page, please, Tony.

7    BY MR. ANDREU-VON EUW:

8    **Q.**   So here is what you were saying earlier.  Only

9    35.76 percent of voters with your one vote printed at a time

10   transparent BMD noticed the change in vote and said anything

11   before turning in their ballot; correct?

12   **A.**   Correct.

13   **Q.**   And you were saying that some others noticed after you

14   asked them, did you notice; correct?

15   **A.**   No, that is not what I said.  What I said was I noticed

16   they made a response.  I asked them if they had noticed I

17   flipped one of their votes, and the response was yes.  And they

18   correctly identified the flipped ballot.

19   **Q.**   Can we turn back to Page 50, please, the flowchart on the

20   bottom left?

21        So this flowchart describes your process; correct?

22   **A.**   Yes.

23   **Q.**   So the first number is spoke up.

24        So 35.6 percent of voters said something on their own?

25   **A.**   Yes.

1    Q.    But 23. -- so then after you asked, did I change your

2    votes, 23.17 percent of voters said no; correct?

3    A.    23.1 percent said they did not notice.

4    Q.    Thank you.

5              MR. ANDREU-VON EUW:  No further questions.

6                          CROSS-EXAMINATION

7    BY MR. BROWN:

8    Q.    Good afternoon, Dr. Gilbert.  It's good to meet you in

9    person rather than on Zoom.

10        I want to go back to the very last answer that was given

11   for some transition.

12        I believe you said 23 percent on -- that was on your

13   system; correct?

14   A.    23 percent of my participants claimed that they did notice

15   the vote flip.

16   Q.    And your system is better at prompting voters to review

17   the ballots than the Dominion BMD that is used in Georgia;

18   correct?

19   A.    I wouldn't say it that way.  I would say it is more

20   accurate at voter verification.

21   Q.    You're too modest.  We have seen the demonstration.

22        It is really much better in making sure the voter verifies

23   their ballot, isn't it?

24   A.    From what I would say, it has more accuracy, yes.

25              THE COURT:  Do you mean it prompts more accuracy --

```
 1              THE WITNESS:  It is not -- I don't consider it a

 2     prompt, but I can see where most people would say that it is --

 3     because it is transparent and it is not designed to prompt them

 4     in a sense.

 5     BY MR. BROWN:

 6     Q.    But it is also requiring interaction with the human after

 7     each vote on either a race or a --

 8     A.    That's correct.

 9     Q.    And that is not the way a BMD does it; right?

10     A.    There is no market BMD doing that today.

11     Q.    Getting back to the BMDs that we're challenging in this

12     lawsuit, there are studies, both the Georgia study and the

13     Bernhard-Halderman study, that test the impact of prompts upon

14     the voter verifying their votes.

15          Are you with me?

16     A.    Yes.  Those studies, and the Rice study.

17     Q.    And the Rice study.

18          And what struck me was what little impact the prompts had

19     upon the voters actually reviewing their ballots.

20          For example, in Georgia -- in the Georgia study, voters in

21     precincts that were given a screen reminder on the screen,

22     check your ballot, were only 5.3 points more likely to have

23     checked their ballot.

24          Is that consistent with your recollection?

25     A.    I don't remember the numbers, but I know it was -- there
```

1    was some sort of improvement, so that sounds accurate.

2    **Q.**    And in the Bernhard-Halderman report, without prompting,

3    6.5 percent; with prompting, only 13 percent; correct?

4    **A.**    I believe that is accurate.

5    **Q.**    And you were asked before your overall assessment that,

6    you know, sadly, voters don't review their ballots, and you

7    explained that there are more recent studies or observations or

8    insights that might have changed your current statement from

9    show to suggest.

10        Are you with me?

11   **A.**    Yes.

12   **Q.**    And one of those observations is the Hawthorne effect.

13        Are you with me?

14   **A.**    Correct.

15   **Q.**    But the Hawthorne effect -- doesn't the Hawthorne effect

16   do the exact opposite?  Doesn't the Hawthorne effect make

17   participants in a study improve better rather than worse so

18   that test results -- you're going to get even higher percentage

19   of people saying they checked their ballots?

20   **A.**    The Hawthorne -- that is correct for Hawthorne.  The fear

21   was that Hawthorne effect would adrenalize people in a study in

22   some scenarios and they would perform better.

23   **Q.**    And so in these studies, the Georgia study is different

24   because that is not -- that was a real time thing.

25        But in the Halderman report, that would -- their results

1  would be an exaggeration of how voters actually perform?

2       It would be even higher.

3       The 13 percent, as low as it is -- because of the

4  Hawthorne effect, the real number would be even lower than a

5  pitiful 13 percent; right?

6  **A.**   If the voters in that study were told in advance, we're

7  studying to see if you notice vote flipping, then we would have

8  gotten numbers that were exaggerated.

9  **Q.**   Right.  We're on the same page then.

10      Now, you would agree that an election must be auditable;

11  right?

12  **A.**   Yes.

13  **Q.**   And that an auditable system is, by definition, software

14  independent; correct?

15  **A.**   I've never thought of it that way.

16      Is an auditable system automatically software independent?

17      Yeah.  I guess so.  That -- I hadn't thought -- I have

18  never heard anyone say that.

19  **Q.**   It is actually in the NAS report?

20  **A.**   Yeah.

21  **Q.**   And --

22  **A.**   I didn't write that.

23  **Q.**   You didn't write that report?

24  **A.**   As I said, I'm not the audit expert, but --

25  **Q.**   Just one second.

**A.**   I guess software independence leads itself to auditability.  The more I think about it, that's what -- because you would have the ability to verify -- yeah, that does lend -- I don't know if you could have software independence and not have auditability.

**Q.**   Right.  And just for reference, according to an affidavit that was submitted in 2018 by Dr. DeMillo in this case -- and that is 285-1 at Page 4 -- he quotes -- I'm just getting reference, but he quotes that the National Academies of Science report is saying, quote, an auditable voting system is software independent, period, close quote.

And that is -- he cites at NAP 25120, Page 82.

Now, and just to back up a little bit, you gave the difficult but textbook example that is hard for me -- textbook definition of software independence in your earlier testimony.

And let me just repeat it so that we're on the same page.

Quote, software independence says that an intentional or unintentional change in the software cannot create an undetected outcome in the election.

Does that sound right?

**A.**   Right.

**Q.**   And I believe you also testified that the Dominion BMD system used in Georgia is software independent if voters checked their ballots; right?

**A.**   The vote -- the Dominion ballot-marking device is software

1   independent.

2   **Q.**   If voters check their ballots, but it is not software

3   independent if they don't; right?

4   **A.**   If they do not check their ballots, is it software

5   independent?

6         I don't know.

7   **Q.**   Well, let me drive that further.  Let's go back to the

8   definition of software independence.

9   **A.**   Right.

10  **Q.**   If they don't check their ballots, then an undetected

11  change in the computer that changes how the computer records

12  the ballot will not be detected in the outcome of the election,

13  will it?

14  **A.**   If they don't check their ballots, will an undetected

15  change be detected?

16        There could be.

17  **Q.**   It could be if it was a QR code mistake?

18  **A.**   No, no.  The human readable part is what I'm getting to.

19  But if -- this is an interesting question.  If voters -- if

20  zero voters verified their ballot, if zero voters check a

21  ballot, could the outcome of the election be changed to be

22  undetected?

23        I think it could be.  If no one checks theirs, and you are

24  changing -- flipping votes, as the studies we've been talking

25  about happen, then you could effectively change the outcome of

1    the election, and it wouldn't matter if you had a QR code or

2    not.

3    **Q.**   Right.  And so unless voters checked their ballots, the

4    Dominion BMD system in Georgia is not software independent;

5    correct?

6    **A.**   It would take a large number to not -- or some kind of

7    sophisticated way to make sure no one can check their ballot to

8    do that.

9    **Q.**   Okay.  Now --

10   **A.**   I'm not aware of any way to prohibit voters from checking

11   their ballot.

12   **Q.**   Right.  That is not the question.

13        The question is whether --

14   **A.**   Sorry.

15   **Q.**   -- they actually do; right?

16   **A.**   Yes.

17   **Q.**   And if you are determining auditability of a system, it is

18   not whether they should or they have an opportunity to or

19   whether their neighbors do?  It is whether they actually have;

20   right?

21   **A.**   Exactly.

22   **Q.**   And they also have to do it carefully; right?

23   **A.**   No.  I don't agree with that.

24   **Q.**   Sir, you are saying that it is sufficient if -- to

25   establish software independence, it is sufficient for a voter

1    to simply glance at a vote?

2    **A.**    Yes.

3    **Q.**    Okay.  And that is because of the one is many?  What did

4    you call it?

5    **A.**    The power of one, but that is not the reason for why I'm

6    saying that.

7    **Q.**    Okay.

8    **A.**    The reason I'm saying that is we have a presidential

9    election 2024.  The high target is the presidential contest.

10   If I attack that contest, which will be the contest where

11   people would most likely verify and glance at, they may not

12   attune to the ballot.

13        So it would take literally -- depending on the names.  So

14   if I use Don Grape as a name and put JP as a name, I can

15   distinguish the difference between those two candidates in less

16   than a second, so I don't have to attune to the ballot.

17   **Q.**    Right.  So are you saying that we won't know until

18   November 2024 whether Georgia's system is, in fact, software

19   independent?  Is that what you are saying?  Because it depends

20   on the type of a hack?

21   **A.**    No, that is not what I'm saying.

22   **Q.**    You said that in your answer about a QR code mistake,

23   okay, you said that an RLA will catch a QR code mistake.

24        Are you with me?

25   **A.**    Yes.

1    **Q.**   And you call that because there is evidence in stone;

2    right?

3    **A.**   Yes.

4    **Q.**   But if you have a mistake in the human readable, there is

5    no evidence at all, is there?

6    **A.**   If --

7    **Q.**   It is not in stone.  It is not in anybody's recollection.

8    It is not a video.

9        Nobody knows what the voter actually chose.  Because at

10   one moment in time, that voter chose in privacy their

11   selection, and that moment is lost forever right?

12   **A.**   No.  What I was describing was a discrepancy, meaning the

13   QR code doesn't match the human readable portion.  The RLA will

14   catch that.

15   **Q.**   RLA will not catch what I just described?

16       If the voter touches that screen --

17   **A.**   Correct.

18   **Q.**   -- and the ballot prints out a different name, that RLA

19   will never catch that mistake, will it?

20   **A.**   An RLA will catch that mistake if it does not agree with

21   the QR code.

22   **Q.**   Okay.  Let me change my hypothetical.  We'll get there.

23   Okay.  Let me ask it again.

24       If a voter that one second in time votes on the screen,

25   that moment in time is lost forever, there is no record of that

1    except what the computer says the voter did; right?  It is rank

2    hearsay, isn't it?

3    **A.**   I don't understand rank hearsay.

4             MR. MILLER:  Object --

5    BY MR. BROWN:

6    **Q.**   And so the computer is -- the computer then --

7             THE COURT:  Wait a second.

8             Did you have an objection?

9             MR. MILLER:  He's asking the witness about what is

10   hearsay.  I'm not sure --

11            THE COURT:  Well, don't --

12            MR. BROWN:  I'll take hearsay out of it.

13            MR. MILLER:  He is not saying what is --

14            THE COURT:  Yeah.  Let's not use the term.

15   BY MR. BROWN:

16   **Q.**   All we have after the voter does that is not what the

17   voter says but what the computer says the voter says; right?

18   **A.**   All we have after that is what the computer says the voter

19   says?

20        All we have is what the voter selected and verifies.  Now,

21   you are saying that --

22   **Q.**   I'm not talking about verification.

23   **A.**   Okay.

24   **Q.**   I'm talking about the only evidence we have of what that

25   voter selected is what the computer created; correct?

```
 1          You don't have a video of it.  You can't --
 2                    (Unintelligible cross-talk)
 3   BY MR. BROWN:
 4   Q.    You don't have a video of it for privacy reasons?
 5   A.    Right.  No video.
 6   Q.    You can't believe the voter because he or she may be
 7   lying; right?  The only evidence you have for your
 8   evidence-based election is what that BMD prints out on the
 9   ballot card; correct?
10   A.    Evidence of what?
11   Q.    The voter's intent.
12   A.    Is what the -- yes.
13   Q.    Okay.
14   A.    That's the voter's intent.
15   Q.    And so that evidence of voter intent is only trustworthy
16   if the voter himself verifies every selection on there;
17   correct?
18   A.    Trustworthy -- I wouldn't say trustworthy.  I would say it
19   is accurate if the voter -- it is verified if the voter
20   verifies it.
21   Q.    Right.  We go back to where we were before is that the
22   system is not software independent unless the voter checks --
23   every voter checks every selection; right?
24   A.    No.
25   Q.    Okay.
```

 1           MR. BROWN:  Your Honor, may I have a couple of

 2   minutes?

 3           I have some other things to cover, but I need to --

 4           THE COURT:  All right.  Let's take a break for

 5   five minutes.

 6           MR. BROWN:  Thank you.

 7           COURTROOM SECURITY OFFICER:  All rise.

 8           **(A brief break was taken at 3:10 PM.)**

 9           MR. BROWN:  Mr. Gilbert, we do not have any more

10   questions.  Thank you for your time today.  Safe travels

11   tonight.

12                       CROSS-EXAMINATION

13   BY MR. OLES:

14   **Q.**   Good afternoon, Doctor -- or Professor.  My name is David

15   Oles.  I represent Ricardo Davis, one of the plaintiffs in the

16   case.

17       I have just one question for you this afternoon, and that

18   is this:  Isn't it true that a risk-limiting audit can never

19   audit what the BMD device showed to the voter?

20   **A.**   That's correct.

21           MR. OLES:  Thank you.  Nothing further.

22                      REDIRECT EXAMINATION

23   BY MR. MILLER:

24   **Q.**   Dr. Gilbert, just a couple of questions for you.

25       You were asked on your first cross-examination of whether

1    risk-limiting audits confirm election outcomes rather than

2    individual votes.

3         Do you recall that?

4    **A.**   I do.

5    **Q.**   Are you aware of any election system which preserves

6    ballot secrecy and also confirms individual votes after

7    depositing the ballot?

8    **A.**   I am not aware of any voting system that does that.  In

9    fact, the voting systems that use statistical methods, such as

10   end-to-end verifiability, are founded on the basis of not every

11   voter verifying their ballot, and a sufficient number, and they

12   have statistics to prove that, which is, again, the same method

13   of RLA, meaning it doesn't require every voter -- every ballot

14   to be -- go under the audit, but it is an escalating thing.

15        So I'm not aware of any voting system that has that

16   requirement.

17   **Q.**   Dr. Gilbert, you were shown a video of your deposition

18   testimony.

19        Do you recall that?

20   **A.**   Yes.

21   **Q.**   You took that deposition by Zoom; right?

22   **A.**   Yes.

23   **Q.**   When you were reviewing the ballot, you were looking

24   through your laptop screen; right?

25             MR. ANDREU-VON EUW:  Objection.  Leading.

```
 1              THE WITNESS:  Yes.
 2   BY MR. MILLER:
 3   Q.   What were you looking at that ballot through?
 4   A.   Say that again.
 5   Q.   When you were shown a ballot during your deposition, do
 6   you recall that?
 7   A.   Yes.
 8   Q.   How did you see that ballot when you were giving a
 9   deposition by Zoom?
10   A.   I was looking at it through my laptop.
11   Q.   How big is the screen on your laptop?
12   A.   It is the 13 -- 11 -- 13-inch MacBook Pro.
13   Q.   Dr. Gilbert, you were asked on several different occasions
14   about whether a voter would have evidence to prove that a BMD
15   is flipping their vote.
16        Do you recall that?
17   A.   I do.
18   Q.   And, Dr. Gilbert, I know that you're not from Georgia, but
19   you're aware that following the 2018 elections, Stacey Abrams
20   claimed -- or offered affidavits of voters who said their votes
21   had flipped on the DREs?
22        Are you aware of that?
23              MR. ANDREU-VON EUW:  Objection.
24              MR. BROWN:  Relevancy.
25              MR. ANDREU-VON EUW:  Leading and relevancy.
```

```
 1  BY MR. MILLER:
 2  Q.   Dr. Gilbert, are you aware of the post 2020 election
 3  litigation here in Georgia?
 4  A.   Yes.
 5  Q.   Some allegations from supporters of President Trump?
 6  A.   Yes.
 7           MR. ANDREU-VON EUW:  Objection.  Relevance and scope.
 8  It is outside the scope of his opinion --
 9           MR. MILLER:  Your Honor, the --
10           MR. ANDREU-VON EUW:  -- and beyond the scope of
11  cross, Your Honor.
12           THE COURT:  I don't know what the question is, so it
13  is hard to rule on it -- what the objection -- without knowing
14  what the question is.
15           MR. MILLER:  Is that the finish of the objection?
16           Sorry.  Your Honor, the simple point -- well, may I
17  finish the question?
18           We may get an objection.  Honestly, I'll be done
19  after this either way.
20  BY MR. MILLER:
21  Q.   Dr. Gilbert, are you aware of whether in that post 2020
22  election there were, in fact, allegations of flipping BMD votes
23  at all?
24  A.   No, I'm not.
25  Q.   Okay.  But you are aware there were allegations of bamboo
```

1   fibers --

2           THE COURT:  Wait a second.  Now you're leading the

3   witness:  You are aware.

4           MR. MILLER:  Thank you, Dr. Gilbert.

5           MR. ANDREU-VON EUW:  Your Honor, I have no further

6   questions.  I do notice that I forgot to move PX 623 into

7   evidence.  That's the video of the transparent voting machine.

8           MR. MILLER:  That was which video?

9           MR. ANDREU-VON EUW:  The video of the voting machine

10  that Dr. Gilbert authenticated.

11          MR. MILLER:  That's fine, Your Honor.

12          THE COURT:  It is admitted.

13                              EXAMINATION

14  BY THE COURT:

15  **Q.**   This is probably as much as anything else apparent, but

16  your invention, the transparent voting machine behind the piece

17  of glass, where does the ballot come out?

18  **A.**   The transparent voting machine in the video that was

19  shown, I often say that is the paper airplane.  That was the

20  first prototype version.

21       It won't look like that in a manufactured device.  We have

22  another version we will be releasing.  But where will it come

23  out is yet to be decided.

24  **Q.**   I see.

25  **A.**   So it could be handled by the voter.  It could be a direct

117

```
1    deposit.  I suspect what I will do is have conversations with
2    others to see what people recommend and what is going to be the
3    best practice.
4         But it has not been fully developed into something that is
5    a product at this stage.
6    Q.   Okay.
7    A.   So we are still going to figure that out.
8    Q.   Well, good luck with that.
9    A.   Thank you.
10   Q.   Is that your major outstanding project, or is there some
11   other project that is your major project other than teaching
12   and --
13   A.   That is the major product right now.  I think the results
14   from our study were so promising, and even my colleagues
15   acknowledge that this works, so I am trying to do what it takes
16   to translate into the real world, which is not an easy thing to
17   do.  But that is the next step.
18        So I'm -- that's why I did open source.  I'm an open book.
19   I'm open to input.  I want to make voting work for everyone.
20   Q.   Well, I described it before, and I don't want to be the
21   one giving testimony.
22        But do you still sort of hold to your analysis before that
23   you gave in your deposition that -- that Dr. Halderman's
24   primary focus is what can break the system -- what may break it
25   is of concern because of that, and yours is trying to, as you
```

```
 1   have said, be an innovator and resolve issues?
 2   A.   Yes.  We're like yin and yang from that perspective.  He's
 3   extremely crafty, very well at, like I say, breaking things,
 4   and it is my job to make them work.
 5        It is unfortunate we're on opposite sides of the aisle
 6   here.  I would love to have an opportunity to shake his hand
 7   and say, look, let's try this thing together and do something.
 8        But that is where we are at this point.
 9   Q.   But isn't it part of the whole field in which you are or
10   in academia as a whole but also in reality that breaking it
11   doesn't mean that you are trying to break the system?  You are
12   trying to address a threat to the system?
13   A.   I would agree with that.  I don't think breaking --
14   breaking can be seen as a harsh term.  Now that you say it that
15   way, I can see it.  It doesn't necessarily mean ill intent or
16   anything of that nature.
17        It just was a different -- maybe talent, skills, or
18   something.  There's some differences there, but I think those
19   perspectives are necessary in particular in voting for the sake
20   of our democracy, in my opinion.
21        But at the same time, I think you must have the ability to
22   innovate and improve as well.
23   Q.   Thank you very much, sir.  I know you were going to
24   testify earlier today.  I'm sorry I couldn't be with you
25   earlier, but thank you very much.
```

**A.**   Well, I hope you feel better.

**Q.**   Thank you very much.

          THE COURT:  Is this witness excused?

          MR. MILLER:  Yes, Your Honor, for the State.

          MR. ANDREU-VON EUW:  Yes, for the Curling plaintiffs,
Your Honor.

          MR. BROWN:  Yes, Your Honor.

          THE COURT:  Thank you very much.  Safe travels.

          MR. MILLER:  Your Honor, if I may, the State will
next call plaintiff Ricardo Davis.  Ms. Hernandez is going to
handle the questions for us.  Ms. Davis is being called as an
adverse witness -- or Mr. Davis.  I'm sorry.

          And, Your Honor, if I may be excused so I can allow
Dr. Gilbert to get his stuff out of my car and get to the
airport?

          THE COURT:  Sure.  Go for it.

          MR. MILLER:  Thank you.

          COURTROOM DEPUTY CLERK:  Please raise your right
hand.

                    **(Witness sworn)**

          COURTROOM DEPUTY CLERK:  Please have a seat.  If you
would, loudly and clearly state your name and spell your
complete name for the record.

          THE WITNESS:  Ricardo Davis, R-I-C-A-R-D-O,
D-A-V-I-S.

```
 1        Whereupon,
 2                        RICARDO DAVIS,
 3        after having been first duly sworn, testified as follows:
 4                     DIRECT EXAMINATION
 5   BY MS. HERNANDEZ:
 6   Q.   Good morning, Mr. Davis.
 7        How are you?
 8   A.   Good afternoon.
 9   Q.   I only have a brief -- couple of brief questions for you
10   today.  So I want to start off by talking about your role in
11   the case at the beginning.
12        You've been a plaintiff in this case since it was
13   originally filed in July of 2017; is that correct?
14   A.   That's correct.
15   Q.   And Mr. Ichter represented you throughout the majority of
16   this case from 2018 until recently, a few weeks before trial
17   when he withdrew from representing you; is that correct?
18   A.   That's correct.
19   Q.   While Mr. Ichter was representing you, do you recall him
20   ever asking you to produce documents related to communications
21   with voter --
22             THE COURT:  Now you're asking for attorney-client
23   communication -- an attorney-client communication.
24             MS. HERNANDEZ:  Your Honor, I'm just asking if he was
25   asked to produce documents regarding this topic.
```

```
 1              THE COURT:  Well, I will let his counsel address it.
 2              MR. OLES:  Judge, I think that goes to the contents
 3    of the discussion between counsel and his client.
 4              MS. HERNANDEZ:  I can move forward.
 5    BY MS. HERNANDEZ:
 6    Q.   Mr. Oles currently represents you; is that correct?
 7    A.   That's correct.
 8    Q.   Do you believe that your interests are currently aligned
 9    in any way with those of the other plaintiffs in this case?
10    A.   I do insofar as that all the plaintiffs are seeking the
11    relief in the amended complaint where we are essentially
12    looking for and attempting to prove that there are
13    constitutional deficiencies with the Dominion voting system.
14    Q.   So I'm going to walk through each plaintiff, and if you
15    can kind of elaborate on that.
16         How are your interests aligned with the Curling
17    plaintiffs?
18              THE COURT:  Counsel, you need to explain to me what
19    the relevance of this is.
20              MS. HERNANDEZ:  Your Honor, the relevance is I'm
21    trying to understand what Mr. Davis' remedy -- what remedy
22    Mr. Davis is seeking and how that remedy and/or his interests
23    differ or are similar to the --
24              THE COURT:  Then ask him that question.
25
```

1    BY MS. HERNANDEZ:

2    **Q.**   Mr. Davis, how is the remedy you are seeking similar to

3    the remedy being sought by the Curling plaintiffs in this

4    matter?

5    **A.**   Well, insofar, again, in the amended complaint and then

6    what we are seeking, or at least what the judge said was the

7    scope of this trial in the pretrial order, I believe we are

8    united with regard to finding that the Dominion voting system

9    is actually deficient and cannot be used going forward in

10   conducting federal elections here in the state of Georgia.

11   **Q.**   And when you say the Dominion election system is

12   constitutionally deficient, what do you mean by that?

13   **A.**   That by the evidence presented in the trial will prove

14   that it violates my and the other plaintiffs' constitutional

15   rights.

16   **Q.**   At any point have your interests in this case diverged

17   from those of the other plaintiffs in this matter?

18   **A.**   No.

19   **Q.**   Okay.  Mr. Davis, I would like to show you an email

20   message that your attorney, Mr. Oles, sent on your behalf to

21   the other counsel in this case.

22           MS. HERNANDEZ:  Your Honor, may I approach?

23           MR. OLES:  Your Honor, may I see that?

24           THE COURT:  Yes.

25           MR. CROSS:  Your Honor, could we get an explanation

```
 1    of the relevance of this?

 2              THE WITNESS:  I would like a copy too.

 3              MS. HERNANDEZ:  I'm sorry.

 4              THE WITNESS:  Thank you.

 5              THE COURT:  What is the relevance?

 6              MS. HERNANDEZ:  Your Honor, as previously stated, the

 7    relevance of this is to understand if Mr. Davis' interests are

 8    the same or different from those of the other plaintiffs.  It

 9    also goes to understanding, you know, if he has standing and

10    how, like I said, his claims are similar or different to those

11    of the other plaintiffs.

12              MR. CROSS:  He's already answered that, and I still

13    don't understand how an email exchange with counsel matters.

14    It seems like they just wanted an excuse to put this in front

15    of you or something.

16              MS. HERNANDEZ:  Your Honor, this is a statement of a

17    party opponent where counsel describes plaintiff Ricardo Davis'

18    position.

19              THE COURT:  Well, this is not -- I mean, this is his

20    attorney's communication with other counsel, and that is sort

21    of a different thing in terms of his having to vouch and

22    address the letter that he didn't write.  And I mean, they --

23              MS. HERNANDEZ:  I understand, Your Honor.  But this

24    email was sent from Mr. Davis' counsel.  This is the same --

25              THE COURT:  Well, you haven't even established that
```

1    he is aware of the letter.

2              MS. HERNANDEZ:  That was my next question, Your

3    Honor.  I was just addressing Mr. Cross' relevancy objection.

4              THE COURT:  I would say it has marginal relevance,

5    but I will let you proceed.

6              MS. HERNANDEZ:  Okay.

7    BY MS. HERNANDEZ:

8    **Q.**   Mr. Davis, have you seen this email before?

9    **A.**   I don't recall this email.

10   **Q.**   Okay.  At the top where it says, from, does that say David

11   Oles, who you previously stated was your attorney?

12   **A.**   Yes.

13   **Q.**   Okay.  Do you have any reason to doubt that your counsel

14   did not send this email?

15             MR. OLES:  Judge, my client already said that he

16   doesn't recognize it, so --

17             THE COURT:  The letter does not copy him.  Maybe he

18   was blind copied, but we don't have any evidence of that.

19             MS. HERNANDEZ:  I understand.

20             THE COURT:  You can ask him -- since he doesn't know

21   the letter, you can -- you can't examine him about the letter,

22   but you can ask him about, you know, did you believe XYZ?

23             But you can't examine him about a question -- a

24   letter that he can't verify having seen or any of the other

25   correspondence unless he's copied on other correspondence.

1            MS. HERNANDEZ:  Understood, Your Honor.

2            THE COURT:  Okay.

3   BY MS. HERNANDEZ:

4   Q.   Mr. Davis, do you believe that the Curling plaintiffs no

5   longer consider their interests aligned with yours and you are

6   not aware of any common interests between you and the other

7   plaintiffs?

8            MR. CROSS:  Again, Your Honor, relevance.  He can't

9   speak to what we believe.

10           And they are also conflating the legal privilege

11  issue of a common interest.  Well, I don't quite know what she

12  is trying to do, but with some merits issue in the case, those

13  are two distinct things.  I'm lost.

14           But he can't speak to what the Curling plaintiffs

15  believe or not.

16           THE COURT:  All right.  Stay away from what the

17  Curling plaintiffs believe.

18           MS. HERNANDEZ:  Understood.

19  BY MS. HERNANDEZ:

20  Q.   To your knowledge, do Curling plaintiffs no longer

21  consider their interests aligned with your interests in this

22  litigation?

23           THE COURT:  No, you can't -- he can't testify about

24  what the Curling plaintiffs believe.  You can ask him about

25  himself.

1          MS. HERNANDEZ:  Okay.

2    BY MS. HERNANDEZ:

3    **Q.**   Mr. Davis --

4    **A.**   Yes.

5    **Q.**   -- do you believe that your interests differ from those of

6    the Curling plaintiffs?

7    **A.**   I am not aware --

8    **Q.**   You are not aware?

9    **A.**   -- if there is a difference.

10   **Q.**   I'm sorry.  I can't hear you.

11   **A.**   I am not aware of the diversions of interests.

12   **Q.**   What are the remedies you are seeking in this matter?

13          THE WITNESS:  I thought I already stated that, Judge.

14          THE COURT:  I think he did.  This is not useful.  He

15   testified on direct.  And if you-all didn't catch that then,

16   then you're not catching it with a second round.

17          MS. HERNANDEZ:  Your Honor, the reason we're having

18   the second set of cross-examination is because this information

19   was brought to our attention in this email on January 17th that

20   was after he was previously cross-examined.

21          MR. CROSS:  And that is not accurate.  Your Honor

22   will recall we made clear during the pretrial proceedings in

23   November, December when Mr. Davis first introduced a new lawyer

24   that we were concerned that there were some differences on

25   positions that has been the subject of objections.

```
 1              This was not new to anyone on January 17th.  It was

 2      well-known before Mr. Davis took the stand there may be some

 3      disagreements in this case.

 4              THE COURT:  I think that reflects accurately what

 5      happened in my effort to deal with this and to the greatest

 6      extent possible streamline any differences so that people could

 7      address them.  And I think the way the case has been managed is

 8      that.

 9              There clearly are -- the fact that there are some

10      differences doesn't mean that people are -- that they are

11      not -- which is not unusual with a large group of people --

12      doesn't mean that they don't have common interests.

13              They all have concerns -- common concerns about the

14      voting system, and the voting system and the QR code, and it

15      goes to different degrees.

16              But most of the things that you were about to point

17      out had to deal with trial strategy, which is not his to

18      decide; it is his lawyer's.  That may change over time.

19              So I think you are just getting into the weeds of

20      something that doesn't work.

21              MS. HERNANDEZ:  No further questions.

22              Thank you, Mr. Davis.

23              THE WITNESS:  You're welcome.

24              MR. OLES:  I have no questions.

25              THE COURT:  Okay.  Because of all these issues, I
```

```
 1    don't see the relevance of 1243, and I will omit it -- I will
 2    not allow it to be admitted.
 3              You can step down.  Thank you.
 4              THE WITNESS:  Thank you very much.  Again, we hope
 5    you feel better soon.
 6              THE COURT:  Thank you.
 7              MR. BELINFANTE:  Your Honor, our next witness will be
 8    Ms. Marks.  We have got some of the documents that are on their
 9    way here.  So if I could have just a couple of minutes to go
10    back to our breakaway room and gather that, then I think --
11              THE COURT:  Just let us know when you are ready
12    because I'll be ready.  But when I go to the office, it is very
13    easy to just be sucked into something else if I don't hear from
14    you.
15              MR. BELINFANTE:  Okay.  Understood.  I apologize for
16    that.
17              THE COURT:  All right.
18              MR. CROSS:  Your Honor, just for planning purposes,
19    Mr. Tyson and I spoke briefly.
20              Do you want to take up the issues that we talked
21    about in the sealed hearing today, or do you want to wait until
22    tomorrow?  How do you want to do that?
23              THE COURT:  Well, let's see how long Ms. Marks takes.
24              MR. BELINFANTE:  Your Honor, I'm quite confident that
25    it will exceed going to 5:30 given that it is 3:45 and what I'm
```

1    anticipating in terms of material and also potential

2    objections, even given the sigh from Mr. Cross just a moment

3    ago --

4              MR. BROWN:  It depends on how many objections of mine

5    are sustained.

6              THE COURT:  What I would like to do is I would like

7    to talk to you about where we are at.  I can't do that at the

8    moment with everyone in the room.

9              So if everyone would give us a few minutes, and then

10   we'll just take the break at that point.

11             MR. OLES:  Judge, may my client -- he would like to

12   leave for the today.  He has a meeting to attend if that is all

13   right.

14             THE COURT:  Yes, he can do that.

15             So, Counsel, are you staying in the room -- everyone

16   who signed?

17             MR. BELINFANTE:  I'm going to go --

18             THE COURT:  You're going to go?  That's fine.

19             MR. BELINFANTE:  -- just for efficiency's sake and

20   work on the other things.

21             THE COURT:  All right.

22                     **(The public proceedings were thereby adjourned**

23                     **at 3:49 PM and continued at 4:24 PM, as**

24                     **follows:)**

25             THE COURT:  Have a seat.

1               So -- go ahead.

2               MR. TYSON:  Your Honor, I was just going to --

3               THE COURT:  I'm just trying to clean up a little

4    here.

5               MR. TYSON:  Certainly.  I was just going to, for

6    purposes of the record, note that we talked on the break and

7    the Coalition plaintiffs requested we not start Ms. Marks

8    today.  We are fine with that.

9               So I believe we have all discussed among ourselves

10   that we could proceed to Rule 26 argument issues regarding

11   Dr. Halderman's data and have that be our concluding item for

12   the day, start Ms. Marks in the morning, followed by

13   Mr. Sterling, and that would be the conclusion of the

14   defendants' case.

15              THE COURT:  And that's fine with plaintiffs' counsel?

16              MR. CROSS:  Yes, Your Honor.

17              THE COURT:  We may still have another item tomorrow,

18   though, you-all recognize.  We still have to deal with some

19   other issues related to that because I'm not -- I wasn't

20   thinking we were --

21              MR. CROSS:  That's correct.

22              THE COURT:  -- and the report and how it was handled,

23   and I haven't obviously read the response you provided to me.

24              MR. KNAPP:  Okay.

25              THE COURT:  Remind me of the name of counsel sitting

 1   next to Carey.

 2          MS. HERNANDEZ:  Hello, Your Honor.  My name is

 3   Danielle Hernandez.

 4          THE COURT:  Listen, I don't normally bite -- have any

 5   bite.  So I just want to say, you asked the questions you were

 6   supposed to ask, apparently, according to your co-counsel, but

 7   please don't take anything personally.

 8          MS. HERNANDEZ:  No, not at all.

 9          THE COURT:  I don't know why they put you up to that.

10   They usually are a little nicer than that.

11          MR. RUSSO:  So -- and, Danielle, thank you very much

12   for stepping in today.  We asked her if she wanted to have an

13   opportunity to go today.

14          THE COURT:  You said this is really -- you are really

15   going to love this one.

16          MR. RUSSO:  Mr. Pico-Prats is out today sick also --

17   he's got whatever -- the bug, I guess, running around the

18   room -- and emailed Josh and I this morning.  And since it is

19   Josh's birthday, I said, Josh, we'll see if we can find someone

20   who would be interested in it since you have a birthday today.

21          THE COURT:  And he said, here, this is your present.

22   The judge that does not usually bite is going to bite.

23          Anyway, I just wanted to say I appreciate your being

24   in the court, and it is hard to be thrown into that position at

25   any age, but especially when you are a relatively new young

```
 1    lawyer.

 2              MS. HERNANDEZ:  Thank you, Your Honor.

 3              THE COURT:  Okay.  How do you want to go?

 4              MR. CROSS:  So if Your Honor is prepared, we can

 5    respond to the Rule 26.

 6              THE COURT:  I'm as prepared as I might be.

 7              Go at a good and not too fast of a speed.  All right?

 8              MR. CROSS:  For the record, Your Honor, the first day

 9    of trial was my birthday, and I didn't get any presents, but

10    apparently, Josh did.  I try not to be offended.

11              THE COURT:  Well, that is really not fair.

12              MR. CROSS:  I know; right?  I know.

13              MR. BELINFANTE:  I will say I have had the honor on

14    my birthday of doing exactly what I want to do, defending the

15    integrity of Georgia's elections.  I wouldn't want to be doing

16    any other thing.

17              MR. CROSS:  Well said, Josh.  I'm sure you're younger

18    than I am too.  You've got me beat in every respect.

19              THE COURT:  Well, you-all have not gotten to the

20    point of -- obviously, is to say, no, I don't really care about

21    my birthday, so --

22              MR. BELINFANTE:  I'm getting there.

23              THE COURT:  Matt here, my wonderful law clerk, had

24    his birthday on Sunday and clarified that -- I mean, this is a

25    remarkable loss of memory -- that he was turning 32 and not 33.
```

And I just said, oh, for either number.

        MR. CROSS:  All right.  Thank you, Your Honor.

        THE COURT:  Can you just tell me one other thing?

        Before we had these machines, what did we think that everyone did?  They still were going around with the boards?

        MR. CROSS:  Yes.  Yes.  Lots of boards.

        THE COURT:  And we've had -- we don't understand -- people still in jury trials bring out boards a lot, and I cannot understand it.  They are carrying the boards back and forth, back and forth.  It is a mess.

        MR. CROSS:  The nice thing about the board is it is permanent, so it gets to sit there for a while.

        THE COURT:  That is what they hope.

        MR. CROSS:  Right.  Exactly.  Sometimes it does.

        And for this, it is really -- you'll see it is just a timeline and to hit some of the -- the documents --

        Your Honor, as we understand it, the State is taking the position that they have orally made a motion to exclude some portion of Dr. Halderman's testimony.  I'm not entirely clear what else that is, but it sounds like it is testimony that corresponds to the demonstrations he did in court.

        And part of the challenge we've had is, I will tell Your Honor candidly, as I think I told you before, we didn't take what Mr. Tyson said that day as a motion.  We went back and looked, and he said, to perfect the record, they were

1 | renewing their prior objection.

2 |     And our first argument, Your Honor, is that is not a

3 | proper motion.  A motion has to be duly noticed.  It can be

4 | oral, but they need to actually put on the record:  Here is

5 | what we're moving for, here is this specific testimony we're

6 | objecting to in its boundaries that people can understand, and

7 | they need to identify the relief they are asking for.

8 |     And the only thing he did was to renew an objection

9 | to perfect the record.  What we thought that was in the moment

10 | was merely preserving an objection he had already made and Your

11 | Honor had ruled on, and so it was just making sure that that

12 | was preserved.

13 |     We now understand that they intend it to be a motion.

14 | But we would submit, Your Honor, that on that grounds alone,

15 | the motion would be improper and should be denied.

16 |     The next argument, Your Honor, is, you can't renew a

17 | motion you won, and there's a variety of case law to direct

18 | Your Honor to.

