# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>BRAD RAFFENSPERGER, et al.,<br><br>    Defendants. | Civil Action No.: 1:17-CV-2989-AT |

## NOTICE OF CHANGE OF ADDRESS

COMES NOW, David D. Cross, counsel for Plaintiffs Donna Curling, Donna Price, and Jeffrey Schoenberg, and files this Notice of Change of Address in the above-captioned case. All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

| | |
|---|---|
| Law Firm: | Goodwin Procter LLP |
| Address: | 1900 N Street, NW<br>Washington, DC 20036 |
| Telephone No.: | (202) 346-4050 |
| Fax No.: | (202) 346-4444 |
| Email: | DCross@goodwinlaw.com |

This 3rd day of July, 2024.

        Respectfully submitted,
        */s/ David D. Cross*
        David D. Cross (*pro hac vice*)
        GOODWIN PROCTER LLP
        1900 N Street, NW
        Washington, DC 20036
        Phone: (202) 346-4050
        Fax: (202) 346-4444
        DCross@goodwinlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2024, I caused a true and correct copy of the foregoing to be served upon counsel of record as of this date by filing the same through the ECF system.

*/s/ David D. Cross*
David D. Cross