IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*,<br>    *Plaintiffs*,<br><br>v.<br><br>BRAD RAFFENSPERGER, *et al.*,<br>    *Defendants*. | Civil Action No. 1:17-CV-2989-AT |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

COMES NOW Daniel H. Weigel, of the law firm Taylor English Duma LLP, and pursuant to Rule 83.1(E) of the Local Rules of the United States District Court for the Northern District of Georgia, respectfully requests this Court to withdraw his appearance as counsel for Defendants in the above-captioned case. Defendants will continue to be represented by Taylor English Duma LLP in this matter by Bryan P. Tyson, Bryan F. Jacoutot, Diane F. LaRoss; and Robbins Ross Alloy Belinfante Littlefield LLC by Vincent R. Russo, Josh Belinfante, Carey A. Miller, Alexander Denton, Edward A. Bedard, Javier Pico Prats, Danielle Hernandez and Anna Edmondson.

A proposed Order granting this Motion is attached.

*(Signature on following page)*

Respectfully submitted this 7th day of August, 2024.

        */s/ Daniel H. Weigel*
        Daniel H. Weigel
        dweigel@taylorenglish.com
        Georgia Bar No. 956419
        TAYLOR ENGLISH DUMA LLP
        1600 Parkwood Circle, Suite 200
        Atlanta, Georgia 30339
        Tel. (770) 434-6868
        Fax (770) 434-7376

        *Counsel for Defendants*

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing motion was prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

/s/ *Daniel H. Weigel*
Daniel H. Weigel