IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| DONNA CURLING, *et al.*, | : |
| Plaintiffs, | : |
| v. | : CIVIL ACTION NO. |
|  | : 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, *et al.*, | : |
| Defendants. | : |

# **ORDER**

Pending before the Court are Plaintiffs' Motions for Interim Attorneys' Fees. [Docs. 967, 998]. Myriad factors have long delayed the resolution of these motions. At present, the Court is withholding judgment on Plaintiffs' interim fee requests as the Supreme Court considers under what circumstances parties are entitled to such interim attorney's fees under 42 U.S.C. § 1988. *See Lackie v. Stinnie*, No. 23-621 (cert. granted April 22, 2024; argued Oct. 8, 2024).

Since the Supreme Court's ruling in *Stinnie* may have meaningful consequences for the Court's resolution of these Motions, they are **STAYED** pending the issuance of the Supreme Court's opinion. The parties are **ORDERED** to inform the Court within **5 days** of the issuance of the Supreme Court's decision in *Stinnie* as to whether they believe supplemental briefing is needed.

2

**IT IS SO ORDERED** this 6th day of December, 2024.

_____
**Honorable Amy Totenberg
United States District Judge**