# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.,<br>    Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, ET AL.,<br>    Defendants. | Civil Action No. 1:17-cv-02989-AT |

## CURLING PLAINTIFFS' RESPONSE TO COURT ORDER REGARDING *LACKEY v. STINNIE*

Donna Curling, Donna Price, and Jeffrey Schoenberg (the "Curling Plaintiffs") join the Coalition Plaintiffs in requesting supplemental briefing to address the Supreme Court's opinion in *Lackey v. Stinnie,* No. 23-621 (S. Ct. Feb. 25, 2025). *See* ECF No. 1862. Curling Plaintiffs suggest that:

- Each side may file one initial brief concerning the *Lackey* opinion, not to exceed ten pages;

- Initial briefs be filed simultaneously within 20 days of the Court ordering briefing concerning the *Lackey* opinion; and

- Each side may file one reply brief, not to exceed five pages, due seven days after both initial briefs are filed.

Respectfully submitted, this 3rd day of March 2025.

|  |  |
|---|---|
| David D. Cross (*pro hac vice*) | */s/ Adam M. Sparks* |
| Mary G. Kaiser (*pro hac vice*) | Halsey G. Knapp, Jr. |
| GOODWIN PROCTER LLP | GA Bar No. 425320 |
| 1900 N Street NW | Adam M. Sparks |
| Washington, DC 20036 | GA Bar No. 341578 |
| Telephone: (202) 346-4000 | KREVOLIN & HORST, LLC |
| DCross@goodwinlaw.com | 1201 West Peachtree Street, NW |
| MKaiser@goodwinlaw.com | Suite 3500 |
|  | Atlanta, GA 30309 |
| Benjamin E. Campbell (*pro hac vice*) | (404) 888-9700 |
| GOODWIN PROCTER LLP | hknapp@khlawfirm.com |
| 620 Eighth Avenue | sparks@khlawfirm.com |
| New York, NY 10018 |  |
| Telephone: (415) 813-8800 | Christian G. Andreu-von Euw |
| benjamincampbell@goodwinlaw.com | (*pro hac vice*) |
|  | THE BUSINESS LITIGATION GROUP, PC |
|  | 150 Spear Street |
|  | San Francisco, CA 94105 |
|  | (415) 765-6633 |
|  | christian@blgrp.com |

*Counsel for Plaintiffs Donna Curling, Donna Price & Jeffrey Schoenberg*

2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-cv-02989-AT** |

## **CERTIFICATE OF COMPLIANCE**

Pursuant to LR 7.1(D), I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

*/s/ Adam M. Sparks*
Adam M. Sparks

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-cv-02989-AT** |

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2025, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

*/s/ Adam M. Sparks*
Adam M. Sparks