UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL,<br><br>      Plaintiffs,<br><br>vs.<br><br>BRAD RAFFENSPERGER, ET AL,<br><br>      Defendants. | CIVIL ACTION FILE<br><br>NO. 1:17-cv-2989-AT |

## J U D G M E N T

This action having come before the court, Honorable Amy Totenberg, United States District Judge, for consideration, it is

**Ordered and Adjudged** that the Court finds in favor of Defendants against Plaintiffs and **DISMISSES** this case.

Dated at Atlanta, Georgia, this 31st day of March, 2025.

              KEVIN P. WEIMER
              CLERK OF COURT


          By:  s/ K. Gardner
             K. Gardner, Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
March 31, 2025
Kevin P. Weimer
Clerk of Court

By:  s/ K. Gardner
    Deputy Clerk