# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs, Donna Curling, Donna Price, and Jeffrey Schoenberg, appeal to the United States Court of Appeals for the Eleventh Circuit all aspects of the Court's March 31, 2025, Opinion and Order (Dkt. No. 1868) resolved adversely to them.

Respectfully submitted this 14th day of April, 2025.

/s/ David D. Cross
David D. Cross (*pro hac vice*)
Mary G. Kaiser (*pro hac vice*)
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
(202) 346-4000
dcross@goodwinlaw.com
mkaiser@goodwinlaw.com

Benjamin E. Campbell (*pro hac vice*)
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, NY 10018
(212) 813-8800
benjamincampbell@goodwinlaw.com

/s/ Adam M. Sparks
Halsey G. Knapp, Jr.
GA Bar No. 425320
Adam M. Sparks
GA Bar No. 341578
Jessica G. Cino
GA Bar No. 577837
KREVOLIN & HORST, LLC
1201 West Peachtree Street, NW
Suite 3500
Atlanta, GA 30309
(404) 888-9700
hknapp@khlawfirm.com
sparks@khlawfirm.com
cino@hklaw.com

/s/ Christian G. Andreu-von Euw
Christian G. Andreu-von Euw
(*pro hac vice*)
THE BUSINESS LITIGATION GROUP, PC
150 Spear Street
San Francisco, CA 94105
(415) 765-6633
christian@blgrp.com

*Counsel for Plaintiffs Donna Curling, Donna Price & Jeffrey Schoenberg*

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2025, I caused a true and correct copy of the foregoing to be served upon counsel of record as of this date by filing the same through the ECF system.

*/s/ David D. Cross*
David D. Cross
