IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, ET AL.,<br><br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, and Megan Missett appeal to the United States Court of Appeals for the Eleventh Circuit all aspects of this Court's March 31, 2025 Opinion and Order (Doc. 1868) and this Court's March 31, 2025 Order (Doc. 1869).

Respectfully submitted this 28th day of April 2025.

| | |
|---|---|
| */s/ Bruce P. Brown* <br>Bruce P. Brown<br>Georgia Bar No. 064460<br>BRUCE P. BROWN LAW LLC<br>1123 Zonolite Rd. NE, Suite 6<br>Atlanta, Georgia 30306<br>(404) 386-6856<br><br>*Counsel for Coalition for Good Governance, William Digges III, Laura Digges, and Megan Missett* | */s/ Robert A. McGuire, III*<br>Robert A. McGuire, III<br>Admitted Pro Hac Vice<br> (ECF No. 125)<br>ROBERT MCGUIRE LAW FIRM<br>113 Cherry St. #86685<br>Seattle, Washington 98104-2205<br>(253) 267-8530<br><br>*Counsel for Coalition for Good Governance* |

1

2

| | |
|---|---|
| */s/ Cary Ichter*<br>Cary Ichter<br>Georgia Bar No. 382515<br>ICHTER DAVIS LLC<br>3340 Peachtree Road NE<br>Atlanta, Georgia 30326<br>(404) 869-7600<br><br>*Counsel for William Digges III, Laura Digges & Megan Missett* | |

# CERTIFICATE OF SERVICE AND CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

Pursuant to N.D. Ga. L.R. 5.1(C), I certify that the foregoing was prepared using Century Schoolbook 13 font.  I electronically filed this using CM/ECF, thus electronically serving all counsel of record.

This 28th day of April 2025.

> */s/ Bruce P. Brown*
> Bruce P. Brown
> Georgia Bar No. 064460
> BRUCE P. BROWN LAW LLC
> 1123 Zonolite Rd. NE
> Suite 6
> Atlanta, Georgia 30306
> (404) 386-6856
> bbrown@brucepbrownlaw.com