IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., ) <br> PLAINTIFFS, ) <br> ) <br> v. ) <br> ) <br> BRAD RAFFENSPERGER, ET AL., ) <br> DEFENDANTS. ) <br> ) | Civil Action No. 1:17-CV-2989-AT |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Ricardo Davis appeals to the United States Court of Appeals for the Eleventh Circuit from the Court's March 31, 2025, Opinion and Order (Dkt. No. 1868) dismissing this action for lack of jurisdiction. Plaintiff appeals all matters resolved adversely to him.

Respectfully submitted this the 28th day of April, 2025.

**OLES LAW GROUP**

/s/*David E. Oles*

David E. Oles, Esq.
Attorney for Plaintiff Ricardo Davis
GA Bar No. 551544
5755 North Point Pkwy, Ste. 25
Alpharetta, GA 30022
(770) 753-9995
firm@deoleslaw.com

## **CERTIFICATION**

Pursuant to Local Rule 5.1, the foregoing document has been prepared with Times New Roman 14 point font.  I have served a copy of the document on all counsel of record on the date listed below via CM/ECF system, which provides a service copy to all attorneys of record.

This 28th day of April, 2025.

        **OLES LAW GROUP**

        */s/ David E. Oles*
        David E. Oles
        GA Bar No. 551544