# APPLICATION FOR REFUND OF FEES
# PAID ELECTRONICALLY THROUGH PAY.GOV

Date of Request: 4/29/2025                              Date of Fee Payment: 4/14/2025

Case Number:        1:17-cv-02989-AT                    Receipt Number:  AGANDC-14220124

Amount to be Refunded: $605.00

Reason for Request:

The charge from receipt #AGANDC-14220124 is a duplicate charge that occurred due to a technical error. The correct charge for the Notice of Appeal (ECF 1871) is receipt #AGANDC-14220568.

Supervisor's Recommendation:

Action Taken:        _____        Approved

                     _____        Denied

                     _____        Referred to Judge for further action

_____          _____
DATE                                    KEVIN P. WEIMER
                                        Clerk of Court