# EXHIBIT A

| Date | Amount | Description | Category | Explanation of Need |
|---|---|---|---|---|
| 10/02/2020 | $ 505.00 | Filing Fees - Georgia Northern District - Visa | Filing Fees | Filing fees for successful appeals |
| 10/16/2020 | $ 505.00 | Filing Fees - Georgia Northern District - Visa | Filing Fees | Filing fees for successful appeals |
| 10/29/2020 | $ 505.00 | Filing Fees - Georgia Northern District - Visa | Filing Fees | Filing fees for successful appeals |
| 01/30/2024 | $ 600.00 | Filing Fees - 12/21/2023 - U.S. Court of Appeals, Eleventh Circuit - SDM Visa - The Robbins Firm | Filing Fees | Filing fees for successful appeals |
| 05/18/2022 | $ 5.00 | Outside Copy Charges - reSearchGA(FultonSup) - Visa | Printing charges | Charges to obtain filings in superior court for use in case |
| 01/30/2024 | $ 32.50 | Copy charges - 01/09/2024 - research Ga - Document Purchase - SDM Visa - The Robbins Firm | Printing charges | Printing for documents used at trial |
| 01/30/2024 | $ 77.21 | Copy charges - 12/19/2023 - Research GA - Document Purchase - SDM Visa - The Robbins Firm | Printing charges | Printing for documents used at trial |
| 2/1/2024 | $ 4,277.43 | Executive Imaging- Professional Services- Inv # 4761 Digital printing Curling v Raffensperger | Printing charges | Printing for documents used at trial |
| 2/3/2024 | $ 1,910.63 | Executive Imaging Professional Services- Inv # 4767 Digital Printing | Printing charges | Printing for documents used at trial |
| 2/13/2024 | $ 4,990.51 | Executive Imaging Professional Services- Inv # 4770 Digital Printing | Printing charges | Printing for documents used at trial |
| 02/28/2024 | $ 2.70 | Copy charges - 02/06/2024 - Pacer - SDM Visa - The Robbins Firm | Printing charges | Printing for documents used at trial |
| 02/28/2024 | $ 9.30 | Copy Charges - 02/09/2024 - Pacer - SDM Visa - The Robbins Firm | Printing charges | Printing for documents used at trial |
| 02/28/2024 | $ 32.20 | Copy charges - 02/06/2024 - Pacer - 322 Page Copy - SDM Visa - The Robbins Firm | Printing charges | Printing for documents used at trial |
| 02/28/2024 | $ 69.50 | Copy charges - 02/06/2024 - Pacer - SDM Visa - The Robbins Firm | Printing charges | Printing for documents used at trial |
| 6/3/2017 | $ 453.00 | Inv 2017-140 Kristina Weaver Court Reporter | Transcripts obtained for use in case | Transcripts of hearings |
| 6/19/2017 | $ 70.00 | Inv 2017-121 Kristina Weaver Court Reporter | Transcripts obtained for use in case | Transcripts of hearings |
| 04/11/2019 | $ 76.80 | Transcripts Fees to Shannon Welch | Transcripts obtained for use in case | Transcripts of hearings |
| 05/29/2019 | $ 43.20 | Transcript-5-24-19-Heard before Judge Totenberg-Curling-United States-Shannon R Welch | Transcripts obtained for use in case | Transcripts of hearings |

| Date | Amount | Description | Category | Explanation of Need |
|---|---|---|---|---|
| 06/04/2019 | $ 97.20 | Transcript before Judge Totenberg-Curling-USDC Shannon R Welch, RMR, CRR | Transcripts obtained for use in case | Transcripts of hearings |
| 06/28/2019 | $ 550.94 | APG USA - Deposition of Jennifer Doran | Transcripts obtained for use in case | Transcript/video services for deposition noticed as video deposition without objection |
| 06/29/2019 | $ 63.60 | Transcript-Telephone heard before Judge Totenberg-Shannon R Welch | Transcripts obtained for use in case | Transcripts of hearings |
| 7/9/2019 | $ 709.85 | Court Reporting/Transcripts paid to APG USA, Inc. - deposition of Lynn Ledford / Invoice # 2833 | Transcripts obtained for use in case | Transcript/video services for deposition noticed as video deposition without objection |
| 7/15/2019 | $ 2,699.60 | Court Reporting/Transcripts paid to Veritext Legal Solutions -Deposition of Michael Barnes / Invoice # 3860912 | Transcripts obtained for use in case | Transcript/video services for deposition noticed as video deposition without objection |
| 07/18/2019 | $ 31.50 | Transcript script of Telephone Conference in-chambers - Penny P. Coudriet | Transcripts obtained for use in case | Transcripts of hearings |
