# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 02, 2025

Russell T. Abney
Watts Guerra LLP
4 DOMINION DR BLDG 3 STE 100
SAN ANTONIO, TX 78257

Christian Gabriel Andreu-von Euw
The Business Litigation Group, P.C.
150 SPEAR ST STE 800
SAN FRANCISCO, CA 94105

Bruce P. Brown
Bruce P. Brown Law
1123 ZONOLITE RD NE STE 6
ATLANTA, GA 30306

Brian Burgess
Goodwin Procter, LLP
1900 N ST NW
WASHINGTON, DC 20036

Benjamin E. Campbell
Morrison & Foerster, LLP
250 W 55TH ST
NEW YORK, NY 10019-9601

Jessica Gabel Cino
Krevolin & Horst, LLC
1201 W PEACHTREE ST NW STE 3500
ATLANTA, GA 30309

David D. Cross
Goodwin Procter, LLP
1900 N ST NW
WASHINGTON, DC 20036

Eric R. Havian
Whistleblower Partners, LLP
4 EMBARCADERO CTR
SAN FRANCISCO, CA 94111

Christopher J.C. Herbert
Goodwin Procter, LLP
100 NORTHERN AVE
BOSTON, MA 02210

Cary Ichter
Ichter Davis, LLC
400 INTERSTATE N PKWY SE STE 860
ATLANTA, GA 30339

Mary G. Kaiser
Morrison & Foerster, LLP
2100 L ST NW STE 900
WASHINGTON, DC 20037

Halsey G. Knapp Jr.
Krevolin & Horst, LLC
1201 W PEACHTREE ST NW STE 3500
ATLANTA, GA 30309

Robert Alexander McGuire III
Robert McGuire Law Firm
113 CHERRY ST #86685
SEATTLE, WA 98104-2205

William Brent Ney
William Brent Ney, LLC
265 S CULVER ST
LAWRENCEVILLE, GA 30046

David E. Oles Sr.
Law Offices of David E Oles
5755 NORTHPOINT PKWY STE 25
ALPHARETTA, GA 30022

Adam M. Sparks
Krevolin & Horst, LLC
1201 W PEACHTREE ST NW STE 3500
ATLANTA, GA 30309

Appeal Number: 25-11320-JJ
Case Style: Donna Curling, et al v. David Worley, et al
District Court Docket No: 1:17-cv-02989-AT

**<u>This notice pertains to Plaintiffs – Appellants Coalition for Good Governance, Laura Digges, William Digges, III and Megan Missett only</u>**
**CIVIL DOCKETING NOTICE**

The above-referenced appeal has been docketed in this Court. All documents filed in this appeal must include the Case Style and Appeal Number shown above.

<u>Appellant Requirements</u>
Unless the following requirements have already been satisfied, **within 14 days of the date of this notice the appellant MUST:**

1. Pay to the **District Court** the Filing Fee **OR** File a <u>Motion to Proceed In Forma Pauperis (IFP)</u> in the district court. <u>See</u> FRAP 3(e), FRAP 24.

   *If the filing fee is not paid and a motion to proceed IFP has not been filed in the district court within 14 days of the date of this notice, this appeal will be dismissed without further notice pursuant to 11th Cir. R. 42-1(b).*

   *If the district court has denied the appellant IFP status on appeal, the appellant has 30 days from the date of the district court's order to file an IFP motion in this Court. <u>See</u> FRAP 24(a)(5).*

2. File in the **District Court** a <u>Transcript Order Form</u> or a certificate stating no transcripts will be ordered. <u>See</u> FRAP 10(b) & the accompanying 11th Cir. IOP. (Not applicable in certain bankruptcy appeals. <u>See</u> FRAP 6(b)).

   *If no transcripts are ordered, appellant's brief is due 40 days after **<u>04/29/2025</u>**, except as otherwise provided by the rules. <u>See</u> 11th Cir. Rules 12-1 and 31-1.*

3. File a <u>Certificate of Interested Persons and Corporate Disclosure Statement (CIP)</u>. <u>See</u> 11th Cir. R. 26.1-1(a)(1).

4. Complete the <u>Web-Based CIP</u> (attorneys only). <u>See</u> 11th Cir. R. 26.1-1(b).

5. File a <u>Civil Appeal Statement</u> (attorneys only). <u>See</u> 11th Cir. R. 33-1(a)(3).

<u>Mediation</u>
If a Civil Appeal Statement is required to be filed <u>and</u> the appeal is fully counseled on all sides, your appeal will be reviewed and considered for mediation. Mediation services are at no cost to the parties. If no Civil Appeal Statement is required or you or any party to the appeal is self-represented or *pro se* then the appeal is not eligible for mediation. <u>See</u> 11th Cir. R. 33-1.

Appellee Requirements
Unless the following requirements have already been satisfied, **within 28 days of the date of this notice, all appellees participating in this appeal MUST:**

1. File a CIP or a notice. See 11th Cir. R. 26.1-1(a)(3).

2. Complete the Web-Based CIP (attorneys only). See 11th Cir. R. 26.1-1(b).

Attorney Participation
Only attorneys admitted to the bar of the Court and attorneys admitted for a particular proceeding may practice before the Court. See 11th Cir. Rules 46-1, 46-3, and 46-4. You may look up your bar admission status at https://www.ca11.uscourts.gov/bar-admission-status-look. The Application for Admission to the Bar and other forms and information can be found at https://www.ca11.uscourts.gov/attorney-forms-and-information.

All attorneys (except court-appointed attorneys) who wish to participate in this appeal must file an Appearance of Counsel Form within 14 days of the date of this notice. See 11th Cir. R. 46-6(b). Please also see FRAP 46 and the corresponding circuit rules.

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Obligation to Notify Court of Change of Addresses
Each pro se party and attorney has a continuing obligation to notify this Court of any changes to the party's or attorney's addresses during the pendency of the case. See 11th Cir. R. 25-7.

Additional Information
Rules, forms, and additional information, including a handbook for pro se litigants, can be found at www.ca11.uscourts.gov.

Clerk's Office Phone Numbers
| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

CIVIL - Notice of Docketing