Case 1:17-cv-02989-AT   Document 1893   Filed 05/09/25   Page 1 of 2
Case 1:17-cv-02989-AT   Document 1892   Filed 05/07/25   Page 1 of 1
Case 1:17-cv-02989-AT   Document 1875   Filed 04/25/25   Page 1 of 1



```
FILED IN CLERK'S OFFICE
    U.S.D.C. - Atlanta

    MAY 09 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk
```

# NOTICE TO COUNSEL OF RECORD AND PARTIES

**TO:** Plaintiff counsel of record for Donna Curling

**FROM:** Parker Thompson, Deputy Clerk

**DATE:** 4/25/2025

**CASE NO.:** 1:17-cv-02989-AT; Curling et al v. Raffensperger et al

**SUBJECT:** RECLAMATION AND DISPOSITION OF DOCUMENTARY EXHIBITS

---

Pursuant to Local Rule 79.1(D), you are hereby notified that the documentary exhibits [ 1874 ] from the Bench Trial held in the above styled case will be disposed of if you have not recovered the same within 30 days from the date of this Notice.[1] Any audio and video exhibits will be retained until after the time for appeal has expired, or in appealed case, until entry of the appellate court's mandate.

Please date and sign this Notice to acknowledge receipt and indicate how the exhibits should be handled. If you are an electronically registered attorney, please electronically file the signed Notice using the **Exhibit Disposition Notification** event in CM/ECF. The event is located under the Other Documents heading. If you are not an electronically registered attorney, please file this form with the clerk's office in paper.

*(To minimize your wait time when picking up exhibits, please allow for a minimum of 24 hours from the time you file the Notice to the time you come to the clerk's office to retrieve the exhibits.)*

**Receipt of this Notice is hereby acknowledged.** _____
(Signature)

[✓] **Exhibits will be picked up no later than** 5/19/25
(Date)

[ ] **Exhibits may be destroyed.** _____
(Initials)

Note: If someone other than the attorney of record will be picking up exhibits, a letter of authorization from the attorney of record is required.

**Exhibits Received by:** _____
(Signature)

**This** 9th **day of** May, 2025.

---

[1] The exhibits have been uploaded to the electronic file which is the official record of the court.

**KREVOLIN | HORST**

One Atlanta Center
1201 West Peachtree Street, NW
Suite 3500 | Atlanta, GA 30309
Tel: 404-888-9700 | Fax: 404-888-9577
www.krevolinhorst.com

Adam M. Sparks
Tel: 404-835-8067
Email: sparks@khlawfirm.com

May 7, 2025

**VIA HAND DELIVERY**

Mr. Parker Thompson
Deputy Clerk, United States District Court
 for the Northern District of Georgia
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, Georgia 30303-3309

      Re:    *Donna Curling, et al., v. Brad Raffensperger, et al.,*
            *United States District Court for the Northern District of Georgia*
            *Atlanta Division; Civil Action No. 1:17-CV-2989-AT*

Dear Mr. Thompson:

    At the direction of the Clerk's office, *see* ECF No. 1875 in the above-referenced case, Ms. Daniella Stucchi of Krevolin & Horst, LLC is authorized to reclaim documentary exhibits located at ECF No. 1874 on behalf of Plaintiffs Donna Curling, Donna Price, and Jeffrey Schoenberg.

    Should you have any questions, please contact me directly.

                                      Sincerely,

                                      **KREVOLIN & HORST, LLC**

                                      Adam M. Sparks
                                      *Counsel for Curling Plaintiffs*