IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*, | :<br>:<br>: |
| Plaintiffs, | :<br>: |
| v. | :  CIVIL ACTION NO.<br>:  1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, *et al.*, | :<br>: |
| Defendants. | :<br>: |

**ORDER**

Before the Court is Certain Plaintiffs' Objections and Motion to Defer Ruling on Defendants' Bill of Costs Pending Appeal. [Doc. 1894]. Among other things, Plaintiffs ask the Court to defer ruling on Defendants' claim for costs until the Court of Appeals for the Eleventh Circuit has ruled and remitted the action to this Court. Defendants respond that they "do not oppose this Court deferring a ruling on costs and addressing any costs after appeals in this case are complete." (Doc. 1896 at 3). Accordingly, Plaintiffs' Motion, [Doc. 1894], is **GRANTED IN PART**. The Court will defer ruling on Defendants' Bill of Costs until the appeals in this case are complete and this action has been remitted to this Court.

**IT IS SO ORDERED** this 10th day of June, 2025.

_____
**Honorable Amy Totenberg**
**United States District Judge**