# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

DONNA CURLING, *et al.*,

    *Plaintiffs,*

    v.

BRAD RAFFENSPERGER, *et al.*,

    *Defendants.*

Civil Action No. 1:17-cv-2989-AT

## NOTICE OF CHANGE OF ADDRESS

Bryan P. Tyson, Counsel for Defendants Secretary of State Brad Raffensperger; SEB Chair John Fervier; and SEB Members Janice Johnston, Sarah Tindall Ghazal, Janelle King, and Salleigh Grubbs hereby provides notice of his change of address in the above-captioned case. All future pleadings, correspondence, and other communications related to the case should be sent to:

Law Firm:   Tyson Younker LLC

Address:    1225 Johnson Ferry Road, Suite 600-A
             Marietta, GA 30068

Telephone:  678-223-3160

Email:      btyson@tysonyounker.law

Respectfully submitted this 1st day of May, 2026.

                */s/ Bryan P. Tyson*
                Bryan P. Tyson
                Georgia Bar No. 515411

btyson@tysonyounker.law
**Tyson Younker LLC**
1225 Johnson Ferry Road
Suite 600-A
Marietta, GA 30068
678.223.3160 (phone)

*Counsel for Defendants*

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing

Notice was prepared in Book Antiqua 13, a font and type selection approved by

the Court in L.R. 5.1(B).

/s/ Bryan P. Tyson
Bryan P. Tyson