# In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 25-11320

_____

DONNA CURLING,

DONNA PRICE,

JEFFREY SCHOENBERG,

RICARDO DAVIS,

   as individuals,

COALITION FOR GOOD GOVERNANCE,

   a non-profit corporation organized and existing
under Colorado Law, et al.,

*Plaintiffs-Appellants,*

ROCKDALE COUNTY BOARD OF ELECTIONS AND
REGISTRATION,

*Plaintiff,*

*versus*

BRIAN P. KEMP,

   in his individual capacity and his official capacity as
Secretary of State of Georgia and Chair of the State Election Board, et al.,

*Defendants,*

DAVID J. WORLEY,

REBECCA N. SULLIVAN,

2                    Order of the Court                    25-11320

RALPH F. (RUSTY) SIMPSON,

SETHHARP,

  in their individual capacities and their official capacities as
  members of the State Election Board,
THE STATE ELECTION BOARD, et al.,

                                              *Defendants-Appellees,*

FORTALICE SOLUTIONS, LLC, et al.,

                                              *Respondents-Appellees.*

—————————————

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:17-cv-02989-AT

—————————————

ORDER:

The motions to withdraw as counsel for the Appellees filed by Attorney Bryan Jacoutot and Attorney Diane LaRoss are GRANTED.

/s/ Kevin C. Newsom
UNITED STATES CIRCUIT JUDGE