19 |     When he says renew their objection, they are renewing

20 | the discovery -- the objection that was briefed in the -- we

21 | assume, because of the lack of clarity, but renewing the

22 | objection that was briefed in a discovery briefing that

23 | overlapped with a motion in limine.

24 |     THE COURT:  Could you just hold a second.

25 |     MR. CROSS:  I'm sorry.

```
 1              THE COURT:  I'm still stuck on the realtime.

 2                   (There was a brief pause in the proceedings.)

 3              THE COURT:  So when he says renew their objection,

 4     they are renewing the discovery.  The objection that was

 5     briefed in -- again, we assume because of lack of clarity, but

 6     renewing the objection that was briefed in a discovery briefing

 7     that overlapped with a motion in limine.  Something like that.

 8              MR. CROSS:  That's right.  That's right.  Yeah.

 9              So what I was saying, Your Honor, is we think what

10     they were saying was when they were renewing the prior

11     objection, it is the objection Your Honor ruled on that arose

12     in two contexts.  First was the discovery briefing that was

13     filed, I think, in early December.

14              THE COURT:  Of this year?  Of last --

15              MR. CROSS:  Of last year.

16              And I'll tell you what.  To make it easy, this is why

17     we put a timeline together, because the dates get really

18     difficult, so let me just jump through this really quickly.

19              All right.  Part of our argument, of course, is there

20     is a lack of diligence on this, and so I'm just going to hit

21     that really briefly.

22              Your Honor, the report obviously came out in July of

23     '21, deposition on November 17 of that year.  The discovery

24     dispute on source code came to Your Honor on January 6 of 2022.

25              Your Honor had a teleconference on January 26 of
```

1    2022.  In that teleconference, the key dispute was at the

2    time -- Your Honor said that they may be able to get this

3    discovery, but we had to figure out a security protocol because

4    this was really sensitive stuff.  Your Honor said to them, I

5    would like, first of all, for the State to provide me what you

6    are suggesting as an appropriate process and protective order

7    for this.

8              You had went on to say, I would like to see this

9    happen ASAP.

10             So that was January 26 of 2022.  Everyone knew at the

11   time the expert discovery deadline was February 15, 2022.  So

12   under the federal rules, this all had to happen before then.

13   You told them ASAP.  They waited until March 4th to provide a

14   proposal at all.  And being even generous to them, they missed

15   the deadline to get a protocol, which was the precursor to get

16   this discovery at all.  That is the first point of waiver, Your

17   Honor.

18             A month later, they told the Court that it was

19   unresolved and said that they would figure out how to deal with

20   this.  Your Honor importantly set another discovery deadline on

21   September 2nd of 2022.  The deadline was discovery, but the

22   deadline for all outstanding discovery.  That was your

23   language.  It was unequivocal.  They missed that deadline and

24   did not raise it or pursue it.

25             Then there's another discovery deadline November 22nd

 1  of 2022, an additional supplemental expert report deadline.  We

 2  have talked a lot about that.  They didn't raise it or pursue

 3  it then either.  They then deposed Dr. Halderman on

 4  January 23rd of 2023.  The issue did not come up.  They did not

 5  say they needed this for that deposition.

 6          So they missed the February 15 deadline, the

 7  September 2nd deadline, the November 22nd deadline.  They do

 8  not raise this issue again between April 7th of 2022, already

 9  almost two months after the deadline to complete it, until just

10  before trial on November 15, 2023.  It came up in a pretrial

11  conference we had, I think, on the phone.  It was the first we

12  had heard of it.  There was no meet-and-confer.

13          We did try to work it out with them.  But

14  importantly, this is what they said in that pretrial

15  conference, Your Honor.  What was the driving force behind this

16  was they said they thought we were going to do an in-court

17  demonstration with the equipment.  Mr. Belinfante says, but I

18  think the part about our motions in limine raises another

19  perhaps more substantive issue, which is, if Dr. Halderman is

20  going to testify about his malware, we haven't seen it.  We

21  have tried.  We have not been granted access to it.  I think

22  that that could be potentially at least a material aspect of

23  the case.

24          As you have seen in the timeline, contrary to the

25  argument there, they had not tried.  For two years, they had

not tried and had not done the precursor Your Honor ordered
them in January had to be done to get to this, provide a
security protocol.  They did not do that.

Then Mr. Miller explains, frankly, it is not so much
about our experts doing anything, but we have got to be able to
adequately cross-examine Dr. Halderman.  And really, the reason
this arose is that we noticed on the recent exhibit list that
there was, you know, equipment to be coming in.  If they are
not planning on doing that kind of demonstration, then maybe it
is not an issue, but we read that to assume that that was the
case.

And so they said what is driving this now, the reason
we haven't mentioned it in two years is because we didn't need
it until trial, we saw the equipment.

So we said, all right, there is an easy fix to this.
The Court won't have to deal with it, and we won't have to deal
with it.  We reached out to them and said, we won't do an
in-court demonstration with the equipment.  Incredibly
prejudicial to us to give that up.  We think it is powerful,
but we said we'll just moot this whole issue.

They then reversed course and said, no, now our
position is that you can't even do a video demonstration.

Sorry, Your Honor.  I'm trying to get to the guts of
this here.

So if you look on the email on the left, this is

1    November 17.  The important point here is when Mr. Russo

2    stated, to avoid any confusion, State defendants served a

3    specific request for this material upon Dr. Halderman in

4    November 2021 in advance of his deposition, and the State has

5    maintained ever since that this discovery is necessary prior to

6    trial.

7           Again, they have been unequivocal that they made a

8    decision not to pursue this until the eve of trial.  As we'll

9    talk about on the law, the Eleventh Circuit and every circuit

10   is unequivocal that does not constitute the diligence that is

11   required, and so they are acknowledging they have not met the

12   diligence standard.

13          Importantly, about Mr. Russo's email, Your Honor,

14   this is part of the confusion here.  Every point at which they

15   raised this issue in the timeline we have already been through

16   with Your Honor in January of 2022.  And then their argument

17   was over what Mr. Russo references a document request that came

18   with the deposition notice.  They did not ever once, to my

19   recollection -- I've gone back to look.  I'm sure they'll flag

20   it if I missed it.

21          It was never a Rule 26 argument.  It was an argument

22   in a Rule 34 that, because they had served document requests

23   before his deposition, we had an obligation to produce what

24   they requested.  That was the position still on November 17 of

25   2023.

 1          Here is why that matters:  Because what has happened

 2     here is they know that the law is unequivocal on their

 3     requirement to diligently pursue this, and they didn't for

 4     years.  So then they came up with the Rule 26 argument just

 5     before trial, and now it has become this Rule 26 argument which

 6     is irrespective of their document request and the fact that

 7     they didn't pursue those.  We somehow had our own affirmative

 8     obligation to disclose this information even though they

 9     weren't pursuing it for years.

10          I'll explain why that is wrong, but that is why we

11     have morphed into this Rule 26 world.  But let's be clear.

12     They are now not relying on Rule 34.  They are not relying on

13     those document requests in the past.  They are not the subject

14     of any briefing with the Court in November and December.  It is

15     just Rule 26.

16          And that becomes really important for this reason:

17     Rule 26 is very narrow in what is required to be disclosed.  So

18     no matter what they may have requested under Rule 34, the

19     objection that they have renewed that is pending before the

20     Court is the objection that was briefed in December.  That is

21     Rule 26.

22          That means the only thing that is at issue would be

23     materials that were relied on by Dr. Halderman and doesn't

24     include the demonstratives, and we'll get to that.

25          So then on January 21, Mr. Belinfante responds, if

1    you're going to do a video demonstration, we're still going to

2    need the discovery.  Not what they had said in court on the

3    15th.

4            Joint discovery filing goes in on the 27th.  It is a

5    Rule 26 argument.  They reiterate that same argument and the

6    motion in limine on December 7th.  And here is where we get

7    into how you can't renew a motion you won.

8            On the left, Your Honor, they argued, under these

9    circumstances, the -- this is from their discovery motion, I

10   believe -- under these circumstances, this Court must compel

11   disclosure and afford defendants an adequate opportunity to

12   prepare for trial or otherwise exclude any opinion testimony or

13   demonstration of these attacks from introduction at trial.

14           And they cite Rule 37.  It was an either/or.  They

15   said you've either got to give us the discovery or you exclude

16   it.

17           Your Honor granted their motion.  You granted the

18   motion to give them the discovery they wanted, which then

19   mooted the alternative relief.

20           And the Courts have been clear, Your Honor, *SEC v.*

21   *Alpha Telecom*, 2002, U.S. District Lexis 2597 at star three.

22   It is a District of Oregon case from 2002 that makes the point

23   you can't renew a motion that you won.

24           We have numerous cases here, Your Honor.  I'm happy

25   to hand them up at some point.  I'm not going to walk through

each of them because it would take a lot of time.  But we've

got maybe ten cases from a variety of Courts.

So that is point one -- well, point two.  The first

is --

THE COURT:  Do you have a listing somebody can just

copy them before you leave?

MR. CROSS:  We'll do that.  Yeah, we'll do that.

THE COURT:  Okay.

MR. CROSS:  That was my thought.

THE COURT:  Because we'll start looking at it

tonight.

MR. CROSS:  I figured.  We will get you the complete

list.

The next point, Your Honor, is, even if you put aside

that they actually won the motion, they are renewing an

objection they won.  Park that to the side.  The other sort of

most generous view of what they have brought to the Court is a

discovery motion.  It is not a motion in limine in and of

itself because what they have said again is they didn't get the

discovery we wanted.

Well, that first has to be brought as a discovery

motion.  The premise of Mr. Persinger's declaration is that

there is information they should have gotten in discovery they

didn't get.  Okay.  Well, you have to file that as a motion to

compel.  Rule 37 is clear, you can't just strike testimony

1    because you didn't get discovery without first bringing that to
2    the Court and giving us an opportunity to cure.
3            And here is where the delay becomes really important.
4    They knew the parameters of the review that was going to happen
5    on January 4th going into that.  We've given Your Honor a copy
6    of the Q and A.  We answered about 20 questions, laid out what
7    it was going to be.  They knew the scope of the protocol, that
8    it was source code only.
9            What Mr. Persinger now claims is that coming out of
10   that inspection they had discovery concerns.  There were
11   libraries they didn't get and other things.  We were all there.
12   It was a very cordial, very amicable day.  I drove Mr. Tyson
13   and Mr. Persinger to lunch.  At any point they could have said,
14   we're missing some stuff.  What about libraries?  What about
15   this?  And we would have gladly dealt with it then.
16           So they first waived it by not raising it there.
17   They also raised it by not objecting to any of the protocols
18   that we laid out with the Q and A that said this is not a
19   forensic examination, it is only source code.  That is all
20   you're going to get.
21           They then waived it a third way.  Despite having
22   these discovery concerns on the 4th, they did not raise them
23   until the 18th.  Two weeks.  And the timing of that is
24   important for two reasons.  One, the declaration was signed on
25   the 15th, so they could have at least brought it to us on the

1    15th, which was several days before Dr. Halderman testified.

2                   THE COURT:  The 15th of?

3                   MR. CROSS:  January, 2024.  Yes.  Thank you.

4                   Dr. Halderman testified on January 18, 2024, the same

5    day that they brought in the declaration signed several days

6    earlier.

7                   And so, Your Honor, they deliberately set this up in

8    a way where we could not cure it because the point at which

9    they decided to hand us something signed several days before,

10   Dr. Halderman was literally taking the stand that day, and once

11   he took the stand, we couldn't even talk to him about this to

12   figure out what more could we do.

13                  Because our view was, if they want libraries, give

14   them the libraries.  It wasn't in the scope.  It was never

15   requested before.  But they have deliberately addressed this in

16   a way so that we couldn't cure.

17                  And the courts are clear.  You can't do that.  You

18   have to first raise it as a discovery dispute.  And under the

19   local rules, even for that, they had to meet and confer with us

20   first.  Your Honor got it the same time we did sitting in

21   chambers.

22                  So they blew the requirements under the local rules,

23   and they blew the requirement to file a discovery motion before

24   seeking to exclude anything under Rule 37.

25                  The next basis on which to deny this, Your Honor, is maybe

1    what they really intend is a motion for reconsideration.  We

2    have found case law that says if you are renewing a motion that

3    that often may be treated as a motion for reconsideration.  The

4    problem with that is they waived that as well.  Under the local

5    rules, a motion for reconsideration has to be filed within 28

6    days of the entry of the order.

7         Your Honor first ruled on this on December 13, 2023, at

8    the pretrial conference.  You entered a written order on it on

9    December 20.  Even if we give them the benefit of the order,

10   the 28 days from December 20 expired on January 17.

11        So notwithstanding they had the declaration on January 15

12   of 2024, by sitting on that until January 18, they blew the

13   deadline for Your Honor to treat and take it as a motion for

14   reconsideration.

15        The next basis on which to deny it, Your Honor, is the

16   failure to pursue any of this diligently.  I'm not going to

17   walk through everything here.  Your Honor has the historical

18   timeline that we have been through.  A couple of points that I

19   was going to hit.

20        This is the Q and A, Your Honor, that I mentioned before.

21        Okay.  Again, on the timeline, I'm not going to go back

22   through all the dates.  You have seen the lack of diligence at

23   numerous times, missing a number of deadlines.  And again even

24   once they had this ordered in December, they should have raised

25   a new objection at the point at which they were there on

```
 1   January 4th.  They didn't.  They waited until the 18th.  We
 2   have case law on that, Your Honor, as well on the diligence.
 3           Now, here is why Rule 26 matters.  The next basis, as
 4   I mentioned before on which to deny the motion, Your Honor, is
 5   again, under Rule 26, they are only allowed to get what the
 6   expert considered or relied on in reaching his opinions.
 7   Interestingly enough, right before Mr. -- I think Mr. Tyson
 8   makes this renewed objection, he asked in voir dire,
 9   Dr. Halderman, did you rely on the malware for your opinions?
10           And Dr. Halderman said no.  Because he doesn't.  He
11   was very clear.  The malware -- the source code that is at
12   issue for these demonstrations is just part of the
13   demonstration.  The opinions and the analysis that he relies on
14   are all in his report.  Those -- that report, there is no
15   dispute, explains exactly how to do these demonstrations,
16   exactly how to build the malware if someone wanted to, which is
17   why there is also a sealed version of that, because there are
18   sensitive components on that.
19           The malware itself has always only been
20   demonstrative, and so they are not entitled to it at all
21   because he's not relying on it for the testimony he has
22   offered, and we're now in a world where they are relying only
23   on Rule 26, Your Honor.
24           And as we covered before -- we pointed you to case
25   law before -- the Courts have held that demonstratives are not
```

1    required to be disclosed at all themselves with Rule 26 until

2    they are actually used in court.

3         So Your Honor actually has been quite generous in

4    giving them the discovery they got, which they were then, of

5    course, able to use on cross-examination, Your Honor.  And on

6    that point, one of the things we said before, there is

7    virtually no cross-examination of Dr. Halderman that relates to

8    what they did.

9         So their argument you saw from Mr. -- it may have

10   been Mr. Belinfante or Mr. Miller.  They were very clear this

11   is not for new reports.  They were very clear their experts

12   would not talk about this because the deadlines for that were

13   long gone.  They said it was to cross-examine him.

14        Well, they spent half a day looking at this in

15   Michigan, and we've gone through the transcript.  We sat here

16   in the courtroom.  Mr. Tyson asked virtually no questions about

17   this, not even to create a record, if he was really looking at

18   perfecting the record, on the lack of what they needed.  He had

19   Dr. Halderman on the stand.  He had Mr. Persinger's

20   declaration.  He could have walked through all of the points in

21   that declaration.

22        And while he can't use the declaration in itself, he

23   can use the substance.  That was the whole point of this

24   exercise.  He could have had an outline that said,

25   Dr. Halderman, did you provide this library?  Did you provide

1    this library?  Did you provide this library?  Isn't this

2    library needed for something you did?  Isn't this needed for

3    something you did?

4         He didn't do that.  That does not exist in the

5    record.

6         And so where that leaves us, Your Honor, is there is

7    no prejudice to them, which is the last point.  They got

8    exactly what they asked Your Honor for.  You granted their

9    motion to give them the discovery they wanted.  They now have a

10   discovery dispute.  They have mishandled that in every

11   conceivable way and blown every possible deadline that could

12   apply to it, no matter how one construes that one as an

13   objection or a different type of motion.

14         And then, ultimately, Your Honor, there is no

15   prejudice because, as we see in the declaration from

16   Mr. Persinger, he came away with a lot of thoughts.  Where is

17   the cross-examination that they told Your Honor we needed this

18   for?

19         And so the last thing I will say, Your Honor, is,

20   everyone has spent an enormous amount of time, effort, and

21   money on something they said to the Court was really important

22   for one purpose, to cross-examine Dr. Halderman.

23         We have a lengthy declaration of a variety of

24   concerns from Mr. Persinger that did not feed in to

25   cross-examination.  This is much ado about nothing, and I think

1    it is probably clear to all of us that what it really is, is an

2    effort to manufacture an appeal issue, and it has no merit.

3    Thank you.

4            THE COURT:  Are you -- the cites of any of the cases

5    that you are relying on, are you -- somebody going to email

6    these to --

7            MR. CROSS:  Yeah, we'll provide them to counsel and

8    to Your Honor.

9            THE COURT:  All right.  You're doing that tonight?

10           MR. CROSS:  We'll do that right after this.

11           THE COURT:  All right.  Fine.

12           MR. TYSON:  So, Your Honor, thank you.

13           I don't want to belabor the response here.  I think

14   we've all spent a lot of time on this.  I just want to fill in

15   a couple of details.

16           First, Mr. Cross referenced the November 2021

17   discovery request to Dr. Halderman.

18           THE COURT:  Which year?

19           MR. TYSON:  I'm sorry?

20           THE COURT:  Which year?

21           MR. TYSON:  2021 with his deposition notice.

22           And the reason why we originally served that is

23   because we had not gotten the Rule 26 disclosures that we felt

24   were required.  We should have gotten it under Rule 26, and we

25   didn't, which was the reason to have the additional request.

1          As Your Honor will recall, after we got the

2     January 2022 discovery dispute filed, we had a number of

3     teleconferences talking about all the different pending issues

4     in discovery leading up to the April 2022, I believe it was,

5     conference where there was a discussion of, what do we need to

6     get to summary judgment in this case?

7          And this was one, as we explained in that telephone

8     conference, that we were able to put off until trial, because

9     that was the timeline, and so we agreed to hold you having to

10    rule on this dispute until a later point.  We always advised

11    that we would need it for trial, and that is -- just to not

12    again belabor the whole timeline, I think Document 1716 kind of

13    walks through all these different pieces on the time.

14         There was the discussion about what to do with, you

15    know, the kind of negotiation.  Plaintiffs were always going to

16    do some sort of video demonstration.  The only thing they were

17    offering was not to do an in-person demonstration.

18         And Your Honor did grant us the opportunity to see

19    the source code.  But again, the issue for us was then the

20    scope of the review at that point.  So we didn't know what we

21    would receive until we got to Michigan to look at what was

22    there.

23         We did ask -- at the beginning, Mr. Persinger

24    requested whether he could take some screenshots as he did his

25    analysis, not of the source code, but of other pieces of the

1  process.  Mr. Cross advised us we're going to go right by the

2  protocol.  We're not deviating from that, and so we didn't

3  raise any further issues with the review that day.

4         In terms of the timeline for raising it with the

5  Court, as Your Honor will recall --

6         THE COURT:  Why didn't you raise it with them that

7  day, we're going to need these extra libraries?

8         I mean, this is -- this apparently has been a bone

9  sticking in Mr. Persinger's throat for some time.  I can't

10 believe he didn't mention it to you.

11        So why wouldn't you have attempted to raise it and

12 discuss how to resolve it then?

13        MR. TYSON:  So, Your Honor, the only reason that we

14 didn't was we had raised again the prior issue that morning

15 about screenshots and some other pieces of the puzzle, had

16 gotten a hard no, and felt like we were at a point where we

17 just had to proceed with whatever review we could do and didn't

18 expect to have any success raising that issue.

19        So we didn't raise it.  That's correct.

20        THE COURT:  But then it all ended on my lap.  Yet,

21 all of you who never seem to ever hesitate to call me whenever

22 or whatever -- and I don't get any calls; instead, this just

23 blows up.

24        MR. TYSON:  And, Your Honor, I guess the other piece

25 of the puzzle for us is then putting together what we needed to

1    do to determine what we didn't have, how to raise that with you

2    was something we weren't exactly sure how to do either, given

3    the strict protocols around the review process.

4          So as you recall, we wanted to reraise this.  We had

5    flagged for the Court that we had some issues to raise before

6    Dr. Halderman testified.  That's the reason why we raised it

7    with the declaration on the 18th.

8          In terms of, again, I think, the other piece of the

9    puzzle here, plaintiffs were also seeking to exclude -- if the

10   idea was we should have filed a discovery motion first, they

11   are also seeking to exclude evidence regarding 5.17, as we

12   talked about.  Never filed a discovery motion about that, to

13   our knowledge on that point.

14         And ultimately, Your Honor, I think for the reasons

15   we raised in our motion in limine in Document 1723, that was --

16   that kind of outlines the legal basis.  I still struggle to see

17   how Dr. Halderman can reach the opinion that, you know, vote

18   stealing malware can exist, and his basis for that appears to

19   be that he created that malware.  That seems like an opinion

20   that in his report where he's relying on the malware along the

21   way here.

22         So, Your Honor, again, I think that from our

23   perspective, this was an issue where we raised it as best we

24   could, we talked about it at the pretrial conference, you

25   granted us a limited review.  We felt that review was not

1    sufficient, thus the basis to reraise the issue.

2           And that is where we stand at this point, so --

3           THE COURT:  Okay.

4           MR. TYSON:  -- with that, Your Honor.

5           That, I believe, completes what we need to talk about

6    on that point, and we'll stand on our briefs otherwise.  Thank

7    you.

8           MR. CROSS:  Few quick responses, Your Honor.

9           First, Mr. Tyson said they raised it as best they

10   could.  They did not raise it for two years, despite every

11   deadline, despite Your Honor's directive to them in January of

12   2022, that to get this discovery, they had to provide a

13   security protocol ASAP.  And they waited until three weeks

14   after the then-existing deadline.

15          Second, Your Honor, they again bring up the point

16   they had a limited review.  What they always omit is the

17   protocol was the one that mirrored what they proposed.  When

18   the shoe was on the other foot and Dr. Halderman wanted to

19   inspect the GEMS database and they said that was so sensitive

20   it needs a rigid protocol, the protocol we provided we pulled

21   from them on that.  So they can't really fairly say it was an

22   unfair limitation.

23          And it was worth reminding the Court that after we

24   went through all of that back-and-forth on the GEMS database,

25   after they said it was so sensitive, we needed this rigid

1    protocol, it came to light that Mr. Merritt Beaver's testimony

2    under oath on that point was not accurate.  The GEMS database

3    was actually available on the internet.

4          On the Rule 34 document request, Your Honor, again, I

5    invite them to go back and show this Court in the briefing at

6    that time -- maybe I missed it.  I haven't slept a lot.  But I

7    do not recall and did not see on a quick review any argument

8    about Rule 26.  It was a Rule 34 argument.

9          The first time I ever remember Rule 26 was when they

10   raised it just before trial, Your Honor.  And so if there was a

11   Rule 26 argument, that was waived a long time ago.

12         And the last point on that, Your Honor, is, it is not

13   the lawyers who determine what is needed under expert

14   discovery.  It is the experts.  Dr. Gilbert testified in 2021

15   that he did not need anything more than what he got.  He said

16   source code, I didn't need look to at it.  It wasn't even

17   relevant.

18         He didn't need to look at the BMD.  And that is

19   dispositive of the Rule 26 argument.  The expert says what he

20   needs to respond to Dr. Halderman.  And he is the only election

21   security expert, no matter how one might define that term, who

22   has provided a rebuttal.

23         They always said again today that they said they

24   always needed this for trial, which always strikes me as odd

25   every time they make that because it is literally the worst

1    argument they could make because of the diligence standard.

2          The way this normally plays out -- and 5.17 is the

3    perfect example of this on why their argument is backwards.

4    They say that we move to strike -- or to preclude evidence on

5    5.17.

6          That's true.  But we had no notice that they were

7    going to do that.  That is the difference here.  The things

8    that they have come in, like Dr. Adida, for example, talking

9    about events that postdate his reports, we had no notice that

10   was going to happen until the courtroom.

11         Discovery is intended to prevent surprise.  So in

12   that instance where they are the ones that have the surprise,

13   Rule 37 says we get to keep that out.

14         Here, we were transparent.  And as they acknowledge

15   in saying, we always knew we wanted this for trial, we're

16   acknowledging there has never been surprise on this.  They have

17   always known that this was going to be an issue for trial.  And

18   the Courts are unequivocal.  You have to be diligent in

19   pursuing that before discovery lapses, and Your Honor gave them

20   at least three different deadlines by which to do that.

21         We also heard that the scope -- they did not know the

22   scope of the review until they got to Michigan.  That is one of

23   the more egregious claims, Your Honor.  Because, as I

24   mentioned, 19 questions -- I take it back.  I'm wrong.  22

25   questions.  22 questions detailed that they posed that we

1    answered, I believe, on January -- or December 27.  I think we

2    answered them within a day.  At least within a couple of days.

3         And we told them as soon as Your Honor ordered this,

4    tell us whatever questions you have.  Send them all.  No limits

5    on the questions you want to pose.

6         This is what they got.  This is what we answered.  It

7    laid out the protocol in detail of what was going to happen.

8    Your Honor has this.  Everyone knew what the scope of that

9    review was going to be.  There was no objection.  He says they

10   didn't raise any concern on January 4th because they did ask

11   about screenshots.  And when we said no to screenshots, somehow

12   they took that to mean they couldn't talk about anything else.

13        Respectfully, Your Honor, I don't think that is a

14   sincere representation.  Screenshots are a very different

15   thing.  We did not have, as I think -- in fact, I'm certain we

16   said in the moment, we actually did not have authority to

17   authorize screenshots.  We were operating under a court order.

18   The court order said you cannot copy anything from this.

19        He was looking at malware and other things on the

20   screen, and I remember saying, even if you wanted to, you would

21   have to get the Court's permission for that.

22        The other things that are in the declaration are all

23   things that we could have discussed, libraries and other

24   things.  They didn't come up.

25        That's it, Your Honor.

```
 1              THE COURT:  Thank you.
 2              MR. TYSON:  Your Honor, I do just want to make one
 3   final point.  I think this shows the challenge of this case
 4   that we end up -- it is a misrepresentation.  It ends up as a
 5   character attack on counsel.  I think we have seen that
 6   consistently through this, and I just felt like that needed to
 7   be said.
 8              You know, where we are at this point in the case.
 9   We're all working very hard to get this done and done right.
10              MR. CROSS:  To be clear, no one has made a character
11   attack.  I'm not sure what that was.
12              THE COURT:  I know that everyone has -- that these
13   things have floated, but I didn't -- in this case, I did not
14   perceive that there was a character attack.
15              But listen, it is late, and you've all been working
16   hard, so I understand that there can be those perceptions.
17              Let me --
18              MR. RUSSO:  Your Honor, I just want to make one more
19   quick point because there have been quite a few discovery
20   disputes in this case.
21              THE COURT:  Really?
22              MR. RUSSO:  But I do want to direct the Court, since
23   we were told and we heard that this issue hadn't come up after
24   February of 2022, and point the Court to Document 1362 and 1361
25   and the Court's -- the Court's order, which was at 1359, which
```

1    both of those documents are in response to.

2         And you'll see that that order asked the parties to

3    identify the discovery various disputes that are still in

4    existence, provided us with a chart to check whether the

5    disputes have been completed.

6         Both plaintiffs and defendants checked in response to

7    one of the categories, which is the State defendants' request

8    for discovery related to Dr. Halderman's methods -- and in

9    response to whether the dispute has been resolved checked no.

10   So that was in April of 2022.

11        MR. CROSS:  That's in the timeline, Your Honor.  I

12   mentioned that.  That's the April 7, 2022, where it says in the

13   timeline, parties tell the Court the issue is unresolved.

14        THE COURT:  Okay.  Are you going to provide us with

15   the timeline that you just --

16        MR. CROSS:  Yes.  Sorry.  Let me do that now.

17        **(There was a brief pause in the proceedings.)**

18        MR. CROSS:  Your Honor, I can also hand up the binder

19   that has all the document references and the cases.

20        This has the documents and the cases.

21        **(There was a brief pause in the proceedings.)**

22        THE COURT:  Is there anything else on this particular

23   issue that any party wants to address?

24        MR. CROSS:  Not from plaintiffs, Your Honor.

25        THE COURT:  Okay.  Let me just briefly address what

1    happened with Dr. Adida's testimony last week.

2          I conditionally allowed him as a matter of efficiency

3    to go ahead and discuss the method -- the RLA method he used in

4    2022.  Though no one had updated -- I don't think the State

5    maybe had updated it, at least as much as I could glean, your

6    responses as to Dr. Adida's testimony.  And maybe you had.

7          But it was in heart of trial.  I didn't -- certainly,

8    the plaintiff had vigorously argued that.  If you think you

9    have, then I would like to know that.

10         And the main concern here is not that it is -- having

11   been in this case as long as I have, it just sort of -- for

12   Dr. Adida to come up and say, I had this wonderful new

13   methodology, this bunch -- is that what it was?

14         MR. TYSON:  Batch.

15         THE COURT:  Batch -- excuse me -- batch methodology

16   and -- and never described what he -- you know, really enough

17   about it so that I could even understand necessarily is this --

18   I mean, was it done so that the batches were representative,

19   racially, socioeconomically, for instance, if you did it?  If

20   you had a batch that was all from the wealthiest part of

21   Buckhead, it might not represent at all other portions of the

22   city.

23         I mean, I have no idea what he did, and I just didn't

24   want to jump into that because I didn't know.  And, you know,

25   I'm -- so it was -- it bothered me as I left the trial because

```
 1    I didn't know, and I thought I was conditionally allowing

 2    something in that wasn't going to be that much of a surprise.

 3            And it wasn't -- so if the State contends that you

 4    gave them at least this information, you know, show that or --

 5    and obviously copy me, and I'll just -- I just wanted to

 6    mention it to you so that we can talk about it a little more

 7    thoughtfully when we're not at the end of the day and everyone

 8    is tired because I'm not really prepared more than to flag my

 9    discomfort about what ended up happening.

10            MR. MILLER:  Your Honor, if I may just very briefly

11    on that point.  To be truthful, I did not understand the

12    objection at the time for Dr. Adida's testimony to be about

13    that timeline issue.  And truthfully, I'm not sure that it is

14    even relevant to the State's case other than to say we are

15    continuing to do audits.

16            I understood the objection to be more about the scope

17    of his testimony in terms of the expert -- subject matter

18    expertise that ended up later.  But we'll certainly go back and

19    look through our discovery documents.

20            THE COURT:  I will do so too.  I stewed on it some on

21    Friday night and then got sick on Saturday morning, so I didn't

22    go back and look at anything.  So everyone can go look and we

23    can talk about it a little more.

24            I thought the gentleman from Bartow County was a very

25    impressive person, interesting.  I mean, relatively -- putting
```

1    aside the case and the fact that he had taken on just what he

2    had taken on himself.

3              But anything else we should address?

4              MR. CROSS:  Your Honor, the only thing -- just I

5    think I forgot to give you the specific reference.  On the

6    Rule 26 argument, Dr. Halderman responds on that in the

7    declaration beginning at Paragraph 62.

8              THE COURT:  Of what?

9              MR. CROSS:  Of the declaration that we provided

10   today.

11             THE COURT:  Okay.

12             MR. CROSS:  Just so you know where to look in the

13   declaration.

14             THE COURT:  Okay.  So if Ms. -- it seems like we have

15   all tomorrow still to be consumed; is that right?

16             MR. BELINFANTE:  Your Honor, I think Ms. Marks'

17   testimony will take awhile.  I don't think Mr. Sterling's, at

18   least from our end, is going to be -- it will certainly not be

19   as long as Mr. Evans'.  I don't think it will be as long as

20   Mr. Barnes' in our case in chief either.

21             But I think we will certainly be going after lunch,

22   but it is certainly my intention and goal to have both finished

23   by 5:30.

24             THE COURT:  Okay.  That's fine.  I was just thinking

25   that we would not get to closing arguments at least because I

1    don't know if they have any rebuttal also.

2              MR. CROSS:  Your Honor, one quick point on that --

3    and, Josh, if you guys need time to think about this -- one

4    thing that occurs to me is there may be some testimony from

5    Mr. Sterling that we would do as rebuttal, but I don't know the

6    scope of the direct.

7              So we can either just have the cross not be bound to

8    the scope of direct, or if they want him to rest and then he

9    immediately takes the stand again, they can think about it, but

10   I figured I would flag it to think about.

11             MR. BELINFANTE:  That's a good thing to think about.

12   We'll be practical.  I think you just mentioned that he rests,

13   just so we have a clear record and then that may work.

14             THE COURT:  Okay.  Happy birthday.

15             MR. BELINFANTE:  Thank you.

16             THE COURT:  I'm sorry you have to be here.

17             MR. BELINFANTE:  I'm at the age where it just doesn't

18   matter.  But thank you.

19             MR. CROSS:  I feel like you should sing.  I'm ready

20   to sing for you, Judge.

21             THE COURT:  Well, okay.  Everybody, are you ready?

22             MR. CROSS:  Let's do it.  Come on.  Come on.  Let's

23   do it.

24             COURTROOM AT LARGE:  Happy birthday to you.

25             Happy birthday to you.

1          Happy birthday dear Josh -- Mr. Belinfante.

2          Happy Birthday to you.

3          MR. CROSS:  Speech.

4          MR. BELINFANTE:  Thank y'all.

5          MR. CROSS:  Shannon, is that in the record?

6          THE COURT:  Anything else, folks?

7          MR. ANDREU-VON EUW:  Your Honor, I have one more

8    thing, just --

9          THE COURT:  Oh, naturally.  Go ahead.

10          MR. ANDREU-VON EUW:  This is for the sealed

11   proceeding.  I can explain off the record.

12          THE COURT:  You have something for a sealed --

13          MR. ANDREU-VON EUW:  I'll just hand it to the Court.

14          THE COURT:  It doesn't look like a recording of happy

15   birthday to me at all.  We'll just be satisfied with Josh's

16   birthday.  I hope you have a nice time with your family.

17          And we'll see y'all tomorrow at 9:30.  I think I'm

18   better.  I'm not perfect, but I'm better.  I at least could

19   stand up to start at 12:00.  That was the main goal.

20          But no, I think I'm fine, all things considered.

21          Thank you.  We're adjourned.

22               **(The proceedings were thereby adjourned at 5:20**

23               **PM.)**

24

25

C E R T I F I C A T E


UNITED STATES OF AMERICA

NORTHERN DISTRICT OF GEORGIA


    I, SHANNON R. WELCH, RMR, CRR, Official Court Reporter of

the United States District Court, for the Northern District of

Georgia, Atlanta Division, do hereby certify that the foregoing

163 pages constitute a true transcript of proceedings had

before the said Court, held in the City of Atlanta, Georgia, in

the matter therein stated.

    In testimony whereof, I hereunto set my hand on this, the

29th day of January, 2024.