| 07/18/2019 | $ 52.80 | 7/17/2019 Telephone Conference before Judge Totenberg - Shannon R. Welch, RMR, CRR, OCR | Transcripts obtained for use in case | Transcripts of hearings |
| 07/19/2019 | $ 823.10 | APG USA, Inc. - Deposition of Joseph Kirk | Transcripts obtained for use in case | Transcript/video services for deposition noticed as video deposition without objection |
| 07/23/2019 | $ 566.25 | Transcripts Fees-Video-Curling-Veritext - Deposition of Michael Shamos | Transcripts obtained for use in case | Transcript/video services for deposition noticed as video deposition without objection |
| 7/23/2019 | $ 581.25 | Court Reporting/Transcripts paid to Veritext Legal Solutions -Deposition of Michael Ian Shamos, Ph.D. / Invoice CA3873452 | Transcripts obtained for use in case | Transcript/video services for deposition noticed as video deposition without objection |

| Date | Amount | Description | Category | Explanation of Need |
|---|---|---|---|---|
| 07/26/2019 | $ 621.90 | Transcripts Fees-Final Transcript of hearing-Curling-Shannon R Welch, RMR, CRR | Transcripts obtained for use in case | Transcripts of hearings |
| 7/29/2019 | $ 240.00 | Court Reporting/Transcripts paid to Veritext Legal Solutions -Deposition of Michael Ian Shamos, Ph.D. / Invoice 3878337 | Transcripts obtained for use in case | Transcript/video services for deposition noticed as video deposition without objection |
| 08/29/2019 | $ 70.80 | Transcript-Curling-Telephone conference heard before Judge Totenberg-Shannon R Welch, RMR, CRR | Transcripts obtained for use in case | Transcripts of hearings |
| 09/18/2019 | $ 2,589.30 | Transcript M.Shamos, Ph.D - Veritext | Transcripts obtained for use in case | Transcript/video services for deposition noticed as video deposition without objection |
| 12/06/2019 | $ 105.60 | Transcripts Fees-Curling/Raffensperger-US District Court-Shannon R Welch | Transcripts obtained for use in case | Transcripts of hearings |
| 1/21/2020 | $ 59.40 | Court Reporting/Transcripts paid to Penny P Coudriet, USCourthouse - Invoice # 20200083 / check # 26921 | Transcripts obtained for use in case | Transcripts of hearings |
| 03/09/2020 | $ 127.20 | Transcripts Fees-Status conference heard before Judge Totenberg-Shannon R Welch | Transcripts obtained for use in case | Transcripts of hearings |
| 06/16/2020 | $ 39.60 | Transcript Fees-Teleconference heard before Judge Totenberg-Shannon R Welch US District Court | Transcripts obtained for use in case | Transcripts of hearings |
| 06/16/2020 | $ 49.20 | Transcript Fees-Teleconference, heard before Judge Totenberg-Shannon R Welch, US District Court | Transcripts obtained for use in case | Transcripts of hearings |
| 06/24/2020 | $ 57.60 | Transcript Fee for 6/17/20 teleconference before Judge Totenberg | Transcripts obtained for use in case | Transcripts of hearings |
| 08/09/2020 | $ 60.00 | Transcripts Fees-8-05-2020 Teleconference heard before Judge Totenberg-US N District Court-Shannon R Welch, RMR, CRR | Transcripts obtained for use in case | Transcripts of hearings |
| 08/24/2020 | $ 96.00 | Transcripts Fees-Heard before Judge Totenberg | Transcripts obtained for use in case | Transcripts of hearings |
| 08/29/2020 | $ 31.20 | Transcripts Fees-Tele-Conf-heard before Judge Totenberg-Shannon R Welch, RMR, CRR | Transcripts obtained for use in case | Transcripts of hearings |
| 09/02/2020 | $ 88.80 | Transcripts Fees-Telephone-Before Judge Totenberg-Shannon R Welch RMR, CRR | Transcripts obtained for use in case | Transcripts of hearings |
| 09/09/2020 | $ 166.75 | Transcripts Fees-Conference before Judge Totenberg-Shannon R Welch, RMR, CRR | Transcripts obtained for use in case | Transcripts of hearings |
| 09/10/2020 | $ 1,474.20 | Transcripts Fees-Preliminary Injunction-Judge Totenberg-Shannon R Welch, RMR,CRR | Transcripts obtained for use in case | Transcripts of hearings |

| Date | Amount | Description | Category | Explanation of Need |
|---|---|---|---|---|
| 09/17/2020 | $ 915.60 | Transcripts Fees-Preliminary Injunction befor Judge Totenberg-Shannon R Welch, RMR, CRR | Transcripts obtained for use in case | Transcripts of hearings |