_____
SHANNON R. WELCH, RMR, CRR
OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT

**BY MR. ANDREU-VON EUW: [24]** 20/21 22/16 24/6 28/12 29/11 30/2 82/11 83/6 83/17 86/11 86/17 87/8 87/16 88/18 88/25 91/13 94/17 95/15 95/19 96/6 97/7 99/9 99/20 100/7
**BY MR. BROWN: [5]** 101/7 102/5 110/5 110/15 111/3
**BY MR. MILLER: [48]** 5/25 9/25 10/25 11/5 12/16 13/1 14/2 14/16 15/11 15/20 16/3 17/8 17/13 17/21 19/19 31/5 34/2 34/10 34/21 35/3 37/23 38/25 40/11 41/12 56/11 57/19 61/10 64/9 67/5 67/21 69/8 71/6 71/12 72/19 73/12 73/19 75/21 76/7 76/17 77/14 78/2 79/2 80/14 80/21 112/23 114/2 115/1 115/20
**BY MR. OLES: [1]** 112/13
**BY MS. HERNANDEZ: [7]** 120/5 121/5 121/25 124/7 125/3 125/19 126/2
**BY THE COURT: [1]** 116/14
**COURT REPORTER: [2]** 34/7 67/19
**COURTROOM AT LARGE: [1]** 162/24
**COURTROOM DEPUTY CLERK: [4]** 5/13 5/16 119/18 119/21
**COURTROOM SECURITY OFFICER: [2]** 52/13 112/7
**MR. ANDREU-VON EUW: [69]** 18/9 18/16 19/8 19/15 20/18 21/20 21/25 29/7 29/9 30/1 30/19 32/2 37/16 39/17 39/24 40/3 40/16 40/22 43/17 44/20 44/25 55/12 66/21 67/1 67/4 70/18 71/10 71/15 71/25 72/2 72/6 72/10 72/25 73/5 73/9 73/17 78/24 80/6 80/12 80/17 83/5 83/13 83/15 86/8 86/16 87/2 87/4 87/13 88/11 88/15 88/23 95/17 96/2 96/4 97/5 99/18 100/6 101/5 113/25 114/23 114/25 115/7 115/10 116/5 116/9 119/5 163/7 163/10 163/13
**MR. BELINFANTE: [12]** 128/7 128/15 128/24 129/17 129/19 132/13 132/22 161/16 162/11 162/15 162/17 163/4
**MR. BROWN: [15]** 39/16 41/16 44/9 44/11 44/17 76/25 77/4 78/25 110/12 112/1 112/6 112/9 114/24 119/7 129/4
**MR. CROSS: [52]** 42/8 43/24 44/3 44/8 45/17 46/13 48/1 49/16 49/20 49/22 50/20 51/1 51/17 52/7 122/25 123/12 125/8 126/21 128/18 130/16 130/21 132/4 132/8 132/12 132/17 133/2 133/6 133/11 133/14 134/25 135/8 135/15 142/7 142/9 142/12 144/3 149/7 149/10 153/8 157/10 158/11 158/16 158/18 158/24 161/4 161/9 161/12 162/2 162/19 162/22 163/3 163/5
**MR. KNAPP: [1]** 130/24
**MR. MILLER: [111]** 5/8 10/23 11/3 12/6 12/12 13/21 13/24 14/14 15/6 15/8 15/18 15/23 16/19 17/1 17/7 17/11 17/19 18/7 18/11 18/20 19/1 19/4 19/11 19/18 20/8 21/12 22/3 25/5 30/22 31/14 31/18 33/23 34/8 34/19 35/1 37/20 38/21 39/19 40/7 40/10 41/1 41/8 41/21 42/14 42/18 43/9 43/15 43/22 43/25 44/5 44/10 44/15 44/18 45/3 45/5 46/1 46/15 47/2 47/7 47/14 49/3 49/7 49/11 49/23 50/3 50/24 51/25 52/18 54/8 54/18 55/3 55/22 56/2 56/9 64/6 66/24 67/2 67/12 67/16 67/20 70/20 71/20 72/1 72/15 73/2 75/19 75/25 76/4 76/15 77/3 77/8 77/13 77/24 80/8 80/19 82/7 88/13 88/17 96/23 110/4 110/9 110/13 115/9 115/15 116/4 116/8 116/11 119/4 119/9 119/17 160/10
**MR. OLES: [6]** 112/21 121/2 122/23 124/15 127/24 129/11
**MR. RUSSO: [4]** 131/11 131/16 157/18 157/22
**MR. TYSON: [10]** 130/2 130/5 149/12 149/19 149/21 151/13 151/24 153/4 157/2 159/14
**MS. HERNANDEZ: [19]** 120/24 121/4 121/20 122/22 123/3 123/6 123/16 123/23 124/2 124/6 124/19 125/1 125/18 126/1 126/17 127/21 131/2 131/8 132/2
**THE COURT: [221]**
**THE WITNESS: [43]** 5/19 8/20 9/3 9/5 9/9 9/14 9/17 9/22 12/24 13/16 22/9 23/3 23/7 23/19 24/3 25/22 26/5 27/9 27/25 28/3 38/23 57/15 60/12 61/3 68/10 68/13 68/17 69/5 70/25 83/2 86/5 87/3 91/12 94/16 96/5 102/1 114/1 119/24 123/2 123/4 126/13 127/23 128/4

**'**

**'21 [7]** 32/11 32/18 49/20 52/24 54/16 56/1 135/23
**'22 [1]** 48/11

**-**

**-- if [1]** 126/9

**.**

**...CONT'D [2]** 2/25 3/1

**1**

**10 [1]** 15/19
**11 [1]** 114/12
**11 percent [1]** 66/15
**1243 [1]** 128/1
**1254 [3]** 17/18 18/8 18/10
**12:00 [1]** 163/19
**13 [4]** 44/18 55/4 114/12 145/7
**13 percent [3]** 103/3 104/3 104/5
**13-inch [1]** 114/12
**1359 [1]** 157/25
**1361 [1]** 157/24
**1362 [1]** 157/24
**1383 [1]** 1/25
**13th [1]** 47/12
**14 [1]** 67/3
**14A [1]** 1/10
**15 [10]** 46/2 46/2 48/2 51/13 67/3 88/21 136/11 137/6 137/10 145/11
**15th [4]** 141/3 143/25 144/1 144/2
**163 [1]** 164/9
**17 [8]** 36/12 44/22 44/23 55/20 135/23 139/1 139/24 145/10
**1716 [1]** 150/12
**1723 [1]** 152/15
**17th [2]** 126/19 127/1
**18 [3]** 83/14 144/4 145/12
**18 seconds [1]** 99/23
**18th [3]** 143/23 146/1 152/7
**19 [3]** 12/23 83/14 155/24
**1:17-CV-2989-AT [1]** 1/6
**1:21 [1]** 52/15

**2**

**20 [7]** 29/17 29/19 32/16 92/16 143/6 145/9 145/10
**20 seconds [1]** 99/11
**2000 [2]** 6/11 67/13
**2001 [5]** 67/16 67/19 67/20 68/4 92/16
**2002 [2]** 141/21 141/22
**2003 [1]** 7/19
**2017 [2]** 12/23 120/13
**2018 [12]** 13/6 13/18 25/15 83/7 83/25 84/1 84/14 84/20 84/24 105/7 114/19 120/16
**2019 [12]** 44/19 46/12 46/25 47/12 47/17 50/9 50/19 54/19 54/25 55/1 55/5 55/20
**2020 [11]** 16/13 16/16 44/17 45/7 46/25 47/20 55/7 55/9 55/10 115/2 115/21
**2021 [13]** 29/14 46/2 47/11 48/19 51/1 91/1 93/6 95/20 95/25 139/4 149/16 149/21 154/14
**2022 [18]** 48/5 48/13 51/14 135/24 136/1 136/10 136/11 136/21 137/1 137/8 139/16 150/2 150/4 153/12 157/24 158/10 158/12 159/4
**2023 [7]** 17/24 75/24 76/6 137/4 137/10 139/25 145/7
**2024 [8]** 1/13 5/2 108/9 108/18 144/3 144/4 145/12 164/13
**21 [2]** 49/25 140/25
**215-1383 [1]** 1/25
**21st [3]** 16/15 67/2 92/18
**22 [3]** 91/1 155/24 155/25
**22nd [2]** 136/25 137/7
**23 [3]** 92/20 96/14 101/1
**23 percent [3]** 90/4 101/12 101/14
**23.1 percent [1]** 101/3
**23.17 percent [1]** 101/2
**2394 [1]** 1/24
**23rd [1]** 137/4
**24 [2]** 37/1 37/1
**24 years [1]** 92/20
**25 [1]** 37/1
**25120 [1]** 105/12
**2597 [1]** 141/21
**25th [1]** 46/25
**26 [26]** 44/17 48/16 51/24 130/10 132/5 135/25 136/10 139/21 140/4 140/5 140/11 140/15 140/17 140/21 141/5 146/3 146/5 146/23 147/1 149/23 149/24 154/8 154/9 154/11 154/19 161/6
**27 [2]** 37/21 156/1
**27th [1]** 141/4
**28 [7]** 17/23 37/21 83/12 95/20 95/24 145/5 145/10
**285-1 [1]** 105/8
**28th [2]** 18/5 96/5
**29 [4]** 1/13 5/2 29/14 83/12
**29th [1]** 164/13
**2nd [2]** 136/21 137/7

**3**

**30303 [1]** 1/25
**32 [1]** 132/25

**3**

**33 [1]** 132/25
**34 [5]** 139/22 140/12 140/18 154/4 154/8
**35.6 percent [1]** 100/24
**35.76 percent [1]** 100/9
**37 [4]** 141/14 142/25 144/24 155/13
**37.6 percent [1]** 89/23
**39 [1]** 44/5
**3:10 [1]** 112/8
**3:45 [1]** 128/25
**3:49 [1]** 129/23

**4**

**4.11 [3]** 38/2 83/9 83/15
**40 [5]** 15/9 18/8 18/10 43/16 46/22
**404 [1]** 1/25
**41 percent [3]** 59/20 60/22 90/7
**424 [1]** 95/18
**44 [1]** 50/5
**451 [1]** 91/14
**47 [3]** 16/1 16/25 17/2
**49 [2]** 16/7 17/7
**4:24 [1]** 129/23
**4th [5]** 136/13 143/5 143/22 146/1 156/10

**5**

**5.17 [3]** 152/11 155/2 155/5
**5.3 [1]** 102/22
**50 [2]** 88/21 100/19
**56 [1]** 50/5
**57 [1]** 87/14
**59 [2]** 100/3 100/5
**5:20 [1]** 163/22
**5:30 [2]** 128/25 161/23

**6**

**6.5 percent [1]** 103/3
**6.6 percent [3]** 59/5 59/13 90/11
**617 [1]** 86/16
**62 [1]** 161/7
**623 [2]** 88/12 116/6

**7**

**72 [1]** 96/14
**728 [4]** 12/7 34/4 36/12 83/5
**75 [2]** 1/24 84/5
**75-paragraph [1]** 47/11
**7th [2]** 137/8 141/6

**8**

**8-0 [1]** 83/15
**80 [2]** 83/11 83/15
**82 [1]** 105/12

**9**

**90 [1]** 1/4
**9:30 [1]** 163/17

**A**

**AARON [1]** 2/7
**abbreviated [1]** 84/22
**ability [6]** 26/18 48/20 56/18 65/2 105/3 118/21
**able [14]** 26/10 33/21 33/22 34/15 70/10 70/11 75/1 81/1 81/3 90/2 136/2 138/5 147/5 150/8

**about [116]** 6/4 20/16 22/2 22/6 25/13 25/16 26/3 31/19 32/12 33/11 33/13 33/18 34/12 39/2 41/7 41/8 41/9 41/24 42/4 43/5 43/18 43/23 44/6 44/6 44/8 50/5 51/22 54/2 55/16 58/14 63/14 64/3 66/8 66/8 66/17 67/6 68/3 69/21 70/6 70/7 70/8 72/14 72/23 73/15 73/20 80/8 80/13 82/16 82/23 83/1 83/10 88/9 88/16 90/8 90/14 91/4 91/5 91/20 92/16 92/22 93/3 93/13 96/12 105/2 106/25 108/22 110/9 110/22 110/24 114/14 120/10 124/21 124/22 124/23 125/23 125/24 127/13 127/16 128/21 129/7 132/20 133/11 137/2 137/18 137/20 138/5 139/9 139/13 143/6 143/14 143/14 144/11 147/12 147/16 148/25 150/3 150/14 151/15 152/12 152/12 152/24 153/5 154/8 155/9 156/11 156/12 159/17 160/6 160/9 160/12 160/16 160/23 162/3 162/9 162/10 162/11
**above [1]** 83/25
**Abrams [1]** 114/19
**absence [2]** 28/7 28/14
**absentee [5]** 8/14 8/14 8/18 8/21 78/10
**absolute [1]** 98/11
**Absolutely [1]** 63/13
**academia [1]** 118/10
**academic [2]** 6/9 10/13 28/5
**Academies [11]** 12/3 12/22 13/12 34/9 34/12 34/14 34/22 35/4 35/7 58/1 105/9
**accepted [1]** 35/21
**access [15]** 10/4 53/2 53/21 79/5 79/6 81/4 81/15 81/17 81/19 81/22 81/25 98/14 98/14 98/18 137/21
**accessibility [4]** 8/1 19/24 28/10 64/7
**accessible [10]** 7/21 8/14 8/18 27/23 34/23 37/11 46/10 63/24 64/4 64/16
**accident [1]** 69/19
**accidental [1]** 57/10
**accidentally [1]** 65/25
**accomplishments [1]** 18/3
**according [3]** 92/5 105/6 131/6
**account [2]** 26/15 26/16
**accounting [1]** 85/25
**accuracy [4]** 74/20 87/25 101/24 101/25
**accurate [9]** 35/11 35/24 36/10 101/20 103/1 103/4 111/19 126/21 154/2
**accurately [3]** 18/2 38/16 127/4
**acknowledge [2]** 117/15 155/14
**acknowledging [2]** 139/11 155/16
**Act [1]** 64/14
**actions [1]** 53/15
**active [1]** 7/2
**actor [1]** 87/24
**actual [3]** 43/13 56/16 95/2
**actually [21]** 11/9 17/4 28/5 55/7 62/24 68/16 74/23 74/23 102/19 104/1 104/19 107/15 107/19 109/9 122/9 134/4 142/15 147/2 147/3 154/3 156/16
**Adairsville [2]** 75/24 76/5
**ADAM [1]** 2/9
**add [1]** 45/18
**addendum [1]** 49/19
**addition [2]** 11/2 14/17
**additional [5]** 15/4 47/21 84/1 137/1 149/25

**additionally [1]** 53/2
**address [8]** 53/8 118/12 121/1 123/22 127/7 158/23 158/25 161/3
**addressed [2]** 45/22 144/15
**addresses [2]** 46/6 53/7
**addressing [2]** 45/24 124/3
**adequate [1]** 141/11
**adequately [1]** 138/6
**Adida [2]** 155/8 159/12
**Adida's [3]** 159/1 159/6 160/12
**adjourned [3]** 129/22 163/21 163/22
**adjusted [1]** 93/22
**admit [1]** 18/7
**admitted [3]** 11/24 116/12 128/2
**admitting [1]** 18/12
**ado [1]** 148/25
**adopt [1]** 9/21
**adopted [2]** 8/8 8/22
**adrenalize [1]** 103/21
**advance [3]** 45/7 104/6 139/4
**advantage [1]** 65/16
**advantageous [1]** 63/21
**adverse [1]** 119/12
**advice [1]** 21/21
**advised [2]** 150/10 151/1
**advisory [1]** 48/10
**affect [1]** 25/17
**affidavit [10]** 44/22 45/6 45/7 46/24 47/12 47/17 47/21 48/22 54/25 105/6
**affidavits [3]** 13/15 27/21 114/20
**affirmative [2]** 66/10 140/7
**affirmatively [2]** 38/23 70/1
**afford [1]** 141/11
**after [33]** 1/6 5/10 5/23 14/24 47/11 47/24 48/16 60/7 60/20 77/1 77/6 79/5 89/8 90/8 93/15 94/23 100/13 101/1 102/6 110/16 110/18 113/6 115/19 120/3 126/20 137/9 149/10 150/1 153/14 153/23 153/25 157/23 161/21
**afternoon [7]** 6/2 20/22 20/24 101/8 112/14 112/17 120/8
**afterwards [2]** 80/2 93/22
**again [46]** 15/23 20/5 24/10 26/8 30/19 32/2 32/16 42/14 43/11 47/8 55/25 61/24 62/21 63/2 75/5 79/22 81/20 82/12 83/25 84/13 90/20 94/7 98/21 99/13 109/23 113/12 114/4 122/5 125/8 128/4 135/5 137/8 139/7 142/19 145/21 145/23 146/5 150/12 150/19 151/14 152/8 152/22 153/15 154/4 154/23 162/9
**against [3]** 79/21 81/14 81/21
**age [2]** 131/25 162/17
**ago [6]** 24/8 26/9 28/13 47/22 129/3 154/11
**agree [13]** 24/7 24/13 24/16 24/23 25/3 28/21 39/15 83/21 97/25 104/10 107/23 109/20 118/13
**agreed [4]** 25/2 48/4 48/12 150/9
**ahead [11]** 21/22 22/7 48/14 67/22 70/24 77/15 78/1 78/3 130/1 159/3 163/9
**ahold [1]** 79/24
**AIDED [1]** 1/21
**airplane [1]** 116/19
**airport [1]** 119/15
**aisle [1]** 118/5
**AL [2]** 1/4 1/6

**A**

**alarmed [2]**  64/15 64/17
**alarming [1]**  59/14
**alert [1]**  62/1
**Alex [1]**  58/15
**aligned [4]**  121/8 121/16 125/5 125/21
**all [106]**  5/3 12/13 13/20 16/18 16/22
18/14 18/21 18/23 21/22 22/7 23/11
24/4 24/14 24/24 25/4 25/11 25/24
25/25 26/7 28/24 29/6 30/15 31/3 31/10
31/22 32/5 34/1 42/6 42/16 44/10 46/19
48/22 49/5 50/2 51/16 52/6 52/13 54/23
64/1 64/22 65/14 72/18 79/22 81/13
81/14 82/9 83/4 86/10 87/15 89/17 98/4
99/11 109/5 110/16 110/18 110/20
112/4 112/7 115/23 121/10 125/16
126/15 127/13 127/25 128/17 129/12
129/21 130/9 130/18 131/8 132/7
132/19 133/2 135/19 136/5 136/12
136/14 136/16 136/22 138/15 143/11
143/19 145/22 146/14 146/20 147/1
147/20 149/1 149/9 149/11 149/14
150/3 150/13 151/20 151/21 153/24
156/4 156/22 157/9 157/15 158/19
159/20 159/21 161/15 163/15 163/20
**allegation [1]**  97/12
**allegations [4]**  93/18 115/5 115/22
115/25
**allow [7]**  24/5 33/8 33/13 75/3 86/6
119/13 128/2
**allowed [2]**  146/5 159/2
**allowing [1]**  160/1
**ALLOY [1]**  3/7
**almost [3]**  6/18 45/19 137/9
**alone [1]**  134/14
**along [1]**  152/20
**Alpha [1]**  141/21
**already [15]**  12/8 41/17 43/16 64/3
77/6 77/19 77/20 77/22 79/25 123/12
124/15 126/13 134/10 137/8 139/15
**also [34]**  18/23 21/17 24/8 26/3 35/13
39/24 40/3 41/3 46/6 50/15 52/1 53/20
54/6 73/1 85/24 88/2 90/4 93/12 102/6
105/22 107/22 113/6 118/10 123/9
125/10 129/1 131/16 143/17 146/17
152/9 152/11 155/21 158/18 162/1
**alter [1]**  25/17
**alternative [1]**  141/19
**always [12]**  10/11 64/7 81/9 146/19
150/10 150/15 153/16 154/23 154/24
154/24 155/15 155/17
**am [20]**  19/22 20/5 21/20 22/19 27/13
27/15 28/3 30/3 54/15 63/19 65/18
68/13 76/10 82/6 93/23 113/8 117/15
126/7 126/11 132/18
**amended [4]**  47/17 55/6 121/11 122/5
**America [2]**  64/14 164/3
**amicable [1]**  143/12
**among [3]**  25/15 27/6 130/9
**amount [1]**  148/20
**amounts [1]**  13/10
**AMY [1]**  1/11
**analysis [6]**  6/6 68/6 68/6 117/22
146/13 150/25
**ANDREU [4]**  2/10 4/7 4/9 20/25
**ANDREU-VON [3]**  2/10 4/7 4/9
**Andrew [2]**  14/19 95/10 95/12

**Annie [1]**  48/23
**anomaly [1]**  86/20
**anonymous [1]**  36/20
**another [11]**  9/19 16/5 35/21 35/22
64/20 87/5 116/22 130/17 136/20
136/25 137/18
**answer [5]**  22/7 41/20 91/8 101/10
108/22
**answered [8]**  25/6 25/8 30/14 123/12
143/6 156/1 156/2 156/6
**answers [1]**  46/21
**anticipate [1]**  5/9
**anticipating [1]**  129/1
**any [71]**  1/8 6/21 10/13 10/17 24/25
32/3 39/2 39/6 41/17 41/23 43/2 45/19
46/25 48/20 48/20 50/22 51/1 51/19
53/12 53/22 54/16 55/18 56/1 56/3
58/19 65/10 66/7 66/11 67/7 69/10
73/24 76/12 78/14 79/15 80/15 80/22
91/9 93/10 93/11 96/20 97/9 107/10
112/9 113/5 113/8 113/15 121/9 122/16
124/13 124/18 124/24 125/6 127/6
131/4 131/25 132/9 132/16 139/2
140/14 141/12 143/13 143/17 145/16
149/4 151/3 151/18 151/22 154/7
156/10 158/23 162/1
**anybody [3]**  10/9 10/12 69/17
**anybody's [1]**  109/7
**anyone [16]**  10/4 10/5 48/21 65/1
65/14 69/4 73/16 79/6 79/6 79/7 81/17
81/19 81/22 96/17 104/18 127/1
**anything [19]**  48/8 52/20 54/21 66/19
72/14 74/5 100/10 116/15 118/16 131/7
138/5 144/24 154/15 156/12 156/18
158/22 160/22 161/3 163/6
**anyway [2]**  56/5 131/23
**apart [2]**  41/19 42/1
**apologies [1]**  56/12
**apologize [3]**  11/4 75/25 128/15
**apparent [1]**  116/15
**apparently [3]**  131/6 132/10 151/8
**appeal [1]**  149/2
**appeared [1]**  70/9
**appears [1]**  152/18
**Appel [10]**  14/19 14/20 14/22 21/10
28/16 95/10 95/12 95/21 96/15 96/25
**Appel's [1]**  97/6
**apply [2]**  32/15 148/12
**applying [1]**  33/10
**appoint [1]**  34/22
**appreciate [1]**  131/23
**approach [8]**  12/10 15/6 17/11 29/7
47/25 75/19 76/15 122/22
**approaches [1]**  77/5
**appropriate [1]**  136/6
**approximately [1]**  99/10
**April [4]**  137/8 150/4 158/10 158/12
**April 2022 [1]**  150/4
**April 7 [1]**  158/12
**April 7th [1]**  137/8
**are [191]**
**area [11]**  9/18 19/23 23/21 27/8 27/16
27/18 28/9 58/20 75/13 75/14 94/13
**areas [1]**  8/4
**arena [1]**  7/18 26/3 27/1
**argue [1]**  26/12
**argued [2]**  141/8 159/8
**argument [20]**  130/10 134/2 134/16

135/19 137/25 139/16 139/21 139/21
140/4 140/5 141/5 141/5 147/9 154/7
154/8 154/11 154/19 155/1 155/3 161/6
**arguments [2]**  161/25
**arise [1]**  87/18
**Arnold [1]**  70/14
**arose [2]**  135/11 138/7
**around [7]**  17/4 23/20 23/21 46/16
131/17 133/5 152/3
**articles [2]**  10/13 10/15
**artificial [1]**  7/2
**as [183]**
**ASAP [3]**  136/9 136/13 153/13
**Asian [1]**  93/7
**aside [3]**  80/3 142/14 161/1
**ask [34]**  12/6 21/23 29/12 29/24 31/15
43/18 50/21 59/23 60/1 60/20 60/23
61/5 71/7 73/13 73/24 86/7 88/19 96/10
96/12 97/6 98/23 109/23 121/24 124/20
124/22 125/24 131/6 150/23 156/10
**asked [30]**  21/10 25/6 28/16 28/21
29/19 30/10 39/21 41/9 60/8 73/20 74/1
82/3 82/16 82/23 83/10 98/14 99/3
100/14 100/16 101/1 103/5 112/25
114/13 120/25 131/5 131/12 146/8
147/16 148/8 158/2
**asking [6]**  41/8 110/9 120/20 120/22
120/24 134/7
**aspect [2]**  27/19 137/22
**aspects [3]**  20/3 41/23 43/23
**assess [3]**  22/10 22/15 75/3
**assessing [1]**  53/10
**assessment [3]**  39/15 54/3 103/5
**assistance [2]**  10/21 63/25
**assistant [1]**  6/13
**associate [2]**  6/13 26/18
**association [1]**  26/16
**assume [5]**  68/5 69/15 134/21 135/5
138/10
**ATLANTA [5]**  1/2 1/25 5/2 164/8
164/10
**attached [4]**  1/4 16/7 16/20 18/13
**attaching [1]**  1/7
**attack [9]**  42/20 50/6 70/8 72/8 73/15
108/10 157/5 157/11 157/14
**attacks [6]**  26/22 72/4 72/6 72/7 72/10
141/13
**attempt [1]**  77/5
**attempted [1]**  151/11
**attempting [1]**  121/12
**attend [1]**  129/12
**attention [2]**  99/15 126/19
**attorney [4]**  120/22 120/23 122/20
124/11
**attorney's [1]**  123/20
**attorney-client [2]**  120/22 120/23
**attribute [2]**  26/13 26/20
**attune [2]**  108/12 108/16
**Auburn [1]**  6/11
**audit [12]**  38/22 62/19 87/24 94/3 94/5
94/8 94/10 94/24 104/24 112/18 112/19
113/14
**auditability [6]**  45/1 45/10 45/22 105/2
105/5 107/17
**auditable [4]**  104/10 104/13 104/16
105/10
**auditing [4]**  38/12 39/2 39/4 39/5
**audits [6]**  38/9 43/25 44/7 62/18 113/1

**A**

audits... [1] 160/15
**August [3]** 44/17 46/25 55/9
**August 26 [1]** 44/17
authenticated [1] 116/10
authoring [1] 35/10
authoritative [1] 13/17
authority [1] 156/16
authorize [1] 156/17
automatically [1] 104/16
**available [9]** 10/4 10/9 10/12 52/4
65/14 68/24 69/1 74/16 154/3
avoid [1] 139/2
**Award [1]** 11/12
awards [1] 11/10
**aware [26]** 39/10 65/19 66/7 66/11
68/23 73/14 90/17 90/18 90/25 93/15
93/23 107/10 113/5 113/8 113/15
114/19 114/22 115/2 115/21 115/25
116/3 124/1 125/6 126/7 126/8 126/11
**away [3]** 65/11 125/16 148/16
awhile [1] 161/17

**B**

**Bachelor [1]** 6/6
**back [48]** 11/9 14/14 20/7 23/24 28/20
31/17 34/3 34/19 35/1 35/20 36/2 36/3
36/3 36/10 42/7 45/5 45/16 49/23 52/19
56/10 57/3 57/25 66/7 75/17 79/21 81/7
82/15 84/5 90/13 94/22 99/25 100/19
101/10 102/11 105/13 106/7 111/21
128/10 133/9 133/10 133/24 139/19
145/21 153/24 154/5 155/24 160/18
160/22
**background [1]** 6/5
**backwards [1]** 155/3
**balance [1]** 26/16
**ballot [114]** 7/25 8/11 8/19 8/24 21/4
23/10 26/8 26/17 38/4 40/13 44/7 45/9
50/8 50/18 54/22 56/16 56/20 56/21
56/22 56/22 57/25 58/2 58/6 61/16
61/17 62/7 62/21 63/21 65/20 65/22
68/7 68/20 69/2 69/2 69/11 70/10 70/15
70/17 70/21 70/25 71/2 71/3 71/7 71/14
71/23 72/7 72/16 75/23 76/4 76/8 76/18
76/20 77/16 78/4 78/11 78/18 78/19
78/22 79/4 79/7 79/9 79/14 79/14 79/18
79/20 79/23 79/24 80/3 80/4 80/25 81/3
81/4 81/6 81/25 82/17 84/9 85/3 85/8
85/17 86/20 87/18 87/22 92/13 92/19
94/5 94/8 95/2 99/1 99/4 99/12 100/11
100/18 101/23 102/22 102/23 105/25
106/12 106/20 106/21 107/7 107/11
108/12 108/16 109/18 111/9 113/6
113/7 113/11 113/13 113/23 114/3
114/5 114/8 116/17
**ballot-based [1]** 82/17
**ballot-marking [14]** 7/25 8/11 21/4
38/4 40/13 45/9 56/16 61/16 62/7 63/21
85/3 85/8 92/13 105/25
**ballots [48]** 8/1 38/3 38/11 43/2 45/10
45/13 45/23 50/12 50/16 56/24 58/11
58/16 63/15 63/17 63/20 63/24 65/4
66/9 66/12 66/14 66/16 67/17 67/25
68/25 79/5 81/15 81/24 82/5 83/19 84/2
84/3 84/10 85/2 85/7 86/13 92/23 93/1
93/8 101/17 102/19 103/6 103/19

105/24 106/2 106/4 106/10 106/14
107/3
**bamboo [1]** 115/25
**bank [1]** 26/10
**banking [4]** 23/4 26/9 26/14 26/15
**Barnes' [1]** 161/20
**Bartow [1]** 160/24
**based [5]** 35/9 36/25 63/21 82/17
111/8
**baseline [1]** 46/5
**basis [11]** 45/19 50/20 74/13 80/20
113/10 144/25 145/15 146/3 152/16
152/18 153/1
**batch [4]** 159/14 159/15 159/15 159/20
**batches [1]** 159/18
**be [193]**
**beat [1]** 132/18
**Beaver's [1]** 154/1
**became [1]** 8/9
**because [80]** 13/9 17/3 18/21 24/16
24/20 25/24 26/6 27/2 28/3 33/6 33/20
36/5 40/19 40/20 41/17 42/3 43/10
44/16 47/9 52/3 53/15 54/8 58/10 61/7
62/23 63/8 64/17 68/14 69/12 69/14
73/10 76/25 78/18 86/12 96/17 98/2
98/2 102/3 103/24 104/3 105/3 108/3
108/19 109/1 109/9 111/6 117/25
126/18 127/25 128/12 130/19 134/21
135/5 135/17 136/3 138/13 139/22
140/1 142/1 142/10 142/19 143/1 144/8
144/13 146/10 146/17 146/21 147/12
148/15 149/23 150/8 154/25 155/1
155/23 156/10 157/19 159/24 159/25
160/8 161/25
**become [2]** 54/6 140/5
**becomes [3]** 41/23 140/16 143/3
**BEDARD [1]** 3/6
**been [54]** 5/23 6/18 7/3 8/5 8/6 8/11
8/22 10/19 10/20 11/6 11/24 13/14
13/22 16/15 20/14 27/23 32/20 39/7
46/17 47/2 49/3 49/7 51/20 51/23 58/13
67/13 68/23 75/25 77/6 79/25 80/6 81/9
97/2 106/24 117/4 120/3 120/12 126/25
127/7 137/21 139/7 139/15 141/20
145/18 146/19 147/3 147/10 151/8
155/16 157/15 157/19 158/5 158/9
159/11
**before [50]** 1/11 5/7 13/22 16/21 17/14
18/15 20/24 23/14 23/7 27/21 30/3 42/9
48/10 51/20 55/8 68/2 77/4 82/3 85/5
88/19 100/11 103/5 111/21 117/20
117/22 120/16 124/8 127/2 133/4
133/23 136/12 137/10 139/23 140/5
140/19 142/6 144/1 144/9 144/15
144/23 145/20 146/4 146/7 146/24
146/25 147/6 152/5 154/10 155/19
164/10
**beginning [5]** 23/7 82/15 120/11
150/23 161/7
**begins [3]** 17/5 17/7 84/17
**behalf [2]** 2/23 122/20
**behave [1]** 59/18
**behind [2]** 116/16 137/15
**being [23]** 6/2 21/17 30/20 32/3 32/7
33/3 40/13 47/19 53/25 55/23 59/17
59/18 59/22 70/1 71/21 74/6 79/9 80/4
99/3 119/11 122/3 131/23 136/14
**belabor [2]** 149/13 150/12

**believe [33]** 10/21 11/21 13/2 36/20
42/14 59/4 79/11 88/21 92/3 92/17 93/5
93/18 94/2 98/11 101/12 103/4 105/22
111/6 121/8 122/7 124/22 125/4 125/9
125/15 125/17 125/24 126/5 130/9
141/10 150/4 151/10 153/5 156/1
**believes [2]** 96/16 97/8
**BELINFANTE [6]** 3/5 3/7 137/17
140/25 147/10 163/1
**BEN [1]** 2/6
**BENCH [1]** 1/10
**Benedict [1]** 70/14
**benefit [1]** 145/9
**Bernhard [5]** 58/15 59/4 92/4 102/13
103/2
**Bernhard's [1]** 92/3
**Bernhard-Halderman [2]** 102/13 103/2
**best [4]** 42/15 117/3 152/23 153/9
**better [9]** 65/3 101/16 101/22 103/17
103/22 119/1 128/5 163/18 163/18
**between [10]** 7/10 19/20 45/9 62/6
63/20 80/1 108/15 121/3 125/6 137/8
**beyond [2]** 86/3 115/10
**Biden [2]** 11/15 11/16
**big [2]** 27/16 114/11
**bigger [2]** 27/17 45/5
**biggest [1]** 8/5
**binder [3]** 86/24 90/22 158/18
**birthday [13]** 131/19 131/20 132/9
132/14 132/21 132/24 162/14 162/24
162/25 163/1 163/2 163/15 163/16
**bit [6]** 6/4 43/12 57/3 77/25 77/25
105/13
**bite [4]** 131/4 131/5 131/22 131/22
**bits [1]** 75/12
**Black [1]** 93/6
**blew [3]** 144/22 144/23 145/12
**blind [4]** 8/20 63/24 64/22 124/18
**blown [1]** 148/11
**blows [1]** 151/23
**BMD [47]** 21/3 39/25 41/20 46/9 54/22
55/16 56/15 56/16 56/18 57/21 58/7
58/16 65/17 65/18 65/19 66/9 66/9 68/17
68/21 70/7 70/9 70/10 84/9 84/10 89/2
89/7 89/9 89/14 89/17 89/21 93/7 96/16
97/12 98/8 98/22 99/1 99/25 100/10
101/17 102/9 102/10 105/22 107/4
111/8 112/19 114/14 115/22 154/18
**BMD-produced [2]** 84/9 84/10
**BMDs [14]** 33/20 39/11 40/4 41/14 55/1
65/22 66/5 68/15 84/2 84/21 91/23 93/6
98/14 102/11
**board [1]** 133/11
**boards [4]** 133/5 133/6 133/8 133/9
**bone [1]** 151/8
**book [1]** 117/18
**booth [1]** 51/11
**borrowed [1]** 8/11
**both [12]** 26/12 45/10 53/10 56/25
62/14 62/24 63/1 69/23 102/12 158/1
158/6 161/22
**bothered [1]** 159/25
**bottom [7]** 44/22 44/23 47/9 84/6 87/10
87/11 100/20
**bound [1]** 162/7
**boundaries [1]** 134/6
**box [2]** 56/22 69/3
**BOYLE [1]** 3/10

**B**

**BRAD [1]** 1/6
**break [11]** 19/2 52/11 52/15 52/19 112/4 112/8 117/24 117/24 118/11 129/10 130/6
**breakaway [1]** 128/10
**breaking [4]** 118/3 118/10 118/13 118/14
**breaks [1]** 53/7
**bridge [1]** 48/14
**brief [9]** 18/25 49/13 52/15 112/8 120/9 120/9 135/2 158/17 158/21
**briefed [5]** 134/20 134/22 135/5 135/6 140/20
**briefing [5]** 134/22 135/6 135/12 140/14 154/5
**briefly [4]** 128/19 135/21 158/25 160/10
**briefs [1]** 153/6
**bright [1]** 56/6
**bring [3]** 20/16 133/8 153/15
**bringing [1]** 143/1
**brings [1]** 41/2
**broad [1]** 41/10
**broader [1]** 43/12
**broken [1]** 62/5
**brought [6]** 43/23 126/19 142/17 142/21 143/25 144/5
**BROWN [3]** 2/15 2/15 4/10
**BRUCE [2]** 2/15 2/15
**BRYAN [2]** 3/8 3/8
**Buckhead [1]** 159/21
**bug [1]** 131/17
**bugs [1]** 46/8
**build [4]** 28/5 28/13 71/1 146/16
**building [2]** 32/20 33/6
**bunch [1]** 159/13
**BUSINESS [1]** 2/11
**Butler [3]** 8/21 9/12 9/23
**button [1]** 90/5
**Byrne [1]** 66/13
**bytes [1]** 75/12

**C**

**call [13]** 5/9 34/15 36/7 62/3 62/21 65/6 74/17 81/10 93/16 108/4 109/1 119/10 151/21
**called [7]** 6/16 6/23 7/20 61/8 65/22 71/2 119/11
**calls [4]** 40/16 40/24 84/9 151/22
**came [13]** 21/8 48/10 52/19 59/4 83/7 83/24 135/22 135/24 137/10 139/17 140/4 148/16 154/1
**CAMPBELL [1]** 2/6
**can [140]** 5/4 7/8 7/18 8/16 8/21 8/22 10/2 11/10 14/14 15/8 15/15 16/10 18/11 18/14 19/12 19/17 19/20 22/13 23/12 24/7 24/12 24/13 24/23 25/3 25/17 26/10 26/15 26/17 26/20 26/21 27/11 27/12 30/14 31/8 33/16 34/11 37/19 37/21 39/22 40/22 41/1 41/3 41/25 42/11 42/20 42/25 43/2 43/19 45/20 46/13 48/1 49/23 50/16 50/17 50/22 51/6 53/7 53/13 54/1 54/2 54/6 54/11 56/6 57/5 58/7 59/18 61/14 62/6 62/19 64/20 65/3 65/17 66/5 66/5 66/23 68/22 68/22 70/15 70/20 70/21 70/23

74/24 75/2 75/11 76/20 76/23 76/24 77/15 81/15 85/4 86/24 87/17 88/11 88/23 95/17 95/18 97/5 97/13 99/16 99/21 100/19 102/2 107/7 108/14 112/18 117/24 118/14 118/15 119/13 121/4 121/15 124/20 124/21 124/22 125/24 128/3 129/14 131/19 132/4 133/3 134/3 134/6 142/5 147/23 152/17 152/18 157/16 158/18 160/6 160/22 160/23 162/7 162/9 163/11
**can't [35]** 5/5 11/21 22/12 26/11 28/6 28/13 44/15 47/9 47/10 49/10 51/22 69/13 69/15 79/20 93/18 111/1 111/6 124/21 124/23 124/24 125/8 125/14 125/23 125/25 126/10 129/7 134/16 138/22 141/7 141/23 142/25 144/17 147/22 151/9 153/21
**candidate [7]** 65/8 65/9 65/10 65/11 71/4 76/11 96/18
**Candidate A [2]** 65/8 65/11
**Candidate B [1]** 65/9
**candidates [9]** 63/6 65/8 65/14 65/25 71/5 76/13 99/4 99/11 108/15
**candidly [1]** 133/23
**cannot [12]** 40/14 45/19 57/11 57/17 65/18 82/5 86/13 97/16 105/18 122/9 133/9 156/18
**capability [1]** 95/4
**capacity [2]** 38/12 69/4
**captured [2]** 51/10 88/1
**car [1]** 119/14
**card [1]** 111/9
**care [2]** 68/18 132/20
**career [2]** 6/11 10/14
**careful [1]** 33/11
**carefully [2]** 85/17 107/22
**Carey [2]** 66/22 131/1
**Carolina [1]** 6/14
**carried [7]** 43/1 43/19 50/17 65/4 78/10 78/22 80/23
**carry [1]** 79/3
**carrying [1]** 133/9
**Carson [1]** 76/11
**carved [1]** 41/17
**CARY [1]** 2/20
**case [53]** 4/3 5/12 15/13 24/20 29/14 37/13 39/10 39/10 42/11 47/23 48/17 51/7 57/13 57/14 57/16 58/14 63/16 68/1 69/23 70/3 74/6 74/22 78/13 79/13 91/6 105/7 112/16 120/11 120/12 120/16 121/9 122/16 122/21 125/12 127/3 127/7 130/14 134/17 137/23 138/11 141/22 145/2 146/2 146/24 150/6 157/3 157/8 157/13 157/20 159/11 160/14 161/1 161/20
**cases [5]** 141/24 142/2 149/4 158/19 158/20
**cast [4]** 26/17 94/6 94/9 97/18
**catch [6]** 62/19 85/17 94/3 108/23 109/14 109/15 109/19 109/20 126/15
**catching [1]** 126/16
**categories [1]** 158/7
**caught [1]** 86/13
**cause [6]** 50/17 57/11 57/17 62/4 69/10 69/14
**causes [1]** 65/9
**causing [1]** 46/9

**Centered [1]** 6/16
**Century [3]** 67/2 68/6 92/18
**certain [4]** 60/7 74/10 96/10 156/15
**certainly [8]** 51/10 55/17 130/5 159/7 160/18 161/18 161/21 161/22
**certify [1]** 164/8
**cetera [1]** 55/17
**chair [3]** 6/15 6/18 6/19
**chairs [2]** 14/5 14/11
**challenge [2]** 133/22 157/3
**challenging [1]** 102/11
**chambers [1]** 144/21
**change [17]** 57/9 57/11 57/16 57/17 62/12 64/23 71/23 81/9 81/12 100/10 101/1 105/18 106/11 106/15 106/25 109/22 127/18
**changed [12]** 86/1 96/16 96/17 97/9 97/11 97/12 97/14 97/16 97/18 98/10 103/8 106/21
**changes [3]** 50/12 50/13 106/11
**changing [2]** 81/11 106/24
**chaos [1]** 50/17
**chaotic [1]** 81/10
**character [3]** 157/5 157/10 157/14
**charge [2]** 36/24 37/2
**chart [1]** 158/4
**check [9]** 26/15 102/22 106/2 106/4 106/10 106/14 106/20 107/7 158/4
**checked [7]** 82/19 102/23 103/19 105/24 107/3 158/6 158/9
**checking [1]** 107/10
**checks [3]** 106/23 111/22 111/23
**chief [1]** 161/20
**choices [1]** 76/9
**chose [2]** 109/9 109/10
**CHRISTIAN [2]** 2/10 20/25
**Christmas [1]** 52/4
**Cincinnati [1]** 6/8
**circles [1]** 54/2
**circuit [2]** 139/9 139/9
**circular [1]** 41/23
**circumstances [2]** 141/9 141/10
**CISA [1]** 48/10
**citation [1]** 67/14
**cite [2]** 1/4 141/14
**cited [1]** 67/2
**cites [2]** 105/12 149/4
**city [3]** 76/13 159/22 164/10
**claim [3]** 23/20 39/11 80/20 97/17 98/6
**claimed [2]** 101/14 114/20
**claims [5]** 75/16 98/9 123/10 143/9 155/23
**clarification [2]** 13/8 46/24
**clarified [2]** 31/17 132/24
**clarify [3]** 20/8 21/12 40/8
**clarity [9]** 20/16 76/2 76/10 78/6 79/23 82/2 96/23 134/21 135/5
**clean [1]** 130/3
**clear [27]** 18/12 22/21 31/6 31/18 38/22 42/18 43/7 54/1 54/8 54/18 72/3 77/1 79/17 81/22 98/7 126/22 133/20 140/11 141/20 142/25 144/17 146/11 147/10 147/11 149/1 157/10 162/13
**clearly [5]** 5/17 33/1 54/4 119/22 127/9
**Clemson [1]** 6/14
**clerk [1]** 132/23
**clerks [1]** 49/6
**client [5]** 120/22 120/23 121/3 124/15