| 09/21/2020 | $ 18.00 | Transcript of 9/8/2020 teleconference with Judge Totenberg | Transcripts obtained for use in case | Transcripts of hearings |
| 09/28/2020 | $ 85.20 | Court Reporter - Transcript of 9/28/20 teleconference before Judge Totenberg | Transcripts obtained for use in case | Transcripts of hearings |
| 09/30/2020 | $ 91.20 | Transcript of Videoconference before Judge Totenberg on 10/1/2020 - Shannon Welch, RMR, CRR | Transcripts obtained for use in case | Transcripts of hearings |
| 11/18/2020 | $ 1,131.80 | Transcripts paid to APG USA Inc - invoice # 3092 dated 9/6/20 for Deposition of Dominic Olomo | Transcripts obtained for use in case | Transcript/video services for deposition noticed as video deposition without objection |
| 01/22/2021 | $ 137.75 | Transcript of telephone conference before Judge Totenberg - 1/19/21 | Transcripts obtained for use in case | Transcripts of hearings |
| 2/2/2021 | $ 51.60 | Court Reporting/Transcripts paid to Shannon Welch for zoom heard before Judge Totenberg on 2/2/21 - invoice # 20211007 | Transcripts obtained for use in case | Transcripts of hearings |
| 06/04/2021 | $ 72.00 | Court Reporter - Transcript of Zoom discovery dispute conference on 6/2/21 - Shannon R. Welch | Transcripts obtained for use in case | Transcripts of hearings |
| 07/28/2021 | $ 100.80 | Court reporter - Transcript of 7/26/21 phone conference before Judge Totenberg - Shannon Welch | Transcripts obtained for use in case | Transcripts of hearings |
| 08/20/2021 | $ 104.40 | Court Reporter - Transcript of 8/19/21 status conference before Judge Totenberg - Shannon Welch | Transcripts obtained for use in case | Transcripts of hearings |
| 10/08/2021 | $ 38.40 | Court Reporter - Transcript of 10/7/21 teleconference before Judge Totenberg - Shannon Welch | Transcripts obtained for use in case | Transcripts of hearings |
| 10/8/2021 | $ 2,171.65 | Court Reporting/Transcripts paid to Veritext - invoice # 5311270 on Laura Marie Digges and William Edward Digges III | Transcripts obtained for use in case | Transcript/video services for deposition noticed as video deposition without objection to determine standing |
| 10/15/2021 | $ 1,652.15 | Court Reporting/Transcripts paid to Veritext - invoice # 5321089 on Megan Missett | Transcripts obtained for use in case | Transcript/video services for deposition noticed as video deposition without objection to determine standing |

| Date | Amount | Description | Category | Explanation of Need |
|---|---|---|---|---|
| 10/18/2021 | $ 1,046.35 | Court Reporting/Transcripts paid to Veritext - invoice # 5327212 on Ricardo Davis | Transcripts obtained for use in case | Transcript/video services for deposition noticed as video deposition without objection to determine standing |
| 10/21/2021 | $ 253.75 | Transcript of 10/20/21 telephone conf before Judge Totenberg - Shannon Welch | Transcripts obtained for use in case | Transcripts of hearings |
| 11/19/2021 | $ 141.60 | Court Reporter-Transcript of 11/19/21 Motions Hearing before Judge Totenberg - Shannon R. Welch | Transcripts obtained for use in case | Transcripts of hearings |
| 12/9/2021 | $ 2,762.40 | Court Reporting/Transcripts paid to Veritext - invoice # 5443523 on J Alex Halderman Ph D | Transcripts obtained for use in case | Transcript/video services for deposition noticed as video deposition without objection to examine expert opinions |
| 01/27/2022 | $ 605.00 | Court Reporter - Transcript of 1/27/22 teleconference before Judge Totenberg - Shannon Welch | Transcripts obtained for use in case | Transcripts of hearings |
| 01/31/2022 | $ 15.30 | Court Reporter - Transcript of Teleconference- (1/31/22) - Shannon R. Welch, RMR | Transcripts obtained for use in case | Transcripts of hearings |
| 02/02/2022 | $ 36.75 | Court Reporter-Transcript of 2/2/22 teleconference before Judge Totenberg - Melissa Brock | Transcripts obtained for use in case | Transcripts of hearings |