**C**

client... [1] 129/11
close [1] 105/11
closing [1] 161/25
clueless [1] 54/15
CM [3] 1/2 1/3 17/4
CM/ECF [3] 1/2 1/3 17/4
co [3] 14/5 14/11 131/6
co-chairs [2] 14/5 14/11
co-counsel [1] 131/6
COALITION [2] 2/13 130/7
code [31] 10/7 10/8 52/3 52/9 54/14
54/20 54/23 55/16 56/25 61/17 62/13
62/18 62/20 69/23 94/2 94/21 95/2
106/17 107/1 108/22 108/23 109/13
109/21 127/14 135/24 143/8 143/19
146/11 150/19 150/25 154/16
codes [1] 83/21
coding [1] 43/5
Coffee [1] 48/11
colleague [2] 15/2 66/13
colleagues [7] 22/9 24/18 26/2 57/7
61/21 79/15 117/14
column [2] 87/10 87/11
come [16] 35/20 36/2 36/2 36/3 56/10
62/18 90/13 116/17 116/22 137/4 155/8
156/24 157/23 159/12 162/22 162/22
comes [4] 36/4 58/2 63/2 88/20
coming [7] 18/14 28/20 36/16 47/5
52/22 138/8 143/9
comment [1] 48/20 68/22
comments [5] 35/20 36/2 36/8 36/10
36/15
commercial [1] 98/8
Commission [1] 10/21
commissioned [1] 92/8
commit [1] 78/3
committee [27] 12/3 12/22 14/5 14/6
14/12 14/23 14/24 34/17 34/18 34/24
35/11 35/17 35/18 35/23 36/3 36/5 36/9
36/17 36/21 36/22 36/24 37/2 37/6 37/9
37/14 38/17 39/3
committee's [1] 37/6
committees [4] 11/17 11/20 34/13
34/16
common [4] 125/6 125/11 127/12
127/13
communication [3] 120/23 120/23
123/20
communications [1] 120/20
community [1] 81/5
comparing [1] 68/11
comparison [1] 68/5
compel [2] 141/10 142/25
complaint [4] 47/18 55/6 121/11 122/5
complete [5] 5/18 65/15 119/23 137/9
142/12
completed [1] 158/5
completely [3] 46/5 66/6 85/24
completes [1] 153/5
complex [1] 84/8
complies [1] 78/5
comply [1] 35/6
component [1] 56/14
components [1] 146/18
computer [58] 1/21 6/8 6/19 7/2 7/6
7/8 19/6 22/18 22/23 22/25 23/11 23/13

24/1 24/10 24/12 24/13 24/19 24/21
24/22 24/23 24/25 25/1 25/3 28/21
28/24 29/1 29/4 29/6 30/4 30/14 30/16
30/20 30/24 31/8 31/20 32/4 32/5 32/14
32/20 32/21 33/4 33/10 33/19 33/19
45/14 46/16 56/17 59/13 61/24 75/6
106/11 106/11 110/1 110/6 110/6
110/17 110/18 110/25
COMPUTER-AIDED [1] 1/21
computer-related [1] 23/13
computers [8] 24/19 28/24 29/6 31/10
31/21 31/23 32/19 33/20
computing [14] 6/16 6/16 6/23 7/1 7/9
24/8 24/10 24/15 24/24 25/4 28/22
30/15 32/6 32/8
conceivable [1] 148/11
concern [4] 25/15 117/25 156/10
159/10
concerned [2] 64/22 126/24
concerning [2] 10/14 58/16
concerns [5] 127/13 127/13 143/10
143/22 148/24
concluding [1] 130/11
conclusion [3] 39/18 39/20 130/13
condition [2] 61/23 64/16
conditionally [2] 159/2 160/1
conditions [1] 63/1
conducted [7] 21/6 38/3 38/10 58/19
83/19 88/4 91/23
conducting [1] 122/10
confer [2] 137/12 144/19
conference [3] 137/11 137/15 145/8
150/5 150/8 152/24
confident [1] 128/24
confirm [5] 13/23 93/18 94/18 94/23
113/1
confirmation [1] 93/19
confirms [2] 53/20 113/6
conflating [1] 125/10
conflict [2] 22/13 74/25
confused [1] 19/15
confusing [3] 20/11 25/7 25/9
Congress [1] 13/11
Congressional [2] 11/17 11/23
connect [1] 62/6
connotations [1] 64/19
cons [1] 45/11
consensus [15] 12/21 14/7 34/17
34/18 35/5 35/6 35/10 36/21 36/25 39/6
84/6 84/7 84/13 84/20 84/24
consider [9] 15/2 25/20 91/3 91/17
91/19 92/11 102/1 125/5 125/21
considerations [2] 28/8 28/14
considered [3] 69/13 146/6 163/20
considering [1] 57/20
consistent [1] 102/24
consistently [1] 157/6
constitute [2] 139/10 164/9
constitutional [2] 121/13 122/14
constitutionally [1] 122/12
construes [1] 148/12
consumed [1] 161/15
contain [2] 56/24 71/3
contained [2] 44/1 66/16
contains [1] 87/22
contends [1] 160/3
contents [1] 121/2

contest [7] 65/13 65/15 68/18 71/4
108/9 108/10 108/10
contests [2] 71/5 84/22
context [3] 7/12 23/5 23/6
contexts [1] 135/12
continued [5] 4/3 4/8 5/12 31/4 129/23
continues [1] 9/4
continuing [1] 160/15
contradicted [1] 85/23
contrary [1] 137/24
contrasted [1] 26/8
contributed [1] 25/14
control [1] 10/24
conversations [1] 117/1
conversely [1] 97/17
copied [2] 124/18 124/25
copies [1] 12/8
copy [8] 87/5 95/23 123/2 124/17
142/6 143/5 156/18 160/5
copyright [1] 13/5
cordial [1] 143/12
core [1] 8/5
corner [1] 100/5
correct [121] 11/8 12/1 12/5 15/14
15/22 17/16 18/6 21/4 21/11 22/18
22/23 27/25 28/14 28/15 29/2 29/4
29/15 31/9 31/13 39/13 55/13 57/2
62/14 66/2 68/10 78/7 79/11 82/18 83/7
83/19 83/20 83/22 83/23 84/3 84/4
84/11 84/12 84/24 85/3 85/8 85/19
86/13 86/14 86/18 86/19 86/21 86/22
87/25 88/2 88/7 89/3 89/9 89/12 89/16
89/19 89/21 89/25 90/1 90/6 90/10
90/15 90/16 91/15 92/3 92/6 92/7 92/9
92/10 92/20 92/21 92/24 93/8 93/13
93/17 94/3 94/4 94/6 94/9 94/16 94/19
94/20 94/24 95/7 96/7 96/21 97/10
97/15 97/20 97/24 98/10 98/15 98/16
98/18 98/19 99/12 100/11 100/12
100/14 100/21 101/2 101/13 101/18
102/8 103/3 103/14 103/20 104/14
107/5 109/17 110/25 111/9 111/17
112/20 120/13 120/14 120/17 120/18
121/6 121/7 130/21 151/19
corrected [1] 76/1
correctly [5] 59/5 60/24 90/17 98/24
100/18
correspondence [2] 124/25 124/25
corresponding [1] 71/4
corresponds [1] 133/21
could [88] 6/4 7/5 10/6 10/12 12/7
12/14 15/18 15/23 16/1 17/19 20/3
21/11 21/19 29/12 30/22 31/1 34/19
35/1 36/25 42/8 42/23 43/20 45/18 51/5
51/10 53/15 56/19 58/11 62/1 62/4
62/12 65/1 65/15 65/20 65/24 65/25
66/2 69/1 69/4 78/3 78/10 79/3 79/6
80/5 81/2 81/8 81/19 81/20 82/22 83/9
86/16 90/11 90/18 90/21 93/2 96/14
98/3 99/14 105/4 106/16 106/17 106/21
106/23 106/25 116/25 116/25 122/25
127/6 128/9 130/10 134/24 137/22
143/13 143/25 144/8 144/12 147/20
147/24 148/11 150/24 151/17 152/24
153/10 155/1 156/23 159/5 159/17
163/18
couldn't [7] 66/2 69/2 81/12 118/24
144/11 144/16 156/12

**C**

**council [1]** 76/13
**counsel [25]** 18/16 19/17 20/15 24/5
33/12 44/11 49/18 49/22 83/10 83/18
121/1 121/3 121/18 122/21 123/13
123/17 123/20 123/24 124/13 129/15
130/15 130/25 131/6 149/7 157/5
**counsel's [1]** 68/2
**count [1]** 94/11
**counted [2]** 23/9 38/5
**counts [4]** 38/9 44/7 45/1 86/13
**County [6]** 5/2 8/21 9/13 9/23 48/11
160/24
**couple [12]** 7/5 9/5 15/24 36/13 50/20
112/1 112/24 120/9 128/9 145/18
149/15 156/2
**course [7]** 31/21 47/22 50/4 53/23
135/19 138/21 147/5
**court [52]** 1/3 1/6 1/9 1/1 1/23 4/13 6/4
7/6 10/3 13/15 21/23 31/15 41/1 41/3
42/21 45/7 47/19 49/25 52/13 57/5
61/14 70/6 70/15 131/24 133/21 136/18
137/16 138/16 138/18 140/14 140/20
141/2 141/10 142/17 143/2 147/2
148/21 151/5 152/5 153/23 154/5
156/17 156/18 157/22 157/24 158/13
163/13 164/6 164/7 164/10 164/17
164/17
**Court's [4]** 13/22 156/21 157/25
157/25
**COURTHOUSE [1]** 1/24
**courtroom [4]** 42/17 51/11 147/16
155/10
**courts [5]** 141/20 142/2 144/17 146/25
155/18
**cover [6]** 24/8 24/23 25/3 30/14 77/9
112/3
**covered [2]** 56/7 146/24
**covering [2]** 24/14 24/14
**covers [2]** 28/22 28/25
**COVID [1]** 55/8
**crafty [1]** 118/3
**create [8]** 8/24 22/12 28/6 53/20 71/2
98/2 105/18 147/17
**created [9]** 7/19 7/24 22/11 60/3 60/16
64/24 73/14 110/25 152/19
**creating [1]** 64/18
**cross [29]** 2/4 4/9 4/10 4/11 29/19
33/25 42/22 46/14 52/1 54/19 82/10
101/6 111/2 112/12 112/25 115/11
126/18 126/20 129/2 138/6 147/5 147/7
147/13 148/17 148/22 148/25 149/16
151/1 162/7
**Cross' [1]** 124/3
**cross-examination [13]** 4/9 4/10 4/11
52/1 82/10 101/6 112/12 112/25 126/18
147/5 147/7 148/17 148/25
**cross-examine [3]** 138/6 147/13
148/22
**cross-examined [1]** 126/20
**cross-talk [2]** 46/14 111/2
**CRR [3]** 1/23 164/6 164/16
**cure [3]** 143/2 144/8 144/16
**CURLING [12]** 1/4 2/2 20/25 119/5
121/16 122/3 125/4 125/14 125/17
125/20 125/24 126/6
**current [7]** 7/25 17/25 18/1 68/2 79/17

69/12 103/8
**currently [2]** 121/6 121/8
**CV [13]** 1/6 16/12 16/14 16/22 17/4
17/15 17/23 17/25 18/1 18/12 18/18
18/24 58/25
**cyber [1]** 20/2
**cybersecurity [43]** 19/9 19/12 19/21
19/23 20/1 20/2 20/5 20/10 21/18 21/21
22/4 22/19 23/1 23/3 23/18 23/21 24/11
24/18 25/16 25/21 26/2 26/24 26/25
27/3 27/7 27/17 27/10 27/12 27/14 27/18
30/21 30/24 31/25 40/17 40/25 41/3
41/8 41/9 41/18 41/22 74/1 75/9 75/9

**D**

**D-A-V-I-S [1]** 119/25
**dance [1]** 32/17
**DANIEL [1]** 3/9
**DANIELLE [3]** 3/6 131/3 131/11
**data [4]** 67/7 68/14 85/23 130/11
**database [3]** 153/19 153/24 154/2
**date [6]** 16/14 18/4 44/8 54/25 68/4
95/22
**dated [1]** 46/25
**dates [4]** 9/9 95/18 135/17 145/22
**DAVID [5]** 2/4 2/24 2/25 112/14 124/10
**DAVIS [20]** 2/21 2/23 4/14 5/10 112/15
119/10 119/11 119/12 119/24 120/2
120/6 121/2 122/2 122/19 124/8 125/4
126/3 126/23 127/2 127/22
**Davis' [4]** 121/21 123/7 123/17 123/24
**day [16]** 5/5 42/22 46/25 55/18 130/12
132/8 133/24 143/12 144/5 144/10
147/14 151/3 151/7 156/2 160/7 164/13
**days [10]** 1/4 46/3 48/2 51/13 144/1
144/5 144/9 145/6 145/10 156/2
**deadline [16]** 136/11 136/15 136/20
136/21 136/22 136/23 136/25 137/1
137/6 137/7 137/7 137/9 145/13 148/11
153/11 153/14
**deadlines [3]** 145/23 147/12 155/20
**deal [9]** 61/25 69/4 74/20 127/5 127/17
130/18 136/19 138/16 138/16
**deals [3]** 7/8 7/10 7/11
**dealt [1]** 143/15
**dear [1]** 163/1
**debate [1]** 26/9
**debates [1]** 36/9
**December [10]** 126/23 135/13 140/14
140/20 141/6 145/7 145/9 145/10
145/24 156/1
**December 13 [1]** 145/7
**December 20 [2]** 145/9 145/10
**December 27 [1]** 156/1
**December 7th [1]** 141/6
**decide [3]** 65/12 69/17 127/18
**decided [3]** 76/12 116/23 144/9
**decision [2]** 48/17 139/8
**declaration [43]** 16/5 43/20 43/22 44/4
44/5 45/15 45/18 46/2 46/6 46/12 48/18
49/20 50/4 50/9 50/19 50/21 50/23
51/14 54/19 54/24 55/11 55/15 55/20
55/23 66/23 66/24 67/3 73/1 80/10
142/22 143/24 144/5 145/11 147/20
147/21 147/22 148/15 148/23 152/7
156/22 161/7 161/9 161/13
**declarations [17]** 15/12 15/16 16/22
18/11 18/15 18/17 42/10 43/8 43/15

44/12 45/25 46/7 51/3 51/5 71/16 71/18
87/4
**decrypt [1]** 81/3
**defendants [7]** 1/7 3/3 139/2 141/11
158/6
**defendants' [13]** 4/3 5/12 12/7 15/9
17/18 34/3 36/12 46/21 75/23 76/1 78/7
130/14 158/7
**defending [1]** 132/14
**defense [2]** 49/18 49/22
**deficiencies [1]** 121/13
**deficient [2]** 122/9 122/12
**define [2]** 24/12 154/21
**defined [2]** 24/14 28/24
**defining [1]** 24/25
**definitely [2]** 25/23 26/2
**definition [14]** 70/11 70/15 70/17 70/22
70/25 71/2 71/8 71/14 71/23 72/7 72/17
104/13 105/15 106/8
**degree [5]** 6/6 6/8 45/15 45/22 54/12
**degrees [1]** 127/15
**delay [1]** 143/3
**delete [1]** 82/1
**deleted [2]** 38/19 81/13
**deleting [1]** 81/5
**deletion [2]** 81/15 81/21
**deliberately [2]** 144/7 144/15
**delineated [1]** 31/2
**delivered [1]** 10/13
**delves [1]** 41/2
**DeMillo [3]** 21/10 28/17 105/7
**democracy [1]** 118/20
**demographic [2]** 92/23 92/25
**demonstrate [1]** 70/11
**demonstrated [3]** 42/21 62/8 72/3
**demonstrating [1]** 73/11
**demonstration [12]** 70/6 77/1 101/21
137/17 138/9 138/18 138/22 141/1
141/13 146/13 150/16 150/17
**demonstrations [3]** 133/21 146/12
146/15
**demonstrative [4]** 75/23 76/1 78/7
146/20
**Demonstrative 2 [1]** 75/23
**Demonstrative 3 [2]** 76/1 78/7
**demonstratives [2]** 140/24 146/25
**denial [1]** 26/22
**denied [3]** 33/19 55/8 134/15
**denies [1]** 33/9
**deny [3]** 144/25 145/15 146/4
**department [1]** 6/20
**depending [2]** 6/25 108/13
**depends [5]** 56/18 94/10 94/25 108/19
129/4
**deposed [4]** 29/14 51/20 74/6 137/3
**deposit [1]** 117/1
**depositing [1]** 113/7
**deposition [25]** 29/17 29/18 32/11
32/18 33/2 40/1 40/5 42/22 43/11 52/24
55/18 98/21 98/25 99/1 113/17 113/21
114/5 114/9 117/23 135/23 137/5 139/4
139/18 139/23 149/21
**derived [1]** 50/22
**describe [7]** 7/6 7/18 10/3 11/10 57/5
61/14 70/15
**described [6]** 16/24 71/22 77/19
109/15 117/20 159/16
**describes [5]** 53/4 53/6 54/7 100/21

**D**

describes... [1] 123/17
describing [1] 109/12
descriptions [1] 84/22
design [5] 7/11 7/14 7/21 33/15 53/9
designed [6] 7/22 21/3 24/13 64/25 82/24 102/3
designing [2] 53/1 64/25
designs [1] 8/12
despite [3] 143/21 153/10 153/11
detached [1] 26/18
detail [1] 156/7
detailed [1] 155/25
details [1] 149/15
detect [1] 95/3
detectability [3] 32/12 54/5 93/13
detected [4] 74/16 74/23 106/12 106/15
detection [1] 86/20
determine [3] 94/21 152/1 154/13
determining [1] 107/17
develop [2] 34/17 35/17
developed [2] 48/8 117/4
development [3] 7/4 7/17 27/23
deviating [1] 151/2
device [11] 8/23 21/4 38/4 42/2 61/16 62/7 63/21 92/13 105/25 112/19 116/21
device-based [1] 63/21
devices [17] 7/25 8/11 24/9 24/15 24/24 25/4 28/22 30/15 32/6 32/8 40/13 41/25 45/9 56/16 64/4 85/3 85/8
DIANE [1] 3/9
did [96] 8/18 9/21 9/22 9/22 9/23 10/7 21/16 36/15 37/6 37/9 37/14 48/7 48/19 48/20 50/21 51/11 52/8 53/22 55/8 59/1 59/15 60/3 60/8 60/17 60/21 61/6 64/15 66/14 68/7 68/8 72/8 72/11 72/12 73/11 73/24 90/5 90/7 90/11 90/12 91/3 91/8 91/10 91/17 91/17 91/18 91/18 92/11 92/13 98/17 100/14 101/1 101/3 101/14 108/3 110/1 110/8 114/8 117/18 124/14 124/22 126/14 132/10 133/4 133/5 133/21 134/8 136/24 137/4 137/4 137/13 138/3 139/18 143/22 144/20 146/9 147/8 147/25 147/25 148/1 148/2 148/3 148/24 150/18 150/23 150/24 153/10 154/7 154/15 155/21 156/10 156/15 156/16 157/13 159/19 159/23 160/11
didn't [44] 32/11 51/4 52/7 55/1 59/22 60/2 61/7 61/8 94/21 104/22 104/23 123/22 126/15 132/9 133/23 137/2 138/13 140/3 140/7 142/19 142/24 143/1 143/11 146/1 148/4 149/25 150/20 151/2 151/6 151/10 151/14 151/17 151/19 152/1 154/16 154/18 156/10 156/24 157/13 159/7 159/23 159/24 160/1 160/21
differ [2] 121/23 126/5
difference [9] 19/20 20/9 29/19 30/10 42/25 44/6 108/15 126/9 155/7
differences [9] 21/24 27/17 45/9 75/5 75/13 118/18 126/24 127/6 127/10
different [33] 6/24 11/6 20/3 26/4 26/6 26/23 31/11 43/2 45/12 46/5 53/16 53/16 53/17 62/11 68/8 69/22 85/24 87/18 92/22 92/25 103/23 109/18

148/13 148/17 148/18 148/23 149/24
127/15 148/13 150/3 150/13 155/20
156/14
differently [1] 59/18
difficult [3] 84/8 105/14 135/18
DIGGES [4] 2/13 2/13 2/18 2/18
digital [4] 79/14 79/18 79/19 81/15
diligence [6] 135/20 139/10 139/12 145/22 146/2 155/1
diligent [1] 155/18
diligently [2] 140/3 145/16
dire [5] 4/7 20/20 21/13 73/20 146/8
direct [14] 4/6 4/8 4/15 5/24 29/17 31/4 100/1 116/25 120/4 126/15 134/17 157/22 162/6 162/8
directive [1] 153/11
directly [4] 33/18 46/11 59/23 60/1
disabilities [1] 9/2
disability [2] 56/19 65/2
disabled [2] 53/2 64/11
disagree [5] 55/14 93/10 93/11
disagreements [1] 127/3
disciplines [1] 75/6
disclose [1] 140/8
disclosed [2] 140/17 147/1
disclosure [1] 140/3
disclosures [2] 47/23 149/23
discomfort [1] 160/9
discover [1] 21/8
discovered [1] 93/16
discovery [46] 47/22 55/9 134/20 134/22 135/4 135/6 135/12 135/23 136/3 136/11 136/16 136/20 136/21 136/22 136/25 139/5 141/2 141/4 141/9 141/15 141/18 142/18 142/20 142/21 142/23 143/1 143/10 143/22 144/18 144/23 147/4 148/9 148/10 149/17 150/2 150/4 152/10 152/12 153/12 154/14 155/11 155/19 157/19 158/3 158/8 160/19
discrepancy [1] 109/12
discuss [6] 24/18 35/20 36/17 81/10 151/12 159/3
discussed [7] 39/4 77/22 81/5 81/7 93/12 130/9 156/23
discusses [2] 36/9 50/18
discussing [2] 13/24 57/4
discussion [5] 58/14 75/17 121/3 150/5 150/14
disenfranchise [1] 64/20
displaying [1] 75/22
dispositive [1] 154/19
disproportionate [1] 67/24
dispute [14] 42/19 42/23 48/19 55/23 97/8 99/10 135/24 136/1 144/18 146/15 148/10 150/2 150/10 158/9
disputed [3] 51/12 96/10 96/20
disputes [3] 157/20 158/3 158/5
disputing [2] 51/15 72/8
disregard [2] 41/3 41/6
distinct [1] 125/13
distinction [2] 20/4 20/14
distinctive [2] 25/25 26/3
distinguish [3] 23/2 23/13 108/15
DISTRICT [9] 1/1 1/1 1/12 141/21 141/22 164/4 164/7 164/7 164/17
diverged [1] 122/16
diversions [1] 126/11

division [3] 01/2 8/15 164/8
do [159] 5/4 5/7 6/21 8/21 9/6 10/23 12/17 12/19 13/3 14/3 14/22 15/16 16/4 16/7 17/22 23/2 25/20 25/21 25/24 25/25 26/17 27/13 29/21 30/6 30/12 31/10 33/16 34/17 37/3 37/24 37/25 38/7 38/11 38/14 38/21 39/14 39/15 40/12 41/13 42/20 42/23 48/9 48/15 48/23 51/10 52/4 56/10 56/21 57/20 58/22 59/7 59/9 63/11 64/10 64/22 65/20 66/2 68/15 70/8 70/23 72/23 73/3 73/22 74/11 75/2 76/23 76/24 77/15 77/22 78/7 78/17 78/20 79/20 81/1 84/18 86/6 87/1 91/25 93/20 95/4 95/8 96/1 96/3 98/1 98/12 98/21 98/25 99/16 101/25 103/16 106/4 107/8 107/15 107/19 107/22 112/9 113/3 113/4 113/19 114/5 114/16 114/17 116/6 117/1 117/15 117/17 117/22 118/7 120/19 121/8 121/10 122/12 124/13 125/4 125/12 125/20 126/5 128/20 128/21 128/22 128/22 129/6 129/7 129/14 132/3 132/14 137/7 137/16 138/3 138/17 138/22 141/1 142/5 142/7 142/7 144/12 144/17 146/15 148/4 149/10 150/5 150/14 150/16 150/17 151/17 152/1 152/2 154/7 155/7 155/20 157/2 157/22 158/16 160/15 160/20 162/5 162/22 162/23 164/8
docket [10] 1/5 1/5 17/5 18/24 44/13 44/15 48/24 48/25 49/4 49/8
doctor [4] 28/20 33/3 99/21 112/14
document [22] 1/8 12/12 12/17 12/20 15/4 16/2 16/8 16/11 16/23 17/2 17/9 17/22 34/20 139/17 139/22 140/6 140/13 150/12 152/15 154/4 157/24 158/19
Document 1362 [1] 157/24
Document 1716 [1] 150/12
Document 1723 [1] 152/15
documentation [1] 55/16
documented [1] 59/2
documenting [2] 35/9 36/25
documents [8] 17/3 120/20 120/25 128/8 133/16 158/1 158/20 160/19
does [46] 13/4 18/2 18/4 20/8 26/6 26/25 27/4 32/15 32/20 32/21 33/2 35/6 35/16 36/2 36/17 37/5 38/16 39/21 42/19 48/18 53/12 53/22 56/21 58/4 58/9 69/10 72/13 77/11 80/13 81/21 94/5 94/7 94/8 102/9 105/3 105/20 109/20 110/16 113/8 116/17 124/10 124/17 131/22 133/14 139/10 148/4
doesn't [27] 26/14 27/11 28/7 29/6 33/5 33/5 35/18 45/14 51/1 62/20 65/10 81/14 103/15 103/16 109/13 113/13 118/11 118/15 124/16 124/20 127/10 127/12 127/20 140/23 146/10 162/17 163/14
doing [13] 21/13 59/12 61/5 64/20 75/4 77/11 97/1 102/10 132/14 132/15 138/5 138/9 149/9
domains [1] 34/15
Dominion [11] 39/11 39/25 40/4 54/20 101/17 105/22 105/25 107/4 121/13 122/8 122/11
Don [1] 108/14

**D**

don't [104] 9/9 20/13 20/13 21/14 22/1
22/17 23/24 24/16 25/7 26/18 27/13
31/16 32/11 36/19 36/22 36/22 42/4
42/23 43/19 44/25 46/25 52/20 55/13
55/22 55/23 55/24 58/24 59/11 59/24
61/5 62/23 64/4 64/19 65/12 65/14
68/14 68/18 68/19 69/3 69/17 71/24
76/12 77/10 80/1 80/19 86/15 89/13
89/14 89/17 93/11 93/19 93/24 94/1
95/3 95/8 95/21 95/21 95/23 96/3 96/9
96/11 97/8 99/2 99/3 99/5 99/7 99/10
102/1 102/25 103/6 105/4 106/3 106/6
106/10 106/14 107/23 108/16 110/3
110/11 111/1 111/4 115/12 117/20
118/13 123/13 124/9 124/18 125/11
127/12 128/1 128/13 131/4 131/7 131/9
132/20 133/7 149/13 151/22 156/13
159/4 161/17 161/19 162/1 162/5
DONALD [1] 3/10
done [18] 7/18 10/19 15/1 32/17 42/13
59/25 60/18 61/19 61/20 74/24 92/2
95/6 115/18 138/1 138/2 157/9 157/9
159/18
DONNA [3] 1/4 2/2 2/2
door [1] 81/2
doubt [2] 97/18 124/13
down [10] 15/18 15/24 16/1 17/20
21/15 36/12 37/22 61/17 93/25 128/3
Dr. [181]
Dr. Adida [2] 155/8 159/12
Dr. Adida's [3] 159/1 159/6 160/12
Dr. Andrew [2] 95/10 95/12
Dr. Appel [5] 14/20 14/22 28/16 96/15
96/25
Dr. Appel's [1] 97/6
Dr. Bernhard [1] 92/4
Dr. Bernhard's [1] 92/3
Dr. DeMillo [1] 105/7
Dr. Gilbert [100] 5/10 6/2 6/4 6/9 11/2
12/17 13/3 14/3 14/18 15/3 15/12 16/4
17/9 17/14 17/22 19/5 19/9 19/11 19/20
20/9 20/12 20/22 20/23 21/3 22/4 22/18
22/24 24/7 29/4 29/12 30/17 30/20 31/6
31/22 34/3 34/11 37/24 39/9 40/12
41/13 42/9 42/19 43/4 45/1 45/21
46/11 47/16 48/8 50/10 51/12 51/18
52/2 52/19 52/25 53/12 53/19 54/10
55/15 56/10 56/12 57/20 64/10 67/6
69/9 69/21 71/13 71/21 72/20 73/13
73/20 74/6 75/22 76/8 76/18 77/5 77/15
78/3 80/8 80/15 82/2 82/12 88/2 88/19
90/13 91/14 95/23 97/2 97/6 98/7 101/8
112/24 113/17 114/13 114/18 115/2
115/21 116/4 116/10 119/14 154/14
Dr. Gilbert's [5] 40/5 41/2 46/2 52/17
55/10
Dr. Halderman [43] 26/1 27/6 42/20
42/23 43/5 46/3 46/7 47/24 48/19 51/8
53/6 58/13 59/12 62/9 70/2 72/3 73/14
74/15 74/17 79/8 80/16 80/22 81/1
137/3 137/19 138/6 139/3 140/23 144/1
144/4 144/10 146/9 146/10 147/7
147/19 147/25 148/22 149/17 152/6
152/17 153/18 154/20 161/6
Dr. Halderman's [14] 45/18 50/6 50/11
52/3 70/6 72/20 74/13 78/17 92/4 98/13

97/23 130/11 133/19 158/5
Dr. Juan [1] 5/9
Dr. Michael [1] 66/13
Dr. Stark [1] 46/7
drafts [1] 35/23
draw [2] 33/24 42/4
drawing [2] 29/20 30/11
DRE [2] 67/13 67/17
DREs [3] 79/21 81/7 114/21
drive [1] 1/24 106/7
driving [2] 137/15 138/12
drove [1] 143/12
Drs [1] 21/9
due [3] 25/11 47/23 87/23
duly [3] 5/23 120/3 134/3
DUMA [1] 3/10
during [5] 98/21 98/25 99/1 114/5
126/22
DX [3] 18/8 18/8 18/10
DX 1254 [1] 18/8
DX 40 [2] 18/8 18/10

**E**

e.g [1] 38/21
each [8] 22/6 89/7 89/11 89/11 89/13
102/7 121/14 142/1
earlier [15] 7/16 28/20 57/4 66/8 67/6
69/21 73/20 90/14 91/24 92/16 100/8
105/15 118/24 118/25 144/6
early [3] 55/7 61/18 135/13
easier [5] 37/11 42/3 64/22 64/23 85/5
easy [4] 117/16 128/13 135/16 138/15
ECF [3] 1/2 1/3 17/4
edit [1] 35/20
education [1] 18/2
educational [1] 6/5
EDWARD [1] 3/6
effect [14] 59/17 59/21 61/8 61/20
64/12 86/1 90/15 92/6 103/12 103/15
103/15 103/16 103/21 104/4
effectively [1] 106/25
effectiveness [1] 84/3
efficiency [1] 159/2
efficiency's [1] 129/19
effort [3] 127/5 148/20 149/2
egregious [1] 155/23
either [16] 40/18 50/7 50/17 51/18
57/16 59/3 69/4 102/7 115/19 133/1
137/3 141/14 141/15 152/2 161/20
162/7
either/or [1] 141/14
elaborate [1] 121/15
election [46] 9/18 9/20 10/21 23/18
25/17 25/18 27/1 27/5 27/8 29/1 30/4
30/15 32/13 32/23 33/4 33/14 33/18
45/21 50/14 50/17 51/20 57/12 57/18
59/10 63/9 76/5 87/17 91/15 92/6 93/12
94/9 94/18 97/18 104/10 105/19 106/12
106/21 107/1 108/9 111/8 113/1 113/5
115/2 115/22 122/11 154/20
elections [9] 8/7 8/10 38/2 75/24 83/18
92/9 114/19 122/10 132/15
electronic [2] 17/2 80/4
Eleventh [1] 139/9
elicit [2] 21/23 39/23
elicited [1] 33/25
eliciting [1] 97/4
else [16] 36/3 40/19 45/4 68/12 73/16

88/25 93/3 96/17 96/18 116/15 128/13
133/20 156/12 158/22 161/3 163/6
email [10] 122/19 123/13 123/24 124/8
124/9 124/14 126/19 138/25 139/13
149/5
emailed [1] 131/18
emphasized [1] 51/7
employment [1] 6/10
empowers [2] 81/24 81/25
encompass [4] 24/20 24/22 25/1 29/6
encompasses [1] 19/25
encrypt [1] 81/11
encryption [2] 81/14 81/21
end [11] 18/13 23/24 45/16 53/10
89/14 89/18 113/10 113/10 157/4 160/7
161/18
ended [4] 47/19 151/20 160/9 160/18
endowed [1] 6/18
ends [2] 87/9 157/4
engage [1] 36/22
engineering [4] 6/20 11/13 12/3 34/9
ENGLISH [1] 3/10
enormous [2] 13/9 148/20
enough [7] 41/10 52/6 52/6 79/10
85/17 146/7 159/16
entails [1] 7/7
entered [1] 145/8
entire [2] 43/10 94/15
entirely [1] 133/19
entitled [1] 146/20
entry [2] 1/5 145/6
equal [2] 64/18 64/19
equipment [14] 51/19 53/1 54/2 54/17
55/19 56/1 56/4 73/21 73/25 98/18
137/17 138/8 138/14 138/18
erase [1] 81/20
erased [2] 81/16 81/17
erasing [1] 81/6
error [10] 43/5 57/10 61/17 62/2 62/23
66/16 69/13 69/16 87/22 94/23
errors [2] 85/17 86/12
ES [2] 10/21 10/21
escalating [1] 113/14
especially [1] 131/25
essentially [9] 23/16 45/8 57/8 58/11
58/12 60/14 62/10 66/15 121/11
establish [2] 71/24 107/25
established [1] 123/25
establishing [2] 71/21 72/16
et [3] 1/4 1/6 55/17
et cetera [1] 55/17
EUW [3] 2/10 4/7 4/9
evaluate [1] 75/3
evaluates [1] 33/6
evaluation [2] 7/11 7/14
Evans' [1] 161/19
eve [1] 139/8
even [31] 20/12 25/13 31/25 48/9 51/19
54/12 54/13 65/20 84/20 90/4 90/8
94/21 103/18 104/2 104/4 117/14
123/25 129/2 136/14 138/22 140/8
142/14 144/11 144/19 145/9 145/23
147/17 154/16 156/20 159/17 160/14
events [1] 155/9
ever [7] 9/21 45/22 120/20 139/5
139/18 151/21 154/9
every [16] 94/5 94/8 94/12 111/16
111/23 111/23 113/10 113/13 113/13

174

**E**

**every... [7]** 132/18 139/9 139/14 148/10 148/11 153/10 154/25

**Everybody [1]** 162/21

**everyone [16]** 9/1 9/3 9/4 48/11 64/2 117/19 129/8 129/9 129/15 133/5 136/10 148/20 156/8 157/12 160/7 160/22

**everything [5]** 46/20 48/11 79/15 86/1 145/17

**evidence [22]** 35/9 36/25 60/25 62/22 80/5 80/13 96/25 98/4 98/11 109/1 109/5 110/24 111/7 111/8 111/10 111/15 114/14 116/7 122/13 124/18 152/11 155/4

**evidence-based [3]** 35/9 36/25 111/8

**exact [4]** 9/9 13/12 96/9 103/16

**exactly [9]** 51/11 69/20 107/21 132/14 133/14 146/15 146/16 148/8 152/2

**exaggerated [1]** 104/8

**exaggeration [1]** 104/1

**examination [27]** 4/6 4/7 4/8 4/9 4/10 4/11 4/12 4/13 4/15 5/24 20/20 31/4 52/1 73/21 82/10 101/6 112/12 112/22 112/25 116/13 120/4 126/18 143/19 147/5 147/7 148/17 148/25

**examine [8]** 20/15 20/16 73/24 124/21 124/23 138/6 147/13 148/22

**examined [6]** 40/6 51/19 52/2 55/15 55/18 126/20

**examining [1]** 54/20

**example [16]** 8/12 22/11 22/14 23/13 26/23 42/21 45/13 52/3 60/6 63/23 63/24 79/17 102/20 105/14 155/3 155/8

**exceed [1]** 128/25

**Excellence [1]** 11/13

**except [2]** 48/19 110/1

**exchange [2]** 29/18 123/13

**exclude [6]** 133/18 141/12 141/15 144/24 152/9 152/11

**exclusive [1]** 27/12

**excuse [14]** 18/17 22/17 24/14 42/3 42/6 42/15 86/24 87/10 91/18 97/9 98/23 100/1 123/14 159/15

**excused [2]** 119/3 119/13

**exercise [1]** 147/24

**exhibit [21]** 12/7 15/9 16/18 16/19 16/20 16/21 17/18 18/17 18/18 18/21 34/4 43/16 46/22 46/23 46/24 49/15 83/5 91/14 95/18 96/24 138/7

**Exhibit 1254 [1]** 17/18

**Exhibit 40 [3]** 15/9 43/16 46/22

**Exhibit 424 [1]** 95/18

**Exhibit 728 [3]** 12/7 34/4 83/5

**Exhibit E [3]** 16/18 16/20 16/21

**exhibiting [1]** 59/21

**exist [3]** 26/14 148/4 152/18

**existence [1]** 158/4

**existing [3]** 65/20 98/8 153/14

**exited [1]** 42/17

**expect [1]** 151/18

**expedite [1]** 64/2

**expedited [1]** 55/9

**experience [1]** 53/11

**experiment [1]** 75/15

**experimentalists [1]** 75/7

**experiments [1]** 75/7

**expert [39]** 11/25 19/5 19/9 19/12 19/23 20/9 22/17 22/19 22/20 22/23 23/17 27/3 27/7 29/3 29/5 30/20 30/23 31/7 31/22 32/3 32/4 32/7 33/4 41/7 47/23 48/5 52/25 53/13 54/5 71/21 95/9 104/24 136/11 137/1 146/6 154/13 154/19 154/21 160/1