| 2/17/2022 | $ 1,760.90 | Court Reporting/Transcripts paid to Veritext - invoice # 5568403 Deposition of Richard Barron | Transcripts obtained for use in case | Transcript/video services for deposition noticed as video deposition without objection |
| 2/24/2022 | $ 3,561.40 | Court Reporting/Transcripts paid to Veritext - invoice # 5595390 Deposition of Michael Barnes | Transcripts obtained for use in case | Transcript/video services for deposition noticed as video deposition without objection |
| 6/8/2022 | $ 76.80 | Court Reporting/Transcripts paid to Shannon R Welch - invoice #20221321 for telephone conference heard before Judge Totenberg on 6/7/22 | Transcripts obtained for use in case | Transcripts of hearings |

| Date | Amount | Description | Category | Explanation of Need |
|---|---|---|---|---|
| 6/10/2022 | $ 1,302.95 | Court Reporting/Transcripts paid to Veritext - invoice # 5532040 dated 1/25/22 Deposition of James Oliver | Transcripts obtained for use in case | Transcript/video services for deposition noticed as video deposition without objection |
| 6/13/2022 | $ 666.24 | Court Reporting/Transcripts paid to Veritext - invoice # 5811358 dated 5/31/22- transcripts of oral argument | Transcripts obtained for use in case | Transcript of argument at Eleventh Circuit for filing with Court |
| 6/13/2022 | $ 2,414.00 | Court Reporting/Transcripts paid to Veritext - invoice # 5694674 dated 4/6/22 - witness Marilyn Marks | Transcripts obtained for use in case | Transcript/video services for deposition noticed as video deposition without objection to determine standing |
| 6/13/2022 | $ 3,546.50 | Court Reporting/Transcripts paid to Veritext - invoice # 5689736 dated 4/5/22 - witness Marilyn Marks | Transcripts obtained for use in case | Transcript/video services for deposition noticed as video deposition without objection to determine standing |
| 7/20/2022 | $ 52.50 | Court Reporting/Transcripts paid to Melissa Brock - 07/15/22 Proceeding with Court / check #31511 | Transcripts obtained for use in case | Transcripts of hearings |
| 07/27/2022 | $ 367.95 | Transcripts Fees - 07/27/22 - Trustpoint Court Reporting, LLC Transcript of Marilyn Marks phone call with Scott Hall | Transcripts obtained for use in case | Transcript/video services for transcript for filing with Court |
| 09/10/2022 | $ 99.60 | Transcripts Fees 09 10 2022 - Shannon Welch | Transcripts obtained for use in case | Transcripts of hearings |
| 09/16/2022 | $ 34.65 | Transcripts Fees - 09/16/2022 - Shannon R. Welch, RMR, CRR | Transcripts obtained for use in case | Transcripts of hearings |
| 9/29/2022 | $ 382.00 | Court Reporting/Transcripts paid to Shannon R Welch, RMR, CRR- Transcript of 9/26/22 Telephone Conferences / check # 31841 | Transcripts obtained for use in case | Transcripts of hearings |
| 10/1/2022 | $ 193.60 | Shannon R Welch, RMR, CRR- Court Reporter Charges- Fee Paid for Transcripts of 10/19/22 telephone conference | Transcripts obtained for use in case | Transcripts of hearings |
| 10/07/2022 | $ 127.05 | Transcripts Fees - 10/07/2022 - Shannon R. Welch, RMR, CRR | Transcripts obtained for use in case | Transcripts of hearings |

| Date | Amount | Description | Category | Explanation of Need |
|---|---|---|---|---|
| 10/11/2022 | $ 3,455.05 | Veritext Legal Solutions- Court Reporter Charges- Case Curling,Donna v. Raffensperger, BRAD (117Cv2989at) Inv 6076233 Deposition of Robert Sinners | Transcripts obtained for use in case | Transcript/video services for deposition noticed as video deposition without objection |
| 10/14/2022 | $ 681.60 | Court Reporter - (Marilyn Marks Ep 4) 10/14/22 - Trustpoint Court Reporting, LLC | Transcripts obtained for use in case | Transcript/video services for transcript for filing with Court |
| 10/24/2022 | $ 332.75 | Shannon R Welch, RMR, CRR- Court Reporter Charges- Transcript of 10/19/22 telephone conference | Transcripts obtained for use in case | Transcripts of hearings |
| 10/24/2022 | $ 3,221.70 | Veritext Legal Solutions- Court Reporter Charges- Case Curling,Donna v. Raffensperger, BRAD (117Cv2989at) Invoice 6299950 Deposition of Gabriel Sterling | Transcripts obtained for use in case | Transcript/video services for deposition noticed as video deposition without objection |