**expertise [26]** 20/13 23/21 23/23 24/1 25/20 29/1 30/15 31/24 32/11 32/13 32/19 32/21 32/23 33/6 33/10 33/14 41/17 43/13 46/17 53/17 54/7 56/8 71/16 71/18 94/13 160/18

**experts [13]** 27/9 27/10 34/15 34/16 34/22 35/11 36/22 73/24 74/1 74/2 138/5 147/11 154/14

**expired [1]** 145/10

**explain [10]** 19/17 19/20 34/11 71/13 86/3 86/6 86/7 121/18 140/10 163/11

**explained [3]** 68/21 103/7 150/7

**explains [2]** 138/4 146/15

**explanation [1]** 122/25

**exploit [1]** 48/21

**exploited [2]** 45/21 51/6

**explore [1]** 24/5

**expressly [1]** 73/10

**extends [1]** 24/1

**extensive [2]** 34/14 74/9

**extensively [1]** 13/14

**extent [11]** 19/8 31/23 32/7 32/19 32/22 33/14 41/2 41/4 43/3 45/22 127/6

**external [1]** 98/5

**extra [1]** 151/7

**extremely [1]** 118/3

**F**

**face [1]** 60/7

**fact [11]** 37/9 61/25 68/8 74/10 108/18 113/9 115/22 127/9 140/6 156/15 161/1

**facts [1]** 52/9

**failure [1]** 145/16

**fair [1]** 132/11

**fairly [1]** 153/21

**familiar [14]** 14/17 14/20 15/1 24/11 24/17 24/17 36/13 39/2 39/6 61/11 66/19 67/7 80/15 80/22

**family [1]** 163/16

**far [4]** 13/16 28/3 53/24 94/10

**fashion [1]** 53/13

**fast [2]** 22/22 132/7

**fault [1]** 87/23

**fear [1]** 103/20

**features [2]** 8/1 8/2

**February [3]** 136/11 137/6 157/24

**February 15 [2]** 136/11 137/6

**federal [3]** 8/10 122/10 136/12

**feed [1]** 148/24

**feedback [2]** 36/8 36/10

**feel [3]** 119/1 128/5 162/19

**felt [4]** 149/23 151/16 152/25 157/6

**few [7]** 15/12 42/7 61/22 120/16 129/9 153/8 157/19

**fibers [1]** 116/1

**field [7]** 7/7 19/5 27/5 31/22 61/24 91/23 118/9

**figure [5]** 42/12 117/7 136/3 136/19 144/12

**figured [3]** 93/25 142/12 162/10

**file [9]** 70/11 70/16 71/8 71/14 71/23

**F** 72/7 72/17 142/24 144/23

**filed [19]** 1/2 1/6 1/8 44/16 45/7 47/18 47/21 49/3 49/7 55/3 55/4 55/6 55/11 120/13 135/13 145/5 150/2 152/10 152/12

**files [8]** 70/17 70/22 70/25 71/2 81/5 81/11 81/20 82/1

**filing [1]** 141/4

**filings [1]** 51/8

**fill [1]** 149/14

**filled [1]** 92/23

**filling [1]** 92/25

**fills [1]** 65/9

**final [1]** 157/3

**find [2]** 95/5 131/19

**finding [3]** 25/7 25/8 122/8

**findings [7]** 45/19 48/9 48/20 92/22 92/25 93/5 96/11

**fine [13]** 18/20 19/3 33/23 34/1 72/18 86/10 116/11 129/18 130/8 130/15 149/11 161/24 163/20

**finish [3]** 50/25 115/15 115/17

**finished [1]** 161/22

**FIRM [1]** 2/17

**first [47]** 5/9 5/23 7/22 8/9 16/20 44/18 45/15 46/23 46/24 47/17 47/18 58/21 60/17 62/17 66/18 66/24 67/3 76/11 82/15 83/9 87/9 87/10 87/11 87/13 91/25 100/23 112/25 116/20 120/3 126/23 132/8 134/2 135/12 136/5 136/16 137/11 142/3 142/21 143/1 143/16 144/18 144/20 145/7 149/16 152/10 153/9 154/9

**FISHER [1]** 2/5

**fit [1]** 58/4

**fits [1]** 43/6

**five [4]** 6/15 52/11 52/14 112/5

**five minutes [1]** 112/5

**five years [1]** 6/15

**five-minute [1]** 52/11

**fix [1]** 138/15

**fixing [1]** 53/4

**flag [3]** 139/19 160/8 162/10

**flagged [1]** 152/5

**flip [18]** 21/11 50/17 59/6 60/6 60/23 61/7 61/17 62/14 62/14 62/24 70/14 74/23 75/1 89/24 90/6 90/9 90/10 101/15

**flipped [10]** 46/18 59/22 60/21 62/1 63/6 70/12 94/3 100/17 100/18 114/21

**flipping [13]** 58/22 59/1 60/19 61/15 62/10 62/11 69/23 69/24 93/15 104/7 106/24 114/15 115/22

**flips [2]** 60/4 62/12

**floated [1]** 157/13

**Florida [4]** 6/17 6/18 6/21 74/18

**flowchart [2]** 100/19 100/21

**focus [7]** 6/25 41/22 53/2 53/16 56/8 87/9 117/24

**focused [1]** 53/19

**focuses [3]** 27/22 53/4 54/10

**FOERSTER [1]** 2/7

**folks [3]** 14/3 34/12 163/6

**follow [1]** 7/5

**followed [1]** 130/12

**following [4]** 1/1 6/9 60/17 114/19

**follows [4]** 5/23 47/10 120/3 129/24

**foot [1]** 153/18

**F**

**footing [2]** 63/22 63/23
**footnote [4]** 66/25 67/3 84/5 84/5
**Footnote 1 [1]** 67/3
**Footnote 75 [1]** 84/5
**force [1]** 137/15
**foregoing [1]** 164/8
**forensic [1]** 143/19
**forever [2]** 109/11 109/25
**forget [2]** 25/18 90/14
**forgot [2]** 116/6 161/5
**form [2]** 32/18 63/17
**former [1]** 68/3
**forming [5]** 91/3 91/4 91/17 91/20 92/11
**forth [4]** 23/25 133/10 133/10 153/24
**forward [3]** 80/11 121/4 122/9
**found [3]** 35/5 89/23 145/2
**foundation [8]** 10/20 39/17 51/18 51/24 70/19 70/20 71/11 73/17
**founded [1]** 113/10
**four [2]** 25/6 37/2
**fraction [3]** 85/2 85/7 85/16
**frankly [4]** 30/25 54/10 54/13 138/4
**Friday [1]** 160/21
**front [5]** 13/10 44/12 60/13 95/23 123/14
**full [5]** 1/8 5/5 6/13 6/18 94/11
**fully [2]** 64/4 117/4
**Fulton [1]** 5/2
**function [1]** 64/19
**functioning [1]** 25/18
**fundamentals [1]** 54/22
**funded [3]** 10/19 10/20 10/22
**funding [2]** 10/17 11/2
**further [7]** 25/9 101/5 106/7 112/21 116/5 127/21 151/3
**furthermore [2]** 62/20 84/7
**future [1]** 12/4

**G**

**G-I-L-B-E-R-T [1]** 5/20
**gather [2]** 82/12 128/10
**gave [6]** 48/7 60/24 105/13 117/23 155/19 160/4
**GEMS [3]** 153/19 153/24 154/2
**general [3]** 7/15 10/5 23/21
**generally [4]** 32/23 53/2 70/8 70/22
**generous [3]** 136/14 142/17 147/3
**gentleman [2]** 43/11 160/24
**George [1]** 70/13
**GEORGIA [40]** 1/1 1/25 3/3 5/2 39/11 51/21 53/21 53/23 56/15 56/24 57/21 62/7 66/18 67/8 67/17 75/24 76/5 90/25 91/15 91/19 92/8 93/1 93/2 93/6 95/6 98/22 99/1 101/17 102/12 102/20 102/20 103/23 105/23 107/4 114/18 115/3 122/10 164/4 164/8 164/10
**Georgia's [2]** 108/18 132/15
**get [44]** 13/8 21/19 42/7 46/20 46/23 56/6 63/5 70/10 77/3 77/8 80/4 81/4 81/15 90/9 90/17 103/18 109/22 115/18 119/14 119/14 122/25 132/9 135/17 136/2 136/15 136/15 138/2 138/23 140/24 141/6 142/12 142/19 142/24 143/1 143/11 143/20 146/5 150/6 151/22 153/12 155/13 156/21 157/9

**got [21]** 12/8 12/13 31/17 66/4 79/24 87/3 128/8 131/17 132/18 138/5 141/15 142/2 144/20 147/4 148/7 150/1 150/21 154/15 155/22 156/6 160/21
**gotten [7]** 9/6 104/8 132/19 142/23 149/23 149/24 151/16
**GOVERNANCE [1]** 2/13
**grace [2]** 77/25 77/25
**grant [3]** 10/17 11/2 150/18
**granted [5]** 137/21 141/17 141/17 148/8 152/25
**Grape [1]** 108/14
**greatest [1]** 127/5
**grounds [1]** 134/14
**group [3]** 2/11 64/20 127/11
**groups [2]** 92/23 92/25
**guess [9]** 65/20 65/24 81/3 82/19 95/4 104/17 105/1 131/17 151/24
**guidance [1]** 31/15
**guts [1]** 138/23
**guys [1]** 162/3

**H**

**hack [24]** 22/12 62/2 62/22 65/6 65/6 65/7 65/12 65/18 65/21 66/3 68/21 74/15 74/25 76/20 76/23 76/24 77/5 77/15 78/4 78/10 78/22 79/3 82/2 108/20
**hackability [5]** 22/15 32/12 32/13 41/19 45/13
**hackable [1]** 21/9
**hacked [3]** 22/13 43/3 98/4
**hacker [2]** 78/15 79/24
**hacking [6]** 31/25 46/9 53/9 53/14 54/5 70/7
**hacks [14]** 43/19 50/16 50/16 62/8 65/3 69/22 69/22 72/21 73/9 74/10 75/18 80/9 80/15 80/22
**had [77]** 6/24 7/21 9/18 10/6 11/22 13/12 31/1 46/2 47/24 51/13 53/20 53/21 54/16 55/7 55/18 60/5 61/16 68/1 70/9 72/17 73/15 87/5 92/22 92/25 100/16 102/18 107/1 114/21 127/17 132/13 132/23 133/4 133/7 133/22 134/10 134/11 135/25 136/3 136/8 136/12 137/11 137/12 137/25 137/25 138/1 138/2 139/22 139/23 140/7 141/2 143/10 144/19 145/11 145/24 147/18 147/19 147/24 149/23 150/2 151/14 151/15 151/17 152/4 152/5 153/12 153/16 155/9 159/4 159/5 159/6 159/8 159/12 159/20 161/1 161/2 164/9
**hadn't [2]** 104/17 157/23
**Halderman [50]** 21/10 26/1 27/6 28/17 42/20 42/23 43/5 46/3 46/7 47/24 48/19 51/8 53/6 58/13 58/15 59/4 59/12 62/9 70/2 72/3 73/4 74/15 74/17 79/8 80/16 80/22 81/1 102/13 103/2 103/25 137/3 137/19 138/6 139/3 140/23 144/1 144/4 144/10 146/9 146/10 147/7 147/19 147/25 148/22 149/17 152/6 152/17 153/18 154/20 161/6
**Halderman's [14]** 45/18 50/6 50/11 52/3 70/6 72/20 74/13 78/17 92/4 98/13 117/23 130/11 133/19 158/8
**half [2]** 51/13 147/14
**HALSEY [1]** 2/8

16/25

**gets [2]** 50/14 133/12
**getting [6]** 80/13 102/11 105/8 106/18 127/19 132/22
**GILBERT [107]** 4/5 5/9 5/10 5/19 5/20 5/22 6/2 6/4 6/9 11/2 12/17 13/3 14/3 14/18 15/3 15/12 16/4 17/9 17/14 17/22 19/5 19/9 19/11 19/20 20/9 20/12 20/22 20/23 21/3 22/4 22/18 22/24 24/7 29/4 29/12 30/17 30/20 31/6 31/22 34/3 34/11 37/24 39/9 40/12 41/13 42/9 42/19 43/4 45/11 45/21 46/11 47/16 48/8 50/10 51/9 51/12 51/18 52/2 52/19 52/25 53/12 53/19 54/10 55/15 56/10 56/12 57/20 64/10 67/6 69/9 69/21 71/13 71/21 72/20 73/13 73/20 74/6 75/22 76/8 76/18 77/5 77/15 78/3 80/8 80/15 82/2 82/12 88/2 88/19 90/13 91/14 95/23 97/2 97/6 98/7 101/8 112/9 112/24 113/17 114/13 114/18 115/2 115/21 116/4 116/10 119/14 154/14
**Gilbert's [5]** 40/5 41/2 46/2 52/17 55/10
**GitHub [1]** 10/11
**give [15]** 21/2 39/22 47/10 65/10 82/12 87/6 99/22 129/9 138/19 141/15 141/18 144/13 145/9 148/9 161/5
**given [10]** 10/15 74/16 79/17 86/2 101/10 102/21 128/25 129/2 143/5 152/2
**gives [1]** 58/3
**giving [4]** 114/8 117/21 143/2 147/4
**gladly [1]** 143/15
**glance [2]** 108/1 108/11
**glass [2]** 60/13 116/17
**glean [1]** 159/5
**go [54]** 8/23 12/14 13/2 14/1 14/14 15/15 15/25 16/10 21/22 22/7 28/3 34/3 34/19 35/1 35/20 36/25 37/21 48/14 49/23 52/4 53/7 53/13 60/8 66/24 67/22 70/24 73/11 75/17 77/15 78/3 79/21 82/15 94/22 101/10 106/7 111/21 113/14 119/16 128/9 128/12 129/17 129/18 130/1 131/13 132/3 132/7 145/21 151/1 154/5 159/3 160/18 160/22 160/22 163/9
**goal [2]** 161/22 163/19
**goes [17]** 34/12 35/19 36/4 36/6 38/9 45/16 56/22 56/23 57/25 67/3 79/21 94/10 94/11 121/2 123/9 127/15 141/4
**going [78]** 5/4 5/5 12/6 13/6 15/3 23/24 24/5 28/9 33/1 33/8 39/22 40/18 40/20 41/4 41/6 41/20 42/6 43/4 43/18 46/16 46/20 50/10 50/15 52/11 52/21 54/2 64/7 71/19 76/9 76/18 80/6 81/7 86/3 86/8 88/9 88/21 96/10 103/18 117/2 117/7 118/23 119/10 121/14 122/9 128/25 129/17 129/18 130/2 130/5 131/15 131/22 133/5 135/20 137/16 137/20 141/1 141/7 141/25 143/4 143/5 149/5 150/15 151/1 151/7 155/7 155/10 155/17 156/7 156/9 158/14 160/2 161/18 161/21
**gone [3]** 139/19 147/13 147/15
**good [18]** 2/13 5/3 5/3 6/2 6/24 7/1 20/22 20/22 20/24 64/15 101/8 101/8 112/14 117/8 120/6 120/8 132/7 162/11

**goose [1]** 32/25

**H**

**Hampshire [8]**  8/8 8/13 8/25 9/3 9/23 82/16 82/17 82/25

**hand [35]**  5/14 38/4 38/5 44/7 45/10 45/13 50/7 50/18 63/14 63/17 63/20 63/23 65/4 66/12 66/14 66/16 67/25 68/7 68/20 68/24 69/2 76/18 81/25 82/4 82/17 84/9 92/19 92/23 118/6 119/19 141/25 144/9 158/18 163/13 164/12

**hand-marked [24]**  44/7 45/10 45/13 50/7 50/18 63/14 63/17 63/20 63/23 65/4 66/12 66/14 66/16 67/25 68/7 68/20 68/24 69/2 81/25 82/4 82/17 84/9 92/19 92/23

**handed [3]**  12/17 43/16 50/1

**handle [2]**  26/4 119/11

**handled [2]**  116/25 130/22

**handles [1]**  36/6

**handling [1]**  26/4

**happen [2]**  58/7 106/25 136/9 136/12 143/4 155/10 156/7

**happened [4]**  55/8 127/5 140/1 159/1

**happening [2]**  67/24 160/9

**happens [3]**  51/22 58/6 58/8

**happy [7]**  141/24 162/14 162/24 162/25 163/1 163/2 163/14

**hard [10]**  47/5 63/7 63/8 63/10 105/14 115/13 131/24 151/16 157/9 157/16

**harsh [1]**  118/14

**has [94]**  1/6 7/3 7/24 8/5 8/6 8/22 10/19 10/20 10/22 13/14 13/22 14/25 17/4 19/9 20/14 23/11 26/13 27/23 32/19 32/20 33/19 34/14 39/7 40/5 41/17 42/10 42/11 45/21 46/17 47/2 49/3 51/8 51/12 51/18 51/19 51/20 52/9 53/20 54/15 58/13 62/3 62/18 62/22 64/3 64/3 64/12 68/23 69/5 73/14 75/9 77/2 77/6 77/19 79/5 79/6 79/25 80/6 80/22 81/9 84/9 86/25 96/16 97/2 97/9 97/9 101/24 113/15 117/4 123/9 124/4 126/25 127/7 129/12 134/3 139/4 140/1 140/5 142/21 145/5 145/17 146/19 146/21 147/3 148/20 149/2 151/8 154/22 155/16 156/8 157/10 157/12 158/9 158/19 158/20

**hasn't [2]**  52/2 56/3

**have [285]**

**haven't [9]**  9/5 51/23 56/1 82/19 123/25 130/23 137/20 138/13 154/6

**having [10]**  5/23 25/12 33/9 120/3 123/21 124/24 126/17 143/21 150/9 159/10

**Hawthorne [14]**  59/17 59/21 61/8 86/1 90/15 92/5 103/12 103/15 103/15 103/16 103/20 103/20 103/21 104/4

**HCI [2]**  7/8 59/16

**he [168]**

**he's [16]**  32/23 33/6 39/21 43/18 47/23 53/18 53/19 53/23 53/24 110/9 118/2 123/12 124/25 131/17 146/21 152/20

**head [4]**  8/16 11/22 38/23 70/1

**headed [1]**  43/7

**headset [1]**  56/19

**hear [3]**  79/8 126/10 128/13

**heard [7]**  33/3 43/11 51/21 104/18 137/12 155/21 157/23

**hearing [8]**  5/10 11/21 43/12 45/8 48/3

**hearings [1]**  51/8

**hearsay [6]**  18/10 37/16 110/2 110/3 110/10 110/12

**heart [1]**  159/7

**height [1]**  40/19

**held [3]**  6/10 146/25 164/10

**Hello [2]**  82/12 131/2

**help [4]**  20/8 42/9 64/14 77/11

**helpful [3]**  23/15 43/18 52/21

**helps [1]**  23/14

**her [1]**  131/12

**here [58]**  6/2 12/8 14/4 17/9 21/2 22/5 32/3 33/12 35/5 41/4 42/25 43/4 43/6 47/15 48/4 50/5 52/20 53/12 58/5 68/3 70/10 70/20 72/16 75/22 76/23 77/12 86/23 87/5 93/1 96/25 100/8 115/3 118/6 122/10 128/9 130/4 131/21 132/23 134/4 134/5 138/24 139/1 139/14 140/1 140/2 141/6 141/24 143/3 145/17 146/3 147/15 149/13 152/9 152/21 155/7 155/14 159/10 162/16

**hereby [1]**  164/8

**hereunto [1]**  164/12

**HERNANDEZ [4]**  3/6 4/16 119/10 131/3

**hesitate [1]**  151/21

**high [3]**  56/20 57/4 108/9

**higher [4]**  33/18 83/25 103/18 104/2

**him [34]**  14/24 15/2 30/23 31/19 31/25 32/3 33/8 33/10 33/13 37/18 39/21 41/8 42/11 43/12 45/24 50/25 51/20 52/21 54/20 79/10 86/6 86/7 120/19 121/24 124/17 124/20 124/21 124/22 124/23 125/24 144/11 147/13 159/2 162/8

**himself [4]**  52/25 111/16 125/25 161/2

**his [81]**  16/22 17/4 17/6 20/13 26/2 31/24 32/10 33/2 33/13 33/15 39/22 42/22 43/8 43/13 43/20 43/22 45/12 45/25 46/6 46/11 47/24 50/4 50/19 51/3 51/9 52/23 52/24 53/5 53/9 54/2 54/3 54/7 54/12 54/18 54/19 54/24 55/18 55/23 55/24 56/8 56/8 66/13 66/24 67/2 71/16 71/16 71/17 71/18 72/21 73/1 79/11 80/7 80/9 80/16 80/23 95/14 96/16 97/8 115/8 118/6 119/14 121/1 121/3 121/22 123/10 123/19 123/21 127/17 127/18 132/24 137/20 139/4 139/23 146/16 146/14 149/21 150/24 152/18 152/20 155/9 160/17

**Hispanic [1]**  93/7

**historical [1]**  145/17

**hit [3]**  133/16 135/20 145/19

**Holcomb [1]**  76/14

**hold [3]**  117/22 134/24 150/9

**honest [1]**  95/8

**Honestly [2]**  79/10 115/18

**honor [203]**

**Honor's [1]**  153/11

**HONORABLE [1]**  1/11

**hope [4]**  119/1 128/4 133/13 163/16

**hopefully [1]**  5/4

**HORST [1]**  2/9

**how [46]**  14/22 23/2 33/11 33/24 33/24 34/11 35/16 42/13 46/17 53/8 53/10 60/8 66/9 75/11 76/22 80/4 80/19 94/10 95/8 96/24 99/14 104/1 106/11 114/8 114/11 120/7 121/16 121/22 122/2

**128/16 123/15 126/22 128/23 129/4 130/22 132/3 136/19 141/7 146/15 146/16 148/12 151/12 152/1 152/2 152/17 154/21

**however [1]**  1/7

**huh [1]**  66/10

**human [27]**  6/16 7/2 7/6 7/8 19/6 31/20 38/3 38/10 38/10 46/16 53/24 59/1 61/23 61/24 62/13 62/20 69/24 75/6 83/19 83/21 89/7 94/22 95/2 102/6 109/4 109/9 109/11

**Human-Centered [1]**  6/16

**human-computer [9]**  7/2 7/6 7/8 19/6 31/20 46/16 59/13 61/24 75/6

**humans [3]**  7/9 7/12 23/9

**hypotheses [1]**  74/21

**hypothetical [1]**  109/22

**I**

**I'll [19]**  17/9 18/7 19/4 20/7 47/25 51/17 67/13 76/13 82/7 85/5 88/19 96/11 110/12 115/18 128/12 135/16 140/10 160/5 163/13

**I'm [129]**  5/4 11/3 12/6 13/8 13/23 15/3 16/11 17/1 17/17 18/12 19/11 19/15 20/5 21/22 22/19 22/21 22/25 23/17 24/5 24/10 24/10 24/17 25/7 25/8 25/9 26/21 27/2 27/19 31/24 33/1 33/8 39/8 39/19 40/18 40/23 41/6 41/8 42/4 49/2 49/11 52/11 52/20 52/22 53/23 58/21 59/24 66/3 66/25 67/10 70/13 71/21 72/2 73/5 75/9 75/22 76/18 77/8 83/3 83/10 83/13 87/7 88/9 88/13 88/21 90/8 91/7 91/10 91/21 95/23 96/2 96/10 97/5 98/7 100/1 104/24 105/8 106/18 107/10 108/5 108/8 108/21 110/10 110/22 110/24 113/15 115/24 117/18 117/18 117/19 118/24 119/12 120/24 121/14 121/20 123/3 125/13 126/10 128/24 128/25 129/17 130/3 130/19 132/6 132/17 132/22 133/19 134/25 135/1 135/20 138/23 139/19 141/24 141/25 145/16 145/21 149/19 155/24 156/15 157/11 159/25 160/8 160/13 162/16 162/17 162/19 163/17 163/18 163/18 163/20

**I've [6]**  12/8 14/24 20/12 75/25 104/15 139/19

**ICHTER [4]**  2/20 2/21 120/15 120/19

**ICX [1]**  51/19

**idea [3]**  54/12 152/10 159/23

**identified [4]**  25/15 60/24 66/15 100/18

**identify [10]**  34/15 53/8 60/23 75/22 90/6 90/12 99/3 99/11 99/11 134/7 158/3

**IDs [1]**  71/4

**ignores [1]**  61/23

**III [8]**  2/13 2/16 2/18 7/20 8/3 8/5 8/6 64/24

**ill [1]**  118/15

**illuminate [1]**  37/19

**image [2]**  78/19 79/9

**images [4]**  80/25 81/3 81/4 81/6

**imagine [1]**  7/9

**immediately [3]**  47/11 89/8 162/9

**impact [2]**  102/13 102/18

**impeachment [2]**  88/14 97/2

**implemented [1]**  8/2

**important [5]**  139/1 140/16 143/3

**I**

**important...** [2]  143/24 148/21
**importantly** [3]  136/20 137/14 139/13
**impressive** [1]  160/25
**improper** [1]  134/15
**improve** [2]  103/17 118/22
**improvement** [2]  89/21 103/1
**inch** [1]  114/12
**include** [2]  31/21 140/24
**included** [1]  16/15
**includes** [7]  19/8 19/24 20/2 23/3
27/18 29/5 53/9
**including** [3]  32/5 32/8 74/2
**incorporated** [1]  51/2
**incorporates** [1]  50/4
**Incredibly** [1]  138/18
**independence** [11]  57/6 57/8 57/18
58/3 58/12 105/1 105/4 105/15 105/17
106/8 107/25
**independent** [19]  30/3 35/14 38/12
57/13 57/15 57/22 65/1 75/10 91/7
104/14 104/16 105/11 105/23 106/1
106/3 106/5 107/4 108/19 111/22
**indicated** [1]  96/18
**indicates** [1]  54/16
**individual** [8]  8/20 36/20 62/1 74/25
89/12 94/19 113/2 113/6
**individuals** [2]  59/17 61/6
**inform** [2]  91/8 92/13
**information** [5]  6/19 126/18 140/8
142/23 160/4
**informed** [2]  91/21 91/22
**informing** [1]  92/1
**initial** [8]  35/25 44/5 45/6 46/6 50/9
54/24 55/4 80/9
**injunction** [5]  45/8 47/18 47/21 55/4
55/6
**innovate** [1]  118/22
**innovation** [3]  11/16 22/15 27/16
**innovations** [1]  8/3
**innovator** [1]  118/1
**input** [1]  117/19
**insecure** [4]  39/12 40/14 41/15 63/17
**insert** [1]  74/23
**inserting** [1]  71/8
**insider** [3]  65/9 65/15 78/23
**insiders** [1]  48/21
**insights** [1]  103/8
**insofar** [1]  121/10 122/5
**inspect** [1]  153/19
**inspection** [2]  38/10 143/10
**instance** [5]  25/13 26/1 66/18 155/12
159/19
**instead** [2]  81/11 151/22
**instructed** [2]  93/16 93/21
**insufficiently** [1]  41/15
**integrity** [1]  132/15
**intellectually** [1]  53/24
**intelligence** [1]  7/3
**intend** [2]  134/13 145/1
**intended** [4]  25/8 93/17 94/18 155/11
**intent** [8]  41/22 45/2 62/18 84/23
111/11 111/14 111/15 118/15
**intention** [2]  64/15 161/22
**intentional** [4]  57/10 57/16 66/18
105/17
**intentionally** [1]  69/17

**intentions** [1]  88/7
**interacted** [1]  33/15
**interaction** [10]  7/2 7/7 7/8 19/7 31/20
46/16 59/13 61/24 75/6 102/6
**interactions** [2]  7/10 7/15
**interacts** [2]  56/15 56/18
**interest** [3]  22/13 74/25 125/11
**interested** [1]  131/20
**interesting** [2]  106/19 160/25
**Interestingly** [1]  146/7
**interests** [12]  121/8 121/16 121/22
122/16 123/7 125/5 125/6 125/21
125/21 126/5 126/11 127/12
**interface** [3]  46/11 54/14 60/13
**interfaced** [1]  56/3
**internet** [1]  154/3
**interrelation** [1]  62/6
**interruption** [1]  56/12
**intervene** [1]  80/1
**introduced** [3]  81/8 85/24 126/23
**introduction** [1]  141/13
**invention** [2]  74/3 116/16
**investigation** [1]  95/4
**invite** [1]  154/5
**invited** [1]  34/24
**involvement** [1]  23/11
**involves** [1]  39/11
**irrespective** [1]  140/6
**is** [659]
**island** [1]  28/4
**isn't** [7]  94/14 101/23 110/2 112/18
118/9 148/1 148/2
**issue** [31]  22/5 23/12 25/21 36/17 50/9
54/9 68/3 68/20 69/10 80/3 125/11
125/12 137/4 137/8 137/19 138/10
138/20 139/15 140/22 146/12 149/2
150/19 151/14 151/18 152/23 153/1
155/17 157/23 158/13 158/23 160/13
**issues** [16]  23/9 26/13 26/21 28/1
50/16 52/2 54/5 69/14 118/1 127/25
128/20 130/10 130/19 150/3 151/3
152/5
**it** [540]
**it's** [3]  21/5 90/15 101/8
**item** [2]  130/11 130/17
**items** [1]  37/2
**its** [3]  13/15 41/19 134/6
**itself** [9]  17/2 25/19 56/17 58/8 81/18
105/1 142/19 146/19 147/22

**J**

**JACOUTOT** [1]  3/8
**JANUARY** [24]  1/13 5/2 91/1 126/19
127/1 135/24 135/25 136/10 137/4
138/2 139/16 140/25 143/5 144/3 144/4
145/10 145/11 145/12 146/1 150/2
153/11 156/1 156/10 164/13
**January 15** [1]  145/11
**January 17** [1]  145/10
**January 17th** [2]  126/19 127/1
**January 18** [2]  144/4 145/12
**January 2022** [1]  150/2
**January 22** [1]  91/1
**January 23rd** [1]  137/4
**January 26** [2]  135/25 136/10
**January 4th** [3]  143/5 146/1 156/10
**January 6** [1]  135/24
**JAVIER** [1]  3/5

**JEFFREY** [1]  2/2
**Jim** [2]  34/19 37/21
**job** [1]  118/4
**John** [1]  57/7
**join** [1]  34/24
**joined** [1]  6/17
**Joint** [1]  141/4
**JOSH** [7]  3/5 131/18 131/19 132/10
132/17 162/3 163/1
**Josh's** [2]  131/19 163/15
**JP** [1]  108/14
**JR** [1]  3/10
**JUAN** [4]  4/5 5/9 5/19 5/22
**judge** [8]  1/12 121/2 122/6 124/15
126/13 129/11 131/22 162/20
**judgment** [1]  150/6
**July** [8]  46/2 48/19 49/4 49/20 49/25
51/1 120/13 135/22
**July '21** [1]  49/20
**July 1** [1]  49/4
**July 15** [1]  46/2
**July 21** [1]  49/25
**jump** [5]  15/18 15/23 16/1 135/18
159/24
**junction** [1]  16/21
**June** [4]  16/15 95/20 95/24 96/5
**June 21st** [1]  16/15
**June 28** [2]  95/20 95/24
**June 28th** [1]  96/5
**jurisdiction** [1]  25/19
**jurisdictions** [1]  55/2
**jury** [1]  133/8
**just** [144]  5/10 7/5 10/6 10/9 12/12
12/17 13/8 13/13 13/23 18/11 18/20
18/24 19/1 20/3 20/13 20/16 20/18
21/12 21/14 21/22 23/24 25/2 25/12
25/19 27/7 29/9 29/10 31/6 31/16 36/17
38/22 42/10 42/18 42/22 43/6 44/10
46/23 48/1 48/25 49/1 49/23 50/24
50/24 54/1 54/7 56/13 56/20 57/4 62/12
64/1 65/13 68/4 69/5 70/21 72/2 72/15
73/3 74/17 75/4 75/11 75/13 76/1 77/18
77/25 78/6 79/20 79/22 81/6 81/13
81/13 82/2 86/2 87/6 89/2 93/25 96/8
96/23 96/25 99/7 104/25 105/6 105/8
105/13 105/16 109/15 112/17 112/24
118/17 120/24 123/14 124/3 127/19
128/9 128/11 128/13 128/18 129/2
129/10 129/19 130/2 130/3 130/5 131/5
131/23 133/1 133/3 133/15 134/11
134/24 135/18 135/20 137/9 138/20
140/4 140/15 142/5 142/25 146/12
149/14 150/11 151/17 151/22 154/10
157/2 157/6 157/18 158/15 158/25
159/11 159/23 160/5 160/5 160/10
161/1 161/4 161/12 161/24 162/7
162/12 162/13 162/17 163/8 163/13
163/15

**K**

**KAISER** [1]  2/5
**keep** [4]  10/7 48/3 93/21 155/13
**Kenneth** [1]  76/11
**key** [2]  51/7 136/1
**kind** [12]  6/10 6/21 11/20 34/7 36/17
37/13 107/6 121/15 138/9 150/12
150/15 152/16
**kinds** [6]  24/15 24/24 25/4 30/15 31/10

**K**

kinds... [1] 32/5
KNAPP [1] 2/8
knew [7] 60/25 64/15 136/10 143/4
143/7 155/15 156/8
know [74] 9/9 13/16 14/22 21/14 22/21
24/16 25/12 26/7 26/16 27/16 31/16
36/19 36/21 36/22 41/24 42/20 50/15
51/4 52/2 53/16 54/3 54/13 59/15 59/18
59/23 68/14 72/14 77/10 77/11 79/10
80/1 80/3 89/13 90/2 93/20 93/24 94/1
95/8 95/14 95/21 96/9 102/25 103/6
105/4 106/6 108/17 114/18 115/12
118/23 123/9 124/20 124/22 125/11
128/11 131/9 132/12 132/12 138/8
140/2 150/15 150/20 152/17 155/21
157/8 157/12 159/9 159/16 159/24
159/24 160/1 160/4 161/12 162/1 162/5
knowing [1] 115/13
knowledge [11] 7/22 32/22 34/11
53/22 55/17 68/10 85/25 91/24 94/15
125/20 152/13
known [5] 23/1 59/16 79/18 127/2
155/17
knows [1] 109/9
KREVOLIN [1] 2/9

**L**

lab [6] 6/23 6/24 6/24 7/1 7/3 7/17
laboratories [1] 6/22
lack [6] 65/3 134/21 135/5 135/20
145/22 147/18
laid [3] 143/6 143/18 156/7
language [1] 136/23
lap [1] 151/20
lapses [1] 155/19
laptop [3] 113/24 114/10 114/11
large [2] 107/6 127/11
LAROSS [1] 3/9
last [12] 5/19 51/17 55/7 84/16 98/20
101/10 135/14 135/15 148/7 148/19
154/12 159/1
late [1] 157/15
later [8] 22/2 32/10 65/8 65/15 90/3
136/18 150/10 160/18
LAURA [2] 2/13 2/18
law [11] 2/15 2/17 2/25 49/6 132/23
134/17 139/9 140/2 145/2 146/2 146/25
lawsuit [1] 102/12
lawyer [2] 126/23 132/1
lawyer's [1] 127/18
lawyers [1] 154/13
lay [1] 70/20
laymen's [1] 57/9
leading [6] 78/24 78/25 113/25 114/25
116/2 150/4
leads [1] 105/1
least [18] 27/22 40/1 40/5 52/23 54/16
55/17 89/20 92/5 122/6 137/22 143/25
155/20 156/2 159/5 160/4 161/18
161/25 163/18
leave [2] 129/12 142/6
leaves [3] 42/9 65/14 148/6
left [6] 56/13 100/5 100/20 138/25
141/8 159/25
legal [4] 39/17 39/19 125/10 152/16
legitimate [2] 68/18 69/15

lend [1] 105/2
length [1] 77/23
lengthy [1] 148/23
less [4] 45/14 84/17 93/7 108/15
let [25] 11/9 20/15 45/5 48/22 50/25
54/8 66/7 71/7 73/5 73/13 86/23 90/17
95/16 98/23 105/16 106/7 109/22
109/23 121/1 124/5 128/11 135/18
157/17 158/16 158/25
let's [12] 23/5 46/19 79/21 96/22 106/7
110/14 112/4 118/7 128/23 140/11
162/22 162/22
letter [6] 123/22 124/1 124/17 124/21
124/21 124/24
level [3] 33/18 56/20 57/4
Lexis [1] 141/21
libraries [6] 143/11 143/14 144/13
144/14 151/7 156/23
library [4] 147/25 148/1 148/1 148/2
license [1] 10/5
life [1] 43/1 43/19
light [2] 85/23 154/1
like [45] 18/16 20/15 21/15 23/3 23/22
23/22 27/5 30/25 33/1 33/1 34/3 34/13
36/8 51/25 54/21 60/1 60/14 63/11 69/3
69/17 73/7 96/24 99/17 116/21 118/2
118/3 122/19 123/2 123/10 123/14
129/6 129/6 129/11 133/20 135/7 136/5
136/8 151/16 152/19 155/8 157/6 159/9
161/14 162/19 163/14
likely [4] 71/18 93/7 102/22 108/11
limine [6] 134/23 135/7 137/18 141/6
142/18 152/15
limitation [2] 46/4 153/22
limited [5] 19/2 49/25 54/11 152/25
153/16
limiting [11] 39/5 43/25 62/17 62/19
87/24 93/4 94/5 94/8 94/24 112/18
113/1
limits [1] 156/4
line [5] 1/6 29/19 49/24 56/6 84/7
Line 3 [1] 29/19
lines [1] 32/10
list [3] 18/21 138/7 142/13
listed [1] 37/2 54/23
listen [3] 86/2 131/4 157/15
listened [1] 20/12
listening [1] 25/9
listing [1] 142/5
literally [3] 108/13 144/10 154/25
litigation [3] 2/11 115/3 125/22
little [14] 6/4 13/18 19/15 20/11 32/25
43/12 57/3 83/25 102/18 105/13 130/3
131/10 160/6 160/23
LITTLEFIELD [1] 3/7
live [1] 48/17
lived [1] 45/17
LLC [1] 3/7
LLP [1] 2/7
local [4] 8/10 144/19 144/22 145/4
lonely [1] 28/4
long [8] 84/8 99/14 128/23 147/13
154/11 159/11 161/19 161/19
longer [5] 13/19 15/4 26/17 125/5
125/20
longest [1] 7/3
look [26] 9/11 48/22 49/14 49/19 49/24
58/24 61/21 61/21 74/2 74/4 83/9 93/2

98/8 98/5 116/21 118/7 138/25 139/19
150/21 154/16 154/18 160/19 160/22
160/22 161/12 163/14
looked [2] 54/15 133/25
looking [19] 25/13 35/4 45/4 46/21
48/24 49/1 49/2 50/5 52/16 74/19 83/24
113/23 114/3 114/10 121/12 142/10
147/14 147/17 156/19
loosey [1] 32/25
lose [1] 58/12
loss [1] 132/25
lost [3] 109/11 109/25 125/13
lot [12] 13/24 30/23 31/1 40/20 48/13
58/13 133/8 137/2 142/1 148/16 149/14
154/6
Lots [1] 133/6
loudly [2] 5/17 119/22
love [2] 118/6 131/15
low [2] 40/2 104/3
lower [1] 104/4
luck [1] 117/8
lunch [2] 143/13 161/21
lying [5] 97/19 97/21 97/23 98/10
111/7