| 11/17/2022 | $ 142.80 | Shannon R Welch, RMR, CRR- Court Reporter Charges- Transcript of 11/15/2022 status conference | Transcripts obtained for use in case | Transcripts of hearings |
| 12/5/2022 | $ 1,723.15 | Veritext Legal Solutions- Court Reporter Charges- Transcript Service Invoice 6213587 Deposition of Blake Voyles | Transcripts obtained for use in case | Transcript/video services for deposition noticed as video deposition without objection |
| 12/8/2022 | $ 1,744.90 | Veritext Legal Solutions- Court Reporter Charges- Transcript Services -Certified Transcript for the care Donna Curling Invoice 6216417 Deposition of Doug Logan | Transcripts obtained for use in case | Transcript/video services for deposition noticed as video deposition without objection |
| 1/17/2023 | $ 125.35 | Shannon R Welch, RMR, CRR- Court Reporter Charges- Transcript of telephone conference heard before Judge Totenberg on 1/13/2023 | Transcripts obtained for use in case | Transcripts of hearings |
| 1/17/2023 | $ 1,611.00 | Veritext Legal Solutions- Court Reporter Charges- Transcript Services "Curling matter" Invoice 6299956 Deposition of Alex Cruce | Transcripts obtained for use in case | Transcript/video services for deposition noticed as video deposition without objection |

| Date | Amount | Description | Category | Explanation of Need |
|---|---|---|---|---|
| 1/17/2023 | $ 2,327.10 | Veritext Legal Solutions- Court Reporter Charges- Transcript Services "Curling matter" Invoice 6299954 Deposition of Jeffrey Lenberg | Transcripts obtained for use in case | Transcript/video services for deposition noticed as video deposition without objection |
| 1/17/2023 | $ 2,708.13 | Veritext Legal Solutions- Court Reporter Charges- Transcript Services Curling matter Invoice 6299951 Deposition of Misty Hampton | Transcripts obtained for use in case | Transcript/video services for deposition noticed as video deposition without objection |
| 1/17/2023 | $ 3,455.05 | Veritext Legal Solutions- Court Reporter Charges- Transcript Services Curling matter Invoice 6299864 Deposition of Robert Sinners | Transcripts obtained for use in case | Transcript/video services for deposition noticed as video deposition without objection |
| 1/25/2023 | $ 689.00 | Veritext Legal Solutions- Court Reporter Charges- CaseRaffensperger video services invoice # 6318901 Deposition of Alex Halderman | Transcripts obtained for use in case | Transcript/video services for deposition noticed as video deposition without objection |
| 1/25/2023 | $ 2,004.60 | Veritext Legal Solutions- Deposition Transcripts- CaseRaffensperger Transcript service invoice # 6318899 Deposition of Alex Halderman | Transcripts obtained for use in case | Transcript/video services for deposition noticed as video deposition without objection |
| 5/4/2023 | $ 228.00 | Shannon R Welch, RMR, CRR - Deposition Transcripts - Transcript of 5/2/2023 hearing | Transcripts obtained for use in case | Transcripts of hearings |
| 5/16/2023 | $ 1,055.75 | Veritext Legal Solutions- Deposition Transcripts- Veritext inv #6475106 Transcript services Deposition of Eric Chaney | Transcripts obtained for use in case | Transcript/video services for deposition noticed as video deposition without objection |
| 5/16/2023 | $ 1,420.15 | Veritext Legal Solutions- Deposition Transcripts- Veritext inv #64575104 (4/3/23) Transcript Services Deposition of James Barnes | Transcripts obtained for use in case | Transcript/video services for deposition noticed as video deposition without objection |

| Date | Amount | Description | Category | Explanation of Need |
|---|---|---|---|---|
| 5/16/2023 | $ 1,589.25 | Veritext Legal Solutions- Deposition Transcripts- Veritext inv #64575102 (4/3/23) Transcript Services Deposition of Merritt Beaver | Transcripts obtained for use in case | Transcript/video services for deposition noticed as video deposition without objection |