**M**

MacBook [1] 114/12
machine [22] 21/5 21/9 21/11 38/4
38/5 46/18 59/16 60/12 64/17 74/15
74/25 86/21 87/19 87/23 88/5 88/7
89/24 98/13 116/7 116/9 116/16 116/18
machines [7] 24/2 33/20 38/11 38/21
54/6 54/20 133/4
made [20] 8/2 10/4 10/11 39/4 43/5
46/10 48/17 50/13 69/1 73/10 78/14
78/15 79/17 89/5 100/16 126/22 133/18
134/10 139/7 157/10
mail [2] 8/24 78/11
main [3] 69/22 159/10 163/19
maintained [1] 139/5
major [3] 117/10 117/11 117/13
majority [1] 120/15
make [25] 13/13 16/14 21/11 25/2 28/6
49/1 51/17 53/5 56/19 60/7 62/13 68/22
74/16 75/12 85/5 96/25 103/16 107/7
117/19 118/4 135/16 154/25 155/1
157/2 157/18
makes [5] 64/21 89/8 97/12 141/22
146/8
making [4] 27/13 60/14 101/22 134/11
malfeasance [1] 81/2
malfunction [1] 62/2
malicious [2] 46/8 87/24
malware [18] 42/1 71/8 71/13 71/22
72/8 72/11 72/12 74/22 74/23 137/20
146/9 146/11 146/16 146/19 152/18
152/19 152/20 156/19
managed [1] 127/7
manipulate [1] 82/1
manipulated [1] 58/11
manner [1] 41/25
manufacture [1] 149/2
manufactured [1] 116/21
manufacturers [1] 71/1
many [10] 7/25 10/15 26/9 33/24 44/12
51/7 68/8 75/11 108/3 129/4
March [1] 136/13
March 4th [1] 136/13

Case 1:17-cv-02989-AT   Document 1845   Filed 05/29/24   Page 180 of 192

**M**

**marginal [1]** 124/4

**mark [5]** 8/23 76/9 76/13 78/14 78/15

**marked [26]** 17/17 38/4 44/7 45/10 45/13 50/7 50/18 63/14 63/17 63/20 63/23 65/4 66/12 66/14 66/16 67/25 68/7 68/20 68/24 69/2 81/25 82/4 82/17 84/9 92/19 92/23

**market [1]** 102/10

**marking [15]** 7/25 8/11 21/4 38/4 40/13 45/9 56/16 61/16 62/7 63/21 76/10 85/3 85/8 92/13 105/25

**marks [5]** 78/14 128/8 128/23 130/7 130/12

**Marks' [1]** 161/16

**Martin [1]** 10/23

**MARTINO [1]** 2/6

**MARTINO-WEINHARDT [1]** 2/6

**MARY [1]** 2/5

**master's [1]** 6/7

**match [4]** 62/20 62/23 94/22 109/13

**material [3]** 129/1 137/22 139/3

**materials [1]** 140/23

**Mathematics [3]** 11/13 12/3 34/9

**Matt [1]** 132/23

**matter [16]** 10/16 22/5 52/10 58/9 98/15 107/1 122/4 122/17 126/12 140/18 148/12 154/21 159/2 160/17 162/18 164/11

**matters [6]** 55/22 55/24 58/10 123/13 140/1 146/3

**MATTHAEUS [1]** 2/6

**Matthew [1]** 58/15

**may [51]** 1/2 1/4 12/10 13/21 14/9 14/10 15/6 17/11 20/3 25/8 29/7 35/20 36/5 36/21 38/3 38/5 42/3 47/25 61/6 66/21 66/22 69/17 69/18 75/5 75/13 75/19 76/15 84/8 87/24 95/2 108/11 111/6 112/1 115/16 115/18 117/24 119/9 119/13 122/22 122/23 127/2 127/18 129/11 130/17 136/2 140/18 145/3 147/9 160/10 162/4 162/13

**maybe [17]** 7/12 9/10 13/18 19/17 22/21 28/5 47/13 65/20 99/21 118/17 124/17 138/9 142/2 144/25 154/6 159/5 159/6

**mayor [1]** 76/11

**McGUIRE [2]** 2/16 2/17

**me [74]** 11/9 14/25 18/17 20/15 21/2 22/17 24/14 24/17 27/13 32/15 44/11 44/12 45/5 47/5 48/22 49/19 52/1 54/8 60/2 60/24 66/7 66/23 71/7 71/13 71/19 73/5 73/13 77/11 77/18 77/21 82/12 85/4 86/23 86/24 87/10 90/17 91/18 95/16 95/24 95/24 97/10 98/23 98/23 99/5 99/14 99/22 100/1 102/15 102/18 103/10 103/13 105/14 105/16 106/7 108/24 109/22 109/23 121/18 130/23 130/25 132/18 133/3 135/18 136/5 151/21 154/24 157/17 158/16 158/25 159/15 159/25 160/5 162/4 163/15

**mean [31]** 7/6 8/18 21/16 26/25 27/4 32/17 32/22 33/5 33/13 41/7 42/13 52/6 53/18 60/2 63/11 68/5 69/3 101/25 118/11 118/15 122/12 123/19 123/22 127/10 127/12 132/24 151/8 156/12 159/18 159/23 160/25

**meaning [13]** 37/3 37/15 59/21 61/8 61/21 62/22 63/5 64/25 68/18 81/6 81/7 109/12 113/13

**means [5]** 10/3 19/16 68/16 79/13 140/22

**meant [3]** 72/20 23/16 90/22

**measure [1]** 33/5

**MECHANICAL [1]** 1/21

**mechanism [1]** 78/13

**Medal [1]** 11/15

**meet [3]** 101/8 137/12 144/19

**meeting [2]** 36/7 129/12

**MEGAN [2]** 2/13 2/18

**member [1]** 12/2

**members [1]** 14/5

**memory [2]** 77/7 132/25

**mention [3]** 52/18 151/10 160/6

**mentioned [12]** 7/16 9/16 17/14 70/21 91/24 92/22 138/13 145/20 146/4 155/24 158/12 162/12

**mentions [1]** 54/14

**Mentoring [1]** 11/14

**merely [1]** 134/10

**merit [1]** 149/2

**merits [1]** 125/12

**Merritt [1]** 154/1

**mess [1]** 133/10

**message [1]** 122/20

**met [1]** 139/11

**method [3]** 113/12 159/3 159/3

**methodology [2]** 159/13 159/15

**methods [3]** 53/9 113/9 158/8

**Miami [1]** 6/7

**Michael [1]** 66/13

**Michigan [7]** 59/25 60/18 74/18 85/13 147/15 150/21 155/22

**microphone [1]** 73/4

**might [8]** 42/9 43/16 43/17 99/6 103/8 132/6 154/21 159/21

**Miller [12]** 4/6 4/8 4/12 42/10 43/18 44/9 48/3 50/21 52/9 55/13 138/4 147/10

**mind [2]** 54/3 73/3

**mine [5]** 22/10 57/7 96/1 96/3 129/4

**minimal [1]** 63/11

**minor [2]** 77/25 77/25

**minority [2]** 28/19 67/24

**minute [2]** 52/11 80/7

**minutes [6]** 42/7 52/14 112/2 112/5 128/9 129/9

**mirrored [1]** 153/17

**misconfigurations [1]** 46/8

**mishandled [1]** 148/10

**misrepresentation [1]** 157/4

**miss [2]** 61/6 65/13

**missed [5]** 136/14 136/23 137/6 139/20 154/6

**MISSETT [2]** 2/13 2/19

**missing [3]** 14/10 143/14 145/23

**misspoke [2]** 79/11 79/22

**Misstates [2]** 72/25 73/6

**mistake [6]** 106/17 108/22 108/23 109/4 109/19 109/20

**mistaken [4]** 58/21 59/24 66/22 70/13

**modest [1]** 101/21

**modify [3]** 70/10 81/24 85/20

**moment [9]** 47/22 77/11 109/10 109/11 109/25 129/2 129/8 134/9 156/16

**money [1]** 148/21

**Montgomery [10]** 11/3 12/6 12/14 14/1 14/15 15/8 15/18 15/24 17/19 35/1

**month [1]** 136/18

**months [3]** 46/4 47/24 137/9

**moot [2]** 87/24 138/20

**mooted [1]** 141/19

**more [28]** 15/15 16/10 17/9 20/1 29/10 32/25 40/20 48/10 53/7 93/5 99/22 101/9 101/24 101/25 102/22 103/7 105/2 112/9 137/19 144/12 154/15 155/23 157/18 160/6 160/8 160/16 160/23 163/7

**morning [8]** 5/3 5/3 20/22 120/6 130/12 131/18 151/14 160/21

**morphed [1]** 140/11

**MORRISON [1]** 2/7

**most [7]** 17/25 18/1 94/15 102/2 108/11 127/16 142/17

**motion [38]** 47/18 47/21 55/4 55/6 55/8 55/10 133/18 133/24 134/3 134/3 134/13 134/15 134/17 134/23 135/7 141/6 141/7 141/9 141/17 141/18 141/23 142/15 142/18 142/18 142/22 142/24 144/23 145/1 145/2 145/3 145/5 145/13 146/4 148/9 148/13 152/10 152/12 152/15

**motions [2]** 16/21 137/18

**move [9]** 18/7 19/5 60/7 71/24 78/1 80/11 116/6 121/4 155/4

**moved [1]** 6/14

**moving [2]** 39/9 134/5

**Mr [10]** 4/6 4/7 4/8 4/9 4/10 4/11 4/12 146/7 147/9 163/1

**Mr. [75]** 10/23 11/3 12/6 12/14 14/1 14/15 15/8 15/18 15/24 17/19 29/19 35/1 42/10 42/22 43/18 44/9 48/3 50/21 52/9 54/19 55/13 76/11 76/14 112/9 119/12 120/6 120/15 120/19 121/6 121/21 121/22 122/2 122/19 122/20 123/7 123/24 124/3 124/8 125/4 126/3 126/23 127/2 127/22 128/19 129/2 130/13 131/16 133/24 137/17 138/4 139/1 139/13 139/17 140/25 142/22 143/9 143/12 143/13 146/7 147/10 147/15 147/16 147/19 148/16 148/24 149/16 150/23 151/1 151/9 153/9 154/1 161/17 161/19 161/20 162/5

**Mr. Barnes' [1]** 161/20

**Mr. Belinfante [3]** 137/17 140/25 147/10

**Mr. Cross [6]** 29/19 42/22 54/19 129/2 149/16 151/1

**Mr. Cross' [1]** 124/3

**Mr. Davis [11]** 119/12 120/6 121/22 122/2 122/19 124/8 125/4 126/3 126/23 127/2 127/22

**Mr. Davis' [3]** 121/21 123/7 123/24

**Mr. Evans' [1]** 161/19

**Mr. Gilbert [1]** 112/9

**Mr. Holcomb [1]** 76/14

**Mr. Ichter [2]** 120/15 120/19

**Mr. Kenneth [1]** 76/11

**Mr. Martin [1]** 10/23

**Mr. Merritt [1]** 154/1

**Mr. Miller [9]** 42/10 43/18 44/9 48/3 50/21 52/9 55/13 138/4 147/10

**Mr. Montgomery [10]** 11/3 12/6 12/14

**M**

**Mr. Montgomery... [7]** 14/1 14/15 15/8 15/18 15/24 17/19 35/1
**Mr. Oles [2]** 121/6 122/20
**Mr. Persinger [5]** 143/9 143/13 148/16 148/24 150/23
**Mr. Persinger's [3]** 142/22 147/19 151/9
**Mr. Pico-Prats [1]** 131/16
**Mr. Russo [2]** 139/1 139/17
**Mr. Russo's [1]** 139/13
**Mr. Sterling [2]** 130/13 162/5
**Mr. Sterling's [1]** 161/17
**Mr. Tyson [6]** 128/19 133/24 143/12 146/7 147/16 153/9
**Ms [2]** 4/16 161/14
**Ms. [7]** 119/10 119/11 128/8 128/23 130/7 130/12 161/16
**Ms. Davis [1]** 119/11
**Ms. Hernandez [1]** 119/10
**Ms. Marks [4]** 128/8 128/23 130/7 130/12
**Ms. Marks' [1]** 161/16
**much [15]** 28/4 33/24 64/5 101/22 116/15 118/23 118/25 119/2 119/8 128/4 131/11 138/4 148/25 159/5 160/2
**multiple [2]** 17/3 44/16
**multitude [1]** 25/16
**municipal [2]** 75/24 76/5
**must [3]** 104/10 118/21 141/10
**my [73]** 5/19 6/11 7/22 8/16 11/22 16/12 16/14 17/23 18/1 19/23 20/25 22/21 23/21 23/23 24/18 25/22 29/5 32/13 41/9 46/21 49/5 58/25 59/20 59/20 61/21 63/4 68/10 73/6 74/3 75/5 76/9 77/20 79/15 82/8 82/12 83/2 85/20 91/8 91/21 91/22 91/24 91/25 92/1 92/13 94/12 94/13 94/25 98/7 99/22 101/14 109/22 112/14 114/10 117/14 118/4 118/20 119/14 122/14 124/2 124/15 127/5 129/11 131/2 132/9 132/14 132/21 132/23 139/18 142/9 151/20 160/8 161/22 164/12
**myself [2]** 71/1 81/8

**N**

**N-A-S-E-M [1]** 34/8
**name [16]** 5/17 5/18 5/19 5/20 7/9 20/25 90/14 90/17 108/14 108/14 109/18 112/14 119/22 119/23 130/25 131/2
**names [5]** 6/24 14/17 36/13 84/22 108/13
**names/descriptions [1]** 84/22
**NAP [1]** 105/12
**narrow [1]** 140/17
**NAS [1]** 104/19
**NASEM [3]** 34/4 34/8 79/16
**National [12]** 10/19 11/15 12/2 12/22 13/11 34/8 34/12 34/14 34/22 35/4 58/1 105/9
**naturally [1]** 163/9
**nature [2]** 74/17 118/16
**necessarily [6]** 20/1 31/11 36/16 42/1 118/15 159/17
**necessary [3]** 84/2 118/19 139/5
**need [25]** 22/14 29/24 40/18 52/7 52/8

63/25 64/3 7/24 96/1 96/3 99/16 112/3 121/18 134/4 134/7 138/13 141/2 150/5 150/11 151/7 153/5 154/15 154/16 154/18 162/3
**needed [10]** 137/5 147/18 148/2 148/2 148/17 151/25 153/25 154/13 154/24 157/6
**needs [3]** 15/4 153/20 154/20
**negative [1]** 64/12
**neglect [1]** 69/18
**negotiation [1]** 150/15
**neighbors [1]** 107/19
**net [1]** 79/9
**network [3]** 23/4 23/22 75/11
**networks [10]** 24/8 24/14 24/20 24/20 24/21 24/22 24/24 25/3 28/22 30/14
**never [22]** 40/6 51/12 51/18 51/19 51/20 53/21 53/21 54/13 54/16 75/2 98/14 98/14 104/15 104/18 109/19 112/18 139/21 144/14 151/21 152/12 155/16 159/16
**new [19]** 8/8 8/13 8/25 9/3 9/23 52/4 73/21 74/3 82/16 82/17 82/25 85/23 85/24 126/23 127/1 131/25 145/25 147/11 159/12
**next [16]** 13/2 13/3 17/20 47/8 87/22 100/6 117/17 119/10 124/2 128/7 131/1 134/16 142/14 144/25 145/15 146/3
**nice [2]** 133/11 163/16
**nicer [1]** 131/10
**nick [2]** 29/9 29/10
**night [1]** 160/21
**nine [1]** 6/12
**nine years [1]** 6/12
**no [84]** 9/5 9/22 18/9 18/19 23/11 26/17 27/2 28/23 29/5 36/19 39/8 42/23 45/24 50/20 51/18 54/12 63/19 65/23 68/5 68/22 79/18 82/6 90/8 90/10 92/14 92/15 93/11 95/6 96/16 97/9 97/16 97/19 97/21 97/23 98/8 99/5 100/15 101/2 101/5 102/10 106/18 106/18 106/23 107/7 107/23 108/21 109/5 109/12 109/25 111/5 111/24 115/24 116/5 122/18 125/4 125/20 125/23 127/21 127/24 131/8 132/20 137/12 138/21 140/18 146/10 146/14 147/7 147/16 148/7 148/12 148/14 149/2 151/16 154/21 155/6 155/9 156/4 156/9 156/11 157/10 158/9 159/4 159/23 163/20
**nobody [2]** 96/18 109/9
**nods [2]** 38/23 70/1
**none [2]** 74/4 78/16
**normally [3]** 42/13 131/4 155/2
**Northampton [4]** 61/12 63/4 93/12 93/15
**NORTHERN [3]** 1/1 164/4 164/7
**not [281]**
**note [4]** 52/1 69/9 90/11 130/6
**notebook [1]** 87/1
**notebooks [1]** 29/10
**notes [2]** 82/13 84/21
**nothing [3]** 41/9 112/21 148/25
**notice [15]** 60/21 61/22 62/25 63/3 63/5 90/12 100/14 101/3 101/14 104/7 116/6 139/18 149/21 155/6 155/9
**noticed [12]** 36/12 50/14 59/3 59/22 60/5 89/24 100/10 100/13 100/15

160/16 134/3 158/7
**noticing [1]** 50/12
**notification [1]** 62/4
**notion [1]** 57/8
**notwithstanding [1]** 145/11
**November [20]** 44/18 46/12 47/12 48/5 48/13 51/14 55/4 75/24 76/5 108/18 126/23 135/23 136/25 137/7 137/10 139/1 139/4 139/24 140/14 149/16
**November 13 [2]** 44/18 55/4
**November 15 [1]** 137/10
**November 17 [3]** 135/23 139/1 139/24
**November 2019 [1]** 46/12
**November 2021 [2]** 139/4 149/16
**November 2023 [1]** 75/24
**November 2024 [1]** 108/18
**November 22nd [2]** 136/25 137/7
**November 7 [1]** 76/5
**now [46]** 5/7 9/6 9/6 16/1 17/17 27/20 32/12 36/20 39/6 41/6 48/17 53/24 62/24 78/6 78/17 79/8 83/9 83/21 83/24 84/13 85/1 86/1 88/4 89/7 89/23 94/2 98/13 99/2 104/10 105/13 107/9 110/20 116/2 117/13 118/14 120/22 134/13 138/12 138/21 140/5 140/12 143/9 146/3 146/22 148/9 158/16
**number [24]** 1/5 1/6 1/5 17/4 17/5 37/10 42/25 43/1 44/13 44/16 48/25 59/5 59/8 67/24 72/3 72/5 72/6 100/23 104/4 107/6 113/11 133/1 145/23 150/2
**Number 4 [1]** 37/10
**Number 821-7 [1]** 17/5
**numbers [3]** 61/22 102/25 104/8
**numerous [3]** 10/15 141/24 145/23

**O**

**oath [1]** 154/2
**Obama [1]** 11/12
**object [9]** 19/9 19/10 25/5 30/19 32/3 32/9 41/6 76/25 110/4
**objecting [2]** 134/6 143/17
**objection [54]** 18/9 18/19 37/16 39/16 39/17 39/24 40/3 40/16 40/24 42/4 42/12 45/24 66/21 70/18 71/10 71/15 72/25 73/6 73/6 73/17 77/9 78/24 78/25 80/6 80/17 80/20 110/8 113/25 114/23 115/7 115/13 115/15 115/18 124/3 134/1 134/8 134/10 134/19 134/20 134/22 135/3 135/4 135/6 135/11 135/11 140/19 140/20 142/16 145/25 146/8 148/13 156/9 160/12 160/16
**objections [5]** 33/24 51/21 126/25 129/2 129/4
**obligation [2]** 139/23 140/8
**observation [1]** 61/20
**observations [2]** 103/7 103/12
**observe [1]** 61/7
**observed [4]** 59/16 59/20 61/18 91/14
**obviously [8]** 20/2 32/19 36/21 41/3 130/23 132/20 135/22 160/5
**occasions [1]** 114/13
**occur [3]** 65/17 65/18 81/2
**occurred [5]** 59/24 61/15 61/18 62/3 62/23
**occurring [1]** 60/4
**occurs [3]** 65/7 65/12 162/4
**October [5]** 17/23 18/5 29/14 52/17 52/24

**O**

**October '21 deposition** [1]  52/24
**October 28** [1]  17/23
**October 28th** [1]  18/5
**October 29** [1]  29/14
**odd** [1]  154/24
**off** [7]  8/16 11/22 56/13 97/6 120/10
150/8 163/11
**offended** [1]  132/10
**offer** [4]  37/9 42/8 51/1 51/5
**offered** [9]  21/17 30/20 32/3 32/7 42/11
51/8 72/21 114/20 146/22
**offering** [9]  20/9 30/23 31/25 39/19
63/16 72/13 82/3 82/4 150/17
**office** [2]  2/25 128/12
**official** [7]  1/1 1/2 1/3 1/7 1/23 164/6
164/17
**often** [4]  26/8 61/21 116/19 145/3
**oh** [6]  9/19 18/11 49/11 58/24 133/1
163/9
**Ohio** [5]  6/7 8/13 8/22 9/13 9/23
**okay** [82]  5/11 10/8 12/25 14/6 14/13
15/3 16/10 16/17 17/17 17/25 18/5 19/3
28/11 30/10 31/10 35/23 36/2 36/9
36/24 37/13 37/20 38/16 51/4 54/18
56/9 62/16 69/7 72/1 79/1 82/14 82/21
83/9 83/16 83/24 84/5 84/13 84/16
85/22 86/5 86/23 87/6 88/17 89/23 90/2
92/15 93/2 93/4 93/12 94/2 96/13 107/9
108/3 108/7 108/23 109/22 109/23
110/23 111/13 111/25 115/25 117/6
122/19 124/6 124/7 124/10 124/13 125/2
126/1 127/25 128/15 130/24 132/3
142/8 142/24 145/21 153/3 158/14
158/25 161/11 161/14 161/24 162/14
162/21
**old** [1]  92/20
**OLES** [7]  2/24 2/25 4/11 112/15 121/6
122/20 124/11
**omit** [2]  128/1 153/16
**once** [5]  26/17 51/12 139/18 144/10
145/24
**one** [104]  9/12 9/15 9/19 11/21 13/13
15/3 15/15 15/16 15/24 16/10 16/22
17/9 18/13 20/18 21/2 26/23 27/22
27/22 28/5 28/5 34/16 35/2 42/8 42/25
43/16 44/13 44/16 44/18 47/1 47/2 47/8
47/13 47/15 49/3 51/1 51/6 53/6 55/13
60/21 61/20 61/25 62/1 62/4 62/12 63/2
63/8 63/21 64/7 64/8 64/16 64/21 65/8
66/1 69/24 72/4 72/6 74/18 74/22 76/13
82/12 82/25 84/5 86/23 89/20 89/22
93/20 93/24 94/12 96/3 97/3 98/20
100/9 100/17 103/12 104/25 106/23
107/7 108/3 108/5 109/10 109/24
112/15 112/17 117/21 131/15 133/3
142/3 143/24 147/6 148/12 148/12
148/22 150/7 153/17 154/21 155/22
157/2 157/10 157/18 158/7 159/4 162/2
162/3 163/7
**ones** [2]  10/22 155/12
**online** [8]  8/23 10/6 10/9 17/15 26/10
26/10 26/11 26/21
**only** [32]  1/2 1/6 18/12 18/24 27/12
27/19 45/21 59/23 71/20 72/17 84/21
85/1 85/6 85/16 100/8 102/22 103/3
110/24 111/7 111/15 120/9 134/8

**140/22 145/8 143/19 146/5 146/19**
146/22 150/16 151/13 154/20 161/4
**open** [8]  7/19 8/9 10/2 53/3 81/2
117/18 117/18 117/19
**openly** [1]  53/6
**operates** [2]  10/9 33/7
**operating** [1]  156/17
**operation** [1]  24/1
**opinion** [40]  39/14 39/21 39/22 40/12
40/16 40/24 41/2 41/13 42/11 45/12
45/20 51/5 55/24 57/20 59/9 63/16
63/20 64/10 72/13 72/21 72/23 74/13
82/4 84/6 84/7 84/13 84/20 84/24 91/8
91/17 91/21 91/22 92/1 92/12 92/13
115/8 118/20 141/12 152/17 152/19
**opinions** [12]  33/17 50/22 51/2 51/7
91/3 91/4 91/5 91/18 91/20 146/6 146/9
146/13
**opponent** [1]  123/17
**opportunity** [8]  48/7 86/3 107/18 118/6
131/13 141/11 143/2 150/18
**opposed** [3]  21/17 71/14 84/10
**opposite** [3]  93/17 103/16 118/5
**opted** [1]  48/9
**optical** [1]  38/5
**option** [2]  8/14 68/23
**oral** [1]  134/4
**orally** [1]  133/18
**order** [11]  79/13 97/18 122/7 136/6
145/6 145/8 145/9 156/17 156/18
157/25 158/2
**ordered** [3]  138/1 145/24 156/3
**orders** [2]  13/14 13/22
**Oregon** [5]  8/14 9/17 9/17 9/22 141/22
**original** [1]  48/9
**originally** [3]  32/18 120/13 149/22
**other** [61]  7/12 8/2 8/3 8/4 8/11 9/15
11/22 13/11 22/6 25/16 27/6 32/17 33/3
33/20 33/25 42/22 46/7 46/9 53/14
53/23 55/1 63/22 65/3 69/24 72/10 77/4
77/21 90/2 93/20 93/21 93/24 93/24
112/3 117/11 117/11 121/9 122/14
122/17 122/21 123/8 123/11 123/20
124/24 124/25 125/6 129/20 130/19
132/16 133/3 142/16 143/11 150/25
151/15 151/24 152/8 153/18 156/19
156/22 156/23 159/21 160/14
**others** [11]  21/21 22/4 28/18 28/18
48/21 49/7 62/2 72/9 91/23 100/13
117/2
**otherwise** [4]  19/10 40/21 141/12
153/6
**our** [31]  5/9 7/4 8/12 8/23 10/22 15/5
18/21 39/5 55/17 74/21 81/5 117/14
118/20 126/19 128/7 128/10 130/11
134/2 135/19 137/18 138/5 138/21
140/7 144/13 152/13 152/15 152/22
153/6 160/19 161/18 161/20
**ourselves** [1]  130/9
**out** [53]  13/11 26/1 35/18 35/19 35/21
35/24 36/6 37/2 41/17 42/12 43/1 43/19
45/5 45/8 48/10 50/17 54/19 54/23 65/4
67/14 72/16 78/10 78/22 79/3 80/23
83/7 83/24 90/5 92/23 93/1 93/25
109/18 110/12 111/8 116/17 116/23
117/7 119/14 127/17 131/16 133/8
135/22 136/3 136/19 137/13 138/17
143/6 143/9 143/18 144/12 155/2

**156/13 156/17**
**outcome** [6]  57/11 57/18 105/19
106/12 106/21 106/25
**outcomes** [2]  94/18 113/1
**outline** [1]  147/24
**outlines** [1]  152/16
**outside** [10]  25/17 66/22 70/18 71/10
71/15 71/17 71/18 73/1 80/7 115/8
**outstanding** [2]  117/10 136/22
**oval** [1]  65/9
**ovals** [1]  65/19
**over** [11]  6/24 10/14 52/4 52/16 52/23
63/22 66/2 74/9 96/8 127/18 139/17
**overall** [1]  103/5
**overlapped** [2]  134/23 135/7
**overvote** [12]  65/5 65/7 65/10 65/18
65/20 66/3 69/10 75/17 76/23 77/15
77/19 80/9
**overvotes** [3]  65/17 66/17 69/12
**Overvoting** [1]  66/5
**own** [5]  8/23 50/11 58/19 100/24 140/7

**P**

**page** [61]  1/5 4/4 12/15 13/2 13/3 14/1
14/3 14/15 15/15 15/19 15/24 16/1 16/7
16/10 16/20 16/24 16/25 17/2 17/7
17/20 29/17 29/19 32/16 34/20 35/2
35/2 36/12 37/1 37/1 37/1 37/21 37/21
44/22 44/23 47/9 67/3 67/3 78/21 83/10
83/11 83/15 84/5 84/16 86/24 87/12
87/13 87/14 93/2 96/14 97/1 100/1
100/2 100/3 100/4 100/5 100/6 100/19
104/9 105/8 105/12 105/16
**Page 10** [1]  15/19
**Page 14** [1]  67/3
**Page 15** [1]  67/3
**Page 17** [3]  36/12 44/22 44/23
**Page 20** [3]  29/17 29/19 32/16
**Page 23** [1]  96/14
**Page 24** [2]  37/1 37/1
**Page 25** [1]  37/1
**Page 27** [1]  37/21
**Page 28** [1]  37/21
**Page 4** [1]  105/8
**Page 47** [3]  16/1 16/25 17/2
**Page 49** [2]  16/7 17/7
**Page 5** [2]  35/2 93/2
**Page 50** [1]  100/19
**Page 57** [1]  87/14
**Page 59** [2]  100/3 100/5
**Page 6** [1]  14/1
**Page 80** [2]  83/11 83/15
**Page 82** [1]  105/12
**pages** [2]  15/24 164/9
**panel** [1]  35/22
**paper** [47]  12/8 20/3 23/8 23/8 38/3
38/11 38/22 43/2 44/7 45/10 45/13 50/8
50/18 57/25 58/2 58/8 58/17 58/22 59/3
60/14 60/24 63/14 63/17 63/20 63/24
65/4 66/12 66/14 66/16 67/17 67/25
68/20 68/25 81/24 81/25 82/4 82/17
83/19 84/10 85/2 85/7 85/16 86/13
87/22 92/19 92/23 116/19
**paragraph** [13]  36/14 43/24 44/2 44/3
44/4 44/5 44/21 47/11 55/20 84/17
96/14 96/15 161/7
**Paragraph 17** [1]  55/20
**Paragraph 3** [1]  44/21

Case 1:17-cv-02989-AT   Document 1845   Filed 05/29/24   Page 183 of 192

**P**

**Paragraph 39 [1]** 44/5
**Paragraph 62 [1]** 161/7
**Paragraph 72 [1]** 96/14
**paragraphs [2]** 50/5 84/16
**Paragraphs 44 [1]** 50/5
**parameters [1]** 143/4
**pardon [1]** 44/11
**parenthesis [1]** 38/20
**Park [1]** 142/16
**part [12]** 25/14 39/5 47/9 93/13 106/18 118/9 133/22 135/19 137/18 139/14 146/12 159/20
**partial [1]** 1/8
**participant [2]** 59/23 60/1
**participants [6]** 59/21 60/5 60/6 60/22 101/14 103/17
**participate [1]** 35/19
**particular [12]** 25/19 33/20 36/17 36/19 45/6 49/15 56/8 56/8 58/15 65/5 118/19 158/22
**particularities [1]** 39/10
**particularly [4]** 9/1 33/4 53/1 54/9
**parties [3]** 48/4 158/2 158/13
**parts [2]** 7/9 54/4
**party [4]** 75/3 75/16 123/17 158/23
**pass [2]** 19/2 47/25
**passed [1]** 64/15
**past [3]** 22/6 69/18 140/13
**patent [1]** 88/7
**pause [5]** 18/25 49/13 135/2 158/17 158/21
**paying [1]** 99/15
**PDF [6]** 1/1 12/15 14/1 16/7 17/2 34/20
**peer [5]** 22/14 35/14 35/18 98/5 98/5
**pen [3]** 23/8 70/7 76/9
**pending [2]** 140/19 150/3
**Pennsylvania [1]** 61/12
**penultimate [1]** 84/17
**people [31]** 7/15 24/18 25/12 26/12 27/5 51/21 59/3 61/5 61/22 61/25 63/24 64/21 68/7 68/24 70/24 75/7 75/10 75/15 81/9 81/10 81/12 102/2 103/19 103/21 108/11 117/2 127/6 127/10 127/11 133/8 134/6
**per [1]** 28/1
**perceive [1]** 157/14
**percent [19]** 59/5 59/13 59/20 60/22 66/15 89/23 90/4 90/7 90/11 100/9 100/24 101/2 101/3 101/12 101/14 103/3 103/3 104/3 104/5
**percentage [4]** 63/7 63/10 63/11 103/18
**perceptions [1]** 157/16
**perfect [6]** 15/10 17/20 133/25 134/9 155/3 163/18
**perfecting [1]** 147/18
**perform [2]** 103/22 104/1
**performed [1]** 80/16
**perhaps [2]** 68/9 137/19
**period [5]** 1/4 9/8 79/19 97/23 105/11
**permanent [2]** 77/6 133/12
**permission [3]** 81/20 81/20 156/21
**permitted [1]** 55/9
**Persinger [5]** 143/9 143/13 148/16 148/24 150/23
**Persinger's [3]** 142/22 147/19 151/9

**person [8]** 26/19 40/14 41/14 62/7 75/9 101/9 150/17 160/25
**personally [3]** 40/6 92/2 131/7
**perspective [4]** 64/21 75/5 118/2 152/23
**perspectives [1]** 118/19
**PH.D [3]** 4/5 5/22 6/7
**phone [1]** 137/11
**physical [1]** 60/5
**physically [2]** 70/5 77/22
**pick [1]** 56/13
**PICO [2]** 3/5 131/16
**PICO-PRATS [1]** 3/5
**picture [3]** 45/6 58/4 99/5
**piece [4]** 27/17 116/16 151/24 152/8
**pieces [5]** 56/14 150/13 150/25 151/15
**pilot [4]** 8/15 9/17 9/18 9/20
**pitiful [1]** 104/5
**place [2]** 9/15 64/17
**plaintiff [6]** 5/10 119/10 120/12 121/14 123/17 159/8
**plaintiffs [29]** 1/5 2/2 2/13 2/18 21/1 41/22 47/17 55/5 112/15 119/5 121/9 121/10 121/17 122/3 122/17 123/8 123/11 125/4 125/7 125/14 125/17 125/20 125/24 126/6 130/7 150/15 152/9 158/6 158/24
**plaintiffs' [5]** 73/24 74/2 80/20 122/14 130/15
**planning [2]** 128/18 138/9
**plausible [1]** 50/6
**play [4]** 88/23 99/7 99/13 99/18
**played [1]** 42/22
**Playing [3]** 88/24 99/8 99/19
**plays [1]** 155/2
**please [15]** 5/13 5/16 24/12 44/3 79/1 82/13 86/16 88/11 88/23 96/4 100/6 100/19 119/18 119/21 131/7
**PM [5]** 52/15 112/8 129/23 129/23 163/23
**point [53]** 19/4 21/21 31/14 35/23 37/18 41/24 42/7 42/11 50/3 50/21 51/17 56/23 66/23 68/15 70/21 71/20 92/20 94/10 115/16 118/8 122/16 127/16 129/10 132/20 136/16 139/1 139/14 141/22 141/25 142/3 142/3 142/14 143/13 144/8 145/24 147/6 147/23 148/7 150/10 150/20 151/16 152/13 153/2 153/6 153/15 154/2 154/12 157/3 157/8 157/19 157/24 160/11 162/2
**pointed [3]** 43/20 83/18 146/24
**points [5]** 45/24 53/10 102/22 145/18 147/20
**poll [6]** 93/16 93/21 96/17 97/10 97/19 98/9
**polling [1]** 51/22
**polls [1]** 93/25
**popping [1]** 22/1
**population [1]** 94/15
**populations [1]** 67/25
**portion [10]** 1/4 18/18 38/10 46/15 52/23 62/13 62/21 95/2 109/13 133/19
**portions [1]** 159/21
**pose [1]** 156/5
**posed [1]** 155/25
**position [6]** 76/11 123/18 131/24 133/18 138/22 139/24

**positions [2]** 6/10 126/25
**positive [2]** 54/4 64/12
**possible [6]** 38/13 53/3 53/6 84/10 127/6 148/11
**post [5]** 17/15 76/13 76/14 115/2 115/21
**postdate [1]** 155/9
**posted [3]** 10/6 10/8 88/21
**potential [3]** 69/14 81/5 129/1
**potentially [1]** 137/22
**power [6]** 61/20 61/25 62/3 63/2 63/8 108/5
**powerful [1]** 138/19
**practical [1]** 162/12
**practice [2]** 69/6 117/3
**PRATS [2]** 3/5 131/16
**preceding [2]** 13/14 29/24
**precinct [4]** 78/18 78/22 79/3 79/23
**precincts [1]** 102/21
**precise [2]** 20/14 99/22
**preclude [1]** 155/4
**precursor [2]** 136/15 138/1
**predates [1]** 45/18
**prejudice [2]** 148/7 148/15
**prejudicial [1]** 138/19
**preliminary [6]** 16/21 45/8 47/18 47/20 55/4 55/6
**premise [1]** 60/13 142/22
**prepare [1]** 141/12
**prepared [5]** 5/8 22/2 132/4 132/6 160/8
**presence [1]** 68/2
**present [3]** 70/5 70/9 131/21
**presentations [1]** 10/14
**presented [5]** 36/10 69/23 91/5 91/18 122/13
**presents [1]** 132/9
**preserved [1]** 134/12
**preserves [1]** 113/5
**preserving [1]** 134/10
**President [4]** 11/12 11/15 11/16 115/5
**President Trump [1]** 115/5
**presidential [3]** 11/12 108/8 108/9
**presidents [1]** 11/7
**pressed [1]** 90/5
**pretrial [6]** 122/7 126/22 137/10 137/14 145/8 152/24
**pretty [2]** 47/5 74/9
**prevent [2]** 66/5 155/11
**prevented [1]** 66/6
**previous [1]** 27/20
**previously [5]** 11/24 49/7 123/6 124/11 126/20
**PRICE [1]** 2/2
**primarily [1]** 64/11
**primary [3]** 27/22 27/22 117/24
**Prime [5]** 7/20 8/3 8/5 8/6 64/24
**print [5]** 8/24 46/9 65/22 84/21 90/5
**printed [4]** 59/2 70/14 87/18 100/9
**printer [2]** 56/17 60/14
**printing [3]** 8/1 65/19 86/12
**prints [5]** 56/20 89/7 109/18 111/8
**prior [13]** 13/22 14/14 43/11 50/4 51/3 51/5 67/17 68/2 78/11 134/1 135/10 139/5 151/14
**privacy [2]** 109/10 111/4
**privilege [1]** 125/10
**Pro [1]** 114/12