| 06/19/2023 | $ 51.60 | Transcripts Fees - (SEALED)- 06/19/2023 - Shannon R. Welch, RMR, CRR | Transcripts obtained for use in case | Transcripts of hearings |
| 10/17/2023 | $ 768.50 | Veritext Legal Solutions- Deposition Transcripts- Inv # 6475111 (4/3/23) Transcript Deposition of Janice Johnston | Transcripts obtained for use in case | Transcript/video services for deposition noticed as video deposition without objection |
| 10/17/2023 | $ 1,267.00 | Veritext Legal Solutions - Deposition Transcript - Inv # 6443424 (3/21/23) Video Services for Stark, Skoglund, and other | Transcripts obtained for use in case | Transcript/video services for deposition noticed as video deposition without objection |
| 10/17/2023 | $ 1,391.15 | Veritext Legal Solutions- Deposition Transcripts- Inv # 6475110 (4/3/23) Transcript Deposition of Edward Lindsey | Transcripts obtained for use in case | Transcript/video services for deposition noticed as video deposition without objection |
| 10/17/2023 | $ 1,833.90 | Veritext Legal Solutions - Deposition Transcript - Inv # 6443422 Transcript Services (3/21/23) Deposition of Donna Curling | Transcripts obtained for use in case | Transcript/video services for deposition noticed as video deposition without objection |
| 10/17/2023 | $ 1,959.65 | Veritext Legal Solutions- Deposition Transcripts- Inv # 6475107 (4/3/23) Transcript Deposition of Jill Riddlehoover | Transcripts obtained for use in case | Transcript/video services for deposition noticed as video deposition without objection |
| 10/17/2023 | $ 2,056.15 | Veritext Legal Solutions- Deposition Transcripts- Inv # 6475108 (4/3/23) Transcript Deposition of Cathleen Latham | Transcripts obtained for use in case | Transcript/video services for deposition noticed as video deposition without objection |

| Date | Amount | Description | Category | Explanation of Need |
|---|---|---|---|---|
| 10/17/2023 | $ 2,327.10 | Veritext Legal Solutions- Deposition Transcripts- Inv # 6475113 (4/3/23) Transcript Deposition of Jeffrey Lenberg | Transcripts obtained for use in case | Transcript/video services for deposition noticed as video deposition without objection |
| 10/17/2023 | $ 2,365.05 | Veritext Legal Solutions - Deposition Transcript - Inv # 6443423 (3/21/23) Transcript Services for Stark, Skoglund, and others | Transcripts obtained for use in case | Transcript/video services for deposition noticed as video deposition without objection |
| 10/17/2023 | $ 3,922.43 | Veritext Legal Solutions- Deposition Transcripts- Inv # 6475109 (4/3/23) Transcript Deposition of Benjamin Cotton | Transcripts obtained for use in case | Transcript/video services for deposition noticed as video deposition without objection |
| 10/17/2023 | $ 4,582.05 | Veritext Legal Solutions- Deposition Transcripts- Inv # 6475112 (4/3/23) Transcript Deposition of Wendell Stone | Transcripts obtained for use in case | Transcript/video services for deposition noticed as video deposition without objection |
| 11/08/2023 | $ 56.70 | Court Reporter - Motions hearing held before Judge Totenberg on 09/01/2023 - Keisha M. Crump, RCR, RMR, RPR, OCR | Transcripts obtained for use in case | Transcripts of hearings |
| 11/17/2023 | $ 536.00 | Transcripts Fees - Transcript of Telephone Conference (11/15/2023) - Shannon R. Welch, RMR, CRR, OCR | Transcripts obtained for use in case | Transcripts of hearings |
| 12/15/2023 | $ 225.45 | Transcripts Fees - 12/15/2023 Transcript of Pretrial Conference - Curling - Shannon R. Welch, RMR, CRR | Transcripts obtained for use in case | Transcripts of hearings |
| 02/02/2024 | $ 45,438.74 | Transcripts Fees - paid to Shannon R. Welch, RMR, CRR for trial transcripts | Transcripts obtained for use in case | Transcript of trial |
| 3/21/2024 | $ 3,269.16 | Veritext Legal Solutions- Deposition Transcripts- Inv # 7264874 Transcript Services | Transcripts obtained for use in case | Transcript/video services for deposition noticed as video deposition without objection |
| 01/05/2024 | $ 76.62 | Witness Fees - 01/16/2024 - Lynn Ledford | Witness Fees | Witness fees for witness subpoena for trial |
| | $ 152,879.04 | **TOTAL REQUESTED COSTS** | | |