Case 1:17-cv-02989-AT Document 1845 Filed 05/29/24 Page 184 of 192

**P**

**probably [5]** 15/4 52/21 77/11 116/15 149/1
**problem [3]** 52/21 86/12 145/4
**problems [1]** 68/6
**proceed [4]** 33/12 124/5 130/10 151/17
**proceeding [1]** 163/11
**proceedings [12]** 1/10 1/21 18/25 49/13 64/2 126/22 129/22 135/2 158/17 158/21 163/22 164/9
**process [8]** 35/7 35/14 89/15 89/18 100/21 136/6 151/1 152/3
**produce [6]** 14/7 38/22 47/24 120/20 120/25 139/23
**produced [8]** 1/22 12/21 13/5 84/2 84/9 84/10 85/2 85/7
**produces [1]** 57/25
**producing [2]** 13/19 37/6
**product [2]** 117/5 117/13
**profess [3]** 32/21 33/2 53/13
**professed [1]** 43/13
**professing [2]** 32/23 33/17
**professor [3]** 6/13 6/19 112/14
**proffered [1]** 41/7
**program [2]** 64/2 69/14
**programmed [2]** 69/9 69/12
**prohibit [1]** 107/10
**prohibited [1]** 1/7
**project [6]** 7/3 8/5 8/5 117/10 117/11 117/11
**projects [1]** 7/2
**promising [1]** 117/14
**prompt [2]** 102/2 102/3
**prompted [3]** 84/9 90/3 90/8
**prompting [3]** 101/16 103/2 103/3
**prompts [2]** 101/25 102/13 102/18
**proper [2]** 81/20 134/3
**properties [1]** 26/7
**proposal [1]** 136/14
**proposed [1]** 153/17
**pros [1]** 45/11
**protect [2]** 81/14 81/21
**protection [1]** 24/2
**protective [1]** 136/6
**protects [1]** 54/3
**protocol [13]** 59/11 60/17 136/3 136/15 138/3 143/7 151/2 153/13 153/17 153/20 153/20 154/1 156/7
**protocols [2]** 143/17 152/3
**prototype [1]** 116/20
**proud [1]** 53/18
**prove [11]** 97/13 97/16 97/19 97/21 97/23 98/4 98/9 113/12 114/14 121/12 122/13
**proved [1]** 43/21
**proverbial [1]** 56/22
**provide [13]** 18/24 37/10 38/11 49/5 136/5 136/13 138/2 147/25 147/25 148/1 149/7 153/12 158/14
**provided [8]** 18/13 47/16 47/23 130/23 153/20 154/22 158/4 161/9
**providing [1]** 18/22
**proving [3]** 96/16 97/9 97/10
**public [2]** 10/5 129/22
**publish [1]** 16/14
**published [6]** 10/13 10/15 18/1 25/14 35/22 39/7

**pull [7]** 12/7 15/8 17/19 67/13 86/16 88/11 95/17
**pulled [1]** 153/20
**purely [1]** 71/23
**purpose [7]** 15/5 18/12 77/10 77/21 77/25 97/4 148/22
**purposes [2]** 128/18 130/6
**pursue [6]** 136/24 137/2 139/8 140/3 140/7 145/16
**pursuing [2]** 140/9 155/19
**put [16]** 7/15 10/11 13/11 23/5 48/14 51/14 57/7 86/23 95/1 108/14 123/14 131/9 134/4 135/17 142/14 150/8
**putting [2]** 151/25 160/25
**puzzle [3]** 151/15 151/25 152/9
**PX [4]** 86/16 88/11 91/4 116/6

**Q**

**QR [19]** 54/14 54/23 55/16 56/25 62/13 62/18 62/20 69/23 83/21 94/2 94/21 95/1 106/17 107/1 108/22 108/23 109/13 109/21 127/14
**qualification [1]** 33/8
**question [31]** 22/3 22/8 22/21 29/25 40/9 41/9 41/19 49/17 60/8 60/20 61/6 64/24 72/17 79/1 86/4 86/7 88/20 97/13 98/7 98/20 98/24 106/19 107/12 107/13 112/17 115/12 115/14 115/17 121/24 124/2 124/23
**questioning [4]** 21/15 21/16 49/24 74/9
**questions [18]** 20/19 46/21 101/5 112/10 112/24 116/6 119/11 120/9 127/21 127/24 131/5 143/6 147/16 155/24 155/25 155/25 156/4 156/5
**quibble [1]** 20/13
**quick [4]** 153/8 154/7 157/19 162/2
**quickly [2]** 48/1 135/18
**quite [5]** 12/12 125/11 128/24 147/3 157/19
**quote [4]** 32/5 105/10 105/11 105/17
**quotes [2]** 105/8 105/9

**R**

**R-I-C-A-R-D-O [1]** 119/24
**race [6]** 66/1 68/16 69/18 89/8 89/9 102/7
**racially [1]** 159/19
**RAFFENSPERGER [1]** 1/6
**raise [16]** 5/13 51/21 119/18 136/24 137/2 137/8 143/22 144/18 151/3 151/6 151/11 151/19 152/1 152/5 153/10 156/10
**raised [9]** 139/15 143/17 145/24 151/14 152/6 152/15 152/23 153/9 154/10
**raises [1]** 137/18
**raising [3]** 143/16 151/4 151/18
**RAMSEY [1]** 2/5
**ran [4]** 74/19 85/23 91/7 91/9
**range [2]** 25/20 25/22
**rank [2]** 110/1 110/3
**ranks [1]** 6/12
**rarely [1]** 81/10
**rather [5]** 28/1 74/24 101/9 103/17 113/1
**re [5]** 38/9 44/7 45/1 86/13 94/11
**re-count [1]** 94/11

**re-counts [4]** 38/9 44/7 45/1 86/13
**reach [2]** 14/6 152/17
**reached [1]** 138/17
**reaching [1]** 146/6
**react [2]** 46/17 53/10
**reaction [1]** 60/5
**read [10]** 43/10 44/15 49/10 52/23 53/23 85/2 85/7 85/16 130/23 138/10
**readable [13]** 38/3 38/10 62/13 62/21 69/24 83/19 83/21 89/7 94/22 95/2 106/18 109/4 109/13
**reading [2]** 52/25 96/24
**ready [4]** 128/11 128/12 162/19 162/21
**real [20]** 43/1 43/19 50/13 50/14 59/10 63/9 75/7 75/8 91/15 91/15 92/6 92/9 92/9 95/3 97/21 98/22 99/1 103/24 104/4 117/16
**reality [1]** 118/10
**realize [1]** 70/5
**really [24]** 33/18 53/13 72/15 101/22 131/14 131/14 132/11 132/20 133/15 135/17 135/18 135/21 136/4 138/6 140/16 143/3 145/1 147/17 148/21 149/1 153/21 157/21 159/16 160/8
**realm [1]** 31/11
**realtime [1]** 135/1
**reason [15]** 65/13 93/10 93/11 95/6 108/5 108/8 124/13 126/17 138/6 138/12 140/16 149/22 149/25 151/13 152/6
**reasonably [1]** 40/14
**reasons [4]** 89/20 111/4 143/24 152/14
**reasserted [1]** 47/20
**rebuttal [4]** 71/21 154/22 162/1 162/5
**recall [29]** 11/22 55/5 59/7 59/8 72/20 73/22 74/6 74/9 74/11 78/17 90/3 90/3 95/21 98/21 98/25 99/2 99/3 99/5 113/3 113/19 114/6 114/16 120/19 124/9 126/22 150/1 151/5 152/4 154/7
**receive [1]** 150/21
**received [5]** 10/17 11/11 11/12 11/15 88/7
**recent [4]** 85/15 93/5 103/7 138/7
**recently [1]** 120/16
**recess [1]** 52/14
**recognition [1]** 54/9
**recognitions [1]** 11/10
**recognize [12]** 12/1 14/3 14/17 15/16 15/21 16/4 16/8 17/22 37/3 64/7 124/16 130/18
**recognized [1]** 11/6
**recognizing [2]** 50/8 59/5
**recollection [4]** 13/4 102/24 109/7 139/19
**recommend [2]** 37/14 117/2
**recommendation [3]** 37/19 39/5 58/2
**recommendations [5]** 37/10 38/17 39/3 39/4 84/1
**reconsideration [4]** 145/1 145/3 145/5 145/14
**record [26]** 5/18 37/17 48/9 55/13 57/25 58/3 72/3 76/10 79/15 79/19 79/20 79/20 80/4 109/25 119/23 130/6 132/8 133/25 134/4 134/9 147/17 147/18 148/5 162/13 163/5 163/11
**recorded [1]** 77/6
**recording [1]** 163/14
**records [2]** 80/25 106/11

recovery [1] 78/13
redirect [3] 4/12 82/8 112/22
refer [1] 46/8
reference [4] 79/8 105/6 105/9 161/5
referenced [3] 13/14 13/22 149/16
references [2] 139/17 158/19
referencing [1] 1/5
referred [1] 47/22
referring [6] 17/1 44/14 44/20 47/4
 47/6 47/13
refers [3] 43/22 59/17 61/25
refiled [1] 55/10
reflect [3] 18/2 37/5 38/16
reflective [1] 59/9
reflects [1] 127/4
refresh [1] 13/4
regard [4] 8/1 39/25 40/4 122/8
regarding [3] 120/25 130/10 152/11
reiterate [1] 141/5
reject [2] 69/10 69/12
related [4] 23/13 120/20 130/19 158/8
relates [4] 23/23 25/22 57/6 147/7
relative [7] 8/25 23/18 27/4 37/24
 46/17 66/19 71/4
relatively [3] 5/5 131/25 160/25
released [2] 13/17 13/18
releasing [1] 116/22
relevance [11] 80/17 80/20 115/7
 121/19 121/20 123/1 123/5 123/7 124/4
 125/8 128/1
relevancy [4] 41/17 114/24 114/25
 124/3
relevant [10] 7/12 37/13 41/20 52/23
 56/5 69/11 69/23 98/18 154/17 160/14
reliable [2] 34/23 37/11
relied [2] 140/23 146/6
relief [3] 121/11 134/7 141/19
relies [4] 21/21 22/4 41/3 146/13
rely [1] 146/9
relying [7] 62/25 140/12 140/12 146/21
 146/22 149/5 152/20
remainder [1] 82/7
remarkable [1] 132/25
remedies [1] 126/12
remedy [5] 121/21 121/21 121/22
 122/2 122/3
remember [9] 43/19 51/9 58/24 59/5
 69/3 89/17 102/25 154/9 156/20
remembered [1] 90/10
Remind [1] 130/25
reminder [1] 102/21
reminding [1] 153/23
remove [2] 18/16 18/18
removed [2] 38/12 81/13
renew [6] 134/8 134/16 134/19 135/3
 141/7 141/23
renewed [2] 140/19 146/8
renewing [8] 134/1 134/19 134/21
 135/4 135/6 135/10 142/15 145/2
repeat [3] 73/6 85/4 105/16
repeated [1] 16/22
Rephrase [1] 79/1
replaced [2] 82/20 83/2
replacing [1] 71/7
replicate [1] 76/8
report [71] 12/21 12/23 13/4 13/9

13/17 13/19 13/21 13/25 14/7 25/13
25/14 34/4 34/7 34/8 35/5 35/7 35/13
35/17 35/18 35/25 37/7 37/9 39/6 46/3
47/24 49/4 51/10 51/14 58/1 67/2 67/9
67/11 67/13 72/20 73/1 73/6 73/8 73/9
75/12 79/16 80/7 80/16 80/23 82/22
83/7 83/24 90/19 90/21 91/12 95/9
95/11 95/13 95/14 95/25 96/7 96/9
96/11 96/20 98/13 98/15 103/2 103/25
104/19 104/23 105/10 130/22 135/22
137/1 146/14 146/14 152/20
Reporter [5] 1/3 1/6 1/23 164/6 164/17
reports [7] 34/18 34/18 48/6 48/14
 95/21 147/11 155/9
represent [6] 20/25 27/5 27/6 88/19
 112/15 159/21
representation [2] 71/3 156/14
representative [1] 159/18
represented [1] 120/15
representing [2] 120/17 120/19
represents [1] 121/6
Republican [2] 99/4 99/11
request [10] 8/21 10/12 22/9 139/3
 139/17 140/6 149/17 149/25 154/4
 158/7
requested [5] 130/7 139/24 140/18
 144/15 150/24
requests [2] 139/22 140/13
require [3] 41/22 45/14 113/13
required [6] 63/12 75/15 139/11
 140/17 147/1 149/24
requirement [3] 113/16 140/3 144/23
requirements [2] 75/10 144/22
requiring [1] 102/6
reraise [2] 152/4 153/1
research [11] 6/25 7/4 7/16 34/17
 58/19 66/7 66/8 66/11 75/4 84/1 92/1
researcher [3] 19/23 30/4 89/25
researchers [1] 71/1
reserve [1] 82/7
resolve [2] 118/1 151/12
resolved [1] 158/9
resource [1] 34/14
respect [20] 17/10 19/12 20/6 22/5
 23/22 25/11 46/1 47/16 50/8 50/11
 50/12 52/2 61/15 64/6 66/17 79/16 80/5
 80/25 93/6 132/18
Respectfully [1] 156/13
respond [4] 46/3 63/4 132/5 154/20
responded [4] 29/23 46/4 95/9 98/13
responds [6] 45/16 46/7 46/11 48/18
 140/25 161/6
response [11] 51/9 59/1 64/24 99/22
 100/16 100/17 130/23 149/13 158/1
 158/6 158/9
responses [2] 153/8 159/6
rest [1] 162/8
restamp [1] 19/1
restricted [1] 1/3
rests [1] 162/12
results [4] 59/2 103/18 103/25 117/13
return [1] 87/25
reversed [1] 138/21
review [26] 22/14 35/14 35/18 35/19
 35/21 36/1 45/23 58/16 67/7 84/8 94/5
 94/8 94/12 101/16 103/6 143/4 150/20
 151/3 151/17 152/3 152/25 152/25
 153/16 154/7 155/22 156/9

reviewed [6] 58/17 70/2 95/9 95/21
 96/7 96/8
reviewers [2] 36/13 36/23
reviewing [2] 102/19 113/23
reviews [1] 98/5
revolve [1] 46/16
RICARDO [8] 2/23 4/14 5/10 112/15
 119/10 119/24 120/2 123/17
Rice [6] 60/18 66/13 74/18 85/14
 102/16 102/17
rid [2] 80/4 80/13
right [107] 5/3 5/13 11/7 11/25 12/4
 13/20 14/7 15/13 15/21 16/13 18/23
 21/22 22/7 24/4 25/24 25/25 30/17 31/3
 31/8 31/12 34/1 34/24 35/14 35/25
 36/11 37/11 39/12 42/6 42/16 46/19
 48/22 49/5 50/2 51/9 51/16 52/6 54/19
 56/2 57/1 63/18 64/1 66/9 69/25 72/18
 74/7 78/11 78/19 81/18 81/23 82/5 82/9
 83/4 83/25 86/10 87/15 87/20 88/5
 95/10 99/2 102/9 104/5 104/9 104/11
 105/6 105/20 105/21 105/24 106/3
 106/9 107/3 107/12 107/15 107/20
 107/22 108/17 109/2 109/11 110/1
 110/17 111/5 111/7 111/21 111/23
 112/4 113/21 113/24 117/13 119/18
 125/16 128/17 129/13 129/21 132/7
 132/12 133/2 133/14 135/8 135/8
 135/19 138/15 146/7 149/9 149/10
 149/1 151/1 157/9 161/15
rights [1] 122/15
rigid [2] 153/20 153/25
rise [2] 52/13 112/7
risk [11] 39/5 43/25 62/17 62/19 87/24
 94/3 94/5 94/8 94/24 112/18 113/1
risk-limiting [11] 39/5 43/25 62/17
 62/19 87/24 94/3 94/5 94/8 94/24
 112/18 113/1
Rivest [1] 57/7
RLA [9] 87/24 94/25 108/23 109/13
 109/15 109/18 109/20 113/13 159/3
RLAs [2] 94/15 95/1
RMR [3] 1/23 164/6 164/16
ROBBINS [1] 3/7
ROBERT [2] 2/16 2/17
role [1] 120/10
Ron [1] 57/7
room [5] 52/19 128/10 129/8 129/15
 131/18
rose [1] 6/12
ROSS [1] 3/7
round [1] 126/16
rule [34] 48/15 51/24 115/13 130/10
 132/5 139/21 139/22 140/4 140/5
 140/11 140/12 140/15 140/17 140/18
 140/21 141/5 141/14 142/25 144/24
 146/3 146/5 146/23 147/1 149/23
 149/24 150/10 154/4 154/8 154/8 154/9
 154/11 154/19 154/19 161/6
Rule 26 [22] 51/24 130/10 132/5
 139/21 140/4 140/5 140/11 140/15
 140/17 140/21 141/5 141/14 146/5
 146/23 147/1 149/23 149/24 154/8
 154/9 154/11 154/19 161/6
Rule 34 [5] 139/22 140/12 140/18
 154/4 154/8
Rule 37 [4] 141/14 142/25 144/24
 155/13

**R**

**ruled [3]** 134/11 135/11 145/7
**rules [4]** 136/12 144/19 144/22 145/5
**run [6]** 6/21 6/23 33/21 75/7 75/10 75/11
**running [3]** 7/3 69/18 131/17
**RUSSO [3]** 3/4 139/1 139/17
**Russo's [1]** 139/13

**S**

**sadly [1]** 103/6
**Safe [2]** 112/10 119/8
**safety [1]** 79/9
**said [88]** 9/12 23/17 23/22 24/8 24/17 27/2 28/13 30/3 30/3 30/8 30/17 32/15 36/19 36/20 40/24 42/23 43/18 48/14 56/6 67/19 79/16 83/18 85/5 85/15 86/12 87/3 88/4 89/25 90/2 90/21 91/10 92/3 94/2 96/15 100/4 100/10 100/15 100/15 100/24 101/2 101/3 101/12 104/24 108/22 108/23 114/20 118/1 122/6 123/10 124/15 131/14 131/19 131/21 132/17 133/1 133/24 133/25 136/2 136/4 136/19 137/14 137/16 138/12 138/15 138/17 138/20 138/21 141/2 141/15 142/19 143/13 143/18 146/10 147/6 147/13 147/24 148/21 153/9 153/19 153/25 154/15 154/23 154/23 156/11 156/16 156/18 157/7 164/10
**sake [2]** 118/19 129/19
**same [27]** 13/9 13/12 13/13 19/22 47/20 48/16 49/1 49/12 50/7 55/9 59/15 71/8 78/21 84/16 88/10 93/21 97/1 98/21 104/9 105/16 113/12 118/21 123/8 123/24 141/5 144/4 144/20
**sample [4]** 55/1 75/23 76/4 76/18
**sat [2]** 21/15 147/15
**satisfied [1]** 163/15
**Saturday [1]** 160/21
**saved [2]** 30/22 31/1
**saves [1]** 56/23
**saw [7]** 63/4 64/18 72/16 89/2 96/18 138/14 147/9
**say [70]** 10/2 10/8 13/6 20/11 22/12 22/19 24/21 25/1 25/11 25/21 26/10 27/4 32/11 36/7 38/9 42/4 48/4 51/2 52/24 60/1 60/1 60/22 60/22 60/25 61/2 61/22 63/7 63/8 63/10 63/11 65/24 75/1 75/2 78/10 78/22 79/10 79/19 85/11 85/11 85/12 85/21 90/3 90/20 94/7 101/19 101/19 101/24 102/2 104/18 111/18 111/18 114/4 116/19 118/3 118/7 118/14 122/11 124/4 124/10 131/5 131/23 132/13 132/20 136/8 137/5 148/19 153/21 155/4 159/12 160/14
**saying [24]** 22/2 23/25 24/1 52/20 68/22 70/22 79/21 97/2 100/8 100/13 103/19 105/10 107/24 108/6 108/8 108/17 108/19 108/21 110/13 110/21 135/9 135/10 155/15 156/20
**says [27]** 32/10 32/22 44/23 55/15 55/25 57/9 73/9 73/10 84/1 87/17 87/22 105/17 110/1 110/17 110/17 110/17 110/18 110/19 124/10 134/19 135/3 137/17 145/2 154/19 155/13 156/9

**scan [1]** 78/22
**scanned [7]** 56/23 77/2 78/18 79/4 79/6 79/14 79/25
**scanner [12]** 38/6 54/14 54/23 55/16 69/9 77/6 78/19 79/14 80/2 80/5 81/6 81/25
**scanners [3]** 69/12 80/16 80/23
**scanning [1]** 78/11
**scenario [15]** 26/13 58/7 59/10 62/12 62/14 62/17 62/24 65/7 65/10 65/11 65/21 65/24 81/8 81/10 94/12
**scenarios [4]** 50/6 62/11 81/4 103/22
**SCHEINMAN [1]** 2/7
**SCHOENBERG [1]** 2/3
**scholar [1]** 53/25
**school [1]** 6/16
**science [8]** 6/6 6/8 6/19 10/20 11/13 12/3 34/9 105/9
**scientific [1]** 75/4
**scope [25]** 40/8 42/12 43/13 45/25 66/22 70/18 71/10 71/15 71/17 73/1 80/7 86/3 115/7 115/8 115/10 122/7 143/7 144/14 150/20 155/21 155/22 156/8 160/16 162/6 162/8
**screen [18]** 10/23 13/13 46/10 56/17 58/7 59/2 59/3 60/15 78/8 89/3 96/19 102/21 102/21 109/16 109/24 113/24 114/11 156/20
**screens [1]** 95/1
**screenshots [6]** 150/24 151/15 156/11 156/11 156/14 156/17
**scroll [4]** 15/24 17/20 36/12 37/22
**se [1]** 28/2
**sealed [4]** 128/21 146/17 163/10 163/12
**seat [5]** 5/16 25/10 52/16 119/21 129/25
**seated [2]** 40/19 40/22
**SEC [1]** 141/20
**second [23]** 12/14 21/2 24/8 28/13 36/13 46/15 46/19 62/24 63/14 82/12 84/7 86/9 86/23 89/11 104/25 108/16 109/24 110/7 116/2 126/16 126/18 134/24 153/15
**seconds [3]** 88/21 99/11 99/23
**secrecy [3]** 26/8 69/11 113/6
**secret [1]** 10/7
**Secretary [2]** 68/3 92/9
**section [4]** 83/9 83/10 83/15 83/18
**Section 4.11 [2]** 83/9 83/15
**secure [4]** 7/21 41/20 41/25 79/18
**secured [1]** 11/25
**Securing [1]** 82/22
**security [90]** 11/18 19/6 19/13 19/14 19/21 19/25 19/25 20/4 20/6 21/17 22/10 22/11 22/18 22/20 22/23 22/25 23/9 23/10 23/12 23/17 23/18 23/20 23/22 24/7 24/10 24/12 24/13 24/19 24/19 24/23 24/25 24/25 25/3 26/6 26/12 26/21 27/10 27/11 27/15 27/18 28/1 28/7 28/7 28/10 28/14 28/21 28/24 28/24 29/1 29/2 29/3 29/4 29/5 29/6 30/4 30/5 30/14 30/16 30/16 30/20 30/24 31/7 31/10 31/12 31/20 32/4 32/5 32/8 32/14 32/14 32/21 32/24 33/4 33/10 33/15 33/19 33/19 41/23 43/6 43/23 45/14 64/12 64/21 74/3 74/3

49/14 136/3 136/3 153/13 154/21
**see [56]** 5/6 10/4 13/3 14/19 17/6 20/15 22/13 29/21 30/6 30/12 33/24 37/1 37/24 37/25 38/1 38/2 38/7 38/14 43/8 43/14 46/25 47/9 48/16 50/1 50/22 74/15 74/16 75/2 75/11 78/7 82/19 84/18 84/19 88/9 88/15 93/9 95/18 96/22 102/2 104/7 114/8 116/24 117/2 118/15 122/23 128/1 128/23 131/19 133/15 136/8 148/15 150/18 152/16 154/7 158/2 163/17
**seed [1]** 7/24
**seeing [1]** 90/5
**seeking [9]** 35/4 121/10 121/22 122/2 122/6 126/12 144/24 152/9 152/11
**seem [2]** 74/9 151/21
**seems [7]** 22/6 47/10 59/13 69/3 123/14 152/19 161/14
**seen [14]** 51/19 54/16 56/1 62/8 68/21 91/2 101/21 118/14 124/8 124/24 137/20 137/24 145/22 157/5
**selected [4]** 68/23 87/19 110/20 110/25
**selecting [1]** 34/12
**selection [5]** 68/22 89/8 109/11 111/16 111/23
**selections [5]** 46/10 56/19 57/1 84/21 99/3
**selects [1]** 65/8
**Senate [1]** 11/21
**send [3]** 26/1 124/14 156/4
**sends [1]** 35/24
**SENIOR [1]** 1/12
**sense [1]** 102/4
**sensitive [4]** 136/4 146/18 153/19 153/25
**sent [5]** 22/9 35/18 36/1 122/20 123/24
**sentence [2]** 84/16 87/9
**separate [3]** 42/1 64/18 64/19
**separated [1]** 36/6
**September [2]** 136/21 137/7
**September 2nd [2]** 136/21 137/7
**sequence [1]** 47/16
**sequencing [1]** 47/14
**sequencing-wise [1]** 47/14
**serve [2]** 34/12 34/16
**served [5]** 7/24 14/23 139/2 139/22 149/22
**service [2]** 26/22 38/13
**set [4]** 126/18 136/20 144/7 164/12
**sets [1]** 45/8
**setting [1]** 80/3
**several [9]** 14/24 22/9 28/18 28/18 96/8 114/13 144/1 144/5 144/9
**shake [1]** 118/6
**SHANNON [4]** 1/23 163/5 164/6 164/16
**share [1]** 26/21
**Sharpie [3]** 76/19 81/23 81/24
**she [3]** 111/6 125/11 131/12
**shoe [1]** 153/18
**shoot [1]** 75/1
**shortcut [1]** 96/11
**should [17]** 24/21 26/10 38/2 38/9 38/12 75/15 83/19 85/11 87/2 107/18 134/15 142/23 145/24 149/24 152/10 161/3 162/19
**show [11]** 15/3 17/9 77/18 77/21 88/9 88/21 99/5 103/9 122/19 154/5 160/4

**S**

**showed [3]** 85/24 93/6 112/19
**showing [5]** 16/11 17/17 67/9 67/23 70/14
**shown [10]** 85/1 85/6 85/12 85/14 85/15 98/22 98/25 113/17 114/5 116/19
**shows [2]** 92/8 157/3
**shut [1]** 93/25
**sic [1]** 58/13
**sick [2]** 131/16 160/21
**side [1]** 142/16
**sides [1]** 118/5
**sigh [1]** 129/2
**signature [3]** 15/21 16/4 17/6
**signed [5]** 47/12 129/16 143/24 144/5 144/9
**similar [12]** 26/22 29/18 39/6 43/3 50/16 63/22 63/23 66/11 67/7 121/23 122/2 123/10
**similarities [1]** 45/9
**simple [1]** 115/16
**simpler [1]** 81/14
**simplify [1]** 18/24
**simply [5]** 53/16 54/7 61/7 81/15 108/1
**since [11]** 39/7 45/17 54/15 55/1 64/2 120/12 124/20 131/18 131/20 139/5 157/22
**sincere [1]** 156/14
**sing [2]** 162/19 162/20
**single [2]** 48/18 94/12
**sir [5]** 24/13 28/13 99/16 107/24 118/23
**sit [2]** 43/4 133/12
**sites [1]** 51/22
**sits [1]** 60/13
**sitting [3]** 130/25 144/20 145/12
**situation [1]** 61/11
**sixth [1]** 34/19
**skills [1]** 118/17
**skip [1]** 69/18
**skips [1]** 17/3
**slept [1]** 132/7
**small [4]** 9/18 85/1 85/6 85/16
**so [230]**
**Social [2]** 6/23 7/1
**socioeconomically [1]** 159/19
**software [29]** 8/23 53/15 54/17 57/6 57/8 57/10 57/13 57/15 57/18 57/21 58/3 58/12 104/13 104/16 105/1 105/4 105/10 105/15 105/17 105/18 105/23 105/25 106/2 106/4 106/8 107/4 107/25 108/18 111/22
**solutions [1]** 53/20
**some [49]** 8/2 8/3 10/22 12/8 14/9 14/10 14/17 25/12 26/2 31/15 32/17 33/5 38/17 39/9 43/5 45/22 60/17 63/5 64/3 66/16 77/22 93/16 96/23 100/13 101/11 103/1 103/22 107/6 112/3 115/5 117/10 118/18 125/12 126/24 127/2 127/9 128/8 130/18 133/16 133/19 141/25 143/14 150/16 150/24 151/9 151/15 152/5 160/20 162/4
**somebody [5]** 36/3 41/10 94/22 142/5 149/5
**somebody's [1]** 53/14
**somehow [1]** 140/7 156/11
**someone [2]** 131/19 146/16

**something [29]** 28/15 28/17 45/4 46/9 53/24 57/3 62/3 62/4 62/23 68/12 82/25 83/2 89/25 90/3 100/24 117/4 118/7 118/18 123/15 127/20 128/13 135/7 144/9 148/2 148/3 148/21 152/2 160/2 163/12
**sometimes [4]** 22/22 31/21 33/15 133/14
**somewhere [1]** 43/20
**soon [3]** 38/13 128/5 156/3
**sophisticated [1]** 107/7
**sophistication [1]** 45/14
**sorry [30]** 11/3 22/21 40/18 40/23 49/11 49/16 66/25 67/10 72/2 73/5 83/11 83/13 87/7 91/10 95/23 96/2 97/5 98/7 100/1 107/14 115/16 118/24 119/12 123/3 126/10 134/25 138/23 149/19 158/16 162/16
**sort [8]** 32/3 66/16 103/1 117/22 123/20 142/16 150/16 159/11
**sought [1]** 122/3
**sound [1]** 105/20
**sounded [1]** 30/25
**sounds [4]** 51/25 96/24 103/1 133/20
**source [17]** 7/19 8/9 10/2 10/8 25/17 52/3 52/9 54/20 94/23 117/18 135/24 143/8 143/19 146/11 150/19 150/25 154/16
**South [1]** 6/14
**South Carolina [1]** 6/14
**SOUTHWEST [1]** 1/24
**span [1]** 52/4
**SPARKS [1]** 2/9
**speak [12]** 22/22 43/11 48/1 59/22 61/4 61/7 63/1 63/3 80/13 90/7 125/9 125/14
**speaking [2]** 22/6 66/3
**specializing [1]** 30/4
**specific [10]** 45/20 53/22 63/7 63/10 63/11 67/1 67/8 134/5 139/3 161/5
**specifically [4]** 39/25 40/4 45/15 73/2
**Speech [1]** 163/3
**speed [1]** 132/4
**spell [2]** 5/17 119/22
**spend [1]** 64/5
**spent [6]** 6/12 13/18 13/24 147/14 148/20 149/14
**spoke [3]** 92/16 100/23 128/19
**SR [1]** 2/24
**Stacey [1]** 114/19
**staff [6]** 14/11 35/17 36/4 36/6 36/21 62/2
**stage [1]** 117/5
**stakeholders [1]** 7/13
**stand [9]** 34/4 127/2 144/10 144/11 147/19 153/2 153/6 162/9 163/19
**standard [4]** 68/24 69/2 139/12 155/1
**standing [1]** 123/9
**star [1]** 141/21
**Stark [3]** 21/10 28/17 46/7
**start [6]** 15/9 120/10 130/7 130/12 142/10 163/19
**started [1]** 6/11
**starting [2]** 35/23 84/6
**starts [4]** 33/17 47/8 54/19 87/10
**state [22]** 3/3 5/8 5/17 8/8 8/10 8/13 68/3 73/7 79/17 90/18 92/9 119/4 119/9 119/22 122/10 133/17 136/5 139/2 139/4 158/7 159/4 160/3

**State's [1]** 160/14
**stated [5]** 123/6 124/11 126/13 139/2 164/11
**statement [16]** 27/13 28/21 35/5 35/10 74/14 85/10 85/11 85/19 85/20 85/20 87/20 88/2 97/25 98/23 103/8 123/16
**states [10]** 1/1 1/12 1/24 9/21 10/20 38/2 58/22 164/3 164/7 164/17
**statewide [1]** 8/9
**statistical [1]** 113/9
**statistics [2]** 61/22 113/12
**stay [3]** 40/19 40/22 125/16
**staying [1]** 129/15
**stealing [1]** 152/18
**STENOGRAPHY [1]** 1/21
**step [3]** 36/5 117/17 128/3
**stepping [1]** 131/12
**steps [1]** 73/11
**Sterling [2]** 130/13 162/5
**Sterling's [1]** 161/17
**stewed [1]** 160/20
**stick [1]** 52/9
**sticking [1]** 151/9
**still [15]** 71/11 90/10 117/7 117/22 123/12 130/17 130/18 133/5 133/8 135/1 139/24 141/1 152/16 158/3 161/15
**stipulate [1]** 18/14
**stone [3]** 62/22 109/1 109/7
**stop [1]** 46/19
**stored [1]** 78/19
**straightforwardly [1]** 33/9
**strategy [1]** 127/17
**streamline [1]** 127/6
**strict [1]** 152/3
**strictly [2]** 20/5 23/8
**strike [2]** 142/25 155/4
**strikes [1]** 154/24
**struck [1]** 102/18
**struggle [2]** 40/21 152/16
**stuck [1]** 135/1
**studied [2]** 59/18 59/19
**studies [21]** 6/9 21/6 61/5 61/19 63/4 67/1 75/10 85/1 85/6 85/13 85/13 85/15 85/25 91/22 92/1 92/14 102/12 102/16 103/7 103/23 106/24
**study [67]** 35/5 35/7 50/11 58/15 58/22 59/1 59/12 59/13 59/15 59/20 59/24 60/3 60/17 60/18 60/18 60/21 61/1 61/3 61/9 66/14 67/7 68/6 74/18 74/18 74/18 85/14 85/14 85/23 86/9 86/15 86/18 86/20 86/25 87/14 88/4 88/16 89/23 90/25 91/1 91/7 91/9 91/14 91/19 91/19 91/25 92/4 92/4 92/5 92/6 92/8 92/11 92/16 92/18 92/19 93/2 93/6 99/25 102/12 102/13 102/16 102/17 102/20 103/17 103/21 103/23 104/6 117/14
**study's [1]** 35/10
**studying [2]** 60/16 104/7
**stuff [4]** 50/14 119/14 136/4 143/14
**stuffing [1]** 23/10
**subject [7]** 10/16 22/5 35/13 98/15 126/25 140/13 160/17
**submissions [1]** 13/15
**submit [3]** 18/17 18/18 134/14
**submitted [4]** 15/12 36/15 96/20 105/7
**subsequent [1]** 77/24
**substance [3]** 55/23 55/24 147/23

**S**

**substantive** [1] 137/19
**success** [1] 151/18
**such** [9] 23/10 26/21 34/16 71/1 73/14 81/2 84/3 98/3 113/9
**sucked** [1] 128/13
**suffer** [1] 92/5
**sufficient** [5] 62/4 107/24 107/25 113/11 153/1
**suggest** [4] 85/12 85/12 85/13 103/9
**suggesting** [1] 136/6
**suggestion** [1] 42/8
**suggests** [1] 85/21
**summary** [4] 56/25 65/22 67/23 150/6
**summer** [1] 48/11
**Sunday** [1] 132/24
**supplement** [2] 48/5 48/15
**supplemental** [2] 51/14 137/1
**supported** [1] 74/14
**supporters** [1] 115/5
**suppose** [1] 33/24
**supposed** [1] 131/6
**sure** [29] 12/11 13/13 16/14 19/18 22/25 25/2 34/14 37/20 40/10 42/14 43/9 49/1 53/23 77/9 77/13 83/3 88/13 91/7 96/25 101/22 107/7 110/10 119/16 132/17 134/11 139/19 152/2 157/11 160/13
**surprise** [4] 155/11 155/12 155/16 160/2
**surprised** [1] 79/8
**suspect** [1] 117/1
**sustained** [2] 73/18 129/5
**swapping** [1] 72/16
**sworn** [4] 5/15 5/23 119/20 120/3
**system** [65] 7/23 8/6 8/10 19/6 21/17 22/20 23/6 25/18 25/19 28/6 28/13 28/16 29/3 29/5 31/8 31/20 31/24 32/1 39/11 41/14 41/23 43/6 50/18 53/3 53/21 53/23 54/3 56/15 57/21 60/4 60/11 62/7 63/21 64/13 65/17 65/18 65/19 67/18 81/17 81/18 81/19 82/18 82/24 83/2 101/13 101/16 104/13 108/18 111/22 113/5 113/8 113/15 117/24 118/11 118/12 121/13 122/8 122/11 127/14 127/14
**systems** [23] 6/6 11/25 19/12 19/21 28/6 31/7 31/12 31/21 32/8 32/13 32/23 33/14 33/16 38/1 45/11 45/12 53/1 53/4 53/7 57/6 64/11 71/2 113/9

**T**

**tab** [11] 29/12 86/24 90/18 90/21 90/23 90/25 91/12 92/8 95/24 96/5 100/1
**Tab 5** [2] 29/12 96/5
**Tab 7** [2] 86/24 100/1
**Tab 9** [6] 90/18 90/21 90/23 90/25 91/12 92/8
**table** [3] 93/3 100/2 100/5
**Table 3** [1] 93/3
**tabulation** [4] 56/25 80/25 81/18 81/19
**tagged** [1] 19/14
**take** [21] 19/2 52/11 74/2 74/25 76/9 97/5 98/5 98/5 107/6 108/13 110/12 112/4 128/20 129/10 131/7 133/24 142/1 145/13 150/24 155/24 161/17

**taken** [7] 32/15 47/2 47/19 32/15 112/8 161/1 161/2
**takes** [5] 65/11 84/21 117/15 128/23 162/9
**taking** [7] 37/18 43/12 56/7 65/16 73/3 133/17 144/10
**talent** [1] 118/17
**talk** [16] 40/20 43/4 46/14 48/8 51/22 63/14 70/6 111/2 129/7 139/9 144/11 147/12 153/5 156/12 160/6 160/23
**talked** [9] 14/23 64/3 66/8 69/21 128/20 130/6 137/2 152/12 152/24
**talking** [20] 22/6 31/19 32/12 40/2 41/24 50/5 67/6 82/25 88/9 88/15 90/8 90/14 93/3 93/13 106/24 110/22 110/24 120/10 150/3 155/8
**talks** [4] 10/16 44/6 44/6 80/8
**target** [3] 64/22 64/23 108/9
**task** [2] 35/10 37/6
**TAYLOR** [1] 3/10
**teaching** [1] 117/11
**team** [1] 66/13
**technologies** [4] 7/11 7/12 7/14 7/25
**technology** [33] 7/4 7/16 7/20 7/24 10/2 10/14 10/18 11/16 11/18 19/6 19/13 19/24 19/25 22/11 22/12 27/15 27/24 31/7 31/12 31/20 32/14 32/24 34/23 37/13 37/25 60/16 64/25 74/2 75/14 79/18 89/21 98/3 98/8
**TED** [1] 1/24
**Telecom** [1] 141/21
**teleconference** [2] 135/25 136/1
**teleconferences** [1] 150/3
**telephone** [1] 150/7
**tell** [13] 5/5 6/4 60/2 61/22 71/9 90/9 95/24 99/14 133/3 133/22 135/16 156/4 158/13
**telling** [1] 98/10
**ten** [4] 6/18 46/4 47/24 142/2
**ten years** [1] 6/18
**tender** [1] 19/5
**tendered** [2] 31/6 31/19
**tendering** [2] 19/11 22/5
**term** [9] 23/1 24/17 32/14 57/5 61/20 65/3 110/14 118/14 154/21
**terms** [10] 36/24 56/6 57/9 79/23 94/14 123/21 129/1 151/4 152/8 160/17
**territory** [1] 56/7
**test** [3] 74/5 102/13 103/18
**testified** [16] 5/23 11/17 19/10 32/4 52/7 52/8 64/3 70/7 98/17 105/22 120/3 126/15 144/1 144/4 152/6 154/14
**testify** [14] 22/2 33/3 33/9 33/13 33/22 42/19 50/10 50/15 54/1 54/2 54/11 118/24 125/23 137/20
**testimony** [29] 11/23 13/10 27/21 33/25 46/15 50/19 54/12 68/1 70/2 78/17 82/16 97/6 105/15 113/18 117/21 133/19 133/20 134/5 141/12 142/25 146/21 154/1 159/1 159/6 160/12 160/17 161/17 162/4 164/12
**text** [4] 54/23 57/1 69/24 94/22
**textbook** [2] 105/14 105/14
**than** [24] 15/4 20/1 26/4 26/23 28/1 32/25 43/13 46/9 53/23 55/1 74/24 77/21 101/9 101/17 103/17 104/4 108/16 113/1 117/11 131/10 132/18 154/15 160/8 160/14

**thank** [30] 6/2 9/24 26/5 30/1 31/2 49/6 52/12 67/4 82/21 99/24 101/4 112/6 112/10 112/21 116/4 117/9 118/23 118/25 119/12 119/18 119/17 123/4 127/22 128/3 128/4 128/6 131/11 132/2 133/2 144/3 149/3 149/12 153/6 157/1 162/15 162/18 163/4 163/21
**that** [1007]
**that's** [32] 6/23 11/8 12/5 13/23 19/3 27/25 34/1 80/18 85/10 102/8 105/2 111/14 112/20 116/7 116/11 117/18 120/14 120/18 121/7 129/18 130/15 130/21 135/8 135/8 151/19 152/6 155/6 156/25 158/11 158/12 161/24 162/11
**their** [61] 7/14 8/14 8/23 45/23 47/17 47/18 48/5 50/12 55/6 56/18 65/1 66/9 89/15 89/17 90/5 93/7 97/11 97/12 97/13 97/16 97/17 98/9 100/11 100/17 100/24 101/23 102/14 102/19 102/23 103/6 103/19 103/25 105/24 106/2 106/4 106/10 106/14 106/20 107/3 107/7 107/11 107/19 109/10 113/11 114/15 114/20 125/15 125/21 128/8 134/1 134/19 135/3 139/16 140/2 140/6 141/9 141/17 147/9 147/11 148/8 155/3
**theirs** [1] 106/23
**them** [57] 7/10 21/10 23/2 27/9 28/6 33/7 33/7 36/10 36/18 48/7 60/23 62/15 62/25 69/14 72/14 74/4 81/2 81/12 81/13 81/13 82/19 87/6 90/9 90/9 95/22 100/14 100/16 102/3 118/4 127/7 136/4 136/13 136/14 137/13 138/2 138/17 141/18 141/25 142/1 142/6 143/22 144/14 145/9 147/4 148/7 148/9 149/7 151/6 153/11 153/21 154/5 155/19 156/2 156/3 156/4 160/4
**themselves** [2] 51/21 147/1
**then** [73] 6/14 6/17 7/10 16/7 21/23 24/4 24/4 24/19 25/1 25/25 30/10 33/3 35/13 35/17 35/19 35/20 35/21 35/22 35/23 36/4 36/7 36/9 38/9 43/1 47/8 53/10 54/6 55/10 58/8 60/17 60/23 63/2 73/13 74/16 75/2 94/11 94/21 101/1 104/7 104/9 106/10 106/25 110/6 121/24 122/5 126/15 126/16 128/10 129/9 136/12 136/25 137/3 137/3 138/4 138/9 138/21 139/16 140/4 140/25 141/18 143/15 143/21 147/4 148/14 150/19 151/12 151/20 151/25 153/14 159/9 160/21 162/8 162/13
**then-existing** [1] 153/14
**theoretical** [1] 78/21
**theorized** [1] 62/8
**theorizes** [1] 73/15
**there** [140] 6/12 6/15 6/15 7/5 8/11 9/15 9/19 12/15 13/5 13/9 13/10 14/9 14/10 14/19 15/25 18/25 20/3 20/4 20/7 23/9 23/16 25/15 26/9 27/5 28/4 29/18 29/20 30/11 31/6 34/5 35/9 35/25 36/5 36/5 36/14 37/1 37/10 37/24 38/2 39/3 42/1 46/4 46/5 47/14 48/13 49/13 50/20 51/18 51/23 53/3 56/6 56/17 58/13 58/25 61/15 61/17 62/10 62/14 63/7 63/10 63/21 64/7 64/16 65/5 66/20 67/23 68/5 68/7 72/10 75/13 76/23 77/24 78/16 79/18 90/4 90/9 93/18 94/10 94/25 95/18 97/2 97/18 97/21 97/23 98/8 98/11 102/10 102/12 102/25

**T**

**there... [50]**  103/7 106/16 109/1 109/4 109/5 109/22 109/25 111/16 115/22 115/25 117/10 118/18 121/12 126/9 126/24 127/2 127/9 127/9 132/22 133/12 135/2 135/19 137/12 137/25 138/8 138/15 142/23 143/10 143/11 143/16 145/25 146/14 146/17 146/17 147/6 148/6 148/14 150/5 150/14 150/22 154/10 155/16 156/9 157/14 157/16 157/19 158/17 158/21 158/22 162/4

**there's [9]**  8/3 14/11 31/17 65/5 98/2 98/2 118/18 134/17 136/25

**thereafter [1]**  13/10

**thereby [2]**  129/22 163/22

**Therefore [1]**  22/14

**therein [1]**  164/11

**these [32]**  14/3 33/6 36/7 36/15 36/20 38/3 41/25 46/8 50/16 50/22 51/2 52/2 61/5 67/25 71/1 78/6 78/14 80/23 81/4 103/23 127/25 133/4 141/8 141/10 141/13 143/22 146/12 146/15 149/6 150/13 151/7 157/12

**they [257]**

**they'll [1]**  139/19

**thick [1]**  12/12

**thing [25]**  45/21 48/4 48/16 49/2 55/7 55/13 88/10 97/3 103/24 113/14 117/16 118/7 123/21 132/16 133/3 133/11 134/8 140/22 148/19 150/16 156/15 161/4 162/4 162/11 163/8

**things [29]**  7/5 20/1 23/3 23/22 25/16 26/22 27/6 31/11 31/17 33/6 36/8 53/5 68/8 75/11 93/25 112/3 118/3 125/13 127/16 129/20 143/11 147/6 155/7 156/19 156/22 156/23 156/24 157/13 163/20

**think [107]**  8/16 9/6 9/10 9/20 13/2 17/14 18/23 20/12 20/14 21/20 22/14 23/25 25/2 25/8 25/11 25/25 25/25 29/24 32/17 33/11 33/21 33/23 35/21 36/4 37/17 38/19 41/11 43/12 43/16 43/17 49/3 51/8 52/18 52/20 55/13 55/22 55/24 55/25 56/5 56/5 59/11 59/11 59/12 59/24 61/6 64/4 66/21 68/2 69/5 71/17 74/24 75/14 79/11 79/22 82/3 86/8 88/4 89/20 92/18 95/6 98/17 105/2 106/23 117/13 118/13 118/18 118/21 121/2 126/14 127/4 127/7 127/19 128/10 133/4 133/23 135/9 135/13 137/11 137/18 137/21 138/19 146/7 148/25 149/13 150/12 152/8 152/14 152/22 156/1 156/13 156/15 157/3 157/5 159/4 159/8 161/5 161/16 161/17 161/19 161/21 162/3 162/9 162/10 162/11 162/12 163/17 163/20

**thinking [2]**  130/20 161/24

**third [5]**  47/15 75/3 75/16 100/2 143/21

**this [299]**

**thorough [1]**  53/24

**those [41]**  7/11 8/16 9/21 10/22 11/10 11/20 14/10 15/16 27/16 34/16 45/20 45/24 50/7 51/6 53/8 53/8 54/6 64/11 70/25 71/5 72/7 72/13 73/11 85/25 91/25 92/1 102/16 103/12 108/15 118/18 121/9 122/17 123/8 123/10

123/12 126/5 130/7 140/13 146/14 157/16 158/1

**though [7]**  20/12 33/2 48/9 87/25 130/18 140/8 159/4

**thought [14]**  13/6 21/13 21/18 49/24 90/7 90/11 104/15 104/17 126/13 134/9 137/16 142/9 160/1 160/24

**thoughtfully [1]**  160/7

**thoughts [1]**  148/16

**threat [3]**  81/8 87/17 118/12

**threats [1]**  81/5

**three [5]**  44/11 47/15 141/21 153/13 155/20

**threshold [1]**  87/25

**throat [1]**  151/9

**through [24]**  6/12 8/23 15/15 44/10 45/17 50/5 73/11 75/11 113/24 114/3 114/10 121/14 135/18 139/15 141/25 145/17 145/18 145/22 147/15 147/20 150/13 153/24 157/6 160/19

**throughout [3]**  33/2 80/9 120/15

**thrown [1]**  131/24

**thus [1]**  153/1

**time [47]**  7/1 8/9 9/8 13/24 21/8 29/9 29/10 30/23 31/1 40/1 40/5 49/12 55/3 55/5 59/15 64/5 67/16 77/20 79/24 82/8 83/24 89/13 95/3 97/22 100/9 103/24 109/10 109/24 109/25 112/10 118/21 127/18 136/2 136/11 142/1 144/20 148/20 149/14 150/13 151/9 154/6 154/9 154/11 154/25 160/12 162/3 162/5

**timeline [13]**  133/16 135/17 137/24 139/15 145/18 145/21 150/9 150/12 151/4 158/11 158/13 158/15 160/13

**timer [3]**  99/13 99/14 99/21

**times [7]**  14/24 25/6 33/3 44/16 51/7 60/5 145/23

**timing [1]**  143/23

**tired [1]**  160/8

**title [1]**  13/12

**today [18]**  6/3 15/5 54/12 79/12 82/17 102/10 112/10 118/24 120/10 128/21 129/12 130/8 131/12 131/13 131/16 131/20 154/23 161/10

**together [6]**  14/23 17/3 57/8 118/7 135/17 151/25

**told [9]**  46/20 48/15 104/6 133/23 136/13 136/18 148/17 156/3 157/23

**tomorrow [4]**  128/22 130/17 161/15 163/17

**tonight [3]**  112/11 142/11 149/9

**Tony [4]**  88/11 95/17 99/18 100/6

**too [14]**  7/16 12/9 19/4 22/22 36/3 40/2 64/5 69/2 74/7 101/21 123/2 132/7 132/18 160/20

**took [6]**  99/10 99/14 113/21 127/2 144/11 156/12

**top [8]**  8/16 11/22 14/19 17/4 47/9 100/2 100/5 124/10

**topic [3]**  61/11 76/3 120/25

**TOTENBERG [1]**  1/11

**touch [4]**  46/10 56/17 60/14 96/19

**touches [1]**  109/16

**toward [1]**  161/10

**towards [1]**  45/16

**trail [1]**  38/22

**transactions [1]**  23/4

**transcript [11]**  1/7 1/5 1/7 1/8 1/10 1/22 49/24 70/9 71/22 147/15 164/9

**transcripts [1]**  1/2

**transition [2]**  67/12 101/11

**transitioning [1]**  67/17

**translate [1]**  117/16

**translated [1]**  69/6

**transparent [18]**  21/3 21/5 21/9 59/16 60/3 60/12 86/20 88/5 89/2 89/24 98/3 99/25 100/10 102/3 116/7 116/16 116/18 155/14

**travels [2]**  112/10 119/8

**treat [2]**  33/1 145/13

**treated [1]**  145/3

**trial [22]**  1/10 46/21 120/16 122/7 122/13 127/17 132/9 137/10 138/14 139/6 139/8 140/5 141/12 141/13 150/8 150/11 154/10 154/24 155/15 155/17 159/7 159/25

**trials [1]**  133/8

**tried [5]**  31/16 90/9 137/21 137/25 138/1

**troubles [1]**  33/21

**true [12]**  53/12 80/12 85/10 85/19 85/20 87/20 87/25 88/2 93/20 112/18 155/6 164/9

**Trump [1]**  115/5

**trustworthy [3]**  111/15 111/18 111/18

**truth [2]**  18/15 98/10

**truthful [1]**  160/11

**truthfully [1]**  160/13

**try [6]**  20/16 21/23 74/5 118/7 132/10 137/13

**trying [17]**  13/8 13/23 21/18 26/9 51/2 53/5 53/8 53/19 77/18 117/15 117/25 118/11 118/12 121/21 125/12 130/3 138/23

**tuck [1]**  31/17

**turn [10]**  29/12 82/22 86/8 86/15 86/24 90/18 90/21 96/14 99/25 100/19

**TURNER [1]**  1/24

**turning [4]**  84/5 84/6 100/11 132/25

**turns [1]**  94/11

**two [28]**  7/9 9/10 11/6 13/18 13/18 19/22 20/19 23/13 43/1 45/19 47/23 62/23 65/5 65/7 65/25 69/21 69/22 84/16 108/15 125/13 135/12 137/9 137/25 138/13 142/3 143/23 143/24 153/10

**type [5]**  78/21 79/3 94/25 108/20 148/13

**types [5]**  45/10 45/12 62/7 65/3 69/22 69/22

**typical [1]**  94/14

**TYSON [7]**  3/8 128/19 133/24 143/12 146/7 147/16 153/9

**U**

**U.S [1]**  141/21

**Uh [1]**  66/10

**Uh-huh [1]**  66/10

**ultimately [2]**  148/14 152/14

**unacceptably [1]**  63/17

**unconstitutionally [1]**  39/12

**uncorrectable [1]**  72/22

**under [18]**  36/13 48/13 48/15 79/23 113/14 136/12 140/18 141/8 141/10 144/18 144/22 144/24 145/4 146/5

**U**

**under... [4]** 149/24 154/2 154/13 156/17
**understand [37]** 11/6 11/9 11/24 12/2 21/19 23/1 23/20 23/25 35/13 39/25 40/4 47/5 47/7 52/22 53/8 56/24 64/1 70/8 77/19 78/14 80/19 84/2 91/8 110/3 121/21 123/7 123/13 123/23 124/19 133/7 133/9 133/17 134/6 134/13 157/16 159/17 160/11
**understandably [1]** 53/18
**understanding [11]** 35/6 36/16 37/5 38/16 56/14 61/14 71/9 81/1 94/12 94/25 123/9
**understood [6]** 21/16 27/20 125/1 125/18 128/15 160/16
**undervote [14]** 65/6 65/12 65/16 65/21 68/8 68/17 68/21 69/10 69/16 75/18 76/23 76/24 78/4 80/9
**undervotes [6]** 66/17 67/24 68/15 69/13 69/14 69/15
**undervoting [1]** 68/17
**undetectability [1]** 74/14
**undetectable [9]** 54/6 57/9 57/11 57/16 57/17 72/21 73/10 73/15 74/10
**undetected [6]** 75/2 81/9 105/19 106/10 106/14 106/22
**undisputed [1]** 71/25
**unequivocal [5]** 136/23 139/7 139/10 140/2 155/18
**unfair [3]** 48/4 52/8 153/22
**unfortunate [1]** 118/5
**unfortunately [6]** 32/25 44/15 74/4 85/1 85/6 85/16
**Unintelligible [2]** 46/14 111/2
**unintentional [2]** 57/17 105/18
**unique [4]** 26/7 26/13 26/20 28/4
**united [9]** 1/1 1/12 1/24 10/20 58/21 122/8 164/3 164/7 164/17
**universal [1]** 7/21
**universally [2]** 7/22 64/25
**University [7]** 6/7 6/8 6/11 6/14 6/17 6/21 66/14
**unless [5]** 39/22 84/20 107/3 111/22 124/25
**unrealistic [1]** 50/8
**unresolved [2]** 136/19 158/13
**until [20]** 51/13 89/14 89/18 108/17 120/16 128/21 136/13 137/9 138/14 139/8 143/23 145/12 146/1 147/1 150/8 150/10 150/21 153/13 155/10 155/22
**untrue [1]** 98/23
**unusable [1]** 84/23
**unusual [1]** 127/11
**up [62]** 6/12 7/5 9/11 11/9 12/7 12/18 15/8 17/19 18/4 18/5 18/12 19/2 20/7 22/1 23/24 43/16 47/3 47/19 47/19 47/25 50/1 53/10 56/10 56/13 57/3 59/4 59/22 61/4 61/7 63/1 63/3 66/7 83/24 84/16 86/16 88/11 90/7 95/1 95/17 100/23 105/13 128/20 130/3 131/9 137/4 137/10 138/19 140/4 141/25 144/7 150/4 151/23 153/15 156/24 157/4 157/14 157/23 158/18 159/12 160/9 160/18 163/19
**updated [3]** 17/23 159/4 159/5
**upon [4]** 34/16 102/13 102/19 139/3

**us [31]** 5/7 6/5 10/24 19/20 30/23 37/1 48/15 50/21 58/3 61/22 64/18 69/1 119/11 128/11 129/9 138/19 141/15 143/2 143/25 144/9 144/19 148/6 149/1 150/18 150/19 151/1 151/25 152/25 156/4 158/4 158/14
**usability [2]** 19/24 28/9
**use [15]** 8/22 37/14 40/12 40/19 63/16 64/17 72/8 72/11 72/12 108/14 110/14 113/9 147/5 147/22 147/23
**useable [1]** 7/20
**used [26]** 8/6 8/8 8/10 8/13 8/15 9/1 9/5 9/8 9/10 9/17 9/18 9/19 10/5 32/14 39/11 40/14 53/21 56/15 57/21 59/11 65/1 101/17 105/23 122/9 147/2 159/3
**useful [3]** 64/5 64/5 126/14
**uses [3]** 8/16 82/17 97/11
**using [7]** 8/13 9/1 38/4 38/5 60/11 61/16 96/24
**usually [2]** 131/10 131/22
**utilized [3]** 31/8 41/14 82/5
**utilizing [1]** 41/14

**V**

**valid [1]** 59/12
**validate [2]** 75/16 98/6
**validity [1]** 87/17
**varieties [1]** 50/16
**variety [3]** 134/17 142/2 148/23
**various [5]** 34/15 45/12 50/6 53/9 158/3
**vendor [1]** 9/6
**verifiability [7]** 66/8 66/11 91/5 91/20 91/21 91/22 113/10
**verifiable [3]** 34/23 37/11 38/22
**verification [15]** 50/11 54/5 58/4 58/6 58/7 58/9 58/10 58/14 58/16 63/12 74/19 91/1 91/19 101/20 110/22
**verified [4]** 53/15 73/15 106/20 111/19
**verifies [4]** 101/22 110/20 111/16 111/20
**verify [11]** 26/15 66/9 74/20 74/22 89/11 89/13 89/15 93/7 105/3 108/11 124/24
**verifying [4]** 74/10 84/23 102/14 113/11
**version [13]** 10/11 16/12 16/13 16/15 17/23 17/25 18/1 18/21 19/2 35/25 116/20 116/22 146/17
**versus [2]** 69/24 78/15
**very [29]** 25/7 28/4 33/11 48/4 52/8 53/18 56/20 63/6 64/19 64/24 101/10 118/3 118/23 118/25 119/2 119/8 128/4 128/12 131/11 140/17 143/12 143/12 146/11 147/10 147/11 156/14 157/9 160/10 160/24
**video [18]** 75/1 88/9 88/20 88/22 89/5 99/7 109/8 111/1 111/4 111/5 113/17 116/7 116/8 116/9 116/18 138/22 141/1 157/16
**videotape [3]** 88/24 99/8 99/19
**view [2]** 142/17 144/13
**views [2]** 45/11 52/25
**vigorously [1]** 159/8
**VINCENT [1]** 3/4
**violates [2]** 79/15 122/14
**virtually [3]** 84/23 147/7 147/16
**virtue [1]** 68/4

**vision [1]** 37/10
**visited [2]** 14/24 14/25
**vocal [1]** 63/6
**voir [5]** 4/7 20/20 21/13 73/20 146/8
**VOLUME [1]** 1/10
**VON [3]** 2/10 4/7 4/9
**vote [64]** 8/21 23/8 26/10 26/11 26/19 46/17 53/14 58/22 59/1 59/6 59/22 60/4 60/6 61/7 61/15 62/1 62/10 62/11 62/12 62/13 62/14 62/19 64/14 65/10 65/11 65/13 65/14 65/15 65/25 68/18 70/11 70/14 76/10 76/12 76/14 82/22 87/18 89/7 89/11 89/12 89/13 89/24 90/6 90/9 90/10 93/15 93/17 96/16 96/17 97/11 97/12 97/13 97/16 98/9 100/9 100/10 101/15 102/7 104/7 105/25 108/1 114/15 152/17
**voted [2]** 70/13 76/8
**voter [71]** 38/22 45/1 51/10 54/9 56/15 56/18 56/21 58/4 58/6 58/7 58/9 58/10 58/14 63/3 65/8 65/25 69/17 74/19 74/22 76/8 76/12 77/1 77/5 78/15 80/2 84/21 84/23 87/23 89/8 90/25 91/5 91/19 91/20 91/21 91/22 96/15 96/18 97/8 97/11 97/19 97/21 97/23 98/9 101/20 101/22 102/14 107/25 109/9 109/16 109/24 110/1 110/16 110/17 110/17 110/18 110/20 110/25 111/6 111/15 111/16 111/19 111/19 111/22 111/23 112/19 113/11 113/13 114/14 116/25 120/21
**voter's [3]** 87/25 111/11 111/14
**voters [52]** 9/1 40/13 41/14 45/23 46/10 46/17 48/21 50/8 50/12 53/2 53/10 54/10 62/25 63/5 63/5 64/11 64/23 65/12 66/9 85/2 85/7 85/16 89/11 89/14 89/17 89/23 90/2 90/4 90/8 91/15 92/9 93/7 93/17 93/21 97/17 100/9 100/24 101/2 101/16 102/19 102/20 103/6 104/1 104/6 105/23 106/2 106/19 106/20 106/20 107/3 107/10 114/20
**voters' [2]** 56/25 58/16
**votes [23]** 21/11 23/9 60/19 60/21 64/23 74/24 75/1 81/9 81/11 89/15 89/18 90/5 94/19 97/17 100/17 101/2 102/14 106/24 109/24 113/2 113/6 114/20 115/22
**voting [119]** 7/4 7/16 7/19 7/22 8/4 8/6 10/14 10/18 11/18 11/25 12/4 19/6 19/12 19/21 19/23 19/25 19/25 20/3 20/4 20/5 20/10 21/5 21/9 21/17 22/10 22/20 23/5 23/6 23/7 23/8 23/12 23/17 23/20 23/23 24/2 25/18 25/19 25/23 26/6 26/7 26/13 26/17 26/20 26/21 26/23 27/10 27/11 27/13 27/15 27/15 27/18 27/19 27/23 28/5 28/6 28/13 28/16 29/3 29/5 31/7 31/8 31/11 31/19 31/21 31/24 31/25 32/8 34/23 37/10 37/14 37/24 38/1 38/11 41/13 41/23 43/6 45/12 51/11 53/1 53/11 57/6 59/16 60/3 60/7 60/12 63/18 64/11 64/12 64/17 64/17 64/19 74/1 74/3 74/15 74/17 74/20 75/14 75/14 84/21 86/21 88/5 89/24 93/21 98/2 98/3 105/10 113/8 113/9 113/15 116/7 116/9 116/16 116/18 117/19 118/19 121/13 122/8 127/14 127/14
**vouch [1]** 123/21

**V**

**vs [1]** 1/5
**vulnerabilities [3]** 45/20 51/4 51/6
**vulnerability [2]** 23/10 48/10

**W**

**Wack [1]** 57/7
**wait [6]** 50/25 86/2 89/14 110/7 116/2 128/21
**waited [3]** 136/13 146/1 153/13
**waived [4]** 143/16 143/21 145/4 154/11
**waiver [1]** 136/16
**walk [3]** 121/14 141/25 145/17
**walked [1]** 147/20
**walks [1]** 150/13
**want [50]** 13/13 25/2 37/18 42/4 43/6 43/8 43/14 44/24 46/23 49/1 52/18 55/12 56/10 57/3 62/3 63/14 65/12 68/19 70/5 74/20 75/17 76/12 82/15 86/7 87/9 88/15 96/23 96/25 99/25 100/1 101/10 117/19 117/20 120/10 128/20 128/21 128/22 131/5 132/3 132/14 132/15 144/13 149/13 149/14 156/5 157/2 157/18 157/22 159/24 162/8
**wanted [17]** 10/5 48/8 49/14 49/19 50/1 123/14 131/12 131/23 141/18 142/20 146/16 148/9 152/4 153/18 155/15 156/20 160/5
**wants [7]** 8/20 10/4 10/9 20/16 42/10 95/14 158/23
**was [269]**
**Washington [1]** 70/13
**wasn't [7]** 22/21 99/21 130/19 144/14 154/16 160/2 160/3
**waste [1]** 77/20
**watch [1]** 99/14
**watching [2]** 99/13 99/21
**water [1]** 48/13
**way [42]** 7/15 22/10 22/15 37/19 48/20 59/23 60/7 64/18 73/13 75/4 79/18 80/1 81/14 91/9 92/22 93/20 93/24 95/3 96/16 97/9 97/9 97/19 97/21 97/23 98/8 98/12 101/19 102/9 104/15 107/7 107/10 115/19 118/15 121/9 127/7 128/9 143/21 144/8 144/16 148/11 152/21 155/2
**ways [6]** 25/17 43/2 50/21 53/14 98/2 98/4
**we [308]**
**we'll [27]** 5/6 15/9 15/15 19/1 33/21 33/24 42/7 56/13 77/3 77/8 90/13 109/22 129/10 131/19 138/20 139/8 140/24 142/7 142/7 142/10 149/7 149/10 153/6 160/18 162/12 163/15 163/17
**we're [40]** 20/9 22/6 25/12 36/5 41/24 42/6 43/7 54/1 75/6 76/1 76/9 78/21 82/25 86/8 88/9 88/15 93/2 96/24 96/24 96/25 97/1 102/11 104/6 104/9 105/16 118/2 118/15 126/17 134/5 134/5 141/1 143/14 146/22 151/1 151/2 151/7 155/15 157/9 160/7 163/21
**we've [16]** 8/2 10/19 12/13 13/24 17/17 51/7 68/1 68/21 81/4 106/24 133/7 133/22 142/1 143/5 147/15 149/14
**wealthiest [1]** 159/20

**weeds [1]** 127/19
**week [2]** 52/4 159/1
**weeks [4]** 47/24 120/16 143/23 153/13
**WEIGEL [1]** 3/9
**WEINHARDT [1]** 2/6
**WELCH [3]** 1/23 164/6 164/16
**welcome [1]** 127/23
**well [56]** 5/4 9/20 10/6 11/9 18/23 19/14 21/22 24/4 24/21 27/11 27/21 30/25 41/6 41/10 43/22 51/2 53/5 55/25 58/6 60/9 62/10 63/5 64/19 65/5 66/7 69/1 72/9 77/10 79/10 96/10 99/7 106/7 110/11 115/16 117/8 117/20 118/3 118/22 119/1 121/1 122/5 123/19 123/25 125/11 127/2 128/23 132/11 132/17 132/19 142/3 142/21 142/24 145/4 146/2 147/14 162/21
**well-known [1]** 127/2
**went [6]** 34/22 44/10 60/9 133/24 136/8 153/24
**were [108]** 6/25 12/2 13/9 20/7 21/13 21/15 21/16 28/18 28/20 29/14 30/10 30/25 31/19 34/17 36/15 36/16 47/23 51/4 57/3 58/21 59/21 60/11 60/16 61/16 63/6 64/25 67/6 67/7 68/7 68/9 69/9 70/5 72/9 72/10 73/20 74/10 74/19 78/14 79/8 82/16 82/23 85/25 88/1 90/2 90/4 90/4 90/14 91/24 93/15 93/18 93/25 97/17 97/17 98/15 98/22 98/25 99/4 100/8 100/13 102/21 102/22 103/5 104/6 104/8 111/21 112/25 113/17 113/23 113/23 114/3 114/5 114/8 114/13 115/22 115/25 117/14 118/23 126/24 126/24 127/16 129/22 130/20 131/5 133/5 133/25 135/10 135/10 137/16 140/23 143/10 143/11 145/25 147/4 147/10 147/11 147/12 149/24 150/8 150/15 150/16 151/16 152/9 155/6 155/14 156/17 157/23 159/18 163/22
**weren't [2]** 140/9 152/2
**what [240]**
**what's [1]** 95/1
**whatever [6]** 62/2 65/13 131/17 151/17 151/22 156/4
**whatsoever [1]** 42/20
**when [55]** 10/2 13/4 19/1 21/8 23/16 26/1 27/2 27/4 27/5 31/6 32/18 33/17 34/22 36/2 36/6 36/15 46/17 47/5 47/17 47/20 55/10 58/6 58/23 59/18 60/1 60/4 60/20 61/21 63/6 63/10 64/14 64/14 65/12 65/24 77/22 90/3 90/4 98/13 113/23 114/5 114/8 120/17 122/11 126/23 128/11 128/12 131/25 134/19 135/3 135/10 139/1 153/17 154/9 156/11 160/7
**whenever [3]** 16/14 84/10 151/21
**where [63]** 6/25 8/22 8/22 23/23 26/20 26/23 27/16 28/20 31/17 37/18 41/4 41/21 42/23 43/6 43/7 47/5 50/13 50/22 52/22 56/13 58/1 58/4 58/11 59/1 59/2 62/14 62/17 62/24 63/2 63/3 65/7 71/19 73/4 74/19 75/6 75/10 95/1 102/2 108/10 111/21 116/17 116/22 118/8 121/11 123/17 124/10 129/7 141/6 143/3 144/8 146/22 148/6 148/16 150/5 151/16 152/20 152/23 153/2 155/12 157/8 158/12 161/12 162/17

**whereas [3]** 26/2 27/19 68/24
**wherein [1]** 26/9
**whereof [1]** 164/12
**Whereupon [2]** 5/21 120/1
**whether [36]** 21/8 25/16 31/16 41/13 42/1 42/25 43/1 43/18 45/20 51/6 54/13 54/13 57/10 57/21 59/9 64/10 66/18 67/6 73/14 74/10 77/1 87/23 93/20 93/24 96/10 107/13 107/18 107/19 107/19 108/18 112/25 114/14 115/21 150/24 158/4 158/9
**which [69]** 15/4 18/13 21/19 33/19 40/4 41/20 41/25 43/2 44/3 44/3 44/6 44/13 45/6 45/8 45/23 46/2 46/8 49/14 49/25 50/1 50/4 50/18 53/14 57/25 59/17 65/9 71/3 75/23 78/13 78/14 86/1 94/11 95/11 95/13 95/14 95/24 96/18 99/25 100/2 108/10 113/5 113/12 116/8 117/16 118/9 127/11 127/17 136/15 137/19 139/14 140/5 141/18 144/1 144/8 144/25 145/15 145/25 146/4 146/16 147/4 148/7 149/18 149/20 149/25 154/24 155/20 157/25 157/25 158/7
**while [5]** 84/21 93/25 120/19 133/12 147/22
**who [30]** 8/20 22/10 25/12 26/2 27/5 27/6 36/16 49/14 49/18 53/6 59/17 61/6 64/2 68/7 71/1 79/3 79/5 79/6 90/7 90/8 96/15 97/8 98/9 114/20 124/11 129/16 131/20 151/21 154/13 154/21
**whole [10]** 20/13 25/15 33/14 36/18 96/11 118/9 118/10 138/20 147/23 150/12
**wholly [1]** 41/25
**why [30]** 16/21 25/9 26/11 48/4 50/6 54/5 54/6 57/24 58/9 60/2 61/3 81/11 86/15 96/11 98/1 99/7 108/5 117/18 131/9 135/16 140/1 140/10 140/10 146/3 146/17 149/22 151/6 151/11 152/6 155/3
**will [52]** 1/3 17/20 24/13 25/5 33/13 33/23 36/7 40/8 42/19 52/1 55/5 55/14 61/21 63/8 75/22 77/9 77/24 84/2 86/6 106/12 106/13 106/14 108/10 108/23 109/13 109/15 109/19 109/19 109/20 116/22 116/22 117/1 119/9 121/1 122/13 124/5 126/22 128/1 128/1 128/7 128/25 132/13 133/22 142/12 148/19 150/1 151/5 160/20 161/17 161/18 161/19 161/21
**WILLIAM [2]** 2/13 2/18
**willing [1]** 74/4
**Wisconsin [2]** 9/19 9/22
**wise [1]** 47/14
**withdrew [1]** 120/17
**within [12]** 25/20 25/22 25/23 31/11 31/23 31/24 32/10 45/25 89/11 145/5 156/2 156/2
**without [58]** 58/10 98/11 103/2 115/13 143/1
**witness [22]** 4/4 5/9 5/15 19/5 20/16 32/19 38/23 42/3 42/7 42/15 42/17 48/16 48/16 56/7 70/1 78/5 110/9 116/3 119/3 119/12 119/20 128/7
**won [5]** 134/17 141/7 141/23 142/15 142/16
**won't [7]** 33/21 33/21 108/17 116/21

# W

**won't... [3]** 138/16 138/16 138/17
**wonderful [2]** 132/23 159/12
**word [3]** 20/2 53/5 84/17
**words [2]** 77/4 79/11
**work [22]** 5/6 10/17 10/19 10/22 11/7
15/1 18/2 26/2 27/10 27/23 28/6 35/16
53/5 61/19 74/1 78/18 117/19 118/4
127/20 129/20 137/13 162/13
**worked [4]** 8/4 14/6 22/10 46/3
**worker [4]** 96/17 97/10 97/19 98/9
**workers [2]** 93/16 93/21
**working [3]** 25/12 157/9 157/15
**works [1]** 117/15
**world [7]** 31/23 50/13 58/11 75/8
117/16 140/11 146/22
**worse [1]** 103/17
**worst [1]** 154/25
**worth [1]** 153/23
**worthless [1]** 39/22
**would [137]** 5/17 7/15 9/10 15/1 16/15
18/16 18/23 18/24 19/9 19/10 20/1
20/15 22/19 23/20 24/7 24/16 24/20
24/20 24/21 24/23 25/1 25/1 25/3 26/12
32/2 32/9 33/1 34/3 36/19 41/11 41/16
42/15 44/18 46/20 48/5 48/15 48/15
49/5 50/3 50/7 52/21 52/24 58/24 60/6
60/6 60/8 60/20 60/22 60/22 60/23
60/25 61/2 61/22 63/3 63/5 63/25 64/4
64/16 67/13 68/4 69/5 69/13 73/3 73/7
74/4 74/24 78/13 78/18 78/19 78/22
79/5 79/11 79/14 79/19 80/2 80/4 81/9
81/10 81/22 83/21 85/11 85/11 85/20
93/22 94/3 94/12 94/22 95/4 96/8 97/18
98/5 99/17 101/19 101/24 102/2 103/21
103/22 103/25 104/1 104/2 104/4 104/7
104/10 105/3 107/6 108/11 108/13
111/18 114/14 118/6 118/13 119/22
122/19 123/2 124/4 129/6 129/6 129/9
129/11 130/13 131/20 134/14 134/15
136/5 136/8 136/19 140/22 142/1
143/15 147/12 150/11 150/21 156/20
159/9 161/25 162/5 162/10
**wouldn't [9]** 28/3 61/4 85/12 97/25
101/19 107/1 111/18 132/15 151/11
**wow [2]** 9/9 58/24
**write [4]** 68/22 104/22 104/23 123/22
**written [2]** 62/22 145/8
**wrong [7]** 43/21 53/7 53/14 62/3 62/18
140/10 155/24
**wrote [1]** 21/9

# X

**XYZ [1]** 124/22

# Y

**y'all [3]** 48/23 163/4 163/17
**yang [1]** 118/2
**yeah [20]** 8/17 10/21 13/7 13/17 14/12
15/9 18/11 19/15 27/9 38/1 85/11 90/24
93/5 104/17 104/20 105/3 110/14 135/8
142/7 149/7
**year [11]** 6/11 7/19 51/13 58/24 67/11
67/15 135/14 135/15 135/23 149/18
149/20
**Year's [1]** 52/5
**years [16]** 6/12 6/15 6/18 6/24 9/6 9/10
13/18 26/9 45/19 68/2 92/20 137/25

138/13 140/4 140/9 151/10
**Yep [1]** 34/6
**yes [146]** 6/23 7/19 8/8 9/14 10/15
10/19 10/22 11/8 11/12 11/19 12/5
12/19 12/24 13/6 13/16 13/25 14/5 14/8
14/21 15/7 15/17 16/6 16/9 16/14 17/1
17/12 17/23 19/22 20/18 21/5 21/7
21/25 23/15 23/19 23/19 24/3 24/19
25/23 28/23 28/25 29/8 29/13 29/16
29/22 30/7 30/9 30/13 30/18 31/1 34/25
35/8 35/12 35/15 37/4 37/8 37/12 38/1
38/8 38/15 38/18 38/21 38/24 39/4 46/4
49/21 57/7 57/23 58/18 58/21 59/8
60/23 61/13 63/13 64/14 66/5 66/13
66/24 67/9 70/4 72/24 73/23 74/1 74/8
74/12 75/20 76/16 76/21 77/17 78/9
78/12 78/20 79/10 80/1 80/24 81/3 83/8
84/15 84/19 84/25 85/5 85/9 85/13
85/18 87/21 88/3 88/6 88/8 89/4 89/6
89/10 91/16 92/19 93/9 93/14 95/8
100/17 100/22 100/25 101/24 102/16
103/11 104/12 107/16 108/2 108/25
109/3 111/12 113/20 113/22 114/1
114/7 115/4 115/6 118/2 119/4 119/5
119/7 122/24 124/12 126/4 129/14
130/16 133/6 133/6 144/3 158/16
**yesterday [1]** 42/21
**yet [4]** 8/3 74/15 116/23 151/20
**yield [1]** 41/20
**yin [1]** 118/2
**you [624]**
**you'll [6]** 33/11 37/22 86/2 95/24
133/15 158/2
**you're [27]** 21/18 22/17 35/9 39/10
43/14 44/13 47/4 48/24 49/1 63/16
68/11 82/2 82/4 86/3 101/21 103/18
114/18 114/19 116/2 120/22 126/16
127/23 129/18 132/17 141/1 143/20
149/9
**you've [7]** 11/24 21/3 85/5 120/12
132/18 141/15 157/15
**you-all [4]** 18/14 126/15 130/18 132/19
**young [1]** 131/25
**younger [1]** 132/17
**your [320]**
**yours [2]** 117/25 125/5
**yourself [2]** 14/17 98/18
**YouTube [1]** 88/20

# Z

**zero [2]** 106/20 106/20
**Zoom [3]** 101/9 113/21 114/9